

...t allowed under the RMP ...minimizes damage to unique ...he RMP should impose ...ater.

...o those zones. Any oil and gas development ...ned, subject to phased development that m ...ildlife habitat, and other sensitive areas. Th ...other mining to protect our land, air and w

...renewable energy projects ...should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

Max Kaehn
234 N Murphy Ave.
Sunnyvale, CA 94086-5048

...ments

no unique com



...te change.

... RMP, and limit
...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...ources, and mitigating the impacts of clim...

...es for renewable energy development in the
...o those zones. Any oil and gas developmer
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
...other mining to protect our land, air and w

...wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Saran Kirschbaum
1710 Bagley Ave
Los Angeles, CA 90035



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Frances Greenlee
63215 O.B. Riley Rd.
Bend, OR 97701

BLM_0082649



BLM_0082650



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and v

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michael Kavanaugh
2797 Clay St
San Francisco, CA 94115

ments

no unique com



, essential wildlife habitat, ...ium and other mining to

...minimizes damage to unique natural features ...he RMP should impose strict limits on ura... ...ter.

...phased development that m... and other sensitive areas. T... protect our land, air and wa...

Thank you.

Sincerely,

Karen Turnbull
3606 Towhee Court
Punta Gorda, FL 33950

mments

no unique co...



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Marjorie Kemp
2021 Cooper Way
Round Rock, TX 78681

BLM_0082653



...under the RMP should be ...damage to unique natural ...' should impose strict limits

...tes. Any oil and gas development allowed ...ct to phased development that minimizes d... ...habitat, and other sensitive areas. The RMP ...g to protect our land, air, and water.

...energy projects to these ze... carefully constrained, subje... features, essential wildlife ... on uranium and other mini...

Sincerely,

Phyllis Shaw
4234 Princeton Ave.
Greensboro, NC 27407

...ue comments

...no uniq...



...ent of helping protect
ate change.

...on. Protecting these lands has the added of
...ources, and mitigating the impacts of clim...

...development and transmiss...
wildlife habitat, cultural res...

: RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

...es for renewable energy development in th...
...o those zones. Any oil and gas developmer...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

BLM should designate zon...
renewable energy projects t...
should be carefully constra...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Robert Luhn
955 Stannage Ave.
Albany, CA 94706

iique comments

no ur



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Catherine Carpenter
6 Newell Terrace
CAMBRIDGE, MA 02140



...k allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

comments

...e these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

Feinblatt

no unique c

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Joe %pa_first_name% Pepi...
1174 No. Hudson Ave.
Pasadena, CA 91104



amage to unique natural
' should impose strict limits

tional purposes because I
te these lands' incredible
st priority, should protect.

...t to phased development that minimizes ...
...abitat, and other sensitive areas. The RMP
...g to protect our land, air, and water.

this plan are lands that I do visit for recreat
relatively close. As such, I truly apprecia...
es--values that your new plan, as its highes...
hese comments.

A-PI REC

...carefully constrained, subje...
features, essential wildlife l...
on uranium and other minin...

The lands to be covered by
am fortunate enough to live
scenic and recreational valu...
Thank you for considering

Sincerely,

Michael Cochran
18876 Road 27
Dolores, CO 81323



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...comments

...e these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...no unique

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Susan Williamson
47 Taormina Lane
Ojai, CA 93023

Case No. 1:20-cv-02484-MSK   Document 55   filed 04/20/21   USDC Colorado   pg 14 of 639



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Frank Boggio
16090 Null Rd.
Three Rivers, MI 49093

ique comments

no un



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Yvonne Korshak
Yvonne Korshak
New York, NY 10028

nments

no unique cor



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

ration!

Thank you for your conside

Sincerely,

Wolfgang Golser
P.O. Box 42382
Tucson, AZ 85733

comments

no unique c

te change.

e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

omments

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

wildlife habitat, cultural re

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kathleen Doyle
607 Cascade Drive
Golden, CO 80403-1583

BLM_0082663



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
ne RMP should impose
vater.



comments

...s for renewable energy development in ...
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

no unique

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and ...

Sincerely,

K. J. Schroeder
725 West 12th Street
Tempe, AZ 85281

allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

these zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Charles Williams
2285 Oakway Terrace
Eugene, OR 97401-6457



omments

no unique c

Thank-you for your time.

Sincerely,

Marie Wheatley
58335A Goener
St. Louis, MO 63116



...in the RMP, and limit
...opment permitted under the
...red to greatly reduce any
...d other sensitive areas. The
...g to protect our land, air

...o zones for renewable energy development
...o only those zones. Any oil and gas develo...
...controlled, with phased development requir...
...tural features, essential wildlife habitat, and...
...gorous limits on uranium and other mining

The BLM ought to designat...
renewable energy projects t...
RMP should be rigorously ...
possible harm to unique na...
RMP should also impose ri...
and water.

Sincerely,

Lesley Jane Masuda
31 A North San Marcos Rd
Santa Barbara, CA 93111

unique comments

no

BLM_0082667



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e areas zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

my views.

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for considering

Sincerely,

David Alverson
21185 Bassett Avenue
Port Charlotte, FL 33952

comments

no unique

BLM_0082668



nts

-9267

no unique commer

Sincerely,

Ann Thornlow
5900 Dehaven RD
Pleasant Garden, NC 27313

BLM_0082669



...t allowed under the RMP ...inimizes damage to unique ...he RMP should impose ...ater.

...mments

...o these zones. Any oil and gas developmen... ...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Tl... ...other mining to protect our land, air and w...

no unique cc

...renewable energy projects... should be carefully constrai... natural features, essential w... strict limits on uranium and...

Sincerely,

Amy Shorner-Johnson
173 Spring Lake Drive
Athens, GA 30605

BLM_0082670



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michael and Alyce Rieck
3966 Ardmore Av.
Cincinnati, OH 45229-130∠

mments

no unique co

...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...rsonally, as a geologist,
...cent environs , all of which

...PI WSA

...e these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...nique area for the future generations.  I pe...
...e Norwood, Dove Creek, Delores, and adja...
...with the advent of commercialization.  ←

A-F...

...-1022

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

I urge you to preserve this u...
have spent much time in th...
would be easily destroyed v...

Sincerely,

Clark Shimeall
3272 country Club Rd.
Borrego Springs, CA 9200...



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

ze daluz
3000 burgundy st
new orleans, LA 70117

ments

no unique com



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you.

Sincerely,

Paul Mollenhauer
6718 Shiner St
Austin, TX 78729

mments

no unique co



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...se these zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
... other mining to protect our land, air and w

...my views.

...nments

no unique con

...renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for considering :

Sincerely,

Michael Stock
13240 SW Brittany Drive
Tigard, OR 97223



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

s for renewable energy development in u
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jef Harvey
13145 S Old Glenn Hwy
Palmer, AK 99645

mments

no unique co



protect our land, air and

insure the protection

nments

...ional, and other sensitive areas.

...rict limits on uranium and other mining to

... public lands deserve nothing less.  Please
...od of this beautiful area!

no unique cor

...features, essential wildlife i

The RMP should impose st
water.

American citizens and OUF
necessary for the highest go

Sincerely,

Renee Caputo
28 W 521 Purnell Road
West Chicago, IL 60185



...t allowed under the RMP ...minimizes damage to unique ...he RMP should impose ...ater.

...o these zones. Any oil and gas developmen... ...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...renewable energy projects... ...should be carefully constrai... ...natural features, essential w... ...strict limits on uranium and...

Sincerely,

Jed Brody
1133 Clairemont Ave Apt I
Decatur, GA 30030

...que comments

...no uniq...

BLM_0082678

RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

no unique comments

s for renewable energy development in th
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

ot. 804

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jeb P. Brown
509 University Avenue., Aj
Honolulu, HI 96826-5008

BLM_0082679



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

s for renewable energy development in un
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mark Sutherland
1168 Willow Glen Way
San jose, CA 95125-3349

e comments

no uniqu



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

david gladstone
p. O. Box 803
snohomish, WA 98291

omments

no unique c



allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Beth Stanberry
PO Box 468
Asheville, NC 28802

mments

no unique co



...RMP, and limit ...nt allowed under the RMP ...inimizes damage to unique ...he RMP should impose ...ater.

...s for renewable energy development in ... ...o those zones. Any oil and gas developmen... ...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

BLM should designate zon... renewable energy projects t... should be carefully constrai... natural features, essential w... strict limits on uranium and...

Sincerely,

Paul Mooney
P.O. 2852
Salt Lake City, UT 84110

...e comments

no uniqu...



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

William Stone
112 Rock Spring Court
Carrboro, NC 27510

comments

no unique c

BLM_0082684



comments

no unique

Sincerely,

Steve Dickman
1404 Livingston Place
Vestal, NY 13850

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ments

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique com

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you.

Sincerely,

Jill Grundfest
1063 Co. Hwy. 25
Richfield Springs, NY 134?

39

BLM_0082686



k allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Danny Wouters
28 PO Box
Hay Springs, NE 69347

e comments

no unique

...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...his makes it even more

...e those zones. Any oil and gas developmer
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
... other mining to protect our land, air and w

...d all of my close family live in Colorado, t
... all wildlife and land.
...nk you.

A-PI WSA

...renewable energy projects
...should be carefully constrai
...natural features, essential w
...strict limits on uranium and

I am a part time resident an
important to me to preserve
I agree with the above. Tha

Sincerely,

Marian McAleenan
11 Little Bear
Rockport, ME 04856



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Steven Lowen
19 Evelyn Street
Burlington, MA 01803

ments

no unique com

BLM_0082689



allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

these zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Estela Moreno
6 Hillary Ct.
Chestnut Ridge, NY 10977

omments

no unique co



...nagement plan as part of ...ng for impacts of all uses. ...nd mechanized use. Those ...osed to all forms of energy ...enefit of helping protect ...ate change.

...should complete a comprehensive travel m... ...ning is done at a landscape level, accounti... ...acteristics should be closed to motorized a... ...ild and scenic river corridors, should be cl... ...on. Protecting these lands has the added be... ...ources, and mitigating the impacts of clima...

...energy development. BLM... ...the RMP to ensure that plan... ...Lands with wilderness char... ...lands, as well as potential w... ...development and transmiss... ...wildlife habitat, cultural res...

Sincerely,

Joan S Weaver
22351 Mission Circle
Chatsworth, CA 91311

mments

no unique co



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Brent Jensen
4197 SE Hemlock St
Hillsboro, OR 97123

ique comments

no un

BLM_0082692

...ent of helping protect
...ate change.

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...on. Protecting these lands has the added of
...ources, and mitigating the impacts of clima

...es for renewable energy development in the
...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
... other mining to protect our land, air and w

...development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

Carol Mueller
4435 Oxbow Place
Boise, ID 83713

BLM_0082693

Sincerely,

Steven Campbell
255 Egypt Road
Presque Isle, ME 04769-69

45

BLM_0082694



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Maryska Suda
4954 Winona
St. Louis, MO 63109

...ent of helping protect
...ate change.

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

no unique comments

...on. Protecting these lands has the added o...
...ources, and mitigating the impacts of clima...

...es for renewable energy development in the...
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...development and transmiss...
wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Kevin Armitage
26 Jeffrey Dr.
Oxford, OH 45056

BLM_0082696



...te change.

...sources, and mitigating the impacts of clim...

...wildlife habitat, cultural re...

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Janna Rapaport
PO Box 613
Santa Fe, NM 87504



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Gene McBride
484 W. 43rd St.
New York, NY 10036

BLM_0082698



water.

Thank you.

Sincerely,

Elaine OMalley
6419 Lakeview Dr
Falls Church, VA 22041

que comments

no uni



...lly constrained, subject to
s, essential wildlife habitat,

to protect the quality of our

...comments

...e those zones.

...nt allowed under the RMP should be caref...
...inimizes damage to unique natural features

...rict limits ypon uranium and other mining t...

no unique

...renewable energy projects
Any oil and gas developme...
phased development that m...
and other sensitive areas.
The RMP should impose st...
land, air and water.

Sincerely,

Richard Ordonez
6700 S Brainard Ave
Unit 205
Countryside, IL 60525-467...

BLM_0082700

inimizes damage to unique
he RMP should impose
vater.

ents

ee, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique comme

should be carefully consid
natural features, essential w
strict limits on uranium and

Sincerely,

Rachel M Hervey PHN
9215 Tassajara Cr Rd
Santa Margarita, CA 93453

BLM_0082701



...t allowed under the RMP...
...inimizes damage to unique...
...he RMP should impose...
...ater.

...e these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...ble!!!!

...ents

no unique comme...

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Don't sell out...WE the peop...

Sincerely,

j Barnett
po box 3544
eagle, CO 81631



k allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Margaret S. Maurin
14 Westview Road
Bryn Mawr, PA 19010

comments

no unique

ent of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

on. Protecting these lands has the added of
ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

development and transmiss
wildlife habitat, cultural res

BLM should designate zone
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

Glen Anderson
5015 15th Ave SE
Lacey, WA 98503-2723



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

for renewable energy development in th
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

P. Tellekamp
39 Beach Ave
Niantic, CT 06357

mments

no unique co

ent of helping protect
ate change.

RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

on. Protecting these lands has the added o...
ources, and mitigating the impacts of clim...

es for renewable energy development in th...
o those zones. Any oil and gas developmen...
ned, subject to phased development that m...
ildlife habitat, and other sensitive areas. Th...
other mining to protect our land, air and w...

development and transmiss...
wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Sienna M Potts
15000 Caspar Rd #79
Caspar, CA 95420



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects a
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jami Trager
11 Robin Circle #2
Norton, MA 02766

nents

no unique comm

BLM_0082707



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

SUSAN BAILEY-PRUC
1436 RESERVE DRIVE
AKRON, OH 44333

...inimizes damage to unique
...he RMP should impose
...ater.

1 A-PI TM 

...ct of increased off road
...nd fragile region. /We can
...on motorized vehicles in
...1.

2 A-PI ED

...nce, subject to phased development that m
...ildlife habitat, and other sensitive areas. T
... other mining to protect our land, air and w

...n this region for many years and the impac
...o say the least.  Please protect this unique a
...ather than mine this area, we can recreate
...y cannot replace the Uncompahgre Plateau

...hould be carefully consid
natural features, essential w
strict limits on uranium and

My family has had a cabin
travel has been disturbing t
find other forms of energy
allowed areas, but we simp

Sincerely,

Pam Clark
6141 E Skidmore Dr
Cottonwood, AZ 86326

BLM_0082709

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

abuse and exploitation by

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

fragmented wilderness wild, and free from
y.

A-PI WSA

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Please keep our remaining,
the irresponsible and greedy

Sincerely,

David Parker
8211 Hatcher Lake Rd.
Sherwood, AR 72120

BLM_0082710



allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w
erful.

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and
Let's keep it wild and wond

Sincerely,

Caroline Getz
909 Harrison St.
Hollywood, FL 33019

ments

no unique con



BLM_0082712



and water.

rain and other mining to protect our land, a

impose safer limits on drill

Sincerely,

Craig Warren
7857 W Crocus DR
Peoria, AZ 85381

nts

no unique comme



...t allowed under the RMP ...minimizes damage to unique ...he RMP should impose ...ater.

...e these zones. Any oil and gas developmen... ...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Tl... ... other mining to protect our land, air and w...

...cial place. It is worthy of it.

...renewable energy projects... should be carefully constrai... natural features, essential w... strict limits on uranium and...

Please protect this very spe...

Sincerely,

Alice Evans
2455 127th Ave NE
Bellevue, WA 98005-1535

comments

no unique



...te change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

...urces, and mitigating the impacts of clim...

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

...wildlife habitat, cultural re...

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

scott trieshmann
po box 662
crested butte, CO 81224

t a landscape level,
cs should be closed to
and scenic river corridors,
. Protecting these lands has
, and mitigating the

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

the RMP to ensure that planning is done a
ll uses. Lands with wilderness characteristi
use. Those lands, as well as potential wild
s of energy development and transmission
; protect wildlife habitat, cultural resources

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

management plan as part o
accounting for impacts of a
motorized and mechanized
should be closed to all form
the added benefit of helping
impacts of climate change.

BLM should designate zon
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

Dennis Rentschler
po box 2168
west dover, VT 05356

BLM_0082717



k allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

my comments.

omments

no unique c

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for considering

Sincerely,

Glenn Eklund
4975 Jones Rd.
Oak Harbor, WA 98277

BLM_0082718



RMP, and limit
nt allowed under the RMP
inimizes damage to unique

protect our land, air and

e comments

ps for renewable energy development in as
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas.

rict limits on uranium and other mining to p

no uniqu

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w

The RMP should impose st
water.

Sincerely,

Jerell Lambert
2617 Crownspoint Drive
Austin, TX 78748



Sincerely,

Anna Maksic
213 14th St. #2R
Hoboken, NJ 07030

ique comments

no un



Lawrence Mertaugh
21378 South Essex Drive
Lexington Park, MD 20653

que comments

no uni

BLM_0082721



no unique comments

BLM_0082722



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

ing the opportunity to make comments.

Thank you again for provid

Sincerely,

Frank Pilholski
1 Nixon Road
Framingham, MA 01701

comments

no unique

que comments

no uni

James Pierson
1079 Yorktown Dr
Charleston, SC 29412

BLM_0082724

RMP LIMITED
UCTION
D BY THE AMERICAN
THE USE OF PUBLIC
ORE FREE RESOURCES

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

N THE PROTECTED AREAS AND PER
TERMINED TO HAVE ENERGY PROD
ESE ARE PROTECTED AREAS OWNEI
ES SHOULD PAY A FAIR PRICE FOR T
RE FOR PROFIT COMPANIES.  NO M(
NIES!!!                ← A-PI SDA

es for renewable energy development in th
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and v

AND ADD LIFE FORMS
PROJESTS IN AREAS DE
POSSIBILITIES!!! AS TH
PUBLIC, THE COMPANI
RESOURCES AS THEY A
TO FOR PROFIT COMPA

BLM should designate zon
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

VINCE AND SANDI VANACORE
1101 DUNCAN CIRCLE #104
PALM BEACH GARDENS, FL 33418

BLM_0082726

...nder the RMP should be
...at minimizes damage to
...reas. The RMP should
...ir, and water.

