202-429-3945

# priscilla lane

2230 e. elderberry , pahrump, NV 89048

March 25, 2010    1:24 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

priscilla lane
2230 e. elderberry
pahrump, NV 89048

BLM_0102159

202-429-3945

# Mary Boiler

PO Box 582 , Mariposa, CA 95338

March 25, 2010    1:24 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Boiler
PO Box 582
Mariposa, CA 95338

BLM_0102160

202-429-3945

## mark strauss

2233 Bigelow Ave. , Simi Valley, CA 93065

March 25, 2010    1:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

mark strauss
2233 Bigelow Ave.
Simi Valley, CA 93065

BLM_0102161

202-429-3945

# Claryce Lauer

16278 SW 113th AV #12 , Portland, OR 97224 3482

March 25, 2010    1:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Claryce Lauer
16278 SW 113th AV #12
Portland, OR 97224 3482

BLM_0102162

202-429-3945

# Kathleen Ann Mullin

9746 Yoakum Drive , Beverly Hills, CA 902101436

March 25, 2010    1:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathleen Ann Mullin
9746 Yoakum Drive
Beverly Hills, CA 90210-1436

BLM_0102163

202-429-3945
## Jennifer Rodriguez

6815 Rosie Ct , Granbury, TX 76049

March 25, 2010    1:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jennifer Rodriguez
6815 Rosie Ct
Granbury, TX 76049

BLM_0102164

202-429-3945

# Paula Phillips

742 Lupine Drive , San Marcos, CA 92078

March 25, 2010    1:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paula Phillips
742 Lupine Drive
San Marcos, CA 92078

BLM_0102165

202-429-3945

# William Erickson

9815 Quakertown Ave. , Chatsworth, CA 91311

March 25, 2010    1:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William Erickson
9815 Quakertown Ave.
Chatsworth, CA 91311

202-429-3945

# Rachel Stegman

8083 E. Via del Desierto , Scottsdale, AZ 85258

March 25, 2010    1:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rachel Stegman
8083 E. Via del Desierto
Scottsdale, AZ 85258

202-429-3945

# bruce mohr

10736 gloria avenue , cincinnati, OH 45231

March 25, 2010    1:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

bruce mohr
10736 gloria avenue
cincinnati, OH 45231

BLM_0102168

202-429-3945

**Elizabeth Davis**

112 Argus Place , Sterling, VA 20164

March 25, 2010    1:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elizabeth Davis
112 Argus Place
Sterling, VA 20164

BLM_0102169

202-429-3945

# Gina Rangel

Rua de Luis Gonzaga Gomes , Macau,   00000 Macao

March 25, 2010    1:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gina Rangel
Rua de Luis Gonzaga Gomes
Macau 00000

202-429-3945

## Heather Marsh

6710 Lake Park Drive Apt. 201C, Greenbelt, MD 20770

March 25, 2010    1:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Heather Marsh
6710 Lake Park Drive
Apt. 201C
Greenbelt, MD 20770

BLM_0102171

202-429-3945

# Linda Herrington

2874 Duke Dr , Gulf Breeze, FL 32563

March 25, 2010    1:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Linda Herrington
2874 Duke Dr
Gulf Breeze, FL 32563

202-429-3945

## Annika Khalsa

73-1387 Kinoulu Place , Kailua Kona, HI 96740

March 25, 2010    1:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Annika Khalsa
73-1387 Kinoulu Place
Kailua Kona, HI 96740

202-429-3945

# Kendall Dinwiddie

543 Jackson Drive , Palo Alto, CA 94303

March 25, 2010     1:20 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kendall Dinwiddie
543 Jackson Drive
Palo Alto, CA 94303

202-429-3945
## madeline moroff

392 central park west apt 18X, new york, NY 10025

March 25, 2010    1:20 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

madeline moroff
392 central park west
apt 18X
new york, NY 10025

BLM_0102175

202-429-3945

# walker hibben

505 playa , newport beach, CA 92660

March 25, 2010    1:20 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

walker hibben
505 playa
newport beach, CA 92660

BLM_0102176

202-429-3945

# Mark Vivian

220 McNight Rd. , Saint Paul, MN 55119

March 25, 2010    1:20 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mark Vivian
220 McNight Rd.
Saint Paul, MN 55119

202-429-3945

# Alicia Evilsizer

1964 Rosewood Street , Vista, CA 92081

March 25, 2010     1:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Alicia Evilsizer
1964 Rosewood Street
Vista, CA 92081

202-429-3945

## Karen Larsen

6857 S. Bannock St. , Littleton, CO 801203815

March 25, 2010    1:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karen Larsen
6857 S. Bannock St.
Littleton, CO 80120-3815

BLM_0102179

202-429-3945

# Kevin Chapman

18781 SE 21st PL , Silver Springs, FL 34488

March 25, 2010    1:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kevin Chapman
18781 SE 21st PL
Silver Springs, FL 34488

202-429-3945

# Greg Benson

367 Juniper tree court , Hoffman Estates, IL 60195

March 25, 2010    1:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Greg Benson
367 Juniper tree court
Hoffman Estates, IL 60195

202-429-3945

## Jennifer Crown

1518 N Brook Ct#5 , Ellensburg, WA 98926

March 25, 2010   1:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jennifer Crown
1518 N Brook Ct#5
Ellensburg, WA 98926

BLM_0102182

202-429-3945

# Brett Ader

4509 Andrew Jackson Way , Tallahassee, FL 32303

March 25, 2010    1:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brett Ader
4509 Andrew Jackson Way
Tallahassee, FL 32303

BLM_0102183

202-429-3945

# Randy Shriver

2524 N Crestline St , Spokane, WA 99207

March 25, 2010     1:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Randy Shriver
2524 N Crestline St
Spokane, WA 99207

BLM_0102184

202-429-3945

# Sondra Katz

10905 Lombardy Road , Silver Spring, MD 20901

March 25, 2010     1:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sondra Katz
10905 Lombardy Road
Silver Spring, MD 20901

BLM_0102185

202-429-3945

## Connie Trump

2646 E.   Cypress Way , Salt Lake City, UT 84121

March 25, 2010    1:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Connie Trump
2646 E.   Cypress Way
Salt Lake City, UT 84121

BLM_0102186

202-429-3945

# Nancy Amodeo

8331 Campion Dr , Los Angeles, CA 90045

March 25, 2010    1:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Nancy Amodeo
8331 Campion Dr
Los Angeles, CA 90045

BLM_0102187

202-429-3945

# Ronny De Witt

9901 Pendleton Pike, #25 , Indianapolis, IN 46236

March 25, 2010    1:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ronny De Witt
9901 Pendleton Pike, #25
Indianapolis, IN 46236

202-429-3945

# Jerry and Carol Halsey

359 Big John Road , Lyons, CO 80540

March 25, 2010    1:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jerry and Carol Halsey
359 Big John Road
Lyons, CO 80540

BLM_0102189

202-429-3945

## Phillip Collins

2332 N 128th st. , Seattle, WA 981337850

March 25, 2010    1:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Phillip Collins
2332 N 128th st.
Seattle, WA 98133-7850

202-429-3945

# Fred Cepela

10197 S. Lake Ct. , Traverse City, MI 49684

March 25, 2010    1:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Fred Cepela
10197 S. Lake Ct.
Traverse City, MI 49684

BLM_0102191

202-429-3945

# Chuck Klein

7929 Tulum Court , Las Vegas, NV 89145

March 25, 2010    1:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chuck Klein
7929 Tulum Court
Las Vegas, NV 89145

BLM_0102192

202-429-3945

## Kathrin Kraft

6618 Tyrone Ave , Van Nuys, CA 91405

March 25, 2010    1:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathrin Kraft
6618 Tyrone Ave
Van Nuys, CA 91405

BLM_0102193

202-429-3945

## Pam Bixter

2338 S Hearth Drive, #23 , Evergreen, CO 80439

March 25, 2010    1:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Pam Bixter
2338 S Hearth Drive, #23
Evergreen, CO 80439

BLM_0102194

202-429-3945

## Jean Ella

91237 Donna Road , Springfield, OR 97478

March 25, 2010    1:15 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jean Ella
91237 Donna Road
Springfield, OR 97478

202-429-3945

# Cynthia Bower

4849 N Ventana Ridge Place , Tucson, AZ 85750

March 25, 2010    1:15 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cynthia Bower
4849 N Ventana Ridge Place
Tucson, AZ 85750

BLM_0102196

202-429-3945

# Michael McCarty

8565 Smith Calhoun Rd. Lot 31 , Plain City, OH 43064

March 25, 2010    1:15 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael McCarty
8565 Smith Calhoun Rd. Lot 31
Plain City, OH 43064

BLM_0102197

202-429-3945

# Judy Bratis, R.N.

3650 Midvale Ave #204 , Los Angeles, CA 90034

March 25, 2010     1:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judy Bratis, R.N.
3650 Midvale Ave #204
Los Angeles, CA 90034

BLM_0102198

202-429-3945

## Michael Vincent

"1010 E. Bobier Dr., Spc. 28" , Vista, CA 92084

March 25, 2010    1:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Vincent
"1010 E. Bobier Dr., Spc. 28"
Vista, CA 92084

BLM_0102199

202-429-3945

## Robert Jadin

1121 30th St. Apt. 16 , Boulder, CO 80303

March 25, 2010    1:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Jadin
1121 30th St. Apt. 16
Boulder, CO 80303

BLM_0102200

202-429-3945

# Marc Gregory

P.O. Box 16171 , Beverly Hills, CA 90209

March 25, 2010    1:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marc Gregory
P.O. Box 16171
Beverly Hills, CA 90209

BLM_0102201

202-429-3945

# launa prince

15728 Hart St. , Van Nuys, CA 91406

March 25, 2010    1:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

launa prince
15728 Hart St.
Van Nuys, CA 91406

BLM_0102202

202-429-3945
# PHIL JAMES

PO BOX 2333 , BLOOMINGTON, IN 47402

March 25, 2010    1:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

PHIL JAMES
PO BOX 2333
BLOOMINGTON, IN 47402

BLM_0102203

202-429-3945

## margaret nordeen

p.o. box 1853 , chico, CA 95927

March 25, 2010    1:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

margaret nordeen
p.o. box 1853
chico, CA 95927

202-429-3945

# Wes Callender

1088 Manning Street , Great Falls, VA 22066

March 25, 2010    1:13 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Wes Callender
1088 Manning Street
Great Falls, VA 22066

BLM_0102205

202-429-3945

# David Gardner

2525 Beverly Ave #8 , Santa Monica, CA 90405

March 25, 2010    1:13 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Gardner
2525 Beverly Ave #8
Santa Monica, CA 90405

202-429-3945
## laurence skirvin

1507  syble  drive , Villa   Rica, GA 30180

March 25, 2010    1:13 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

laurence skirvin
1507  syble   drive
Villa   Rica, GA 30180

202-429-3945

## Cigy Cyriac

11491 Brambleberry Ln , Draper, UT 84020

March 25, 2010    1:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cigy Cyriac
11491 Brambleberry Ln
Draper, UT 84020

202-429-3945

# Hoshang Dubash

24480 Stonechat Court , Valencia, CA 91355

March 25, 2010    1:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Hoshang Dubash
24480 Stonechat Court
Valencia, CA 91355

BLM_0102209

202-429-3945

# Shirley Smith

PO Box 253 , Sound Beach, NY 11789

March 25, 2010     1:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Shirley Smith
PO Box 253
Sound Beach, NY 11789

202-429-3945

## Dennis Feichtinger

2711 Riverside apt 4, Trenton, MI 48183

March 25, 2010    1:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dennis Feichtinger
2711 Riverside
apt 4
Trenton, MI 48183

BLM_0102211

202-429-3945

# Melissa Early

831 Hastings , Missoula, MT 59801

March 25, 2010    1:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Melissa Early
831 Hastings
Missoula, MT 59801

BLM_0102212

202-429-3945

# DONALD VANDERKOLK

238 Skyline Dr , Coram, NY 11727

March 25, 2010    1:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

DONALD VANDERKOLK
238 Skyline Dr
Coram, NY 11727

202-429-3945

## Sylvia De Baca

718 Via Los Santos , San Dimas, CA 91773

March 25, 2010    1:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sylvia De Baca
718 Via Los Santos
San Dimas, CA 91773

202-429-3945

# Sandra Leaper

19691 SW 88th Loop , Dunnellon, FL 34432

March 25, 2010    1:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sandra Leaper
19691 SW 88th Loop
Dunnellon, FL 34432

202-429-3945

# K. Yu

12309 W Valentine Ave. , El Mirage, AZ 85335

March 25, 2010    1:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

K. Yu
12309 W Valentine Ave.
El Mirage, AZ 85335

BLM_0102216

202-429-3945

# Kelly Rose

5419 E. Avenida Palmar , Orange, CA 92869

March 25, 2010    1:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kelly Rose
5419 E. Avenida Palmar
Orange, CA 92869

202-429-3945

# Judith Grant

14 Cedar Grove Drive , Kincheloe, MI 49788

March 25, 2010    1:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judith Grant
14 Cedar Grove Drive
Kincheloe, MI 49788

202-429-3945

# David Bonnell

3562 Ridgebriar , Dallas, TX 75234

March 25, 2010    1:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Bonnell
3562 Ridgebriar
Dallas, TX 75234

BLM_0102219

202-429-3945

# kenn goldman

po box 213 , dragoon, AZ 85609

March 25, 2010    1:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

kenn goldman
po box 213
dragoon, AZ 85609

BLM_0102220

202-429-3945

# William W Haywood

21934 Old Hwy 99 SW , Centralia, WA 98531

March 25, 2010    1:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William W Haywood
21934 Old Hwy 99 SW
Centralia, WA 98531

202-429-3945

## Patricia Orlinski

10511 W. Kingswood Cir , Sun City, AZ 853512246

March 25, 2010    1:08 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia Orlinski
10511 W. Kingswood Cir
Sun City, AZ 85351-2246

202-429-3945

# Adele Cirkelis

36 Thrift St. , San Francisco, CA 94112

March 25, 2010    1:08 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Adele Cirkelis
36 Thrift St.
San Francisco, CA 94112

202-429-3945

# stuart marcus

401 california ave , santa monica, CA 90403

March 25, 2010    1:08 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

stuart marcus
401 california ave
santa monica, CA 90403

202-429-3945

# Cameron Coffman

33 grouse lane , Bailey, CO 80421

March 25, 2010     1:08 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cameron Coffman
33 grouse lane
Bailey, CO 80421

BLM_0102225

202-429-3945

**Donita Slaughter**

818 Adams Av , La Junta, CO 81050

March 25, 2010     1:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Donita Slaughter
818 Adams Av
La Junta, CO 81050

BLM_0102226

202-429-3945

## Monica Moir

2077 Calle Contento , Santa Fe, NM 87505

March 25, 2010    1:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Monica Moir
2077 Calle Contento
Santa Fe, NM 87505

BLM_0102227

202-429-3945

## Kara Rowan

5750 Pumice Place , Springfield, OR 97478

March 25, 2010     1:06 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kara Rowan
5750 Pumice Place
Springfield, OR 97478

BLM_0102228

202-429-3945

## Susan Wizer

46320 Sandia Creek Dr. , Temecula, CA 92590

March 25, 2010    1:06 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Wizer
46320 Sandia Creek Dr.
Temecula, CA 92590

BLM_0102229

202-429-3945

# P. Ohm

4220 19th St , Boulder, CO 80304

March 25, 2010    1:06 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

P. Ohm
4220 19th St
Boulder, CO 80304

202-429-3945

**Tanya Turner**

455 Country Club Ln , Napa, CA 94558

March 25, 2010    1:06 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tanya Turner
455 Country Club Ln
Napa, CA 94558

BLM_0102231

202-429-3945

# Katrina Child

1073 Treat Street , San Francisco, CA 94110

March 25, 2010    1:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Katrina Child
1073 Treat Street
San Francisco, CA 94110

BLM_0102232

202-429-3945

## scott herrick

3864 La Jolla Village Dr , la Jolla, CA 92037

March 25, 2010    1:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

scott herrick
3864 La Jolla Village Dr
la Jolla, CA 92037

BLM_0102233

202-429-3945

# Barbara Jansen

31618 Bryant Way , Albany, OR 97321

March 25, 2010     1:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Jansen
31618 Bryant Way
Albany, OR 97321

BLM_0102234

202-429-3945

## caitlin marie rather

10243 east zayante rd , felton, CA 95018

March 25, 2010    1:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

caitlin marie rather
10243 east zayante rd
felton, CA 95018

BLM_0102235

202-429-3945

# Erv Amdahl

5111 San Carlos , Sierra Vista, AZ 85650

March 25, 2010    1:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Erv Amdahl
5111 San Carlos
Sierra Vista, AZ 85650

BLM_0102236

202-429-3945

# Deb Fahey

202 North Country Club Drive , Warwick, RI 02888

March 25, 2010    1:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deb Fahey
202 North Country Club Drive
Warwick, RI 02888

BLM_0102237

202-429-3945

# Mark Wentley

2201 Bridgepointe Parkway Apt. 244, San Mateo, CA 94404

March 25, 2010    1:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mark Wentley
2201 Bridgepointe Parkway
Apt. 244
San Mateo, CA 94404

202-429-3945

# Peter Thomas

214 A Sherland Ave. , Mountain View, CA 94043

March 25, 2010    1:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Peter Thomas
214 A Sherland Ave.
Mountain View, CA 94043

202-429-3945

## Ron Ratner

3700 S Westport , Sioux Falls, SD 57106

March 25, 2010     1:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ron Ratner
3700 S Westport
Sioux Falls, SD 57106

202-429-3945

# Jean Crawford

10 Enebro Rd. , Santa Fe, NM 87508

March 25, 2010    1:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jean Crawford
10 Enebro Rd.
Santa Fe, NM 87508

BLM_0102241

202-429-3945

# Paula Hartgraves

5050 Hacienda Dr. #1937 , Dublin, CA 94568

March 25, 2010     1:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paula Hartgraves
5050 Hacienda Dr. #1937
Dublin, CA 94568

BLM_0102242

202-429-3945

# Robert LaRouche

1944 Provenchere Pl , Saint Louis, MO 63118

March 25, 2010    1:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert LaRouche
1944 Provenchere Pl
Saint Louis, MO 63118

BLM_0102243

202-429-3945

## Laurel Anderson

12631 N 27th Way , Phoenix, AZ 85032

March 25, 2010    1:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laurel Anderson
12631 N 27th Way
Phoenix, AZ 85032

202-429-3945

# Miranda Everett

2725 Irwin Ave PO Box 616, Lake Isabella, CA 93240

March 25, 2010    1:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Miranda Everett
2725 Irwin Ave
PO Box 616
Lake Isabella, CA 93240

BLM_0102245

202-429-3945

# Josie Kusner

1440 Brentwood Avenue , Brick, NJ 08724

March 25, 2010     1:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Josie Kusner
1440 Brentwood Avenue
Brick, NJ 08724

BLM_0102246

202-429-3945

# Annah Gardner

1906 1st Ave. S , Minneapolis, MN 55403

March 25, 2010     1:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Annah Gardner
1906 1st Ave. S
Minneapolis, MN 55403

BLM_0102247

202-429-3945

# Brian Jones

8252 W. Sapphire Moon Way , Tucson, AZ 85743

March 25, 2010    1:01 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brian Jones
8252 W. Sapphire Moon Way
Tucson, AZ 85743

BLM_0102248

202-429-3945

# Molly Noone

939 E. Lodge Dr. , Tempe, AZ 852834054

March 25, 2010    1:01 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Molly Noone
939 E. Lodge Dr.
Tempe, AZ 85283-4054

BLM_0102249

202-429-3945

## Frances Redick

17185 Ward St , Detroit, MI 48235

March 25, 2010     1:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Frances Redick
17185 Ward St
Detroit, MI 48235

202-429-3945

## Anthony Larson

4796 Mills Dr , Anchorage, AK 99508

March 25, 2010    1:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Anthony Larson
4796 Mills Dr
Anchorage, AK 99508

202-429-3945

# rj banat

3262 white oak trail , highlands ranch, CO 80129

March 25, 2010    1:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

rj banat
3262 white oak trail
highlands ranch, CO 80129

BLM_0102252

202-429-3945

# James McAndrew

1327 31st Avenue#4 , San Francisco, CA 941221446

March 25, 2010    1:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James McAndrew
1327 31st Avenue#4
San Francisco, CA 94122-1446

BLM_0102253

202-429-3945

# Gregory Gluck

2880 Skowhegan Drive , Henderson, NV 89074

March 25, 2010    1:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gregory Gluck
2880 Skowhegan Drive
Henderson, NV 89074

BLM_0102254

202-429-3945

## Amanda Heck

42 Granite Ave. , New Bedford, MA 02740

March 25, 2010    1:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Amanda Heck
42 Granite Ave.
New Bedford, MA 02740

BLM_0102255

202-429-3945

# Binell Martino

511 Country Club Drive , Cherry Hill, NJ 08003

March 25, 2010     12:59 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Binell Martino
511 Country Club Drive
Cherry Hill, NJ 08003

BLM_0102256

202-429-3945

## Adriana Chavez

1904 Valance Street , San Diego, CA 92154-4288

March 25, 2010    12:59 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Adriana Chavez
1904 Valance Street
San Diego, CA 92154-4288

BLM_0102257

202-429-3945

# Fred Griest

6944 E. Villanova Pl. , Denver, CO 80224

March 25, 2010    12:59 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Fred Griest
6944 E. Villanova Pl.
Denver, CO 80224

BLM_0102258

202-429-3945

# Josh Maresca

328 Hansbery Way , Santa Rosa, CA 95409

March 25, 2010    12:59 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Josh Maresca
328 Hansbery Way
Santa Rosa, CA 95409

BLM_0102259

202-429-3945

# Joseph Colton

408 Riviera Drive , San Rafael, CA 94901

March 25, 2010    12:58 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joseph Colton
408 Riviera Drive
San Rafael, CA 94901

202-429-3945

## Michelle D.

5225 Trojan Ave Apt 45, San Diego, CA 92115

March 25, 2010    12:58 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michelle D.
5225 Trojan Ave
Apt 45
San Diego, CA 92115

202-429-3945

# Claire Insley

11300 8th St East Isle of Palms, Treasure Island, FL 33706

March 25, 2010    12:57 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Claire Insley
11300 8th St East
Isle of Palms
Treasure Island, FL 33706

BLM_0102262

202-429-3945

# Margie Phillips

131 Laplante Cir , Easthampton, MA 01027

March 25, 2010     12:57 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Margie Phillips
131 Laplante Cir
Easthampton, MA 01027

202-429-3945

# LEE ST. JOHN

20 SPUR RD , DIVIDE, CO 80814

March 25, 2010     12:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

LEE ST. JOHN
20 SPUR RD
DIVIDE, CO 80814

BLM_0102264

202-429-3945

## diane dibernardo

po box 356 , oyster bay, NY 11771

March 25, 2010    12:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

diane dibernardo
po box 356
oyster bay, NY 11771

BLM_0102265

202-429-3945

# Marin Xiques

948 Greenhill Road , Mill Valley, CA 94941

March 25, 2010    12:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marin Xiques
948 Greenhill Road
Mill Valley, CA 94941

BLM_0102266

202-429-3945

# Shirley Davis

6021 E Avenida Arriba , Tucson, AZ 857501869

March 25, 2010    12:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Shirley Davis
6021 E Avenida Arriba
Tucson, AZ 85750-1869

BLM_0102267

202-429-3945

# Michael Rees

400 S. Simms St. , Lakewood, CO 80228

March 25, 2010    12:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Rees
400 S. Simms St.
Lakewood, CO 80228

BLM_0102268

202-429-3945

## Mary Robbins

949 SR 1001 , Tunkhannock, PA 18657-6054

March 25, 2010     12:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Robbins
949 SR 1001
Tunkhannock, PA 18657-6054

BLM_0102269

202-429-3945

# Thomas Hutton

936 Mission Hill Rd , Boynton Beach, FL 33435

March 25, 2010    12:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Thomas Hutton
936 Mission Hill Rd
Boynton Beach, FL 33435

BLM_0102270

202-429-3945

## Henry Bennett

4014 SE Grant Court , Portland, OR 972145943

March 25, 2010    12:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Henry Bennett
4014 SE Grant Court
Portland, OR 97214-5943

BLM_0102271

202-429-3945

# David Walsh

1463 Portland Ave #2 , St. Paul, MN 551046815

March 25, 2010    12:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Walsh
1463 Portland Ave #2
St. Paul, MN 55104-6815

202-429-3945

# Carol Sawyers

3710 Gross Road Spc 29, Santa Cruz, CA 95062

March 25, 2010    12:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carol Sawyers
3710 Gross Road
Spc 29
Santa Cruz, CA 95062

BLM_0102273

202-429-3945

# Steven Velasco

1150 Kingston St. , Costa Mesa, CA 92626

March 25, 2010     12:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Steven Velasco
1150 Kingston St.
Costa Mesa, CA 92626

BLM_0102274

202-429-3945

## Amy Spade Silverman

4925 Sunnyslope Avenue , Sherman Oaks, CA 91423

March 25, 2010     12:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Amy Spade Silverman
4925 Sunnyslope Avenue
Sherman Oaks, CA 91423

BLM_0102275

202-429-3945

# Lawrence Povlow

2996 6th Street , EAGLEVILLE, PA 194031511

March 25, 2010     12:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lawrence Povlow
2996 6th Street
EAGLEVILLE, PA 19403-1511

BLM_0102276

202-429-3945

# Barbara case

230 sw 200th st , seattle, WA 98166

March 25, 2010    12:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara case
230 sw 200th st
seattle, WA 98166

BLM_0102277

202-429-3945

## robin shweder

527 west 110th st. , new york, NY 10025

March 25, 2010     12:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

robin shweder
527 west 110th st.
new york, NY 10025

BLM_0102278

202-429-3945

## Andrew Stuart

88 Williston Road , Auburndale, MA 02466

March 25, 2010     12:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Andrew Stuart
88 Williston Road
Auburndale, MA 02466

BLM_0102279

202-429-3945

# Cindi Drake

1750 Hanover Drive #222 , Davis, CA 95616

March 25, 2010     12:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cindi Drake
1750 Hanover Drive #222
Davis, CA 95616

BLM_0102280

202-429-3945

# Grant Foerster

731 Talbot Ave , Albany, CA 94706

March 25, 2010     12:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Grant Foerster
731 Talbot Ave
Albany, CA 94706

BLM_0102281

202-429-3945

## Claire Mikalson

240 NW True Street , Pullman, WA 99163

March 25, 2010    12:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Claire Mikalson
240 NW True Street
Pullman, WA 99163

BLM_0102282

202-429-3945

# Elyette Weinstein

5000 Orvas Court SE , Olympia, WA 985014765

March 25, 2010    12:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elyette Weinstein
5000 Orvas Court SE
Olympia, WA 98501-4765

BLM_0102283

202-429-3945

# Benita Cohen

3369 Vinton Ave Apt 9, Los Angeles, CA 90034

March 25, 2010    12:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Benita Cohen
3369 Vinton Ave
Apt 9
Los Angeles, CA 90034

