Available at:

http://www.forestry.umt.edu/personnel/faculty/dnaugle/pdfs/Sagegrouse%20winter%20habitat%20and%20energy_JWM(in_press).pdf

Stiver, S.J., A.D. Apa, J.R. Bohne, S.D. Bunnell, P.A. Deibert, S.C. Gardner, M.A. Hilliard, C.W. McCarthy, and M.A. Schroeder. 2006. Greater sage-grouse comprehensive conservation strategy. Western Association of Fish and Wildlife Agencies. Unpublished report. Cheyenne, Wyoming

**Conclusion**

20 A-PI FW

Moving forward with the RMP and EIS process we expect the specific comments and recommendations found in this document to be addressed. We also expect the UFO RMP to directly address the ecological requirements of several key game species including mule deer, elk, turkey, mountain lion, desert and rocky mountain bighorn sheep, black bear, pronghorn antelope, sage-grouse and trout in relation to BLM administered lands in the management unit. These species' ecological requirements should be addressed by a specific plan of action in the form of a habitat and/or species management plan or similar and should occur on all relevant spatial scales to ensure proper management and coordination over the short- and long-term. Special considerations must be given to the high-valued and often-used hunting areas outlined earlier.

We greatly appreciate this opportunity to provide scoping comments on the UFO RMP and your consideration for the incorporation of our comments and recommendations into the draft RMP and Environmental Impact Statement. The TRCP's intent is solely to work towards conservation of important fish and wildlife values and associated public hunting and fishing recreation while minerals are being extracted for the public good. In our view, there needs to be a new strategy to conserve fish and wildlife habitat and associated hunting and fishing recreation while minerals are being extracted from all federal public lands, including BLM lands. The current strategy employed by BLM in Wyoming, Colorado, Utah and other states, has and is resulting in unreasonable losses of fish and wildlife resource values that hunters and anglers believe are avoidable with a new approach to public lands management. The TRCP stands ready to assist the UFO in devising a RMP that balances the needs of fish, wildlife and their habitat with responsible energy development.

21 A-PI FW
22 A-PI REC

Respectfully,

Nicholas M. Payne
Theodore Roosevelt Conservation Partnership
Colorado Field Representative
10260 Washington St. #1636, Thornton, CO 80229
npayne@trcp.org

BLM_0103902

Please send future correspondence to the address above and to:

Theodore Roosevelt Conservation Partnership
555 Eleventh St., NW, 6th Floor
Washington, DC 20004

BLM_0103903

BS

**TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.**
**HEADQUARTERS:**    P.O. BOX 33695    DENVER, COLORADO 80233-0695    303-452-6111

March 29, 2010

Mr. Bruce Krickbaum
RMP Project Manager
Bureau of Land Management-Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, Co 81401

RE:    Response to Request for Comments on the Bureau of Land Management's
       Uncompahgre Field Office- Resource Management Plan Revision

Dear Mr. Krickbaum,

     Tri-State Generation and Transmission Association, Inc. (Tri-State) is a wholesale
electric power producer/supplier that serves 44 rural electric cooperatives and public power
districts in Colorado, Nebraska, New Mexico, and Wyoming. Tri-State's member distribution
systems serve nearly 578,000 metered customers (translating to a population of more than 1.4
million people). Tri-State's 250,000 square mile member service territory includes all or parts of
56 of Colorado's 64 counties, all or parts of 27 counties throughout New Mexico, all or parts of
20 counties in western Nebraska, and all or parts of 14 counties in central and northern
Wyoming. Tri-State's transmission system includes approximately 5,213 miles of high-voltage
transmission line and 135 substations and switching stations.

     Tri-State appreciates the opportunity to provide comments to the Bureau of Land
Management (BLM) regarding the proposed revisions to the Uncompahgre Field Office (UFO),
Resource Management Plan (RMP). Tri-State is pleased to participate in this important scoping
process under the National Environmental Policy Act (NEPA). Tri-State is committed to siting,
routing, designing, constructing, and maintaining generation facilities and electric transmission
lines in a manner that will result in minimal disturbance to the natural and human environment.

     Tri-State submits the following comments and questions on the proposed revisions to the
RMP as they pertain to the construction and maintenance generation facilities and electric
transmission lines and substations within the RMP area:

**Planning Maps – Map 8.2 Utility Corridors**

1 A-PI LR

     Western Area Power Administration (WAPA) transmission lines, Kinder Morgan
TransColorado Pipeline, and West Wide Energy Corridors are depicted on the Utility Corridors
map provided on the RMP website. Tri-State wholly and partially owned and maintained
transmission facilities encompassing varying mile lengths within the UFO RMP boundaries, and
approximately 156 total miles of transmission line are situated within the boundaries of the UFO
study area.

2 A-PI LR

     Tri-State and other utility corridors within the planning area are not depicted on the utility
corridor maps. As a major stakeholder in the RMP revisions, Tri-State believes that mention or

*AN EQUAL OPPORTUNITY / AFFIRMATIVE ACTION EMPLOYER*

A Touchstone Energy® Cooperative

CRAIG STATION
P.O. BOX 1307
CRAIG, CO 81626-1307
970-824-4411

ESCALANTE STATION
P.O. BOX 577
PREWITT, NM 87045
505-876-2271

NUCLA STATION
P.O. BOX 698
NUCLA, CO 81424-0698
970-864-7316



Mr. Rick Krickbaum
March 29, 2010
Page 2

depiction of Tri-State facilities, as well as, those of our Member cooperative Delta Montrose Electric Association should be considered for planning purposes and identified on the utility maps.  Tri-State would be willing to send the BLM our facility GIS data files to be included in the planning process and analysis.

3 A-PI LR

Tri-State would like to actively engage with the BLM on any and all planned and future utility or electric infrastructure construction and maintenance projects to ensure an open dialogue and thorough review of the issues.

**Travel Management Plan**

4 A-PI LR       5 A-PI TM        6 A-PI LR

It is critical that Tri-State is able to maintain access rights to our transmission and substation facilities within the Planning Area.  Motorized cross-country travel should be allowed in areas designated as open, limited to existing roads and trails, limited to designated roads and trails, and closed to motorized use, for maintenance of existing and planned transmission lines and associated facilities.  The BLM should leave areas open for OHV use where an existing use or ROW grant is issued, or for those areas designated as critical to the health and safety of the public.  Access should be allowed in coordination with the BLM for new facilities and ROWs within the planning area.  As a manner of standard operating procedure and as per requirements, Tri-State minimizes disturbance to the greatest extent feasible.

**Visual Resource Management**

7 A-PI LR

Existing transmission lines and associated facilities are located within the boundaries of the planning area.  We urge the BLM to continue to allow valid existing rights and uses, such as existing and planned utilities to be considered with appropriate and reasonable mitigation measures.

**Renewable Energy Resources**

8 A-PI RED

Potential social and economic benefits and impacts from renewable energy development abound, however, it should be noted that a determining factor for the siting of renewable energy resources is the proximity and distance to roads and transmission lines.  Utility transmission lines and associated facilities require access, which is fundamentally tied into renewable energy development.  Tri-State requests that utility considerations continue to be incorporated in the decision-making process as a fundamental public health and safety requirement, partner in environmental stewardship, and a critical component of renewable energy development.

9 A-PI LR

**Land Tenure**

Additional utility corridors and communication sites associated with utility facilities should be considered and open to consideration through the current ROW Grant application

*AN EQUAL OPPORTUNITY / AFFIRMATIVE ACTION EMPLOYER*

A Touchstone Energy® Cooperative



Mr. Rick Krickbaum
March 29, 2010
Page 3

process. Tri-State would like to engage with the BLM early and often on this RMP revision to identify areas that should be restricted from major utility and road rights-of-way (ROW) in order to preserve natural and cultural resources, as well as, limiting impacts to viewshed and public recreation areas. Tri-State and other energy development should be allowed to continue in appropriate areas within the planning area. Energy development is critical to public safety and interest and the continuous, reliable, low-cost availability of electric power so vital to our member distribution cooperatives.

**10 A-PI LR**

Special consideration should be given to utility facilities because of their critical role in public health and safety, and the Wildland Urban Interface and fire hazard potential. Care must be taken to protect the forest from transmission line fires and protect the transmission lines from fire as mandated by NERC/FERC vegetation management authority. Tri-State would like to engage the BLM in these discussions to foster a greater understanding of the other federal compliance standards for generation and transmission facilities and to allow for effective, efficient, and consistent standards for operating and maintaining transmission rights-of-way.

**11 A-PI LR**

The RMP scoping materials include reference to land swaps for utility ROWs to preserve other areas that have higher biological resource value. Would the BLM begin, as a part of this process, to identify potential or existing utility corridors and areas of private land that could be swapped for utility corridors? How would this be determined and how would this affect permitting of new facilities and land rights? How would this coincide with the West-Wide Energy Corridors? Would the BLM facilitate land swaps for the utilities?

Tri-State encourages the BLM to work closely with the utilities as these potential areas are identified to ensure any alternatives selected are feasible, given the utilities planned and future energy requirements with the understanding that energy requirements can change over time in different regions. It is important to understand that corridors identified by the BLM, may not meet the utilities delivery needs. Tri-State encourages the BLM to engage all stakeholders early in the planning process when identifying areas where development might be unsuitable because of other resource objectives. The RMP should balance resource protection and the need for energy development.

**12 A-PI LR**

The West-Wide Energy Corridor Programmatic EIS identified corridors for the supposed use of electric utilities. Ultimately, the corridors selected did not coincide with the input from electric utilities and generally appeared to be locations that agencies deemed as acceptable based on their land use constraints. Although the efforts to identify corridors for multiple uses and co-location are appreciated, many of the corridors were disconnected and not situated with geographical regions that Tri-State and members would deem useful. The West-Wide Energy Corridors identification effort was a large and noble endeavor, but has not yielded any meaningful opportunities for the location or construction of electric facilities and should continue to be assessed by including electric utilities in a cooperative and coordinated effort.



Mr. Rick Krickbaum
March 29, 2010
Page 4

Thank you for your consideration of Tri-State's comments. We look forward to working with the BLM through the RMP planning revision process. Please contact Diana Leiker at (303) 254-3565 with questions or comments.

Sincerely,

Karl W. Myers
Transmission Environmental Manager

KWM:DL:pvt

cc:     Mac McLennan
        Gigi Dennis
        David Lock
        Karl Myers

*AN EQUAL OPPORTUNITY / AFFIRMATIVE ACTION EMPLOYER*

A Touchstone Energy® Cooperative

BLM_0103907



Received
MAR 3 0 2010
Uncompahgre Field Office

BLM Uncompahgre Field Office
RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401

March 29, 2010

Dear Mr. Krickbaum:

Enclosed, please find a CD with the 20,831 comments The Wilderness Society has gathered regarding the Uncompahgre RMP revision comment period. These commenters do not wish to receive additional information from your agency. The Wilderness Society will keep these writers informed about future developments regarding Uncompahgre.

To assist you in reviewing these comments, we have provided them in two files, one with letters from members and supporters who have edited our letter in some fashion and another file with unedited letters.

If you have any questions about this CD, please contact: Juli Slivka at (303) 650-5818 x 129 or juli_slivka@tws.org.

Sincerely,

Tashia Tucker
The Wilderness Society

BLM_0103908

March 29, 2010

Uncompahgre Field Office—BLM

These comments are on behalf of the Uncompahgre Valley Association, a community group of about 200 members who have, for almost three decades. been dedicated to the health, beauty and prosperity of the Uncompahgre Valley and it surroundings.  We would like to begin by complimenting the UFO for its efforts to encourage and facilitate public participation in its revision of the Resource Management Plan.  We would also like to applaud previous efforts in, among other things, establishing the Gunnison Gorge NCA, as well as undertaking, and completing the Dry Creek Travel Management Plan.  This latter effort is particularly relevant to the main thrust of our comments on the present RMP effort.

Some of our members are natives, others are decades-long residents, still others are more recent arrivals; but all have increasing concerns about the proliferation of vehicle travel off established routes and into previously undisturbed country.  Before and during WW II much off-road travel was related to managing livestock operations.  During the 1950's tracks were bulldozed in a variety of locations looking for uranium.  And in the 1960's The BLM undertook the chaining of pinyon-juniper stands, and the disc plowing of sagebrush flats in vegetation management efforts.  The transportation net produced by these activities was consolidated each Fall by an influx of big game hunters (increasingly mechanized) throughout BLM lands, but especially on the Uncompahgre Plateau.

It was upon this net that a new generation of vehicles, specifically designed for, and remarkably capable of, off-road travel, made possible the expansion of routes in every kind of terrain and seemingly in every untraveled space—almost as a matter of principle.  This is the situation in which, until recently, we found ourselves on public lands generally, and BLM lands specifically.

In reviewing the categories to be addressed in the RMP which were presented at the open house sessions, with few exceptions the impact of unrestricted machine travel on the subject of those categories was an important, and sometimes crucial element in the problems identified or management actions contemplated.  Cultural and paleontological resources can in some cases actually be damaged by machine wheels or tracks, but in any case, unrestricted and uncontrolled travel can increase the opportunities and probability of vandalism.  Wilderness Study Areas not only require control, but exclusion of vehicles.  In many of the other categories vegetation is the crucial landscape element whether special-status plant and wildlife species or wildlife habitat in general, livestock management, weed control or water and soils are concerned.  And it is the vegetation and often the soil that is most immediately and destructively impacted by machine travel.

UVA supports in most respects present efforts in managing the various categories, but feels that in developing the new RMP that significant travel restrictions—specifically restrictions to established routes, and in some cases the closing of routes, will be necessary for management plans to succeed in preserving and improving resources.  We feel that the Dry Creek Travel Management Plan can serve as a useful model for the entire area administered by the UFO.  And in this regard it is essential that the Dry Creek Plan remain intact and that the road and track

closures in the Potter and Monitor drainages be maintained.  The Dry Creek Plan was not quick, or easy or without controversy, but the systematic, unwavering commitment to public involvement, input, consultation, compromise and collaboration have laid the groundwork for a successful formulation of a new RMP.  We send our best wishes for a successful outcome.  The welfare of our home territory depends on it.

For the Uncompahgre Valley Association

Stu Krebs, Co-President

BLM_0103910

Scoping Comments
Uncompahgre Resource Management Plan Revision

by Western Colorado Congress
and Western Slope Environmental Resource Council

March 29, 2010

_____

Heather Tischbein, Executive Director, Western Colorado Congress

_____

Robert Peters, Executive Director, Western Slope Environmental Resource Council

BLM_0103911

## Introduction

Western Colorado Congress (WCC) and the Western Slope Environmental Resource Council (WSERC) hereby submit comments regarding the Uncompahgre Resource Management Plan Revision.

Western Colorado Congress (WCC) is a grassroots, democratic organization dedicated to challenging injustice by organizing people to increase their power over decisions that affect their lives. WCC is the largest, most well-established grassroots citizen group in Western Colorado, with over 2400 members in six affiliated community groups from Steamboat Springs to Ridgway. WCC's community groups and members work together to create healthy, sustainable communities, social and economic justice, environmental stewardship, and a truly democratic society. Community groups within the BLM's Uncompahgre planning area include Ridgway-Ouray Community Council, Uncompahgre Valley Association, and Western Slope Environmental Resource Council.

WSERC is a grassroots non-profit conservation organization based in Paonia, Colorado. WSERC organized in 1977 and has over 500 ` members. Our organization promotes "Healthy Lands, Healthy Lives," and is dedicated to protecting and enhancing the environment and quality of life in Delta County and Colorado's Western Slope.

