# Appendix 5—Minimum, Maximum, and Mean Values for Ash Yield, Sulfur Content, Calorific Value, and Moist, Mineral-Matter-Free Btu, Grouped by High-Priority Coal Fields and Stratigraphic Units for the Colorado Plateau Coal Assessment Area



**Figure A5-1.** Minimum, maximum, and mean contents of ash yield for coal from high-priority coal fields in the Colorado Plateau coal assessment area.

Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area     **G97**



**Figure A5-2.** Minimum, maximum, and mean contents of sulfur content for coal from high-priority coal fields in the Colorado Plateau coal assessment area.

BLM_0104290



Case No. 1:20-cv-02484-MSK Document 57-10 filed 04/28/21 USDC Colorado pg 3 of 94

**Figure A5-3.** Minimum, maximum, and mean contents of calorific value for coal from high-priority coal fields in the Colorado Plateau coal assessment area.



**Figure A5-4.** Minimum, maximum, and mean contents of moist, mineral-matter-free Btu for coal from high-priority coal fields in the Colorado Plateau coal assessment area.



**Figure A5-5.**   Minimum, maximum, and mean contents of ash yield for coal from all stratigraphic units in the Colorado Plateau coal assessment area.

BLM_0104293



**Figure A5-6.** Minimum, maximum, and mean contents of sulfur content for coal from all stratigraphic units in the Colorado Plateau coal assessment area.



**Figure A5-7.** Minimum, maximum, and mean contents of calorific value for coal from all stratigraphic units in the Colorado Plateau coal assessment area.

BLM_0104295



**Figure A5-8.** Minimum, maximum, and mean contents of moist, mineral-matter-free Btu for coal from all stratigraphic units in the Colorado Plateau coal assessment area.

BLM_0104296

G104    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah

# Appendix 6—Graduated Symbol Maps for Each Element of Environmental Concern from the Colorado Plateau Coal Assessment Area



**Figure A6-1.** Graduated symbol map of the mean content of antimony for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.

BLM_0104297

**Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area**      G105



**Figure A6-2.** Graduated symbol map of the mean content of arsenic for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.



**Figure A6-3.** Graduated symbol map of the mean content of beryllium for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.

BLM_0104298

G106     Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure A6-4.**  Graduated symbol map of the mean content of cadmium for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.



**Figure A6-5.**  Graduated symbol map of the mean content of chromium for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.

**Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area**    G107



**Figure A6-6.** Graduated symbol map of the mean content of cobalt for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.



**Figure A6-7.** Graduated symbol map of the mean content of lead for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.

BLM_0104300



Case No. 1:20-cv-02484-MSK Document 57-10 filed 04/28/21 USDC Colorado pg 13 of 94

**Figure A6-8.** Graduated symbol map of the mean content of manganese for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.

**Figure A6-9.** Graduated symbol map of the mean content of mercury for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.

**Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area**   **G109**



**Figure A6-10.**   Graduated symbol map of the mean content of nickel for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.



**Figure A6-11.**   Graduated symbol map of the mean content of selenium for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.

BLM_0104302

G110     Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure A6-12.** Graduated symbol map of the mean content of thorium for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.



**Figure A6-13.** Graduated symbol map of the mean content of uranium for all coal fields studied (including high and low priority coal fields) in the Colorado Plateau coal assessment area.

BLM_0104303

# Appendix 7—Minimum, Maximum, and Mean Contents of Elements of Environmental Concern shown by High-Priority Coal Field and Stratigraphic Unit from the Colorado Plateau Coal Assessment Area



**Figure A7-1.** Minimum, maximum, and mean content of antimony for coal from high-priority coal fields in the Colorado Plateau coal assessment area (* indicates insufficient data).

BLM_0104304



**Figure A7-2.**  Minimum, maximum, and mean content of arsenic for coal from high-priority coal fields in the Colorado Plateau coal assessment area.



**Figure A7-3.** Minimum, maximum, and mean content of beryllium for coal from high-priority coal fields in the Colorado Plateau coal assessment area.

**G114**   Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure A7-4.**   Minimum, maximum, and mean content of cadmium for coal from high-priority coal fields in the Colorado Plateau coal assessment area (* indicates insufficient data).

**Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area**    **G115**



**Figure A7-5.** Minimum, maximum, and mean content of chromium for coal from high-priority coal fields in the Colorado Plateau coal assessment area.

BLM_0104308



**Figure A7-6.**  Minimum, maximum, and mean content of cobalt for coal from high-priority coal fields in the Colorado Plateau coal assessment area.

Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area   **G117**



**Figure A7-7.** Minimum, maximum, and mean content of mercury for coal from high-priority coal fields in the Colorado Plateau coal assessment area.

BLM_0104310

G118    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



Figure A7-8. Minimum, maximum, and mean content of lead for coal from high-priority coal fields in the Colorado Plateau coal assessment area (* indicates insufficient data).



**Figure A7-9.** Minimum, maximum, and mean content of selenium for coal from high-priority coal fields in the Colorado Plateau coal assessment area.



**Figure A7-10.** Minimum, maximum, and mean content of manganese for coal from high-priority coal fields in the Colorado Plateau coal assessment area.



**Figure A7-11.** Minimum, maximum, and mean content of nickel for coal from high-priority coal fields in the Colorado Plateau coal assessment area.



**Figure A7-12.** Minimum, maximum, and mean content of thorium for coal from high-priority coal fields in the Colorado Plateau coal assessment area (* indicates insufficient data).



**Figure A7-13.** Minimum, maximum, and mean content of uranium for coal from high-priority coal fields in the Colorado Plateau coal assessment area.



G124     Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure A7-14.** Minimum, maximum, and mean content of antimony for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).

BLM_0104317



**Figure A7-15.**  Minimum, maximum, and mean content of arsenic for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).

BLM_0104318



**Figure A7-16.** Minimum, maximum, and mean content of beryllium for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).

BLM_0104319



**Figure A7-17.**  Minimum, maximum, and mean content of cadmium for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).



**Figure A7-18.**  Minimum, maximum, and mean content of chromium for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).

**Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area**   **G129**



**Figure A7-19.** Minimum, maximum, and mean content of cobalt for coal from all stratigraphic units in the Colorado Plateau coal assessment area.

BLM_0104322



Case No. 1:20-cv-02484-MSK Document 57-10 filed 04/28/21 USDC Colorado pg 35 of 94

**Figure A7-20.** Minimum, maximum, and mean content of mercury for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).

**Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area    G131**



**Figure A7-21.** Minimum, maximum, and mean content of lead for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).

BLM_0104324



**Figure A7-22.** Minimum, maximum, and mean content of selenium for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).



**Figure A7-23.** Minimum, maximum, and mean content of manganese for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).



**Figure A7-24.** Minimum, maximum, and mean content of nickel for coal from all stratigraphic units in the Colorado Plateau coal assessment area.

BLM_0104327



**Figure A7-25.** Minimum, maximum, and mean content of thorium for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).



**Figure A7-26.** Minimum, maximum, and mean content of uranium for coal from all stratigraphic units in the Colorado Plateau coal assessment area (* indicates insufficient data).



*Click here to return to Disc 1 Volume Table of Contents*

Bulletin 146



**New Mexico Bureau of Mines and Mineral Resources**

A DIVISION OF
NEW MEXICO INSTITUTE OF MINING AND TECHNOLOGY

# Coalbed methane
# in the Upper Cretaceous Fruitland Formation,
# San Juan Basin, New Mexico and Colorado

Edited by W. B. Ayers, Jr., and W. R. Kaiser

*Bureau of Economic Geology, The University of Texas at Austin, Austin, Texas 78713–7508*

Research funded by the Gas Research Institute
under contract no. 5087–214–1544

Published in cooperation with

Bureau of Economic Geology
The University of Texas at Austin
Austin, Texas 78713–7508
(Report of Investigations No. 218)

Colorado Geological Survey
Division of Minerals and Geology
Department of Natural Resources
1313 Sherman St., Room 715
Denver, Colorado 80203
(Resource Series 31)

SOCORRO 1994

BLM_0104330



# Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado



U.S. Geological Survey Bulletin 2213

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104331



**Cover.** Iron bog above Ophir, Uncompahgre National Forest, Colorado.

BLM_0104332

# Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado

Edited by Viki Bankey

*This report summarizes information on known mineral resources, delineates areas favorable for occurrence of undiscovered mineral resources for seven types of metallic mineral deposits having a reasonable chance of occurring, provides an assessment of coal resources, describes some of the environmental effects of historical mining, and identifies the distribution and quality of potential sources of crushed stone and sand and gravel for natural aggregate in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado*

U.S. Geological Survey Bulletin 2213

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104333

**U.S. Department of the Interior**
Gale A. Norton, Secretary

**U.S. Geological Survey**
Charles G. Groat, Director

Version 1.0, 2004

This publication is only available online at:
http://pubs.usgs.gov/bul/b2213

Any use of trade, product, or firm names in this publication
is for descriptive purposes only and does not imply
endorsement by the U.S. Government

Manuscript approved for publication July 7, 2003
Published in the Central Region, Denver, Colorado
Graphics by Viki Bankey
Photocomposition by Gayle M. Dumonceaux
Edited by L.M. Carter

BLM_0104334

# Volume Contents

[Chapters are lettered]

– Selected results, by U.S. Geological Survey ......................................................................... vi
A. Introduction, by Viki Bankey ......................................................................................... 1
B. Review of the geology of western Colorado, by Warren C. Day and Dana J. Bove ................. 11
C. Regional sediment and rock geochemistry, by Steven M. Smith ..................................... 37
D. Geophysical studies, by Viki Bankey, Robert P. Kucks, and Kim Oshetski ......................... 54
E. Distribution of mines and mineralized areas, by Anna B. Wilson and Gregory T. Spanski ....... 67

**Potential for undiscovered mineral resources Locatable minerals**

F. Qualitative and quantitative mineral resource assessment methodology, by Gregory T.
        Spanski and Viki Bankey ......................................................................................... 87
G. Mineral resource assessment for porphyry molybdenum deposits, by Dana J. Bove,
        Daniel H. Knepper, Jr., Viki Bankey, Gregory T. Spanski, and Steven M. Smith ............... 105
H. Mineral resource potential assessment for the sandstone-hosted uranium deposit
        type, by Gregory T. Spanski, Viki Bankey, and Steven M. Smith ......................... 124
I.   Mineral resource assessment for volcanic-associated massive sulfide deposits, by
        Warren C. Day, Gregory T. Spanski, Viki Bankey, Anna B. Wilson, and
        Steven M. Smith ..................................................................................................... 135
J.  Mineral resource assessment for polymetallic vein deposits, by Anna B. Wilson,
        J. Thomas Nash, Gregory T. Spanski, Viki Bankey, and Steven M. Smith ......................... 150
K. Mineral resource assessment for polymetallic replacement deposits, by Anna B.
        Wilson, Gregory T. Spanski, Viki Bankey, and Steven M. Smith ......................... 164
L.  Mineral resource assessment for sediment-hosted copper deposits, by David A.
        Lindsey, Viki Bankey, Daniel H. Knepper, Jr., and Gregory T. Spanski ......................... 177

**Mineral resources Leasable minerals**

M. Coal resources and coal resource potential, by R.D. Hettinger, L.N.R. Roberts, and
        M.A. Kirschbaum ..................................................................................................... 188

**Mineral resources Salable minerals**

N. Potential aggregate resources, by Daniel H. Knepper, Jr., and Viki Bankey .......................... 224

O. References cited and additional selected bibliography for the GMUG greater study
        area, compiled by Steven M. Smith, Anna B. Wilson, and M.J. Crane ......................... 232

iv

# Definition of Terms

**Reserves.**  Economically recoverable mineral-bearing material in identified deposits (Brobst and Pratt, 1973).

**Resources.**  Mineral-bearing material not yet discovered, or discovered material that currently cannot be recovered (Brobst and Pratt, 1973).

**Identified resources.**  Specific bodies of mineral-bearing material whose location, quality, and quantity are known from geologic evidence (Brobst and Pratt, 1973).  These resources are not particularly evaluated as to feasibility of mining and can be economic, marginal, or subeconomic.

**Undiscovered resources.**  Unspecified bodies of mineral-bearing material surmised to exist on the basis of broad geologic knowledge and theory (Brobst and Pratt, 1973).  These bodies can occur in known mining districts or in geologic terranes that presently have no discoveries.  These resources are also not evaluated as to feasibility of mining and can be economic, marginal, or subeconomic.

**Mineral deposit.**  An occurrence of sufficient size and grade that under the most favorable circumstance could be considered to have economic potential (Cox and others, 1986).

**Mineral occurrence.**  A concentration of a mineral that is considered valuable by someone somewhere or that is of scientific or technical interest (Cox and others, 1986).

**Ore deposit.**  A mineral deposit that has been tested and is known to be of sufficient size, grade, and accessibility to be producible and yield a profit (Cox and others, 1986).

# Measurement Units

The grade and tonnage curves used in this study contain grades either as grams or as percent per metric ton.  Thus the estimated amounts of metallic resources within an undiscovered deposit are reported in metric tons of metal.  In many situations, units of measurement are noted as they were originally reported.  Measurements originally made and reported in feet, in miles, in square miles, and in short (2,000-lb) tons, for example, are included here in their original units for clarity and to avoid misstatement of precision in conversion.

| To convert | To | Multiply by |
|---|---|---|
| feet | meters | 0.3048 |
| miles | kilometers | 1.61 |
| pounds | kilograms | 0.45 |
| square miles | square kilometers | 2.6 |

**Equivalences useful for reading this volume include the following:**

| | |
|---|---|
| 1 troy ounce (oz) | 31.1 grams (g) |
| 1 short ton | 0.9072 metric ton (t) |
| 1 troy ounce per short ton | 34.285 parts per million (ppm) |
| 1 part per million (ppm) | 1 gram per metric ton (g/t) |
| 1 percent (%) | 10,000 ppm |
| 1 metric ton (t) | 32,154 troy ounces |

BLM_0104336

v

Geologic Time Chart—Terms and Boundary Ages by the U.S. Geological Survey in this Report.

| EON | ERA | PERIOD | | EPOCH | AGE ESTIMATES OF BOUNDARIES (Ma*) |
|---|---|---|---|---|---|
| Phanerozoic | Cenozoic | Quaternary | | Holocene | 0.010 |
| | | | | Pleistocene | 1.7 |
| | | Tertiary | Neogene Subperiod | Pliocene | 5 |
| | | | | Miocene | 24 |
| | | | Paleogene Subperiod | Oligocene | 38 |
| | | | | Eocene | 55 |
| | | | | Paleocene | 66 |
| | Mesozoic | Cretaceous | | Late | 96 |
| | | | | Early | 138 |
| | | Jurassic | | Late | |
| | | | | Middle | |
| | | | | Early | 205 |
| | | Triassic | | Late | |
| | | | | Middle | |
| | | | | Early | ≈240 |
| | Paleozoic | Permian | | Late | 290 |
| | | | | Early | |
| | | Carboniferous Period | Pennsylvanian | Late | |
| | | | | Middle | |
| | | | | Early | ≈330 |
| | | | Mississippian | Late | |
| | | | | Early | 360 |
| | | Devonian | | Late | |
| | | | | Middle | |
| | | | | Early | 410 |
| | | Silurian | | Late | |
| | | | | Middle | |
| | | | | Early | 435 |
| | | Ordovician | | Late | |
| | | | | Middle | |
| | | | | Early | 500 |
| | | Cambrian | | Late | |
| | | | | Middle | |
| | | | | Early | ≈570[†] |
| Proterozoic | Late | | | | 900 |
| | Middle | | | | 1,600 |
| | Early | | | | 2,500 |
| Archean | Late | | | | 3,000 |
| | Middle | | | | 3,400 |
| | Early | | | | |
| pre-Archean[††] | | 3,800? | | | 4,550 |

*Millions of years prior to A.D. 1950.
[†]Rocks older than 570 m.y. also called Precambrian, a time term without specific rank.
[††]Informal time term without specific rank.

BLM_0104337

# Selected Results

## Undiscovered Mineral Resource Potential for Select Deposits in the Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado

By U.S. Geological Survey

This summary highlights the mineral resources of the forests and is directed toward land-use planners and other interested persons

- This study was undertaken at the request of the United States Department of Agriculture (USDA) Forest Service. The USGS assessment involved a team of scientists with expertise in geology, geochemistry, geophysics, economic geology, coal, mineral deposits, and resource analysis.

- The forests include part of the Colorado Mineral Belt, one of the most productive areas of base and precious metals in North America.

- Mining and mineral exploration have played a central role in the history of the forests since the late 1800's; several world-class mines are either in or adjacent to the forests, and smaller mines are abundant throughout the forests.

- Large tracts within the forests, including wilderness areas, contain indicators that suggest the presence of metallic mineral deposits.

- Twenty-two metallic mineral deposit types were identified in the forests. Mineral resource potential was assessed for seven of these deposit types: granite-hosted porphyry molybdenum, granodiorite-hosted porphyry molybdenum, sandstone-hosted uranium, volcanic-hosted massive sulfide, polymetallic vein, polymetallic replacement, and sediment-hosted redbed copper.

- The commodities most likely to occur are gold, silver, copper, lead, zinc, molybdenum, uranium, and vanadium.

- Permissive tracts for metallic minerals are shown in Chapter K, figure K2; Chapter I, figure I2; Chapter G, figure G1; chapter H, figure H1; Chapter L, figure L2; and Chapter J, figure J1.

- Favorable tracts for metallic minerals are shown in Chapter K, figure K3; Chapter I, figure I3; Chapter G, figure G2; Chapter G, figure G3; Chapter H, figure H2; Chapter L, figure L3; and Chapter J, figure J2.

- The forests have a high coal resource potential, with resources estimated at about 38 billion short tons, in areas underlain by the Mesaverde Group or the Mesaverde Formation. This value does not reflect economic, environmental, technological, or geologic restrictions affecting availability and recoverability.

- Tracts for aggregate suitable for asphaltic concrete and Portland cement concrete are shown in Chapter N, figures N1 and N2.

BLM_0104338

# Introduction

By Viki Bankey

**Chapter A of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–A

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104339

# Contents

Background .................................................................................................................................... 1
Acknowledgments ........................................................................................................................ 1
Geographic Setting....................................................................................................................... 4
Geologic Setting............................................................................................................................ 4
Previous Assessments.................................................................................................................. 4
Method for Identifying Favorable Areas for Undiscovered Mineral Resources............................ 5
Summary of Mineral Resource Assessments ............................................................................... 6
  Granite Porphyry Molybdenum Deposits.................................................................................. 6
  Granodiorite Porphyry Molybdenum Deposits ........................................................................ 6
  Sandstone-Hosted Uranium Deposits ..................................................................................... 7
  Volcanic-Hosted Massive Sulfide (VMS) Deposits.................................................................. 7
  Polymetallic Vein Deposits ...................................................................................................... 7
  Polymetallic Replacement Deposits ........................................................................................ 8
  Sediment-Hosted Copper Deposits ......................................................................................... 8
References Cited ........................................................................................................................... 8

# Figures

A1.  Map showing Grand Mesa, Uncompahgre, and Gunnison (GMUG) National
     Forests within greater study area...................................................................................... 2
A2.  Map showing BLM land and named BLM Resource Areas within greater study area ........... 3

# Tables

A1.  Previous mineral resource assessment studies of wilderness land in or near
     Grand Mesa, Uncompahgre, and Gunnison National Forests, Colo. ....................................... 5

BLM_0104340

# Introduction

By Viki Bankey

## Background

The U.S. Geological Survey (USGS) provides earth-science information to the United States Department of Agriculture (USDA) Forest Service, Bureau of Land Management (BLM), and other land-management agencies that is used to address land stewardship, resource sustainability, and environmental questions on Federal lands. For public lands of the Grand Mesa, Uncompahgre, and Gunnison National Forests and vicinity, an assembled panel of USGS scientists came together and summarized information on known mineral resources; delineated areas favorable for the occurrence of undiscovered mineral resources for seven types of metallic mineral deposits that have a reasonable chance of occurring; provided an assessment of coal resources; described some of the environmental effects of historical mining; and identified the distribution and quality of potential sources of crushed stone and sand and gravel for natural aggregate. This information is intended to help Federal agencies plan for potential mining activities, determine values for land exchanges, derive information on soils and habitats, plan for engineering and recreational projects, evaluate remediation plans, rehabilitate historical mines, and make land management decisions throughout western Colorado.

