EXPLANATION



Approximate outline of national forests in GMUG study area

70 KILOMETERS

40 MILES

**Figure C1(above and previous page).** Localities of sediment samples (dots) collected within GMUG greater study area and a contiguous 15-minute buffer area.

Dynamic Graphics, Inc. EarthVision software that employs a bi-harmonic spline of minimum tension to create a continuous grid from scattered point data. As is common to most gridding algorithms, the interpolation of grid values into areas unconstrained by actual data points occasionally produces unrealistic high or low values. These "edge effects" may occur near the margins of the data set or within "holes" in the data distribution. To reduce the influence of these "effects," we constrained the grid values to the range of maximum and minimum concentration values from the input data set. We eliminated most "edge effects" by including data from a 15-minute-wide buffer zone around the GMUG greater study area during the gridding process.

The grid files were imported into the ERDAS Imagine GIS package and masked to remove grid nodes outside the GMUG greater study area. The mean and standard deviation were calculated for the node values in each element grid and then compared with the mean and standard deviation of the input point data set to ensure that the grids closely modeled the input data. For modeling and contour display purposes, each grid was converted by a formula that calculates standard deviation units ($SDU$), as follows:

$$\frac{(X - X_m)}{\sigma} = SDU$$

where $X$ is the individual grid value, $X_m$ is the arithmetic mean for all grid values, $\sigma$ is the standard deviation, and $SDU$ is the resultant Standard Deviation Unit. The $SDU$ values resulting from the equation measure, in units of standard deviation, the difference of each concentration value from the mean. Element grids transformed by the equation have a mean of zero and a standard deviation of one. Following the conversion of each grid, we reclassified the calculated $SDU$ values into discrete categories by rounding each value to the nearest 0.5 $SDU$. Thus the mean $SDU$ value of 0 actually represents

a range from –0.250 to 0.249 $SDU$. (For example, for an element with a mean of 13 parts per million (ppm) and a standard deviation of 8, an $SDU$ of 0 represents the concentration range from 11 to 14.9 ppm.) For elements with good sample and analytical coverage, the concentration range represented by 0 $SDU$ can be used as one estimate of the mean local baseline concentration for that element.

The advantage of plotting $SDU$ maps is that the distribution ranges of each element can be shown by a common scheme that is easily interpreted. This allows the user to quickly compare a large number of maps and assimilate the information with minimal effort. In addition, the $SDU$ transformation can facilitate combining or comparing data from different sample media, analytical techniques, laboratories, or terranes. A limitation inherent to $SDU$ maps is that the element ranges are dependent solely on the populations of element concentrations from the area of interest. Large standard deviation values caused by extreme outliers may suppress variation on the maps and hide subtle anomalies. In addition, this local range of element concentrations may or may not reflect the variability that is found worldwide. Thus the "hot" values plotted on $SDU$ maps can highlight geologic terranes with only moderate enrichment that may not be of economic significance. Before using an $SDU$ map to focus additional studies, the actual concentration values should be checked to confirm that the levels are high enough to warrant the follow-up work.

To address the issues of whether the $SDU$ anomalies are of economic or environmental significance, we plotted some elements on sample location maps using symbols to represent multiples of crustal abundance estimates (Fortescue, 1992). This type of map is also more suitable than $SDU$ maps for those elements with a very limited distribution of concentration values above analytical detection limits or for those sample media with limited geographical coverage, as in the case of GMUG rock geochemical data. The set of crustal abundance estimates, or C4 Clarke Index values, used for this study is given in table C4. Multiples of the Clarke Index value are known as "Clarkes." In a manner similar to the $SDU$ maps, each concentration value was converted and then classified by rounding to the nearest 1.0 Clarke. A Clarke value of 1 thus represents a range of element concentrations from 0.50 to 1.49 Clarkes. (As an example, for an element with a crustal abundance estimate of 20 ppm, the concentration range represented by 1 Clarke is 10 to 29.9 ppm.) The concentration range represented by 1 Clarke can be used as one estimate of the global background range for an element. Clarke units are multiples of this background range.

## Interpretive Maps

A large number of interpretive maps were created from the GMUG greater study area sediment and rock geochemical data, as follows:

| *SDU* maps | | |
| --- | --- | --- |
| antimony | copper | strontium |
| barium | gold | thorium |
| bismuth | lead | tin |
| cadmium | manganese | tungsten |
| chlorine | nickel | uranium |
| chromium | rubidium | vanadium |
| cobalt | silver | zinc |

| Clarke maps, sediment samples | | |
| --- | --- | --- |
| antimony | gold | scandium |
| arsenic | hafnium | silver |
| barium | lanthanum | strontium |
| bismuth | lead | thorium |
| cadmium | lithium | tin |
| chlorine | lutetium | tungsten |
| chromium | manganese | uranium |
| cobalt | molybdenum | vanadium |
| copper | nickel | ytterbium |
| dysprosium | niobium | zinc |
| europium | rubidium | zirconium |
| | samarium | |

| Clarke maps, rock samples | | |
| --- | --- | --- |
| arsenic | gold | thorium |
| barium | lead | tin |
| bismuth | manganese | tungsten |
| cadmium | mercury | uranium |
| chromium | molybdenum | vanadium |
| cobalt | nickel | zinc |
| copper | silver | |

As an example, figure C3 is an *SDU* map showing the distribution of copper in sediments. The mean concentration of copper in sediment samples collected from the GMUG greater study area is 42 ppm. This is lower than the crustal abundance estimate of 68 ppm (table C4) recommended by Fortescue (1992) but is essentially equivalent to the regional baseline value of 40 ppm used by Smith (1994) in studies of the Upper Arkansas River Basin in Colorado. A number of areas containing elevated concentrations of copper can be identified in figure C3. Most of these highs are associated with areas of known mineralization, and the general pattern follows the trend of the Colorado Mineral Belt.

The distribution of copper in rock samples is illustrated as a Clarke map in figure C4. Only those rock samples having a copper concentration of 2 or more Clarkes are shown. Because of the large percentage of rocks collected from mineralized areas, the copper concentrations in rock data highlight several mining districts within the GMUG greater study area.



**Figure C2.** Localities of rock samples (dots) collected within GMUG greater study area.

EXPLANATION

Approximate outline of national forests in GMUG study area

Regional Sediment and Rock Geochemistry

45

**Table C4.** Clarke Index values for crustal abundance of selected elements; based on Fortescue (1992).

[Element concentrations are reported in parts per million (ppm: equivalent to micrograms/gram) unless otherwise noted; pct, percent]

| Element | Clarke Index Value | Element | Clarke Index Value |
|---------|--------------------|---------|--------------------|
| Al | 8.36 pct | Nb | 20.0 |
| Fe | 6.22 pct | Li | 18.0 |
| Ca | 4.66 pct | Pb | 13.0 |
| Mg | 2.764 pct | Th | 8.10 |
| Na | 2.27 pct | Sm | 7.02 |
| K | 1.84 pct | Dy | 5.00 |
| Ti | 0.632 pct | Yb | 3.10 |
| Mn | 1,060 | Hf | 2.80 |
| Ba | 390 | Cs | 2.60 |
| Sr | 384 | U | 2.30 |
| Zr | 162 | Eu | 2.14 |
| V | 136 | Sn | 2.10 |
| Cl | 126 | Be | 2.00 |
| Cr | 122 | As | 1.80 |
| Rb | 78.0 | Mo | 1.20 |
| Zn | 76.0 | W | 1.20 |
| Ni[1] | 75.0 | Lu | 0.54 |
| Ce | 66.4 | Sb | 0.20 |
| Cu[2] | 40.0 | Bi[1] | 0.17 |
| La | 34.6 | Cd | 0.16 |
| Co | 29.0 | Ag | 0.080 |
| Sc | 25.0 | Au | 0.0040 |

[1]Bismuth and nickel values from Taylor (1964). Fortescue (1992) lists values of 0.0082 ppm Bi and 99 ppm Ni.
[2]Copper value from Smith (1994). Fortescue (1992) lists a value of 68 ppm Cu.



### EXPLANATION

| SDU | Concentration Range |
|-----|---------------------|
| -0.5 | < 12 ppm Cu |
| 0 | 12–73 ppm Cu |
| 0.5 | 73–134 ppm Cu |
| 1.0 | 134–196 ppm Cu |
| 1.5 | 196–257 ppm Cu |
| 2.0 | 257–318 ppm Cu |
| 2.5 | 318–379 ppm Cu |
| 3.0 | 379–441 ppm Cu |
| 3.5 | 441–502 ppm Cu |
| 4.0 | > 502 ppm Cu |

Mean = 42 ppm Cu
Standard Deviation = 122.5

**Figure C3 (left and following page).** Distribution of copper in sediment samples collected in GMUG greater study area. One Standard Deviation Unit (1.0 SDU) is element concentration range that is approximately one standard deviation above mean concentration range (0 SDU).



EXPLANATION

Approximate outline of national forests in GMUG study area

0    70 KILOMETERS

0    40 MILES

Regional Sediment and Rock Geochemistry

47

BLM_0104387



**Figure C4 (above and following page).** Distribution of copper in rock samples collected in GMUG greater study area. A Clarke Index Value is an estimated crustal abundance concentration for the element and is used as median of background range of concentrations. Clark units are multiples of background range.

BLM_0104388

## EXPLANATION

| | Clarke | Concentration Range |
|---|---|---|
| · | - | Not analyzed |
| ⋆ | - | Not detected (mult. limits) |
| · | < 2 | < 60 ppm Cu |
| • | 2 – 3 | 60–140 ppm Cu |
| • | 4 – 10 | 140-420 ppm Cu |
| ● | 11 – 20 | 420-820 ppm Cu |
| ● | > 20 | > 820 ppm Cu |

Clarke Index Value = 40 ppm Cu

## Summary

The available digital geochemistry data from stream-sediment and rock samples collected within the GMUG greater study area were compiled, modeled, and interpreted. These results were then extensively used in the assessments of various mineral resource deposit types.

## References Cited

Adrian, B.M., Arbogast, B.F., and Zimbelman, D.R., 1984, Analytical results and sample locality map of stream-sediment, heavy-mineral concentrate, and rock samples from the Sangre de Cristo Wilderness Study Area, Saguache, Alamosa, Fremont, Custer, and Huerfano Counties, Colorado: U.S. Geological Survey Open-File Report 84-398, 115 p.

Adrian, B.M., Clark, J.R., Arbogast, B.F., and Gruzensky, A.L., 1984, Analytical results and sample locality map of stream-sediment, panned-concentrate, and rock samples from the Fossil Ridge Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Open-File Report 84-419, 29 p.

Barton, H.N., Fey, D.L., Motooka, J.M., and Hopkins, R.T., 1992, Analytical results and sample locality maps of stream-sediment and heavy-mineral-concentrate samples from the San Juan National Forest, Archuleta, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Rio Grande, San Juan, and San Miguel Counties, Colorado: U.S. Geological Survey Open-File Report 92-709–A and B, 44 p., 1 diskette.

Birmingham, S.D., and Van Loenen, R.E., 1983, Geochemical data from the West Needle and West Needle Contiguous Wilderness Study Areas, San Juan and La Plata Counties, Colorado: U.S. Geological Survey Open-File Report 83-814, 11 p.

Bolivar, S.L., Broxton, D.E., and Olsen, C.E., 1978, Uranium hydrogeochemical and stream sediment reconnaissance of the Denver and Greeley NTMS quadrangles, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7177-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-60(78), 138 p.

Briggs, P.H., 1996, Forty elements by inductively coupled plasma–atomic emission spectrometry, in Arbogast, B.F., ed., Analytical methods manual for the Mineral Resource Surveys Program, U.S. Geological Survey: U.S. Geological Survey Open-File Report 96-525, p. 77–94.

Brock, M.R., Neuerberg, G.J., and Botinelly, Theodore, 1985, Geochemical evaluation of mineral resources in the Chama–Southern San Juan Mountains Wilderness Study Area, Colorado, in Mineral resources of the Chama–Southern San Juan Mountains Wilderness Study Area, Mineral, Rio Grande, Archuleta, and Conejos Counties, Colorado: U.S. Geological Survey Bulletin 1524, p. 47–78.

Bromfield, C.S., Williams, F.E., and Popenoe, Peter, 1972, Mineral resources of the Wilson Mountains Primitive Area, Colorado: U.S. Geological Survey Bulletin 1353–A, p. A1–A79.

Broxton, D.E., Morris, W.A., and Bolivar, S.L., 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Montrose NTMS quadrangle, Colorado, including concentrations of forty-three additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7507-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-125(79), 255 p.

Bullock, J.H., Jr., Barton, H.N., Briggs, P.H., and Roemer, T.A., 1989, Analytical results and sample locality map of stream-sediment, heavy-mineral-concentrate, and rock samples from the Gunnison Gorge Wilderness Study Area (CO-030-388), Delta and Montrose Counties, Colorado: U.S. Geological Survey Open-File Report 89-439, 11 p.

Bullock, J.H., Jr., Barton, H.N., Fey, D.L., Vaughn, R.B., and Roushey, B.H., 1990, Analytical results and sample locality maps of stream-sediment, heavy-mineral-concentrate, and rock samples from the Tabeguache Creek Wilderness Study Area (CO-030-300), Montrose County, Colorado: U.S. Geological Survey Open-File Report 90-428, 19 p.

Bullock, J.H., Jr., Barton, H.N., Kennedy, K.R., Vaughn, R.B., and Briggs, P.H., 1989, Analytical results and sample locality maps of stream-sediment and heavy-mineral-concentrate from Dolores River Canyon Wilderness Study Area (CO-030-290), Montrose and San Miguel Counties, Colorado: U.S. Geological Survey Open-File Report 89-187, 13 p.

Bullock, J.H., Jr., Barton, H.N., Kennedy, K.R., Vaughn, R.B., and Fey, D.L., 1989, Analytical results and sample locality maps of stream-sediment and heavy-mineral-concentrate samples from Westwater Canyon (UT-060-118) and Black Ridge Canyons West (CO-070-113A, UT-060-116/117) Wilderness Study Areas, Grand County, Utah and Mesa County, Colorado: U.S. Geological Survey Open-File Report 89-217, 19 p.

Butler, D.L., Krueger, R.P., Osmundson, B.C., and Jensen, E.G., 1995, Reconnaissance investigation of water quality, bottom sediment, and biota associated with irrigation drainage in the Dolores project area, southwestern Colorado and southeastern Utah, 1990–91: U.S. Geological Survey Water-Resources Investigations Report 94-4041, 126 p.

Butler, D.L., Wright, W.G., Hahn, D.A., Krueger, R.P., and Osmundson, B.C., 1994, Physical, chemical, and biological data for detailed study of irrigation drainage in the Uncompahgre project area and in the Grand Valley, west-central Colorado, 1991–92: U.S. Geological Survey Water-Resources Investigations Report 94-0110, 146 p.

Butler, D.L., Wright, W.G., Stewart, K.C., Osmundson, B.C., Krueger, R.P., and Crabtree, D.W., 1996, Detailed study of selenium and other constituents in water, bottom sediment, soil, alfalfa, and biota associated with irrigation drainage in the Uncompahgre project area and in the Grand Valley, west-central Colorado, 1991–93: U.S. Geological Survey Water-Resources Investigations Report 96-4138, 136 p.

Campbell, J.A., Franczyk, K.J., Lupe, R.D., and Peterson, Fred, 1982a, Cortez quadrangle, Colorado and Utah: Report of U.S. Geological Survey prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-051(82), 65 p.

Campbell, J.A., Franczyk, K.J., Lupe, R.D., and Peterson, Fred, 1982b, Moab quadrangle, Colorado and Utah: Report of U.S. Geological Survey prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-056(82), 68 p.

Church, S.E., 1993, Geochemical and lead-isotope data from stream and lake sediments, and cores from the upper Arkansas River drainage; Effects of mining at Leadville, Colorado, on heavy-metal concentrations in the Arkansas River, *with contributions from* C.W. Holmes, P.H. Briggs, R.B. Vaughn, J.D. Cathcart, and Margaret Marot: U.S. Geological Survey Open-File Report 93-534, 61 p.

Church, S.E., Wilson, S.A., Vaughn, R.B., and Fey, D.L., 1994, Stream-sediment studies in the Arkansas River drainage basin, from Twin Lakes to Pueblo Reservoir, Colorado: U.S. Geological Survey Open-File Report 94-412, 40 p.

Clark, J.R., and Adrian, B.M., 1984, Geochemical map and interpretations for the Fossil Ridge Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Open-File Report 84-399, 17 p.

Collins, D.B., Graham, D.C., and Hornbaker, A.L., 1982, Leadville quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-027(82), 81 p.

Crock, J.G., Lichte, F.E., and Briggs, P.H., 1983, Determination of elements in National Bureau of Standards geological reference materials SRM 278 obsidian and SRM 688 basalt by inductively coupled argon plasma–atomic emission spectroscopy: Geostandards Newsletter, v. 7, no. 2, p. 335–340.

Crock, J.G., Stewart, K.C., and Severson, R.C., 1994, Listing of geochemical data and assessment of variability for soils and alfalfa of the Uncompahgre project area, Colorado: U.S. Geological Survey Open-File Report 94-580, 83 p.

Dawson, H.E., and Weaver, T.A., 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Durango NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7346-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-10(79), 111 p.

Dickinson, K.A., Hills, F.A., Boudette, E.L., Campbell, A.M., Dubiel, R.F., Dula, W.F., Felmlee, J.K., Ford, S.H., Granger, H.C., Hon, K., McCardle, L., McDonnell, J.R., Mudgett, P.B., Nash, J.T., Otton, J.K., Parker, J.M., Priestly, R.D., and Robinson, K., 1982, Pueblo quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-075(82), 109 p.

Domenico, J.A., Day, G.W., and Nowlan, G.A., 1984, Analytical results and sample locality map of stream-sediment and panned-concentrate samples from the Buffalo Peaks Wilderness Study Area, Lake, Park, and Chaffee Counties, Colorado: U.S. Geological Survey Open-File Report 84-342, 20 p.

Fischer, R.P., Luedke, R.G., Sheridan, M.J., and Raabe, R.G., 1968, Mineral resources of the Uncompahgre Primitive Area, Colorado: U.S. Geological Survey Bulletin 1261–C, p. C1–C91.

Fortescue, J.A.C., 1992, Landscape geochemistry; Retrospect and prospect—1990: Applied Geochemistry, v. 7, no. 1, p. 1–53.

Fridrich, C.J., DeWitt, Ed, Bryant, Bruce, Richard, S.M., and Smith, R.P., 1998, Geologic map of the Collegiate Peaks Wilderness Area and the Grizzly Peak caldera, Sawatch Range, central Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-2565, scale 1:50,000, 29 p.

Gaccetta, J.D., Detra, D.E., Fey, D.L., and Vaughn, R.B., 1990, Analytical results and sample locality map of stream-sediment, heavy-mineral-concentrate, and rock samples from the Coal Canyon (UT-060-100C), Spruce Canyon (UT-060-100D), and Flume Canyon (UT-060-100B) Wilderness Study Areas, Grand County, Utah: U.S. Geological Survey Open-File Report 90-30, 42 p.

Gaskill, D.L., Rosenbaum, J.G., King, H.D., Meeves, H.C., and Bieniewski, K.L., 1977, Mineral resources of the West Elk Wilderness and vicinity, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Open-File Report 77-751, 111 p.

Goff, S.J., Warren, R.G., George, W.E., Duchane, D.V., Minor, M.M., Simi, O.R., Martell, C.J., Hensley, W.K., and Pirtle, D.J., 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Moab NTMS quadrangle, Utah/Colorado, including concentrations of forty-three additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7509-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-146(79), 201 p.

Golightly, D.W., Dorrzapf, A.F., Jr., Mays, R.E., Fries, T.L., and Conklin, N.M., 1987, Analysis of geologic materials by direct-current arc emission spectrography and spectrometry, Chapter A in Baedecker, P.A., ed., Methods for geochemical analysis: U.S. Geological Survey Bulletin 1770, p. A1–A13.

Goodknight, C.S., and Ludlam, J.R., 1981, Montrose quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJQ-010(81), 91 p.

Grimes, D.J., and Marranzino, A.P., 1968, Direct-current arc and alternating-current spark emission spectrographic field methods for the semiquantitative spectrographic analysis of geologic materials: U.S. Geological Survey Circular 591, 6 p.

Hoffman, J.D., and Marsh, S.P., 1994, National Geochemical Data Base, in Carter, L.M.H., Toth, M.I., and Day, W.C., eds., USGS research on mineral resources—1994—Part A, Programs and Abstracts; Ninth V.E. McKelvey Forum on Mineral and Energy Resources: U.S. Geological Survey Circular 1103–A, p. 47–48.

Hovorka, D.S., Patterson, C.G., and Toth, M.I., 1983, Geology and mineral resource potential of the Palisade Wilderness Study Area, Mesa County, Colorado (GEM Phase 2): U.S. Geological Survey Open-File Report 83-795, 29 p.

Langfeldt, S.L., Youngquist, C.A., D'Andrea, R.F., Jr., Zinkl, R.J., Shettel, D.L., Jr., Minor, M.M., McInteer, C., Hansel, J.N., and Broxton, D.E., 1981, Uranium hydrogeochemical and stream sediment reconnaissance of the Grand Junction NTMS quadrangle, Colorado/Utah: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-264(81), 142 p.

Leibold, A.M., Detra, D.E., and Motooka, J.M., 1987, Geochemical evaluation of the mineral resources of the Browns Canyon area, Chaffee County, Colorado: U.S. Geological Survey Open-File Report 87-508, 99 p.

Lichte, F.E., Golightly, D.W., and Lamothe, P.J., 1987, Inductively coupled plasma–atomic emission spectrometry, Chapter B in Baedecker, P.A., ed., Methods for geochemical analysis: U.S. Geological Survey Bulletin 1770, p. B1–B10.

Ludington, Steve, and Ellis, C.E., 1983, Map showing geology and mineral resource potential of the Oh-Be-Joyful Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1582–A, scale 1:24,000.

Ludington, Steve, and Yeoman, R.A., 1980, Geochemical map of the Hunter–Fryingpan Wilderness Area and Porphyry Mountain Wilderness Study Area, Pitkin County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF–1236–B, scale 1:50,000.

Maassen, L.W., Sandoval, W.F., Muller, M., Gallimore, D.L., Martell, C.J., Hensley, W.K., and Thomas, G.J., 1981, Detailed uranium hydrogeochemical and stream sediment reconnaissance data release for the eastern portion of the Montrose NTMS quadrangle, Colorado, including concentrations of forty-five additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-8482-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-105(81), 208 p.

Maxwell, J.C., 1977, Uranium hydrogeochemical and stream sediment reconnaissance in the San Juan Mountains, southwestern Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-6651-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-22(77), 104 p.

McHugh, J.B., Nishi, J.M., King, H.D., and Freeman, V.L., 1987, Analytical results and sample locality maps of stream-sediment and heavy-mineral-concentrate from Maroon Bells-Snowmass Wilderness, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Open-File Report 87-164, 108 p.

McKown, D.M., and Millard, H.T., Jr., 1987, Determination of uranium and thorium by delayed neutron counting, Chapter I in Baedecker, P.A., ed., Methods for geochemical analysis: U.S. Geological Survey Bulletin 1770, p. I1–I12.

BLM_0104391

Morris, W.A., LaDelfe, C.M., and Weaver, T.A., 1978, Uranium hydrogeochemical and stream sediment reconnaissance of the Trinidad NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7345-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-139(78), 79 p.

Mosier, E.L., Ludington, Steve, and Yeoman, R.A., 1980, Analyses of rocks and stream sediments from the Hunter-Fryingpan Wilderness Area and the Porphyry Mountain Wilderness Study Area, Pitkin County, Colorado: U.S. Geological Survey Open-File Report 80-880, 116 p.

Nowlan, G.A., and Gerstel, W.J., 1985, Stream-sediment and panned-concentrate geochemical maps of the Buffalo Peaks Wilderness Study Area, Lake, Park, and Chaffee Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF–1628–B, scales 1:50,000 and 1:100,000.

Planner, H.N., Apel, C.T., Fuka, M.A., George, W.E., Hansel, J.M., Hensley, W.K., and Pirtle, June, 1980, Uranium hydrogeochemical and stream sediment reconnaissance data release for the Leadville NTMS quadrangle, Colorado, including concentrations of forty-two additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-8013-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-13(81), 185 p.

Sanford, R.F., Grauch, R.I., Hon, Ken, Bove, D.J., Grauch, V.J.S., and Korzeb, S.L., 1987, Mineral resources of the Redcloud Peak and Handies Peak Wilderness Study Area, Hinsdale County, Colorado: U.S. Geological Survey Bulletin 1715–B, p. B1–B35.

Shannon, S.S., Jr., 1978, Uranium hydrogeochemical and stream sediment reconnaissance of the Pueblo NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7346-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-135(78), 77 p.

Shannon, S.S., Jr., 1979a, Detailed uranium hydrogeochemical and stream sediment reconnaissance of the Tallahassee Creek, Badger Creek, Castle Rock Gulch, and Buffalo Gulch areas in the northwestern part of the Pueblo NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7593-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-42(79), 109 p.

Shannon, S.S., Jr., 1979b, Uranium hydrogeochemical and stream sediment reconnaissance of the Pueblo NTMS quadrangle, Colorado, including concentrations of forty-three additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7341-MS Supplement, U.S. Department of Energy, Grand Junction, Colo., GJBX-14(79), 141 p.

Shannon, S.S., Jr., 1980a, Uranium hydrogeochemical and stream sediment reconnaissance of the Durango NTMS quadrangle, Colorado, including concentrations of forty-two additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7346-MS Supplement, U.S. Department of Energy, Grand Junction, Colo., GJBX(80), 147 p.

Shannon, S.S., Jr., 1980b, Uranium hydrogeochemical and stream sediment reconnaissance of the Trinidad NTMS quadrangle, Colorado, including concentrations of forty-two additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7345-MS Supplement, U.S. Department of Energy, Grand Junction, Colo., GJBX-138(80), 121 p.

Sharp, R.R., Jr., and Aamodt, P.L., 1978, Field procedures for the uranium hydrogeochemical and stream sediment reconnaissance as used by the Los Alamos Scientific Laboratory: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Manual LA-7054-M, U.S. Department of Energy, Grand Junction, Colo., GJBX-68(78), 64 p.

Sharp, W.N., and Lane, M.E., 1983, Geochemical map of the Powderhorn Wilderness Study Area and Cannibal Plateau Roadless Area, Gunnison and Hinsdale Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF–1483–C, scale 1:50,000.

Shettel, D.L., Jr., Langfeldt, S.L., Youngquist, C.A., D'Andrea, R.F., Jr., Zinkl, R.J., Garcia, S.R., Hanks, D., George, W.E., and Bolivar, S.L., 1981, Uranium hydrogeochemical and stream sediment reconnaissance data release for the Denver NTMS quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-263(81), 153 p.

Smith, S.M., 1994, Geochemical maps of copper, lead, and zinc, upper Arkansas River drainage basin, Colorado: U.S. Geological Survey Open-File Report 94-408, 15 p.

Smith, S.M., 2000, National Geochemical Database; Reformatted data from the National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) Program, Version 1.20: U.S. Geological Survey Open-File Report 97-492, URL: http://pubs.usgs.gov/of/1997/ofr-97-0492/, [unpaginated].

Soulliere, S.J., Arnold, M.A., Kluender, S.E., and Zelten, J.E., 1986, Mineral resources of the Eagle Mountain Wilderness Study Area, Pitkin County, Colorado: U.S. Geological Survey Bulletin 1717–B, p. B1–B9.

Soulliere, S.J., Leibold, A.M., and Patterson, C.G., 1983, Geology and mineral resource potential of the Sewemup Mesa Wilderness Study Area, Mesa and Montrose Counties, Colorado (GEM phase 2): U.S. Geological Survey Open-File Report 83-796, 31 p.

BLM_0104392

Steven, T.A., and Bieniewski, C.L., 1977, Mineral resources of the La Garita Wilderness, San Juan Mountains, southwestern Colorado, *with a section on* Geophysical interpretation by G.P. Eaton: U.S. Geological Survey Bulletin 1420, 65 p.

Steven, T.A., Lipman, P.W., Fisher, F.S., Bieniewski, C.L., and Meeves, H.C., 1973, Mineral resources of study areas contiguous to the Uncompahgre Primitive Areas, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Open-File Report 73-271, 205 p.

Steven, T.A., Lipman, P.W., Fisher, F.S., Bieniewski, C.L., and Meeves, H.C., 1977, Mineral resources of study areas contiguous to the Uncompahgre Primitive Area, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Bulletin 1391–E, p. E1–E126.

Steven, T.A., Schmitt, L.J., Jr., Sheridan, M.J., and Williams, F.E., 1969, Mineral resources of the San Juan Primitive Area, Colorado, *with a section on* Iron resources in the Irving Formation by J.E. Bair and Harry Klemic: U.S. Geological Survey Bulletin 1261-F, p. F1–F187.

Taylor, S.R., 1964, The abundance of chemical elements in the continental crust—A new table: Geochimica et Cosmochimica Acta, v. 28, no. 8, p. 1273–1285.

Theis, N.J., Madson, M.E., Rosenlund, G.C., Reinhart, W.R., and Gardner, H.A., 1981, Durango quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJQ-011(81), 48 p.

Toth, M.I., Davis, L.L., Patterson, C.G., and Seeley, J.L., 1983, Geology and mineral resource potential of the Dominguez Canyon Wilderness Study Area, Delta, Mesa, and Montrose Counties, Colorado (GEM phase 2): U.S. Geological Survey Open-File Report 83-797, 35 p.

Toth, M.I., Patterson, C.G., Kulik, D.M., and Schreiner, R.A., 1987, Mineral resources of the Dominguez Canyon Wilderness Study Area, Delta, Mesa, and Montrose Counties, Colorado: U.S. Geological Survey Bulletin 1736–A, p. A1–A10.

Toth, M.I., Stoneman, R.J., Patterson, C.G., and Jackson, L.L., 1983, Geology and mineral resource potential of the Black Ridge Canyon Wilderness Study Area, Mesa County, Colorado (GEM Phase 2): U.S. Geological Survey Open-File Report 83-794, 36 p.

