Thomas, J.A., and Galey, J.T., Jr., 1982, Exploration and geology of the Mount Emmons molybdenite deposits, Gunnison County, Colorado: Economic Geology, v. 77, no. 5, p. 1085–1104.

U.S. Geological Survey, 1999a, Mineral Resource Data System (MRDS: active computer file): Data available from U.S. Geological Survey, Mineral Resources Program, Building 20, Denver Federal Center, Denver, CO 80225.

U.S. Geological Survey, 1999b, Minerals Availability System (MAS: active computer file): Data available from U.S. Geological Survey, Minerals Information Team (formerly U.S. Bureau of Mines), Building 20, Denver Federal Center, Denver, CO 80225.

Van Loenen, R.E., and Gibbons, A.B., eds., 1997, Mineral resource potential and geology of the San Juan National Forest, Colorado, *with a section on* Salable minerals by A.G. Raby and J.S. Dersch: U.S. Geological Survey Bulletin 2127, 140 p.

Wallace, S.R., Muncaster, N.K., Jonson, D.C., MacKenzie, W.B., Bookstrom, A.A., and Surface, V.E., 1968, Multiple intrusion and mineralization at Climax, Colorado, *in* Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 605–640.

Westra, Gerhard, and Keith, S.B., 1981, Classification and genesis of stockwork molybdenum deposits: Economic Geology, v. 76, no. 4, p. 844–873.

White, W.H., Bookstrom, A.A., Kamilli, R.J., Ganster, M.W., Smith, R.P., Rantra, D.E., and Steininger, R.C., 1981, Character and origin of Climax-type molybdenum deposits, *in* Skinner, B.J., ed., Economic Geology 75th Anniversary Volume: El Paso, Tex., Economic Geology Publishing Co., p. 270–316.

BLM_0104463

# Mineral Resource Potential Assessment for the Sandstone-Hosted Uranium Deposit Type

By Gregory T. Spanski, Viki Bankey, and Steven M. Smith

**Chapter H of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213-H

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104464

# Contents

Abstract .................................................................................................................................................. 126
Introduction ......................................................................................................................................... 126
Model for Sandstone-Hosted Uranium Mineral Deposits .............................................................. 126
Description of Sandstone-Hosted Uranium Deposits in the GMUG Greater Study Area ............. 127
Delineation of Mineral Resource Potential Areas for Sandstone-Hosted Uranium Deposits ..... 129
    Permissive Tracts ...................................................................................................................... 130
    Favorable Tracts ........................................................................................................................ 131
Undiscovered Deposit and Endowment Potential .......................................................................... 133
References Cited ................................................................................................................................ 133

# Figures

H1. Map of GMUG greater study area showing permissive tracts for sandstone-hosted
    uranium deposits ...................................................................................................................... 128
H2. Map of GMUG greater study area showing favorable tracts for sandstone-hosted
    uranium deposits ...................................................................................................................... 132

# Tables

H1. Delineation criteria for sandstone-hosted uranium deposits in GMUG greater
    study area .................................................................................................................................. 130
H2. Sandstone-hosted uranium tracts in GMUG greater study area ............................................ 131

BLM_0104465

# Mineral Resource Potential Assessment for the Sandstone-Hosted Uranium Deposit Type

By Gregory T. Spanski, Viki Bankey, and Steven M. Smith

## Abstract

Sandstone-hosted uranium deposits occur in the Uravan mineral belt in the extreme western portion of the GMUG greater study area. From the late 1940's to the mid 1970's, the area has served as the source for the production of more than 63 million pounds of $U_3O_8$ and 330 million pounds of $V_2O_5$. In this study, an area of 6,700 square miles is identified as permissive for the presence of deposits containing endowments of more than 2.3 metric tons of $U_3O_8$. Approximately 1,500 square miles of these lands fall within the GMUG National Forests and 2,650 square miles are in land managed by the Bureau of Land Management. Data for anomalous levels of radioactivity, anomalous levels of uranium in stream sediments and water, the presence of existing occurrences, and previous assessment results suggest that some 1,350 square miles of the permissive area is believed to have substantially higher probability of hosting these deposits and is delineated as favorable. However, owing to the lack of grade and tonnage information about existing deposits, no estimates concerning the possible numbers of undiscovered deposits that might be present could be conducted. Past experience has shown that exploration and development activity related to these deposits are extremely sensitive to price fluctuations, which suggests that future increases in price above $15 per pound level would be a sufficient stimulus.

## Introduction

Uranium hosted in sedimentary rocks occurs in five geographically distinct areas associated with the GMUG greater study area in western Colorado: the Uravan mineral belt, Placerville area, Marshall Pass area, Cochetopa area, and Ruby-Irwin area. Their existence is attributed to at least three different modes of origin. The Placerville occurrences represent mineralization that appears to have been controlled by a lacustrine shoreline effect. These deposits are predominantly vanadium rich: recorded production is 13 million lb of $V_2O_5$ with only minor byproduct uranium production (31 thousand lb of $U_3O_8$). The Marshall Pass and Cochetopa areas have a history of significant production (nearly 8 million lb) of $U_3O_8$; however, the origins of these deposits remain in question and have variously been attributed to either intrusion-related magmatic-hydrothermal activity (Malan and Ranspot, 1959) or supergene enrichment (Olson, 1988). Occurrences in the Uravan mineral belt and the Ruby-Irwin area are genetically similar and descriptively match the characteristics of the deposit model for sandstone-hosted uranium deposits (Turner-Peterson and Hodges, 1986). Deposits in the Uravan mineral belt have produced approximately 63 million lb of $U_3O_8$ and 330 million lb of $V_2O_5$ through the early 1970's (Nelson-Moore and others, 1978), whereas only occurrences have been found in the Ruby-Irwin area with no production. The sandstone-hosted uranium deposits have historically been the dominant producers of uranium and vanadium in the region and the more probable source of any future production. By comparison, the production from the other sediment-hosted deposits in the Placerville, Marshall Pass, and Cochetopa areas has been of minor interest, and in the absence of appropriate deposit models their potential cannot be assessed. This assessment effort is therefore wholly focused on evaluating the potential of the sandstone-hosted uranium deposits.

The U.S. Geological Survey has conducted an intensive long-term program of internal and contractual investigations of uranium occurrences in the United States, which culminated in the early 1980's with the publication of a series of reports of the National Uranium Resource Evaluation (NURE) contract study. Those reports summarized the then current understanding of how uranium deposits form, where they occur, and where new resources are likely to be found. Subsequent studies have not substantially altered the findings and conclusions in those reports. The discussion and delineation of assessment tracts that follow are largely based on the content of the NURE reports for the Moab (Campbell and others, 1982a), Cortez (Campbell and others, 1982b), Durango (Theis and others, 1981), Montrose (Goodknight and Ludlam, 1981), and Leadville (Collins and others, 1982) 1°· 2° quadrangles and the Butler and Fischer (1978) review of uranium and vanadium resources in the Moab quadrangle.

## Model for Sandstone-Hosted Uranium Mineral Deposits

A significant number of descriptive and genetic models have been proposed over the last half-century to explain the existence of sandstone-hosted uranium deposits. Examples

of models include those of Fischer and Hilpert (1952), Finch (1967), Fischer (1968), Shawe (1976), Austin and D'Andrea, Jr. (1978), Mickle and Mathews (1978), Ruzicka and Bell (1984), and Turner-Peterson and Hodges (1986). Although differing in detail, such as ore genesis processes, the models are consistent on the broader descriptive aspects of these deposits and the geologic environments in which the deposits may be expected to occur.

Uranium in these deposits occurs in a low-valent form as primary uraninite (pitchblende) and coffinite with pyrite and sporadic marcasite. Organic debris is commonly plentiful. The uranium minerals fill intergranular pore spaces and replace carbonaceous material, quartz grains, and interstitial cements in clastic rocks, mainly sandstones. Individual mineralized zones may vary in form from tabular bodies concordant with formation bedding to discordant C- or S-shaped zones that cut across bedding. The original sand bodies are generally immature, possessing a large proportion of lithic-tuffaceous and (or) feldspathic compositional grains, and occur as layers or lenses in interbedded sequences or interfingering with mudstone. Permeability is highly variable, caused by rapid changes in grain size or localized variation in the content of clay minerals, intergranular cements, or carbonaceous detritus. The original sand bodies were deposited in an arid to semi-arid, terrestrial (continental) environment, on a stable platform, foreland-interior basin, or shelf-margin tectonic setting, where stream gradients were low and channel meandering and formation of backswamp environments were dominant processes. These environments were coupled with an adjacent highland area in which erosion of felsic intrusive and pyroclastic rocks contributed sediment to the basin; nearby volcanic activity periodically deposited widespread air-fall tuffaceous detritus over the basin surface.

A variety of sources of the uranium has been proposed: (1) feldspathic detrital sediment derived from incompletely weathered felsic rocks in the highland areas, (2) clays with adsorbed uranium that are delivered to the basin, or (3) devitrifying tuffaceous detritus deposited on the basin floor. Oxidizing, bicarbonate-charged meteoric ground water percolating through these sediments leached uranium from diagenetically altering volcanic glass, feldspars, and clay minerals, and transported it in its high-valent (+6) oxidation state. Where these uranium-bearing waters encountered reducing conditions, uranium was precipitated as the low-valent (+4) oxide (uraninite) or silicate (coffinite). Possible agents responsible for producing the reducing conditions include buried organic or carbonized material, entrapped $H_2S$ or methane gases produced by anaerobic bacterial activity, humic acids, or sulfide minerals, mainly pyrite. In the arid to semi-arid environment described, forest vegetation would be restricted to highland areas and lower gradient areas near the basin center or coastal plain. The overall low density of vegetation would be consistent with episodes of high runoff, flooding and rapid cutting and filling of basin sediments, and consequent rapid burial of vegetation carried in flood water. Reducing conditions would be preserved in the low-permeability, organic-rich muds accumulating in backswamp areas during the early stages of diagenesis by persistent high water table conditions and presence of entrapped bacterially generated gases. Oxidizing conditions would be restricted to the adjacent higher permeability, coarser grained channel-fill sands through which uranium-bearing ground water flowed basinward. Primary uranium mineralization occurred where the reducing and oxidizing conditions interfaced at the margins of organic-rich sediment layers and organic detritus buried in more permeable sand layers.

# Description of Sandstone-Hosted Uranium Deposits in the GMUG Greater Study Area

Within the GMUG greater study area (fig. H1) and surrounding environs, significant deposits of the sandstone-hosted uranium deposit type occur in the Chinle, Morrison, and Cutler Formations; and minor occurrences are found in the upper member of the Hermosa Formation, Wingate Sandstone, Ohio Creek Member of the Mesaverde Formation, and Wasatch Formation. In addition the Burro Canyon, Rico, Moenkopi, Dolores, and Dakota Formations are reported to host occurrences of this type in areas adjacent to the GMUG area (Finch, 1967). Rock units containing uranium as described in NURE reports are listed in table D1 (chapter D, this volume).

Sandstone-hosted uranium type occurrences are concentrated in two distinct geographic areas; one lies west of the Uncompahgre National Forest (Uravan mineral belt) and a second, smaller area is in the northwest corner of Gunnison County (Ruby-Irwin area).

The Uravan mineral belt, initially defined by Fischer and Hilpert (1952) is the oldest uranium mining area in the United States. It forms a rough arc that trends in a southerly direction from just south of Gateway through Uravan to the Slick Rock area, a distance of approximately 115 km, and extends on into Utah. Bordering the east edge of a more broadly defined Uravan area, it is defined by the presence of nearly 1,200 documented occurrences and deposits (Nelson-Moore and others, 1978), hosted in sandstones and conglomerates of the Salt Wash and Brushy Basin Members of the Morrison Formation. Individual zones of mineralization in the Uravan mineral belt are typically elongated—either in a tabular shape conforming with bedding in the host sandstone (peneconcordant) or as less common roll-type deposits, which exhibit a C- or S-like cross section that cuts vertically across bedding. Size varies from a few metric tons of rock in a single occurrence to more than 1,000,000 t (metric tons), where one or more zones occur closely spaced in clusters.

Vanadium is also prevalent in these deposits. Vanadium-uranium ratios systematically increase in the mineral belt from north to south, from near 3:1 in the Gateway area to approximately 8:1 in the Slick Rock area. Primary (unoxidized) ores



**Figure H1.** GMUG greater study area, showing permissive tracts (shaded) for sandstone-hosted uranium deposits.

BLM_0104468

contain uranium oxide (uraninite) and silicate (coffinite) and the vanadium oxide (montroseite) and vanadium-bearing silicates (mica, chlorite and clay). In the near-surface oxidized zone, uranium vanadates (carnotite and tyuyamunite) are abundant. Ore minerals coat sand grains, fill pores, and in some cases replace sand grains, interstitial clays, calcite cement, and carbonaceous debris. Primary mineralization is restricted to reduced zones in the host sandstone, which are light gray to buff in color and contain disseminated pyrite and carbonized material. Where mineralized zones are weathered, the pyrite imparts a yellowish cast to the rock's color.

The host sandstones in the Salt Wash and lower part of the overlying Brushy Basin Members of the Morrison Formation occur as layers and lenses interbedded with mudstones. Thicker intervals of uniform sandstone are devoid of significant mineralized uranium. The depositional environment is interpreted to have been a large alluvial fan complex that spread out to the east into western Colorado from a source in east-central Utah. The Uravan mineral belt overlies the arcuate distal front of the fan complex where gradients flattened and streams began to meander and braid before entering either a marginal marine or a lacustrine environment nearer the basin center. Coarse sand collected in fluvial channels, and fine sand and clay-rich sediment accumulated in adjacent backswamp and fresh-water lake (lacustrine) flood-plain environments. Vegetation swept down in floods or growing on adjacent flood plains became commingled with, and buried in, the rapidly accumulating sediments. A shallow water table preserved and aided in the carbonization of entrapped organic matter. The long axes of the uranium deposits in the mineral belt are roughly normal to the trend of the belt and parallel to the expected direction of flow of the distributive streams and mineralizing ground water. The sediment source is hypothesized to have been a highland area to the southwest. Sandstones are feldspathic and mudstones are bentonitic, suggesting the presence of a significant component of volcanic ash in the distal part of the alluvial fan system. Ash is a suspected source of the uranium, along with vanadiferous and uraniferous heavy minerals present in the juvenile sandstones. Contemporaneous with deposition, flowage of evaporite deposits underlying the late Paleozoic Paradox basin superimposed an alternating pattern of slowly subsiding synclinal basins and slowly rising diapiric anticlinal ridges that dammed streams and produced temporary lakes in the synclinal areas. These conditions persisted during the early sedimentation of the Brushy Basin Member of the Morrison, where uranium deposits are also found.

Uranium host rocks are characterized by the presence of broad, continuous sandstone lenses and lenticular channel sandstones and conglomerates separated laterally and vertically by mudstone layers of variable thickness. Organic matter, ranging from tree-trunk size down to fine debris, was preserved and carbonized, where protected by high water tables. Uranium and vanadium were likely leached from feldspars, heavy minerals in sandstones, and tuffaceous horizons in mudstones and transported in ground water under oxidizing conditions, possibly at different times, basinward through the more porous and permeable channel sandstones. On meeting localized reducing conditions, uranium was deposited as oxides and silicates and vanadium as an oxide, coating sand grains, filling pore spaces, and replacing carbonized plant matter. Vanadium also invaded clay mineral structures, producing vanadium-rich clays. Mineralization is believed to have occurred early in the period of consolidation from sediment to sedimentary rock.

Uranium occurrences in the Ruby-Irwin area are hosted in carbon-bearing, fluvial channel-fill sands in alluvial-fan and alluvial-plain deposits (Upper Cretaceous Ohio Creek Member of Mesaverde Formation and Tertiary Wasatch Formation) that built to the west into the Piceance Basin from the rising Sawatch uplift during the Late Cretaceous and early Tertiary. The source of the uranium in these occurrences may have been the abundant volcanic debris that is found in the lower part of the Wasatch Formation. No uranium minerals have been identified, and the uranium is likely bound by adsorption in the carbonaceous debris found in the channel sands. Vanadium is present only in trace amounts.

# Delineation of Mineral Resource Potential Areas for Sandstone-Hosted Uranium Deposits

The permissive and favorable mineral resource potential tracts, delineated in this study for sandstone-hosted uranium deposits, identify areas where there is believed to be more than a trivial probability of additional occurrences of deposit size existing. Their delineation is complicated by the confidentiality that surrounds grade and tonnage data for existing deposits and precludes the development of traditional deposit-based grade and tonnage models that are normally used to characterize the size and grade range for deposits. However, two studies do provide some insights that can be used to characterize deposit size for these deposits. In the NURE studies, geographic areas were delineated wherein the geologic environment was such that a minimum aggregated endowment of 100 tons (91 t) of $U_3O_8$ in rocks having an average grade not less than 100 ppm $U_3O_8$ could be presumed to be present. The $U_3O_8$ endowment of individual occurrences was not addressed. W.I. Finch and C.T. Pierson (written commun., 1992) proposed using clustered deposit and occurrence data in place of single values, thereby preserving confidentiality. Average grade and aggregate ore tonnage values for clusters of closely spaced ore bodies that had been or would likely be mined as a unit in any future mining effort were used to construct a set of grade and tonnage models. Using data for 64 clusters occurring in central Utah in geologic environments similar to those in the Uravan mineral belt, they obtained a value of 29,000 t and a grade of 0.18 percent $U_3O_8$ for a median cluster, which equates to a median endowment of 52 t of $U_3O_8$. Clusters

BLM_0104469

**130      Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

range in size from 1,100 t to 7.38 million metric tons, and endowments range between 0.9 and 17,710 t of contained $U_3O_8$. Given these models, tracts are delineated for the potential existence of deposits that contain more than 2,000 t of ore and a $U_3O_8$ endowment of more than 2.3 t.

The tract delineation criteria listed in table H1 are largely based on those used in the NURE studies of the Moab (Campbell and others, 1982a), Cortez (Campbell and others, 1982b) and Montrose (Goodknight and Ludlam, 1981) quadrangles, the observed associations of uranium with sandstone summarized by Finch (1967), and the descriptive deposit model of Turner-Peterson and Hodges (1986). Criterion 1 is used to identify permissive tracts, in which the probability for the existence of deposits is more than negligible. Criteria 2 through 4 are applied in various combinations to the permissive terrane to highlight areas that have a higher probability for hosting deposits—the favorable tracts. Each criterion is supported by data that are widely available at 1:250,000 scale. Criterion 5 is included to ensure that the assessment results from the NURE program and the expertise that went into producing them were not overlooked in the current effort. Several additional "favorable criteria" listed would be appropriate for identifying favorable tracts, provided the data were available; they could prove useful in refining the boundaries of favorable areas in localized areas.

Buffers are used with point and area data to compensate for location inaccuracy, at 1:250,000 scale, to indicate the probable area of influence attributable to a class of point information, and to make allowances for lateral extrapolation of non-point information where control data are lacking. The values used are based on empirical precedent. Where several buffers may be applicable, the largest is used.

## Permissive Tracts

The affinity that uranium occurrences and deposits have demonstrated for the feldspathic and carbonaceous sandstone units occurring interbedded with mudstones and shales in continental sedimentary sequences has long been known (Finch, 1967; Turner-Peterson and Hodges, 1986). In the study area occurrences and deposits are found in sandstone intervals of more than a dozen units (Finch, 1967; Nelson-Moore and others, 1978). However, to resolve each suitable sandstone unit for display at a scale of 1:250,000 is impractical; therefore, stratigraphic intervals containing several suitable sandstone intervals are used to define a permissive area.

In the GMUG study area a noncontiguous area of nearly 6,700 mi² is identified as having a permissive potential for sandstone-hosted uranium deposits through the application

**Table H1.**   Delineation criteria for sandstone-hosted uranium deposits in GMUG greater study area.

[Map symbols in parentheses are those shown at 1:250,000-scale mapping (Day and others, 1999) that include the specified unit. Bold indicates the principal symbol for the lithologic unit]

| Diagnostic criterion for permissive tract delineation |
|---|
| 1. Feldspathic and (or) tuffaceous-bearing clastic sedimentary rock deposited in a predominantly continental (nonmarine) basin environment (includes all Permian through Jurassic age sedimentary rock units, the Cretaceous Dakota Sandstone and Ohio Creek Member of the Mesaverde Formation, and the Tertiary Wasatch Formation) known or inferred to be present within 1,500 m of the surface. |

| Diagnostic criteria for favorable tract delineation (in addition to criterion 1) |
|---|
| 2. Presence of anomalous radioactivity as indicated by anomalous uranium:thorium ratio equal to or greater than one standard deviation above its mean and a thorium signal at least one standard deviation below its mean. |
| 3. Presence of an anomalous level of uranium in stream-sediment (>10 ppm) or water (>10 ppm) sample (500 m buffer). |
| 4. Presence of sandstone-hosted uranium occurrence or deposit (500 m buffer). |
| 5. Area designated as favorable for subclass 243 or 244 type sediment-hosted uranium type deposits in the Morrison or Cutler Formations in the National Uranium Resource Evaluation (Moab, Cortez, or Montrose) quadrangle reports. |

| Other favorable tract criteria |
|---|
| 6. Lithologies characterizing deposition in a lower (distal) alluvial-plain, a near-shore (nonmarine), or a delta-plain environment. Includes permeable, lenticular, lacustrine or lagoonal, feldspathic or arkosic, fine-grained sandstones, or channel-fill sandstones and (or) conglomerates, containing concentrations of carbonaceous matter interbedded with impermeable, tuffaceous siltstones and mudstones, known to be present within 1,500 m of the surface: |
|    A. Salt Wash Member of Morrison Formation (**Jms**, Jm, Jmw, Jmwe, Jmj, Jmce, JŦmc) |
|    B. Brushy Basin Member of Morrison Formation (**Jmb**, Jm, Jmw, Jmj, Jmwe) |
|    C. Moss Back Member of Chinle Formation (Ŧc, Ŧwc, Ŧkwc) |
|    D. Cutler Formation (**Pc**) |
|    E. Ohio Creek Formation (**Two**) |
|    F. Wasatch Formation (Two, **Tw**) |
| 7. Presence of gray bentonitic (swelling) clay, or noncalcareous lacustrine mudstone interbedded with sandstone. |
| 8. Presence of uranyl vanadate, phosphate, and (or) silicate mineralogy in oxidized surface exposures (500 m buffer). |

BLM_0104470

**Table H2.** Sandstone-hosted uranium tracts in GMUG greater study area.

| Tract No.[a] | Tract name[b] | Delineation criteria[c] |
|---|---|---|
| P30c.1 | Western Slope-Intermountain-Piceance Basin Area | 1 |
| F30c.1 | Uravan Area | 1, 2, 3, 4, 5 |
| F30c.2 | Ruby-Irwin Area | 1, 5 |

[a] P denotes a permissive tract, F a favorable tract followed by a deposit type model number.

[b] Area of permissive tracts includes the area of the favorable tracts lying within.

[c] Indicates the criteria used to delineate the lands in the tract.  See table H1.

of criterion 1 (table H1).  These lands (fig. H1) are underlain by sedimentary rocks formed for the most part under continental (nonmarine) depositional conditions, which persisted throughout western Colorado from the Late Pennsylvanian into the Cretaceous and again in the early Tertiary.  The name, Western Slope–Intermountain–Piceance Basin Area, applied to the tract reflects the diversity of the area of coverage.  The effective depth of consideration for classification purposes was extended to 1,500 m to achieve parity with that used in the NURE investigations.  Approximately 1,630 mi$^2$ of the permissive tract lands falls within GMUG National Forest boundaries and an additional 2,650 mi$^2$ underlies land managed by the Bureau of Land Management.

## Favorable Tracts

Approximately 20 percent (1,352 mi$^2$) of the lands in the permissive sandstone-hosted uranium tracts are classified as favorable through the application of criteria 2 through 5 in table H1.  Less than 100 mi$^2$ occurs within forest bounds and 955 mi$^2$ underlies BLM land.  The lands occur in two distinct areas, the Uravan Area and the Ruby-Irwin Area.  Figure H2

and table H1 show what criterion or combinations of criteria were used and the relative impact each has on determining the final configuration of the favorable tracts.  Criterion 4, singularly or in combination with 2 and (or) 3, is used to categorize approximately 300 mi$^2$ of the permissive terrane as favorable.  Application of criterion 5 (favorable areas in NURE reports) categorizes an additional 1,054 mi$^2$ as favorable, increasing the area by nearly 350 percent.  The presence of criterion 2 or 3 alone is not judged to be singularly sufficient justification to invoke a favorable classification.  Little new information has been gathered on these deposits since the early 1980's, and the conclusions reached in the NURE investigations by Campbell and others (1982a, 1982b) and Goodknight and Ludlam (1981) remain valid.  The interpretive approach and data support used to define favorable areas in the NURE studies equate well with those used in the present assessment.

*Uravan Area:*  This area contains more than 98 percent of lands designated as favorable.  The favorable determination is largely based either on the presence of a distal alluvial-plain lithofacies, which equates stratigraphically with the Salt Wash and Brushy Basin Members of the Morrison Formation, or on the presence of a sequence of arkosic sandstones and

### EXPLANATION (fig. H1, next page)

**Criterion 5**—Previously identified favorable areas in the Morrison or Cutler Formations

**Criterion 4**—Uranium mines and prospects, buffered

**Criteria 4 and 5**

**Criterion 4 or 5 or both and criterion 3**—Anomalous geochemistry where U > 10 ppm

**Criterion 4 or 5 or both and criterion 2**—Anomalous radioactivity ratio

**Criteria 2 and 3 and criterion 1 or 2 or both**

BLM_0104471



**Figure H2 (above and previous page).** GMUG greater study area, showing favorable tracts for sandstone-hosted uranium deposits. Dashed lines and labels show known uranium districts.

BLM_0104472

shales, deposited in an alluvial-fan environment dominated by meandering streams occurring in the upper part of the Cutler Formation. In fact, the Cutler and Salt Wash units overlap in a portion of the south half of the area.

*Ruby-Irwin Area*: This small area contains less than 2 percent of the favorable land; it lies to the west of Crested Butte (fig. H2). Its inclusion as favorable is based largely on the fact that it had been designated favorable in a NURE report (Good-knight and Ludlam, 1981). The classification is based on the presence of a stratigraphic interval of interbedded, fluvial, arkosic sands, conglomerates, siltstones, and volcanic debris deposited in a transitional environment between an alluvial fan and an alluvial flood plain. The interval includes the upper part of the Oak Creek Sandstone and lower part of the Wasatch Formation.

*Marshall Pass, Cochetopa, and Placerville Areas*: These three areas (fig. H2) are locations of known uranium deposits; however, we determined that these types of uranium deposits do not adequately fit the sandstone-hosted model studied in this report.

# Undiscovered Deposit and Endowment Potential

The potential for new sandstone-hosted uranium deposits and quantitative estimation of their uranium and vanadium endowments cannot be assessed using the three-part methodology described in Chapter F of this volume. Although the deposit type has been descriptively modeled (Turner-Peterson and Hodges, 1986), the grade and tonnage characteristics of that fraction of occurrences that would be considered deposits have not been modeled. The cluster-based grade and tonnage models proposed by Finch and Pierson (1992) have never been formally recognized and should not be used for estimating resources in undiscovered deposits. In the absence of a recognized set of models, the numbers of undiscovered deposits cannot be estimated.

However, historical precedent and numerous scientific investigations conducted since the early 1950's suggest that, within the bounds of the permissive and favorable tracts, a significant uranium and vanadium endowment is associated with the sandstone-hosted type of deposit. By 1999 more than 63 million lb of uranium oxide and 330 million lb of vanadium oxide have been produced from sandstone-hosted uranium deposits occurring in Permian, Triassic, and Jurassic age rocks in the Colorado portion of the Colorado Plateaus province. Most of that production occurred during a period from 1947 to 1968 when market pricing was subsidized and again from 1973 to 1987 when there was a rapid expansion of the nuclear energy industry; high prices and demand made lower grade ores economic. By 1990, however, all mining activity had ceased, not as a result of resource depletion, but rather in response to steep declines in demand and market price for

uranium (Chenoweth, 1996). These declines were precipitated by the transition from a subsidized to a free market economy for uranium and associated contraction of the nuclear energy industry in the 1980's. Under current free market conditions the sandstone-hosted uranium deposits in Colorado have become non-economic. This sensitivity to market price is demonstrated by the case of the Sunday mine in the Big Gypsum Valley of San Miguel County: this mine reopened in 1997 at a time when uranium oxide prices rose above $15/lb (Cappa, 1998). The mine closed again in 1999 after prices dropped back into the $10–$11/lb range (Cappa and Carroll, 2000). Future interest in development and exploration will be totally a function of market dynamics. At current price levels, development potential is extremely low. Should price increase into the high teens or above, there is a strong expectation that some existing mines with proven reserves will reopen, and exploration for new deposits of similar size and grade, which are highly likely to be present in the favorable tract areas, will resume.

# References Cited

Austin, S.R., and D'Andrea, R.F., Jr., 1978, Sandstone-type uranium deposits, *in* Mickle, D.G., and Mathews, G.W., eds., Geologic characteristics of environments favorable for uranium deposits: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-067(78), p. 87–119.

Butler, A.P., Jr., and Fischer, R.P., 1978, Uranium and vanadium resources of the Moab 1°- 2° quadrangle, San Juan County, Utah and Montrose County, Colorado: U.S. Geological Survey Professional Paper 988–B, p. B1–B22.