...es. Any oil and gas development allowed t
...onitored, subject to phased development th
...ential wildlife habitat, and other sensitive a
...ium and other mining to protect our land, a

energy projects to these zer
carefully constrained and m
unique natural features, ess
impose strict limits on uran

...windling natural resources
...own.

...ration and for all that you do to keep our d
...ture generations of species, including our c

Thank you for your conside
protected for current and fu

Sincerely,

Sharon Grant
26 Haven St
Dover, MA 02030

unique comments

no



k allowed under the RM
inimizes damage to unique
he RMP should impose
ater.

unique comments

e areas zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Alfred Feulner
6038 Owens St.
Arvada, CO 80004

BLM_0082728



nimizes damage to unique
he RMP should impose
vater.

e comments

nce, subject to phased development that m...
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique

should be carefully consid...
natural features, essential w
strict limits on uranium and

Sincerely,

Robert Marshall
908 Chickadee Drive
Venice, FL 34285-6610

BLM_0082729



...nimizes damage to unique ...he RMP should impose ...ater.

...ed, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...should be carefully consid... natural features, essential w... strict limits on uranium and...

Sincerely,

Clare Tucker
3820 Colony Oaks Drive
Eugene, OR 97405

ue comments

no uniqu

ent of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

on. Protecting these lands has the added o
ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

Michael Monahan
4933 Apple Blossom Ct
Yakima, WA 98908



t allowed under the RMP
inimizes damage to unique
ch as migration corridors.
d other mining to protect

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas suc
should impose strict limits on uranium and

renewable energy projects
should be carefully constrai
natural features, essential w
Last but not least, the RMP
our land, air and water.

Sincerely,

Michael Terry
503 West Rustic Road
Santa Monica, CA 90402

omments

no unique co



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Robert Kistler
32 Hardt Hill Rd
Bechtelsville, PA 19505

unique comments

no



...RMP, and limit
...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...s for renewable energy development in a...
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. T...
... other mining to protect our land, air and w...

...ration and action toward these goals.

...e comments

...no uniqu

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Thank you for your consid...

Sincerely,

Joan Dawson
6001 Riverview Drive
Birmingham, AL 35210

BLM_0082734



...RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...ique comments

...s for renewable energy development in an
...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
... other mining to protect our land, air and w

...no ur

...BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Valerie Van Isler
102 Clinton St. # 6
New York, NY 10002



allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

unique comments

o these zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no u

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kevin Spath
3 Belle Ave.
Ossining, NY 10562

...RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...que comments

...s for renewable energy development in th...
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...venue

no uni...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Rhett Lawrence
6445 North Commercial Av...
Portland, OR 97217

202-429-3945

## william moeller

167 hollis street , dunstable, MA 01827

March 24, 2010   12:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

You may find it a bit "odd" to receive a letter from a resident of Massachusetts regarding activity relating to your area of responsibility. Please let me explain that I have an extensive background of knowledge and experience that makes me very interested in an area that is so physically remote from my residence. I have been a summer-home resident of Colorado for over 45 years and so have some strong local connection to the state and its federally controlled natural resources. I am a professor emeritus and Professional Engineer whose area of specialization relates to water resources and sustainable infrastructure. I recently founded the Initiative for Sustainable Infrastructure in Developoing Regions at the University of Massachusetts Lowell (UML). Before beginning my career at UML, I invested a couple of years in the role of being the natural resource assessor for the land aquisition office in a very large development corporation and thereby had extensive  involvement with large areas throughout the Greater Southwest of the U.S.A., both physically and with written material.

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM_0082738



BLM_0082739



k allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

A. Alberici
28 Dressage Drive
Sewell, NJ 08080

o unique comments

nc



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...e these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Nancy Liedlich
PO Box 302
Southbury, CT 06488

...comments

no unique



...te change.

...ources, and mitigating the impacts of clim...

...wildlife habitat, cultural res...

e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...es for renewable energy development in the
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

BLM should designate zone
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Kevin Crupi
146 Midway Drive
Negaunee, MI 49866

ue comments

no uniq



protect our land, air and

...rict limits on uranium and other mining to ...

...ank you.

The RMP should impose st...
water.

Please protect the area.  Tha...

Sincerely,

Phyllis Elliott
608 San Vicente Blvd.
Santa Monica, CA 90402

nique comments

no u

202-429-3945

# Sarah McKee

9 Chadwick CT , Amherst, MA 01002

March 24, 2010   12:58 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportuni

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation.

The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse. These species rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.

Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.

Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones.

Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas.

BLM_0082744



BLM_0082745

t allowed under the RMP
inimizes damage to unique
he RMP should impose
d wildlife.

those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect land, air, water and

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Phil Hanson
2215 S.E. Miller Street #22
Portland, OR 97202

e comments

no uniqu



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

for renewable energy development in an
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mary Ray
HC 30
Box 244
Winston, NM 87943

ments

no unique com



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

comments

no unique

Sincerely,

Rita and Douglas Swan
1930 Delaware
Bronson, IA 51007

...er impacts of all uses.
...nd mechanized use.

...d be closed to all forms of
...dded benefit of helping
...of climate change.

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...g is done at a landscape level, accounting f
...acteristics should be closed to motorized a...

...ential wild and scenic river corridors, shoul
...nsmission. Protecting these lands has the a
...ural resources, and mitigating the impacts

...es for renewable energy development in the
...o those zones. Any oil and gas developmer
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
...other mining to protect our land, air and w

...RMP to ensure that plannin...
Lands with wilderness char...

Those lands, as well as pote...
energy development and tra...
protect wildlife habitat, cul...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Thank you for your time.

BLM_0082749

Sincerely,

Kirk Johnson
916 26th St NW
Minot, ND 58703

BLM_0082750



Thank you for your time.

Sincerely,

Jeffrey Jones
157 Smith Drive
Lackawanna, NY 14218-36

ique comments

82

no un

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

omments

o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique cc

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Pat and Gary Gover
300 Lincoln St.
Fairhope, AL 36532-2818



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Wesley Wolf
77 Waterview Ct
Lake Barrington, IL 60010

nique comments

no ur

...inimizes damage to unique
...he RMP should impose
...vater.

...eas since I was a young
...ldren are active in not only
...tural areas are our true
...these areas forever.

...nce, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl
...other mining to protect our land, air and w

...er national wilderness and national park ar
...this legacy by ensuring that both of my chi
...efforts to protect and expand them. Our na
...we must remain ever vigilant lest we lose

A-PI CR

...should be carefully consid...
natural features, essential w...
strict limits on uranium and...

I have walked these and oth...
teenager. I am carrying on...
enjoying these areas but in...
legacies to our progeny and...

Sincerely,

Philip Scott
10126 Whiteside Ln
Houston, TX 77043



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

for renewable energy development in an
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Leila Gill
49 Boston Rd 9-C
Southborough, MA 01772

ents

no unique comm

RMP, and limit t allowed under the RMP inimizes damage to unique he RMP should impose rater.

es for renewable energy development in the o those zones. Any oil and gas development ned, subject to phased development that m ildlife habitat, and other sensitive areas. Th other mining to protect our land, air and w

BLM should designate zone renewable energy projects t should be carefully constrai natural features, essential w strict limits on uranium and

Sincerely,

J Kolenovsky
4341 jane
bellaire, TX 77401



ran and other mining to

hs level should impose strict limits on and
ter.

and other sensitive areas. I
protect our land, air and wa

Sincerely,

Dennis German
128 Shelbourne Dr.
Goshen, CT 06756



...es.

energy projects to these zo...

constrained, subject to ...lowed under the RMP should be carefully ... Oil and gas development al...
, essential wildlife habitat, ...inimizes damage to unique natural features phased development that m...
and other sensitive areas.

land, air and water. ...n uranium and other mining to protect our Please impose strict limits ...

Sincerely,

Thomas D'Angelo
ECO Systems Environment...
17 Indian Terrace
Lafayette, NJ 07848

comments

...al Consulting

no unique



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

rotect it.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

s one of the last great places; please help p

A-PI WSR

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

The Dolores River Valley i

Sincerely,

Deb Barr
67979 Ridge Way
Montrose, CO 81403



...GMT, and BLM
...at allowed under the RMP
...inimizes damage to unique

...ning to protect our land,

...ue comments

...s for renewable energy development in th...
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas.

STRICT LIMITS on uranium and other mi...

...no uniqu...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...

The RMP should IMPOSE...
air and water.
Thank you.

Sincerely,

P J September
45 Lyons Place
Westwood, NJ 07675



...te change.

...ources, and mitigating the impacts of clim...

...wildlife habitat, cultural re...

e RMP, and limit ...nt allowed under the RMP ...inimizes damage to unique ...he RMP should impose ...vater.

...es for renewable energy development in th... ...o those zones. Any oil and gas developmen... ...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Tl... ...other mining to protect our land, air and w...

BLM should designate zon... renewable energy projects t... should be carefully constrai... natural features, essential w... strict limits on uranium and...

Sincerely,

Don Lorenz
107 Woodside Lane
Neenah, WI 54956

...ments

no unique com...

e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mary Gerlach
8055 Dividing Cr. Rd.
Pocomoke City, MD 21851

k allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

r letter, which constitutes
of the social contract

e those zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

nd sincerely, effectively, and totally to my
pcracy, is considered by me a termination c
ited States Government. ← B-GE

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Please note, refusal to respo
an act of participatory deme
between myself and the Un

Sincerely,

Robert Story
1805 Gracewood Dr.
Greensboro, NC 27408

...ient of helping protect
ate change.

e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

on. Protecting these lands has the added o...
ources, and mitigating the impacts of clim...

es for renewable energy development in th...
o those zones. Any oil and gas developmen...
ned, subject to phased development that m...
ildlife habitat, and other sensitive areas. Tl...
other mining to protect our land, air and w...

development and transmiss...
wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Michael Burt
12330 Coolmeaodw
Dallas, TX 75218



allowed under the RMP
minimizes damage to unique
he RMP should impose
water.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

John Nelson
2811 Williams Street
bellingham, WA 98225

que comments

no uni



allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Martha and Richard Galaif
1218 Chautauqua Boulevar
Pacific Palisades, CA 9027

unique comments

d
2

no

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

no unique comments

e those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects v
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kathleen Stevens
13733 S. Magnolia Drive
Plainfield, IL 60544



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

...for renewable energy development in a...
...o those zones. Any oil and gas developmer...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Herbert Samenfeld
13631 E Marina Drive, #60
Aurora, CO 80014

no unique comments

3



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

hique comments

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

no ur

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Sheila ter Bruggen
809 Solano NE
Albuquerque, NM 87110



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...e these zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
...other mining to protect our land, air and w

...renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Scott Stanford
525 Mountain View Ave.
Mountain View, CA 94041

...mments

no unique co



...te change.

...ources, and mitigating the impacts of clim...

...wildlife habitat, cultural re...

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...es for renewable energy development in the
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

joan jones
7050 Talladay
Milan, MI 48160



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Carol Gisselquist
29 West Governor Road
Hershey, PA 17033

its

no unique commer

BLM_0082772

e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

David %pa_first_name% C
329 Grady McNeilly Rd
Casar, NC 28020

arol Shelton

s

no unique comment

Sincerely,

Julie sergovic
11 Leighton Terrace
Upper Darby, PA 19082



 t allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

ments

e areas. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique comm

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

N. F. Taussig
6253 Broadway, Floor 1
Bronx, NY 10471-3101

k allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.
ld drink water
This practice is not healthy

ments

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
method is dangerous for anyone who shou
g, as it is done with dangerous chemicals. '

no unique com

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and
Drilling for gas, using fract
contaminated by the drillin;
for any area.

Sincerely,

Patricia Kinsman
11671 N Europa Pl
Tucson, AZ 85737



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

[omments]

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

[no unique co]

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Irene Mills
2174 NW Davis #402
PORTLAND, OR 97210

BLM_0082777



t allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

comments

those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Gayle Janzen
11232 Dayton Avenue N
Seattle, WA 98133



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e comments

s for renewable energy development in th
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniqu

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Greg Willmarth
17765 Hillside Dr
West Linn, OR 97068



ue comments

no uniq

Brian Gallagher
2100 Lee Highway, Apt. 2?
Arlington, VA 22201

BLM_0082780



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

s for renewable energy development in us
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Norma Campbell
37 Decorah Lane
Campbell, CA 95008

e comments

no uniqu



ment of helping protect
ate change.

RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

tem. Protecting these lands has the added of
ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

4545

development and transmiss
wildlife habitat, cultural res

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Heidi McCarthy
9085 N Coyote Springs Rd
Prescott Valley, AZ 86315-

BLM_0082782



...nimizes damage to unique
...he RMP should impose
...ater.

...nique comments

...ce, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

-1909

...should be carefully consid...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Carl Mumm
319 Cedar Street
Newport Beach, CA 92663

no u...



BLM_0082784



...nimizes damage to unique
...he RMP should impose
...ater.

...revision.

...unique comments

...nce, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...ity to comment on the Uncompahgre RMP

...nc

...should be carefully consid...
natural features, essential w...
strict limits on uranium and...

Thank you for the opportun...

Sincerely,

Margaret Major
15 Borden Rd
Scituate, MA 02066



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

unique comments

...e these zones. Any oil and gas developmer
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
... other mining to protect our land, air and w

n Drive

no

...renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jay and Elizabeth Medley
50100 SE Wildcat Mountai
Sandy, OR 97055

...ient of helping protect
...ate change.

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...on. Protecting these lands has the added of
...ources, and mitigating the impacts of clim...

...es for renewable energy development in tha
...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
...other mining to protect our land, air and w

...development and transmiss...
wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constra...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Charlotte Trolinger
1006 E. Geyser
Livingston, MT 59047



...should be allowed under
...bitat, and other sensitive
...ater.

...e these zones. No oil and gas development
...nique natural features, essential wildlife hat
...allow mining to protect our land, air and w

...renewable energy projects
the RMP. It damages the un
areas. The RMP should not

...ique comments

no un

Sincerely,

Fran Overall
700  Barlin Court
Nashville, TN 37221



...RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...s for renewable energy development in ...
...o those zones. Any oil and gas developme...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Stephen Grossman
595 Legend Trail
Wylie, TX 75098

unique comments

no ...

supply in The RMP. It
pment allowed under The
mize damage to natural

uining in order to help to

no unique comments

zones for development of different energy
ojects to such zones. Any oil or gas develo
ontrolled development which would minin
d other sensitive areas.

nits on mining of uranium and any other m
quality for future generations to enjoy.

The BLM should designate
should limit such energy-pr
RMP should be subject to c
features, essential habitat an

The RMP should impose li
protect land, air and water c

Sincerely,

David Crawford
2 Falkland Road
Dorking Surrey RH4 3AB



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Raymond Welch
3249 Del Paso Blvd.
Sacramento, CA 95815

its

no unique commer

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

future of our planet and

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. TI
other mining to protect our land, air and w
from us... plaese do the right thing for the
ost importance.

A-GE

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and
This earth is ours to protect
our country. It is of the utm

Sincerely,

Stephen Johnson
2106 South 38th Ave
Omaha, NE 68105



allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you.

Sincerely,

Carol Hatfield
4030 S. State Ave.
Indianapolis, IN 46227

its

no unique commer



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Roger Akeley
186 S. Grand Ave.
Poughkeepsie, NY 12603

ents

no unique comme



k allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Rebecca Backman
19 Pomeroy Road
Andover, MA 01810

no unique comments

allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

he destruction of our planet.

We must act NOW to stop

A-GE

Sincerely,

Luke Asbury
286 Homer Avenue
Ventura, CA 93003-2936

BLM_0082796

Sincerely,

Gwendolyn Claassen
1128 Rhode Island St
Lawrence, KS 66044

nts

no unique comme



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

iments

for renewable energy development in an
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique com

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

David and Shelly Hopson
2130 Brookford Dr.
Toledo, OH 43614



allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Allen and Nancy Chartier
1442 West River Park Driv
Inkster, MI 48141

omments

e

no unique c

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e?

e those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

: Mother Nature well enough alone for one

A-GE

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Geez Louise, can't we leave

Sincerely,

John McPeek
3113 Buccaneer Ct.
#001
Fairfax, VA 22031

nimizes damage to unique
he RMP should impose
vater.

will supervise BLM in this
erican public's natural
Don't expect anything from

nce, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

d longtime Wyo resident, I hope someone
nown any determination to protect the Ame
management in their title, not protection. I

A-GE

should be carefully consu
natural features, essential w
strict limits on uranium and

As a Wyoming graduate an
process. They have never sl
resources, hence, the name
BLM!

Sincerely,

Bob Hyer
10364 Fox Lane
Lillian, AL 36549



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jill Giencke
5642 S. Quality Avenue
Cudahy, WI 53110

comments

no unique c



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

s for renewable energy development in u
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

gayle goff
1106 upland dr
austin, TX 78741

le comments

no uniqu



t allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

ue comments

those zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniq

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Robert A. Jonas
83 Bancroft Road
Northampton, MA 01060



e change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

b unique comments

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

len Macy

nc

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Nancy %pa_first_name% k
15485 Bear Creek Road
15485 Bear Creek Rd.
Boulder Creek, CA 95006



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

no unique comments

e those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Matthew Reid
1311 Pine St
Calistoga, CA 94515



anding oil and natural gas
ould be carefully
unique natural features,
mpose strict limits on

e those zones. Though I do not support exp
as development allowed under the RMP sh
ed development that minimizes damage to
d other sensitive areas. The RMP should i
o protect our land, air and water.

renewable energy projects
development, any oil and g
constrained, subject to phas
essential wildlife habitat, a
uranium and other mining t

Sincerely,

Raegan Sales
805 Vermont Street
Watsonville, CA 95076

ue comments

no uniqu



allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

no unique comments

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

ed talbot
6916 brentwood st
arvada, CO 80004

BLM_0082808



...anforce and amusements.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

...oraion for shortsighted and destructive cer...