BLM_0102284

202-429-3945

**ruth judkins**

2310 Winrock Ave. , Altadena, CA 910013206

March 25, 2010   12:52 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

ruth judkins
2310 Winrock Ave.
Altadena, CA 91001-3206

BLM_0102285

202-429-3945

## Earl Roberts

4414 Briardale St , San Antonio, TX 78217

March 25, 2010    12:52 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Earl Roberts
4414 Briardale St
San Antonio, TX 78217

BLM_0102286

202-429-3945

# Marc Boyd

2601 Almaden Rd , San Jose, CA 951254266

March 25, 2010    12:52 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marc Boyd
2601 Almaden Rd
San Jose, CA 95125-4266

BLM_0102287

202-429-3945

# Ruth Dyke

6045 Mckeon Ponderosa Way , Forest   Hill, CA 95631

March 25, 2010    12:52 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ruth Dyke
6045 Mckeon Ponderosa Way
Forest   Hill, CA 95631

BLM_0102288

202-429-3945

# Lisa Lester

317 Phillips St , Johnstown, PA 15904

March 25, 2010    12:52 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lisa Lester
317 Phillips St
Johnstown, PA 15904

BLM_0102289

202-429-3945

# Isauro Custodio

1331 W Manchester Ave , Los Angeles, CA 90044

March 25, 2010    12:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Isauro Custodio
1331 W Manchester Ave
Los Angeles, CA 90044

BLM_0102290

202-429-3945

# Michael Blincoe

840 Elizabeth St. , San Francisco, CA 94114

March 25, 2010    12:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Blincoe
840 Elizabeth St.
San Francisco, CA 94114

BLM_0102291

202-429-3945

# Kathryn Parke

510 W. Euclid , Pittsburg, KS 66762

March 25, 2010    12:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathryn Parke
510 W. Euclid
Pittsburg, KS 66762

202-429-3945

# Tricia Satifka

16 Springfield Avenue , Washington, PA 15301

March 25, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tricia Satifka
16 Springfield Avenue
Washington, PA 15301

BLM_0102293

202-429-3945

## Peter Bedard

1239 Manzanita Street , Los Angeles, CA 90029

March 25, 2010   12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Peter Bedard
1239 Manzanita Street
Los Angeles, CA 90029

BLM_0102294

202-429-3945

# Edith Cole

18419 Bucoda Hwy SE #8 , Tenino, WA 98589

March 25, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Edith Cole
18419 Bucoda Hwy SE #8
Tenino, WA 98589

BLM_0102295

202-429-3945

# Steve Lovelace

PO Box 245 , Wilkeson, WA 98396

March 25, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Steve Lovelace
PO Box 245
Wilkeson, WA 98396

BLM_0102296

202-429-3945

# Douglas Wagoner

4989 E St Anthonys Lane , Post Falls, ID 83854

March 25, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Douglas Wagoner
4989 E St Anthonys Lane
Post Falls, ID 83854

BLM_0102297

202-429-3945

## JOSEPH REEL

PO BOX 51066 , PACIFIC GROVE, CA 93950

March 25, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

JOSEPH REEL
PO BOX 51066
PACIFIC GROVE, CA 93950

BLM_0102298

202-429-3945

# Chris Noto

13204 Myfolrd Rd #806 , Tustin, CA 92782

March 25, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chris Noto
13204 Myfolrd Rd #806
Tustin, CA 92782

BLM_0102299

202-429-3945

# Peter Stone

1661 Alma ST , Palo Alto, CA 94301

March 25, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Peter Stone
1661 Alma ST
Palo Alto, CA 94301

BLM_0102300

202-429-3945

# Kathy Kuyper

PO Box 1513 , Soquel, CA 95073

March 25, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathy Kuyper
PO Box 1513
Soquel, CA 95073

BLM_0102301

202-429-3945

## Thomas Avery

3013 Lynnwood Way , Louisville, KY 40299

March 25, 2010    12:49 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Thomas Avery
3013 Lynnwood Way
Louisville, KY 40299

BLM_0102302

202-429-3945

# Derek Meyer

3103 Circle Hill Road Alexandria, Alexandria, VA 22305

March 25, 2010    12:49 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Derek Meyer
3103 Circle Hill Road
Alexandria
Alexandria, VA 22305

BLM_0102303

202-429-3945

## Angyl Wisemessenger

PO Box 152427 , Arlington, TX 760158427

March 25, 2010     12:49 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Angyl Wisemessenger
PO Box 152427
Arlington, TX 76015-8427

BLM_0102304

202-429-3945

## birgit semsrott

2575 Alliance 12 J, Arcata, CA 95521

March 25, 2010     12:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

birgit semsrott
2575 Alliance
12 J
Arcata, CA 95521

BLM_0102305

202-429-3945

# Mary Rodeman

3045 Almond Tree Dr , St. Peters, MO 63376

March 25, 2010    12:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Rodeman
3045 Almond Tree Dr
St. Peters, MO 63376

BLM_0102306

202-429-3945

# Jared Bigler

2976 Hawk Hill Lane , SAN LUIS OBISPO, CA 93405

March 25, 2010     12:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jared Bigler
2976 Hawk Hill Lane
SAN LUIS OBISPO, CA 93405

BLM_0102307

202-429-3945

# Dave Krupa

3714 Delaware , Flint, MI 485063171

March 25, 2010    12:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dave Krupa
3714 Delaware
Flint, MI 48506-3171

BLM_0102308

202-429-3945

# Jerry Leventer

1375 Mercy Street , Mountain View, CA 94041

March 25, 2010    12:47 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jerry Leventer
1375 Mercy Street
Mountain View, CA 94041

202-429-3945

# FRANKLIN KAPUSTKA

1539 SW 203RD AVENUE , ALOHA, OR 97006

March 25, 2010   12:46 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

FRANKLIN KAPUSTKA
1539 SW 203RD AVENUE
ALOHA, OR 97006

BLM_0102310

202-429-3945

# Deborah Laurion

832 Judson St , Longmont, CO 80501

March 25, 2010     12:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deborah Laurion
832 Judson St
Longmont, CO 80501

202-429-3945

# Jane Young

85 High Falls Rd. Ext. , Catskill, NY 12414

March 25, 2010    12:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jane Young
85 High Falls Rd. Ext.
Catskill, NY 12414

BLM_0102312

202-429-3945

# Tanya Meyer

2319 Shire Lane , Davis, CA 95616

March 25, 2010    12:44 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tanya Meyer
2319 Shire Lane
Davis, CA 95616

BLM_0102313

202-429-3945

# Chloe Mekinc

1332 Lombard St. , Philadelphia, PA 19147

March 25, 2010    12:44 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chloe Mekinc
1332 Lombard St.
Philadelphia, PA 19147

BLM_0102314

202-429-3945

# Linda Mawby

3737 Cambridge St. , Kansas City, KS 66103

March 25, 2010    12:44 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Linda Mawby
3737 Cambridge St.
Kansas City, KS 66103

202-429-3945

# Kathy East

1610 Silver Pines Rd. , Kenai, AK 99611

March 25, 2010    12:44 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathy East
1610 Silver Pines Rd.
Kenai, AK 99611

BLM_0102316

202-429-3945

# Diane Bugliarelli

20 Salem Ridge Rd. , Carmel, NY 10512

March 25, 2010    12:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Diane Bugliarelli
20 Salem Ridge Rd.
Carmel, NY 10512

BLM_0102317

202-429-3945

# Muriel Perrone

11313 Champion Oak , San Antonio, TX 78233

March 25, 2010    12:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Muriel Perrone
11313 Champion Oak
San Antonio, TX 78233

202-429-3945

## Brad Badger

2806 University Drive , Lawrence, KS 66049

March 25, 2010    12:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brad Badger
2806 University Drive
Lawrence, KS 66049

BLM_0102319

202-429-3945

# Caroline Sullivan

4471 Flaherty Lane , Denmark, WI 54208

March 25, 2010    12:42 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Caroline Sullivan
4471 Flaherty Lane
Denmark, WI 54208

202-429-3945

# Janet Kuncl

3 Pine Lake Drive , Collinsville, IL 62234/4918

March 25, 2010    12:42 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janet Kuncl
3 Pine Lake Drive
Collinsville, IL 62234/4918

202-429-3945

## Imtiyaz Taqui

301 Murray Ln , Richardson, TX 75080

March 25, 2010     12:42 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Imtiyaz Taqui
301 Murray Ln
Richardson, TX 75080

202-429-3945

# Anne Barker

417 Woodland Ave. , San Rafael, CA 94901

March 25, 2010     12:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Anne Barker
417 Woodland Ave.
San Rafael, CA 94901

BLM_0102323

202-429-3945

# John Hotchkiss

10563 Hillview Ave , Chatsworth, CA 91311

March 25, 2010    12:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Hotchkiss
10563 Hillview Ave
Chatsworth, CA 91311

BLM_0102324

202-429-3945

# Kathleen Geist

689 Garfield Avenue PO Box 189, West Point, PA 19486

March 25, 2010    12:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathleen Geist
689 Garfield Avenue
PO Box 189
West Point, PA 19486

BLM_0102325

202-429-3945

## Sally Bates

76-6353 Kololia St , Kailua Kona, HI 96740

March 25, 2010    12:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sally Bates
76-6353 Kololia St
Kailua Kona, HI 96740

BLM_0102326

202-429-3945

# Elizabeth Asnicar

PO Box 941 , Lyons, CO 80540

March 25, 2010     12:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elizabeth Asnicar
PO Box 941
Lyons, CO 80540

BLM_0102327

202-429-3945

# golda michelson

106 manor rd , Fairfax, CA 94930

March 25, 2010    12:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

golda michelson
106 manor rd
Fairfax, CA 94930

BLM_0102328

202-429-3945

# Walt Rappeport

257 W 91 street 1R, New York, NY 10024

March 25, 2010    12:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Walt Rappeport
257 W 91 street
1R
New York, NY 10024

BLM_0102329

202-429-3945

## jana strang

880 east 1200 north , shelley, ID 83274

March 25, 2010     12:39 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

jana strang
880 east 1200 north
shelley, ID 83274

202-429-3945

# Joseph Krugh

9412 191st St. E , Puyallup, WA 98375

March 25, 2010     12:38 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joseph Krugh
9412 191st St. E
Puyallup, WA 98375

BLM_0102331

202-429-3945

# Diane Gaertner

11 Apple Lane , Commack, NY 11725 United States Minor Outlying Isl.

March 25, 2010    12:38 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Diane Gaertner
11 Apple Lane
Commack, NY 11725

BLM_0102332

202-429-3945

# Ken Cubala

3507 W. Beach Ave. , Chicago, IL 60651

March 25, 2010     12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ken Cubala
3507 W. Beach Ave.
Chicago, IL 60651

BLM_0102333

202-429-3945

# Patricia Savage

P.O. Box - PMB 363 , Mammoth Lakes, CA 93546

March 25, 2010    12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia Savage
P.O. Box - PMB 363
Mammoth Lakes, CA 93546

BLM_0102334

202-429-3945

# Steve Slagle & Jane Spaeth

1002 Booneville Ave , New Braufels, TX 781304912

March 25, 2010    12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Steve Slagle %pa_first_name% Jane Spaeth
1002 Booneville Ave
New Braufels, TX 78130-4912

BLM_0102335

202-429-3945

# John P. Rash

1055 W Granville Ave Apt 1101, Chicago, IL 60660

March 25, 2010   12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John P. Rash
1055 W Granville Ave
Apt 1101
Chicago, IL 60660

BLM_0102336

202-429-3945

# rachael hunt

3311 mcgee ave. , middletown, OH 45044

March 25, 2010    12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

rachael hunt
3311 mcgee ave.
middletown, OH 45044

BLM_0102337

202-429-3945

# michael brown

8541 bellmead dr , huntington beach, CA 92646

March 25, 2010    12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

michael brown
8541 bellmead dr
huntington beach, CA 92646

BLM_0102338

202-429-3945

## Sandra Woodall

118 Hermine Blvd. , San Antonio, TX 78212

March 25, 2010    12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sandra Woodall
118 Hermine Blvd.
San Antonio, TX 78212

202-429-3945

# Helen Scholfield

31 Casino St , Freeport, NY 11520

March 25, 2010    12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum


Subject: Emphasize resource protection in Uncompahgre RMP Revision


Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Helen Scholfield
31 Casino St
Freeport, NY 11520

202-429-3945

# Gregory Park

107 Jubilee Place , New Bern, NC 28560

March 25, 2010    12:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gregory Park
107 Jubilee Place
New Bern, NC 28560

BLM_0102341

202-429-3945

## Janet Cameron

502 Chevis Road , Savannah, GA 31419

March 25, 2010     12:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janet Cameron
502 Chevis Road
Savannah, GA 31419

BLM_0102342

202-429-3945

# Sharon Mullane

4084 Redwood Ave. #4 , Los Angeles, CA 90066

March 25, 2010    12:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sharon Mullane
4084 Redwood Ave. #4
Los Angeles, CA 90066

BLM_0102343

202-429-3945

# Scott Buchner

298 Bridger View DR , Belgrade, MT 59714

March 25, 2010    12:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Scott Buchner
298 Bridger View DR
Belgrade, MT 59714

202-429-3945

# David L. Smith

4242 Janick Circle North , Stevens Point, WI 544812511

March 25, 2010    12:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David L. Smith
4242 Janick Circle North
Stevens Point, WI 54481-2511

BLM_0102345

202-429-3945

# James Dudzinski

10690 Birch Point Ct. , Reno, NV 89521

March 25, 2010    12:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James Dudzinski
10690 Birch Point Ct.
Reno, NV 89521

BLM_0102346

202-429-3945

# Leroy Gebhart

4440 SW Archer Road Apt 1907, Gainesville, FL 32608

March 25, 2010    12:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leroy Gebhart
4440 SW Archer Road
Apt 1907
Gainesville, FL 32608

202-429-3945

# Lois Tow

455 Hazelwood Avenue , San Francisco, CA 94127

March 25, 2010     12:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lois Tow
455 Hazelwood Avenue
San Francisco, CA 94127

202-429-3945

# Brian Weiderman

434 S 10th Ave , Pocatello, ID 83201

March 25, 2010    12:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brian Weiderman
434 S 10th Ave
Pocatello, ID 83201

BLM_0102349

202-429-3945

# A. A. Lloyd

6 Quinn Ct. , Asheville, NC 28805

March 25, 2010    12:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

A. A. Lloyd
6 Quinn Ct.
Asheville, NC 28805

202-429-3945

# Melanie Keeling

10406 Lakemere Dr. , Dallas, TX 75238

March 25, 2010    12:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Melanie Keeling
10406 Lakemere Dr.
Dallas, TX 75238

202-429-3945

# YEN LI MOORE

3100 college ave , BERKELEY, CA 94705

March 25, 2010     12:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

YEN LI MOORE
3100 college ave
BERKELEY, CA 94705

BLM_0102352

202-429-3945

## Jim Pounds

2531 Johnson St. NE , Minneapolis, MN 55418

March 25, 2010    12:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jim Pounds
2531 Johnson St. NE
Minneapolis, MN 55418

BLM_0102353

202-429-3945
# Joanna Behrens

HC 62 Box 7157 , Star Valley Ranch, WY 83127

March 25, 2010    12:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joanna Behrens
HC 62 Box 7157
Star Valley Ranch, WY 83127

202-429-3945

# Lorraine Leduc

P.O. Box 1254 , Los Angeles, CA 90025

March 25, 2010     12:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lorraine Leduc
P.O. Box 1254
Los Angeles, CA 90025

BLM_0102355

202-429-3945

# Cynthia Marrs

94224 Templeton Rd , Junction City, OR 97448

March 25, 2010    12:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cynthia Marrs
94224 Templeton Rd
Junction City, OR 97448

202-429-3945

# Carla Pickett

4304 Ballenger Creek Pike , Frederick, MD 21703

March 25, 2010    12:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carla Pickett
4304 Ballenger Creek Pike
Frederick, MD 21703

BLM_0102357

202-429-3945

# Linda Huber

85 Packing House Road , Hanover, PA 17331

March 25, 2010    12:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Linda Huber
85 Packing House Road
Hanover, PA 17331

BLM_0102358

202-429-3945

# Matthew Hall

110 Burgundy Dr , Littleton, CO 80126

March 25, 2010    12:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Matthew Hall
110 Burgundy Dr
Littleton, CO 80126

BLM_0102359

202-429-3945

# Robin Banks

885 Copperfield Terrace , Casselberry, FL 32707

March 25, 2010    12:33 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robin Banks
885 Copperfield Terrace
Casselberry, FL 32707

BLM_0102360

202-429-3945

# Elizabeth Cannon

2020 N 49th Street , Milwaukee, WI 53208

March 25, 2010    12:32 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elizabeth Cannon
2020 N 49th Street
Milwaukee, WI 53208

BLM_0102361

202-429-3945

# Mike Escobar

3 Terrace Court , Albertson, NY 11507

March 25, 2010    12:32 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mike Escobar
3 Terrace Court
Albertson, NY 11507

BLM_0102362

202-429-3945

## Larry Siglin

1988 E. Gunther Avenue , Coeur d'Alene, ID 83815

March 25, 2010    12:32 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Larry Siglin
1988 E. Gunther Avenue
Coeur d'Alene, ID 83815

BLM_0102363

202-429-3945

# Mitch Miller

3720 Pine Creek Lane SE , Lacey, WA 98503

March 25, 2010    12:32 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mitch Miller
3720 Pine Creek Lane SE
Lacey, WA 98503

BLM_0102364

202-429-3945

# Barbara Scavezze

3008 Amhurst Ct SE , Olympia, WA 98501

March 25, 2010     12:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Scavezze
3008 Amhurst Ct SE
Olympia, WA 98501

BLM_0102365

202-429-3945

# Carol Anne Fusco

50 Del Mar Ave , Berkeley, CA 94708

March 25, 2010    12:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carol Anne Fusco
50 Del Mar Ave
Berkeley, CA 94708

202-429-3945

# Lisa Albright

PO Box 5193 , Chapel Hill, NC 27514

March 25, 2010    12:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lisa Albright
PO Box 5193
Chapel Hill, NC 27514

202-429-3945

## robert spaccarotelli

115 mountain , claremont, CA 91711

March 25, 2010    12:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

robert spaccarotelli
115 mountain
claremont, CA 91711

BLM_0102368

202-429-3945

# Cynthia Bowers

2611 Dellrose Ave , Richmond, VA 23228

March 25, 2010    12:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cynthia Bowers
2611 Dellrose Ave
Richmond, VA 23228

202-429-3945

# julie kramer

1288 church , san francisco, CA 94114

March 25, 2010    12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

julie kramer
1288 church
san francisco, CA 94114

BLM_0102370

202-429-3945

# Louise Calabro

Two Bay Club Drive Apt. 1-G, Bayside, NY 11360-2918

March 25, 2010    12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Louise Calabro
Two Bay Club Drive
Apt. 1-G
Bayside, NY 11360-2918

BLM_0102371

202-429-3945

# David Halperin

1742 Westridge Road , Ann Arbor, MI 48105

March 25, 2010    12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Halperin
1742 Westridge Road
Ann Arbor, MI 48105

BLM_0102372

202-429-3945

# Christine Mueller

123 Forest Place , Rochelle Park, NJ 07662

March 25, 2010    12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Christine Mueller
123 Forest Place
Rochelle Park, NJ 07662

202-429-3945

## Eva Terry

11328 Valley Drive , Galesburg, MI 49053

March 25, 2010     12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Eva Terry
11328 Valley Drive
Galesburg, MI 49053

202-429-3945

# Jay Rice

72 Holstrom Circle , Novato, CA 94947

March 25, 2010     12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jay Rice
72 Holstrom Circle
Novato, CA 94947

BLM_0102375

202-429-3945

# Norman Thornton

436 Pinon Creek Road SE , Albuquerque, NM 87123

March 25, 2010    12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Norman Thornton
436 Pinon Creek Road SE
Albuquerque, NM 87123

BLM_0102376

202-429-3945

## elizabeth cook

175 partridge lane , prescott, AZ 86303

March 25, 2010     12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

elizabeth cook
175 partridge lane
prescott, AZ 86303

BLM_0102377

202-429-3945

## Rose Marie Menard

478 12th Avenue , San Francisco, CA 94118

March 25, 2010    12:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rose Marie Menard
478 12th Avenue
San Francisco, CA 94118

BLM_0102378

202-429-3945

# Mike Schutt

1911 Rucker Ave. , Everett, WA 98201

March 25, 2010    12:29 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mike Schutt
1911 Rucker Ave.
Everett, WA 98201

BLM_0102379

202-429-3945

# Jakob Garlow-Kent

935 Ashley Falls Rd , Ashley Falls, MA 01222

March 25, 2010    12:29 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jakob Garlow-Kent
935 Ashley Falls Rd
Ashley Falls, MA 01222

BLM_0102380

202-429-3945

# Chris Ruiz

2800 Swisher St. Apt. 118 , Austin, TX 78705

March 25, 2010    12:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chris Ruiz
2800 Swisher St. Apt. 118
Austin, TX 78705

BLM_0102381

202-429-3945

## Jane Young

422 Hudson St. , New York, NY 10014

March 25, 2010    12:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jane Young
422 Hudson St.
New York, NY 10014

202-429-3945

## Alice Weigel

112 Terry Loop , Watsonville, CA 95076

March 25, 2010    12:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Alice Weigel
112 Terry Loop
Watsonville, CA 95076

202-429-3945

# Jean Kaiwi

1781 Sunset Cliffs Blvd. , San Diego, CA 92107

March 25, 2010     12:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jean Kaiwi
1781 Sunset Cliffs Blvd.
San Diego, CA 92107

BLM_0102384

202-429-3945

# Christen Schilling

1415 Idlewood Road , Glendale, CA 91202

March 25, 2010    12:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Christen Schilling
1415 Idlewood Road
Glendale, CA 91202

BLM_0102385

202-429-3945

# Mary E. Robbins

1104 Morningstar Trl. , Richardson, TX 75081

March 25, 2010    12:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary E. Robbins
1104 Morningstar Trl.
Richardson, TX 75081

BLM_0102386

202-429-3945

# Marsha McEachern

3720 S. Courtenay Pkwy , Merritt Island, FL 32952

March 25, 2010    12:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marsha McEachern
3720 S. Courtenay Pkwy
Merritt Island, FL 32952

BLM_0102387

202-429-3945

# David Gustafson

3419   50 Street , Moline, IL 61265

March 25, 2010     12:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Gustafson
3419   50 Street
Moline, IL 61265

BLM_0102388

202-429-3945

# Sharnen Chorn

10192 Dakota Ave. , Garden Grove, CA 92843

March 25, 2010    12:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sharnen Chorn
10192 Dakota Ave.
Garden Grove, CA 92843

202-429-3945

## Michael Leeling

829 Route 113 , Souderton, PA 189641005

March 25, 2010    12:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Leeling
829 Route 113
Souderton, PA 18964-1005

202-429-3945

# Virginia Bennett

1201 Wilder Ave. , Honolulu, HI 96822

March 25, 2010     12:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Virginia Bennett
1201 Wilder Ave.
Honolulu, HI 96822

BLM_0102391

202-429-3945

## Joyce Maddex

4100 Troy Road lot 95 , Springfield, OH 45502

March 25, 2010     12:26 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joyce Maddex
4100 Troy Road lot 95
Springfield, OH 45502

202-429-3945

# Nicole Rivet

5610 Graduate Circle Apt. 1310 A, Tampa, FL 33617

March 25, 2010    12:26 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Nicole Rivet
5610 Graduate Circle
Apt. 1310 A
Tampa, FL 33617

BLM_0102393

202-429-3945

# Howard Kastan

3085 Twin Oaks Road , Cameron Park, CA 95682

March 25, 2010    12:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Howard Kastan
3085 Twin Oaks Road
Cameron Park, CA 95682

BLM_0102394

202-429-3945

# Constance Alexander

P.O. Box 364 , Minden, NV 89423

March 25, 2010    12:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Constance Alexander
P.O. Box 364
Minden, NV 89423

BLM_0102395

202-429-3945

# J L T Williams

P O Box 89 , Huntington Beach, CA 92648

March 25, 2010    12:24 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

J L T Williams
P O Box 89
Huntington Beach, CA 92648

BLM_0102396

202-429-3945

# peter Theis

3203 Bay View Lane , McHenry, IL 600519621

March 25, 2010    12:24 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

peter Theis
3203 Bay View Lane
McHenry, IL 60051-9621

BLM_0102397

202-429-3945

# David Rousseau

2027,13th St. , Clarkston, WA 99403

March 25, 2010    12:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Rousseau
2027,13th St.
Clarkston, WA 99403

BLM_0102398

202-429-3945

## James H. Fitch

PO Box 26566 , Overland Park, KS 662256566

March 25, 2010    12:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James H. Fitch
PO Box 26566
Overland Park, KS 66225-6566

BLM_0102399

202-429-3945

# Joe Meyer

PO Box 337 , Amery, WI 540010337

March 25, 2010     12:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joe Meyer
PO Box 337
Amery, WI 54001-0337

BLM_0102400

202-429-3945

# Leo Hoenig

453-C FDR Drive, Apartment C-1504 , New York, NY 100025906

March 25, 2010    12:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leo Hoenig
453-C FDR Drive, Apartment C-1504
New York, NY 10002-5906

BLM_0102401

202-429-3945

# Richard Waldo

4916 S 525 W , Riverdale, UT 84405

March 25, 2010    12:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Richard Waldo
4916 S 525 W
Riverdale, UT 84405

202-429-3945

# Lawrence Fischman

102 Starboard Reach , Brunswick, ME 04096

March 25, 2010    12:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lawrence Fischman
102 Starboard Reach
Brunswick, ME 04096

BLM_0102403

202-429-3945

# Ginger Chew

219 Canyon Highlands Drive , Oroville, CA 95966

March 25, 2010     12:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ginger Chew
219 Canyon Highlands Drive
Oroville, CA 95966

BLM_0102404

202-429-3945

# Michelle & Randy Davis

155 Lighthouse Way , Vacaville, CA 956880100

March 25, 2010    12:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michelle %pa_first_name% Randy Davis
155 Lighthouse Way
Vacaville, CA 95688-0100

202-429-3945

# David Johanson II

409 Wabash Avenue , Belleville, IL 62220

March 29, 2010    5:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Johanson II
409 Wabash Avenue
Belleville, IL 62220

202-429-3945

# Kiwibob Glanzman

1220 NE 90th , Seattle, WA 98115

March 29, 2010     5:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kiwibob Glanzman
1220 NE 90th
Seattle, WA 98115

BLM_0102407

202-429-3945

# Chantelle Loper

8442 Buckland Street , La Mesa, CA 91942

March 29, 2010    5:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chantelle Loper
8442 Buckland Street
La Mesa, CA 91942

202-429-3945

# janet drew

p.o. box 162 , santa rosa, CA 95402

March 29, 2010    5:35 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

janet drew
p.o. box 162
santa rosa, CA 95402

202-429-3945

# Stephen Nepi

2172 Champlain Drive , Boulder, CO 80301

March 29, 2010    5:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Stephen Nepi
2172 Champlain Drive
Boulder, CO 80301

202-429-3945

## Janet Glassberg

P.O. Box 11011 , Eugene, OR 97440

March 29, 2010    5:25 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janet Glassberg
P.O. Box 11011
Eugene, OR 97440

BLM_0102411

202-429-3945

# Cathy Marsh

2307 Orchard View Lane , Escondido, CA 92027

March 29, 2010    5:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cathy Marsh
2307 Orchard View Lane
Escondido, CA 92027