Because our two groups have signed on to group comments by the Dolores River Coalition, et al and Southern Rockies Conservation Alliance, we are focusing this letter on specific recommendations for places our members know well.

In addition to these comments, WCC and WSERC contributed materially to the comments separately submitted by the Center for Native Ecosystems (CNE) by identifying and convening a group of scientists and others with expertise in the species, ecosystems and special places on the UFO. Please see the CNE comments for specific recommendations on species and places not covered in detail here.

Our members value intact natural ecosystems that maintain their preColumbian constituent species in natural abundances. Protected natural ecosystems on public lands are the last refuges of many threatened, endangered, and dwindling species. These ecosystems provide valuable natural resources and ecosystem services, such as water collection and purification systems and carbon sinks that protect against global warming. For the communities in and nearby the UFO, they are the basis of a renewable, vibrant recreation economy.

The economic benefits to the community of preserving wild lands should be evaluated and quantified, and possible harm to these benefits should be carefully evaluated when considering mineral extraction, logging, grazing, or other projects that disturb wild lands.

We urge the UFO to control and strictly limit gas production, mining, motorized recreation, and other uses that threaten the long-term health of natural ecosystems. We urge you to preserve BLM land for future generations and to favor the following low-

BLM_0103912

impact uses:

- o Wide open, rugged, remote backcountry/landscapes/open spaces.
- o Backcountry silence and solitude.
- o Areas for bird watching, hiking, quiet use, nonmotorized hunting.
- o Quiet, natural soundscapes and landscapes, free of motorized noise.
- o All wilderness study areas.
- o Large blocks of undisturbed, unfragmented habitat.
- o Corridors of natural habitat that protect core areas.
- o Integrity of ecosystems and wildlife habitat.
- o Undisturbed late seral stages of vegetation, which are increasingly rare, and upon which many species depend.

We note that multiple use of public land should not be interpreted to mean that all uses can or should coincide in all areas. The "natural" values listed above are generally lost when lands are opened to commodity production. Therefore, land must be set aside specifically for natural ecosystems in which degrading uses are prohibited.

## Comments

### 3.1 - Recreation and Visitor Services

North Delta Designated OHV Play Area. On the basis of the excellent signing, fencing, patrolling and other management that the UFO has implemented in the OHV open areas in Peach Valley/Gunnison NCA, we recommend that the North Delta motorized open area remain open with management practices in place that are equivalent to Peach Valley/Gunnison NCA.

We do not want other OHV Play Areas created because of likely damage to native ecosystems.

Jumbo Mountain. Historically Jumbo Mountain, near Paonia, was sparsely used, primarily by hikers. However, use has increased greatly in the past 20 years, with ATV users and mountain bikers appearing as new user groups. Because Jumbo Mountain is so close to Paonia and because it is used intensely for recreation, it should be used exclusively for recreation. For safety reasons, BLM should exclude mountain bikes and ATVs from trails designated for hiking and horse riding. The BLM should investigate whether new access points might be developed that would decrease conflict between user groups. Several of our members are adjacent property owners and we urge the BLM to work closely with them on access issues.

Recreation Permits. Allow competitive recreation events only if they can be managed to have low impacts and if they do not significantly increase overall use. Set carrying

BLM_0103913

capacity limits and other restrictions on commercial outfitter guides and Special Use Permits

Antler collection. Continue to implement and enforce prohibitions on elk and deer antler collection to stop impacts on soils, vegetation, watersheds and wildlife.

Dispersed camping
All motorized travel should be restricted to existing roads and trails and designated parking and pull-out areas. Dispersed camping should be restricted to existing campgrounds, which should be designated as official campsites. The BLM should not allow vehicular camping anywhere else.

## 3.2 - Travel Management

We know that the UFO is not starting its travel management planning at this time. However, many of our comments on the RMP involve controls on travel, so we are placing them in this section. Please consider these comments now rather than deferring their consideration to the travel management scoping period.

Limit motorized use
- Limit motorized use in the UFO to existing trails.
- As soon as possible complete ORV route designations on all UFO areas where this has not been done.
- In the interim, make a plan for how to contain expanding use.
- In the interim, close all damaging routes.
- Limit off-road vehicles to areas where they will have minimal impacts on wildlife habitat, quiet users and the solitude of BLM backcountry. According to retired Forest Service wildlife biologist Craig Grother, "It is clear that motorized vehicles affect big game populations, security, distribution, and reduce habitat effectiveness. "

Identify and close sensitive areas
- Sensitive areas/habitat needed by elk, deer, big horn sheep, antelope, rare and sensitive plant and animal species such as Gunnison sage grouse, prairie dogs and burrowing owls
- Sensitive watersheds, riparian areas
- Erosive soil areas
- Fragile vegetation types
- Big game winter range, calving, lambing and fawning areas. Studies, for example those by Michael Wisdom, have shown that deer and elk are disturbed and leave areas frequented by both ATV's and mountain bikes.
- Remote areas that cannot easily be enforced
- Areas where motorized noise will disturb wildlife and Quiet Users.
- Some of these areas also may need to be closed to mountain biking or even hiking in the case of highly sensitive areas.
- Any sensitive sites should be closed (seasonally, if appropriate) to antler

4

BLM_0103914

collection, as is now being done on UFO to protect sage grouse habitat.

Close or keep closed the following places to motorized recreation
- BLM lands north of the Tabeguache Creek WSA/Special Management Area including the Shavano, Campbell, and Burro Creek drainages.
- Monitor Creek, Potter Creek, and Criswell Creek Canyons adjacent to the Camel Back WSA.
- Portions of San Miguel River Corridor.
- Undeveloped areas in and adjacent to all WSAs.
- Camp Ridge and Sowbelly Ridge, Rose Creek, and Open Draw drainages, adjacent to Dominguez Canyon Wilderness,
- Close the Gunnison and McCarty Trail systems to ORVs and mountain bikes and set them aside as horse and foot trails.
- Dolores River Canyon. This area has red sandstone cliffs, river otters, peregrine falcons, etc. WCC supports the more detailed recommendations as outlined in the Dolores River Coalition's comments.
- Norwood Canyon. This portion of the San Miguel River corridor provides habitat for mountain lions, hawks, eagles, and both rare and familiar native fish.
- Roubideau/Potter/Monitor canyon system west of Delta. Maintain existing road closures and do not build a new ATV loop into Potter and Monitor Canyons. These areas are relatively undisturbed and provide excellent habitat.
- BLM lands north of the Tabguache Creek WSA/Special Management Area which include the Shavano, Campbell, and Burro Creek dranages. This area has very high wildlife values and excellent opportunities for non-motorized recreation and hunting.
- Conduct road closures of user-developed OHV trails in the west end of Montrose and San Miguel Counties where they were established following vegetation treatments (e.g. chainings) and post-fire revegetation projects. Areas associated with the Burn Canyon fire include Hamilton Creek, Hamilton Mesa, Callan Draw, Burn Canyon, and McKee Draw. The Campbell Creek fire opened up protions of Campbell Creek and Shavano Creek to motor vehicles. Other examples include Bramiers Draw, Wickson Draw, and Mailbox Park.
- Conduct an inventory to identify areas of roadless or low road-density (< 1 mile per section) and manage them as primitive backcountry areas with no motorized uses. An evaluation should be done as to whether to close these areas to mountain bikes as well.

Keep routes open conditional on user compliance
Institute a policy that designated OHVs routes remain open subject to compliance. If resource damage and off-route use can not be controlled these routes would be closed.

**3.4 - Cultural and Paleontological Resources**
The BLM did an excellent job addressing management of cultural and paleontological resources in its management plan for the Gunnison Gorge NCA. The UFO RMP should mimic that management approach. Cultural resources are non-renewable and should be managed for permanent protection.

BLM_0103915

## 4.1 - Wilderness and Wilderness Study Areas

Camel Back

Camel Back needs permanent protection by wilderness designation. Camel Back supports bighorn sheep and is as remote and beautiful as Dominguez Canyon. Consideration should be given to incorporating adjacent Roubideau Forest Service lands into the wilderness area. This is one of the most important areas to our members.

Adobe Badlands

Although we are aware that the UFO did not find the Adobe Badlands suitable for wilderness designation, we believe there is enough significance to this remnant landscape that it is deserving of permanent wilderness protection. It contains imperiled endemics, and fragile Mancos shale formation. The Adobe Badlands WSA is the last untouched example of this habitat type in the UFO and possibly anywhere on the Western Slope. If not protected by wilderness designation, then none of this type of landscape will be protected. Because of increasing development pressure, particularly from gas development, this area will be heavily degraded without wilderness protection.

Dolores River Canyon and Sewemup Wilderness Study Areas

We continue to recommend that the BLM advise Congress, when the opportunity arises, to grant full wilderness protection to these areas.

Tabeguache Special Management Area

We commend the BLM's management of this area as non-motorized and non-mechanized. The Tabeguache Special Management Area overlaps with a Potential Conservation Area recommended by the Colorado Natural Heritage Program for protection of sensitive plant communities.   It is not suitable for mechanized travel and should be managed for its valuable wildlife habitat and hiking opportunities.

## 4.2 - Wild and Scenic Rivers

Protect as many eligible rivers and tributaries as possible. All of the river segments listed in the BLM's draft Wild & Scenic Rivers Eligibility Report should retain their eligibility for inclusion in the National Wild and Scenic Rivers System, and should be carefully evaluated for the next level of protection.  Particularly deserving are those with unusually good understories of buffalo berry, New Mexico privet, or box elder, or stands of cottonwoods.

Cottonwood Creek, Monitor Creek, Potter Creek, and Roubideau Creek. These creeks provide and complement wildife habitat and ecological diversity near the rich country along Monitor Mesa and the surrounding or nearby Roubideau/Camel Back Wilderness Study Area;

Escalante Creek.  Escalante Creek and its tributaries define the surrounding country; protecting these streams will ensure healthy wildlife, productive agriculture, and stable water tables.

6

Gunnison River. The Gunnison River itself contains segments that should be carefully evaluated to ensure enduring protection for the important fish habitat and recreation opportunities there, whether through wild & scenic river measures or other approaches. Protection strategies should recognize and integrate the protections already in place in the Dominguez-Escalante National Conservation Area and should ensure that no new dams or major water diversions occur on the Gunnison above its confluence with the Colorado River.

North Fork of the Gunnison. This watershed faces increasing development and recreation pressure. All eligible streams there should be carefully reviewed for protection.

San Miguel River. This watershed is nearly incomparable across the western United States for its intimate ecological settings, remote and thriving backcountry, naturally varying and flowing river and streams, contribution to important water systems in several states, and scenic wonder. Every eligible stream segment in this watershed should receive prompt, extensive, and reliable protection, both through wild & scenic suitability findings and through clear and firm management prescriptions in the BLM's resource management plan:

Beaver Creek, Dry Creek, Fall Creek, Naturita Creek, and Saltado Creek. These creeks are important contributors to the flows and health of the San Miguel itself and provide essential riparian habitat and geographically important streamflows in their own rights.

San Miguel River. Segments of this river warrant the most thorough analysis and the highest level of protection for habitat, riparian health, and avoidance of industrial intrusions.

Tabeguache Creek. This creek should be designated in keeping with the surrounding lands status as a congressionally designated area for preserving wilderness values.

Dolores River. Few streams boast the unique natural values—and extent of threats to those values—as are found along the Dolores River. The river itself, and all its eligible tributaries, should receive immediate, thorough, and enduring protection. As larger conversations, among a diverse and extensive collection of experts, local governments, and stakeholders, are now proceeding toward a more natural and reliable regime of streamflows in the Dolores River, it is both timely and essential that the BLM provide the interim protection afforded under wild & scenic suitability. This action, and correspondingly protective measures in an update resource management plan, will both contribute to, and provide opportunity for, those broader conversations to reach successful conclusion.


**4.3 - Areas of Critical Environmental Concern (ACECs)**
All existing ACECs should be kept.  There are four ACECs in the UFO: Fairview, Needle Rock, Adobe Badlands, and San Miguel.  The Fairview ACEC protects only part

7

BLM_0103917

of the habitat of the endemic clay-loving buckwheat. This ACEC should be enlarged for greater protection.

To protect the significant values present within the ACECs, the BLM should withdraw all mineral leases from these areas, including oil and gas leases. The development of gravel mines in the San Miguel River occurred in the past and should now be prohibited in order to protect the unique riparian vegetation communities, wildlife, recreation, and scenic values.

The Colorado Natural Heritage Program has recommended additional ACECs within the UFO to protect rare and imperiled plants. We support designation of all ACECs recommended by the CNHP.

Some areas to consider for ACEC status:
- Tabeguache Pueblo and Tabeguache Caves. These contain important archaeological sites that show a relationship between the Fremont and Anasazi cultures.  There is some evidence of farming (corn production).
- Paradox/Long Valley: important rock art and archaeological area.  Investigate possible conflicts between peregrine falcons and hang gliders on the cliffs above Paradox.  The Paradox Valley lupine, deserves ACEC.
- Lower Uncompahgre Plateau Area. There are many scattered important archaeological sites that include archaic to Ute occupation in the 1880s, e.g. the Harris Site, rock art sites, and wickiups.
- Gunnison sage grouse sites. The UFO should designate known Gunnison sage grouse lek sites and concentrated nesting and brood rearing habitat as an ACEC. Specific sites are displayed in the Gunnison Sage Grouse plan for the San Miguel Basin.


## 5.1 - Special Status Species

Sensitive Plant and Animal Species
The UFO should strive to identify new special status plant or wildlife areas or species needing special protection or likely to need special protection in the future.  The UFO should be proactive in establishing ACECs for such areas and/or species likely to be threatened in the future. ACECs could be designated for all sensitive sites in the UFO area.

Special status species include Gunnison Prairie Dog, Gunnison Sage Grouse, Uinta Basin Hookless Cactus, and Yellow-billed Cuckoo.

Prairie dogs and associated species. The UFO can play a major role in recovering prairie dogs and species dependent on prairie dogs by managing to increase prairie dog numbers and to increase the area occupied by large prairie dog towns. Burrowing owl, (wintering) ferruginous hawk, golden eagle, long-nosed leopard lizard, and kit fox could be preserved by good conservation of the two prairie dog species' habitats. Management actions could

8

BLM_0103918

include restrictions on motorized travel, restrictions on shooting in prairie dog habitat, prohibiting surface disturbance due to oil and gas drilling, and managing vegetation to benefit prairie dogs, notably control of cheat grass and other weeds.

There is a need for ACECs to protect wildlife habitat in the best remaining large areas of semi desert/salt desert habitat for the two prairie dog species and their associated species. The most obvious place for this is the east side of Highway 50, across from the Escalante Canyon turn off.  This would fit the CDOW plan to "Work with public land agencies and other affected stakeholders to identify management emphasis areas (MEAs) (within the GUPD and WTPD IPAs) where intensive management can focus on landscape scale conservation for the entire prairie dog ecosystem."  from their Grand Valley and Uncompahgre Valley Action Plan for white-tailed prairie dogs.  If there is a similar area of Gunnison's prairie dogs in the UFO's west end, it could be considered as an ACEC, too. Management of these would be mainly travel management and weed control.