This mineral resource assessment of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests was produced to assist the USDA Forest Service in fulfilling the requirements of the Code of Federal Regulations (36CFR 219.22) and to supply information and interpretations necessary for mineral resources to be considered along with other kinds of resources (such as timber, wildlife, and recreation) in land-use planning. This report addresses the potential for undiscovered mineral and coal resources in the three national forests and surrounding greater study area and is based on information available as of 1998. The undiscovered-mineral resource assessment was conducted for only those deposit types for which there is a reasonable probability of occurrence. The completeness of each 1998 data set is further described in individual chapters of this report.

Together the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests are referred to as "the forests" in this report. Many of the data sets used in this report extend beyond the boundaries of the forests and cover parts of the San Juan, White River, and San Isabel National Forests, intervening BLM resource areas, and national park, State, and private land. For this report, a rectangle was defined to standardize the boundaries of most data sets, from lat 37°45′ N. to 39°30′ N. and from long 106° W. to 109° W. This rectangular area is referred to as the "greater study area." Within the greater study area, outlines of the three forests of this volume are shown in figure A1, and BLM lands are shown in figure A2. The general location of other national forests in the greater study area is also indicated in figure A1; however, they were not included in the mineral resource assessment of this volume.

The greater study area includes the BLM Uncompahgre Basin Resource Area and parts of the Grand Junction, San Juan, Gunnison, and Glenwood Springs Resource Areas. Where possible, the authors include data and mineral resource assessments for nearly 3.2 million acres (4,868 mi$^2$) of BLM land within the greater study area.

The forests lie within an area known as the Colorado Mineral Belt (Tweto and Sims, 1963), where mining of metallic commodities has historically been important. In the Uncompahgre Plateau and vicinity, in the western part of the greater study area, uranium mining was important during the 1950's, 1960's, and 1970's. The economic importance of continued mining in Colorado has diminished. However, issues still arise from the effects of past mining, such as the risks from inactive mines and decreased water quality, which land-use planners must address. Environmental geochemistry of high-priority watersheds was also investigated by Miller (1998, 1999), Bove and Knepper (2000), and Nash (2001). These studies focus on water data near Tertiary-age intrusions and hydrothermally altered rocks, the low-temperature processes controlling mobility of metals, acid drainage associated with pyritic systems, and natural acid mitigation by wallrock alteration, carbonate rocks, and alluvium.

## Acknowledgments

Many individuals contributed data, ideas, and assistance to this study. Margo Toth developed a nice format for earlier reports (for example, Toth and others, 1993), which we used as a general guideline. Greg Lee and Anne McCafferty helped

BLM_0104341



**Figure A1.**  Grand Mesa, Uncompahgre, and Gunnison National Forests (green) within GMUG greater study area.



**Figure A2.** BLM land (purple) and named BLM Resource Areas within greater study area.

BLM_0104343

**4     Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

with the technical side of GIS. Greg Green worked with the digital geology to compile and attribute a cohesive data set. Samantha Tokash helped compile information and locations for mines.

Our reviewers helped to improve our ideas and presentation. They include Greg Lee (geochemistry); David Campbell and David Daniels (geophysics); Brad Van Gosen, Doug Nichols, and Ted Dyman (coal); David Lindsey and Robert Moench (geology); and Karl Evans, Donald Sweetkind, Richard Grauch, Robert Eppinger, and William Langer (mineral assessments).

# Geographic Setting

The Grand Mesa, Uncompahgre, and Gunnison National Forests encompass about 3.12 million acres (4,868 mi$^2$) in west-central Colorado. The forests include much of the headwater regions of the Gunnison and Uncompahgre River watersheds (fig. A1). The Grand Mesa National Forest covers the Grand Mesa in the north-central part of the greater study area. The Uncompahgre National Forest is made up of three parcels. The largest parcel includes the Uncompahgre Plateau, an area of elevated Paleozoic strata between the Uncompahgre and Dolores Rivers. Southeast of the Uncompahgre Plateau, the remaining two parcels of the Uncompahgre Forest include part of the rugged and remote San Juan Mountains near the towns of Telluride and Ouray. East of the Uncompahgre Forest lies the Gunnison National Forest, which includes the east half of the broad circular band of forest land. This forest includes all of the Sawatch Range west of the Continental Divide, as well as the Elk and West Elk Mountains.

The topography of the forests typifies the central Rocky Mountains of Colorado and varies from valleys and plateaus to steep and rugged mountains, including many of Colorado's mountains exceeding 14,000 ft elevation. The forests adjoin the White River, San Isabel, Rio Grande, and San Juan National Forests (listed clockwise from north to south, fig. A1).

Parts of nine counties lie within the forests: Delta, Gunnison, Hinsdale, Montrose, Mesa, Ouray, Saguache, San Juan, and San Miguel. U.S. Highways 50 and 550 cross the area from northwest to southeast. Numerous other State and county roads extend through or to the forests. The major communities within and near the forests include the cities of Grand Junction, Delta, Montrose, and Gunnison. Former mining centers that have become small town recreational destinations include Crested Butte, Lake City, Telluride, and Ouray.

# Geologic Setting

The geologic setting of western Colorado is a culmination of more than 1.8 billion years of geologic processes,

which have yielded a breathtaking landscape. The oldest known rocks are 1.8–1.7 billion year old metamorphic and intrusive rocks. Preserved are accumulations of sediments and volcanic rocks deposited in an island-arc environment, which have been intruded by granitoids and later by 1.4 billion year old granites.

The Paleozoic Era opened with the invasion of shallow seas from the east that deposited the materials of sandstones, carbonates, and shales in fault-bounded basins. During the middle and late Paleozoic, regional mountain-building associated with the uplift of the Ancestral Rocky Mountains resulted in erosion and deposition of sediments, evaporites, and carbonates in basins adjacent to the ancient uplifts.

Erosion of the Ancestral Rocky Mountains continued into the early part of the Mesozoic. During the Late Triassic and Early Jurassic the environment changed from warm and humid to more arid, and great deposits of windblown sands accumulated. The continental desert environment gave way to an eastward-encroaching marine environment. Regional erosion was followed by a depositional environment of lakes and floodplain-deposited mud and silt. Regional compressive tectonism began to control paleogeography and sedimentary environment during the Cretaceous, with the onset of the Sevier orogeny throughout the Western Interior of North America.

The Laramide orogeny dominated the geologic history of the early part of the Cenozoic Era; regional mountain building and nonmarine sedimentation occurred in the Piceance and San Juan Basins. Tertiary stratovolcano and caldera eruptions formed the highlands of the San Juan, West Elk, and Elk Mountains. Rifting resulted in bimodal volcanism, and basalt flows extended across the Grand Mesa, San Juan volcanic field, and Flat Tops area. Silicic plutonism accompanied the regional rifting.

Miocene uplift exposed the region to erosion, forming a regional erosional surface that dissected earlier surfaces. Canyon cutting continued in Quaternary time, and a major climatic cooling brought on glaciation, which continued from about 500,000 years ago into the Holocene. During three glacial periods, ice almost totally covered the higher ranges, and the valleys were filled with glaciers; the modern alpine topography with deep U-shaped valleys is largely a product of glacial erosion. Holocene alluvium and glacial deposits are present in drainages and fans across the forests; these deposits consist of gravel, sand, and silt with varying degrees of consolidation.

# Previous Assessments

The forests contain several wilderness areas (listed in table A1). Mineral resource assessments have previously been conducted for these wilderness areas as well as other BLM wilderness areas. Mineral resource assessments have also been conducted for three adjacent National Forests: San Juan, White River, and San Isabel (Van Loenen and Gibbons, 1997; Toth and others, 1993; Taylor and others, 1984).

**Table A1.** Previous mineral resource assessment studies of wilderness land in or near Grand Mesa, Uncompahgre, and Gunnison National Forests, Colo.

[Bold names indicate areas within the GMUG Forests]

| Study area | Reference |
|---|---|
| Cannibal Plateau Roadless Area | Sharp and others, 1983. |
| Dominguez Canyon BLM WSA[1] | Toth and others, 1983, 1987. |
| Eagle Mountain BLM WSA | Souliere and others, 1986. |
| **Fossil Ridge WSA** | DeWitt and others, 1985. |
| Gunnison Gorge BLM WSA | Armbrustmacher and others, 1989. |
| Handies Peak BLM WSA | Sanford and others, 1987. |
| **La Garita WSA** | Steven and Bieniewski, 1977. |
| **Maroon Bells-Snowmass WSA** | Freeman and others, 1985. |
| Mt. Massive WSA | Van Loenen and others, 1989. |
| Oh-Be-Joyful WSA | Ludington and Ellis, 1983. |
| Powderhorn WSA | Sharp and others, 1983. |
| Redcloud Peak BLM WSA | Sanford and others, 1987. |
| Tabeguache Creek BLM WSA | Dickerson and others, 1990. |
| **Uncompahgre Primitive Area**[2] | Fischer and others, 1968. |
| **Uncompahgre Primitive Area Additions**[3] | Steven and others, 1973, 1977. |
| **West Elk WSA** | Gaskill and others, 1977. |
| Wilson Mountains Primitive Area[4] | Bromfield and others, 1972. |

[1] Wilderness Study Area (WSA).

[2] Currently the Big Blue Wilderness Area.

[3] Includes parts of the Big Blue Wilderness and Mt. Sneffels Wilderness Areas.

[4] Currently the Lizard Head Wilderness Area.

This report does not attempt to reconcile any differences between areas and quantitative values listed in earlier reports with the results in this report. More similarities occur than differences, because the assessments were based on the same or similar mineral deposit models and presumably the same criteria for evaluation. However, the data that were evaluated are not always the same. For example, some previous reports did not include geophysical data. Also, for this report, locations of mines and minerals were updated and verified where possible, and we used our new definition of mineralized areas as a defining criterion for many deposit models. The use of computer-selected areas to choose criteria from various databases has minimized subjective decisions that may have been used to refine permissive or favorable areas in earlier reports. Finally, in that the quantitative assessment is based on subjective decisions by scientists, it may differ from previous opinions regarding the potential for undiscovered deposits. The quantitative assessment process is discussed further in Chapter F, this volume.

# Method for Identifying Favorable Areas for Undiscovered Mineral Resources

Mineral and coal resources are divided into three categories: locatable, leasable, and salable. Locatable minerals comprise all minerals for which exploration, development, and production are regulated under the Federal General Mining Law of 1872, and include most metallic resources and some industrial minerals. Leasable minerals are defined by the Mineral Leasing Act of 1920 to include oil, gas, coal, and several other minerals. Of those minerals, we assess herein only the undiscovered resources for coal. Salable minerals are defined by the Federal Materials Act of 1947 as those which have low unit value per ton, which are dependent on easy access to transportation, and which are generally used near the production site. These resources include dimension stone, aggregate, and sand and gravel.

The cornerstone of the USGS mineral resource assessment was preparing, applying, and disseminating a set of georeferenced digital data, compatible with commonly used Geographic Information Systems (GIS). With the cooperation of the Colorado Geological Survey, a digital geologic map has been compiled (Day and others, 1999), and locations of igneous intrusions associated with base- and precious-metal deposits were added. The geologic setting for this vast study area is reviewed by Day and Bove (this volume, Chapter B). Aeromagnetic, gravity, aeroradiometric, and Landsat Thematic Mapper data sets, or derivative maps from these data, were prepared to help identify buried intrusions and associated hydrothermally altered rocks. Available geochemical stream-sediment data (Bove and others, 2000; Smith, this volume, Chapter C), and mine and mineral occurrence information and locations (Wilson and others, 2000) have also been compiled. Models of seven mineral deposit types were prepared to assess undiscovered mineral potential.

BLM_0104345

In order to assess the mineral resource potential of the GMUG greater study area, we outlined 36 mineralized areas (Wilson and Spanski, this volume, Chapter E). A mineralized area encloses a geographic area that is defined by the presence of mines, prospects, and (or) mineralized occurrences that belong to one deposit type or a group of genetically related deposit types in a distinct geologic setting. A mineralized area may include an entire district or portions of several mining districts, just as a mining district may include several mineralized areas. Twenty-five of the areas are based on the occurrence of a single mineral deposit type and 11 on multiple deposit types.

Mineral resource potential assessments were conducted for seven of the most significant deposit types within the GMUG greater study area. We began the assessment with an initial consideration of mineral types likely to be present in the area. Of these, we selected the most important, both historically and of future impact. These deposit types are granite-hosted porphyry molybdenum, granodiorite-hosted porphyry molybdenum, sandstone-hosted uranium, volcanic-hosted massive sulfide, polymetallic vein, polymetallic replacement, and sediment-hosted redbed copper. From descriptive models for these deposit types, criteria were determined to allow us to generate areas of permissive and favorable tracts. A GIS computer program was used to select these criteria from various geologic, geophysical, and geochemical data bases. Finally, quantitative assessments were performed on four of the deposit types that had adequate grade and tonnage models.

Upper Cretaceous strata are known to contain coal in the vicinity of the forests. The forests have a low to moderate coal resource potential in areas underlain by the Dakota Sandstone and a moderate to high coal resource potential in areas underlain by the Fruitland Formation, Mesaverde Group, or Mesaverde Formation. Contiguous areas of high coal resource potential in the Grand Mesa and Gunnison National Forests are estimated to have a combined coal resource of about 38 billion short tons. This study does not estimate coal reserves that can be economically produced at the present time.

# Summary of Mineral Resource Assessments

## Granite Porphyry Molybdenum Deposits

Granite porphyry molybdenum deposits are characterized by mineralization and by intrusion of high-silica, alkali-rich granite or rhyolite. Generally small and cylindrical, these high-silica stocks or plugs are thought to represent high-level cupolas that extend above large silicic plutons. The ore zones of the deposits are centered in or above the apical portion of the source granitic intrusion. More than 90 percent of the molybdenite is present in thin, moderately to steeply dipping stockwork veinlets. Hydrothermal alteration is associated with these deposits. Granite molybdenite systems are thought to be associated with the transition from compressive to extensional tectonism. The Mount Emmons and Redwell Basin deposits along with the nearby world-class Climax and Henderson deposits attest to the unique character of the Tertiary magmatic terrane that underlies the study area and its capacity to generate deposits of this type.

Areas classified as permissive are those that are underlain by Tertiary-age intrusions. As shown in Chapter G, figure G1, the permissive tract is quite extensive owing to the abundance of intermediate- to silicic-composition intrusions in the eastern 3/4 of the GMUG greater study area. These intrusions are absent within the more tectonically stable western 1/4 of the study area.

Specific characteristics of favorable tracts (Chapter G, fig. G2) include distinctive chemical composition of the intrusions (high-silica granite or rhyolite), anomalous geochemical values for tin, tungsten, or niobium, and the occurrence of molybdenite or other minerals such as fluorite. A small potential exists for the occurrence of one more deposit, based on the fact that two (Mount Emmons and Redwell Basin) out of the nine deposits used in the construction of the Climax-type grade and tonnage models lie within the study area, and that areas within the study area have been targets of repeated exploration interest. The repeated shows of exploration interest indicate that other knowledgeable parties believe in the possible existence of additional Climax-type deposits.

## Granodiorite Porphyry Molybdenum Deposits

Granodiorite molybdenum systems are associated with small composite stocks, late-stage batholiths, and less commonly single phase stocks. Intrusions range from quartz monzonite to granodiorite. Deposits are fluorine deficient and distinct from their fluorine-rich, granite molybdenum counterparts. North American granodiorite deposits are mostly confined to Mesozoic and Tertiary intrusive rocks. The associated ore bodies are cylindrical, tabular, or irregular; mineralization was generally confined to stockwork veinlets developed in or around the roof of the intrusion. These veinlets contain molybdenite and quartz with pyrite, biotite, and minor carbonates. No molybdenum or copper has been produced from granodiorite porphyry molybdenum deposits in the GMUG greater study area or other parts of Colorado. However, several subeconomic granodiorite molybenum prospects have been located in western Colorado.

Areas classified as permissive are those that are underlain by Tertiary intrusions, identical to granitic deposits (Chapter G, fig. G1). Several intrusive units and correlative dikes are excluded from rocks characterized as permissive for mineralization based on previous mineral assessment and geologic studies. Specific characteristics of favorable tracts (Chapter

G, fig. G3) restrict intrusions to intermediate- to silicic-composition intrusions, dikes, hypabyssal stocks, and plugs ranging from quartz monzonite to granodiorite. Other criteria include the presence of anomalous geochemical values for lead, zinc, or silver, or a mine, occurrence, or mineralized site with sphalerite, galena, or chalcopyrite present or containing elevated lead, zinc, copper, silver, or gold. The small deposit potential determined in Chapter G recognizes the fact that the magmatic terrane that underlies the study area and dominated geologic events during Tertiary time is unique in terms of its molybdenum geochemistry. As each pulse of magmatic activity evolves, it gives rise to a series of intrusive and extrusive events in which later events demonstrate a tendency to become anomalously enriched in molybdenum. Owing to their size and the disseminated nature of the molybdenum mineralization, any undiscovered deposit would only be of interest to major mining companies. Under these circumstances, exploration interest in targets of this type is expected to be virtually nonexistent unless a major increase in market demand and price for molybdenum develops.

## Sandstone-Hosted Uranium Deposits

Sandstone-hosted uranium occurrences are concentrated in two distinct geographic areas; one borders the GMUG area on the west (Uravan mineral belt) and a second, smaller area lies in the northwest corner of Gunnison County (Ruby-Irwin Mineralized Area). These occurrences are genetically similar—uranium minerals fill intergranular pore spaces and replace carbonaceous material, quartz grains, and interstitial cements in clastic rocks, mainly sandstones. A variety of sources of the uranium has been proposed: (1) sediment derived from incompletely weathered felsic rocks in the highland areas, (2) clays with adsorbed uranium that are delivered to the basin, or (3) detritus deposited on the basin floor. Oxidizing ground water percolated through these sediments, leaching uranium from volcanic glass, feldspars, and clay minerals, and transporting it. Where these uranium-bearing waters encountered reducing conditions around organic rich sediment layers, uranium was precipitated.

Permissive areas include feldspathic and carbonaceous sandstone units occurring interbedded with mudstones and shales (Chapter H, fig. H1). For favorable areas, increased importance is placed on evidence that mineralization has occurred, on anomalous geochemistry or radioactivity, or on evidence from previous reports (Chapter H, fig. H2). Under current free market conditions, sandstone-hosted uranium deposits in Colorado are noneconomic. Should price increase to dollar values of the high teens or above, expectation is strong that some existing mines with proven reserves would reopen, and exploration for new deposits of similar size and grade, considered highly likely to be present in the favorable tract areas, would resume.