Van Loenen, R.E., 1985, Geologic and geochemical maps of the West Needle Wilderness Study Area, San Juan and La Plata Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF–1632–B, scale 1:50,000.

Van Loenen, R.E., Lee, G.K., Campbell, D.L., and Thompson, J.R., 1989, Mineral resource appraisal of the Mount Massive Wilderness Area, Lake County, Colorado: U.S. Geological Survey Bulletin 1636, 18 p.

Vine, J.D., and Tourtelot, E.B., 1973, Geochemistry of lower Eocene sandstones in the Rocky Mountain region: U.S. Geological Survey Professional Paper 789, 36 p.

Vine, J.D., Tourtelot, E.B., and Keith, J.R., 1969, Element distribution in some trough and platform types of black shale and associated rocks: U.S. Geological Survey Bulletin 1214–H, p. H1–H38.

Wallace, A.R., Lee, G.K., Campbell, D.L., Lundby, William, and Brown, S.D., 1989, Mineral resources of the Holy Cross Wilderness Study Area, Pitkin and Lake Counties, Colorado: U.S. Geological Survey Bulletin 1879, 22 p.

Warren, R.G., Gallimore, D.L., Martell, C.J., Sandoval, W.F., Garcia, S.R., Minor, M.M., and McInteer, Carlotta, 1981, Data release for intermediate-density hydrogeochemical and stream sediment sampling in the Vallecito Creek Special Study Area, Colorado, including concentrations of uranium and forty-six additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-8483-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-217(81), 101 p.

Warren, R.G., George, W.E., Apel, C.T., Minor, M.M., Steinhaus, D.W., Martell, C.J., Stein, S.L., and Cheadle, J., III, 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Cortez NTMS quadrangle, Colorado/Utah, including concentrations of forty-three additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7505-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-77(79), 198 p.

Weiland, E.F., Johnson, S.A., and Grauch, R.I., 1980, Stream-sediment geochemical survey of the Bureau of Land Management's American Flats–Silverton Planning Unit in southwest (Lake City area) Colorado: U.S. Geological Survey Open-File Report 80-541, 111 p.

Zimbelman, D.R., 1989, Maps showing trace-element geochemistry of the Sangre de Cristo Wilderness Study Area, south-central Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1635-C, scale 1:125,000.

BLM_0104393

# Geophysical Studies

By Viki Bankey, Robert P. Kucks, and Kim Oshetski

**Chapter D of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–D

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104394

# Contents

Abstract ............................................................................................................................................... 56
Gravity Data ...................................................................................................................................... 56
    Gravity Map Preparation ......................................................................................................... 56
    Gravity Map Interpretation ..................................................................................................... 56
Magnetic Data .................................................................................................................................. 59
    Magnetic Map Preparation ..................................................................................................... 59
    Aeromagnetic Map Interpretation ......................................................................................... 59
Aeroradiometric Data ...................................................................................................................... 61
    Aeroradiometric Map Preparation ......................................................................................... 61
    Aeroradiometric Map Interpretation ...................................................................................... 61
References Cited ............................................................................................................................... 65

# Figures

D1–D4. Maps showing:
    D1.  Isostatic gravity values of GMUG greater study area .................................................. 57
    D2.  Aeromagnetic anomaly values of GMUG greater study area ...................................... 60
    D3.  Outline of Tertiary plutons inferred from aeromagnetic data ...................................... 62
    D4.  Uranium values of GMUG greater study area ............................................................... 63

# Table

D1.  Summary of stratigraphic units containing anomalous uranium as described in NURE
    reports ............................................................................................................................................. 64

BLM_0104395

# Geophysical Studies

By Viki Bankey, Robert P. Kucks, and Kim Oshetski

## Abstract

Three sets of geophysical data, comprising gravity, aeromagnetic, and radiometric maps, were compiled from previous studies and interpreted for the GMUG greater study area.

## Gravity Data

### Gravity Map Preparation

The isostatic gravity anomaly map (fig. D1) for this report was produced using edited gravity data from stations collected during the past several decades; the data were extracted for this study from the Defense Mapping Agency gravity database, available from the National Geophysical Data Center, Boulder, Colo. Gravity measurements were obtained at single stations, and contoured values were mathematically interpolated between stations. These data were projected using a Lambert conformal conic projection having a central meridian of longitude 108° W. and a base latitude of 0°. They were gridded at a spacing of 2 km using the minimum curvature algorithm in the MINC computer program by Webring (1981).

Large, broad gravity anomalies caused by regional geologic features can often hide small anomalies that may be geologically significant for mineral assessments. To focus this study on shallower, more local anomalies, an isostatic gravity correction was applied to the Bouguer gravity data. This correction was made by removing from the Bouguer gravity field a model of the gravity expression caused by deficiencies in mass (compensating mass) that support topographic loads. The calculation of the isostatic model used averaged digital topography, a crustal thickness of 30 km, a crustal density of 2.67 $g/cm^3$, and a density contrast between the crust and upper mantle of 0.35 $g/cm^3$. The resulting isostatic gravity anomaly map (fig. D1) emphasizes anomalies produced by shallow sources and suppresses longer wavelength anomalies that are related to deep sources caused by isostatic compensation of mountain roots.

## Gravity Map Interpretation

Gravity anomalies occur from the juxtaposition of rocks that have measurable density contrasts caused by structural or geologic features such as faults, folds, downwarps, intrusions, basin fill, lithologic contacts, or facies changes. The number and quality of gravity stations limit the accuracy of anomaly definition, especially in mountainous terrain where station spacing is often sparse. As a result, gravity stations may be too widely spaced to define or locate small mineral deposits, especially if density variations caused by a hydrothermal system are not large and the geologic setting is complex. However, on a regional scale, gravity mapping is a useful tool for locating structural breaks, folds, or zones of weakness, and for delineating intrusions. Because many of the regional structures in this area were initiated in Precambrian or Paleozoic times and later reactivated during the Laramide orogeny, gravity mapping can help delineate areas of long-standing crustal weaknesses that may have played a role in mineral formation.

Regional northeast-trending magnetic and gravity highs, lows, and gradients occur within and beyond the greater study area. The northeast-trending grain in a regional aeromagnetic map of Colorado has been interpreted as part of a Proterozoic zone or belt of en echelon shears 200 mi[1] wide that extends from the Grand Canyon to south of the Black Hills (Zietz and others, 1969). Northeast-trending shear zones and faults were recognized by Lovering (1935) and Tweto and Sims (1963) as influencing the location of Laramide intrusives and related ore deposits in the Colorado Mineral Belt.

Warner (1978, 1980) proposed a Middle Proterozoic wrench fault system of the San Andreas type that encompasses a zone about 100 mi wide that covers the entire forest study area. Warner postulated that this zone, which he named the Colorado lineament, can be traced from the Grand Canyon to Lake Superior and probably ceased as an active wrench-fault system about 1,700 m.y. ago. Regardless of their origin—tilted bedding planes, shear zones, or wrench-fault systems—these northeast-trending anomalous areas are of interest in mineral formation because they are probably zones of crustal weakness that may have provided conduits for later intrusions and possible mineralizing fluids.

---

[1]Measurement units are given in the system in which originally reported. To convert miles to kilometers, multiply by 1.61. To convert feet to meters, multiply by 0.3048.



**Figure D1.** Isostatic gravity anomaly map of GMUG greater study area. Warm colors, high gravity values; cool colors, low gravity values.

Density values for rocks in the greater study area were compiled from reports covering this and adjacent areas, including Wallace and others (1988), Case and others (1992), and Toth and others (1993). The latter report summarizes eight sets of physical properties in the vicinity. For purposes of interpreting isostatic gravity anomalies in the greater study area, the following generalizations are made from the physical property data:

Proterozoic basement rocks in this area are heterogeneous in composition and in their physical properties. Proterozoic metamorphic and mafic igneous rocks, especially the amphibolites and gneisses, are the densest rocks in the area, varying from 2.70 to 2.89 g/cm[3]. Proterozoic granitic and felsic rocks vary from average density (near 2.67 g/cm[3]) to slightly less dense (2.64 g/cm[3]) than average. Proterozoic rocks as a group are denser than Tertiary intrusive or volcanic rocks, but their densities may fall within the range of values that also characterize some sedimentary rocks.

Paleozoic sedimentary rocks vary in density: porous sandstones and siltstones have lower densities than average (2.40–2.60 g/cm[3]); limestones and dolomites have high densities (as much as 2.85 g/cm[3]). Many Mesozoic and Tertiary sedimentary rocks are commonly slightly less dense (2.30–2.50 g/cm[3]) than Paleozoic sedimentary rocks.

The southernmost part of the study area lies on the north edge of an extensive 30–50 mGal (milligal) gravity low, called the Colorado Mineral Belt gravity low (Case, 1965), that trends southwest from the Front Range to the San Juan Mountains and cuts across many Laramide features. See the gravity map of Colorado (Abrams and Knepper, 1994) for a clear view of this gravity low. The Colorado Mineral Belt gravity low is attributed to a low-density, silicic, batholithic mass of Late Cretaceous to Tertiary age that is postulated to underlie a large part of the belt (Crawford, 1924; Case, 1967). An intracrustal origin for the gravity low, having an apex within a few thousand feet of the surface, a depth extending 40,000 ft below sea level, and a width averaging 15–20 mi, can be demonstrated by gravity models (Case, 1965; Tweto and Case, 1972; Isaacson and Smithson, 1976).

Figure D1 shows gravity highs in warm colors (yellows, oranges, and reds), and low values in blues, magentas, and purples. Regionally, gravity lows are associated with the high mountain areas of the West Elk Mountains, Elk Mountains, and the Sawatch Range in the northeast and the San Juan Mountains in the south. Gravity highs trend northwest-southeast across valleys in the area of figure D1 and are truncated by faults in many places. Although this pattern is unlike the more common pattern of gravity highs over mountains (cored by Proterozoic rocks) and gravity lows caused by low-density valley fill that are found elsewhere in Colorado (Abrams and Knepper, 1994), it is predictable from the density contrasts of the rocks in this area.

The low gravity values in the San Juan volcanic field are caused by thick, low-density pyroclastic rocks probably underlain by a large, concealed batholith genetically related to caldera formation (Plouff and Pakiser, 1972). Deep lows

correspond to areas of mapped calderas such as the Lake City, San Luis, La Garita, and Cochetopa Park calderas. Additional geophysical interpretations of the area south of that of figure D1 (the San Juan National Forest) are given in McCafferty and others (1997).

The southwestern part of figure D1's area is characterized by narrow, linear gravity lows that mark salt-cored (very low density) anticlines in the Paradox Basin. These gravity anomalies are distinctive indicators for these features. Anticlinal axes were inferred from these gravity lows and were added to mapped anticlinal axes to use as a criterion in the assessment of sediment-hosted copper.

A northwest-southeast-trending gravity gradient correlates with the inferred southwestern boundary of the late Paleozoic ancestral Uncompahgre uplift (Hansen, 1965) and primarily reflects the 16,000–20,000 ft basement structural relief between the Paradox Basin and the crest of the uplift. This gravity gradient is not spatially associated with the topographic edge of the present-day Uncompahgre Plateau, although it correlates spatially with the Ridgeway fault. Case and Joesting (1972) have modeled geophysical anomalies across this boundary and interpreted the offset between the topographic edge of the Uncompahgre Plateau and the gravity gradient to be the result of a change in density within the heterogeneous Precambrian basement. They showed that low-density quartz monzonite and granite predominate in the southwest, whereas higher density biotite gneiss, gneissic granodiorite, and amphibolite form the core of the Uncompahgre uplift to the northeast and are shallowly covered in Grand Valley between Grand Junction and Montrose. The gravity gradient is also steepened by the wedging-out of about 4,000 ft thickness of low-density evaporites against the southwestern margin of the uplift. Case and others (1992) interpreted that the maximum gravity values indicated just west of Grand Junction mark the crest of the ancestral uplift.

A gravity gradient follows the Precambrian Cimarron and Red Rocks faults east of Montrose. Gravity values from northeast of this fault to Gunnison are high, caused by shallowly buried or exposed, high-density Proterozoic basement rocks (mafic or biotite gneisses and granites) of the Gunnison uplift (Tweto, 1980). Gravity values decrease to the north in the West Elk volcanic field, where quartz monzonite laccoliths intrude sedimentary rocks, and low-density ash-flow tuffs and volcanic gravels predominate. Gravity values become even lower to the northeast, in the topographically high Elk Mountains and Sawatch Range. These gravity lows are the combined result of the postulated batholith associated with the Colorado Mineral Belt and shallower low-density Tertiary intrusive rocks, some of which are exposed in places of deepest gravity lows.

Gravity values are moderately low in the Piceance basin and Grand Mesa areas where sedimentary rocks, some of which contain low-density evaporitic rocks, predominate.

The gravity gradient between low-density rocks of western Grand Mesa and high-density Proterozoic rocks of the Uncompahgre uplift in the valley to the west follows

topography. This suggests a structural weakness that affected both features.

# Magnetic Data

## Magnetic Map Preparation

The aeromagnetic data (fig. D2) are a subset of the aeromagnetic compilation for the State of Colorado. The survey specifications, data quality, and processing methods are described by Oshetski and Kucks (2000). The individual grids were continued to 305 m (meters) above ground and merged into a single total field grid with a 1,000 m grid interval.

All magnetic bodies act as secondary magnets in the Earth's magnetic field and may produce positive and negative anomaly pairs (dipole anomalies). In Colorado, polarity effects typically show up as local lows along the north side of a magnetic high. In some areas, the polarity lows are too diffuse to be seen or are obscured by the fields of other nearby magnetic bodies. Polarity lows may complicate the interpretation of primary magnetic anomalies. To reduce the effects of polarity lows, the total field grid was reduced to the pole. The goal of reduction to the pole is to produce a magnetic map as though the area had been surveyed at the Earth's magnetic north pole in order to position the anomalies closer to their sources.

## Aeromagnetic Map Interpretation

Aeromagnetic anomalies are caused by rocks that contain significant amounts of magnetic minerals (magnetite being the most common); these anomalies reflect variations in the amount and type of magnetic material and the shape and depth of the body of rock. In general, igneous rocks and some metamorphic rocks contain enough magnetic minerals to generate magnetic anomalies, whereas sedimentary and metasedimentary rocks are commonly weakly magnetic. Aeromagnetic anomaly maps are important tools in mapping surficial and buried igneous rocks. The features and patterns of aeromagnetic anomalies can also be used to delineate details of subsurface geology, including the locations of buried faults and the thickness of surficial sedimentary rocks.

A complicating factor in magnetic anomaly interpretation is the remanent magnetization direction of the rock, which may differ from the present-day magnetic field direction. If the remanent magnetization is sufficiently strong and in a different direction, the anomaly will be changed in amplitude, or shifted away from the source, or both. High-amplitude magnetic lows may indicate igneous rocks that acquired their magnetic properties during a period of magnetic field reversal; such magnetic lows are associated with some outcrops of Tertiary basaltic rocks in the San Juan volcanic field, near

Telluride, Lake City, Ouray, and Silverton (south-central part of area of fig. D2).

Aeromagnetic anomaly maps have some limitations in their use to locate mineral deposits. Mineral deposits without associated magnetite or pyrrhotite are not expected to create magnetic highs. Some shallow deposits associated with magnetic intrusions may be severed from that source by subsequent faulting. Other deposits may have lost their early-stage magnetite during subsequent hydrothermal alteration. Tertiary stocks that intrude magnetic Proterozoic crystalline rocks could create small magnetic lows or highs over the stocks or show no anomalies at all, depending on the relative magnetizations of both stock and surrounding rocks.

Proterozoic rocks in this area have a wide range of measured magnetic susceptibilities: the Proterozoic granitoid and gabbroic rocks are generally the most magnetic (Moss and Abrams, 1985). Proterozoic metamorphic rocks are generally moderately magnetic, although Proterozoic metasedimentary rocks may be relatively nonmagnetic (Daniels, 1987).

Heterogeneous magnetite content in Proterozoic rocks causes many of the magnetic anomalies illustrated in figure D2, especially in the western part of the area, as noted by Case and Joesting (1972). For example, a linear string of positive magnetic anomalies correlates with exposed Precambrian granitic rocks along the southwestern margin of the Uncompahgre Plateau. Magnetic anomalies also arise from variation in depth to basement rocks, owing to uplifts and troughs of the buried basement surface. These anomalies are not significant for mineral assessments, except where they may indicate structures such as faults that were active in Precambrian time and reactivated since, and that may provide conduits for mineralizing fluids. However, gravity data provide a clearer picture of these structures, and gravity data were used to delineate such features in the assessment models (this volume).

Some Tertiary plutons are magnetic and produce conspicuous positive anomalies (Moss and Abrams, 1985; Campbell, 1985; Daniels, 1987), but where altered, they may produce relative magnetic lows or plateaus in the regional magnetic field. Other Tertiary intrusions have low susceptibilities and generate no magnetic highs; they may even produce magnetic lows where they intrude more magnetic Proterozoic rocks (Moss and Abrams, 1985; Campbell and Wallace, 1986).

Each igneous and metamorphic rock type of the GMUG greater study area (given in Day and others, 1999, with descriptions and detailed location information) was spatially compared with the magnetic anomaly map to determine which units had identifiable magnetic signatures (usually appearing as corresponding positive anomalies of comparable amplitude). We identified six igneous units with strong magnetic signatures. For example, middle Tertiary intrusive rocks (Tmi) commonly produce positive, high-amplitude anomalies in the greater study area. We were then able to infer additional shallowly buried Tmi units from the aeromagnetic map by visually correlating exposed Tmi with corresponding magnetic highs. We attributed nearby magnetic highs of similar size and amplitude to unexposed Tmi rocks and digitized the

**Figure D2.** Aeromagnetic anomaly map of GMUG greater study area. Warm colors, high magnetic intensity; cool colors, low magnetic intensity.

inferred locations. Similar interpretive products were prepared for rock units Tbb (bimodal basalt), TKi (Laramide intrusive rocks), Tiql (Tertiary inter-ash quartz latitic lavas), Xg (1,700 m.y. age group granitic rocks), and Yg (1,400 m.y. age group granitic rocks). The map of inferred magnetic Tmi rocks was used in modeling the potential for molybdenum (Chapter G), polymetallic veins (Chapter J), and polymetallic replacement deposits (Chapter K). The maps for Tbb, Tki, and Tiql were also used in modeling polymetallic veins (Chapter J). Figure D3 shows the outlines of the inferred Tertiary intrusions used for modeling.

# Aeroradiometric Data

## Aeroradiometric Map Preparation

Aeroradioactivity is measured from low-flying aircraft. The instruments measure gamma rays emitted by isotopes of potassium (K), uranium (U), and thorium (Th) present in surficial rock and soil to about 12 in. depth. Aerial gamma-ray radioactivity data used in this report are from spectrometer surveys flown during the U.S. Department of Energy National Uranium Resource Evaluation (NURE) program ($\approx$1974–1983). NURE surveys that include parts of the forest are those for the Leadville (Geometrics, 1979), Montrose (Geometrics, 1979), Moab (Geometrics, 1979), Cortez (Aero Service Division, 1979a), Durango (Aero Service Division, 1979b), and Grand Junction (Geodata Int., 1981) 1°×2° quadrangles. Data for these quadrangles were merged for the conterminous United States (Phillips and others, 1993; Duval and others, 1995), and subsets covering the greater study area were created for this report. The uranium data are shown in figure D4. Flightline spacing for these quadrangles is 3 mi east-west and 12 mi north-south.

The near-surface distribution of potassium, uranium, and thorium generally reflects bedrock lithology and modifications due to weathering, erosion, transportation, ground-water movement, and hydrothermal alteration. Common rock types readily discriminated by aeroradioactivity measurements include (1) more radioactive (greater concentrations of radioactive minerals) felsic igneous rocks, arkosic sandstones, and most shales and (2) less radioactive (lesser concentrations) mafic igneous rocks, (clean) quartzose sandstones, and most

limestones. Specific rock formations were described in the original NURE survey reports, listed in the previous paragraph, as having higher uranium values; these are summarized in table D1.

## Aeroradiometric Map Interpretation

The near-surface distribution patterns of potassium, uranium, and thorium as displayed by aeroradioactivity maps of the greater study area are similar, resulting from common rock-type associations for these elements. Mancos Shale, for example, shows higher radioelement values where it is exposed, especially in the western part of the greater study area. All three data sets have a distinct northwest-trending gradient that separates high radioelement values to the northeast from lower values to the southwest (fig. D4). The boundary corresponds to the Gunnison River in Grand Valley between Grand Junction and Delta and reflects the high radioelement values found in Mancos Shale exposures west of the river. Northeast of Grand Valley, high radioelement values are associated with Precambrian and Tertiary igneous rocks, although a spatial, formation-by-formation evaluation did not uncover a direct correspondence that could be used to map certain intrusive rocks as the magnetic data could.

The grid interval for the uranium anomaly map shown in figure D4 is 2 km. At this grid interval, these data cannot accurately display individual uranium spikes that are present in the original flightline data. Even in the Uravan mineral belt, a well-known uranium mineralized area, the data are not diagnostic. The original NURE reports, however, provide a detailed evaluation of individual uranium anomalies.

For the uranium-vanadium deposit model (Chapter H), a derivative calculation using thorium proved more valuable in determining favorable terrane than did the uranium data alone. Thorium generally has a more consistent distribution pattern than potassium or uranium, because thorium is the least mobile of these elements. We selected areas where the uranium:thorium ratio is greater than 1 standard deviation above its mean and where thorium is less than 1 standard deviation below its mean (Aero Service Division, 1979a, b). The results clearly delineate the Uravan mineralized area, among others, and are shown in Spanski and Bankey, this volume, Chapter H, figure H2.

Uranium mines and mineralized areas are further discussed in the chapter on sandstone-hosted uranium deposits (this volume, Chapter H).



**EXPLANATION**

Approximate outline of national forests in GMUG study area

**Figure D3.** Outline of Tertiary plutons inferred from aeromagnetic data. Red, Tiql; green, Tbb; light blue or gray, Tmi; dark blue, Tki.

**Figure D4.** Uranium values of GMUG greater study area. Cool colors, lower values; warm colors, higher values of uranium. Areas in white in southern part of map area have no data.

BLM_0104403

**Table D1.**   Summary of stratigraphic units containing anomalous uranium as described in NURE reports.

[See Day and others (1999) for condensed information on these units]

| Age | Stratigraphic unit | Unit symbol as used in NURE reports | Uranium content |
|---|---|---|---|
| Quaternary (Q) | Alluvium................... | Qa, Qg | Especially overlying Tertiary Uinta Formation. |
| Tertiary (T) | Intrusives, volcanics such as Sunshine Peak Tuff, Huerto Fm. | Ti, Tst, Thu, Tv, Tki | |
| | Uinta Formation.......... | Tu | Known host for uranium. |
| | Green River Formation.. | Tg, Tgp, Tgl | Known host for uranium. |
| Cretaceous (K) | Mesaverde Group......... | Kmv, Kmvl, Kmvu, Kh | Subeconomic in Colorado, but produces in Wyoming. |
| | Mancos Shale............ | Km. Kmgs. Kmu, Kml, Kfd | Areally large but subeconomic uranium deposits. |
| | Dakota Sandstone...... | Kd, KJdm, Kdb, KJdj, KJdw, KJde | Subeconomic uranium deposits. |
| | Burro Canyon Formation | Kbc. Kdb | Subeconomic uranium deposits. |
| Jurassic (J) | Morrison Formation..... | Jm, Jms, Jmb, Jmj, Jmw, Jmwe, Jme, KJdm, KJdj, KJdw, KJde | Major uranium deposits, especially in the Salt Wash, Brushy Basin, and Recapture Members. |
| | Summerville Formation | Jse | Subeconomic uranium deposits. |
| | Entrada Sandstone...... | Je, Jwe, Jme, KJde, Jmwe, Jse, JŦmc, JŦmd | Subeconomic uranium deposits. |
| | Wanakah Sandstone.... | Jwe. Jmw. Jmwe. KJdw, JŦmc. JŦmd | Large, low-grade deposits, source rock for Rifle mines. |
| | Navajo Sandstone...... | JŦn | Subeconomic uranium deposits. |
| | Kayenta Formation.... | Ŧk, Ŧkw. Ŧkwc | Subeconomic uranium deposits. |
| Triassic (Ŧ) | Wingate Sandstone.... | Ŧw, Ŧkw, Ŧwc, Ŧkwc | Subeconomic uranium deposits. |
| | Chinle Formation...... | Ŧc, Ŧwc. Ŧkwc, JŦmc, ŦPcs | Major uranium deposits, especially in the conglomerate members and Moss Back Member. |
| | Moenkopi Formation.. | Ŧm | Production noted. |
| Permian (P) | Cutler Formation....... | Pc, ŦPdc | Subeconomic uranium deposits, especially in arkosic member. |
| Permian and Pennsylvanian (PℙP) | Maroon Formation..... | PℙPm, PℙPwm | Subeconomic uranium deposits. |
| | Rico Formation......... | PℙPrm | Subeconomic uranium deposits. |
| Pennsylvanian (ℙP) | Belden Formation....... | ℙPb, ℙPmb, ℙPmbe | Host rock for deposits at Marshall Pass. |
| | Hermosa Formation..... | ℙPh, ℙPhu, ℙPhp, PℙPrm | Especially associated with potassium salts. |
| Ordovician | Harding Sandstone...... | MOr | Host rock for Little Indian No. 36 mine. |
| Precambrian | Undivided granite, especially fault brec- cia, shear zones, and fracture-controlled subeconomic uranium deposits. | Yg | Host rock for structurally controlled deposits in Cochetopa Creek, Powderhorn district, and Frying Pan claims. |

BLM_0104404

# References Cited

Abrams, G.A., and Knepper, D.H., Jr., 1994, Complete-Bouguer gravity anomaly, isostatic-residual gravity, horizontal gradient, and terrain maps of Colorado: U.S. Geological Survey Geophysical Investigations Map GP-1009, scale 1: 1,000,000.

Aero Service Division, 1979a, Airborne gamma-ray spectrometer and magnetometer survey, Cortez quadrangle (Colorado, Utah); Final report, 2 Volumes: U.S. Department of Energy, Grand Junction, Colo., GJBX-144(79), variously paginated.

Aero Service Division, 1979b, Airborne gamma-ray spectrometer and magnetometer survey, Durango quadrangle (Colorado); Final report, 2 Volumes: U.S. Department of Energy, Grand Junction, Colo., GJBX-143(79), variously paginated.

Campbell, D.L., 1985, Gravity and aeromagnetic maps of the Maroon Bells–Snowmass Wilderness and Additions, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1647-B, scale 1:100,000.

Campbell, D.L., and Wallace, A.R., 1986, Aeromagnetic map of the Holy Cross Wilderness Area, Eagle, Lake, and Pitkin Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1841-B, scale 1:100,000.

Case, J.E., 1965, Gravitational evidence for a batholithic mass of low density along a segment of the Colorado Mineral Belt, in Abstracts for 1964: Geological Society of America Special Paper 82, p. 26.

Case, J.E., 1967, Geophysical ore guides along the Colorado Mineral Belt: U.S. Geological Survey Open-File Report 67-39, 13 p.

Case, J.E., and Joesting, H.R., 1972, Regional geophysical investigations in the central Colorado Plateau: U.S. Geological Survey Professional Paper 736, 31 p.

Case, J.E., Morin, R.L., and Dickerson, R.P., 1992, Map showing interpretation of geophysical anomalies of the northwestern Uncompahgre Uplift and vicinity, Grand County, Utah, and Mesa County, Colorado: U.S. Geological Survey Geophysical Investigations Map GP-997, scale 1:250,000.

Crawford, R.D., 1924, A contribution to the igneous geology of central Colorado: American Journal of Science, v. 7, p. 365–388.

Daniels, J.J., 1987, Geophysical appraisal, in Snyder, G.L., Patten, L.L., and Daniels, J.J., Mineral resources of the Mount Zirkel Wilderness and northern Park Range vicinity, Jackson and Routt Counties, Colorado: U.S. Geological Survey Bulletin 1554, p. 215–221.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1° · 2° geologic maps: U.S. Geological Survey Open-File Report 99-427, CD-ROM.

Duval, J.S., Jones, W.J., Riggle, F.R., and Pitkin, J.A., 1995, Potassium, uranium, and thorium aerial gamma-ray maps of the conterminous United States: U.S. Geological Survey Geophysical Investigations Map GP-1010, scale 1: 2,500,000, 7 p.

Geodata International, 1981, Aerial radiometric and magnetic survey, Grand Junction national topographic map, Colorado and Utah: U.S. Department of Energy, Grand Junction, Colo., GJBX-112(81), variously paginated.

Geometrics, 1979, Aerial gamma ray and magnetic survey, Uncompahgre Uplift Project, Salina, Utah; Moab, Utah and Colorado; Montrose and Leadville, Colorado quadrangles, Final Report, 2 Volumes: U.S. Department of Energy, Grand Junction, Colo., GJBX-95(79), variously paginated.

Hansen, W.R., 1965, The Black Canyon of the Gunnison [Colorado], today and yesterday: U.S. Geological Survey Bulletin 1191, 76 p.

Isaacson, L.B., and Smithson, S.B., 1976, Gravity anomalies and granite emplacement in west-central Colorado: Geological Society of America Bulletin, v. 87, no. 1, p. 22–28.

Lovering, T.S., 1935, Geology and ore deposits of the Montezuma quadrangle, Colorado: U.S. Geological Survey Professional Paper 178, 119 p.

McCafferty, A.E., Pitkin, J.A., and Ager, C.M., 1997, Geophysical studies of the San Juan National Forest, Colorado, in Van Loenen, R.E., and Gibbons, A.B., eds., Mineral resource potential and geology of the San Juan National Forest, Colorado, with a section on Salable minerals by A.G. Raby and J.S. Dersch: U.S. Geological Survey Bulletin 2127, p. 49–60.

Moss, C.K., and Abrams, Gerda, 1985, Geophysical maps of the Vasquez Peak Wilderness Study Area and the Williams Fork and St. Louis Peak Roadless Areas, Clear Creek, Grand, and Summit Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1588-D, scale 1:50,000.