Campbell, J.A., Franczyk, K.J., Lupe, R.D., and Peterson, Fred, 1982a, Cortez quadrangle, Colorado and Utah: Report of U.S. Geological Survey prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-051(82), 65 p.

Campbell, J.A., Franczyk, K.J., Lupe, R.D., and Peterson, Fred, 1982b, Moab quadrangle, Colorado and Utah: Report of U.S. Geological Survey prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-056(82), 68 p.

Cappa, J.A., 1998, Annual review 1997—Mining and exploration overviews—Colorado summary: Mining Engineering, v. 50, no. 5, p. 77–79.

Cappa, J.A., and Carroll, C.J., 2000, Annual review 1999—Mining and exploration overviews—Colorado summary: Mining Engineering, v. 52, no. 5, p. 64–67.

Chenoweth, W.L., 1996, The uranium industry in the Paradox Basin, *in* Huffman, A.C., Jr., Lund, W.R., and Godwin, L.H., eds., Geology and resources of the Paradox Basin: Utah Geological Association Guidebook 25, p. 95–108.

Collins, D.B., Graham, D.C., and Hornbaker, A.L., 1982, Leadville quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-027(82), 81 p.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1°· 2° geologic maps: U.S. Geological Survey Open-File Report 99-427, CD-ROM.

Finch, W.I., 1967, Geology of epigenetic uranium deposits in sandstone in the United States: U.S. Geological Survey Professional Paper 538, 121 p.

Fischer, R.P., 1968, The uranium and vanadium deposits of the Colorado Plateau region, in Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 735–746.

Fischer, R.P., and Hilpert, L.S., 1952, Geology of the Uravan Mineral Belt: U.S. Geological Survey Bulletin 988–A, p. 1–13.

Goodknight, C.S., and Ludlam, J.R., 1981, Montrose quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJQ-010(81), 91 p.

Malan, R.C., and Ranspot, H.W., 1959, Geology of the uranium deposits in the Cochetopa mining district, Saguache and Gunnison Counties, Colorado: Economic Geology, v. 54, no. 1, p. 1–19.

Mickle, D.G., and Mathews, G.W., eds., 1978, Geologic characteristics of environments favorable for uranium deposits: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-067(78), 250 p.

Nelson-Moore, J.L., Collins, D.B., and Hornbaker, A.L., 1978, Radioactive mineral occurrences of Colorado and bibliography: Colorado Geological Survey Bulletin 40, 1054 p.

Olson, J.C., 1988, Geology and uranium deposits of the Cochetopa and Marshall Pass districts, Saguache and Gunnison Counties, Colorado: U.S. Geological Survey Professional Paper 1457, 44 p.

Ruzicka, Vlad, and Bell, R.T., 1984, Sandstone uranium, chapter 6.4, in Eckstrand, O.R., ed., Canadian mineral deposit types—A geological synopsis: Geological Survey of Canada Economic Geology Report 36, p. 28.

Shawe, D.R., 1976, Sedimentary rock alteration in the Slick Rock district, San Miguel and Dolores Counties, Colorado: U.S. Geological Survey Professional Paper 576-D, p. D1–D51.

Theis, N.J., Madson, M.E., Rosenlund, G.C., Reinhart, W.R., and Gardner, H.A., 1981, Durango quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJQ-011(81), 48 p.

Turner-Peterson, C.E., and Hodges, C.A., 1986, Descriptive model of sandstone U, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 209–210.

BLM_0104474

# Mineral Resource Assessment for Volcanic-Associated Massive Sulfide Deposits

By Warren C. Day, Gregory T. Spanski, Viki Bankey, Anna B. Wilson, and Steven M. Smith

**Chapter I of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–I

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104475

# Contents

Abstract ........................................................................................................................................... 137
Introduction ................................................................................................................................... 137
Model for Volcanic-Associated Massive Sulfide Mineral Deposits ............................................... 137
Description of the Volcanic-Hosted Massive Sulfide Deposits in the Study Area ........................ 138
Application of the Deposit Model for a Mineral Resource Assessment of Volcanic-
    Associated Massive Sulfide Deposits ..................................................................................... 140
    Permissive Tracts.................................................................................................................... 141
    Favorable Tracts .................................................................................................................... 142
Undiscovered Deposit and Endowment Potential ......................................................................... 145
References Cited ............................................................................................................................ 148

## Figures

I1–I3.  Maps of GMUG greater study area showing:
    I1.  Location, deposit type, and commodity recovered for selected Proterozoic
        mineral deposits ............................................................................................... 139
    I2.  Permissive tracts for hosting Kuroko-type VMS copper-zinc±gold deposits ............. 143
    I3.  Favorable tracts for hosting Kuroko-type VMS copper-zinc±gold deposits ............... 144
  I4.  Graphs showing grade and tonnage models for 187 Precambrian Kuroko-type
    massive sulfide deposits ........................................................................................... 147

## Tables

I1.  Delineation criteria for tracts of land with potential for undiscovered volcanic-
    associated Kuroko-type VMS copper-zinc±gold deposits in GMUG greater
    study area ........................................................................................................................ 141
I2.  Summary of results of resource endowment potential assessment for undiscovered
    Kuroko-type volcanic massive sulfide deposits within GMUG greater study area .............. 146

BLM_0104476

# Mineral Resource Assessment for Volcanic-Associated Massive Sulfide Deposits

By Warren C. Day, Gregory T. Spanski, Viki Bankey, Anna B. Wilson, and Steven M. Smith

## Abstract

Precambrian volcanic rocks of the GMUG greater study area have historically produced copper, gold, silver, and lead in Kuroko-type volcanic-associated massive sulfide deposits, located primarily in the Dubois Greenstone belt, south of Gunnison, Colorado. Commonly, these massive sulfide deposits originally formed within bimodal (felsic and mafic) metavolcanic and associated metasedimentary rock packages that are proximal to felsic volcanic centers in clusters adjacent to one another. In areas where the base- and precious-mineral-rich rocks are exposed, the resulting erosion yields stream sediments with elevated concentrations of base and precious metals. We describe herein the characteristics of the Kuroko-type volcanic-associated massive sulfide deposits, briefly discuss their mode of origin, give an overview of the geologic setting for regions known to host such deposits, present the criteria used in the mineral resource assessment to highlight areas both permissive and favorable for such deposits, and discuss the results of the mineral resource assessment.

The robustness of the mineral resource assessment is limited to the quality and thoroughness of the data available at the regional scale. As such, the main diagnostic tools used for delineating tracts favorable for hosting Kuroko-type volcanic-associated massive sulfide deposits were the existing 1:250,000-scale geologic maps, mine and prospect location and mineral production information, regional stream-sediment data, all of which were augmented by new geochemical data on bedrock and mine dumps as well as onsite geologic observations made throughout the region specific for these deposits. Information lacking at the regional scale that would enhance the assessment would include maps of mineral alteration assemblages, detailed electromagnetic geophysical maps, and closely spaced stream-sediment, soil, and bedrock geochemical sampling. However, we identified several tracts that are favorable for hosting Kuroko-type volcanic-associated massive sulfide deposits within the GMUG greater study area.

## Introduction

The GMUG greater study area hosts several volcanic-associated massive sulfide (VMS) mineral deposits within the Precambrian basement rocks. The VMS deposits are located within the Dubois Greenstone belt, which is a belt of Proterozoic volcanic and intrusive rocks exposed within the Gunnison uplift between Cochetopa Creek and the Lake Fork River in Gunnison and Saguache Counties, Colorado. The general character of the VMS deposits within the GMUG area is similar to that described in the Kuroko-type massive sulfide deposit model presented by Singer (1986) as well as models for volcanic-associated massive sulfide deposits presented by Hutchinson (1982), Franklin (1993), and Franklin and others (1981, 1998).

## Model for Volcanic-Associated Massive Sulfide Mineral Deposits

Volcanic-associated massive sulfide (VMS) deposits contain copper, lead, and zinc as their primary ore metals and can carry lesser albeit important amounts of silver and gold. They occur as lenses, layers, and (or) disseminations of base-metal-bearing sulfide minerals within sequences of marine volcanic and associated sedimentary rocks. The host volcanic successions range from bimodal sequences of mafic and felsic rocks (Kuroko-type) to andesite-dominated sequences (Noranda-type). In both types the host rocks are generally subaqueous flows, tuffs, pyroclastic deposits, and volcanic breccias; many host successions are proximal to felsic volcanic domes. Worldwide, VMS deposits range in age from Archean to Cenozoic. They form both in island-arc and in mid-ocean ridge tectonic settings; however, the majority occur in island-arc sequences (Franklin and others, 1998) and especially within arc-related rift settings (Sawkins, 1990).

VMS ores are deposited from metalliferous fluids generated within thermally driven convective hydrothermal systems associated with subaqueous volcanism and rifting (Franklin and others, 1981, 1998; Hutchinson, 1982; Seyfried and Janecky, 1985; Poulsen and Hannington, 1996; Franklin, 1993). Cool seawater is circulated through piles of volcanic (basaltic) rocks adjacent to areas of active subaqueous volcanism and local subvolcanic intrusions, which heat the pore water, forming a hydrothermal convection system. Within such a hydrothermal system, the relatively cool hydrothermal fluids

BLM_0104477

circulate deep within the volcanic pile. The steep geothermal gradient within the rift system, caused in part by shallow subvolcanic intrusions, heats the deeper circulating hydrothermal fluids. As they become hotter, the fluids leach base and precious metals along their journey through the volcanic rocks. The hot hydrothermal metal-bearing fluids then rise through the volcanic pile, ascending along structural pathways (faults and caldera margins), which focus the fluid flow, and form alteration pipes. At the termination of the convective system, the metalliferous fluids are debouched on the sea floor in hydrothermal vent zones (submarine hot springs). These metal-laden, hot, hydrothermal fluids (approximately 200°–300°C) mix with cool seawater and precipitate base- and precious-metal-bearing sulfide minerals. Discharge of the metalliferous hydrothermal fluids must be focused along a relatively small structurally controlled zone through a prolonged period of time to produce the high concentrations of metal-rich precipitants found in large VMS mineral deposits. Metals can be precipitated above the sediment-water interface as layered massive sulfide horizons and (or) as replacement deposits below the sediment-water subsurface.

# Description of the Volcanic-Associated Massive Sulfide Deposits in the Study Area

Through an understanding of the geologic setting, character, and mode of origin of known VMS deposits, we can establish critical criteria to help us identify additional areas with potential to host undiscovered VMS deposits throughout the GMUG greater study area (map area, fig. I1). Known Kuroko-type VMS copper and zinc mineral deposits are exposed in the Dubois Greenstone belt (fig. I1). The greenstone belt is made up of bimodal (mafic and felsic) metavolcanic rocks and associated sedimentary rocks that have been variously intruded by synvolcanic to posttectonic granodiorite to granite plutons. The volcanic rocks were deposited in submarine environments, inasmuch as pillow structures are preserved in the basalts, and the felsic volcanic rocks and associated epiclastic sediments show subaqueous reworking (Hedlund and Olson, 1981). Afifi (1981) noted that volcanism was episodic, with intervals of quiescence marked by deposition of layered intervals of

EXPLANATION (fig. I1, next page)

Cochetopa area

1    Graflin mine (VMS; Cu, Zn, and native Au)

2    Denver City mine (VMS; Zn, Cu, Ag, Au, Pb, Sb, and Te)

3    Yukon mine (VMS; Cu, Zn, Ag, Au, and Pb)

4    Lulu mine (low-sulfide quartz/gold; Au)

5    Buzzard mine; Mineral Hill mine (low-sulfide quartz-gold; Au)

6    Lucky Strike (low-sulfide quartz-gold; Au)

Powderhorn area

7    Headlight mine (VMS; Cu, Ag, Au, and Zn)

8    Gunnison mine (Au-bearing chert, Ag, Cu, Pb, Te, and Se)

9    Champion shaft (Au-bearing chert)

10   Iron Cap mine (VMS and Au-bearing chert, Ag, Cu, Zn, and Pb)

11   Copper King mine (VMS; Au, Ag, and Cu)

12   Anaconda mine (VMS and Au-bearing chert, Ag, Cu, and Zn)

13   Old Lot mine (VMS; Au, Ag, Zn, Cu, and Pb)

Vulcan mine area

14   Vulcan/Good Hope mines (VMS; Au, Ag, Te, Cu, Zn, Sb, V, Bi, and As)

15   Midland mine (VMS; native Au, Ag, Pb, and Zn)

BLM_0104478



**Figure I1 (above and previous page).** Location, deposit type, and commodity recovered for selected Proterozoic mineral deposits in GMUG greater study area.

Mineral Resource Assessment for Volcanic-Associated Massive Sulfide Deposits    139

ferruginous chert and lean banded iron-formation. The Dubois Greenstone belt differs from most of the Proterozoic basement rocks of Colorado in that it has experienced a relatively low grade of metamorphism (upper greenschist to lower amphibolite facies), whereas most of the remaining Precambrian rocks are of higher grade (middle to upper amphibolite facies). In addition, although rocks within the belt have experienced at least two phases of regional deformation (Afifi, 1981; Knoper and others, 1991; Hetherington, 1994), they still have primary sedimentary and volcanic rock textures preserved (Hedlund and Olson, 1981).

The Dubois Greenstone belt is composed of two separate volcanic successions (Bickford and others, 1982; Knoper and Condie, 1988; Knoper and others, 1991; Wortman, 1991), both of which host VMS deposits. The older succession lies in the western part of the greenstone belt, in the Cebolla Creek area; it is made up of bimodal volcanic rocks (dominantly basalt) with horizons of ferruginous chert (some of which is gold bearing) as well as pyroclastic and epiclastic sedimentary rocks, all of which are intruded by granite. These rocks range in age from 1,780 to 1,750 Ma, and the granite intrusions are 1,755 to 1,751 m.y. old. The younger succession crops out in the eastern part of the greenstone belt, in the Cochetopa Creek area; it is also made up of bimodal volcanic rocks (Bennett and others, 1984) and is dominated by the felsic volcanic and volcaniclastic sediment component of the bimodal succession. Ages of the felsic volcanic rocks that host VMS mineral deposits in the eastern part of the Dubois Greenstone belt cluster between 1,741 and 1,730 Ma (Wortman and others, 1990). Metamorphism and peak deformation occurred prior to 1,713 Ma, which is the age of the late synkinematic tonalite of Gold Basin that crosscuts the deformational fabrics developed in the volcanic rocks (Wortman and others, 1990).

The mafic rocks in both volcanic successions are similar in composition to modern basalts that form in island-arc environments (Knoper and Condie, 1988). The textural features developed in the volcanic and sedimentary rocks indicate that the environment of deposition was submarine. The combination of coeval mafic and felsic volcanism and pretectonic granitoid plutonism indicates that the tectonic setting of the Dubois Greenstone belt is consistent with that of a rifted island-arc environment. This setting is similar to others known to host VMS deposits (Sawkins, 1990).

Two general classes of Precambrian-aged mineral deposits occur in the Dubois Greenstone belt: (1) syngenetic Kuroko-type VMS massive sulfide and associated gold-bearing ferruginous chert (exhalative) deposits, and (2) epigenetic low-sulfide gold-quartz vein deposits. Although there are several small examples of epigenetic low-sulfide gold-quartz vein deposits in the Dubois Greenstone belt, no significant deposit has been identified at the time of this study. Because evaluation of the mineral resource potential for epigenetic low-sulfide gold-quartz vein deposits is not being conducted in this report, discussion is limited herein. The Kuroko-type VMS deposits occur within piles of dacitic to rhyolitic lava flows and tuffs (Afifi, 1981; Drobeck, 1981; Sheridan and

others, 1981). For example, in the western part of the Dubois Greenstone belt, the Headlight, Old Lot, Copper King, and Vulcan/Good Hope mines are in copper-zinc-bearing Kuroko-type VMS deposits hosted in dacitic to rhyolitic porphyritic and lapilli tuffs (fig. I1). The Vulcan/Good Hope Kuroko-type VMS deposit was the largest producer in the greenstone belt (Drobeck, 1981). Several gold-bearing ferruginous chert (exhalative) deposits, such as at the Gunnison mine and the Champion shaft, also occur in the western part of the greenstone belt (Nelson and Riesmeyer, 1983). The Anaconda and the Iron Cap mines (fig. I1) are hosted primarily within mafic metavolcanic rocks (Nelson and Riesmeyer, 1983) that have characteristics typical of both Kuroko-type VMS and exhalative gold deposits, inasmuch as they contain thin bedding-parallel stringers of auriferous ferruginous chert interlayered with massive sulfide horizons. Epigenetic low-sulfide gold-quartz vein deposits occur in the western part of the greenstone belt in the Powderhorn mineral area (Wilson and Spanski, this volume, Chapter E; fig. E1; this report, fig. I3) where fairly small, shear-zone-hosted systems are present in the mafic metavolcanic sequence in the Lake Fork River and Cebolla Creek areas (Olson and Hedlund, 1973; Hedlund and Olson, 1975).

The most notable syngenetic Kuroko-type VMS and ferruginous chert (exhalative) gold deposits in the eastern part of the Dubois Greenstone belt are those in the Iris district (Denver City and Graflin mines; fig. I1) described by Afifi (1981) and Drobeck (1981). These deposits are hosted in dacitic to rhyolitic tuffs and are intervals of stratabound lenses of sulfide minerals (chalcopyrite, sphalerite, pyrite, pyrrhotite, and accessory gold) that are parallel to the dip of the host rocks and have undergone all of the same phases of deformation as the host rocks.

Epigenetic low-sulfide gold-quartz vein deposits do occur in the eastern part of the greenstone belt in the Cochetopa area (fig. I1) and are represented by the Buzzard, Mineral Hill, Lulu, and Lucky Strike mines, as well as numerous other small occurrences (Olson, 1976; Afifi, 1981).

# Application of the Deposit Model for a Mineral Resource Assessment of Volcanic-Associated Massive Sulfide Deposits

The criteria listed in table I1 were used for this reconnaissance mineral resource assessment to identify tracts of land with potential for undiscovered Kuroko-type VMS copper-zinc±gold deposits. These criteria were developed based on the genetic model presented previously, on the viable rock types within the GMUG greater study area, and on known styles of mineralization. Regional databases available for this GIS-based assessment include the digital geologic map data (Day and others, 1999), mines and prospect locations (Wilson and others, 2000), outlines of mineralized regions (Wilson

**Mineral Resource Assessment for Volcanic-Associated Massive Sulfide Deposits**   **141**

**Table I1.** Delineation criteria for tracts of land with potential for undiscovered volcanic-associated Kuroko-type VMS copper-zinc±gold deposits in GMUG greater study area.

[Details of the map units whose symbols appear here can be found in Day and others (1999)]

| Diagnostic criterion for permissive tract delineation |
| --- |

1. Presence of Proterozoic bimodal (mafic and (or) felsic) metavolcanic and (or) associated metasedimentary rocks. Criteria met by map units Xfh, Xf, and Xb of Day and others (1999)

| Diagnostic criteria for favorable tract delineation |
| --- |

2. Evidence of Proterozoic terranes dominated by metavolcanic rocks of bimodal (mafic and felsic) composition and proximal to felsic volcanic centers as characterized by thick accumulations of felsic metavolcanic and volcaniclastic metasedimentary rocks. Criteria met by map units Xfh and Xf of Day and others (1999).
3. Districts or mineralized regions containing VMS deposits and prospects.
4. Anomalous geochemical enrichments in stream-sediment samples for copper of greater than 100 parts per million and (or) zinc greater than 250 parts per million in areas permissive for hosting Kuroko-type VMS copper-zinc±gold deposits. Anomalous sample sites were given a 0.5 km buffer as an estimate for the zone of influence for the potential that a Kuroko-type VMS deposit may have on the stream-sediment signature.
5. Occurrence of base-metal Kuroko-type VMS mineralization products (1 km buffer). Differs from 2 above in that an occurrence may not be within a known mineral district.

| Other favorable tract criteria, not used in this study because comprehensive regional data are not available |
| --- |

6. Alteration assemblage maps for prospective Proterozoic host terranes that would include the minerals sericite, calcite, epidote, chlorite, and (or) pyrite.
7. Detailed electromagnetic (E-M) geophysical maps showing relative conductivity that would highlight zones of sulfide mineralization that would typically result in highly conductive horizons in volcanic sequences.
8. Closely spaced stream-sediment, soil, and bedrock geochemical sampling across zones of known and inferred mineralization to identify zones with potential of hosting Kuroko-type VMS mineralization.

and Spanski, this volume, Chapter E), and the regional NURE stream-sediment database (Smith, 2000).

The digital geologic map and spatial data model used for the mineral resource assessments for the GMUG project are those of Day and others (1999). They generated the geologic data model using six published 1°×2° geologic quadrangle maps (Leadville, Montrose, Durango, Grand Junction, Moab, and Cortez). The six original maps were digitized, merged, clipped to the study area boundary (lat 37°45′–39°30′ N., long 106°–109° W.), and projected into a Lambert conformal conic projection. The spatial geologic data model was created from the resultant maps by developing common geologic map units for each map to be used throughout the area and attributing these common units for age, lithologic descriptions, rock type, economic geology, and natural aggregate characteristics.

A detailed set of assessment criteria could be developed that would include more data than are available in the regional databases assembled for this project. For instance, alteration mineral assemblages maps, detailed stream-sediment geochemical data, geophysical data such as electromagnetic (E-M) and ground magnetic studies would greatly enhance this type of assessment. However, the regional databases do permit outlining broad areas of both permissive and favorable natures that warrant further investigation for these types of deposits. These broad tracts also help identify for the Federal land-management agencies (USDA Forest Service and U.S. Bureau of Land Management) regions that may be impacted by future mineral resource development.

## Permissive Tracts

Areas identified as "permissive" in the GMUG greater study area are those that meet the conditions set forth in criterion 1 (table I1); these are areas in which rock types are present that are consistent in terms of their petrology and environments of formation with those outlined in the Kuroko-type VMS model. These include the bimodal metavolcanic rock packages mapped as Xfh, the felsic metavolcanic rocks in unit Xf, and the metasedimentary rocks whose protolith could have been associated with Kuroko-type VMS copper-zinc±gold mineralization (unit Xb) (Day and others, 1999). Map unit Xb is dominantly biotite schist but locally contains both mafic and felsic volcaniclastic metasedimentary horizons, which are rock types known to host VMS deposits. Only parts of map unit Xb would qualify as rocks typically associated with VMS deposits, but all of the unit is included herein because the original protolith was not delineated in the source regional geologic maps used by Day and others (1999).

In addition to possibly hosting Kuroko-type VMS deposits, unit Xb is a candidate for hosting Besshi-type VMS deposits. The Besshi-type deposits form as lenses of sulfide minerals, hosted in sequences of mafic metavolcanic rocks, pelitic schist, quartz schist, and phyllite (Sawkins, 1990). Within the study area, map unit Xb locally contains horizons of mafic metavolcanic rocks and amphibolite (sills?), metagraywacke, pelitic schist, quartz-rich horizons, and phyllite. However, neither Besshi-type VMS deposits nor examples of

BLM_0104481

Besshi-type mineralization have been identified in or adjacent to the GMUG study area. In light of this, the area was not assessed for Besshi-type VMS deposits.

Areas permissive for hosting Kuroko-type VMS copper-zinc±gold deposits, outlined in figure I2, are treated as a single discontinuous tract underlain by Proterozoic units Xfh, Xf, and Xb (table I1). Major parcels are exposed in a belt trending westward from the western flank of the Sawatch Mountains for a distance of approximately 125 km. The breadth of exposure narrows to the west and its northern boundary approximates the course of the Gunnison and Taylor Rivers. The rock units present were deposited under subaqueous conditions adjacent to the Dubois Greenstone belt, which formed in a rifted island-arc environment.

## Favorable Tracts

The criteria used for delineating regions "favorable" for hosting Kuroko-type VMS copper-zinc±gold deposits are listed in table I1. The criteria are conditionally more restrictive than those for permissive areas and are applicable only within areas designated "permissive." Proximity to felsic centers (map unit Xf) and (or) presence of bimodal volcanism and associated metasedimentary rocks (map unit Xfh) (criterion 2, table I1) are geologic conditions that show a strong correlation with known VMS deposits in the GMUG area. Field evidence also shows that the Kuroko-type VMS deposits discovered at the time of this study cluster within distinct regions (criterion 3, table I1). NURE stream-sediment data may be used to identify regions containing anomalous concentrations of the ore metals copper and zinc (criterion 4, table I1). Values greater than 100 parts per million for copper and 250 parts per million for zinc in stream-sediment samples can be interpreted as suggesting that somewhere within the watershed Kuroko-type VMS mineralization occurred. The stream-sediment samples are point data that represent a sampling of the rocks exposed within a given drainage basin. In consideration of the scale at which this assessment is being conducted, a buffer of 0.5 km was applied for each geochemically anomalous sample site to represent the area of influence attributed to the sample. Criterion 5 (table I1) deals with specific occurrences of base-metal VMS mineralization. Its effect in areas where VMS occurrences are clustered is somewhat redundant with that of criterion 3 (table I1); however, it does capture the importance of isolated VMS occurrences. A 1 km buffer is used around each site. The assessment technique of bit mapping employed herein (Spanski and Bankey, this volume, Chapter F) to delineate "favorable" lands does not weight the criteria as they are utilized. Therefore, areas underlain by rocks that meet more than one of the criteria for "favorable" designation receive the same final value as those underlain by only one such criterion.

The areas identified as being "favorable" for hosting Kuroko-type VMS mineral deposits are shown in figure I3. The region underlain by felsic metavolcanic rocks (map unit Xf) and bimodal metavolcanic rocks (map unit Xfh) is more

limited than that outlined in the "permissive" assessment (fig. I2). Figure I3 shows the areas that satisfy the four individual critical criteria (table I1) as well as various combinations thereof.

The majority of the areas identified as being favorable for hosting Kuroko-type VMS deposits can be correlated with areas where mineralization is known to have occurred. For example, the westernmost area identified in figure I3 with criterion 2 (gray shade) lies within the Powderhorn, Goose Creek, Vulcan mine, and Beaver Creek mineral areas. The Vulcan mine area contains several tracts with various combinations of criteria (table I1), including areas within 1 km of a known Kuroko-type VMS deposit (criterion 5; green shade), within mineralized areas (criterion 3; dark blue shade), and coincidences of criteria 2, 3, 4 and 5 (red shade). The Beaver Creek area contains combinations of criteria 2, 3, and 5 (yellow shade), which corresponds to the area near the Midland mine, a VMS deposit that contained native gold as well as silver, lead, and zinc sulfide minerals (fig. I1). This western area (Powderhorn and Beaver Creek mineral areas) is identified as a region that warrants further exploration, owing to its favorable rank for hosting undiscovered Kuroko-type VMS mineral deposits.

The Cochetopa area, which is made up of the Cochetopa north, central, and south mineral areas as well as the Green Mountain mineral area (fig. I1) is also identified as being favorable for containing undiscovered Kuroko-type VMS deposits. The Cochetopa area contains the Graflin, Denver City, and Yukon mines, which are VMS deposits hosted in felsic volcanic rocks.

Several areas are identified as having the favorable bedrock types but lie outside of historical mining districts (units Xf and Xfh; criterion 2, table I1). Favorable Proterozoic rock units are mapped north and east of Tomichi Creek. Criterion 4 (NURE stream-sediment samples with anomalous concentrations of copper and (or) zinc; table I1) is met by several samples throughout this region. Note that several NURE stream-sediment sample sites with anomalous concentrations of copper and (or) zinc correspond to known mineral areas that have post-Precambrian age mineral deposits (this report, fig. I3; Chapter E, fig. E1). For example, the Tincup/Cumberland Pass, Gold Brick, and Quartz Creek Pegmatite mineral areas have anomalous stream-sediment sample sites. The area east of the Tincup/Cumberland Pass area has several such anomalous stream-sediment sample sites that may be associated with polymetallic vein-type mineralization (see Wilson and others, this volume, Chapter J), or with undiscovered Kuroko-type VMS mineral potential. Another area that meets critical criteria 2 and 3 (table I1) lies northeast of the Marshall Pass mineral area and south of U.S. Highway 50 (fig. I3). The anomalous stream-sediment sites do not correspond to a mine or prospect in the database assembled by Wilson and others (2000), nor to any historical mineral area. As such, this area may be favorable for hosting undiscovered Kuroko-type VMS copper-zinc±gold deposits. Further exploration is recommended for these areas that do not correspond to areas



**Figure I2.** GMUG greater study area, showing permissive tracts (shaded) for hosting Kuroko-type VMS copper-zinc±gold deposits.

EXPLANATION

⬚ Approximate outline of national forests in GMUG study area

BLM_0104483



**EXPLANATION**

Approximate outline of national forests in GMUG study area

**Figure I3 (above and following page).** GMUG greater study area, showing favorable tracts for hosting Kuroko-type VMS copper-zinc±gold deposits.

BLM_0104484

### EXPLANATION



Criterion 2—Area underlain by either felsic or bimodal metavolcanic rocks

Criterion 3—Mineralized area known to contain Kuroko-type VMS mines or prospects

Criterion 4—NURE stream-sediment sample site with anomalous concentrations of copper and (or) zinc

Criterion 5—Area within 1 km of a Kuroko-type VMS mine or prospect

Criteria 2, 3, and 5—Area within 1 km buffer of a Kuroko-type VMS mine or prospect and within a mineralized area containing Kuroko-type VMS mines or prospects

Criteria 2, 4, and 5—Area containing a NURE stream-sediment sample with anomalous concentrations of copper and (or) zinc and within 1 km of a Kuroko-type VMS mine or prospect

Criteria 2, 3, 4, and 5—Area within mineralized area known to contain Kuroko-type VMS mines or prospects, adjacent to NURE stream-sediment sample site with anomalous concentrations of copper and (or) zinc, and within 1 km of a Kuroko-type VMS mine or prospect

of known Kuroko-type VMS mineralization to determine the feasibility of undiscovered mineral resources.