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

...and given too much consid...

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Catherine Curtis
212 26th Street
Santa Monica, CA 90402

nique comments

no u



...te change.

... RMP, and limit
...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...urces, and mitigating the impacts of clim...

...es for renewable energy development in the
...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
... other mining to protect our land, air and w

...wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Kelly Wilson
1747 SW Sunset Blvd
Portland, OR 97239



'RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

s for renewable energy development in ui
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zor
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Mark Feldman
137 Winchester Dr
Santa Rosa, CA 95401

e comments

no uniqu

e RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

s for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

David Harris
1678 Buena Vista St
Ventura, CA 93001

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

ks of what is left of our

even generation of people takes large chun
be little left of any of it.

If each new government or
natural resources, there wil

A-GE

Sincerely,

Leah Boyd
11 Three Elms Rd.,
Branford,, CT 06405

BLM_0082813

e RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and v

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Anne wolf
1452 Townview Ave
santa rosa, CA 95405

BLM_0082814

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

an scale up renewable and
hideous destruction that

⌐

o these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w
as development for the medium term we ca
ergy and save this unique region form the l
tive industry.

A-PI RED

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and
If you can stop all oil and g
non-destructive forms of er
always accompanies extrac

Sincerely,

jon spar
1408 lobo ct ne
albuquerque, NM 87106



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ments

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

no unique com

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Amy Bergmann
215 W. Roanoke Street
Richmond, VA 23225

BLM_0082816

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

nts

o those zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique comme

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Charley Wittman
276 Briarwood Ct.
Allentown, PA 18104

BLM_0082817



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

for renewable energy development in al
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Robert Dickinson
19 Birch Road
South Windsor, CT 06074

ents

no unique comm

k allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

S IN OUR LAND AND
OTECT OUR LAND!

⌐

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and v

ANY DESTROYERS RUNNING THING
LP US CHANGE THAT. WE MUST PR(

A-GE

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

THERE ARE FAR TOO M
OUR GOVERNMENT. HE

Sincerely,

sarah brownrigg
4821 solecito cir
santa Fe, NM 87507

BLM_0082819



...inimizes damage to unique
...he RMP should impose
...ater.

...s

...ed, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl
...other mining to protect our land, air and w

no unique comment

...should be carefully consid...
natural features, essential w
strict limits on uranium and

Sincerely,

jeffrey sanders
1577 winnetka rd
glenview, IL 60025

BLM_0082820



ite change.                                            ources, and mitigating the impacts of clim           wildlife habitat, cultural res

e RMP, and limit                  es for renewable energy development in the     BLM should designate zon
nt allowed under the RMP          o those zones. Any oil and gas developmen       renewable energy projects t
inimizes damage to unique         ned, subject to phased development that m        should be carefully constrai
he RMP should impose              ildlife habitat, and other sensitive areas. Tl   natural features, essential w
ater.                             other mining to protect our land, air and w      strict limits on uranium and

                                                                                   Sincerely,

                                                                                   Heidi Felten
                                                                                   4456 Roadoan
                                                                                   Brooklyn, OH 44144

...RMP, and limit ...nt allowed under the RMP ...inimizes damage to unique ...he RMP should impose ...ater.

...revision.

...ue comments

...s for renewable energy development in ... ...o those zones. Any oil and gas developmen ...ned, subject to phased development that m ...ildlife habitat, and other sensitive areas. Tl ...other mining to protect our land, air and w

...ity to comment on the Uncompahgre RMP

...no uniqu

BLM should designate zon ...renewable energy projects ... ...should be carefully constrai ...natural features, essential w ...strict limits on uranium and

Thank you for the opportun

Sincerely,

Michael Gawdun
16431 Old Stable Road
San Antonio, TX 78247



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

ique comments

no un

Sincerely,

Jo Ellen Young
10752 Garfield Ave
Culver City, CA 90230

BLM_0082823



...te change.

...ources, and mitigating the impacts of clim...

...wildlife habitat, cultural re...

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...es for renewable energy development in the
...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
...other mining to protect our land, air and w

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Nancy Schulz
P.O. Box 937
La Veta, CO 81055

...ments

no unique com...



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e areas zones. Any oil and gas developmen
ned, subject to phased development that m
iildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Noreen Duszynski
4018 Longfellow St
Hyattsville, MD 20781

que comments

no uni



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

que comments

s for renewable energy development in a
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

nc uni

BLM should designate zoi
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Susan Spivack
250 Quarry Street
Cobleskill, NY 12043



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
ne RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

David Ehrensperger
339 E. Broad St.
Nanticoke, PA 18634

unique comments

no u



...ment of helping protect
...ate change.

...e RMP, and limit
...owed under the RMP, *if
...ent that minimizes damage
...e areas. The RMP should
...ir and water.

e comments

...oll. Protecting these lands has the added of
...ources, and mitigating the impacts of clima

...es for renewable energy development in the
...o those zones. Oil and gas development all
...onstrained and subject to phased developm
...ssential wildlife habitat, and other sensitiv
...ium and other mining to protect our land, a

uz

...development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
any,* should be carefully c
to unique natural features, a
impose strict limits on uran

Sincerely,

Alisa McMahon
7454 E Camino Rayo de Lu
Scottsdale, AZ 85266

no uniqu



...ater.

...g in particular leave the
...flora and fauna, and so of
...alize the need to meet
...ilderness to sustain our

...other mining to protect our land, air and w...

...ast is that private companies that do mining
...errible situation, with residues toxic to the t
...o cherish the wilderness area.  While we rea
...untry, we need to keep some set aside as w
...

A-PI WS/

...other limits on uranium and

What we have seen in the p
land they have mined in a te
course to other citizens who
many challenges for our co
lives along with livelihoods

Sincerely,

Joan H. Hyde, Ph. D.
1611 Forbes Street
Rockville, MD 20851



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Matthew Van Den Broeke
3105 Ridgecrest Ct  #834
Norman, OK  73072

comments

no unique



...t allowed under the RMP...
...inimizes damage to unique
...he RMP should impose
...ater.

...que comments

...e these zones. Any oil and gas developme...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...no uni...

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Jennifer Krerowicz
27423 149th Pl SE
Kent, WA 98042

BLM_0082831

te change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

rces, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kristine Elinevsky
11 Red Gate Lane
Amherst, MA 01002

allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

nments

no unique cor

Brian Krysinski
302 Cedar Lake Rd S # 1
Minneapolis, MN 55405

e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Bob Schilling
1a Duncan Drive
South Deerfield, MA 0137:

BLM_0082834

k allowed under the RM...
...inimizes damage to unique
...he RMP should impose
...ater.

...e those zones. Any oil and gas developmer...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

...ese comments.

Thank you for accepting th...

...comments

no uniqu...

Sincerely,

Cheryl Vallone
10 Ivy Lane
Ashland, MA 01721-1020

e RMP, and limit
at allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and v

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential v
strict limits on uranium and

Sincerely,

Joseph Merkelbach
2050 East McCord Street
Centralia, IL 62801



...nimizes damage to unique ...he RMP should impose ...vater.

... people about the beauty of ...I been transported back in ...ase do all that you can to ...for the good of the land.

...nce, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...sit Colorado many years ago and I still tell... ...d Estes Park. I remember feeling like I had... ...and preserved so much natural beauty. Plea... ...he undone by those whose interests are not...

A-PI WSA

...should be carefully consid... natural features, essential w... strict limits on uranium and...

On a personal note, I did vi... the Big Thompson River an... time. Colorado has created... see that this does not becon...

Sincerely,

Mary Carroll
90 Pasadena Place
Hawthorne, NJ 07506-3330

 RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Martha Abell
RR 3   Box3000-G
Rome, PA 18837



...allowed under the RMP  
...inimizes damage to unique  
...he RMP should impose  
...ater.

...enerations and long term  
...y the Western Governor's  
...t of these issues now. ⟵

A-PI WSA

...o those zones. Any oil and gas developmen...  
...ned, subject to phased development that m...  
...ildlife habitat, and other sensitive areas. Th...  
...other mining to protect our land, air and w...

...hese landscapes and resources for future ge...  
...nges, especially in light of the work done b...  
...r survival depends on careful consideration...

...Road

...renewable energy projects...  
should be carefully constrai...  
natural features, essential w...  
strict limits on uranium and...

BLM has a duty to protect t...  
adaptability to climatic cha...  
Association and others - ou...

Sincerely,

Christina McVie  
4420 West Cortaro Farms F...  
Tucson, AZ 85742



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

| ments |

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

| no unique con |

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Save our wilderness areas.

Sincerely,

Joe Walicki
14760 SW Wheaton Ln
Beaverton, OR 97007



...te change.

...urces, and mitigating the impacts of clim...

...wildlife habitat, cultural res...

e RMP, and limit
...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...es for renewable energy development in th...
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Julie Stanley
14320 SE Fairoaks Avenue
Oak Grove, OR 97267

RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jon Davison
17314 Knapp Street
Northridge, CA 91325



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater. The environment is
...ur ancestors and a legacy to

...o these zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
... other mining to protect our land, air and w
...r short-term profits; it is a heritage from ou
...n's children. Thank you for your attention.

...renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and
not a gift to us to exploit fo
our children and our childre

Sincerely,

Philip Stern
25 Franklin Ave.
White Plains, NY 10601

...omments

no unique co



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

s for renewable energy development in tho
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Christine Dildine
5744 North County Road 2
Loveland, CO 80538

mments

7

no unique co



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ments

e those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique comi

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

James Lazell
1140 Monroe St.
JACKSON, MS 39202



...nimizes damage to unique ...he RMP should impose ...ater.

...ice, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...should be carefully consid... natural features, essential w... strict limits on uranium and...

Sincerely,

N.J. Mac
2570 McMillan St #2
Eugene, OR 97405

...e comments

no uniqu...

s RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP MUST impose
vater.

s us and wildlife and

s for renewable energy development in th
o those zones. Any oil and gas developmer
ined, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

stine treasure would be kept pristine to help

A-PI WSA

BLM MUST designate zon
renewable energy projects t
MUST be carefully constra
natural features, essential w
strict limits on uranium and

If I had MY WAY, this pris
natural flora survive...

Sincerely,

Paula Yates
9974 Township Road 49
Mount Perry, OH 43760



...te change.

...urces, and mitigating the impacts of clim...

...wildlife habitat, cultural re...

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

s for renewable energy development in th
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Randi Holloway
2220 Overglen
Plano, TX 75074



k allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e comments

o these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

ilyn Voorhies

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Bill %pa_first_name% Mar
38 Clark Point Rd.
West Tremont, ME 04612

no unique

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

vilderness as possible.
) do.

A-PI WSA

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

t to our grandchildren to protect as much v
 this land from them. It IS the right thing t

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

The bottom line is we owe
After all we have borrowed

Sincerely,

Thomas Mac Krell
128 Moorhead St
Erie, PA 16508



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

mments

e these zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

02

no unique co

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

La Roy and Mary Seaver
1901 Ptarmigan Trail Apt 1
Estes Park, CO 80517

BLM_0082851



inimizes damage to unique
he RMP should impose
vater.

ie comments

nee, subject to phased development that in
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no uniqu

should be carefully consider
natural features, essential w
strict limits on uranium and

Sincerely,

John-Christopher Ward
918 Stewart Court
New Orleans, LA 70119



...RMP and strictly limit
...der the RMP should be
...ential wildlife habitat, and
... and other mining to

...que comments

...s for renewable energy development in ar
... Any oil and gas development allowed un
...nize damage to unique natural features, ess
...MP should impose strict limits on uranium
...er.

no uni

BLM should designate zon
such projects to those zones
tightly constrained to minir
other sensitive areas. The R
protect the land, air and wa

Sincerely,

C Steinhart
104 Lathrop St.
Madison, WI 53726-4019



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w
'ilk/

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and
http://xeesm.com/cathleenv

Sincerely,

Cathleen Wilk
24 Second Street
# 3
Catasauqua, PA 18032

nique comments

no u

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

d, appreciated & been
w.  Please protect these

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

l in, camped in, mountain climbed in, love
nds since I was a teenager - and I'm 54 nov
s for our kids and theirs!

A-PI REC

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

I have hiked in, backpacked
awed & inspired by these la
precious, irreplaceable land

Sincerely,

Colleen Theriot
3404 Cherry Lane
Austin, TX 78703



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michael Grish
7502 Northcrest Blvd.
Austin, TX 78752

unique comments

no



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

for renewable energy development in a
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. T
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Lisa Clifton
418 Venice Way
venice, CA 90291

unique comments

nc



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

for renewable energy development in a
those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects 1
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Den Wichar
711 W 25 Street
Vancouver, WA 98660

ents

no unique comm



James Suthers
3020 N. Buena Vista St.
Burbank, CA 91504

BLM_0082859

inimizes damage to unique
he RMP should impose
vater.

nce, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

should be carefully consid
natural features, essential w
strict limits on uranium and

Sincerely,

don arkin
543 e roger
Tucson, AZ 85705

BLM_0082860



BLM_0082861

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

nts

o these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w
and free!

no unique commer

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and
Let's let some remain wild i

Sincerely,

cyndee haley
1596 cr 4215
bonham, TX 75418



...nimizes damage to unique
...he RMP should impose
...vater.

...ce, subject to phased development that m...
...ildlife habitat, and other sensitive areas. T...
...other mining to protect our land, air and w...

...should be carefully consid...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Victor Myers
4508 Mexico Gravel Rd.
Columbia, MO 65202

...s

no unique comments

BLM_0082863



...nimizes damage to unique ...he RMP should impose ...vater.

...ee, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...should be carefully consid... ...natural features, essential w... ...strict limits on uranium and...

Sincerely,

Cathy Lewis-Dougherty
12610 Sarah St.
Studio City, CA 91604

...omments

no unique c...



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...nments

...e these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
 other mining to protect our land, air and w...

I.D.

no unique con...

renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Dr. Jeffrey Paul LaGasse M...
P.O. Box 637
Freeland, WA 98249

e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Steve Glow
32 Campus Dr #7416
Missoula, MT 59812

BLM_0082866



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

omments

e these zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique c

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you!

Sincerely,

Susan Seitz
427 South College Ave
Tyler, TX 75702



allowed under the RM...
...inimizes damage to unique
...he RMP should impose
...ater.

...these zones. Any oil and gas developmer...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Debbie Beane
3107 Hill Gail Court
Owensboro, KY 42303

comments

no unique



...ent of helping protect
...ate change.

...e RMP, and limit
...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...e comments

...en. Protecting these lands has the added of
...ources, and mitigating the impacts of clima

...es for renewable energy development in the
...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
... other mining to protect our land, air and v

no unique

...development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

Karen Nagel
1640 Rockford Pl.
Cincinnati, OH 54223 1633

BLM_0082869



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...e these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...
...n ANY type of development!! /

A-PI WSA

...renewable energy projects...
should be carefully constra...
natural features, essential w...
strict limits on uranium and...
Please protect this area fror...

Sincerely,

Lisa Scharin
802 Green Meadow Drive
Goose Creek, SC 29445



...t allowed under the RMP
...inimizes damage to unique
...e RMP should impose
...ater.

...o these zones. Any oil and gas developme...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. T...
...other mining to protect our land, air and w...

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Nancy Stocker
2885 S Gilpin St
Denver, CO 80210

...nique comments

no u...



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

unique comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

jeffrey lapic
156 s ridgewood rd
kentfield, CA 94904



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

hique comments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no un

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Carolyn Whiting
17 Chestnut Rd
Reading, MA 01867



BLM_0082874



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Ron Nosek
281 Winthrop
Elmhurst, IL 60126

que comments

no uni



...k allowed under the RMP...
...inimizes damage to unique...
...he RMP should impose...
...vater.

...o these zones. Any oil and gas developmer...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

ments

no unique com

Sincerely,

Heather Blakely
3428 Hoyt Avenue
Everett, WA 98201



e RMP, and limit
at allowed under the RMP
inimizes damage to unique

velopment activities to

mments

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas.

rict limits on uranium and other energy dev
and wildlife.

no unique co

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w

The RMP should impose st
protect our land, air, water

Sincerely,

Verne Huser
7106 Coors Trail NW
Albuquerqu, NM 87120

...RMP, and limit ...t allowed under the RMP ...inimizes damage to unique ...he RMP should impose ...vater.

...ts

...s for renewable energy development in un... ...o those zones. Any oil and gas developmen... ...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

no unique commen...

BLM should designate zon... renewable energy projects ... should be carefully constrai... natural features, essential w... strict limits on uranium and...

Sincerely,

Edward Kush
PO Box 1360
Water Mill, NY 11976

BLM_0082878



Sincerely,

Jim Kates
547 Old Magnolia Road
Crawfordville, FL 32327

comments

no unique

BLM_0082879



...RMP, and limit
...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...s for renewable energy development in th...
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Joe Chasse
22313 V
Ocean Park, WA 98640

...ue comments

no uniq...



allowed under the RMP
minimizes damage to unique
he RMP should impose
ater.

A

o these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

ct these incomparable lands.

A-PI WS

956

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Do the right thing and prote

Sincerely,

Russell Ridge
P.O. Box 396
Point Reyes Station, CA 94

BLM_0082881



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...water.