BLM_0102412

202-429-3945

# Sherry McNeil

519 Eighth ST , Oakmont, PA 15139

March 29, 2010     5:19 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sherry McNeil
519 Eighth ST
Oakmont, PA 15139

202-429-3945

# Robert Renshaw

5  Kendall Ct. , Marlton, NJ 08053

March 29, 2010     5:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Renshaw
5  Kendall Ct.
Marlton, NJ 08053

BLM_0102414

202-429-3945

# Denis Zafiropoulos

1013 Palisade Ave. , Union City, NJ 07087

March 29, 2010    5:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Denis Zafiropoulos
1013 Palisade Ave.
Union City, NJ 07087

202-429-3945

# kris unger

2200 2nd st N, apt 6 , Arlington, VA 22201

March 29, 2010     5:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

kris unger
2200 2nd st N, apt 6
Arlington, VA 22201

BLM_0102416

202-429-3945

# Laura Kaufman

10540 Leeke road , Chelsea, MI 48118

March 29, 2010     5:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laura Kaufman
10540 Leeke road
Chelsea, MI 48118

BLM_0102417

202-429-3945

## Brandon Rigo

721 Cougar Dr , Boulder, CO 80302

March 29, 2010    5:07 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brandon Rigo
721 Cougar Dr
Boulder, CO 80302

BLM_0102418

202-429-3945

# Ingrid Roed

564 Montcalm Pl , Saint Paul, MN 55116

March 29, 2010    5:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ingrid Roed
564 Montcalm Pl
Saint Paul, MN 55116

BLM_0102419

202-429-3945

# Margaret Franklin

145 E. Pecan Valley St. , Collierville, TN 38017

March 29, 2010     5:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Margaret Franklin
145 E. Pecan Valley St.
Collierville, TN 38017

202-429-3945

# Kathleen Alexander

6110 Tyne Street , Houston, TX 770073044

March 29, 2010    5:01 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathleen Alexander
6110 Tyne Street
Houston, TX 77007-3044

BLM_0102421

202-429-3945

## Michael Bellinger

PO Box 483 , Entiat, WA 98822

March 29, 2010     5:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Bellinger
PO Box 483
Entiat, WA 98822

BLM_0102422

202-429-3945

# Marshall Stackman

PO Box 237047 , New York, NY 10023

March 29, 2010     5:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marshall Stackman
PO Box 237047
New York, NY 10023

BLM_0102423

202-429-3945

# marcia sage

5840 east ithaca place , Denver, CO 80237

March 29, 2010     4:56 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

marcia sage
5840 east ithaca place
Denver, CO 80237

BLM_0102424

202-429-3945

# Jane Caldwell

9229 Shady Pine Road , Klamath Falls, OR 97601

March 29, 2010     4:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jane Caldwell
9229 Shady Pine Road
Klamath Falls, OR 97601

BLM_0102425

202-429-3945

# Beckie Moore

300 South Arlington Avenue , Reno, NV 89501

March 29, 2010    4:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Beckie Moore
300 South Arlington Avenue
Reno, NV 89501

BLM_0102426

202-429-3945

# Tom Sodoro

7931 w 55th ave apt 115 , Arvada, CO 80002

March 29, 2010    4:41 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tom Sodoro
7931 w 55th ave apt 115
Arvada, CO 80002

BLM_0102427

202-429-3945

# Lindsey Fong

42 Atkinson St , Dover, NH 03820

March 29, 2010    4:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lindsey Fong
42 Atkinson St
Dover, NH 03820

202-429-3945

# Reggie Stiteler

3804 Lamp Post Lane , Camp HIll, PA 17011

March 29, 2010     4:37 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Reggie Stiteler
3804 Lamp Post Lane
Camp HIll, PA 17011

BLM_0102429

202-429-3945

# Frederick van Doorninck

6200 Pelham Court , Bryan, TX 77802

March 29, 2010    4:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Frederick van Doorninck
6200 Pelham Court
Bryan, TX 77802

BLM_0102430

202-429-3945

# Mary Hutter

303 Bergen Ave , Marmora, NJ 08223

March 29, 2010    4:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Hutter
303 Bergen Ave
Marmora, NJ 08223

BLM_0102431

202-429-3945

# Judith Fordham

121 Zachary Rd , COBURN, PA 16832

March 29, 2010    4:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judith Fordham
121 Zachary Rd
COBURN, PA 16832

202-429-3945

# Susan Martin

7220 East Main Street , Scottsdale, AZ 85251

March 29, 2010    4:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Martin
7220 East Main Street
Scottsdale, AZ 85251

BLM_0102433

202-429-3945

# Claudia Hein

1886 Sagewood Ct , Concord, CA 94521

March 29, 2010    4:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Claudia Hein
1886 Sagewood Ct
Concord, CA 94521

202-429-3945

# Jene' Starr

14384 E Hawaii Cir , Aurora, CO 80012

March 29, 2010    4:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jene' Starr
14384 E Hawaii Cir
Aurora, CO 80012

BLM_0102435

202-429-3945

# Florie Rothenberg

12033 23rd Ave NE , Seattle, WA 98125

March 29, 2010    4:25 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Florie Rothenberg
12033 23rd Ave NE
Seattle, WA 98125

202-429-3945

# Andrea Groppe

661 Davis Lane , Wayne, PA 19087

March 29, 2010     4:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Andrea Groppe
661 Davis Lane
Wayne, PA 19087

BLM_0102437

202-429-3945

# Carl Wishner

5169 Dumont Place , Woodland Hills, CA 91364

March 29, 2010    4:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carl Wishner
5169 Dumont Place
Woodland Hills, CA 91364

BLM_0102438

202-429-3945

# Landon Vincent

5441 N. Swan Rd. #617 , Tucson, AZ 85718

March 29, 2010    4:20 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Landon Vincent
5441 N. Swan Rd. #617
Tucson, AZ 85718

BLM_0102439

202-429-3945

# Eric Zdilla

5193 S Cobble Creek Rd Apt 5D, Salt Lake City, UT 84117

March 29, 2010    4:14 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Eric Zdilla
5193 S Cobble Creek Rd
Apt 5D
Salt Lake City, UT 84117

BLM_0102440

202-429-3945

# Nahid Varjavand

1055 Jamestown Ave. , San Francisco, CA 94124

March 29, 2010    4:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Nahid Varjavand
1055 Jamestown Ave.
San Francisco, CA 94124

BLM_0102441

202-429-3945

# Steven Tempelman

9612 Aspen Hill Cir , Lone Tree, CO 80124

March 29, 2010    3:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Steven Tempelman
9612 Aspen Hill Cir
Lone Tree, CO 80124

BLM_0102442

202-429-3945

# Fredda Porter

5506 Town Vu Road , Bentonville, AR 72712

March 29, 2010    3:55 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Fredda Porter
5506 Town Vu Road
Bentonville, AR 72712

BLM_0102443

202-429-3945

# bonnie spromberg

827 peterson st. , Ketchikan, AK 99901

March 29, 2010     3:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

bonnie spromberg
827 peterson st.
Ketchikan, AK 99901

202-429-3945

# A Canonico

30 Cherry Ln. , Saugerties, NY 12477

March 29, 2010    3:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

A Canonico
30 Cherry Ln.
Saugerties, NY 12477

202-429-3945

# Jennifer Oppenheim

355 Private Road 6374 , Alba, TX 75410

March 29, 2010    3:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jennifer Oppenheim
355 Private Road 6374
Alba, TX 75410

BLM_0102446

202-429-3945

# Amanda Redman

617 Bonita Road , Winter Springs, FL 32708

March 29, 2010    3:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Amanda Redman
617 Bonita Road
Winter Springs, FL 32708

202-429-3945

## Ann E. Schmidt

817 N. Campbell , Winslow, AZ 86047

March 29, 2010     3:43 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ann E. Schmidt
817 N. Campbell
Winslow, AZ 86047

BLM_0102448

202-429-3945

## Fernando Castrillon

625 Adams St. , Albany, CA 94706

March 29, 2010    3:43 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Fernando Castrillon
625 Adams St.
Albany, CA 94706

BLM_0102449

202-429-3945

# Jon Senour

5051 La Jolla Blvd #205 , San Diego, CA 92109

March 29, 2010    3:43 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jon Senour
5051 La Jolla Blvd #205
San Diego, CA 92109

202-429-3945

# Margie Farias

532 S 8th St , Lander, WY 82520

March 29, 2010     3:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Margie Farias
532 S 8th St
Lander, WY 82520

BLM_0102451

202-429-3945

# Robin Poppe

3249 Sandy Pines Rd , Barnum, MN 55707

March 29, 2010     3:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robin Poppe
3249 Sandy Pines Rd
Barnum, MN 55707

BLM_0102452

202-429-3945

# Ruthie Selch

2130 Chestnut Circle , Erie, CO 80516

March 29, 2010    3:26 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ruthie Selch
2130 Chestnut Circle
Erie, CO 80516

BLM_0102453

202-429-3945

# Whitney Martin

1200 Blackstone Ct , Concord, NC 28027

March 29, 2010    3:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Whitney Martin
1200 Blackstone Ct
Concord, NC 28027

BLM_0102454

202-429-3945

# Deborah Sandoval

18394 US 84/285 , Espanola, NM 87532

March 29, 2010    3:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deborah Sandoval
18394 US 84/285
Espanola, NM 87532

202-429-3945

# Rhonda Taylor

6656 E 21st Pl 253, Tulsa, OK 74129

March 29, 2010    3:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rhonda Taylor
6656 E 21st Pl
253
Tulsa, OK 74129

BLM_0102456

202-429-3945

# Amanda Pekin

32361 Pudding Creek Road , Fort Bragg, CA 95437

March 29, 2010    3:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Amanda Pekin
32361 Pudding Creek Road
Fort Bragg, CA 95437

BLM_0102457

202-429-3945

# Barbara Smyth

19 Homestead Ave. , New Britain, CT 060533907

March 29, 2010    3:06 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Smyth
19 Homestead Ave.
New Britain, CT 06053-3907

BLM_0102458

202-429-3945

# Dawne Schulte

199 Florence Street , Ft. Bragg, CA 95437

March 29, 2010    3:04 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dawne Schulte
199 Florence Street
Ft. Bragg, CA 95437

BLM_0102459

202-429-3945

# julie evans

3700 s peggy lane , tucson, AZ 85730

March 29, 2010    3:01 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

julie evans
3700 s peggy lane
tucson, AZ 85730

BLM_0102460

202-429-3945

# Erika Ewers

3819 Dunn Drive , Culver City, CA 90232

March 29, 2010    2:58 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Erika Ewers
3819 Dunn Drive
Culver City, CA 90232

BLM_0102461

202-429-3945

# Grace Payne

2401 Winsted La. #1 , Austin, TX 78703

March 29, 2010    2:58 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Grace Payne
2401 Winsted La. #1
Austin, TX 78703

202-429-3945

# Benjamin Short

330 1/2 9th Ave. , Santa Cruz, CA 95062

March 29, 2010    2:56 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Benjamin Short
330 1/2 9th Ave.
Santa Cruz, CA 95062

BLM_0102463

202-429-3945

# Ron Blackwell

310 Peach Place , WINTERS, CA 95694

March 29, 2010    2:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ron Blackwell
310 Peach Place
WINTERS, CA 95694

BLM_0102464

202-429-3945

# Marsha Heinrich

7156 Maplewood Road , Parma, OH 44130

March 29, 2010     2:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marsha Heinrich
7156 Maplewood Road
Parma, OH 44130

BLM_0102465

202-429-3945

# Julie Dunn

3329 Early Ave. , Lima, OH 45801

March 29, 2010     2:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Dunn
3329 Early Ave.
Lima, OH 45801

BLM_0102466

202-429-3945

## Bruce Gibson

12640 N Bayshore Dr , N Miami, FL 33181

March 29, 2010    2:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bruce Gibson
12640 N Bayshore Dr
N Miami, FL 33181

BLM_0102467

202-429-3945

# Carlos Flores

1806 Kendall Ave , Madison, WI 53726

March 29, 2010    2:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carlos Flores
1806 Kendall Ave
Madison, WI 53726

BLM_0102468

202-429-3945

# Kira Friedrich

4770 Eastern Street , New Orleans, LA 70122

March 29, 2010    2:41 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kira Friedrich
4770 Eastern Street
New Orleans, LA 70122

BLM_0102469

202-429-3945

# Dawn Lesley

4495 River Road Please no mailing list, Eugene, OR 97404

March 29, 2010    2:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dawn Lesley
4495 River Road
Please no mailing list
Eugene, OR 97404

BLM_0102470

202-429-3945

# Janet Brigantino

3042 Good Shepherd Lane , Placerville, CA 9

March 29, 2010    2:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janet Brigantino
3042 Good Shepherd Lane
Placerville, CA 9

BLM_0102471

202-429-3945

## eben futral

1080 Patterson St , Eugene, OR 97401

March 29, 2010    2:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

eben futral
1080 Patterson St
Eugene, OR 97401

BLM_0102472

202-429-3945

# Madiha Syeda Hussaini

8559 North Le Claire Avenue , Skokie, IL 60077

March 29, 2010    2:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Madiha Syeda Hussaini
8559 North Le Claire Avenue
Skokie, IL 60077

BLM_0102473

202-429-3945

## Eugene Hogan

P.O. Box 94 , Newport, OR 97365

March 29, 2010    2:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Eugene Hogan
P.O. Box 94
Newport, OR 97365

BLM_0102474

202-429-3945

# Barbara Smolinski

38817 Grant Ave , Selbyville, DE 19975

March 29, 2010    2:26 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Smolinski
38817 Grant Ave
Selbyville, DE 19975

BLM_0102475

202-429-3945

# Maria Freeman

5135 SE 1st 1/2 Avenue , New Plymouth, ID 83655

March 29, 2010     2:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Maria Freeman
5135 SE 1st 1/2 Avenue
New Plymouth, ID 83655

BLM_0102476

202-429-3945

# DM Degenhart

608 N Orange St , Fredericksburg, TX 78624

March 29, 2010    2:06 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

DM Degenhart
608 N Orange St
Fredericksburg, TX 78624

BLM_0102477

202-429-3945

# Noelle Moyer

748 Page St , SF, CA 94117

March 29, 2010     1:56 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Noelle Moyer
748 Page St
SF, CA 94117

BLM_0102478

202-429-3945

# Corinne Van Houten

1493 NW Morgan Lane , Portland, OR 97229

March 29, 2010    1:55 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Corinne Van Houten
1493 NW Morgan Lane
Portland, OR 97229

BLM_0102479

202-429-3945

## diane afonso

693 ridge st , newark, NJ 7104

March 29, 2010    1:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

diane afonso
693 ridge st
newark, NJ 7104

BLM_0102480

202-429-3945

# Laurel Gress

3211 Rohrer Road , Wadsworth, OH 44281

March 29, 2010    1:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laurel Gress
3211 Rohrer Road
Wadsworth, OH 44281

202-429-3945

# Dale Nicklas

6009 Colonyhill Dr. , Bartlett, TN 38135

March 29, 2010    1:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dale Nicklas
6009 Colonyhill Dr.
Bartlett, TN 38135

202-429-3945

# Myra Scroggs

2450 S. Weaver , Springfield, MO 65807

March 29, 2010    1:30 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Myra Scroggs
2450 S. Weaver
Springfield, MO 65807

BLM_0102483

202-429-3945

# Sarah Gallagher

1136 First Avenue , New York, NY 10065

March 29, 2010     1:25 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sarah Gallagher
1136 First Avenue
New York, NY 10065

BLM_0102484

202-429-3945

# Jere Bowden

175 Takeda Way , Athens, GA 30605

March 29, 2010     1:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jere Bowden
175 Takeda Way
Athens, GA 30605

BLM_0102485

202-429-3945

# Mary Ferguson

443 Main St. , West Springfield, MA 01089

March 29, 2010    1:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Ferguson
443 Main St.
West Springfield, MA 01089

202-429-3945

# Susan Slattery

1349 E. Downington Ave. , Salt Lake City, UT 84105

March 29, 2010    1:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Slattery
1349 E. Downington Ave.
Salt Lake City, UT 84105

BLM_0102487

202-429-3945

# Derek Bunyan

11238 Blucher Avenue , Granada Hills, CA 91344

March 29, 2010    1:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Derek Bunyan
11238 Blucher Avenue
Granada Hills, CA 91344

BLM_0102488

202-429-3945

# Zack Lewis-Murphy

3609 Calafia Ave , Oakland, CA 94605

March 29, 2010     1:14 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Zack Lewis-Murphy
3609 Calafia Ave
Oakland, CA 94605

BLM_0102489

202-429-3945

# katy martin

3009 W 9th ST , Lawrence, KS 66049

March 29, 2010     1:06 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

katy martin
3009 W 9th ST
Lawrence, KS 66049

BLM_0102490

202-429-3945

## Teri Hernandez

1139 NW 116th Ave , Coral Springs, FL 33071

March 29, 2010    1:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Teri Hernandez
1139 NW 116th Ave
Coral Springs, FL 33071

BLM_0102491

202-429-3945

## Elaine Anderson

536 Williamsburgh Road , Glen Ellyn, IL 60137

March 29, 2010    1:04 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elaine Anderson
536 Williamsburgh Road
Glen Ellyn, IL 60137

BLM_0102492

202-429-3945

# Guy Runco

4100 S. Sherman St. , Englewood, CO 80113

March 29, 2010     1:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Guy Runco
4100 S. Sherman St.
Englewood, CO 80113

202-429-3945

# Dorothy Laverdiere

3212 Edinburgh Drive , Virginia Beach, VA 23452

March 29, 2010     12:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dorothy Laverdiere
3212 Edinburgh Drive
Virginia Beach, VA 23452

BLM_0102494

202-429-3945

# Connie Walters

7185 Frank Long Rd , Jamesville, NY 13078

March 29, 2010    12:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Connie Walters
7185 Frank Long Rd
Jamesville, NY 13078

BLM_0102495

202-429-3945

# Kelly Morrison

2592 Saunders Road , Vinton, VA 24179

March 29, 2010    12:52 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kelly Morrison
2592 Saunders Road
Vinton, VA 24179

202-429-3945

# Marge Miegl

4650 NE 2nd Ter , Oakland Park, FL 333346028

March 29, 2010    12:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marge Miegl
4650 NE 2nd Ter
Oakland Park, FL 33334-6028

BLM_0102497

202-429-3945

## deb fry

6554 blossman rd , toledo, OH 43617

March 29, 2010     12:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

deb fry
6554 blossman rd
toledo, OH 43617

202-429-3945

# Kenneth Stokem

1001 Maple Hill Road , Castleton on Hudson, NY 12033

March 29, 2010    12:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kenneth Stokem
1001 Maple Hill Road
Castleton on Hudson, NY 12033

BLM_0102499

202-429-3945

# Kelli Williams

3331 N Marston , Philadelphia, PA 19129

March 29, 2010     12:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kelli Williams
3331 N Marston
Philadelphia, PA 19129

BLM_0102500

202-429-3945

# Donna Handforth

182 Claudia Drive South , Jacksonville, FL 32218

March 29, 2010     12:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Donna Handforth
182 Claudia Drive South
Jacksonville, FL 32218

BLM_0102501

202-429-3945

**Judy Perry**

34393 Newton Ct , Fremont, CA 94555

March 29, 2010    12:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judy Perry
34393 Newton Ct
Fremont, CA 94555

BLM_0102502

202-429-3945

# Axel Ringe

1840 Lafayette Road , New Market, TN 37820

March 29, 2010    12:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Axel Ringe
1840 Lafayette Road
New Market, TN 37820

BLM_0102503

202-429-3945

## Scott Sebastian

8040 Greenbriar Court , Burr Ridge, IL 605278020

March 29, 2010    12:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Scott Sebastian
8040 Greenbriar Court
Burr Ridge, IL 60527-8020

BLM_0102504

202-429-3945

# Julia Thompson

6421 Camrose Terr , Bethesda, MD 20817

March 29, 2010    12:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julia Thompson
6421 Camrose Terr
Bethesda, MD 20817

BLM_0102505

202-429-3945

## Frank A. Brincka

82 Lower Unionville Road , Sussex, NJ 07461

March 29, 2010     12:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Frank A. Brincka
82 Lower Unionville Road
Sussex, NJ 07461

BLM_0102506

202-429-3945

# Terry Badger

440 Derby Lane , Paso Robles, CA 93446

March 29, 2010     12:17 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Terry Badger
440 Derby Lane
Paso Robles, CA 93446

BLM_0102507

202-429-3945

## Donna Ennis

595 Fries Mill Road , Franklinville, NJ 08322

March 29, 2010     12:14 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Donna Ennis
595 Fries Mill Road
Franklinville, NJ 08322

BLM_0102508

202-429-3945

# Russell Jacobs

344 Bonita Ave , Pasadena, CA 91107

March 29, 2010    12:11 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Russell Jacobs
344 Bonita Ave
Pasadena, CA 91107

202-429-3945

# Steph Cochrane

P.O. Box 107 , Gardiner, MT 59030

March 29, 2010    12:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Steph Cochrane
P.O. Box 107
Gardiner, MT 59030

202-429-3945

# Mark Bek

42 redding cir , Princeton, NJ 08540

March 29, 2010    12:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mark Bek
42 redding cir
Princeton, NJ 08540

202-429-3945

# Catherine Kauper-Brown

6106 n glenwood , chicago, IL 60660

March 29, 2010    11:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Catherine Kauper-Brown
6106 n glenwood
chicago, IL 60660

202-429-3945

# Kezia Tenenbaum

626 concord Avenue , Boulder, CO 80304

March 29, 2010    11:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kezia Tenenbaum
626 concord Avenue
Boulder, CO 80304

BLM_0102513

202-429-3945

# abigail myers

43 franklin street , weatherly, PA 18255

March 29, 2010    11:53 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

abigail myers
43 franklin street
weatherly, PA 18255

BLM_0102514

202-429-3945

# Daniel Zuluaga

420 Lincoln Rd, Suite 200 , Miami Beach, FL 33139

March 29, 2010    11:51 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Daniel Zuluaga
420 Lincoln Rd, Suite 200
Miami Beach, FL 33139

BLM_0102515

202-429-3945

# Marisa Strange

225 Belmont Avenue, #C , Long Beach, CA 90803

March 29, 2010    11:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marisa Strange
225 Belmont Avenue, #C
Long Beach, CA 90803

202-429-3945

# Susan Pelakh

41 9th Terrace , Cocoa Beach, FL 32931

March 29, 2010    11:45 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Pelakh
41 9th Terrace
Cocoa Beach, FL 32931

BLM_0102517

202-429-3945

# Vanessa Naas

1407 Plantation Cir Apt 306, Plant City, FL 33566

March 29, 2010    11:38 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Vanessa Naas
1407 Plantation Cir
Apt 306
Plant City, FL 33566

BLM_0102518

202-429-3945

# Adrienne Lorah

115 cocalico creek rd , stevens, PA 17578

March 29, 2010     11:38 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Adrienne Lorah
115 cocalico creek rd
stevens, PA 17578

BLM_0102519

202-429-3945

# Ken Kirsten

86 Sunset Drive , Chatham, NJ 07928

March 29, 2010    11:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ken Kirsten
86 Sunset Drive
Chatham, NJ 07928

BLM_0102520

202-429-3945

# Charlene Kenney

201 Maple Avenue , Clarksburg, WV 26301

March 29, 2010    11:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Charlene Kenney
201 Maple Avenue
Clarksburg, WV 26301

BLM_0102521

202-429-3945

# Susan Slabas

4844 N. Sayre , Chicago, IL 60656

March 29, 2010    11:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Slabas
4844 N. Sayre
Chicago, IL 60656

BLM_0102522

202-429-3945

# Virginia Allen

10 Sandstone Court Apt. K, Annapolis, MD 21403

March 29, 2010    11:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Virginia Allen
10 Sandstone Court
Apt. K
Annapolis, MD 21403

BLM_0102523

202-429-3945

# John Helm

2345 SE Crystal Lake Driive , Corvallis, OR 97333

March 29, 2010    11:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Helm
2345 SE Crystal Lake Driive
Corvallis, OR 97333

BLM_0102524

202-429-3945

# Joseph O'Sullivan

6744 164th Street , Flushing, NY 11365

March 29, 2010    11:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joseph O'Sullivan
6744 164th Street
Flushing, NY 11365

BLM_0102525

202-429-3945

# Kurt Shaffer

3201 Rocky River Drive , Cleveland, OH 44111

March 29, 2010    11:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kurt Shaffer
3201 Rocky River Drive
Cleveland, OH 44111

BLM_0102526

202-429-3945

# Barbara Duncan

7 Frog Pond Rd. , Huntington Station, NY 11746

March 29, 2010    11:15 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Duncan
7 Frog Pond Rd.
Huntington Station, NY 11746

BLM_0102527

202-429-3945

# Janine Buckley

2111 Laurel ST. , Jackson, MS 39202

March 29, 2010    11:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janine Buckley
2111 Laurel ST.
Jackson, MS 39202

BLM_0102528

202-429-3945

## Mary Ellen Bowen

24 Warren Dr , Seymour, CT 06483

March 29, 2010    11:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Ellen Bowen
24 Warren Dr
Seymour, CT 06483

BLM_0102529

202-429-3945

# jane edsall

box 144 , mt. sinai, NY 11766

March 29, 2010    11:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

jane edsall
box 144
mt. sinai, NY 11766

BLM_0102530

202-429-3945

# Denise Parsons

1140 Courtney Lane , Lewisville, TX 75077

March 29, 2010    11:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Denise Parsons
1140 Courtney Lane
Lewisville, TX 75077

BLM_0102531

202-429-3945

# Sarita Wepner

2222 West 5th Street , Sioux City, IA 51103

March 29, 2010     10:58 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sarita Wepner
2222 West 5th Street
Sioux City, IA 51103

202-429-3945

## Mary Bohler

407 Winder St. , Salisbury, MD 21801

March 29, 2010    10:58 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Bohler
407 Winder St.
Salisbury, MD 21801

BLM_0102533

202-429-3945

# William MacGregor

8907 Grand Ave , Beulah, CO 81023

March 29, 2010    10:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William MacGregor
8907 Grand Ave
Beulah, CO 81023

BLM_0102534

202-429-3945

## geraldine baron

666 west end ave , nyc, NY 10025

March 29, 2010     10:49 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

geraldine baron
666 west end ave
nyc, NY 10025

BLM_0102535

202-429-3945

# Lucille Ebert

353 Mettacahonts Rd , Accord, NY 12404

March 29, 2010    10:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lucille Ebert
353 Mettacahonts Rd
Accord, NY 12404

BLM_0102536

202-429-3945

# John Narins

21 Dolma Road , Scarsdale, NY 10583

March 29, 2010    10:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Narins
21 Dolma Road
Scarsdale, NY 10583

BLM_0102537

202-429-3945

# Michael Woelfel

2113 FM 1857 South , Rusk, TX 75785

March 29, 2010    10:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Woelfel
2113 FM 1857 South
Rusk, TX 75785

BLM_0102538

202-429-3945

# Tim Petrites@hotmail.com

631 N. Shelby St. , Gary, IN 46403

March 29, 2010     10:40 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tim Petrites@hotmail.com
631 N. Shelby St.
Gary, IN 46403