Gunnison Sage Grouse. The UFO should incorporate the management guidelines in the statewide Gunnison Sage Grouse Conservation Plan into the RMP so that subsequent grazing, mineral extraction, and travel management decisions will be based on these guidelines. The UFO should manage to increase occupied habitat area and quality of habitat, increase population sizes, increase connectivity between populations (between the San Miguel Basin population and the Pinon Mesa, Cerro, and Monticello populations, for example) and increase potential for Gunnison Sage Grouse to reoccupy historic habitat that is not used now. Strategies include reversing permanent loss of habitat trends on private land through conservation easements or fee acquisitions, reducing fragmentation of occupied, potential, and historically used sage habitat by strict travel management policies and by not allowing oil and gas development, and by reducing or eliminating antler collecting in occupied habitat.

Quality of habitat should be improved using best science regarding increase of forbs, reduction of PJs, and protecting wet areas. (Recommendations on connectivity using historic habitat, oil and gas development, and habitat vegetation are addressed in the *San Miguel Basin GUSG Working Group Conservation Plan* from 2010.)  New transmission or other utility lines should not be allowed in Priority Habitats or Special Status Species habitats, but GUSG are probably the most sensitive of nearly any species to them.

Bighorn sheep
The UFO supports populations of both Rocky Mountain and desert bighorn sheep. Rocky Mountain bighorn are present on and adjacent to BLM lands near Sawpit and Deep Creek. Desert bighorn occupy portions of the Uncompahgre Plateau from Big Dominguez Creek to the Roubideau. Research demonstrates that domestic sheep can give wild sheep disease, including pasturella, which can cause massive die offs of bighorn. There are presently active domestic sheep allotments that overlap both Rocky Mountain and desert bighorn herds within the UFO. The RMP should plan to gradually phase out allotments that overlap wild sheep habitat.

Clay-loving buckwheat. All populations should have total protection from any damaging

9

uses, especially travel.

Yellow-Billed Cuckoo
The BLM should protect all riparian areas that are capable of supporting any cottonwood
species in order to increase the low population of Yellow-Billed Cuckoos. The desired
outcome for Yellow-Billed Cuckoo would be protection of all riparian areas that are
capable of supporting any cottonwood species, and increasing the low population of
cuckoos. This would require eliminating tamarisks and Russian knapweed, (and
replacing them with native species), encouraging regeneration of cottonwoods, and
maintaining large areas of large shrubs beneath and adjacent to the cottonwoods. This
would also benefit countless other species of birds, bats and other wildlife. Willows may
not affect cuckoos but are critical for other species.

Fish, Wildlife and Migratory Birds:
Management of remaining wildlife on public lands has become more important with the
inevitable fragmentation of adjoining private land. This has to be considered by land
management agencies and they must take a larger scale approach to planning. Any
possible action to help plan, encourage or fund conservation easements on adjoining land
is now worth it.

Priority species and habitats (in addition to SSS): Priority species could include the
remaining predators (mountain lion, bear, raptors), migratory big game (deer, elk), and
some obligates (Pinyon Jay) of the habitat for which UFO is primarily responsible. All of
the bats from the State BLM Sensitive list that are in the UFO area should be protected
by protecting caves, shafts and structures and by improving and protecting riparian areas.
Current or historic Peregrine Falcon nests should be undisturbed. In the case of obligate
species for each habitat type, it might be easier to focus on the habitat. In either case, all
of the UFO habitat types are important. In addition to riparian, sage, and semi-desert
mentioned above, PJ and mountain shrub are very important for a variety of wildlife.

Desired conditions of all of these habitats are more late seral stages than usually exist
now, less fragmentation and better connectivity, and fewer weeds. The shrubs/understory
are very important to wildlife in PJs and riparian areas. Non-native weeds are especially
important in riparian areas and semi-desert shrub habitat. Rocky Mountain Bird
Observatory studies being done for the Tamarisk Coalition on the Colorado Plateau
Rivers show that *all* bird species are less common when tamarisk make up most of the
understory. Literature that indicates tamarisk may not be quite as bad may be comparing
them to no understory, rather than to native shrubs. Any management activity that
affects native vegetation seems to affect some wildlife species.

Noise policy for wildlife
The BLM should institute a noise control policy that minimizes the impact of off-road
vehicles, extractive industries, and other producers of noise on wildlife and quiet users.
Sources of noise should not be allowed in habitat that is critical to noise-sensitive species.

BLM_0103920

## 6.1 - Vegetation and Land Health

All of the UFO's habitat types are important for some species, and many of those species need advanced seral stages or mature trees and other vegetation. Management should strive to ensure that both the overstory and understory of any vegetation type should be in the historic range of variability of age classes.

Our primary concern is that the BLM maintain and restore healthy, functioning ecosystems and wildlife habitat. The UFO should meet or exceed the State BLM Land Health Standards pertaining to "Upland soils," "Riparian Systems," "Healthy, productive plant and animal communities," Threatened and Endangered species, and "Water quality."

## 6.2 - Managing for Livestock and Against Weeds

### Weed control and vegetative treatments

Vegetative treatments, such as prescribed burning and mechanical brush removal, should focus on areas that are degraded because of past heavy grazing and that need improvement to support continued grazing. Areas with infestations of weeds should not be burned or mechanically treated until pretreatments have been done to prevent further infestations during or after the treatment.

The RMP should prohibit aerial spraying of pesticides and toxicants on public land. Avoid application of herbicides to broad areas (>80 acre patches) in any single season. If APHIS becomes involved in pest control on adjoining private lands, the UFO's default/starting position for pest control on public lands should be "No Aerial Spray," regardless of whether APHIS has met NEPA requirements.

Areas that should be left untreated include those that are far from roads, have minimal human and/or grazing intrusion, and have high vegetation diversity and populations of sensitive plants/animals. (See CNHP database to assist in identifying such areas).

Harvesting by people of vegetative products should be directed toward areas slated for treatment, and/or close to well-used roads.

Weed and pest control terms should be defined in the RMP, including the following: Pesticides are chemicals used to control undesirable arthropods; toxicants are chemicals used to control troublesome vertebrates; herbicides are chemicals used to control weeds and/or to adjust the relative competitive advantage of various plants on a site. BLM has some good rules about the use of herbicides, which are not as dangerous as pesticides and toxicants. Nonetheless, the UFO should use herbicides as a last resort when other management options will not suffice.

### Grazing

Grazing is a historical use that we value however a balance needs to be struck between the economics of grazing and land health and impact. We recommend that BLM increase

BLM_0103921

its monitoring and managing of lands that are leased for grazing to impede negative impacts to water and vegetation.

Ensure livestock grazing is done with best management practices, improving rather than degrading native ecosystems. Special care needs to be taken in riparian areas that are easily degraded by cattle, for instance the Jay Creek and Love Gulch in the North Fork area.

Impact of grazing should be reduced where grazing degrades high-quality watersheds or wildlife habitat (e.g. winter concentration areas, fawning areas). Examples would be the San Miguel watershed and McDonald Mesa area between Crawford and Paonia.

Unallocated and vacant allotments should remain such. More than 7% of land should be unallocated, and priority should be given to un-allocating lands that have had minimal grazing and that have good vegetation diversity and few weeds.

Grazing permitees and recreational users should be taught to identify problem weed areas so they can be control before weeds spread. Contact local recreation and environmental groups to solicit volunteers for weed identification and inventory.

## 7.1 - Coal, Oil & Gas

The BLM must put the health and safety of the land and people ahead of mineral extraction.

Coal

- The BLM should only allow new coal leases in Inventoried Roadless Areas where the leases would be adjacent to existing mines. The pristine sections of the Grand Mesa National Forest on the south slope of the Grand Mesa that have been designated as IRA represent the only remaining link for wildlife travel/migration between the wilderness areas of the Elk Mountains and the Grand Mesa. Linkages such as these are crucial to maintaining genetic diversity among resident populations of all species in this area.
- The Dry Creek area identified in earlier plans as available for coal mining is not only in one of these areas but represents one of the few areas of aspen and oak brush, i.e. lower elevation habitats within the UFO that may be considered nearly "wilderness" in character. On terms of maintaining a "multiple use" focus in the UFO and GMUG this parcel is of prime importance to grazers and outfitters. Both of these activities would be impacted by coal mine development.
- The BLM should find a way to ensure that methane vented from coal mines is captured and used.

Gas and Oil

- Directional drilling. Gas producers should be required to drill multiple wells from single pads whenever possible to decrease surface disturbance.

BLM_0103922

- <u>Well pad density</u>. The allowed density of well pads should be determined on a case-by-case basis to decrease negative effects on the air, water, wildlife, views, and quiet.
- <u>Clustering of pads</u>. Clustering of pads should be considered because in some cases clustered pads may cause less overall surface impact than the same number of pads evenly distributed over more acreage.
- <u>Comprehensive plans</u>. Please continue your excellent efforts to encourage development of comprehensive plans. APDs should not be approved unless the proposed wells are included in a long-term area-wide plan.
- <u>Cumulative impacts</u>. When making decisions as to lease stipulations or APDs, the BLM should consider total impact of drilling including associated roads, road traffic, pipelines, lights, noise, etc.
- <u>GMUG IRAs</u>. No leases that allow surface occupancy should be sold in GMUG Inventoried Roadless Areas (IRAs). No leases should be sold in the 300-foot setback zone on either side of existing roads in GMUG IRAs. If there are already leases in the setback zones, these should not be permitted for drilling.
- <u>Split-estate</u>. On split-estate lands, landowners have most problems with water quality, air quality, and noise, and the BLM should do all possible to minimize such problems.
- <u>Set backs from residences</u>. At the very least the set back requirements of pads and other facilities from residences should be increased to 200 meters.
- <u>Environmental monitoring</u>. Air, water, and noise monitoring should be ongoing with remote reporting so problems can be detected quickly and rectified.
- <u>Visual and noise pollution</u>. Require vegetative buffers or constructed barriers to block noise and hide eyesores. Require mitigation of noise from trucks, heavy equipment, and compressors, etc. in populated areas or wildlife birthing and nesting areas.
- <u>Ground-water contamination</u>. Ground-water contamination is perhaps the most crucial issue since once an aquifer is compromised it cannot be recovered. Any failure of well casings or any other occurrence that introduces drilling materials, frac fluids, fuels, produced water or any other potential contaminant into domestic or livestock wells should be prevented by state-of-the-art engineering.
- <u>Bonding</u>. Bonds should be sufficient to cover the value of any public lands or private property harmed by gas activities, including water pollution and loss of agricultural production. The size of such bonds should be based on an accurate assessment of possible harm, and should not be limited to the minimum set forth in the *Gold Book* (p. 13). It is not an adequate response for the operator to simply provide an alternative source of water. These bonding requirements need to be passed on to any subsequent owners of wells.
- <u>Watershed protection</u>. The Water Conservation Service (WCS) has defined setbacks that exceed the COGCC rules for protection of these water sources and delivery systems. The BLM should stipulate no-surface-occupancy (NSO) within these WCS-determined watershed setbacks. Moreover, dependent on the watershed, larger areas might need to be stipulated as NSO for adequate protection. Each watershed needs to be fully characterized in terms of recharge area, slope characteristics, vegetative cover, etc. so as to safely determine how

13

BLM_0103923

surface disturbances and drawdown effect of well development and production may affect the system in the long term.

- Air quality protection. In areas where air flow could transport dust, other particulates, or gases that could be annoying or hazardous to health, the BLM should consider NSO stipulations on leases.
- Evaluation guidelines. The RMP should state clearly what BMP's, lease stipulations, and conditions of approval will be employed in areas open to leasing.
- Engineering guidelines. Because gas production practices change rapidly, the BLM *Gold Book* should be updated frequently to ensure that it mandates best practices.
- Frac'ing fluids and produced water. Conditions of approval for drilling should include full disclosure of chemical constitution of frac'ing fluids. Likewise, there should be regular analysis and disclosure of the chemical composition of produced water because of the possibility it contains chemicals like toluene and benzene. If such volatile carcinogenic materials are present they should not be stored in such a way that they contaminate air. Requiring closed loop drilling may help prevent spillage and leaks from surface storage of drilling muds, fracing fluids, and produced water.
- Water protection. As a condition of approval, the BLM should require the developer of a well to collect baseline data on all ground water and surface water sources that could possibly be contaminated. Continued monitoring should continue during the lifetime of the well. This obligation should transfer to any new owners of such wells. Irrigation water sources and canals are essential to our agricultural base and need protection from contamination.
- Storm water management. Runoff from well sites must be managed in a more effective way than using straw bales or the plastic sheeting that collapses under snow conditions.
- Restoration versus reclamation. Well pads or other areas where native plants have been disturbed should be *restored* to natural conditions, including similar mixes of species and seral stages. Roads created for development should be obliterated and made impassable to off-road vehicles when no longer needed.
- Holding leases by production. The BLM needs to apply valid economic criteria in determining whether a lease is held by production. Simply drilling a well should not be grounds for "holding by production." Instead, there must be a realistic likelihood, based on the production of gas and the cost to connect to a pipeline, that the well will eventually be connected to a pipeline, i.e. that it will eventually be producing in the sense of getting gas to market. Because drilling costs are currently low, operators may be tempted to drill wells to hold leases that they have little or no likelihood of bringing into production. To make such economically-based assessments, the BLM must have access to personnel qualified to judge whether a given test volume is meaningfully economic at prevailing gas prices, including consideration of how quickly the well's initial output would decline.

BLM_0103924

## 7.2 - Uranium and Other Mineral Resources

The revised management plan needs to address how uranium mining will occur to ensure proper protections and prohibit leasing within the river corridors.  BLM must ensure that all state and federal laws are applied to any permitted mines. The BLM must also ensure that a viable long-term plan for dealing with any radioactive or contaminated materials as well as any other waste products is securely in place. All permitted mines must:

- Prove that there will be no harm to both surface and ground water quality and quantity;
- Prove that the long-term ecological health of the area will not be jeopardized;
- Have viable restoration plans in place before permits can be granted; and
- Have an adequate bonding mechanism in place sufficient enough to cover the entire cost of restoration.

## 7.3 - Renewable Energy Resources

Although we support the development of a strong renewable energy sector, we caution that large-scale alternative energy development projects, such as wind farms, solar arrays, or geothermal plants can cause the same types of harm to natural ecosystems as gas and other traditional energy projects.  Therefore any proposed alternative energy projects should receive the same scrutiny and restrictions that we advocate for gas development herein.

## 8.1 - Land Tenure

We encourage the BLM to hold preliminary discussions with local jurisdictions (including fire departments) about land parcels BLM is considering offering for sale or exchange.

BLM_0103925

Received

MAR 3 0 2010

Uncompahgre Field Office

**Dolores River Coalition**
**San Juan Citizens Alliance**
**Colorado Environmental Coalition**
**The Wilderness Society**
**Colorado River Outfitters Association**
**Colorado Riverkeeper**
**Western Colorado Congress**
**Sheep Mountain Alliance**

March 29, 2010

BLM Uncompahgre RMP
2465 S. Townsend Ave.
Montrose, CO 81401

Email: uformp@blm.gov

Re: Scoping comments, BLM Uncompahgre Field Office RMP

To Whom It May Concern:

On behalf of the undersigned organizations and the Dolores River Coalition we offer the following comments on the BLM Uncompahgre RMP revision. The comments herein relate specifically to the Dolores River Corridor portion of the BLM Uncompahgre Field Office. We are also incorporating by reference the extensive comments submitted by some of these and other Colorado conservation organizations.