## Volcanic-Associated Massive Sulfide (VMS) Deposits

Volcanic-associated massive sulfide (VMS) deposits are located in the Dubois Greenstone belt, an area of Proterozoic volcanic and intrusive rocks exposed within the Gunnison uplift. VMS deposits contain copper, lead, and zinc as primary ore metals, and lesser amounts of silver and gold. VMS ores are deposited in structurally controlled zones from fluids in hydrothermal systems associated with underwater volcanoes and rifts. Permissive areas (Chapter I, fig. I2) are defined by three rock types that contain metavolcanic rocks, metasedimentary rocks, or both that are mapped as Xfh, Xf, and Xb of Day and others (1999). Favorable areas restrict the geology to Xf or Xfh, and include evidence of known mineralization (Chapter I, fig. I3). These areas lie east of Blue Mesa Reservoir near Gunnison. As in the past, VMS deposits in the greater study area will likely be valued for their gold content, with other commodities considered as byproducts.

## Polymetallic Vein Deposits

Veins rich in copper, lead, and zinc, and carrying smaller amounts of silver or gold, form from rising, hydrothermal solutions. Polymetallic vein deposits form as part of complexly zoned subvolcanic systems and are known to form in rocks of many ages (Precambrian to Tertiary) and many compositions. The fundamental requirement is that the host rock be brittle enough to break and stay open, thus allowing a vein to fill open space. The southern area (Chapter J, fig. J2) generally hosts larger deposits that are related to Tertiary volcanic rocks. The western San Juan Mountains between Silverton and Telluride contain some of the best endowed veins in the study area. Deposits in the northeastern area tend to be smaller and occur in Proterozoic and Paleozoic rocks. These veins differ from the San Juan type in that they have more milky "bull" quartz and a relationship to early to middle Tertiary granitic stocks that appear not to have generated an extensive volcanic edifice.

Permissive criteria include the presence of mapped shallow, subvolcanic Tertiary intrusions or geophysical evidence for them (Chapter J, fig. J1). For favorable areas, increased importance is placed on evidence that mineralization has occurred, on anomalous geochemistry, and on proximity to caldera structures (Chapter J, fig. J2). Favorable potential is mainly associated with the probable existence of smaller undiscovered ore bodies, especially in areas adjacent to or directly beneath areas of currently known polymetallic vein occurrences. In the past, such an area would have been developed as a mine or as an extension to a mine. In today's economic and environmental climate, large mining companies are unlikely to be interested in sporadic occurrences of this nature; however, these smaller occurrences might be attractive development targets for smaller entrepreneurial groups. The

viability of these mineralized areas is dependent on economic factors rather than geology.

## Polymetallic Replacement Deposits

Polymetallic replacement deposits commonly contain lead, zinc, copper, and silver sulfide minerals and have been historically important contributors to the total lead, zinc, copper, silver, and manganese produced in Colorado. Substantial amounts of gold or silver in these smaller deposits compensate for their limited volume and make them commercially attractive. Polymetallic replacement deposits are hydrothermal accumulations of sulfide minerals hosted in limestone, dolomite, or other chemically reactive (soluble) rock, adjacent to intrusions. Deposits range from small pods and veins to large, mixed-sulfide replacement bodies; the shapes are irregular and structurally and stratigraphically controlled. Deposits are predominantly hosted by carbonates with a minor number hosted in sandstone, evaporite (gypsum), calcareous shale, and occasionally, permeable zones in volcanic rocks.

Permissive areas are within 10 km of known or inferred felsic Cretaceous or Tertiary plutons and are underlain by Paleozoic, Mesozoic, or Cenozoic sedimentary rock units that contain permeable and chemically reactive lithologic units (Chapter K, fig. K2). To determine favorable areas, increased importance is placed on the presence of sedimentary rock units having a substantial carbonate component and on evidence that mineralization has occurred. Favorable areas cluster around the towns of Ouray, Silverton, and Telluride in the south and near and to the east of Crested Butte in the northwestern part of the study area (Chapter K, fig. K3). Favorable areas large enough to conceal district-size deposits that have not been extensively explored are lacking. However, the potential is high for the existence of new ore bodies in areas adjacent to, or beneath, currently known polymetallic replacement mineralized rocks. In today's economic and environmental climate, large mining companies are unlikely to be interested in occurrences of this nature; however, these smaller occurrences might be attractive development targets for smaller entrepreneurial groups.

## Sediment-Hosted Copper Deposits

Copper occurs in sedimentary rocks of the salt anticlines of the Paradox Basin, the borders of the Uncompahgre uplift, and the Eagle Basin. Most known occurrences are small; however, deposits large enough to be productive occur in the salt anticline areas. Chapter L describes a new model for structurally controlled, sediment-hosted copper deposits found in the Paradox Basin, formed where basin brines rose through faults and permeable sandstone formations adjoining salt anticlines. Four tracts were determined to be permissive for the presence of sediment-hosted copper deposits; three areas in those tracts are further identified as favorable (Chapter L, figs. L2 and L3). One favorable area includes much of the Paradox Basin, a second encompasses the southwestern Uncompahgre uplift, and a third is located in and near the Eagle Basin. A viable near-term development potential is associated with these favorable areas. No quantitative assessment could be conducted.

# References Cited

Armbrustmacher, T.J., Barton, H.N., Kulik, D.M., Lee, Keenan, and Brown, S.D., 1989, Mineral resources of the Gunnison Gorge Wilderness Study Area, Montrose and Delta Counties, Colorado: U.S. Geological Survey Bulletin 1715-D, p. D1–D14.

Bove, D.J., Hon, Ken, Budding, K.E., Slack, J.R., Snee, L.W., and Yeoman, R.A., 2000, Geochronology and geology of late Oligocene through Miocene volcanism and mineralization in the western San Juan Mountains, Colorado, version 1.0: U.S. Geological Survey Open-File Report 99-347, 35 p., URL: http://pubs.usgs.gov/of/1999/ofr-99-0347/.

Bove, D.J., and Knepper, D.H., Jr., 2000, Surface water data and geographic relation to Tertiary age intrusions and hydrothermal alteration in the Grand Mesa, Uncompahgre, and Gunnison National Forests (GMUG) and intervening Bureau of Land Management (BLM) lands: U.S. Geological Survey Open-File Report 00-271, URL: http://pubs.usgs.gov/of/2000/ofr-00-0271/, computer file.

Bromfield, C.S., Williams, F.E., and Popenoe, Peter, 1972, Mineral resources of the Wilson Mountains Primitive Area, Colorado: U.S. Geological Survey Bulletin 1353-A, p. A1–A79.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1°×2° geologic maps: U.S. Geological Survey Open-File Report 99-427, CD-ROM.

DeWitt, Ed, Stoneman, R.J., Clark, J.R., and Kluender, S.E., 1985, Mineral resource potential map of the Fossil Ridge Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1629-A, scale 1:50,000, 21 p.

Dickerson, R.P., Barton, H.N., Blank, H.R., Jr., and Scott, D.C., 1990, Mineral resources of the Tabeguache Creek Wilderness Study Area, Montrose County, Colorado: U.S. Geological Survey Bulletin 1715-E, p. E1–E15.

Fischer, R.P., Luedke, R.G., Sheridan, M.J., and Raabe, R.G., 1968, Mineral resources of the Uncompahgre Primitive Area, Colorado: U.S. Geological Survey Bulletin 1261-C, p. C1–C91.

Freeman, V.L., Campbell, D.L., King, H.D., Weisner, R.C., and Bieniewski, C.L., 1985, Mineral resource potential map of the Maroon Bells–Snowmass Wilderness and Additions, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1647-A, scale 1:100,000.

Gaskill, D.L., Rosenbaum, J.G., King, H.D., Meeves, H.C., and Bieniewski, K.L., 1977, Mineral resources of the West Elk Wilderness and vicinity, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Open-File Report 77-751, 111 p.

Ludington, Steve, and Ellis, C.E., 1983, Map showing geology and mineral resource potential of the Oh-Be-Joyful Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1582-A, scale 1:24,000.

Miller, W.R., 1998, Geochemical baselines and processes affecting surface water, Redcloud Peak area, Colorado: U.S. Geological Survey Open-File Report 98-35, 20 p.

Miller, W.R., 1999, Geochemical baselines and maps showing acid-neutralizing capacity and potential release of total dissolved solids of stream and spring waters from different rock compositional types from mountainous watersheds in the Gunnison, Uncompahgre, and Grand Mesa National Forests, Colorado: U.S. Geological Survey Open-File Report 99-580, 107 p.

Nash, J.T., 2002, Hydrogeochemical investigations of historic mining districts, central Western Slope of Colorado, including influence on surface-water quality: U.S. Geological Survey Digital Data Series DDS-73, CD-ROM.

Sanford, R.F., Grauch, R.I., Hon, Ken, Bove, D.J., Grauch, V.J.S., and Korzeb, S.L., 1987, Mineral resources of the Redcloud Peak and Handies Peak Wilderness Study Area, Hinsdale County, Colorado: U.S. Geological Survey Bulletin 1715-B, p. B1–B35.

Sharp, W.N., Martin, R.A., and Lane, M.E., 1983, Mineral resource potential and geologic map of the Powderhorn Wilderness Study Area and Cannibal Plateau Wilderness Roadless Area, Gunnison and Hinsdale Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1483-A, 6 p.

Soulliere, S.J., Arnold, M.A., Kluender, S.E., and Zelten, J.E., 1986, Mineral resources of the Eagle Mountain Wilderness Study Area, Pitkin County, Colorado: U.S. Geological Survey Bulletin 1717-B, p. B1–B9.

Steven, T.A., and Bieniewski, C.L., 1977, Mineral resources of the La Garita Wilderness, San Juan Mountains, southwestern Colorado, with a section on Geophysical interpretation by G.P. Eaton: U.S. Geological Survey Bulletin 1420, 65 p.

Steven, T.A., Lipman, P.W., Fisher, F.S., Bieniewski, C.L., and Meeves, H.C., 1973, Mineral resources of study areas contiguous to the Uncompahgre Primitive Areas, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Open-File Report 73-271, 205 p.

Steven, T.A., Lipman, P.W., Fisher, F.S., Bieniewski, C.L., and Meeves, H.C., 1977, Mineral resources of study areas contiguous to the Uncompahgre Primitive Area, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Bulletin 1391-E, p. E1–E126.

Taylor, R.B., Stoneman, R.J., and Marsh, S.P., 1984, An assessment of the mineral resource potential of the San Isabel National Forest, south-central Colorado, with a section on Salable minerals by J.S. Dersch: U.S. Geological Survey Bulletin 1638, 42 p.

Toth, M.I., Davis, L.L., Patterson, C.G., and Seeley, J.L., 1983, Geology and mineral resource potential of the Dominguez Canyon Wilderness Study Area, Delta, Mesa, and Montrose Counties, Colorado (GEM phase 2): U.S. Geological Survey Open-File Report 83-797, 35 p.

Toth, M.I., Patterson, C.G., Kulik, D.M., and Schreiner, R.A., 1987, Mineral resources of the Dominguez Canyon Wilderness Study Area, Delta, Mesa, and Montrose Counties, Colorado: U.S. Geological Survey Bulletin 1736-A, p. A1–A10.

Toth, M.I., Wilson, A.B., Cookro, T.M., Bankey, Viki, Lee, G.K., and Case, J.E., 1993, Mineral resource potential and geology of the White River National Forest and the Dillon Ranger District of the Arapaho National Forest, Colorado, with a section on Salable commodities by J.S. Dersch: U.S. Geological Survey Bulletin 2035, 117 p.

Tweto, Ogden, and Sims, P.K., 1963, Precambrian ancestry of the Colorado Mineral Belt: Geological Society of America Bulletin, v. 74, no. 8, p. 991–1014.

Van Loenen, R.E., and Gibbons, A.B., eds., 1997, Mineral resource potential and geology of the San Juan National Forest, Colorado, with a section on Salable minerals by A.G. Raby and J.S. Dersch: U.S. Geological Survey Bulletin 2127, 140 p.

Van Loenen, R.E., Lee, G.K., Campbell, D.L., and Thompson, J.R., 1989, Mineral resource appraisal of the Mount Massive Wilderness Area, Lake County, Colorado: U.S. Geological Survey Bulletin 1636, 18 p.

BLM_0104349

Wilson, A.B., Spanski, G.T., Crane, M.J., and Woodard, M.D., 2000, Databases and spatial data model for mineralized areas, mines, and prospects in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado: U.S. Geological Survey Open-File Report 00-298, CD-ROM. URL: http://pubs.usgs.gov/of/2000/ofr-00-0298/.

BLM_0104350

# Review of the Geology of Western Colorado

By Warren C. Day and Dana J. Bove

**Chapter B of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–B

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104351

# Contents

Abstract ........................................................................................................................................... 13
Introduction .................................................................................................................................... 14
Proterozoic Eon .............................................................................................................................. 14
    Regional Setting ....................................................................................................................... 14
    Proterozoic Rocks of Western Colorado .................................................................................. 14
Paleozoic Era .................................................................................................................................. 17
    Early and Middle Paleozoic ...................................................................................................... 17
    Late Paleozoic ......................................................................................................................... 19
Mesozoic Era .................................................................................................................................. 21
    Triassic .................................................................................................................................... 21
    Late Triassic Through Jurassic ................................................................................................. 22
    Cretaceous ............................................................................................................................... 25
Cenozoic Era ................................................................................................................................... 26
    Tertiary Sedimentary Deposits ................................................................................................. 26
    Tertiary Volcanism and Associated Sedimentation ................................................................... 28
        Western San Juan Mountains ............................................................................................. 29
        Central San Juan Mountains Caldera Cluster ...................................................................... 29
        Late Basalts and Rhyolites of the Central San Juan Mountains Caldera Cluster .......... 30
        Sawatch Range Calderas and Related Mount Princeton Batholith ............................... 30
        Plutonic and Volcanic Rocks in the Elk Mountains Region ................................................. 31
        Late Bimodal Rocks in the Elk Mountains Region ............................................................. 31
    Late Tertiary and Quaternary Unconsolidated Deposits ............................................................. 31
References Cited .............................................................................................................................. 32

# Figures

B1. Generalized geologic map showing Precambrian terranes of Colorado and southern
    Wyoming ................................................................................................................................ 15
B2. Generalized geologic map of the Proterozoic rocks in study area ............................................. 16
B3. Map showing distribution of lower to middle Paleozoic and upper Paleozoic rocks
    in study area ........................................................................................................................... 18
B4. Map showing paleogeographic setting of Ancestral Rocky Mountains highlands
    and related features ................................................................................................................. 20
B5. Tectonic province map, showing distribution of uplifts and sedimentary basins
    of western Colorado ................................................................................................................ 22
B6. Generalized geologic map showing distribution of Mesozoic sedimentary units
    in study area ........................................................................................................................... 24
B7. Generalized geologic map of San Juan volcanic field of southern Colorado ........................... 27

BLM_0104352

# Review of the Geology of Western Colorado

By Warren C. Day and Dana J. Bove

## Abstract

The geology of western Colorado is a culmination of more than 1.8 billion years of Earth history, which has yielded a breathtaking landscape. This report's review of major geologic events provides the context necessary to understand accompanying chapters of this volume that cover the mineral resource endowment and the environmental consequences of hardrock mining in the region.

The oldest known rock units of western Colorado are the 1.8–1.7 billion-year-old Precambrian layered gneisses, schists, and massive intrusive rocks of the Yavapai geologic province. The gneisses and schists originated as sediments and volcanic rocks deposited in an island-arc environment, probably similar to the modern Indonesian archipelago. The Precambrian rocks were buried to depths of 10–15 kilometers, strongly deformed, recrystallized to metamorphic gneisses and schists, and intruded by ≈1.7 billion-year-old magmas. About 1.4 billion years ago, granite and associated intrusive rocks invaded the metamorphic rocks. The last episode of Precambrian activity, about 1.1 billion years ago, was marked by the intrusion of large masses of granite and associated mafic rocks.

During the billion years between formation of western Colorado's Precambrian rocks and the formation of Paleozoic rocks, weathering and erosion stripped off Precambrian rocks that were once so deeply buried. In the Paleozoic, about 540 Ma (million years ago), thin blankets of sand, carbonate, and clay were deposited in shallow seas on the North American continental shelf. Between about 440 and 280 Ma, the region was uplifted, creating the Ancestral Rocky Mountains. Quartz- and feldspar-rich sands, silts, and conglomerates eroded from these uplifted ranges filled restricted intermontane basins with thick redbed sediments as well as evaporite layers.

Erosion of the Ancestral Rocky Mountains continued into early Mesozoic time (250–230 Ma). Streams and rivers from the ancient highlands carried sand and mud out onto alluvial plains and into deltas and lakes. During Late Triassic to Early Jurassic time (≈210 Ma), the climate changed from warm/humid to arid; great deserts of windblown sand formed in western North America. In western Colorado this episode of Earth's history (≈205 Ma) is recorded in the rocks of the Glen Canyon Group, comprising the Wingate Sandstone, Kayenta Formation, and Navajo Sandstone. Subsequently, during the Middle Jurassic, an eastward-encroaching sea laid down sediments which consolidated as the Carmel Formation of the San Rafael Group. As the Middle Jurassic sea retreated, the arid desert conditions returned, bringing the environment recorded in the Entrada Sandstone and Wanakah Formation of the San Rafael Group. Much of the San Rafael Group was then eroded and covered by stream and lake deposits of the Morrison Formation. From Late Jurassic through Early Cretaceous time, low-gradient streams meandered across flood plains, mud flats, and saline basins.

During Late Jurassic and Early Cretaceous time (≈160–96 Ma), streams and basins deposited mud and silt of the Morrison Formation and, in places, sands and conglomerates of the Lower Cretaceous Burro Canyon Formation. Where the Burro Canyon is not present, above the Morrison lie sandstones, shales, and coal seams of the Dakota Sandstone, one of the most extensive geologic formations in the Western Interior of North America. The Dakota formed in an eastward-advancing sea, which subsequently deposited the deeper water sediments of the Mowry, Mancos, and Pierre Shales and sands of the Frontier Sandstone and Ferron Sandstone Members of the Mancos Shale. The great inland sea then retreated, and along its shores in deltas, marshes, and lagoons were deposited the nonmarine sand, shale, and coal deposits of the Mesaverde Group (or Formation).

Regional mountain-building and associated advances and retreats of the inland sea were the controls on the region during the Cretaceous. The mountain-building events consisted of two main pulses: the older, called Sevier, affected rocks generally outside this area, whereas the younger, called Laramide, produced many of the mountain ranges of western Colorado, including the Uncompahgre, White River, Sawatch, and Gunnison uplifts (as well as the Gore Range and Front Range). Uplifts of the ancestral Rockies were rejuvenated and new mountain ranges formed; basins also formed between the uplifts, creating centers of deposition for marine sediments and detritus from the uplifts. Two of these basins formed in western Colorado—the Piceance Basin of northwestern Colorado and adjacent Wyoming, and the San Juan Basin of southwestern Colorado and adjacent New Mexico.