Oshetski, K.C., and Kucks, R.P., 2000, Colorado aeromagnetic and gravity maps and data; a web site for distribution of data: U.S. Geological Survey Open-File Report 00-42; URL: http://pubs.usgs.gov/of/2000/ofr-00-0042/colorado.htm, computer file.

BLM_0104405

Phillips, J.D., Duval, J.S., and Ambroziak, R.A., 1993, National geophysical data grids—Gamma-ray, gravity, magnetic, and topographic data for the conterminous United States: U.S. Geological Survey Digital Data Series DDS-9, CD-ROM.

Plouff, Donald, and Pakiser, L.C., 1972, Gravity study of the San Juan Mountains, Colorado, in Geological Survey research 1972: U.S. Geological Survey Professional Paper 800-B, p. B183–B190.

Toth, M.I., Wilson, A.B., Cookro, T.M., Bankey, Viki, Lee, G.K., and Case, J.E., 1993, Mineral resource potential and geology of the White River National Forest and the Dillon Ranger District of the Arapaho National Forest, Colorado, with a section on Salable commodities by J.S. Dersch: U.S. Geological Survey Bulletin 2035, 117 p.

Tweto, Ogden, 1980, Precambrian geology of Colorado, in Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 37–46.

Tweto, Ogden, and Case, J.E., 1972, Gravity and magnetic features as related to geology in the Leadville 30-minute quadrangle, Colorado: U.S. Geological Survey Professional Paper 726-C, p. C1–C31.

Tweto, Ogden, and Sims, P.K., 1963, Precambrian ancestry of the Colorado Mineral Belt: Geological Society of America Bulletin, v. 74, no. 8, p. 991–1014.

Wallace, A.R., Ludington, Steve, Lovering, T.G., Campbell, D.L., Case, J.E., Grauch, V.J.S., and Knepper, D.H., Jr., 1988, Leadville 1° × 2° quadrangle, Colorado—A pre-assessment: U.S. Geological Survey Open-File Report 88-74, 57 p.

Warner, L.A., 1978, The Colorado lineament; A middle Precambrian wrench fault system: Geological Society of America Bulletin, v. 89, no. 2, p. 161–171.

Warner, L.A., 1980, The Colorado lineament, in Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 11–21.

Webring, M.W., 1981, MINC—A gridding program based on minimum curvature: U.S. Geological Survey Open-File Report 81-1224, 41 p.

Zietz, Isidore, Bateman, P.C., Case, J.E., Crittenden, M.D., Jr., Griscom, Andrew, King, E.R., Roberts, R.J., and Lorentzen, G.R., 1969, Aeromagnetic investigation of crustal structure for a strip across the Western United States: Geological Society of America Bulletin, v. 80, no. 9, p. 1703–1714.

BLM_0104406

# Distribution of Mines and Mineralized Areas

By Anna B. Wilson and Gregory T. Spanski

**Chapter E of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–E

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104407

# Contents

Abstract ........................................................................................................................................... 70
Introduction ..................................................................................................................................... 70
Mineralized Areas ........................................................................................................................... 70
    Ruby ........................................................................................................................................ 72
    Mount Bellview .................................................................................................................... 73
    Elk Mountains ...................................................................................................................... 73
    Dorchester ............................................................................................................................ 73
    Forest Hill ............................................................................................................................. 73
    Spring Creek ......................................................................................................................... 73
    Tincup/Cumberland Pass ..................................................................................................... 74
    Gold Brick ............................................................................................................................. 74
    Quartz Creek Pegmatite ....................................................................................................... 74
    Box Canyon ........................................................................................................................... 74
    Whitepine .............................................................................................................................. 74
    Marshall Pass ........................................................................................................................ 75
    Cochetopa North ................................................................................................................... 75
    Green Mountain .................................................................................................................... 75
    Cochetopa Central ................................................................................................................ 76
    Cochetopa Tantalite .............................................................................................................. 76
    Cochetopa South ................................................................................................................... 76
    Wolf Creek ............................................................................................................................ 76
    Beaver Creek ......................................................................................................................... 76
    Goose Creek .......................................................................................................................... 76
    Vulcan ................................................................................................................................... 76
    Vulcan South ......................................................................................................................... 77
    Powderhorn ........................................................................................................................... 77
    Bondholder ............................................................................................................................ 77
    Carson ................................................................................................................................... 77
    Red Mountain (East) ............................................................................................................ 78
    Lake City ............................................................................................................................... 78
    Golden Wonder ..................................................................................................................... 78
    Henson Creek ........................................................................................................................ 78
    Uncompahgre Peak ............................................................................................................... 79
    Cimarron ............................................................................................................................... 79
    Ouray .................................................................................................................................... 79
    San Juan ................................................................................................................................ 80
    Wilson Peaks ........................................................................................................................ 80
    Western Uranium .................................................................................................................. 80
    Sinbad ................................................................................................................................... 80
    Sunrise/Morning Glory ......................................................................................................... 81
    Cashin (La Sal Creek) ........................................................................................................... 81
References Cited .............................................................................................................................. 81

## Figure

E1.  Map showing metallic mineralized areas within GMUG study area ......................................... 71

## Table

E1.  Metallic mineralized areas and deposit types in GMUG forests and Uravan area................. 72

BLM_0104409

# Distribution of Mines and Mineralized Areas

By Anna B. Wilson and Gregory T. Spanski

## Abstract

In order to assess the mineral resource potential of the GMUG study area, we outlined 38 mineralized areas. A mineralized area encloses a geographic area that is defined by the presence of mines, prospects, and (or) mineralized occurrences that belong to a single deposit type or to a group of genetically related deposit types in a distinct geologic setting. A mineralized area may include an entire district or portions of several mining districts.

## Introduction

The term "mining district" as used in Colorado is an artifact of the State's days as a territory prior to statehood in 1876. During this period, mining districts were created by the miners in a mining camp acting as an association with a charter and by-laws. Such an association provided a form of self-rule intended to bring order to mining-related activity. Boundaries were ill defined and subject to change at the discretion of the association. The discovery of a new deposit could result in the creation of a new district with a new charter or, if the discovery were near an existing district and the claimant agreed to honor the charter, inclusion within the existing district. With statehood and the establishment of formal county governments in Colorado, the need for self-rule that the mining district provided was no longer required. Claims were recorded with the county, and laws were set by the State. The mining district nomenclature, however, endured. Claimants continued to cite district names in claim location descriptions, a practice that continues to this day. However, Henderson (1926, p. 62) noted that "many of the names used represent nothing more than the guess or whim of the locator, and many of the commonly used names of local districts are carried miles away and across county lines." Using the mining district as a guide to location or as an indicator of the types of deposits being developed and commodities produced became unreliable.

To deal with these geographic ambiguities, we have introduced the concept of the mineralized area. A mineralized area encloses a geographic area that is defined by the presence of mines, prospects, or mineralized occurrences that belong to a single deposit type or a group of genetically related deposit types. A mineralized area may include an entire district

or portions of several mining districts. Where practical, a mineralized area is given the name of one of the more prominent mining districts or mining settlements that is within its bounds. Where this is not feasible, a new name is assigned that is geographically descriptive, or the name of a productive or well-known mine located in the area is used. We have not attempted to apply mineralized areas to the placer mining districts as defined by Parker (1961) and have not included placer districts in the following discussion of mineralized areas.

Many of the data used to outline the mineralized areas have been extracted from site records for mines, prospects, and occurrences contained in U.S. Geological Survey (USGS) and U.S. Bureau of Mines (USBM) data files. For this project, A.B. Wilson, M.J. Crane, and M.D. Woodard (U.S. Geological Survey) verified as many of these data records as possible and added many more sites from information extracted from references and maps during the verification process (Wilson and others, 2000). Locations of approximately 1,300 sites are believed to be accurate to within about ½ mi of their actual ground position. In addition, about 1,000 sites could not be verified from references but could be generally located using data (such as Township and Range or descriptive information) in the database records: these sites are believed to be accurate to within about 1 mi. About 200 of the sites in the data files could not be plotted owing to insufficient location data.

Using the digital compilation of the published 1:250,000 geologic maps by Day and others (1999) as a base, A.B. Wilson and G.T. Spanski delineated 40 mineralized areas in the GMUG restricted study area (fig. E1, table E1) utilizing data about individual mineral occurrences and regional information on bedrock geology, geologic setting, geochemistry, and major structural features. Brief descriptions for each of the mineralized areas follow, arranged in a generally clockwise direction with respect to figure E1.

## Mineralized Areas

The following is a brief description of the mineralized areas in the GMUG restricted study area, Colorado (fig. E1). This description includes a review of the historical names of the mining districts, mine names, deposit types, general geologic setting, and available production information. This background is vital for understanding the metallogeny of the region and also provides a solid foundation for studying the effects of

BLM_0104410



**Figure E1.** Metallic mineralized areas (shaded areas) shown within GMUG greater study area.

BLM_0104411

**Table E1.** Metallic mineralized areas and deposit types in GMUG forests and Uravan area.

| Area name | Deposit type |
| --- | --- |
| Beaver Creek | Kuroko massive sulfide |
| Bondholder | Polymetallic vein |
| Box Canyon | Low-sulfide gold |
| Carson | Polymetallic vein |
| Cashin (La Sal Creek) | Redbed copper |
| Cimarron | Polymetallic vein |
| Cochetopa central | Vein U |
| Cochetopa north | Low-sulfide gold |
| Cochetopa south | Vein U |
| Cochetopa tantalite | Pegmatite |
| Dorchester | Polymetallic vein and replacement |
| Elk Mountains | Polymetallic vein and replacement |
| Forest Hill/Italian Mountain | unknown |
| Gold Brick | Polymetallic vein |
| Golden Wonder | Hot spring |
| Goose Creek | Low-sulfide gold |
| Green Mountain | Kuroko massive sulfide |
| Henson Creek | Polymetallic vein |
| Lake City | 23 m.y. barite precious metal |
| Marshall Pass | Vein U |
| Mt. Bellview | Cu-Mo porphyry |
| Ouray | Polymetallic vein and replacement |
| Powderhorn | Th veins |
| Quartz Creek Pegmatite | Pegmatite |
| Red Mountain (east) | Cu-Mo porphyry |
| Ruby | Polymetallic vein |
| San Juan | Polymetallic vein and replacement |
| Sinbad | Redbed copper |
| Spring Creek | Polymetallic replacement |
| Sunrise/Morning Glory | Polymetallic veins and replacement |
| Tincup/Cumberland Pass | Polymetallic veins and replacement |
| Uncompahgre Peak | Vein U |
| Vulcan | Kuroko massive sulfide |
| Vulcan south | Kuroko massive sulfide |
| Western Uranium | Uranium |
| Whitepine | Polymetallic vein and replacement |
| Wilson Peaks | Polymetallic vein |
| Wolf Creek | Low-sulfide gold |

past mining on the environment. Additional descriptions and references can be found in Wilson and others (2000).

## Ruby

The Ruby area is nearly synonymous with the Irwin, Ruby, Mount Emmons, and Redwell Basin mining districts. It is in the Oh-Be-Joyful (Gaskill and others, 1967), Mt. Axtell (Gaskill and others, 1987), and Marcellina Mountain (Gaskill and Godwin, 1966) quadrangles. This area hosts polymetallic veins and porphyry Climax-type molybdenum deposits. Well-known mines in the area are the Daisey, Keystone, and Standard (Micawber). This area also includes the well-documented but never mined Mount Emmons molybdenum deposit.

In the Ruby area, Oligocene felsic sills, dikes, and stocks intrude Cretaceous to Tertiary sandstones and shales.

Especially in the southern part of the area, brilliant, red-orange-yellow pyritic altered rock is adjacent to intrusions (Red Lady Basin, Redwell Basin).

Silver mining in the Irwin part of the district began in 1874 when it was "still part of the Ute Indian Reservation and effectively ended by 1890. The Ruby Chief and Bullion King mines, followed by the Forest Queen and Ruby King mines were the district's early principal producers" (Ellis, 1983, p. 4). The first two mines were obliterated by snowslides in 1882 and 1884, respectively (Ellis, 1983, p. 4). Only the Forest Queen continued to operate intermittently, "reaching $1 million in production by 1915" (Socolow, 1955, p. 52–53).

Base-metal and silver ores were mined intermittently from fissure veins on the flanks of Mount Emmons. The largest producers were the Daisey, Keystone, and Standard (Micawber) mines. Two major molybdenum deposits were discovered in the 1970's in the Mount Emmons-Redwell Basin areas (Thomas and Galey, 1982). Neither has been developed.

## Mount Bellview

The Mount Bellview area, in the southeastern part of the Snowmass Mountain quadrangle (Mutschler, 1970), surrounds a zoned granodiorite to quartz monzonite intrusive complex. The intrusions are hydrothermally altered. A 1,200-m diameter hornfels aureole in Mancos Shale host rock surrounds the intrusive complex, and local quartz-molybdenite veinlets are also present (Lynch and others, 1985). The only mine in the area, the Silver Spruce, consists of three adits on a vein along the intrusion-Mancos Shale contact. The mine produced a small amount of silver and lead ore in 1933–1934, and molybdenum is present in most samples (Weisner and Bieniewski, 1984). Although probably not of sufficient grade and tonnage to rank as a "deposit," this area is shown as a mineralized area because of previous exploration interest and indications such as surface alteration and geochemistry which suggest that a mineralizing event took place.

## Elk Mountains

The Elk Mountains mineralized area, about 20 mi north of Crested Butte, includes the historic Elk Mountain district and the town of Gothic. It is primarily on the Gothic quadrangle (Gaskill and others, 1991) and extends into the southern part of the Maroon Bells quadrangle (Bryant, 1969). Other workers (for example, Plumlee and others, 1995; Streufert and Cappa, 1994) have depicted the Elk Mountain mining district as three distinct areas in close proximity. We have chosen to consolidate the entire area into one mineralized area containing several small polymetallic vein and replacement and skarn deposits. The best known of these deposits is the Sylvanite mine. Mineralized veins in the area contain sphalerite, galena, and chalcopyrite. Gold and silver, in unknown forms, were also present. "Mineralization is widespread but the veins are small and irregular" (Vanderwilt, 1947, p. 101). The area

is in Pennsylvanian to Upper Cretaceous sedimentary rocks intruded by the Oligocene White Rock pluton (Gaskill and others, 1991; Bryant, 1969).

## Dorchester

The Dorchester mineralized area is in the Pearl Pass and Italian Creek 7½-minute quadrangles. It includes most of the historic Dorchester mining district (including the Taylor River and Taylor Park areas), about which extremely little is known geologically. The host rocks are Paleozoic sedimentary rocks overlying 1,700 Ma granitic rocks that were intruded by 33.9 Ma tonalite of the Italian Mountain Intrusive Suite (Fridrich and others, 1998). Only a few small mines, the Hope, Bull Domingo, Clara, Star, and Ender, are mentioned in the literature (Garrett, 1950; Harrer and Tesch, 1959; Prather, 1961; Slebir, 1957). These mines are presumed to be polymetallic vein and replacement deposits.

## Forest Hill

The Forest Hill area includes a small part of the historic, but poorly defined Taylor Park mining district (Vanderwilt, 1947, p. 107) in the Italian Creek 7½-minute quadrangle. The only known mines are the Forest Hill and Paymaster, which are both polymetallic replacement and polymetallic vein deposits (Wilson and others, 2000). The Paymaster is at the southern margin of the Grizzly Peak caldera at the fault contact of the middle rhyolite subunit of the Oligocene Grizzly Peak Tuff inside the caldera with Early Proterozoic metasedimentary gneiss intruding the granite of Henry Mountain surrounding the caldera (see Fridrich and others, 1998). The Forest Hill mine is in these same Early Proterozoic rocks outside the caldera margin. Granite of Henry Mountain and the rhyolite are both iron-stained and cut by quartz-pyrite veinlets. A small Eocene felsic dike of Winfield Peak and Middle Mountain is present in the granite between the two mines (Fridrich and others, 1998).

From 1932 to 1945, as many as three lode mines were operating in the Taylor Park district (Vanderwilt, 1947). The Forest Hill and Paymaster are assumed to be two of these. However, because the reported production figures were combined with the Tincup district, only 19 oz gold, 14,726 oz silver, 2,500 lb copper, 454,900 lb lead, and 24,400 lb zinc is directly attributable to Taylor Park during this time frame (Vanderwilt, 1947, p. 108).

## Spring Creek

Spring Creek is a small area in the Matchless Mountain 7½-minute quadrangle that includes polymetallic replacement and replacement manganese deposits at the Doctor and Barium Maggie mines. Paleozoic (from Cambrian to Pennsylvanian) sedimentary rocks form a narrow south-trending "peninsula"

BLM_0104413

in the mineralized area adjacent to 1,700 Ma granitic rocks on the east and west (Tweto and others, 1976; Day and others, 1999). North-trending faults are mapped in the peninsula. Oligocene intrusive rocks are exposed to the northeast and may also be buried in the vicinity of the mine workings.

The only known significant mine in the district is the Doctor mine, which produced an unknown amount of "silver-bearing lead carbonate in 1880 and 1890 and at least 17,000 tons zinc carbonate in 1917 and 1918" (Vanderwilt, 1947, p. 106). "The last recorded production was 641 tons of sorted zinc carbonate from the dump in 1937 and 1938 that yielded 203,000 pounds of zinc and 25,900 pounds of lead" (Vanderwilt, 1947, p. 107).

## Tincup/Cumberland Pass

The Tincup/Cumberland Pass mineralized area includes most of the historic Tincup and Quartz Creek mining districts on the north and south flanks of Cumberland Pass on the Tincup, Cumberland Pass, and Fairview Peak 7½-minute quadrangles. 1,700 Ma granitic rocks are overlain by Paleozoic (Cambrian to Pennsylvanian) sedimentary rocks (Tweto and others, 1976; Day and others, 1999). Oligocene (38–26 Ma) intrusive rocks are exposed throughout the area which is on the west margin of the Mount Aetna volcanic area at the south end of the Mount Princeton batholith (Toulmin and Hammarstrom, 1990).

Much of the area contains polymetallic replacement deposits in the Paleozoic carbonates. In the southern part of the mineralized area, there are base and precious metals in quartz veins in Precambrian rocks (Wilson and others, 2000; USGS, 1999a; Dings and Robinson, 1957). Tungsten-molybdenum veins in the Cumberland Pass area were explored in the 1970's (USGS, 1999a). Graphite deposits occur at the southeast edge of the area (Dings and Robinson, 1957).

Total production credited to the historic Tincup mining district from 1901 to 1935 was 298 oz gold, 26,446 oz silver, 177 lb copper, and 153,820 lb of lead (Vanderwilt, 1947, p. 109). Half the tonnage came from one mine, and the remainder from seven mines. In 1932 and 1933 the district produced a "small amount" of ore. Production from 1938 to 1941, and possibly 1934–1937, was combined with Taylor Park and could account for as much as 82 oz gold, 7,164 oz silver, 3,000 lb copper, 152,700 lb lead, 115,000 lb zinc (Vanderwilt, 1947, p. 108) included in the figures credited to Taylor Park. From 1934 to 1943, as many as three lode mines in the historic Quartz Creek district produced 186 oz gold, 3,781 oz silver, 150 lb copper, and 13,560 lb lead (Vanderwilt, 1947, p. 104).

## Gold Brick

The Gold Brick area includes only the northernmost part of the historic Gold Brick mining district. This area is on the Fairview Peak and Pitkin quadrangles and includes polymetallic vein deposits at the Carter, Raymond, Sandy Hook,

Chronicle, Gold Links, and Grand Prize mines (Crawford and Worcester, 1916; Hill, 1909; Wilson and others, 2000). Almost the entire area is underlain by ≈1,700 Ma granitic rocks and interlayered felsic and hornblende gneiss (Tweto and others, 1976; Day and others, 1999).

The principal ore is gold-silver-lead in veins in Precambrian granite and gneiss. In the 4 × 1 mi productive zone, numerous mines have produced chiefly gold with some silver, lead, and copper. The ore is low tonnage, but high grade, and all the underground workings are only a few hundred feet beneath the surface, except for the Carter mine, which extends to a depth of 1,500 ft (Crawford and Worcester, 1916). "Nearby sedimentary formations *** have not been productive" (Vanderwilt, 1947, p. 103). From 1932 to 1942, between 3 and 13 lode mines produced 69,566 tons ore, which yielded 16,395 oz gold, 45,657 oz silver, 2,350 lb copper, and 218,990 lb lead (Vanderwilt, 1947, p. 103).

## Quartz Creek Pegmatite

Although it is not a metallic mineralized area, Quartz Creek Pegmatite is shown on the map (fig. E1) because the numerous mines indicate an historical mining interest in the area. The area overlaps the Parlin and Pitkin quadrangles and includes the Brown Derby mine, a pegmatite deposit known for its lithium content and mineral specimens of cleavelandite and lepidolite (Staatz and Trites, 1955).

## Box Canyon

Box Canyon is an ill-defined area on the Whitepine and Pitkin quadrangles in the vicinity of the vaguely located Independence and Campbird mines (not to be confused with the Camp Bird mine in the San Juan Mountains) and prospects in the Precambrian rocks. Precambrian (≈1,700 Ma) granitic rocks and biotitic gneisses and migmatite are unconformably overlain by Paleozoic units and Upper Cretaceous Mancos Shale (Tweto and others, 1976; Day and others, 1999).

As of 1909, the Independence had been inactive for several years, as the deposit was entirely exhausted (Hill, 1909, p. 38). Although "considerable production [was] claimed for the early years," 573 tons of ore yielded 69 oz of gold and 10 oz silver in 1932, 1938, and 1939 (Vanderwilt, 1947, p. 98).

## Whitepine

The Whitepine, or Tomichi, area overlaps the Whitepine and Garfield quadrangles. In the Whitepine area, Paleozoic sedimentary strata overlie ≈1,700 Ma granitic rocks (Tweto and others, 1976; Day and others, 1999). Both are intruded by a 39–32 Ma rhyolite and quartz monzonite to granite intrusive stock of the Mount Princeton batholith (Bove and Knepper, 2000). Tertiary extrusive rocks are present along the northeast

margin of both the intrusion and the mineralized area. All of the numerous small, but productive mines are in or adjacent to the stock: none is in the Precambrian rocks. The mines exploited lead, silver, zinc, and minor copper from polymetallic vein and replacement deposits (Dings and Robinson, 1957). Gold was important locally. The northern part of the area also hosts an iron skarn, but the iron ore was not of commercial grade (Dings and Robinson, 1957; Harder, 1909).

Initially, oxidized silver and lead ore were the primary commodities. Later, primary lead and zinc were the valuable ores. Some gold, silver, and copper were recovered, as was a small amount of iron ore from a magnetite deposit. Most of the ore is classified as (1) replacement ores in limestone and dolomite, (2) contact deposits (skarn), and (3) fissure veins (Vanderwilt, 1947, p. 112). Of the mines in the area, the Akron was the most productive. Between 1901 and 1950 it produced nearly 100,000 tons of ore containing 724 oz gold, 474,160 oz silver, 232,783 lb copper, 20,751,676 lb lead, and 25,629,942 lb zinc (Dings and Robinson, 1957).

## Marshall Pass

The Marshall Pass area is in the Pahlone Peak quadrangle (Olson, 1977). It includes the stratabound and vein uranium mines and occurrences in Harding Quartzite, Belden Formation, and veins in any rock occurring in the vicinity of the Chester fault zone. Early Proterozoic metasedimentary and metavolcanic rocks and pegmatitic granite are east of the fault. Cambrian and Pennsylvanian sedimentary rocks are west of the fault. At the Pitch mine, uranium occurs in brecciated Mississippian Leadville Limestone in the footwall of the Chester fault zone (Goodknight, 1981).

The major mines in the area produced nearly 1.3 million lb of uranium oxide from approximately 113,000 short tons of ore between 1956 and 1963 (Nelson-Moore and others, 1978; Nash, 1988). Numerous small mines were superseded in the 1980's by a large open pit at the Pitch mine, where reserves of 2.1 millions tons of ore containing 7.14 million lb of 0.17 percent uranium oxide were reported (Nash, 1979, 1988; Ward, 1978).

## Cochetopa North

The Cochetopa North area, on the Iris quadrangle, includes the northeastern part of the Gunnison Gold Belt and parts of the historic Cochetopa, Green Mountain, or Gold Basin mining districts (Vanderwilt, 1947, p. 100–101). The geologic setting for this area has been reviewed by Afifi (1981a, 1981b), Bickford and others (1989), Day and others (this volume), Drobeck (1981), Olson (1976a), and Sheridan and others (1981). The area is mapped as interlayered Proterozoic felsic and mafic metavolcanic rocks that are overlain by Jurassic Morrison Formation and Junction Creek Sandstone,

and by Oligocene-age volcanic tuffs and breccias (Olson, 1976a). Locally there are biotitic and migmatitic gneisses and granitic rocks. Mines in this area are hosted in the Proterozoic rocks and occur as low-sulfide shear-zone-hosted lode gold deposits. Examples include the Lucky Strike, Maple Leaf, Lubricator, and Mineral Hill mines. "The veins *** are relatively small and contain primarily gold. A small production is reported" (Vanderwilt, 1947, p. 193).

Workings at the Lucky Strike (at the west end of the mineralized area) are about 200 ft deep and 600 ft long. The ore vein is about 2–4 ft wide in massive iron-stained to white quartz containing tourmaline. Reportedly, the ore contains from 1 to 2 oz gold per ton. A small amount of copper and possibly tellurium is in the "waste pulp" (Hill, 1909, p. 37–38). A visit to this site revealed recent activity including a newly roofed building, a new cyanide tank, and a fenced leach pond (Anna Wilson and Warren Day, unpub. field data, July 28, 1998).

The Maple Leaf mine (at the east end of the mineralized area) is developed on a free-milling massive gold-bearing quartz vein containing both gold and silver in east-west-striking veins in coarse diorite (Hill, 1909, p. 38). The mine was closed in 1908 but appears to have been worked intermittently since then (Anna Wilson and Warren Day, unpub. field data, July 28, 1998). This deposit is a low-sulfide gold-bearing quartz lode deposit. The geologic map of the Iris quadrangle (Olson, 1976a) shows this as a quartz vein in amphibolite. The inclined and caved adit follows a shear zone approximately 10 ft wide striking nearly due east. Chalcopyrite is visible in the quartz vein.

## Green Mountain

As outlined, the Green Mountain area lies within the Iris (Olson, 1976a) and Houston Gulch (Olson, 1976b) quadrangles and probably connects the northeasternmost part of the Gunnison Gold Belt (Drobeck, 1981) with the southern part of the historic Cochetopa Creek mining district. Felsite, felsite porphyry, amphibolite, and metasedimentary rocks of the Dubois Greenstone (Olson, 1976a,b) host several Kuroko-type massive sulfide deposits including the Denver City mine on the west end, and the Alaska and Yukon mines on the east end.

At the Denver City mine, discovered in 1898 (USGS, 1999a), sulfide ore (containing sphalerite, pyrite, and minor chalcopyrite and pyrrhotite) occurs in a stratabound lens parallel to the host rhyolite (felsite) (Drobeck, 1981, p. 280). Local gold and silver enrich the value of the deposit. Production records are not available (USGS, 1999a). Workings on the Alaska and Yukon mines date to the late 1800's (USGS, 1999a). Only five ore cars of 4–11 percent copper ore were produced from the Yukon, and only four ore cars of 34 percent zinc ore, 10 tons of 0.7 oz gold ore, and 15 tons of 11 percent copper ore were produced from the Alaska mine (Drobeck, 1981, p. 281).

## Cochetopa Central

Cochetopa Central is a relatively large area that overlaps onto the Iris (Olson, 1976a), Houston Gulch (Olson, 1976b), Sawtooth Mountain (Olson and Steven, 1976a), and Razor Creek Dome (Olson and Steven, 1976b) quadrangles and is roughly equivalent in its geologic and metallogenic setting to the Southern Cochetopa mineralized area. It includes mines and occurrences with vein or stratabound uranium mineralization occurring in Precambrian or Mesozoic rocks in the vicinity of the Los Ochos fault and related faults (Wilson and others, 2000; McCulla, 1980, Malan and Ranspot, 1959).

Geologic maps (Olson, 1976a, b; Olson and Steven, 1976a, b) show that the area lies within a deeply eroded Proterozoic basement complex of low-grade metamorphosed mafic and felsic volcanic rocks and their associated sediments, which were later intruded by granite. The basement is unconformably overlain by a generally flat lying sequence of Jurassic and Cretaceous sedimentary rocks and Oligocene volcanic rocks. Major faulting trends east-west and is steeply dipping, showing major movement during Laramide time.

Originally the Cochetopa region was mined for gold, but after 1955 uranium was the commodity of choice. Veins of pyrite-marcasite-pitchblende occur along Los Ochos fault zone; however, most ore was produced from stratabound deposits in sandstones in the Jurassic Morrison Formation and some in the Cretaceous Dakota Sandstone. Virtually all of the 1.35 million lb of uranium oxide produced from 1956 to 1963 came from the Los Ochos mine complex (Nelson-Moore and others, 1978).

## Cochetopa Tantalite

Like the Quartz Creek Pegmatite area, this area, which is on the Sawtooth Mountain quadrangle (Olson and Steven, 1976a), is not a metallic mineralized area. It is shown as a distinct area only because of its density of prospects and proximity to known metallic deposits. The area was prospected for pegmatite deposits in Precambrian granite, but none was developed (USGS, 1999a). No production has been recorded.

## Cochetopa South

This area on Sawtooth Mountain quadrangle (Olson and Steven, 1976a) includes vein uranium deposits in Precambrian granite that is overlain by younger sedimentary rocks. Originally the district was mined for gold and base metals from small gold-bearing veins in Precambrian rocks. Of the known mines, only the LaRue has recorded production. From 1954 to 1960, it produced 7 tons of ore, yielding 28 lb $U_3O_8$ and 16 lb $V_2O_5$ (Nelson-Moore and others, 1978; Malan and Ranspot, 1959; Olson, 1988, p. 19).