# Undiscovered Deposit and Endowment Potential

The undiscovered deposit and endowment potential is assessed using a modified version (Spanski and Bankey, this volume, Chapter F, Appendix F1) of the global grade and tonnage models developed by Singer and Mosier (1986) for Kuroko-type massive sulfide deposits. The modified models are constructed exclusively with data for the Precambrian age deposits in the global model to produce a suite of models that are more consistent with the Proterozoic age setting that is present in the study area. The Precambrian model has a median deposit size of 1.2 million t (metric tons) of ore as opposed to 1.5 million t in the global model. The proportions of deposits that contain recoverable copper, zinc, and silver are similar at 100, 75, and 66 percent respectively. However, the Precambrian deposits are only half as likely to contain recoverable lead, 26 percent versus 43 percent in the global model, and approximately 62 percent of the Precambrian deposits contain extractable quantities of gold, versus 56 percent in the global model. The median grades for the Precambrian grade models are 1.3 percent copper, 2.6 percent zinc, 0.42 percent lead, and 23 and 0.59 g/t for silver and gold, respectively. No examples of deposits from Colorado are in the models; however, an unpaired t-test of the production data available for

deposits in the Grape Creek and Cebolla districts (Long and others, 1998) shows that the lead, zinc, and silver grades and size (ore tonnages) of these deposits are not inconsistent with those in the Precambrian models. The gold and copper grades are, however, anomalous, being high in gold and low in copper. An assessment panel (Day, Spanski, Bankey, Wilson, and Smith) estimated the numbers of undiscovered deposits to be 0,0,0,1,1 at the 90th, 50th, 10th, 5th, and 1st levels of confidence respectively (see table I2). The estimates suggest that the panel believe the probability of the presence of additional Kuroko-type deposits, with grades and tonnages similar to those of deposits in the Precambrian model, to be very low. The estimate of one deposit at the 5 and 1 percent confidence levels does, however, indicate that the panel recognized a small yet measurable potential that one additional deposit occurs somewhere within a kilometer of the surface within the bounds of the permissive and favorable tract areas. The latter is an acknowledgment of the fact that the majority of the exploration and development activity occurred in the first half of the 1900's and was confined to shallow depths. Inasmuch as Kuroko-type VMS deposits are often clustered, the panel saw a potential for deposits at depth that the exploration methods used in the early 1900's would not have revealed.

The commodity and ore endowments resulting from the Mark3 simulations are summarized in table I2. The results show that within the permissive and favorable tract areas for Kuroko-type VMS deposits there is a 92.9 percent probability that no additional deposits are likely to be present and a 7.1 percent probability of one deposit; a no-deposit scenario is nearly 13 times more likely than a one-deposit scenario.

BLM_0104485

146    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado

**Table I2.**  Summary of results of resource endowment potential assessment for undiscovered Kuroko-type volcanic massive sulfide deposits within GMUG greater study area.

**Mark3 inputs—Undiscovered deposit estimates:**

| Estimation confidence | 90% | 50% | 10% | 5% | 1% |
|---|---|---|---|---|---|
| Deposits | 0 | 0 | 0 | 1 | 1 |

**Mark3 outputs—Deposit occurrence probability:**

| Number of deposits | 0 | 1 |
|---|---|---|
| Probability of occurrence | 92.9% | 7.1% |

**Resource endowment estimates (minimums):**

| Resource | Probability | | | Mean (probability) |
|---|---|---|---|---|
| | 90% | 50% | 10% | |
| Copper | 0 | 0 | 0 | 5,100 (4.9%) |
| Gold | 0 | 0 | 0 | 0.54 (2.6%) |
| Silver | 0 | 0 | 0 | 18 (3%) |
| Lead | 0 | 0 | 0 | 720 (1.5%) |
| Zinc | 0 | 0 | 0 | 13,000 (3.7%) |
| Ore | 0 | 0 | 0 | 370,000 (4.9%) |

Endowments given in metric tons.

On the basis of these probabilities, the Mark3 simulation indicates that at the 90, 50, 10 percent probability levels the endowments of ore, copper, zinc, lead, silver, and gold that might be present in undiscovered deposits would be zero. The mean endowment values are averages for all scenarios run and include the no-deposit and one-deposit simulations. The variation in reported probabilities of mean endowments for the five commodities is largely due to the fact that in the grade and tonnage models not all the metals are recovered from every deposit. For example, copper is present in every deposit in the model; however, only 26 percent of the deposits in the model have reported lead grades. Therefore in three out of every four scenarios where a deposit is assumed to be present, no lead endowment will be calculated. The effect on the simulation results is to reduce the probability of the existence of lead and its mean. This effect is best seen in the endowment frequency plots, figure I4.

A more meaningful understanding of the economic importance of the Kuroko-type VMS deposit endowment potential can be gained by looking at the endowment frequency plots (Chapter F, Appendix F1). As in the past, Kuroko-type VMS deposits in the study area will likely be valued for their gold content in common with other commodities considered as byproducts. The endowment frequency plot for gold endowment (Chapter F, Appendix F1) indicates only a 4.2 percent (100 minus 95.8 percent probability of no endowment) likelihood of the occurrence of a gold endowment, and that its

size would range between 240 g and 310 t. The probability that a gold endowment equal to or greater than the mean of 0.54 t could occur is only 2.6 percent. Although these are not encouraging scenarios, the 5 g/t gold grade reported for the Cebolla district (Long and others, 1998) would place it in the 99th percentile (Chapter F, Appendix F1) in terms of the gold grade for Precambrian Kuroko-type VMS deposits. If this high gold content is indicative of VMS mineralization in the study area, then the simulation results are open to some reinterpretation. It could indicate that the local VMS deposits are abnormally enriched in gold, and that the 66 percent of deposits with gold reported may also be low and may under-represent the deposit population in the study area. As a result, the very low endowment threshold of 240 g of gold would be increased significantly, as would the upper limit on the endowment range. The 4.2 percent probability of the existence of a gold endowment would increase to approach 7.1 percent. These subtle differences give reason to believe that a rising gold market could renew exploration interest which would target the favorable Kuroko-deposit VMS tract areas. In addition to being of possible interest for future exploration, these deposits are of concern from an environmental standpoint. Although the median size is a relatively modest 1.2 million t, these deposits are sulfide-rich systems and are capable of generating large volumes of acid effluents when exposed to surface conditions during exploration or development.

BLM_0104486



**Figure I4.** Grade and tonnage models for 187 Precambrian Kuroko-type massive sulfide deposits (modified from Singer, 1986). Cebolla deposit occurs in GMUG greater study area.

BLM_0104487

# References Cited

Afifi, A.M., 1981, Stratigraphy, petrology, and structure of Precambrian metavolcanic rocks in the Iris area, Gunnison and Saguache Counties, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah:  New Mexico Geological Society Guidebook, 32nd Field Conference, p. 287–292.

Bennett, G.S., Bickford, M.E., and Girty, G.H., 1984, Geochemistry and petrotectonic setting of bimodal volcanic and volcaniclastic rocks, Cochetopa Canyon area, central Colorado:  Geological Society of America Abstracts with Programs, v. 16, no. 4, p. 214.

Bickford, M.E., Bowring, S.A., and Gray, J.E., 1982, Chronology of igneous events in the Proterozoic of central Colorado:  Geological Society of America Abstracts with Programs, v. 14, no. 6, p. 303.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1° × 2° geologic maps:  U.S. Geological Survey Open-File Report 99-427, CD-ROM.

Drobeck, P.A., 1981, Proterozoic syngenetic massive sulfide deposits in the Gunnison Gold Belt, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah:  New Mexico Geological Society Guidebook, 32nd Field Conference, p. 279–286.

Franklin, J.M., 1993, Volcanic-associated massive sulfide deposits, *in* Kirkham, R.V., Sinclair, W.D., Thorpe, R.I., and Duke, J.M., eds., Mineral deposit modeling:  Geological Association of Canada Special Paper 40, p. 315–334.

Franklin, J.M., Hannington, M.D., Jonasson, I.R., and Barrie, C.T., 1998, Arc-related volcanogenic massive sulfide deposits:  British Columbia Geological Survey Short Course Notes, Open File 1998-5, Section B, p. N1–N32.

Franklin, J.M., Lydon, J.W., and Sangster, D.F., 1981, Volcanic-associated massive sulfide deposits, *in* Skinner, B.J., ed., Economic Geology 75th Anniversary Volume:  El Paso, Tex., Economic Geology Publishing Co., p. 485–627.

Hedlund, D.C., and Olson, J.C., 1975, Geologic map of the Powderhorn quadrangle, Gunnison and Saguache Counties, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ–1178, scale 1:24,000.

Hedlund, D.C., and Olson, J.C., 1981, Precambrian geology along parts of the Gunnison uplift of southwestern Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah:  New Mexico Geological Society Guidebook, 32nd Field Conference, p. 267–272.

Hetherington, E.D., 1994, Structural analysis of lithotectonic boundaries in Proterozoic rocks near Gunnison, Colorado:  Geological Society of America Abstracts with Programs, v. 26, no. 6, p. 18.

Hutchinson, R.W., 1982, Syn-depositional hydrothermal processes and Precambrian sulfide deposits, *in* Hutchinson, R.W., Spence, C.D., and Franklin, J.M., eds., Precambrian sulfide deposits, H.S. Robinson Memorial Volume:  Geological Association of Canada Special Paper 25, p. 761–791.

Knoper, M.W., and Condie, K.C., 1988, Geochemistry and petrogenesis of early Proterozoic amphibolites, west-central Colorado, U.S.A.:  Chemical Geology, v. 67, no. 3–4, p. 209–225.

Knoper, M.W., Condie, K.C., and Bickford, M.E., 1991, Tectonic evolution of early Proterozoic terranes in west-central Colorado:  Geological Society of America Abstracts with Programs, v. 23, no. 4, p. 39.

Long, K.R., DeYoung, J.H., Jr., and Ludington, S.D., 1998, Database of significant deposits of gold, silver, copper, lead, and zinc in the United States:  U.S. Geological Survey Open-File Report 98-206A & B, 33 p., 1 diskette.

Nelson, C.J., and Riesmeyer, W.D., 1983, Geology of the Anaconda–Gunnison mine area, Gunnison County, Colorado, *in* Handfield, R.C., ed., Gunnison Gold Belt and Powderhorn Carbonatite field trip guidebook:  Denver Region Exploration Geologists Society, p. 8–14.

Olson, J.C., 1976, Geologic map of the Iris quadrangle, Gunnison and Saguache Counties, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ–1286, scale 1:24,000.

Olson, J.C., and Hedlund, D.C., 1973, Geologic map of the Gateview quadrangle, Gunnison County, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ–1071, scale 1:24,000.

Poulsen, K.H., and Hannington, M.D., 1996, Volcanic-associated massive sulfide gold, *in* Eckstrand, O.R., Sinclair, W.D., and Thrope, R.I., eds., Geology of Canadian mineral deposits types:  Geological Society of America Decade of North American Geology, v. P-1, Geological Survey of Canada Geology of Canada no. 8, p. 183–196.

Sawkins, F.J., 1990, Metal deposits in relation to plate tectonics:  New York, Springer-Verlag, 461 p.

Seyfried, W.E., Jr., and Janecky, D.R., 1985, Heavy metal and sulfur transport during subcritical and supercritical

hydrothermal alteration of basalt—Influence of fluid pressure and basalt composition and crystallinity: Geochimica et Cosmochimica Acta, v. 49, no. 12, p. 2545–2560.

Sheridan, D.M., Raymond, W.H., and Cox, L.J., 1981, Precambrian sulfide deposits in the Gunnison region, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 273–277.

Singer, D.A., 1986, Descriptive model of Kuroko massive sulfide, *in* Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 189–197.

Singer, D.A., and Mosier, D.L., 1986, Grade and tonnage model of Kuroko massive sulfide, *in* Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 190–197.

Smith, S.M., 2000, National Geochemical Database; Reformatted data from the National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) Program, Version 1.20: U.S. Geological Survey Open-File Report 97-492. URL: http://pubs.usgs.gov/of/1997/ofr-97-0492/, [unpaginated].

Wilson, A.B., Spanski, G.T., Crane, M.J., and Woodard, M.D., 2000, Databases and spatial data model for mineralized areas, mines, and prospects in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado: U.S. Geological Survey Open-File Report 00-298, CD-ROM. URL: http://pubs.usgs.gov/of/2000/ofr-00-0298/.

Wortman, G.L., 1991, Time relationships among deformation, metamorphism, and plutonism in the Early Proterozoic of Colorado: Lawrence, Kans., University of Kansas M.S. thesis, 64 p.

Wortman, G.L., Coleman, D.S., and Bickford, M.E., 1990, Timing of arc accretion and deformation in Early Proterozoic volcanogenic rocks, central Colorado: Geological Society of America Abstracts with Programs, v. 22, no. 7, p. 262.

BLM_0104489

# Mineral Resource Assessment for Polymetallic Vein Deposits

By Anna B. Wilson, J. Thomas Nash, Gregory T. Spanski, Viki Bankey, and Steven M. Smith

**Chapter J of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–J

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104490

# Contents

Abstract ................................................................................................................................ 152
Introduction ......................................................................................................................... 152
Genetic Model for Polymetallic Veins ................................................................................. 152
Description of Mining Areas Containing Known Polymetallic Veins ................................... 153
Application of the Deposit Model for a Mineral Resource Assessment of Polymetallic
          Vein Deposits ......................................................................................................... 154
          Permissive Tracts ................................................................................................... 156
          Favorable Tracts ..................................................................................................... 156
Undiscovered Deposit and Endowment Potential ............................................................... 161
Discussion ........................................................................................................................... 161
References Cited ................................................................................................................. 161

## Figures

J1.  Map showing GMUG restricted study area and locations of polymetallic vein or
     polymetallic replacement deposits and the mineralized areas adjacent to or
     containing them ............................................................................................................ 155
J2.  Map of GMUG greater study area showing permissive tracts for polymetallic vein
     deposits ........................................................................................................................ 157
J3.  Map of GMUG greater study area showing favorable tracts for polymetallic vein
     deposits ........................................................................................................................ 159

## Tables

J1.  Delineation criteria for polymetallic vein deposits in GMUG restricted study area .............. 154
J2.  Polymetallic vein tracts in GMUG restricted study area ............................................................ 156

# Mineral Resource Assessment for Polymetallic Vein Deposits

By Anna B. Wilson, J. Thomas Nash, Gregory T. Spanski, Viki Bankey, and Steven M. Smith

## Abstract

Polymetallic veins, rich in copper, lead, and zinc, with smaller but economically important amounts of silver or gold, form from rising, hydrothermal solutions. Location of the veins is determined by local structural features. Known polymetallic vein deposits containing silver, gold, lead, zinc, and copper were locally important producers in two areas of the GMUG National Forest and in areas adjacent to the GMUG Forests. Vein deposits in the San Juan area are generally large and related to Tertiary volcanic rocks, whereas deposits in the northeastern area are mostly smaller and occur in Paleozoic and Proterozoic rocks. Approximately 6,880 square miles of the GMUG Forest study area, located within 10 kilometers of known or inferred shallow subvolcanic Tertiary intrusions, is classified as "permissive" for the occurrence of undiscovered polymetallic vein deposits. Of this "permissive" area, 2,973 square miles in the vicinity of Ruby and Elk Mountains, Dorchester and Forest Hill, Tincup/Cumberland Pass, Gold Brick, and Whitepine, Bondholder, Lake City, Henson Creek, Cimarron, Carson, San Juan, Ouray, and Wilson Peaks mineralized areas are also classified as "favorable." The favorable areas are within 3 kilometers of a known polymetallic replacement or polymetallic vein occurrence or mineralized area known or inferred to host those types of deposits, are within 500 meters of a stream-sediment or rock sample containing anomalous levels of copper, lead, zinc, or detectable silver or gold, and are within 10 kilometers of a caldera or caldera-related structure. Because mining these deposits involved development of several related types of deposits, grade and tonnage records of only polymetallic veins were not available. Therefore, a quantitative assessment was not performed.

## Introduction

Veins containing silver, gold, lead, zinc, and copper in a quartz-carbonate gangue have been mined or explored at many places in the GMUG study area (fig. K1). Economically, silver was the most important metal, although some veins were rich in gold, and locally base metals added value. Except close to the surface in the weathering zone, the dominant minerals are sulfides such as galena (PbS), sphalerite (ZnS), chalcopyrite ($CuFeS_2$), arsenopyrite (FeAsS), and pyrite ($FeS_2$). Most of the silver is contained in the galena, but it also occurs in minerals such as tetrahedrite (($Cu,Fe,Ag)_{12}(Sb,As)_4S_{13}$), enargite ($Cu_3AsS_4$), and silver sulfosalts (such as stephanite, pyrargyrite, polybasite, proustite, and pearceite). Gold occurs in its native state and locally in tellurides (such as hessite, calaverite, petzite, krennerite, and sylvanite). Electrum (native gold containing more than 20 percent silver) is reported in only one mine (Golden Fleece, Lake City mineralized area) in the GMUG Forests, but in several in the Silverton area.

Economic geologists classify these vein deposits in many ways (Cox and Singer, 1986; Guilbert and Park, 1986; Panteleyev, 1988), but the unifying features are the vein geometry and polymetallic composition, hence the term polymetallic vein (PMV) deposit. We recognize that the broad definition used here encompasses many deposit types used by others, and also that the vein portion of the deposit commonly grades outward into disseminated or replacement types of ores. For instance, in the large Idarado mine, veins tended to be rich in quartz-adularia-gold at high elevations, but they became increasingly rich in chalcopyrite and galena at depth, graded laterally into a replacement zone where the vein crossed the Telluride Conglomerate, and formed skarn-type ore in deeper limestone beds (Mayor and Fisher, 1993). For simplicity, we will include all these kinds of mineralization styles in one descriptive model in this report.

## Genetic Model for Polymetallic Veins

Veins rich in copper, lead, and zinc, and carrying smaller but economically important amounts of silver or gold, form from rising, hydrothermal solutions with a temperature of about 250° to 350° C. Vein features are generally those of the "epithermal" class of deposits, but some deeper vein portions may be better characterized by the archaic term "mesothermal" of Lindgren (1933). Several of the deposits in and

BLM_0104492

near the study area have been studied in some detail in the past 25 years to increase understanding of ore-forming processes. (See, for example, Casadevall and Ohmoto, 1977; Nash, 1975; Slack, 1980; Fisher, 1990; Krasowski, 1976; Rosenlund, 1984; Jefferson, 1985; Herald, 1981; Neff, 1988; Earley, 1987.) Geometry of the veins is determined chiefly by the structural framework of faults and local brittle character of host rocks; non-brittle or reactive rocks such as shale and limestone commonly host replacement zones adjacent to the source vein.

Geochronologic studies (Lipman and others, 1976; Bove and others, 2000) demonstrate that the veins formed a million or more years after the host rocks, and in some places they are contemporaneous with small intrusive bodies. Measured ages for minerals associated with ore, and ages inferred from geologic relations, are in the range of 30 to 5 Ma. Ages as old as early Tertiary are likely in the eastern part of the study area, and in theory, we are not aware of any reason to rule out even older times of formation.

Stable isotope studies demonstrate that sulfur is derived from igneous rocks, but water is probably derived from both magmatic and near-surface sources (Casadevall and Ohmoto, 1977; Taylor, 1997; Ohmoto and Goldhaber, 1997). In places, fluid inclusions indicate that the hydrothermal fluids boiled (Nash, 1975). This process marks the uppermost levels (the upper depth limit) of ore formation, but for the large veins as at Sunnyside and Idarado, boiling is not indicated (Nash, 1975). Mineral textures and vein fabrics suggest that the larger vein systems formed deeper than typical hot springs type deposits (currently important sources of gold and silver in Nevada). Determining the source of heat and metals for these deposits is difficult, although clear answers to this seemingly academic question would greatly improve the spatial analysis of where the deposits could be expected.

Polymetallic vein deposits form as part of complexly zoned subvolcanic systems (Silberman and Berger, 1985). The zoning is helpful to specialists during exploration, but also is confusing. The top of the system, which in many places is in volcanic lavas and tuffs, is very different in chemical and mineralogical composition from the deeper part 2,000 to 3,000 ft (about 600–900 m) in. In some parts of the western United States, mining has shown that veins of this type extend down into the plutonic rocks that were related to the source. The top may be rich in gold and associated with fine-grained silica and adularia, whereas the deeper parts have more copper and lead sulfide minerals, often with tungsten and bismuth; alteration products are sericite, epidote, and other minerals reminiscent of parts of porphyry copper systems (Guilbert and Park, 1986). Vertical variability of composition and ore grade complicates classification of small prospects and our interpretation of descriptions of deposits in reports: we must consider whether the prospect is the top of a larger deposit at depth, the bottom of a mostly eroded deposit, or some other type of deposit. Vertical relief in the San Juan Mountains can be of help in this evaluation, and also in the practical aspects of mining, but other parts of the study area lacking much relief do not have this benefit.

# Description of Mining Areas Containing Known Polymetallic Veins

Polymetallic vein deposits are prominent in two regions within the GMUG restricted study area: in the south extending from the Wilson Peaks to the Bondholder mineralized areas and in the northeast extending from the Ruby to the Whitepine (also known as Tomichi) mineralized areas (fig. J1). The southern area generally hosts larger deposits that are related to Tertiary volcanic rocks. Deposits in the northeastern area are mostly smaller, and most occur in Paleozoic and Proterozoic rocks. Understanding the geologic setting, character, and mode of origin of known polymetallic vein deposits allows us to formulate critical criteria that can help identify additional areas with potential to host similar deposits.

The western San Juan Mountains between Silverton and Telluride contain some of the best endowed veins in the study area. Here, deposits were mined underground with hundreds of miles of interconnected tunnels. Years of detailed work by many geologists (for example, Burbank, 1930, 1933, 1951; Burbank and Luedke, 1969; Kelley, 1946; Luedke and Burbank, 1981), underground and on the surface, document a regional fracture pattern that radiates out from the elliptical structure of the Silverton caldera margin. Major preexisting graben structures (Eureka graben) appear to control ore distribution within the caldera. Aided by miles of exposure in mines, geologists recognized that the deposits extend downward for thousands of feet, in fact far below the deepest levels of mining, which were generally defined by the elevation of deep tunnels that served as haulages for ore and drains for water. Deep drilling at Idarado (Mayor and Fisher, 1993) intersected skarn-like ore 1,000 to about 3,000 feet below the mined veins, but this ore has not been pursued because of the expense of mining at those depths (ore would have to be lifted, and water pumped). Some of the vein deposits were in pre-Tertiary sedimentary rocks, and those were, in general, less productive. The Telluride Conglomerate, at the base of the volcanic section, contains reactive clasts of limestone that host replacement ores adjacent to larger veins.

Ore in the San Juan Mountains area was mined from small shafts prior to 1900. In later years, consolidation of mining properties permitted large mine complexes to be developed. Ore was transported to mills through long tunnels at elevations below treeline that were sheltered from avalanches and severe winter conditions. A combination of depressed metal prices and high underground mining costs forced almost all of the mines and mills in the western San Juan Mountains to close by the mid-1980's. (The Sunnyside mine, south of the study area, remained open until 1991.) Total production from the Idarado mine was almost 24 million short tons as of 1976 (Mayor, 1978), and from the Camp Bird purportedly about 13 million short tons (USGS, unpub. data).

Elsewhere in the study area, polymetallic vein deposits were generally much smaller in size. The volcanic-hosted veins near Lake City produced some extremely rich ore in the

BLM_0104493

**154    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

1880's and '90's valued at more than $10 million at the time of mining (Irving and Bancroft, 1911), but production in the 20th century was less than 1 million tons. The Lake City area never came close to the production of the nearby Eureka, Red Mountain (West), and Telluride areas (all in the San Juan mineralized area; see Wilson and Spanski, this volume, Chapter E).

Vein deposits in the northeastern part of the study area are commonly somewhat different from the classic San Juan type. The area is on the west flank of the Sawatch uplift and contains Tertiary intrusive rocks (primarily granodiorite), Paleozoic carbonate and clastic rocks, and mines known (or suspected) to have produced ore from polymetallic vein type ore bodies. These veins differ from the San Juan type in that they have more milky "bull" quartz and a relationship to early to middle Tertiary granitic stocks that appear not to have generated an extensive volcanic edifice. Even the most productive mines in veins in sedimentary host rocks in the Ruby mineralized area near Crested Butte produced well under a million tons of ore. The veins mined in the Gold Brick and Tincup/ Cumberland Pass mineralized areas were locally important, but relative to veins in the San Juan area were at least an order of magnitude less productive. (See Crawford and Worcester, 1916; Vanderwilt, 1947; Fisher, 1990; Henderson, 1926, among others.)

## Application of the Deposit Model for a Mineral Resource Assessment of Polymetallic Vein Deposits

The criteria listed in table J1 are those used in this reconnaissance mineral resource assessment to define "permissive" and "favorable" mineral deposit potential tracts for undiscovered polymetallic vein deposits. The criteria are based on the genetic model presented herein and the data available for the GMUG study area. The applicable regional databases available for this GIS-based assessment include digital geologic map data (Day and others, 1999), mine and prospect locations (Wilson and others, 2000), outlines of mineralized areas (Wilson and Spanski, this volume, Chapter E), regional NURE stream sediment geochemical data (S.M. Smith, unpub. data, 2001), a map of intrusions based on aeromagnetic survey data interpretation (Bankey and others, this volume, Chapter D), and maps showing detailed age and composition of intrusions (Bove and others, 2000; D.J. Bove and others, unpub. data, 2001).

In this chapter, GMUG restricted study area refers only to GMUG National Forests and the lands they roughly surround from Grand Junction to the area east of Gunnison (fig. J1). It also includes the western slope in the Uravan area, but the restricted study area does not include lands in adjacent National Forests: White River, San Isabel, Rio Grande, or San Juan, even though they are within the "greater study area" boundary. Any resource potential indicated outside of this restricted study area is based on incomplete data, especially for mines, prospects, and mineralized areas. Many more areas in the adjacent lands, including national forests, may be permissive, or even favorable. For instance, Aspen and Leadville, both large productive districts, contain polymetallic vein and polymetallic replacement deposits, yet neither is shown in figure J3. The square miles indicated as permissive and favorable are therefore minimums for the entire "greater study area."

The polymetallic vein deposit model used for assessment purposes in the restricted study area is a highly generalized model that embraces at least five deposit models described in Cox and Singer (1986). Although individual examples of hot-spring gold-silver (Berger, 1986), polymetallic vein (Cox, 1986), Creede epithermal vein (Mosier and others, 1986), polymetallic replacement (Morris, 1986), and base- and precious-metal skarn deposits can be cited, for the most part these deposit types commonly occur spatially intermingled. As a consequence of this clustering or nesting of deposit types,

**Table J1.**  Delineation criteria for polymetallic vein deposits in GMUG restricted study area.

| Diagnostic criterion for permissive tract delineation |
| --- |
| 1.  Presence of mapped shallow, subvolcanic Tertiary intrusions or geophysical evidence for them. We include a 10 km buffer because known deposits occur approximately this far outward from intrusive centers. |

| Diagnostic criteria for favorable tract delineation |
| --- |
| 2.  Proximity to known or suspected polymetallic deposits, both vein and replacement. We use a buffer of 3 km to allow space for undiscovered deposits or deposits that are known but not in our database of deposits. |
| 3.  Within 3 km of a mineralized area known or inferred to host polymetallic vein or polymetallic replacement deposits. |
| 4.  Geochemically anomalous concentrations of copper, lead, zinc, or detectable silver or gold. This geochemical association is the same as discussed for polymetallic replacement deposits. The buffer used is 500 m. Other elements, such as bismuth, cadmium, molybdenum, arsenic, antimony, or tellurium, may be useful in theory, but available information is either nonexistent or inconsistent. |
| 5.  Proximity to calderas and caldera-related structures; we include a buffer of 10 km inside and outside calderas to cover caldera-related structures that are known to control ore deposits. |
| 6.  Permissive terrane (see criterion 1) minus the areas underlain by Quaternary sediments or young Tertiary basalts. |

BLM_0104494



**Figure J1.** GMUG restricted study area, showing locations of polymetallic vein or polymetallic replacement deposits (plus signs) and the mineralized areas adjacent to or containing them (red outlines).

**156     Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

early mining, particularly where production was significant, required development of several types of deposits. These occurrences are now identified in terms of what is believed to have been the dominant deposit type present. However, for making subjective estimations of numbers of remaining deposits, this type of count is inadequate. The prominence of subordinate deposit types is under-represented, and the size and grade characteristics of the various deposit types involved, reflected in production records, cannot be properly modeled. Historically, production was reported for mills and might reflect the output from a single large mine or from several mines of varying size. In addition, production was in many cases further consolidated and reported by county. To reconstruct the size and grades of the mines by deposit types or to obtain an accurate count of the numbers of deposits of each deposit type that have so far been identified is virtually impossible. Given this situation, the general polymetallic vein model was adopted for the current assessment.