...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
... other mining to protect our land, air and w

...renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Darrel Hart
7609 Meadow Knoll
Wichita, KS 67205

nts

no unique commen



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmel
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Larissa Bowman
425 Flat Top Mtn Rd
Fairview, NC 28730

ue comments

no uniq

e RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Gordon Messling
28 S. College #2
Fayetteville, AR 72701

BLM_0082884



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...mments

...o these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

no unique co

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Donna DePauw
PO Box 2024
Estes Park, CO 80517

y off road vehicles or
management plan as part of
ng for impacts of all uses.
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

e RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

le and wild rivers can arrive unimpeded t
should complete a comprehensive travel m
ning is done at a landscape level, accounti
acteristics should be closed to motorized a
rild and scenic river corridors, should be cl
on. Protecting these lands has the added be
ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

viewsheds, and where wild
energy development. BLM
the RMP to ensure that plan
Lands with wilderness char
lands, as well as potential w
development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Dr. Jay Hodges
HC 89 Box 445
Winona, MO 65588

BLM_0082887

allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o these zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely, Jenny Vick

Sincerely,

jennifer vick
11805 breton ct #12
reston, VA 20191

que comments

no uni



te change.

ources, and mitigating the impacts of clim

wildlife habitat, cultural res

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Chad Whittaker
6021 Camellia Ave
A
Sacramento, CA 95819

BLM_0082889



BLM_0082890



e RMP, and limit
at allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

s for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Robert von Zumbusch
1113 Princeton-Kingston R
Princeton, NJ 08540

comments

oad

no unique

Sincerely,

Dick Artley
415 NE 2nd
Grangeville, ID 83530

BLM_0082892



...nimizes damage to unique ...he RMP should impose ...ater.

...nce, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...should be carefully consid... natural features, essential w... strict limits on uranium and...

Sincerely,

LAURA HARRISON
2901 LOMBARDY CT
AUGUSTA, GA 30909

...e comments

no uniqu...



t allowed under the RMP
inimizes damage to unique
he RMP should impose
id water.

e those zones. Any oil and gas developmer
ned, subject to phased development that m
vildlife habitat, and other sensitive areas. Tl
and other mining to protect our land, air ar

renewable energy projects
should be carefully constrai
natural features, essential w
stringent limits on uranium

Sincerely,

Martha Milne
1764 Braman Ave
Fort Myers, FL 33901

e comments

no unique



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

s for renewable energy development in ar
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. TI
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Anah McMahon
PO Box 126
Burlington, IL 60109

que comments

no uni



allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

these zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Peter Cooper
1067 Oceanic Dr
Encinitas, CA 92024

unique comments

no u



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

phillipe bojorquez
416 e 3900 s
salt lake city, UT 84107

que comments

no unic



...velopment in the RMP;
...velopment allowed under
...ent that minimizes damage
...e areas. The RMP should
...ir and water.

...d designate zones for renewable energy d
...projects to those zones. Any oil and gas d
...y constrained, subject to phased developm
...ssential wildlife habitat, and other sensitiv
...ium and other mining to protect our land, a

...believe that the BLM sho
and limit renewable energy
the RMP should be carefull
to unique natural features, e
impose strict limits on uran

Sincerely,

Sergio Monteiro
1325 Wellesley Ave. # 209
Los Angeles, CA 90025

...ments

no unique con



e RMP should impose
water.

rairie habitat, and other sensitive areas. P
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

pat Musick
10 Studio Place
Colorado Springs, CO 8090

comments

)4

no unique c

e RMP, and limit
t allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

s for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium anc

Sincerely,

Aaron Foster
2785 Arbor Dr.
West Linn, OR 97068

t allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

> those zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

n.  Please do the right thing.

iments

no unique com

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your attentic

Sincerely,

Susan Reichter
315 Salem Street
Andover, MA 01810



e RMP, and limit
ıt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

ents

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique comm

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jeffrey Long
855 Granite Ridge Dr
Santa Cruz, CA 95065



...et limits on uranium and ...these zones. The BLM should impose st...
land, air and water.

...renewable energy projects
other mining to protect our

Sincerely,

A R
sylvania ave
Neptune, NJ 07753

...ments

no unique comm



...inimizes damage to unique ...he RMP should impose ...ater.

...ee, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...should be carefully consid... natural features, essential w... strict limits on uranium and...

Sincerely,

Lenette Sadek
PO Box 5004
Vernon Hills, IL 60061

...ents

no unique comm...



BLM_0082905

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e comments

e those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Alan Wojtalik
3723 Green Oak Court
Baltimore, MD 21234



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

mments

o these zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

orff

)4

no unique co

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Gernot and Ava Heinrichsd
418 Dahlia St.
Colorado Springs, CO 8090

inimizes damage to unique
he RMP should impose
vater.

ation is the responsible
s for 2050 range from

nce, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

believe that habitat protection and preserva
ing human population.  The UN projection
n.

A-PI WSA

should be carefully consid
natural features, essential w
strict limits on uranium and

As a wildlife rehabilitator I
action in a world of increas
about 8 billion to 10.5 billic

Sincerely,

Suzanne Hoofnagale
905 Weeber
Iowa City, IA 52246



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e areas zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Marcia Ketterer
2102 W. Dahlia Dr.
Phoenix, AZ 85029

ents

no unique comm



MP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

s for renewable energy development in th
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

William English
130 Shore St
Falmouth, MA 02540-3110

no unique comments



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Nancy Verber
10015 Beckford Court
Powell, OH 43065

omments

no unique co



...te change.

...urces, and mitigating the impacts of clim...

...wildlife habitat, cultural res...

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...es for renewable energy development in the
...o those zones. Any oil and gas development
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Deborah Horn
PO 40854
Tucson, AZ 85717

...mments

no unique co...

BLM_0082912

anagement plan as part of
ng for impacts of all uses. Those
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

should complete a comprehensive adver fi
ining is done at a landscape level, accounti
acteristics should be closed to motorized an
ild and scenic river corridors, should be cl
on. Protecting these lands has the added be
ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

energy development. BLM
the RMP to ensure that plar
Lands with wilderness char
lands, as well as potential w
development and transmiss
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jacquelynn Tollefson
2022 Delaware Ave., No. 6
Santa Moncia, CA 90404

BLM_0082914

et limits on uranium and

e these zones. The BLM should impose su
land, air and water.

renewable energy projects
other mining to protect our

Sincerely,

A R
sylvan
asbury, NJ 07712

nents

no unique comr

BLM_0082915



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

kirk francis
4750 goldsmith road
langley, WA 98260

omments

no unique co



comments

no unique c

6000 Camden Dr.
Austin, TX 78757

BLM_0082917



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

s for renewable energy development in th
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Greg Spahn
1613 E Harrison Ave
Wheaton, IL 60187-4426



te change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

wildlife habitat, cultural re

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Tom Hart
PO Box 1512
Lutz, FL 33548

e comments

no uniqu

BLM_0082919

iding extensive unroaded
al soundscapes and
y off-road vehicles or
lanagement plan as part of
ng for impacts of all uses.
nd mechanized use. Those
osed to all forms of energy
enefit of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes and eliminates

size resource protection in this RMP, prov
ationists can experience solitude and natura
ife and wild rivers can thrive unimpeded b
should complete a comprehensive travel m
ning is done at a landscape level, accounti
acteristics should be closed to motorized a
rild and scenic river corridors, should be cl
on. Protecting these lands has the added be
ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m

l encourage BLM to empha
areas where quiet-use recre
viewsheds, and where wild
energy development. BLM
the RMP to ensure that plar
Lands with wilderness char
lands, as well as potential v
development and transmiss
wildlife habitat, cultural res

BLM should designate zone
renewable energy projects t
should be carefully constrai

BLM_0082920



BLM_0082921



...ate change.

...es, and mitigating the impacts of clim...

...wildlife habitat, cultural res...

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...es for renewable energy development in the
...o those zones. Any oil and gas developmer
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Tl
...other mining to protect our land, air and w

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

john walker
Box 1462
Albuquerque, NM 87103

...ents

no unique comm...



he RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

ues for renewable energy development in t
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM needs to designate zo
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Sally Espinosa
P.O. Box 26
Ithaca, NY 14851

ients

no unique comm



...t allowed under the RM...
...inimizes damage to unique
...he RMP should impose
...ater.

...e those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...renewable energy projects
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

David Lee Marshall
343 Faculty Road
Duncannon, PA 17020

...nents

no unique comr...



allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

these zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

nts

no unique comme

Sincerely,

Beth Friar
PO Box 2263
Grand Rapids, MI 49501



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

nents

s for renewable energy development in an
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique con

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Luise Perenne
10091 San Pablo Court
Fountain Valley, CA 92708



, and mitigating the

, protect wildlife habitat, cultural resources

the added benefit of helping
impacts of climate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Beth Dorton
14028 Orchard Drive
Clarks Summit, PA 18411



...te change.

...ources, and mitigating the impacts of clim...

wildlife habitat, cultural re...

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Ian Ferrell
228 Clear Ridge Rd
Union Bridge, MD 21791

...nts

no unique comme...



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
water.

ents

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique comm

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Susanne Garry
55 Laurel Avenue
West Orange, NJ 07052



Derek Denhelmer
1603 Eagle Ridge Dr S #1
Renton, WA 98055

nent of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

ments

ion. Protecting these lands has the added o
ources, and mitigating the impacts of clima

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique con

development and transmiss
wildlife habitat, cultural res

BLM should designate zone
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

dan hitt
p.o. box 542
palo alto, CA 94302-0542

BLM_0082931



...allowed under the RMP
...minimizes damage to unique
...he RMP should impose
...ater.

...these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Noreen Weeden
493 Vermont St
San Francisco, CA 94107

omments

no unique c...

BLM_0082932



...te change.

...ources, and mitigating the impacts of climate

...wildlife habitat, cultural res...

...e RMP, and limit
...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...es for renewable energy development in the
...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
...other mining to protect our land, air and w

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Scott MacLowry
1003 Central Ave
Dolores, CO 81323



...ator.                                   ...ther mining to protect our land, air and w...        strict limits on uranium and

Sincerely,

Linda Hayes
5631 Emerson Avenue Nor
Brooklyn Center, MN 5543



...ildlife habitat, and other sensitive areas.

...ning to protect our land, air

...pose strict limits on uranium and other mi...

Finally, the RMP should im...
and water.

Sincerely,

Clifton Ware
2407 39th Ave. NE
#311
Minneapolis, MN 55421

comments

no unique c...

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

his area what they need.

nments

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and v

y projects and the unique wild features of t

no unique cor

renewable energy projects v
should be carefully constrai
natural features, essential w
strict limits on uranium and

This would give both energ

Sincerely,

lee Winslow
1080 W. Kaibab Lane
Apt. 64B
FLAGSTAFF, AZ 86001



Sincerely,

Russell and Deborah Anthe
POB 37
60 Mary Rose Lane
Malo, WA 99150

s

no unique comments

BLM_0082937



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

o these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Lyrysa Smith
P.O. Box 55
Valatie, NY 12184

e comments

no unique



...te change.

...ources, and mitigating the impacts of clim...

...wildlife habitat, cultural res...

e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...es for renewable energy development in the
...o those zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
...other mining to protect our land, air and w

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

J Allen
600 Travis
Houston, TX 77002

...mments

no unique co...



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
ne RMP should impose
vater.

s for renewable energy development in a
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Al DeRoy
94 Ridgecrest Drive
Pittsburgh, PA 15235-4548

no unique commen

2 A-PI WSA

e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Barbara Johnson
4532 Manastash RD
Ellensburg, WA 98926

BLM_0082941



he RMP, and limit
nt allowed under the RMP
imizes damage to unique
he RMP needs to impose
vater.

mments

ass for renewable energy development in t
o those zones. Any oil and gas developmer
ed, subject to phased development that min
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique cc

rurge BLM to designate zo
renewable energy projects t
must be carefully constrain
natural features, essential w
strict limits on uranium and

Sincerely,

Anne Vaccarest
176 Mitchell Street
Manchester, NH 03103



BLM_0082943



k allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

generations !

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

this land as pristine as possible for future ;

A-P! WSA

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

We absolutely need to keep

Sincerely,

kathy trotter
310 skyline drive
roanoke, TX 76262



...t allowed under the RMP ...inimizes damage to unique ...he RMP should impose ...ater.

...mments

...o these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...EET

no unique co

...renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

PETER GORBENKO
6415 WEST CORTEZ STR...
GLENDALE, AZ 85304



...t allowed under the RM...
...inimizes damage to unique
...he RMP should impose
...vater.

...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...these comments.

renewable energy projects
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Thank you for considering

Sincerely,

Michael Klausing
624 Cross Lanes Drive
Apt. 11
Nitro, WV 25143

no unique comments

BLM_0082946

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique comments

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michele Green
PO BOX 133
Westfield, ME 04787

BLM_0082947



uld not be allowed under
abitat, and other sensitive
tect our land, air and water.

e these zones. Oil and gas development sh
unique natural features, essential wildlife h
not allow uranium or other mining to prot

renewable energy projects i
the RMP due to damage to
areas. The RMP should als

Sincerely,

Jennifer Nitz
802 Front
Missoula, MT 59802

s

no unique comments



...t allowed under the RMP...
...inimizes damage to unique...
...he RMP should impose...
...ater.

...these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...renewable energy projects...
...should be carefully constrai...
...natural features, essential w...
...strict limits on uranium and...

...d I regularly go home to

...California my family lives in California an...
...  We need the Uncompahgre protected!

Although I currently am in...
visit and plan to retire there...

Sincerely,

...ts

no unique commen

Marsha Greer
427 S Ash St
Redlands, CA 92373

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ng uranium or despoiling
e dead. Do the right thing

]

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

rea 40 years ago and I cannot imagine mini
e replaced. Nuclear power and uranium are
development.

A-PI WSA

renewable energy projects
should be carefully constra
natural features, essential w
strict limits on uranium and

I was backpacking in this a
it in any way. This cannot b
and close these areas to any

Sincerely,

Matthew Swyers
1020 Dolores St. #28
Livermore, CA 94550-477(



e RMP, and limit
at allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Randy Carmichael
1290 Lehigh St.
Boulder, CO 80305

ments

no unique com

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e those zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Gary La Rosa
34-24 82nd Street
Apt. 4 L
Jackson Heights, NY 11372

s

no unique comment



allowed under the RM
inimizes damage to unique
he RMP should impose
ater, the integrity of
ments.

comments

e those zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
nount. Thank you for considering my com

no unique

renewable energy projects
should be carefully constra
natural features, essential w
strict limits on uranium and
which, in my view, is parar

Sincerely,

Ellen Halbert
46454 Cherryfield Rd
Drayden, MD 20630



he RMP should impose
vater.

rare habitat, and other sensitive areas. I
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

Timothy Coleman
30 Horseshoe Lane
Republic, WA 99166



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ents

s for renewable energy development in th
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no unique comm

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Bill J Dunton
1500 West Ash Avenue
Fullerton, CA 92833



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...water.
...ds on your decisions. /

...e these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...
...d only Earth. Please think of all that depen...

A-GE

...renewable energy projects...
...should be carefully constrai...
...natural features, essential w...
...strict limits on uranium and...
/You can protect our one an...

Sincerely,

pat thomas
6219 East Superior Street
Duluth, MN 55804



Sincerely,

James Willhour
609 Sagebrush Dr.
Louisville, CO 80027

nments

no unique cor

t allowed under the RM
inimizes damage to unique
he RMP should impose
vater.

res of each district takend

A-PI GE

e these zones. Any oil and gas developme
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

nced use of the area, with the unique featu

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

All I am asking for is a bala
into account.

Sincerely,

Neena Jud
1044 Vacationland Dr
Cincinnati, OH 45231

BLM_0082958



ater.

other mining to protect our land, air and w

strict limits on uranium an

its

no unique commer

Sincerely,

Rebecca Smith Randolph
3212 Bernardo Lane
Escondido, CA 92029

BLM_0082959



...te change.

...urces, and mitigating the impacts of clim...

...wildlife habitat, cultural res...

e RMP, and limit
...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...es for renewable energy development in the
...o those zones. Any oil and gas development
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
...other mining to protect our land, air and w

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Rick Flory
P O Box 11217
Jackson, WY 83002

BLM_0082960



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

o these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and v

no unique

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Kevin Lozaw
102 Brookside Drive
San Anselmo, CA 94960

allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

those zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Alison Scott
106 Udall Road
PO Box 58
Francestown, NH 03043

comments

no unique

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

attest to the beauty and
his area.

A-P| WSA

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

n Miguel water shed and I can personally a
gly implore that we find a way to protect tl

renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

I grew up in the Dolores/Sa
wildness of the area. I stror

Sincerely,

Marcel Montoya
1219 Escalante St.
Santa Fe, NM 87505



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...e those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

...renewable energy projects ...
...should be carefully constrai...
...natural features, essential w...
...strict limits on uranium and ...

...pportunity to comment.

Again, thank you for this op...

...ue comments

no uniqu...

Sincerely,

Gail Weston-Roberts
26 Western Ave.
Natick, MA 01760

 nent of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

ion. Protecting these lands has the added o
ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

development and transmiss
wildlife habitat, cultural res

BLM should designate zone
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

Wayne Foote
40 Briariit Drive
Smithtown, NY 11787

BLM_0082965



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

ts

e those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique commen

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Phoebe Oaks
3223 S. Temple Ave.
Indianapolis, IN 46237



...e RMP should impose
...ater.

...rine habitat, and other sensitive areas. P...
other mining to protect our land, air and w...

...natural features, essential w...
strict limits on uranium and...

Sincerely,

Bruce Cox
1022 Alexander Hamilton
San Antonio, TX 78228

202-429-3945

# Eytan Krasilovsky

530 Garcia St #10 , Santa Fe, NM 87505

March 24, 2010   11:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation that includes human powered transport such as bicycles. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists, including bicycles,can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road motor-vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Eytan Krasilovsky
530 Garcia St #10
Santa Fe, NM 87505



ents

no unique comm

Sincerely,

Jill Vickerman
P O Box 270
Yzerfontein 7351

BLM_0082969



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

James Eby
9215 156Th PL NE
Redmond, WA 98052

nents

no unique comr



allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michael Fitzgibbon
PO Box 541
Ashland, WI 54806

ents

no unique comm

allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Alex Vollmer
119 Redwood Road
san anselmo, CA 94960

nments

no unique con



te change.

ources, and mitigating the impacts of clim

wildlife habitat, cultural re

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in th
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constra
natural features, essential w
strict limits on uranium and

Sincerely,

Jennifer Robinson
2901 W. 49th Street
Westwood, KS 66205

RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

for renewable energy development in th
those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Howard Mielke
3233 DeSoto Street
New Orleans, LA 70119

BLM_0082974



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...e these zones. Any oil and gas development...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...renewable energy projects...
...should be carefully constra...
...natural features, essential w...
...strict limits on uranium and...