BLM_0102539

202-429-3945

# Eve Kirch

40 Conger St. , Bloomfield, NJ 7003

March 29, 2010    10:38 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Eve Kirch
40 Conger St.
Bloomfield, NJ 7003

BLM_0102540

202-429-3945

# Melinda Trotti

934 Pennsylvania Avenue , Lakeland, FL 33803

March 29, 2010    10:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Melinda Trotti
934 Pennsylvania Avenue
Lakeland, FL 33803

BLM_0102541

202-429-3945

## Helene Soule

7 Bestor Lane Apt 59 , Bloomfield, CT 0002

March 29, 2010    10:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Helene Soule
7 Bestor Lane Apt 59
Bloomfield, CT 0002

BLM_0102542

202-429-3945

# bobbie kraft

1117 friscoville avenue, apt. b , arabi, LA 70032

March 29, 2010     10:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

bobbie kraft
1117 friscoville avenue, apt. b
arabi, LA 70032

BLM_0102543

202-429-3945

# Chris Hehman

1900 N Alder Street, #31 , Ellensburg, WA 98926

March 29, 2010    10:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chris Hehman
1900 N Alder Street, #31
Ellensburg, WA 98926

BLM_0102544

202-429-3945

# Jimmie Wolfe

8225 Bodkin Ave , Pasadena, MD 21122

March 29, 2010    10:20 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jimmie Wolfe
8225 Bodkin Ave
Pasadena, MD 21122

BLM_0102545

202-429-3945

# Holly Boudreau

840 Watson Ave , Winston Salem, NC 27103

March 29, 2010    10:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Holly Boudreau
840 Watson Ave
Winston Salem, NC 27103

BLM_0102546

202-429-3945

# Julie Wieliczko

17980 NE 31st Court #1320 , Aventura, FL 33160

March 29, 2010    10:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Wieliczko
17980 NE 31st Court #1320
Aventura, FL 33160

BLM_0102547

202-429-3945

# Stephen Stull

4051 Bolinas Ct , Orlando, FL 32817

March 29, 2010    10:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Stephen Stull
4051 Bolinas Ct
Orlando, FL 32817

BLM_0102548

202-429-3945

# Derrick Woodham

1910 Bluebell Drive , Cincinnati, OH 45224

March 29, 2010    10:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Derrick Woodham
1910 Bluebell Drive
Cincinnati, OH 45224

202-429-3945

# Julie Botten

79 Seymer Road Seymer Road, Romford, ESSEX, UK, AE 00000

March 29, 2010    10:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Botten
79 Seymer Road
Seymer Road
Romford, ESSEX, UK, AE 00000

BLM_0102550

202-429-3945

## Katherine Babiak

99 Bank St , New York, NY 10014

March 29, 2010    10:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Katherine Babiak
99 Bank St
New York, NY 10014

BLM_0102551

202-429-3945

# Louise Bikoff

14 Algonquin Dr. , Huntington Station, NY 11746

March 29, 2010    10:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Louise Bikoff
14 Algonquin Dr.
Huntington Station, NY 11746

BLM_0102552

202-429-3945

# Sylvia Dresser

496 Castlewood Lane , Deerfield, IL 60015

March 29, 2010    10:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sylvia Dresser
496 Castlewood Lane
Deerfield, IL 60015

BLM_0102553

202-429-3945

# Wendy Wilde

1458 Sunnyside Ave , Salt Lake City, UT 84105

March 29, 2010    10:02 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Wendy Wilde
1458 Sunnyside Ave
Salt Lake City, UT 84105

BLM_0102554

202-429-3945

# Mitzie Weicks

3395 S Harrison #59 , Ogden, UT 84403

March 29, 2010     9:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mitzie Weicks
3395 S Harrison #59
Ogden, UT 84403

202-429-3945

# Melanie Alexander

PO Box K , Stanfordville, NY 12581

March 29, 2010    9:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Melanie Alexander
PO Box K
Stanfordville, NY 12581

BLM_0102556

202-429-3945

# Robert Schuessler

Grayton Rd , Tonawanda, NY 141509008

March 29, 2010    9:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Schuessler
Grayton Rd
Tonawanda, NY 14150-9008

202-429-3945

# Leah Harper

PO Box 275 , Farmington, NM 87499

March 29, 2010    9:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leah Harper
PO Box 275
Farmington, NM 87499

202-429-3945

# ramsay Kieffer

622 Adams Drive , Milford, DE 19963

March 29, 2010    9:48 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

ramsay Kieffer
622 Adams Drive
Milford, DE 19963

BLM_0102559

202-429-3945

# David Williams

3049 SW 32nd Terrace , Gresham, OR 97080

March 29, 2010     9:47 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Williams
3049 SW 32nd Terrace
Gresham, OR 97080

202-429-3945

# Chris Lopes

6423 Stockton Ave , El Cerrito, CA 94530

March 29, 2010    9:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chris Lopes
6423 Stockton Ave
El Cerrito, CA 94530

BLM_0102561

202-429-3945

## Gail Kilpatrick

238 Elvan Ave , Atlanta, GA 30317

March 29, 2010    9:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gail Kilpatrick
238 Elvan Ave
Atlanta, GA 30317

202-429-3945

## Marie-Claude PERIGON

2819 N PARK AVENUE , TUCSON, AZ 85719

March 29, 2010    9:41 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marie-Claude PERIGON
2819 N PARK AVENUE
TUCSON, AZ 85719

BLM_0102563

202-429-3945

## Sharon Kittaka

966 Peerless Rd , Bedford, IN 47421

March 29, 2010    9:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sharon Kittaka
966 Peerless Rd
Bedford, IN 47421

BLM_0102564

202-429-3945

# Kris Hess

3821 W 99th PL , Westminster, CO 80031

March 29, 2010    9:34 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kris Hess
3821 W 99th PL
Westminster, CO 80031

BLM_0102565

202-429-3945

# Betsey Porter

10040 Penn Ave S Apt 11 , Bloomington, MN 55431

March 29, 2010    9:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The
Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality
lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also
home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact
tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded
areas where quiet-use recreationists can experience solitude and natural soundscapes and
viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or
energy development. BLM should complete a comprehensive travel management plan as part of
the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.
Lands with wilderness characteristics should be closed to motorized and mechanized use. Those
lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy
development and transmission. Protecting these lands has the added benefit of helping protect
wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit
renewable energy projects to those zones. Any oil and gas development allowed under the RMP
should be carefully constrained, subject to phased development that minimizes damage to unique
natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose
strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Betsey Porter
10040 Penn Ave S Apt 11
Bloomington, MN 55431

BLM_0102566

202-429-3945

# Samuel Mortimer

1808 Connies Lane , Hixson, TN 37343

March 29, 2010    9:20 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Samuel Mortimer
1808 Connies Lane
Hixson, TN 37343

BLM_0102567

202-429-3945

# m Wolk

1234 Market St , philadelphia, PA 19107

March 29, 2010    9:19 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

m Wolk
1234 Market St
philadelphia, PA 19107

BLM_0102568

202-429-3945

# Scott Gibson

120 Riverview Drive , St. Albans, WV 25177

March 29, 2010    9:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Scott Gibson
120 Riverview Drive
St. Albans, WV 25177

BLM_0102569

202-429-3945

# Helen Boucher

129 Nichols St. #2, Lewiston, ME 04240

March 29, 2010    9:14 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Helen Boucher
129 Nichols St.
#2
Lewiston, ME 04240

BLM_0102570

202-429-3945

# Ron Flannery

39 Comanche Dr. , Oceanport, NJ 07757

March 29, 2010    9:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ron Flannery
39 Comanche Dr.
Oceanport, NJ 07757

BLM_0102571

202-429-3945

# Laura poueymirou

Eugene , Eugene, OR 97401

March 29, 2010    9:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laura poueymirou
Eugene
Eugene, OR 97401

BLM_0102572

202-429-3945

# Terri Prejs

3600 S. Sunset Dr , Milwaukee, WI 53220

March 29, 2010     9:03 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Terri Prejs
3600 S. Sunset Dr
Milwaukee, WI 53220

BLM_0102573

202-429-3945

# Emily Greenspan

42 Montgomery Place , Brooklyn, NY 11215

March 29, 2010    8:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Emily Greenspan
42 Montgomery Place
Brooklyn, NY 11215

202-429-3945

# Katie Kaiser

600 North Henry , Alexandria, VA 22314

March 29, 2010    8:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Katie Kaiser
600 North Henry
Alexandria, VA 22314

202-429-3945

# Margo Cresswell

9349 88th Ter N , Seminole, FL 33777

March 29, 2010    8:42 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Margo Cresswell
9349 88th Ter N
Seminole, FL 33777

BLM_0102576

202-429-3945

# William Hutchings

3712-C Country Club Drive , Birmingham, AL 35213

March 29, 2010    8:38 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William Hutchings
3712-C Country Club Drive
Birmingham, AL 35213

BLM_0102577

202-429-3945

# Theresa Kunch

HC 35 Box 21 , Kenilworth, UT 84529

March 29, 2010    8:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Theresa Kunch
HC 35 Box 21
Kenilworth, UT 84529

202-429-3945

# Katherine Hamilton

3237 Tulip Tree Drive , Greenfield, IN 46140

March 29, 2010    8:37 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Katherine Hamilton
3237 Tulip Tree Drive
Greenfield, IN 46140

BLM_0102579

202-429-3945

# Brandy Ward

16 Brookside , Lansdale, PA 19446

March 29, 2010    8:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brandy Ward
16 Brookside
Lansdale, PA 19446

BLM_0102580

202-429-3945

# Eva Renee Anderson

274 Thorbridge Ct , Severna Park, MD 21146

March 29, 2010    8:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Eva Renee Anderson
274 Thorbridge Ct
Severna Park, MD 21146

202-429-3945

# Tracina Stewart

5270 NE 22nd Avenue , Portland, OR 97211

March 29, 2010     8:27 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tracina Stewart
5270 NE 22nd Avenue
Portland, OR 97211

BLM_0102582

202-429-3945

# Elizabeth Halliday

38 HIllside Avenue , Chatham, NJ 07928

March 29, 2010    8:24 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elizabeth Halliday
38 HIllside Avenue
Chatham, NJ 07928

202-429-3945

# Debra Waldron

7104 Bahama Court , North Richland Hills, TX 76180

March 29, 2010    8:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Debra Waldron
7104 Bahama Court
North Richland Hills, TX 76180

BLM_0102584

202-429-3945

# Michael Waldron

7104 Bahama Court , North Richland Hills, TX 76180

March 29, 2010    8:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Waldron
7104 Bahama Court
North Richland Hills, TX 76180

BLM_0102585

202-429-3945

# Sharon Alexander

701 East Labadie Ave. , De Leon, TX 76444

March 29, 2010    8:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sharon Alexander
701 East Labadie Ave.
De Leon, TX 76444

BLM_0102586

202-429-3945

# Chere Force

550 Brookside Cir , MAITLAND, FL 32751

March 29, 2010    8:22 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chere Force
550 Brookside Cir
MAITLAND, FL 32751

BLM_0102587

202-429-3945

# Jay Broadfoot

5710 Wigton , Houston, TX 77096

March 29, 2010    8:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jay Broadfoot
5710 Wigton
Houston, TX 77096

BLM_0102588

202-429-3945

## Darrell Roller

PO box 408 , Pea Ridge, AR 72751

March 29, 2010    8:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Darrell Roller
PO box 408
Pea Ridge, AR 72751

BLM_0102589

202-429-3945

## Suzanne Binette

1109 Old Drift Rd. , Point Pleasant, NJ 08742

March 29, 2010    8:00 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Suzanne Binette
1109 Old Drift Rd.
Point Pleasant, NJ 08742

BLM_0102590

202-429-3945

## Letitia P Allman

202 Ruth Avenue , Maple Shade, NJ 080521837

March 29, 2010    7:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Letitia P Allman
202 Ruth Avenue
Maple Shade, NJ 08052-1837

BLM_0102591

202-429-3945

# Patti Knox

920 so. 64th St. , tacoma, WA 98408

March 29, 2010    7:35 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patti Knox
920 so. 64th St.
tacoma, WA 98408

202-429-3945

## bart ballew

2798 chesterbrook   ct , jacksonville, FL 32224

March 29, 2010    7:30 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

bart ballew
2798 chesterbrook   ct
jacksonville, FL 32224

BLM_0102593

202-429-3945

## Helen Drwinga

621 Robin E Ln , Apopka, FL 32712

March 29, 2010     7:23 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Helen Drwinga
621 Robin E Ln
Apopka, FL 32712

BLM_0102594

202-429-3945

# Sister Anne Michel

St. Joseph Convent 1725 Brentwood Rd., Brentwood, NY 117175543

March 29, 2010    6:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sister Anne Michel
St. Joseph Convent
1725 Brentwood Rd.
Brentwood, NY 11717-5543

BLM_0102595

202-429-3945

## Angela Stout

3317 E. Grant Street , Orlando, FL 32806

March 29, 2010    6:31 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Angela Stout
3317 E. Grant Street
Orlando, FL 32806

BLM_0102596

202-429-3945

## Julie Pihl

6-118 Old Jericho Tpk. , Jericho, NY 11753

March 29, 2010    6:26 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Pihl
6-118 Old Jericho Tpk.
Jericho, NY 11753

BLM_0102597

202-429-3945

# Pipper Dean

180 Bocana St. , San Francisco, CA 941105530

March 29, 2010    5:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Pipper Dean
180 Bocana St.
San Francisco, CA 94110-5530

202-429-3945

# Cathy Riddell

536 Sylvia Rd. , west melbourne, FL 32904

March 29, 2010     5:05 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cathy Riddell
536 Sylvia Rd.
west melbourne, FL 32904

BLM_0102599

202-429-3945

# Andrew Ulmer

5154 Romohr Rd , Cincinnati, OH 45244

March 29, 2010    4:55 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Andrew Ulmer
5154 Romohr Rd
Cincinnati, OH 45244

BLM_0102600

202-429-3945

# James Price

1705 Fountain Ridge Rd , Chapel Hill, NC 27517

March 29, 2010    4:13 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James Price
1705 Fountain Ridge Rd
Chapel Hill, NC 27517

202-429-3945

# Ricardo U. Berg

4020 Marathon Street Apt # 320 , Los Angeles, CA 900293683

March 29, 2010    3:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ricardo U. Berg
4020 Marathon Street Apt # 320
Los Angeles, CA 90029-3683

BLM_0102602

202-429-3945

## james aquilina

3637 , st.petersburg, FL 33764

March 29, 2010    3:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

james aquilina
3637
st.petersburg, FL 33764

BLM_0102603

202-429-3945

# Linda Hardy

436 south shasta way , Upland, CA 91786

March 29, 2010    2:56 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Linda Hardy
436 south shasta way
Upland, CA 91786

BLM_0102604

202-429-3945

# Stephanie Foster

1637 S Los Alamos Circle , Mesa, AZ 85204

March 29, 2010    2:36 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Stephanie Foster
1637 S Los Alamos Circle
Mesa, AZ 85204

BLM_0102605

202-429-3945

# Larry Mahlis

9611 12 , Seattle, WA 98115

March 29, 2010    2:25 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Larry Mahlis
9611 12
Seattle, WA 98115

BLM_0102606

202-429-3945

# Peter Lucas

37561 Charter oaks Blvd , Clinton Township, MI 48036

March 29, 2010    2:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Peter Lucas
37561 Charter oaks Blvd
Clinton Township, MI 48036

BLM_0102607

202-429-3945

# Taylor Embury

906 24th St. , Golden, CO 80401

March 29, 2010    2:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum


Subject: Emphasize resource protection in Uncompahgre RMP Revision


Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Taylor Embury
906 24th St.
Golden, CO 80401

BLM_0102608

202-429-3945

# suzanna Mast

3968 Alla Road , Los Angeles, CA 90066

March 29, 2010     1:46 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

suzanna Mast
3968 Alla Road
Los Angeles, CA 90066

BLM_0102609

202-429-3945

# Gordon Feighner

4612 SE Main , Portland, OR 97215

March 29, 2010    1:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gordon Feighner
4612 SE Main
Portland, OR 97215

BLM_0102610

202-429-3945

## Angelo Feldkamp

1016 N Broadway , DePere, WI 541152697

March 29, 2010    1:26 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Angelo Feldkamp
1016 N Broadway
DePere, WI 54115-2697

BLM_0102611

202-429-3945

# Julio Zumaran

Bello Horizonte 140 , Lima,   41 Peru

March 29, 2010    1:17 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julio Zumaran
Bello Horizonte 140
Lima 41

202-429-3945

## Roseann Csencsits

2182 Foxswallow Road , Pleasanton, CA 94566

March 29, 2010    1:16 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Roseann Csencsits
2182 Foxswallow Road
Pleasanton, CA 94566

BLM_0102613

202-429-3945

# Sara Rosenbrock

Crow Canyon Rd , Castro Valley, CA 94552

March 29, 2010    1:13 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sara Rosenbrock
Crow Canyon Rd
Castro Valley, CA 94552

202-429-3945

# Ann Klinefelter

5201 Westridge Rd , Bishop, CA 93514

March 29, 2010   1:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ann Klinefelter
5201 Westridge Rd
Bishop, CA 93514

BLM_0102615

202-429-3945

# Leslie Bond

246 Crabtree Cemetery Road , Lucasville, OH 45648

March 29, 2010    1:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leslie Bond
246 Crabtree Cemetery Road
Lucasville, OH 45648

202-429-3945

# Angela Froehlich

12230 N 39th Way , Phoenix, AZ 85032

March 29, 2010    1:08 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Angela Froehlich
12230 N 39th Way
Phoenix, AZ 85032

202-429-3945

# Juliet Lamont

2249 Glen Ave. , Berkeley, CA 94709

March 29, 2010    1:07 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Juliet Lamont
2249 Glen Ave.
Berkeley, CA 94709

202-429-3945

# Randy Kilmer

4224 NE 110th St. , Seattle, WA 98125

March 29, 2010    12:54 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Randy Kilmer
4224 NE 110th St.
Seattle, WA 98125

BLM_0102619

202-429-3945

# Ben Cody

5927 18th , Seattle, WA 98108

March 29, 2010    12:52 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ben Cody
5927 18th
Seattle, WA 98108

BLM_0102620

202-429-3945

# Daniel Heffernan

2703 C McAllister Street , San Francisco, CA 94118

March 29, 2010    12:50 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Daniel Heffernan
2703 C McAllister Street
San Francisco, CA 94118

202-429-3945

# Don Pickett

351 West 14th Street, #12 , New York, NY 10014

March 29, 2010   12:49 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Don Pickett
351 West 14th Street, #12
New York, NY 10014

BLM_0102622

202-429-3945

# Rachel Dolney

1315 Monte Lane , Winter Park, FL 32792

March 29, 2010    12:46 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rachel Dolney
1315 Monte Lane
Winter Park, FL 32792

202-429-3945

# John Farver

469 East Main Street , Catawissa, PA 17820

March 29, 2010    12:43 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Farver
469 East Main Street
Catawissa, PA 17820

BLM_0102624

202-429-3945

# Matthew Warshauer

6366 Lakeview Dr , Falls Church, VA 22041

March 29, 2010     12:42 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Matthew Warshauer
6366 Lakeview Dr
Falls Church, VA 22041

BLM_0102625

202-429-3945

# Florence Sullivan

4911 N Central Ave , Chicago, IL 606302031

March 29, 2010    12:28 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Florence Sullivan
4911 N Central Ave
Chicago, IL 60630-2031

BLM_0102626

202-429-3945

# Emily Kenny

3411 Peoria Street , Steger, IL 60475

March 29, 2010    12:21 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Emily Kenny
3411 Peoria Street
Steger, IL 60475

202-429-3945

# Dan Johnson

899 Westwood Dr , Monroe, MI 48161

March 29, 2010    12:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dan Johnson
899 Westwood Dr
Monroe, MI 48161

202-429-3945

# Helen Swartzfager

1050 N 6th Avenue , Laurel, MS 39440

March 29, 2010    12:18 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Helen Swartzfager
1050 N 6th Avenue
Laurel, MS 39440

BLM_0102629

202-429-3945

# Judy Rusconi

1206 Forest Run Dr , Batavia, OH 45103

March 29, 2010    12:13 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judy Rusconi
1206 Forest Run Dr
Batavia, OH 45103

BLM_0102630

202-429-3945

# RACHEL DOCHERTY

pO BOX 1613 , bOYES HOT SPRINGS, CA 95416

March 29, 2010    12:12 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

RACHEL DOCHERTY
pO BOX 1613
bOYES HOT SPRINGS, CA 95416

BLM_0102631

202-429-3945

## Shirlene Harris

13333 Syracuse , San Antonio, TX 78249

March 29, 2010    12:11 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Shirlene Harris
13333 Syracuse
San Antonio, TX 78249

BLM_0102632

202-429-3945

# Noah schlager

116 barn road , Tiburon, CA 94920

March 29, 2010    12:10 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Noah schlager
116 barn road
Tiburon, CA 94920

202-429-3945

# Sam Waldman

P.O.Box 49 , Mendocino, CA 95460

March 29, 2010   12:09 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sam Waldman
P.O.Box 49
Mendocino, CA 95460

BLM_0102634

202-429-3945

## Danielle Dubno

61 Maine Ave. Apt C2, Rockville Centre, NY 11570

March 29, 2010    12:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Danielle Dubno
61 Maine Ave.
Apt C2
Rockville Centre, NY 11570

BLM_0102635

202-429-3945

# Kathey Norton

2 Garcia Court , Sacramento, CA 95831

March 29, 2010    12:04 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathey Norton
2 Garcia Court
Sacramento, CA 95831

BLM_0102636

202-429-3945

# Gayla Auerswald

6745 Grasshopper Rd , Birchwood, TN 37308

March 29, 2010    12:01 AM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gayla Auerswald
6745 Grasshopper Rd
Birchwood, TN 37308

BLM_0102637

202-429-3945

# E Coblentz

1328 Valley Rd , Woodlyn, PA 19094

March 28, 2010      11:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

E Coblentz
1328 Valley Rd
Woodlyn, PA 19094

BLM_0102638

202-429-3945

# Claire Watson

246 Peppertree Way , Pittsburg, CA 94565

March 28, 2010     11:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Claire Watson
246 Peppertree Way
Pittsburg, CA 94565

BLM_0102639

202-429-3945

# LISA DANIELLE RUSSO

2834 SO. 10TH. STREET , PHILADELPHIA, PA 19148

March 28, 2010    11:49 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

LISA DANIELLE RUSSO
2834 SO. 10TH. STREET
PHILADELPHIA, PA 19148

BLM_0102640

202-429-3945

# Jayashree Anderson

1606 Long Ridge Court , Orlando, FL 32807

March 28, 2010     11:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jayashree Anderson
1606 Long Ridge Court
Orlando, FL 32807

BLM_0102641

202-429-3945

## Mr G NIesslSr

210 McClellan suite 201, Wausau, WI 54403

March 28, 2010     11:34 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mr G NIesslSr
210 McClellan
suite 201
Wausau, WI 54403

BLM_0102642

202-429-3945

# ed mc dade

2581 south mountain , port matilda, PA 16870

March 28, 2010    11:14 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

ed mc dade
2581 south mountain
port matilda, PA 16870

BLM_0102643

202-429-3945

# kay gata

701 country club drive , burbank, CA 91501

March 28, 2010     11:10 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

kay gata
701 country club drive
burbank, CA 91501

202-429-3945

## Joyce Stowe-Longchamp

70 Woodhaven Dr , Avon, CT 06001

March 28, 2010    11:08 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joyce Stowe-Longchamp
70 Woodhaven Dr
Avon, CT 06001

BLM_0102645

202-429-3945

# Berwster Crosby

2322 comus st `, Portland, OR 97319

March 28, 2010     11:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Berwster Crosby
2322 comus st
`
Portland, OR 97319

BLM_0102646

202-429-3945

# Meg Sellers

45 Nockamixon Rd. , Kintnersville, PA 18930

March 28, 2010    11:02 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Meg Sellers
45 Nockamixon Rd.
Kintnersville, PA 18930

BLM_0102647

202-429-3945

# Phillip Hansen

4856 Brighton Av. , San Diego, CA 92107

March 28, 2010     11:02 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Phillip Hansen
4856 Brighton Av.
San Diego, CA 92107

202-429-3945

# Julie Harris

2111 - 8th St. , Berkeley, CA 94710

March 28, 2010     10:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Harris
2111 - 8th St.
Berkeley, CA 94710

BLM_0102649

202-429-3945

# Valerie Hill

3456 Gaviota AVe , Long Beach, CA 90807

March 28, 2010    10:56 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Valerie Hill
3456 Gaviota AVe
Long Beach, CA 90807

BLM_0102650

202-429-3945

## Mark Ahlemann

1840 Forest Edge Drive , Mishawaka, IN 46544

March 28, 2010     10:52 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mark Ahlemann
1840 Forest Edge Drive
Mishawaka, IN 46544

BLM_0102651

202-429-3945

## Vanessa Garvy

6742 N. Campbell , Chicago, IL 60645

March 28, 2010    10:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Vanessa Garvy
6742 N. Campbell
Chicago, IL 60645

BLM_0102652

202-429-3945

# Tamara Matz

5308 1/2 Village Green , Los Angeles, CA 90016

March 28, 2010    10:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tamara Matz
5308 1/2 Village Green
Los Angeles, CA 90016

202-429-3945

## Seth Read

197 Cedar St , Somerville, MA 02145

March 28, 2010    10:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Seth Read
197 Cedar St
Somerville, MA 02145

202-429-3945

# Leonard Rappe

18 Church Street , Roslyn, NY 115761131

March 28, 2010     10:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leonard Rappe
18 Church Street
Roslyn, NY 11576-1131

BLM_0102655

202-429-3945

# James Robertson

65 Ideal ave , Middletown, NJ 07748

March 28, 2010     10:34 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James Robertson
65 Ideal ave
Middletown, NJ 07748

BLM_0102656

202-429-3945

# Kathi Kopp

973 Carnation Ave , Costa Mesa, CA 92626

March 28, 2010     10:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathi Kopp
973 Carnation Ave
Costa Mesa, CA 92626

BLM_0102657

202-429-3945

# Paul Voytas

1223 N Lowry Ave , Springfield, OH 45504

March 28, 2010    10:26 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paul Voytas
1223 N Lowry Ave
Springfield, OH 45504

BLM_0102658

202-429-3945

# Jesse Gildesgame

8 Kensington Rd , Arlington, MA 02476

March 28, 2010     10:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jesse Gildesgame
8 Kensington Rd
Arlington, MA 02476

BLM_0102659

202-429-3945

# Judith Embry

51 Blackstone Road , Florida, MA 01247

March 28, 2010     10:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judith Embry
51 Blackstone Road
Florida, MA 01247

BLM_0102660

202-429-3945

# Jennifer Thompson

617 23rd Street , Cloquet, MN 55720

March 28, 2010    10:19 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jennifer Thompson
617 23rd Street
Cloquet, MN 55720

BLM_0102661

202-429-3945

# Lynn Fischer

11605 NE 10 Ave. , Miami, FL 33161

March 28, 2010     10:19 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lynn Fischer
11605 NE 10 Ave.
Miami, FL 33161

BLM_0102662

202-429-3945

# Michael Threadgill

31913 Mission Trail , Lake Elsinore, CA 92530

March 28, 2010     10:14 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Threadgill
31913 Mission Trail
Lake Elsinore, CA 92530