1 A-PI WSR

## Introduction: The Dolores River Corridor is a special place in need of special consideration

The Lower Dolores River carves one of America's premier wild river canyons. The 170-mile segment from below McPhee Reservoir to the river's confluence with the Colorado River in Utah traverses some of the most remarkable landscapes in the desert Southwest. Renowned features of the Dolores River include magnificent stands of old-growth ponderosa pine, thrilling whitewater rapids such as Snaggletooth, sheerwalled sandstone canyons, and hidden archeological treasures.

2 A-PI REC

The Dolores River's scenic grandeur and ecological richness have been found suitable for Wild and Scenic designation since 1975. Whitewater enthusiasts, naturalists, and other backcountry users of all stripes value the rugged beauty, wildlife, quiet solitude, and connection to history these canyons offer. The river's scenery, geology, fish, wildlife, plant communities, and human history are woven into a continuum of ever changing wonders as one travels the 170 miles downriver from McPhee dam to the river's confluence with the Colorado River in Utah.

Here, the geological and biological transformation from Southern Rocky Mountains to Colorado Plateau is compacted and therefore unparalleled among other great rivers of the Southwest. Along the river's journey, four anticlines reveal deep, pristine canyons. Exposed is a nearly complete depositional record of Mesozoic times, from the cream-colored, cross-bedded Dakota Sandstone, to rainbow pastels of Morrison rock, to the oldest cliff forming red rocks of Triassic age. Trees are a prominent feature, and include upland riparian cottonwood, old growth ponderosa pine and Douglas fir mixed with alder and dogwood, high desert pinon and juniper with intervening boxelder, and the willows, privet, wild rose and cactus gardens of Slickrock Canyon. Visitors often are rewarded with sightings of river otter and desert bighorn. The river, too, ranges from meandering Class I water with deep back eddy trout pools to raging Class IV whitewater. A hike to the rim anywhere affords unmarred vistas of westward dipping tablelands framed by snowclad peaks of the La Sal Mountains. On the human side, traces remain of ancient hunter-gatherer and Puebloan societies: rock art panels, stone granaries, and cave shelters. Few other river segments in the west offer such extraordinary variety.

3 A-PI SE
4 A-PI REC

The river supports a variety of economic and recreational activities that benefit nearby communities. Working farms and ranches, professional outfitters anglers, historians, river runners, hikers, archeologists and recreationists all share an interest in preserving the Dolores River Basin.

5 A-GE

The entire river basin spans numerous BLM and US Forest Service offices and should be cooperatively managed to ensure that the river's serenity and beauty can continue to be enjoyed and explored but never exploited or taken for granted. As more people move into the communities around the Lower Dolores and as more recreationists learn about the area, the potential for increased development, both recreational and commercial, threatens to chip away at and permanently alter the amazing resource we all have in the Dolores Basin. Action needs to be taken now to ensure that the numerous qualities of the Lower Dolores River are sustained into the future, or it will be too late. Planning processes such as this one are the first step in ensuring that the Lower Dolores will be enjoyed by generation to come.

6 A-PI WSA

The Dolores River Coalition is committed to finding a long-term solution for protection of this landscape. To that end we have participated in the RMP revision process for both the San Juan and the Grand Junction Field Offices, as well as river focused processes such as the Wild and Scenic Suitability Stakeholder Process for rivers and streams in the GJFO and the Lower Dolores River Management Plan

Working Group process focused on wild and scenic and alternatives to wild and scenic for the portion of the Dolores in the San Juan FO. While the UFO contains a much smaller swath of the Dolores River Corridor's public lands and a shorter stretch of the river than the other two field offices, it is the core part of the river ecosystem. We therefore urge the UFO to consider the portion of the Dolores River Corridor within its jurisdiction to be an integral part of the larger Dolores River ecosystem as you make management decisions for the area.

7 A-PI WSR

8 A-PI WSA

## Wilderness Quality Lands in the Dolores River Corridor

BLM has both the obligation and the authority to protect lands with wilderness characteristics. The BLM's Uncompahgre Field Office contains portions of one Wilderness Study Area (WSA), the Dolores River Canyon WSA, as well as proposed additions, in the form of Citizen's Wilderness Proposals (CWPs) to both the Dolores River Canyon and Sewemup Mesa WSA.  Both the WSA lands and the proposed additions should managed in order to protect their wilderness characteristics. If managed in this recommended manner, WSAs and CWP lands in the Uncompahgre FO will not only remain available for possible future designation as Wilderness, but will also ensure and expand the opportunities for backcountry recreationists to experience a sense of adventure and discovery. Inventory reports of these areas are attached, which include maps.

9 A-PI REC

- **<u>Dolores River Canyon WSA & CWP Expansions</u>:** This heart of the stunning and wild Dolores corridor, the Dolores River Canyon Wilderness Study Area, with towering colorful sandstone cliffs, river otter, peregrine falcon, and outstanding opportunities for remote wilderness experience must gain the highest possible level of protection. The portion of the Dolores River Canyon Wilderness Study Area within the Uncompahgre Field Office should continue to be managed to protect its wilderness qualities, and BLM should also analyze and manage the Citizen Proposed additions to the WSA so as to protect their wilderness characteristics.

10 A-PI WSA

11 A-PI WSA

In the1985 San Juan/San Miguel Planning Area Resource Management Plan, the BLM recommended the Dolores River Canyon WSA as suitable for wilderness designation.  The area possesses the same qualities now that led to the suitability finding in the past.  We urge to the BLM to reaffirm the recommendation of the Dolores River Canyon WSA for designation. On page 15 the 1985 RMP states:

" The Dolores River Canyon WSA is being recommended as preliminarily suitable for wilderness designation, primarily because it possesses highly outstanding characteristics for primitive and unconfined recreation, solitude, and naturalness, as well as scenic grandeur and superb wilderness characteristics. It is a nationally unique area and is worthy of preservation in its natural state. The nationally significant values associated with Dolores River Canyon WSA include: (1) Formerly a Wild and Scenic River candidate as

recommended by an interagency study report in 1976 and recommended to Congress for protection on several occasions; (2) Outstanding primitive and unconfined recreation opportunities associated with the river, canyons, and mesas; (3) Unique plant and animal communities found within the WSA that contain threatened and endangered species habitat; and (4) Extremely diverse topography and geology that create outstanding scenery, vistas and excellent solitude opportunities. This unique combination of factors, found only in the Dolores River Canyon WSA, creates the specific need and rational for BLM to recommend this area as preliminarily suitable for wilderness designation."

- **The Sewemup Mesa WSA & CWP Expansions:** The Sewemup Mesa CWP combines the Sewemup Mesa WSA with citizen proposed expansions. While the WSA itself falls in the Grand Junction Field Office, a significant proposed addition crosses into the Uncompahgre FO, including Carpenter Flats and Beehive Canyon. The boundaries have been drawn to exclude significant land impacts and to aid in manageability. While citizens did identify a number of routes (most likely developed by prospectors) within the Carpenter Flats and Beehive Canyon portions of the CWP, it was determined that these routes do not meet the criteria of a road as they are not maintained or regularly used. A detailed account of these routes can be found on pages 10 and 11 of the "Sewemup Mesa Citizens' Wilderness Proposal: Wilderness Inventory Report" which has been previously submitted to your office, and also is included as an attachment. The Sewemup Mesa CWP expansions create a cohesive landscape of diverse canyon systems with smaller systems such as Beehive Canyon offering the most intimate of wilderness experiences. Portions of this CWP expansion falling within the boundary of the Uncompahgre Field Office should be considered in combination with wilderness quality lands in the Grand Junction FO and be managed for their wilderness characteristics.

[12 A-PI WSA]

[13 A-PI WSA]

[14 A-PI WSA]

In the 1987 Grand Junction Field Office Resource Management Plan, the agency found the majority of the Sewemup Mesa WSA to be suitable for Wilderness designation, including the very small portion in the Uncompahgre Field Office. The area possesses the same qualities now that led to the suitability finding in the past. We urge the UFO to reaffirm their support of the GJFO's findings that the portions of the Sewemup Mesa WSA with the UFO are suitable for Wilderness designation. On page 37 the 1987 RMP states:

"Sewemup Mesa WSA (18,835 acres) [including acreage in Montrose County] is recommended preliminarily suitable for wilderness designation wilderness because [it] possess outstanding wilderness characteristic including sufficient size, naturalness and outstanding opportunities for both solitude and primitive and unconfined recreation. Additionally, [this] WSA possess high quality ecological, geological, scientific, educational, scenic and cultural values. [This] WSA will be outstanding representatives of the Colorado Plateau Physiographic Province in adding to the landform and ecological diversity of the National Wilderness Preservation System. [The area has] minimal resource

conflicts. Very strong public support, from both the region and nation, has been shown for wilderness designation of [this] WSA. Specific boundaries for this WSA are shown in Appendix I of the draft RMP EIS."

15 A-PI SDA
16 A-PI REC

## Dolores River Canyon Special Recreation Management Area (SRMA)

The 1985 San Juan/San Miguel Planning Area RMP designated the Dolores River Canyon as a Special Recreation Management Area.  The boundary took in the entire corridor from the McPhee Reservoir to Bedrock, and included the Dolores River Canyon WSA.  Since BLM management boundaries have since been changed, a portion of the SRMA is now within the San Juan FO and a portion is within the Uncompahgre FO.  We recommend that The Dolores River Canyon SRMA retain its special management status, including the portion within the Uncompahgre Field Office.  The San Juan Public Lands Draft Land Management Plan released in 2007 maintains a special designation for the portion of the corridor in their jurisdiction.

Pertaining to specific SRMA planning and management procedures we ask the UFO to refer to the broader conservation community's comments we incorporated above regarding "Recreation and Special Recreation Management Areas."

17 A-PI REC

18 A-PI WSR

## Wild and Scenic River Suitability

As part of the RMP revision process the BLM is required to determine the eligibility and suitability of rivers and streams under the Wild and Scenic Rivers Act.  Previous findings of wild and scenic suitability for the Dolores River should be reaffirmed in the plan update. The Dolores has been found suitable in the past and still maintains the same qualities.  Few streams boast the unique natural values as are found along the Dolores River. The river itself, and all its eligible tributaries, should receive immediate, thorough, and enduring protection.

19 A-PI NRED

## Oil and Gas Leasing and Development

20 A-PI ED

Oil and gas leasing, exploration, and development should be prohibited in the Dolores River Corridor, certainly within visual proximity of the river itself. Any existing or future leases should maintain non-waiveable No Surface Occupancy Stipulations. Impacts of development within the corridor are not consistent with protection of outstandingly remarkable values associated with wild and scenic suitability or the existing Special Recreation Management Area Designation. Not only is the river spectacular from an ecological, scenic, and recreational standpoint, the Dolores has also been found suitable for W&S designation since the 1970s. It has been the practice of the BLM to apply NSO stipulations per the BLM's 1990 Dolores River Corridor Management Plan.

23 A-PI WSA

21 A-PI ED
22 A-PI SDA

24 A-PI ED

## Uranium Mining

UFO Scoping Comments, Dolores River Corridor

The revised management plan needs to address conditions that will be placed on future uranium mining in the planning area. There is established federal case law that mining operations must comply with land management plans, and that federal agencies have the authority to restrict or prevent mining based on compliance with land management plans. We request that the RMP prohibit mining related activities in areas of ecological significance such as river corridors, WSA's and ACEC's as well as SRMA's to protect quiet recreational experiences. All permitted mines must: prove that there will be no harm to both surface and ground water quality and quantity; prove that the long-term ecological health of the area will not be jeopardized; have viable reclamation plans in place before permits can be granted; and have an adequate bonding mechanism in place sufficient enough to cover the entire cost of reclamation. BLM must ensure that all state and federal laws are applied to any permitted mines. The BLM must also ensure that a viable long-term plan for dealing with any radioactive or contaminated materials as well as any other waste products is securely in place. The BLM must follow up with a regular inspection and monitoring program to ensure that violations are not occurring or not allowed to occur over a long period of time.

We also urge reclamation and restoration of past uranium mining scars within the planning area.

## Cultural Resources

There are a number of archeological sites with significant cultural value found within the portion of the Dolores Corridor within the planning area. As an example, a number of immense petroglyph panels can be found on a few boulders and in a small finger canyon of Wingate Sandstone along the northern side of the Paradox Valley west of Bedrock. BLM should inventory this area, if it hasn't already, and should develop management prescriptions designed to protect these resources. The broader conservation group comments we referenced and incorporated earlier contain extensive recommendations on planning and management guidance for cultural resources.

## Wildlife Habitat & Sensitive Species Management

Given the diversity of flora and fauna range and habitat found in this portion of the Dolores basin – Mule Deer, Elk, and Wild Turkey winter range as well as Gunnison Prairie Dog colonies and the location of three CNHP Potential Conservation Areas (Dolores Canyon South, Dolores River – Slick Rock to Bedrock, and Dolores River - Uravan to Roc Creek) – great care should be taken to follow the planning and management guidance for these resources as outlined in the "Wildlife Viability", "Special Status Species/Plants", and "Travel Management" sections of the broader conservation group comments referenced earlier. We also encourage the incorporation of directives outlined by the Center For Native Ecosystems in their scoping comments.

Please see attached spreadsheet (UFO_Dolores Basin PCA Species.xls) for a list of the species associated with the three CNHP Potential Conservation Areas noted above.

## Socioeconomic Analysis

34 A-PI SE

The Socioeconomic comments and studies submitted within the broader conservation group comments should be considered for the relevant portion of the basin within the UFO's jurisdiction.

## Cooperation with adjacent BLM Field Offices and Other Agencies

35 A-PI SDA

The Dolores Corridor should be managed in close cooperation with adjacent BLM Field Offices. For example, the Dolores River Canyon Wilderness Study Area is bisected by the UFO and the San Juan FO, but requires consistent and close management, especially considering issues with motorized incursions from the Utah. The Sewemup Mesa CWP expansions to the existing WSA also overlap the Grand Junction and Uncompahgre BLM field offices. Significantly, the river itself crosses boundaries between the San Juan, Uncompahgre, and Grand Junction Field Offices.  It is important that the river ecosystem be considered as a whole in order to institute management that maintains its unique qualities. We urge the Uncompahgre Field Office to adopt a broad vision of the landscape in approaching the cooperative management of these areas.

36 A-GE

We urge the BLM to work with other agencies as well.  Some of the outstandingly remarkable values identified in the Dolores River Corridor – fish species, plant species, and recreational boating – depend on a healthy functioning ecosystem, adequate stream flows, and well managed spills from McPhee Reservoir.  We urge the Uncompahgre Field Office of the BLM to work with water managers (including the Bureau of Reclamation and the Dolores Water Conservancy District) as well as adjacent BLM field offices, The Dolores River Dialogue, conservation groups, boaters (both private and commercial), and other stakeholders to ensure that outstandingly remarkable values of the Dolores are maintained and enhanced and that viable flow regimes are developed for both the benefit of the ecosystem and boating.

This is an outstanding natural landscape, which includes several unique plant and animal communities and provides one of the most spectacular recreational boating experiences in the country. Most of the land bordering the river is under public ownership and river flows are highly regulated by the McPhee Dam. The Dolores River corridor requires coordinated management in order to preserve these resources for the future.

40 A-PI LR

41 A-GE

37 A-PI VEG
38 A-PI FW
39 A-PI REC

**In conclusion,** we appreciate the opportunity to offer comments on the Uncompahgre RMP revision process. We would be happy to sit down and discuss the Dolores River with the planning team as appropriate.