Following the Laramide event came several episodes of volcanism (≈30–22 Ma), some catastrophic; these formed the highlands of the San Juan and Elk Mountains. This time saw emplacement of many of the mineral deposits that occur in the

BLM_0104353

area known as the Colorado Mineral Belt. Miocene and early Pliocene rifting followed the great volcanic eruptions; rifting was accompanied by quiet eruptions of basalt flows on what are now Grand Mesa, the San Juan Mountains, and the Flat Tops of the White River uplift. In places, small rhyolite intrusions accompanying the regional rifting are mineralized with molybdenum. Miocene uplift led to erosional downcutting through earlier Eocene surfaces; in the Pliocene, uplift may have accelerated, and canyon cutting apparently continued into the Quaternary.

About 500,000 years ago, the climate began to cool: three times glacial ice filled the mountain valleys and almost totally covered the higher ranges. Colorado's alpine landscape of deep U-shaped valleys is largely a product of glacial erosion.

# Introduction

The GMUG greater study area encompasses more than 52,820 km$^2$ of southwestern Colorado, of which USDA Forest Service lands account for approximately 12,740 km$^2$. This large area of western and southwestern Colorado encompasses a region of numerous ecosystems and diverse physiographies. For example, the San Juan Mountains in the southern part of the area host spectacular peaks more than 4,000 m in elevation and contain ecosystems that range from alpine, subalpine, to montane as defined by Fleischer-Mutel and Emrick (1984). In the eastern part of the study area, the Sawatch Range also contains several peaks greater than 4,000 m and has ecosystems that extend from the montane up to the alpine. In the western part of the study area, in the lower elevations (around 1,500 m) along the Colorado and Gunnison Rivers, ecosystems range into the upper Sonoran (of Fleischer-Mutel and Emrick, 1984).

The study area's wealth of information on the geologic history of Colorado is not only fascinating from an academic point of view but is also important to informed planning and land use. Mining and ranching shaped the early history of the Rocky Mountain region, and central and southwestern Colorado's mineral endowment played a major role. Early European settlement centered on the areas rich in mineral resources as well as along regions with water and arable soil for ranching.

Today, an ever-increasing source of revenue for the region is tourism, owing in large part to its spectacular geologic scenery. Tourist destinations include several towns such as Telluride, Crested Butte, Aspen, and Vail, all of which fall within this study area. The resulting economic development, however, has placed increased pressure on the transportation and housing infrastructures to accommodate the growing populations.

The demands of continuing development include new housing, roads, schools, and places of work, all of which are affected by the geologic setting. Sources for aggregate vital for new construction are a paramount issue; construction on swelling soils, such as those within the Morrison Formation,

must be engineered to minimize damage to buildings, bridges, and roads. The effect of abandoned mine lands on water quality is a key issue for Federal and State agencies. The results of mining techniques employed more than a century ago are still with us today.

This report summarizes the complex geologic history of this large area and therein provides the regional framework for the integrated mineral and environmental studies in subsequent chapters. This report also provides the context for a companion digital geologic map compilation (Day and others, 1999) covering southwestern Colorado.

# Proterozoic Eon

## Regional Setting

The Precambrian rocks of the GMUG greater study area are among the oldest preserved rocks in the southern Rocky Mountains of Wyoming, Colorado, and New Mexico. The Precambrian rocks of the southern Rocky Mountain region have been divided into three large terranes, or tectonostratigraphic provinces, that have internally consistent ages of formation, rock types, and mineral deposits. The Archean rocks of the Wyoming province make up the northernmost Precambrian terrane. The northeast-trending Cheyenne belt forms the suture between the Archean rocks of the Wyoming province and the Proterozoic rocks of Colorado and New Mexico to the south (fig. B1). The Cheyenne belt is a zone of pulverized, recrystallized rock (mylonite) exposed in the Medicine Bow and Sierra Madre Mountains of Wyoming and Colorado (Houston and others, 1989). The Proterozoic rocks of the Yavapai province of northern and central Colorado and the Mazatzal province of New Mexico constitute the other two Precambrian terranes. Rocks of the Yavapai province range from 1.8 to 1.7 Ga (billions of years), whereas the rocks within the Mazatzal province range from 1.7 to 1.6 Ga (Silver, 1965, 1968; Van Schmus and Bickford, 1981; Reed and others, 1987).

Unlike the Archean-Proterozoic boundary represented by the Cheyenne belt, the Yavapai-Mazatzal tectonic boundary is poorly defined. Using several lines of evidence, Shaw and Karlstrom (1999) proposed that the boundary could only be narrowed to a 300 km-wide zone that trends northeastward through southern Colorado and northern New Mexico (fig. B1).

## Proterozoic Rocks of Western Colorado

The Proterozoic rocks of the greater study area (map area, fig. B2) belong to the Yavapai province. These rocks are an amalgamation of 1.8–1.7 billion year old volcanic and associated sedimentary (supracrustal) rocks that have been





## EXPLANATION

▮ Middle Proterozoic plutons

▨ Early Proterozoic rocks

▨ Transition zone between Mojave and Yavapai provinces

▨ Transition zone between Yavapai and Mazatzal provinces

⟋⟋⟋ Proterozoic shear zone

**Figure B1.** Precambrian terranes of Colorado and southern Wyoming. Modified from Shaw and Karlstrom (1999). MF (dotted line), deformational front of the Mazatzal province; Nd, neodymium model age boundary between the 2.0–1.8 Ga and 1.8–1.6 supracrustal rocks; CB, Cheyenne belt; GM, Green Mountain magmatic arc; CBA, composite back-arc; CMB, Colorado Mineral Belt; SG, Salida-Gunnison magmatic complex.

metamorphosed to upper greenschist to middle amphibolite grade. Granitic rocks intruded the supracrustal sequences during three broad time windows and formed distinct plutonic suites: the Routt Plutonic Suite (≈1.6–1.7 Ga), the

Berthoud Plutonic Suite (≈1.4 Ga), and rocks of the Pikes Peak (≈1.1 Ga) batholith. According to Tweto (1987), deformation accompanied the emplacement of the Routt Plutonic Suite, whereas the Berthoud Plutonic Suite was a so-called anorogenic group that was emplaced passively into the supracrustal sequences. However, recent structural studies accompanied by new radiometric data have shown that emplacement of some of the ≈1.4 Ga Berthoud Plutonic Suite rocks throughout northern and central Colorado was accompanied by ductile deformation along major northeast-trending shear zones (Selverstone and others, 1997). The Pikes Peak Granite, east of the study area, is an anorogenic granite inasmuch as no regional deformation was associated with its emplacement (Smith and others, 1999).

The oldest Proterozoic supracrustal rocks in the study area can be further subdivided into low and medium metamorphic grades. Medium-grade metamorphic rocks, biotite schist, metapelite, amphibolite, quartz-feldspar and hornblende-biotite gneisses, form the basement of the northern part of the study area; they have been intruded by pegmatite, granite, and gabbroic dikes, sills, and plutons (Tweto, 1987). The protoliths for the biotite schist and metapelite were dirty sandstone and shale. The amphibolite represents metamorphosed dikes, sills, and (or) flows of basaltic magma. The gneissic rocks probably represent metamorphosed volcanic rocks and sediments. Reed and others (1987) showed that, based on U-Pb zircon dates, the Precambrian supracrustal rocks of the Yavapai province of Colorado decrease in age southward from the Archean-Proterozoic boundary (Cheyenne belt) in Wyoming (fig. B1). The northern part of the province (just south of the Cheyenne belt) is made up of the >1.75 Ga Green Mountain block, which may have formed in an island-arc setting. The central part of the Proterozoic rocks of Colorado belongs to a composite back-arc basin that was intruded by igneous rocks at about 1.70 Ga (and earlier). The southern part is made up of the Salida-Gunnison magmatic-arc complex; it contains plutons that range in age from 1.76 to 1.60 Ga.

The Salida-Gunnison magmatic-arc complex, described by Reed and others (1987), is part of the Dubois Greenstone belt, a package of volcanic, sedimentary, and granitic rocks of low metamorphic grade that crop out east and south of Blue Mesa Reservoir along the Uncompahgre uplift (fig. B2). The greenstone belt is made up of bimodal (felsic and mafic) volcanic rocks and associated volcaniclastic sediments interlayered with banded iron-formation, massive sulfide, and gold-bearing exhalative mineral deposits (Afifi, 1981; Hedlund and Olson, 1981; Knoper and Condie, 1988). Bickford and others (1989, and references therein) have noted two periods of volcanism and plutonism in the greenstone belt: an earlier episode that occurred from 1,770 to 1,760 Ma followed by plutonism from 1,755 to 1,750 Ma and a later episode of volcanism that spanned from 1,740 to 1,714 Ma with emplacement of granites from 1,725 to 1,714 Ma.

**Figure B2 (above and following page).** Generalized geologic map of the Proterozoic rocks in GMUG greater study area, showing location of the Dubois Greenstone belt.

## EXPLANATION

Proterozoic units

Middle and Early Proterozoic

 **Granitic rocks**—Includes intrusive units of granodiorite and granite (≈1,400 Ma age group)

 **Middle to Early Proterozoic granitic rocks and gneiss, undivided**

Early Proterozoic

 **Granitic rocks**—Includes intrusive units of granodiorite, monzonite, monzodiorite, and granite (≈1,700 Ma age group)

 **Felsic and mafic gneiss and schist**—Interlayered metamorphosed felsic and mafic volcanic rocks and associated volcanogenic sedimentary rocks

 **Biotite schist**—Biotite schist with interlayers of hornblende-rich mafic rocks, iron-formation, and felsic schist; dominantly metamorphosed graywacke, chemical sediments, mafic and felsic volcanogenic sedimentary rocks

 **Trace of tectonic boundary between the Proterozoic gneiss, schist, and granite of the medium metamorphic grade rocks of the composite back-arc rocks of central Colorado and the magmatic arc rocks of the Dubois Greenstone belt of low to medium metamorphic grade**—Teeth on boundary indicate area where boundary is a south-vergent thrust fault

 Anticline

Syncline

# Paleozoic Era

More than 1 billion years passed from the time the Proterozoic rocks exposed in western Colorado were deposited and the next major rock package was deposited during the Paleozoic. During this vast interval the Precambrian rocks were stripped off due to weathering and erosion, exposing rocks that were once buried more than 10 km deep in the Earth's crust. The Paleozoic history of the study area can be broadly grouped into two distinct periods of evolution (fig. B3). An early set of units (Cambrian through mid-Mississippian) record several cycles of marine transgression-regression, deposition having been primarily in shallow epicontinental marine environments. Later units (Pennsylvanian and Permian) record regional uplift, erosion, and basin formation associated with the growth and destruction of the Ancestral Rocky Mountains of Colorado (fig. B4).

## Early and Middle Paleozoic

During the Paleozoic Era, what is now Colorado was part of the ancient continent of Laurentia. The Precambrian rocks, such as those in the mountain uplifts of the Rockies, formed the core of Laurentia. During the Paleozoic starting in about the Late Cambrian (≈520 Ma), shallow seas transgressed across the eroded Precambrian basement rocks, depositing sediments that became sandstone, shale, and relatively thin limestone and dolomite. In western Colorado, these rock units include the Upper Cambrian Sawatch and Ignacio Quartzites and overlying dolomites of the Peerless and Dotsero Formations (Haynes and others, 1972; Tweto and others, 1976;

BLM_0104357

**Figure B3 (above and following page).** Generalized distribution of exposed lower to middle Paleozoic (Cambrian-Mississippian) and upper Paleozoic (Pennsylvanian-Permian) rocks in GMUG greater study area. Precambrian basement rocks are also shown.



EXPLANATION

Paleozoic units

Permian and Pennsylvanian sedimentary rocks

Mississippian, Devonian, Ordovician, and Cambrian sedimentary rocks

Cambrian carbonatite intrusive rocks—Includes carbonatite, nepheline syenite, pyroxenite ijolite, melanite-orthoclase plutonic phases and magnetite-ilmenite-perovskite dikes

Precambrian units

Precambrian gneisses, schists, and granites

Anticline

Syncline

Tweto and others, 1978; Tweto, 1979; De Voto, 1990). A period of widespread erosion affected the Cambrian units, and not until the Early Ordovician (≈ 500 Ma) were marine sediments deposited again. In western Colorado, these Ordovician units include the Lower Ordovician Manitou Dolomite, Middle Ordovician Harding Sandstone, and Upper Ordovician Fremont Dolomite.

As reviewed by De Voto (1990), central Colorado experienced tectonic uplift along high-angle faults active during the Early Ordovician, exposing the Cambrian and Lower Ordovician rocks to local erosion (Tweto and others, 1976). Subsequent to Ordovician tectonism, units of the Chaffee Group were deposited in shallow basins during a continent-wide marine transgressive-regressive cycle upon the regional erosional unconformity. As exposed in the study area near Leadville, Colo., units of the Upper Devonian and Lower Mississippian Chaffee Group include the Parting Formation, Dyer Dolomite, and Gilman Sandstone. In the western and southwestern part of the study area, units deposited during this interval include the mudstones and dolomites of the Upper Devonian Elbert Formation and the fossiliferous Ouray Limestone (Steven and others, 1974; Campbell, 1996).

The Mississippian Leadville Limestone, overlying rocks of the Chaffee Group, represents a large-scale transgressive shelf carbonate sequence (Horton and Geissman, 1990), which in the northern part of the study area is dominantly dolomite. The Leadville has been divided into two units: the lower one is the Red Cliff Member, and the upper one is the Castle Butte Member (Beaty and others, 1988). The Red Cliff Member contains carbonate breccia composed of angular masses of coarse-grained dolomite in mudstone, and casts of halite and gypsum (Horton and De Voto, 1990), indicating deposition in

a shallow-marine evaporitic environment much like that in the modern Persian Gulf. An erosional unconformity marked by dolomitic breccia lies at the top of the Red Cliff Member. This unconformity was interpreted to have resulted from subaerial emergence of the Leadville Limestone (De Voto, 1990). The Castle Butte Member consists of dominantly carbonate sand (packstones and grainstones) interpreted by Horton and De Voto (1990) to have been deposited within low-relief emergent areas in the ancestral Front Range–Wet Mountains area east of the study area. Regional karst erosion on the upper surface of the Leadville Limestone created sinkholes, undulating erosional surfaces, caves, and paleovalleys. These karst features later were important in channelization of ore-forming hydrothermal solutions that deposited Ba-Ag-Pb-Zn Sherman-type mineral deposits (Landis and Tschauder, 1990; Tschauder and others, 1990).

## Late Paleozoic

The transgression-regression of shallow continental seas typical of early to middle Paleozoic time gave way in late Paleozoic time (Pennsylvanian and Permian Periods) to mountain building that resulted in the uplift and partial denudation of the Ancestral Rocky Mountains. Numerous fault-bounded structural basins formed adjacent to the uplifts, and into these actively subsiding basins were shed coarse boulders, gravel, and sand. In the study area these ancient highlands closely coincided with the present-day Uncompahgre uplift, Sawatch Mountains, and southern Mosquito Range (MacLachlan, 1972; Maughan, 1980; De Voto, 1980, 1990; Schenk and others, 1987; Houck, 1997). The upper Paleozoic strata were deposited in shallow, warm, westward-deepening continental seas

BLM_0104359



**EXPLANATION**

Highlands and other positive elements

Arkose shed from highlands

**Figure B4.** Paleogeographic setting of Ancestral Rocky Mountains highlands, approximate range of arkosic sediment shed from uplifted regions, location of the Central Colorado trough, and location of the equator during Middle Pennsylvanian to Early Permian time. Modified from Lindsey and Clark (1995).

that encroached eastward onto lowlands and interfingered with fluvial sedimentary environments adjacent to the highland regions. De Voto (1980) estimated that the Ancestral Rocky Mountains had as much as 3,000 m of relief. Houck (1997) has shown that the local tectonic movements along the basin-bounding faults control the thickness of sequences and lateral distribution of deposits within the basins. Extensive sequences of sand, gravel, evaporite, shale, and carbonate sediment

BLM_0104360

accumulated deposits as thick as 2,745 m in the Paradox Basin and Eagle Basin (fig. B3). The Eagle Basin was part of the northwest-trending central Colorado trough (Mallory, 1972; Schenk and others, 1987). During and after deposition, ground water oxidized much of the sediment to reddish and ochre colors, giving rise to the descriptive term "redbeds" commonly applied to these sedimentary rock sequences.

In the southwestern part of the study area in the Paradox Basin (fig. B4), units of Pennsylvanian age were deposited unconformably upon the Devonian Ouray or Mississippian Leadville Limestones. Pennsylvanian units include the redbeds of the Lower and Middle Pennsylvanian Molas Formation and evaporites as well as the fluvial sandstone and fossiliferous marine limestone, siltstone, black shale, and gray sandstone of the Middle and Upper Pennsylvanian Hermosa Group. The lower part of the Hermosa Group is made up of fluvial sandstone interbedded with marine sandstone and shale of the Pinkerton Trail Formation. The middle part, the Paradox Formation, comprises evaporite and limestone deposits. The upper member, the Honaker Trail Formation, is made up of fluvial sandstone, shale, and limestone (Haynes and others, 1972; Williams, 1976; Cole and others, 1996). Within the Paradox Basin, the Elephant Canyon Formation lies at the top of the Hermosa Group and intertongues with the overlying Lower Permian Cutler Formation (Cole and others, 1996). In the San Juan Mountains the Rico Formation lies between the Pennsylvanian Hermosa Group and the Lower Permian Cutler Formation (Campbell, 1996). The Cutler Formation itself represents a continental sequence of finer grained near-shore redbeds, alternating with units of coarse-grained eolian sandstone (Haynes and others, 1972).

The Central Colorado trough (fig. B4) was a narrow, deep, structural and sedimentary basin (Mallory, 1972; Schenk and others, 1987; Houck, 1997) whose trend was northwest across the northern and central part of the study area. This fault-bounded basin was the site of Paleozoic deposition of the aforementioned Pennsylvanian Molas; the shale, carbonates, and sandstone of the Belden Formation; sandstone, grit, conglomerate, and shale of the Minturn Formation; the gypsum-rich Eagle Valley Evaporite; the conglomerate, mudstone, and redbeds of the Pennsylvanian and Permian Maroon Formation; and the sand of the Schoolhouse Member of the Maroon Formation (Johnson and others, 1990).

As reviewed by De Voto (1980), more than 3,050 m of marine and nonmarine Pennsylvanian rocks, and as much as 6,100 m of Pennsylvanian to Permian strata (Maroon Formation) occur in down-dropped blocks within the Central Colorado trough. Even-bedded shallow-marine siltstones and sandstones of the Lower Permian to Lower Triassic State Bridge Formation (Tweto and others, 1978) were deposited north of Aspen in the Central Colorado trough (fig. B4). This period represented clastic, carbonate, and evaporite deposition into the rapidly subsiding basin while the Ancestral Rocky Mountains were uplifted.

# Mesozoic Era

## Triassic

Shallow-marine Permian and Pennsylvanian sedimentation gave way to periods of erosion and weathering of the Ancestral Rocky Mountains during the Triassic. Much of North America emerged from the late Paleozoic seas in Early Triassic time to form a high continental landmass (Maughan, 1980) and formed part of the western coast of the ancient continent Pangea. Dubiel (1994) pointed out that during the Triassic the Western Interior of North America was about at the latitude of the paleoequator, subjecting the west coast of Pangea to monsoonal circulation. Rivers swollen with these heavy rainfalls washed large amounts of sediment off ancestral highlands onto adjacent tidal flats and shallow-marine settings. In southwestern Colorado, Early Triassic sediments are represented by the Lower and Middle(?) Triassic Moenkopi Formation, exposed on and west of the Uncompahgre Plateau (figs. B5 and B6). The Moenkopi Formation contains chocolate-brown ripple-bedded shale, brick-red sandy mudstone, reddish-brown and chocolate-brown sandstone, purple and reddish-brown arkosic conglomerate, and local beds of gypsum (Williams, 1976). The Moenkopi represents sediments deposited in offshore-marine to continental alluvial fan and marginal-marine, deltaic and eolian environments (Dubiel, 1994). In northwestern Colorado, Early Triassic sediments are recorded in the Permian and Lower Triassic State Bridge Formation, which is an orange-red to red-brown siltstone and sandstone (Tweto and others, 1978).