## Wolf Creek

This tiny area, on the Carpenter Ridge quadrangle (Hedlund and Olson, 1973), outlines possible low-sulfide gold deposits (the Keezer and Lilly Belle?) (USGS, 1999a) in 1,400 Ma alkalic and mafic rocks. This area overlaps a much larger area of thorium–rare-earth element (Th–REE) veins (see Powderhorn, following). Both properties may have been prospected for tungsten (scheelite) (Argall, 1943). Apparently, the properties have not been productive (USGS, 1999a).

## Beaver Creek

This tiny area on the Spring Hill Creek quadrangle (Olson and others, 1975) may be an extension of the Vulcan district. The two mines in this area, the Midland and Continental (Wilson and others, 2000), are Kuroko massive sulfide deposits very similar to those in the Vulcan area. The two mineralized areas are separated here, based on intervening host lithologies. The only reported production was gold-silver ore from the Continental mine in 1932 when 46 tons of ore assayed 1.28 oz/t gold and 0.05 oz/t silver (USGS, 1999a). Zinc may be present (USGS, 1999b).

## Goose Creek

Goose Creek is an area in the Gateview quadrangle (Olson and Hedlund, 1973), within the Th–REE veins of the Powderhorn area, that contains low-sulfide gold deposits. Geologically, it is similar to the Vulcan area, which is in the same rock units to the east (Hedlund and Olson, 1974), but that area hosts massive sulfide deposits. Occasional small shipments of lead-silver and gold-silver-copper ore were recorded from this area of Precambrian granite and schist overlain by Oligocene ash-flow tuffs. The only production since 1931 (in 1939 and 1940) was 30 tons of ore that yielded 1 oz gold, 178 oz silver, 400 lb copper, and 1,400 lb lead (Vanderwilt, 1947, p. 104).

## Vulcan

The Vulcan area, on the Powderhorn quadrangle (Hedlund and Olson, 1974), is also known as the Cebolla, Vulcan, Domingo, or White Earth district (Vanderwilt, 1947). This area includes some of the region's more important Kuroko massive sulfide deposits, such as the Vulcan and Mammoth–Good Hope. Together, these deposits are an Environmental Protection Agency Superfund Site. These deposits are in a narrow greenstone belt included in the 1,700 Ma felsic and hornblendic gneiss unit (Tweto and others, 1976; Day and others, 1999).

Gold was produced from lenses of pyrite-rich rock in Precambrian metavolcanic rocks, part of a submarine volcanic province. Much of the pyrite has little or no gold content.

Sphalerite is the most common sulfide ore (Sheridan and others, 1981). Small shipments of lead, gold-silver, and copper-gold-silver ores were reported from other veins. Iron and manganese deposits have been described, but no production has been recorded. The 75 tons of ore mined in 1932, 1933, 1934, and 1941 yielded 55 oz gold, 208 oz silver, 100 lb copper, and 100 lb lead (Vanderwilt, 1947, p. 100). In addition, these deposits may have produced another half million dollars (or about 25,000 oz gold) between 1898 and 1902, and 250 oz gold and 1,200 oz silver in 1919 (Drobeck, 1981). Most of the precious metals (gold-silver tellurides) are in chalcedony veinlets (Drobeck, 1981).

## Vulcan South

Vulcan South is a small area outlining the Old Lot mine, a Kuroko massive sulfide deposit, in the Powderhorn quadrangle (Hedlund and Olson, 1974). The area is mapped almost entirely as 1,700 Ma felsic and hornblendic gneiss (Tweto and others, 1976; Day and others, 1999). Intervening Precambrian granite precluded connecting this area to the Vulcan area. The only recorded production in 1931 and 1934 totaled about 308 oz gold and 300 oz silver (USGS, 1999a).

## Powderhorn

The Powderhorn area covers a broad area with Th–REE veins and carbonatite prospects in the Powderhorn (Hedlund and Olson, 1975), Rudolph Hill (Olson, 1974), Gateview (Olson and Hedlund, 1973), Carpenter Ridge (Hedlund and Olson, 1973), and Big Mesa (Hedlund, 1974) quadrangles. It includes the historic Powderhorn district and part of Gunnison Gold Belt. As outlined, the area includes the Wolf Creek, Goose Creek, Vulcan South, and much of the Vulcan mineralized areas.

Early Proterozoic Dubois Greenstone and Powderhorn Granite is intruded by the latest Proterozoic or Cambrian Iron Hill alkalic complex (originally mapped as limestone of Iron Hill by Larsen, 1942). The area is cut by the northwest-striking Cimarron fault (Armbrustmacher, 1980; Olson and Hedlund, 1981). At the core of the complex is the Iron Hill carbonatite stock.

According to the MRDS database (USGS, 1999a), the area has been prospected since the late 1880's, when magnetite was recognized. The magnetite was never valuable as iron ore because it contained much titanium (perovskite). "Prospectors either mistook magnetite-perovskite for base-metal sulfides or believed that it indicated sulfide presence at depth" (USGS, 1999a). From 1935 to 1944 and again from 1958 to 1961, vermiculite, used in insulation, plaster, tile, and fireproofing, was mined; no production figures are available. Thorium was discovered in 1949 and prospected and studied until 1956, but none was ever produced. It wasn't until 1956 that Iron Hill was recognized as a niobium-bearing carbonatite. Since then, there have been several development and feasibility studies for

extracting titanium oxide, rare-earth elements, and niobium ores; however, no substantial production of any of these commodities is recorded.

## Bondholder

The Bondholder area is roughly equivalent to the Bondholder district on the Stewart Peak and San Luis Peak (Lipman and Sawyer, 1988) quadrangles. It is in the center of the San Luis caldera in Oligocene volcanic rocks including inter-ash flow quartz latitic and andesitic lavas and breccias, Rat Creek Tuff, and quartz latite of Baldy Cinco. Several small heterogeneous hypabyssal intrusive rock units consist of equigranular to coarsely porphyritic gabbro, diorite, granodiorite, monzonite, and quartz monzonite emplaced during the period of ash-flow eruptions (Steven and others, 1974; Day and others, 1999). Minor Quaternary glacial drift is locally exposed. The area may include polymetallic vein deposits in Tertiary volcanic rocks. Prior to Steven and Bieniewski (1977), no reports about the Bondholder area were available. Most of the previous work in the region has focused on the Creede district, on the same trend and several miles to the south.

Earliest records of prospecting date to 1887 with the staking of three mining claims in the vicinity of the Cascade mine (Steven and Bieniewski, 1977). At the Cascade mine, three short tunnels follow irregular curving and branching mineralized fractures with only local concentrations of ore-grade material. Numerous workings in the vicinity of the Woodmansee mine have lead, zinc, and silver values approaching ore-grade. In the 1960's the Allara tunnel was driven "to explore the ground below old workings on the hillside above" (Bieniewski, 1977). None of the mines was economically significant. Bieniewski (1977) attributes at most $100,000 from production in the entire Bondholder area in comparison with the approximately $81 million from Creede.

## Carson

Carson area is a small area, historically known as Carson Camp, on the Lake San Cristobal and Finger Mesa quadrangles. The Carson volcanic center is a 29 Ma monzonite to quartz monzonite plug (Bove and Knepper, 2000) intruding intermediate lavas and breccias and andesites and rhyolites of the Henson and Burns Members of the Silverton Volcanics (Steven and others, 1974; Day and others, 1999). Quaternary glacial drift, especially in Wager Gulch, and landslide material are present locally.

Discontinuous and irregular "gashes and fractures" in the Carson volcanic center contain ore minerals in polymetallic veins in altered porphyry (Larsen, 1911). Ore containing silver and lead with copper (primarily in enargite, chalcopyrite, and galena) and some gold in barite gangue varies in these zones from a few inches to 18 in. wide (Larsen, 1911). Mineralized rock extends south across the divide at the head of Wager Creek into the head of Lost Trail Creek (Vanderwilt,

1947, p. 114), and the area's more productive mines, the St. Jacob and George III, are outside the GMUG Forests. Bog iron deposits are known in Wager Gulch (Larsen, 1911).

## Red Mountain (East)

Red Mountain (East), on the Lake San Cristobal quadrangle, is an altered 22.9 Ma complex of hydrothermally altered dacitic lavas and intrusions that formed on the eastern margin of the coeval Lake City caldera (Bove and others, 2000; Bove and Hon, 1990; Bove, 1988). In the 1970's drill hole exploration delineated reserves of 70 million metric tons of alunite (Bove and others, 2000). Subeconomic porphyry molybdenum and copper mineralized rock is present several hundred meters below the surface (Bove and others, 2000). No development has taken place.

## Lake City

The Lake City area (also known as the Lake Fork or Lake San Cristobal mining district) straddles the Lake City and Lake San Cristobal quadrangles on the northeast flank of the Lake City caldera. Host rocks include Oligocene Dillon Mesa Tuff, Sapinero Mesa Tuff and its Eureka Member, Carpenter Ridge Tuff and its Bachelor Mountain Member and Outlet Tunnel unit, Fish Canyon Tuff, and Henson and Burns Members of the Silverton Volcanics (Tweto and others, 1976; Day and others, 1999). The area includes 23 Ma barite-bearing precious-metal veins and slightly older quartz-base-metal veins (Slack, 1980; Bove and others, 2000). After the initial flurry of activity in the late 1800's, most of the mines have been abandoned or worked only intermittently.

Notable mines in the area include the Golden Fleece (originally the Hotchkiss), which was discovered in 1874 and produced high-grade gold-telluride ore. As of 1926, it was credited with total production of $1.4 million (Henderson, 1926, p. 51; Irving and Bancroft, 1911, p. 14). The Pelican mine produced silver ore intermittently from 1891 to 1960. The ore minerals apparently were freibergite (argentiferous tetrahedrite), pyrargyrite, and galena (Irving and Bancroft, 1911, p. 97). Fanny Fern mine produced silver primarily from tetrahedrite (Brown, 1926, p. 14). In 1920–1923 and 1931, the mine produced at least 1,250 tons of ore yielding about 74,000 oz of silver and 65 oz of gold (computed from MRDS data, USGS, 1999a). Black Crook mine operated intermittently for 12 years until 1903. In 1884, it produced 1,277 tons of ore valued at $124,447 (Irving and Bancroft, 1911, p. 116). Apparently it also produced intermittently from 1913 to 1953. Some production occurred from numerous other small mines in the area (Wilson and others, 2000; USGS, 1999a).

## Golden Wonder

The Golden Wonder is a single mine, not a district. It is singled out from other deposits in the area because of its unique hot spring deposit type in an intrusive volcanic breccia pipe (Slack, 1980). Recorded production includes two carloads in 1906, unrecorded amounts in 1913 and 1935–1937, 63 tons in 1939 (63 oz silver, 46 oz gold), 700 tons in 1961 (205 oz silver, 81 oz gold), and 45 tons in 1981.

The Golden Wonder mine was recognized as unique by Irving and Bancroft (1911, p. 101), but it was classified by them as a "true replacement deposit." Billings (1983) and Billings and Kalliokoski (1982) classified the deposit as a hot springs-type gold-telluride deposit. The ore occurs within a rhyolite flow-dome complex that was emplaced along the ring fracture zone of the Uncompahgre caldera (Billings, 1983). Productive portions of the vein were emplaced in a zone of closely spaced en echelon fractures. Two ore assemblages are present: gold-bearing chert (chert type) and pyrite-marcasite-sulfosalt (sulfide type). The chert type occurs in pods bounded by the fracture surfaces in areas where hydrothermal waters could pond. The sulfide type is found along the vein structure in between the high-grade chert-type pods where the vein structure was more constricted (Billings, 1983; Kalliokoski and Rehn, 1987). Two types of hydrothermal breccias are also present: the silicified dikes with fragments of sulfide and chert veins locally contain gold, whereas the argillically altered dikes do not (Billings, 1983).

## Henson Creek

Henson Creek area includes the polymetallic vein deposits in the eastern part of the historic Galena district on the Lake City, Uncompahgre Peak, and Redcloud Peak quadrangles. This mineralized area is on the northeast edge of the 23 Ma Lake City caldera (Bove and others, 2000; Slack, 1980). Host rocks include Oligocene pre- and inter-ash flow andesitic lavas and breccias, intrusive rocks emplaced during the period of ash-flow eruptions, and Pliocene and Miocene plugs, dikes, and small flows of bimodal rhyolitic rocks (Tweto and others, 1976; Day and others, 1999). There are two main groups of vein deposits: 26 Ma quartz-base-metal veins that are generally tangential to ring fractures of the Lake City caldera and contemporaneous with intrusions in the Capitol City area, and 23 Ma barite-precious metal veins radial to Red Mountain (Bove and others, 2000; Slack, 1980). Ore ranges from mediocre to extremely rich; it is primarily composed of argentiferous galena, argentiferous tetrahedrite (freibergite), native silver, chalcopyrite, and sphalerite. Much of the ore was the result of secondary enrichment and oxidation that were concentrated in the upper parts of the mines, but by 1903 the rich deposits were depleted and the region began its decline (Irving and Bancroft, 1911).

Silver-lead ore was discovered in the Ute and Ulay veins in 1871 (Vanderwilt, 1947, p. 439), and production began in

1874. Together, the veins of the Ute-Ulay mine are among the largest producers of silver and lead in Colorado with about $12 million (gross) as of 1911 (Irving and Bancroft, 1911, p. 14, 89). Production continued intermittently from 1918 to 1967, and some cleanup work was done in 1980 (USGS, 1999a). The adjacent Hidden Treasure has produced ore worth at least another $700,000 (Irving and Bancroft, 1911, p. 89).

Other productive mines include the Ocean Wave, which was discovered in 1876 and ceased production in 1906. It claimed a total production of more than $115,000 (Irving and Bancroft, 1911, p. 86). The Yellow Medicine mine produced $40,000 worth of ore prior to 1896 (Irving and Bancroft, 1911, p. 78) and small amounts intermittently until 1952 (USGS, 1999a). The Czar shipped ore in 1899 (Irving and Bancroft, 1911, p. 14), but the cost to separate the lead and zinc made these shipments unprofitable (Irving and Bancroft, 1911, p. 76). The property was revived briefly in the 1950's (USGS, 1999a). The Capitol City mine was discovered in 1882 and last produced ore in 1954 (USGS, 1999a). The Big Casino mine was discovered in 1876. Although its owners claimed assays ran as high as 200–412 oz silver per ton of ore (Irving and Bancroft, 1911, p. 81), the values for 1927, 1928, and 1968 indicate that 100 tons of ore contained 3,167 oz silver, less than 2 oz gold, 56,534 lb lead, and 51,351 lb zinc (USGS, 1999a). No other production records are available. No production is recorded prior to 1967 for the Pride of America (Sanford and others, 1986) adjacent to the Big Casino (USGS, 1999a). In 1967–1968 and 1976–1977, more than 1,000 tons of ore (containing more than 13,000 oz silver, 182,000 lb lead, and 247,000 lb zinc) were produced (USGS, 1999a). The ore in both mines was galena and freibergite (Irving and Bancroft, 1911, p. 81).

## Uncompahgre Peak

The Uncompahgre Peak area, straddling the Wetterhorn Peak (Luedke, 1972) and Uncompahgre Peak quadrangles, is on trend with regional structure in Oligocene volcanic rocks (Tweto and others, 1976; Day and others, 1999). It includes two similar vein uranium occurrences, the Beth and the Eagle and Mary Alice (Nelson-Moore and others, 1978; Steven and others, 1977; Wilson and others, 2000).

The Beth group of unpatented claims produced 18 tons of ore containing 68 lb of $U_3O_8$ ore in 1958–1961 (USGS, 1999a). The Eagle and Mary Alice claims are inactive prospects that never produced. To the best of our knowledge, no mining activity has occurred and no mineral exploration interest has been shown in the area for nearly 40 years (Nelson-Moore and others, 1978; Steven and others, 1977).

## Cimarron

The Cimarron area also straddles the Wetterhorn Peak (Luedke, 1972) and Uncompahgre Peak quadrangles, north of the Uncompahgre Peak mineralized area. A west-north-west-trending zone of small intrusions in the northern part of the area are exposures of a 30 to 35 Ma quartz monzonite to monzonite volcanic center (Lipman and others, 1976). The Matterhorn Peak stock, at the southern part of the area, is 26 Ma quartz monzonite to monzonite (Lipman and others, 1976; Bove and others, 2000).

The Silver Jack, at the northeast corner of the area, is the only productive mine. It was last worked in 1931 and supposedly produced a small amount of silver and lead ore (probably galena), but no known records of production exist (USGS, 1999a). The Dix and Cimarron Chief, at the southern part of the area in the Matterhorn Peak stock, consist of 240 unpatented claims (USGS, 1999a). Together they constitute an inactive, only slightly developed, molybdenum prospect consisting of several prospect trenches and pits, and one shallow shaft.

## Ouray

As shown, the Ouray area, on the Ouray quadrangle (Luedke and Burbank, 1962), encompasses much of the historic Ouray or Uncompahgre mining district (Luedke and Burbank, 1981). This area includes mineral deposits north of the San Juan volcanic field that are hosted in Paleozoic and Mesozoic sedimentary rocks adjacent to Laramide intrusive rocks (Tweto and others, 1976; Day and others, 1999). The area hosts polymetallic vein and replacement deposits. Major deposits include the American Nettie, Bachelor (including Wedge and Neodesha), Mineral Farm, and Pony Express.

The Bachelor mine (including the Wedge and Neodesha mines) was a large intermittent producer (USGS, 1999a): as of 1905 it was credited with $3.5 million in production (Cross and others, 1907, p. 17). Between 1942 and 1946 it produced an additional 201,000 pounds(!) silver, 2,080,000 lb lead, 1,300,000 lb zinc, and 71,000 lb copper (USGS, 1999a). Ore minerals included galena, sphalerite, chalcopyrite, argentiferous tetrahedrite, and pearceite (Bastin, 1923, p. 70). Locally chalcocite, chrysocolla, argentite, and native silver may also occur (Bastin, 1923, p. 72).

Although the American Nettie is listed as a small intermittent producer (USGS, 1999a), between 1889 and January 1905 it produced 23,641,316 lb of ore valued at $1,464,923.35 (Irving, 1905, p. 70). This ore averaged $123.12 per ton, or 6 oz gold per ton of sorted rock (Irving, 1905, p. 70). When the mine was last worked is not known.

As of 1905, ore values in the Mineral Farm and Pony Express mines were described as "extremely irregular and *** uniformly low" (Irving, 1905, p. 73). Ore from the Pony Express averaged $30 per ton; the average value of the Mineral Farm ore was so low it didn't pay to mine it (Irving, 1905, p. 73).

Production for this area is included with all production from Ouray County for the period 1946–1958. It is not possible, from published reports, to determine the production from the Ouray mineralized area. As of 1988 the American Nettie

BLM_0104419

(Au, Ag, Pb, Zn) was in an exploration and development stage with one employee (Streufert and Ohl, 1989); Black Girl (Ag, Au, Pb, Zn) was on "standby"; and the Bachelor (Ag, Au) was being explored and rehabilitated.

## San Juan

The San Juan mineralized area encompasses all or part of numerous historic mining districts including Burrows Park, western Galena (Henson Creek), Eureka, S. Ouray, Sneffels, Telluride, Ophir; Red Mountain, and Lower San Miguel (Placerville) districts (Plumlee and others, 1995). The area overlaps four counties—Hinsdale, Ouray, San Juan, and San Miguel, and seven quadrangles—Mount Wilson (Bromfield and Conroy, 1963), Ophir (Luedke, 1996), Telluride (Burbank and Luedke, 1966), Ironton (Burbank and Luedke, 1964), Ouray (Luedke and Burbank, 1962), Handies Peak (Luedke and Burbank, 1987), and Redcloud Peak. The mineralized area is centered on the San Juan caldera in the northwestern part of the San Juan volcanic field.

Each of the mining districts has unique characteristics, yet overall, most of the deposits are classified as polymetallic veins and replacements for mineral resource assessment purposes. Numerous well-studied mines are in this area, including the well-known Idarado and Camp Bird mines, and dozens of others. The area could easily have been expanded to the south into the Silverton area. However, that would extend it outside the GMUG forest area; thus an arbitrary southern boundary was drawn. The references listed herein provide more information.

## Wilson Peaks

Wilson Peaks area includes only the mineralized part of the Mount Wilson mining district, straddling the Dolores Peak (Bush and Bromfield, 1966) and Mount Wilson (Bromfield and Conroy, 1963) quadrangles. The Wilson Peak stock, composed mostly of granodiorite and quartz monzonite, intruded Mancos Shale, Telluride Conglomerate, and Tertiary volcanic rocks. Most of the mines and prospects in the area are polymetallic veins in the stock. Locally, some veins cut the contact between metamorphosed and sedimentary rocks (Bromfield and others, 1972).

West- and southwest-striking vein systems are offset by thin barren north-striking veins (Varnes, 1947, p. 428). Productive veins were quartz-filled fissures containing pyrite, chalcopyrite, and arsenopyrite, with lesser amounts of galena, sphalerite, tetrahedrite, stibnite, and calcite. High values of gold occur along with chalcopyrite and galena in narrow pay streaks within fine-grained diorite facies of the diorite. In coarser grained parts of the intrusion, the gold may be associated with arsenopyrite (Varnes, 1947; Bromfield and others, 1972).

Except for the lack of phyllic alteration products and molybdenum, the zone of disseminated and vein-filling chalcopyrite in the quartz monzonite phase of the Wilson Peak stock is similar to that associated with other porphyry copper-molybdenum deposits. The exposed stock may be the deep part of an eroded porphyry system (Van Loenen and others, 1997, p. 71). The small area of exposed volcanic rocks may have potential for Creede-type epithermal veins (Van Loenen and others, 1997, p. 86–87).

Between 1882 and 1898, the Silver Pick mine produced 6,030 tons of ore containing 94,923 oz silver and 32,442 oz gold (USGS, 1999a; Bromfield, 1967, p. 91). The Morning Star produced some ore between 1878 and 1903, 667 tons of ore from 1904 to 1914 (Bromfield, 1967, p. 88), and a small amount in 1952 (USGS, 1999a). Other figures are unknown.

## Western Uranium

A number of historic mining districts that contain sandstone-hosted uranium-vanadium deposits, including Gateway (Vanderwilt, 1947, p. 141), Uravan, Bull Canyon, Gypsum Valley, Slick Rock (Chenoweth, 1981, p. 166), Paradox, and Uravan Mineral Belt (USGS, 1999a; Fischer and Hilpert, 1952), have been combined to form the Western Uranium area (Wilson and others, 2000). In this area, the Permian to Upper Cretaceous sedimentary rock sequence is of predominantly terrestrial origin. Structures present include a series of parallel northwest-trending salt-cored anticlines; associated steeply dipping faults with small displacement cut the fold flanks parallel to the fold axes (Williams, 1964; Haynes and others, 1972; Day and others, 1999). More than 1,200 mines and mineralized sites have been identified in the region (Chenoweth, 1981, p. 166).

Deposits were first mined for radium from 1898 to 1923 (Finch, 1967). In the mid 1930's and continuing through World War II, emphasis shifted to vanadium production for the alloy-steel industry (Chenoweth, 1996, p. 97). Interest in recovery of uranium started in 1942 with the Manhattan project. In 1947, the newly created Atomic Energy Commission contracted to buy uranium concentrates. Production peaked in 1960 and grew under a program of government price supports, which ended in 1970 (Chenoweth, 1996; 1981). Demand from the nuclear energy industry sustained production until 1990, when the last mill shut down (Chenoweth, 1996, p. 95). Between 1947 and 1982, the Uravan Mineral Belt produced 85 million lb of uranium oxide (calculated from Chenoweth, 1996, p. 98; USGS, unpub. data), and 427 million lb of vanadium oxide was produced between 1947 and 1982 (USGS, unpub. data). Vanadium production prior to 1947 amounted to less than a tenth of that produced after 1947.

## Sinbad

The Sinbad area includes redbed copper deposits in Sinbad Valley, including the Copper Rivet and Pyramid (Wilson and others, 2000). The area overlaps the Juanita Arch

(Shoemaker, 1955), Roc Creek (Shoemaker, 1956), and Dolores Point South quadrangles and is surrounded by uranium deposits. The area is underlain by Pennsylvanian to Jurassic sedimentary rock units, especially Hermosa, Cutler, Chinle, and Moenkopi Formations (Williams, 1964; Day and others, 1999). The copper deposits are structurally controlled, in veins and disseminated zones or horizons along cross-faults on the flank of a salt anticline.

As of 1921, there had been "considerable prospecting" at the Pyramid and Copper Rivet properties (Coffin, 1921). In 1940 and 1942 the area shipped 30 tons of ore containing 9 percent copper and 4 oz silver per ton (Vanderwilt, 1947, p. 142). The small tonnage of low-grade copper ore was deemed unsuitable for acid leaching and not adaptable to open-cut mining operations (Traver, 1947, p. 491).

## Sunrise/Morning Glory

This area includes known redbed copper deposits on the Roc Creek (Shoemaker, 1956) quadrangle. The area is underlain by Triassic Chinle, and Jurassic Kayenta and Wingate Formations on the flank of a salt anticline (Williams, 1964; Day and others, 1999). The veins and disseminated deposits are structurally controlled along the northern extension of the Cashin fault (Coffin, 1921, p. 220).

Very little ore has been shipped from any of the properties in the West Paradox Valley. The Sunrise mine, on a N. 22° E.-trending fault, "produced 12 cars of ore assaying better than 30% copper and containing from 6 to 10 ounces of silver per ton" (Coffin, 1921, p. 220). The Fairview claim "encountered a little ore," and the Morning Glory was a prospect (Coffin, 1921, p. 220).

## Cashin (La Sal Creek)

he Cashin area, on the Paradox quadrangle (Withington, 1955), is roughly equivalent to the La Sal Creek mining district. Its redbed copper deposits are concentrated along northeast-trending faults in Permian to Jurassic sedimentary rock units on the flank of the Paradox salt anticline (Williams, 1964; Day and others, 1999). Major deposits in the area include the Cashin and Cliffdweller (USGS, 1999a).

The ore is concentrated along two intersecting fault fissures in the Dolores Formation (Vanderwilt, 1947, p. 151). Adjacent to the fissures, chalcocite impregnates sandstone. Native copper with some native silver is found in breccia zones. Copper sulfides in many places occur higher in the fissures than the metallic copper. The fissures have been developed by several hundred feet of tunnels and winzes (Vanderwilt, 1947, p. 151). Before 1920, an unspecified amount of ore was shipped that contained 35–50 percent copper with 8–10 oz silver per ton (Vanderwilt, 1947, p. 154). From 1937 to 1945 between one and three lode mines, presumably including the Cashin and Cliffdweller, produced 97 oz gold, 59,537 oz silver, and 1,462,200 lb copper (Vanderwilt, 1947, p. 153).

Exploration drilling has revealed a reserve of 10.9 million tons of 0.55 percent copper at the Cashin Mine (Anonymous, 1995).

# References Cited

Afifi, A.M., 1981a, Precambrian geology of the Iris area, Gunnison and Saguache Counties, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 197 p.

Afifi, A.M., 1981b, Stratigraphy, petrology, and structure of Precambrian metavolcanic rocks in the Iris area, Gunnison and Saguache Counties, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 287–292.

Anonymous, 1995, Feasibility gives Lisbon Valley the passing grade: The Northern Miner, v. 81, no. 28, Sept. 11, 1995, pages unknown.

Argall, G.O., Jr., 1943, Scheelite occurrences in Colorado: Colorado School of Mines, Mines Magazine, v. 33, no. 6, p. 313–314.

Armbrustmacher, T.J., 1980, Abundance and distribution of thorium in the carbonatite stock at Iron Hill, Powderhorn district, Gunnison County, Colorado: U.S. Geological Survey Professional Paper 1049–B, p. B1–B11.

Bastin, E.S., 1923, Silver enrichment in the San Juan Mountains, Colorado, in Ransome, F.L., Mansfield, G.R., and Burchard, E.F., eds., Contributions to economic geology 1922—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 735, p. 65–129.

Bickford, M.E., Shuster, R.D., and Boardman, S.J., 1989, U-Pb geochronology of the Proterozoic volcano-plutonic terrane in the Gunnison and Salida areas, Colorado, in Grambling, J.A., and Tewksbury, B.J., eds., Proterozoic geology of the southern Rocky Mountains: Geological Society of America Special Paper 235, p. 33–48.

Bieniewski, C.L., 1977, Economic appraisal, in Steven, T.A., and Bieniewski, C.L., eds., Mineral resources of the La Garita Wilderness, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Bulletin 1420, p. 40–64.

Billings, Patty, 1983, Underground geologic maps of the Golden Wonder mine, Lake City, Hinsdale County, Colorado: U.S. Geological Survey Open-File Report 83-907.

Billings, Patty, and Kalliokoski, J., 1982, Alteration and geologic setting of the Golden Wonder mine, western San Juan Mountains, Colorado: Geological Society of America Abstracts with Programs, v. 14, no. 7, p. 443–444.

Bove, D.J., 1988, Evolution of the Red Mountain alunite deposit, Lake City, Colorado: Boulder, Colo., University of Colorado M.S thesis, 179 p.

Bove, D.J., Hon, Ken, Budding, K.E., Slack. J.R., Snee, L.W., and Yeoman, R.A., 2000, Geochronology and geology of late Oligocene through Miocene volcanism and mineralization in the western San Juan Mountains, Colorado, version 1.0: U.S. Geological Survey Open-File Report 99-347, 35 p., URL: http://pubs.usgs.gov/of/1999/ofr-99-0347/.

Bove, D.J., and Knepper, D.H., Jr., 2000, Surface water data and geographic relation to Tertiary age intrusions and hydrothermal alteration in the Grand Mesa, Uncompahgre, and Gunnison National Forests (GMUG) and intervening Bureau of Land Management (BLM) lands: U.S. Geological Survey Open-File Report 00-271, URL: http://pubs.usgs.gov/of/2000/ofr-00-0271/, computer file.

Bove, D.J., Rye, R.O., and Hon, Ken, 1990, Evolution of the Red Mountain alunite deposit, Lake City, Colorado: U.S. Geological Survey Open-File Report 90-235, 30 p.