The set of delineation criteria outlined in table J1 is by no means exhaustive. It is limited by the availability of supporting data sets that are both fairly complete and geographically comprehensive at 1:250,000 scale. Additional criteria could have been considered for tract assessment if the digital databases had been more complete. Examples of other data that could have been used to classify and evaluate the mineral resource potential of the area include:

• occurrence of small veins or prospects containing minerals such as stibnite or manganese oxides, or pathfinder elements such as mercury;

• distribution of hydrothermal alteration minerals, such as chlorite, sericite, quartz, with or without pyrite or barite;

• anomalous concentrations of copper, tungsten, gold, arsenic, antimony, bismuth, barium, manganese, iron, or magnesium in bedrock, altered rock, or stream-sediment samples;

• presence of structural features, such as faults or zones of extensional tectonic activity;

• presence of small porphyritic dikes and stocks and associated zones of hydrothermal alteration and breccia pipes;

• presence of Cretaceous or Tertiary age porphyry (model 17, Cox and Singer, 1986), skarn (18b, c, d, Cox and Singer, 1986), or evidence of polymetallic replacement mineralization;

• detailed aeroradiometric maps showing Th/U ratios of less than 4:1 suggesting that uranium depletion may have resulted from hydrothermal activity;

• local ground electromagnetic surveys with sufficient detail to map veins containing high concentrations of sulfide minerals; and

• detailed maps of calderas and related structures located outside the study area that may have an influence inside the study area, such as the Mount Aetna caldera (potentially influencing the Tincup/Cumberland Pass and Whitepine areas), or locations of nonresurgent calderas, such as the Cochetopa Park caldera (which does not appear to be associated with Tertiary intrusions or mineralization).

## Permissive Tracts

In the GMUG greater study area, 6,880 mi$^2$ is classified "permissive" for the occurrence of polymetallic vein deposits (fig. J2; table J2). Polymetallic vein deposits are known to form in rocks of many ages (Precambrian to Tertiary) and compositions. The fundamental requirement is that the host rock be brittle enough to break and stay open, thus allowing a vein to fill open space. Even this broad rule is violated: veins also occur locally in more ductile rocks like shales, and change to more diffuse replacement zones in reactive carbonate rocks. Therefore, there are few geologic restraints on where these veins might form. Veins could be concealed under Quaternary sedimentary deposits, so even these sediments are included in the permissive tracts. Because of the generally accepted association with shallow, subvolcanic intrusions, we include a general stipulation that those rocks, or geophysical evidence for them, be present within 10 km.

## Favorable Tracts

In the GMUG greater study area, 2,973 mi$^2$ is classified "favorable" for the occurrence of polymetallic vein deposits (fig. J3). Some of this area is outside the restricted study area, and this value should be considered a minimum for the "greater study area" for reasons mentioned in the "Application

**Table J2.**  Polymetallic vein tracts in the GMUG restricted study area.

| Tract No.[a] | Tract name | Delineation criteria |
|---|---|---|
| P1 | Permissive for polymetallic veins | 1 |
| F1 | Ruby and Elk Mountains | 2, 3, 4, 6 |
| F2 | Dorchester and Forest Hill | 2, 3, 5, 6 |
| F3 | Tincup/Cumberland Pass, Gold Brick, and Whitepine | 2, 3, 4, 6 |
| F4 | Bondholder | 2, 6 |
| F5 | San Juan area | 2, 3, 4, 5, 6 |
| | Unnamed | variable |

[a]P, permissive tract; F, favorable tract.

BLM_0104496

**Figure J2.** GMUG greater study area, showing permissive tracts (shaded) for polymetallic vein deposits.

EXPLANATION

Approximate outline of national forests in GMUG study area

0        70 KILOMETERS

0        40 MILES

Mineral Resource Assessment for Polymetallic Vein Deposits

157

BLM_0104497

**158      Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

of the Deposit Model for Mineral Resource Assessment of Polymetallic Vein Deposits" section. These "favorable" lands represent about 43 percent of the "permissive" tract. Most of the favorable lands are in five well-defined areas, discussed later. The critical criteria used for delineating regions "favorable" for hosting polymetallic vein type deposits appear in table J1. These criteria are more restrictive than those used to delineate the permissive terrain. Increased importance is placed on the presence of evidence that mineralization has occurred, on anomalous geochemistry, and on proximity to caldera structures.

Analysis of the known deposits suggests five additional geologic and geochemical criteria for spatial modeling of favorable areas: proximity (3 km) to areas of known or suspected polymetallic vein or polymetallic replacement deposits; proximity (3 km) to individual polymetallic vein or replacement deposits; geochemically anomalous copper, lead, zinc, or detectable silver or gold (500 m); proximity (10 km) to calderas or caldera-related structures; and omitting areas underlain by young Tertiary basalts and Quaternary sediments. These are mostly empirical criteria and are consistent with the genetic model described earlier. Most of the genetic criteria such as isotopic values or fluid inclusion numbers are either not available for much of the area or are not amenable to spatial modeling. Proximity to faults was studied and modeled, but deleted as a favorable criterion. Proximity to faults alone was considered insufficient evidence to classify the ground as favorable, and elsewhere the ground may already be included using other criteria.

To be considered favorable for polymetallic veins (fig. J3), an area must have been classified as permissive (fig. J2) and meet at least one additional criterion (table J1). Areas meeting at least three criteria are clustered in the northeastern and southern parts of the study area. In the northeastern part of the study area these include (F1) Ruby and Elk Mountains, (F2) Dorchester and Forest Hill, and (F3) Tincup/Cumberland Pass, Gold Brick, and Whitepine mineralized areas. In the southern part of the study area they include (F4) Bondholder, and (F5) Lake City, Henson Creek, Cimarron, Carson, San Juan, Ouray, and Wilson Peaks mineralized areas (fig. J3).

The Ruby and Elk Mountains tract (fig. J3, area F1) contains known polymetallic vein deposits that appear to be related to Tertiary plutons. Most of the veins are hosted in Cretaceous Mesaverde Formation consisting of interbedded sandstone, shale, and coal, or in Ohio Creek Member of the Mesaverde Formation and Tertiary Wasatch Formation consisting of conglomerates, sandstones, and shales. Veins related to the Afley, Augusta, and Mt. Owen stocks are weakly mineralized (Ellis, 1983, p. 9). Most of the mineralization is attributed to the younger felsite plugs related to the Mount Emmons porphyry molybdenum deposit. Mineralogically, the veins carry sulfides, such as galena and sphalerite, the primary sources of silver, as well as pyrite, minor chalcopyrite, and possibly tetrahedrite. Farther from the intrusions, the veins may contain native and ruby silver, and arsenopyrite.

According to Ellis (1983), mining began in 1874 from silver-rich base-metal veins such as the Forest Queen, Ruby Chief, Ruby King, and Bullion King. Several of these mines produced intermittently until the early 1900's. In the 1950's–1960's mining resumed at the Keystone, Micawber (Standard), and Daisy mines. After this, the emphasis shifted to molybdenum discoveries in Redwell (the Mount Emmons deposit) and Red Lady Basins. Little production information is available. Ellis (1983) credited the area with at least 24,000 oz gold, 5.2 million oz silver, 6.6 million lb copper, 30.9 million lb lead, and 55.2 million lb zinc between 1901 and 1969.

These areas meet criteria 1, 3, 6, and locally, 2 and 4 (tables J1 and J2). Additional, similarly small polymetallic vein deposits are likely to be present in the vicinity or as extensions of known deposits.

Little is known about the deposits in the Dorchester and Forest Hill mineralized areas (fig. J3, area F2) (Garrett, 1950; Prather, 1964; Slebir, 1957). None of the deposits in these areas is classified as a polymetallic vein deposit, yet because these deposits are intimately associated with polymetallic replacement deposits, at least some of the deposits are likely to fit the category. These deposits are on the flank of the Grizzly Peak caldera and may be associated with that structure. This caldera is older than the calderas of the San Juan volcanic field (Day and Bove, this volume, Chapter B). The combination of a mineralized area suspected of containing polymetallic vein or replacement deposits (criteria 2 and 3) and a high density of anomalous geochemical values (criterion 4) within 10 km of the Grizzly Peak caldera (criterion 6) places this tract in the favorable category.

Tincup/Cumberland Pass and Whitepine mineralized areas (fig. J3, area F3) are noted more for their polymetallic replacement than vein deposits. Reactive carbonate rocks were favored for replacement ore zones adjacent to veins (faults), as discussed for the polymetallic replacement deposits (Wilson and others, this volume, Chapter K). However, because the two deposit types are closely related both spatially and genetically, and many of the deposit descriptions (Dings and Robinson, 1957; Worcester, 1919; Trammel, 1961; Rosenlund, 1984; Goddard, 1936; Hill, 1909) mention veins, they are considered together. Additional small polymetallic vein deposits are likely to be present in the vicinity or as extensions of known deposits.

Deposits in the Gold Brick district are fissure-vein deposits (Rugg, 1956; Crawford and Worcester, 1916, p. 80). Locally, deposits hosted by veins in schist and gneiss are widened up to a foot and a half by replacement. Much of the ore consists of sulfide minerals, but there is also a concentration of oxidized ores. Galena appears to have been the primary ore mineral containing gold and silver. In addition, similar small polymetallic vein deposits are likely to be present in the vicinity or as extensions of known deposits.

These three mineralized areas, Tincup/Cumberland Pass, Whitepine, and Gold Brick, combined (fig. J3, area F3) have at least three characteristics favorable for the presence of polymetallic vein deposits. Appropriate intrusions and

BLM_0104498



**Figure J3 (above and following page).** GMUG greater study area, showing favorable tracts for polymetallic vein deposits. F1, Ruby and Elk Mountains; F2, Dorchester and Forest Hill; F3, Tincup/Cumberland Pass and Whitepine; F4, Bondholder; F5, San Juan Mountains tracts. Descriptions in text.

EXPLANATION



Criterion **2 or 3 or both**—Within 3 km of a deposit or mineralized area containing polymetallic vein (PMV) or polymetallic replacement (PMR) deposits

Criterion **4**—Within 500 m of anomalous geochemical sample

Criteria **2 or 3 or both, and 4**—Within 3 km of a deposit or mineralized area containing polymetallic vein (PMV) or polymetallic replacement (PMR) deposits and within 500 m of anomalous geochemical sample

Criterion **5**—Within 10 km of a caldera boundary

Criteria **2 or 3 or both, and 5**—Within 3 km of a deposit or mineralized area containing polymetallic vein (PMV) or polymetallic replacement (PMR) deposits and within 10 km of a caldera boundary

Criteria **4 and 5**—Within 500 m of anomalous geochemical sample and within 10 km of a caldera boundary

Criteria **2 or 3 or both, and 4 and 5**—Within 3 km of a deposit or mineralized area containing polymetallic vein (PMV) or polymetallic replacement (PMR) deposits and within 500 m of anomalous geochemical sample and within 10 km of a caldera boundary

host rocks are present (criteria 1 and 6), as well as known polymetallic vein deposits (criterion 2) or mineralized areas containing polymetallic vein or replacement deposits (criterion 3). Locally, the mineralized tract may contain geochemically anomalous areas (criterion 4).

The small veins in the Bondholder district (fig. J3, area **F4**) are somewhat enigmatic. This district has seen minimal production. Only a study by Steven and Bieniewski (1977) mentioned the mines in the area and concluded that the area has low economic potential "because of the small size of the veins and the erratic distribution of valuable metals along them" (p. 33). There are very few geochemical anomalies, but this could be due to insufficient sample density in the data-bases used for this national forest assessment. The presence of

a mineralized area (criterion 2) within a caldera (criterion 6), places this tract in the favorable area.

The San Juan Mountains tract (fig. J3, area **F5**) contains the Wilson Peaks, San Juan, Ouray, Cimarron, Henson Creek, Lake City, and Carson mineralized areas (fig. J1). This tract contains a slightly different type of polymetallic vein from the rest of the study area, the most striking distinction being their relatively large size. Some of the San Juan Mountains area veins contain millions of tons of ore. All but the veins on the periphery, in Wilson Peaks and Ouray areas, almost certainly have a genetic link to the caldera-related structures (criterion 5). However, radiometric age determinations show that the ores are significantly younger than the caldera events and probably synchronous with younger shallow plugs that were

BLM_0104500

intruded along caldera structures (Lipman and others, 1976; Bove and others, 2000).

By 1945, this area produced $345 million worth of ore, nearly 44 percent of it in gold (summarized from Burbank, in Vanderwilt, 1947, p. 404–405). About 7 million oz of gold accounted for about $150 million (gold was valued at approximately $20.67 per oz until 1934). Silver accounted for 30 percent of the value, lead for 16 percent, and copper and zinc 5 percent each. As of the mid 1970's, the Idarado and Camp Bird mines alone had produced more than 37 million tons of ore.

This tract is classified as favorable because it contains the appropriate host rocks (criteria 1 and 6), contains mineralized areas with polymetallic vein or replacement deposits (criterion 3) or individual deposits (criterion 2), is within 10 km of a caldera (criterion 5), and has many geochemical anomalies (criterion 4).

## Undiscovered Deposit and Endowment Potential

Estimation of the probable numbers of additional deposits and simulation of the potential mineral resource endowment that could be associated with those deposits requires that grade and tonnage models for those deposit types be available. In the absence of such models for the polymetallic vein deposit type used, no quantitative assessment was conducted. In its deliberations, however, the USGS assessment panel (Wilson, Spanski, Bankey, Nash, D.A. Lindsey, Smith, and W.C. Day) believed that a secondary, nonquantifiable potential is associated with polymetallic vein type mineralization in the study area. That potential is associated with the probable existence of smaller undiscovered ore bodies that, in the past, would have been developed as a mine or as an extension to a mine. The panel believed that the potential is highest for these ore bodies in areas adjacent to, or directly beneath, the areas of currently known polymetallic vein occurrences. Their numbers, size, and endowment characteristics cannot be estimated because size and grade models are not available. In today's economic and environmental climate, large mining companies are not likely to be interested in sporadic occurrences of this nature; however, these smaller occurrences might be attractive development targets for smaller entrepreneurial groups.

## Discussion

What is the outlook for exploration and mining of polymetallic vein deposits in the next 10 or 20 years? From a geological standpoint, we can say with confidence that large tonnages of polymetallic mineralized rock exist in the study area both in former mining areas and as undiscovered deposits. The vital question is not one of geology but of economics.

Economic factors are complex, and we are not experts in this field, but we would consider the following as impediments to future mining: (1) lack of a mining infrastructure, including mills and mining expertise; (2) depressed prices for silver and other metals in recent years, with few signs of recovery; and (3) societal resistance to mining and fear of environmental pollution from mining.

Some deposits were mined with high profits in the 1880's, but the mines were closed during the silver crash of the 1890's and never reopened. Many of these mining operations had, in fact, taken out the richest ore; and probably insufficient high quality ore remained to allow mining during periods of higher silver prices in the 20th century. Exploration has been intense, if not exhaustive, in the study area, reducing the likelihood of future discoveries of bonanza-type ores. Most of the production from polymetallic vein deposits has been from large mines since 1920, when changes in milling technology and the advent of selective floatation allowed profitable mining of "low grade" ores. The new technology allowed zinc, which formerly drew a smelter penalty and was considered a contaminant, to be recovered for profit (Burbank and Luedke, 1964). Future changes in mining and milling technology are possible, of course, but are not expected to be enough to offset the economic advantage of lower cost mining, milling, and smelting in other parts of the world. The paradox here is that for mining of polymetallic vein deposits to produce a significant tonnage, a large mining and milling operation is mandated, and this is most at odds with considerations 1 and 3 in the preceding paragraph. Small-scale mining of local pockets of rich ore may be viable, particularly if the operators can find a way to mill and smelt their ore.

The viability of these mineralized areas, again, is dependent on economic factors rather than geology. Geology is favorable beyond the known deposits, and only detailed studies including drilling can determine if additional deposits exist. We expect that any future discoveries would be within or adjacent to the colored areas in figure J3. However, new geologic information, or new concepts of ore formation, could lead to the discovery of ore outside of the favorable areas shown in figure J3 but within the permissive area shown in figure J2.

## References Cited

Berger, B.R., 1986, Descriptive model of hot-spring Au-Ag, *in* Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 143–144.

Bove, D.J., Hon, Ken, Budding, K.E., Slack, J.R., Snee, L.W., and Yeoman, R.A., 2000, Geochronology and geology of late Oligocene through Miocene volcanism and mineralization in the western San Juan Mountains, Colorado, version 1.0: U.S. Geological Survey Open-File Report 99-347, 35 p., URL: http://pubs.usgs.gov/of/1999/ofr-99-0347/.

Burbank, W.S., 1930, Revision of geologic structure and stratigraphy in the Ouray district of Colorado, and its bearing on ore deposition: Colorado Scientific Society Proceedings, v. 12, no. 6, p. 151–232.

Burbank, W.S., 1933, Vein systems of the Arrastre Basin and regional geologic structure in the Silverton and Telluride quadrangles, Colorado: Colorado Scientific Society Proceedings, v. 13, no. 3, p. 135–214.

Burbank, W.S., 1951, The Sunnyside, Ross Basin, and Bonita fault systems and their associated ore deposits: Colorado Scientific Society Proceedings, v. 15, no. 7, p. 285–304.

Burbank, W.S., and Luedke, R.G., 1964, Geology of the Ironton quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–291, scale 1:24,000.

Burbank, W.S., and Luedke, R.G., 1969, Geology and ore deposits of the Eureka and adjoining districts, San Juan Mountains, Colorado: U.S. Geological Survey Professional Paper 535, 73 p.

Casadevall, Tom, and Ohmoto, Hiroshi, 1977, Sunnyside mine, Eureka mining district, San Juan County, Colorado—Geochemistry of gold and base metal ore deposition in a volcanic environment: Economic Geology, v. 72, no. 7, p. 1285–1320.

Cox, D.P., 1986, Descriptive model of polymetallic veins, *in* Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 125–129.

Cox, D.P., and Singer, D.A., eds., 1986, Mineral deposit models: U.S. Geological Survey Bulletin 1693, 379 p.

Crawford, R.D., and Worcester, P.G., 1916, Geology and ore deposits of the Gold Brick district, Colorado: Colorado Geological Survey Bulletin 10, 116 p.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1° × 2° geologic maps: U.S. Geological Survey Open-File Report 99-427, CD-ROM.

Dings, M.G., and Robinson, C.S., 1957, Geology and ore deposits of the Garfield quadrangle, Colorado: U.S. Geological Survey Professional Paper 289, 110 p.

Earley, Drummond, III, 1987, Structural and petrologic studies of a Proterozoic terrain; "Gold Brick district," Gunnison County, Colorado: Duluth, Minn., University of Minnesota M.S. thesis, 148 p.

Ellis, C.E., 1983, Mineral investigation of the Oh-Be-Joyful Wilderness Study Area, Gunnison County, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 81-83, 59 p.

Fisher, F.S., 1990, Gold deposits of the Sneffels–Telluride and Camp Bird mining districts, San Juan Mountains, Colorado, *in* Shawe, D.R., Ashley, R.P., and Carter, L.M.H., eds., Geology and resources of gold in the United States—Chapter F, Gold-bearing polymetallic veins and replacement deposits—Part II: U.S. Geological Survey Bulletin 1857–F, p. F12–F18.

Garrett, H.L., 1950, The geology of Star Basin and Star mine, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 45 p.

Goddard, E.N., 1936, The geology and ore deposits of the Tincup mining district, Gunnison County, Colorado: Colorado Scientific Society Proceedings, v. 13, no. 10, p. 551–595.

Guilbert, J.M., and Park, C.F., Jr., 1986, The geology of ore deposits: New York, W.H. Freeman, 985 p.

Henderson, C.W., 1926, Mining in Colorado; a history of discovery, development, and production: U.S. Geological Survey Professional Paper 138, 263 p.

Herald, C.E., 1981, Geology of the Pitkin–Fairview Peak area, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 117 p.

Hill, J.M., 1909, Notes on the economic geology of southeastern Gunnison County, Colorado, *in* Hayes, C.W., and Lindgren, Waldemar, eds., Contributions to economic geology 1908—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 380-A, p. 21–40.

Irving, J.D., and Bancroft, Howland, 1911, Geology and ore deposits near Lake City, Colorado: U.S. Geological Survey Bulletin 478, 128 p.

Jefferson, T.D., 1985, The geology, alteration, mineralization of the northern part of the Tincup mining district, Gunnison County, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 146 p.

Kelley, V.C., 1946, Ore deposits and mines of the Mineral Point, Poughkeepsie, and Upper Uncompahgre districts, Ouray, San Juan, Hinsdale Counties, Colorado: Colorado Scientific Society Proceedings, v. 14, no. 7, p. 287–466.

Krasowski, D.J., 1976, Geology and ore deposits of Burrows Park, Hinsdale County, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 124 p.

Lindgren, Waldemar, 1933, Mineral deposits, 4th Edition: New York, McGraw-Hill, 930 p.

Lipman, P.W., Fisher, F.S., Mehnert, H.H., Naeser, C.W., Luedke, R.G., and Steven, T.A., 1976, Multiple ages of mid-Tertiary mineralization and alteration in the western San Juan Mountains, Colorado: Economic Geology, v. 71, no. 3, p. 571–588.

Luedke, R.G., and Burbank, W.S., 1981, Geologic map of the Uncompahgre (Ouray) mining district, southwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I–1247, scale 1:12,000.

Mayor, J.N., 1978, Geologic summary of the Idarado mine, Ouray County, Colorado, in Shawe, D.R., ed., Guidebook on fossil fuels and metals, eastern Utah and western-southwestern-central Colorado: Professional Contributions of the Colorado School of Mines no. 9, p. 131–140.

Mayor, J.N., and Fisher, F.S., 1993, Skarn-hosted mineralization in Paleozoic rocks beneath the Idarado mine, northwest San Juan Mountains, Colorado: U.S. Geological Survey Open-File Report 93-183, 16 p.

Morris, H.T., 1986, Descriptive model of polymetallic replacement deposits, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 99–100.

Mosier, D.L., Sako, Takeo, Page, N.J., Singer, D.A., and Berger, B.R., 1986, Descriptive model of Creede epithermal veins, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 145–147.

Nash, J.T., 1975, Fluid inclusion studies of vein, pipe, and replacement deposits, northwestern San Juan Mountains, Colorado: Economic Geology, v. 70, no. 8, p. 1448–1462.

Neff, L.M., 1988, Economic geology of part of the Gold Brick district, Gunnison County, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 106 p.

Ohmoto, Hiroshi, and Goldhaber, M.B., 1997, Sulfur and carbon isotopes, in Barnes, H.L., ed., Geochemistry of hydrothermal ore deposits, 3rd Edition: New York, John Wiley, p. 517–612.

Panteleyev, A., 1988, A Canadian Cordilleran model for epithermal gold-silver deposits, in Roberts, R.G., and Sheahan, P.A., eds., Ore deposit models: Geoscience Canada Reprint Series 3, p. 31–43.

Prather, T.L., 1964, Stratigraphy and structural geology of the Elk Mountains, Colorado: Boulder, Colo., University of Colorado Ph. D. dissertation, 153 p.

Rosenlund, G.C., 1984, Geology and mineralization of the Cumberland Pass area, Gunnison County, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 113 p.

Rugg, E.S., 1956, Geology of the Carter mine, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 54 p.

Silberman, M.L., and Berger, B.R., 1985, Relationship of trace-element patterns to alteration and morphology in epithermal precious-metal deposits, in Berger, B.R., and Bethke, P.M., eds., Geology and geochemistry of epithermal systems: Reviews in Economic Geology 2, p. 203–232.

Slack, J.F., 1980, Multistage vein ores of the Lake City district, western San Juan Mountains, Colorado: Economic Geology, v. 75, no. 7, p. 963–991.

Slebir, E.J., 1957, The geology of the North Cement Creek area, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 93 p.

Steven, T.A., and Bieniewski, C.L., 1977, Mineral resources of the La Garita Wilderness, San Juan Mountains, southwestern Colorado, with a section on Geophysical interpretation by G.P. Eaton: U.S. Geological Survey Bulletin 1420, 65 p.

Taylor, H.P., Jr., 1997, Oxygen and hydrogen isotope relationships in hydrothermal mineral deposits, in Barnes, H.L., ed., Geochemistry of hydrothermal ore deposits, 3rd Edition: New York, John Wiley, p. 229–302.

Trammell, J.W., 1961, Geology of the Cumberland Pass area, Gunnison County, Colorado: Boulder, Colo., University of Colorado M.S thesis, 109 p.

Vanderwilt, J.W., 1947, Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, 547 p.

Wilson, A.B., Spanski, G.T., Crane, M.J., and Woodard, M.D., 2000, Databases and spatial data model for mineralized areas, mines, and prospects in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado: U.S. Geological Survey Open-File Report 00-298, CD-ROM. URL: http://pubs.usgs.gov/of/2000/ofr-00-0298/.

Worcester, P.G., 1919, Molybdenum deposits of Colorado with notes on the molybdenum industry: Colorado Geological Survey Bulletin 14, 131 p.

BLM_0104503

# Mineral Resource Assessment for Polymetallic Replacement Deposits

By Anna B. Wilson, Gregory T. Spanski, Viki Bankey, and Steven M. Smith

Chapter K of
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–K

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104504

# Contents

Abstract ........................................................................................................................................ 166
Introduction ................................................................................................................................. 166
Genetic Model for Polymetallic Replacement Deposits ............................................................. 166
Description of the Areas Containing Known Polymetallic Replacement Deposits ..................... 168
Application of the Deposit Model for a Mineral Resource Assessment of Polymetallic
        Replacement Deposits ....................................................................................................... 169
    Permissive Tracts ................................................................................................................. 170
    Favorable Tracts .................................................................................................................. 170
Undiscovered Deposit and Endowment Potential ...................................................................... 175
References Cited ......................................................................................................................... 175

## Figures

K1. Map showing GMUG restricted study area and locations of polymetallic vein or
      polymetallic replacement deposits and the mineralized areas adjacent to or
      containing them .................................................................................................................. 167
K2. Map of GMUG greater study area showing permissive tracts for polymetallic
      replacement deposits ......................................................................................................... 171
K3. Map of GMUG greater study area showing favorable tracts for polymetallic
      replacement deposits ......................................................................................................... 172

## Tables

K1. Delineation criteria for polymetallic replacement deposits in GMUG study area ................. 170
K2. Polymetallic replacement tracts in GMUG restricted study area ............................................ 174

BLM_0104505

# Mineral Resource Assessment for Polymetallic Replacement Deposits

By Anna B. Wilson, Gregory T. Spanski, Viki Bankey, and Steven M. Smith

## Abstract

Polymetallic replacement deposits are hydrothermal, epigenetic accumulations of sulfide minerals in bedded deposits (mantos), massive lenses, pipe-shaped bodies, and associated veins hosted in limestone, dolomite, or other chemically reactive (soluble) rock, adjacent to porphyritic intrusions. In the GMUG study area, polymetallic replacement deposits containing lead, zinc, copper, silver, and manganese were locally important producers in the Tincup/Cumberland Pass, Whitepine, Ouray, and San Juan mineralized areas. Approximately 5,133 square miles of the GMUG Forest study area, located within 10 kilometers of known or inferred Tertiary or Cretaceous felsic intrusive rocks, within 2 kilometers of permeable or chemically reactive sedimentary rocks, or in areas known or inferred to be underlain by Paleozoic sedimentary rocks beneath volcanic rocks, are classified as "permissive" for the occurrence of undiscovered polymetallic replacement deposits. Of this "permissive" area, 1,676 square miles in the vicinity of the Ruby, Elk Mountains, Dorchester, Forest Hill, Spring Creek, Tincup/Cumberland Pass, Gold Brick, Whitepine, Cimarron and Henson Creek, San Juan east, Ouray and San Juan west mineralized areas are also classified as "favorable." The favorable areas contain known polymetallic replacement or polymetallic vein occurrences, are within 2 kilometers of a known polymetallic replacement-type occurrence, contain known or inferred carbonate rocks, and are within 500 meters of a stream-sediment or rock sample containing anomalous levels of silver, lead, or zinc. The assessment team estimated that the probability of even one undiscovered deposit occurring within the "permissive" and "favorable" tracts for polymetallic replacement deposits fell below the range of estimation confidence; therefore, a quantitative assessment was not performed.

## Introduction

Polymetallic replacement deposits have been historically important contributors to the total quantity of lead, zinc, copper, silver, and manganese produced in Colorado, especially in the Leadville, Gilman, Alma, Rico, and Tenmile areas, all outside the GMUG restricted study area (fig. K1). Within the restricted study area, in the Tincup/Cumberland Pass, Whitepine (also known as Tomichi), and Ouray mineralized areas, polymetallic replacement deposits have produced smaller, but locally significant, quantities of ore. Substantial amounts of gold or silver in these smaller deposits compensated for their limited volume and made them commercially attractive.

Most of these deposits have similar physical characteristics and occur in the same geologic environments as deposits included in the descriptive model of polymetallic replacement deposits (Morris, 1986, model 19a). Mosier and others (1986) compiled grade and tonnage data for 52 deposits of this type worldwide. Although none of the Colorado deposits is included in the model, grade and tonnage of the GMUG deposits fit the general distribution of the deposits from all over the world used to develop the model. Had they been included, deposits at Leadville, Gilman, and Alma, all close to the GMUG restricted study area, would rank among the five largest producers in one or more of the five commodities (lead, zinc, copper, silver, and manganese) most frequently recovered from this type of deposit.