Sincerely,

Michelle Friessen
5125 La Fiesta Dr NE
Albuquerque, NM 87109

que comments

no uni



Cherry Valley, CA 92223

BLM_0082976

...t allowed under the RMP  
...inimizes damage to unique  
...he RMP should impose  
...ater.

...ue comments

...e these zones. Any oil and gas developmer  
...ned, subject to phased development that m  
...ildlife habitat, and other sensitive areas. Tl  
...other mining to protect our land, air and w

no unic

...renewable energy projects  
should be carefully constrai  
natural features, essential w  
strict limits on uranium and

Sincerely,

alex escott  
30 winthrop ave  
duxbury, MA 023323

BLM_0082977



allowed under the RMP
minimizes damage to unique
he RMP should impose
water. Do we really need the

A-PI ED

those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w
d?

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and
energy that destroys the lan

Sincerely,

Dorothy Koontz
740 Chestnut Lane
Huron, OH 44839

BLM_0082978



inimizes damage to unique
he RMP should impose
vater.

nce, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

should be carefully consid
natural features, essential w
strict limits on uranium and

Sincerely,

Roz Downing
39 Moss St.
Pawcatuck, CT 06379

mments

no unique co

BLM_0082979



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

nique comments

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no ur

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

jeffrey wilbur
1716 essex road
1716 essex road
charlottesville, VA 22901



comments

no unique

Sincerely,

Mary Fryar
143 Ivy Lane
Elizabethton, TN 37643

...allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...ing destroy it.

...those zones. Any oil and gas developme...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
 other mining to protect our land, air and w...

...everyone, please do not let anyone or anyth...

A-PI FW

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Our wildlife is essential to ...

Sincerely,

Barbara Borah
5545 W. Addison
Chicago, IL 60641

…t allowed under the RMP
…inimizes damage to unique
…he RMP should impose
…ater.

…of the state. Please leave it

┐

…o these zones. Any oil and gas developmen…
…ned, subject to phased development that m…
…ildlife habitat, and other sensitive areas. Tl…
…other mining to protect our land, air and w…

…ation place--mainly because of the beauty
…to enjoy. Thank you.

A-PI WSA

…renewable energy projects …
should be carefully constrai…
natural features, essential w…
strict limits on uranium and…

Colorado is my favorite vac…
alone for future generations…

Sincerely,

Susan Stevens
5311 Maywood Road
Monona, WI 53716



ne RMP should impose
vater.

rame habitat, and other sensitive areas. A
other mining to protect our land, air and w

natural features, essential w
strict limits on uranium and

Sincerely,

Sara Ransom
2720 Delwood Ave.
Durango, CO 81301

BLM_0082984

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

:less, & senseless purposes.
lisappear that the Almighty
urth.

A-PI WSA

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

his prescious land & it's creatures from use
:aking to see all they beauty of our planet d
autiful knowing we have such places on ea

renewable energy projects :
should be carefully constrai
natural features, essential w
strict limits on uranium and

Please preserve, & protect t
It just would be so heart bre
created, for life is just so be

Sincerely,

Ruth Leibowitz
137 Seabreeze Way
Keansburg, NJ 07734



...nimizes damage to unique ...he RMP should impose ...ater.

...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... other mining to protect our land, air and w...

...should be carefully consid... natural features, essential w... strict limits on uranium and...

Sincerely,

carol green
2728 Mintlaw Ave
Henderson, NV 89044

...o unique comments

...ent of helping protect
...ate change.

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...on. Protecting these lands has the added o...
...ources, and mitigating the impacts of clim...

...es for renewable energy development in th...
...o those zones. Any oil and gas developmer...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...development and transmiss...
wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Richard Khanlian
1906 Camino Lumbre
Santa Fe, NM 87505

BLM_0082987

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

comments

e those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

ny opinion.

no unique

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for listening to n

Sincerely,

Larry Dowdy
606 Meadow Lane, SW
Vienna, VA 22180



n the RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

zones for renewable energy development
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

The BLM should designate
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Thomas Landon
200 East 33rd Street
New York, NY 10016-482

omments

no unique c



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

comments

no unique

Sincerely,

Joanne Wagner
4601 Windigo Trail
Madison, WI 53711

BLM_0082990

...ent of helping protect
...ate change.

...e RMP, and limit
...nt allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...on. Protecting these lands has the added o...
...ources, and mitigating the impacts of clim...

...es for renewable energy development in th...
...o those zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Tl...
...other mining to protect our land, air and w...

...development and transmiss...
wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constra...
natural features, essential w...
strict limits on uranium and...

Sincerely,

John Sovell
828 Remington Street
Fort Collins, CO 80524



...inimizes damage to unique ...he RMP should impose ...ater.

...ance, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...should be carefully consid... natural features, essential w... strict limits on uranium and...

Sincerely,

Leslie Babson 11405 Middl

...ue comments

...e Rd Morris, IL 60450

no uniqu

Sincerely,

Leslie Babson
11405 Middle Rd
Morris, IL 60450



...he RMP should impose ...ater.

...rness-qualities should take ...died as part of the ...e held to an absolute ...ctive nature as oil and gas ...se.

1 A-PI WSA

ED
TM

...rine habitat, and other sensitive areas... other mining to protect our land, air and w...

...rado and other western states whose wilde...ible uses. This includes the lands being stu...RMP. Development of such lands should b...y where such development is of the destruc...nt, uranium mining, and off-road vehicle u...

2 A-PI
3 A-PI

...natural features, essential ...strict limits on uranium and...

There are still lands in Colo...precidence over other poss...Uncompahgre Field Office...minimum if at all, especiall...exploration and developme...

Sincerely,

John Andes
300 Estate Drive
Mount Juliet, TN 37122



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...e these zones. Any oil and gas developmen
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
...other mining to protect our land, air and w

...renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Jill Panek
37936 Third Street
Willoughby, OH 44094

comments

no unique



e RMP, and limit
it allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Christy Clay
1648 East Garfield Ave
Salt Lake City, UT 84105

comments

no unique



t allowed under the RMP
inimizes damage to unique
he RMP should impose
/ater.

o these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Vincent Rusch
1090 4th Street
Schenectady, NY 12303

ue comments

no uniq



RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

for renewable energy development in an
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

John Stainthorp
1247 W. Columbia
Chicago, IL 60626

omments

no unique c

...ent of helping protect
ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

...on. Protecting these lands has the added of
ources, and mitigating the impacts of clim...

...es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w...

...development and transmiss...
wildlife habitat, cultural res...

BLM should designate zon...
renewable energy projects t...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

jean public
15 elm st
florhampark, NJ 07932



...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...vater.

...e those zones. Any oil and gas developmer
...ned, subject to phased development that m
...ildlife habitat, and other sensitive areas. Th
...other mining to protect our land, air and w

...renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Tony Prokott
4017 Upton Ave S #2
Minneapolis, MN 55410

comments

no unique

202-429-3945

## Alan Keenan

4235 Osage Avenue , Philadelphia, PA 19104

March 24, 2010   11:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Resource protection is key in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Everyone who knows the area knows that the Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

For these reasons, it is extremely important that BLM emphasizes resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Alan Keenan
4235 Osage Avenue
Philadelphia, PA 19104

BLM_0083000

allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

n in this matter.

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for your attentic

Sincerely,

Marnelle Curtis
116 S. Maple Ave.
Oak Park, IL 60302

omments

no unique cc

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e comments

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no unique

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Sue D'Onofrio
805 Watson Drive
Keysville, VA 23947



t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Rainbow Di Benedetto
909 E. Oltorf St. #101
Austin, TX 78704

comments

no unique c

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

o these zones. Any oil and gas development
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
 other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

unique comments

nc

Sincerely,

Rosalba Cofer
12605 Indian Lane
Waldorf, MD 20601



e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
rater.

iique comments

es for renewable energy development in the
o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

no ur

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Stan Serafin
PO Box 3659
Corrales, NM 87048

...t allowed under the RMP
...inimizes damage to unique
...he RMP should impose
...ater.

...comments

...o these zones. Any oil and gas developmen...
...ned, subject to phased development that m...
...ildlife habitat, and other sensitive areas. Th...
...other mining to protect our land, air and w...

no unique c

...renewable energy projects...
should be carefully constrai...
natural features, essential w...
strict limits on uranium and...

Sincerely,

Kevin Walker
1719 suMMit dr
Haymarket, VA 20169

t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

no unique comments

Sincerely,

F G Stoddard
243 S FM 243
Bonham, TX 75418



...RMP, and limit ...nt allowed under the RMP ...inimizes damage to unique ...he RMP should impose ...ater.

...jue comments

...s for renewable energy development in ...o those zones. Any oil and gas developmen... ...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Tl... ...other mining to protect our land, air and w...

...no uni...

...BLM should designate zon... renewable energy projects t... should be carefully constrai... natural features, essential w... strict limits on uranium and...

Sincerely,

Valerie Minerva
1230 Reed
lakewood, CO 80214

BLM_0083008



...t allowed under the RMP

...inimizes damage to unique

...he RMP should impose

...ater.

...ments

...e those zones. Any oil and gas developmer

...ned, subject to phased development that m

...ildlife habitat, and other sensitive areas. Tl

...other mining to protect our land, air and w

no unique com

...renewable energy projects

should be carefully constrai

natural features, essential w

strict limits on uranium and

Sincerely,

Judith Smith
2712 Grande Vista Avenue
Oakland, CA 94601



...atter.

...ther mining to protect our land, air and w...

...tter limits on uranium and

...n to this matter.

Thank you for your attention

e comments

no unique

Sincerely,

Naomi Weinstein
136 West 24th Street
New York, NY 10011



...ater.

...oom to live without taking
...We land for lots of trees to
...d.  Once it's gone, it's gone.
...: children.

...being destroyed now.  We've got enough ro
...ed land to sustain our fresh water and air.
...h footprint.  Please stop destroying the wild
...for our children and their children and their

...my comments.

A-PI WSA

There are too many places l
more from wildlife.  We ne
help with our HUGE carbo
We need these wild places

Thank you for considering

Sincerely,

Sherry Lewis
POB 625
Woodstock, GA 30188

ent of helping protect
ate change.

RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

on. Protecting these lands has the added o
ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

development and transmis
wildlife habitat, cultural res

BLM should designate zon
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Michelle Gobely
1581 Wheelock Lane #202
St. Paul, MN 55117



ate change.

e RMP, and limit
nt allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

unique comments

ources, and mitigating the impacts of clim

es for renewable energy development in the
o those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
other mining to protect our land, air and w

no u

wildlife habitat, cultural res

BLM should designate zone
renewable energy projects t
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Debra Beaver
2915 Stevens Mill Road
Matthews, NC 28104

BLM_0083013



...e RMP should impose
...ater.

...rine habitat, and other sensitive areas. H
other mining to protect our land, air and w

...natural features, essential v
strict limits on uranium and

Sincerely,

Robert John
1116 Fountain Gate Ct.
Norman, OK 73072

e comments

no unique



...inimizes damage to unique ...he RMP should impose ...ater.

...ree, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...should be carefully consid... natural features, essential w... strict limits on uranium and...

Sincerely,

carla david
11173 main st
hewitt, WI 54441

comments

no unique



t allowed under the RMP
inimizes damage to unique
he RMP should impose
vater.

e these zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Matthew Carlson
5200 S  Ellis Ave.
Apt. 210
Chicago, IL 60615

nments

no unique cor

BLM_0083016



...t allowed under the RMP ...minimizes damage to unique ...he RMP should impose ...ater.

...o these zones. Any oil and gas developme... ...ned, subject to phased development that m... ...ildlife habitat, and other sensitive areas. Th... ...other mining to protect our land, air and w...

...renewable energy projects ... should be carefully constrai... natural features, essential w... strict limits on uranium and...

Sincerely,

Bettina Hempel
300 Frances Str
Teaneck, NJ 07666

nique comments

no ur

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

e those zones. Any oil and gas developmen
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Sincerely,

Annette Bailey
753 James st
Syracuse, NY 13203

BLM_0083018

t allowed under the RMP
inimizes damage to unique
he RMP should impose
ater.

ents

e those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Th
 other mining to protect our land, air and w

my comments.

no unique comm

renewable energy projects
should be carefully constrai
natural features, essential w
strict limits on uranium and

Thank you for considering

Sincerely,

Lynne Harrington-Bullock
18839 Nikki Dr.
Sonoma, CA 95476



t beloved wilderness-
reation. The resource area
ge grouse, that rely on

fice encompasses some of Colorado's most
nd opportunities for quiet, backcountry rec:
nd imperiled wildlife, such as Gunnison sa;
free from roads and other infrastructure.

The Uncompahgre Field Of
quality lands, wild rivers, a:
is also home to important a:
large intact tracts of habitat

Thank you.

Sincerely,

Mark Bartleman
1984 Del Mar Ave
Laguna Beach, CA 92651-:

mments

816

no unique co

BLM_0083020

9105 Del Rey Drive
Dallas, TX 75229

ue comments

no uniqu

BLM_0083021



...RMP, and limit  
...nt allowed under the RMP  
...inimizes damage to unique  
...he RMP should impose  
...vater.

...s for renewable energy development in an  
...o those zones. Any oil and gas developmen  
...ned, subject to phased development that m  
...ildlife habitat, and other sensitive areas. Tl  
... other mining to protect our land, air and w

BLM should designate zon  
renewable energy projects t  
should be carefully constrai  
natural features, essential w  
strict limits on uranium and

Sincerely,

John Cody  
3280 Sunrise Highway  
#171  
Wantagh, NY 11793

omments

no unique c



it allowed under the RMP
inimizes damage to **unique**
he RMP should impose
vater.

7 A-PI NRED

o those zones. Any oil and gas developmer
ned, subject to phased development that m
ildlife habitat, and other sensitive areas. Tl
other mining to protect our land, air and w

renewable energy projects
should be carefully constra
natural features, essential w
strict limits on uranium and

8 A-PI MI

Sincerely,

Dave Roehm
1001 SW Woods Apt #2
Portland, OR 97239

202-429-3945
# John Mcdermott

43 Francis Street , Uniontown, PA 15401

March 25, 2010    9:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Mcdermott
43 Francis Street
Uniontown, PA 15401

202-429-3945

## D. Bryan

Capay Circle , S.S.F., CA 940804116

March 25, 2010    9:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

D. Bryan
Capay Circle
S.S.F., CA 94080-4116

BLM_0083025

202-429-3945

## M Ruth

155 Pearl St Apt.#1, Somerville, MA 02145

March 25, 2010     9:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

M Ruth
155 Pearl St
Apt.#1
Somerville, MA 02145

BLM_0083026

202-429-3945

# Paula Pruner

7135 Coldwater Cyn. #7, orth Hollywood, CA 91605

March 25, 2010    9:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paula Pruner
7135 Coldwater Cyn.
#7
orth Hollywood, CA 91605

202-429-3945

## Carolyn Price

417 Williams Street , Arlington, TX 760107414

March 25, 2010    9:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carolyn Price
417 Williams Street
Arlington, TX 76010-7414

BLM_0083028

202-429-3945

## Mary Ann Smith

1071 Kenyon Drive , Fort Washington, PA 19034

March 25, 2010     9:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Ann Smith
1071 Kenyon Drive
Fort Washington, PA 19034

BLM_0083029

202-429-3945

## Lonnie Petrie

P.O. Box 20201 , Colorado City, CO 91019

March 25, 2010    9:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lonnie Petrie
P.O. Box 20201
Colorado City, CO 91019

BLM_0083030

202-429-3945

# Beverly Pott

113 Earl Ct. , West Columbia, SC 29169

March 25, 2010    9:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Beverly Pott
113 Earl Ct.
West Columbia, SC 29169

BLM_0083031

202-429-3945

## Debbie McCarthy

188 Hare St , Phillips, ME 04966

March 25, 2010    9:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Debbie McCarthy
188 Hare St
Phillips, ME 04966

BLM_0083032

202-429-3945

# Jason Kaas

15 N Indiana Ave , Lindenhurst, NY 11757

March 25, 2010    9:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jason Kaas
15 N Indiana Ave
Lindenhurst, NY 11757

BLM_0083033

202-429-3945

## Roger Hannah

268 West Country Walk Drive , Round Lake Beach, IL 60073

March 25, 2010    9:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Roger Hannah
268 West Country Walk Drive
Round Lake Beach, IL 60073

BLM_0083034

202-429-3945

# Debbie Donofrio

175 West Spring 516Street Unit 3 , West Haven, CT 06516

March 25, 2010    9:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Debbie Donofrio
175 West Spring 516Street Unit 3
West Haven, CT 06516

BLM_0083035

202-429-3945

# S. Etherton

504 E. 63rd Street , New York, NY 10065

March 25, 2010    9:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

S. Etherton
504 E. 63rd Street
New York, NY 10065

BLM_0083036

202-429-3945

## David Brown

198 Button Rd , Saint Albans, VT 05478

March 25, 2010    9:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Brown
198 Button Rd
Saint Albans, VT 05478

202-429-3945

# susAN biggs

402 e van buren st , columbia city, IN 46725

March 25, 2010    9:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

susAN biggs
402 e van buren st
columbia city, IN 46725

BLM_0083038

202-429-3945

# Tim Lundahl

8221 166th St W , Lakeville, MN 55044

March 25, 2010    9:15 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tim Lundahl
8221 166th St W
Lakeville, MN 55044

202-429-3945

# Art Schiavo

1648 E. Caracas Ave. , Hershey, PA 17033

March 25, 2010    9:15 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Art Schiavo
1648 E. Caracas Ave.
Hershey, PA 17033