BLM_0102663

202-429-3945

# Leonie Jagels

PO Box 165 4 Walker Ln, Wurtsboro, NY 12790

March 28, 2010     10:14 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leonie Jagels
PO Box 165
4 Walker Ln
Wurtsboro, NY 12790

BLM_0102664

202-429-3945

# Julie Malan

720 D bordeaux ct , Elk Grove Village, IL 60007

March 28, 2010    10:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Malan
720 D bordeaux ct
Elk Grove Village, IL 60007

BLM_0102665

202-429-3945

# Sally Anderson

1895 Alpine Ave , Boulder, CO 80304

March 28, 2010    10:07 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sally Anderson
1895 Alpine Ave
Boulder, CO 80304

BLM_0102666

202-429-3945

# Claudia Petaccio

300 East Park Avenue , Haddonfield, NJ 08033

March 28, 2010    10:06 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Claudia Petaccio
300 East Park Avenue
Haddonfield, NJ 08033

BLM_0102667

202-429-3945

# Robert Cepaitis

14804 Rocking Spring Dr , Rockville, MD 20853

March 28, 2010     10:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Cepaitis
14804 Rocking Spring Dr
Rockville, MD 20853

202-429-3945

# Kate Shield

PO Box 6 , Santa Anna, TX 76878

March 28, 2010     10:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kate Shield
PO Box 6
Santa Anna, TX 76878

BLM_0102669

202-429-3945

# Paul Sullivan

49 Thompson Street , South Glastonbury, CT 06073

March 28, 2010     10:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paul Sullivan
49 Thompson Street
South Glastonbury, CT 06073

202-429-3945

# Brant Kotch

12302 Cobblestone , Houston, TX 77024

March 28, 2010    10:02 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brant Kotch
12302 Cobblestone
Houston, TX 77024

BLM_0102671

202-429-3945

## Randall Ellis

2575 Carrigan Road , Clarksville, TN 37043

March 28, 2010    10:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Randall Ellis
2575 Carrigan Road
Clarksville, TN 37043

BLM_0102672

202-429-3945

# Bryan Winget

895 Howell St. N. , St. Paul, MN 55104

March 28, 2010    9:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bryan Winget
895 Howell St. N.
St. Paul, MN 55104

BLM_0102673

202-429-3945

# Elisa Minakis

38 forest hts , toronto, ON m2l2k5 Canada

March 28, 2010    9:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elisa Minakis
38 forest hts
toronto, ON m2l2k5

BLM_0102674

202-429-3945

# Rachel Crisson

3295 Hillard Drive , Birmingham, AL 35243

March 28, 2010     9:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rachel Crisson
3295 Hillard Drive
Birmingham, AL 35243

BLM_0102675

202-429-3945

# Avi Rubin

11343 Redbud Court , San Diego, CA 92127

March 28, 2010    9:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Avi Rubin
11343 Redbud Court
San Diego, CA 92127

BLM_0102676

202-429-3945

# danielle Zachar

16 lisa court , Dobbs Ferry, NY 10522

March 28, 2010    9:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

danielle Zachar
16 lisa court
Dobbs Ferry, NY 10522

BLM_0102677

202-429-3945

## Jane Yendell

211 Scurry Pass , Georgetown, TX 78633

March 28, 2010     9:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jane Yendell
211 Scurry Pass
Georgetown, TX 78633

BLM_0102678

202-429-3945

# DeeDee Tostanoski

417 Underhill Place , Alexandria, VA 22305

March 28, 2010    9:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

DeeDee Tostanoski
417 Underhill Place
Alexandria, VA 22305

BLM_0102679

202-429-3945

# Karen Linarez

5249 Manzanita Ave 3, Carmichael, CA 95608

March 28, 2010    9:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karen Linarez
5249 Manzanita Ave
3
Carmichael, CA 95608

202-429-3945

# Alfy Calle

4518 E Amberwood DR , Phoenix, AZ 85048

March 28, 2010    9:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Alfy Calle
4518 E Amberwood DR
Phoenix, AZ 85048

BLM_0102681

202-429-3945

# David Termine

394 Salem Street , Bradford, MA 01835

March 28, 2010    9:37 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Termine
394 Salem Street
Bradford, MA 01835

BLM_0102682

202-429-3945

# Brian Flores

24649 Fawn Meadow Ln. , Hayward, CA 94541

March 28, 2010    9:34 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brian Flores
24649 Fawn Meadow Ln.
Hayward, CA 94541

202-429-3945

# Marilyn Sutton Loos

3300 Darby Road #7106 , Haverford, PA 19041-7710

March 28, 2010    9:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marilyn Sutton Loos
3300 Darby Road #7106
Haverford, PA 19041-7710

BLM_0102684

202-429-3945

# KEN MAYER

523 CREST CIRCLE , MOHNTON, PA 19540

March 28, 2010     9:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

KEN MAYER
523 CREST CIRCLE
MOHNTON, PA 19540

BLM_0102685

202-429-3945

## Jill Langford

2126 Gatewood Place , Silver Spring, MD 20903

March 28, 2010    9:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jill Langford
2126 Gatewood Place
Silver Spring, MD 20903

BLM_0102686

202-429-3945

# Virginia Hoagland

245 8th Ave. PMB#264, New York, NY 10011

March 28, 2010     9:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Virginia Hoagland
245 8th Ave.
PMB#264
New York, NY 10011

202-429-3945
## nicole troyan

7583 edisto dr , lake worth, FL 33467

March 28, 2010     9:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

nicole troyan
7583 edisto dr
lake worth, FL 33467

BLM_0102688

202-429-3945

## matt thomas

9782 star drive , hb, CA 92646

March 28, 2010     9:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

matt thomas
9782 star drive
hb, CA 92646

BLM_0102689

202-429-3945

# Elizabeth Guzynski

144 Cooley Rd. , Mooresville, NC 28117

March 28, 2010     9:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elizabeth Guzynski
144 Cooley Rd.
Mooresville, NC 28117

BLM_0102690

202-429-3945

# Kaiba White

1307 Barton Hills Dr Apt 8 , Austin, TX 78704

March 28, 2010     9:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kaiba White
1307 Barton Hills Dr Apt 8
Austin, TX 78704

202-429-3945

# Eric G. Ramstrom

2451 Castlewood Dr. , Redding, CA 960025125

March 28, 2010    9:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Eric G. Ramstrom
2451 Castlewood Dr.
Redding, CA 96002-5125

BLM_0102692

202-429-3945

# Hortense Dias

75 South Maple Avenue , Springfield, NJ 07081

March 28, 2010    9:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Hortense Dias
75 South Maple Avenue
Springfield, NJ 07081

BLM_0102693

202-429-3945

# Jim Curland

P.O. Box 806 , Moss Landing, CA 95039

March 28, 2010    9:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jim Curland
P.O. Box 806
Moss Landing, CA 95039

BLM_0102694

202-429-3945

# Sarah Foster

2010 Elka Lane , Madison, WI 53704

March 28, 2010     9:02 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sarah Foster
2010 Elka Lane
Madison, WI 53704

BLM_0102695

202-429-3945

# Lisette Fabian

5022 W Waveland , Chicago, IL 60641

March 28, 2010    9:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lisette Fabian
5022 W Waveland
Chicago, IL 60641

BLM_0102696

202-429-3945

**cynthia collier**

1204 Tylee St 1204 Tylee St, vista, CA 92083

March 28, 2010    8:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

cynthia collier
1204 Tylee St
1204 Tylee St
vista, CA 92083

BLM_0102697

202-429-3945

# Georgia Irby-Massie

101 Druid Drive , Williamsburg, VA 23185

March 28, 2010     8:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Georgia Irby-Massie
101 Druid Drive
Williamsburg, VA 23185

BLM_0102698

202-429-3945

# Connie Mar

2230 South Arbutus Court , Lakewood, CO 80228

March 28, 2010    8:56 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Connie Mar
2230 South Arbutus Court
Lakewood, CO 80228

BLM_0102699

202-429-3945

# Kerry Ellen Clark

10195 Donnay Drive , Reno, NV 89521

March 28, 2010    8:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kerry Ellen Clark
10195 Donnay Drive
Reno, NV 89521

BLM_0102700

202-429-3945

# Randy Biehler

P O Box 131 , Tomales, CA 94971

March 28, 2010     8:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Randy Biehler
P O Box 131
Tomales, CA 94971

BLM_0102701

202-429-3945

# Heidi Mayer

6550 Hillcrest Rd , Downers Grove, IL 60516

March 28, 2010    8:52 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Heidi Mayer
6550 Hillcrest Rd
Downers Grove, IL 60516

202-429-3945

# David Carnese

3626 S.E. Belmont St. , Portland, OR 97214

March 28, 2010    8:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Carnese
3626 S.E. Belmont St.
Portland, OR 97214

202-429-3945

# Timothy Johnston

825 Fell St., Apt. 1 , San Francisco, CA 94117

March 28, 2010    8:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Timothy Johnston
825 Fell St., Apt. 1
San Francisco, CA 94117

BLM_0102704

202-429-3945

# Robert Cotter

1120 W Welsh Rd , Ambler, PA 190021413

March 28, 2010    8:43 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Cotter
1120 W Welsh Rd
Ambler, PA 19002-1413

BLM_0102705

202-429-3945

## janet eddy

108 lee ave , Ashland, VA 23005

March 28, 2010    8:43 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

janet eddy
108 lee ave
Ashland, VA 23005

BLM_0102706

202-429-3945

## Robert Brennan

1050 Old Mission Road , New Smyrna Beach, FL 32168

March 28, 2010    8:34 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Brennan
1050 Old Mission Road
New Smyrna Beach, FL 32168

202-429-3945

# Elizabeth Grochowski

2224 Meadowbrook Drive , Schnecksville, PA 18078

March 28, 2010    8:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elizabeth Grochowski
2224 Meadowbrook Drive
Schnecksville, PA 18078

BLM_0102708

202-429-3945

# Robert Kurz

23256 Arelo Court , Laguna Niguel, CA 92677

March 28, 2010    8:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Kurz
23256 Arelo Court
Laguna Niguel, CA 92677

202-429-3945

# Donna Cnossen

5309 Shirley Street , Naples, FL 34109

March 28, 2010    8:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Donna Cnossen
5309 Shirley Street
Naples, FL 34109

202-429-3945

# Patricia Coffey

2253 Woodbine Road , Langley, WA 98260

March 28, 2010    8:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia Coffey
2253 Woodbine Road
Langley, WA 98260

BLM_0102711

202-429-3945

# Pat and Nancy Hummel

5112 Doss Road , Austin, TX 78734

March 28, 2010    8:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Pat and Nancy Hummel
5112 Doss Road
Austin, TX 78734

BLM_0102712

202-429-3945

# George Leon

918 s 20th st , Philadelphia, PA 19146

March 28, 2010    8:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

George Leon
918 s 20th st
Philadelphia, PA 19146

202-429-3945

# Kristin Williams

89NE 102 ST , Miami, FL 33138

March 28, 2010    8:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kristin Williams
89NE 102 **ST**
Miami, FL 33138

BLM_0102714

202-429-3945

## Joseph M. Varon, Past President

New York State Marine Ed. Assn. 244 Lindberg Street, West Hempstead, NY 115522431

March 28, 2010    8:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joseph M. Varon, Past President
New York State Marine Ed. Assn.
244 Lindberg Street
West Hempstead, NY 11552-2431

BLM_0102715

202-429-3945

## Daylight365 Scile

695 J M Dr , San Francisco, CA 94121

March 28, 2010    8:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Daylight365 Scile
695 J M Dr
San Francisco, CA 94121

BLM_0102716

202-429-3945

# Jim Von Bramer

1408 Brightridge Drive , Kingsport, TN 37664

March 28, 2010    8:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jim Von Bramer
1408 Brightridge Drive
Kingsport, TN 37664

202-429-3945

# Ann R. Carman

510 Preble Street , South Portland, ME 04106

March 28, 2010    8:25 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ann R. Carman
510 Preble Street
South Portland, ME 04106

BLM_0102718

202-429-3945

# Peter Pray

223 Harvard Ave , Collingswood, NJ 08108

March 28, 2010    8:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Peter Pray
223 Harvard Ave
Collingswood, NJ 08108

202-429-3945

# FRANK ARAIZA

2301 MAPLECREST DR , CHARLOTTE, NC 28212

March 28, 2010    8:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

FRANK ARAIZA
2301 MAPLECREST DR
CHARLOTTE, NC 28212

BLM_0102720

202-429-3945

# Judith KIng

156 Hilltop Road , Oakville, CT 06779

March 28, 2010    8:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judith KIng
156 Hilltop Road
Oakville, CT 06779

BLM_0102721

202-429-3945

# Daniel Paiva

50 Winthrop St , E Providence, RI 02915

March 28, 2010    8:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Daniel Paiva
50 Winthrop St
E Providence, RI 02915

BLM_0102722

202-429-3945

# Deborah Voves

13231 Mountain Pl. , Anchorage, AK 99516

March 28, 2010    8:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deborah Voves
13231 Mountain Pl.
Anchorage, AK 99516

BLM_0102723

202-429-3945

# Julie braunlich

1334 white , Ann Arbor, MI 48104

March 28, 2010    8:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie braunlich
1334 white
Ann Arbor, MI 48104

BLM_0102724

202-429-3945

## Michelle Arnold

10308 Gelding Drive Apt. A, Cockeysville, MD 21030

March 28, 2010    8:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michelle Arnold
10308 Gelding Drive
Apt. A
Cockeysville, MD 21030

BLM_0102725

202-429-3945

# Jennifer Danner

697 Fehr Road , Nazareth, PA 18064

March 28, 2010    8:11 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jennifer Danner
697 Fehr Road
Nazareth, PA 18064

BLM_0102726

202-429-3945

## Matthew Beirne

700 e. ocean ave 1204, Long Beach, CA 90802

March 28, 2010    8:10 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Matthew Beirne
700 e. ocean ave
1204
Long Beach, CA 90802

BLM_0102727

202-429-3945

# Karen Malatinsky

59 Bishop Ave. , Coldwater, MI 49036

March 28, 2010    8:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Karen Malatinsky
59 Bishop Ave.
Coldwater, MI 49036

202-429-3945

# Paula Hein

3554 El Grande Drive , San Jose, CA 95132

March 28, 2010    8:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paula Hein
3554 El Grande Drive
San Jose, CA 95132

202-429-3945

## Isaac conner

11105 Bodega Highway , Sebastopol, CA 95472

March 28, 2010     7:58 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Isaac conner
11105 Bodega Highway
Sebastopol, CA 95472

202-429-3945

# Lois Hemm

309 baywest neighbors circle , Orlando, FL 32835

March 28, 2010     7:52 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lois Hemm
309 baywest neighbors circle
Orlando, FL 32835

202-429-3945

# Carol Swing

223 Dula Springs Road , Weaverville, NC 28787

March 28, 2010     7:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carol Swing
223 Dula Springs Road
Weaverville, NC 28787

BLM_0102732

202-429-3945

# Richard dLaunders

3502 Lillie Blvd , Sevierville, TN 37876

March 28, 2010     7:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Richard dLaunders
3502 Lillie Blvd
Sevierville, TN 37876

202-429-3945

# Ben Basin

515 SE 19th Ave , Portland, OR 97214

March 28, 2010    7:43 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ben Basin
515 SE 19th Ave
Portland, OR 97214

202-429-3945

# Chris Cooper

15929 NW Ridgetop Lane , Beaverton, OR 97006

March 28, 2010     7:30 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chris Cooper
15929 NW Ridgetop Lane
Beaverton, OR 97006

BLM_0102735

202-429-3945

## nathaniel chan

974 45th. street Apt.BB5 , brooklyn, NY 11219

March 28, 2010    7:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

nathaniel chan
974 45th. street Apt.BB5
brooklyn, NY 11219

BLM_0102736

202-429-3945

# christopher chan

974 45th. street Apt.BB5, brooklyn, NY 11219

March 28, 2010     7:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

christopher chan
974 45th. street
Apt.BB5
brooklyn, NY 11219

BLM_0102737

202-429-3945

# Barbara Barone

18 Eastbourne Cres , Patchogue, NY 117724838

March 28, 2010     7:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Barone
18 Eastbourne Cres
Patchogue, NY 11772-4838

BLM_0102738

202-429-3945

# Melissa Cook

26 Goldfinch Road , Jackson, NJ 08527

March 28, 2010     7:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Melissa Cook
26 Goldfinch Road
Jackson, NJ 08527

202-429-3945

# Marion Barry

9696 Junewood Lane , Loomis, CA 95650

March 28, 2010    7:20 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marion Barry
9696 Junewood Lane
Loomis, CA 95650

BLM_0102740

202-429-3945

# Giuseppe pezzotti

po box 4375 , ithaca, NY 14852

March 28, 2010     7:20 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Giuseppe pezzotti
po box 4375
ithaca, NY 14852

202-429-3945

## lorraine stevens

6651 Tower Drive , alexandria, VA 22306

March 28, 2010     7:17 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

lorraine stevens
6651 Tower Drive
alexandria, VA 22306

BLM_0102742

202-429-3945

# Wayne King

725 N. May Street , Chandler, AZ 85226

March 28, 2010    7:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Wayne King
725 N. May Street
Chandler, AZ 85226

BLM_0102743

202-429-3945

# Jack Urrutia

3231 S Bradshire Ct. , Bloomington, IN 47401

March 28, 2010     7:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jack Urrutia
3231 S Bradshire Ct.
Bloomington, IN 47401

BLM_0102744

202-429-3945

# Candace Albert

1700 Street Road   # C-5 , Warrington, PA 18976

March 28, 2010     7:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Candace Albert
1700 Street Road   # C-5
Warrington, PA 18976

BLM_0102745

202-429-3945

# Kathleen Collins

5539 Folkestone Drive , Dayton, OH 45459

March 28, 2010     7:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathleen Collins
5539 Folkestone Drive
Dayton, OH 45459

202-429-3945

# Tennece Lowen

90 Galen , Lake Oswego, OR 97035

March 28, 2010     7:04 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tennece Lowen
90 Galen
Lake Oswego, OR 97035

BLM_0102747

202-429-3945

# Tom Kozel

6490 Waverly Park , Morrow, OH 451528489

March 28, 2010    7:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tom Kozel
6490 Waverly Park
Morrow, OH 45152-8489

BLM_0102748

202-429-3945

# Greg Steuck

3005 Sunset Dr , Golden, CO 80401

March 28, 2010    6:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Greg Steuck
3005 Sunset Dr
Golden, CO 80401

202-429-3945

## Donna Brady

3803 14th Ave SE , Lacey, WA 98503

March 28, 2010     6:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Donna Brady
3803 14th Ave SE
Lacey, WA 98503

BLM_0102750

202-429-3945

# Megan Etheridge

314 5th St NW , Cedar Rapids, IA 52405

March 28, 2010    6:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Megan Etheridge
314 5th St NW
Cedar Rapids, IA 52405

BLM_0102751

202-429-3945

# Lloyd Hebert

263 Fuller Road , Albany, NY 122033640

March 28, 2010    6:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lloyd Hebert
263 Fuller Road
Albany, NY 12203-3640

202-429-3945

## Stefan Kozinski

126 Ridge Road , Chadds Ford, PA 19317

March 28, 2010    6:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Stefan Kozinski
126 Ridge Road
Chadds Ford, PA 19317

202-429-3945

## Robert Rapice

49 Lake Street , Wolcott, CT 06716

March 28, 2010    6:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Rapice
49 Lake Street
Wolcott, CT 06716

BLM_0102754

202-429-3945

# Bryan Hayden

1415 Sandalwood Ct , Evansville, IN 47720

March 28, 2010    6:43 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bryan Hayden
1415 Sandalwood Ct
Evansville, IN 47720

202-429-3945

# Michael Johnson

9195 Sagebrush Trl , Lone Tree, CO 80124

March 28, 2010    6:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Johnson
9195 Sagebrush Trl
Lone Tree, CO 80124

BLM_0102756

202-429-3945

## Ashley Blackwood

2154 Allaire Lane NE , Atlanta, GA 30345

March 28, 2010    6:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ashley Blackwood
2154 Allaire Lane NE
Atlanta, GA 30345

202-429-3945

# Orin Albrecht

3155 Savannah Dr , Aurora, IL 60502

March 28, 2010    6:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Orin Albrecht
3155 Savannah Dr
Aurora, IL 60502

BLM_0102758

202-429-3945

# Michal Costello

11520 Duenda Rd. , San Diego, CA 92127

March 28, 2010    6:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michal Costello
11520 Duenda Rd.
San Diego, CA 92127

202-429-3945

# Jacquelyn Ramirez

5244 Knolltop Terrace , Syracuse, NY 13215

March 28, 2010    6:35 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jacquelyn Ramirez
5244 Knolltop Terrace
Syracuse, NY 13215

BLM_0102760

202-429-3945

# Chris Wood

54130 865th Road , Osmond, NE 68765

March 28, 2010    6:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chris Wood
54130 865th Road
Osmond, NE 68765

BLM_0102761

202-429-3945

## Maureen Nichols

7 Wavecrest Ct. , Durham, NC 27713

March 28, 2010    6:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Maureen Nichols
7 Wavecrest Ct.
Durham, NC 27713

BLM_0102762

202-429-3945

# John Sutherland

810 Green Oak Lane , White Hall, AR 71602

March 28, 2010    6:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Sutherland
810 Green Oak Lane
White Hall, AR 71602

202-429-3945

# Richard Cardella

4570 Bluff Top , Hydesville, CA 95547

March 28, 2010    6:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Richard Cardella
4570 Bluff Top
Hydesville, CA 95547

202-429-3945

# Sylvia Cardella

4570 Bluff Top , Hydesville, CA 95547

March 28, 2010     6:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sylvia Cardella
4570 Bluff Top
Hydesville, CA 95547

202-429-3945

## Marylee Ramsay

1036 Coolidge , Wichita, KS 67203

March 28, 2010    6:17 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marylee Ramsay
1036 Coolidge
Wichita, KS 67203

BLM_0102766

202-429-3945

# James Kelly

6879 Sonya Drive Apt. 205, Nashville, TN 37209

March 28, 2010     6:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

James Kelly
6879 Sonya Drive
Apt. 205
Nashville, TN 37209

BLM_0102767

202-429-3945

# Maggie Duncan

2501 W. 36th St. , Tucson, AZ 85713

March 28, 2010     6:11 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Maggie Duncan
2501 W. 36th St.
Tucson, AZ 85713

BLM_0102768

202-429-3945

# Denise Keeton

845 SE Sun Drive , Madras, OR 97741

March 28, 2010    6:08 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Denise Keeton
845 SE Sun Drive
Madras, OR 97741

BLM_0102769

202-429-3945

## yvette winston

6727 s bennett , chicago, IL 60649

March 28, 2010     6:08 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

yvette winston
6727 s bennett
chicago, IL 60649

BLM_0102770

202-429-3945

# Ginger Mira

5046 Loleta Avenue , Los Angeles, CA 90041

March 28, 2010     6:04 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ginger Mira
5046 Loleta Avenue
Los Angeles, CA 90041

202-429-3945

# Dawn Dippre

825 Crown Ave , Scranton, PA 18505

March 28, 2010    6:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dawn Dippre
825 Crown Ave
Scranton, PA 18505

BLM_0102772

202-429-3945

# Mary Khalil

3 Prospect St. #2F , NEW ROCHELLE, NY 10805

March 28, 2010     6:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Khalil
3 Prospect St. #2F
NEW ROCHELLE, NY 10805

BLM_0102773

202-429-3945

# Leita Tallman

3072 W. Country Gables Dr. , Phoenix, AZ 85053

March 28, 2010   6:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leita Tallman
3072 W. Country Gables Dr.
Phoenix, AZ 85053

BLM_0102774

202-429-3945

# Peter Erwin

1196 Keith Ave , Berkeley, CA 94708

March 28, 2010    6:01 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Peter Erwin
1196 Keith Ave
Berkeley, CA 94708

BLM_0102775

202-429-3945

# Dominique Holy

219 Evergreen Heights SW , Calgary, AB T2Y38 Canada

March 28, 2010    5:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dominique Holy
219 Evergreen Heights SW
Calgary, AB T2Y38

BLM_0102776

202-429-3945

# Laurie Todd

3756 SE Stephens St. , Portland, OR 97214

March 28, 2010     5:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laurie Todd
3756 SE Stephens St.
Portland, OR 97214

BLM_0102777

202-429-3945

# diane schabowski

280 springdale rd , westfield, MA 01085

March 28, 2010      5:56 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

diane schabowski
280 springdale rd
westfield, MA 01085

202-429-3945

# Rosemary Graf

6 A1   Walker Rd , Cummington, MA 01026

March 28, 2010    5:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rosemary Graf
6 A1   Walker Rd
Cummington, MA 01026

202-429-3945

## Andrea Musil

Viola u. 4. , Budapest, ME 1094 Hungary

March 28, 2010     5:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Andrea Musil
Viola u. 4.
Budapest, ME 1094

BLM_0102780

202-429-3945

## Dianne Hinch

152 S. Budding Ave #201 , Virginia Beach, VA 23452

March 28, 2010    5:48 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dianne Hinch
152 S. Budding Ave #201
Virginia Beach, VA 23452

BLM_0102781

202-429-3945

## Trinity Demask

204 W. Coal Creek Drive , Superior, CO 80027

March 28, 2010     5:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Trinity Demask
204 W. Coal Creek Drive
Superior, CO 80027

BLM_0102782

202-429-3945

# Diane Clark

1003 Wren Hollow Road , Woolwine, VA 241853843

March 28, 2010     5:40 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Diane Clark
1003 Wren Hollow Road
Woolwine, VA 24185-3843

BLM_0102783

202-429-3945

## Arlette Schmidt

4965 Stoneleigh Place , Oldsmar, FL 34677

March 28, 2010    5:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Arlette Schmidt
4965 Stoneleigh Place
Oldsmar, FL 34677

BLM_0102784

202-429-3945

# Cynthia Adams

15 Beulah Park Drive , Santa Cruz, CA 95060

March 28, 2010    5:34 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cynthia Adams
15 Beulah Park Drive
Santa Cruz, CA 95060

BLM_0102785

202-429-3945

## Joan Breiding

PO Box 170625 , San Francisco, CA 94117

March 28, 2010    5:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joan Breiding
PO Box 170625
San Francisco, CA 94117

202-429-3945

## Melanie Griffith

514 W 28th Street , Cedar Falls, IA 50613

March 28, 2010    5:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Melanie Griffith
514 W 28th Street
Cedar Falls, IA 50613

BLM_0102787

202-429-3945

# Harriette Frank

3603 Westover Road , Durham, NC 277075032

March 28, 2010    5:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Harriette Frank
3603 Westover Road
Durham, NC 27707-5032

BLM_0102788

202-429-3945

# J. Bishop

2100 Manchester Rd. - #203 , Wheaton, IL 60187

March 28, 2010     5:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

J. Bishop
2100 Manchester Rd. - #203
Wheaton, IL 60187

BLM_0102789

202-429-3945

## Ellen Sullivan

558 Pleasant St , Fanklin, MA 02038

March 28, 2010     5:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ellen Sullivan
558 Pleasant St
Fanklin, MA 02038