Attachments:
- Dolores River Canyon CWP inventory report with map
- Sewemup Mesa CWP inventory report with map
- UFO_Dolores Basin PCA Species.xls

Sincerely,

*/signed/*

Amber Kelley
Dolores River Campaign Coordinator
Dolores River Coalition
San Juan Citizens Alliance
PO Box 1513
Cortez, CO 81321
970-565-7191

*for*

Kate Graham
Public Lands Organizer
Colorado Environmental Coalition
546 Main St #404
Grand Junction, CO 81501
970-243-0002

Bill Dvorak
Colorado River Outfitters Association
17921 hwy 285
Nathrop, CO 81236
719-539-6851

John Weisheit
Conservation Director
Colorado Riverkeeper
PO Box 466
Moab, UT 84532
435-259-1063

Andrea Robinsong

Steve Smith
Assistant Regional Director
Colorado Regional Office
The Wilderness Society
1660 Wynkoop, Suite 850
Denver, CO 80202
303-650-5818 ext. 102

Chair, Public Lands Committee
Western Colorado Congress
PO Box 1931
Grand Junction, CO 81502
970-256-7650

Hilary White
Director
Sheep Mountain Alliance
PO Box 389
Telluride, CO 81435
970-729-2321

# DOLORES RIVER CANYON

· WILDERNESS CHARACTER INVENTORY REPORT ·

## OVERVIEW

The Dolores River Canyon Citizens' Wilderness Proposal (CWP) area contains 41,133 acres of federal land. The areas are roadless, retain their natural appearance, and offer outstanding opportunities for solitude and primitive and unconfined recreation. The CWP extends beyond the Bureau of Land Management (BLM) Dolores River Canyon Wilderness Study Area (WSA). These expansions are warranted and based on field research, and they add wilderness quality lands to the existing WSA.



The Dolores River twists and turns.

## AREA DESCRIPTION

Dolores River Canyon is a pristine desert area containing some of the most outstanding canyon scenery in Colorado. It includes bench lands and mesa uplands, portions of five tributary canyons, and a segment of the Dolores River which has been recommended as a Wild river under the Wild and Scenic Rivers Act. The canyon's cliffs rise to benches of bedrock 500 to 700 feet above the river, with the canyon rim rising to 1,100 feet above the river.

Twelve geological formations spanning 160 million years of geologic history are exposed by the river in the gorge;

the predominant formation is red Wingate sandstone. Peregrine falcons nest in nearby Paradox Valley, and likely hunt in the Dolores River Canyon itself. Golden eagles nest there, and bald eagles have been seen; mule deer, mountain lions, and bobcats are common. The canyon is considered prime habitat for reintroduction of both desert bighorn sheep and river otters.

Vegetation varies from pinyon-juniper woodland, oak brush, and sagebrush on the mesa uplands to willows, boxelder, rushes, sedges, and cottonwoods along the river.

The remote areas of Nyswonger Mesa, Bull Canyon, and Skein Mesa have been added to the Citizens' proposal for Dolores River Canyon because of the continuity that they add to wild lands included in the Wilderness Study Area, and because even the minimal traces of human activities that once occurred there are now passing from view.



Stunning side canyons offer outstanding opportunities for recreation.

## INVENTORY HISTORY

The BLM inventoried the Dolores River Canyon for Wilderness character in the late 1970s and established a Wilderness Study Area (WSA) in 1980. In October 1991

BLM_0103934

Dolores River Canyon Proposed Wilderness Area
PARADOX VALLEY
Bedrock
90
NYSWONGER MESA
WILD STEER CANYON
SKEIN MESA
SPRING CANYON
Dolores
BUCK MESA
ANDERSON MESA
WILD STEER MESA
CANYON
ANDYS MESA
MONTROSE
SAN MIGUEL
SAN JUAN, UT
MONTROSE CO
DD1 RD
DD9 RD
DD18 RD
Gypsum Valley
N
Dolores River Canyon Proposal
Wilderness Study Area
Land Status
BLM
Private
Forest Service
Bureau of Reclamation
State
Travelways
Road
Way
Closed
Rivers & Streams
Perennial
Intermittent
Mine
Miles

the BLM recommended that 29,415 acres of Dolores River Canyon become designated Wilderness. This recommendation was made because of the area's outstanding natural scenery and opportunities for solitude and primitive and unconfined recreation, as well as its ecological diversity.

Citizens released the Conservationists' Wilderness Proposal (CWP) in 1994. This proposal included expansions to the WSA in the following areas: Davis Mesa, the bench above Spring Canyon, some small additions on the bench to the south of Wild Steer Mesa, Upper Bull Canyon, lands to the south of Andy's Mesa, upper Coyote Wash, and Nyswonger Mesa.

Citizens reinventoried Dolores River Canyon in 2000 and made two adjustments to the CWP boundaries. The northern part of Davis Mesa was removed from the WSA because of an existing county road and Skein Mesa was added because the road on the northern part of the Mesa is no longer needed or maintained.

## WILDENRESS CHARACTER ANALYSIS

### Size

At approximately 41,133 acres, the proposed Dolores River Canyon Wilderness exceeds the traditional minimum standard of 5,000 acres.

### Roadlessness

The BLM found the Dolores River Canyon WSA to be roadless in the late 1970s. The BLM's Initial Inventory report indicates that several areas were excluded from the WSA because of roads created during mining exploration. The mining exploration did not result in development in most places, and claims have not been patented. Citizens included many of these old mining routes in the Citizens' Proposed Wilderness area because they have not been maintained and they are recovering to a natural state via erosion and re-vegetation. Areas excluded from the WSA because of old mining routes and included in the CWP are: Nyswonger Mesa, Skein Mesa, Skein Mesa bench, Bull

Canyon, and Coyote Wash. "Approximately 750 acres have been deleted from Coyote Wash due to the presence of a constructed and maintained road which was previously thought to be a way." (BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 217) Routes include in the WSA have not been inventoried and are not described here.

Citizens extended the boundaries along Coyote Wash to the Utah State line. This is a natural extension of the boundaries and includes an important part of the canyon system. While field visits were not possible, reviews of 1993 aerial photos indicate the route to be unmaintained and relatively unused. On the photos the route disappears or becomes very faint in places indicating lack of maintenance and use.

The Skein Mesa Bench (south of Skein Mesa and north of Spring Canyon) was included by citizens in the proposed wilderness area in the mid 1990s. At the time the routes did not appear to be maintained. During the summer of 2000 the route that branches to the west, DRC10, had recently been maintained.

There is no apparent purpose for the route, and no clear reason why maintenance would be necessary. Citizens feel that it is important to include these bench lands and that the road, once closed, will recover to a natural state. During its 1970s inventories, BLM determined these routes to be ways (BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 217) Unless that road maintenance was authorized by the BLM, the agency should take steps to reclaim the route and maintain the wilderness character that otherwise remains. There are three routes (DRC11, DRC12 and DRC13) that branch off of DRC10. None of these routes are maintained or regularly used.

Skein Mesa itself was excluded by the BLM in the initial inventories because it was surrounded by roads. While the road to the south and west of Skein mesa is maintained and excluded from the Wilderness Proposal via a cherry stem, the road to the north of the mesa has not been maintained



DOLORES RIVER CANYON



Photo kek137_31 shows route DRC10 with recent maintenance.

Photo kek138_10 is toward the end of DRC10, damage to riparian soils is apparent, as well as what appears to be the first cuts made by a grader in some time.

Photo kek138_6 shows the beginning of DRC11. This route was clearly not constructed, and has not been maintained.

Photo kek137_34 is of spur DRC12. It shows the route almost completely revegetated and lacking maintenance or regular use.



Photo KEK140_2 is of the west end of DRC6. It shows no maintenance and only irregular use.

Photo KEK140_6 is of the east end of DRC6. It shows lack of maintenance and little use.

While this route, DRC16, has been maintained part of the way down into the canyon, this should not prevent this beautiful canyon from becoming wilderness. Photos KEK 142_4 and KEK142_10 show the condition of the route at it runs further down the canyon. During the BLM's 1970s inventories they determined this route to be a way (BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 217)   This way, only partially maintained, would quickly return to a natural state through erosion and revegetation; its inclusion would not significantly impact the Wilderness character of the CWP.



KEK142_4 shows DRC16 as it enters the CWP. It has been maintained.

KEK142_10 shows the route about 1 mile into the CWP. The route has not seen recent maintenance and does appear to be regularly used.

and is recovering to a natural state via erosion and revegetation. See photos KEK140_2 and KEK140_6. Keeping this unnecessary route closed allows for the inclusion of Skein Mesa in the Wilderness proposal, as it certainly deserves the protection that Wilderness designation affords. Spur route DRC7 is also unmaintained and irregularly used.

Citizens drew the boundaries for Bull Canyon up to the rim of this amazing canyon in the mid-1990s. This boundary location is an identifiable and manageable boundary. The BLM had drawn the boundary instead along the road that runs down the canyon (excluding the road).

DOLORES RIVER CANYON                    4

BLM_0103937

The Citizens' Wilderness Proposal boundary for the Davis Mesa portion of the unit follows the County Road on Davis Mesa and includes the lands to the south of the road. The mesa tops excluded from the WSA do have old seismic routes. The citizen inventory took place in 2000, 20 years after the BLM's inventory. While no photos of the routes condition in the late 70s have been provided by the BLM for comparison, photos KEK 131_12, taken at the intersection with the Davis Mesa County Road, and KEK 131_14, taken in 2000, show routes that have not been maintained and are not being regularly used.



Photo KEK 131_12 shows the beginning of the route accessing the Davis Mesa. The photo shows minimal use and natural recovery of vegetation between the vehicle tracks.

Photo KEK 131_14 shows bare soil contoured by years of erosion, freeze/thaw cycles, and old vehicle tracks and shows no evidence of maintenance.

Photo KEK 131_12 shows tall vegetation growing between the wheel tracks and slow recovery of cryptogrammic soils in route DRC17.

While the vehicle tracks are more visible in this photo, the only access to this part of the route is via parts of the way shown in photo KEK 131_14, suggesting that these tracks are a result of slow crypto soil recovery and not recent use.

The beginning of route (DRC16) accessing the southeast portion of the mesa can also be seen in photo KEK 131_14. Evidence of old vehicle tracks can be seen in the route, but no recent use is evident, nor is any maintenance.

Nyswonger Mesa shows some old scars of exploration. While at one time these routes may have been roads, they are clearly no longer in use. The only route up to the top of the Mesa has not been maintained, and is not passable by passenger vehicle. See photos KEK 133_ 20 and KEK 133_21. Routes on the top of the mesa have presumably not been maintained, either, and are similarly not accessible by passenger vehicles other than ATVs.



Photo kek 133_20 show the route badly eroded and passable only by ATV (not a legal passenger vehicle).

Photo kek 133_21 – taken a little further up the trail – shows a single track cow trail. A skilled ATV driver may be able to pass this.

Citizens expanded the WSA boundary on Anderson Mesa. The BLM WSA boundary follows routes on top of the Mesa. CWP boundaries take in more of Anderson Mesa and include routes DRC19 and DRC20 on the mesa. During the BLM's 1970s inventories they determined these routes to be ways (BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 217). In addition, the routes on top of the mesa are not maintained or regularly used. By including the route on top of the mesa in the Wilderness boundary, illegal motorized incursions into the area would be prevented, making for a more manageable boundary.

In general, the lands added to the WSA by conservationists are roadless. The BLM, in most cases, found these lands to be roadless in their 1970s inventories. The few maintained roads in the unit do not serve any purpose and could easily be closed to ensure more manageable boundaries.



DOLORES RIVER CANYON                                    5

BLM_0103938



Photo kek175_18 shows an ATV trail that is barely used and perhaps illegally created during hunting season.

Photo kek175_25 shows an unmaintained and seldom used segment of DRC19.

## Naturalness

The Dolores River Canyon CWP retains its natural character. The Dolores River Canyon, associated side canyons, mesas, and bench lands are composed of beautiful scenery where the imprints of man are few and far between. From stunning red and white sandstone formations to pinion-juniper covered mesas, these areas have been affected primarily by the forces of nature.

The BLM found the WSA to be natural:

> This unit centers on the deeply-incised, meandering Dolores River Canyon and includes those tributary canyons and surrounding rim lands that are primarily natural in character. This rugged canyon system is cut down through a series of sedimentary strata resulting in many colorful ledges and massive cliffs interspersed with talus slopes. Approximately 30 miles of the Dolores River are included within the unit. Vegetation varies with terrain and elevation. The rim and mesa area support a pinyon/juniper woodland with occasional sage parks. On the canyon slopes, there is a mixture of desert shrubs such as sagebrush, Mormon tea, squawbush, and buffalo berry, and scattered pinyon/juniper, cottonwoods and occasional ponderosa pine just under the canyon rim. The bottom of the main canyon and some of the tributary canyons support thicker riparian growth. Some small enclaves of aspen and ponderosa pine are found within the unit.
> - *BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 217*

In the late 1970s the BLM found the Dolores River Canyon WSA to be to be natural and affected primarily by the forces of nature. The BLM went on to recommend this area for wilderness because of its outstanding natural values.

There are several significant differences between the BLM WSA boundary and the CWP boundary. These differences are the results of the BLM's feeling that Davis Mesa, Skein Mesa Bench, Bull Canyon, and Buck/Anderson Mesas did not qualify for wilderness under the naturalness criteria. In addition, citizens included Skein Mesa, and portions of Davis Mesa and Nsywonger Mesa not inventoried for naturalness by the BLM.

Most of the impacts which resulted in boundary changes can be characterized as ways and mining impacts that no longer affect naturalness. Many of these impacts simply don't represent significant impacts, and others have simply faded away since the BLM's 1970s inventories. Below we will discuss each of the CWP expansions and the associated impacts.

### Davis Mesa

The BLM drew the northwest portion of Davis Mesa out of the WSA because of ways that effected naturalness. "In the northern portion of the unit, 501 acres of mesa top and canyon slopes have been deleted due to the presence of two ways which impair the naturalness of that area." (BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 217)

Most of the ways identified by the BLM in the northern part of the unit have been excluded from the CWP. Citizen boundaries include only two ways in the northern part of the unit not included in the WSA. These ways are barely traveled, well screened, and not of significant density to impact naturalness.



Photo kek132_15 shows one of the two ways in the sagebrush meadow. The sage screens the route effectively.



DOLORES RIVER CANYON

BLM_0103939

The CWP also includes lands on the southern half of Davis Mesa not inventoried by the BLM. These lands (discussed above in the Roadlessness section) are natural and have been seen little human impact. The human impacts on these two unnamed mesas consist of old seismic testing routes. They are well screened by pinion juniper and seldom traveled by vehicles. Photos of the routes can be seen in the above roadlessness section (see photos KEK 131_12 and KEK 131_14).

## Skein Mesa Bench

The BLM originally excluded the Skein Mesa Bench from the WSA. "Approximately 320 acres of bench land below Skein Mesa have been excluded from the unit due to presence of ways." (BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 217)

Citizens included the Skein Mesa Bench because inventories found the area to be natural and the impacts that do exist are well screened and able to revegetate themselves. There are two maintained roads, each on its own bench to the south of Skein Mesa. The road directly below the mesa has been excluded from the unit via cherry stem. The road on the bench below has been included in the Citizens' Wilderness Proposal since the CWP's inception. BLM's 1980 Inventory reports indicate this route was a way at one time. This route was bladed in 2000, but it appeared that before 2000 it had not seen a blade for decades. Citizens argue that this road should be closed and included in the Wilderness because of the ecological significance of these bench lands, and for easier management. In addition, there does not appear to be any reason for maintaining this route.