The Upper Triassic rocks of the Western Interior of North America are continental in origin, forming an assemblage of units deposited in alluvial, marsh, lacustrine, playa, and eolian environments (Stewart and others, 1972). In western Colorado, the Upper Triassic Chinle Formation overlies the Lower Triassic sedimentary rocks and is made up of red to reddish-brown siltstone interbedded with lenses of sandstone and shale as well as pebble conglomerate (Baars, 1972; Stewart and others, 1972; Dubiel, 1994). Meandering streams, point-bar, channel, and over-bank fluvial sediments trapped plant debris deposits within the Chinle. This organic material, later fossilized, created local reducing environments important for scavenging and precipitating uranium and vanadium dissolved in circulating ground water. Thus, the organic material became important for formation of the uranium and vanadium deposits on the Colorado Plateau (Baars, 1972). The finer grained siltstones and shales present in the upper part of the Chinle Formation record a period on the Colorado Plateau during the Late Triassic when the paleo-landscape was more subdued than during early Chinle time.

At approximately the same time the Chinle was being deposited in the Colorado Plateau region, the fluviatile, eolian, and lacustrine sediments forming the Upper Triassic Dolores Formation were being laid down. An angular unconformity beneath the Dolores Formation is evidence of uplift and



**Figure B5.**  Tectonic province map of Colorado (modified from Tweto, 1980), showing distribution of uplifts and sedimentary basins of the western part of the State.

erosion during the Early Triassic (Campbell and Brew, 1996). Baars (1972) reported that the much coarser clastic material typical of the Dolores compared to that in the temporally equivalent Chinle is a result of the Dolores being closer to the source from the Uncompahgre uplift. Fossil leaves and bones are also found in the Dolores, suggesting that the climate was warm and humid.

## Late Triassic Through Jurassic

The Late Triassic to Early Jurassic saw a dramatic change in the climate of western Colorado (Dubiel, 1994). The environment shifted from warm and humid to arid. Windblown sand deposits dominate the formations of Late Triassic age. Baars (1972) compared the Late Triassic of the Western Interior to that of the present-day Sahara Desert of North Africa,

with great windblown sand dunes drifting throughout the region. These windblown sands, including the Lower Jurassic Glen Canyon Group, were deposited conformably on top of the Chinle Formation throughout the western and southern parts of the study area (Haynes and others, 1972; Cashion, 1973; Williams, 1976; Berman and others, 1980). The oldest unit in the Glen Canyon Group is the Wingate Sandstone, a fine-grained, well-cemented, eolian sandstone with beautifully preserved crossbeds and local stream deposits, indicating at least seasonal variation. The Kayenta Formation, the middle formation of the Glen Canyon Group, is an irregularly interbedded, fine- to coarse-grained sandstone-dominant unit with lesser quantities of shale and siltstone; thin beds of limestone- and shale-pebble conglomerate are locally present (Haynes and others, 1972; Williams, 1976). The latest Early Jurassic age Navajo Sandstone (Berman and others, 1980) is the youngest unit in the Glen Canyon Group. It also is a

fine-grained, cross-stratified eolian sandstone, which blankets much of the western part of the area. The rocks of the Glen Canyon Group are well exposed across the Colorado Plateaus province, forming prominent cliffs in the Colorado National Monument, steep canyon walls throughout the Uncompahgre uplift, and striking features throughout the Four Corners region in the southwestern part of the study area.

The continental desert environment recorded in strata of the Triassic and Lower Jurassic Glen Canyon Group gave way to an eastward-encroaching marine environment, as preserved in the overlying Middle Jurassic San Rafael Group (Lucas and Anderson, 1997). In the study area the San Rafael Group is made up of (from oldest to youngest) the Carmel Formation, Entrada Sandstone, and Wanakah Formation. The thin-bedded silty shale, siltstone, and silty sandstone of the Carmel Formation lie disconformably upon the Glen Canyon Group rocks, evidence of a period of erosion in the region during the transition period between the Early and Middle Jurassic. The Carmel extends only a short distance into western Colorado and is absent in the central part of the State. Haynes and others (1972) interpreted its paleoenvironment as one of lacustrine or tidal-flat origin.

The withdrawal of the Carmel sea during the Middle Jurassic resulted in the deposition once again of continental sediments, such as the eolian Entrada Sandstone. The Entrada is a widespread unit throughout the area, forming prominent cliffs of "slickrock." The Entrada Sandstone is a white to buff, crossbedded to massive sandstone. As reviewed by Berman and others (1980), the Entrada represents windblown desert sand deposits that intertongue to the north and west with water-laid units of the same age. Subsequent marine incursion during the late Middle Jurassic resulted in deposition of Curtis and Summerville Formations (Lucas and Anderson, 1997). In the central and eastern part of the study area, the seas deposited sediment forming the glauconitic sandstone and oolitic limestone of the Curtis Formation (Tweto and others, 1978). In the southern and southwestern part of the area, the Middle Jurassic Summerville Formation—alternating thin beds of gypsiferous siltstone, fine-grained sandstone, shale, and characteristic mudstone—is interpreted as terrestrial in origin (Haynes and others, 1972; Cashion, 1973; Williams, 1976). Peterson (1988) suggested that the unit was deposited in a quiet, ephemeral shallow-water environment, perhaps along a coastal plain. Lucas and Anderson (1997) pointed out that the lithology, coupled with the lack of fluvial features, suggests that the depositional environment for the Summerville was a sabkha, large shallow playa, and tidal flat, where windblown sand provided the clastic sediment input. The fine- to coarse-grained, crossbedded eolian sandstone of the Junction Creek Sandstone Member of the Morrison Formation lies conformably atop the San Rafael Group rocks in the southwestern part of the study area, in the Cortez 1°×2° quadrangle (Haynes and others, 1972). Berman and others (1980) noted that the Upper Jurassic Junction Creek interfingers with and overlies the Summerville Formation throughout the Colorado Plateau.

The San Rafael Group is overlain throughout the region by the Upper Jurassic Morrison Formation. In the study area, the Morrison contains the Tidwell Member, Salt Wash Member, and the overlying Brushy Basin Member. Although the Salt Wash and Brushy Basin Members host uranium and vanadium deposits, the Salt Wash Member hosts significantly more ore and has been a world leader in production of these metals. (See Spanski and others, this volume, Chapter H.)

The base of the lower Morrison Formation lies on a regional unconformity on the San Rafael Group rocks and the Junction Creek Formation (where present). The Salt Wash Member of the Morrison contains thick discontinuous beds of fine- to medium-grained fluvial sandstone interbedded with variegated mudstone. Thin beds of limestone occur locally near its base. The Salt Wash Member has all the hallmarks of a fluvial deposit; the Salt Wash sandstone beds are crossbedded, pebbly-conglomeratic, and quartzose. Mud, clay, and woody clasts and trace fossils are common (Anderson and Lucas, 1997). Turner-Peterson (1986) determined that the unit's trough crossbeds consistently indicate a northeasterly-flowing fluvial system that changed upsection to a more easterly stream flow environment.

The overlying Brushy Basin Member of the Morrison Formation is mostly varicolored claystone and bentonitic mudstone (altered volcanic ash) with a few lenses of gray sandstone, limestone, and chert-pebble conglomerate: it has much less sandstone than does the underlying Salt Wash Basin Member. Volcanic ash-rich beds, now zeolitized, are found throughout the Morrison but are especially concentrated in the Brushy Basin Member. Turner and Fishman (1991) suggested that the Brushy Basin Member was deposited in a large, saline and alkaline lacustrine basin, which they named Lake T'oo'dichi'. Anderson and Lucas (1997) took umbrage at this concept, noting sedimentological evidence for meander belt channels, giving evidence for a humid subtropical climate instead of an arid saline alkaline playa. Regardless of these differences in interpretation, the Morrison seems to have been deposited in an environment that changed through time from a regime dominated by stream influx to lake and flood-plain sedimentation marked by the input of volcanic ash through time. One of the most significant features of the Morrison Formation is the significant accumulation of vertebrate fossils including several species of sauropods, allosaurids, stegosaurids, and iguanodontids, several other species of dinosaurs, and more than 50 species of mammals (Anderson and Lucas, 1997).

The transition from the Late Jurassic to and through the Early Cretaceous in the western part of the study area along the Colorado Plateau region was a gradual change from the Jurassic lake and flood-plain-deposited mudstone and siltstone of the Brushy Basin Member of the Morrison upward to the fluvial sandstone and conglomerate interbedded lacustrine siltstone, shale, mudstone, and thin beds of impure limestone of the Burro Canyon Formation. Both the Morrison and Burro Canyon Formations evolved in continental environments

BLM_0104363



**EXPLANATION**

⟨symbol⟩ Approximate outline of national forests in GMUG study area

0             70 KILOMETERS

0             40 MILES

**Figure B6 (above and following page).** Generalized distribution of Mesozoic sedimentary units.

**EXPLANATION**

**Mesozoic sedimentary units**

Cretaceous rocks

Jurassic rocks

Triassic and lesser amounts of Permian rocks

Anticline

Syncline

wherein low-gradient streams meandered across flood plains, mud flats, and saline basins.

## Cretaceous

Regional compressive tectonism started to exercise control over the geography and sedimentary environment during the Cretaceous, with the onset of the Sevier orogeny. The Sevier orogenic belt during this time lay to the west in west-central Utah and was the result of crustal shortening experienced throughout the Western Interior of North America. (See Lawton, 1994.) The eastward-migrating orogenic front, caused by the collision of the continental North American plate with the Farallon oceanic plate, was marked by the dominantly north south trending Sevier orogenic thrust belt in eastern Utah and western Colorado. Foreland basins formed ahead and to the east of the advancing orogenic front. These asymmetric foreland basins were occupied by a large inland sea (Western Interior Basin) that extended from Alaska south to the modern Gulf of Mexico. Marine shale as well as ter-restrially derived sediment shed from the orogenic belt was deposited into the basins, which were deepest along their western margins. The sedimentary basins thinned eastward as they onlapped onto the North American craton. From Early through Late Cretaceous, the eastward migration of the fore-land basin progressively changed the depositional environment across the study area.

As the eastward-migrating sea advanced, blankets of beach sands and intervening carbonaceous shales were deposited, forming the Dakota Sandstone. The Dakota is one of the most extensive formations throughout the Western Interior of North America, representing a beachfront that transgressed eastward throughout Utah, across Colorado, and through the Great Plains. As such, its age varies depending on the paleogeographic location of a given point in relation to the advancement of the Cretaceous sea. The Dakota Sandstone is a quartzose sandstone interbedded with dark shale and shaly

sandstone, and minor amounts of gray claystone, impure coal, and carbonaceous shale. Locally, the Dakota has a basal con-glomerate. Because the unit is resistive to weathering, it forms a prominent stratigraphic marker horizon throughout the study area, forming hogbacks of buff sandstone.

As the Late Cretaceous inland sea transgressed eastward, deep-water marine sediments were deposited in the foreland basins. Within the study area, these depocenters included the Piceance Basin in northwestern Colorado and the San Juan Basin of southwestern Colorado and northwestern New Mex-ico as well as the Denver Basin east of the study area (fig. B5). Thick accumulations of carbonaceous sandstone and limestone as well as black shale of the Mancos Shale were deposited at this time. The lower part preserves thin-bedded brown sandy fossiliferous limestone and dark-gray shale (Juana Lopez Member) and sandstone (Frontier Sandstone and Ferron Sand-stone Members) that give way upsection to the thick sequence of marine black shale of the main body (upper member) of the Mancos (Dyman and others, 1994). The Mancos Shale and its lateral and temporal (to younger) equivalent Pierre Shale to the east represent carbonaceous sediments that were deposited in stagnant, poorly oxygenated waters that preserved numerous marine fossils.

The continued eastward progression of the thrust front of the Sevier orogeny (see Lageson and Schmitt, 1994) uplifted and exposed the tectonic hinterland west of the study area in Utah to erosion, causing an influx of terrigenous sedi-ments shed as tongues of sand within the upper part of the Mancos and younger sediments. The axis of the depositional system advanced eastward into the Denver Basin and Great Plains region as recorded by the nonmarine clastics, shale, and bituminous deposits of the Mesaverde Group (or Forma-tion). These units were deposited in fluvial deltas, marshes, and lagoons that formed at the front of the advancing tongues of terrigenous sediments. The encroachment of the Creta-ceous sea was erratic, resulting in shifting depositional facies that produced intertonguing of deeper water shales with the near-shore and fluvial sediments. In the Piceance Basin in the northern part of the study area (fig. B5), this shifting of depositional environments resulted in deposition of the Castle-gate Sandstone, the Buck Tongue of the Mancos Shale (which represents an intertonguing of underlying deeper water facies of Mancos Shale with the clastic terrigenous sedimentary wedges of the Sego Sandstone), and the sandstone and inter-layered shale deposits of the Mount Garfield, Hunter Canyon, Nelson, and Farrer Formations. Migration of the shoreline in the Piceance Basin caused changes in the depositional envi-ronment as the sandstone, shale, and coal seams of the lower part of the Mesaverde were deposited upon the terrigenous sediments. The upper part of the Mesaverde is dominated by sandstone that is interbedded with lesser amounts of shale and coal.

In the San Juan Basin the Mesaverde is composed of the massive marine sandstone horizons of the Point Lookout Sandstone, nonmarine crossbedded sandstone, claystone, and shale, coal seams, ironstone and limestone concretions of the

Menefee Formation, and the crossbedded marine sandstone and gray shale of the Cliff House Sandstone (Haynes and others, 1972). These carbonaceous sediments within the Mesaverde Group host important coal resources, discussed by Hettinger and others (this volume, Chapter M). In the Four Corners area of the San Juan Basin, the Point Look-out Sandstone represents accumulations of near-shore sand that mark one of the regressions of the Cretaceous sea. The overlying carbonaceous shale units of the Menefee Formation, which hosts coal-rich horizons, were deposited in a near-shore lagoonal and marshy edge of the retreating sea. Subsequent transgressive encroachment of the Cretaceous sea resulted in flooding of the near-shore environment of the Menefee Formation, laying down the beach sand of the Cliff House Sandstone.

In the San Juan Basin, transgression of the Cretaceous sea flooded over the Mesaverde Group, resulting in deposition of the marine Lewis Shale (Dyman and others, 1994). The Lewis is a clay-rich gray to black shale with rusty-weathering limestone concretions and contains thin beds of fine-grained sandstone near both the transitional top and base of the unit (Haynes and others, 1972). After deposition of the Lewis Shale, the shoreline of the Cretaceous sea again withdrew. With it the beach and near-shore facies sand deposits of the Pictured Cliffs Sandstone migrated across the San Juan Basin (Elder and Kirkland, 1994), and over it were laid the coastal-plain deposits of the Fruitland Formation (Molenaar, 1983). Alluvial-plain deposits of the Kirtland Shale onlapped and covered the Fruitland Formation coastal-plain sediments as a result of continued regression of the Cretaceous sea.

In northern Colorado the Lewis Shale is preserved on the White River Plateau (fig. B5), but it is absent in the Piceance Basin, where its time equivalent units are the nonmarine clastic sediments of the Mount Garfield and Hunter Canyon Formations (Dyman and others, 1994). These nonmarine clastic units represent the incursion of terrigenous sediments into the foreland basin that were being shed off of the Sevier orogenic hinterlands from the west in central Utah (Lawton, 1994).

# Cenozoic Era

During the latest Cretaceous and early Cenozoic time, the Western Interior Cretaceous seaway began to withdraw northeastward across the region (Tweto, 1975). The regional geology was soon dominated by the Laramide orogeny, which in the study area resulted from east-west-directed regional compression that caused uplift of many of the mountain ranges and intervening basins exposed today. The Cenozoic Era in central to west-central Colorado was marked by four major geologic events: nonmarine sedimentation in the Piceance and northern San Juan Basins (early Paleocene to latest Eocene), formation of the San Juan volcanic field (middle Tertiary), shallow-level magmatic intrusion in the Elk Mountains region (Oligocene), and the formation of surficial deposits during the Pleistocene and Quaternary Periods.

## Tertiary Sedimentary Deposits

Large and deep structural basins formed concurrently with Laramide uplift during Late Cretaceous to Eocene time (Tweto, 1975). Gravel and sand deposited in these basins record uplift of Laramide highlands. Like the mountains, several of the basins inherited their structure in part from late Paleozoic features (Tweto, 1975). In all the basins, Upper Cretaceous deposits derived from distant western sources associated with the Sevier orogeny were succeeded by Laramide orogenic clastic sediments derived from local positive tectonic features. In most basins, the youngest marine deposits (Late Cretaceous age) grade upward into and intertongue with coal-bearing brackish- and fresh-water sandstones and shales deposited during the Laramide orogeny.

In the study area the two main basins that hold Cenozoic sediments are the Piceance Basin in the north and the San Juan Basin in the south. The Piceance Basin is bounded by several extensive Laramide tectonic features, including the Uncompahgre, White River, Sawatch, and Gunnison uplifts (figs. B5–B7). The axis of the basin trends northwest and southeast, and maximum depositional thickness is about 12 km (Ochs and Cole, 1981). Tertiary sedimentary rocks within the basin include alluvial, deltaic, and lacustrine deposits of the Fort Union, Wasatch, Green River, and Uinta Formations. These Tertiary sedimentary rocks overlie thick Cretaceous sandstones and shales in the Mesaverde Group. From Late Cretaceous through Eocene time, the Piceance Basin was a catchment for both the eroded detritus from previously deposited sedimentary rocks and sediment derived from volcanic, intrusive, and pyroclastic rocks (Johnson, 1985). Early deposition in the basin (early or middle Paleocene) followed a period of widespread beveling of basins. The early sedimentary rocks are mostly conglomeratic and reflect the intensity of tectonic activity and the composition of the source rocks. Throughout most of the Piceance Basin, thin basal conglomeratic sandstone was deposited on the Cretaceous-Tertiary unconformity. The basal conglomerate may have been derived both from the underlying Mesaverde Group rocks and from the surrounding highlands. By late Paleocene time, large shallow lakes and swamps covered much of the basin. Gray and carbonaceous shale, thin coalbeds and fossiliferous limestones, and lenticular sandstones were deposited in these lacustrine and paludal environments. In latest Paleocene to early Eocene, huge wedges of mud and sand, dominantly of fluvial and alluvial origin, began to prograde from basin margins inward, possibly reflecting a period of renewed uplift of adjacent highlands. The described sequence of basal conglomerates, lacustrine and paludal rocks, and uppermost fluvial and alluvial mudstone and sandstone make up the Paleocene Fort Union and Eocene Wasatch Formations (Ochs and Cole, 1981).