Bromfield, C.S., 1967, Geology of the Mount Wilson quadrangle, western San Juan Mountains, Colorado: U.S. Geological Survey Bulletin 1227, 100 p.

Bromfield, C.S., and Conroy, A.R., 1963, Preliminary geologic map of the Mount Wilson quadrangle, San Miguel County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF–273, scale 1:24,000.

Bromfield, C.S., Williams, F.E., and Popenoe, Peter, 1972, Mineral resources of the Wilson Mountains Primitive Area, Colorado: U.S. Geological Survey Bulletin 1353–A, p. A1–A79.

Brown, W.H., 1926, The mineral zones of the White Cross district and neighboring deposits in Hinsdale County, Colorado: Colorado School of Mines, Mines Magazine, v. 15, p. 5–15.

Bryant, Bruce, 1969, Geologic map of the Maroon Bells quadrangle, Pitkin and Gunnison Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–788, scale 1:24,000.

Burbank, W.S., and Luedke, R.G., 1964, Geology of the Ironton quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–291, scale 1:24,000.

Burbank, W.S., and Luedke, R.G., 1966, Geologic map of the Telluride quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–504, scale 1:24,000.

Bush, A.L., and Bromfield, C.S., 1966, Geologic map of the Dolores Peak quadrangle, Dolores and San Miguel Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–536, scale 1:24,000.

Chenoweth, W.L., 1981, The uranium-vanadium deposits of the Uravan Mineral Belt and adjacent areas, Colorado and Utah, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 165–170.

Chenoweth, W.L., 1996, The uranium industry in the Paradox Basin, in Huffman, A.C., Jr., Lund, W.R., and Godwin, L.H., eds., Geology and resources of the Paradox Basin: Utah Geological Association Guidebook 25, p. 95–108.

Coffin, R.C., 1921, Radium, uranium, and vanadium deposits of southwestern Colorado: Colorado Geological Survey Bulletin 16, 231 p.

Crawford, R.D., and Worcester, P.G., 1916, Geology and ore deposits of the Gold Brick district, Colorado: Colorado Geological Survey Bulletin 10, 116 p.

Cross, Whitman, Howe, Ernest, and Irving, J.D., 1907, Ouray Folio, Colorado: U.S. Geological Survey, Geologic atlas of the United States, Folio 153, 20 p.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1° × 2° geologic maps: U.S. Geological Survey Open-File Report 99-427, CD-ROM.

Dings, M.G., and Robinson, C.S., 1957, Geology and ore deposits of the Garfield quadrangle, Colorado: U.S. Geological Survey Professional Paper 289, 110 p.

Drobeck, P.A., 1981, Proterozoic syngenetic massive sulfide deposits in the Gunnison Gold Belt, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 279–286.

Ellis, C.E., 1983, Mineral investigation of the Oh-Be-Joyful Wilderness Study Area, Gunnison County, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 81-83, 59 p.

Finch, W.I., 1967, Geology of epigenetic uranium deposits in sandstone in the United States: U.S. Geological Survey Professional Paper 538, 121 p.

Fischer, R.P., and Hilpert, L.S., 1952, Geology of the Uravan Mineral Belt: U.S. Geological Survey Bulletin 988–A, p. 1–13.

Fridrich, C.J., DeWitt, Ed, Bryant, Bruce, Richard, S.M., and Smith, R.P., 1998, Geologic map of the Collegiate Peaks Wilderness Area and the Grizzly Peak caldera, Sawatch Range, central Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I–2565, scale 1:50,000, 29 p.

Garrett, H.L., 1950, The geology of Star Basin and Star mine, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 45 p.

Gaskill, D.L., DeLong, J.E., Jr., and Cochran, D.M., 1987, Geologic map of the Mt. Axtell quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1604, scale 1:24,000.

Gaskill, D.L., and Godwin, L.H., 1966b, Geologic map of the Marcellina Mountain quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–511, scale 1:24,000.

Gaskill, D.L., Godwin, L.H., and Mutschler, F.E., 1967, Geologic map of the Oh-Be-Joyful quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–578, scale 1:24,000.

Gaskill, D.L., Mutschler, F.E., Kramer, J.H., Thomas, J.A., and Zahony, S.G., 1991, Geologic map of the Gothic quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1689, scale 1:24,000.

Goodknight, C.S., 1981, Uranium in the Gunnison country, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 183–189.

Harder, E.C., 1909, The Taylor Peak and Whitepine iron-ore deposits, Colorado, in Hayes, C.W., and Lindgren, Waldemar, eds., Contributions to economic geology 1908—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 380-E, p. 188–198.

Harrer, C.M., and Tesch, W.J., Jr., 1959, Reconnaissance of iron occurrences in Colorado: U.S. Bureau of Mines Information Circular 7918, 82 p.

Haynes, D.D., Vogel, J.D., and Wyant, D.G., 1972, Geology, structure, and uranium deposits of the Cortez quadrangle, Colorado and Utah: U.S. Geological Survey Miscellaneous Investigations Series Map I–629, scale 1:250,000.

Hedlund, D.C., 1974, Geologic map of the Big Mesa quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1153, scale 1:24,000.

Hedlund, D.C., and Olson, J.C., 1973, Geologic map of the Carpenter Ridge quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1070, scale 1:24,000.

Hedlund, D.C., and Olson, J.C., 1975, Geologic map of the Powderhorn quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1178, scale 1:24,000.

Henderson, C.W., 1926, Mining in Colorado; a history of discovery, development, and production: U.S. Geological Survey Professional Paper 138, 263 p.

Hill, J.M., 1909, Notes on the economic geology of southeastern Gunnison County, Colorado, in Hayes, C.W., and Lindgren, Waldemar, eds., Contributions to economic geology 1908—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 380-A, p. 21–40.

Irving, J.D., 1905, Ore deposits of the Ouray district, Colorado, in Emmons, S.F., and Hayes, C.W., eds., Contributions to economic geology 1904: U.S. Geological Survey Bulletin 260, p. 50–77.

Irving, J.D., and Bancroft, Howland, 1911, Geology and ore deposits near Lake City, Colorado: U.S. Geological Survey Bulletin 478, 128 p.

Kalliokoski, J., and Rehn, Patty, 1987, Geology of the veins and vein sediments of the Golden Wonder mine, Lake City, Colorado—An epithermal hot springs gold-alunite deposit: U.S. Geological Survey Open-File Report 87-344, 46 p.

Larsen, E.S., 1911, The economic geology of Carson Camp, Hinsdale County, Colorado, in Hayes, C.W., and Lindgren, Waldemar, eds., Contributions to economic geology 1910—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 470-B, p. 30–38.

Larsen, E.S., Jr., and Jenks, W.F., 1942, Alkalic rocks of Iron Hill, Gunnison County, Colorado, in Shorter contributions to general geology 1941–42: U.S. Geological Survey Professional Paper 197-A, p. 1–64.

Lipman, P.W., Fisher, F.S., Mehnert, H.H., Naeser, C.W., Luedke, R.G., and Steven, T.A., 1976, Multiple ages of mid-Tertiary mineralization and alteration in the western San Juan Mountains, Colorado: Economic Geology, v. 71, no. 3, p. 571–588.

Lipman, P.W., and Sawyer, D.A., 1988, Preliminary geology of the San Luis Peak quadrangle and adjacent areas, San Juan volcanic field, southwestern Colorado: U.S. Geological Survey Open-File Report 88-359, 32 p.

Luedke, R.G., 1972, Geologic map of the Wetterhorn Peak quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1011, scale 1:24,000.

Luedke, R.G., 1996, Geologic map of the Ophir quadrangle, San Juan, San Miguel, and Dolores Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1760, scale 1:24,000.

Luedke, R.G., and Burbank, W.S., 1962, Geology of the Ouray quadrangle, southwestern Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–152, scale 1:24,000.

Luedke, R.G., and Burbank, W.S., 1981, Geologic map of the Uncompahgre (Ouray) mining district, southwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I–1247, scale 1:12,000.

Luedke, R.G., and Burbank, W.S., 1987, Geologic map of the Handies Peak quadrangle, San Juan, Hinsdale, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1595, scale 1:24,000.

Lynch, W.C., Beaty, D.W., Gonzalez-Urien, Eliseo, and Reisbick, Fred, 1985, The Mt. Bellview, Colorado, igneous-hydrothermal-breccia complex—A calc-alkaline molybdenite occurrence: Geological Society of America Abstracts with Programs, v. 17, no. 4, p. 253.

Malan, R.C., and Ranspot, H.W., 1959, Geology of the uranium deposits in the Cochetopa mining district, Saguache and Gunnison Counties, Colorado: Economic Geology, v. 54, no. 1, p. 1–19.

McCulla, Michael, 1980, The genesis of the Los Ochos uranium deposits, Saguache County, Colorado: Reno, Nev., University of Nevada M.S. thesis, 128 p.

Mutschler, F.E., 1970, Geologic map of the Snowmass Mountain quadrangle, Pitkin and Gunnison Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–853, scale 1:24,000.

Nash, J.T., 1979, Geology, petrology, and chemistry of the Leadville Dolomite—Host for uranium at the Pitch mine, Saguache County, Colorado: U.S. Geological Survey Open-File Report 79-1566, 54 p.

Nash, J.T., 1988, Geology and geochemistry of the Pitch Uranium mine area, Saguache County, Colorado: U.S. Geological Survey Bulletin 1797, 38 p.

Nelson-Moore, J.L., Collins, D.B., and Hornbaker, A.L., 1978, Radioactive mineral occurrences of Colorado and bibliography: Colorado Geological Survey Bulletin 40, 1054 p.

Olson, J.C., 1974, Geologic map of the Rudolph Hill quadrangle, Gunnison, Hinsdale, and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1177, scale 1:24,000.

Olson, J.C., 1976a, Geologic map of the Iris quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1286, scale 1:24,000.

Olson, J.C., 1976b, Geologic map of the Houston Gulch quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1287, scale 1:24,000.

Olson, J.C., 1977, Preliminary geologic map of part of the Pahlone Peak quadrangle, Gunnison, Saguache, and Chaffee Counties, Colorado: U.S. Geological Survey Open-File Report 77-325, scale 1:24,000.

Olson, J.C., 1988, Geology and uranium deposits of the Cochetopa and Marshall Pass districts, Saguache and Gunnison Counties, Colorado: U.S. Geological Survey Professional Paper 1457, 44 p.

Olson, J.C., and Hedlund, D.C., 1973, Geologic map of the Gateview quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1071, scale 1:24,000.

Olson, J.C., and Hedlund, D.C., 1981, Alkalic rocks and resources of thorium and associated elements in the Powderhorn district, Gunnison County, Colorado: U.S. Geological Survey Professional Paper 1049–C, p. C1–C34.

Olson, J.C., and Steven, T.A., 1976a, Geologic map of the Sawtooth Mountain quadrangle, Saguache County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF–733, scale 1:24,000.

Olson, J.C., and Steven, T.A., 1976b, Geologic map of the Razor Creek Dome quadrangle, Saguache County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF–748, scale 1:24,000.

Olson, J.C., Steven, T.A., and Hedlund, D.C., 1975, Geologic map of the Spring Hill Creek quadrangle, Saguache County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF–713, scale 1:24,000.

Parker, B.H., Jr., 1961, The geology of the gold placers of Colorado: Golden, Colo., Colorado School of Mines Ph. D. dissertation, 578 p.

Plumlee, G.S., Streufert, R.K., Smith, K.S., Smith, S.M., Wallace, A.R., Toth, M.I., Nash, J.T., Robinson, R.A., Ficklin, W.H., and Lee, G.K., 1995, Map showing potential metal-mine drainage hazards in Colorado, based on mineral-deposit geology: U.S. Geological Survey Open-File Report 95-26, scale 1:750,000.

Prather, T.L., 1961, Geology of the North Italian Mountain area, Gunnison County, Colorado: Boulder, Colo., University of Colorado M.S thesis, 76 p.

Sanford, R.F., Kramer, A.M., and O'Brien, Hugh, 1986, Geology, mineralogy, and paragenesis of the Pride of America mine, Lake City, Hinsdale County, Colorado: U.S. Geological Survey Open-File Report 86-629, 22 p.

Sheridan, D.M., Raymond, W.H., and Cox, L.J., 1981, Pre-cambrian sulfide deposits in the Gunnison region, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah:  New Mexico Geological Society Guidebook, 32nd Field Conference, p. 273–277.

Shoemaker, E.M., 1955, Geology of the Juanita Arch quadrangle, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ–81, scale 1:24,000.

Shoemaker, E.M., 1956, Geology of the Roc Creek quadrangle, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ–83, scale 1:24,000.

Slack, J.F., 1980, Multistage vein ores of the Lake City district, western San Juan Mountains, Colorado:  Economic Geology, v. 75, no. 7, p. 963–991.

Slebir, E.J., 1957, The geology of the North Cement Creek area, Gunnison County, Colorado:  Golden, Colo., Colorado School of Mines M.S. thesis, 93 p.

Socolow, A.A., 1955, Geology of the Irwin district, Colorado:  New York, Columbia University Teachers College Ph. D. dissertation, 113 p.

Staatz, M.H., and Trites, A.F., 1955, Geology of the Quartz Creek pegmatite district, Gunnison County, Colorado:  U.S. Geological Survey Professional Paper 265, 111 p.

Steven, T.A., and Bieniewski, C.L., 1977, Mineral resources of the La Garita Wilderness, San Juan Mountains, southwestern Colorado, *with a section on* Geophysical interpretation by G.P. Eaton:  U.S. Geological Survey Bulletin 1420, 65 p.

Steven, T.A., Lipman, P.W., Fisher, F.S., Bieniewski, C.L., and Meeves, H.C., 1977, Mineral resources of study areas contiguous to the Uncompahgre Primitive Area, San Juan Mountains, southwestern Colorado:  U.S. Geological Survey Bulletin 1391–E, p. E1–E126.

Steven, T.A., Lipman, P.W., Hail, W.J., Jr., Barker, Fred, and Luedke, R.G., 1974, Geologic map of the Durango quadrangle, southwestern Colorado:  U.S. Geological Survey Miscellaneous Investigations Series Map I–764, scale 1:250,000.

Streufert, R.K., and Cappa, J.A., 1994, Location map and descriptions of metal occurrences in Colorado with notes on economic potential:  Colorado Geological Survey Map Series 28, 35 p.

Streufert, R.K., and Ohl, J.P., 1989, Colorado metal mining activity map with directory:  Colorado Geological Survey Map Series 25, scale 1:500,000.

Thomas, J.A., and Galey, J.T., Jr., 1982, Exploration and geology of the Mount Emmons molybdenite deposits, Gunnison County, Colorado:  Economic Geology, v. 77, no. 5, p. 1085–1104.

Touhmin, Priestly, III, and Hammarstrom, J.M., 1990, Geology of the Mount Aetna volcanic center, Chaffee and Gunnison Counties, Colorado:  U.S. Geological Survey Bulletin 1864, 44 p.

Traver, W.M., Jr., 1947, Investigations of strategic mineral resources, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 471–496.

Tweto, Ogden, Steven, T.A., Hail, W.J., Jr., and Moench, R.H., 1976, Geologic map of the Montrose 1° × 2° quadrangle, southwestern Colorado:  U.S. Geological Survey Mineral Investigations Field Studies Map MF–761, scale 1:250,000.

U.S. Geological Survey, 1999a, Mineral Resource Data System (MRDS: active computer file):  Data available from U.S. Geological Survey, Mineral Resources Program, Building 20, Denver Federal Center, Denver, Colo. 80225.

U.S. Geological Survey, 1999b, Minerals Availability System (MAS: active computer file):  Data available from U.S. Geological Survey, Minerals Information Team (formerly U.S. Bureau of Mines), Building 20, Denver Federal Center, Denver, Colo. 80225.

Van Loenen, R.E., and Gibbons, A.B., eds., 1997, Mineral resource potential and geology of the San Juan National Forest, Colorado, *with a section on* Salable minerals by A.G. Raby and J.S. Dersch:  U.S. Geological Survey Bulletin 2127, 140 p.

Vanderwilt, J.W., 1947, Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, 547 p.

Varnes, D.J., 1947, Mount Wilson district, San Miguel County, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 428.

Ward, J.M., 1978, History and geology of Homestake's Pitch Project, Saguache County, Colorado [abs.], *in* Miller, J.J., ed., Light metals 1978; Proceedings of sessions, 107th AIME annual meeting, Denver, Colo., February 26–March 2, 1978:  New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, pages unknown.

Weisner, R.C., and Bieniewski, C.L., 1984, Mineral investigation of the Maroon Bells–Snowmass Wilderness and three adjacent Wilderness Study Areas, Gunnison and Pitkin Counties, Colorado:  U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 23-84, 159 p.

BLM_0104425

Williams, P.L., 1964, Geology, structure, and uranium deposits of the Moab quadrangle, Colorado and Utah:  U.S. Geological Survey Miscellaneous Investigations Series Map I–360, scale 1:250,000.

Wilson, A.B., Spanski, G.T., Crane, M.J., and Woodard, M.D., 2000, Databases and spatial data model for mineralized areas, mines, and prospects in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado:  U.S. Geological Survey Open-File Report 00-298, CD-ROM. URL: http://pubs.usgs.gov/of/2000/ofr-00-0298/.

Withington, C.F., 1955, Geology of the Paradox quadrangle, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ–72, scale 1:24,000.

BLM_0104426

# Qualitative and Quantitative Mineral Resource Assessment Methodology

By Gregory T. Spanski and Viki Bankey

**Chapter F of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–F

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104427

# Contents

Abstract .................................................................................................................................... 89
Mineral Deposit Types in the GMUG Greater Study Area ..................................................... 89
Delineation of Permissive and Favorable Mineral Deposit Potential Tracts ...................... 89
Quantitative Assessment of Locatable Mineral Resource Potential ................................... 94
Grade and Tonnage Models .................................................................................................. 94
Estimation of Undiscovered Deposits .................................................................................. 96
Estimation of Endowments ................................................................................................... 96
References Cited .................................................................................................................... 96
Appendix F1. Mark3 Mineral Resource Endowment Estimates ........................................ 97

# Figures

F1.   Diagram bitmapping favorable criteria ................................................................. 95
F2.   Graph showing example of a cumulative frequency plot of ore endowment
        estimates from a Mark3 simulation ..................................................................... 99
F3–F7.   Graphs showing simulated Mark3 endowment distributions occurring in
        undiscovered deposits in permissive tracts in GMUG greater study area:
        F3.   Climax-type porphyry molybdenum deposits:  ore and molybdenum ................... 100
        F4.   Porphyry molybdenum, low fluorine deposits:  ore and molybdenum ................. 101
        F5.   Precambrian Kuroko-type massive sulfide deposits:  ore and copper ................. 102
        F6.   Precambrian Kuroko-type massive sulfide deposits:  zinc and lead ................... 103
        F7.   Precambrian Kuroko-type massive sulfide deposits:  silver and gold ................ 104

# Tables

F1. Deposit types compatible with geologic environments in GMUG forests .............................. 90
F2. Areas and percentages calculated for permissive and favorable tracts for
        mineral resource assessments ....................................................................................... 93

# Qualitative and Quantitative Mineral Resource Assessment Methodology

By Gregory T. Spanski and Viki Bankey

## Abstract

We conducted an assessment of mineral resource potential for a select number of deposit types within the GMUG greater study area, beginning with an initial consideration of mineral types likely to be present in the area. Of these, we selected the most important, both those historically and those having potential for future development. Included for assessment are granite- and granodiorite-hosted porphyry molybdenum, sandstone-hosted uranium, volcanic-associated massive sulfide, polymetallic vein, polymetallic replacement, and sediment-hosted redbed copper deposits. From descriptive models for these deposit types, we determined criteria to allow us to identify areas of permissive and favorable resource potential. Finally, quantitative assessments were performed on four of the deposit types that had adequate information available (grade and tonnage models).

## Mineral Deposit Types in the GMUG Greater Study Area

Information about the geoenvironmental and physical characteristics of mineral deposit types has been assembled in descriptive models. For examples, see Erickson, 1982; Eckstrand, 1984; Cox and Singer, 1986; Roberts and Sheahan, 1988; Bliss, 1992; Hoover and others, 1992. The information in a descriptive model is used to identify areas where deposits are likely to occur, to judge the degree of that likelihood, and to classify known mineral occurrences. Identification is based on how closely geologic conditions in an area agree with those in the descriptive model or on the presence of mineral occurrences that represent the deposit type.

Mineral deposit types initially considered in the GMUG area are listed in table F1. They were identified through comparisons of geoenvironmental settings observed in the study area and mineral occurrences. The geologic conditions used to qualify each deposit type for consideration are listed with examples of known mineral occurrences where available. Model numbers correspond to those used in Cox and Singer (1986).

The mineral resource potential was assessed for seven deposit types: granitic and granodioritic porphyry molybdenum, sandstone-hosted uranium, volcanic-associated massive sulfide, polymetallic vein, polymetallic replacement, and sediment-hosted redbed copper. Their selection is based on both the prominent role that these deposit types have played in the area's mining history and the expectation that these are the most likely deposit types for development in the foreseeable future. Results are detailed in the following chapters of this volume.

In the case of the other 15 deposit types considered (table F1), available information is insufficient to support either a belief in a more-than-negligible probability for undiscovered deposits or an expectation for significant near-term exploration or development under any foreseeable economic scenario, with one exception. That exception is the vein- and sediment-hosted uranium occurrences that occur in the Marshall Pass and Cochetopa areas. Several deposits, the Pitch mine and the Thornburg (Los Ochos) mine, have produced 1.2 and 1.4 million lb respectively of $U_3O_8$ (Goodknight and Ludlam, 1981). However, these deposits are not amenable to quantitative evaluation. Controversy surrounding their genesis (Olson, 1988) prevents their identification with a specific deposit model, and in the absence of a descriptive model, formal resource potential tracts cannot be delineated. It is reasonable to expect that interest in exploration for similar deposits will occur during periods of favorable market conditions for uranium. The focus on where that interest might occur depends upon the genetic model on which the exploration philosophy is based. Insights on areas of future interest regarding these deposits are summarized by Goodknight and Ludlam (1981).

## Delineation of Permissive and Favorable Mineral Deposit Potential Tracts

A mineral deposit potential tract defines an area where the known or inferred geologic conditions at the surface or in the shallow subsurface suggest that the probability of one or more undiscovered deposits existing is more than negligible.

BLM_0104429

**Table F1.** Deposit types compatible with geologic environments in GMUG forests.

| Deposit type | USGS Model No.[1] | Terrane favorability characteristics[2] | Known examples[3] |
|---|---|---|---|
| Granite-hosted porphyry Mo. | 16 | High-silica granite (rhyolite) to alkalic plutonic and hypabyssal intrusions associated with contemporaneous extensional tectonism. Polymetallic vein mineralization with accessory fluorite, rhodochrosite, high-temperature tungstates, or Climax Mo type mineralization. Propylitic alteration zones with anomalous levels of Cu, Pb, Mo, Sn, F, U, Rb, W, Nb, Ta, and (or) Zn. Multi-stage intrusive history of development in a high-silica granite or alkalic plutonic system. Volcanic vent or caldera complex exhibiting multiple resurgent events. | Elk Mtn. (Gothic) dist./ AMAX drilling project. Quartz Creek dist./ Morning Glory mine. Ruby dist./ Mt. Emmons (Red Lady Basin), Redwell Basin prospects. |
| Granodiorite-hosted porphyry Mo. | 21a | Porphyritic granodioritic to quartz monzonitic (calc-alkaline) intrusions emplaced in a convergent plate boundary environment. Polymetallic vein and (or) polymetallic replacement and (or) skarn mineralization. Anomalous levels of Cu, Mo, Au, Ag, W, B, Sr, Pb, Zn, As, Sb, Se, Te, Mn, Co, Ba, and (or) Rb in soil/stream sediment/rock. | Capitol City area. The Blowout. Matterhorn Center. |
| Sandstone-hosted U-V | 30c* | Feldspathic alluvial to fluvial sandstone with localized reduced facies zones or felsic tuffaceous sandstone. Sandstone-hosted U mineralization. Anomalous levels of background radioactivity in soils and ground water. Anomalous levels of U, V, Mo, Se, Cu, and Ag in soil/ stream-sediment samples. | Ruby (Irwin) dist./ Standard mine, Jenny claims. Uravan Mineral Belt. |
| Volcanic-associated massive sulfide. | 28a | Presence of Proterozoic bimodal (mafic or felsic) metavolcanic or associated metasedimentary rocks. Areas proximal to felsic volcanic centers. Regions within or adjacent to known mineralized areas containing VMS deposits and prospects. Anomalous enrichments in Zn, Cu, and Au in stream-sediment samples. | Gold Basin (Green Mtn) dist./ Graflin mine. Iris dist./ Denver City, Shawnee #33 mines. Cochetopa dist./ Alaska-Yukon mine. Goose Creek dist./ Headlight, Anaconda mines. Vulcan dist./Good-Hope, Vulcan, Midland mines. |
| Polymetallic veins (PMV) | 22c | Presence of intermediate to felsic (calc-alkaline) shallow, subvolcanic Tertiary intrusions or geophysical evidence for them. Polymetallic vein, polymetallic replacement, skarn, and (or) porphyry mineralization. Geochemically anomalous concentrations of Cu, Pb, Zn, or detectable Ag or Au. Dominant fractures such as those related to calderas and caldera-related structures or zones of extensional tectonic activity. Hydrothermal alteration minerals and zones of propylitic alteration and (or) silicification of carbonate rocks. | Elk Mtn. (Gothic) dist./ Sylvanite mine. Goldbrick dist./ Carter-Raymond, Gold Links mines. Tincup dist./ Jimmy Mack, Deacon, Indiana mines. Tomichi (Whitepine) dist./ Spar Copper, Lilly mines. Quartz Creek dist./ Bon Ton, Complex, Ida May mines. Taylor Park dist. Lake Fork (Lake San Cristobal) dist./Gold Quartz mine. Galena (Henson Creek) dist./ Ute-Ulay, Pride of America, Vermont-Ocean Wave, Dolly Varden mines. Cimarron dist./ Silverjack mine. Burrows Park (Whitecross) dist./Champion mine. Sherman dist. Carson Camp dist./ Bachelor mine. Larson Center area. Matterhorn Center area. Upper Cow Creek Center area. Eureka (Mineral Point, Poughkeepsie) dist. |

BLM_0104430

**Table F1.** Deposit types compatible with geologic environments in GMUG forests.—Continued

| Deposit type | USGS Model No.[1] | Terrane favorability characteristics[2] | Known examples[3] |
|---|---|---|---|
| Polymetallic replacement. | 19a | Permeable or chemically reactive rocks, especially carbonates, proximal to known or inferred Tertiary or Cretaceous felsic intrusive (plutonic or calc-alkaline hypabyssal) rocks. Polymetallic replacement, polymetallic vein, skarn, and (or) porphyry mineralization. Anomalous levels of Ag, Pb, or Zn in stream-sediment or rock samples. Localized areas of dolomitization or silicification of limestones and (or) jasperoid or calc-silicate alteration of carbonate rocks and (or) argillic-propylitic alteration of carbonate rocks and (or) argillic-propylitic alteration of igneous rocks. | Elk Mtn. (Gothic) dist./ minor occurrences. Tincup dist./ Tincup, Drew, Gold Cup mines. Tomichi (Whitepine) dist./ Akron, Erie, Eureka-Nest Egg, Morning Star mines. Quartz Creek dist./ Maid of Athens, Silent Friend mines. Spring Creek dist./ Doctor mine. |
| Sediment-hosted redbed Cu. | 30b.2* | Clastic sedimentary rocks containing permeable stratigraphic intervals. Salt-cored anticlines and associated prominent faults near axial zones of anticlines. Evidence of mineralizing activity commonly associated with Cu-U-V. | La Sal dist./ Cashin mine. |
| Thorium-rare earth veins | 11d | Alkalic plutonic rocks (inclusive of carbonatites). Thorite- and (or) monazite-bearing quartz veins. Anomalous levels of Th-oxide in alkalic rocks and Th and REE in soil/ stream sediment. | Powderhorn area/ Genie 32, May Queen, Badger 1, Little Johnnie 1 & 2, Black Mica mines, Whitney prospect. |
| Carbonatite | 10 | Carbonatite and associated alkalic plutonic rocks. Zones of fenitized and brecciated rocks. Anomalous levels of Nb and (or) REE in soil/ stream sediment. | Powderhorn (White Earth) dist. |
| Epithermal quartz-alunite veins. | 25e | Felsic volcanogenic and hypabyssal calc-alkaline rocks. Areas of pervasive acid-sulfate alteration or advanced argillic alteration with alunite, pyrophyllite, kaolinite and cristobalite. Massive opaline or chalcedonic silicification of permeable rocks. Porphyry and (or) polymetallic replacement mineralization. Anomalous levels of Au, As, Cu, base metals, Te(?) and W in soil/ stream sediment. Prominent through-going faults and fractures. | Red Mountain area. |
| Epithermal quartz-adularia veins. | 25c+ 25d | Subaerial accumulations of volcanogenic rocks of intermediate to felsic calc-alkaline to alkaline composition. Caldera complex exhibiting resurgent intrusive activity. Precious-metal-bearing quartz-adularia-calcite vein mineralization. Quartz-alunite vein or hot spring mineralization. Prominent through-going faults or fractures. Silicic, argillic to advanced argillic, phyllic, and propylitic zoned alteration with low sulfide content. Gold placer mineralization. Anomalous levels of Hg, Au, As, Sb, Cu, Se, Te, Mo, Zn, and (or) Pb in soil/ stream sediment. | Lake Fork (Lake San Cristobal) dist./ Golden Fleece, Gold Quartz mines. |
| Creede epithermal veins. | 25b | Intermediate to felsic calc-alkaline plutonic and hypabyssal rocks or bimodal volcanic rocks. Caldera complex exhibiting resurgent intrusive activity. Creede epithermal vein mineralization. Epithermal quartz-alunite vein, polymetallic replacement and (or) placer gold mineralization. Prominent through-going faults or fractures and (or) fractures and faults associated with doming and caldera evolution. Anomalous levels of Au, As, Sb, Hg, Cu, Ag, Pb, and (or) Zn in soil/ stream sediment. | Bondholder dist./ Cascade, Woodmansee Tunnel mines. |
| Placer Au-PGE | 39a | Tertiary to recent terrace and alluvial deposits. Anomalous levels of Au, Ag, As, Hg, Sb, Cu, Fe, and (or) S in stream sediment. Gold placer, porphyry, polymetallic vein and replacement, quartz adularia and alunite vein, low-sulfide gold-quartz vein or other gold-bearing mineralization. | Gunnison River placers. Elk Mtn. placers. Goldbrick placers. Powderhorn placers. Taylor Park placers. Tincup placers. Union Park placers. Unaweep placers. LaSal Creek placers. Naturita placers. Uncompahgre placers. Eureka placers. Lower San Miguel placers. |