## Genetic Model for Polymetallic Replacement Deposits

Polymetallic replacement deposits are hydrothermal, epigenetic accumulations of sulfide minerals in bedded deposits (mantos), massive lenses, pipe-shaped bodies, and associated veins hosted in limestone, dolomite, or other chemically reactive (soluble) rock, adjacent to porphyritic calc-alkaline intrusions. Occasionally, deposits are distant from an intrusion. The mineralization and intrusive activity are contemporaneous. Worldwide, replacement deposits may be of any age.

Deposits range from small pods and veins to large, mixed-sulfide, replacement bodies; the shapes are irregular and structurally and stratigraphically controlled. Ore bodies are localized by faults, vertical beds, bedding planes, and breccia zones. Limestones below contacts with shale can be especially productive. Vein or pipe structures serve as feeders and also may contain ore. Base-metal skarns, polymetallic veins, and porphyry copper deposits are genetically and spatially

BLM_0104506



<div style="writing-mode: vertical">Mineral Resource Assessment for Polymetallic Replacement Deposits</div>

**EXPLANATION**

Approximate outline of national forests in GMUG study area

Approximate outline of restricted study area

**Figure K1.** GMUG restricted study area, showing locations of polymetallic vein or polymetallic replacement deposits (plus signs) and the mineralized areas adjacent to or containing them (red outlines).

BLM_0104507

168     **Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

related to these deposits, and boundaries between these deposit types may be gradational. Many deposits are enriched by supergene processes; some of the deposits have been oxidized and lack sulfide minerals.

Polymetallic replacement deposits commonly contain lead, zinc, copper, and silver sulfide minerals; tungsten, manganese, bismuth, and trace amounts of gold may also occur. Primary ores consist principally of sphalerite and galena; commonly chalcopyrite, silver-bearing tetrahedrite, silver minerals, bismuth minerals, manganese minerals, and gold are present. Secondary oxidized ores typically include cerussite (lead carbonate), smithsonite (zinc carbonate), and cerargyrite (silver chloride). Pyrite (iron sulfide), siderite (iron carbonate), barite (barium sulfate), and quartz are the principal gangue minerals. At district scale, polymetallic replacement deposits may show mineralogical and compositional zonation from Cu-Au (± Bi) nearer the intrusive source, to Pb-Ag, to Zn-Mn at the periphery. Closer to a source intrusion (pluton), polymetallic replacement deposits may grade into skarn deposits.

Alteration may be extensive in the rocks surrounding a deposit. Carbonate rocks may be dolomitized and silicified. Shale and igneous rocks may be chloritized and argillized. Pyrite is locally abundant.

Polymetallic replacement deposits are deposited from aqueous metalliferous fluids separated from an intrusive magma during crystallization. The metals carried in solution are primarily derived from the magma, but some may be derived from the country rock where connate water in convecting cells leaches metals and mixes with magmatically derived fluids. Replacement is most efficient at high temperatures but typically occurs in a range of 200°–400°C. Limestones and permeable calcareous sedimentary rocks are most likely to host ore. Polymetallic replacement deposits are predominantly hosted by carbonates (limestone and dolostone); some are hosted in sandstone, evaporite (gypsum), and calcareous shale, and a few in permeable zones in volcanic rocks.

The precise location of a deposit is the result of a complex mix of physical, chemical and structural interactions. Replacement occurs in situ (in place): the host is replaced by ore, particle by particle (volume for volume), preserving most aspects of the structure of the host rock.

Mosier and others (1986) prepared grade and tonnage models based on data for 52 areas where production from polymetallic replacement ore deposits predominated. However, historically reported production for the mines in these areas was aggregated and the models therefore characterize deposits that are district-size. Available data are insufficient to characterize the individual ore bodies or closely spaced clusters of ore bodies that would more properly fit a mine-based definition of a deposit. The models are also biased, because districts generating less than 100,000 t (metric tons)[1] of ore were not included, and in several cases the ore values in the model were calculated from production and estimates of

commodity grades. Given these limitations, the models characterize a population of district-size deposits that ranges in ore tonnage from 0.1 to 69 million t of ore, averaging 5.6 million t; average commodity grades are 8.1 percent lead, 6.3 percent zinc, 0.28 percent copper, and 260 g (grams) of silver and 1.4 g of gold per metric ton.

# Description of the Areas Containing Known Polymetallic Replacement Deposits

Several mineralized areas in the GMUG restricted study area contain examples of deposits that fit the descriptive polymetallic replacement model (Morris, 1986). An understanding of the geologic setting, character, and mode of origin of known polymetallic replacement deposits allows us to formulate criteria that can be used to identify additional areas with the potential to host these types of deposits.

The northeastern part of the GMUG restricted study area, extending from Tincup/Cumberland Pass to Whitepine mineralized areas, is on the west flank of the Sawatch uplift. This area contains Tertiary intrusive rocks, primarily granodiorite, Paleozoic carbonate rocks, and mines known (or suspected) to have produced ore from polymetallic replacement ore bodies. Presence of polymetallic base-metal vein deposits in this same area further attests to base-metal-rich hydrothermal mineralization in the area. Most replacement deposits in the area are hosted in limestone and dolomite of the Manitou Dolomite, Dyer Dolomite (Chaffee Group), and Leadville Limestone; the larger occurrences are bedded replacement (blanket) deposits or irregular deposits along premineral faults and fractures (Dings and Robinson, 1957). Locally, they grade into one another and the contact between ore and wall rock is very irregular.

In the Tincup/Cumberland Pass area, bedded replacement deposits (Gold Cup, Silver Cup, Tincup, Robert E. Lee, Drew, El Capitan, and West Gold Hill mines) were locally important producers of silver and lead (Dings and Robinson, 1957). Most of the ore was mined along the contact of a gray limestone and overlying dolomite, within and stratigraphically about 150 ft below the top of the Leadville Limestone.[2] The largest of these ore bodies, a fairly continuous mineralized body, extends about 1,000 ft along the strike of the beds and down dip for 800 ft in the Gold Cup mine. Some important replacement deposits are clearly related to premineral faults (Dings and Robinson, 1957). Ore in the Maid of Athens, Citizen, and Ben Franklin mines (Tincup/Cumberland Pass area) probably is in the sedimentary beds near or adjacent to the Athens fault.

---

[1]Models are based on metric units for grade (grams) and tonnage (metric tons or megagrams).

[2]These data are given in the units originally measured and published. To convert feet to meters, multiply by 0.3048.

BLM_0104508

In the Whitepine area, the principal ore bodies are in the upper part of the Leadville Limestone at or near the contact with the overlying Belden Formation (Erie and Eureka-Nest Egg mines). Some important replacement deposits are clearly related to premineral faults (Dings and Robinson, 1957). Most such deposits are small lenses or pods, but ore shoots in the Akron mine in the sedimentary rocks (primarily Manitou Dolomite) along the west side of the Star fault are as much as 300 ft long, 50 ft wide, and 8 ft thick (Dings and Robinson, 1957).

The southern part of the GMUG study area, from Ouray to Ophir (fig. K1), contains intrusive and sedimentary rocks known to be favorable host rocks for replacement deposits at Rico and in the Idarado mine. Favorable units include calcareous strata (such as Lower Mississippian Leadville Limestone and Middle and Upper Pennsylvanian Hermosa Group) where they occur below known vein deposits (as in the Idarado mine) and peripheral to Tertiary stocks emplaced along the ring fracture zone of the Silverton caldera. These strata are about 3,000–4,000 ft below the elevation of Red Mountain Pass. Polymetallic base-metal vein deposits occurring near the surface in Tertiary volcanic rocks are a strong indication that base-metal-rich fluids passed upward through the underlying favorable host rocks along structurally controlled channelways. Deep drilling from within the Idarado mine (Mayor and Fisher, 1993) tested about 3,000 ft of Paleozoic strata and late Proterozoic rocks, intersecting Pb-Zn-Cu mineralized calc-silicate skarn zones in calcareous rocks. The holes did not encounter the probable Tertiary intrusion responsible for the high-temperature alteration and mineralization.

Classic examples of polymetallic replacement mineralization are found in mines such as the American Nettie, Mineral Farm, and Wanakah in the Ouray mineralized area, and the Idarado, Saratoga, Baltic, Portland, and Crown Point in the San Juan mineralized area. Many of these deposits are in limestone units that are not exposed at the surface, such as the manto or channel deposits in Leadville Limestone and Molas Formations at the Mineral Farm mine (Burbank, 1940, p. 205–206, 238; King and Allsman, 1950, p. 51). Host-rock permeability and structure play secondary roles in controlling localization of deposits. Permeable, bedded channel deposits in Dakota Sandstone (metamorphosed to quartzite) localized ore at the American Nettie mine (Burbank, 1940, p. 205–206, 223–225, 229; King and Allsman, 1950, p. 50–51). Deposits in the upper Dakota zone on the east side of the Uncompahgre Valley and 2,000–4,000 ft north of the Laramide-age Blowout intrusive center are localized in minor folds or terrace-like warps superimposed on the generally north-northeast-dipping regional host.

Minor iron and manganese replacement deposits rich in magnetite occur in limestone and dolomite beds at or near contacts with intrusive rocks. In the Tincup/Cumberland Pass area, the Cumberland mine produced iron ore from a layer of limestone in the Belden Formation between a quartz diorite porphyry body and the Tincup porphyry (Dings and Robinson, 1957). In the Whitepine area, the Iron King mine occurs

in metamorphosed limy beds of the Belden Formation at the north end of the Morning Glim fault, where the fault is cut off by the Mount Princeton batholith (Dings and Robinson, 1957).

# Application of the Deposit Model for a Mineral Resource Assessment of Polymetallic Replacement Deposits

The criteria listed in table K1 are those used in this reconnaissance mineral resource assessment to define "permissive" and "favorable" mineral deposit potential tracts for undiscovered polymetallic replacement deposits. The criteria are based on the descriptive model (Morris, 1986), grade and tonnage models (Mosier and others, 1986), and data available for the GMUG study area. The applicable regional databases available for this GIS-based assessment include the digital geologic map data (Day and others, 1999), mines and prospect locations (Wilson and others, 2000), outlines of mineralized areas (Wilson and others, 2000), regional NURE stream-sediment geochemical data (Smith, 2000), a map of igneous intrusions based on interpretation of aeromagnetic survey data (Bankey and others, this volume, Chapter D), and detailed maps showing age and composition of intrusions (Day and Bove, this volume, Chapter B, and D.J. Bove, unpub. data, 2000).

In this chapter, GMUG restricted study area refers only to GMUG National Forests and the land they roughly surround from Grand Junction to the area east of Gunnison (fig. K1). It also includes the western slope in the Uravan area, but the restricted study area does not include lands in adjacent National Forests—White River, San Isabel, Rio Grande, or San Juan—even though they are within the "greater study area" boundary. Any favorable resource potential indicated outside of this restricted study area is based on incomplete data, especially for mines, prospects, and mineralized areas. Many more areas in the adjacent lands, including national forests, may be permissive, or even favorable. For instance, Aspen and Leadville, both large productive districts, contain polymetallic vein and polymetallic replacement deposits, yet neither is shown in figure K3. The square miles indicated as permissive and favorable are, therefore, minimums for the entire "greater study area."

The delineation criteria in table K1 are not exhaustive; they are limited by the availability of supporting data sets that are both fairly complete and geographically comprehensive at 1:250,000 scale. Additional criteria could have been considered for tract assessment if the digital databases had been more complete. Examples of other criteria that could have been used to classify and evaluate the mineral resource potential are the following:

• occurrence of manganese oxide minerals in veins or disseminated in carbonate rocks;
• distribution of zones of silicification or dolomitization in limestone, with accompanying pyrite or barite;

**170   Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

**Table K1.**  Delineation criteria for polymetallic replacement deposits in GMUG study area.

| Diagnostic criteria for permissive tract delineation |
| --- |
| 1.  Located within a 10-km-wide zone peripheral to known or inferred Tertiary or Cretaceous felsic intrusive (plutonic) rocks; qualifying units include being within 10 km of units Tui, Tmi, Tsi, Tiy, Tio, Ti, or TKi of Day and others (1999), and other Tertiary intrusive units identified on smaller scale maps (D.J. Bove, unpub. data, 2000), and inferred intrusions as interpreted from aeromagnetic survey data (Bankey and others, this volume, Chapter D).  (Intrusion contact is buffered 1 km into the intrusion, except for the inferred intrusions, which are not buffered, to accommodate contact mislocation errors in 1:250,000-scale mapping.) |
| 2.  Presence of permeable or chemically reactive sedimentary rock (2 km external buffer on surface contacts).<br>    A.  Paleozoic units containing Ignacio, Manitou, and Fremont Formations; Chaffee Group; Dyer, Elbert, Ouray, Leadville, Molas, Belden, and Minturn Formations; Hermosa Group; Eagle Valley and Rico Formations (including map units MЄli, MЄr, OЄr, MOr, MDr, Phu, Pee, Pe, Ph, Pmb, Pb, Pm, PPm, PPrm (from Day and others, 1999)).<br>    B.  Mesozoic and Cenozoic units: includes map units JTmd, KJde, KJdw, KJdj, KJdm, Jme, Jwe, Jmw, Jmwe, Kdb, Kbc, Kd, Kml, Kmu, Km, Kmvl, Kmvu, Kmv, Tsbt, Tkec (from Day and others, 1999). |
| 3.  Location in areas known or inferred to be underlain by Paleozoic sedimentary rocks beneath volcanic rocks in the San Juan Mountains. |

| Diagnostic criteria for favorable tract delineation (in addition to 1–3) |
| --- |
| 4.  Presence of a mineralized area known to host polymetallic replacement or polymetallic vein deposits or occurrences. |
| 5.  Within 2 km of a known polymetallic replacement occurrence. |
| 6.  Known or inferred presence of carbonate rocks exhibiting a high affinity for polymetallic replacement mineralization within 1 km of the surface exposure (units from Day and others, 1999).<br>    A.  Paleozoic units containing Ordovician Manitou Dolomite or Fremont Dolomite; Devonian Ouray Limestone or Elbert Formation; Devonian-Mississippian Dyer Dolomite of the Chaffee Group; Mississippian Leadville Limestone; Pennsylvanian Hermosa, Minturn, or Belden Formations; and Pennsylvanian-Permian Rico Formation (MЄli, MЄr, OЄr, MOr, MDr, Doe, Phu, Ph, Pmb, Pb, Pm, PDre, PPr, Ml).<br>    B.  Mesozoic and Cenozoic units containing Middle Jurassic Wanakah Formation or Eocene Telluride Conglomerate (JTmd, Jwe, Jmw, Jmwe, KJdw, TKec, Tsbt). |
| 7.  Within 500 m of a stream-sediment or rock sample site containing anomalous levels of silver, lead, or zinc (Ag>1 ppm, Pb>100 ppm, Zn>250 ppm). |

• presence of jasperoid or calc-silicate alteration of carbonate rocks or argillic-propylitic alteration of igneous rocks;

• anomalous concentrations of copper, tungsten, gold, arsenic, antimony, bismuth, barium, manganese, iron, or magnesium in bedrock, altered rock, or stream-sediment samples;

• presence of lithologic shale-limestone unit interfaces;

• presence of major structural features, such as major faults and zones of extensional tectonic activity;

• presence of small porphyritic dikes and stocks;

• presence of Cretaceous or Tertiary age porphyry (model 17), skarn (18b, c, d), or polymetallic vein (22c) mineralization;

• detailed aeroradiometric maps showing Th/U ratios of less than 4:1, suggesting uranium depletion may have resulted from hydrothermal activity;

• local ground electromagnetic surveys.

## Permissive Tracts

In the GMUG greater study area, 5,133 mi² is classified "permissive" for the occurrence of polymetallic replacement deposits (fig. K2; Spanski and Bankey, this volume, Chapter F, table F1).  These areas are within 10 km of known or inferred felsic Cretaceous or Tertiary plutons and are underlain by Paleozoic, Mesozoic, or Cenozoic sedimentary rock units that contain permeable and chemically reactive lithologic units

(table K1, criterion 2).  Exposures of plutonic rocks, with a 1 km internal buffer, are not considered permissive for replacement deposits.

In most of the eastern part of the permissive tract in the GMUG restricted study area, the plutons and Paleozoic and Mesozoic carbonate rocks are exposed at the surface.  In most of the central part of the GMUG area, the plutons are inferred (buried) based on interpretations of geophysical data.  In the San Juan Mountains, roughly west of long 107°30′, carbonate-bearing sedimentary rocks may be present locally, within 1 km of the surface beneath the volcanic rocks.

## Favorable Tracts

In the GMUG study area, 1,676 mi² is classified "favorable" for the occurrence of polymetallic replacement deposits (fig. K3).  These lands represent about 33 percent of the "permissive" tract.  The criteria used for delineating regions "favorable" for hosting polymetallic replacement deposits are listed in table K1.  These criteria are more restrictive than those used to delineate the "permissive" terrain.  Increased importance is placed on the presence of sedimentary rock units having a substantial carbonate component and on evidence that mineralization has occurred.

In order to be considered favorable, an area had to display evidence of mineralization.  Because polymetallic vein and



**Figure K2.** GMUG greater study area, showing permissive tracts (shaded) for polymetallic replacement deposits.



EXPLANATION

⬚ Approximate outline of national forests in GMUG study area

━━ Approximate outline of area assessed for polymetallic replacement deposits

0                                      70 KILOMETERS

0                    40 MILES

BLM_0104512

# EXPLANATION



Criterion 3—Mineralized area containing known polymetallic replacement (PMR) deposits

Criteria 3 + 5—Mineralized area containing PMR deposits + carbonate host rock (Criterion 5)

Criterion 4—Within 2 km of known PMR deposit

Criteria 3 + 4—Mineralized area containing PMR deposits + within 2 km of known PMR deposit

Criteria 3 + 5—Mineralized area containing PMR deposits + carbonate host rock

Criteria 3 + 4 + 5—Mineralized area containing PMR deposits + within 2 km of known PMR deposit + carbonate host rock

Criterion 6—Within 500 m of elevated Ag, Pb, or Zn value (buffered geochemistry)

Criteria 3 + 6—Mineralized area containing PMR deposits + buffered geochemistry

Criteria 5 + 6—Carbonate host rock + buffered geochemistry

Criteria 3 + 5 + 6—Mineralized area containing PMR deposits + carbonate host rock + buffered geochemistry

Criteria 4 + 6—Within 2 km of known PMR deposit + buffered geochemistry

Criteria 3 + 4 + 6—Mineralized area containing PMR deposits + within 2 km of known PMR deposit + buffered geochemistry

Criteria 4 + 5 + 6—Within 2 km of PMR deposit + carbonate host rock + buffered geochemistry

Criteria 3 + 4 + 5 + 6—Mineralized area containing PMR deposits + within 2 km of known PMR deposit + carbonate host rock + buffered geochemistry

**Figure K3 (above and previous page).** GMUG greater study area, showing favorable tracts for polymetallic replacement deposits. F1, Ruby; F2, Elk Mountains; F3, Dorchester; F4, Forest Hill; F5, Spring Creek; F6, Tincup/Cumberland Pass; F7, Gold Brick; F8, Whitepine; F9, Cimarron and Henson Creek; F10, eastern part of San Juan; F11, Ouray and western part of San Juan tracts. Descriptions in text.

Mineral Resource Assessment for Polymetallic Replacement Deposits

BLM_0104513

**174    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

polymetallic replacement deposits are so closely related, any area with evidence of either type of deposit is considered favorable if it also meets the permissive criteria. The field evidence shows that polymetallic replacement deposits tend to occur in clusters (table K1, criterion 4); therefore, proximity to known examples of polymetallic replacement deposits is given greater importance (criterion 5). Evidence of a known or suspected polymetallic replacement deposit alone is an indication of favorable terrain, especially where detailed geologic information is lacking, possibly owing to the scale of the collected data and mapping. A 2-km buffer was given around each mine or prospect known to be a polymetallic replacement deposit (criterion 5). Criteria 4 and 5 are partially redundant; however, criterion 5 becomes important in capturing polymetallic replacement mineralization that occurs at isolated sites beyond the boundaries of recognized mineralized areas.

Although any rock can host a polymetallic replacement, most deposits occur in carbonate rocks. For this reason we have further restricted the potential host rock units (see criterion 2) to only those with a substantial carbonate component (criterion 6).

NURE stream-sediment geochemical data (Smith, 2000) are useful in identifying areas where anomalous levels of metals are concentrated in these deposits (criterion 7). Anomalous threshold values were determined to be 100 parts per million (ppm) for copper, 250 ppm for zinc, and 1 ppm for silver (see Smith, this volume, Chapter C). Inasmuch as these samples are composites of materials derived from all rocks exposed in a drainage basin, they are subject to the effect of dilution; a 500 m buffer has been applied to each geochemically anomalous site to represent the area of influence for the sample.

Inasmuch as the assessment technique of bitmapping employed herein (Spanski and Bankey, this volume, Chapter F) does not rank areas, no importance is attached to the number of criteria that are met at a given location in terms of classification. An area is classified "favorable" if it is within a "permissive" tract *and* meets either the conditions of criteria 4 or 5, or any combination of criteria 4 through 7. Criteria 6 and 7 are not used singularly to establish a "favorable" status.

The areas identified as being "favorable" for hosting polymetallic replacement deposits are shown in figure K3 and listed in table K2. (Sunrise/Morning Glory, Wilson Peaks, Carson, Lake City, and Bondholder mineralized areas (fig. K1) are not favorable for polymetallic replacement deposits.) All of the areas identified as being favorable correlate with areas with known mineralization.

Ruby tract (fig. K3, area F1) is a known mineralized area containing polymetallic vein occurrences (criterion 4) and local geochemical anomalies (Ag>1 or Pb>100 or Zn>250 ppm) (criterion 7). Polymetallic replacement occurrences are suspected in some of the many mines and prospects, but none is documented.

Elk Mountains tract (fig. K3, area F2) contains a known mineralized area of polymetallic vein and polymetallic replacement mineralization (criterion 4) coupled with favorable carbonate formations (criterion 5). Polymetallic replacement occurrences are suspected in some of the mines and prospects, but none is documented.

Dorchester tract (fig. K3, area F3), a known mineralized area, contains polymetallic replacement occurrences (criterion 4), known polymetallic replacement occurrences (criterion 5), favorable carbonate formations (criterion 6), and local geochemical anomalies (criterion 7). Little is known about the mineral deposits in the Bull Domingo mine, the most productive mine in the area, nor about the scattered deposits in Star Basin (Garrett, 1950; Cunningham, 1976). They appear to have been mined for silver and lead from replacement ore bodies in limestone adjacent to 33 Ma intrusions of the Italian Mountain Intrusive Suite.

**Table K2.** Polymetallic replacement tracts in GMUG restricted study area.

**Cretaceous-early Tertiary tracts:**

| Tract No.[a] | Tract name | Delineation criteria |
|---|---|---|
| P1 | Permissive for polymetallic replacements | 1, 2, 3 |
| F1 | Ruby | 1, 2, 3, 4, 7 |
| F2 | Elk Mountains | 1, 2, 3, 4, 5 |
| F3 | Dorchester | 1, 2, 3, 4, 5, 6, 7 |
| F4 | Forest Hill | 1, 2, 3, 4 |
| F5 | Spring Creek | 1, 2, 3, 4, 5, 6, 7 |
| F6 | Tincup/Cumberland Pass | 1, 2, 3, 4, 5, 6, 7 |
| F7 | Gold Brick | 1, 2, 3, 4, 6, 7 |
| F8 | Whitepine | 1, 2, 3, 4, 5, 6, 7 |
| F9 | Cimarron and Henson Creek | 1, 2, 3, 4, 7 |
| F10 | San Juan east | 1, 2, 3, 4, 6, 7 |
| F11 | Ouray and San Juan west | 1, 2, 3, 4, 5, 6, 7 |

[a]P, permissive tract; F, favorable tract.

Forest Hill (fig. K3, area F4), a known mineralized area, contains suspected polymetallic replacement occurrences (criterion 4). The Forest Hill mine, for which the area is named, is inferred, but not known, to be a polymetallic replacement mine; therefore, it is not shown in figure K1.

Spring Creek tract (fig. K3, area F5) overlaps a known mineralized area (fig. K1) containing polymetallic replacement occurrences (including replacement manganese) (criterion 4), known polymetallic replacement occurrence (criterion 5), favorable carbonate formations (criterion 6), and local geochemical anomalies (criterion 7). The Doctor mine reportedly was primarily a lead (cerussite) and zinc (smithsonite) deposit with some copper (Meissner, 1954); manganese was distal to the main occurrence. Sulfides such as galena and sphalerite are rare, and no pyrite was observed.

Tincup/Cumberland Pass tract (fig. K3, area F6) includes a known mineralized area containing polymetallic vein and replacement occurrences (criterion 4), known polymetallic replacement mines (criterion 5), favorable carbonate formations (criterion 6), and local geochemical anomalies (criterion 7). Tincup was well known for its polymetallic replacement occurrences such as the Gold Cup mine (Dings and Robinson, 1957). (See earlier section, "Description of the Areas Containing Known Polymetallic Replacement Deposits.")

Gold Brick tract (fig. K3, area F7) is a known mineralized area containing polymetallic vein occurrences (criterion 4), favorable carbonate formations (criterion 6), and, locally, geochemical anomalies (criterion 7). Additional scattered geochemical anomalies (criterion 7) lie to the west in favorable carbonate formations (criterion 6).

Whitepine tract (fig. K3, area F8), a known mineralized area, contains polymetallic vein and replacement occurrences (criterion 4), known polymetallic replacement mines (criterion 5), favorable carbonate formations (criterion 6), and local geochemical anomalies (criterion 7).

Cimarron and Henson Creek tract (fig. K3, area F9) contains two known mineralized areas (Cimarron and Henson Creek, fig. K1) hosting polymetallic vein occurrences (criterion 4), and, locally, geochemical anomalies (criterion 7). Polymetallic replacement mineralization is suspected in some of the occurrences, but none is documented.

The eastern part of San Juan mineralized area (fig. K3, area F10) contains polymetallic vein and replacement occurrences (criterion 4), favorable carbonate formations (criterion 6), and, locally, geochemical anomalies (criterion 7).

Ouray and western part of San Juan mineralized area tract (fig. K3, area F11) are in a known mineralized area containing polymetallic vein and replacement occurrences (criterion 4), known polymetallic replacement occurrences (criterion 5), favorable carbonate formations (criterion 6), and, locally, geochemical anomalies (criterion 7). At Ophir, the area includes the Crown Point polymetallic replacement deposit, and near Ouray, the Portland, Mineral Farm, Wanakah, and American Nettie deposits, which are at least partly polymetallic replacements.

# Undiscovered Deposit and Endowment Potential

The assessment of endowment potential and the probability for the existence of undiscovered polymetallic replacement deposits are based on the grade and tonnage models of Mosier and others (1986). Our examination of the grade and tonnage figures suggests that no significant difference exists between the lead, silver, and gold grades and size distribution of districts in the model population and in seven major replacement districts in Colorado. We estimated that the probability of even one undiscovered deposit occurring within the "permissive" and "favorable" tracts for polymetallic replacement deposits fell below the range of estimation confidence. The determination was strongly influenced by the rather large median size (1.8 million t of ore) and grades (5 percent lead, 3.9 percent zinc, 0.23 percent copper, and 0.75 g gold and 175 g silver per metric ton) that are associated with the district-size deposit model population. Also, areas of favorable terrain large enough to conceal district-size deposits that have not been extensively explored are lacking.

We believe a secondary, nonquantifiable potential is associated with polymetallic replacement mineralization in the study area. That potential is associated with the existence of smaller undiscovered ore bodies that, in the past, as either single or tightly clustered bodies, would have been developed as a mine or an extension to a mine. Potential cannot be quantified because individual mines lack the production records needed to characterize their grades and tonnage. However, we think that the potential is high for the existence of new ore bodies in areas adjacent to or beneath currently known areas of polymetallic replacement mineralization. In today's economic and environmental climate, large mining companies would likely not be interested in occurrences of this nature; however, these smaller occurrences could be attractive development targets for smaller entrepreneurial groups. Some fragmentary production records for mines in the Whitepine (Tomichi) and Monarch districts suggest that ores with silver grades in excess of 2.5 times the model median grade of 175 g/t occurred locally, and ore bodies with gold grades ranging from 17 to 124 g/t were encountered in the Gold Cup mine in the Tincup district (Dings and Robinson, 1957).

# References Cited

Burbank, W.S., 1940, Structural control of ore deposition in the Uncompahgre district, Ouray County, Colorado, *in* Contributions to economic geology 1938–39: U.S. Geological Survey Bulletin 906–E, p. 141–261.

Cunningham, C.G., Jr., 1976, Petrogenesis and post-magmatic geochemistry of the Italian Mountain intrusive complex, eastern Elk Mountains, Colorado: Geological Society of America Bulletin, v. 87, no. 6, p. 897–908.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1° × 2° geologic maps: U.S. Geological Survey Open-File Report 99-427, CD-ROM.

Dings, M.G., and Robinson, C.S., 1957, Geology and ore deposits of the Garfield quadrangle, Colorado: U.S. Geological Survey Professional Paper 289, 110 p.

Garrett, H.L., 1950, The geology of Star Basin and Star mine, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 45 p.

King, W.H., and Allsman, P.T., 1950, Reconnaissance of metal mining in the San Juan region, Ouray, San Juan, and San Miguel Counties: U.S. Bureau of Mines Information Circular 7554, 109 p.