BLM_0083040

202-429-3945

## Thomas Rogers

E. Brierfield Dr. , Eagle, ID 83616

March 25, 2010    9:15 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Thomas Rogers
E. Brierfield Dr.
Eagle, ID 83616

202-429-3945

## Giuliano Albertini

Via Robino 46 , Legnano (MI),   20025 Italy

March 25, 2010    9:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Giuliano Albertini
Via Robino 46
Legnano (MI) 20025

202-429-3945

## Christy Schumar

PO Box 880 , San Carlos, CA 94070

March 25, 2010    9:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Christy Schumar
PO Box 880
San Carlos, CA 94070

202-429-3945

## Shari Lee

2139 Hoohai Street , Pearl City, HI 96782

March 25, 2010    9:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Shari Lee
2139 Hoohai Street
Pearl City, HI 96782

202-429-3945

# C. Kasey

9317 Guenevere Pl. , Mechanicsville, VA 23116

March 25, 2010    9:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

C. Kasey
9317 Guenevere Pl.
Mechanicsville, VA 23116

BLM_0083045

202-429-3945

## Margaret Lord

917 Rappaix Ct. , Towson, MD 21286

March 25, 2010    9:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Margaret Lord
917 Rappaix Ct.
Towson, MD 21286

202-429-3945
## toni bowman

9 linabary lane , chester, NJ 07930

March 25, 2010    9:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

toni bowman
9 linabary lane
chester, NJ 07930

BLM_0083047

202-429-3945

# Ellen Adler

6109 Shadow Lake Dr. , Toledo, OH 43623

March 25, 2010    9:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ellen Adler
6109 Shadow Lake Dr.
Toledo, OH 43623

202-429-3945

# Rosemary Futrovsky

11112 Pinion Court , North Potomac, MD 20878

March 25, 2010    9:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rosemary Futrovsky
11112 Pinion Court
North Potomac, MD 20878

202-429-3945

## Dianna Bennett

18 Edgewood Dr , Hilton Head, SC 29926

March 25, 2010     9:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dianna Bennett
18 Edgewood Dr
Hilton Head, SC 29926

BLM_0083050

202-429-3945

## david gross

48 sandburg drive , morganville, NJ 07751

March 25, 2010    9:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

david gross
48 sandburg drive
morganville, NJ 07751

BLM_0083051

202-429-3945

## Don and Joyce Faulk

6103 Abilene Trail , Austin, TX 78749

March 25, 2010    9:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Don and Joyce Faulk
6103 Abilene Trail
Austin, TX 78749

BLM_0083052

202-429-3945

# phil wells

114 belmont st , somerville, MA 02143

March 25, 2010    9:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

phil wells
114 belmont st
somerville, MA 02143

BLM_0083053

202-429-3945

# anita Randolfi

103 St. Mark's Place , New york, NY 10009

March 25, 2010    9:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

anita Randolfi
103 St. Mark's Place
New york, NY 10009

BLM_0083054

202-429-3945

# Richard Crosland

8342 Rocky Springs Road , Frederick, MD 21702

March 25, 2010    9:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Richard Crosland
8342 Rocky Springs Road
Frederick, MD 21702

BLM_0083055

202-429-3945

# Gloria Clements

2073 Vineville Avenue #1, Macon, GA 312043192

March 25, 2010    9:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gloria Clements
2073 Vineville Avenue
#1
Macon, GA 31204-3192

BLM_0083056

202-429-3945

# Susan Hanway Scott

978 Baneswood Drive , Kennett Square, PA 19348

March 25, 2010    9:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Hanway Scott
978 Baneswood Drive
Kennett Square, PA 19348

BLM_0083057

202-429-3945

# Mike Cannon

853 Wilmington Ave , Salt Lake City, UT 84106

March 25, 2010     9:08 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mike Cannon
853 Wilmington Ave
Salt Lake City, UT 84106

BLM_0083058

202-429-3945

# Matthew Bak

5773 P.O. Box , Oak Ridge, TN 37831

March 25, 2010    9:08 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Matthew Bak
5773 P.O. Box
Oak Ridge, TN 37831

BLM_0083059

202-429-3945

**debra johnson**

1425 Algoma Street , new London, WI 54961

March 25, 2010    9:08 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

debra johnson
1425 Algoma Street
new London, WI 54961

202-429-3945

## Bruce Morris

2728 1st. av. w. , Bradenton, FL 34205

March 25, 2010     9:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bruce Morris
2728 1st. av. w.
Bradenton, FL 34205

BLM_0083061

202-429-3945

# Marsha Lowry

1070 Mitchell Way , El Sobrante, CA 94803

March 25, 2010     9:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marsha Lowry
1070 Mitchell Way
El Sobrante, CA 94803

BLM_0083062

202-429-3945

## Ed Malone

4 Locust Ave. E. , West Harrison, NY 10604

March 25, 2010    9:06 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ed Malone
4 Locust Ave. E.
West Harrison, NY 10604

BLM_0083063

202-429-3945

## Michael Dobson

5458 Alwood Forest , St. Louis, MO 63128

March 25, 2010    9:06 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Dobson
5458 Alwood Forest
St. Louis, MO 63128

202-429-3945

# Tracy Eve

7323 Narrow Wind Way , Columbia, MD 21046

March 25, 2010    9:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tracy Eve
7323 Narrow Wind Way
Columbia, MD 21046

BLM_0083065

202-429-3945

## Margaret Everhart

308 S. Revena , Ann Arbor, MI 48103

March 25, 2010    9:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Margaret Everhart
308 S. Revena
Ann Arbor, MI 48103

BLM_0083066

202-429-3945

# Ben Kraus

234 Colchester Drive , Versailles, KY 40383

March 25, 2010     9:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ben Kraus
234 Colchester Drive
Versailles, KY 40383

BLM_0083067

202-429-3945

## brian karl

8 nudd st. , waterville, ME 04901

March 25, 2010    9:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

brian karl
8 nudd st.
waterville, ME 04901

202-429-3945

# Sarah Gurvitch

18 Norwottuck Dr , Hadley, MA 01035

March 25, 2010    9:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sarah Gurvitch
18 Norwottuck Dr
Hadley, MA 01035

BLM_0083069

202-429-3945

# Diana Fisher

329 Evergreen Ave , NICEVILLE, FL 32578

March 25, 2010     9:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Diana Fisher
329 Evergreen Ave
NICEVILLE, FL 32578

BLM_0083070

202-429-3945

# William Aldrich

134 Howie Ave. , Warwick, RI 02888

March 25, 2010    9:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William Aldrich
134 Howie Ave.
Warwick, RI 02888

202-429-3945

## jeanne tredup

821 indian gap rd , sevierville, TN 37876

March 25, 2010    9:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

jeanne tredup
821 indian gap rd
sevierville, TN 37876

BLM_0083072

202-429-3945

## Thomas Pintagro

8 Beverly Place , Jamestown, NY 14701

March 25, 2010     9:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Thomas Pintagro
8 Beverly Place
Jamestown, NY 14701

BLM_0083073

202-429-3945

# Vivian Vincek

25 N. Highland Avenue , Runnemede, NJ 08078

March 25, 2010     9:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Vivian Vincek
25 N. Highland Avenue
Runnemede, NJ 08078

202-429-3945

# Shirley King

3700 Washburn #B , Fort Worth, TX 76107

March 25, 2010    9:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Shirley King
3700 Washburn #B
Fort Worth, TX 76107

BLM_0083075

202-429-3945

## Kim Young

1040 North Road , Tully, NY 13159

March 25, 2010     9:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kim Young
1040 North Road
Tully, NY 13159

202-429-3945

# Ronald Knutelski

10006   Old 79 , Hannibal, MO 63401

March 25, 2010    9:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ronald Knutelski
10006   Old 79
Hannibal, MO 63401

202-429-3945

# Jozette Cairns

87 Bankton Brae Murieston, Livingston,   EH54 9LB United Kingdom

March 25, 2010    9:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jozette Cairns
87 Bankton Brae
Murieston
Livingston EH54 9LB

202-429-3945

# Erica Suarino

417 E 9th St #22 , New York, NY 10009

March 25, 2010    9:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Erica Suarino
417 E 9th St #22
New York, NY 10009

BLM_0083079

202-429-3945

# JOHN MORRILL

46 HAWTHORNE   ST , PORTLAND, ME 04103

March 25, 2010    9:01 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

JOHN MORRILL
46 HAWTHORNE   ST
PORTLAND, ME 04103

BLM_0083080

202-429-3945

# Cathy George

1560 epley Road , Williamston, MI 48895

March 25, 2010    9:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cathy George
1560 epley Road
Williamston, MI 48895

BLM_0083081

202-429-3945

## susan dickerson

6012 woodland lane , Clinton, MD 20735

March 25, 2010    9:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

susan dickerson
6012 woodland lane
Clinton, MD 20735

BLM_0083082

202-429-3945

## Julie Eisenmann

825 CR 336 , Ignacio, CO 81137

March 25, 2010    9:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Eisenmann
825 CR 336
Ignacio, CO 81137

BLM_0083083

202-429-3945

## Michael Vincek

49 Warren St , Clifton, NJ 07013

March 25, 2010     9:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Vincek
49 Warren St
Clifton, NJ 07013

202-429-3945

# Wayne Peavler

5531 Fenmore Road , Indianapolis, IN 462282038

March 25, 2010    9:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Wayne Peavler
5531 Fenmore Road
Indianapolis, IN 46228-2038

BLM_0083085

202-429-3945

## Willard EBERSOLE

3012 E. Orme St. , WICHITA, KS 67211

March 25, 2010     8:59 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Willard EBERSOLE
3012 E. Orme St.
WICHITA, KS 67211

BLM_0083086

202-429-3945

# Libbe Bjerknæs

Solbjerggårdsvej 5 , Helsinge,   3200 Denmark

March 25, 2010    8:59 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Libbe Bjerknæs
Solbjerggårdsvej 5
Helsinge 3200

202-429-3945

# Karen LeCroy

1185 Meadow Oaks Dr. , Acworth, GA 30102

March 25, 2010    8:59 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karen LeCroy
1185 Meadow Oaks Dr.
Acworth, GA 30102

BLM_0083088

202-429-3945

# Patricia Higgins

2173 Court Ave , Memphis, TN 38104

March 25, 2010    8:58 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia Higgins
2173 Court Ave
Memphis, TN 38104

202-429-3945

## Meredith Hatchett

209 W. Pettus St , Demopolis, AL 36732

March 25, 2010    8:58 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Meredith Hatchett
209 W. Pettus St
Demopolis, AL 36732

BLM_0083090

202-429-3945

# Kay Hempel

14929 Old Guslander Tr. N. , Marine on St. Croix, MN 55047

March 25, 2010    8:58 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kay Hempel
14929 Old Guslander Tr. N.
Marine on St. Croix, MN 55047

BLM_0083091

202-429-3945

# David Benner

Box 265 6   East New Market Street, Freeburg, PA 17827

March 25, 2010    8:58 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Benner
Box 265
6   East New Market Street
Freeburg, PA 17827

BLM_0083092

202-429-3945

# Julie Sears

320 Canyon Ridge Drive , Richardson, TX 75080

March 25, 2010    8:57 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Sears
320 Canyon Ridge Drive
Richardson, TX 75080

BLM_0083093

202-429-3945

# Kevin Labadie

786 Seasons Road n/a, Stow, OH 44224

March 25, 2010    8:57 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kevin Labadie
786 Seasons Road
n/a
Stow, OH 44224

**krista florin**                                              202-429-3945

21 W. 76th street 5aw, new york, NY 10023

March 25, 2010    8:57 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum


Subject: Emphasize resource protection in Uncompahgre RMP Revision


Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

krista florin
21 W. 76th street
5aw
new york, NY 10023

BLM_0083095

202-429-3945

# donna hagens

1442 Topaz Lane , gardnerville, NV 89460

March 25, 2010    8:57 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

donna hagens
1442 Topaz Lane
gardnerville, NV 89460

BLM_0083096

202-429-3945

# John Pinezich

4617 Highland Drive # 1 , Longmont, CO 80503

March 25, 2010    8:57 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Pinezich
4617 Highland Drive # 1
Longmont, CO 80503

202-429-3945

# Kristy Nolan

7507 Woodthrush Dr , Dallas, TX 75230

March 25, 2010    8:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kristy Nolan
7507 Woodthrush Dr
Dallas, TX 75230

202-429-3945

# Tristen Robbins

15960 west 66th place , arvada, CO 80007

March 25, 2010   8:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tristen Robbins
15960 west 66th place
arvada, CO 80007

202-429-3945

# Rebecca Gotterer

240 Chattanooga St , San Francisco, CA 94114

March 25, 2010   8:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rebecca Gotterer
240 Chattanooga St
San Francisco, CA 94114

BLM_0083100

202-429-3945

# Alice Ordover

550   south van ness ave , San Francisco, CA 94110

March 25, 2010    8:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The
Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality
lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also
home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact
tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded
areas where quiet-use recreationists can experience solitude and natural soundscapes and
viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or
energy development. BLM should complete a comprehensive travel management plan as part of
the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.
Lands with wilderness characteristics should be closed to motorized and mechanized use. Those
lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy
development and transmission. Protecting these lands has the added benefit of helping protect
wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit
renewable energy projects to those zones. Any oil and gas development allowed under the RMP
should be carefully constrained, subject to phased development that minimizes damage to unique
natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose
strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Alice Ordover
550   south van ness ave
San Francisco, CA 94110

202-429-3945

# James Fowler

61 N. Scott Dr. , Sequim, WA 98382

March 25, 2010    8:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James Fowler
61 N. Scott Dr.
Sequim, WA 98382

BLM_0083102

202-429-3945

# Sharon Nicodemus

2710 Danube Drive , Sacramento, CA 95821

March 25, 2010    8:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sharon Nicodemus
2710 Danube Drive
Sacramento, CA 95821

BLM_0083103

202-429-3945

# Marilyn Olson

1903 Thalia Court , Valparaiso, IN 46383

March 25, 2010    8:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marilyn Olson
1903 Thalia Court
Valparaiso, IN 46383

BLM_0083104

202-429-3945

# Linda Williams

395 Broadway , Cambridge, MA 02139

March 25, 2010    8:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Linda Williams
395 Broadway
Cambridge, MA 02139

202-429-3945

# Katherine Boyd

311 Pacific Street , Brooklyn, NY 11201

March 25, 2010    8:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Katherine Boyd
311 Pacific Street
Brooklyn, NY 11201

202-429-3945

# barbara reith

3000 n neenah , chicago, IL 60634

March 25, 2010    8:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

barbara reith
3000 n neenah
chicago, IL 60634

BLM_0083107

202-429-3945

## Julie Rozenfeld

15 Lyman Rd. , Westhampton, MA 01027

March 25, 2010    8:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Rozenfeld
15 Lyman Rd.
Westhampton, MA 01027

202-429-3945

# Suzanne Blackburn

39 Parsons Road , Portland, ME 04103

March 25, 2010    8:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Suzanne Blackburn
39 Parsons Road
Portland, ME 04103

202-429-3945

# Mary Meyer

547 Susan Constant Drive , Virginia Beach, VA 23451

March 25, 2010    8:52 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Meyer
547 Susan Constant Drive
Virginia Beach, VA 23451

202-429-3945

# John & Diane Gozdzialski

1943 Ox Bow Ln. , St. Louis, MO 63138

March 25, 2010    8:52 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John %pa_first_name% Diane Gozdzialski
1943 Ox Bow Ln.
St. Louis, MO 63138

BLM_0083111

202-429-3945

## Edward McCoy

1404 Cole Blvd , Glen Allen, VA 23060

March 25, 2010    8:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Edward McCoy
1404 Cole Blvd
Glen Allen, VA 23060

BLM_0083112

202-429-3945

# Edward Thomas

757 Cherry Valley Road , Princeton, NJ 8540

March 25, 2010    8:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Edward Thomas
757 Cherry Valley Road
Princeton, NJ 8540

BLM_0083113

202-429-3945

# Leslie Butterworth

125 Odell Street , San Antonio, TX 78212

March 25, 2010    8:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leslie Butterworth
125 Odell Street
San Antonio, TX 78212

202-429-3945

# Paul Kazyak

628 Barnes Ave , Westminster, MD 21157

March 25, 2010    8:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paul Kazyak
628 Barnes Ave
Westminster, MD 21157

BLM_0083115

202-429-3945

# Laird Towle

3602 Maureen Ln , Bowie, MD 20715

March 25, 2010    8:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laird Towle
3602 Maureen Ln
Bowie, MD 20715

202-429-3945

# sandra gekler

po box 679 , fairhope, AL 36533

March 25, 2010    8:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

sandra gekler
po box 679
fairhope, AL 36533

BLM_0083117

202-429-3945

## clarissa carter

po box 679 , fairhope, AL 36533

March 25, 2010    8:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

clarissa carter
po box 679
fairhope, AL 36533

BLM_0083118

202-429-3945

# Carol Snyder

5721 Grover St , Omaha, NE 38106

March 25, 2010    8:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carol Snyder
5721 Grover St
Omaha, NE 38106

202-429-3945

# Patricia McDonald

2348 Summerfield Road , Winter Park, FL 327925009

March 25, 2010    8:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia McDonald
2348 Summerfield Road
Winter Park, FL 32792-5009

202-429-3945

# Susanne Loomis

751 Lansdowne Way T4 , Norwood, MA 02062

March 25, 2010    8:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susanne Loomis
751 Lansdowne Way T4
Norwood, MA 02062

202-429-3945

# Adam Todd

Rt 66 , Malden Bridge, NY 12115

March 25, 2010    8:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Adam Todd
Rt 66
Malden Bridge, NY 12115

BLM_0083122

202-429-3945

## karen Robbins

161 west75th st. , NY, NY 10023

March 25, 2010    8:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

karen Robbins
161 west75th st.
NY, NY 10023

BLM_0083123

202-429-3945

# Kimberly Tilley

17 Birch LN , Pelham, NH 03076

March 25, 2010    8:47 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kimberly Tilley
17 Birch LN
Pelham, NH 03076