BLM_0102790

202-429-3945

# Murry cohen

3914 Brenda Lane , Annandale, VA 22003

March 28, 2010     5:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Murry cohen
3914 Brenda Lane
Annandale, VA 22003

202-429-3945

# Barbara Murphy

193 Route 202 , Somers, NY 10589

March 28, 2010    5:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Murphy
193 Route 202
Somers, NY 10589

202-429-3945

# Andrew Reumann-Moore

704 E. Phil-Ellena Street , Philadelphia, PA 19119

March 28, 2010     5:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Andrew Reumann-Moore
704 E. Phil-Ellena Street
Philadelphia, PA 19119

BLM_0102793

202-429-3945

# Deborah Whorley

199 S Restin Rd , Greenwood, IN 46142

March 28, 2010    5:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deborah Whorley
199 S Restin Rd
Greenwood, IN 46142

BLM_0102794

202-429-3945

## Cathy and Ron Marczyk

15 Tiros Ave , Highland Mills, NY 10930

March 28, 2010     5:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cathy and Ron Marczyk
15 Tiros Ave
Highland Mills, NY 10930

BLM_0102795

202-429-3945

## Rhoda Osterfeld

754 Southampton Drive , Palo Alto, CA 94303

March 28, 2010     4:55 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rhoda Osterfeld
754 Southampton Drive
Palo Alto, CA 94303

202-429-3945

## Dan Pepin

4508 N Monitor Ave , CHICAGO, IL 60630

March 28, 2010    4:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dan Pepin
4508 N Monitor Ave
CHICAGO, IL 60630

202-429-3945

# Gerald Gabe; & Sandy Dewees

377 Devon Way , West Chester, PA 19380

March 28, 2010    4:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gerald Gabe; %pa_first_name% Sandy Dewees
377 Devon Way
West Chester, PA 19380

202-429-3945

# Joanna Weinstock

PO Box 51 , Jericho, VT 05465

March 28, 2010     4:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joanna Weinstock
PO Box 51
Jericho, VT 05465

202-429-3945

# Betty Groce

411 Trail Ridge Ct. , Santa Rosa, CA 95409

March 28, 2010    4:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Betty Groce
411 Trail Ridge Ct.
Santa Rosa, CA 95409

BLM_0102800

202-429-3945

# John Ahearn

1235 Appleton Lane , Geneva, IL 60134

March 28, 2010    4:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Ahearn
1235 Appleton Lane
Geneva, IL 60134

BLM_0102801

202-429-3945

# Madonna Thamann

4815 N. Park Ave. , Indianapolis, IN 46205

March 28, 2010    4:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Madonna Thamann
4815 N. Park Ave.
Indianapolis, IN 46205

BLM_0102802

202-429-3945

# Jonathann Grierson

7120 Clark Road , Atwater, OH 44201

March 28, 2010     4:40 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jonathann Grierson
7120 Clark Road
Atwater, OH 44201

BLM_0102803

202-429-3945

# shayna cowen

540 woodfire way , casselberry, FL 32707

March 28, 2010     4:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

shayna cowen
540 woodfire way
casselberry, FL 32707

BLM_0102804

202-429-3945

# Patricia Berry

727 Monticello Place , Evasnton, IL 60201

March 28, 2010    4:35 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia Berry
727 Monticello Place
Evasnton, IL 60201

BLM_0102805

202-429-3945

# D. Wedington-Clark

Box 26622 , Tempe, AZ 85285

March 28, 2010    4:32 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

D. Wedington-Clark
Box 26622
Tempe, AZ 85285

BLM_0102806

202-429-3945

# Neal Keefer

4025 NE Couch St , Portland, OR 97232

March 28, 2010    4:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Neal Keefer
4025 NE Couch St
Portland, OR 97232

BLM_0102807

202-429-3945

# L. A. Blake

6425 Jeffers Rd. , Swanton, OH 43558

March 28, 2010    4:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

L. A. Blake
6425 Jeffers Rd.
Swanton, OH 43558

202-429-3945

# Callie Poole

182 E Broadway , Tucson, AZ 85701

March 28, 2010    4:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Callie Poole
182 E Broadway
Tucson, AZ 85701

BLM_0102809

202-429-3945

# Jeff Parker

1925 E. Sunset Dr. , Layton, UT 84040

March 28, 2010    4:14 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jeff Parker
1925 E. Sunset Dr.
Layton, UT 84040

BLM_0102810

202-429-3945

# Sandra Uribe

4839 Wesleyan , San Antonio, TX 78249

March 28, 2010    4:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sandra Uribe
4839 Wesleyan
San Antonio, TX 78249

BLM_0102811

202-429-3945

# Laurel Watson

43522 W. Kryistal Lane , Maricopa, AZ 85138

March 28, 2010    4:11 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Laurel Watson
43522 W. Kryistal Lane
Maricopa, AZ 85138

BLM_0102812

202-429-3945

# JAMES CONROY

214 NINTH STREET , HICKSVILLE, NY 11801

March 28, 2010     4:10 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

JAMES CONROY
214 NINTH STREET
HICKSVILLE, NY 11801

BLM_0102813

202-429-3945

## andrea valenzuela

743 lockwood drive , vallejo, CA 94591

March 28, 2010    4:08 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

andrea valenzuela
743 lockwood drive
vallejo, CA 94591

202-429-3945

# KAREN Wert

34 ALAN DRIVE , APALACHICOLA, FL 32320

March 28, 2010     4:06 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

KAREN Wert
34 ALAN DRIVE
APALACHICOLA, FL 32320

202-429-3945

# Victoria Dunch

170 East Hadley Road , Amherst, MA 01002

March 28, 2010    3:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Victoria Dunch
170 East Hadley Road
Amherst, MA 01002

BLM_0102816

202-429-3945

# Mike Raymond

12145 Racine Road , Warren, MI 48093

March 28, 2010    3:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mike Raymond
12145 Racine Road
Warren, MI 48093

202-429-3945

# Erika Lang

620 W Aldine , Chicago, IL 60657

March 28, 2010    3:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Erika Lang
620 W Aldine
Chicago, IL 60657

202-429-3945

# Janet Rauscher

2114 N 65th Street , Seattle, WA 98103

March 28, 2010     3:49 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janet Rauscher
2114 N 65th Street
Seattle, WA 98103

BLM_0102819

202-429-3945

## Jill Pustorino

74 West 46th Street , Bayonne, NJ 07002

March 28, 2010    3:49 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jill Pustorino
74 West 46th Street
Bayonne, NJ 07002

BLM_0102820

202-429-3945

# L Dixon

341 lafayette Street, #4144 , NY, NY 10012

March 28, 2010    3:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

L Dixon
341 lafayette Street, #4144
NY, NY 10012

BLM_0102821

202-429-3945

# joan lalonde

9929 east grand river , Brighon, MI 48116

March 28, 2010    3:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

joan lalonde
9929 east grand river
Brighon, MI 48116

BLM_0102822

202-429-3945

## Andrew Wadsworth

125 W 33rd Street , Reading, PA 19606

March 28, 2010     3:30 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Andrew Wadsworth
125 W 33rd Street
Reading, PA 19606

BLM_0102823

202-429-3945

## Patricia Guida

335 Grant Ave. , Lyndhurst, NJ 07071

March 28, 2010    3:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Patricia Guida
335 Grant Ave.
Lyndhurst, NJ 07071

BLM_0102824

202-429-3945

# Mary Rogers

10005 Rose Brook Ln Apt 305, Huntersville, NC 28078

March 28, 2010     3:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Rogers
10005 Rose Brook Ln
Apt 305
Huntersville, NC 28078

BLM_0102825

202-429-3945

# Robyn Sherrill

P.O. Box 777 , Penngrove, CA 94951

March 28, 2010     3:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robyn Sherrill
P.O. Box 777
Penngrove, CA 94951

BLM_0102826

202-429-3945

## Lee Anne McCarthy

11352 Tecumseh Redford, Redford, MI 48239

March 28, 2010    3:25 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lee Anne McCarthy
11352 Tecumseh
Redford
Redford, MI 48239

202-429-3945

# Sharon Barbell

202 Adams St. , Ithaca, NY 14850

March 28, 2010    3:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sharon Barbell
202 Adams St.
Ithaca, NY 14850

BLM_0102828

202-429-3945

## c Hartt

426 s 49th street , Tacoma, WA 98408

March 28, 2010     3:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

c Hartt
426 s 49th street
Tacoma, WA 98408

BLM_0102829

202-429-3945

# John Klein

412 Camino Vista Verde , San Clemente, CA 92673

March 28, 2010    3:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Klein
412 Camino Vista Verde
San Clemente, CA 92673

BLM_0102830

202-429-3945

# Sr. Veronica Blake

2532 South Blvd. , Port Huron, MI 48060

March 28, 2010    3:07 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sr. Veronica Blake
2532 South Blvd.
Port Huron, MI 48060

BLM_0102831

202-429-3945

## Teresa O'Kelly

15717 Ramage Avenue , Maple Heights, OH 44137

March 28, 2010     3:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Teresa O'Kelly
15717 Ramage Avenue
Maple Heights, OH 44137

BLM_0102832

202-429-3945

# Sawatdee Sanlavun

4504 Gridley rd. , Silver Spring, MD 20906

March 28, 2010    3:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sawatdee Sanlavun
4504 Gridley rd.
Silver Spring, MD 20906

BLM_0102833

202-429-3945

# Kaye Hall

4516 Dry Creek Rd. , Napa, CA 94558

March 28, 2010      3:04 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kaye Hall
4516 Dry Creek Rd.
Napa, CA 94558

BLM_0102834

202-429-3945

# Kathleen Richter

16306 Lilac Lane , Los Gatos, CA 95032

March 28, 2010    3:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathleen Richter
16306 Lilac Lane
Los Gatos, CA 95032

202-429-3945

# Jonathan Beshel

812 Grand St #412, Hoboken, NJ 07030

March 28, 2010    2:55 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jonathan Beshel
812 Grand St
#412
Hoboken, NJ 07030

BLM_0102836

202-429-3945

# Tom Nulty Jr

24500 Dna Pnt Hrbr Dr , Dana Point, CA 92629

March 28, 2010    2:52 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tom Nulty Jr
24500 Dna Pnt Hrbr Dr
Dana Point, CA 92629

BLM_0102837

202-429-3945

# Dan Schneider

814 NE 84th Street , Seattle, WA 98115

March 28, 2010    2:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dan Schneider
814 NE 84th Street
Seattle, WA 98115

BLM_0102838

202-429-3945

# Cheryl Johnson

1538 Palmgren Drive , Glenview, IL 600254372

March 28, 2010     2:49 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cheryl Johnson
1538 Palmgren Drive
Glenview, IL 60025-4372

202-429-3945

# C Ortiz

491 Hamilton Pl , Hackensack, NJ 07601

March 28, 2010    2:48 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

C Ortiz
491 Hamilton Pl
Hackensack, NJ 07601

BLM_0102840

202-429-3945

# Paul Hunrichs

8360 Carlton Oaks Drive , Santee, CA 92071

March 28, 2010    2:48 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paul Hunrichs
8360 Carlton Oaks Drive
Santee, CA 92071

BLM_0102841

202-429-3945

## Shari Oneida

P. O. Box721 , Riverton, UT 84065

March 28, 2010    2:48 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Shari Oneida
P. O. Box721
Riverton, UT 84065

BLM_0102842

202-429-3945

# Catherine Wagner

1665 Ellis Hollow Road , Ithaca, NY 14850

March 28, 2010     2:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Catherine Wagner
1665 Ellis Hollow Road
Ithaca, NY 14850

BLM_0102843

202-429-3945

# Jolie Misek

9317 Pine Needle Pass , Wonder Lake, IL 60097

March 28, 2010     2:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jolie Misek
9317 Pine Needle Pass
Wonder Lake, IL 60097

202-429-3945

# Pete Duarte

4229 0'Keefe Drive , El Paso, TX 79902

March 28, 2010    2:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Pete Duarte
4229 0'Keefe Drive
El Paso, TX 79902

BLM_0102845

202-429-3945

## Dorothy reed-inman

225 E. Sky Hi Dr. , Pinetop, AZ 85935

March 28, 2010    2:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dorothy reed-inman
225 E. Sky Hi Dr.
Pinetop, AZ 85935

202-429-3945

## Mark Duey

1749 South Street , Blair, NE 68008

March 28, 2010    2:35 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mark Duey
1749 South Street
Blair, NE 68008

BLM_0102847

202-429-3945

# Gen Minori

15 King Arthur Way , Mansfield, MA 02048

March 28, 2010    2:35 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gen Minori
15 King Arthur Way
Mansfield, MA 02048

BLM_0102848

202-429-3945

# abigale wool

112 west arbor street , long beach, CA 90805

March 28, 2010    2:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

abigale wool
112 west arbor street
long beach, CA 90805

BLM_0102849

202-429-3945

# Leslie Glendye

104 Crestview Avenue , Somerset, MA 02725

March 28, 2010    2:26 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leslie Glendye
104 Crestview Avenue
Somerset, MA 02725

202-429-3945

# Sylvia Schleimer

1777 N. Allen Ave. , Pasadena, CA 91104

March 28, 2010    2:26 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sylvia Schleimer
1777 N. Allen Ave.
Pasadena, CA 91104

BLM_0102851

202-429-3945

# LYNDA TAYLOR

235 SCHOOL STREET , CLARKSDALE, MS 38614

March 28, 2010     2:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

LYNDA TAYLOR
235 SCHOOL STREET
CLARKSDALE, MS 38614

BLM_0102852

202-429-3945

# Barbara Mathes

1431 Alisa Ct , Rio Rico, AZ 85648

March 28, 2010    2:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Mathes
1431 Alisa Ct
Rio Rico, AZ 85648

BLM_0102853

202-429-3945

# Marilyn Ralph

4944 Arroyo Chamisa N.E. , Albuquerque, NM 87111

March 28, 2010    2:20 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marilyn Ralph
4944 Arroyo Chamisa N.E.
Albuquerque, NM 87111

BLM_0102854

202-429-3945

# Jennifer Gardner

PO Box 292246 , Lewisville, TX 75029

March 28, 2010    2:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jennifer Gardner
PO Box 292246
Lewisville, TX 75029

202-429-3945

# Cashin Hunt

2333 Rosewood Ave , Winston-Salem, NC 27103

March 28, 2010    2:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Cashin Hunt
2333 Rosewood Ave
Winston-Salem, NC 27103

BLM_0102856

202-429-3945

# Erika Chamberlin

138 Saint Marks Avenue , Brooklyn, NY 11217

March 28, 2010     2:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Erika Chamberlin
138 Saint Marks Avenue
Brooklyn, NY 11217

BLM_0102857

202-429-3945

# Mindy Blake

615 Alabama St , Lafayette, IN 47901

March 28, 2010    2:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mindy Blake
615 Alabama St
Lafayette, IN 47901

202-429-3945

# Bruce Staska

436 Holly Thorn Trace , Holly Springs, NC 27540

March 28, 2010     2:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bruce Staska
436 Holly Thorn Trace
Holly Springs, NC 27540

202-429-3945

# Linda Smith

PO BOX 1903 , ROGUE RIVER, OR 97537

March 28, 2010    2:06 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Linda Smith
PO BOX 1903
ROGUE RIVER, OR 97537

BLM_0102860

202-429-3945

# michael neidigh

3444 west circle drive-57 , columbia city, IN 46725

March 28, 2010     2:06 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

michael neidigh
3444 west circle drive-57
columbia city, IN 46725

202-429-3945

**Pierre Grady**

231 Dixon Landing Rd Apt 281 , Milpitas, CA 95035

March 28, 2010    2:01 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Pierre Grady
231 Dixon Landing Rd Apt 281
Milpitas, CA 95035

202-429-3945

# char schumann

1020 gull ct , palatine, IL 60067

March 28, 2010    2:01 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

char schumann
1020 gull ct
palatine, IL 60067

BLM_0102863

202-429-3945

# Christie Childs

386 E Crimson Cir Apt 11 , Salt Lake City, UT 84115

March 28, 2010    1:58 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Christie Childs
386 E Crimson Cir Apt 11
Salt Lake City, UT 84115

BLM_0102864

202-429-3945

# Kelly Cleveland

4775 Argonne St , Denver, CO 80249

March 28, 2010     1:56 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kelly Cleveland
4775 Argonne St
Denver, CO 80249

BLM_0102865

202-429-3945

## Deneen Griffin

782 Lafayette Blvd. , Sheffield Lake, OH 44054

March 28, 2010    1:55 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deneen Griffin
782 Lafayette Blvd.
Sheffield Lake, OH 44054

BLM_0102866

202-429-3945

# Jonathan Wilsnack

2903 Walnut Street , Grand Forks, ND 58201

March 28, 2010    1:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jonathan Wilsnack
2903 Walnut Street
Grand Forks, ND 58201

BLM_0102867

202-429-3945

**janice zinn**

401 peach st. , venice, FL 34285

March 28, 2010    1:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

janice zinn
401 peach st.
venice, FL 34285

BLM_0102868

202-429-3945

# Geralyn Leccese

502 Trolley Line Rd , Babylon, NY 11702

March 28, 2010    1:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Geralyn Leccese
502 Trolley Line Rd
Babylon, NY 11702

BLM_0102869

202-429-3945

# Marie Bruckmann

78 Ogana Ct , Brevard, NC 28712

March 28, 2010    1:49 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marie Bruckmann
78 Ogana Ct
Brevard, NC 28712

BLM_0102870

202-429-3945

## patty brey

7095 hollywood blvd. #374 , los angeles, CA 90028

March 28, 2010    1:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

patty brey
7095 hollywood blvd. #374
los angeles, CA 90028

202-429-3945

# Andrea Igl

PO Box , Rogue River, OR 97537

March 28, 2010    1:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Andrea Igl
PO Box
Rogue River, OR 97537

BLM_0102872

202-429-3945

# Margaret Goodnough

6644 Upton Ave S , Mpls, MN 55423

March 28, 2010    1:40 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Margaret Goodnough
6644 Upton Ave S
Mpls, MN 55423

BLM_0102873

202-429-3945

# Lois Stevens

6181 Mitchell Road , Petoskey, MI 49770

March 28, 2010     1:40 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lois Stevens
6181 Mitchell Road
Petoskey, MI 49770

BLM_0102874

202-429-3945

## Sharon Ewton

1245 Cypress Dr. , Vista, CA 92084

March 28, 2010    1:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sharon Ewton
1245 Cypress Dr.
Vista, CA 92084

BLM_0102875

202-429-3945

# Leslie Millar

223 W. Railroad , Missoula, MT 59802

March 28, 2010    1:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leslie Millar
223 W. Railroad
Missoula, MT 59802

BLM_0102876

202-429-3945

# Keli Myers

5386 hwy 5 , Catawba, SC 29704

March 28, 2010    1:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Keli Myers
5386 hwy 5
Catawba, SC 29704

BLM_0102877

202-429-3945

## Jill Roseen-Czaplicki

18939 NE 20th Ct , Redmond, WA 980526066

March 28, 2010    1:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jill Roseen-Czaplicki
18939 NE 20th Ct
Redmond, WA 98052-6066

BLM_0102878

202-429-3945

# Heather Hundt

P.O. Box 502 , Riverdale, ND 58565

March 28, 2010    1:26 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Heather Hundt
P.O. Box 502
Riverdale, ND 58565

BLM_0102879

202-429-3945

## Michael McDowell

516 West Third Street , Bloomington, IN 47404

March 28, 2010    1:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael McDowell
516 West Third Street
Bloomington, IN 47404

202-429-3945

## Lori Green

15 Summit Ave. , Somerville, MA 02143

March 28, 2010    1:17 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lori Green
15 Summit Ave.
Somerville, MA 02143

BLM_0102881

202-429-3945

# Mary McMahon

1750 Quarry Rd. , Yardley, PA 19067

March 28, 2010     1:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary McMahon
1750 Quarry Rd.
Yardley, PA 19067

BLM_0102882

202-429-3945

# Barbara Scholl

727 East Fifth , Lancaster, OH 43130

March 28, 2010    1:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Barbara Scholl
727 East Fifth
Lancaster, OH 43130

BLM_0102883

202-429-3945

## yvonne gragata

3176 n. los coyotes diag. , long   beach, CA 90808

March 28, 2010    1:10 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

yvonne gragata
3176 n. los coyotes diag.
long   beach, CA 90808

BLM_0102884

202-429-3945

## Joseph Hayes

185 Rainbow Drive , Grand Junction, CO 81503

March 28, 2010    1:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joseph Hayes
185 Rainbow Drive
Grand Junction, CO 81503

BLM_0102885

202-429-3945

# Janet Holstine

10466 Tomkinson Drive , Scotts, MI 49088

March 28, 2010    12:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janet Holstine
10466 Tomkinson Drive
Scotts, MI 49088

BLM_0102886

202-429-3945

# Michael Locklear

474 D St. , Salt Lake City, UT 84103

March 28, 2010     12:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Locklear
474 D St.
Salt Lake City, UT 84103

BLM_0102887

202-429-3945

## Pat Johnson

PO Box 641 , carrboro, NC 27510

March 28, 2010     12:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Pat Johnson
PO Box 641
carrboro, NC 27510

BLM_0102888

202-429-3945

## Adda Lamon

245 Dagger St. , Gwinn, MI 49841

March 28, 2010     12:56 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Adda Lamon
245 Dagger St.
Gwinn, MI 49841

BLM_0102889

202-429-3945

# Wyman Whipple

1427 Knox HWY 12 , Dahinda, IL 61428

March 28, 2010     12:55 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Wyman Whipple
1427 Knox HWY 12
Dahinda, IL 61428

BLM_0102890

202-429-3945

## Brittany Allison

22 Laverock ST. , Tottenham,   L0G 1W0 Canada

March 28, 2010    12:53 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brittany Allison
22 Laverock ST.
Tottenham L0G 1W0

BLM_0102891

202-429-3945

# Lawrence Israel

3929 Fairly Rd , Santa Fe, NM 87507

March 28, 2010     12:51 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lawrence Israel
3929 Fairly Rd
Santa Fe, NM 87507

BLM_0102892

202-429-3945

# Amy Delaney

433 East 83rd st , New York, NY 10028

March 28, 2010    12:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Amy Delaney
433 East 83rd st
New York, NY 10028

202-429-3945

# Amy Madwed

3200 Park Ave , Bridgeport, CT 06604

March 28, 2010      12:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Amy Madwed
3200 Park Ave
Bridgeport, CT 06604

BLM_0102894

202-429-3945

# Francine Koehler

104 Clinkscales Rd. , Columbia, MO 65203

March 28, 2010     12:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Francine Koehler
104 Clinkscales Rd.
Columbia, MO 65203

BLM_0102895

202-429-3945

## Donna Sharp

26110 Bud Ln. , Veneta, OR 97487

March 28, 2010     12:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Donna Sharp
26110 Bud Ln.
Veneta, OR 97487

BLM_0102896

202-429-3945

# Dianne Wilson

893 Turner Road , Lynchburg, OH 45142

March 28, 2010     12:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dianne Wilson
893 Turner Road
Lynchburg, OH 45142

BLM_0102897

202-429-3945

## Marilyn Alcorn

43 Table Butte Rd , Silver City, NM 88061

March 28, 2010    12:41 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marilyn Alcorn
43 Table Butte Rd
Silver City, NM 88061

202-429-3945

# Roger Smith

1628 Fairway Drive , Belmont, CA 94002

March 28, 2010    12:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Roger Smith
1628 Fairway Drive
Belmont, CA 94002

BLM_0102899

202-429-3945

# Shari Zaloski

697 Ferguson Rd. , Holliday, TX 76366

March 28, 2010    12:37 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Shari Zaloski
697 Ferguson Rd.
Holliday, TX 76366

202-429-3945

# Kevin O'Rourke

1822 State Route 69 , Camden, NY 13316

March 28, 2010     12:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kevin O'Rourke
1822 State Route 69
Camden, NY 13316

BLM_0102901

202-429-3945

# Dorothy Wolking

1960 Charlton St. , West St. Paul, MN 55118

March 28, 2010     12:26 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Dorothy Wolking
1960 Charlton St.
West St. Paul, MN 55118

202-429-3945

## Genie Uebelacker

14867 SE 131st Drive , Clackamas, OR 970159236

March 28, 2010     12:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Genie Uebelacker
14867 SE 131st Drive
Clackamas, OR 97015-9236

BLM_0102903

202-429-3945

# Rhoda Rostky

1 Town House Place , Great Neck, NY 11021

March 28, 2010    12:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rhoda Rostky
1 Town House Place
Great Neck, NY 11021

BLM_0102904

202-429-3945

# nancy kessler

914 w. clark st. , livingston, MT 59047

March 28, 2010     12:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

nancy kessler
914 w. clark st.
livingston, MT 59047

BLM_0102905

202-429-3945

## Jeffery Garcia

PO Box 1166 , Mendocino, CA 95460

March 24, 2010   2:58 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The resource area is home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jeffery Garcia
PO Box 1166
Mendocino, CA 95460

202-429-3945
## Vivianne Mosca-Clark

3565 East Fork Rd. , Williams, OR 97544

March 24, 2010  2:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

We need land that does not have human greed involved.  Big business already has more then enough land to 'harvest' their products.   We also have millions of roads to drive on.  The thrills of driving on wild land, needs to be curbed.  For a small amount of time of thrill driving, we lose lots of life in the forest, desert, and ocean land.
There needs to be land that we can't just destroy for our personal pleasure.

Sincerely,

Vivianne Mosca-Clark
3565 East Fork Rd.
Williams, OR 97544

BLM_0102907

202-429-3945

# Thomasin Kellermann

76 Union Street , Bristol, RI 02809

March 24, 2010   2:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

I PERSONALLY BELIEVE THAT ANY MESSING WITH THESE SENSITIVE WILDLANDS IS NOT ACCEPTABLE!  LEAVE SOME LAND WILD AND FREE!

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Thomasin Kellermann
76 Union Street
Bristol, RI 02809

202-429-3945

# doug woodzy

po box 32 , fox island, WA 98333

March 24, 2010   2:52 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Please help ensure a complete and healthy ecosystem for our children and grandchildren!
The Woodzy Family

Sincerely,

doug woodzy
po box 32
fox island, WA 98333

202-429-3945

# Kenneth King

633 Terrace Avenue , Half Moon Bay, CA 94019

March 24, 2010  2:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Uncompahgre RMP Revision: adequately protect resources, please!

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kenneth King
633 Terrace Avenue
Half Moon Bay, CA 94019

BLM_0102910

202-429-3945

## Michael Hill

5719-C Harpers Farm Road , Columbia, MD 21044

March 24, 2010   2:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thanks for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive un-roaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Hill
5719-C Harpers Farm Road
Columbia, MD 21044

BLM_0102911

202-429-3945

# John Sisson

1410 Vine St., #6 , Denver, CO 80206

March 24, 2010   2:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate MINIMAL zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Sisson
1410 Vine St., #6
Denver, CO 80206

BLM_0102912

202-429-3945

# Arlene Ruksza-Lenz

7911 W Cortland St , Elmwood Park, IL 60707

March 24, 2010   2:49 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.
The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource PROTECTION in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that PLANNING is done at a landscape level, accounting for IMPACTS of all uses.
Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.
Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones.
Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that MINIMIZES DAMAGE to unique natural features, essential wildlife habitat, and other sensitive areas.
The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Arlene Ruksza-Lenz
7911 W Cortland St
Elmwood Park, IL 60707

BLM_0102913

202-429-3945

# Virginia Ogburn-Matthews

259 Harvest Moon Dr`, Georgetown, SC 29440

March 24, 2010   2:49 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat, free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Virginia Ogburn-Matthews
259 Harvest Moon Dr`
Georgetown, SC 29440

BLM_0102914

202-429-3945

# Scott Korman

20 Linford Rd. , Great Neck, NY 11021

March 24, 2010   2:48 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you very much for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Scott Korman
20 Linford Rd.
Great Neck, NY 11021

BLM_0102915

202-429-3945
# Barbara Eshbaugh

209 McKee Ave 209 McKee Ave, Oxford, OH 45056

March 24, 2010   2:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

These lands are our legacy to the next generations.  What is once developed can never be pristiine again.  Let's use some common sense, and act as Teddy Rosevelt would have hoped..or Stuart Udall.