The Skein Mesa bench lands also contain some old seismic testing routes. The majority of these routes are no longer locatable on the ground because they are covered in vegetation. Some are visible on aerial photos. Citizens included the bench lands in the original version of the CWP in the early 1990s because the old exploration routes were recovering and did not impact the area's naturalness. When the area was reinventoried by citizens in 2000, a route had been recently maintained. There was no indication of structures or features that require access via a

maintained route. Citizens continue to advocate that these bench lands become Wilderness and request that the BLM allow this old mining route to recover. There are several old ways and seismic lines that intersect the maintained route. The photos KEK 138_28 and KEK 138_34 show these routes to be unmaintained and seldom used. There is also an old abandoned mine shaft on the east end of the bench (see photo KEK 137_28). Citizens feel strongly that these old seismic lines and the mine shaft do not impair the area's naturalness and that time will allow them to continue to recover.


Photo kek 138_28 shows the old recovering seismic routes.


Photo kek 138_34 shows the old recovering seismic routes.


Photo kek 137_28 shows the old mine shaft.

Skein Mesa proper was included in the CWP in 2001. It is one of the few mesa tops in the area that escaped seismic and mining exploration activity, making this mesa special and unique. No other impacts are present on the mesa.


DOLORES RIVER CANYON

## Bull Canyon

The BLM excluded Bull Canyon from the WSA. "In Bull Canyon and along the bench west of and below Wild Steer Mesa, approximately 1,800 acres have been deleted from the unit. This area contained portions of a maintained road which had previously been thought to be a way. It also contained waste rock tailings from mines on the rims above the canyon and other evidence of mining activity." (BLM Intensive Wilderness Inventory Final Wilderness Study Areas November, 1980 p. 217)

Upper Bull Canyon was excluded from the WSA partly because of the road that runs down the canyon and partly because of some old mining activity along the rim of the canyon. Citizens feel that the old mining activity does not impair the area's naturalness, and would only add interesting historical context to the Wilderness area.



Photo kek 142_5 shows the nature qualities of the area excluded from the WSA



Photo kek 142_11 shows the natural qualities of the area excluded from the WSA



Photo kek 142_3 shows the old mines and the lack of impact on the naturalness of the area



Photo kek 142_14 shows the old mines and the lack of impact on the naturalness of the area



Photo kek 142_7 shows the natural qualities of the area excluded from the WSA

## Buck Mesa and Anderson Mesa

The BLM excluded portions of Buck Mesa and Anderson Mesa from the WSA because they lacked naturalness. "On Buck Mesa and Anderson Mesa approximately 680 acres have been deleted due to the presence of several ways which are substantially noticeable and which impair the naturalness of the areas" (BLM Intensive Wilderness Inventory Final Wilderness Study Areas, November 1980 p. 217)

Citizen inventories determined that Buck and Anderson Mesas are natural. The impacts (ways) are well screened and not of significant density. In addition, management of this portion of the unit would be significantly easier if vehicle traffic was not allowed on the tops of the mesas. The CWP boundary would limit traffic to below the mesa top.

## Coyote Wash

Coyote Wash is natural. Only one seldom-used and revegetating route runs down Coyote Wash. The impact of this route is negligible and this CWP area expansion is natural.

## Nyswonger Mesa

BLM_0103941

The BLM drew Nsywonger Mesa out of the WSA because of historic seismic and exploration activity. Citizens found these old seismic lines and some other routes to be fading in the early 1990s. In 2000 citizens investigated the access route to the mesa and found it to be a deteriorated and seldom used ATV trial (see photos KEK 133_20 and KEK 133_21 above). Aerial photographs show the area's routes as being insignificant and relatively unused. These deteriorating impacts have little effect on the overall naturalness of the Mesa; they are well screened by pinyon-juniper forests and sagebrush meadows.

### Outstanding Opportunities for Solitude or Primitive and Unconfined Recreation

#### Solitude

The Dolores River Canyon CWP offers outstanding opportunities for solitude. The varied topography, mix of vegetation, and blunt landforms offer many places that provide outstanding solitude. The area's incredible canyon system, both the Dolores River Canyon and all of the side canyons (e.g., Wild Steer Canyon, La Sal Canyon, and Bull Canyon) offer intimate canyon settings with sheer walls. The various benches and mesas throughout the unit also offer outstanding opportunities for solitude.

The BLM found the Dolores River Canyon WSA to have outstanding opportunities for solitude:

> The rugged topography and vegetation groupings create settings which allow outstanding opportunities for solitude throughout most of the WSA. The deep, meandering canyons with sheer walls, many rock outcrops, ledges, and talus fields with large boulders, block out sights and sounds and create many secluded settings. The numerous tributary canyons are often very narrow, sheer walled and boulder choked, leading up to hidden grotto pools of clear cool water with hanging ferns and other non-desert vegetation. These side rips from the main river canyon offer even more areas of solitude. Vegetation screening is provided by pinyon-juniper woodlands on the mesa tops and benches and by riparian vegetation along the river.
>
> *- Wilderness Study Report, Volume Two, Montrose District Study Areas, p. 295.*

Citizens find that the areas the BLM excluded from the proposed Wilderness do offer outstanding opportunities

for solitude. Nsywonger Mesa is remote and seldom visited; views from the mesa are inspiring and create a sense of vastness. Skein Mesa is among the highest places in the proposed Wilderness and offers view that are awe-inspiring. The bench lands to the south of Skein Mesa and north of Bull Canyon offer intimate pinyon-juniper forests with views into side canyons and occasionally the main canyon. Upper Bull Canyon and Coyote Wash offer intimate canyon settings to contemplate the geological history of the area. The unnamed mesas on the southern portion of Davis Mesa are quiet pinyon-juniper forests



Desert blooms show the natural beauty of the area

where one can sit quietly and hear nothing but pinyon jays hunting for food.

#### Primitive and Unconfined Recreation

The Dolores River Canyon CWP offers outstanding opportunities for primitive and unconfined recreation. Opportunities for high quality hiking, backpacking, camping, scenic viewing, photography, and nature study are available within the Dolores River Canyon CWP. The diverse landscape, with the Dolores River Canyon and its many ridges and drainages as its principal feature, provide for ample opportunities to float or hike and explore the unit.

The BLM found the area to offer outstanding opportunities for primitive and unconfined recreation:



DOLORES RIVER CANYON

9

The Dolores River Canyon WSA provides outstanding opportunities for primitive and unconfined recreation. Historically, the Dolores River has provided scenic white water river opportunities for boating, kayakers and canoeists. The rugged canyon system offers challenging cross-country hiking and backpacking, while numerous high cliffs provide rock climbing opportunities. The view from the rim is of an immense red and buff-colored slick rock maze with sparse contrasting green vegetation and the changing water – a scenic backdrop for camping, sightseeing, nature photography, and geological study.

*- Wilderness Study Report, volume two, Montrose District Study Areas, p. 295*

The BLM found the Dolores River Canyon WSA to have outstanding opportunities for primitive and unconfined recreation. The BLM did not inventory the CWP expansions for primitive and unconfined recreation.

Citizens determined the Dolores River Canyon and the CWP expansions to offer outstanding opportunities for primitive and unconfined recreation. CWP expansions to the Dolores River Canyon WSA provide a variety of recreation opportunities via foot or horse: climbing up to Nyswonger Mesa, Davis Mesa, or Skein Mesa and camping on near the rim to enjoy the beautiful views; hiking the side canyons of Bull Canyon or Coyote Wash and exploring the next bend in the canyon; or exploring the bench lands to the north of Bull Canyon or to the South of Skein Mesa on horseback are all outstanding opportunities for recreation..

## SUPPLEMENTAL VALUES

The Dolores River Canyon CWP is loaded with cultural sites. Tool production areas, rock art panels, and home sites located in alcoves are among the sites that have been found.

Evidence of the area's prehistoric inhabitants can also be found in the form of fossils which include Triassic-age fish and armored crocodiles.

The area's geology is easily discovered due to the extensive canyon systems which have exposed the many geological layers over time. Limestone from the Pennsylvanian Period and Entrada sandstone from the

Jurassic period are exposed, representing around 160 million years. Other points of geological interest include: Navajo Sandstone, Cayenta formation, Wingate Sandstone, and the Chinle formation.

The Colorado Division of Wildlife's (CDOW) spatial data was over layed with the Dolores River Canyon proposed Wilderness for several species, most of which are popular with hunters and wildlife watchers. Bald eagles use the area for winter range. The area is considered overall range for bats. Bighorn sheep use the area for overall, summer, and winter range. Black bear can be found in the proposed Wilderness area. Elk use the area for overall, severe winter, and winter range. Dolores River Canyon proposed Wilderness area is a production area and winter range for geese. Mountain lions roam throughout the unit. Mule deer use the area for overall, severe winter, winter, and summer range. Otters can be found in the rivers. Peregrine falcons nest in the canyon walls, and turkeys use the area for winter range.

Colorado Natural Heritage Program has identified several Potential Conservation Areas within the Dolores River Canyon CWP. These sites contain important and rare plant species, as well as ecological processes. The sites are:

- La Sal Creek
- Coyote Wash
- Muleshoe Bench
- Dolores River at Anderson Mesa
- Dolores River at Andy's Mesa
- Little Gypsum Valley

The State of Colorado has identified the following Natural Areas within the unit:

- Paradox Valley – Dolores Canyon (identified)
- Coyote Wash (identified)
- Dolores Canyon Meanders (identified)

The Colorado Natural Heritage Program has identified the following Element Occurrences within the proposed Wilderness Area:

- violet milkvetch (G2S1; historical 1913 record)
- peregrine falcon (FS Sensitive, Colorado Species of Concern, Colorado Species of Greatest Conservation



BLM_0103943

Concern, G4T3S2B; 1 unranked 1994 record, 1 C-ranked 1999 record)

- banded physa (Colorado Species of Greatest Conservation Need, G2S1; historical 1914 record)

- box elder/river birch community (G1G2S1; B-ranked 1999 record)

- canyon treefrog (BLM Sensitive, Colorado Species of Greatest Conservation Concern, G5S2; 3 historical undated records, 1 E-ranked 1999 record)

- coyote willow/mesic graminoid community (G5S5; AB-ranked 1991 record)

- Eastwood monkeyflower (BLM Sensitive, G3S1; 1 B-ranked 1999 record, 1 D-ranked 1999 record)

- foothills riparian shrubland community (G1G2S1; A-ranked 1999 record)

- gray vireo (Colorado Species of Greatest Conservation Concern, G4S4B; three historical records, 1992, 1993, 1994)

- hanging gardens community (G2G3S2S3; D-ranked 1999 record)

- helleborine (FS Sensitive, G3G4S2; 3 B-ranked 1999 records, 1 C-ranked 1999 record)

- kachina daisy (BLM Sensitive, G2S1; A-ranked 1999 record)

- little penstemon (G3S2; 2 unranked 1982 records, 1 historical 1949 record)

- Naturita milkvetch (BLM Sensitive, G2G3S2S3; 1 unranked 1982 record, 1 C-ranked 1999 record, 1 historical 1978 record)

- Paradox breadroot (BLM Sensitive, G3S2; 1 D-ranked 1986 record, 1 E-ranked 1992 record, 1 historical 1949 record)

- Payson lupine (BLM Sensitive, G2S2; historical 1912 record)

- plateau striped whiptail (G5S4; B-ranked 1999 record)

- sage sparrow (FS Sensitive, Colorado Species of Greatest Conservation Need, G5S3B; historical 1993 record, historical 1994 record)

- smooth cliff-brake (G5T4?S2; B-ranked 1994 record)

- southern maiden-hair (G5S2; unranked 2004 record)

- spike pappusgrass (G5S1; E-ranked 1995 record)

- spotted bat (FS Sensitive, BLM Sensitive, Colorado Species of Greatest Conservation Need, G4S2; E-ranked 1994 record)

- tree lizard (G5S4; 2 B-ranked 1999 records)

- Western Slope grasslands community (G2G4S2; 4 A-ranked 1980 records, 1 B-ranked 1980 record)

- white-throated woodrat ssp. brevicauda (G5T2S1; historical 1908 record)

## CONCLUSION

The Dolores River Canyon Citizens' Wilderness Proposal has wilderness characteristics and should be managed to maintain and protect that character. The CWP expansions are roadless, natural, and add to the overall offering of outstanding opportunities for solitude and primitive and unconfined recreation. Including upper Bull Canyon, Anderson Mesa, upper Coyote Wash, Nsywonger Mesa, Skein Mesa, and the unnamed bench to the south of Davis Mesa make sense when considering the overall landscape and management of the unit.

*October 2005*



BLM_0103944

# Sewemup Mesa Citizens' Inventory Report
## Colorado Environmental Coalition
### March 29, 2010

## Overview

The Sewemup Mesa citizens' proposed wilderness area contains Wilderness characteristics. It combines the Bureau of Land Management's (BLM) Sewemup Mesa Wilderness Study Area (WSA) and Citizens' Wilderness Proposal (CWP) expansions. Citizen expansions of the WSA include a separate unit north to John Brown Canyon, separated by the pack trail, which goes northwest out of Sinbad Valley. Contiguous expansions to the WSA have been made to the west on the Manti La Sal National Forest including the Roc Creek Roadless area and Carpenter Ridge. The Sewemup Mesa CWP is roadless, natural, and offers outstanding opportunities for solitude and primitive an unconfined recreation. The boundaries are landscape based and are drawn to aid in manageability.



View of Sinbad Valley CWP and Sewemup Mesa WSA. Photo ls26_10

1

BLM_0103945



Roc Creek Roadless area on the Manti La Sal National Forest has Wilderness
Characteristics. Photo kek199_04.

## Area Description

Sewemup Mesa is located west of the Dolores River in Mesa and Montrose counties, 15
miles south of Gateway. The BLM's Grand Junction Field Office manages the area.

Isolated from development and most human activity by a fortress-like bastion of high,
almost impregnable cliffs, Sewemup Mesa is one of the most ecologically pristine areas
in western Colorado. Since most of the mesa has never been grazed by livestock, it
provides a rare example of an ecosystem largely undisturbed by human activity. This
makes Sewemup Mesa a veritable Shangri-la for scientists and naturalists seeking a
glimpse of untouched wilderness. For example, in 1988 scientists discovered a grass
species identified for the first time in all of Colorado, and two grasses never before seen
in western Colorado.

A striking band of thousand-foot-high cliffs of Wingate Sandstone encircles more than
75% of Sewemup Mesa. These cliffs rise out of the slickrock gorge of the Dolores River
on the east, and to the west they tower above Sinbad Valley, the remnants of a collapsed
salt dome. Domes of pink-banded Entrada Sandstone dot the top of the mesa, breaking
the sloping landscape of pinyon-juniper forest. Many huge ponderosa pines line the
canyons of the mesa top and grow directly from sandstone terraces along the mesa's
western cliffs. Few places offer more exhilarating solitude than that found at the edge of
Sewemup Mesa's soaring cliffs.

In contrast to the heights of Sewemup Mesa, adjacent Roc Creek Canyon plummets 1,000
feet straight down, forming an imposing cleft between Sinbad and Carpenter Ridges. Roc
Creek's brilliant red walls are framed by green forests of Douglas fir and ponderosa pine

2

BLM_0103946

along the canyon rims. Roc Creek itself is a large, roaring creek lined by huge ponderosas.