In early Eocene time, a permanent fresh-water lake formed in the central and northwestern part of the Piceance Basin (Johnson, 1985). Lacustrine deposits of the Green River Formation mark the earliest stage of Lake Uinta and are characterized by low-grade oil shale, limestone, sandstone, and



**Figure B7.** Generalized geology of San Juan volcanic field of southern Colorado. Modified from Lipman (2000). Calderas indicated by symbols are as follows: SJ, San Juan; U, Uncompahgre; LGS, La Garita South; SR, South River; B, Bachelor; SL, San Luis caldera complex; LG, La Garita; C, Cochetopa Park; MA, Mount Aetna; GP, Grizzly Peak.

kerogen-rich shale (Johnson and Keighin, 1981). The Green River Formation conformably overlies and intertongues with the older Wasatch Formation (Ochs and Cole, 1981). Lake Uinta expanded rapidly to cover most of the basin in late early to early middle Eocene. Salinity began to increase after this transgression and led to the precipitation of great quantities of saline minerals. The kerogen content of the Green River Formation far exceeds that of the earlier fresh water stage, and

BLM_0104367

resulted in the formation of the economically important oil shale horizons within the formation. During the middle to late Eocene, a delta consisting mainly of volcaniclastic debris pro-graded southward across the basin, mostly filling the Piceance Basin portion of Lake Uinta.

During the late Eocene, Lake Uinta was gradually filled, first by volcaniclastics from the Absaroka volcanic field in Wyoming to the north, and later by sediments from local Laramide uplifts (Johnson, 1985). A deltaic complex named the Uinta Formation forms the youngest stratigraphic unit preserved within the Piceance Basin; erosional remnants of it occur across most of the basin.

Several sedimentary units in the southern portion of the study area were deposited along the northern margins of the San Juan Basin. These sedimentary units are generally the coarsest near the basin margins, as they were derived from the nearby highlands (Tweto, 1975). The uppermost Cretaceous and lower Paleocene Animas Formation contains coarse-grained andesitic clasts and records erosion of the major uplifts and volcanic centers in the northern and northeastern part of the San Juan Basin (La Plata Mountains area) (Cross and Larsen, 1935). The Nacimiento Formation, which is in part time-equivalent with the Animas Formation, represents deposition of fine-grained material in the southern part of the San Juan Basin by the same streams that carried the Animas in the north (Fassett, 1985). Although the Nacimiento Forma-tion consists largely of shale and siltstone in the central part of the basin, it is typically characterized by sandstone and some conglomerate where it crops out in the study area (extreme northern part of the basin). The Eocene San Jose Formation is the youngest Tertiary sedimentary unit in the San Juan Basin. This formation consists of intertonguing sandstone, conglom-erate, and shale derived from granitic rocks in a highland north of the basin. All the just-mentioned sedimentary units of the northern San Juan Basin are volumetrically minor in the study area and are generally less than about 30 m thick.

The Telluride Conglomerate (Eocene), which crops out mostly in the southwestern part of the study area, was impor-tant host for base- and precious-metal replacement ore in the southwest San Juan Mountains (Mayor and Fisher, 1972). The conglomerate was largely derived from large alluvial debris fans along the margins of the San Juan uplift (fig. B5) (Baars and Ellingson, 1984). The lower beds of this formation com-monly contain fragments of red sandstone and gray limestone, whereas most of the clasts in the upper beds are gneiss, schist, and quartzite. This reversed stratigraphic sequence, as repre-sented in the clasts, reflect the early stripping of sedimentary cover and later removal of the Precambrian core of the nearby uplift. The top of the Telluride Conglomerate is conformable with and grades into the tuffs and breccias of the San Juan volcanic field. The formation is about 300 m thick in the area west of Telluride and thins to about 10 m in the mountains west of Silverton (Baars and Ellingson, 1984).

# Tertiary Volcanism and Associated Sedimentation

The material forming most of the volcanic rocks in the southern Rocky Mountains was erupted during Oligocene time, and originated from a single composite volcanic field, the so-called Southern Rocky Mountain volcanic field of Ste-ven (1975). Although erosion prevents accurate estimations of the size of this field, it probably covered most of south-cen-tral Colorado and adjacent parts of New Mexico. The onset of caldera-forming eruptions in the Sawatch Range (Grizzly Peak and Mount Aetna calderas; fig. B7) (Fridrich and oth-ers, 1991) preceded the initiation of activity in the western and central San Juan volcanic field by about 6 million years (Steven and Lipman, 1976; Bove and others, 2000). Caldera sources within the central and western San Juan volcanic field account for nearly all the ash-flow units present within the study area. A total of 15 major ash-flow sheets were accom-panied by recurrent caldera subsidence between 28.6 and 22.9 Ma in the western and central San Juan Mountains (Lipman, 2000). Some details of the Tertiary volcanic history of the study area are given here owing to its prominence in both the mineral resources of the region and associated environmental consequences.

The San Juan volcanic field is the largest erosional rem-nant of the Southern Rocky Mountain volcanic field. Erosion-ally preserved rocks of the San Juan field now occupy an area of more than 25,000 km$^2$ and have a volume of about 40,000 km$^3$ (Lipman and others, 1970). Volcanic materials were deposited in the San Juan Mountains in the middle Tertiary after erosion had stripped the sedimentary cover and cut into Precambrian rocks elevated by the Laramide Uncompahgre–Needle Mountains upwarp (Steven, 1975). The earliest volca-nic activity in the San Juan field (about 35–30 Ma) produced the intermediate-composition lavas and breccias that erupted from scattered central volcanoes, forming the San Juan and Conejos Formations. Beginning about 30 Ma, the nature of the volcanic activity changed significantly. Tremendous vol-umes of ash and volcanic glass were explosively erupted about 30–26 Ma from caldera sources. At about 28–26 Ma, volca-nism shifted to a bimodal assemblage dominated by basalt and rhyolite, concurrently with the onset of regional extension and the establishment of the Rio Grande rift (Tweto, 1975; Lipman and others, 1978).

The calderas of the San Juan volcanic field formed within a cluster of precaldera stratovolcanoes. Although the detailed distribution of the precaldera rocks has been obscured, the remnants of some of these volcanic centers can be recognized (fig. B7). The vent regions are identified by thick sequences of andesitic to dacitic lavas, explosion breccias, and agglut-inates intruded by stocks and radial dike swarms. Deep basins were filled by volcaniclastic sediments, tuffaceous conglom-erates, and mudflow breccias shed from the surrounding stratovolcanoes (Steven and Lipman, 1976). These volumi-nous deposits are referred to as the San Juan Formation in the western San Juan volcanic field, and they are lithologically

analogous to the Conejos Formation in the central and eastern San Juan field (Luedke, 1996; Lipman, 2000).

## Western San Juan Mountains

Five major calc-alkaline (dacitic to low-silica rhyolite) ash-flow sheets erupted from caldera sources (Ute Ridge, Blue Mesa, Dillon Mesa, Sapinero Mesa, and Crystal Lake Tuffs) in the western San Juan volcanic field from 28.6 to 27.4 Ma (Bove and others, 2000). Even after erosion, ash-flow sheets associated with these calderas extend as much as 80 km from their sources and are present just south of the West Elk volcano (fig. B7). Eruption of the 29.1 Ma Ute Ridge Tuff produced the Ute Creek caldera, the oldest in the western San Juan caldera complex (fig. B7). The next caldera to form was the Lost Lake caldera, which produced the widespread Blue Mesa Tuff (28.4 Ma). Both the Lost Lake and Ute Ridge calderas were infilled by later lavas and related pyroclastics. The Ute Ridge and Blue Mesa Tuffs are only preserved in distal outflow flows.

Collapse of the San Juan and Uncompahgre calderas took place about 28.4-28.2 million years ago in association with major ash-flow eruptions of the Sapinero Mesa Tuff and possibly early eruption of the less voluminous Dillon Mesa Tuff (Lipman and others, 1973; Steven and Lipman, 1976). The Uncompahgre caldera formed an irregular depression about 20 km in diameter west and southwest of Lake City. The San Juan caldera formed nearly concurrently about 20 km west of the Uncompahgre caldera. The Sapinero Mesa Tuff has been subdivided into three major units—the main body of the Sapinero Mesa (outflow), the Eureka (intracaldera fill), and the Picayune Megabreccia Members (Lipman and others, 1973). The Picayune Megabreccia Member commonly lies stratigraphically below and intertongues with the Eureka Member (Lipman and others, 1976), and consists of a chaotic assemblage of precaldera rocks that slid from the oversteepened walls of the San Juan and Uncompahgre calderas. The Eureka graben, which is a downdropped keystone fault zone along the crest of the elliptical resurgent dome of the coalesced San Juan–Uncompahgre calderas, is an important host to mineralization that postdates these calderas by about 5–15 million years (m.y.) (Lipman and others, 1976).

The 27.6 Ma Silverton caldera, which is nested within the San Juan caldera (28.2 Ma), collapsed in response to eruption of the Crystal Lake Tuff (Lipman and others, 1976; Bove and others, 2000). The Crystal Lake Tuff forms a relatively small volume ash-flow sheet in comparison with deposits related to other calderas in the San Juan volcanic field (Steven and Lipman, 1976). The Crystal Lake Tuff is mostly absent within the Silverton caldera undoubtedly owing to erosion within this relatively shallow depression. Present within the Silverton caldera itself is a thick sequence of finely porphyritic dacitic-andesitic lavas (Burbank and Luedke, 1969; Yager and others, 1998); these lavas are generally referred to as the Burns Member of the Silverton Volcanics (Lipman and others, 1973; Burbank and Luedke, 1969; Yager and others, 1998). This thick package of lavas largely erupted along the ring fracture zones of the earlier collapsed San Juan and Uncompahgre calderas, prior to collapse of the Silverton caldera (Lipman and others, 1976).

Collapse of the Lake City caldera postdated all other caldera-related eruptions in the western San Juan Mountains by more than 4 million years. It is thought to be associated with bimodal magmatism related to the onset of extensional tectonism in this general region at about 25 Ma (Lipman and others, 1978). The Lake City caldera, which is nested within the older Uncompahgre caldera, formed in response to the eruption of the Sunshine Peak Tuff at 22.9 Ma. Accumulations of related ash-flow material exceeded 300 km$^3$, the majority of which ponded within the caldera along with subsidence-related breccias. A large quartz syenite pluton was intruded into the intracaldera fill, causing resurgence of the caldera. The resurgent intrusions were derived from the same alkalic magma chamber that produced the caldera-forming ash-flow eruptions (Hon and Lipman, 1989; Hon, 1987). Continued volcanic activity produced a thick sequence of dacitic post-caldera-collapse lavas and intrusions that accumulated near the eastern margin of the caldera. These lavas and intrusions were host to subeconomic molybdenum-copper mineralization and to one of the largest alunite deposits in the Western United States (Bove and others, 2000).

A large swarm of calc-alkaline intrusions was emplaced between about 26 and 25 Ma over a broad region of the western San Juan Mountains (Bove and others, 2000). These intrusions range from large stocks and sills at Mt. Wilson west of Ophir and Sultan Mountain near Silverton to smaller plugs intruded near Capitol City in the Lake City area (fig. B7). Although the overall size of the exposed intrusions decreases from west to east, this may be an artifact of erosion rather than a reflection of their actual size. These intrusions vary from simple to complexly zoned and in many places are associated with veins and disseminated and stockwork molybdenum-copper mineralized rocks (Ringrose and others, 1986; Slack, 1980; Caskey, 1979; Pyle, 1980). Many of these intrusions are completely crystalline and cut through the entire ash-flow sequence, suggesting that they may represent cores of now-eroded stratovolcanoes that fed thick sequences of lavas nearby (Lipman and others, 1973). Alternatively, the widespread distribution of intrusions suggests that they represent the uppermost portion of the underlying batholith rising into and consuming the earlier volcanic pile—similar to the emplacement of the Boulder batholith into the Elkhorn Mountains Volcanics in Montana (Lipman and others, 1976).

## Central San Juan Mountains Caldera Cluster

The six calderas of the central cluster, as in the other calderas of the volcanic field, formed within a locus of precaldera volcanoes. Following early ash-flow eruption from the western San Juan calderas, explosive activity converged in the central San Juan region, beginning with eruption of the Masonic Park Tuff at 28.3 Ma and then the enormous Fish Canyon Tuff

from the La Garita caldera (35×75 km; fig. B7) at 27.6 Ma (Lipman, 2000). Ensuing central San Juan calderas (Bachelor, South River, San Luis caldera complex, and Creede), which were sources of smaller volume and more areally restricted tuff sheets, were nested within the much larger La Garita and La Garita South calderas.

The dacitic Fish Canyon Tuff, long recognized as the world's largest ash-flow sheet, both spread widely beyond and ponded within its source caldera. The current volume of this ash-flow sheet has been estimated to exceed 5,000 km$^3$, which is nearly five times greater than the largest of the other 22 ash-flow sheets within the San Juan field (100 to >1,000 km$^3$) (Lipman, 2000). Present outcrops of Fish Canyon Tuff outflow extend to nearly 70 km laterally from the La Garita caldera.

The San Luis caldera complex (fig. B7) is now recognized as the composite source of three sizable ash-flow sheets: the Rat Creek, Cebolla Creek, and Nelson Mountain Tuffs. These ash-flow sheets are all similar in composition, ranging from dacite to rhyolite, and record three separate subsidence events. Outflow of the Nelson Mountain Tuff filled the inferred Cochetopa Park caldera, located about 20 km northeast of the San Luis caldera complex (fig. B7). The inferred Cochetopa Park caldera, which is in the Gunnison National Forest (Chapter A, fig. A1), is bounded by a horseshoe-shaped complex of faults that represents a hinged subsidence feature (Steven and Lipman, 1976). Thick accumulations of Nelson Mountain Tuff within this inferred caldera were intruded and overlain by thick rhyolitic flows. The eroded remnants of this rhyolitic mass still persist as the feature called the Cochetopa dome.

The Creede caldera formed during eruption of the Snow-shoe Mountain Tuff at about 26.9 Ma and is thought to be the youngest of the central San Juan calderas. The dacitic intra-caldera tuff is as much as 2 km thick, although the outflow sheet is less than 100 m thick and is generally limited to the central San Juan caldera cluster (Lipman, 2000). Resurgent doming resulted in the formation of a moat area between the resurgent dome and outer margin walls of the caldera. Sedimentary fill within this moat basin consists largely of finely laminated shale and sandstone, together called the Creede Formation (Steven and Ratté, 1973; Lipman, 2000).

Most calderas of the central San Juan field were filled rapidly after subsidence by andesite to rhyolite lavas and domal masses interleaved with ash-flow tuffs as well as minor sediments. The lavas were erupted from central volcanoes within or on the margins of the calderas, whereas the major tuff units are associated with younger adjacent calderas (Lipman, 2000). Intrusions associated temporally and spatially with the central San Juan calderas are relatively minor in volume and distribution, range from granite to andesite, and represent late stages of caldera magmatism. The intrusive rocks are commonly associated with weak argillic and pyritic alteration products; however, no evidence of significant mineralization has yet been found (Lipman, 2000).

The overall patterns of alteration and mineralization related to the central San Juan calderas are highly influenced by north-trending faults that were recurrently active throughout this caldera cycle. Localization of major mineralization events in the Creede district was also probably due to sustained magmatic activity and thermal flux over central parts of the subvolcanic batholith related to caldera eruptions (Lipman, 2000).

## Late Basalts and Rhyolites of the Central San Juan Mountains Caldera Cluster

In the early Miocene, the nature of volcanism changed markedly. Although the Oligocene volcanics of the San Juan field are mostly intermediate lavas and more silicic ash-flow tuffs, the younger rocks are largely a bimodal assemblage of basalt and silicic alkalic rhyolite (Lipman and others, 1969). The basaltic rocks of the Hinsdale Formation are mainly alkali olivine basalt flows; however, andesites are also common. The basalt flows, which are now much eroded, cap high flat mesas and typically rest upon older ash-flow units. The rhyolites consist of small, scattered volcanic necks, plug domes, and the ash-flow sheet related to the 23 Ma Lake City caldera. Basalt and rhyolite were erupted intermittently throughout the Miocene and Pliocene, forming a widespread thin veneer over the older volcanic rocks. Miocene-age alkali basalt on Grand Mesa is also part of the bimodal basalt-rhyolite suite and is roughly equivalent to the basalts of the Hinsdale Formation. Basaltic rocks on Grand Mesa are largely confined to plugs and related feeder dikes. The maximum preserved thickness of the basalt flows on Grand Mesa is about 240 m (Tweto and others, 1978).

## Sawatch Range Calderas and Related Mount Princeton Batholith

The ≈34 Ma Mount Aetna and Grizzly Peak calderas are located in the south-central Sawatch Range (fig. B7). The Mount Aetna caldera complex consists of three main elements: (1) the 36.6 Ma Mount Princeton pluton, (2) the 34.4 Ma Mount Aetna caldera, and (3) chemically evolved 30 Ma granitic intrusions (Johnson and others, 1989). The Mount Princeton pluton (batholith, fig. B7) is elliptical (24×36 km), compositionally zoned, and flat-topped. It is interpreted to represent the plutonic roots of a caldera in which all evidence of the volcanic edifice and collapse structure has been completely removed by erosion (Johnson and others, 1989). The Mount Aetna caldera consists of two collapse structures (12 and 25 km in diameter) that have been deeply eroded, exposing the precaldera floor. Pyroclastic eruptive components from this caldera are only preserved in the southern part of the caldera complex. The younger evolved granites are a subgroup of granites that are associated with significant mineralization episodes in Colorado (Johnson and others, 1989).

The Grizzly Peak caldera is located on the crest of the Sawatch Range, about 30 km north of the more deeply eroded Mount Aetna caldera (fig. B7). Early rhyolitic volcanism (Grizzly Peak Tuff) culminated in the collapse and formation of the 17×23 km Grizzly Peak caldera at 34 Ma (Fridrich and others, 1991). Approximately half of the erupted tuff ponded within the caldera margins. Only small remnants of outflow Grizzly Peak Tuff have been found more than 20 km away from the caldera margins (Fridrich and others, 1991). Following collapse, the caldera was resurgently domed, in part by the emplacement of a granodiorite laccolith, now exposed by erosion. A belt of dacite to rhyolite dikes and small stocks formed across the center of the domed caldera. Late felsic resurgent intrusions are spatially associated with hydrothermal alteration and weak mineralization resembling that found in porphyry molybdenum deposits (Fridrich and others, 1991).

## Plutonic and Volcanic Rocks in the Elk Mountains Region

In contrast to Tertiary igneous rocks of the San Juan volcanic field, which are largely volcanic, those preserved in the Elk Mountains region are largely epizonal plutons. The Elk Mountains region, as used in this report, includes the Elk Mountains, Ruby Range, Treasure Mountain dome, and West Elk Mountains. However, the age and sequence of rock types are very similar in these two areas (Lipman and others, 1969). Igneous activity in both, dominantly of intermediate composition, occurred during late Oligocene time and produced large volumes of intermediate-composition rocks and their comagmatic silicic differentiates. As in the San Juan volcanic field, small volumes of bimodal mafic and silicic rocks were erupted in Miocene and Pliocene time (Lipman and others, 1969).

Upper Cenozoic rocks of the Elk Mountains region are mostly intrusive and can be divided into granodiorite plutons of Oligocene age, Miocene and younger? mafic dikes, and highly evolved granite to rhyolite stocks, plugs, and dikes of Miocene age. The Oligocene stocks, laccoliths, sills, and dikes consist mainly of granodiorite and granodiorite porphyry and intrude rocks as young as the Eocene Wasatch Formation in the Elk Mountains region. Available age data (Mutschler and others, 1981; Cunningham and others, 1994) indicate that these intrusions were emplaced between 34 and 29 Ma.