Qualitative and Quantitative Mineral Resource Assessment Methodology

BLM_0104431

**Table F1.** Deposit types compatible with geologic environments in GMUG forests.—Continued

| Deposit type | USGS Model No.[1] | Terrane favorability characteristics[2] | Known examples[3] |
|---|---|---|---|
| Fe skarn | 18d | Carbonate or carbonate-bearing sedimentary rocks near the margins of intermediate to felsic plutonic rocks. Polymetallic vein and (or) replacement mineralization. | Elk Mtn. dist./ Iron King mine. Tomichi (Whitepine) dist./ Iron King mine. Tincup dist./ Cumberland mine. |
| Low-sulfide Au-qtz veins. | 36a | Metavolcanic and metasedimentary (greenschist to middle amphibolite facies) rocks. Low-sulfide gold-quartz vein, placer gold and (or) Kuroko volcanogenic massive-sulfide mineralization. Anomalous levels of As, Ag, Pb, Zn, and (or) Cu in soil/ stream sediment. Prominent compressional high-angle faults and shears. Areas of carbonate alteration proximal to quartz and calcite veins. | Box Canyon dist./ Independence, Campbird mines. Wolf Creek area/ Lilly Belle mine. Goose Creek dist. Willow Creek dist./ Ute Trail mine. Vulcan dist./ Continental mine. Cochetopa dist./ Black Cat, Lubricator, Maple Leaf mines. Gold Basin (Green Mtn.) dist./ Mineral Hill, Lucky Strike, Lulu mines. Cebolla dist./ Cashier, Rainbow claims. |
| Distal disseminated Ag-Au. | 19c | Permeable sedimentary and clastic volcanogenic rocks occurring within 20 km of intermediate to felsic plutonic or hypabyssal intrusive rocks. Distal disseminated, porphyry Cu, skarn, and (or) polymetallic vein or replacement mineralization. Areas of silicification and (or) argillization. Anomalous levels of Hg, As, Sb, with or without Au in soil/ stream sediment. | Ouray area/ Dakota Fm. south of the Blowout stock. |
| Hot spring Au-Ag | 25a | Felsic plutonic and hypabyssal intrusions and (or) rhyolitic volcanogenic centers. Geothermal hot springs. Areas of chalcedonic sinter, massive silicification, stockworks, or quartz-adularia veins and (or) breccias cemented by quartz. Epithermal quartz vein and (or) hot spring Hg mineralization. Anomalous levels of Au, As, Sb, Hg, and Te in soil/ stream sediment. | Lake Fork (Lake San Cristobal) dist./ Golden Wonder, Golden Fleece mines. |
| Hot spring Hg | 27a | Mafic to intermediate hypabyssal intrusions and (or) basaltic to andesitic volcanic rocks. Geothermal hot springs. Areas of siliceous sinter with minor pyrite or Fe-oxides. Hot spring mineralization. Anomalous levels of Au, As, Sb, Hg, and Te in soils/ stream sediment. | Cochetopa dist./ Mercury mine. |
| Volcanogenic U | 25f | High-silica rhyolite extrusive or hypabyssal rocks. Volcanogenic U vein mineralization. Anomalous levels of Li, Hg, As, Sb, F, Mo, W, and REE in soil/ stream sediment. | Uncompahgre Peak area/ Beth mine. |
| Pegmatite U | N.A.[4] | Basement complex of uranium-bearing pegmatite, granite gneiss, quartz monzonite and granite rock. Anomalous levels of Pb, Zn, Th, V, and Y in rock/ soil/ stream sediment. Areas of strong argillic alteration. | Harry Creek area/ Lookout Grp., Hidden Reserve Grp., Marshall Pass No. 5 claims. |
| Sediment-hosted V | N.A. | Intraformational unconformities in permeable sandstone overlain by limestone and localized in a zone marginal to the depositional edge of the capping limestone. Sediment-hosted, stratiform chromium-bearing micaceous and (or) sediment-hosted roscoelite mineralization. | Placerville dist./ Omega, Joe Dandy, Pocahontas mines. |
| Sediment- and vein-hosted U. | N.A. | Prominent, deep crustal thrust faults along which crystalline and sedimentary rocks are juxtaposed. Sedimentary carbonate and carbonaceous sandstone, siltstone, and shales unconformably overlain by intermediate to felsic volcaniclastic rocks. Hypabyssal rhyolite intrusive rock. | Marshall Pass dist./ Pitch, Little Indian #36 mines. Cochetopa dist./ Los Ochos Grp., T-2 mine. Tomichi (Whitepine) dist./ Big Red #22 mine, Akron tunnel, Big Red #39 claim. Jacks Cabin area/ North Star claims. |

*No grade or tonnage models available.

[1]Modified from Cox and Singer, 1986; Bliss, 1992.

[2]Geo-environmental or physical features suggesting deposit-type compatibility.

[3]Names of district or area / mineralized site(s).

[4]N.A., not available.

BLM_0104432

Singer (1993) has suggested that negligible in this context equates with a deposit occurrence probability of between 1 in 100,000 and 1 in 1,000,000. Land in the study area where that probability is greater than the latter value is classified *permissive*. Areas within a permissive tract that are believed to have a probability that is significantly greater than negligible are defined as *favorable*.

Mineral potential classifications of permissive or favorable are subjective interpretations based on geologic and mineral occurrence information available at the time that indicates deposit presence. Descriptive models provide guidance on what kinds of information, such as mineral occurrence, regional geologic, geotectonic, petrologic, geochemical, and geophysical data, indicate the presence of a deposit. We gain a sense of the relative importance of each data set and its meaningful data threshold values from looking at conditions in other areas where these deposit types are found. Minimum conditions are established for each deposit type and expressed as *delineating criteria*. For example, the presence of carbonate rocks is a delineating criterion for defining areas as permissive for replacement deposit types. Lateral buffers (radial distances) are applied to point, line, and area data to include shallowly buried extensions of a feature and to minimize errors caused by mislocation or inadequate sampling of an area that has a non-negligible potential.

In general, permissive lands are defined using criteria that discriminate between areas that could host a deposit and ones that could not. Where the condition is absent, potential for existence of the related deposit type is considered negligible. Mapped geology is commonly the primary delineating criterion. Favorable lands are defined using delineating criteria that attest to the probable existence of deposit-generating processes and the intensity of that activity. Examples would be the presence of distinctive alteration mineral assemblages, specialized sedimentary depositional environments, anomalous trace-element geochemistry, or known occurrences of the deposit type or a genetically related deposit type. For each of the seven deposit types assessed in this study, the delineation criteria used to identify permissive and favorable tracts are listed in a table within each chapter. Area (in square miles) of permissive and favorable tracts are listed in table F2.

After the delineation criteria are determined, permissive and favorable tracts are computer generated using the commercial IMAGINE geographic information system (GIS)

**Table F2.** Areas (in square miles) and percentages calculated for permissive and favorable tracts for mineral resource assessments (Chapters G–L).

[Total area includes all public and private lands; USFS (USDA Forest Service) area includes only area within the GMUG forests; BLM area includes only area managed by the Bureau of Land Management. Areas and percentages rounded to the nearest whole number]

| Assessment model name | Total area (mi²) [percent of area] | USFS area (mi²) [percent of area] | BLM area (mi²) [percent of area] |
|---|---|---|---|
| GMUG study area, no model | 19,800 | 4,868 | 5,092 |
| porphyry molybdenum - *permissive* | 3,144 [16] | 1,371 [28] | 320 [6] |
| porphyry molybdenum - granitic - *favorable* | 2,832 [14] | 1,242 [26] | 295 [6] |
| porphyry molybdenum - granodioritic - *favorable* | 737 [4] | 324 [7] | 95 [2] |
| uranium - *permissive* | 6,656 [34] | 1,628 [33] | 2,650 [52] |
| uranium - *favorable* | 1,352 [7] | 94 [2] | 955 [19] |
| massive sulfide - *permissive* | 1,373 [7] | 220 [5] | 288 [6] |
| massive sulfide - *favorable* | 558 [3] | 176 [4] | 163 [3] |
| polymetallic vein - *permissive* | 6,880 [35] | 2,374 [49] | 950 [19] |
| polymetallic vein - *favorable* | 2,973 [15] | 1,200 [25] | 334 [7] |
| polymetallic replacement - *permissive* | 5,133 [26] | 1,832 [38] | 739 [15] |
| polymetallic replacement - *favorable* | 1,674 [8] | 618 [13] | 150 [3] |
| sediment-hosted copper - *permissive* | 3,128 [16] | 806 [17] | 1,360 [27] |
| sediment-hosted copper - *favorable* | 441 [2] | 195 [4] | 247 [5] |

BLM_0104433

software from Erdas, Inc. Boolean logic statements (commonly AND or OR) that express each delineation criterion are used to combine data taken from gravimetric, magnetic, and radiometric surveys, Landsat imagery, rock and sediment geochemistry, mineralized areas, mine and prospect locations, and tectonic, stratigraphic, and structural analyses. These data are stored in vector or raster format in theme layers. For example, stratigraphic, lithologic, and structural data are stored in a geologic map theme layer. Delineation criteria with applied buffers (for example, 500 m surrounding a mineral location of gold) are used to identify areas within the theme layer where required conditions exist. Permissive areas are determined by selecting and combining delineating criteria from pertinent theme layers (for example, either Tertiary intrusions from the geology theme layer or positive aeromagnetic anomalies from the aeromagnetic theme layer, or both). In this report, areas are shown as either permissive for the selected deposit type or not permissive.

The process we used to combine theme layer areas to determine favorability tracts is known as bitmapping and is illustrated in figure F1. In bitmapping, a unique bit value from a power of 2 series (1, 2, 4, 8, 16, 32, etc.) is assigned to selected areas within a rasterized theme layer. When theme layers are combined using the GIS program, bit values are added where theme areas are superposed, producing derivative areas having bit values that are unique for the combination. For example, a sum of 19 can only result from the superposition of areas with bit values of 16, 2, and 1. The sum, therefore, describes each of the input criteria that makes the area favorable. Whereas the permissive maps only show *where*, the favorable maps also show *why*.

Note, however, that bitmap values do not rank areas of mineral potential: an area with a sum bit value of 18 does not necessarily possess a potential that is greater than an area with a sum bit value of 15. Theme combinations wholly determine potential, and for tract delineation purposes, only two meaningful levels of potential are distinguished: permissive and favorable. By definition, a favorable area must also be defined first as permissive. Therefore, a mask is used on the derivative bitmap to eliminate areas that are not permissive.

Complex relationships among the criteria can be displayed using color variations on the figures showing favorable tracts. For example, if anomalous geochemistry is only a delineating criterion in combination with other criteria, favorable areas will not be colored where geochemistry is the only criterion. Where a large number of theme layers are combined, the potential for complexity escalates rapidly. Three theme layers can generate as many as 7 unique derivative areas, and five theme layers can give rise to 31 derivative areas. In such cases, the figures are simplified by displaying similar criteria in the same color, and this will be indicated in the explanation.

# Quantitative Assessment of Locatable Mineral Resource Potential

Quantitative mineral resource potential of an area is expressed in estimates of the probable numbers of undiscovered economic to marginally economic deposits believed likely to exist within the area and estimates of the amounts (endowments) of ore and recoverable commodities likely to occur in those deposits. We used the "three-part" assessment methodology (Singer, 1975) developed by the USGS in the 1970's. It is subjective and assumes that the undiscovered deposits represent one or more distinct deposit types. Each deposit type is characterized by a set of physical and genetic attributes common to a group of known mineral deposits that represent the deposit type. Where data characterizing the size (tons of ore) and commodity grades of economic to marginally economic deposits are available as grade and tonnage models, the number of undiscovered deposits can be estimated. The latter information can in turn be used to estimate the ore and commodity endowments likely to be associated with these undiscovered deposits. Quantitative results are presented in a probabilistic format to emphasize the uncertainties inherent in the assessment process. The three parts of the methodology are discussed in greater detail in the following section. A comprehensive discussion of the three-part assessment methodology and the procedure used to estimate endowments is found in Singer (1993) and Root and others (1992).

# Grade and Tonnage Models

Grade and tonnage models are used to define the size and grade of deposit-size occurrences, where deposit refers to only those occurrences that have been commercially exploited or are believed to have a potential to be commercially developed in the future. These models must be available before opinions concerning the probability of additional deposits occurring can be formulated. The mean and variance of the size and grade distributions of these deposit populations are used for that purpose. The models are also critical in quantifying the endowment aspects of an undiscovered deposit population.

In this study, grade and tonnage models in Cox and Singer (1986) or modified versions from it have been used to estimate undiscovered deposit populations and ore and commodity endowments for four of the seven deposit types we assessed. These were the two molybdenum deposit types, the volcanic massive sulfide type, and the polymetallic replacement type. In the absence of grade and tonnage models for polymetallic vein deposits, sandstone-hosted uranium-vanadium deposits, and sediment-hosted redbed copper deposits, provisional minimum deposit size and grade parameters were used for the sole purpose of tract delineation. Provisional values are established from values that, given the commodities involved and development considerations, would likely define



Each delineation criterion (such as a rock type, structure, or buffered geochemical sample site) is given a unique bit value on a theme layer

bit values are added and combined onto one layer

Mask of permissive areas, white = permissive

Bitmap of favorable areas

Favorable bitmap areas masked by permissive areas

**Figure F1**. Bitmapping favorable criteria.

BLM_0104435

the minimum grade and tonnage for occurrences considered to be marginally economic at the time of this study. Provisional values cannot be used to estimate numbers of undiscovered deposits or to estimate ore and commodity endowments.

## Estimation of Undiscovered Deposits

The estimation of undiscovered deposits allows us to quantify the resource potential of an area for the deposit types that are permissive in the geologic environment present. The deposits being estimated are presumed to possess grade and tonnage characteristics consistent with those used to construct the grade and tonnage models. Where available data do not support that assumption, quantification of resource potential was not included. Without new size and grade data and with inappropriate existing grade and tonnage models, no valid basis exists for estimating undiscovered deposits. For the volcanic-hosted massive sulfide deposit type, the grade and tonnage data were modified to include only Precambrian deposits. We believe that these models portray a range of grades and tonnages that might be present in the study area. Model median and population variance values are used as guides in conceptualizing the undiscovered deposits.

The estimates of deposits are generated by a team of individuals with an understanding of the geology and metallogeny of an area and the genesis of the deposit types being assessed. Each estimate reflects what the team members agree is the largest number of undiscovered deposits believed likely to be present. For each deposit type assessed, five estimates are generated at five levels of confidence including a high level of confidence (90 percent), intermediate estimates at the 50 percent, 10 percent, and 5 percent, and a highly speculative degree of confidence at the 1 percent confidence level. Estimation certainty is reflected in the magnitude of change occurring between estimates in the five-tier sequence. For example, levels of confidence percentages of 90, 50, 10, 5, and 1 may result in respective numbers of undiscovered deposits of 1, 1, 2, 5, and 11. These numbers of undiscovered deposits indicate that the assessors are fairly certain that one or two undiscovered deposits are present; however, the large spread in values at the low level of confidence indicates much greater uncertainty. The overall evaluation process is subjective but is based on the best professional opinions given the data available. A wide variety of approaches is used to predict numbers of undiscovered deposits (Singer, 1993). Team members are free to employ any procedure of which they are confident as long as deposit model size and grade consistency are honored.

Locations of undiscovered deposits within the study area are not directly addressed in the assessment process. The same data used to delineate mineral potential tracts are used to estimate numbers of undiscovered deposits, and we might assume that they would likely be within favorable areas as opposed to merely permissive areas. However, it should not be assumed that any predetermined percentage of an

undiscovered deposit population would or should necessarily occur in a given mineral potential tract.

## Estimation of Endowments

Resource endowments are measures of the total quantities of ore and recoverable commodities that are associated with an undiscovered deposit population. Like the undiscovered deposit estimates on which their measure depends, the estimates are reported in a probabilistic format. Undiscovered deposit estimates along with the appropriate grade and tonnage model data are input into a Monte Carlo simulation routine (Mark3 Simulator). The computer-based simulator (Root and others, 1992) generates 4,999 hypothetical undiscovered deposit scenarios that are statistically consistent with the deposit estimates and the grade and tonnage models. The ore and commodity endowment results for each scenario are used to construct cumulative frequency distributions from the smallest endowment to the largest for each commodity and for ore. Results can be used in economic analyses, land-use planning, or designing remediation and (or) mitigation of environmental impacts that might occur from future mineral exploration or development. A few demonstrative endowment values are summarized in tables in this volume: see Chapter I, table I2, and Chapter G, tables G3 and G6. Included are the estimated commodity and ore endowments at the 90th, 50th, and 10th percentiles of the frequency distributions and the mean endowments. The probabilities of these mean endowments are also included, because the means can be highly skewed and misleading where the estimates of undiscovered deposits reflect a high degree of uncertainty at the low confidence levels. These tables also list the probabilities for each of the possible deposit scenarios including no deposits. More complex endowment summaries are presented in graphical format in Appendix F1 of this chapter, together with guidelines on how the graphs may be interpreted.

## References Cited

Bliss, J.D., ed., 1992, Developments in mineral deposit modeling: U.S. Geological Survey Bulletin 2004, 168 p.

Cox, D.P., and Singer, D.A., eds., 1986, Mineral deposit models: U.S. Geological Survey Bulletin 1693, 379 p.

Eckstrand, O.R., ed., 1984, Canadian mineral deposit types— A geological synopsis: Geological Survey of Canada Economic Geology Report 36, 86 p.

Erickson, R.L., ed., 1982, Characteristics of mineral deposit occurrences: U.S. Geological Survey Open-File Report 82-795, 253 p.

Goodknight, C.S., and Ludlam, J.R., 1981, Montrose quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJQ-010(81), 91 p.

Hoover, D.B., Heran, W.D., and Hill, P.L., eds., 1992, The geophysical expression of selected mineral deposit models: U.S. Geological Survey Open-File Report 92-557, 129 p.

Olson, J.C., 1988, Geology and uranium deposits of the Cochetopa and Marshall Pass districts, Saguache and Gunnison Counties, Colorado: U.S. Geological Survey Professional Paper 1457, 44 p.

Roberts, R.G., and Sheahan, P.A., eds., 1988, Ore deposit models: Geoscience Canada Reprint Series 3, 194 p.

Root, D.H., Menzie, W.D., and Scott, W.A., 1992, Computer Monte Carlo simulation in quantitative resource estimation: Nonrenewable Resources, v. 1, no. 2, p. 125–138.

Singer, D.A., 1975, Mineral resource models and the Alaskan mineral resource assessment program, *in* Vogely, W.A., ed., Mineral materials modeling—A state-of-the-art review: Baltimore, Md., Johns Hopkins University Press, p. 370–382.

Singer, D.A., 1993, Basic concepts in three-part quantitative assessments of undiscovered mineral resources: Nonrenewable Resources, v. 2, no. 1, p. 69–81.

# Appendix F1.  Mark3 Mineral Resource Endowment Estimates

Estimated ore and commodity endowments for undiscovered deposit populations for three types of deposits expected to be present within the GMUG greater study area have been simulated using the U.S. Geological Survey Mark3 Simulator (Root and others, 1992). Input to the simulator for each deposit type includes the estimates of numbers of undiscovered deposits, estimated at the 90th, 50th, 10th, 5th and 1st percentile levels of confidence, and the grade and tonnage model data. The undiscovered deposit estimates are fit to a frequency distribution model that calculates an occurrence probability for each of the possible deposit populations that fall within the range from zero up to the number of deposits estimated at the 1st percentile. A Monte Carlo simulation methodology is used to compute theoretical ore and commodity endowments that would be associated with each of 4,999 hypothetical deposit scenarios. In each scenario, a number representing the number of deposits expected to be present is chosen, followed by the selection of a tonnage and commodity grades for each deposit. Commodity endowments are calculated for each deposit and summed for that scenario. The frequency with which any given grade, tonnage, or

number of deposits is used in a scenario is determined by their respective frequency distribution models. The ore and commodity endowment estimates resulting for the 4,999 scenarios are sorted in order of increasing value and displayed in cumulative frequency graphs. To assist the user in interpreting these graphs, a brief explanation of the display format used follows.

## Explanation of Graphical Display of Mark3 Output

The 4,999 hypothetical ore and commodity endowment estimates resulting from a Mark3 Simulator run are sorted in order of increasing value and graphically displayed in a log linear plot of ore or commodity endowment versus proportion of simulations. The cumulative frequency plot is used because probabilistic conclusions concerning the ore and metal endowment potential of an area can be drawn directly from these displays.

Key interpretive elements of a typical plot of Mark3 results (fig. F2) are cross referenced by letter to the following descriptive explanations.

A  Title—Identifies the mineral deposit type, the undiscovered deposit estimates input (in parentheses) and endowment (ore or commodity) plotted. In the example, ore endowment estimates are displayed for a hot-spring Au-Ag deposit type where the estimates of undiscovered deposits input is 2, 4, 9, 15 and 25 at the 90th, 50th, 10th, 5th and 1st confidence levels respectively.

B  Vertical axis (left)—Linear scale of proportion of simulation scenarios, graduated in 0.1 increments.

C  Horizontal axis—Logarithmic scale of endowments in metric tons. In the example, ore endowment ranges from 6,300 to 6,300,000,000 t (metric tons) and is expressed in millions of metric tons.

D  Endowment value—Open circles denote endowment values occurring at 5 percentile intervals. The values are also listed in a table appearing to the right of the graph (figs. F3–F7). In the example, the ore endowment at the 35th percentile is 72 million metric tons.

E  Minimum endowment—Solid circle denotes the minimum non-zero endowment value simulated. Annotation includes the value of the endowment and the proportion of simulations producing a zero endowment, noted on the flattened extension of the endowment curve to the left of the symbol. In the example, the minimum ore endowment is 170,000 t of ore, and 0.04 or 4 percent of the simulations contained no ore endowment.

F  No endowment field—A shaded field denotes that portion of the simulation scenarios that had no

endowment. This field will always be present in that every deposit distribution includes some finite probability of there being no deposits. Zero ore endowments result where a no-deposit condition is modeled in a scenario. Zero commodity endowments result where either a no-deposit scenario is modeled or the commodity grade model shows that the commodity occurs in only a portion of the deposit of a deposit type. In the example, 4 percent of the simulation scenarios were run under the assumption that no deposits were present. The remaining 96 percent were run with the assumption that from 1 to 25 deposits were present.

G   Maximum endowment—Denoted with an open circle. Annotated with the value of the largest ore or commodity endowment simulated. In the example, the largest ore endowment is equivalent to 1,800 million t.

H   Median endowment—Denoted with an open circle and annotated with an endowment value. Half of the 4,999 simulation scenarios have smaller endowments and half have larger endowments. In a probabilistic sense, given the simulation conditions, the probability of an endowment being larger or smaller is 50 percent or equal. In the example, the median ore endowment is equal to 110 million t. The probability of an endowment greater or smaller than 110 million t is equal.

I,J   Endowments at the 10th and 90th percentiles— Denoted with open circles and annotated with endowment values. Values commonly reported in the past assessments as defining the upper and lower limits of the endowment. Highlights the simulated endowment scenarios that are symmetric about the median excluding the more erratic values occurring in the tails of the endowment distributions. In the example, the ore endowment at the 10th percentile is 18 million t and the 90th percentile 470 million t. One may therefore assume that there is an 80 percent probability **K** of an ore endowment between 18 and 470 million t in size being present.

L   Mean endowment—An open square denotes the mean endowment. It is annotated with an endowment value and the proportion of scenarios that have endowments smaller than the mean. In the example, 67 percent (0.67) of the simulation scenarios **M** had ore endowments smaller than the 190 million t mean, or a 67 percent probability exists that the ore endowment is less than 190 million t.

N   Exceedance probability—Linear scale indicating the probability of a given endowment value being exceeded. The example shows that the probability of the presence of an endowment larger than the mean endowment of 190 million t is 33 percent probability. Any endowment can be tested by selecting an endowment on the horizontal axis and extending a line vertically to the endowment curve and then extending a horizontal line to the exceedance probability scale.

Figures F3–F7 enlarge on this theme and give additional data from the GMUG greater study area.



**Figure F2.**  Example of a cumulative frequency plot of ore endowment estimates from a Mark3 simulation of undiscovered hot-spring gold-silver type deposits.  Letters in circles are keyed to the preceding explanatory text.



| Percentile | Ore |
|---|---|
| 0 | 0 |
| 5 | 0 |
| 10 | 0 |
| 15 | 0 |
| 20 | 0 |
| 25 | 0 |
| 30 | 0 |
| 35 | 0 |
| 40 | 0 |
| 45 | 0 |
| 50 | 0 |
| 55 | 0 |
| 60 | 0 |
| 65 | 0 |
| 70 | 0 |
| 75 | 0 |
| 80 | 0 |
| 85 | 0 |
| 90 | 0 |
| 95 | 120 |
| 100 | 1,140 |

| Percentile | Moly. |
|---|---|
| 0 | 0 |
| 5 | 0 |
| 10 | 0 |
| 15 | 0 |
| 20 | 0 |
| 25 | 0 |
| 30 | 0 |
| 35 | 0 |
| 40 | 0 |
| 45 | 0 |
| 50 | 0 |
| 55 | 0 |
| 60 | 0 |
| 65 | 0 |
| 70 | 0 |
| 75 | 0 |
| 80 | 0 |
| 85 | 0 |
| 90 | 0 |
| 95 | 0.23 |
| 100 | 3.2 |

**Figure F3.** Climax-type porphyry molybdenum deposits: simulated Mark3 endowment distributions for ore and molybdenum occurring in undiscovered deposits in permissive tracts in GMUG greater study area.



**Figure F4.** Porphyry molybdenum, low fluorine deposits: simulated Mark3 endowment distributions for ore and molybdenum occurring in undiscovered deposits in permissive tracts in GMUG greater study area.

BLM_0104441



**Figure F5.** Precambrian Kuroko-type massive sulfide deposits: simulated Mark3 endowment distributions for ore and copper occurring in undiscovered deposits in permissive tracts in GMUG greater study area.

BLM_0104442



| Percentile | Zinc |
|---|---|
| 0 | 0 |
| 5 | 0 |
| 10 | 0 |
| 15 | 0 |
| 20 | 0 |
| 25 | 0 |
| 30 | 0 |
| 35 | 0 |
| 40 | 0 |
| 45 | 0 |
| 50 | 0 |
| 55 | 0 |
| 60 | 0 |
| 65 | 0 |
| 70 | 0 |
| 75 | 0 |
| 80 | 0 |
| 85 | 0 |
| 90 | 0 |
| 95 | 0.0018 |
| 100 | 10.4 |

| Percentile | Lead |
|---|---|
| 0 | 0 |
| 5 | 0 |
| 10 | 0 |
| 15 | 0 |
| 20 | 0 |
| 25 | 0 |
| 30 | 0 |
| 35 | 0 |
| 40 | 0 |
| 45 | 0 |
| 50 | 0 |
| 55 | 0 |
| 60 | 0 |
| 65 | 0 |
| 70 | 0 |
| 75 | 0 |
| 80 | 0 |
| 85 | 0 |
| 90 | 0 |
| 95 | 0 |
| 100 | 0.82 |

**Figure F6.** Precambrian Kuroko-type massive sulfide deposits: simulated Mark3 endowment distributions for zinc and lead occurring in undiscovered deposits in permissive tracts in GMUG greater study area.



| Percentile | Silver |
|---|---|
| 0 | 0 |
| 5 | 0 |
| 10 | 0 |
| 15 | 0 |
| 20 | 0 |
| 25 | 0 |
| 30 | 0 |
| 35 | 0 |
| 40 | 0 |
| 45 | 0 |
| 50 | 0 |
| 55 | 0 |
| 60 | 0 |
| 65 | 0 |
| 70 | 0 |
| 75 | 0 |
| 80 | 0 |
| 85 | 0 |
| 90 | 0 |
| 95 | 0 |
| 100 | 12,000 |

| Percentile | Gold |
|---|---|
| 0 | 0 |
| 5 | 0 |
| 10 | 0 |
| 15 | 0 |
| 20 | 0 |
| 25 | 0 |
| 30 | 0 |
| 35 | 0 |
| 40 | 0 |
| 45 | 0 |
| 50 | 0 |
| 55 | 0 |
| 60 | 0 |
| 65 | 0 |
| 70 | 0 |
| 75 | 0 |
| 80 | 0 |
| 85 | 0 |
| 90 | 0 |
| 95 | 0 |
| 100 | 310 |

**Figure F7.** Precambrian Kuroko-type massive sulfide deposits: simulated Mark3 endowment distributions for silver and gold occurring in undiscovered deposits in permissive tracts in GMUG greater study area.