Mayor, J.N., and Fisher, F.S., 1993, Skarn-hosted mineralization in Paleozoic rocks beneath the Idarado mine, northwest San Juan Mountains, Colorado: U.S. Geological Survey Open-File Report 93-183, 16 p.

Meissner, F.F., 1954, The geology of Spring Creek Park, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 150 p.

Morris, H.T., 1986, Descriptive model of polymetallic replacement deposits, *in* Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 99–100.

Mosier, D.L., Morris, H.T., and Singer, D.A., 1986, Grade and tonnage model of polymetallic replacement deposits, *in* Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 101–104.

Smith, S.M., 2000, National Geochemical Database; Reformatted data from the National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) Program, Version 1.20: U.S. Geological Survey Open-File Report 97-492. URL: http://pubs.usgs.gov/of/1997/ofr-97-0492/, [unpaginated].

Wilson, A.B., Spanski, G.T., Crane, M.J., and Woodard, M.D., 2000, Databases and spatial data model for mineralized areas, mines, and prospects in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado: U.S. Geological Survey Open-File Report 00-298, CD-ROM. URL: http://pubs.usgs.gov/of/2000/ofr-00-0298/.

BLM_0104516

# Mineral Resource Assessment for Sediment-Hosted Copper Deposits

By  David A. Lindsey, Viki Bankey, Daniel H. Knepper Jr., and Gregory T. Spanski

**Chapter L of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–L

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104517

# Contents

Abstract.................................................................................................................................. 179
Introduction ......................................................................................................................... 179
Descriptive and Genetic Models for Sediment-Hosted Copper Deposits.................................... 179
Description of the Areas Containing Sediment-Hosted Copper Deposits ..................................... 180
Application of the Deposit Model for Mineral Resource Assessment ........................................... 181
    Permissive Tracts......................................................................................................... 182
    Favorable Tracts.......................................................................................................... 185
Undiscovered Deposit and Endowment Potential........................................................................ 186
References Cited .................................................................................................................. 186

# Figures

L1.  Cross section showing geologic model of structurally controlled sediment-hosted
    copper deposits in Paradox Basin, Colorado Plateau................................................. 180
L2.  Map of GMUG greater study area showing permissive tracts for structurally
    controlled sediment-hosted copper deposits............................................................. 183
L3.  Map of GMUG greater study area showing areas favorable for sediment-hosted
    copper deposits ........................................................................................................ 184

# Tables

L1.  Delineation criteria for structurally controlled sediment-hosted copper deposits
    in GMUG greater study area...................................................................................... 181
L2.  Two Landsat scenes used to map bright rocks in eastern part of Paradox Basin in
    GMUG greater study area .......................................................................................... 182
L3.  Structurally controlled sediment-hosted copper tracts in GMUG greater study area......... 185

BLM_0104518

# Mineral Resource Assessment for Sediment-Hosted Copper Deposits

By David A. Lindsey, Viki Bankey, Daniel H. Knepper, Jr., and Gregory T. Spanski

## Abstract

Copper occurs in sedimentary rocks of the salt anticlines of the Paradox Basin, the borders of the Uncompahgre uplift, and the Eagle Basin. Most known occurrences are small, but deposits large enough to produce occur in the salt anticline terrane. All such deposits and occurrences are classified as "sediment-hosted," but they vary considerably in geologic setting, origin, form, and size.

## Introduction

Sediment-hosted copper deposits, aggregated in a generic global model by Cox (1986), have been classified into three models: reduced-facies, redbed, and Revett. Each model has different geologic features, grades and tonnages, and anticipated environmental impacts when mined and processed (Lindsey and others, 1995). Deposits of the reduced-facies model are hosted in widespread black-shale formations, are relatively high tonnage, and have been mined mostly underground. Deposits of the redbed model occur in local areas of reduced rocks in redbed sequences, are low-tonnage, and have been mined near the surface by open-pit and small underground operations. Redbed deposits have not been a major source of copper. Deposits of the Revett model (Spanski, 1992), based on deposits restricted to the Mesoproterozoic Revett Formation of the Belt Supergroup of Montana and Idaho, are intermediate in tonnage and have been mined entirely underground.

Although sediment-hosted copper deposits in the assessment area include some typical of the redbed model, the largest deposits are not. The primary difference is that they are structurally controlled. Although these were previously considered as a variant of the redbed model (Lindsey, 1996), they are more fully described here and assigned to a new model, equal in rank to existing sediment-hosted copper models. These structurally controlled deposits share some features of other sediment-hosted models, including the redbed and reduced-facies models, which are commonly associated with salt deposits.

## Descriptive and Genetic Models for Sediment-Hosted Copper Deposits

Deposits of the reduced-facies model are found where continental clastic sedimentary rocks are overlain by regionally extensive marine or lacustrine shales or carbonates, rich in organic material, that act as traps for mineral deposition (for example, Johnson, 1976; Ensign and others, 1968). Host rocks may be shale or adjacent limestone, sandstone, or conglomerate. Evaporite deposits overlie, or are believed to have once overlain, copper deposits of the reduced-facies model. Deposits of the redbed model occur in the same geologic setting as do deposits of the reduced-facies model, but they lack regionally extensive reduced strata. In Devonian and later strata, copper commonly replaces local accumulations of fossil plant matter. Redbed copper deposits may occur in rifts or intracratonic basins. Deposits of the Revett model occur in thick beds of reduced (pyritic) quartzite (properly, metasandstone) near pre-ore oxidation-reduction fronts (Hayes, 1990). Ore bodies may be stacked, especially near faults. Copper is not associated with solid organic matter in Revett deposits, but may have been deposited as the result of reactions between a copper-bearing ore fluid and a transient gas reductant generated by decay of organic matter.

Structurally controlled sediment-hosted copper deposits of the Paradox Basin (fig. L1) share some of the characteristics of all three models. Like redbed and Revett deposits, the Paradox deposits are in permeable sandstones, commonly located between impermeable beds. The Paradox deposits consist of veins in faults and disseminated bodies adjacent to faults (Schmidt, 1967; Morrison and Parry, 1986). Some disseminated ore bodies are stacked. As in redbed deposits, but not as in Revett deposits, some ore replaces plant matter. Like reduced-facies and some redbed deposits, but unlike Revett deposits, the Paradox deposits are associated with salt (gypsum and halite). In the Paradox Basin, structurally controlled deposits overlie salt-cored anticlines and diapirs. As in many redbed deposits, supergene minerals such as chalcocite, malachite, and azurite are the principal ore

BLM_0104519



**Figure L1.**  Cross section showing geologic model of structurally controlled sediment-hosted copper deposits in Paradox Basin, Colorado Plateau.  Barbs on fault show direction of relative movement.  No scale.  Modified from Morrison and Parry, 1986.

minerals.  The distribution of ore in all models may be controlled by redox reactions, temperature gradients, and solubility of dissolved metal- and metal-complex ions during mixing of ascending basinal brines with descending ground water.

Structurally controlled deposits of the Paradox Basin formed where warm saline basin brines rise through faults and permeable sandstone formations on the flanks and crests of salt anticlines, possibly during Tertiary time (fig. L1) (Morrison and Parry, 1986).  Salt, the source of saline brines that leach and transport copper, was deposited in the Pennsylvanian Paradox Formation.  Salt diapirs, including salt-cored anticlines, formed from Pennsylvanian to Jurassic time and were reactivated during the Late Cretaceous to Eocene Laramide orogeny.  Ground-water recharge areas formed within the uplifted Uncompahgre uplift during the Laramide orogeny from Late Cretaceous to Eocene time (Dickinson and others, 1988) and within the La Sal Mountains, which were formed by intrusion of igneous stocks and laccoliths in Oligocene and early Miocene time (Hunt, 1958; Nelson and others, 1992).  Thereafter, ground water entered the Paradox Basin from recharge areas, became saline and warm within the basin, and rose through faults and permeable strata in salt anticlines.  The warm saline brines leached copper from source rocks such as redbeds, traveled updip along permeable zones and faults, and deposited copper during mixing with cool, oxidizing surface fluids.  Copper deposition by reduction in organic matter is not

required by the model, but probably occurred locally.  Near-surface oxidation in the weathering zone may further concentrate copper.

# Description of the Areas Containing Sediment-Hosted Copper Deposits

In the assessment area, structurally controlled sediment-hosted copper deposits are probably the most important type.  The Lisbon mine in Utah and the Cashin mine in Colorado are the most important deposits known to be structurally controlled (Fischer, 1936; Morrison and Parry, 1986).  The Lisbon mine produced more than 134,000 t (metric tons) of 1.4 percent copper, and the Cashin mine produced 732,740 lb copper and 363,778 oz silver (Morrison and Parry, 1986).  In a report by Summo Minerals Corp. to the U.S. Securities and Exchange Commission (SEC Archives, 1997), production for the Cashin mine is given as 20,670 t of about 4 percent copper and 18.5 oz/ton silver, slightly higher than reported by Morrison and Parry (1986).  Production at both mines was from veins and replacements along faults.  Exploration by Summo Minerals Corp. in the 1990's has revealed large lenses of disseminated ore at both mines (Anonymous, 1995).  Lenses of disseminated ore are stacked in sandstone beds at more

than one stratigraphic level; at the Lisbon mine, disseminated and replacement ore is concentrated in coaly intervals. Ore minerals replace coalified plant fossils and fill voids. Host rocks include permeable sandstone formations of Permian age or younger, especially the Cretaceous Dakota Sandstone and the Jurassic Wingate Sandstone. Veins were also explored and mined at the Cliffdweller, Sunrise, and Copper Rivet mines (Fischer, 1936).

In the mines just listed, copper minerals in structurally controlled deposits include chalcocite, minor amounts of other copper sulfides, and abundant malachite and azurite. Malachite and azurite occur in oxidized zones near the surface. Oxidized zones give way to chalcocite at depth, typically several hundred meters below the surface. Large bodies of disseminated chalcocite ore are of economic interest because solvent extraction and electrowinning can recover copper. No smelting, with attendant environmental problems, is required. Minor gangue minerals include pyrite, iron oxides and hydroxides, and manganese oxides. Silver was an important product of the Cashin mine, and minor amounts of silver are present in some other structurally controlled copper deposits (Fischer, 1936).

In addition to copper and gangue minerals, other indications of mineralizing activity in the structurally controlled environment include bleached zones in sandstone (Conel and Alley, 1984); anomalous quantities of copper, lead, zinc, and silver in rocks, soils, and stream sediments; and copper associated with uranium deposits and anomalously radioactive rock.

Deposits of the redbed model are represented only by small occurrences in the assessment area. They occur in two stratigraphic intervals (Lindsey, 1996): (1) the Upper Triassic Chinle Formation, and (2) the Middle and Upper Pennsylvanian Hermosa Group and Lower Permian Cutler Formation.

Copper deposits in Upper Triassic rocks are generally associated with concentrations of organic plant remains (such as logs and leaves) in permeable sandstone. The White Canyon district, Utah, located west of the assessment area in the Upper Triassic Shinarump Member of the Chinle Formation, is the largest representative of the redbed model; it produced 530,000 t at 0.75 percent copper (Finch, 1959). Deposits and occurrences in the Hermosa Group and Cutler Formation are small lenticular bodies in reduced gray sandstone, siltstone, and shale preserved in redbeds. Most host rocks contain organic plant remains, and some contain pyrite. Anomalous concentrations of uranium are commonly present.

# Application of the Deposit Model for Mineral Resource Assessment

Structurally controlled sediment-hosted copper deposits are the principal focus of this assessment. Criteria used to identify tracts that have a more-than-negligible probability of hosting structurally controlled copper deposits include the presence of (1) clastic sedimentary rocks containing permeable stratigraphic intervals, (2) salt-cored anticlines, (3) prominent faults near axial zones of salt-cored anticlines, (4) evidence of mineralizing activity commonly associated with Cu-U-V deposit formation, and (5) favorable intervals containing highly permeable sedimentary features, such as channels (table L1).

For identification of tracts, criteria were divided into those that would be useful for identifying permissive tracts

**Table L1.** Delineation criteria for structurally controlled sediment-hosted copper deposits in GMUG greater study area.

| Diagnostic criteria for permissive tract delineation |
| --- |
| 1. Presence of clastic sedimentary rocks containing permeable stratigraphic intervals (where present in the Pennsylvanian Hermosa Group; Pennsylvanian and Permian Maroon Formation; Permian Cutler Formation; Triassic Shinarump Member of Chinle Formation; Jurassic Glen Canyon Group including Wingate Sandstone, Kayenta Formation, and Navajo Sandstone; Jurassic Entrada Sandstone; Jurassic Salt Wash Member of Morrison Formation; Cretaceous Dakota Sandstone and Mesaverde Group or Formation) known or inferred to occur within 0.2 km of the surface. |
| 2. Presence of anticlines (10 km lateral buffer normal to the fold axis). |

| Diagnostic criteria for favorable tract delineation |
| --- |
| 3. Presence of prominent faults near axial zones of anticlines (0.5 km lateral buffer normal to the surface trace of the fault). |
| 4. Evidence of mineralizing activity commonly associated with Cu-U-V deposits. |
|    A. Bleached zones detected by remote sensing survey. |
|    B. Occurrence of mines and prospects with Cu mineralized rock, with or without U and V (10 km lateral buffer to location of mine or prospect). |

| Other criteria (not used to identify favorable tracts in this assessment) |
| --- |
|    C. Radiometric (U) anomalies detected by remote sensing surveys. |
|    D. Anomalous Cu, U, and (or) V geochemical signature in rock, soil, and stream sediments. |
| 5. Presence of certain favorable intervals containing highly permeable sedimentary features, for example, stream channels filled with lenses of permeable conglomerate and sandstone containing carbonaceous material, such as fossil logs and other plant matter (includes the Shinarump Member of Chinle Formation and the Salt Wash Member of Morrison Formation) known or inferred to occur within 0.2 km of the surface. |

BLM_0104521

**182   Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

and those useful for identifying favorable tracts; other criteria considered, but not used in tract identification, are also listed (table L1). Permissive tracts (fig. L2) require *both* the presence of permeable clastic sedimentary rocks *and* the presence of anticlines. Ideally, anticlines should be salt-cored, but it was not possible to specify which structures were underlain by evaporite salt and which were not, so *all* anticlines were used to define permissive tracts. Within permissive tracts, favorable tracts were identified by the presence of one or more additional criteria (favorable criteria). Favorable criteria include faults and evidence for the activity of mineralizing fluids. Color coding is used to distinguish the criterion or combination of criteria that apply to each tract (fig. L3). A large portion of the favorable tracts is defined by the presence of faults and a buffer zone placed around each fault; these areas are shown by the color "pink" on the tract map. Other parts of favorable tracts are shown by color codes that represent the presence of bleached strata and copper minerals, either singly or in combination (fig. L3).

Some criteria, although indicative of the presence of mineralized rocks, were not applied because data sets for these criteria were lacking at the scale of assessment. The NURE (National Uranium Resource Evaluation) geochemical data set, for example, is reconnaissance in nature; the spacing of NURE samples was too wide to permit reliable detection of mineralized areas only a few kilometers across. The data of the NURE aeroradioactivity surveys are also widely spaced and better suited for detection of uranium occurrences than for the detection of structurally controlled copper deposits, many of which do not have a radiometric signature.

The bleaching of the host rocks during sedimentary copper mineralization provides an excellent criterion for locating areas of potential mineralization. The bleached host rocks, primarily sandstones, are devoid of the iron oxides that commonly give them their color, and light-colored clay minerals have formed from the alteration of feldspars and the original interstitial clays. The result of this process is primarily the formation of quartz sandstones, with or without a clay matrix, that are highly reflective (high albedo) and appear bright in all parts of the visible spectrum.

Landsat Thematic Mapper (TM) data provide an ideal means for locating exposures of these bright rocks over large regions. Portions of two Landsat scenes were required to cover the Paradox Basin part of the GMUG greater study area (table L2). The data for the two scenes were georeferenced and projected to the common Lambert conformal projection

used in the overall study. The scenes were then placed in a digital mosaic and the data for the Paradox Basin extracted.

The data for the visible and near infrared bands of the Paradox Basin data set were used to compute the second principal component for the data. Principal components is a method for identifying the variability in the raster data (Sabins, 1986, p. 262). The first principal component, the major source of variability, is variability caused by topographic factors. The second principal component corresponds to albedo or the overall reflectance of the materials exposed at the Earth's surface in the visible portion of the spectrum. An image of the second principal component was calculated for the Paradox Basin Landsat TM data subset and a threshold was visually established to isolate only the brightest rocks and soils (highest albedos) by increasing the albedo cut-off until areas of known bleached sandstones were included and nearby unbleached sandstones were not. This procedure established that bleached sandstone occurs in 6 percent of the mosaic area in the eastern part of the Paradox Basin.

Bleached sandstones, however, are not the only bright rocks in the eastern part of the Paradox Basin. Carbonate strata and rocks containing abundant gypsum also form very bright natural outcrops in the Paradox Basin and are included in the bright rocks image layer. Nevertheless, by requiring that the bright rocks be sandstones in the structurally controlled copper model, the bright rocks data contribute to the definition of areas favorable for potential deposits.

## Permissive Tracts

Four tracts that are considered to be permissive for occurrence of sediment-hosted copper deposits were identified from the distribution of permeable intervals of sandstone and anticlines (table L3; fig. L2). The largest tract (P1) encompasses the salt anticlines of the Salt, Paradox, and Lisbon valleys and the adjacent Uncompahgre uplift, which is a broad regional anticline. Thick intervals of permeable sandstone of Pennsylvanian, Permian, Triassic, Jurassic, and Cretaceous age underlie much of tract P1. Tracts P2 and P3, called "Cretaceous cliffs" for their tendency to form escarpments in the vicinity of Grand Junction, Colo., consist mainly of sandstone in the Cretaceous Mesaverde Group. Tract P4, consisting of the Eagle Basin, Grand Hogback, and mountains to the south, is underlain by Pennsylvanian, Permian, Triassic, Jurassic, and Cretaceous sandstone; the Eagle Basin contains gypsum- and halite-bearing diapirs of the Pennsylvanian Eagle

**Table L2.** Two Landsat scenes used to map bright rocks in eastern part of Paradox Basin in GMUG greater study area.

| Scene ID | LT5035034008722810 | LT5036033008616810 |
|---|---|---|
| Path | 35 | 35 |
| Row | 34 | 33 |
| Date acquired | 08/16/87 | 09/14/86 |

BLM_0104522

**Figure L2.** GMUG greater study area, showing permissive tracts (shaded) for structurally controlled sediment-hosted copper deposits.  P1, salt anticlines; P2, Cretaceous cliffs 1; P3, Cretaceous cliffs 2; P4, Eagle Basin–Grand Hogback.

Mineral Resource Assessment for Sediment-Hosted Copper Deposits

183



**Figure L3 (above and following page).** GMUG greater study area, showing areas favorable for sediment-hosted copper deposits. F1, salt anticlines; F2, Uncompahgre uplift; F3, Eagle Basin–Grand Hogback.

Mineral Resource Assessment for Sediment-Hosted Copper Deposits    **185**

EXPLANATION



Criterion 3—Faults, buffered 0.5 km

Criterion 4A—Bleached zones

Criterion 4B—Cu mines and prospects, buffered

Criteria 4A and 4B

Criteria 3 and 4A

Criteria 3 and 4B

Criteria 3, 4A, and 4B

Valley Evaporite (Mallory, 1971). The tract also contains large domes formed by intrusion of Tertiary igneous rocks. Since their formation, domes may have provided ground water and hydrostatic pressure for basin brines. As is the case for the Paradox Basin, brines in the Eagle Basin may have leached copper from clastic rocks and deposited copper along faults.

A large part of the assessment area was not included because it failed to include *both* permissive criteria; that is, either permeable clastic sedimentary rocks were present or anticlines could be present, but not both. In addition, the presence of permeable clastic rocks within each stratigraphic interval varies with facies changes across the assessment area, so that permeable clastic rocks within an interval may not be

present everywhere. Descriptions of each stratigraphic interval differ somewhat among 1°· 2° geologic quadrangle maps within the assessment area, and the identification of permissive areas for this assessment is dependent on the descriptive information from each map. The effects of facies changes and attendant descriptions of map units are evident where tract boundaries (for example, tract P3) are more linear than circular. Such straight boundaries are artifacts of the data source but nevertheless give a general location of the tract.

## Favorable Tracts

Within the permissive tracts, three tracts were identified as favorable for the occurrence of sediment-hosted copper deposits (table L3; fig. L3). In addition to the presence of permeable sandstone and anticlinal structures, favorable tracts contain faults and evidence of mineralizing fluids, such as bleached zones, copper-mineralized areas in sedimentary rock, or copper mines and occurrences. Each of these features was assigned numerical values, so that their presence singly or in combination yielded a unique value that identifies which features are present. Areas associated with each numerical value were assigned colors on the map (fig. L3). Tract F1, a series of linear areas oriented parallel to faults, occurs over salt-cored anticlines. In some parts of tract F1, bleached sandstone, copper-mineralized areas, and copper mines record the passage of mineralizing fluids. Tract F1 contains the Cashin mine, where recent exploration has revealed a large mineralized zone; the tract extends west to include the copper mines of Lisbon Valley, Utah, outside the assessment area. Tract F2 is located mostly on the flanks of the Uncompahgre uplift, where bleached areas and faults in sandstone are the principal indicators of a favorable terrane. Tract F3 is located in and near the Eagle Basin, where salt diapirs, copper, and bleached rock are indications of favorable conditions for sediment-hosted copper deposits. Some of the copper occurrences in tract F3 might be of hydrothermal origin, but such information

**Table L3.** Structurally controlled sediment-hosted copper tracts in GMUG greater study area.

| Tract No.[a] | Tract name | Delineation criteria | Tract area (km²)[b] |
|---|---|---|---|
| P1 | Salt anticlines | 1 and 2 | |
| P2 | Cretaceous cliffs 1 | 1 and 2 | |
| P3 | Cretaceous cliffs 2 | 1 and 2 | 8,100 |
| P4 | Eagle Basin-Grand Hogback | 1 and 2 | |
| F1 | Salt anticlines | 1, 2, 3, 4A, 4B | |
| F2 | Uncompahgre highland | 1, 2, 3, 4A, 4B | 2,480 |
| F3 | Eagle Basin-Grand Hogback | 1, 2, 3, 4A, 4B | |

[a]P, permissive tract; F, favorable tract.

[b]Area of permissive tracts includes the area of the favorable tracts lying within.

BLM_0104525

**186    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

was not available for this analysis. More research is needed to verify the presence of structurally controlled sediment-hosted copper in the Eagle Basin.

## Undiscovered Deposit and Endowment Potential

The resource potential for structurally controlled sediment-hosted copper was not quantitatively assessed. The descriptive and grade and tonnage models used in previous assessments (Ludington and others, 1996) to assess redbed copper deposit potential are not deemed to be appropriate at the scale used in this assessment. Those models embrace a suite of deposits that is intended to characterize the diversity in sediment-hosted copper deposits present in a broad region covering four States. By necessity the models were required to encompass a fairly broad array of ore controls and deposit grades and tonnages. The copper resource potential of structurally controlled copper deposits, however, is largely restricted to deposits that exhibit a mix of characteristics, some common to deposits included in the redbed copper model and some associated with deposits in the reduced-facies copper model. Size and grade data for structurally controlled deposits are insufficient to determine whether the redbed copper deposit grade and tonnage models adequately represent them. The data are also insufficient to produce a new set of grade and tonnage models. The use of the existing redbed copper deposit models would introduce unwarranted uncertainty into the estimates of undiscovered structurally controlled deposits.

Although the magnitude of the resource potential cannot be estimated quantitatively, activity over the last 5 years suggests that structurally controlled sediment-hosted copper mineralization produced deposits that are of commercial interest as a potential source of copper. Exploration drilling in the mid-1990's identified a reported geologic resource of 11.9 million t (metric tons) of mineralized rock grading 0.496 percent copper occurring in a 2,500-acre area that includes the historic Cashin and Cliffdweller mines (SEC Archives, 1997). During this same period, a deposit containing proven and probable reserves of 31.8 million t of ore grading 0.464 percent copper and containing 147,000 t of recoverable copper was outlined on a 5,900 acre site in the Lisbon Valley 30 km southwest of the Cashin site. Development of the fully permitted Lisbon Valley site is contingent on the currently (2001) depressed market price for copper rebounding to the level of $0.90/lb (SEC Archives, 1997). These examples suggest a viable near-term development potential associated with structurally controlled sediment-hosted copper deposits, which is supported by the environmentally benign character of the extraction and refining methods used to recover metal from these ores. The surface-mined, oxidized ore is treated with acid to put the metal into solution from which the metal is removed by electrowinning. Primary management issues for the near term would be expected to include exploration-related activity and mine site reclamation; development would likely be restricted to areas within the "favorable" tracts.

## References Cited

Anonymous, 1995, Feasibility gives Lisbon Valley the passing grade: The Northern Miner, v. 81, no. 28, Sept. 11, 1995, pages unknown.

Conel, J.E., and Alley, R.E., 1984, Lisbon Valley, Utah, uranium test site report, *in* Abrams, M.J., Conel, J.E., Lang, H.R., and Paley, H.N., eds., The Joint NASA/Geosat Test Case Project, Final Report—Part 2, Volume 1: Tulsa, Okla., American Association of Petroleum Geologists, p. 8.1–8.158.

Cox, D.P., 1986, Descriptive model of sediment-hosted Cu, *in* Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 205.

Dickinson, W.R., Klute, M.A., Hayes, M.J., Janecke, S.U., Lundin, E.R., McKittrick, M.A., and Olivares, M.D., 1988, Paleogeographic and paleotectonic setting of Laramide sedimentary basins in the central Rocky Mountain region: Geological Society of America Bulletin, v. 100, no. 7, p. 1023–1039.

Ensign, C.O., Jr., White, W.S., Wright, J.C., Patrick, J.L., Leone, R.J., Hathaway, D.J., Trammell, J.W., Fritts, J.J., and Wright, T.L., 1968, Copper deposits in the Nonesuch Shale, White Pine, Michigan, *in* Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 460–488.

Finch, W.I., 1959, Geology of uranium deposits in Triassic rocks of the Colorado Plateau region: U.S. Geological Survey Bulletin 1074–D, p. 124–164.

Fischer, R.P., 1936, Peculiar hydrothermal copper-bearing veins of the northeastern Colorado Plateau: Economic Geology, v. 31, no. 6, p. 571–599.

Hayes, T.S., 1990, A preliminary study of thermometry and metal sources of the Spar Lake strata-bound copper-silver deposit, Belt Supergroup, Montana: U.S. Geological Survey Open-File Report 90-484, 30 p.

Hunt, C.B., 1958, Structural and igneous geology of the La Sal Mountains, Utah: U.S. Geological Survey Professional Paper 294-I, p. 305–364.

Johnson, K.S., 1976, Permian copper shales of southwestern Oklahoma, *in* Johnson, K.S., and Croy, R.L., eds., Stratiform copper deposits of the Midcontinent region, a symposium: Oklahoma Geological Survey Circular 77, p. 3–14.

Lindsey, D.A., 1996, Rationale for Colorado Plateau tracts C65, C66B, and C78A, *in* Ludington, Steve, Cox, D.P., and McCammon, R.B., eds., Data base for a National Mineral Resource Assessment of undiscovered deposits of gold, silver, copper, lead, and zinc in the conterminous United States: U.S. Geological Survey Open-File Report 96-96, file COPL, CD-ROM.

Lindsey, D.A., Woodruff, L.G., Cannon, W.F., Cox, D.P., and Heron, W.D., 1995, Sediment-hosted Cu deposits, *in* du Bray, E.A., ed., Preliminary compilation of descriptive geoenvironmental mineral deposit models: U.S. Geological Survey Open-File Report 95-831, p. 214–224.

Ludington, Steve, Cox, D.P., and McCammon, R.B., eds., 1996, Data base for a National Mineral Resource Assessment of undiscovered deposits of gold, silver, copper, lead, and zinc in the conterminous United States: U.S. Geological Survey Open-File Report 96-96, CD-ROM.

Mallory, W.W., 1971, The Eagle Valley Evaporite, northwest Colorado—A regional synthesis, *in* Contributions to general geology 1969: U.S. Geological Survey Bulletin 1311–E, p. E1–E31.

Morrison, S.J., and Parry, W.T., 1986, Formation of carbonate-sulfate veins associated with copper ore deposits from saline basin brines, Lisbon Valley, Utah—Fluid inclusion and isotopic evidence: Economic Geology, v. 81, no. 12, p. 1853–1866.

Nelson, S.T., Heizler, M.T., and Davidson, J.P., 1992, New $^{40}$Ar/$^{39}$Ar ages of intrusive rocks from the Henry and La Sal Mountains, Utah: Utah Geological Society Miscellaneous Publication 92-2, 24 p.

SEC Archives, 1997, Summo Minerals Corporation: U.S. Securities and Exchange Commission File Number 0-27272, available at http://www.sec.gov/Archives/edgar/data/941230/0001001348-97-000048.txt.

Sabins, F.F., Jr., 1986, Remote sensing, Second Edition: New York, W.H. Freeman, 449 p.

Schmidt, L.J., 1967, Uranium and copper mineralization in the Big Indian Wash–Lisbon Valley mining district, southeastern Utah: New York, Columbia University Ph. D. dissertation, 149 p.

Spanski, G.T., 1992, Quantitative assessment of future development of copper/silver resources in the Kootenai National Forest, Idaho/Montana—Part 1, Estimation of the copper and silver endowments: Nonrenewable Resources, v. 1, no. 2, p. 163–183.