BLM_0083124

202-429-3945

## Brian Cox

306 Rogers Road , Eagleville, PA 194031648

March 25, 2010     8:47 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brian Cox
306 Rogers Road
Eagleville, PA 19403-1648

BLM_0083125

202-429-3945

# Joan Leppla

2706 Duquesne Drive , Stow, OH 44224

March 25, 2010    8:46 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joan Leppla
2706 Duquesne Drive
Stow, OH 44224

BLM_0083126

202-429-3945

# David O'Grady

1034 Vrooman Ave , Schenectady, NY 12309

March 25, 2010     8:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David O'Grady
1034 Vrooman Ave
Schenectady, NY 12309

202-429-3945
## John Fitzgerald

Fahee, Kilmacow, County Kilkenny , Kilkenny,   Irl26 Ireland

March 25, 2010     8:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Fitzgerald
Fahee, Kilmacow, County Kilkenny
Kilkenny Irl26

202-429-3945

# Deborah Dobski

PO Box 7 , Haines Falls, NY 12436

March 25, 2010    8:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deborah Dobski
PO Box 7
Haines Falls, NY 12436

202-429-3945

# Kristiana Dahl

Flat 3, Kamen House 62-66 Farringdon Road, London,   EC1R 3GB United Kingdom

March 25, 2010    8:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kristiana Dahl
Flat 3, Kamen House
62-66 Farringdon Road
London EC1R 3GB

202-429-3945

# Ralph Bobroski

21 Harvard Rd. , Cranford, NJ 07016

March 25, 2010    8:44 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ralph Bobroski
21 Harvard Rd.
Cranford, NJ 07016

202-429-3945

# Ron Hill

238 South Main , Spencer, OH 44275

March 25, 2010    8:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ron Hill
238 South Main
Spencer, OH 44275

BLM_0083132

202-429-3945

# Joan Taylor

27 Waites Corner Road , West Kingston, RI 02892

March 25, 2010    8:42 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joan Taylor
27 Waites Corner Road
West Kingston, RI 02892

BLM_0083133

202-429-3945

## ron nofzinger

10910 west rosewood circle , fort wayne, IN 46845

March 25, 2010    8:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

ron nofzinger
10910 west rosewood circle
fort wayne, IN 46845

BLM_0083134

202-429-3945

# MaryGail Decker

123 Pinebrook Drive , Hyde Park, NY 12538

March 25, 2010    8:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

MaryGail Decker
123 Pinebrook Drive
Hyde Park, NY 12538

202-429-3945

# William Knauber

18 Royal Palm dr , Cheektowaga, NY 14225

March 25, 2010    8:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William Knauber
18 Royal Palm dr
Cheektowaga, NY 14225

BLM_0083136

202-429-3945

# Michele LaViolette

5011 S.W. 167 AVe , Southwest Ranches, FL 33331

March 25, 2010     8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michele LaViolette
5011 S.W. 167 AVe
Southwest Ranches, FL 33331

BLM_0083137

202-429-3945

## Robert Weingart

1888 Jewett Rd. , Powell, OH 43065

March 25, 2010    8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Weingart
1888 Jewett Rd.
Powell, OH 43065

BLM_0083138

202-429-3945

# Karen Whitehead

3115 S.E. 11th Ave , Portland, OR 97202

March 25, 2010    8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karen Whitehead
3115 S.E. 11th Ave
Portland, OR 97202

202-429-3945

# Judy Fitzgerald-Dolan

88 Woodcrest Blvd , Buffalo, NY 14223

March 25, 2010    8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judy Fitzgerald-Dolan
88 Woodcrest Blvd
Buffalo, NY 14223

BLM_0083140

202-429-3945

## Ian Cunningham

176 Landa Street #820 , New Braunfels, TX 78130

March 25, 2010    8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ian Cunningham
176 Landa Street #820
New Braunfels, TX 78130

BLM_0083141

202-429-3945

# Thomas Natoli

699 No. Ohioville Rd. , New Paltz, NY 12561

March 25, 2010    8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Thomas Natoli
699 No. Ohioville Rd.
New Paltz, NY 12561

BLM_0083142

202-429-3945

## Kristin Keith

446 E. Michigan Ave , Grass Lake, MI 49240

March 25, 2010    8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kristin Keith
446 E. Michigan Ave
Grass Lake, MI 49240

202-429-3945

# William Dunbar

1845 Glendon , Los Angeles, CA 90025

March 25, 2010     8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William Dunbar
1845 Glendon
Los Angeles, CA 90025

BLM_0083144

202-429-3945

## Dr. Steven   F. and Mary C. Jennings

11340 Rivercrest Dr. , Little Rock, AR 72212

March 25, 2010     8:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dr. Steven   F. and Mary C. Jennings
11340 Rivercrest Dr.
Little Rock, AR 72212

BLM_0083145

202-429-3945

## Donna Pfeffer

429 S Seaview Ave , Galloway, NJ 08205

March 25, 2010    8:38 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Donna Pfeffer
429 S Seaview Ave
Galloway, NJ 08205

BLM_0083146

202-429-3945

## Patricia Pire

18 Beach Place , Maplewood, NJ 07040

March 25, 2010    8:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia Pire
18 Beach Place
Maplewood, NJ 07040

BLM_0083147

202-429-3945

# Mary Bates

P O Box 622 , Captiva, FL 33924

March 25, 2010   8:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Bates
P O Box 622
Captiva, FL 33924

BLM_0083148

202-429-3945

## Antoinette Sellitto

4239 Carteret Drive , Philadelphia, PA 19114

March 25, 2010    8:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Antoinette Sellitto
4239 Carteret Drive
Philadelphia, PA 19114

202-429-3945

# JC Corcoran

411 Walnut St. , Green Cove Springs, FL 32043

March 25, 2010    8:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

JC Corcoran
411 Walnut St.
Green Cove Springs, FL 32043

BLM_0083150

202-429-3945

## Michael Dohn

1216 Calvin Avenue , Nashville, TN 37206

March 25, 2010    8:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Dohn
1216 Calvin Avenue
Nashville, TN 37206

BLM_0083151

202-429-3945

## Carl Nordstrom

29 Carroll Hill Road , Charlton, MA 01507

March 25, 2010    8:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carl Nordstrom
29 Carroll Hill Road
Charlton, MA 01507

BLM_0083152

202-429-3945

## Robert Johnon

117 Cottage Rd , Shippensburg, PA 17257

March 25, 2010    8:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Johnon
117 Cottage Rd
Shippensburg, PA 17257

202-429-3945

# Bee Herrmann

118 South Elm Avenue , Sanford, FL 32771

March 25, 2010    8:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bee Herrmann
118 South Elm Avenue
Sanford, FL 32771

202-429-3945

# Gina Jager

4247 Bora Bora Ave , Fremont, CA 94538

March 25, 2010    8:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gina Jager
4247 Bora Bora Ave
Fremont, CA 94538

BLM_0083155

202-429-3945

## Barton Grimm

30555 Vernon Dr. , Beverly Hills, MI 48025

March 25, 2010    8:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barton Grimm
30555 Vernon Dr.
Beverly Hills, MI 48025

202-429-3945

# Marie Anderson

709 Forest Ave , Royal Oak, MI 48067

March 25, 2010    8:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marie Anderson
709 Forest Ave
Royal Oak, MI 48067

BLM_0083157

202-429-3945

# Cindi Kusk

1420 North Ridge Drive , Rock Falls, IL 61071

March 25, 2010    8:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cindi Kusk
1420 North Ridge Drive
Rock Falls, IL 61071

202-429-3945

# Dale Cackowski

2220 High St. Apt. 916, Cuyahoga Falls, OH 44221

March 25, 2010    8:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dale Cackowski
2220 High St.
Apt. 916
Cuyahoga Falls, OH 44221

202-429-3945

## Thomas Wray

920 W. Wilson Ave. , Chicago, IL 60640

March 25, 2010    8:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Thomas Wray
920 W. Wilson Ave.
Chicago, IL 60640

202-429-3945

## Kaaren Zvonik

275-G Farenholt Ave PMB 56 PMB 56, Tamuning, GU 96913

March 25, 2010    8:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kaaren Zvonik
275-G Farenholt Ave PMB 56
PMB 56
Tamuning, GU 96913

202-429-3945

# Paula Stambaugh

161 Sinclair Ave. P.O. Box 52 , Donnelsville, OH 453190052

March 25, 2010    8:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The
Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality
lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also
home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact
tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded
areas where quiet-use recreationists can experience solitude and natural soundscapes and
viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or
energy development. BLM should complete a comprehensive travel management plan as part of
the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.
Lands with wilderness characteristics should be closed to motorized and mechanized use. Those
lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy
development and transmission. Protecting these lands has the added benefit of helping protect
wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit
renewable energy projects to those zones. Any oil and gas development allowed under the RMP
should be carefully constrained, subject to phased development that minimizes damage to unique
natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose
strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paula Stambaugh
161 Sinclair Ave. P.O. Box 52
Donnelsville, OH 45319-0052

202-429-3945

# D McCaig

1903 Shay Road , Naples, NY 145129639

March 25, 2010    8:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

D McCaig
1903 Shay Road
Naples, NY 14512-9639

202-429-3945

# George Moffatt

20 Pemberton Ave. Oceanport, NJ, NJ 077757

March 25, 2010    8:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

George Moffatt
20 Pemberton Ave.
Oceanport
NJ, NJ 077757

BLM_0083164

202-429-3945

# Evelyn Evans

751 Hill St. , DeFuniak Springs, FL 32435

March 25, 2010     8:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Evelyn Evans
751 Hill St.
DeFuniak Springs, FL 32435

BLM_0083165

202-429-3945

## Therese Decastris

5528 N. Olcott , Chicago, IL 60656

March 25, 2010    8:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Therese Decastris
5528 N. Olcott
Chicago, IL 60656

BLM_0083166

202-429-3945

## Stephen Murray

61 Sutton Pl , Avondale Estates, GA 30002

March 25, 2010    8:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Stephen Murray
61 Sutton Pl
Avondale Estates, GA 30002

BLM_0083167

202-429-3945

## ruth serra

2747 via capri , clearwater, FL 33764

March 25, 2010    8:32 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

ruth serra
2747 via capri
clearwater, FL 33764

202-429-3945

## Cheryl Palmer

7915 Black Rd , Thurmont, MD 21788

March 25, 2010     8:32 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cheryl Palmer
7915 Black Rd
Thurmont, MD 21788

BLM_0083169

202-429-3945

## Nicole Knauber

18 Royal Palm dr , Cheektowaga, NY 14225

March 25, 2010    8:32 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Nicole Knauber
18 Royal Palm dr
Cheektowaga, NY 14225

BLM_0083170

202-429-3945

# Kathryn Gallo

312 Gravel Street , Meriden, CT 06450

March 25, 2010    8:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathryn Gallo
312 Gravel Street
Meriden, CT 06450

202-429-3945

# Gene Hillegass

12   Oriole Lane , Reading, PA 19696

March 25, 2010    8:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gene Hillegass
12   Oriole Lane
Reading, PA 19696

202-429-3945

# Robert Sargent

320 Main St. , Salem, NH 03079

March 25, 2010    8:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Sargent
320 Main St.
Salem, NH 03079

202-429-3945

# Cristina Harmon

544 Parkview Dr , Steamboat Springs, CO 80487

March 25, 2010     8:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cristina Harmon
544 Parkview Dr
Steamboat Springs, CO 80487

BLM_0083174

202-429-3945

# Tony Arnold

2681 Deming , Columbus, OH 43202

March 25, 2010    8:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tony Arnold
2681 Deming
Columbus, OH 43202

BLM_0083175

202-429-3945

## Terese Boeck

2318 Bluestone Place , Green Bay, WI 54311

March 25, 2010    8:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Terese Boeck
2318 Bluestone Place
Green Bay, WI 54311

BLM_0083176

202-429-3945

# Myles McGann

4901 NW 75th LN , Gainesville, FL 32653

March 25, 2010    8:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Myles McGann
4901 NW 75th LN
Gainesville, FL 32653

202-429-3945

## David Engle

287 Churchill St , Dushore, PA 18614

March 25, 2010    8:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Engle
287 Churchill St
Dushore, PA 18614

202-429-3945

# Bert Taylor

1690 Hillview st. , Sarasota, FL 34239

March 25, 2010    8:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bert Taylor
1690 Hillview st.
Sarasota, FL 34239

202-429-3945

# Maggie Davidson

750 Pine Drive, Apt 11 , Pompano Beach, FL 33060

March 25, 2010    8:29 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Maggie Davidson
750 Pine Drive, Apt 11
Pompano Beach, FL 33060

BLM_0083180

202-429-3945

# Robert J Moldovan

90 Loon Mountain Lane , Center Conway, NH 03813

March 25, 2010    8:29 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert J Moldovan
90 Loon Mountain Lane
Center Conway, NH 03813

202-429-3945

# Kathy Galligan

4501 Patterson St. , Bridgewater, NJ 08807

March 25, 2010    8:29 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathy Galligan
4501 Patterson St.
Bridgewater, NJ 08807

BLM_0083182

202-429-3945

# Karla Boyd

5010 Napoleon Road , Lima, OH 45807

March 25, 2010    8:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karla Boyd
5010 Napoleon Road
Lima, OH 45807

BLM_0083183

202-429-3945

# Julie Ford

16222 Monterey Lane #223 , Huntington Beach, CA 92649

March 25, 2010     8:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Ford
16222 Monterey Lane #223
Huntington Beach, CA 92649

BLM_0083184

202-429-3945

# Karin Zygowicz

18535 Glen Oak Avenue , Lansing, IL 60438

March 25, 2010    8:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karin Zygowicz
18535 Glen Oak Avenue
Lansing, IL 60438

BLM_0083185

202-429-3945

# William Tuck

2340 Castlebridge Rd , Midlothian, VA 23113

March 25, 2010    8:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William Tuck
2340 Castlebridge Rd
Midlothian, VA 23113

202-429-3945

# Frank Spadazzi

158 Windmill Street , Providence, RI 029041426

March 25, 2010    8:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The
Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality
lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also
home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact
tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded
areas where quiet-use recreationists can experience solitude and natural soundscapes and
viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or
energy development. BLM should complete a comprehensive travel management plan as part of
the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.
Lands with wilderness characteristics should be closed to motorized and mechanized use. Those
lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy
development and transmission. Protecting these lands has the added benefit of helping protect
wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit
renewable energy projects to those zones. Any oil and gas development allowed under the RMP
should be carefully constrained, subject to phased development that minimizes damage to unique
natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose
strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Frank Spadazzi
158 Windmill Street
Providence, RI 02904-1426

202-429-3945

# r wolfgong

840 wood st mcentire building, clarion, PA 16214

March 25, 2010    8:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

r wolfgong
840 wood st
mcentire building
clarion, PA 16214

BLM_0083188

202-429-3945

## Haverley Coy

1349 Downington Avenue , Salt Lake City, UT 84105

March 25, 2010    8:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Haverley Coy
1349 Downington Avenue
Salt Lake City, UT 84105

BLM_0083189

202-429-3945

# Nicholas Prychodko

PO Box 2138 , Bridgehampton, NY 119322138

March 25, 2010    8:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Nicholas Prychodko
PO Box 2138
Bridgehampton, NY 11932-2138

BLM_0083190

202-429-3945

## Beth Ayres

2923 Foxhall Road, NW , Washington, DC 20016

March 25, 2010    8:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Beth Ayres
2923 Foxhall Road, NW
Washington, DC 20016

BLM_0083191

202-429-3945

## Denise Conrad

14938 w 49 Place , Golden, CO 80403

March 25, 2010    8:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Denise Conrad
14938 w 49 Place
Golden, CO 80403

BLM_0083192

202-429-3945

# jeanette nowikowski

1500 n third st , manitowoc, WI 54220

March 25, 2010    8:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

jeanette nowikowski
1500 n third st
manitowoc, WI 54220

BLM_0083193

202-429-3945

# Mary Pettengill

402 Ascot Lane , Blacksburg, VA 24060

March 25, 2010    8:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Pettengill
402 Ascot Lane
Blacksburg, VA 24060

BLM_0083194

202-429-3945

## Brian Clifton

PO Box 5413 UOG Station, Mangilao, GU 96923

March 25, 2010    8:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brian Clifton
PO Box 5413
UOG Station
Mangilao, GU 96923

BLM_0083195

202-429-3945

# Lisa Cancelliere

814 Wedgewood Drive , Lansdale, PA 19446

March 25, 2010    8:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lisa Cancelliere
814 Wedgewood Drive
Lansdale, PA 19446

202-429-3945

# Rhonda Carsten

368 S. Old Orchard Ave. , St. Louis, MO 63119

March 25, 2010    8:24 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rhonda Carsten
368 S. Old Orchard Ave.
St. Louis, MO 63119

BLM_0083197

202-429-3945

# Vaughan Boleky

353 Frenchcreek Rd. , Utica, PA 16362

March 25, 2010    8:24 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Vaughan Boleky
353 Frenchcreek Rd.
Utica, PA 16362

BLM_0083198

202-429-3945

# Jana Menard

309 Glenmore Way , South Lake Tahoe, CA 96150

March 25, 2010    8:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jana Menard
309 Glenmore Way
South Lake Tahoe, CA 96150

BLM_0083199

202-429-3945

# Lisa Frizzell

747 Walnut Street , Madison, TN 37115

March 25, 2010    8:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lisa Frizzell
747 Walnut Street
Madison, TN 37115

202-429-3945

# Jeremiah Henry

10817 Savannah Wood Ct. , Orlando, FL 32832

March 25, 2010    8:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jeremiah Henry
10817 Savannah Wood Ct.
Orlando, FL 32832