Sincerely,

Barbara Eshbaugh
209 McKee Ave
209 McKee Ave
Oxford, OH 45056

BLM_0102916

202-429-3945

# John Benschoter

701 Hummingbird Ln , Ruston, LA 71270

March 24, 2010   2:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

As someone who has enjoyed the Uncompahgre, I thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

John Benschoter
701 Hummingbird Ln
Ruston, LA 71270

BLM_0102917

202-429-3945

# Chris Frost

20 Village Park Ct , Scotch Plains, NJ 07076

March 24, 2010   2:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Chris Frost
20 Village Park Ct
Scotch Plains, NJ 07076

202-429-3945

# Linda Gray

P.O. Box 1814 , Sedona, AZ 86339

March 24, 2010   2:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.
I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Linda Gray
P.O. Box 1814
Sedona, AZ 86339

BLM_0102919

202-429-3945

# Jim Kraus

202 High Country Road , Bozeman, MT 59718

March 24, 2010   2:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jim Kraus
202 High Country Road
Bozeman, MT 59718

202-429-3945

# Eileen Trainor

503 Picasso Drive , San Marcos, TX 78666

March 24, 2010  2:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

I encourage BLM to emphasize resource protection in this RMP, providing extensive roadless areas where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

I believe wilderness lands should be closed to motorized use and development. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Oil and gas development should not be allowed under the RMP, due to the degradation of the natural environment such development leaves behind.

The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

What shall we drink when the water is polluted with heavy metals and other toxic substances? What shall we breathe when the air is choked with pollution and particulates?  Where will we go to escape the stress and darkness of our urban areas if no wild places remain?

God guide your decision as a steward of this Earth and its inhabitants.

Sincerely,

Eileen Trainor
503 Picasso Drive
San Marcos, TX 78666

BLM_0102921

202-429-3945

# Don Margeson

439 Tennessee Ave. NE , St. Petersburg, FL 33702

March 24, 2010   2:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Don Margeson
439 Tennessee Ave. NE
St. Petersburg, FL 33702

BLM_0102922

202-429-3945

**Marie Snavely**

445 South Cedar Street , Lititz, PA 17543

March 24, 2010   2:41 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

I have been to this area and it is an incredibly beautiful place.  Please rise to the occasion and save it for the American People, our children and grandchildren.

Thank you for considering my comments

Sincerely,

Marie Snavely
445 South Cedar Street
Lititz, PA 17543

202-429-3945

# Francine Meinelschmidt

7921-D Greenway Blvd. , Miramar, FL 33023

March 24, 2010   2:41 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on other mining to protect our land, air and water.

Sincerely,

Francine Meinelschmidt
7921-D Greenway Blvd.
Miramar, FL 33023

BLM_0102924

202-429-3945

## Anna Szaszorowska

u. Nenckiego 116 , Wroclaw, YT 52223 Canada

March 24, 2010   2:41 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely Anna Szaszorowska Poland

Sincerely,

Anna Szaszorowska
u. Nenckiego 116
Wroclaw, YT 52223

BLM_0102925

202-429-3945

# David Davidson

117 Elm Spring , San Antonio, TX 78231

March 24, 2010  2:41 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I am taking this opportunity to comment on the Uncompahgre RMP revision. This area encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I spend the summer months in this area and know first hand of its beauty and resources and the problems caused by off-road vehicles and over grazing.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas and viewsheds, where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete the comprehensive travel management plan, already started, as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should limit renewable energy projects to very specific zones designated for that purpose, and not any others. Oil and gas development allowed under the RMP should be carefully constrained and monitored, subject to phased development that minimizes damage to natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

David Davidson
117 Elm Spring
San Antonio, TX 78231

BLM_0102926

202-429-3945

# Mary Lechtenberger

45320 Sandy Hill Lane , Avoca, IA 51521-2030

March 24, 2010   2:40 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

 Please tell me that you did learn from history. Remember the silver and gold mining in the past and what it did to the water ways with arsenic contamination.

Sincerely,

Mary Lechtenberger
45320 Sandy Hill Lane
Avoca, IA 51521-2030

202-429-3945

# Mary Biddle

108 Barley Place , Wake Forest, NC 27587

March 24, 2010   2:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

Please help preserve our wilderness for our children!  Thank you for your consideration.

Sincerely,

Mary Biddle
108 Barley Place
Wake Forest, NC 27587

202-429-3945

# Jeff Bremer

3320 Chimney Rock Ln , Nacogdoches, TX 75965

March 24, 2010   2:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Protect Uncompahgre--RMP Revision

Dear Mr. Krickbaum:

Though I currently live in Texas, I have spent at least one month every summer since 2000 in southwest Colorado.  Some of my finest outdoor memories come from hiking, camping and fishing in the region near and around the Dolores River.  I urge you to increase protections for this vital region.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jeff Bremer
3320 Chimney Rock Ln
Nacogdoches, TX 75965

BLM_0102929

202-429-3945

# Todd Steele

10211 Chambord Knoll , Fort Wayne, IN 46835

March 24, 2010   2:37 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, back-country recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Todd Steele
10211 Chambord Knoll
Fort Wayne, IN 46835

BLM_0102930

202-429-3945

# Georgia Weatherhead

7442 Spring Village Dr , Springfield, VA 22150

March 24, 2010   2:37 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

There are fewer and fewer wilderness areas left in the world.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Georgia Weatherhead
7442 Spring Village Dr
Springfield, VA 22150

BLM_0102931

202-429-3945

# Mary Reed

962 Darrow Rd , Duanesburg, NY 12056

March 24, 2010   2:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

As someone who vacations in Colorado, I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water for now and future generations.

Sincerely,

Mary Reed
962 Darrow Rd
Duanesburg, NY 12056

BLM_0102932

202-429-3945

# Derek Gendvil

9030 W. Sahara Ave. #360 , Las Vegas, NV 89117

March 24, 2010   2:35 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you for your help.

Sincerely,

Derek Gendvil
9030 W. Sahara Ave. #360
Las Vegas, NV 89117

BLM_0102933

202-429-3945

# Peter Weckesser

904 Snowy Plain Rd , Fort Collins, CO 80525

March 24, 2010   2:35 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

As active active outdoors enthusiast - by active I mean getting out there with my own two feet, across Colorado's natural areas, I encourage the BLM to emphasize resource protection in this Resource Management Plan.

I prefer extensive unroaded areas where quiet-use recreationists like myself can experience solitude and natural soundscapes and viewsheds.

There is nothing worse than hiking along and having to deal with off-road vehicles, the ilk they contain, and the noise and destruction they cause.

Keep it wild!

Sincerely,

Peter Weckesser
904 Snowy Plain Rd
Fort Collins, CO 80525

BLM_0102934

202-429-3945

# Elizabeth Cabell

4271 E. Links Pky. , Centennial, CO 80122

March 24, 2010   2:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I appreciate the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural sounds and views, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Elizabeth Cabell
4271 E. Links Pky.
Centennial, CO 80122

BLM_0102935

202-429-3945

# James Kimble

3221 Cliff Road , Birmingham, AL 35205

March 24, 2010   2:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

The Uncompahgre RMP revision should, in my opinion, include:
1.  Limitation on off-road vehicles as much as possible, keeping them in areas where they do the least damage.
2.  Emphasize roadless areas.
3.  Limit resource extraction.
4.  Allow renewable energy activities but within boundaries.

Thanks,

Jim Kimble

Sincerely,

James Kimble
3221 Cliff Road
Birmingham, AL 35205

202-429-3945

# M'Lou Christ

900 SE 13th , Portland, OR 97214

March 24, 2010  2:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Protect Uncompahgre for Future Viability

Dear Mr. Krickbaum:

This is your chance to protect some of Colorado's best wilderness-quality lands for all time.  The rivers, the quiet, the critters all are deserving of he Uncompahgre Field Office's attention as prime resource for recreation & habitat for wildlife.

As part of resource protection in this RMP, extensive unroaded areas must be salvaged for quiet-use recreationists and wildlife, ie, it must not be opened for off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

M'Lou Christ
900 SE 13th
Portland, OR 97214

202-429-3945

# Judy W. Soffler

8 Termakay Drive , New City, NY 10956-6434

March 24, 2010  2:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air, and water.

Sincerely,

Judy W. Soffler
8 Termakay Drive
New City, NY 10956-6434

202-429-3945

# Vu Nguyen

4801 Greywood Drive , Charlotte, NC 28212

March 24, 2010   2:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Please protect, conserve and revive the environment, biodiversity, and humanity common habitat. We thank you.

Sincerely,

Vu Nguyen
4801 Greywood Drive
Charlotte, NC 28212

BLM_0102939

202-429-3945
## Yvonne Martin

5 Odd Bits Lane , Asheville, NC 28806

March 24, 2010   2:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

PLEASE,  do your best to protect and preserve these wild and pristine areas for us, our children and future generations, not to mention the wildlife that call it "home".

Thank you!

Sincerely,

Yvonne Martin
5 Odd Bits Lane
Asheville, NC 28806

BLM_0102940

202-429-3945

# M Lind

POB1063 , Vanc, WA 98666

March 24, 2010   2:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Please keep our wilderness (or near wilderness) natural.  NO development, please.

Sincerely,

M Lind
POB1063
Vanc, WA 98666

BLM_0102941

202-429-3945

# B Stickney

162 County Road 215 , Woodville, AL 35776

March 24, 2010   2:29 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large, intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive areas without roads where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM needs to complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the additional benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

B Stickney
162 County Road 215
Woodville, AL 35776

BLM_0102942

202-429-3945

# Oscar Balaguer

10917 Vallejo Way , Sacramento, CA 95818

March 24, 2010  2:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Uncompahgre RMP Revision:  Comment

Dear Mr. Krickbaum:

Thank you for updating the Uncompahgre Plateau RMP and for the opportunity to comment. The Uncompahgre includes high-quality wild-lands, pristine rivers, wilderness-level  recreation opportunities, and large,  tracts of un-fragmented wildlife habitat.  It represents the best of the ever-diminishing wild west.

Please conduct a comprehensive, landscape-level analysis of potential Bureau-permitted activities on the Plateau;  forever protect  irreplaceable, high-quality, terrestrial, riparian, and aquatic habitat; and preserve  existing opportunities for low-impact, wilderness-quality recreation.

Please identify all wilderness-quality lands and potential wild-and-scenic river corridors; and close these areas to activities which could compromise their status.

I expect that, consistent with the above, the Bureau may identify areas within the the Plateau that are suitable for energy and mineral development.  Any such development should be limited to those areas, and the RMP should identify state-of-the-art regulatory requirements to ensure minimal direct and indirect adverse impacts  to land, air, and water media.

Thank you very much for considering these comments and for your conscientious stewardship of some of America's finest lands.

Sincerely,

Oscar Balaguer
10917 Vallejo Way
Sacramento, CA 95818

202-429-3945

# Bradford Castalia

712 N. Seventh Ave. , Tucson, AZ 85705

March 24, 2010   2:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

Emphasize resource protection in this RMP, by, for example, making provision for extensive unroaded areas. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Please remember that economic cost-benefit analysis is not the most important measure of value.

Sincerely,

Bradford Castalia
712 N. Seventh Ave.
Tucson, AZ 85705

BLM_0102944

202-429-3945

# Philip Tomlinson

54 High Street Apt 402, Greenfield, MA 01301

March 24, 2010   2:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most prized wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. I encourage the BLM to complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Please close lands with wilderness characteristics to motorized and mechanized use. In addition, close those lands, as well as potential wild and scenic river corridors, to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

Designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Carefully constrain any oil and gas development allowed under the RMP, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. I urge the BLM to formulate the RMP to impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Philip Tomlinson
54 High Street
Apt 402
Greenfield, MA 01301

202-429-3945

# Beverley Tierney

2407 Jefferson , Carlsbad, CA 92008

March 24, 2010   2:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

I want MORE quiet wild lands, NOT less, and NO mining of any kind. This land belongs to WE the PEOPLE, NOT greedy developers, who rape our lands for their own greedy PROFIT!

Sincerely,

Beverley Tierney
2407 Jefferson
Carlsbad, CA 92008

BLM_0102946

202-429-3945

# Tim Rice

3860 Pheasent Ridge Drive , Blaine, MN 55449

March 24, 2010   2:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Having grown up in Colorado, I would like to thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Tim Rice
3860 Pheasent Ridge Drive
Blaine, MN 55449

BLM_0102947

202-429-3945

# SHARMAYNE BUSHER

9515 NE 80TH AVE , VANCOUVER, WA 986621881

March 24, 2010  2:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

SHARMAYNE BUSHER
9515 NE 80TH AVE
VANCOUVER, WA 98662-1881

202-429-3945

# Fay Payton

5902 298th Ave NE , Carnation, WA 98014

March 24, 2010   2:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject:  Resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Fay Payton
5902 298th Ave NE
Carnation, WA 98014

BLM_0102949

202-429-3945

## Rick Baraff

1208 Anza St , San Francisco, CA 94118

March 24, 2010   2:19 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones.

Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rick Baraff
1208 Anza St
San Francisco, CA 94118

202-429-3945

# Gene Ayres

19230 Forest Park Dr. NE G-222, Lake Forest Park, WA 98155

March 24, 2010   2:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Not just ours, but the world's unspoiled natural resources are vanishing by the minute, and short term exploitation for the profit of the few at the expense of the many as well as our increasingly precious and imperiled environment is unacceptable. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gene Ayres
19230 Forest Park Dr. NE
G-222
Lake Forest Park, WA 98155

202-429-3945

# Judith May

1329 5th Ave , San Francisco, CA 94122

March 24, 2010   2:17 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I look forward to applauding the BLM for taking a leadership role in environmental stewardship of our precious wild lands, specifically the Uncompahgre RMP.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Judith May
1329 5th Ave
San Francisco, CA 94122

BLM_0102952

202-429-3945

# julio wilches

3255 NE 184th St. , Aventura, FL 33160

March 24, 2010   2:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

julio wilches
3255 NE 184th St.
Aventura, FL 33160

BLM_0102953

202-429-3945

# Kiilani Ocean

88 Pine , Encinitas, CA 92024

March 24, 2010   2:14 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

We need the quiet wild places much more than we need any of the results of mining.

Sincerely,

Kiilani Ocean
88 Pine
Encinitas, CA 92024

BLM_0102954

202-429-3945

## Janet Bautista

6225 64th Ave W , University Pl, WA 98467

March 24, 2010  2:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I implore the BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development should not be allowed since it will only damage unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janet Bautista
6225 64th Ave W
University Pl, WA 98467

BLM_0102955

202-429-3945

# Wendy Ebersberger

153 Chapman Ln , Front Royal, VA 22630

March 24, 2010   2:10 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

This is to encourage BLM to emphasize resource protection in the Uncompahgre RMP revision, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you for this opportunity to comment on the Uncompahgre RMP revision.

Sincerely,

Wendy Ebersberger
153 Chapman Ln
Front Royal, VA 22630

BLM_0102956

202-429-3945

# Hubert Krah

52 Cass Street , Portsmouth, NH 03801

March 24, 2010   2:10 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP - ALL RMP's IN OUR BEAUTIFUL COUNTRY -  providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Hubert Krah
52 Cass Street
Portsmouth, NH 03801

BLM_0102957

202-429-3945

# ruth hardy

7757 anderson oaks drive , cincinnati, OH 45255

March 24, 2010   2:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Let's leave functioning ecosystems to the next generation,so burgeoning populations on earth may be supported.Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

ruth hardy
7757 anderson oaks drive
cincinnati, OH 45255

BLM_0102958

202-429-3945
## Dan and Mrs. Janet W. Blair

PO Box 330 306 S. College Street, Joseph, OR 97846

March 24, 2010   2:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

We are grateful for the opportunity to comment on the revision of the Uncompahgre Resource Management Plan.  The Uncompahgre contains some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation (our first love). And as you know, the resource area is also home to important and imperiled wildlife, such as the Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

We hope that the BLM will emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.  (We say this as owners of a Polaris Sportsman 500; we know there are places where such vehicles, as much fun as they are, are simply inappropriate and detrimental to wilderness and wildlife.)

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you for taking the time to read our concerns and recommendations.  We trust you will give them your most serious and thoughtful consideration.

Sincerely,

BLM_0102959

Dan and Mrs. Janet W. Blair
PO Box 330
306 S. College Street
Joseph, OR 97846

BLM_0102960

202-429-3945

# Anneke DeLuycker

5621 Liberty Creek Dr W , Indianapolis, IN 46254

March 24, 2010   2:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Anneke DeLuycker
5621 Liberty Creek Dr W
Indianapolis, IN 46254

202-429-3945

# Mary Ellen Kelley

939 York Street , San Francisco, CA 94110

March 24, 2010   2:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.

Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mary Ellen Kelley
939 York Street
San Francisco, CA 94110

BLM_0102962

202-429-3945

# Nike Stevens

15300 Horse Creek Rd , Bozeman, MT 59715

March 24, 2010   2:07 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Protect natural resources in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

We love and have enjoyed many spectacular hikes in the Uncompahgre.  The Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. It also provides home for sensitive and threatened wildlife including Gunnison sage grouse, that need big areas free of development.

I urge you to  protect the unique and irreplaceable wild land resource.  We treasure the solitude, quiet and beauty and the rich wildlife

I urge you to write a travel management plan as part of the RMP that ensures that planning accounts for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Nike Stevens
15300 Horse Creek Rd
Bozeman, MT 59715

BLM_0102963

202-429-3945

# Emily Lancaster

95 Renfield St. , Guelph, ON N1E 4A5 Canada

March 24, 2010   2:06 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

This issue is very important to me!

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Emily Lancaster
95 Renfield St.
Guelph, ON N1E 4A5

BLM_0102964

202-429-3945

# F Hammer

1490 Chestnut St , San Francisco, CA 94123

March 24, 2010  2:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

BLM should emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

F Hammer
1490 Chestnut St
San Francisco, CA 94123

BLM_0102965

202-429-3945

## Joel Meier

100 Park Ave W Apt 1508 , Denver, CO 80205

March 24, 2010   2:04 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Need resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I wish to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joel Meier
100 Park Ave W Apt 1508
Denver, CO 80205

BLM_0102966

202-429-3945

# Harry Freiberg

610 Mardon Ct , Brookings, OR 97415

March 24, 2010   2:04 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

I urge BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

As part of the RMP BLM should complete a comprehensive travel management plan to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. These lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas.

The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Harry Freiberg
610 Mardon Ct
Brookings, OR 97415

BLM_0102967

202-429-3945

# Fritz Milas

3435 Olive Ave , Long Beach, CA 90807

March 24, 2010   2:03 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Meeting our energy needs is important, preserving and maintaining our environment is crucial. Every effort must be made to keep our lands as clean and habitable as possible.  There are no other options.

Sincerely,

Fritz Milas
3435 Olive Ave
Long Beach, CA 90807

BLM_0102968

202-429-3945

## Deborah Weinischke

POB 602 , Floyd, VA 24091

March 24, 2010   2:02 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I appreciate the chance to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most treasured wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Deborah Weinischke
POB 602
Floyd, VA 24091

BLM_0102969

202-429-3945

# Shari Harris

11512 28th Ave. NE , Seattle, WA 98125

March 24, 2010   2:02 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Protect the Wild Places, Wildlife and Wild Rivers!

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Shari Harris
11512 28th Ave. NE
Seattle, WA 98125

BLM_0102970

202-429-3945

# Kevin Peer

P.O. Box 153 , Whitethorn, CA 95589

March 24, 2010   2:01 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Focus on resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kevin Peer
P.O. Box 153
Whitethorn, CA 95589

BLM_0102971

202-429-3945
## Julie Penny

3662 Noyac rd , Sag Harbor, NY 11963

March 24, 2010   2:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Having explored this area one summer with my husband, Larry, and delighted in its beauty, we consider it a treasure. My husband is a biologist, botonist, birder, a naturalist who has written a nature column for "The East Hampton Star" since the early 1980's. Though mostly of the local flora and fauna, his column includes our forays to the other places we've visited over the years.

That said, thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Penny
3662 Noyac rd
Sag Harbor, NY 11963

BLM_0102972

202-429-3945
# Brian Gingras

52 Bradford Commons Lane , Braintree, MA 02184

March 24, 2010   2:00 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

So little of The West is still in the state when Lewis and Clark and the other explorers journeyed the frontier. We must preserve what littel is left of our natural and national heritage for the enjoyment and benefit of our children, grandchildren and all future generations of Americans. I t is ours and their link with our history.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brian Gingras
52 Bradford Commons Lane
Braintree, MA 02184

BLM_0102973

202-429-3945

## Laurel Cohen

1932 Old Colony Lane , Maitland, FL 32751

March 24, 2010   1:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thanks for your time in considering my comments.

Sincerely,

Laurel Cohen
1932 Old Colony Lane
Maitland, FL 32751

BLM_0102974

**J. Capozzelli**

202-429-3945

315 W. 90 St. , New York, NY 10024

March 24, 2010   1:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please Emphasize Resource Protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I urge the BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

The BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

The BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

The Dolores River Basin of southwest Colorado represents some of the most colorful and spectacular wild lands in the state. Geological formations millions of years in the making, healthy river systems and unspoilt desert all provide a pristine environment for wildlife, including the endangered peregrine falcon, mountain lions and river otters.

Much of this land has been identified by Colorado conservationists as prime lands for Wilderness protection. These lands are prized for their outstanding natural values and recreation opportunities by people across the nation. Please help us keep these lands wild and free.

Thank you for your help to ensure that the long-term management plan for the Uncompahgre Plateau of southwest Colorado includes strong provisions for the protection of wild places, wildlife habitat, and wild rivers.


Sincerely,

J. Capozzelli
315 W. 90 St.
New York, NY 10024

202-429-3945

# Paula Bourgeois

108 Cedar Trail , Woodland Park, CO 80863

March 24, 2010   1:59 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure. It is imperative we protect and conserve our widlerness, rivers, and all resouce areas home to Colorado's wild life.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paula Bourgeois
108 Cedar Trail
Woodland Park, CO 80863

BLM_0102977

202-429-3945

# Bonnie MacRaith

2592 Maple Ln.A , Arcata, CA 95521

March 24, 2010   1:58 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Please manage the Uncompahgre Plateau with strong provisions for the protection of wild places, wildlife habitat and wild rivers!

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Bonnie MacRaith
2592 Maple Ln.A
Arcata, CA 95521

202-429-3945

# Julie Luepke

4612 Palm Av , Des Moines, IA 50310

March 24, 2010   1:58 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, like Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Julie Luepke
4612 Palm Av
Des Moines, IA 50310

202-429-3945

# Erik Jacobson

407 S. Polk St. #2 , Moscow, ID 83843

March 24, 2010   1:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Erik Jacobson
407 S. Polk St. #2
Moscow, ID 83843

BLM_0102980

202-429-3945

# JOHN B. MORGEN

44325 CAMINO LAVANDA , LA QUINTA, CA 92253

March 24, 2010   1:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I profoundly encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM must designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP must impose strict limits on uranium and other mining to protect our land, air and water. Thank you.

Sincerely,

JOHN B. MORGEN
44325 CAMINO LAVANDA
LA QUINTA, CA 92253

202-429-3945

## Richard Sassaman

9 Strawberry Hill , Bar Harbor, ME 04609

March 24, 2010   1:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I encourage BLM to emphasize resource protection in the Uncompahgre RMP revision, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Richard Sassaman
9 Strawberry Hill
Bar Harbor, ME 04609

BLM_0102982

202-429-3945

# Warren Icke

12350 E Roger Road , Tucson, AZ 85749

March 24, 2010   1:57 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. I have been a citizen of near-by Telluride, Colorado for 20 years, and am very familiar with the Dolores Valley.  Without a doubt, the Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Warren Icke
12350 E Roger Road
Tucson, AZ 85749

BLM_0102983

202-429-3945

## Allen Janis

425 Garden City  Dr. , Monroeville, PA 151461258

March 24, 2010   1:55 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Plateau encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Allen Janis
425 Garden City  Dr.
Monroeville, PA 15146-1258

202-429-3945

# LC Sokolowski

3282 Scott Rd , Marion, IA 52302

March 24, 2010   1:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.

Sincerely,

LC Sokolowski
3282 Scott Rd
Marion, IA 52302

202-429-3945

# Leslie Smith

688 Tumbleweed Cir , Incline Village, NV 89451

March 24, 2010   1:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: In our diminishing wilderness this must be saved

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure. I grew up in Colorado and this is one of the most beautiful and wild places there.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Leslie Smith
688 Tumbleweed Cir
Incline Village, NV 89451

202-429-3945

# Alexis Morris

1384 11th Avenue , San Francisco, CA 94122

March 24, 2010   1:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I STRONGLY encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Alexis Morris
1384 11th Avenue
San Francisco, CA 94122

BLM_0102987

202-429-3945
# Don McQuinn

17244 Sylvester Rd SW , Seattle, WA 98166

March 24, 2010   1:54 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Two years ago I was constantly assured that the Bush administration was responsible for the degradation of our national environmental heritage. The Obama administration would reverse that.

Here's a chance to prove something.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Don McQuinn
17244 Sylvester Rd SW
Seattle, WA 98166

202-429-3945

## Jim Cronin

P.O Box 9544 , Spokane, WA 99209

March 24, 2010   1:52 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jim Cronin
P.O Box 9544
Spokane, WA 99209

BLM_0102989

202-429-3945

# Max Kaehn

234 N Murphy Ave. , Sunnyvale, CA 940865048

March 24, 2010   1:52 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Max Kaehn
234 N Murphy Ave.
Sunnyvale, CA 94086-5048

BLM_0102990

202-429-3945

## Saran Kirschbaum

1710 Bagley Ave , Los Angeles, CA 90035

March 24, 2010   1:50 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. This is the 21st century, there is no more west to run to, and whatever can be done to protect what is left, will be a plus for all life on this planet, including us.

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Saran Kirschbaum
1710 Bagley Ave
Los Angeles, CA 90035

202-429-3945

# Frances Greenlee

63215 O.B. Riley Rd. , Bend, OR 97701

March 24, 2010   1:48 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Protect Uniqueness of the Unconpahgre

Dear Mr. Krickbaum:

I can't tell you how important it is to me and to the wildlife to protect this unique area.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Frances Greenlee
63215 O.B. Riley Rd.
Bend, OR 97701

BLM_0102992

202-429-3945

# Daniel Gartner

4910 Canvasback Dr. , Columbia, MD 21045

March 24, 2010   1:47 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

I ask the BLM to give first priority to resource protection in this RMP, to provide extensive unroaded areas where quiet-use recreationists can experience solitude, and to protect wildlife and wild rivers.  BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.