The cliffs of Sewemup Mesa provide nesting sites for the endangered peregrine falcon, as well as for golden eagles. Bald eagles winter along the Dolores River at the area's edge. Mountain lions prowl the mesa, and much of Sinbad Ridge and the mesa's lower slopes are important big-game winter range for deer and elk. In addition to sightings of peregrine falcons and bald eagles, the Colorado Division of Wildlife has identified the area as suitable habitat for Mexican spotted owl, southwest willow flycatcher, whooping crane, and the western burro owl.

The Colorado squawfish and humpback chub may be found in the Dolores River adjacent to the unit. Historically an obscure and little-traveled region, Sewemup Mesa derives its name from the cattle rustling days of the McCarty Gang. The rustlers are said to have burnt off and "sewed up" the cattle's rightful brands in exchange for their own. Today, it is obvious why a band of rustlers would have chosen Sewemup and its vicinity for a hide-out. It is a place where people are such rare visitors that there is little human trace.

The area around Cone Mountain in the northern section includes significant prehistoric archeology.

The Sinbad Valley is a unique geologic structure formed by a collapsed Salt Dome. The amazing valley is largely included with the in CWP boundaries. A route to Little Forest has been excluded form the area dividing the Sewemup Mesa CWP into two units. There are several other collapsed salt dome valleys in the area such as Partadox and Disappointment Valleys. Sinbad Valley is the smaller of the collapsed salt domes and is rimmed with colorful cliffs that glow in the evening light.

**Inventory History and BLM's 1980 findings**

The BLM inventoried Sewemup Mesa area for Wilderness Characteristics in the late 1970s. The BLM found Sewemup Mesa proper to have Wilderness Characteristics, established and WSA and went further to recommend the area for Wilderness Designation.

Lands on the adjacent Manti La Sal National Forest and BLM lands to the north were not inventoried by the BLM in the initial or intensive phases of their inventories. The Manti La Sal National Forest Manages the Roc Creek area for semi-primitive recreation.

The Conservationists' Wilderness Proposal (CWP) was released in 1994 and it contained the Sewemup Mesa WSA and the Roc Creek area of the Manti La Sal National Forest. In 2000 citizens reinventoried the area and found expansions on Carpenter Ridge, and lands north to John Brown Canyon. These expansions are included in the current Citizens' Wilderness Proposal.

**WILDERNESS CHARACTERISTICS**

3

**Size**

At approximately 65,447 acres, the proposed Sewemup Mesa Wilderness exceeds the minimum requirement of 5,000 acres.

**Roadlessness**

The integrity of Sewemup Mesa CWP requires that some routes be included with the boundaries. One road has been included in the carpenter ridge area. Several ways have also been included. The majority of the Sewemup Mesa CWP is roadless. The routes result from grazing activities and historic mining, and are likely used during hunting season. Routes in the CWP portion of the unit are identified and described below. Photos and photo points for the unit are included on the enclosed data CD.

Two ways enter the WSA in Sinbad Valley. Because of the BLM's decision to include these routes and private property access issues, these routes were not inventoried.

Several ways exist within the expanded boundaries. These routes will be discussed here.

Routes in the northern unit enter the unit from the western boundary. Three routes were cherrystemmed because the routes met the criteria for a road. These routes are the road to Nielson Mine, the route to the forty acre section of private land, and a short spur NW of Cave Canyon. Several other routes were included in the unit because none of these routes appear to be maintained or regularly used. These routes are described here.

BLM route 7460 travels out to a point between John Brown Canyon and Cave Canyon. 7460 is not maintained and not regularly used. It was originally created to access some mines which are now defunct.



LS31_26 shows the condition of 7460 a little over a mile in. No sign of maintenance or regular use.

4

The route east of cottonwood canyon appears on the USGS topographical map, but does not have a BLM number in BLM GIS road coverage. The route does not appear to be maintained or regularly used.



LS29_7 is the route in the Cottonwood Canyon area that extend beyond the private property. There is evidence of a bulldozer driving along this route but no evidence of maintenance or regular use.

The route that travels around Cone Mountain, BLM 7469, shows some sign of use, but shows no sign of maintenance. There is a stock pond along this route.



5

LS28_12 is an example of the condition of the BLM 7469 around Cone Mountain. The route receives some use but shows no signs of maintenance.

On the Manti La Sal National Forest (Colorado and Utah) there are five routes in both the northern and southern units of Sewemup. None of these routes meet the criteria of a road, and all have been included within the proposed Wilderness boundary.

A way heads northwest form Pace Lake; it is not constructed and does not appear to be maintained.



Photo ls27_04 is of the beginning of the route northwest of pace lake. It shows no sign of maintenance or regular use by passenger vehicles.



Photo ls27_18 show a section of the route northwest of Pace Lake in a slightly more used condition; there is still no sign of maintenance or regular use.

6

There are a few routes in the Utah portion of the CWP on the Manti La Sal National Forest. These routes are totally revegetated, often blocked by downed trees, and receive no use.



Photo ls11_34 is an example to the condition of the routes in the Utah portion of the CWP on the Manti La Sal National Forest. There is no evidence of use, and the road beds are completely re-vegetated.

Paralleling Roc Creek on the south side is a route that follows along the bench. This route is not maintained nor regularly used and has been included within the boundaries of the CWP.



Photos ls24_38 shows the unmaintained and ATV-traveled route on the bench south of Roc Creek.

7

In the Sinbad Valley several routes enter the CWP from the private land. These routes are difficult to access because of the private property. A field worker managed to get around the private land and get a few shots of the end of the routes and found them to be unused and returning to a natural state.



Photo ls14_34 shows the condition of the end of one of the routes which begins on private land in Sinbad Valley. The way almost appears to have been actively restored. No use or maintenance is visible.

On BLM lands in the Carpenter Ridge area there are several ways within the CWP boundaries. One of these routes appears to be maintained and regularly used, the remainder of the routes are seldom used and are not maintained.

Two routes enter the CWP in T48N R18W Section 18. One route is very short, the other fairly long. Both routes are ways because they lack maintenance and regular use.

8



Photo dk73b_20.jpg shows the shorter route toward the end. There is no evidence of maintenance or regular use.



Photo dk73b_18.jpg shows the beginning of the longer route with no maintenance nor regular use.

Two short ways enters the CWP in T48N R18W Section 19. Both of these routes are no longer used and recovering to a natural state.

9

BLM_0103953



Photo dk75_18.jpg shows the condition of the longer route. The route appears to be revegetating and no longer in use.

In T48N R18W Section 20 a way enters the unit; this route is not maintained and is not used by motor vehicles regularly.



Photos dk76_11.jpg is of the route towards the beginning. There are no tire tracks visible, and no evidence of maintenance.

There are a series of routes in the Beehive Canyon area that have been included in the CWP. The majority of the routes do not meet the criteria of a road as they are not maintained or regularly used. The route that goes out toward the private property appears to be maintained part of the way. Because the route appears to serve no purpose and because it is not maintained to its full length, it was included in the boundary to aid in management issues and to allow for a boundary that would include the Beehive Canyon area.

10



Photo dk76_21.jpg shows the character of the maintained route into the CWP.



Photo dk77_02.jpg is indicative of the ways in the Beehive Canyon area.

While the Sewemup Mesa CWP does contain some ways and one maintained road, the road does not appear to access anything. To maintain the wholeness of the unit and properly represent the landscape within the unit, it is necessary to include some routes. Significant roads, such as one that accesses private property and provide necessary access, have been excluded from the boundaries. Generally, the Sewemup Mesa CWP is roadless.

11

BLM_0103955

**Naturalness**

The Sewemup Mesa area is natural. The imprints of man within the unit are substantially unnoticeable. The proposed wilderness encompasses steep canyons, intimate drainages, broad mesas, pinion covered bench lands, and the stunning Sinbad Valley. The area has a great diversity of vegetation including aspen, ponderosa pine, Douglas fir, pinion juniper, grassy meadows, and sagebrush parks. Bears, mountain lions, deer, elk, bald eagles, and peregrine falcons can all be found in the unit. Colorful Wingate sandstone lines many of the canyons and cliffs.

The BLM found the WSA portion of the unit to be natural

> The Sewemup Mesa unit consists of two prominent geologic features: the sloping mesa top of Sewemup Mesa and the fringes of the collapsed salt dome of Sinbad Valley. Most of the Sinbad Valley portion of the unit consists of a landscape sloping down off the cliffs face which surrounds Sewemup Mesa. Vegetation in Sinbad Valley consists of a combination of pinyon juniper woodlands and sagebrush flats with open, grassy meadows. Sewemup Mesa is an isolated mesa top with sheer cliff faces that are five to seven hundred feet high. The mesa top is highly dissected by numerous shallow canyon systems. Pinyon-juniper woodlands are the predominate vegetation type of the mesa top.

> Most of the imprints of man are located in the Sinbad Valley portion of the unit. All three of the ways that occur in this area are considered to have minimal impact on the naturalness due to minimal disturbance and effective vegetative screening. The upland area of Sewemup Mesa contains no imprints of man and is considered to be a pristine natural environment.
> *- BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 P. 365*

Citizen additions to the WSA are natural. Boundaries have been drawn to exclude major unnatural features. The vegetation in the CWP expansions vary widely and includes aspen and pine trees on the Manti La Sal National Forest, pinion-juniper cover mesas, sagebrush, and grass filled parks. A variety of canyon systems can be found within the CWP including Beehive Canyon and the majestic Roc Creek Canyon in the southern portion of the unit and steeper canyons in the northern part of the unit such as Cottonwood Canyon and Cave Canyons. The majority of Sinbad Valley is included within the CWP. Its unique geology and stunning cliffs make an excellent addition to the unit.

12

BLM_0103956



Lovely ponderosa pine forests on the rim of Rock Creek.  Photo ds72_09.jpg



Exposed slick rock, pinion-juniper forests and ponderosa pine forests combine to form a beautiful, natural landscape.  Photo dk73_04.jpg

The expanded boundaries include some impacts.  These primarily include old mines and prospects and old ways presumably used for mineral exploration.  Many of these impacts are slowly healing, and some may need active restoration.

In the northern unit some stock ponds and old mine adits were identified.  These impacts to not represent significant imprints of man as there are isolated, at very low density, and generally well screened.

13

BLM_0103957



Photo ls31_33.jpg of a mine site located below the rim. BLM 7460 provided access to the mines and they are well screened from view as they are tucked in to the cliffs.



Photo ls31_19 is of an old structure most likely associated with the mining. The structure is not unlike the line shacks found in the Black Ridge Canyons Wilderness. It does not impact the naturalness of the area.

14

BLM_0103958



Photo !s28_06.jpg is of an example of the stock ponds found along the route east of Cone Mtn.

The southern unit is in similar shape to the northern unit. The southern boundary is drawn primarily along the upper rim of Roc Creek. The boundary excludes the majority of the impacts. Some ways, old prospects, and small mines are within the unit. These impacts are well dispersed, and generally hidden by the terrain and vegetation.



Photo dk77_20.jpg is a good example of the mines located in the southern unit. While the earth was clearly moved, the disturbance is small and isolated. Active recovery would quickly remove the impact.

In the southern unit a few stock ponds were identified. These ponds are well screened by vegetation and do not represent an insult to the naturalness of the unit.

15



Photo ls27_08 is an example of the stock ponds found on the National Forest lands within the unit.



Photo ls27_25 is of a lovely stand of ponderosa pine on the Manti La Sal National Forest. Despite the ATV tracks in the grass, the Little Forest is natural and scenic.

The Sewemup Mesa CWP is natural. The imprints of man within the unit are substantially unnoticeable. Impacts such as ways, stock ponds, small mines, and fences are widely dispersed and screened by topography and vegetation, and are therefor substantially unnoticeable. The area's colorful cliffs, rolling mesas, broad valley, and diverse forests dominate and provide a natural setting for a true Wilderness experiences.

**Outstanding Opportunities**

*Solitude*

The Sewemup Mesa proposed Wilderness area provides outstanding opportunities for solitude. The area's size, isolation, and varied terrain and diverse vegetation provide for quiet contemplation.

16

BLM_0103960

The BLM found the Sewemup Mesa portion of the CWP abundant in outstanding opportunities for solitude.

> The Sewemup Mesa unit offers outstanding opportunities for solitude. The presence of numerous drainages on the mesa creates a landscape in which people can become dispersed without encountering other people. Outstanding opportunities for solitude are intensified by the rolling topography of the mesa top. The dense pinyon-juniper woodland on the upper part of Sewemup Mesa also enhances opportunities for solitude. The presence of a sheer cliff wall around most of the mesa top also adds to the solitude of the unit since it provides an almost impassable barrier to the outside world. The physical size of the area is the main factor which enables this unit to contain outstanding opportunities for solitude in that it provides a large area in which people are free to roam.
> - *BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 365*

The citizens' additions to the WSA offer outstanding opportunities for solitude. On can enjoy peace and quiet in the diverse canyon systems. The grand Roc Creek Canyon is inspiring and gives one a sense of place. The smaller canyon systems such as Beehive Canyon or Cottonwood Canyon offer an intimate experience. Views from the various mesas and bench lands create a feeling of aloneness. One can hide away from the world in the forests on the Manti La Sal National Forest lands within the unit. Exploring the lonely Sinbad Valley also offers a sense of solitude to visitors.



Stunning view of Roc Creek where one can surely find solitude. Photo dk72_19.jpg

17

***Primitive and Unconfined Recreation***

The Sewemup Mesa proposed Wilderness area provides outstanding opportunities for primitive and unconfined recreation. The areas size, configuration, varied terrain, and diverse vegetation combine to offer outstanding recreational opportunities. Hiking, backpacking, camping, nature study, photography, horseback riding, wildlife watching, and hunting are recreational opportunities one can enjoy in the Sewemup Mesa unit.

> The Sewemup Mesa unit contains outstanding opportunities for day hiking, backpacking, scenic viewing, nature study, and technical rock climbing. The high degree of landscape diversity created by the numerous drainages flowing off Sewemup Mesa provide an interesting landscape that is attractive to the day hiker and the backpacker. Other interesting features such as the extensive outcroppings of slickrock and the prominent Entrada Knolls in the northwestern corner of the mesa also add the ability of the landscape to provide outstanding opportunities for these types of primitive recreation. The diversity of vegetation types within the unit also adds to the hiking or backpacking experience. This unit also contains outstanding opportunities for technical rock climbing on the Wingate cliff faces that surround most of Sewemup Mesa.
> - *BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 365.*



Roc Creek and Sinbad Valley offer outstanding opportunities for primitive and unconfined recreation. Photo dk72_20.jpg

The citizen expansions of Sewemup Mesa also offer outstanding opportunities for primitive and unconfined recreation. Hiking, backpacking, photography, wildlife watching, hunting, fishing, nature study, rock climbing, any many other activities are available in the CWP expansions to the Sewemup Mesa WSA. Exploring the bench

18

lands above the Dolores River in the northern unit is an excellent opportunity for recreation. Hiking and camping in the various canyon systems is a primitive experience to be enjoyed. Roc Creek and its bench lands offer great exploring opportunities. The scenery of Sinbad Valley, from the rim looking in or from the inside of the valley looking at the rims, is worthy of the best photographers!

**Supplemental Values**

Sewemup Mesa has many supplemental values. The area's large size, remoteness, and variable and vegetation types provide a landscape for great diversity and interesting geology.