Studies by Mutschler and others (1981) group the Oligocene Intrusive Suite of the Elk Mountains area into several main stages based on age, mode of emplacement, and relationship to mineralized rocks. Stage A includes large plutons of equigranular to porphyritic granodiorite, and includes the Sopris, Snowmass, and Whiterock plutons, as well as the Italian Mountain intrusive complex. Mineralized material associated with these intrusions occurs dominantly as polymetallic disseminated and vein replacements along margins of the intrusions. Intrusions of stage B include sills, laccoliths, and dikes of granodiorite porphyry composition. Contact metamorphism is minimal in stage B intrusions, and they are not known to be associated with any significant mineralization. Stage D intrusions are small andesite to granodiorite stocks in a northeast zone, several of which are the centers of radial or linear dike swarms. Stage D intrusions extend from the West Elk Mountains and are present along and beyond the crest of the Ruby Range. Products of mineralization associated with these intrusions include chalcopyrite-pyrite-molybdenite deposits and other miscellaneous vein and replacement deposits.

## Late Bimodal Rocks in the Elk Mountains Region

Small mafic dikes cut the Oligocene granodiorites in the Elk Mountains regions and are thought to be Miocene and early Pliocene in age (Lipman and others, 1969). The composition of these mafic rocks is similar to that of the basalts of the Hinsdale Formation of the San Juan volcanic field, the alkali basalts on Grand Mesa, and basalts in the Flat Tops areas to the north. Silicic Miocene intrusive rocks include the granite of Treasure Mountain (Mutschler and others, 1981), rhyolite to granite intrusions related to the Mount Emmons and Redwell Basin molybdenum deposits (White and others, 1981; Thomas and Galey, 1982), and other miscellaneous domes, dikes, and small intrusions throughout the area.

## Late Tertiary and Quaternary Unconsolidated Deposits

A major period of uplift, erosion, and deposition started in early Miocene and continued through Pliocene time, significantly disrupting and dissecting an Eocene regional erosion surface (Epis and others, 1980). Uplifted mountain blocks were deeply eroded, and the resulting debris was deposited in basins and channels bordering the mountain ranges. Uplift may have accelerated during the Pliocene, cutting deep canyons that characterize the mountain flanks. Pliocene canyon cutting apparently continued into Quaternary time until a stable base was achieved. Canyon cutting and pedimentation continued in Quaternary time, but a major climatic cooling event initiated glaciation, which continued from about 500,000 years ago into the late Pleistocene, ending approximately 15,000 years ago (Epis and others, 1980). During three glacial maxima, ice almost covered the higher ranges, and the alpine valleys were filled with glaciers. The modern alpine topography of deep U-shaped valleys and sharp peaks and ridges is largely a product of glacial erosion (Mierding and Birkeland, 1980). Glacial advances deposited numerous sheets of till and outwash gravel in stream valleys.

Holocene alluvium is present in drainages and fans across the national forests and consists of gravel, sand, and silt with varying degrees of consolidation. In some places, alluvium of Pliocene and Pleistocene(?) age is present on ridges. Landslide deposits are common in the study area; semi-steep slopes underlain by Mancos Shale, and the Wasatch Mesaverde Formation are particularly prone to landslides.

# References Cited

Anderson, O.J., and Lucas, S.G., 1997, The Upper Jurassic Morrison Formation in the Four Corners region, *in* Anderson, O.J., Kues, B.S., and Lucas, S.G., eds., Mesozoic geology and paleontology of the Four Corners region:  New Mexico Geological Society Guidebook, 48th Field Conference, p. 139–156.

Baars, D.L., 1983, The Colorado Plateau—A geologic history:  Albuquerque, N. Mex., University of New Mexico Press, 279 p.

Baars, D.L., and Ellingson, J.A., 1984, Geology of the western San Juan Mountains, *in* Brew, D.C., ed., Paleotectonics—San Juan Mountains, Dolores Formation—Paleosols and depositional systems, Jurassic depositional systems—San Juan Basin, Quaternary deposits and soils—Durango area:  Field Trip Guidebook, 37th Annual Meeting, Rocky Mountain Section, Geological Society of America, p. 1–45.

Beaty, D.W., Johansing, R.J., and Thompson, T.B., 1988, Stratigraphy of the Mississippian Leadville Dolomite, Gilman to Leadville, Colorado—Redefinition of the Castle Butte and Red Cliff Members, *in* Thompson, T.B., and Beaty, D.W., eds., Geology and mineralization of the Gilman–Leadville area, Colorado:  Society of Economic Geologists Guidebook Series, v. 2, p. 9–34.

Berman, A.E., Poleschook, D., Jr., and Dimelow, T.E., 1980, Jurassic and Cretaceous systems of Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology:  Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 111–128.

Bickford, M.E., Shuster, R.D., and Boardman, S.J., 1989, U-Pb geochronology of the Proterozoic volcano-plutonic terrane in the Gunnison and Salida areas, Colorado, *in* Grambling, J.A., and Tewksbury, B.J., eds., Proterozoic geology of the southern Rocky Mountains:  Geological Society of America Special Paper 235, p. 33–48.

Bove, D.J., Hon, Ken, Budding, K.E., Slack, J.R., Snee, L.W., and Yeoman, R.A., 2000, Geochronology and geology of late Oligocene through Miocene volcanism and mineralization in the western San Juan Mountains, Colorado, version 1.0:  U.S. Geological Survey Open-File Report 99-347, 35 p., URL: http://pubs.usgs.gov/of/1999/ofr-99-0347/.

Burbank, W.S., and Luedke, R.G., 1969, Geology and ore deposits of the Eureka and adjoining districts, San Juan Mountains, Colorado:  U.S. Geological Survey Professional Paper 535, 73 p.

Campbell, J.A., 1996, Paleozoic history, *in* Blair, Rob, ed., The western San Juan Mountains—Their geology, ecology, and human history:  Niwot, Colo., University Press of Colorado, Fort Lewis Foundation, p. 44–53.

Campbell, J.A., and Brew, D.C., 1996, Mesozoic and Cenozoic history, *in* Blair, Rob, ed., The western San Juan Mountains—Their geology, ecology, and human history:  Niwot, Colo., University Press of Colorado, Fort Lewis Foundation, p. 54–67.

Cashion, W.B., 1973, Geologic and structure map of the Grand Junction quadrangle, Colorado and Utah:  U.S. Geological Survey Miscellaneous Investigations Series Map I-736, scale 1:250,000.

Caskey, D.J., 1979, Geology and hydrothermal alteration of the Iron Beds area, Hinsdale County, Colorado:  Austin, Tex., University of Texas M.A. thesis, 110 p.

Cole, R.D., Moore, G.E., Trevena, A.S., Armin, R.A., and Morton, M.P., 1996, Lithofacies definition in Cutler and Honaker Trail Formations, northeastern Paradox Basin, by sedimentologic observations and spectral gamma-ray data, *in* Huffman, A.C., Jr., Lund, W.R., and Godwin, L.H., eds., Geology and resources of the Paradox Basin:  Utah Geological Association Guidebook 25, p. 161–172.

Cross, Whitman, and Larsen, E.S., 1935, A brief review of the geology of the San Juan region of southwestern Colorado:  U.S. Geological Survey Bulletin 843, 138 p.

Cunningham, C.G., Naeser, C.W., Marvin, R.F., Luedke, R.G., and Wallace, A.R., 1994, Ages of selected intrusive rocks and associated ore deposits in the Colorado Mineral Belt:  U.S. Geological Survey Bulletin 2109, 31 p.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1° × 2° geologic maps:  U.S. Geological Survey Open-File Report 99-427, CD-ROM.

De Voto, R.H., 1980, Pennsylvanian stratigraphy and history of Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology:  Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 71–102.

De Voto, R.H., 1990, Paleozoic stratigraphy, tectonism, thermal history, and basin evolution of Central Colorado, *in* Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt:  Economic Geology Monograph 7, p. 29–44.

Dubiel, R.F., 1994, Triassic depositystems, paleogeography, paleoclimate of the Western Interior, *in* Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.:  Rocky Mountain Section–Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 133–168.

Dyman, T.S., Merewether, E.A., Molenaar, C.M., Cobban, W.A., Obradovich, J.D., Weimer, R.J., and Bryant, W.A., 1994, Stratigraphic transects for Cretaceous rocks, Rocky Mountains and Great Plains regions, *in* Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 365–389.

Elder, W.P., and Kirkland, J.I., 1994, Cretaceous paleogeography of the southern western interior region, *in* Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 415–440.

Epis, R.C., Scott, G.R., Taylor, R.B., and Chapin, C.E., 1980, Summary of Cenozoic geomorphic volcanic and tectonic features of central Colorado and adjoining areas, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 135–156.

Fassett, J.E., 1985, Early Tertiary paleogeography and paleotectonics of the San Juan Basin area, New Mexico and Colorado, *in* Flores, R.M., and Kaplan, S.S., eds., Cenozoic paleogeography of west-central United States: Rocky Mountain Section, Society of Economic Paleontologists and Mineralogists, p. 247–276.

Fleischer-Mutel, C., and Emrick, J.C., 1984, From grassland to glacier—The natural history of Colorado: Boulder, Colo., Johnson Books, 238 p.

Fridrich, C.J., Smith, R.P., DeWitt, Ed, and McKee, E.H., 1991, Structural, eruptive, and intrusive evolution of the Grizzly Peak caldera, Sawatch Range, Colorado: Geological Society of America Bulletin, v. 103, no. 9, p. 1160–1177.

Haynes, D.D., Vogel, J.D., and Wyant, D.G., 1972, Geology, structure, and uranium deposits of the Cortez quadrangle, Colorado and Utah: U.S. Geological Survey Miscellaneous Investigations Series Map I-629, scale 1:250,000.

Hedlund, D.C., and Olson, J.C., 1981, Precambrian geology along parts of the Gunnison uplift of southwestern Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 267–272.

Hon, Ken, 1987, Geologic and petrologic evolution of the Lake City caldera, San Juan Mountains, Colorado: Boulder, Colo., University of Colorado Ph. D. dissertation, 244 p.

Hon, Ken, and Lipman, P.W., 1989, Western San Juan Caldera complex, *in* Lipman, P.W., ed., Oligocene–Miocene San Juan volcanic field, Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 46, p. 350–380.

Horton, R.A., Jr., and De Voto, R.H., 1990, Dolomitization and diagenesis of the Leadville Dolomite (Mississippian), central Colorado, *in* Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, p. 86–108.

Horton, R.A., Jr., and Geissman, J.W., 1990, Geochemistry of the Leadville Dolomite (Mississippian), Central Colorado, *in* Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, p. 66–85.

Houck, K.J., 1997, Effects of sedimentation, tectonics, and glacio-eustasy on depositional sequences, Pennsylvanian Minturn Formation, north-central Colorado: American Association of Petroleum Geologists Bulletin, v. 81, no. 9, p. 1510–1533.

Houston, R.S., Duebendorfer, E.M., Karlstrom, K.E., and Premo, W.R., 1989, A review of the geology and structure of the Cheyenne Belt and Proterozoic rocks of southern Wyoming, *in* Grambling, J.A., and Tewksbury, B.J., eds., Proterozoic geology of the southern Rocky Mountains: Geological Society of America Special Paper 235, p. 1–12.

Johnson, C.M., Shannon, J.R., and Fridrich, C.J., 1989, Excursion 15B; Roots of ignimbrite calderas—Batholithic plutonism, volcanism, and mineralization in the southern Rocky Mountains, Colorado and New Mexico, *in* Lipman, P.W., ed., Oligocene–Miocene San Juan volcanic field, Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 46, p. 275–303.

Johnson, R.C., 1985, Early Cenozoic history of the Uinta and Piceance Creek Basins, Utah and Colorado, with special reference to the development of Eocene Lake Uinta, *in* Flores, R.M., and Kaplan, S.S., eds., Cenozoic paleogeography of west-central United States: Rocky Mountain Section, Society of Economic Paleontologists and Mineralogists, p. 247–276.

Johnson, R.C., and Keighin, C.W., 1981, Cretaceous and Tertiary history and resources of the Piceance Creek Basin, Western Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 199–210.

Johnson, S.Y., Schenk, C.J., Anders, D.L., and Tuttle, M.L., 1990, Sedimentology and petroleum occurrence, Schoolhouse Member, Maroon Formation (Lower Permian), northwestern Colorado: American Association of Petroleum Geologists Bulletin, v. 74, no. 2, p. 135–150.

BLM_0104373

Knoper, M.W., and Condie, K.C., 1988, Geochemistry and petrogenesis of early Proterozoic amphibolites, west-central Colorado, U.S.A.: Chemical Geology, v. 67, no. 3–4, p. 209–225.

Lageson, D.R., and Schmitt, J.G., 1994, The Sevier orogenic belt of the western United States—Recent advances in understanding its structural and sedimentologic framework, *in* Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 27–64.

Landis, G.P., and Tschauder, R.J., 1990, Late Mississippian karst caves and Ba-Ag-Pb-Zn mineralization in central Colorado—Part II, Fluid inclusion, stable isotope, and rock geochemistry data and a model of ore deposition, *in* Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, p. 339–366.

Lawton, T.F., 1994, Tectonic setting of Mesozoic sedimentary basins, Rocky Mountain region, United States, *in* Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 1–25.

Lindsey, D.A., and Clark, R.F., 1995, Copper and uranium in Pennsylvanian and Permian sedimentary rocks, northern Sangre de Cristo Range, Colorado: U.S. Geological Survey Bulletin 2116, 23 p.

Lipman, P.W., 2000, The central San Juan caldera cluster—Regional volcanic framework, *in* Bethke, P.M., and Hay, R.L., eds., Ancient Lake Creede—Its volcano-tectonic setting, history of sedimentation and relation to mineralization in the Creede mining district: Geological Society of America Special Paper 346, p. 9–71.

Lipman, P.W., Doe, B.R., Hedge, C.E., and Steven, T.A., 1978, Petrologic evolution of the San Juan volcanic field, southwestern Colorado; Pb and Sr isotope evidence: Geological Society of America Bulletin, v. 89, no. 1, p. 59–82.

Lipman, P.W., Fisher, F.S., Mehnert, H.H., Naeser, C.W., Luedke, R.G., and Steven, T.A., 1976, Multiple ages of mid-Tertiary mineralization and alteration in the western San Juan Mountains, Colorado: Economic Geology, v. 71, no. 3, p. 571–588.

Lipman, P.W., Mutschler, F.W., Bryant, Bruce, and Steven, T.A., 1969, Similarity of Cenozoic igneous activity in the San Juan and Elk Mountains, Colorado, and its regional significance, *in* Geological Survey research 1969: U.S. Geological Survey Professional Paper 650-D, p. D33–D42.

Lipman, P.W., Steven, T.A., Luedke, R.G., and Burbank, W.S., 1973, Revised volcanic history of the San Juan, Uncompahgre, Silverton, and Lake City calderas in the western San Juan Mountains, Colorado: U.S. Geological Survey Journal of Research, v. 1, no. 6, p. 627–642.

Lipman, P.W., Steven, T.A., and Mehnert, H.H., 1970, Volcanic history of the San Juan Mountains, Colorado, as indicated by potassium-argon dating: Geological Society of America Bulletin, v. 81, no. 8, p. 2329–2352.

Lucas, S.G., and Anderson, O.J., 1997, The Jurassic San Rafael Group, Four Corners region, *in* Anderson, O.J., Kues, B.S., and Lucas, S.G., eds., Mesozoic geology and paleontology of the Four Corners region: New Mexico Geological Society Guidebook, 48th Field Conference, p. 115–133.

Luedke, R.G., 1996, Geologic map of the Ophir quadrangle, San Juan, San Miguel, and Dolores Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1760, scale 1:24,000.

MacLachlan, M.E., 1972, Triassic System, *in* Mallory, W.W., ed., Geologic atlas of the Rocky Mountain region: Rocky Mountain Association of Geologists, p. 168–176.

Mallory, W.W., Bachman, G.O., Maughan, E.K., McKee, E.D., Prichard, G.E., and Wilson, R.F., 1972, Regional synthesis of the Pennsylvanian System, *in* Mallory, W.W., ed., Geologic atlas of the Rocky Mountain region: Rocky Mountain Association of Geologists, p. 111–127.

Maughan, E.K., 1980, Permian and Lower Triassic geology of Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 103–110.

Mayor, J.N., and Fisher, F.S., 1972, Middle Tertiary replacement ore bodies and associated veins in the northwest San Juan Mountains, Colorado: Economic Geology, v. 67, no. 2, p. 214–230.

Mierding, T.C., and Birkeland, P.W., 1980, Quaternary glaciation of Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 165–173.

Molenaar, C.M., 1983, Major depositional cycles and regional correlation of Upper Cretaceous rocks, southern Colorado Plateau and adjacent areas, *in* Reynolds, M.W., and Dolly, E.D., eds., Mesozoic paleogeography of the west-central United States: Rocky Mountain Section, Society of Economic Paleontologists and Mineralogists, Rocky Mountain Paleogeography Symposium 2, p. 201–224.

BLM_0104374

Mutschler, F.E., Ernst, D.R., Gaskill, D.L., and Billings, Patty, 1981, Igneous rocks of the Elk Mountains and vicinity, Colorado—Chemistry and related ore deposits, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 317–324.

Ochs, A.M., and Cole, R.D., 1981, Comparative petrology of Tertiary sandstones of southern Piceance Creek Basin, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 219–228.

Peterson, Fred, 1988, Stratigraphy and nomenclature of Middle Jurassic rocks, western Colorado Plateau, Utah and Arizona, *in* Revisions to stratigraphic nomenclature of Jurassic and Cretaceous rocks of the Colorado Plateau: U.S. Geological Survey Bulletin 1633-B, p. 14–56.

Pyle, P.F., 1980, Geology and hydrothermal alteration of the Matterhorn Peak stock, Hinsdale County, Colorado: Austin, Tex., University of Texas M.A. thesis, 89 p.

Reed, J.C., Jr., Bickford, M.E., Premo, W.R., Aleinikoff, J.N., and Pallister, J.S., 1987, Evolution of the Early Proterozoic Colorado province—Constraints from U-Pb geochronology: Geology, v. 15, no. 9, p. 861–865.

Ringrose, C.R., Harmon, R.S., Jackson, S.E., and Rice, C.M., 1986, Stable isotope geochemistry of a porphyry-style hydrothermal system, West Silverton district, San Juan Mountains, Colorado, U.S.A., *in* F. Earl Ingerson Festschrift—Part III: Applied Geochemistry, v. 1, no. 3, p. 357–373.

Schenk, C.J., Johnson, S.Y., and Karachewski, J.A., 1987, Field guide and road log—Pennsylvanian and Permian depositional systems and cycles in the Eagle Basin, northwestern Colorado: U.S. Geological Survey Open-File Report 87-430, 29 p.

Selverstone, Jane, Hodgins, Meghan, Shaw, Colin, Aleinikoff, J.N., and Franning, C.M., 1997, Proterozoic tectonics of the northern Colorado Front Range, *in* Bolyard, D.W., and Sonnenberg, S.A., eds., Geologic history of the Colorado Front Range: Rocky Mountain Association of Geologists Guidebook, 1997 Symposium, Denver, Colo., p. 9–18.