# Mineral Resource Assessment for Porphyry Molybdenum Deposits

By Dana J. Bove, Daniel H. Knepper, Jr., Viki Bankey, Gregory T. Spanski, and Steven M. Smith

Chapter G of
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–G

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104445

# Contents

Abstract...........................................................................................................................................107
Granite Porphyry Molybdenum Deposits...........................................................................................107
    Genetic Model for Granite Porphyry Molybdenum Deposits .......................................................107
    Description of the Areas Containing Known Granite Porphyry Molybdenum Deposits ......108
    Application of the Deposit Model for a Mineral Resource Assessment of Granite
        Porphyry Molybdenum Deposits ..................................................................................108
    Permissive Tracts...................................................................................................................108
    Favorable Tracts....................................................................................................................108
    Undiscovered Deposit and Endowment Potential....................................................................111
Granodiorite Porphyry Molybdenum Deposits ....................................................................................114
    Genetic Model for Granodiorite Porphyry Molybdenum Deposits............................................114
    Description of the Areas Containing Known Granodiorite Porphyry Molybdenum
        Deposits .......................................................................................................................115
    Application of the Deposit Model for a Mineral Resource Assessment of
        Granodiorite Porphyry Molybdenum Deposits.............................................................117
    Permissive Tracts...................................................................................................................118
    Favorable Tracts....................................................................................................................118
    Undiscovered Mineral Deposit and Endowment Potential.......................................................120
References Cited .............................................................................................................................121

# Figures

G1–G3.   Maps of GMUG greater study area showing:
    G1.  Permissive tracts for porphyry molybdenum deposits .............................................110
    G2.  Favorable tracts for granite porphyry molybdenum deposits ...................................112
    G3.  Favorable tracts for granodiorite porphyry molybdenum deposits ...........................116

# Tables

G1. Delineation criteria for granite porphyry molybdenum deposits in GMUG greater
    study area ...........................................................................................................................109
G2. Granite porphyry molybdenum tracts in GMUG greater study area ......................................111
G3. Summary of results of resource endowment potential assessment for undiscovered
    Climax-type porphyry molybdenum deposits within GMUG greater study area...................114
G4. Delineation criteria for granodiorite porphyry molybdenum deposits in GMUG
    greater study area ...............................................................................................................118
G5. Granodiorite porphyry molybdenum tracts in GMUG greater study area ..............................119
G6. Summary of results of resource endowment potential assessment for undiscovered
    porphyry molybdenum, low fluorine deposits within GMUG greater study area..................121

BLM_0104446

# Mineral Resource Assessment for Porphyry Molybdenum Deposits

By Dana J. Bove, Daniel H. Knepper, Jr., Viki Bankey, Gregory T. Spanski, and Steven M. Smith

## Abstract

Porphyry molybdenum deposits that are economical to produce are large tonnage and bulk-mined by underground and open-pit operations. Molybdenite ($MoS_2$) is present in stockwork veinlets within variable host rocks that have been hydrothermally altered in a pattern roughly concentric to a complex of nested intrusions. Genetic models describing these deposits emphasize an important relation to the chemical composition of the related intrusive rocks. Deposits or mineral occurrences within the GMUG greater study area group into two main types: (1) high-silica granite and (2) granodiorite or quartz monzonite. In this chapter, we describe the geologic, geochemical, and geophysical characteristics of both types and discuss the likelihood of undiscovered deposits.

## Granite Porphyry Molybdenum Deposits

### Genetic Model for Granite Porphyry Molybdenum Deposits

Granite systems in North America, exemplified by the Climax, Henderson, and Mount Emmons deposits in Colorado (White and others, 1981; Carten and others, 1993), are present almost exclusively within the western United States and are the most significant of the porphyry molybdenum deposits in regards to ore-grade tonnage, and production history. Most granite molybdenum deposits contain between 50 and 1,000 million t (metric tons) of molybdenum ore (White and others, 1981), with a median of 200 million t (Cox and Singer, 1986). The average ore body ranges from 0.1 percent $MoS_2$ at the margins to average internal grades of 0.3 to 0.45 percent $MoS_2$ (White and others, 1981). Tin and tungsten are important byproducts in some deposits, whereas copper content is relatively low: Cu:Mo ratios range from 1:100 to 1:50 (White and others, 1981).

Granite porphyry molybdenum deposits are characterized by episodic mineralization and penecontemporaneous intrusion of high-silica (>74 percent $SiO_2$), alkali-rich granite or rhyolite. Generally small and cylindrical, these high-silica stocks or plugs are thought to represent high-level cupolas that extend above large silicic plutons (White and others, 1981). These small granitic plugs or stocks are highly differentiated and are characterized by the following general geochemical signature (Ludington, 1981):

| | | |
|---|---|---|
| F (>0.1 percent) | Rb (>250 ppm) | Sr (<50 ppm) |
| Cs (>10 ppm) | Nb (>50 ppm) | Ta (>10 ppm) |
| Ba (<300 ppm) | Sn (>5 ppm) | (U >10 ppm) |
| La (<50 ppm) | Y (>50 ppm) | |

All dated deposits in the western U.S. are less than 50 Ma, whereas the five major deposits in Colorado (Climax, Henderson, Urad, Mount Emmons, and Redwell Basin) range from 33 to 17 Ma, and are mostly < 25 Ma (White and others, 1981). Granite molybdenite systems are thought to be associated with the transition from compressive to extensional tectonism (White and others, 1981; Ludington, 1981; Mutschler, Wright, and others, 1981; Carten and others, 1993). The ore zones of granite molybdenum deposits are centered in or above the apical portion of the source granitic intrusion. Generally elliptical in plan view and concave downward in cross section, the ore bodies have thicknesses of ≈130–330 m and vertical dimensions of about 330–660 m (Mutschler, Wright, and others, 1981; White and others, 1981). More than 90 percent of the molybdenite is present in thin, moderately to steeply dipping stockwork veinlets along with quartz, fluorite, and traces of biotite, potassium feldspar, pyrite, and sericite. Tungsten is generally concentrated in discrete zones in or adjacent to the molybdenite ore bodies, whereas pyrite and base-metal sulfide zones extend to higher levels and more laterally than the molybdenum and tungsten bodies. The base-metal sulfide zone consists of veins and veinlets containing galena, sphalerite, and pyrite with minor chalcopyrite, rhodochrosite, and fluorite; these veins typically extend outward into the peripheral host rocks. Although spatially associated with molybdenite ore bodies, the base-metal polymetallic veins typically postdate molybdenite mineralization and related hydrothermal alteration (Thomas and Galey, 1982; White and others, 1981; Wallace and others, 1968). However, isotopic studies (Stein and Hannah, 1985) indicate that lead within base-metal veins is predominantly derived from the

Tertiary-age stock(s) related to molybdenite mineralization, whereas only a minor component of the lead is scavenged from nearby host rocks.

Hydrothermal alteration associated with these deposits is consistent with the classic assemblages and patterns inherent to all molybdenum and copper porphyry deposits as described by Lowell and Guilbert (1970). In general, alteration changes from a potassic core (secondary potassium feldspar and biotite) near the core of the deposit outward and upward into quartz-sericite-pyrite (QSP), argillic (quartz, kaolinite, smectite), and finally into propylitic alteration (primary minerals, chlorite, epidote, sericite, and calcite). The QSP zone, which contains as much as 10 volume percent pyrite (White and others, 1981), is an important signature in the exploration for these types of deposits.

## Description of the Areas Containing Known Granite Porphyry Molybdenum Deposits

Three granite porphyry molybdenum deposits have been discovered beneath the slopes of Mount Emmons, which is about 6 to 8 km northwest of Crested Butte, Colo. (fig. G1). Two of these deposits are located deep (>600 m) beneath a high cirque basin north of Mount Emmons known as Redwell Basin. The third deposit is on the south side of Mount Emmons beneath the western rim of Red Lady Basin and is referred to as the Mount Emmons deposit.

The Mount Emmons deposit is a contact-related stockwork of quartz veinlets containing molybdenite along with fluorite, pyrite, and minor huebnerite that is draped over the top of an 18–16 Ma granite stock (Thomas and Galey, 1982; White and others, 1981). As defined by a 0.2 percent $MoS_2$ boundary, the deposit is a nearly circular 90 m thick ring in plan view that has an outside diameter of about 670 m. Ore reserves have been calculated at about 141 million t of rock with an average grade of 0.44 percent $MoS_2$ (Thomas and Galey, 1982). The Mount Emmons deposit is much richer and larger than the Redwell deposits and lies at a shallower depth (Thomas and Galey, 1982).

The uppermost molybdenite deposit in Redwell Basin is at a depth of about 730 m, where it is associated with a small intrusion of rhyolite porphyry. This cupola is surficially expressed as an intrusion breccia complex that was fed via a crackled zone of hornfels present between the deep rhyolite intrusion and the base of the breccia body. As defined by a 0.1 percent $MoS_2$ boundary, the upper deposit contains about 17 million t of rock that average 0.18 percent $MoS_2$ (Thomas and Galey, 1982). Rhyolite porphyry in the deep intrusion grades downward into a granite porphyry stock. The lower molybdenite deposit is about 300 m below the upper contact of the granitic stock.

Other known granite porphyry molybdenum occurrences are present throughout the GMUG greater study area (map area, fig. G1). References regarding the nature of these occurrences are found in the following section on application of the deposit model for a mineral resource assessment.

## Application of the Deposit Model for a Mineral Resource Assessment of Granite Porphyry Molybdenum Deposits

The criteria used to define permissive and favorable tracts for granite porphyry molybdenum deposits are listed in table G1. Many of these criteria are summarized in the Climax molybdenum deposit model in Cox and Singer (1986; model 16) and were derived from numerous detailed studies of economic granite molybdenite deposits. (See White and others, 1981; Wallace and others, 1968; Thomas and Galey, 1982; Ludington, 1981; Mutschler, Wright, and others, 1981; Stein and Hannah, 1985.) Areas classified as permissive are those that are underlain by Tertiary-age intrusions as mapped in the database compiled by Bove and Knepper (2000) and Day and others (1999) or interpreted from aeromagnetic survey data (Bankey and others, this volume, Chapter D, fig. D3). Several intrusive units, which are not known to host any significant mineralization or related hydrothermal alteration, were excluded from the permissive tracts. Each of the intrusions included in the criteria was surrounded by a 1 km buffer to allow for the presence of covered deposits at depth.

Various combinations of criteria (table G1) were applied in delineation of favorable tracts for the GMUG study area. Distinctions between Criteria 2 and 3 intrusions were based on previous mineral assessment and geologic studies (Bove and others, 2000; DeWitt and others, 2000; Fridrich and others, 1998; Van Loenen and Gibbons, 1997; Cunningham and others, 1994; Sanford and others, 1987; Hon, 1987; Mutschler, Wright, and others, 1981; Mutschler, 1980). Specific characteristics of favorable tracts include distinctive chemical composition of the intrusions, the presence of diagnostic alteration minerals and assemblages, and the occurrence of molybdenite or other minerals such as fluorite.

### Permissive Tracts

In the GMUG greater study area, 1,371 $mi^2$ is classified as permissive for the occurrence of granite porphyry molybdenum deposits (fig. G1). As shown in figure G1, the permissive tract is quite extensive, owing to the abundance of intermediate to silicic composition intrusions in the eastern 3/4 of the GMUG greater study area. These intrusions are absent in the more tectonically stable western part of the study area.

### Favorable Tracts

In the GMUG greater study area, 1,242 $mi^2$ is classified favorable for the occurrence of granite porphyry molybdenum deposits (fig. G2, table G2). These lands represent about 90 percent of the permissive tract. The critical criteria used for

**Table G1.**   Delineation criteria for granite porphyry molybdenum deposits in GMUG greater study area.

| Diagnostic criterion for permissive tract delineation |
| --- |
| 1. Presence of Tertiary or very late Cretaceous hypabyssal intrusions or dikes (2 km buffer) as mapped by Bove and Knepper (2000), or inferred intrusions (2 km buffer) as interpreted from aeromagnetic data (this volume, Chapter D, fig. D3).  Several intrusive units and correlative dikes are excluded from the permissive criteria based on previous mineral assessment and geologic studies (Bove and others, 2000; DeWitt and others, 2000; Fridrich and others, 1998; Van Loenen and Gibbons, 1997; Cunningham and others, 1994; Sanford and others, 1987; Hon, 1987; Mutschler, Wright, and others, 1981; Mutschler, 1980).  Criterion met by map units **Tbgt, Tbrh, Tbrhd, Tbdr, Tdp, Tlrh, Tlsy, Trh, Tqm, Tegd, Term, Termd, Tgm, Tiyg, TmiA, Twfm, Tiys, TmiD, TmiDd, Teqm, Teqmd, Tea, Tead** of Bove and Knepper (2000). |

| Diagnostic criteria for favorable tract delineation (in addition to criterion 1) |
| --- |
| 2. Tertiary age felsic intrusions and dikes generally known to be granitic or rhyolitic (2 km buffer).  Previous geologic and mineral assessment studies indicate that these intrusions are either unlike Climax-type intrusions (White and others, 1981) in their composition or mode of emplacement, or did not undergo mineralization or related hydrothermal alteration.  Criterion met by map units **Tbdr, Tlrh, Trh,** and unit **Tiyg** as mapped by Bove and Knepper (2000). |
| 3. Tertiary age high-silica, high-Nb, alkali rhyolite or granite intrusions or dikes (2 km buffer).  Many are similar in composition and mode of emplacement to Climax-type rhyolites or granites (White and others, 1981), which are associated with major economic stockwork molybdenite deposits.  Many of these intrusive units are associated with molybdenite mineralization or hydrothermal alteration indicative of granite porphyry molybdenum mineralization.  Map units include **Tbgt, Tbrh, Tbrhd, Term, Termd, Tgm,** and **Twfm** (Bove and Knepper, 2000). |
| 4. Criterion 2 or 3 and less than 24 Ma. |
| 5. Surficial rock or stream-sediment samples contain Mo concentration exceeding 15 ppm (parts per million) (500 m buffer) or mines or occurrences with molybdenum in ore-related materials (1 km buffer) as reported in the MRDS and MAS databases (USGS, 1999a, 1999b). |
| 6. Elevated concentrations of any of the following elements in stream sediments or rock samples: Sn ≥20 ppm, W ≥25 ppm, or Nb ≥40 ppm (500 m buffer) **or** mine, occurrence, or mineralized site with huebnerite, fluorite, wolframite, scheelite, tungsten, or topaz present (1 km buffer) or containing elevated F, Sn, W, Nb, Ta, Li, Be, or Rb (1 km buffer) as reported in the MRDS and MAS databases (USGS, 1999a, 1999b). |
| 7. Magnetic anomalies interpreted to be Tertiary age intrusions as defined in criteria 2 and 3 (2 km buffer). |

delineating favorable tract areas for granite porphyry molybdenum deposit occurrences are listed in table G1.  In addition to meeting the permissive criterion requirement, these lands also meet one or more of the conditions listed in the favorable criteria.  Tracts are grouped in broadly defined areas, and the criteria used to classify each of the tracts are identified (table G2).

*West Elk Mountains Area (Area 1, fig. G2):* This area covers a large part of the West Elk Mountains.  Criteria used to delineate this tract include Miocene age (criterion 4), high-silica granite or rhyolite intrusions (criterion 3) in various combination with magnetic anomalies (criterion 7) (generally associated with more mafic, Oligocene plutons), local element enrichments in rocks or stream-sediment samples (Sn ≥20 ppm, W ≥25 ppm, or Nb ≥40 ppm) (criterion 6), and anomalous geochemical enrichments in rocks or stream-sediment samples for Mo (>15 ppm) or mines with molybdenum in ore-related materials as reported in the MRDS and MAS databases (USGS, 1999a) (criterion 5).

Specific subareas of interest in area 1 (fig. G2) include (A) the 12 Ma granite at Treasure Mountain (criteria 3 and 4) with associated molybdenite mineralization (criterion 5); (B) altered and mineralized Miocene age rhyolite dikes and a narrow intrusion (criteria 3 and 4) that cuts the Whiterock pluton northeast of Crested Butte; geochemical anomalies of criteria 5 and 6 are mostly associated with replacement and

vein mineralization at the margins of the Oligocene age Whiterock granodiorite pluton (Mutschler, Ernst, and others, 1981), (C) the Mount Emmons and Redwell Basin molybdenum deposits, just west of Crested Butte, and (D) the Hunter Peak–Cataract Creek mineralized and altered area (Miller and Ficklin, 1976; Bryant, 1971) with anomalous concentrations of Sn, W, or Nb in stream sediments or rock samples (criterion 6) and anomalous Mo in stream sediment or rock samples or within mines (criterion 5).

*Grizzly Peak Caldera Area (Area 2, fig. G2):* This area is in and adjacent to resurgent granitic intrusions of the 35–33 Ma Grizzly Peak caldera and associated with the Winfield felsic stocks and plugs (≈39 Ma), the latter mostly within and adjacent to the Twin Lakes pluton.  The resurgent intrusions of the Grizzly Peak caldera meet criterion 2, have significant magnetic anomalies (criterion 7), and are hydrothermally altered.  The entire tract has an anomalous scattering of Sn, W, or Nb in stream sediments or rock samples (criterion 6).  Areas surrounding the Winfield felsic stocks meet criterion 3, owing to the evolved nature of these intrusions, and have other criteria including magnetic anomalies (criterion 7), and dense clustering of molybdenum geochemical anomalies in stream or rock samples or within mines (criterion 5).

*Fossil Ridge (Area 3, fig. G2):* This tract in the Fossil Ridge area (DeWitt and others, 2002) is underlain by intrusions and dikes of highly evolved Oligocene rhyolite and granite



**Figure G1.** GMUG greater study area, showing permissive tracts (gray shade) for porphyry molybdenum deposits.

BLM_0104450

Table G2.   Granite porphyry molybdenum tracts in GMUG greater study area.

| Tract No.[a] | Tract name | Delineation criteria |
|---|---|---|
| P1 | Permissive for granite molybdenum deposits | 1 |
| F1 | West Elk Mountains | 1, 3, 4, 5, 6, 7 |
| F2 | Grizzly Peak caldera | 1, 2, 3, 5, 6, 7 |
| F3 | Fossil Ridge | 1, 3, 5, 6 |
| F4 | Lake City caldera | 1, 2, 3, 4, 5, 6, 7 |
| F5 | Silverton caldera | 1, 3, 4, 5, 6 |

[a]P denotes a permissive tract, F, a favorable tract.

(criterion 3). These intrusions have anomalous concentrations of Sn, W, or Nb in stream sediments or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples or within mines (criterion 5). Molybdenum geochemical anomalies are very densely clustered in the vicinity of Cumberland Pass and Green Mountain (fig. G2). Most hydrothermal alteration in this tract, as detected by broad-band remote sensing, took place in the area surrounding Cumberland Pass and Green Mountain. The Tomichi dome, a Miocene (criterion 4) domal rhyolite intrusion (criterion 3) lies just outside the south end of this tract. However, unlike the Fossil Ridge intrusions to the north, this intrusion is unaltered and no occurrences of mineralized rock are reported.

*Lake City Caldera Area (Area 4, fig. G2):* This tract generally encompasses the Miocene age Lake City caldera, which is nested with the older Uncompahgre caldera (Oligocene). Intrusions within this tract are young (criterion 4) and meet criterion 2, but they lack characteristics such as evidence of molybdenite mineralization, diagnostic chemical composition, hydrothermal alteration, or mode of emplacement (Sanford and others, 1987; Hon, 1987) typical of criterion 3. Anomalous molybdenum in rocks, sediment, or mines in the vicinity of the Lake City caldera (criterion 5) is largely due to high Mo concentrations in the intracaldera Sunshine Peak Tuff, anomalous concentrations in polymetallic veins (as much as 1,000 ppm), and sparse dissemination around intrusions (Hon, 1987; Sanford and others, 1987). Magnetic anomalies (criterion 7) mostly coincide with intrusions related to resurgence of the Lake City caldera.

Favorable criteria in two smaller areas within this tract warrant further discussion. Molybdenum and associated geochemical anomalies or occurrences (criteria 5 and 6) in the vicinity of Handies Peak (fig. G2) are related to polymetallic vein mineralization (Sanford and others, 1987). A 17.1 Ma (criterion 4) high-silica rhyolite dike in the Cuba Gulch area meets criterion 3 and is associated with anomalous concentrations of Sn, W, or Nb in stream-sediment or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples or within mines (criterion 5). Field studies indicated that this dike is associated with mineralized pebble dikes, fluorite, and sparse molybdenum (Hon, 1987).

*Silverton Caldera Area (Area 5, fig. G2):* This large tract covers much of the Silverton caldera area. It contains numerous small intrusions and dikes of Miocene high-silica rhyolite (criteria 3 and 4). In addition, anomalous concentrations of Sn, W, or Nb occur in stream-sediment or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples and in mine samples (criterion 5). Molybdenum mineralization in the Red Mountain Pass and Anvil Mountain areas (fig. G2) was related to 23 Ma dacitic intrusions (discussed in the section on granodiorite molybdenum models). Large centers of pervasive hydrothermal alteration are centered in the Red Mountain Pass and Anvil Mountain areas but are generally related to the older dacitic intrusions (Bove and others, 2000). A Miocene rhyolite intrusion (criteria 3 and 4) in the Horseshoe Bend area (fig. G2) is associated with anomalous Mo in stream-sediment or rock samples (criterion 5), but molybdenite mineralization proved to be subeconomic during exploratory drilling in the 1970's (Van Loenen and Gibbons, 1997). Intense quartz-sericite-pyrite alteration is zoned around this intrusion.

## Undiscovered Deposit and Endowment Potential

Results of the undiscovered deposit and endowment potential assessment are given in table G3. The five-fold estimation of numbers of undiscovered deposits at the 90th, 50th, 10th, 5th and 1st levels of confidence of 0, 0, 0, 1, 1 indicates that the presence of additional Climax molybdenum type porphyry deposits, having grade and tonnage characteristics similar to those depicted by Cox and Singer (1986), is not very likely. However, the estimate of one deposit at the 5 and 1 percent confidence levels suggests a small yet measurable potential for one more deposit occurring somewhere within a kilometer of the surface and within the bounds of the permissive and favorable tract areas. Inclusion of this small deposit potential acknowledges the fact that two (Mount Emmons and Redwell Basin) out of the nine deposits used in the construction of the Climax-type grade and tonnage models occur within the study area and that areas within the study area have been targets of repeated exploration interest for this type of deposit. The Mount Emmons and Redwell Basin deposits



**Figure G2 (above and following page).** GMUG greater study area, showing favorable tracts for granite porphyry deposits. 1, West Elk Mountains area; A, granite at Treasure Mountain; B, dikes and intrusion that cut Whiterock pluton; C, Mount Emmons and Redwell Basin molybdenum deposits; D, Hunter Peak–Cataract Creek mineralized and altered area; 2, Grizzly Peak caldera area; 3, Fossil Ridge; 4, Lake City caldera area; 5, Silverton caldera area.

BLM_0104452

## EXPLANATION

Criterion 3—Tertiary age high-silica, high Nb, alkali rhyolite or granite intrusions or dikes (2 km buffer)

Criterion 3 and less than 24 Ma (criterion 4)

Criterion 2 (Tertiary rhyolite or granite intrusions excluding criterion 3) and Mo anomalies or occurrences (criterion 5)

Criteria 2 or 3 and 5; with or without 4

Criteria 3, 4, and 5

Criteria 3 and 6

Criteria 2 or 3, 4, and 6

Criteria 5 and 6

Criteria 3, 5, and 6

Criteria 3 and 7 (magnetic anomalies inferred to be Tertiary age intrusions)

Criteria 3, 4 or 6, and 7

Criteria 6 and 7

Criteria 4, 6, 7, and 1 or 2

Criteria  1, 7, 6, and 5

BLM_0104453

**Table G3.** Summary of results of resource endowment potential assessment for undiscovered Climax-type porphyry molybdenum deposits within GMUG greater study area.

**Mark3 inputs—Undiscovered deposit estimates:**

| Estimation confidence | 90% | 50% | 10% | 5% | 1% |
|---|---|---|---|---|---|
| Deposits | 0 | 0 | 0 | 1 | 1 |

**Mark3 outputs—Deposit occurrence probability:**

| | | |
|---|---|---|
| Number of deposits | 0 | 1 |
| Probability of occurrence | 92.9% | 7.1% |

**Resource endowment estimates (minimums):**

| Resource | Probability | Mean (probability) | | |
|---|---|---|---|---|
| | 90% | 50% | 10% | |
| Molybdenum | 0 | 0 | 0 | 40,000 (6.7%) |
| Ore | 0 | 0 | 0 | 2,200,000 (6.7%) |

Endowment given in metric tons.

along with the nearby world-class Climax and Henderson deposits attest to the unique character of the Tertiary magmatic terrane that underlies the study area and its capacity to generate deposits of this type. The repeated shows of exploration interest indicate that other knowledgeable parties believe the existence of additional Climax-type deposits may be a possibility. If present, they are more likely to reside in the favorable tract areas and deeper regions of the 1,000 m zone of consideration, where exploration has been less thorough.

The low expectations for the existence of undiscovered deposits are reflected in the molybdenum and ore endowment simulation results summarized in table G3. The results show that within the permissive and favorable tract areas for Climax-type deposits, a 92.8 percent probability of no deposits is present, along with a 7.2 percent probability of one deposit; a no-deposit scenario is nearly 13 times more likely than a one-deposit scenario. For the Climax-type tracts, the Mark3 simulation indicates that at the 90, 50, 10 percent probability levels, both the molybdenum and ore endowments attributable to undiscovered deposits are likely to be zero. Expressed in terms of mean endowments, the mean molybdenum endowment for the area is expected to be about 40,000 t (metric tons) and the mean ore endowment, 21 million t.

A more meaningful understanding of the economic importance of the Climax-type deposit potential can be gained from looking at the endowment frequency plots in Spanski and Bankey, this volume, Chapter F, Appendix F1 (see fig. F3). In these plots it can be seen that there is less than a 7 percent probability for occurrence of a molybdenum endowment equal to or larger than the 40,000 t mean. Within the study area the known deposits at Redwell Basin and Mount Emmons have molybdenum endowments of 240,000 and 390,000 t, respectively; they have not been commercially developed. The median molybdenum endowment for the deposit population used to create the Climax-type grade and tonnage models

is 388,000 t. The determination of commercial value of the Mount Emmons deposit is complicated by local considerations, and the Redwell Basin deposit may be too small for its depth of burial; however, to expect that a deposit containing 380,000 t of molybdenum would be near the development threshold is not unreasonable. The probability of an undiscovered deposit being present possessing a molybdenum endowment of more than 380,000 t is indicated to be less than 3.6 percent. In spite of this low probability, that a history of recurring interest in exploring for these types of deposits exists, driven by market fluctuations, is unlikely to change in the near future.

# Granodiorite Porphyry Molybdenum Deposits

## Genetic Model for Granodiorite Porphyry Molybdenum Deposits

Granodiorite molybdenum systems are exemplified by deposits and prospects at Buckingham, Nevada; White Cloud, Little Boulder Creek, and Thompson Creek, Idaho; and Boss Mountain, Endako, and Lime Creek, British Columbia (Soregaroli and Sutherland-Brown, 1976). The median size of these deposits is 94 million tons of ore averaging 0.085 percent $MoS_2$ (Cox and Singer, 1986; model 26b), which is slightly below the average ore grade of granite porphyry deposits. Byproducts, when present, include tungsten, copper, gold, silver, lead, and antimony. Some granodiorite systems are transitional to true granite porphyry deposits having Cu: Mo ratios of 1:10 to 1:30, whereas near end-member

granodiorite deposits have Cu:Mo ratios ranging from 1:1 to 1:10 (Soregaroli and Sutherland-Brown, 1976; White and others, 1981).

Granodiorite molybdenum systems are associated with small composite stocks, late-stage batholiths, and less commonly single phase stocks. Intrusions range from quartz monzonite to granodiorite in composition; whole rock and trace-element chemistry is more similar to Cordilleran porphyry copper deposits (Lowell and Guilbert, 1970) than to granite molybdenum systems. Theodore (1982) classified grano-diorite deposits as fluorine-deficient and considered this an important distinction from their fluorine-rich, granite molybdenum counterparts. North American granodiorite deposits are mostly confined to Mesozoic and Tertiary age intrusive rocks (Soregaroli and Sutherland-Brown, 1976).

Most ore-related intrusive bodies are cylindrical (<1,500 m in diameter) and elliptical to circular in plan view (Soregaroli and Sutherland-Brown, 1976; White and others, 1981). The associated ore bodies are cylindrical, tabular, or irregular in cross section; mineralization was generally confined to producing stockwork veinlets developed in or around the roof of the intrusion. These veinlets contain molybdenite and quartz with pyrite, biotite, and minor carbonates. Unlike the composition of veins within the granite molybdenum ore bodies, fluorite and fluorine-bearing minerals are absent. The central portion of most ore bodies contains high concentrations of tungsten, mostly in the form of scheelite. A halo of hypogene copper sulfides is typically situated above the central molybdenite zone and grades into peripheral zones of Pb-Zn and Au-Ag (Westra and Keith, 1981). Hydrothermal alteration related to granodiorite systems is similar to that of the granite molybdenum deposits (Lowell and Guilbert, 1970: Theodore, 1982). However, greisen and zones of pervasive silicification, which are common in granite molybdenum deposits (White and others, 1981), have not been reported. Other distinctions from granite systems include the lack of fluorine and tin-bearing minerals, and a more weakly developed potassic assemblage (Westra and Keith, 1981).

## Description of the Areas Containing Known Granodiorite Porphyry Molybdenum Deposits

No molybdenum or copper has been produced from granodiorite porphyry molybdenum deposits in the GMUG greater study area or other parts of Colorado. However, several subeconomic granodiorite molybdenum prospects have been located in western Colorado. In the Middle Fork–Ophir Pass, Capitol City, Iron Beds, and Matterhorn Peak areas (fig. G3), a close spatial association is documented between subeconomic porphyry Mo-Cu mineralized rocks, base-metal sulfide veins, and 26–25 Ma monzonite to quartz monzonite intrusions (Bove and others, 2000; Ringrose and others, 1986; Slack, 1980; Caskey, 1979; Pyle, 1980). These mineralized and altered intrusions are part of a swarm of calc-alkaline intrusions emplaced between 26 and 25 Ma over a broad region of the western San Juan Mountains (Bove and others, 2000).

A weakly mineralized Mo-Cu porphyry system present in the Middle Fork–Ophir Pass area, west of Silverton (fig. G3), is temporally and genetically related to a late quartz monzonite phase (25 Ma) of the Sultan Mountain stock (Ringrose and others, 1986). At this locality, quartz-molybdenite stockwork veins associated with intense quartz-sericite-pyrite (QSP) altered rock are cut by molybdenite-bearing base-metal veins present mostly on the margins of the porphyry system (McCusker, 1982).

Widespread hydrothermally altered rocks in the Capitol City area (fig. G3) are also spatially zoned with respect to several small 26 Ma monzonite to monzogranite porphyry stocks. In some areas, however, alteration does not correspond spatially to intrusive outcrops, suggesting the presence of concealed intrusions at shallow depth. In addition to pyrite, disseminations of microscopic chalcopyrite are relatively abundant within the pervasively altered rock. Base-metal veins are also spatially associated with the intrusions and contain elevated concentrations of Sb, As, Bi, Cd, and Mo (Sanford and others, 1987).

Intrusions in the Iron Beds area (fig. G3) are related to areas of locally strong propylitization, some of which are over-printed by intense hydrothermal alteration with slight Cu, Mo, and Zn anomalies (Caskey, 1979). Areas of intense alteration typically grade from an inner zone of silicified rock outward into argillic, weak argillic, and finally into propylitized rock. No obvious concentric zoning of more intensely altered rock is apparent around the Iron Beds intrusions, indicating that the more intense alteration may have been related to deeper seated intrusion(s). Most quartz veins in the Iron Beds area are barren with no visible sulfides at the surface (Caskey, 1979).

The Matterhorn Peak stock, located about 2 km north of the Iron Beds area (fig. G3), comprises at least three separate intrusions that range in composition from monzonite to quartz monzonite porphyry (Pyle, 1980). A hydrothermal alteration halo zoned outward from silicic to QSP, and to propylitic assemblages is distributed concentrically around the western-most of these intrusions. Molybdenum values range as high as 150 ppm in silicified zones, and visible molybdenite can be recognized in scarce veinlets (Pyle, 1980). Elevated copper concentrations (as much as 130 ppm) are generally restricted to argillic-altered rock, which also contains sparse disseminated chalcopyrite.

A quartz monzonite phase of the Wilson Peak stock contains a large zone of disseminated and vein-filling chalcopyrite (Bromfield and others, 1972). However, the stock lacks well-developed QSP alteration and molybdenum; associated veins are rich in gold rather than base metals.

Dacite porphyry intrusions dated 23 Ma at Red Mountain near Lake City, Colo., are associated with vertically and horizontally zoned hydrothermally altered rock and subeconomic Mo and Cu mineralization (Bove and Hon, 1992). The Red Mountain area is also known to host one of the largest replacement alunite deposits in the United States (Bove and



**Figure G3 (above and following page).** GMUG greater study area, showing favorable tracts for granodiorite porphyry molybdenum deposits. 1, Whiterock area; 2, Ruby area; 3, Cow Creek–Larson area; 4, Capitol City–Matterhorn Peak and Iron Beds; 5, East Red Mountain; 6, Lake City caldera; 7, Carson; 8, West Silverton; 9, Silverton caldera; 10, Sneffels Peak.

BLM_0104456

EXPLANATION



Criterion 5—Mo mines, geochemistry, mineralogy, buffered

Criteria 4 (hydrothermally altered) and 5

Criteria 4, 5, and 7 (magnetic anomaly inferred to be Tertiary intrusion)

Criteria 3 (known mineralized type of Tertiary intrusive) and 4

Criteria 2 or 3, and 5

Criteria 2 and 4

Criteria 2, 4, and 5

Criteria 2, 4, and 6 (elements associated with Mo in mines or geochemistry, buffered)

Criteria 2, 4, 5, and 7

Criteria 3 and 6

Criteria 3, 4, and 7

Hon, 1992). A weakly mineralized quartz monzonite intrusion in nearby Alpine Gulch is genetically associated with the Red Mountain intrusions (Bove and others, 2000). The Alpine Gulch intrusion has features associated with Cu and (or) Mo mineralization including fragmental dikes, tourmaline breccias, magnetite veinlets, and quartz veins containing pyrite, hematite, sphalerite, galena, and chalcopyrite (Bove and others, 2000). However, alteration haloes are conspicuously absent around this intrusion.

## Application of the Deposit Model for a Mineral Resource Assessment of Granodiorite Porphyry Molybdenum Deposits

The criteria used to define permissive and favorable tracts for granodiorite porphyry molybdenum deposits are listed in table G4. Many of these criteria are summarized in the porphyry molybdenum low fluorine deposit model (Theodore, 1982; model 21b), and were derived from numerous detailed studies of economic granodiorite molybdenite porphyry deposits. Areas identified in the permissive model are those that are underlain by Tertiary-age intrusions as mapped in the GIS database compiled by Bove and Knepper (1999) and Day and others (1999) or inferred from aeromagnetic survey data (Chapter D, fig. D3). Several intrusive units, which are not known to host any significant mineralization or related hydrothermal alteration, are excluded from the permissive tract. Each of the intrusions included in the criteria was surrounded by a 1 km buffer to include a two-dimensional approximation to allow for the presence of covered deposits at depth.

Various combinations of all the "favorable" criteria (table G4) were applied to areas in the permissive tract to delineate favorable tracts in the GMUG study area. Distinctions

between intrusions described in favorable criteria 2 and 3 were based on previous mineral assessment and geologic studies (Bove and others, 2000; Van Loenen and Gibbons, 1997; Cunningham and others, 1994; Sanford and others, 1987; Hon, 1987; Mutschler, Wright, and others, 1981; Mutschler, 1980).

## Permissive Tracts

In the GMUG greater study area, 1,371 mi$^2$ is classified as permissive for the occurrence of granodiorite porphyry molybdenum deposits (fig. G1). As explained in table G4, these areas are coincident with Late Cretaceous to Tertiary intrusions that were given a 1 km buffer to include a two-dimensional approximation to allow for the presence of covered deposits at depth. As shown in figure G1, the permissive tract is extensive owing to the abundance of intermediate to silicic composition intrusions in the eastern 3/4 of the GMUG study area. These intrusions are absent in the tectonically stable western part of the study area.

## Favorable Tracts

In the GMUG greater study area, 324 mi$^2$ is classified favorable for the occurrence of granodiorite porphyry

molybdenum deposits (fig. G3, table G5). These lands represent about 24 percent of the permissive tract. The critical criteria used for delineating regions favorable for hosting granodiorite porphyry molybdenum deposits are listed in table G4. These criteria are more restrictive than those used to delineate the permissive tracts.

*Whiterock Area (Area 1, fig. G3):* This tract covers the Whiterock and Italian Mountain granodiorite plutons in the West Elk Mountains. Assessment criteria applicable within this tract include granodiorite plutons (criterion 3) that have locally undergone hydrothermal alteration (criterion 4). In addition, this tract is characterized by local base-metal geochemical anomalies in stream-sediment or rock samples (Pb ≥100 ppm, Zn ≥250 ppm, or Ag ≥1 ppm) (criterion 6) and anomalous geochemical enrichments in stream-sediment or rock samples for Mo (criterion 5) or mines with molybdenum in ore-related materials as reported in the MRDS and MAS databases (USGS, 1999a, 1999b). Magnetic anomalies (criterion 7) are also associated with these plutons. Disseminated pyrite, chalcopyrite, and molybdenite showings are present near intrusive contacts with sedimentary rocks (Mutschler, Ernst, and others, 1981) but have not been used as a factor in assessing deposit potential in the area.

**Table G4.**   Delineation criteria for granodiorite porphyry molybdenum deposits in GMUG greater study area.

| Diagnostic criterion for permissive tract delineation |
| --- |
| 1. Presence of Tertiary or very late Cretaceous hypabyssal intrusions or dikes (2 km buffer) as mapped by Bove and Knepper (2000), or inferred intrusions (2 km buffer) as interpreted from aeromagnetic data (this volume, Chapter D, fig. D3). Several intrusive units and correlative dikes are excluded from the permissive criteria based on previous mineral assessment and geologic studies (Bove and others, 2000; DeWitt and others, 2000; Fridrich and others, 1998; Van Loenen and Gibbons, 1997; Cunningham and others, 1994; Sanford and others, 1987; Hon, 1987; Mutschler, Ernst, and others, 1981; Mutschler, 1980). Criterion met by map units Tdp, Tlsy, Tqm, Tiys, TmiD, TmiDd, Teqm, Tea, Tead, Tegd, and TmiA of Bove and Knepper (2000). |

| Diagnostic criteria for favorable tract delineation (in addition to criterion 1) |
| --- |
| 2. Tertiary age intermediate to silicic composition intrusions and dikes (1 km buffer). Previous geologic and mineral assessment studies indicate that these intrusions are related to hydrothermal alteration or sparse mineralization. Criterion met by map units Tlsy, Tiys, Tea, Tead, Tegd, TmiA as mapped by Bove and Knepper (2000). |
| 3. Tertiary age hypabyssal stocks, plugs, and dikes ranging from quartz monzonite to granodiorite in composition (1 km buffer). May represent cores of eroded volcanos or may be the uppermost portion of underlying calc-alkaline batholiths (Bove and others, 2000). Some intrusions are the centers of radial or linear dike swarms. Intrusions may range from simple to complexly zoned and in many places are associated with pervasive hydrothermal alteration with base-metal veins and subeconomic Mo-Cu mineralization as determined by previous geologic and mineral assessment studies (Bove and others, 2000; Van Loenen and Gibbons, 1997; Cunningham and others, 1994; Sanford and others, 1987; Hon, 1987; Mutschler, Ernst, and others, 1981; Mutschler, 1980). Map units include Tdp, Tqm, TmiD, TmiDd, and Teqm (Bove and Knepper, 2000). |
| 4. Hydrothermally altered rock as interpreted using broad-band spectroscopy (Bove and Knepper, 2000) spatially coincident with intrusions. |
| 5. Surficial rock or stream-sediment samples contain Mo concentration exceeding 15 ppm (parts per million) (500 m buffer) or mines or occurrences with molybdenum in ore-related materials (1 km buffer) as reported in the MRDS and MAS databases (USGS, 1999a, 1999b), or the area defined as a mineralized area containing granodiorite molybdenum (Wilson and Spanski, this volume, Chapter E). |
| 6. Elevated concentrations of any of the following elements in stream sediments or rock samples: Pb ≥100 ppm, Zn ≥250 ppm, or Ag ≥1 ppm (500 m buffer) or mine, occurrence, or mineralized site with sphalerite, galena, chalcopyrite present (1 km buffer) or containing elevated Pb, Zn, Cu, Ag, or Au (1 km buffer) as reported in the MRDS and MAS databases (USGS, 1999a, 1999b). |
| 7. Magnetic anomalies inferred to be caused by Tertiary age intrusions as described in criteria 2 and 3, where associated with surficial rock or stream-sediment samples containing Mo concentrations exceeding 15 ppm or mines or occurrences with molybdenum in ore-related materials as reported in the MRDS and MAS databases (USGS, 1999a, 1999b) (2 km buffer). |

**Table G5.**  Granodiorite porphyry molybdenum tracts in GMUG greater study area.

| Tract No.[a] | Tract name | Delineation criteria |
|---|---|---|
| P1 | Permissive for granodiorite molybdenum deposits | 1 |
| F1 | Whiterock-Italian Mountain | 1, 2, 4, 5, 6, 7 |
| F2 | Ruby | 1, 3, 4, 5, 6 |
| F3 | Cow Creek-Larson | 1, 3, 4, 5, 6 |
| F4 | Capitol City-Matterhorn Peak | 1, 3, 4, 5, 6 |
| F5 | East Red Mountain | 1, 3, 4, 5, 6 |
| F6 | Lake City caldera | 1, 3, 4, 5, 6 |
| F7 | Carson | 1, 3, 4 |
| F8 | West Silverton | 1, 3, 4, 5, 6 |
| F9 | Silverton caldera | 1, 3, 4, 5, 6, 7 |
| F10 | Sneffels Peak | 1, 2, 4, 5, 6 |

[a]P denotes a permissive tract; F, a favorable tract.

*Ruby Area (Area 2, fig. G3):*  This tract encompasses a north- to northeast-trending band of small stocks and plugs of andesite to granodiorite (criterion 3)—some of which are the centers of radial or linear dike swarms—extending from the West Elk Wilderness along the crest of the Ruby Range (Ruby Peak, Mount Owen, Afley, Augusta, and Paradise Peak stocks) to the Elk Range and Mount Bellview (fig. G3). The southernmost stock, which is located in the West Elk Wilderness, is andesitic and associated with localized hydrothermal alteration (criterion 4). Gaskill and others (1977) reported geochemical anomalies associated with this altered intrusion; however, no metallic minerals other than pyrite were observed.

The small granodiorite stocks of the Ruby Range (criterion 3) are associated with hydrothermal alteration (criterion 4) and zoned metallic mineralization (Mutschler, Ernst, and others, 1981). The Paradise Pass stock at the north end of the Ruby Range is associated with hydrothermal alteration (criterion 4), local base-metal anomalies in stream-sediment or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples or within mines (criterion 5). The intrusion is cut by a stockwork of QSP veins that locally contain molybdenite and chalcopyrite (Mutschler, Ernst, and others, 1981); pervasive quartz-sericite-pyrite alteration is locally developed, especially along the margins of the stock.

Mount Bellview is the site of a zoned granodiorite to quartz monzonite intrusive complex (criterion 3). The intrusions are hydrothermally altered (criterion 4) with local base-metal anomalies in stream-sediment or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples or within mines (criterion 5). A 1,200 m diameter hornfels aureole in Mancos Shale host rock surrounds the intrusive complex, and local quartz-molybdenite veinlets are also present (Lynch and others, 1985).

*Cow Creek-Larson Area (Area 3, fig. G3):*  This tract encompasses three eroded Oligocene age volcanic centers (from Larson, Cimarron, and Cow Creek volcanos) and associated intermediate composition stocks and dikes (criterion 3). The composite stocks are hydrothermally altered (criterion 4) and have local base-metal anomalies in stream-sediment or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples or within mines (criterion 5). Weak disseminated mineralization and alteration are related to emplacement of these stocks (Hon and others, 1986). Veins and mineralized shears are present along the margins of dikes and in radial fractures, and these also appear to be related to the volcanic complexes (Hon, 1987).

*Capitol City-Matterhorn Peak (Area 4, fig. G3):*  This tract contains hydrothermally altered (criterion 4), Miocene age monzonite to quartz monzonite stocks and plugs (criterion 3) that extend northward from the Capitol City area to Matterhorn Peak (fig. G3). These intrusions coincide with anomalous Mo in stream-sediment or rock samples or within mines (criterion 5) and local base-metal anomalies in stream-sediment or rock samples (criterion 6). Scattered magnetic anomalies are also present within this tract and overlap with geochemical anomalies of criteria 5 and 6, further reinforcing the favorable designation. However, some magnetic anomalies are related to more silicic intrusions, which are discussed in the previous section on granite molybdenum systems, and for that reason the presence of a magnetic anomaly alone is not sufficient cause for applying a favorable classification.

*East Red Mountain (Area 5, fig. G3):*  Tract includes hydrothermally altered (criterion 4) dacite porphyry intrusions (criterion 3) in the vicinity of Red Mountain (near Lake City) and an unaltered dacite to quartz monzonite intrusion (criterion 3) in nearby Alpine Gulch. Anomalous concentrations of base metals in stream-sediment or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples or within mines (criterion 5) are present in the area around Red Mountain. The Alpine Gulch intrusion is associated with anomalous base-metal concentrations in stream-sediment or rock samples (criterion 6). Details on mineralization related to these intrusions are found in the previous section describing areas containing known deposits.

*Lake City caldera (Area 6, fig. G3):*  Includes quartz syenite intrusions (criterion 2) associated with the resurgence of the Miocene age Lake City caldera. Hydrothermal alteration is commonly present in or adjacent to these intrusions (criterion

4). Anomalous concentrations of base metals in stream-sediment or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples or within mines (criterion 5) are present in the vicinity of these intrusions. Convective circulation of large volumes of meteoric water during resurgence of the Lake City caldera appears to have scavenged base metals and molybdenum from related pyroclastic units with subsequent deposition into veins and fractures above and adjacent to these intrusions (Bove and others, 2000).

*Carson (Area 7, fig. G3):* Tract includes intermediate composition intrusive core of the Oligocene age Carson volcano (criterion 3); the intrusion and surrounding area is hydrothermally altered (criterion 4). Previous studies indicate that the central intrusion and adjacent lavas are irregularly altered and cut by fracture zones with quartz-barite-sulfide veins (Lipman and others, 1976).

*West Silverton (Area 8, fig. G3):* Within this large tract are hydrothermally altered (criterion 4), Oligocene age quartz monzonite to granodiorite stocks and plutons (criterion 3) that extend from Howardsville (east of Silverton) west to Mount Wilson (fig. G3). The surface rocks, stream sediment, mine occurrences, and mineralized sites near these intrusions contain anomalous concentrations of base metals (criterion 6) and anomalous levels of Mo (criterion 5). Areas of notable mineralization include the Middle Fork–Ophir Pass and Wilson Peak areas, discussed in a previous section.

*Silverton caldera (Area 9, fig. G3):* Tract contains Miocene age stocks and dikes of dacite porphyry in the vicinity of Houghton Mountain, Engineer Pass, and in the Red Mountain area, north of Silverton (fig. G3). Intrusions in these areas have undergone hydrothermal alteration (criterion 4) and locally coincide with geochemical anomalies of criteria 5 and 6, as well as magnetic anomalies (criterion 7). The dacite intrusions within this tract are similar in age, texture, and composition to alunitized and mineralized dacite porphyry intrusions at Red Mountain, near Lake City, and at the Summitville mine in the eastern San Juan Mountains (Bove and others, 2000). Combined geochemical anomalies (criteria 5 and 6) in the absence of criterion 2 or 3 intrusions are clustered in the areas of Mineral Creek and the Red Mountain Pass area; however, these anomalies are likely related to polymetallic vein and breccia deposits (see previous section describing areas containing known deposits).

*Sneffels Peak (Area 10, fig. G3):* This tract includes Oligocene Sneffels Peak granodiorite stock and similar intrusions (criterion 2) several kilometers to the west. These intrusions have been hydrothermally altered (criterion 4); however, only the area around Mount Sneffels has an associated anomalous base-metal and molybdenum geochemical signature (criteria 5 and 6). Mineralization in the vicinity of Mount Sneffels took place later than the emplacement of the stock (Miocene) and predominantly resulted in vein and replacement types of deposits (Lipman and others, 1976). Anomalous concentrations of base metals in stream-sediment or rock samples (criterion 6), and anomalous Mo in stream-sediment or rock samples or within

mines (criterion 5) are present in the vicinity of these intrusions. Several aeromagnetic anomalies are related to these intrusions (criterion 7).

## Undiscovered Mineral Deposit and Endowment Potential

Results of the undiscovered mineral deposit and endowment potential assessment are given in table G6. The estimation of numbers of undiscovered deposits at the 90th, 50th, 10th, 5th, and 1st levels of confidence of 0, 0, 0, 0, 2 indicates that the presence of additional granodiorite porphyry molybdenum, low fluorine-type deposits, having grade and tonnage characteristics similar to those depicted by Menzie and Theodore (1986), is not very likely. However, the estimate of two deposits at the 1 percent confidence level implies that a small yet measurable potential for up to two more deposits occurring within a kilometer of the surface exists. The small deposit potential recognizes the fact that the magmatic terrane that underlies the greater study area and that dominated geologic events during Tertiary time is unique in terms of its molybdenum geochemistry. As each pulse of magmatic activity evolved, it gave rise to a series of intrusive and extrusive events in which the later events demonstrated a tendency to become anomalously enriched in molybdenum. This process is clearly demonstrated by the younger granite systems and their associated Climax-type mineralization, and it is believed that the earlier evolving granodiorite systems also possessed this same intrinsic molybdenum geochemistry. Although there are no known examples of granodiorite porphyry molybdenum, low fluorine deposits, prospects of this type are present. Where deposits are present, they are more likely to occur in the favorable rather than the permissive tract areas and in the deeper regions of the 1,000 m zone of consideration or where a host terrane is buried by younger surficial materials.

Results of the Mark3 molybdenum and ore endowment simulations are also summarized in table G6. The results show that within the permissive and favorable tract areas for the granodiorite porphyry molybdenum, low fluorine-type deposits there is a 96.1 percent probability of no deposits being present, a 1.9 percent probability of one deposit and a 2 percent probability of two deposits. A no-deposit scenario is nearly 48 times more likely to occur than either a one- or a two-deposit scenario. The Mark3 simulation indicates that at the 90, 50, and 10 percent probability levels, both the molybdenum and ore endowments attributable to undiscovered deposits are zero. Expressed in terms of mean endowments, the mean molybdenum endowment is expected to be about 8,700 t and the mean ore endowment, 11 million t.

A better appreciation of the exploration and development potential associated with the deposit type can be gained through looking at the endowment frequency plots in Spanski and Bankey, this volume, Chapter F, Appendix F1 (see figs. F3 and F4). These plots show less than a 4 percent probability of any molybdenum endowment; however, the probability drops

**Table G6.** Summary of results of resource endowment potential assessment for undiscovered porphyry molybdenum, low fluorine deposits within GMUG greater study area.

**Mark3 inputs—Undiscovered deposit estimates:**

| Estimation confidence | 90% | 50% | 10% | 5% | 1% |
|---|---|---|---|---|---|
| Deposits | 0 | 0 | 0 | 0 | 2 |

**Mark3 outputs—Deposit occurrence probability:**

| | | | |
|---|---|---|---|
| Number of deposits | 0 | 1 | 2 |
| Probability of occurrence | 96.1% | 1.9% | 2% |

**Resource endowment estimates (minimums):**

| Resource | Probability | | | Mean (probability) |
|---|---|---|---|---|
| | 90% | 50% | 10% | |
| Molybdenum | 0 | 0 | 0 | 8,700 (3.7%) |
| Ore | 0 | 0 | 0 | 11,000,000 (3.7%) |

Endowment given in metric tons.

even lower when economic viability is considered. There are no examples in the greater study area or in Colorado to use as an economic gauge; however, it is reasonable to apply the same parameters used for the Climax-type deposits. If a 380,000 t molybdenum endowment is used, the probability of that or a larger endowment occurring is only one half of 1 percent, and the simulation does not clarify whether that endowment is associated with one or two deposits. The 380,000 t constraint may be too large in light of the fact that a deposit of this type is being actively mined at Thompson Creek in Idaho, which has a reported endowment of 250,000 t of molybdenum (Cox and Singer, 1986). At this reduced level, the probability of occurrence increases only to 1 percent. Owing also to the size and the disseminated nature of the molybdenum mineralization, a deposit of this type would only be of interest to major mining companies. Under these circumstances, exploration interest in targets of this type will be virtually nonexistent unless market demand and price for molybdenum increase.

# References Cited

Bove, D.J., and Hon, Ken, 1992, Geologic and alteration map and drill-core logs of the Red Mountain area near Lake City, Hinsdale County, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I–2286, scale 1: 12,000.

Bove, D.J., Hon, Ken, Budding, K.E., Slack, J.R., Snee, L.W., and Yeoman, R.A., 2000, Geochronology and geology of late Oligocene through Miocene volcanism and mineralization in the western San Juan Mountains, Colorado, version 1.0: U.S. Geological Survey Open-File Report 99-347, 35 p., URL: http://pubs.usgs.gov/of/1999/ofr-99-0347/.

Bove, D.J., and Knepper, D.H., Jr., 2000, Surface water data and geographic relation to Tertiary age intrusions and hydrothermal alteration in the Grand Mesa, Uncompahgre,

and Gunnison National Forests (GMUG) and intervening Bureau of Land Management (BLM) lands: U.S. Geological Survey Open-File Report 00-271, URL: http://pubs.usgs.gov/of/2000/ofr-00-0271/, computer file.

Bromfield, C.S., Williams, F.E., and Popenoe, Peter, 1972, Mineral resources of the Wilson Mountains Primitive Area, Colorado: U.S. Geological Survey Bulletin 1353–A, p. A1–A79.

Bryant, Bruce, 1971, Disseminated sulfide deposits in the eastern Elk Mountains, Colorado, in Geological Survey research 1971: U.S. Geological Survey Professional Paper 750–D, p. D13–D25.

Carten, R.B., White, W.H., and Stein, H.J., 1993, High-grade granite-related molybdenum systems, classification and origin, in Kirkham, R.V., Sinclair, W.D., Thorpe, R.I., and Duke, J.M., eds., Mineral deposit modeling: Geological Association of Canada Special Paper 40, p. 521–554.

Caskey, D.J., 1979, Geology and hydrothermal alteration of the Iron Beds area, Hinsdale County, Colorado: Austin, Tex., University of Texas M.A. thesis, 110 p.

Cox, D.P., and Singer, D.A., eds., 1986, Mineral deposit models: U.S. Geological Survey Bulletin 1693, 379 p.

Cunningham, C.G., Naeser, C.W., Marvin, R.F., Luedke, R.G., and Wallace, A.R., 1994, Ages of selected intrusive rocks and associated ore deposits in the Colorado Mineral Belt: U.S. Geological Survey Bulletin 2109, 31 p.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1° × 2° geologic maps: U.S. Geological Survey Open-File Report 99-427, CD-ROM.

DeWitt, Ed, Zech, R.S., Chase, C.G., Zartman, R.E., Kucks, R.P., Bartleson, Bruce, Rosenlund, G.C., and Earley, Drummond, III, 2002, Geologic and aeromagnetic maps of the Fossil Ridge area and vicinity, Gunnison County, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I–2738, scale 1:30,000.

Fridrich, C.J., DeWitt, Ed, Bryant, Bruce, Richard, S.M., and Smith, R.P., 1998, Geologic map of the Collegiate Peaks Wilderness Area and the Grizzly Peak caldera, Sawatch Range, central Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I–2565, scale 1:50,000, 29 p.

Gaskill, D.L., Rosenbaum, J.G., King, H.D., Meeves, H.C., and Bieniewski, K.L., 1977, Mineral resources of the West Elk Wilderness and vicinity, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Open-File Report 77-751, 111 p.

Hon, Ken, 1987, Geologic, alteration, and vein maps of the Redcloud Peak (Lake City caldera) and Handies Peak Wilderness Study Areas, Hinsdale County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF–1949, scale 1:24,000.

Hon, Ken, Bove, D.J., and Grauch, V.J.S., 1986, Geology and mineral deposits of the region surrounding the American Flats Wilderness Study Area, western San Juan Mountains, Colorado: U.S. Geological Survey Open-File Report 86-431, 37 p.

Lipman, P.W., Fisher, F.S., Mehnert, H.H., Naeser, C.W., Luedke, R.G., and Steven, T.A., 1976, Multiple ages of mid-Tertiary mineralization and alteration in the western San Juan Mountains, Colorado: Economic Geology, v. 71, no. 3, p. 571–588.

Lowell, J.D., and Guilbert, J.M., 1970, Lateral and vertical alteration-mineralization zoning in porphyry ore deposits: Economic Geology, v. 65, no. 4, p. 373–408.

Ludington, Steve, 1981, The Redskin Granite; evidence for thermogravitational diffusion in a Precambrian granite batholith, in Granites and rhyolites: Journal of Geophysical Research, B, v. 86, no. 11, p. 10423–10430.

Lynch, W.C., Beaty, D.W., Gonzalez-Urien, Eliseo, and Reisbick, Fred, 1985, The Mt. Bellview, Colorado, igneous-hydrothermal-breccia complex—A calc-alkaline molybdenite occurrence: Geological Society of America Abstracts with Programs, v. 17, no. 4, p. 253.

Menzie, W.D., and Theodore, T.G., 1986, Grade and tonnage model of porphyry Mo, low-F, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 120–122.

Miller, W.R., and Ficklin, W.H., 1976, Molybdenum mineralization in the White River National Forest, Colorado: U.S. Geological Survey Open-File Report 76-711, 29 p.

Mutschler, F.E., 1980, Crystallization of a soda granite, Treasure Mountain Dome, Colorado, and the genesis of stockwork molybdenite deposits, in Tectonics and mineral resources of southwestern North America: New Mexico Geological Society Special Publication 6, p. 199–205.

Mutschler, F.E., Ernst, D.R., Gaskill, D.L., and Billings, Patty, 1981, Igneous rocks of the Elk Mountains and vicinity, Colorado—Chemistry and related ore deposits, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 317–324.

Mutschler, F.E., Wright, E.G., Ludington, Steve, and Abbott, J.T., 1981, Granite molybdenite systems: Economic Geology, v. 76, no. 4, p. 874–897.

Pyle, P.F., 1980, Geology and hydrothermal alteration of the Matterhorn Peak stock, Hinsdale County, Colorado: Austin, Tex., University of Texas M.A. thesis, 89 p.

Ringrose, C.R., Harmon, R.S., Jackson, S.E., and Rice, C.M., 1986, Stable isotope geochemistry of a porphyry-style hydrothermal system, West Silverton district, San Juan Mountains, Colorado, U.S.A., in F. Earl Ingerson Festschrift—Part III: Applied Geochemistry, v. 1, no. 3, p. 357–373.

Sanford, R.F., Grauch, R.I., Hon, Ken, Bove, D.J., Grauch, V.J.S., and Korzeb, S.L., 1987, Mineral resources of the Redcloud Peak and Handies Peak Wilderness Study Area, Hinsdale County, Colorado: U.S. Geological Survey Bulletin 1715-B, p. B1–B35.

Slack, J.F., 1980, Multistage vein ores of the Lake City district, western San Juan Mountains, Colorado: Economic Geology, v. 75, no. 7, p. 963–991.

Soregaroli, A.E., and Sutherland-Brown, A., 1976, Characteristics of Canadian Cordilleran molybdenum deposits, in Sutherland-Brown, A., ed., Porphyry deposits of the Canadian Cordillera: Canadian Institute of Mining and Metallurgy Special Volume 15, p. 432–443.

Stein, H.J., and Hannah, J.L., 1985, Movement and origin of ore fluids in Climax-type systems: Geology, v. 13, no. 7, p. 469–474.

Theodore, T.G., 1982, Preliminary model outline for fluorine-deficient porphyry molybdenum deposits, in Erickson, R.L., ed., Characteristics of mineral deposit occurrences: U.S. Geological Survey Open-File Report 82-795, pg. 37–42.