# Coal Resources and Coal Resource Potential

By R.D. Hettinger, L.N.R. Roberts, and M.A. Kirschbaum

**Chapter M of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–M

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104528

# Contents

Abstract ........................................................................................................................................ 191
Introduction ............................................................................................................................... 191
    Purpose and Scope .............................................................................................................. 191
    Location .............................................................................................................................. 193
    Acknowledgments ............................................................................................................... 193
Upper Cretaceous and Tertiary Rocks ......................................................................................... 193
Dakota Sandstone Coal in the Grand Mesa, Gunnison, and Uncompahgre National Forests .... 196
    Grand Mesa National Forest ................................................................................................. 196
    Gunnison National Forest ..................................................................................................... 199
    Uncompahgre National Forest .............................................................................................. 199
Fruitland Formation Coal in the Uncompahgre National Forest ...................................................... 199
Mesaverde Group and Mesaverde Formation Coal in the Grand Mesa and Northwestern
       Part of the Gunnison National Forests (Area 1) ................................................................. 200
    Data    ....................................................................................................................... 200
    Coal Geology ........................................................................................................................ 200
        Black Diamond Coal Group .............................................................................................. 200
        Cameo-Fairfield Coal Group ........................................................................................... 200
            Cameo-Wheeler Coal Zone (West of Long 107°15' W.) ........................................... 203
            South Canyon Coal Zone (West of Long 107°15' W.) ................................................ 203
            Coal Ridge Coal Zone (West of Long 107°15' W.) .................................................... 203
            Lower, Middle, and Upper Coal Zones (East of Long 107°15' W.) .......................... 210
    Coal Quality ......................................................................................................................... 210
    Coal Resources .................................................................................................................... 210
        Methods ......................................................................................................................... 210
        Results ........................................................................................................................... 211
            Cameo-Wheeler Coal Zone ......................................................................................... 216
            South Canyon Coal Zone ............................................................................................. 216
            Coal Ridge Coal Zone .................................................................................................. 217
            Coal Resources of the Cameo-Fairfield Coal Group East of Long 107°15' W. ....... 217
    Coal Production .................................................................................................................... 218
Summary of Coal Resource Potential in the Grand Mesa, Uncompahgre, and Gunnison
       National Forests ................................................................................................................ 218
    Coal Resource Potential of the Dakota Sandstone in the Grand Mesa and
       Uncompahgre National Forests ......................................................................................... 218
    Coal Resource Potential of the Fruitland Formation in the Uncompahgre
       National Forest ................................................................................................................. 221
    Coal Resource Potential of the Mesaverde Group and Mesaverde Formation in the
       Grand Mesa and Gunnison National Forests .................................................................... 221
References Cited .......................................................................................................................... 221

BLM_0104529

# Figures

M1–M4.  Maps showing:

M1.  GMUG greater study area, showing location of Grand Mesa, Uncompahgre, and Gunnison National Forests, and southern Piceance Basin coal assessment unit (Area 1) ........................................................................ 192

M2.  Location of major structural features in GMUG greater study area and their relationship to Grand Mesa, Uncompahgre, and Gunnison National Forests .................................................................................................. 194

M3.  Location of coal fields in GMUG greater study area .......................................... 195

M4.  Areas in Grand Mesa, Uncompahgre, and Gunnison National Forests underlain by the Dakota Sandstone, Fruitland Formation, Mesaverde Formation, or Mesaverde Group ........................................................................ 197

M5.  Chart showing stratigraphic nomenclature used for the Mesaverde Group and Mesaverde Formation in southern part of Piceance Basin .......................................... 198

M6.  Map showing location of data points used to assess coal resources of Area 1 ...... 201

M7.  Chart showing stratigraphy of continental and marine rocks in the Upper Cretaceous Mesaverde Group and Mesaverde Formation along cross section *A-A′*, in Area 1 .................................................................................................. 204

M8–M12.  Isopach maps of net coal in:

M8.  Cameo-Fairfield coal group in Area 1 .................................................................... 206

M9.  Cameo-Wheeler coal zone in Area 1 ...................................................................... 207

M10.  South Canyon coal zone in Area 1 ........................................................................ 208

M11.  Coal Ridge coal zone in Area 1 ............................................................................. 209

M12.  Cameo-Fairfield coal group east of long 107°15′ W., in Area 1 ......................... 211

M13–M16.  Isopach maps of overburden on base of:

M13.  Cameo-Wheeler coal zone in Area 1 .................................................................... 212

M14.  South Canyon coal zone in Area 1 ........................................................................ 213

M15.  Coal Ridge coal zone in Area 1 ............................................................................. 215

M16.  Cameo-Fairfield coal group east of long 107°15′ W., in Area 1 ......................... 216

M17.  Map showing location of coal mines that have produced from Cameo-Fairfield coal group in vicinity of Area 1 ............................................................................... 219

M18.  Maps showing coal resource potential in Grand Mesa, Uncompahgre, and Gunnison National Forests ...................................................................................... 220

# Tables

M1.  Summary of Cretaceous strata in Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests ........................................................................................................... 196

M2.  Drill hole and outcrop data in Area 1 ............................................................................. 202

M3.  Ash yield, sulfur content, and calorific values of coal in Cameo-Fairfield coal group in vicinity of Area 1, southern part of the Piceance Basin, Colo .......................................... 210

M4.  Original coal resources and other occurrences of non-resource coal in Cameo-Wheeler coal zone, Area 1 ............................................................................................................... 214

M5.  Original coal resources and other occurrences of non-resource coal in South Canyon coal zone, Area 1 ............................................................................................................... 214

M6.  Original coal resources and other occurrences of non-resource coal in Coal Ridge coal zone, Area 1 ............................................................................................................... 217

M7.  Original coal resources in Cameo-Fairfield coal group located east of long 107°15′ W., Area 1 ................................................................................................................................ 217

BLM_0104530

# Coal Resources and Coal Resource Potential

By R.D. Hettinger, L.N.R. Roberts, and M.A. Kirschbaum

## Abstract

Upper Cretaceous strata are known to contain coal in the vicinity of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado, and these coal-bearing rocks extend under some areas of the forests. Forest areas are assigned a high, moderate, or low coal resource potential where coal-bearing strata have less than 6,000 feet of overburden. Areas of high potential have nearby outcrop or drill hole data that substantiate the presence of coal. Areas of moderate potential do not have drill hole or outcrop data to substantiate the presence of coal; however, data in adjacent areas indicate that coal is likely to be present. Areas of low potential have no information to substantiate the presence of coal; however, the presence of coal is inferred from regional data. The Uncompahgre National Forest has a low to moderate coal resource potential in areas underlain by the Dakota Sandstone, and it also has a moderate to high coal resource potential in areas underlain by the Fruitland Formation. The Grand Mesa National Forest has a low coal resource potential where it is underlain by the Dakota Sandstone, and it has a high coal resource potential in areas underlain by the Mesaverde Group and Mesaverde Formation. The Gunnison National Forest also has a high coal resource potential in areas underlain by the Mesaverde Group and Mesaverde Formation.

## Introduction

### Purpose and Scope

Upper Cretaceous rocks in the GMUG greater study area (map area, fig. M1) contain coal-bearing strata that extend under parts of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado. The coal-bearing strata are in the Upper Cretaceous Dakota Sandstone, Fruitland Formation, Mesaverde Formation, and Mesaverde Group. Although some of the coal has been mined since the late 1800's, only the West Elk mine is currently operating within the three national forests of this study area (herein called the GMUG forests). The purpose of this chapter is to summarize the coal geology, and assess the coal resource potential for the GMUG forests. We estimate coal resources in the GMUG forest areas underlain by economically significant deposits of coal in the Mesaverde Group and Mesaverde Formation, and this main coal assessment unit is referred to as Area 1 (fig. M1) in this chapter. We also describe less significant deposits of coal that underlie other parts of the GMUG forests.

The areas of high coal resource potential in the Grand Mesa and Gunnison National Forests are contiguous, and they are estimated to have a combined coal resource of about 38 billion short tons, as determined in this study. That tonnage is reported for all beds of coal more than 1 ft thick and having less than 6,000 ft of overburden. This study does not attempt to estimate coal reserves that are the subset of the resource which can be economically produced at the present time. The coal resource is in the regionally extensive Cameo-Fairfield coal group of the Mesaverde Formation and Mesaverde Group. The Cameo-Fairfield has as much as 97 ft of net coal, and individual beds are as much as 30 ft thick. The Grand Mesa and Gunnison National Forests contain an additional 26 billion short tons of non-resource coal that is also in the Cameo-Fairfield coal group at depths greater than 6,000 ft.[1]

The large coal resource reported for the Grand Mesa and Gunnison National Forests must be regarded with caution because the figure does not take into account economic, land-use, environmental, technological, and geologic restrictions that affect the coal's availability and recoverability. The coal would have to be mined using underground methods, and technological and economical constraints generally limit current longwall mining to depths of less than 3,000 ft, beds more than 3.5 ft thick, and strata inclined by less than 12°; additionally, only about 14 ft of coal can be mined even if the bed is of greater thickness (Timothy J. Rohrbacher, U.S.

---

[1]Measurements originally made and reported in feet, in miles, in square miles, and in short (2,000-lb) tons are included here in their original units for clarity and to avoid misstatement of precision in conversion. To convert feet to meters, multiply by 0.3048; to convert short tons to metric tons, multiply by 0.91; to convert miles to kilometers, multiply by 1.61; to convert square miles to square kilometers, multiply by 2.6.



**Figure M1.** Location of Grand Mesa, Uncompahgre, and Gunnison National Forests, and southern Piceance Basin coal assessment unit (Area 1) within GMUG greater study area. Study area is located in western Colorado (inset) between lat 37°45′ and 39°30′ N. and long 106° and 109° W.

BLM_0104532

Geological Survey, oral commun., 1996). Only an estimated 37 percent of the coal resource estimated for the Cameo-Fair-field coal group in the Grand Mesa and Gunnison National Forests meets favorable underground mining criteria regarding depth of burial (less than 3,000 ft). Furthermore, only a fraction of that coal could be mined economically because many beds are either less than 3.5 ft thick or more than 14 ft thick and because many localities are steeply inclined. Additional coal would also be restricted from mining because it might be in beds that are discontinuous, left in the ground as pillars for roof support, or bypassed due to mining of adjacent strata.

## Location

The greater study area and GMUG forests are located in western Colorado (fig. M1, index) between lat 37°45′ and 39°30′ N. and long 106° and 109° W. (map area, fig. M1). The study area is situated on and adjacent to the northeastern part of the Colorado Plateau, and major structural features include the Sawatch and Uncompahgre uplifts, and the Piceance and Paradox Basins (fig. M2). The Uncompahgre uplift separates the Piceance Basin from the Paradox Basin to the south.

The GMUG forests contain lands located within or adjacent to several coal fields of western Colorado (fig. M3). The coal field boundaries have been variously defined by Landis (1959), Hornbaker and others (1976), and Tremain and others (1996); and the boundaries shown in figure M3 represent a best-fit approximation of their various descriptions. The Grand Mesa National Forest extends across part of the Grand Mesa coal field and lies in close proximity to the Book Cliffs and Somerset coal fields. The northwestern part of the Gunnison National Forest extends across the Carbondale, Crested Butte, and Somerset coal fields. Farther south, parts of the Uncompahgre National Forest lie within the Tongue Mesa coal field and adjacent to the Nucla-Naturita coal field. The geology and resources of each coal field were described in Landis (1959) and are updated annually by the Colorado Geological Survey (for example, Hornbaker and others, 1976; Tremain and others, 1996).

## Acknowledgments

We thank Ted Dyman, Tom Judkins, and Brad Van Gosen for their thorough reviews of the manuscript.

# Upper Cretaceous and Tertiary Rocks

The GMUG forests are underlain by coal-bearing strata in the Dakota Sandstone, Mesaverde and Fruitland Formations, and Mesaverde Group (table M1). These Upper Cretaceous rocks were deposited in continental and nearshore marine settings along the western margin of the Western Interior seaway.

Shoreline positions and depositional systems during the Late Cretaceous are shown in Roberts and Kirschbaum (1995). Although the Dakota Sandstone has a wide distribution throughout the GMUG forests, the Mesaverde Formation and Mesaverde Group are confined to areas where the Gunnison and Grand Mesa National Forests extend across the Piceance Basin, and the Fruitland Formation is confined to an isolated area where the Uncompahgre National Forest extends across the Tongue Mesa coal field (fig. M4).

The Dakota consists of conglomerate, sandstone, mudrock, carbonaceous shale, and coal deposited in alluvial and coastal plain settings during the initial incursion of the Western Interior seaway during the Cenomanian Stage of the Cretaceous Period. The Dakota is about 30–200 ft thick (Young, 1960, his fig. 16) and is overlain by the Mancos Shale. The Mancos consists of about 4,000–5,000 ft of mudrock deposited in an offshore marine environment that persisted from the Cenomanian through Campanian in the study area, when the shoreline was located in Utah.

As the shoreline moved back into the study area during the late Campanian, strata were deposited in a complex system of continental, coastal plain, and shoreface environments. At the Tongue Mesa coal field (fig. M3), about 200 ft of Upper Cretaceous coal-bearing strata is assigned to the Fruitland Formation by Dickinson (1987a, 1987b, 1988) and Hornbaker and others (1976). These rocks are part of a 1,000-ft thick stratigraphic interval that was referred to as the Mesaverde Formation by Landis (1959). In the southern part of the Piceance Basin, about 2,100–5,600 ft of strata has been assigned to the Mesaverde Group and Mesaverde Formation. The Mesaverde has been assigned group status in the Book Cliffs, Grand Hogback, and Carbondale coal fields, but is considered a formation in the Crested Butte and Grand Mesa coal fields. In the Book Cliffs coal field, the Mesaverde Group was divided into (in ascending order) the Castlegate Sandstone, Sego Sandstone, Mount Garfield Formation, and Hunter Canyon Formation (Erdmann, 1934; Fisher and others, 1960). In the Grand Hogback and Carbondale coal fields, the Mesaverde Group was divided into (in ascending order) the Iles and Williams Fork Formations (Collins, 1976). The stratigraphy and nomenclature of the Mesaverde are shown in figure M5; a more detailed discussion of Mesaverde stratigraphy is provided by Johnson (1989) and Hettinger and others (2000).

Depositional systems of continental origin prevailed throughout the study area from the latest part of the Cretaceous Period to the middle part of the Eocene Epoch of the Tertiary Period. The later part of the Tertiary was characterized by basalt flows and intrusions of igneous stocks, dikes, sills, and laccoliths. Volcanic activity was especially prevalent along the southeastern flank of the Piceance Basin and in the San Juan volcanic field (fig. M2).

BLM_0104533



**Figure M2.** Location of major structural features in GMUG greater study area, and their relationship to Grand Mesa, Uncompahgre, and Gunnison National Forests. GMUG forest boundaries are shown as red dashed lines, and the forests are identified in figure M1.



**Figure M3.** Location of coal fields in GMUG greater study area.

196    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado

**Table M1.**  Summary of Cretaceous strata in Grand Mesa, Uncompahgre, and  Gunnison (GMUG) National Forests.

| Age | Group or Formation | Thickness (ft) | Description |
|---|---|---|---|
| Late Cretaceous | Mesaverde Group and Mesaverde Formation<br><br>and | 2,150–5,600 | Sandstone, mudrock, carbonaceous shale, and coal.  Sandstone is very fine grained to medium grained, and locally coarse grained.  Upper part is fine grained to coarse grained and conglomeratic.  Lower part intertongues with Mancos Shale.  The Mesaverde Group or Mesaverde Formation underlies the Grand Mesa and Gunnison National Forests and is exposed in the Book Cliffs, Carbondale, Crested Butte, Grand Hogback, Grand Mesa, and Somerset coal fields (figs. M3 and M4).  In the Book Cliffs coal field, the Mesaverde Group is divided into the Castlegate Sandstone, Sego Sandstone, Mount Garfield Formation, and Hunter Canyon Formation.  In the Grand Hogback and Carbondale coal fields, the Mesaverde Group is divided into the Iles and Williams Fork Formations.  Coeval strata are assigned to the Mancos Shale and Mesaverde Formation in the Grand Mesa and Crested Butte coal fields.  Stratigraphic correlations are shown in figures M5 and M7. |
| | Fruitland Formation | 200 | The Fruitland Formation underlies areas in the Uncompahgre National Forest, and it is exposed in the Tongue Mesa coal field (figs. M3 and M4). |
| | Mancos Shale | 4,000–5,000 (maximum) | Dark-gray shale with minor sandstone and siltstone; includes thin lenses of limestone, sandy limestone, and limy shale.  The Mancos intertongues with the lower part of the Mesaverde Group and Mesaverde Formation. |
| | Dakota Sandstone | 30–200 | Light-gray and tan, fine- to coarse-grained sandstone or quartzite; minor interbeds of dark-gray shale, shaly sandstone, conglomeratic sandstone, and thin and lenticular beds of coal. |

# Dakota Sandstone Coal in the Grand Mesa, Gunnison, and Uncompahgre National Forests

Geologic investigations by Young (1960,1973) indicate that the Dakota Sandstone is widely distributed throughout much of the greater study area.  It underlies all of the Grand Mesa National Forest and is present within parts of the Uncompahgre and Gunnison National Forests (fig. M4).  The Dakota is gently dipping where it is exposed along the flanks of the Uncompahgre uplift; it abuts the San Juan volcanic field to the south and is locally disrupted by Tertiary intrusions in the Gunnison area.

Coal beds in the Dakota are generally thin and discontinuous, and they contain numerous partings of carbonaceous and coaly shale.  Beds as thick as 7.7 ft are found locally in the study area, but they also contain many partings (Eakins, 1986).  Numerous studies have been conducted to evaluate the coal in the Dakota; the best and most current summary of Dakota coal is by Eakins (1986).  Dakota coal is being produced currently at the New Horizon mine in the Nucla-Naturita coal field (fig.

M3) and burned at the Nucla power plant.  The power plant uses a fluidized-bed combustion process and can therefore burn a lower quality coal than is used at most power plants (Eakins, 1986).  The Dakota coals are high-volatile B and C bituminous in apparent rank (Murray, 1981).  Coal in the Nucla-Naturita coal field has an ash yield from 6.1 to 12.8 percent and a sulfur content from 0.5 to 1.1 percent on an as-received basis (Murray, 1981).  Haines (1978) analyzed 21 coal samples from three beds in the Nucla-Naturita coal field and reported an ash yield of about 11–28 percent and sulfur content of about 0.3–0.7 percent, with calorific values between 7,370 and 11,550 Btu/lb.

## Grand Mesa National Forest

The Dakota Sandstone does not crop out within the Grand Mesa National Forest, but it is widespread in the subsurface (fig. M4).  Most of the Dakota is buried at depths greater than 4,000 ft, based on its stratigraphic position below younger units within the forest.  Dakota coals crop out 6–10 mi south and west of the forest, between the towns of Grand Junction and Delta, Colo.  These coals were measured by



EXPLANATION

- Area underlain by the Mesaverde Group or Formation
- Area underlain by the Fruitland Formation
- Area underlain by the Dakota Sandstone
- - - - - Forest boundary
- - - - County line

**Figure M4.** Areas in Grand Mesa, Uncompahgre, and Gunnison National Forests underlain by the Dakota Sandstone, Fruitland Formation, Mesaverde Formation, or Mesaverde Group. Dakota Sandstone also underlies areas covered by the Fruitland and Mesaverde. Tertiary volcanic rocks in Gunnison National Forest might also be underlain by the Dakota Sandstone or Mesaverde Formation. National forests and counties are identified in figure M1.

BLM_0104537

198    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado



**Figure M5.** Stratigraphic nomenclature used for the Mesaverde Group and Mesaverde Formation in southern part of Piceance Basin, Colo.; modified from Hettinger and others (2000). *A,* Facies relationships along a line of section that is perpendicular to depositional strike. Index shows line of section in relation to coal fields. *B,* Stratigraphic position and nomenclature used in this report for coal groups and coal zones in the Mesaverde Group and Mesaverde Formation. Line of section is shown in *A.* Ss, ss, sandstone; Mbr, mbr, member; cz, coal zone; Sh, Shale; Gp, Group; Fm, Formation; pt, part.

BLM_0104538

Woodruff (1912) and Lee (1912). The thickest single bench of coal measured was 20 in. thick; at another locality 6 ft of coal was described within 11 ft of coal-bearing strata (Woodruff, 1912). The poor quality and thin discontinuous nature of the coal precluded development in the area (Woodruff, 1912). The presence of coal within the forest is unknown, but any coal that might be present is likely to be of similar poor quality, quantity, and character.

## Gunnison National Forest

Although the Dakota Sandstone is widely distributed in the Gunnison National Forest (fig. M4), data by Gaskill and Godwin (1966a, 1966b), Gaskill and others (1967, 1986, 1987), and Godwin (1968) suggest that the Dakota lacks coal in the eastern and southern parts of the forest. Young (1960, his fig. 6) showed a thin carbonaceous interval within the Dakota at localities east of Delta, Colo., but he did not indicate that this interval contains coal.

## Uncompahgre National Forest

The Dakota Sandstone crops out in the Uncompahgre National Forest; however, it is generally poorly exposed, concealed by thick vegetation, or covered by Quaternary land-slide deposits. No published reports list precise thicknesses of Dakota coal in the forest; however, a 2.1-ft thick coal bed was measured in the forest about 12 mi northeast of the town of Nucla (fig. M1) (W.W. Boyer, USGS, unpub. data, 1926). Landis (1959) evaluated the Dakota coal as part of a statewide compilation. His generalized maps and descriptions indi-cate that Dakota coal beds in the forest are likely to be thin, impure, and discontinuous, but that minable reserves might be found locally.

Examples of coal deposits in the Dakota Sandstone are provided from two areas located 5–6 mi outside of the for-est. One area is located near the town of Norwood (fig. M1); the other area is less than 5 mi from the town of Nucla in the Nucla-Naturita coal field (figs. M1 and M3). Coal beds in the Norwood area are about 2–11 ft thick including partings (Eakins, 1986). Eleven small mines operated 1–2 mi west of Norwood. The mines worked in beds that were 2.6–5.5 ft thick, and about 25,000 short tons of coal was produced between 1925 and 1979. Coal beds in the Nucla area are reported to be 1.3 to 9.0 ft thick; they contain numerous partings, and they can only be mapped over short distances (Eakins, 1986). Landis (1959) estimated that a 15 mi² part of the Nucla-Naturita coal field contained about 114 million short tons of coal. Another small area in the NW¼ sec. 31, T. 47 N., R. 15 W., near the town of Nucla, was estimated to contain about 278,900 short tons of coal (Haines, 1978). Twelve small underground mines and one strip mine operated within 4 mi of Nucla, and they produced more than 2 million short tons of coal between 1915 and 1983 (Eakins, 1986). Currently, the New Horizon strip mine supplies the Nucla Power Plant with

coal, and about 400,000 short tons of coal was mined in 1995 (G. Sullivan, written commun., 1997, compiled from Mine Safety and Health Administration data). The New Horizon mine is about 1 mi west of Nucla.

# Fruitland Formation Coal in the Uncompahgre National Forest

Approximately 200 ft of coal-bearing strata is present in a small part of the Uncompahgre National Forest at the Tongue Mesa coal field (figs. M3 and M4). The coal-bearing rocks were assigned to the Fruitland Formation by Hornbaker and others (1976) and Dickinson (1987a, 1987b, 1988), and they are part of a 1,000-ft thick interval that was originally thought to be equivalent to the Mesaverde Formation by Landis (1959). Both Landis (1959) and Dickinson (1987a, 1987b, 1988) described the coal-bearing interval as being concealed by heavy vegetation, landslides, talus, and glacial deposits. Coal in the Tongue Mesa coal field is reported to have an ash yield of 6.7–8.4 percent, a sulfur content of 0.5–0.9 percent, and a calorific value of 9,350–10,200 Btu/lb on an as-received basis (Hornbaker and others, 1976). The apparent rank of the coal is subbituminous B (U.S. Bureau of Mines, 1937, p. 110–111) and subbituminous C (Dickinson, 1987a, 1987b, 1988). Some of the coal is reported to be oxidized and bony (Hornbaker and others, 1976).

The geology of the Tongue Mesa coal field was mapped in the vicinity of the Uncompahgre National Forest at a 1:24,000 scale by Dickinson (1987a, 1987b, 1988). Dickinson's maps show the Fruitland cropping out at only a few small and widely spaced localities, and depth to the top of the forma-tion ranges from 0 to 2,500 ft within the forest. The Fruitland contains one laterally extensive coal bed that is about 20–40 ft thick, and three to five coal beds that are about 5–13 ft thick. The beds of coal are gently inclined and disrupted by numer-ous faults; however, the precise location and displacement of the faults cannot be determined from surface mapping because the area is extensively covered by landslide debris. The fault-ing and landslide cover have also made the coal resources dif-ficult to assess (Dickinson, 1987a, 1987b). Dickinson stated that the coal-bearing strata were drilled extensively for Federal permits and leases, but the drilling data had not been released at the time of his publications.

Some minor underground mining took place in the Tongue Mesa coal field intermittently between the 1890's and 1940's (Murray, 1981). The Lou Creek, Economy, Tyler, and Kennedy mines operated within the forest in T. 46 N., R. 7 W.; the Lou Creek mined a 40-ft thick bed, and the Economy and Tyler each mined a 30-ft thick bed (Dickinson, 1987a, 1988). Additionally, four small mines operated less than 3 mi from the forest and produced from beds that were 6–23 ft thick (Dickinson, 1987a).

Landis (1959) estimated the 58 mi² Tongue Mesa coal field to contain a coal resource of about 2,355 million short

tons. Hornbaker and others (1976) thought the resources could be as high as 4,000 million short tons, apparently on the basis of core drilling information available to them. However, the forest lands are only partially within the coal field (fig. M3), and no estimate is available for the portion of this resource that is within the forest.

# Mesaverde Group and Mesaverde Formation Coal in the Grand Mesa and Northwestern Part of the Gunnison National Forests (Area 1)

Coal-bearing strata in the Mesaverde Group and Mesaverde Formation underlie approximately 620 mi$^2$ of the Gunnison National Forest and 520 mi$^2$ of the Grand Mesa National Forest (fig. M4). These forest lands form a contiguous region that is designated as Area 1 in this report (fig. M1). The coal-bearing Mesaverde Group and Mesaverde Formation extend throughout the subsurface of the Piceance Basin (fig. M2) and are exposed in the Book Cliffs, Carbondale, Crested Butte, Grand Hogback, Grand Mesa, and Somerset coal fields (fig. M3). Numerous mines have produced from these coal fields since the late 1800's, and several mines are currently operating near the southern forest boundaries (see section, "Coal Production"). Some of the coal is also considered to be an important source for natural gas (Johnson, 1989). Because of the ongoing economic interest, the coal resources of Area 1 are evaluated in this report.

## Data

The evaluation of Area 1 is based primarily on data and digital files used by Hettinger and others (2000) to describe the geology and estimate coal resources in the southern part of the Piceance Basin, an area included in the USGS National Coal Resource Assessment. The digital files were manipulated in a Geographic Information System (GIS) using ARC/INFO software to report coal resources within various parameters in Area 1. With the exception of files of national forest boundaries, all digital files were prepared in-house or imported from the existing public domain, and they have been made available by Biewick and Mercer (2000). Methods regarding the generation and use of the digital files have been provided by Biewick and Mercer (2000), Hettinger and others (2000), and Roberts and others (2000).

Lithologic and stratigraphic data used to assess coal resources in Area 1 are from 94 drill holes and outcrops located in Area 1 (table M2; fig. M6). Additional data were also used from a much larger data base by Hettinger and others (2000), and those data points are also shown in figure M6. Lithologic interpretations were made using a combination of responses from natural-gamma (gamma ray), density,

resistivity, neutron, spontaneous potential, and caliper logs. Coal bed thicknesses were rounded to the nearest foot, and beds less than 1 ft thick were not included in the assessment. Because coal thicknesses were rounded, we used a minimum thickness of 1 ft rather than the 14-in. cutoff for bituminous coal as suggested by Wood and others (1983).

Geologic coverages used to assess Area 1 include (1) a geologic map that shows outcrops of rock units, (2) a structure contour map of the base of each coal resource interval, and (3) isopach maps that show the thickness, net coal, and overburden for each coal resource interval. Outcrops of rock units in Area 1 were obtained from a digital geologic map of Colorado by Green (1992) that was compiled from the 1:500,000-scale geologic map of the State of Colorado by Tweto (1979). Structure contour and isopach maps were prepared using lithologic and stratigraphic information gathered from drill holes and outcrops. These spatial data were gridded using Earth Vision [Dynamics Graphics, Inc.], and the resulting contour lines were then converted into ARC/INFO polygon coverages (Roberts and others, 2000).

## Coal Geology

In Area 1, the Mesaverde Group and Mesaverde Formation contain coal within the Black Diamond and Cameo-Fairfield coal groups as referred to by Hettinger and others (2000) (fig. M5). The stratigraphic distribution of Mesaverde coal in Area 1 is demonstrated on cross section $A$–$A'$ (fig. M7). The cross section is oriented nearly perpendicular to shorelines of the Cretaceous Western Interior seaway. The datum used for the cross section is a bentonite bed located stratigraphically near the base of a tongue of Mancos Shale that underlies the Rollins Sandstone Member of the Mount Garfield, Mesaverde, and Iles Formations.

### Black Diamond Coal Group

The Black Diamond coal group is located stratigraphically below the Rollins Sandstone Member, and contains (in ascending order) the Anchor, Palisade, and Chesterfield coal zones (fig. M5). Individual beds of coal are generally less than 6 ft thick where they are exposed in the Book Cliffs and Grand Hogback coal fields, and they pinch out southeast of those localities. The Black Diamond coal group underlies Area 1 in Tps. 7, 8, 9 S., Rs. 94, 95, 96 W.; drill hole data show that the coal group lies 3,500–10,500 ft deep and has less than 6 ft of net coal in those areas. Resources were not estimated for the Black Diamond coal group in Area 1 because the coal beds are too thin and too deep to be economically significant.

### Cameo-Fairfield Coal Group

The Cameo-Fairfield coal group overlies the Rollins Sandstone Member and contains the thickest and most

BLM_0104540



**Figure M6.** Location of data points used to assess coal resources of Area 1. Area 1 is located where the Mesaverde Formation and Mesaverde Group underlie the Gunnison and Grand Mesa National Forests (figs. M1 and M4). Labeled data points in Area 1, and near its eastern boundary, are referenced in table M2.

extensively mined coals in the Piceance Basin; the coal group is also an important source for natural gas (Johnson, 1989). The coal group is about 1,000 ft thick in the northeastern part of Area 1, and it is less than 200 ft thick in the southwestern and southeastern parts of Area 1. The Cameo-Fairfield extends throughout most of the subsurface of Area 1, and it is exposed near the forest boundaries in the Carbondale, Crested Butte, Grand Mesa, and Somerset coal fields (fig. M3). Exploratory coal drilling in the Grand Mesa and Somerset coal fields has been reported by Eager (1978, 1979), Dunrud (1989a, 1989b), Johnson (1948), and Toenges and others (1949, 1952). Exploratory coal drilling and outcrop measurements in the southern part of the Carbondale coal field have been reported by Collins (1976), Donnell (1962), Dunrud (1989a), Ellis and others (1988), and Kent and Arndt (1980a, 1980b). Coal bed thicknesses in the Crested Butte coal field have been reported in geologic maps by Lee (1912), Gaskill and Godwin (1966a, 1966b), Godwin (1968), and Gaskill and others (1967, 1986). References to coal zones and coal bed thicknesses in those areas are based on our interpretations of their data.

Following the nomenclature of Hettinger and others (2000), the Cameo-Fairfield group contains (in ascending order) the Cameo-Wheeler, South Canyon, and Coal Ridge coal zones in areas located west of long 107°15′ W. (figs. M5, M7; table M1). East of long 107°15′ W., the Cameo-Fairfield group is simply divided into the lower, middle, and upper coal zones (figs. M5, M7, and table M1). Coal zone nomenclature was not extended across long 107°15′ W., owing to structural and stratigraphic complexities, and a paucity of data east of the longitudinal line. Coal-bearing strata in the southern part of the Carbondale and Crested Butte coal fields are poorly exposed, steeply inclined, displaced by numerous faults, and intruded by sills, dikes, and laccoliths. Additionally, coal beds underlie many of the laccoliths.

Net coal in the Cameo-Fairfield coal group ranges from about 50 to 97 ft in a 20- to 30-mi wide belt that extends north to south across the central part of Area 1 (fig. M8). Net coal decreases to less than 50 ft in the remaining parts of Area 1.

Coal distribution in the Cameo-Wheeler, South Canyon, and Coal Ridge coal zones is shown in a series of net coal isopach maps in figures M9, M10, and M11, respectively.

BLM_0104541

**202    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

**Table M2.** Drill hole and outcrop data in Area 1.

[Information is provided for each data point shown in Area 1 in figure M6. Map number (Map No.) refers to the data point in figure M6. Point Identification (ID) is the 10-digit American Petroleum Information (API) number of an oil or gas hole, or the original number of a coal exploration hole or measured section. Type refers to oil and gas hole (O&G); measured section (MS); lithologic log (LL); rotary hole (ROT); rotary and core hole (R/C); undefined (UND). Source refers to the lease operator, well name, data collector, or a U.S. Geological Survey (USGS) or U.S. Bureau of Mines (USBM) publication. The type of publication is an Open-File Report (OF), Bulletin (Bull), Professional Paper (PP), Geologic Quadrangle Map (GQ), or Technical Paper (TP). Latitude and longitude of data point are in decimal degrees. Elevation is measured in feet above sea level to the Earth's surface (or to Kelly bushing of the drill rig) at the data point. The total thickness of coal (Total coal) is provided for the Cameo-Fairfield coal group and includes all coal beds in the group that are more than 1 ft thick. The total thickness of coal and number of coal beds (# beds) are also provided for Cameo-Wheeler, South Canyon, and Coal Ridge coal zones, which are within the Cameo-Fairfield group. Total coal and number of beds includes all coal beds that are more than 1 ft thick. Blank space indicates (1) the coal zones had no coal at the data point, (2) data were not provided (map numbers 31 and 34), or (3) the coal zones were not identified at location of data point (map numbers 86 through 94)]

| Map No. | Point ID | Type | Source | Long W. | Lat N. | Sec. | Township | Range | Elevation (ft) | Net coal in Cameo-Fairfield group* (ft) | Cameo-Wheeler coal zone Total coal (ft) | # beds | South Canyon coal zone Total coal (ft) | # beds | Coal Ridge coal zone Total coal (ft) | # beds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | IP-77-1 | ROT | USGS OF 78-540 | 108.24233 | 38.99503 | 21 | 12 S | 97 W | 7230 | 31.0 | 31 | 8 | | | | |
| 2 | IP-77-2 | ROT | USGS OF 78-540 | 108.14739 | 38.88108 | 32 | 13 S | 96 W | 8700 | 15.5 | 15.5 | 6 | | | | |
| 3 | IP-77-3 | ROT | USGS OF 78-540 | 108.13039 | 38.87767 | 33 | 13 S | 96 W | 8450 | 15.0 | 15 | 5 | | | | |
| 4 | HK-77-1 | ROT | USGS OF 78-540 | 108.11172 | 38.88131 | 34 | 13 S | 96 W | 8030 | 34.5 | 34.5 | 9 | | | | |
| 5 | 05-077-05011 | O&G | PACIFIC-SMITH 1-C | 108.04617 | 39.06228 | 30 | 11 S | 95 W | 1019? | 31.0 | 31 | 4 | | | | |
| 6 | 05-077-05017 | O&G | WESTERN PXNTR-BIG CRK 1 | 107.90175 | 39.12242 | 4 | 11 S | 94 W | 9464 | 39.0 | 39 | 10 | | | | |
| 7 | 05-029-05031 | O&G | APACHE-MACHELSON 2 | 107.88661 | 39.06178 | 34 | 11 S | 94 W | 10131 | 61.0 | 61 | 0 | | | | |
| 8 | 05-077-08188 | O&G | EXXON-OLD MAN MTN #1 | 107.87972 | 39.13839 | 33 | 10 S | 94 W | 10043 | 43.0 | 43 | 12 | | | | |
| 9 | 05-077-08598 | O&G | FUELCO-FEE E-22-10-94-S | 107.87486 | 39.17894 | 22 | 10 S | 94 W | 7929 | 48.0 | 48 | 12 | | | | |
| 10 | 05-077-08043 | O&G | MOBIL-BEAR CRK 1-25 | 107.83967 | 39.33339 | 25 | 8 S | 94 W | 8430 | 74.0 | 55 | 6 | 14 | 6 | 5 | 3 |
| 11 | 05-077-07360 | O&G | ALPINE OIL-GOVT 1 | 107.83089 | 39.18153 | 24 | 10 S | 94 W | 8512 | 71.0 | 68 | 9 | | | 3 | 1 |
| 12 | 05-077-05026 | O&G | EL PASO-LEON CRK 1 | 107.79828 | 39.16478 | 29 | 10 S | 93 W | 9062 | 37.0 | 35 | 5 | | | 2 | 1 |
| 13 | 05-077-08295 | O&G | EXXON-KENNY CREEK #1 | 107.7815 | 39.11528 | 9 | 11 S | 93 W | 9577 | 50.0 | 50 | 5 | | | | |
| 14 | 05-077-08395 | O&G | BV-CARLTON CURRIER 2-1 | 107.73472 | 39.22083 | 2 | 10 S | 93 W | 8052 | 70.0 | 57 | 5 | 9 | 4 | 4 | 3 |
| 15 | 05-077-05001 | O&G | SUNRAY-COLO FED C-1 | 107.69861 | 39.01908 | 8 | 12 S | 92 W | 9825 | 81.0 | 81 | 10 | | | | |
| 16 | 05-077-05097 | O&G | EL PASO CONOCO GOVT 1 | 107.69756 | 39.28253 | 8 | 9 S | 92 W | 7665 | 89.0 | 70 | 3 | 15 | 3 | 4 | 1 |
| 17 | 05-077-05108 | O&G | APACHE CORP-RUSHMORE 1 | 107.69633 | 39.29686 | 5 | 9 S | 92 W | 7617 | 87.0 | 63 | 2 | 18 | 4 | 6 | 2 |
| 18 | 05-077-07352 | O&G | NORDON-GOVT 1 | 107.692 | 39.261 | 20 | 9 S | 92 W | 7610 | 66.0 | 54 | 7 | 5 | 3 | 7 | 3 |
| 19 | 05-077-08435 | O&G | COORS-USA 1-16 SC | 107.67528 | 39.27361 | 16 | 9 S | 92 W | 7850 | 91.0 | 68 | 4 | 13 | 3 | 10 | 5 |
| 20 | 05-077-08545 | O&G | CELERON PORTER MT FD35-1 | 107.62722 | 39.23453 | 35 | 9 S | 92 W | 8267 | 95.0 | 55 | 3 | 24 | 8 | 16 | 2 |
| 21 | 05-077-08575 | O&G | AMOCO-RUTH MTN #1 | 107.61647 | 39.18703 | 13 | 10 S | 92 W | 8711 | 97.0 | 60 | 7 | 21 | 7 | 16 | 5 |
| 22 | 05-029-05000 | O&G | AMOCO-GOVERNMT GOVT 1 | 107.61003 | 39.106 | 13 | 11 S | 92 W | 9421 | 66.0 | 44 | 3 | 14 | 4 | 8 | 2 |
| 23 | 05-029-06001 | O&G | PAN AM-USA MARVIN WOLF 1 | 107.60042 | 39.12897 | 6 | 11 S | 91 W | 8899 | 82.0 | 57 | 5 | 25 | 3 | | |
| 24 | 05-077-05074 | O&G | MTN STATES-28-1 GOVT | 107.56033 | 39.24308 | 28 | 9 S | 91 W | 9180 | 94.0 | 57 | 6 | 35 | 5 | 2 | 1 |
| 25 | 05-029-05083 | O&G | VICTOR DRLG-GOVT #1 | 107.55767 | 39.13117 | 4 | 11 S | 91 W | 8538 | 94.0 | 62 | 4 | 27 | 5 | 5 | 1 |
| 26 | 05-029-06069 | O&G | AMOCO-ELECTRIC MTN U-#1 | 107.51167 | 39.09444 | 13 | 11 S | 91 W | 8216 | 73.0 | 32 | 5 | 29 | 5 | 12 | 4 |
| 27 | 05-051-06043 | O&G | PETRO-FED 1-25-10-91 | 107.49297 | 39.15547 | 25 | 10 S | 91 W | 8195 | 74.0 | 45 | 3 | 27 | 8 | 2 | 1 |
| 28 | 05-051-06008 | O&G | RALSTON-FED33 11-90-7 | 107.48417 | 39.12023 | 7 | 11 S | 90 W | 8181 | 74.0 | 40 | 6 | 22 | 6 | 12 | 5 |
| 29 | 05-051-06009 | O&G | RALSTON-FED 31 | 107.47939 | 39.14411 | 31 | 10 S | 90 W | 7901 | 73.0 | 45 | 3 | 23 | 4 | 5 | 2 |
| 30 | LEE-MS-47 | MS | USGS BULL-510 | 107.4775 | 38.86167 | 5 | 14 S | 90 W | | 54.0 | 27 | 7 | 10 | 1 | 16 | 2 |
| 31 | Not provided | | | | | | | | | | | | | | | |
| 32 | DUN-40 | LL | USGS MAP C-115 | 107.47111 | 38.86278 | 5 | 14 S | 90 W | 8109 | 76.0 | 33 | 6 | 29 | 2 | 14 | 2 |
| 33 | 05-051-06024 | O&G | PIUTE-COAL BSN16-8-11-90 | 107.46944 | 39.11742 | 8 | 11 S | 90 W | 7918 | 78.0 | 40 | 7 | 27 | 6 | 11 | 4 |
| 34 | Not provided | | | | | | | | | | | | | | | |
| 35 | 05-051-06035 | O&G | AMOCO-SUMERSET #2 | 107.46544 | 39.02875 | 8 | 12 S | 90 W | 8515 | 85.0 | 40 | 4 | 29 | 4 | 16 | 3 |
| 36 | 05-051-06007 | O&G | RALSTON-PETRLWS 11-90-17 | 107.46533 | 39.09867 | 17 | 11 S | 90 W | 8101 | 55.0 | 26 | 8 | 16 | 4 | 13 | 5 |
| 37 | DUN-41 | LL | USGS MAP C-115 | 107.46 | 38.85611 | 9 | 14 S | 90 W | 8256 | 77.0 | 32 | 5 | 28 | 2 | 16 | 3 |
| 38 | LH-2-33 | R/C | USBM TP 721 | 107.45947 | 38.87931 | 33 | 13 S | 90 W | 7504 | 79.0 | 27.6 | 4 | 34.9 | 6 | 9.7 | 2 |
| 39 | LH-5-33 | R/C | USBM TP 721 | 107.45758 | 38.87164 | 33 | 13 S | 90 W | 7636 | 64.5 | 25.1 | 5 | 28.9 | 3 | 6.3 | 1 |
| 40 | 05-051-06021 | O&G | AMOCO-SUMERSET #1 | 107.45756 | 39.03128 | 9 | 12 S | 90 W | 8441 | 87.0 | 39 | 4 | 30 | 4 | 18 | 2 |
| 41 | 05-051-06010 | O&G | RALSTON-RALSTON 10-90-32 | 107.45744 | 39.14203 | 32 | 10 S | 90 W | 7711 | | 9 | 2 | 23 | 4 | 6 | 4 |
| 42 | LH-1-33 | R/C | USBM TP 721 | 107.45739 | 38.87164 | 33 | 13 S | 90 W | 7643 | 73.7 | 27.7 | 5 | 33.3 | 6 | 7.3 | 3 |
| 43 | LH-3-4 | R/C | USBM TP 721 | 107.45667 | 38.86558 | 4 | 14 S | 90 W | 7765 | 50.0 | 13.6 | 4 | 23 | 4 | 12.3 | 4 |
| 44 | 05-051-05007 | O&G | POOL-HENDERSON 1 | 107.4485 | 39.11806 | 9 | 11 S | 90 W | 7552 | 35.0 | 30 | 6 | | | 5 | 1 |
| 45 | DUN-42 | LL | USGS MAP C-115 | 107.44667 | 38.83944 | 16 | 14 S | 90 W | 7678 | | 20 | 3 | 17 | 2 | | |
| 46 | DUN-52 | UND | USGS Map C-115 | 107.44331 | 38.89461 | 28 | 13 S | 90 W | 7092 | 81.0 | 31 | 4 | 34 | 5 | 16 | 4 |
| 47 | DUN-51 | UND | USGS Map C-115 | 107.44272 | 38.90539 | 21 | 13 S | 90 W | 6765 | 71.0 | 35 | 4 | 24 | 2 | 12 | 2 |
| 48 | DUN-48 | LL | USGS Map C-115 | 107.4425 | 38.83167 | 15 | 14 S | 90 W | 8442 | 79.0 | 43 | 3 | 26 | 2 | 10 | 2 |
| 49 | DUN-44 | LL | USGS Map C-115 | 107.4425 | 38.82056 | 22 | 14 S | 90 W | 8484 | 75.0 | 34 | 3 | 33 | 3 | 11 | 2 |
| 50 | 05-051-06011 | O&G | RALSTON-FED33 (10-90-33) | 107.43794 | 39.14511 | 33 | 10 S | 90 W | 7561 | 55.0 | 31 | 5 | 16 | 3 | 8 | 4 |
| 51 | 05-051-06013 | O&G | RALSTON-HENDRSN 11-90-10 | 107.43764 | 39.11386 | 10 | 11 S | 90 W | 7550 | 31.0 | 25 | 8 | | | 6 | 2 |
| 52 | DUN-53 | UND | USGS Map C-115 | 107.43675 | 38.88839 | 27 | 13 S | 90 W | 7597 | 62.0 | 21 | 3 | 28 | 4 | 13 | 3 |
| 53 | 05-051-06023 | O&G | PIUTE-RAGGED MTN FED16-4 | 107.43533 | 39.18561 | 16 | 10 S | 90 W | 8238 | 44.0 | 34 | 5 | 6 | 2 | 4 | 2 |
| 54 | 05-051-06014 | O&G | RALSTON-10-90-34-SW | 107.43203 | 39.14431 | 34 | 10 S | 90 W | 7490 | 51.0 | 30 | 4 | 15 | 1 | 6 | 4 |
| 55 | DUN-57 | LL | USGS Map C-115 | 107.43167 | 38.86 | 7 | 14 S | 90 W | 8292 | 47.0 | 13 | 2 | 27 | 3 | 7 | 2 |
| 56 | LH-4-10 | R/C | USBM TP 721 | 107.431 | 38.854 | 10 | 14 S | 90 W | 8041 | 46.2 | 10.9 | 4 | 18.5 | 3 | 15.1 | 5 |
| 57 | DUN-56 | LL | USGS Map C-115 | 107.42917 | 38.87139 | 34 | 13 S | 90 W | 8051 | 77.0 | 31 | 6 | 35 | 4 | 11 | 2 |
| 58 | DUN 58 | LL | USGS Map C-115 | 107.42889 | 38.85167 | 10 | 14 S | 90 W | 8156 | 62.0 | 22 | 5 | 20 | 2 | 20 | 3 |
| 59 | DUN-54 | UND | USGS Map C-115 | 107.42544 | 38.88636 | 27 | 13 S | 90 W | 7955 | 57.0 | 18 | 2 | 20 | 2 | 19 | 5 |
| 60 | DUN-55 | LL | USGS Map C-115 | 107.42539 | 38.87856 | 34 | 13 S | 90 W | 8114 | 65.0 | 18 | 3 | 30 | 2 | 16 | 2 |
| 61 | 05-051-06003 | O&G | SUNRAY-S WOLF CRK UNIT 1 | 107.41792 | 39.22683 | 34 | 9 S | 90 W | 9170 | 48.0 | 30 | 4 | 12 | 4 | 6 | 3 |
| 62 | DUN-76 | LL | USGS Map C-115 | 107.36131 | 39.14925 | 31 | 10 S | 89 W | 9060 | 47.0 | 21 | 2 | 18 | 2 | 8 | 1 |
| 63 | DUN-78 | LL | USGS Map C-115 | 107.35 | 39.15222 | 32 | 10 S | 89 W | 9530 | 51.0 | 21 | 3 | 24 | 3 | 6 | 1 |
| 64 | LH-11-9 | R/C | USBM B-501 | 107.34992 | 38.92189 | 9 | 13 S | 89 W | 6385 | 18.2 | 12 | 4 | 2.6 | 1 | 0 | 0 |
| 65 | KENT MS-9 | MS | USGS OF 80-709 | 107.34989 | 39.19494 | 17 | 10 S | 89 W | | 54.1 | 23.1 | 3 | 15 | 2 | 16 | 9 |
| 66 | Lee-MS-71/69/68 | MS | USGS BULL 510 | 107.34833 | 38.7775 | 4 | 15 S | 89 W | | 56.4 | 29.2 | 5 | 21.2 | 2 | 6 | 1 |

BLM_0104542

**Table M2.** Drill hole and outcrop data in Area 1.—Continued

| Map No. | Point ID | Type | Source | Long W. | Lat N. | Sec. | Township | Range | Elevation (ft) | Net coal in Cameo-Fairfield group* (ft) | Cameo-Wheeler coal zone Total coal (ft) | # beds | South Canyon coal zone Total coal (ft) | # beds | Coal Ridge coal zone Total coal (ft) | # beds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | LH-6-16 | R/C | USBM B-501 | 107.34275 | 38.9275 | 16 | 13 S | 89 W | 6358 | 24.4 | 18.5 | 4 | 4.2 | 2 | 0 | 0 |
| 68 | DUN-79 | LL | USGS MAP C-115 | 107.33717 | 39.15242 | 33 | 10 S | 89 W | 9640 | 36.0 | 19 | 4 | 13 | 2 | 4 | 1 |
| 69 | LH-19-28 | R/C | USBM B-501 | 107.33597 | 38.89428 | 28 | 13 S | 89 W | 6560 | 18.2 | 15.6 | 3 | 2.4 | 1 | | |
| 70 | LH-16-21 | R/C | USBM B-501 | 107.33597 | 38.91314 | 21 | 13 S | 89 W | 6440 | 19.0 | 16 | 2 | | | 0 | 0 |
| 71 | LH-9-16 | R/C | USBM B-501 | 107.33581 | 38.92189 | 16 | 13 S | 89 W | 6400 | 17.7 | 16 | 3 | | | 1.5 | 1 |
| 72 | LH-18-21 | R/C | USBM B-501 | 107.33353 | 38.90431 | 21 | 13 S | 89 W | 6500 | 18.5 | 14.8 | 3 | 3.1 | 1 | | |
| 73 | LH-14-15 | R/C | USBM B-501 | 107.32722 | 38.91856 | 15 | 13 S | 89 W | 6534 | 23.2 | 17.6 | 3 | 1.5 | 1 | 2.4 | 2 |
| 74 | DUN-68 | LL | USGS MAP C-115 | 107.32167 | 38.8625 | 3 | 14 S | 89 W | 7236 | 24.5 | 13.5 | 3 | | | 11 | 2 |
| 75 | LH-15-22 | R/C | USBM B-501 | 107.31953 | 38.91344 | 22 | 13 S | 89 W | 6650 | 19.7 | 18.1 | 2 | | | 0 | 0 |
| 76 | LH-20-15 | R/C | USBM B-501 | 107.316 | 38.924 | 15 | 13 S | 89 W | 7635 | 21.9 | 17.2 | 2 | 2.6 | 2 | 1 | 1 |
| 77 | LEE-MS-64 | MS | USGS BULL 510 | 107.31278 | 38.81083 | 26 | 14 S | 89 W | | 40.5 | 16.1 | 3 | 6 | 1 | 18.4 | 3 |
| 78 | DUN-69 | LL | USGS MAP C-115 | 107.31111 | 38.84917 | 11 | 14 S | 89 W | 7600 | 20.0 | 11 | 5 | | | 9 | 2 |
| 79 | LH-17-23 | R/C | USBM B-501 | 107.30906 | 38.90922 | 23 | 13 S | 89 W | 6740 | 24.7 | 18.8 | 3 | 2.2 | 1 | 0 | 0 |
| 80 | ELLIS-MS-129 | MS | USGS MAP C-97-B | 107.30806 | 39.07333 | 26 | 11 S | 89 W | | 13.0 | | | | | 13 | 4 |
| 81 | LH-25-14 | R/C | USBM B-501 | 107.304 | 38.922 | 14 | 13 S | 89 W | 7540 | 22.2 | 15.2 | 2 | 5.3 | 3 | 0 | 0 |
| 82 | DUN-71 | LL | USGS MAP C-115 | 107.30167 | 38.79861 | 35 | 14 S | 89 W | 8562 | 20.5 | 13.5 | 4 | 3 | 1 | 4 | 1 |
| 83 | DUN-72 | LL | USGS MAP C-115 | 107.3 | 38.78917 | 35 | 14 S | 89 W | 8854 | 26.0 | 13 | 2 | 5 | 2 | 8 | 3 |
| 84 | LH-21-23 | R/C | USBM B-501 | 107.29878 | 38.90811 | 23 | 13 S | 89 W | 6940 | 18.7 | 14.7 | 2 | 2.1 | 2 | 0 | 0 |
| 85 | ELLIS-MS-128 | MS | USGS MAP C-97-B | 107.29 | 39.07667 | 25 | 11 S | 88 W | | 5.0 | | | | | 5 | 3 |
| 86 | GASKILL-MS-1 | MS | USGS MAP GQ-1604 | 107.24917 | 38.99333 | 29 | 12 S | 88 W | | 7.1 | | | | | | |
| 87 | LEE-MS-125 | MS | USGS BULL 510 | 107.07139 | 38.93917 | 12 | 13 S | 87 W | | 3.0 | | | | | | |
| 88 | LEE-MS-123 | MS | USGS BULL 510 | 107.03722 | 38.90333 | 20 | 13 S | 86 W | | 4.0 | | | | | | |
| 89 | LEE-MS-122 | MS | USGS BULL 510 | 107.02583 | 38.90056 | 29 | 13 S | 86 W | | 6.0 | | | | | | |
| 90 | LEE-MS-127 | MS | USGS BULL 510 | 107.02167 | 38.91472 | 20 | 13 S | 86 W | | 11.0 | | | | | | |
| 91 | GASKILL-MS-4 | MS | USGS MAP GQ-1604 | 107.00667 | 38.775 | 4 | 15 S | 86 W | | 14.0 | | | | | | |
| 92 | LEE-MS-121 | MS | USGS BULL 510 | 107.00444 | 38.89139 | 28 | 13 S | 86 W | | 10.0 | | | | | | |
| 93 | LEE-MS-115 | MS | USGS BULL 510 | 106.97778 | 38.84972 | 11 | 14 S | 86 W | | 26.8 | | | | | | |
| 94 | LEE-MS-117 | MS | USGS BULL 510 | 106.95728 | 38.85611 | 11 | 14 S | 86 W | | 23.7 | | | | | | |

*Cameo-Fairfield group = Cameo-Fairfield coal group of the Mesaverde Group or Formation. The coal group contains the Cameo-Wheeler, South Canyon, and Coal Ridge coal zones west of long 107° 15′ W.

Data used to construct the maps are identified in table M2 and figure M6.

## Cameo-Wheeler Coal Zone (West of Long 107°15′ W.)

The Cameo-Wheeler coal zone (fig. M5) underlies a 925 mi² area that includes all parts of Area 1 west of long 107°15′ W. The coal zone overlies the Rollins Sandstone Member and is about 100–400 ft thick. The Cameo-Wheeler coal zone has approximately 5–80 ft of net coal, and net coal exceeds 50 ft throughout the central part of Area 1 (fig. M9). Near the southern boundary of Area 1, in the Grand Mesa and Somerset coal fields, the Cameo-Wheeler has 10–70 ft of net coal in as many as 15 beds that are 1–30 ft thick. Principal coals in the Somerset coal field include the Old King Coal (A) bed, Somerset (B) bed, Bear (C) bed, and Orchard Valley (D) bed (Dunrud, 1989a, 1989b). Near the eastern boundary of Area 1, in the Carbondale coal field, the Cameo-Wheeler contains about 7–27 ft of net coal in one to three beds that are 3–18 ft thick. Principal coal beds in the southern part of the Carbondale field are the Coal Basin A, B (Somerset), and C (Bear) (Dunrud, 1989a; Ellis and others, 1988).

## South Canyon Coal Zone (West of Long 107°15′ W.)

The South Canyon coal zone underlies a 530 mi² region in Area 1. This coal zone overlies and intertongues with the middle sandstone of the Bowie Shale Member of the Williams Fork Formation (fig. M7). It extends west from long 107°15′ W. and pinches out along a sinuous line that trends about N. 20° W. from sec. 31, T. 12 S., R. 92 W. to sec. 30, T. 8 S., R. 95 W. (fig. M10). The coal zone is 1–200 ft thick and contains 1–30 ft of net coal (fig. M10). Net coal exceeds 20 ft along a 5- to 10-mi wide belt that trends N. 20° W. throughout the central part of Area 1. In the Somerset coal field, the South Canyon has 15–35 ft of net coal in two to five beds that are 1–25 ft thick, and important coal beds include the Oliver (D), D-1, and D-2 beds (Dunrud 1989a). In the southern part of the Carbondale field, at Coal Basin, the South Canyon contains the 3–20 ft thick Dutch Creek coal bed (Collins, 1976; Dunrud, 1989a).

## Coal Ridge Coal Zone (West of Long 107°15′ W.)

The Coal Ridge coal zone overlies and intertongues with the upper sandstone in the Bowie Shale Member of the Williams Fork Formation (fig. M7), and the coal zone occupies about the same area as the underlying South Canyon coal zone. The Coal Ridge is 100–400 ft thick near the line of long 107°15′ W., is less than 100 ft thick throughout most of its west half, and pinches out near the same line as the underlying South Canyon coal zone (fig. M11). The Coal Ridge generally has less than 10 ft of net coal, although a small area with about 20 ft of net coal is located near the Somerset coal field (figs. M3 and M11). In the Somerset coal field, the Coal Ridge coal zone contains 10–26 ft of net coal in two to seven beds that are 1–10 ft thick; important beds include the Hawksnest (E) and E-2 (Dunrud, 1989a). In the southern part of the Carbondale coal field, the Coal Ridge coal zone has 2–10 beds of coal that are 1–23 ft thick, and named beds include the Placita, Sunshine, North Rim, and Lake Ridge coal beds (Ellis and others, 1988).