BLM_0083201

202-429-3945

# MaryAnne Carse

370 N. Chillicothe Road , Aurora, OH 44202

March 25, 2010    8:20 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

MaryAnne Carse
370 N. Chillicothe Road
Aurora, OH 44202

BLM_0083202

202-429-3945

# jan einhorn

8 lakeside ave , north caldwell, NJ 07006

March 25, 2010    8:20 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

jan einhorn
8 lakeside ave
north caldwell, NJ 07006

BLM_0083203

202-429-3945

## Frank Watson

301 W. Philadelphia Ave. , Salisbury, MD 21801

March 25, 2010    8:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Frank Watson
301 W. Philadelphia Ave.
Salisbury, MD 21801

BLM_0083204

202-429-3945

# Howard Hinterthuer

672 N. Montgomery Street #5 , Port Washington, WI 53074

March 25, 2010     8:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Howard Hinterthuer
672 N. Montgomery Street #5
Port Washington, WI 53074

202-429-3945

## Chelo Ludden

PO Box 277 , Trinidad, CO 81082

March 25, 2010    8:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chelo Ludden
PO Box 277
Trinidad, CO 81082

BLM_0083206

202-429-3945

## Louise Cook

14352 37th ave ne , seattle, WA 98125

March 25, 2010    8:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Louise Cook
14352 37th ave ne
seattle, WA 98125

BLM_0083207

202-429-3945

# Charles McCall

278 Vine St. , West Bend, WI 53095

March 25, 2010    8:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Charles McCall
278 Vine St.
West Bend, WI 53095

202-429-3945

# Karen Policy

1010 Meredith st , Kent, OH 44240

March 25, 2010    8:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karen Policy
1010 Meredith st
Kent, OH 44240

202-429-3945

# Stacie Freeland

823 Pheasent Run Road , West Chester, PA 19382

March 25, 2010    8:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Stacie Freeland
823 Pheasent Run Road
West Chester, PA 19382

202-429-3945

**beatriz gomes**

av julio de castilhos , porto alegre,   90030130 Brazil

March 25, 2010    8:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

beatriz gomes
av julio de castilhos
porto alegre 90030130

BLM_0083211

202-429-3945

# Ed Fiedler

12325 Limerick Ave. , Austin, TX 78758

March 25, 2010    8:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ed Fiedler
12325 Limerick Ave.
Austin, TX 78758

BLM_0083212

202-429-3945

# Joyce L. Sherman

82 Walton Ave. , Warwick, RI 02886

March 25, 2010    8:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joyce L. Sherman
82 Walton Ave.
Warwick, RI 02886

BLM_0083213

202-429-3945

# Gene Hillegass

12  Oriole  Lane , Reading, PA 19606

March 25, 2010    8:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gene Hillegass
12  Oriole  Lane
Reading, PA 19606

BLM_0083214

202-429-3945

# John Dalla

3452 Monte Carlo Drive , Las Vegas, NV 89121

March 25, 2010    8:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Dalla
3452 Monte Carlo Drive
Las Vegas, NV 89121

BLM_0083215

202-429-3945

# James Moore

4702 Midway Court, SW , Lilburn, GA 30047

March 25, 2010    8:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James Moore
4702 Midway Court, SW
Lilburn, GA 30047

202-429-3945

# bob nace

pleasantvalleydrive , pleasanthill, CA 94523

March 25, 2010    8:15 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

bob nace
pleasantvalleydrive
pleasanthill, CA 94523

BLM_0083217

202-429-3945

## sara starkey

3321 e. manhattan blvd. , toledo, OH 43611

March 25, 2010    8:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

sara starkey
3321 e. manhattan blvd.
toledo, OH 43611

202-429-3945

## Dorothy Jordan

1407 Abbott Rd , Lynden, WA 98264

March 25, 2010    8:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dorothy Jordan
1407 Abbott Rd
Lynden, WA 98264

BLM_0083219

202-429-3945

# Carol Chappell

81 Clove Valley Road , High Falls, NY 12440

March 25, 2010    8:13 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carol Chappell
81 Clove Valley Road
High Falls, NY 12440

202-429-3945

# Susan Holland

35 Todd Pond Road , Lincoln, MA 01773

March 25, 2010    8:13 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Holland
35 Todd Pond Road
Lincoln, MA 01773

BLM_0083221

202-429-3945

## Mary Ann Cordray

104 Syracuse Avenue , Medford, NY 11763

March 25, 2010     8:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Ann Cordray
104 Syracuse Avenue
Medford, NY 11763

202-429-3945

# Laurie Denis

23 Boardman St , Salem, MA 01970

March 25, 2010     8:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laurie Denis
23 Boardman St
Salem, MA 01970

BLM_0083223

202-429-3945

## Patricia Quinn

1305 Oak Park Avenue , Norfolk, VA 23503

March 25, 2010     8:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia Quinn
1305 Oak Park Avenue
Norfolk, VA 23503

BLM_0083224

202-429-3945

# Beth Meserve

11 Pleasant Ave , Somerville, MA 02143

March 25, 2010    8:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Beth Meserve
11 Pleasant Ave
Somerville, MA 02143

BLM_0083225

202-429-3945

# Gurubandhu Khalsa

POB 877498 , Wasilla, AK 9

March 25, 2010    8:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gurubandhu Khalsa
POB 877498
Wasilla, AK 9

202-429-3945

## Lee Tripp

442 horseneck Road , Westport, MA 02790

March 25, 2010    8:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lee Tripp
442 horseneck Road
Westport, MA 02790

BLM_0083227

202-429-3945

## Gina Griffith

2718 Lakeview Dr. , St. Albans, WV 25177

March 25, 2010    8:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gina Griffith
2718 Lakeview Dr.
St. Albans, WV 25177

BLM_0083228

202-429-3945

## robin lim

46 allen street apt. 2b, new york, NY 10002

March 25, 2010     8:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

robin lim
46 allen street
apt. 2b
new york, NY 10002

202-429-3945

## Rodney Martin

143 Laurie Ln. , Lititz, PA 17543

March 25, 2010    8:06 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rodney Martin
143 Laurie Ln.
Lititz, PA 17543

BLM_0083230

202-429-3945

# Alexander Rouhana

906 lake destiny rd # f , Altamonte Springs, FL 32714

March 25, 2010    8:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Alexander Rouhana
906 lake destiny rd # f
Altamonte Springs, FL 32714

202-429-3945

# Frank Korman

9354 Forest Hills Blvd. , Dallas, TX 75218

March 25, 2010    8:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Frank Korman
9354 Forest Hills Blvd.
Dallas, TX 75218

BLM_0083232

202-429-3945

## Anders Ramsay

365 Clinton Ave. #10E , Brooklyn, NY 11238

March 25, 2010    8:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Anders Ramsay
365 Clinton Ave. #10E
Brooklyn, NY 11238

BLM_0083233

202-429-3945

# Mar Pagan

C/Victoria N?15 , Cartagena,   30310 Spain

March 25, 2010    8:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mar Pagan
C/Victoria N?15
Cartagena 30310

BLM_0083234

202-429-3945

# Mike Moreno

15514 Greenstone Circle , Parker, CO 80134

March 25, 2010    8:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mike Moreno
15514 Greenstone Circle
Parker, CO 80134

BLM_0083235

202-429-3945

## Nancy Kent

1906 Wisteria St , Denton, TX 76205

March 25, 2010     8:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Nancy Kent
1906 Wisteria St
Denton, TX 76205

BLM_0083236

202-429-3945

## Marylin Kraker

2343 W. 22nd St. , Fremont, MI 49412

March 25, 2010    8:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marylin Kraker
2343 W. 22nd St.
Fremont, MI 49412

BLM_0083237

202-429-3945

# Kim Coldiron

1315 Guest Street , Greensboro, NC 27405

March 25, 2010     8:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kim Coldiron
1315 Guest Street
Greensboro, NC 27405

BLM_0083238

202-429-3945

# Barbara Brodbeck

3942 Flag Drive , Palm Beach Gardens, FL 33410

March 25, 2010    8:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Brodbeck
3942 Flag Drive
Palm Beach Gardens, FL 33410

202-429-3945
## Jamie Kinner

10265 S 400 E , Claypool, IN 46510

March 25, 2010    8:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jamie Kinner
10265 S 400 E
Claypool, IN 46510

BLM_0083240

202-429-3945

# Sunny Aasgaard

2328 LaVista Woods Drive , Tucker, GA 30084

March 25, 2010    8:01 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sunny Aasgaard
2328 LaVista Woods Drive
Tucker, GA 30084

BLM_0083241

202-429-3945

## Adrienne McFaye

7444 Briarcliff Pkwy , Middleburg Hts, OH 44130

March 25, 2010    8:01 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Adrienne McFaye
7444 Briarcliff Pkwy
Middleburg Hts, OH 44130

202-429-3945

# Dawn Kelly

114 wyckoff ave , Brooklyn, NY 11237

March 25, 2010    8:01 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dawn Kelly
114 wyckoff ave
Brooklyn, NY 11237

BLM_0083243

**Joel Blumertj**                                                                           202-429-3945

8 Meadow Street , Salisbury, CT 06068

March 25, 2010     7:57 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joel Blumertj
8 Meadow Street
Salisbury, CT 06068

BLM_0083244

202-429-3945

# Cathy Ellis

274 Murtagh Hill Rd , Wesst Chazy, NY 12992

March 25, 2010     7:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cathy Ellis
274 Murtagh Hill Rd
Wesst Chazy, NY 12992

BLM_0083245

202-429-3945

# Mary Barbara Walters

175 Norman Dr. , Cranberry twp., PA 160664232

March 25, 2010    7:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Barbara Walters
175 Norman Dr.
Cranberry twp., PA 16066-4232

BLM_0083246

202-429-3945

# Matthew Bayer

2605 Dogwood Ct. , Columbus, IN 47203

March 25, 2010    7:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Matthew Bayer
2605 Dogwood Ct.
Columbus, IN 47203

BLM_0083247

202-429-3945

# Ricki Lubov

112-20 72 Drive , Forest Hills, NY 11375

March 25, 2010    7:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ricki Lubov
112-20 72 Drive
Forest Hills, NY 11375

BLM_0083248

202-429-3945

## raylene holt

147 sunset ave , pleasant gap, PA 16823

March 25, 2010     7:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

raylene holt
147 sunset ave
pleasant gap, PA 16823

BLM_0083249

202-429-3945

# Gina Coviello

2556 Ridge Road , Ontario, NY 14519

March 25, 2010    7:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gina Coviello
2556 Ridge Road
Ontario, NY 14519

202-429-3945

# John Dierig

610 Carrington Place #207, Loveland, OH 45140

March 25, 2010    7:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Dierig
610 Carrington Place
#207
Loveland, OH 45140

BLM_0083251

202-429-3945

## Deborah Morgan

1201 Red Oak Creek , Ovilla, TX 75154

March 25, 2010    7:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deborah Morgan
1201 Red Oak Creek
Ovilla, TX 75154

BLM_0083252

202-429-3945

# Lori McCoy

5075 Dickerson Rd , Partlow, VA 22534

March 25, 2010    7:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lori McCoy
5075 Dickerson Rd
Partlow, VA 22534

BLM_0083253

202-429-3945

## George Scott

185 Hockenbury Road , Hillsborough, NJ 08844

March 25, 2010     7:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

George Scott
185 Hockenbury Road
Hillsborough, NJ 08844

BLM_0083254

202-429-3945
# Lindsey Baldewicz

3871 E. Plankinton Ave. , Cudahy, WI 53110

March 25, 2010    7:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lindsey Baldewicz
3871 E. Plankinton Ave.
Cudahy, WI 53110

BLM_0083255

202-429-3945

# Richard    V. Cogan

5832 Cleveland St. , Morton Grove, IL 600533320

March 25, 2010    7:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Richard    V. Cogan
5832 Cleveland St.
Morton Grove, IL 60053-3320

BLM_0083256

202-429-3945

## Richard Luna

406 E Alvarado Street , Pomona, CA 91767

March 25, 2010    7:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Richard Luna
406 E Alvarado Street
Pomona, CA 91767

BLM_0083257

202-429-3945

# Walter and Susan Stern

250 Hammond Pond Pkwy , Newton, MA 02467

March 25, 2010     7:49 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Walter and Susan Stern
250 Hammond Pond Pkwy
Newton, MA 02467

BLM_0083258

202-429-3945

## Bianca Fiore LaPorta

90 Popple Swamp Rd , Cornwall Bridge, CT 06754

March 25, 2010    7:49 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bianca Fiore LaPorta
90 Popple Swamp Rd
Cornwall Bridge, CT 06754

BLM_0083259

202-429-3945

## Lynne Reber

3300 Alexandrite Way , Round Rock, TX 78681

March 25, 2010    7:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lynne Reber
3300 Alexandrite Way
Round Rock, TX 78681

BLM_0083260

202-429-3945

# William Murphy

806 Brushy Valley Road , Heiskell, TN 37754

March 25, 2010    7:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William Murphy
806 Brushy Valley Road
Heiskell, TN 37754

BLM_0083261

202-429-3945

# Linda Christiansen

108 White Settlement Road , Houlton, ME 047303253

March 25, 2010    7:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Linda Christiansen
108 White Settlement Road
Houlton, ME 04730-3253

BLM_0083262

202-429-3945

## abby donovan

181 monroe street , eugene, OR 97402

March 25, 2010    7:47 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

abby donovan
181 monroe street
eugene, OR 97402

BLM_0083263

202-429-3945

# Connie Abbott

3872 Avensong Village Circle , Milton, GA 30004

March 25, 2010    7:47 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Connie Abbott
3872 Avensong Village Circle
Milton, GA 30004

BLM_0083264

202-429-3945

# Karen Martakos

43 Massachusetts Avenue Apartment 2, Arlington, MA 02474

March 25, 2010     7:47 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karen Martakos
43 Massachusetts Avenue
Apartment 2
Arlington, MA 02474

202-429-3945

# Laura Weissman

5119 Ventura Drive , Delray Beach, FL 33484

March 25, 2010    7:46 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laura Weissman
5119 Ventura Drive
Delray Beach, FL 33484

BLM_0083266

202-429-3945

# kristina monroe

po box 281 , johannesburg, MI 49751

March 25, 2010    7:46 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

kristina monroe
po box 281
johannesburg, MI 49751

202-429-3945

# Greg Pregent

6 morse rd , Lebanon, NH 03766

March 25, 2010    7:46 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Greg Pregent
6 morse rd
Lebanon, NH 03766

BLM_0083268

202-429-3945

# christopher scott

43 third street , newport, RI 02840

March 25, 2010    7:46 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

christopher scott
43 third street
newport, RI 02840

202-429-3945

# Alison Kincaid

11605 Tyndel Creek Dr , Jacksonville, FL 32223

March 25, 2010    7:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Alison Kincaid
11605 Tyndel Creek Dr
Jacksonville, FL 32223

202-429-3945

## Sarah Anderson

62 Sigwin Circle , Wallingford, CT 06492

March 25, 2010    7:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sarah Anderson
62 Sigwin Circle
Wallingford, CT 06492

202-429-3945

# Cynthia Diggs

3702 Inwood Court , Abingdon, MD 210092063

March 25, 2010    7:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cynthia Diggs
3702 Inwood Court
Abingdon, MD 21009-2063

BLM_0083272

202-429-3945

# Martin Antuna

6416A 15th Court , Elmendorf AFB, AK 99506

March 25, 2010    7:44 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Martin Antuna
6416A 15th Court
Elmendorf AFB, AK 99506

BLM_0083273

202-429-3945

# Jody Taerbaum

851 E Camino Corrida , Tucson, AZ 85704

March 25, 2010    7:44 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jody Taerbaum
851 E Camino Corrida
Tucson, AZ 85704

BLM_0083274

202-429-3945

# Kathy Smart

208 Kersey Lane , Boyce, VA 22620

March 25, 2010    7:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathy Smart
208 Kersey Lane
Boyce, VA 22620

BLM_0083275

202-429-3945

# Kim Keller

1378 Walton Heath Ct. , Rockledge, FL 32955

March 25, 2010     7:42 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kim Keller
1378 Walton Heath Ct.
Rockledge, FL 32955

BLM_0083276

202-429-3945

# Stephanie Bonin

185 Harry-Haworth , Drummondville, QC J2C 8A3 Canada

March 25, 2010      7:42 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Stephanie Bonin
185 Harry-Haworth
Drummondville, QC J2C 8A3

202-429-3945

## Gabriel Antuna

6416A 15th Ct. , Elmendorf AFB, AK 99506

March 25, 2010    7:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gabriel Antuna
6416A 15th Ct.
Elmendorf AFB, AK 99506

202-429-3945

# Ronald Dreffer

4225 St. Andrews Place , Cincinnati, OH 45236

March 25, 2010     7:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ronald Dreffer
4225 St. Andrews Place
Cincinnati, OH 45236

202-429-3945

# Loretta Lehman

54 Glutzshole Rd. , Duncannon, PA 17020

March 25, 2010    7:38 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Loretta Lehman
54 Glutzshole Rd.
Duncannon, PA 17020

202-429-3945

# Susan Clark

168 W. Valley Brook Rd. , Califon, NJ 07830

March 25, 2010    7:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Clark
168 W. Valley Brook Rd.
Califon, NJ 07830

BLM_0083281

202-429-3945

# mike kenton

919 Ellis Rd. , stone mountain, GA 30083

March 25, 2010    7:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

mike kenton
919 Ellis Rd.
stone mountain, GA 30083

BLM_0083282

202-429-3945

## Diane Brothers

8807 Phildavid Court , RICHMOND, VA 23236

March 25, 2010    7:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Diane Brothers
8807 Phildavid Court
RICHMOND, VA 23236

BLM_0083283

202-429-3945

# Cornelius McHugh

32 Connolly Gardens , Dublin,   Dublin 8 Ireland

March 25, 2010    7:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cornelius McHugh
32 Connolly Gardens
Dublin Dublin 8

BLM_0083284

202-429-3945

# mike hansen

205 n 9th st , St. Charles, IL 60174

March 25, 2010    7:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

mike hansen
205 n 9th st
St. Charles, IL 60174

BLM_0083285