We need to save what little remains of America's wildlands for our grandchildren.

Sincerely,

Daniel Gartner
4910 Canvasback Dr.
Columbia, MD 21045

202-429-3945

## Michael Kavanaugh

2797 Clay St , San Francisco, CA 94115

March 24, 2010   1:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of my favorite wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael Kavanaugh
2797 Clay St
San Francisco, CA 94115

BLM_0102994

202-429-3945

# Karen Turnbull

3606 Towhee Court , Punta Gorda, FL 33950

March 24, 2010   1:46 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is home to important and imperiled wildlife, such as Gunnison sage grouse, which rely on large intact tracts of habitat free from roads and other infrastructure.

Please, I encourage BLM to emphasize resource protection in this RMP.  Please provide extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.  Please complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.  Please close lands with wilderness characteristics to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, need to be closed to all forms of energy development and transmission. Protecting these lands is critical, to protect wildlife habitat andultural resources, and to mitigate the impacts of climate change.

Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you.

Sincerely,

Karen Turnbull
3606 Towhee Court
Punta Gorda, FL 33950

BLM_0102995

202-429-3945
# Marjorie Kemp

2021 Cooper Way , Round Rock, TX 78681

March 24, 2010   1:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I thoroughly believe in keeping all  destructive activities Outside the wild areas.  The Uncompahgre Plateau is much too beautiful and full of wildlife to be ruined to the point where people cannot go for peaceful enjoyment of what God has given us.  We must keep that something that our grandchildren's grandchildren can enjoy as well.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Marjorie Kemp
2021 Cooper Way
Round Rock, TX 78681

BLM_0102996

202-429-3945

## Phyllis Shaw

4234 Princeton Ave. , Greensboro, NC 27407

March 24, 2010   1:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, back-country recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat and cultural resources and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air, and water.

Sincerely,

Phyllis Shaw
4234 Princeton Ave.
Greensboro, NC 27407

BLM_0102997

202-429-3945

# Robert Luhn

955 Stannage Ave. , Albany, CA 94706

March 24, 2010   1:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I support this statement from the Wildnerness Society!

--Robert Luhn, Albany, CA

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Robert Luhn
955 Stannage Ave.
Albany, CA 94706

202-429-3945

# Catherine Carpenter

6 Newell Terrace , CAMBRIDGE, MA 02140

March 24, 2010   1:45 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The major thing to be considered in this revision, I believe, is the protection of wild lands in their entirety.  Much too much industrial exploitation of wilderness has already gone on. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Catherine Carpenter
6 Newell Terrace
CAMBRIDGE, MA 02140

BLM_0102999

202-429-3945

## Joe & Pepi Feinblatt

1174 No. Hudson Ave. , Pasadena, CA 91104

March 24, 2010   1:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

We encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Joe %pa_first_name% Pepi Feinblatt
1174 No. Hudson Ave.
Pasadena, CA 91104

202-429-3945
# Michael Cochran

18876 Road 27 , Dolores, CO 81323

March 24, 2010   1:44 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of my favorite wilderness-quality lands, wild rivers, and opportunities for quiet backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping provide wildlife habitat, protecting cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air, and water.

The lands to be covered by this plan are lands that I do visit for recreational purposes because I am fortunate enough to live relatively close.  As such, I truly appreciate these lands' incredible scenic and recreational values--values that your new plan, as its highest priority, should protect. Thank you for considering these comments.

Sincerely,

Michael Cochran
18876 Road 27
Dolores, CO 81323

BLM_0103001

202-429-3945

## Susan Williamson

47 Taormina Lane , Ojai, CA 93023

March 24, 2010   1:43 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject:  Resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I would like to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Susan Williamson
47 Taormina Lane
Ojai, CA 93023

BLM_0103002

202-429-3945

## Frank Boggio

16090 Null Rd. , Three Rivers, MI 49093

March 24, 2010   1:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

PLEASE!!! Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Frank Boggio
16090 Null Rd.
Three Rivers, MI 49093

BLM_0103003

202-429-3945

# Yvonne Korshak

Yvonne Korshak , New York, NY 10028

March 24, 2010   1:42 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Uncompahgre RMP Revision - emphasize resources

Dear Mr. Krickbaum:

The Uncompahgre Field Office encompasses some of Colorado's most important wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation, and home to important and imperiled wildlife that need large intact tracts of habitat free from roads and other infrastructure.

I am writing to urge BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

Planning is essential a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, and potential wild and scenic river corridors should be closed to all forms of energy development and transmission. This has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Yvonne Korshak
Yvonne Korshak
New York, NY 10028

202-429-3945

## Wolfgang Golser

P.O. Box 42382 , Tucson, AZ 85733

March 24, 2010   1:40 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. It is greatly appreciated!

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

It is for the above-mentioned reasons that I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds. This is where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you for your consideration!

Sincerely,

Wolfgang Golser
P.O. Box 42382
Tucson, AZ 85733

BLM_0103005

202-429-3945

# Kathleen Doyle

607 Cascade Drive , Golden, CO 804031583

March 24, 2010   1:39 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize Uncompaghre resource protection in RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, providing opportunities for quiet, backcountry recreation. The area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kathleen Doyle
607 Cascade Drive
Golden, CO 80403-1583

202-429-3945

# K. J. Schroeder

725 West 12th Street , Tempe, AZ 85281

March 24, 2010   1:38 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize cultural and natural resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

K. J. Schroeder
725 West 12th Street
Tempe, AZ 85281

BLM_0103007

202-429-3945

## Charles Williams

2285 Oakway Terrace , Eugene, OR 974016457

March 24, 2010   1:36 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I write to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Charles Williams
2285 Oakway Terrace
Eugene, OR 97401-6457

202-429-3945

# Marie Wheatley

58335A Goener , St. Louis, MO 63116

March 24, 2010   1:34 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Plateau includes some of Colorado's best wilderness lands, wild rivers, and opportunities for quiet, backcountry recreation. It is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

Please provide extensive unroaded areas where quiet recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers will not be damaged by off-road vehicles or energy development. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands helps protect wildlife habitat, cultural resources, and helps stop the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank-you for your time.

Sincerely,

Marie Wheatley
58335A Goener
St. Louis, MO 63116

202-429-3945

# Lesley Jane Masuda

31 A North San Marcos Rd , Santa Barbara, CA 93111

March 24, 2010   1:34 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office oversees some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and at-risk wildlife, such as Gunnison sage grouse, that rely on sizeable areas of intact habitat, well away  from roads and other infrastructure.

I strongly encourage the BLM to emphasize resource protection in this RMP, providing widespread roadless areas where quiet-use recreationists can experience and enjoy the solitude and natural soundscapes and viewsheds in a place where wildlife and wild rivers can thrive unhindered by off-road vehicles or energy development. The BLM should complete a comprehensive travel management plan as part of the RMP to guarantee that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics must be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be off limits to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and, in the final analysis,  mitigating the impacts of climate change.

The BLM ought to designate zones for renewable energy development in the RMP, and limit renewable energy projects to only those zones. Any oil and gas development permitted under the RMP should be rigorously controlled, with phased development required to greatly reduce any possible harm  to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should also impose rigorous  limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lesley Jane Masuda
31 A North San Marcos Rd
Santa Barbara, CA 93111

202-429-3945

# David Alverson

21185 Bassett Avenue , Port Charlotte, FL 33952

March 24, 2010   1:34 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you for considering my views.

Sincerely,

David Alverson
21185 Bassett Avenue
Port Charlotte, FL 33952

BLM_0103011

202-429-3945

# Ann Thornlow

5900 Dehaven RD , Pleasant Garden, NC 273139267

March 24, 2010   1:33 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

Please emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

Designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Ann Thornlow
5900 Dehaven RD
Pleasant Garden, NC 27313-9267

202-429-3945

## Amy Shorner-Johnson

173 Spring Lake Drive , Athens, GA 30605

March 24, 2010   1:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you so much for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Amy Shorner-Johnson
173 Spring Lake Drive
Athens, GA 30605

202-429-3945

## Michael and Alyce Rieck

3966 Ardmore Av. , Cincinnati, OH 452291304

March 24, 2010   1:31 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

We encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Michael and Alyce Rieck
3966 Ardmore Av.
Cincinnati, OH 45229-1304

202-429-3945

# Clark Shimeall

3272 country Club Rd. , Borrego Springs, CA 920041022

March 24, 2010   1:30 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

I urge you to preserve this unique area for the future generations.  I personally, as a geologist, have spent much time in the Norwood, Dove Creek, Delores, and adjacent environs , all of which would be easily destroyed with the advent of commercialization.

Sincerely,

Clark Shimeall
3272 country Club Rd.
Borrego Springs, CA 92004-1022

BLM_0103015

202-429-3945

## ze daluz

3000 burgundy st , new orleans, LA 70117

March 24, 2010   1:30 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.
I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

ze daluz
3000 burgundy st
new orleans, LA 70117

202-429-3945

# Paul Mollenhauer

6718 Shiner St , Austin, TX 78729

March 24, 2010   1:30 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you.

Sincerely,

Paul Mollenhauer
6718 Shiner St
Austin, TX 78729

BLM_0103017

202-429-3945

# Michael Stock

13240 SW Brittany Drive , Tigard, OR 97223

March 24, 2010   1:28 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive roadless areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping to protect wildlife habitat and cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you for considering my views.

Sincerely,

Michael Stock
13240 SW Brittany Drive
Tigard, OR 97223

BLM_0103018

202-429-3945

# Jef Harvey

13145 S Old Glenn Hwy , Palmer, AK 99645

March 24, 2010   1:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

As a former resident of Colorado, & one who hopes to return to that fine state fairly soon, I thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jef Harvey
13145 S Old Glenn Hwy
Palmer, AK 99645

202-429-3945

# Renee Caputo

28 W 521 Purnell Road , West Chicago, IL 60185

March 24, 2010   1:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

Please designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas.

The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

American citizens and OUR public lands deserve nothing less.  Please insure the protection necessary for the highest good of this beautiful area!

Sincerely,

Renee Caputo
28 W 521 Purnell Road
West Chicago, IL 60185

BLM_0103020

202-429-3945

## Jed Brody

1133 Clairemont Ave Apt D , Decatur, GA 30030

March 24, 2010   1:27 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jed Brody
1133 Clairemont Ave Apt D
Decatur, GA 30030

BLM_0103021

202-429-3945

## Jeb P. Brown

509 University Avenue., Apt. 804 , Honolulu, HI 968265008

March 24, 2010   1:26 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I respectfully encourage BLM to emphasize "Vitally Important and Necessary" resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jeb P. Brown
509 University Avenue., Apt. 804
Honolulu, HI 96826-5008

BLM_0103022

202-429-3945

# Mark Sutherland

1168 Willow Glen Way , San jose, CA 951253349

March 24, 2010   1:25 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Colorado is truly one of the most beautiful states in the nation. So I would like to thank you for
the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office
encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and
opportunities for quiet, backcountry recreation. The resource area is also home to important and
imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free
from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded
areas where quiet-use recreationists can experience solitude and natural soundscapes and
viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or
energy development. BLM should complete a comprehensive travel management plan as part of
the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.
Lands with wilderness characteristics should be closed to motorized and mechanized use. Those
lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy
development and transmission. Protecting these lands has the added benefit of helping protect
wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit
renewable energy projects to those zones. Any oil and gas development allowed under the RMP
should be carefully constrained, subject to phased development that minimizes damage to unique
natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose
strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Mark Sutherland
1168 Willow Glen Way
San jose, CA 95125-3349

202-429-3945

## david gladstone

p. O. Box 803 , snohomish, WA 98291

March 24, 2010   1:24 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

My and I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

david gladstone
p. O. Box 803
snohomish, WA 98291

202-429-3945

# Beth Stanberry

PO Box 468 , Asheville, NC 28802

March 24, 2010   1:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Beth Stanberry
PO Box 468
Asheville, NC 28802

BLM_0103025

202-429-3945

## Paul Mooney

P.O. 2852 , Salt Lake City, UT 84110

March 24, 2010   1:23 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.
The BLM should adopt a policy of; the less mining, the better. Short of that,

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Paul Mooney
P.O. 2852
Salt Lake City, UT 84110

BLM_0103026

202-429-3945

# William Stone

112 Rock Spring Court , Carrboro, NC 27510

March 24, 2010   1:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

William Stone
112 Rock Spring Court
Carrboro, NC 27510

202-429-3945

# Steve Dickman

1404 Livingston Place , Vestal, NY 13850

March 24, 2010   1:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Recreation not development in the Uncompahgre Region

Dear Mr. Krickbaum:

The Uncompahgre Field Office encompasses some of Colorado's most wonderful wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you.

Sincerely,

Steve Dickman
1404 Livingston Place
Vestal, NY 13850

BLM_0103028

202-429-3945

## Jill Grundfest

1063 Co. Hwy. 25 , Richfield Springs, NY 13439

March 24, 2010   1:22 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Vital resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I would like to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you.

Sincerely,

Jill Grundfest
1063 Co. Hwy. 25
Richfield Springs, NY 13439

BLM_0103029

202-429-3945

# Danny Wouters

28 PO Box , Hay Springs, NE 69347

March 24, 2010   1:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please protect resources in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Danny Wouters
28 PO Box
Hay Springs, NE 69347

202-429-3945

# Marian McAleenan

11 Little Bear , Rockport, ME 04856

March 24, 2010   1:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

I am a part time resident and all of my close family live in Colorado, this makes it even more important to me to preserve all wildlife and land.
I agree with the above.  Thank you.

Sincerely,

Marian McAleenan
11 Little Bear
Rockport, ME 04856

202-429-3945

# Steven Lowen

19 Evelyn Street , Burlington, MA 01803

March 24, 2010   1:21 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I appreciate the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office includes some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage the BLM to emphasize resource protection in this RMP, providing extensive roadless areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

I urge the BLM to designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Steven Lowen
19 Evelyn Street
Burlington, MA 01803

BLM_0103032

202-429-3945

# Estela Moreno

6 Hillary Ct. , Chestnut Ridge, NY 10977

March 24, 2010   1:20 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: PLease keep resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Estela Moreno
6 Hillary Ct.
Chestnut Ridge, NY 10977

BLM_0103033

202-429-3945

# Joan S Weaver

22351 Mission Circle , Chatsworth, CA 91311

March 24, 2010   1:20 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: EMPHASIZE RESOURCE PROTECTION in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

BLM SHOULD DESIGNATE ZONES FOR RENEWABLE ENERGY DEVELOPMENT IN THE RMP, AND LIMIT RENEWABLE ENERGY PROJECTS TO THOSE ZONES ONLY!! Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should IMPOSE STRICT LIMITS ON URANIUM AND OTHER MINING TO PROTECT OUR LAND, AIR AND WATER!!

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

Sincerely,

Joan S Weaver
22351 Mission Circle
Chatsworth, CA 91311

202-429-3945

# Brent Jensen

4197 SE Hemlock St , Hillsboro, OR 97123

March 24, 2010   1:19 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

PLEASE, keep roadless areas roadless!

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Brent Jensen
4197 SE Hemlock St
Hillsboro, OR 97123

BLM_0103035

202-429-3945

# Carol Mueller

4435 Oxbow Place , Boise, ID 83713

March 24, 2010   1:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

As a former Coloradoan, I know this area and understand the jeopard it now faces. You have the opportunity to make all the difference on how we move ahead environmentally. Remaining secured, protected, and undeveloped is critical at this point in time.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Carol Mueller
4435 Oxbow Place
Boise, ID 83713

BLM_0103036

202-429-3945

## Steven Campbell

255 Egypt Road , Presque Isle, ME 047696945

March 24, 2010   1:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers. The resource area is home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

NO MORE DEVELOPMENT.  Too much is enough already.

Sincerely,

Steven Campbell
255 Egypt Road
Presque Isle, ME 04769-6945

BLM_0103037

202-429-3945

# Maryska Suda

4954 Winona , St. Louis, MO 63109

March 24, 2010   1:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure. I mean, aren't there enough loud and garish amusement parks, theme parks, and Disneyland-type attractions around already? Hands off our wild lands!

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Maryska Suda
4954 Winona
St. Louis, MO 63109

BLM_0103038

202-429-3945

# Kevin Armitage

26 Jeffrey Dr. , Oxford, OH 45056

March 24, 2010   1:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

I am a former resident of Crested Butte, CO, still spend my summers there, and am very
interested in local wildlands issues.

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-
quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area
is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on
large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded
areas where quiet-use recreationists can experience solitude and natural soundscapes and
viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or
energy development. BLM should complete a comprehensive travel management plan as part of
the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses.
Lands with wilderness characteristics should be closed to motorized and mechanized use. Those
lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy
development and transmission. Protecting these lands has the added benefit of helping protect
wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit
renewable energy projects to those zones. Any oil and gas development allowed under the RMP
should be carefully constrained, subject to phased development that minimizes damage to unique
natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose
strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Kevin Armitage
26 Jeffrey Dr.
Oxford, OH 45056

202-429-3945

# Janna Rapaport

PO Box 613 , Santa Fe, NM 87504

March 24, 2010   1:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I have been a resident of the Uncompagre region at various moments of my life totalling about 15 years in all.  This area is so beautiful and still retains a minimum of human impact.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Janna Rapaport
PO Box 613
Santa Fe, NM 87504

202-429-3945

# Gene McBride

484 W. 43rd St. , New York, NY 10036

March 24, 2010   1:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Preserve our wild life and forests, say no to environmental ruination because of economic greed.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Gene McBride
484 W. 43rd St.
New York, NY 10036

BLM_0103041

202-429-3945

# Elaine OMalley

6419 Lakeview Dr , Falls Church, VA 22041

March 24, 2010   1:18 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

The Uncompahgre resource area must be protected in the RMP as one of Colorado's most beloved wilderness-quality lands and home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

The RMP should provide extensive unpaved areas of quiet, where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use and energy development and transmission.

BLM should designate zones for renewable energy development and limit renewable energy projects to those zones.  Oil and gas development should be prohibited to prevent destruction to unique natural features, essential wildlife habitat, and other sensitive areas.

The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you.

Sincerely,

Elaine OMalley
6419 Lakeview Dr
Falls Church, VA 22041

202-429-3945

# Richard Ordonez

6700 S Brainard Ave Unit 205, Countryside, IL 605254671

March 24, 2010   1:17 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in

Dear Mr. Krickbaum:

I thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely upon large intact tracts of habitat free from roads and other infrastructure.

I strongly encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones.
Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas.
The RMP should impose strict limits ypon uranium and other mining to protect the quality of our land, air and water.

Sincerely,

Richard Ordonez
6700 S Brainard Ave
Unit 205
Countryside, IL 60525-4671

BLM_0103043

202-429-3945

# Rachel M Hervey PHN

9215 Tassajara Cr Rd , Santa Margarita, CA 93453

March 24, 2010   1:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Rachel M Hervey PHN
9215 Tassajara Cr Rd
Santa Margarita, CA 93453

202-429-3945

# j Barnett

po box 3544 , eagle, CO 81631

March 24, 2010   1:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Don't sell out...WE the people!!!!

Sincerely,

j Barnett
po box 3544
eagle, CO 81631

202-429-3945

# Margaret S. Maurin

14 Westview Road , Bryn Mawr, PA 19010

March 24, 2010   1:16 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: EMPHASIZE RESOURCE PROTECTION in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Margaret S. Maurin
14 Westview Road
Bryn Mawr, PA 19010

202-429-3945
# Glen Anderson

5015 15th Ave SE , Lacey, WA 985032723

March 24, 2010   1:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Protect nature in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Here is my comment on the Uncompahgre RMP revision.

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

PLEASE PROTECT NATURE!!!

BLM should emphasize resource protection in this RMP.

Prohibit roads in large, expansive areas, so people can QUIETLY EXPERIENCE SOLITUDE and natural soundscapes and viewsheds.  Let wild rivers adn wildlife be free to live and thrive without off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Glen Anderson
5015 15th Ave SE
Lacey, WA 98503-2723

BLM_0103047

202-429-3945

# P. Tellekamp

39 Beach Ave , Niantic, CT 06357

March 24, 2010   1:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

It is important to conserve what is there, therefore, I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

P. Tellekamp
39 Beach Ave
Niantic, CT 06357

BLM_0103048

202-429-3945
## Sienna M Potts

15000 Caspar Rd #79 , Caspar, CA 95420

March 24, 2010   1:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

I have written so many times in support of preseving our precious western wildlands. It troubles me greatly  that we still do not understand how important our wilderness areas & the creatures & plants that live within & around them are. Our environment supports us, we cannot live without its intricate wilderness. We must find new ways to live our good lives in cooperation with each other & with our environment. We are all connected, humans, mountains, canyons, ravens & mountain goats.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Sienna M Potts
15000 Caspar Rd #79
Caspar, CA 95420

BLM_0103049

202-429-3945

## Jami Trager

11 Robin Circle #2 , Norton, MA 02766

March 24, 2010   1:15 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Please emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jami Trager
11 Robin Circle #2
Norton, MA 02766

202-429-3945

# SUSAN BAILEY-PRUC

1436 RESERVE DRIVE , AKRON, OH 44333

March 24, 2010  1:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

PLEASE PROTECT OUR LAST REMAINING WILD PLACES, WILDLIFE AND RIVERS.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

SUSAN BAILEY-PRUC
1436 RESERVE DRIVE
AKRON, OH 44333

BLM_0103051

202-429-3945

**Pam Clark**

6141 E Skidmore Dr , Cottonwood, AZ 86326

March 24, 2010   1:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

My family has had a cabin in this region for many years and the impact of increased off road travel has been disturbing to say the least.  Please protect this unique and fragile region.  We can find other forms of energy rather than mine this area, we can recreate on motorized vehicles in allowed areas, but we simply cannot replace the Uncompahgre Plateau.

Sincerely,

Pam Clark
6141 E Skidmore Dr
Cottonwood, AZ 86326

BLM_0103052

202-429-3945

# David Parker

8211 Hatcher Lake Rd. , Sherwood, AR 72120

March 24, 2010   1:13 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Please keep our remaining, fragmented wilderness wild, and free from abuse and exploitation by the irresponsible and greedy.

Sincerely,

David Parker
8211 Hatcher Lake Rd.
Sherwood, AR 72120

202-429-3945

## Caroline Getz

909 Harrison St. , Hollywood, FL 33019

March 24, 2010   1:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.
Let's keep it wild and wonderful.

Sincerely,

Caroline Getz
909 Harrison St.
Hollywood, FL 33019

BLM_0103054

202-429-3945

# Eric Seggebruch

123 Town Square Pl #364 , Jersey City, NJ 07310

March 24, 2010   1:12 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: resource protection in "Uncompahgre RMP Revision"

Dear Mr. Krickbaum:

Please emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

Sincerely,

Eric Seggebruch
123 Town Square Pl #364
Jersey City, NJ 07310

BLM_0103055

202-429-3945

# Craig Warren

7857 W Crocus DR , Peoria, AZ 85381

March 24, 2010   1:11 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

Providing extensive areas that are free of roads, where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development would ensure the protection and use of such areas for future generations. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands would have the added benefit of helping protect wildlife habitat, cultural resources, and the mitigation of climate change impact.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should also impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Craig Warren
7857 W Crocus DR
Peoria, AZ 85381

202-429-3945

# Alice Evans

2455 127th Ave NE , Bellevue, WA 980051535

March 24, 2010   1:11 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Please protect this very special place. It is worthy of it.

Sincerely,

Alice Evans
2455 127th Ave NE
Bellevue, WA 98005-1535

BLM_0103057

202-429-3945

**scott trieshmann**

po box 662 , crested butte, CO 81224

March 24, 2010   1:11 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Western Colorado is one of the most beautiful and fragile regions in the West.  I have spent many days exploring the wild Uncompahgre Plateau, floating the Delores and Gunnison Rivers, and enjoying the solitude and peace found on these lands.  Please think of our children and grandchildren when considering protection for these areas.  Please don't let short-sighted activites such and oil and gas development mar this amazing landscape.

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

scott trieshmann
po box 662
crested butte, CO 81224

BLM_0103058

202-429-3945

# Dennis Rentschler

po box 2168 , west dover, VT 05356

March 24, 2010   1:10 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

There have been and will always continue to be increasing demands on our wild resources.  To simply give in and open up more and more of these areas to development at the expense of clean water, clean air, and natural areas is to continue to strangle our very existence.  We must shift our attention to ALTERNATIVES, ALTERNATIVES, ALTERNATIVES.  Not after we have exhausted our resources and destroyed our planet but NOW !!

Its far to easy to say 'we'll do it later, lets drill here today'.  We must work harder to curb our demand.  That is why I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

BLM_0103059

Dennis Rentschler
po box 2168
west dover, VT 05356

BLM_0103060

202-429-3945

# Glenn Eklund

4975 Jones Rd. , Oak Harbor, WA 98277

March 24, 2010   1:09 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development. BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Thank you for considering my comments.

Sincerely,

Glenn Eklund
4975 Jones Rd.
Oak Harbor, WA 98277

202-429-3945

**Jerell Lambert**

2617 Crownspoint Drive , Austin, TX 78748

March 24, 2010   1:07 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.

The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife, such as Gunnison sage grouse, that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use.

Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas.

The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Jerell Lambert
2617 Crownspoint Drive
Austin, TX 78748

BLM_0103062

202-429-3945

# Anna Maksic

213 14th St. #2R , Hoboken, NJ 07030

March 24, 2010   1:07 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Resource Protection (Uncompahgre RMP Revision)

Dear Mr. Krickbaum:

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat, cultural resources, and mitigating the impacts of climate change.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Anna Maksic
213 14th St. #2R
Hoboken, NJ 07030

BLM_0103063

202-429-3945

# Lawrence Mertaugh

21378 South Essex Drive , Lexington Park, MD 20653

March 24, 2010   1:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision. The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation. The resource area is also home to important and imperiled wildlife that rely on large intact tracts of habitat free from roads and other infrastructure.

I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and natural soundscapes and viewsheds, and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained and should impose strict limits on uranium and other mining to protect our land, air and water.

Sincerely,

Lawrence Mertaugh
21378 South Essex Drive
Lexington Park, MD 20653

BLM_0103064

202-429-3945

# Mary Trybul

8548 S Kilpatrick Avenue , Chicago, IL 60652

March 24, 2010   1:05 PM

BLM Uncompahgre Field Office RMP Project Manager Bruce Krickbaum

Subject: Emphasize resource protection in Uncompahgre RMP Revision

Dear Mr. Krickbaum:

Thank you for the opportunity to comment on the Uncompahgre RMP revision.
The Uncompahgre Field Office encompasses some of Colorado's most beloved wilderness-quality lands, wild rivers, and opportunities for quiet, backcountry recreation.
I encourage BLM to emphasize resource protection in this RMP, providing extensive unroaded areas where quiet-use recreationists can experience solitude and where wildlife and wild rivers can thrive unimpeded by off-road vehicles or energy development.  Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission.
 The RMP should impose strict limits on uranium and other mining to protect our wildlife, land, air and water.

Sincerely,

Mary Trybul
8548 S Kilpatrick Avenue
Chicago, IL 60652