The BLM found the WSA portion of the unit to have supplemental values:

> Several significant supplemental values exist within the Sewemup Mesa unit. Sewemup Mesa derives its name from the cattle rustling practices of the McCarty gang. The unit also contains archaeological values. The collapsed salt dome of the Sinbad Valley portion of the unit provides an example of an uncommon geologic feature. Sewemup Mesa is also one of the last areas in this region which represents an ecosystem undisturbed by the workings of man.
> - *BLM Intensive Wilderness Inventory Final Wilderness Study Areas November 1980 p. 366.*

The Colorado Natural Heritage Program has identified the following species of concern within the Sewemup Mesa CWP:

Colorado Natural Heritage Program – confirmed Element Occurrence Records
- southern maiden-hair (G5S2; B-ranked 2001 record, unranked 1988 record)
- sage sparrow (FS R2 Sensitive, Colorado Species of Greatest Conservation Need, Partners in Flight Wyoming Basin Priority Bird Population, G5S3B; E-ranked 1998 record)
- hanging gardens community (G2G3S2S3; A-ranked 2001 record)
- Naturita milkvetch (BLM Sensitive, G2G3S2S3; unranked 1986 record)
- San Rafael milkvetch (BLM Sensitive, G2G3S1; B-ranked 1996 record)
- sandstone milkvetch (BLM Sensitive, G3G4S1; unranked 1995 record, unranked 1985 record)
- shortgrass prairie community (G2G4S3; B-ranked 1999 record)
- emergent wetland community (G3S2; C-ranked 2001 record)
- helleborine (FS Sensitive, G3G4S3; B-ranked 1999 record, C-ranked 1999 record, E-ranked 1991 record, unranked 1991 record)
- kachina daisy (BLM Sensitive, FS R4 Sensitive, G2S1; B-ranked 1999 record)
- American peregrine falcon ((FS R2 Sensitive, Colorado Species of Concern, Colorado Species of Greatest Conservation Need, USFWS Bird of Conservation Concern, G4T3S2B; B-ranked 1998 record, C-ranked 1998 record)
- foothills riparian shrubland community (G1G2S1; B-ranked 2001 record, 2 C-ranked 2001 records)

19

BLM_0103963

- canyon treefrog (BLM Sensitive, Colorado Species of Greatest Conservation Need, G5S2; E-ranked 2001 record)
- canyon bog-orchid (G4G5T4?S3; E-ranked 1994 record)
- Dolores River skeletonplant (BLM Sensitive, G1G2S1; C-ranked 1993 record)
- Eastwood monkey-flower (BLM Sensitive, G3S1; A-ranked 2001 record, E-ranked 1991 record, E-ranked 1981 record)
- fringed myotis (BLM Sensitive, FS R2 Sensitive, Colorado Species of Greatest Conservation Need, G4G5S3; unranked 1997 record
- long-flower cat's-eye (G3S3; unranked 1983 record)
- purple cliff-brake (G5S2S3; D-ranked 1999 record)
- Utah penstemon (G4S2; unranked 1994 record, unranked 1988 record)
- Constance's phaclia (G4S1; C-ranked 1988 record, unranked 1987 record)
- Western Slope marsh community (G5S3; B-ranked 2001 record)
- xeric Western Slope pinyon-juniper community (G2?S2; B-ranked 1983 record)
- Western Slope ponderosa pine woodlands community (G5S1; A-ranked 1999 record)
- Fremont's cottonwood riparian forests community (G2S2; C-ranked 2001 record)
- emergent wetland (marsh) community (G4S2; C-ranked 2001 record)
- mesa dropseed (G5S1S2; E-ranked 1994 record)
- southwestern blackhead snake (Colorado Species of Greatest Conservation Need, G5S2?; unranked 1990 record)
- gray vireo (Colorado Species of Greatest Conservation Need, Partners in Flight Colorado Plateau Priority Bird Population, Partners in Flight Mesa and Plains Priority Bird Population, USFWS Bird of Conservation Concern, G4S2B; E-ranked 1992 record)

Historical records:
- southern maiden-hair (G5S2; 1965 record, 1949 record)
- San Rafael milkvetch (BLM Sensitive, G2G3S1; 1983 record)
- helleborine (FS R2 Sensitive, G3G4S3; 1935 record)
- longnose leopard lizard (BLM Sensitive, State Species of Concern, Colorado Species of Greatest Conservation Need, G5S1; undated record)
- canyon treefrog (BLM Sensitive, Colorado Species of Greatest Conservation Need, G5S2; 1978 record, undated record)
- Payson lupine (BLM Sensitive, G2S2; 1912 record)
- Dolores River skeletonplant (BLM Sensitive, G1G2S1; 1985 record, 1979 record)
- Eastwood monkey-flower (BLM Sensitive, G3S1; 1978 record)
- banded physa (Colorado Species of Greatest Conservation Need, G2S1; 1914 record)

Colorado Natural Heritage Program Potential Conservation Areas
- John Brown Canyon
- Garvey Gulch
- Dolores Canyon South
- Sewemup Mesa
- Salt Creek

20

The Manti La Sal National Forest manages the Roc Creek portion of the area as an inventoried Roadless Area.

The Colorado Division of Wildlife's (CDOW) spatial data was overlaid with the Weber-Menefee proposed Wilderness for several species, most of which are popular with hunters and wildlife watchers. Elk and mule deer use the area for sever winter range, summer and winter concentration areas, and over all range. Mountain lions are considered to have overall range in Sewemup Mesa. The area overlaps with otter habitat. Peregrine falcons have nesting areas and potential nesting areas within the unit. Turkey's overall range, production area, roost sites, winter concentration, and winter range are all available within the unit. Sewemup Mesa boasts bald eagle roost sites and winter range. Overall range and winter range for bighorn sheep are within the unit. Black bear fall concentration, overall range, and summer concentration all overlap with Sewemup Mesa. Geese production area, winter concentration, and winter range are found within the unit. Sewemup Mesa has overall range for pheasants and bats.

The Colorado Office of Archaeology and Historic Preservation lists over 100 archeological and historical sites in their database; because the information is sensitive, the details are not presented here. In general, Sewemup includes sites from the prehistoric Freemont and the Ute cultures such as petroglyphs, and historic sites from the cattle-rustling days associated with the McCarty gang.

21

BLM_0103965

| PCA Name | Major Group | Scientific Name (Colorado) | Common Name (Colorado) |
|---|---|---|---|
| Dolores Canyon South | Natural Communities | Bouteloua gracilis - Pleuraphis jamesii Herbaceous Vegetation | Shortgrass Prairie |
| Dolores Canyon-Slick Rock to Bedrock | Natural Communities | Acer negundo / Betula occidentalis Woodland | Boxelder/River Birch |
| Dolores Canyon-Slick Rock to Bedrock | Vascular Plants | Astragalus naturitensis | Naturita milkvetch |
| Dolores Canyon-Slick Rock to Bedrock | Vascular Plants | Erigeron kachinensis | kachina daisy |
| Dolores Canyon-Slick Rock to Bedrock | Natural Communities | Forestiera pubescens Shrubland | Foothills Riparian Shrubland |
| Dolores Canyon-Slick Rock to Bedrock | Natural Communities | Hesperostipa comata Great Basin Herbaceous Vegetation | Western Slope Grasslands |
| Dolores Canyon-Slick Rock to Bedrock | Vascular Plants | Pediomelum aromaticum | Paradox breadroot |
| Dolores Canyon-Uravan to Roc Creek | Vascular Plants | Astragalus rafaelensis | San Rafael milkvetch |
| Dolores Canyon-Uravan to Roc Creek | Vascular Plants | Astragalus sesquiflorus | sandstone milkvetch |

BLM_0103966

BLM_0103967

IN

| | |
|---|---|
| **From:** | Site Administrator on behalf of George and Frances Alderson |
| **To:** | uformp@blm.gov |
| **Subject:** | Dolores River Basin RMP |
| **Date:** | Thursday, March 18, 2010 2:22:43 PM |

Mar 18, 2010

Bureau of Land Management Uncompahgre Field Office

Dear Uncompahgre Field Office,

Although we live far from the area, we have friends in Colorado who know it well. One of them has lived in the Montrose-Moab region for

1 A-PI WSA

than 30 years. I (George) have visited the Dolores watershed several times, the first time being in 1963.

We ask BLM to give high priority in your new RMP to protecting the lands that have wilderness characteristics in the Dolores River watershed. Both the existing wilderness study area and the citizens' proposed additions should be managed to protect their wilderness character. Offroad vehicles should be excluded from these areas, and oil/gas leasing should be prohibited. Maps in the draft plan/EIS should show the citizens' proposed areas as well as WSA, so all readers will understand which lands are being discussed.

We also urge you to include the following site-specific points:

1. Manage the Sewemup Mesa citizens' wilderness proposal area to protect its wilderness character, including Carpenter Flats and Beehive Canyon.

2. Manage the Dolores Corridor, including Paradox Valley, as an integral river ecosystem, to protect its great cultural, wildlife and scenic values.

3. Reaffirm the wild and scenic river suitability of the Dolores River and its eligible tributaries, and give them complete protection.

4. Prohibit oil/gas leasing in the Dolores River Corridor, or require

2 A-PI MI

"face occupancy" stipulations in any leases. The impacts of oil/gas development would be fatal to the great wildland values of the Dolores.

For the entire planning area, BLM should prescribe strict conditions for uranium mining, to make sure the damage to the natural values are minimized. Provisions should be included for disposal of any radioactive or contaminated waste materials, so miners will not leave these toxic wastes for the taxpayers to clean up, as often happened in the past. BLM must be sure all mining operations are properly bonded under applicable state and federal laws.

Thank you for considering our views. We wish you will in developing the plan. Please keep us informed of further action.

Best

George and Frances Alderson

112 Hilton Ave
Baltimore, MD 21228-5727
(410) 788-7096

BLM_0103969

IN

| | |
|---|---|
| **From:** | Site Administrator on behalf of Holly Annala |
| **To:** | uformp@blm.gov |
| **Subject:** | Dolores River Basin Conservation |
| **Date:** | Friday, March 19, 2010 3:22:50 PM |

Mar 19, 2010

1 A-GE

of Land Management Uncompahgre Field Office

Dear Uncompahgre Field Office,

Hello, my name is Holly Annala and I live in Crested Butte. I grew up in Durango and also lived in Steamboat Springs for 10 years. My husband and I have started visiting the Dolores River Basin area much more frequently in the last few years, and really enjoy it. Last fall we visited 3 times, going to Gateway, Naturita, Sewemup Mesa and the collapsed Salt Dome area there, and the Uncompahgre Mesa. It was wonderful! It is really a great place for outdoor visiters of all

2 A-PI LG

types. Please take care of these wonderful places for all who like to visit there and get away from the crowds and see the beautiful canyons and mesas. Hopefully you will also consider grazing at some time during the future, many areas along the river are heavily overgrazed and overtaken with weeds.
Please prioritize protecting the wilderness characteristics of the Dolores River Basin when developing the new resources management plan for the Uncompahgre Field Office (UFO).

At the heart of the Dolores corridor, the Dolores River Canyon Wilderness Study Area and citizen recommended additions -- with towering colorful sandstone cliffs, river otter, peregrine falcon, and outstanding opportunities for remote wilderness experience -- must be managed for the protection of the area's vast wilderness characteristics.

In addition, please make sure to consider the following:
* The Sewemup Mesa Citizens' Wilderness Proposal (CWP) areas within the Uncompahgre field office, including Carpenter Flats and Beehive Canyon, help to define a cohesive landscape of diverse canyon ecosystems, and should be managed for their wilderness characteristics.

* The Dolores Corridor, including the Paradox Valley and its rich wildlife and cultural resources, should be managed in close cooperation with adjacent BLM Field Offices and private land owners. It is important that the river ecosystem be considered as a whole in order to institute management that maintains its unique qualities.
* The Dolores river and all its eligible tributaries should receive immediate, thorough, and enduring protection. Previous findings of wild and scenic suitability for the Dolores River should be reaffirmed in the plan update. Few streams boast the unique natural values--and extent of threats to those values--as are found along the Dolores River.
* Oil and gas leasing should be prohibited in the Dolores River Corridor, or should at a minimum maintain No Surface Occupancy Stipulations. Impacts of development within the corridor are not consistent with protection of outstandingly remarkable values or the existing Special Recreation Management Area Designation.

Finally, the revised management plan needs to address how uranium mining in the area will occur to ensure proper protections and prohibit leasing within the river corridor.  BLM must ensure that all state and federal laws are applied to any permitted mines. The BLM must also ensure that a viable long-term plan for dealing with any radioactive or contaminated materials as well as any other waste products is securely in place. All permitted mines must:
*prove that there will be no harm to both surface and ground water quality and quantity;
*prove that the long-term ecological health of the area will not be jeopardized;
*have viable reclamation plans in place before permits can be granted; and
*have an adequate bonding mechanism in place sufficient enough to cover the entire cost of reclamation.

Thank you for this opportunity to participate!

Best

Ms. Holly Annala
105 Goren St
PO Box 2401
Crested Butte, CO 81224-2401

| | |
|---|---|
| **From:** | Site Administrator on behalf of Jesse Archambault |
| **To:** | uformp@blm.gov |
| **Subject:** | Protecting the Dolores |
| **Date:** | Tuesday, March 30, 2010 11:14:41 PM |

Mar 31, 2010

Bureau of Land Management Uncompahgre Field Office

Dear Uncompahgre Field Office,

To whom it may concern:

I ask that you please make protecting the Dolores River basin a priority when developing the new resources management plan for the Uncompahgre Field Office (UFO).

At the heart of the Dolores corridor, the Dolores River Canyon Wilderness Study Area and citizen recommended additions -- with towering colorful sandstone cliffs, river otter, peregrine falcon, and outstanding opportunities for remote wilderness experience -- must be managed for the protection of the area's vast wilderness characteristics.

In addition, please make sure to consider the following:
* The Sewemup Mesa Citizens' Wilderness Proposal (CWP) areas within the Uncompahgre field office, including Carpenter Flats and Beehive Canyon, help to define a cohesive landscape of diverse canyon ecosystems, and should be managed for their wilderness characteristics.

* The Dolores Corridor, including the Paradox Valley and its rich wildlife and cultural resources, should be managed in close cooperation with adjacent BLM Field Offices and private land owners. It is important that the river ecosystem be considered as a whole in order to institute management that maintains its unique qualities.
* The Dolores river and all its eligible tributaries should receive immediate, thorough, and enduring protection. Previous findings of wild and scenic suitability for the Dolores River should be reaffirmed in the plan update. Few streams boast the unique natural values--and extent of threats to those values--as are found along the Dolores River.
* Oil and gas leasing should be prohibited in the Dolores River Corridor, or should at a minimum maintain No Surface Occupancy Stipulations. Impacts of development within the corridor are not consistent with protection of outstandingly remarkable values or the existing Special Recreation Management Area Designation.

Finally, the revised management plan needs to address how uranium mining in the area will occur to ensure proper protections and prohibit leasing within the river corridor. BLM must ensure that all state and federal laws are applied to any permitted mines. The BLM must also ensure that a viable long-term plan for dealing with any radioactive or contaminated materials as well as any other waste products is securely in place. All permitted mines must:
*prove that there will be no harm to both surface and ground water quality and quantity;
*prove that the long-term ecological health of the area will not

be jeopardized;
*have viable reclamation plans in place before permits can be
granted; and
*have an adequate bonding mechanism in place sufficient enough to
cover the entire cost of reclamation.

Thank you for this opportunity to participate!

Best

Jesse Archambault
425 Willow Dr
Durango, CO 81301-7568

BLM_0103973