Shaw, C.A., and Karlstrom, K.E., 1999, The Yavapai–Mazatzal crustal boundary in the southern Rocky Mountains: Rocky Mountain Geology, v. 34, no. 1, p. 37–52.

Silver, L.T., 1965, Mazatzal orogeny and tectonic episodicity, *in* Abstracts for 1964: Geological Society of America Special Paper 82, p. 185–186.

Silver, L.T., 1968, U-Pb isotope relations and their historical implications in Precambrian zircons from Bagdad, Arizona, *in* Abstracts for 1966: Geological Society of America Special Paper 101, p. 420.

Slack, J.F., 1980, Multistage vein ores of the Lake City district, western San Juan Mountains, Colorado: Economic Geology, v. 75, no. 7, p. 963–991.

Smith, D.R., Noblett, J., Wobus, R.A., Unruh, D.M., Douglass, J., Beane, R., Davis, C., Goldman, S., Kay, G., Gustavson, B., Saltoun, B., and Stewart, J., 1999, Petrology and geochemistry of late-stage intrusions of the A-type, mid-Proterozoic Pikes Peak Batholith (central Colorado, U.S.A.)—Implications for petrogenetic models: Precambrian Research, v. 98, no. 3–4, p. 271–305.

Steven, T.A., 1975, Middle Tertiary volcanic field in the southern Rocky Mountains, *in* Curtis, B.F., ed., Cenozoic history of the southern Rocky Mountains: Geological Society of America Memoir 144, p. 75–94.

Steven, T.A., and Lipman, P.W., 1976, Calderas of the San Juan volcanic field, southwestern Colorado: U.S. Geological Survey Professional Paper 958, 35 p.

Steven, T.A., Lipman, P.W., Hail, W.J., Jr., Barker, Fred, and Luedke, R.G., 1974, Geologic map of the Durango quadrangle, southwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-764, scale 1: 250,000.

Steven, T.A., and Ratté, J.C., 1973, Geologic map of the Creede quadrangle, Mineral and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1053, scale 1:62,500.

Stewart, J.H., Poole, F.G., and Wilson, R.F., 1972, Stratigraphy and origin of the Upper Triassic Chinle Formation and related Upper Triassic strata in the Colorado Plateau region: U.S. Geological Survey Professional Paper 690, 336 p.

Thomas, J.A., and Galey, J.T., Jr., 1982, Exploration and geology of the Mount Emmons molybdenite deposits, Gunnison County, Colorado: Economic Geology, v. 77, no. 5, p. 1085–1104.

Tschauder, R.J., Landis, G.P., and Noyes, R.R., 1990, Late Mississippian karst caves and Ba-Ag-Pb-Zn mineralization in central Colorado—Part I, Geologic framework, mineralogy, and cave morphology, *in* Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, p. 308–338.

Turner, C.E., and Fishman, N.S., 1991, Jurassic Lake T'oo'dichi`—A large alkaline, saline lake, Morrison Formation, eastern Colorado Plateau: Geological Society of America Bulletin, v. 103, no. 4, p. 538–558.

Turner-Peterson, C.E., 1986, Fluvial sedimentology of a major uranium-bearing sandstone—A study of the Westwater Canyon Member of the Morrison Formation, San Juan Basin, *in* Turner-Peterson, C.E., Santos, E.S., and Fishman, N.S., eds., A basin analysis case study; The Morrison Formation, Grants uranium region, New Mexico: American Association of Petroleum Geologists Studies in Geology 22, p. 47–74.

Tweto, Ogden, 1975, Laramide (Late Cretaceous–Early Tertiary) orogeny in the southern Rocky Mountains, *in* Curtis, B.F., ed., Cenozoic history of the southern Rocky Mountains: Geological Society of America Memoir 144, p. 1–44.

Tweto, Ogden, 1979, Geologic map of Colorado: U.S. Geological Survey Special Geologic Map, scale 1:500,000.

Tweto, Ogden, 1980, Precambrian geology of Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 37–46.

Tweto, Ogden, 1980, Summary of Laramide orogeny, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 129–134.

Tweto, Ogden, 1987, Rock units of the Precambrian basement of Colorado: U.S. Geological Survey Professional Paper 1321, 54 p.

Tweto, Ogden, Moench, R.H., and Reed, J.C., Jr., 1978, Geologic map of the Leadville 1° × 2° quadrangle, northwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-999, scale 1:250,000.

Tweto, Ogden, Steven, T.A., Hail, W.J., Jr., and Moench, R.H., 1976, Geologic map of the Montrose 1° × 2° quadrangle, southwestern Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-761, scale 1:250,000.

Van Schmus, W.R., and Bickford, M.E., 1981, Proterozoic chronology and evolution of the midcontinent region, North America, *in* Kröner, A., ed., Precambrian plate tectonics: Amsterdam, Elsevier, Developments in Precambrian Geology, 4, p. 261–296.

White, W.H., Bookstrom, A.A., Kamilli, R.J., Ganster, M.W., Smith, R.P., Rantra, D.E., and Steininger, R.C., 1981, Character and origin of Climax-type molybdenum deposits, *in* Skinner, B.J., ed., Economic Geology 75th Anniversary Volume: El Paso, Tex., Economic Geology Publishing Co., p. 270–316.

Williams, P.L., 1964, Geology, structure, and uranium deposits of the Moab quadrangle, Colorado and Utah: U.S. Geological Survey Miscellaneous Investigations Series Map I-360, scale 1:250,000.

Yager, D.B., Lund, Karen, Luedke, R.G., Bove, D.J., O'Neill, J.M., and Sole, T.C., 1998, Digital geologic compilations of the upper Animas River and Boulder River watersheds—Geographic information systems technology used as a scientific interpretation tool [abs.], *in* Nimick, D.A., and von Guerard, Paul, eds., Science for watershed decisions on abandoned mine lands; Review of preliminary results, Denver, Colorado, February 4–5, 1998: U.S. Geological Survey Open-File Report 98-297, p. 27.

BLM_0104376

# Regional Sediment and Rock Geochemistry

By Steven M. Smith

Chapter C of
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–C

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104377

# Contents

Abstract ........................................................................................................................................ 39
Source and Description of Geochemical Data ........................................................................ 39
Sediment Data ............................................................................................................................. 39
Rock Data ..................................................................................................................................... 41
Gridding and Contouring ........................................................................................................... 41
Interpretive Maps ........................................................................................................................ 43
Summary ...................................................................................................................................... 49
References Cited ......................................................................................................................... 49

# Figures

C1–C4.  Maps showing:
    C1.  Localities of sediment samples collected in GMUG greater study area and a
        contiguous buffer area ............................................................................................... 42
    C2.  Localities of rock samples collected in GMUG greater study area ............................. 45
    C3.  Distribution of copper in sediment samples collected in GMUG greater
        study area ..................................................................................................................... 47
    C4.  Distribution of copper in rock samples collected in GMUG greater
        study area ..................................................................................................................... 48

# Tables

C1.  Sources of geochemical data from previous USGS studies within the greater
    study area ............................................................................................................................ 40
C2.  Sources of geochemical data from National Uranium Resource Evaluation (NURE)
    Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) projects and
    NURE Detailed Studies within GMUG greater study area ................................................ 41
C3.  Additional sources of geochemical data for GMUG greater study area that were not
    included in this study ......................................................................................................... 41
C4.  Clarke Index values for crustal abundance of selected elements; based on
    Fortescue (1992) ................................................................................................................. 46

BLM_0104378

# Regional Sediment and Rock Geochemistry

By Steven M. Smith

## Abstract

A geochemical data set prepared for the GMUG project contains analyses for 13,314 sediment samples and 5,957 rock samples. These data allowed calculation of baseline concentrations of elements within the GMUG region and identification of areas with relatively high or low abundances.

## Source and Description of Geochemical Data

The USGS National Geochemical Database (Hoffman and Marsh, 1994; Smith, 2000) contains data for a large number of geochemical samples from within the GMUG greater study area. Data for sediment and rock samples were retrieved from the USGS National Geochemical Database within an area bounded by lat 37°30′ N. to 39°45′ N. and long 105°45′ W. to 109°15′ W. This region includes the GMUG greater study area plus an extra 15-minute-wide buffer zone that was added to reduce edge-effect errors produced by surficial modeling of geochemical data. Data for samples of unique, unusual, or nonrepresentative material were removed. Data records were also removed if the sample was not analyzed by total-digestion chemical methods for elements of interest to this study. Data for 56 stream-sediment samples, collected during the 1996 and 1997 field seasons to fill gaps in the geographic coverage and to evaluate the geochemical signatures of mineral deposit types, were added to the project geochemical data sets. The resultant GMUG project geochemical data sets contain analyses for 13,314 sediment samples and 5,957 rock samples.

The data for geochemical samples retrieved from the USGS National Geochemical Database were derived from two primary sources: (1) rock and sediment samples collected since 1966 for various USGS projects in support of mineral resource assessment studies, energy resource studies, element distribution studies, ore deposits research, lithologic geochemistry research, and geologic mapping; and (2) sediment samples collected during 1976–79 for the National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) program. Table C1 lists USGS projects for which the stream-sediment and rock data

were collected and includes references for associated reports. Some of the rock samples could not be identified with specific projects. Table C2 lists the projects responsible for collection of the NURE sediment data that are used in this study. Other known geochemical data from the GMUG greater study area that were not used are listed in table C3. Most of these data were not available in digital form.

The USGS sediment and rock samples were analyzed by DC-arc emission spectrography (Grimes and Marranzino, 1968; Golightly and others, 1987), inductively coupled plasma–atomic emission spectroscopy (Lichte and others, 1987; Briggs, 1996) or delayed neutron counting analysis (McKown and Millard, 1987). The number of elements analyzed and the determination limits varied with slight modifications in these analytical methods over the years represented in the data set.

The NURE samples were analyzed by energy dispersive X-ray fluorescence, DC-arc emission spectrography, delayed neutron counting analysis and neutron activation analysis. The details of these NURE analytical methods can be found in many of the HSSR quadrangle reports (for example, Shannon, 1980a).

The new minus-80-mesh stream-sediment samples collected for the current study were analyzed for 40 elements by an inductively coupled plasma–atomic emission spectrometry (ICP-AES) total extraction method (Lichte and others, 1987; Briggs, 1996). The samples were decomposed using a mixture of hydrochloric, nitric, perchloric, and hydrofluoric acids at low temperatures as described by Crock and others (1983). Each digested sample was aspirated into the ICP-AES instrument and the concentrations of 40 elements were determined simultaneously.

## Sediment Data

The sediment samples are primarily minus-80-mesh (USGS) or minus-100-mesh (NURE) stream sediments, although a few samples were collected from ponds or springs. Some USGS samples are listed in the USGS National Geochemical Database only as "unconsolidated sediments"; the exact sources of these samples are unclear. Most of the sediment samples were collected specifically to represent regional elemental variation. The NURE HSSR studies systematically

**40**   **Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

**Table C1.**   Sources of geochemical data from previous USGS studies within GMUG greater study area.

| Study area | Geochemical data reference |
| --- | --- |
| Black Ridge Canyons BLM WSA | Toth, Stoneman, and others, 1983; Bullock, others, and Fey, 1989. |
| Buffalo Peaks WSA | Domenico and others, 1984; Nowlan and Gerstel, 1985. |
| Cannibal Plateau Roadless Area | Sharp and Lane, 1983. |
| Chama-Southern San Juan Mtns. WSA | Brock and others, 1985. |
| Collegiate Peaks WSA | Fridrich and others, 1998, and unpublished data. |
| Dolores Project Area-Irrigation Studies | Butler and others, 1995. |
| Dolores River Canyon BLM WSA | Bullock, others, and Briggs, 1989. |
| Dominguez Canyon BLM WSA | Toth, Davis, and others, 1983; Toth and others, 1987, and unpublished data. |
| Eagle Mountain WSA | Souliere and others, 1986, and unpublished data. |
| Flume Canyon BLM WSA | Gaccetta and others, 1990. |
| Fossil Ridge WSA | Adrian, Clark, and others, 1984; Clark and Adrian, 1984. |
| Geochemistry of Black Shales | Vine and others, 1969. |
| Geochemistry of Eocene Rocks | Vine and Tourtelot, 1973. |
| Gunnison Gorge BLM WSA | Bullock, Barton, Briggs, and Roemer, 1989. |
| Handies Peak BLM WSA | Sanford and others, 1987, and unpublished data. |
| Holy Cross WSA | Wallace and others, 1989, and unpublished data. |
| Hunter-Fryingpan WSA | Mosier and others, 1980; Ludington and Yeoman, 1980. |
| Maroon Bells-Snowmass WSA | McHugh and others, 1987. |
| Mt. Massive WSA | Van Loenen and others, 1989, and unpublished data. |
| Oh-Be-Joyful WSA | Ludington and Ellis, 1983, and unpublished data. |
| Palisade BLM WSA | Hovorka and others, 1983, and unpublished data. |
| Porphyry Mountain WSA | Mosier and others, 1980. |
| Powderhorn WSA | Sharp and Lane, 1983. |
| Redcloud Peak BLM WSA | Sanford and others, 1987, and unpublished data. |
| San Juan Geologic Mapping | R.G. Luedke, oral commun., 2000, and unpublished data. |
| San Juan NF Mineral Resource Assessment | Barton and others, 1992. |
| Sangre de Cristo WSA[1] | Adrian, Arbogast, and Zimbelman, 1984; Zimbelman, 1989. |
| Sewemup Mesa BLM WSA | Souliere and others, 1983, and unpublished data. |
| Tabeguache Creek BLM WSA | Bullock and others, 1990. |
| Uncompahgre Primitive Area[2] | Fischer and others, 1968. |
| Uncompahgre Primitive Area Additions[3] | Steven and others, 1973; Steven and others, 1977. |
| Uncompahgre Project Area-Irrigation Studies | Crock and others, 1994; Butler and others, 1994; Butler and others, 1996. |
| Upper Arkansas River Basin | Church, 1993; Church and others, 1994; Smith, 1994. |
| West Elk WSA | Gaskill and others, 1977. |
| West Needle WSA[1] | Birmingham and Van Loenen, 1983; Van Loenen, 1985. |
| Westwater BLM WSA | Bullock, others, and Fey, 1989. |
| Wilson Mountains Primitive Area[4] | Bromfield and others. 1972. |

[1] Study from outside of the GMUG greater study area but within the contiguous 15-minute buffer area.

[2] Currently the Big Blue Wilderness Area.

[3] Includes parts of the Big Blue Wilderness and Mt. Sneffels Wilderness Areas.

[4] Currently the Lizard Head Wilderness Area.

sampled the region at an average density of about one sample per 10 km$^2$ (Sharp and Aamodt, 1978). Within this regional coverage, NURE detailed studies (for example, Maassen and others, 1981) and USGS studies of proposed Wilderness Study Areas (WSA) sampled selected areas at densities of as much as one sample per 2.6 km$^2$. Figure C1 shows the distribution of sediment samples in the GMUG project data set.

Because of the extensive coverage and the representative nature of the samples, the sediment data can be used for various purposes. In this study, the data have been used to calculate baseline concentrations of elements within the region and to identify areas with relatively high or low abundances. By interpolating element concentrations between sample sites,

we have constructed geochemical surface models and contour maps to show the distribution of elements across the GMUG greater study area. The data were also incorporated into the GIS Mineral Resource Assessment models as point measurements. (See chapter on mineral resource assessments for various deposit types included in this volume.)

The sediment geochemical data were modified slightly to accommodate the constraints of statistical, gridding, and mapping software applications. Owing to the number of different analytical methods and variations of these analytical methods, the data contain many differing analytical determination limits. Data above and below these determination limits

**Table C2.** Sources of geochemical data from National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) projects and NURE Detailed Studies within GMUG greater study area.

[The NURE data were retrieved from Smith (2000)]

| Study area | Geochemical data reference |
|---|---|
| Cortez Quadrangle HSSR | Maxwell, 1977; Warren and others, 1979. |
| Denver Quadrangle HSSR[1] | Bolivar and others, 1978; Shettel and others, 1981. |
| Durango Quadrangle HSSR | Maxwell, 1977; Dawson and Weaver, 1979; Shannon, 1980a. |
| Grand Junction Quadrangle HSSR | Langfeldt and others, 1981. |
| Leadville Quadrangle HSSR | Planner and others, 1980. |
| Moab Quadrangle HSSR | Maxwell, 1977; Goff and others, 1979. |
| Montrose Quadrangle HSSR | Maxwell, 1977; Broxton and others, 1979. |
| Pueblo Quadrangle HSSR[1] | Shannon, 1978; Shannon, 1979b. |
| Sawatch Range Detailed Study | Maassen and others, 1981. |
| Tallahassee Creek, Badger Creek, Castle Rock Gulch, and Buffalo Gulch Detailed Study.[1] | Shannon, 1979a. |
| Trinidad Quadrangle HSSR[1] | Morris and others, 1978; Shannon, 1980b. |
| Vallecito Creek Special Study Area[1] | Warren and others, 1981. |

[1] Study from outside of the GMUG greater study area but within the contiguous 15-minute buffer area.

**Table C3.** Additional sources of geochemical data for GMUG greater study area that were not included in this study.

[Most of these data were not available in digital form during the data compilation phase of this study. —, no known samples]

| Study area | Rocks | Sediments | Geochemical data reference |
|---|---|---|---|
| American Flats–Silverton BLM Planning Unit | 89 | 1203 | Weiland and others, 1980. |
| Browns Canyon WSA | — | 121 | Leibold and others, 1987. |
| Cortez Quadrangle NURE Evaluation | 45 | 1657 | Campbell and others, 1982a. |
| Denver Quadrangle NURE Evaluation[1] | 485 | 301 | Hills and others, 1982. |
| Durango Quadrangle NURE Evaluation | 156 | 118 | Theis and others, 1981. |
| La Garita WSA | 172 | 253 | Steven and Bieniewski, 1977. |
| Leadville Quadrangle NURE Evaluation | 267 | 12 | Collins and others, 1982. |
| Moab Quadrangle NURE Evaluation | 131 | — | Campbell and others, 1982b. |
| Montrose Quadrangle NURE Evaluation | 365 | 30 | Goodnight and Ludlam, 1981. |
| Pueblo Quadrangle NURE Evaluation[1] | 478 | 150 | Dickinson and others, 1982. |
| San Juan Primitive Area[1,2] | 467 | 828 | Steven and others, 1969. |
| Trinidad Quadrangle NURE Evaluation[1] | 90 | — | Johnson and others, 1982. |

[1] Study from outside of the GMUG greater study area but within the contiguous 15-minute buffer area.

[2] Currently the Weminuche Wilderness Area.

(qualified values) were replaced either by real values of 0.7 times the lower determination limit or by null values.

# Rock Data

Unlike the sediment samples, rock samples were not collected systematically throughout the entire GMUG greater study area. Rocks were collected primarily around wilderness study areas and mining districts. Large areas of the GMUG greater study area were only sparsely sampled (fig. C2). Some rocks are representative samples of extensive geologic units, whereas other samples are of mineralized and altered rock from individual mine waste dumps.

The rock data are not appropriate for contouring or determining average baseline concentrations for the region, owing to the poor coverage and the mixture of mineralized and nonmineralized samples. Therefore, the rock geochemistry was used only as point data within the GIS Mineral Resource Assessment models. Only unqualified rock data were used. The qualified values (data outside of the determination limits) were neither replaced nor used in the GIS analysis.

# Gridding and Contouring

A geochemical "surface" model was interpolated for each element in the sediment data set using an algorithm in

BLM_0104382

42    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado

