

**Figure M7 (above and following page).** Stratigraphy of continental and marine rocks in the Upper Cretaceous Mesaverde Group and Mesaverde Formation, along cross section *A-A'*, in Area 1. Location of cross section *A-A'* is shown in index.

# EXPLANATION

## Lithologic and depositional interpretations



### Rock type (indicated by color in drill hole column)

Sandstone

Siltstone or interbedded sandstone and mudrock

Mudrock

Coal

Bentonite—Queried where uncertain

Lithology not interpreted— Interval does not contain coal

### Depositional environments (indicated by background pattern)

Coastal plain and alluvial— Coal zones are light green

Upper shoreface and estuarine

Lower shoreface and offshore marine

## Drill hole information



2 ←— Drill hole identification number as shown on cross section

05-077-08271 ←— American Petroleum Information (API) number
Somerville #1 ←— Drill hole name
11S-97W-26 ←— Location (township, range, section)
KB Elev. 10009 ft ←— Drill hole elevation (Kelly bushing)

Columnar section showing selected rock types penetrated by drill hole; down-hole depths are reported in 500 ft intervals on right side of column. Rock types were interpreted from geophysical logs. Thickness of coal (black) is shown in feet on left side of column

## Abbreviations

| Fm | Formation |
| Mbr | Member |
| Ss | Sandstone |
| Sh | Shale |
| pt | part |

## Contacts



**Facies contact**—Dashed where approximate

**Facies contact that rises stratigraphically**—Dashed where approximate

**Datum; dashed where approximate**— Represents a surface of maximum marine transgression

**Bentonite marker bed**

## Scale



← 4 mi → Distance between drill holes and measured sections

500
400
300   Vertical scale (ft)
200
100
0

BLM_0104545



**EXPLANATION**

Thickness of net coal (in feet) in Cameo-Fairfield coal group:   No coal   1–50   50–100   100–140

Outcrop of Cameo-Fairfield coal group

Area 1

Tertiary laccolith or stock

• Data point location

—100— Isoline showing thickness (in feet) of net coal in Cameo-Fairfield coal group—Contour interval 25 ft

**Figure M8.**  Isopach map of net coal in Cameo-Fairfield coal group in Area 1.  Net coal values represent all beds of coal more than 1 ft thick.



Coal Resources and Coal Resource Potential

207

**EXPLANATION**

Range of net coal thickness (in feet):  ☐ 1–20   20–40   40–60   60–80   80–90

- - - - Boundary of Cameo-Wheeler coal zone

● Data point location

■ Tertiary laccolith or stock

Area 1

— *40* — Isoline showing net thickness (in feet) of coal beds greater than 1 ft
thick in Cameo-Wheeler coal zone—Contour interval 10 ft.
Hachured for closed low

**Figure M9.**   Isopach map of net coal in Cameo-Wheeler coal zone in Area 1.  Net coal values represent all coal beds more than 1 ft thick.  Cameo-Wheeler coal zone is defined only for areas located west of long 107°15′ W.

BLM_0104547



**EXPLANATION**

Range of thickness (in feet) of net coal in South Canyon coal zone:  ☐ No coal  ▨ 1–10  ▨ 10-20  ▨ 20-30  ▨ 30-40  ▨ 40-50

▨ Tertiary laccolith or stock

▨ Area 1

⎯⎯ Outcrop of South Canyon coal zone

● Data point location

— *10* — Isoline showing thickness of net coal—Contour interval 10 ft; 1 ft contour also shown

**Figure M10.** Isopach map of net coal in South Canyon coal zone in Area 1. Net coal values represent all coal beds more than 1 ft thick. South Canyon coal zone is defined only for areas located west of long 107°15′ W.

BLM_0104548



**EXPLANATION**

Range of thickness (in feet) of net coal in Coal Ridge coal zone:

| No coal | 1–10 | 10–20 | 20–30 | 30–40 |

Tertiary laccolith or stock

Data point location

Area 1

Outcrop of base of Coal Ridge coal zone

— 20 — Isoline showing net thickness (in feet) of coal beds greater than 1 ft thick in Coal Ridge coal zone— Contour interval 10 ft

**Figure M11.** Isopach map of net coal in Coal Ridge coal zone in Area 1. Net coal values represent all coal beds more than 1 ft thick. Coal Ridge coal zone is defined only for areas located west of long 107°15′ W.

BLM_0104549

**210**    **Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

## Lower, Middle, and Upper Coal Zones (East of Long 107°15′ W.)

East of long 107°15′ W., the Cameo-Fairfield coal group is divided into the lower, middle, and upper coal zones. The collective coal zones have about 1–30 ft of net coal (fig. M12) in one to five beds, and individual beds are 1–25 ft thick.

The lower coal zone overlies a basal marine sandstone that was considered to be equivalent to the Rollins Sandstone Member by Gaskill and Godwin (1966a, 1966b), Godwin (1968), and Gaskill and others (1967, 1986, 1987). The lower coal zone contains only one or two coal beds that were measured locally along outcrops in the Crested Butte coal field. The only important coal in the lower zone is the 0–4.0 ft thick A bed, which is located 7–10 mi south of the town of Crested Butte in the Ohio Creek district (T. 15 S., R. 86 W.) (Gaskill and others, 1987).

The middle coal zone overlies a second marine sandstone that is about 100–200 ft stratigraphically above the Rollins equivalent sandstone. The middle coal zone contains two to six coal beds that range from 1 to 25 ft thick. Included in the middle zone are four beds near the town of Crested Butte; these are bed I (1.5–6.5 ft thick), bed II (5.0–10.0 ft thick), bed III (2.0–25.0 ft thick), and bed IV (0–6.0 ft thick) (Gaskill and others, 1986). Other important beds include the B bed, which is 5.6–8.6 ft thick in the Ohio Creek district, and several unnamed beds that have been mined on Anthracite Mesa in T. 13 S., R. 86 W. (Gaskill and others, 1967).

The upper coal zone is about 300 ft stratigraphically above the Rollins equivalent sandstone, and it contains several lenticular coal beds in the Crested Butte coal field. Important beds include the C bed, which is about 5 to 6 ft thick in the Ohio Creek district, and a 3.5-4.5 ft thick anthracite bed that has been mined 7 mi southwest from the town of Crested Butte (Gaskill and others, 1987).

## Coal Quality

The Cameo-Fairfield coal group has an ash yield of 1.9–29.9 percent, a sulfur content of 0.3–3.2 percent, and calorific values of 8,160–15,190 Btu/lb, based on values in the Grand Mesa, Somerset, Carbondale, and Crested Butte coal fields (table M3). The coal has an apparent rank that varies from subbituminous A to anthracite in the southern part of the Piceance Basin (Hornbaker and others, 1976). The coal's apparent rank generally increases to the southeast along the basin's southern and eastern flanks owing to the increase in depth of burial (Johnson, 1989), and it also increases near igneous intrusions owing to local heating (Hornbaker and others, 1976). The apparent rank of coal is subbituminous A to high volatile B bituminous along the basin's southern flank, and high volatile C bituminous to medium volatile bituminous along the basin's eastern flank; some beds have been metamorphosed to semianthracite and anthracite in the Carbondale and Crested Butte coal fields. Coal with coking properties has been identified in the eastern part of the Somerset coal field, the southern part of the Carbondale coal field, and the Crested Butte coal field (Hornbaker and others, 1976; Murray and others, 1977).

## Coal Resources

### Methods

Coal resources were estimated using the methodology of Wood and others (1983). Coal quantities reported as resources represent, as accurately as data allow, all coal in the ground in beds greater than 1 ft thick and under less than 6,000 ft of overburden. The term "original resource" refers to coal in the ground prior to mining. More deeply buried coal is reported as other occurrences of non-resource coal. This study does not attempt to estimate coal reserves which are that subset of the resource that can be economically produced at the present time. Coal resources were estimated by multiplying the volume of coal by the average density of coal (Wood and others, 1983, p. 36). For this study, we used an average density of 1,800 short tons per acre-ft for bituminous coal.

Coal tonnages were reported within overburden categories of 0–500, 500–1,000, 1,000–2,000, 2,000–3,000, and 3,000–6,000 ft. Overburden was determined by subtracting

**Table M3.** Ash yield, sulfur content, and calorific values of coal in Cameo-Fairfield coal group in vicinity of Area 1, southern part of the Piceance Basin, Colo.

[Coal field locations are shown in figure M3. Modified from Hettinger and others (2000). Values are based on ranges of proximate and ultimate analyses summarized by Hornbaker and others (1976), Murray and others (1977), and Tremain and others (1996); values in the U.S. Geological Survey USCHEM database provided by R.H. Affolter (written commun., 1998), and include values summarized by Toenges and others (1949, 1952) for the Somerset coal field. Coal from the C.M.C. mine had an ash yield of 23.3 percent and was included in the Book Cliffs coal field by Tremain and others (1996); we included that ash value in the Grand Mesa coal field because the C.M.C mine was located in the Grand Mesa coal field as defined by Landis (1959)]

| Coal field | Ash (pct) | Sulfur (pct) | Btu/lb |
|---|---|---|---|
| Grand Mesa | 2.1–23.3 | 0.4–2.2 | 8,300–13,490 |
| Somerset | 2.4–29.9 | 0.3–3.2 | 8,160–14,380 |
| Crested Butte | 3.2–9.1 | 0.4–1.9 | 11,080–14,440 |
| Carbondale | 1.9–16.2 | 0.3–2.1 | 10,160–15,190 |

BLM_0104550



Location of Cameo-Fairfield coal group east of long 107°15' W. (green area)

**Figure M12.**   Isopach map of net coal in Cameo-Fairfield coal group east of long 107°15' W., in Area 1.  Net coal values represent all coal beds more than 1 ft thick.

elevations at the base of the specified coal interval from sur-face elevations; the difference therefore represents the maxi-mum overburden on the specified coal interval.  Elevations at the base of the Cameo-Fairfield coal group and Cameo-Wheeler coal zone were determined from a structure contour map of the top of the Rollins Sandstone Member (Hettinger and others, 2000).  Similarly, elevations at the base of the South Canyon and Coal Ridge coal zones were determined from structure contour maps that represent the base of those respective coal zones.  Maximum overburden thicknesses on the Cameo-Wheeler, South Canyon, and Coal Ridge coal zones are shown in figures M13, M14, and M15, respectively, and the maximum overburden thickness on the base of the Cameo-Fairfield coal group east of long 107°15' W. is shown in figure M16.

Coal tonnages are also reported by identified and hypo-thetical reliability categories as defined by Wood and others (1983).  Identified resources are located less than 3 mi from a coal measurement (data point), and hypothetical resources are located more than 3 mi from a coal measurement.

## Results

Area 1 has an original coal resource of about 38 billion short tons in the Cameo-Fairfield coal group.  That resource represents coal beds more than 1 ft thick and under less than 6,000 ft of overburden.  The resource figure does not include coal folded over the flanks of laccoliths or buried beneath laccoliths.  Approximately 32 percent of the resource is in the Grand Mesa National Forest, and 68 percent of the resource is in the Gunnison National Forest.  Area 1 also contains about 34 billion short tons of non-resource coal in the Cameo-Fair-field group that is covered by 6,000–11,500 ft of overburden.  Approximately 76 percent of the non-resource coal is in the Grand Mesa National Forest, and 24 percent is in the Gunni-son National Forest.  Coal tonnages are reported by reliability and overburden categories for each coal zone in the Cameo-Fairfield group where it is located west of long 107°15' W. (tables M4, M5, and M6, respectively), and tonnages are reported for the entire Cameo-Fairfield coal group where it is located east of long 107°15' W. (table M7).

BLM_0104551



**EXPLANATION**

Range of overburden (in feet):   0–1,000   1,000–3,000   3,000–6,000   6,000–10,000   >10,000

Tertiary laccolith or stock          ●   Data point location

Area 1          —1000—   Isoline showing thickness of overburden—Isolines are labeled
at 0, 500, 1,000, 2,000, 3,000, 6,000, and 10,000 ft intervals

**Figure M13.**  Isopach map of overburden on base of Cameo-Wheeler coal zone in Area 1.  Cameo-Wheeler coal zone is defined only for areas located west of long 107°15′ W.



**Figure M14.** Isopach map of overburden on base of South Canyon coal zone in Area 1. South Canyon coal zone is defined only for areas located west of long 107°15′ W.

Coal Resources and Coal Resource Potential

213

214     Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado

**Table M4.**   Original coal resources (A) and other occurrences of non-resource coal (B) in Cameo-Wheeler coal zone, Area 1.

[Coal tonnages were rounded to two significant figures, and categories that show total tonnage may not equal the sum of the components because of independent rounding]

A. Original coal resources (in millions of short tons) in Cameo-Wheeler coal zone, Area 1.

| Forest | Reliability | Overburden (ft) | | | | | Total |
|---|---|---|---|---|---|---|---|
| | | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Grand Mesa | Identified | 140 | 130 | 420 | 940 | 5,500 | 7,100 |
| | Hypothetical | 78 | 94 | 290 | 440 | 3,900 | 4,800 |
| Grand Mesa Total | | 210 | 220 | 710 | 1,400 | 9,300 | 12,000 |
| Gunnison | Identified | 940 | 820 | 2,200 | 2,600 | 8,100 | 15,000 |
| | Hypothetical | 80 | 15 | 0.058 | 200 | 1,800 | 2,100 |
| Gunnison Total | | 1,000 | 830 | 2,200 | 2,800 | 9,900 | 17,000 |
| Grand Total | | 1,200 | 1,100 | 2,900 | 4,100 | 19,000 | 29,000 |

B. Other occurrences of non-resource coal (in millions of short tons) in Cameo-Wheeler coal zone at depths greater than 6,000 ft in Area 1.

| Forest | Reliability | Overburden (ft) | | Total |
|---|---|---|---|---|
| | | 6,000-10,000 | >10,000 | |
| Grand Mesa | Identified | 16,000 | 790 | 17,000 |
| | Hypothetical | 4,400 | 450 | 4,900 |
| Grand Mesa Total | | 21,000 | 1,200 | 22,000 |
| Gunnison | Identified | 5,400 | 0.00 | 5,400 |
| | Hypothetical | 1,300 | 0.00 | 1,300 |
| Gunnison Total | | 6,700 | 0.00 | 6,700 |
| Grand Total | | 27,000 | 1,200 | 28,000 |

**Table M5.**   Original coal resources (A) and other occurrences of non-resource coal (B) in South Canyon coal zone, Area 1.

[Coal tonnages were rounded to two significant figures, and categories that show total tonnage may not equal the sum of the components because of independent rounding]

A. Original coal resources (in millions of short tons) in the South Canyon coal zone, Area 1.

| Forest | Reliability | Overburden (ft) | | | | | Total |
|---|---|---|---|---|---|---|---|
| | | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Grand Mesa | Identified | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 0.25 |
| | Hypothetical | 0.00 | 0.00 | 0.00 | 0.47 | 26 | 26 |
| Grand Mesa Total | | 0.00 | 0.00 | 0.00 | 0.47 | 26 | 27 |
| Gunnison | Identified | 180 | 350 | 840 | 740 | 2,500 | 4,600 |
| | Hypothetical | 0.2 | 2.5 | 20 | 59 | 410 | 490 |
| Gunnison Total | | 180 | 350 | 860 | 790 | 2,900 | 5,100 |
| Grand Total | | 180 | 350 | 860 | 790 | 2,900 | 5,100 |

B. Other occurrences of non-resource coal (in millions of short tons) in South Canyon coal zone at depths greater than 6,000 ft in Area 1.

| Forest | Reliability | Overburden (ft) | | Total |
|---|---|---|---|---|
| | | 6,000-10,000 | >10,000 | |
| Grand Mesa | Identified | 2,000 | 100 | 2,100 |
| | Hypothetical | 300 | 48 | 340 |
| Grand Mesa Total | | 2,300 | 150 | 2,500 |
| Gunnison | Identified | 1,100 | 0.00 | 1,100 |
| | Hypothetical | 170 | 0.00 | 170 |
| Gunnison Total | | 1,300 | 0.00 | 1,300 |
| Grand Total | | 3,600 | 150 | 3,800 |



**Figure M15.** Isopach map of overburden on base of the Coal Ridge coal zone in Area 1. Coal Ridge coal zone is defined only for areas located west of long 107°15′ W.

BLM_0104555

**216    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**



**Figure M16.**  Isopach map of overburden on base of Cameo-Fairfield coal group east of long 107°15' W., in Area 1.

The large coal resource figure reported for Area 1 must be regarded with caution because it does not reflect economic, land-use, environmental, technological, and geologic restrictions that affect the availability and recoverability of coal. The coal would have to be mined using underground methods, and technological and economical constraints generally limit current longwall mining to (1) depths of less than 3,000 ft, (2) beds more than 3.5 ft thick, and (3) strata inclined by less than 12°; additionally, only about 14 ft of coal can be mined even if the bed is of greater thickness (Timothy J. Rohrbacher, oral commun., 1996). These overburden and bed thickness limits are supported by a summary of 81 longwalls operating in the United States by 30 companies (Merritt and Fiscor, 1995, p. 32–38). Only an estimated 14 billion short tons of coal in Area 1 meets favorable underground mining criteria regarding depth of burial (less than 3,000 ft), and only a fraction of that coal could be mined economically because many beds are either less than 3.5 ft thick or more than 14 ft thick, and because many localities in the vicinity of the Crested Butte and Carbondale coal fields are steeply inclined. Additional

coal would also be restricted from mining because it might be in beds that are discontinuous, left in the ground as pillars for roof support, or bypassed due to mining of adjacent strata.

## Cameo-Wheeler Coal Zone

The Cameo-Wheeler zone has an original coal resource of 29 billion short tons in Area 1 (table M4A). The resource is distributed across 560 mi² where the coal is covered by less than 6,000 ft of overburden (fig. M13). Approximately 9.3 billion short tons is under less than 3,000 ft of overburden, and 5.2 billion short tons is under less than 2,000 ft of overburden. The Cameo-Wheeler contains an additional 28 billion short tons of non-resource coal in Area 1 (table M4B). The non-resource coal is covered by 6,000–11,500 ft of overburden.

## South Canyon Coal Zone

The South Canyon zone has an original coal resource of approximately 5.1 billion short tons in Area 1 (table M5A). The resource is distributed across a 320 mi² area where the

BLM_0104556

**Table M6.** Original coal resources (*A*) and other occurrences of non-resource coal (*B*) in Coal Ridge coal zone, Area 1.

[Coal tonnages were rounded to two significant figures, and categories that show total tonnage may not equal the sum of the components because of independent rounding]

*A.* Original coal resources (in millions of short tons) in Coal Ridge coal zone, Area 1.

| Forest | Reliability | Overburden (ft) | | | | | Total |
|---|---|---|---|---|---|---|---|
| | | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Grand Mesa | Identified | 0.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.27 |
| | Hypothetical | 0.00 | 0.00 | 0.18 | 5.8 | 27 | 33 |
| Grand Mesa Total | | 0.00 | 0.00 | 0.18 | 6.1 | 27 | 34 |
| Gunnison | Identified | 170 | 230 | 670 | 540 | 1,400 | 3,000 |
| | Hypothetical | 0.96 | 0.82 | 0.22 | 38 | 330 | 370 |
| Gunnison Total | | 170 | 230 | 670 | 580 | 1,700 | 3,300 |
| Grand Total | | 170 | 230 | 670 | 580 | 1,700 | 3,400 |

*B.* Other occurrences of non-resource coal (in millions of short tons) in Coal Ridge coal zone at depths greater than 6,000 ft in Area 1.

| Forest | Reliability | Overburden (ft) | | Total |
|---|---|---|---|---|
| | | 6,000-10,000 | >10,000 | |
| Grand Mesa | Identified | 1,200 | 20 | 1,200 |
| | Hypothetical | 300 | 11 | 310 |
| Grand Mesa Total | | 1,500 | 31 | 1,500 |
| Gunnison | Identified | 230 | 0.00 | 230 |
| | Hypothetical | 32 | 0.00 | 32 |
| Gunnison Total | | 260 | 0.00 | 260 |
| Grand Total | | 1,700 | 31 | 1,800 |

**Table M7.** Original coal resources in Cameo-Fairfield coal group located east of long 107°15′ W., Area 1.

[All of these coal resources are within the Gunnison National Forest. Coal tonnages were rounded to two significant figures, and categories that show total tonnage may not equal the sum of the components because of independent rounding]

| Reliability | Overburden (ft) | | | | | Total |
|---|---|---|---|---|---|---|
| | 0–500 | 500–1,000 | 1,000–2,000 | 2,000–3,000 | 3,000–6,000 | |
| Identified | 160 | 160 | 63 | 51 | 2.6 | 440 |
| Hypothetical | 160 | 64 | 160 | 100 | 57 | 540 |
| Grand Total | 320 | 220 | 220 | 150 | 60 | 980 |

coal is covered by less than 6,000 ft of overburden (fig. M14). Approximately 2.1 billion short tons is under less than 3,000 ft of overburden, and 1.4 billion short tons is under less than 2,000 ft of overburden. The South Canyon contains an additional 3.8 billion short tons of non-resource coal in Area 1. The non-resource coal is covered by 6,000–11,200 ft of overburden (table M5B).

## Coal Ridge Coal Zone

The Coal Ridge coal zone has an original coal resource of approximately 3.4 billion short tons in Area 1 (table M6*A*). The resource is distributed across 360 mi² where the coal is covered by less than 6,000 ft of overburden (fig. M15). Approximately 1.7 billion short tons is under less than 3,000 ft of overburden, and 1.1 billion short tons is under less than 2,000 ft of overburden. The Coal Ridge contains an additional 1.8 billion short tons of non-resource coal in Area 1. The non-resource coal is covered by 6,000–11,000 ft of overburden (table M6*B*).

## Coal Resources of the Cameo-Fairfield Coal Group East of Long 107°15′ W.

Area 1 has an original resource of 980 million short tons of coal in the Cameo-Fairfield coal group where it is located east of long 107°15′ W. (table M7). The resource is

distributed across 220 mi$^2$ and is in the lower, middle, and upper coal zones. This resource figure is tenuous because of the complex geology and paucity of coal measurements in the area. Additionally, this resource figure does not include coal that is folded over the flanks of laccoliths or that is buried beneath laccoliths in the region. Maximum overburden on the Cameo-Fairfield coal group east of long 107°15′ W. is shown in figure M16. Approximately 910 million short tons of coal is under less than 3,000 ft of overburden, and 760 million short tons is under less than 2,000 ft of overburden.

## Coal Production

About 150 million short tons of coal has been mined since the late 1800's from the Cameo-Fairfield coal group in the Carbondale (southern part), Crested Butte, Grand Mesa (eastern part), and Somerset coal fields. About 99 million short tons was mined in Gunnison County, 30 million tons was mined in Pitkin County, and 21 short million tons was mined in Delta County (Eakins and Coates, 1998). The coal was produced from about 60 mines; the mine areas are shown in figure M17. Mining activity prior to 1977 was compiled by Murray and others (1977), and mining activity from January 1977 to December 1997 was summarized by Hettinger and others (2000). About 83 million short tons has been extracted from 21 mines that operated at various times between January 1977 and December 1997. Only four mines were producing coal at the end of 1997; all four mines are in the Somerset coal field, and they are the Bowie No. 1 (Orchard Valley mine), Bowie No. 2 mine, Sanborn Creek, and West Elk (Mt. Gunnison) mines. In 1997, the Sanborn Creek and West Elk (Mt. Gunnison) mines produced 1.6 million and 5.6 million short tons of coal, respectively.

About 19 mines have produced coal from the Grand Mesa and Gunnison National Forests (fig. M17), and most of the mines are located in the Crested Butte and Somerset coal fields. We did not attempt to determine production from the Grand Mesa and Gunnison National Forests because production records generally reflect operations conducted within and adjacent to the forest lands. Coal production data by Gaskill and others (1986, 1987) show that none of the coal mines in the Crested Butte coal field have operated since the 1950's. Only the West Elk mine in the Somerset coal field was operating within the Gunnison National Forest at the time of this publication.

# Summary of Coal Resource Potential in the Grand Mesa, Uncompahgre, and Gunnison National Forests

The three GMUG forests are considered to have coal resource potential in areas where underlying strata (1) are likely to have accumulated in a coal-forming environment,

and (2) the potential coal-bearing rocks are less than 6,000 ft deep (fig. M18). As summarized in this report, coal-bearing strata are either known or are likely to be in the Dakota Formation, Fruitland Formation, Mesaverde Formation, or Mesaverde Group. Areas of high coal resource potential have nearby outcrop or drill hole data that substantiate the presence of coal. Areas of moderate coal resource potential do not have drill hole or outcrop data to substantiate the presence of coal; however, data in adjacent areas indicate that coal is likely to be present. Areas of low coal resource potential have no information to substantiate the presence of coal; however, the presence of coal is inferred from regional data.

## Coal Resource Potential of the Dakota Sandstone in the Grand Mesa and Uncompahgre National Forests

There are two problems in trying to determine the coal resource potential of the Dakota Sandstone. The first problem is that few data are available for Dakota coal in the GMUG forests. The presence of coal in the Dakota must therefore be inferred from adjacent areas where the Dakota has been described. The second problem is that the Dakota Sandstone and underlying Jurassic strata have been mapped as a single unit at many localities in the Gunnison and Uncompahgre National Forests, and presence of the Dakota is not certain in those areas. Based on published geologic maps, the Dakota is definitely present where mapped separately from the underlying Burro Canyon Formation, and it is likely to be present below areas where younger sedimentary rocks have been mapped at the surface.

The GMUG forests have either a moderate, low, or no resource potential for coal in the Dakota Sandstone (fig. M18A). The Uncompahgre National Forest has a low to moderate coal resource potential in areas underlain by the Dakota Sandstone. Although few data are available to substantiate the presence of coal in the forest, the occurrence of minable coals outside of the forest (near the towns of Nucla and Norwood) indicates that isolated deposits of minable coal might also be in the forest. The Dakota Sandstone has a low coal resource potential in a small part of the Grand Mesa National Forest. The Dakota is 5,000 and 6,000 ft deep in that area, and its low resource potential is based on outcrop data that show the Dakota to contain a few thin coal beds about 10 mi outside the forest along the Gunnison River. Any Dakota coal that might be present in the Grand Mesa National Forest would not have current mining potential because it is at depths that exceed the physical or economic limits of present-day mining techniques. The Dakota Sandstone has no coal resource potential in the remaining part of the Grand Mesa National Forest because it is more than 6,000 ft deep. Available data indicate that the Dakota does not contain coal where it is exposed in the vicinity of the Gunnison National Forest, and therefore this forest is not considered to have resource potential for Dakota coal.



MAP NUMBER AND NAME OF MINE

1 Kannah Creek
2 Blue Ribbon
3 Bear No. 3
4 West Elk (Mt. Gunnison)
5 Castle Rock

6 Hinkle
7 K-D (Kozy Draw); S.L. Staples & Son
8 Comstock
9 Robinson (Kochevar)
10 Richardson; Richardson Coal Co.; Mt. Carbon Anthracite
   Coal Co.; Gomer Dollard and Weaver Brothers

11 Mt. Carbon Anthracite Coal Co., Ohio Creek-Anthracite
   Coal Co., and W. Hinds
12 Ruby-Anthracite (Floresta No. 1); Caledonia Fuel Co.,
   Union Pacific Coal Co., and Colorado Fuel and Iron Co.
13 Unknown
14 Wheatstone
15 Verzuh

16 Crested Butte, Bulkley No. 1 and 2, and Porter
17 Peanut, Elk Mountain, and Horace
18 Bear Creek
19 Coal Basin

Mines that have produced coal from the GMUG forests.
Mines are located by numbers shown on map.

## EXPLANATION

Area 1, Grand Mesa and Gunnison
National Forests (part)

Area underlain by Cameo-Fairfield coal
group

Outcrop of base of Cameo-Fairfield coal
group

Mine location—Named mines have operated since 1977.
Numbers refer to mines within GMUG forests, and are
listed at right

X   Approximate mine location

**Figure M17.** Location of coal mines that have produced from Cameo-Fairfield coal group in vicinity of Area 1. Mines that have produced coal since 1977 are named in red type. Mines that became inactive prior to 1977 are not named. Mines that have operated within the forest are shown in list.

BLM_0104559

**220    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**



EXPLANATION

Coal resource potential:   ☐ None   ■ Low   ■ Low to moderate   ■ Moderate to high   ■ High

— - — County line          ——— National forest boundary

BLM_0104560

**Figure M18 (previous page).** Coal resource potential in Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests. GMUG forests are identified in figure M1. *A*, Coal resource potential for GMUG forest areas underlain by the Dakota Sandstone. *B*, Coal resource potential for GMUG forest areas underlain by the Fruitland Formation, Mesaverde Formation, or Mesaverde Group. GMUG forest areas intruded by volcanic rock were not assessed.

## Coal Resource Potential of the Fruitland Formation in the Uncompahgre National Forest

The Uncompahgre National Forest has a moderate to high resource potential for coal where it is underlain by the Fruitland Formation in the Tongue Mesa coal field (fig. M18*B*). The area is given a high resource potential because it is known to contain thick beds of subbituminous coal; the area is also assigned a moderate resource potential because coal bed continuity could not be determined, owing to poor exposure and structural complexities. Coal beds were mined locally in the Tongue Mesa coal field between the 1890's and 1940's (Dickinson, 1987a, 1987b, 1988), and there has been some interest to develop the coal since that time (Hornbaker and others, 1976; Dickinson, 1987a, 1987b, 1988). Although the area has a moderate to high resource potential, Hornbaker and others (1976) thought that the coal in the Tongue Mesa area could not compete with better coal in the Somerset field.

## Coal Resource Potential of the Mesaverde Group and Mesaverde Formation in the Grand Mesa and Gunnison National Forests

The Grand Mesa and Gunnison National Forests have a high coal resource potential where the Cameo-Fairfield coal group is at depths of less than 6,000 ft (fig. M18*B*). This regionally extensive coal group is in the Mesaverde Group and Mesaverde Formation; it contains as much as 97 ft of net coal, and has individual coal beds as thick as 30 ft within the forest areas. Cameo-Fairfield coal has been mined at several coal fields located in and adjacent to the forests. About 150 million short tons has been produced since the late 1800's, and the West Elk mine is currently operating in the Gunnison National Forest.

The area of high coal resource potential in the Grand Mesa and Gunnison National Forests (fig. M18*B*) is estimated to contain about 38 billion short tons of coal in the Cameo-Fairfield coal group, as determined for Area 1 in this study. This large resource figure does not represent minable reserves, which are a subset of the resource that could be economically produced at the present time. Coal in the Cameo-Fairfield would have to be mined using underground methods, and technological and geologic restrictions preclude much of the resource from being economically mined. For example, only 37 percent of the coal resource is at depths (less than 3,000 ft)

favorable for longwall mining. Some coal would be precluded from mining because the beds are too thin, thick, or steeply inclined. Additional coal would also be restricted from mining because the beds might be discontinuous, left in the ground as pillars for roof support, or bypassed due to mining of adjacent strata.

# References Cited

Biewick, L.H., and Mercier, T.J., 2000, The Colorado Plateau Geographic Information System (GIS); An introduction to the ArcView project and data library, *in* Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.H., eds., Geologic assessment of coal in the Colorado Plateau; Arizona, Colorado, New Mexico, and Utah: U.S. Geological Survey Professional Paper 1625–B, Chapter D, CD-ROM.

Boyer, W.W., unpublished [submitted for U.S. Geological Survey review, 1926], Coal in the Dakota (?) Formation in southwestern Colorado and eastern Utah: U.S. Geological Survey Field Records Library, Denver, Colo., item NO-8009; figures in folder F-4047.

Collins, B.A., 1976, Coal deposits of the Carbondale, Grand Hogback, and southern Danforth Hills coal fields, eastern Piceance Basin, Colorado: Colorado School of Mines Quarterly, v. 71, no. 1, 138 p.

Dickinson, R.G., 1987a, Geologic map of the Buckhorn Lakes quadrangle, Gunnison, Montrose, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1642, scale 1:24,000.

Dickinson, R.G., 1987b, Geologic map of the Washboard Rock quadrangle, Gunnison, Montrose, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1643, scale 1:24,000.

Dickinson, R.G., 1988, Geologic map of the Courthouse Mountain quadrangle, Gunnison, Hinsdale, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1644, scale 1:24,000.

Donnell, J.R., 1962, Geology and coal resources of the Carbondale area, Garfield, Pitkin, and Gunnison Counties, Colorado: U.S. Geological Survey Open-File Report (62-38), 2 sheets.

Dunrud, C.R., 1989a, Geologic map and coal stratigraphic framework of the Cedaredge area, Delta County, Colorado: U.S. Geological Survey Coal Investigations Map C–116, scale 1:50,000.

Dunrud, C.R., 1989b, Geologic map and coal stratigraphic framework of the Paonia area, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Coal Investigations Map C–115, scale 1:50,000.

Eager, P.G., 1978, Geophysical logs of coal test drill holes in the Grand Mesa coal field, Delta and Mesa Counties, Colorado: U.S. Geological Survey Open-File Report 78-540, 97 p.

Eager, P.G., 1979, Geophysical logs of coal test drill holes in the Grand Mesa coal field, Delta County, Colorado: U.S. Geological Survey Open-File Report 79-327, 21 p.

Eakins, Wynn, 1986, Coal resources of the Dakota Sandstone, southwestern Colorado: Colorado Geological Survey Open-File Report 86-1A, 77 p.

Eakins, Wynn, and Coates, M.M., 1998, Focus—Colorado Coal: Colorado Geological Survey Rock Talk, v. 1, no. 3, 6 p.

Ellis, M.S., Freeman, V.L., and Donnell, J.R., 1988, Cross sections showing coal beds and coal zones in the Mesaverde Formation in the Carbondale 30′ × 60′ quadrangle, west-central Colorado: U.S. Geological Survey Coal Investigations Map C–97–B, scale 1:100,000.

Erdmann, C.E., 1934, The Book Cliffs coal field in Garfield and Mesa Counties, Colorado: U.S. Geological Survey Bulletin 851, 150 p.

Fisher, D.J., Erdmann, C.E., and Reeside, J.B., Jr., 1960, Cretaceous and Tertiary formations of the Book Cliffs, Carbon, Emery, and Grand Counties, Utah, and Garfield and Mesa Counties, Colorado: U.S. Geological Survey Professional Paper 332, 80 p.

Gaskill, D.L., Cohman, S.M., DeLong, J.E., Jr., and Robinson, C.H., 1986, Geologic map of the Crested Butte quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1580, scale 1:24,000.

Gaskill, D.L., DeLong, J.E., Jr., and Cochran, D.M., 1987, Geologic map of the Mt. Axtell quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–1604, scale 1:24,000.

Gaskill, D.L., and Godwin, L.H., 1966a, Geologic map of the Marble quadrangle, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–512, scale 1:24,000.

Gaskill, D.L., and Godwin, L.H., 1966b, Geologic map of the Marcellina Mountain quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–511, scale 1:24,000.

Gaskill, D.L., Godwin, L.H., and Mutschler, F.E., 1967, Geologic map of the Oh-Be-Joyful quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–578, scale 1:24,000.

Godwin, L.H., 1968, Geologic map of the Chair Mountain quadrangle, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ–704, scale 1:24,000.

Green, G.N., 1992, The digital geologic map of Colorado in ARC/INFO format: U.S. Geological Survey Open-File Report 92-507, 15 disks.

Haines, D.V., 1978, Core-hole drilling and coal analysis report for nine holes drilled during 1977 in the Nucla coal field, Montrose County, Colorado: U.S. Geological Survey Open-File Report 78-899, 37 p.

Hettinger, R.D., Roberts, L.N.R., and Gognat, T.A., 2000, Investigations of the distribution and resources of coal in the southern part of the Piceance Basin, Colorado, in Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.H., eds., Geologic assessment of coal in the Colorado Plateau; Arizona, Colorado, New Mexico, and Utah: U.S. Geological Survey Professional Paper 1625–B, Chapter O, CD-ROM.

Hornbaker, A.L., Holt, R.D., and Murray, K.D., 1976, Summary of coal resources in Colorado, 1975: Colorado Geological Survey Special Publication 9, 17 p.

Johnson, R.C., 1989, Geologic history and hydrocarbon potential of Late Cretaceous-age, low-permeability reservoir, Piceance Basin, western Colorado: U.S. Geological Survey Bulletin 1787-E, p. E1–E51.

Johnson, V.H., 1948, Geology of the Paonia coal field, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Preliminary Map, scale 1:48,000.

Kent, B.H., and Arndt, H.H., 1980a, Geology of the Carbondale coal mining area, Garfield and Pitkin Counties, Colorado, as related to subsurface hydraulic mining potential: U.S. Geological Survey Open-File Report 80-709, 94 p.

Kent, B.H., and Arndt, H.H., 1980b, Geology of the Thompson Creek coal mining area, Pitkin County, Colorado, as related to subsurface hydraulic mining potential: U.S. Geological Survey Open-File Report 80-507, 81 p.

Landis, E.R., 1959, Coal resources of Colorado, in Contributions to economic geology 1957: U.S. Geological Survey Bulletin 1072–C, p. 131–232.

Lee, W.T., 1912, Coal fields of Grand Mesa and the West Elk Mountains, Colorado: U.S. Geological Survey Bulletin 510, 237 p.

Merritt, Paul, and Fiscor, Steve, 1995, Longwall census: Coal Magazine, v. 100, no. 2, p. 30–39.

Murray, D.K., 1981, Upper Cretaceous (Campanian) coal resources of western Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 233–239.

BLM_0104562

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, *in* Veal, H.K., ed., Exploration frontiers of the central and southern Rockies:  Rocky Mountain Association of Geologists Guidebook, 1977 Symposium, Denver, Colo., p. 379–405.

Roberts, L.N.R., Brownfield, M.E., Hettinger, R.D., and Johnson E.A., 2000, Methodology for calculating coal resources for the Colorado Plateau, U.S. Geological Survey National Coal Assessment, *in* Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.H., eds., Geologic assessment of coal in the Colorado Plateau; Arizona, Colorado, New Mexico, and Utah:  U.S. Geological Survey Professional Paper 1625–B, Chapter C, CD-ROM.

Roberts, L.N.R., and Kirschbaum, M.A., 1995, Paleogeography of the Late Cretaceous of the Western Interior of middle North America—Coal distribution and sediment accumulation:  U.S. Geological Survey Professional Paper 1561, 116 p.

Toenges, A.L., Dowd, J.J., Turnbull, L.A., Davis, J.D., Smith, H.L., and Johnson, V.H., 1949, Reserves, petrographic and chemical characteristics, and carbonizing properties of coal occurring south of Dry Fork of Minnesota Creek, Gunnison County, near Paonia, Colorado, and the geology of the area:  U.S. Bureau of Mines Technical Paper 721, 48 p.

Toenges, A.L., Turnbull, L.A., Davis, J.D., Reynolds, D.A., Parks, B.C., Cooper, H.M., and Abernethy, R.F., 1952, Coal deposit, Coal Creek district, Gunnison County, Colorado—Reserves, coking properties, and petrographic and chemical characteristics:  U.S. Bureau of Mines Bulletin 501, 83 p.

Tremain, C.M., Hornbaker, A.L., Holt, R.D., Murray, D.K., and Ladwig, L.R., 1996, Summary of coal resources in Colorado [1995]:  Colorado Geological Survey Special Publication 41, 19 p.

Tweto, Ogden, 1979, Geologic map of Colorado:  U.S. Geological Survey Special Geologic Map, scale 1:500,000.

U.S. Bureau of Mines, 1937, Analyses of Colorado coals:  U.S. Bureau of Mines Technical Paper 575, 327 p.

Wood, G.H., Jr., Kehn, T.M., Carter, M.D., and Culbertson, W.C., 1983, Coal resource classification system of the U.S. Geological Survey:  U.S. Geological Survey Circular 891, 65 p.

Woodruff, E.G., 1912, The coal resources of Gunnison Valley, Mesa and Delta Counties, Colorado, *in* Campbell, M.R., ed., Contributions to economic geology 1910—Part II, Mineral fuels:  U.S. Geological Survey Bulletin 471, p. 565–573.

Young, R.G., 1960, Dakota Group of Colorado Plateau:  American Association of Petroleum Geologists Bulletin, v. 44, no. 2, p. 156–194.

Young, R.G., 1973, Depositional environments of basal Cretaceous rocks of the Colorado Plateau, *in* Fassett, J.E., ed., Cretaceous and Tertiary rocks of the southern Colorado Plateau:  Four Corners Geological Society Memoir, p. 10–27.

BLM_0104563

# Potential Aggregate Resources

By  Daniel H. Knepper Jr., and Viki Bankey

**Chapter N of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre,**
**and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–N

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104564

# Contents

Abstract ................................................................................................................................................ 226
Introduction ......................................................................................................................................... 226
Aggregate Sources ............................................................................................................................. 226
Evaluating and Modeling Potential Aggregate Resources ............................................................. 226
Limited Assessment of Landslide Hazards for Four Geologic Units ............................................. 229
References Cited ................................................................................................................................. 231

# Figures

N1–N3.  Maps of GMUG greater study area showing:

    N1.  Quality and location of bedrock aggregate resources ............................................... 227

    N2.  Quality and location of unconsolidated aggregate resources .................................. 228

    N3.  Some potential areas of landslide risk ........................................................................ 230

# Table

N1.  Areas calculated for bedrock and unconsolidated material for potential
    aggregate sources ...................................................................................................................... 229

BLM_0104565

# Potential Aggregate Resources

By Daniel H. Knepper, Jr., and Viki Bankey

## Abstract

This chapter presents the results of potential aggregate resources that are suitable for use in asphaltic and Portland cement concrete, evaluating both the exposed bedrock and the unconsolidated sedimentary deposits. A limited assessment of landslide hazards for Mancos Shale, Brushy Basin Member of the Morrison Formation, Wasatch Formation, and sedimentary deposits identified as landslide-produced is also included herein.

## Introduction

Almost any rock or unconsolidated deposit can be used by the construction industry for some purpose, such as back fill or road base. However, the specifications for aggregate used in asphaltic concrete or Portland cement concrete are extremely high and rigid, and the material used for aggregate must pass specific tests of the American Society for Testing and Materials (2000). The consequences of the rigid ASTM tests are that even in a region rich with fresh, exposed bedrock and sand and gravel deposits such as western Colorado, the amount of potential concrete aggregate may be substantially less than might be presumed.

Because aggregate that meets specifications for concrete applications is also useful for most other construction applications, this study deals exclusively with the assessment of potential aggregate sources that are suitable for use in asphaltic and Portland cement concrete.

## Aggregate Sources

Two primary sources of potential concrete aggregate exist: bedrock and gravel. Both boulders and large cobblestones from bedrock or gravel can be crushed to form appropriately sized aggregate particles. In fact, aggregate for use in asphaltic concrete must be composed of particles that have all fractured surfaces. Crushed stone is the major source of natural aggregate in the eastern United States, and it is becoming more and more important in the West as available supplies of alluvial sand and gravel are depleted or otherwise preempted by urbanization and other alternative land uses. Appropriately sized gravel particles obtained by screening and washing of alluvial gravel deposits are preferred for use in Portland cement concrete, but crushed stone can be used as well.

Both the exposed bedrock and the unconsolidated sedimentary deposits in the GMUG greater study area were evaluated for potential suitability as a natural aggregate resource, and maps were prepared showing the distribution of these potential resources (figs. N1, N2).

## Evaluating and Modeling Potential Aggregate Resources

There is no substitute for a geologist standing on an outcrop for evaluating the physical and chemical properties of a rock unit or gravel deposit for its potential as a natural aggregate resource. Nevertheless, a great deal about the quality of a potential resource can be inferred from the lithology and age of the deposit alone (Langer and Knepper, 1998). For example, lithologic units composed primarily of shale, siltstone, salt or gypsum, or friable sandstone most likely do not have the hardness and durability required for high-quality aggregate. Similarly, pebbles, boulders, and cobbles in gravel deposits of Tertiary age in the GMUG greater study area are commonly highly weathered and crumble under a minimum of stress. Silicic volcanic and shallow intrusive rocks, although having excellent physical properties for natural aggregate, are highly likely to contain microcrystalline quartz (cristobalite, tridymite) that reacts adversely with the alkali in Portland cement and significantly weakens the resulting concrete. Langer and Knepper (1998) presented a more complete description of the common rock types that in many places provide suitable natural aggregate. Their report also described the general physical and specific deleterious chemical properties of common rocks

BLM_0104566



**Figure N1.** GMUG greater study area, showing quality and location of bedrock aggregate resources.  Pink, satisfactory, deleterious; blue, satisfactory, innocuous.



**EXPLANATION**

Approximate outline of national forests in GMUG study area

0        70 KILOMETERS

0        40 MILES

**Figure N2.**  GMUG greater study area, showing quality and location of unconsolidated aggregate resources. Blue, satisfactory, innocuous.

BLM_0104568

and minerals that should be considered in evaluating potential natural aggregate resources.

Using the lithologic and mineralogic criteria of Langer and Knepper (1998), each of the map units on the geologic map of the GMUG greater study area (Day and others, 1999) was rated for its physical and chemical properties as a potential natural aggregate source, drawing heavily on a previous rating of each map unit on the geologic map of Colorado (Knepper and others, 1999). Physical properties were rated either satisfactory, fair, poor, or unsuitable. Based on the ratings of the lithologic units, a simple model was constructed to identify potential sources of natural aggregate in the GMUG greater study area.

Figure N1 shows the results for bedrock, where pink areas show potential aggregate sources that are satisfactory and deleterious, and blue areas show potential aggregate sources that are satisfactory and innocuous. Figure N2 shows similar results for unconsolidated material. No areas fit the satisfactory and deleterious category; blue areas show potential aggregate sources that are satisfactory and innocuous. Table N1 lists areas of modeled results, in square miles.

# Limited Assessment of Landslide Hazards for Four Geologic Units

At the request of the USDA Forest Service, a limited assessment of landslide hazards was generated by calculating slope from topographic data and combining it with the geologic data set (Day and others, 1999). The four geologic units selected for this limited assessment were Mancos Shale, Brushy Basin Member of the Morrison Formation, Wasatch Formation, and sedimentary deposits identified as landslide-produced. These were chosen because they are known to cause landslide problems in the study area.

Figure N3 shows the results of the limited assessment of landslide hazards. A combination of color and intensity is used to display information about geologic unit and slope. Mancos Shale is shown in shades of red/pink, Brushy Basin Member in shades of blue, Wasatch Formation in green, and landslide sediments in yellow/gold. Darker colors indicate steeper slopes, ranging from $15°$ to $20°$ for light colors, from $20°$ to $25°$ for medium colors, and greater than $25°$ for darkest colors.

**Table N1.** Areas calculated for bedrock and unconsolidated material for potential aggregate sources.

[Total area includes all public and private lands; forest area includes only area within the Grand Mesa, Uncompahgre, and Gunnison National Forests; BLM area includes only area managed by the Bureau of Land Management. Areas rounded to the nearest whole number]

|  | Total area (mi$^2$) | Forest area (mi$^2$) | BLM area (mi$^2$) |
|---|---|---|---|
| GMUG study area, no model | 19,800 | 4,868 | 5,092 |
| Bedrock—satisfactory, deleterious | 1,450 | 335 | 347 |
| Bedrock—satisfactory, innocuous | 4,681 | 1,636 | 736 |
| Unconsolidated—satisfactory, deleterious | 0 | 0 | 0 |
| Unconsolidated—satisfactory, innocuous | 1,313 | 38 | 146 |

BLM_0104569



**EXPLANATION**

Approximate outline of national forests in GMUG study area

**Figure N3.** GMUG greater study area, showing some potential areas of landslide risk. Red/pink, Mancos Shale; yellow/gold, landslide sediments; blue, Brushy Basin Member of Morrison Formation; green, Wasatch Formation. Darker values of the same color indicate steeper slopes.

# References Cited

American Society for Testing and Materials, 2000, Annual book of ASTM standards, section 4, Volume 04.02, Concrete and Aggregates:  Philadelphia, Pa., 804 p.  [Now called ASTM International.]

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1°· 2° geologic maps:

U.S. Geological Survey Open-File Report 99-427, 1 CD-ROM.

Knepper, D.H., Jr., Green, G.N., and Langer, W.H., 1999, Lithology and aggregate quality attributes for the digital geologic map of Colorado:  U.S. Geological Survey Open-File Report 99-29, 1 CD-ROM.

Langer, W.H., and Knepper, D.H., Jr., 1998, Geologic characterization of natural aggregate—A field geologist's guide to natural aggregate resource assessment, in Bobrowsky, P.T., ed., Aggregate resources—A global perspective: Rotterdam, The Netherlands, A.A. Balkema Publishers, p. 275–293.

BLM_0104571

# References Cited and Additional Selected Bibliography for the GMUG Greater Study Area

Compiled by Steven M. Smith, Anna B. Wilson, and M.J. Crane

**Chapter O of**
**Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado**

Edited by Viki Bankey

U.S. Geological Survey Bulletin 2213–O

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0104572

# References Cited and Additional Selected Bibliography for the GMUG Greater Study Area

Compiled by Steven M. Smith, Anna B. Wilson, and M.J. Crane

Abrams, G.A., and Knepper, D.H., Jr., 1994, Complete-Bouguer gravity anomaly, isostatic-residual gravity, horizontal gradient, and terrain maps of Colorado: U.S. Geological Survey Geophysical Investigations Map GP-1009, scale 1:1,000,000.

Ackerman, D.J., and Brooks, Tom, 1985, Ground-water data from the San Miguel River Basin, southwestern Colorado: U.S. Geological Survey Open-File Report 85-191, 19 p.

Ackerman, D.J., and Rush, F.E., 1984, Hydrogeologic reconnaissance of the San Miguel River Basin, southwestern Colorado: U.S. Geological Survey Water-Resources Investigations Report 84-4133, 25 p.

Adrian, B.M., Arbogast, B.F., and Zimbelman, D.R., 1984, Analytical results and sample locality map of stream-sediment, heavy-mineral concentrate, and rock samples from the Sangre de Cristo Wilderness Study Area, Saguache, Alamosa, Fremont, Custer, and Huerfano Counties, Colorado: U.S. Geological Survey Open-File Report 84-398, 115 p.

Adrian, B.M., Clark, J.R., Arbogast, B.F., and Gruzensky, A.L., 1984, Analytical results and sample locality map of stream-sediment, panned-concentrate, and rock samples from the Fossil Ridge Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Open-File Report 84-419, 29 p.

Aero Service Division, 1979a, Airborne gamma-ray spectrometer and magnetometer survey, Cortez quadrangle (Colorado, Utah); Final report, 2 Volumes: U.S. Department of Energy, Grand Junction, Colo., GJBX-144(79), variously paginated.

Aero Service Division, 1979b, Airborne gamma-ray spectrometer and magnetometer survey, Durango quadrangle (Colorado); Final report, 2 Volumes: U.S. Department of Energy, Grand Junction, Colo., GJBX-143(79), variously paginated.

Affolter, R.H., Eager, G.P., and Hatch, J.R., 1980, Chemical analyses of coal from the Mesaverde Formation, Grand Mesa coal field, Delta and Mesa Counties, Colorado: U.S. Geological Survey Open-File Report 80-980, 38 p.

Afifi, A.M., 1981a, Precambrian geology of the Iris area, Gunnison and Saguache Counties, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 197 p.

Afifi, A.M., 1981b, Stratigraphy, petrology, and structure of Precambrian metavolcanic rocks in the Iris area, Gunnison and Saguache Counties, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 287–292.

American Geological Institute, 1976, Bibliography and index of Colorado geology: Colorado Geological Survey Bulletin 37, p. 1875–1975.

American Society for Testing and Materials, 2000, Annual book of ASTM standards, section 4, Volume 04.02, Concrete and aggregates: Philadelphia, Pa., 804 p. [Now called ASTM International.]

Anderson, O.J., and Lucas, S.G., 1997, The Upper Jurassic Morrison Formation in the Four Corners region, in Anderson, O.J., Kues, B.S., and Lucas, S.G., eds., Mesozoic geology and paleontology of the Four Corners region: New Mexico Geological Society Guidebook, 48th Field Conference, p. 139–156.

Anonymous, 1886, Sheep Mountain mines, Gunnison County: Engineering and Mining Journal, v. 42, p. 149.

Anonymous, 1985, Winston nearing decision to buy Colorado gold mine: The Northern Miner, v. 71, no. 21, Jan. 1985, p. 11.

Anonymous, 1989, Mining activity in the western world: Mining Magazine, v. 160, no. 1, p. 44–45.

Anonymous, 1995, Feasibility gives Lisbon Valley the passing grade: The Northern Miner, v. 81, no. 28, Sept. 11, 1995, pages unknown.

Apodaca, L.E., Driver, N.E., Stephens, V.C., and Spahr, N.E., 1996, Environmental setting and implications on water quality, upper Colorado River Basin, Colorado and Utah: U.S. Geological Survey Water-Resources Investigations Report 95-4263, 33 p.

Apodaca, L.E., Stephens, V.C., and Driver, N.E., 1996, What affects water quality in the Upper Colorado River Basin?: U.S. Geological Survey Fact Sheet FS-109-96, 4 p.

Argall, G.O., Jr., 1943, Scheelite occurrences in Colorado: Colorado School of Mines, Mines Magazine, v. 33, no. 6, p. 313–314.

Argall, G.O., Jr., 1949, Industrial minerals of Colorado: Colorado School of Mines Quarterly, v. 44, no. 2, 477 p.

Armbrustmacher, T.J., 1980, Abundance and distribution of thorium in the carbonatite stock at Iron Hill, Powderhorn district, Gunnison County, Colorado: U.S. Geological Survey Professional Paper 1049-B, p. B1–B11.

Armbrustmacher, T.J., 1981, The complex of alkaline rocks at Iron Hill, Powderhorn district, Gunnison County, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 293–296.

Armbrustmacher, T.J., Barton, H.N., Kulik, D.M., Lee, Keenan, and Brown, S.D., 1989, Mineral resources of the Gunnison Gorge Wilderness Study Area, Montrose and Delta Counties, Colorado: U.S. Geological Survey Bulletin 1715-D, p. D1–D14.

Armbrustmacher, T.J., and Futa, Kiyoto, 1985, Petrology of alkaline rocks in the carbonatite complex at Iron Hill, Powderhorn district, Gunnison County, Colorado; new geochemical and isotopic data: Geological Society of America Abstracts with Programs, v. 17, no. 3, p. 149.

Armbrustmacher, T.J., and Shannon, S.S., Jr., 1987, The carbonatite complex at Iron Hill, Powderhorn district, Gunnison County, Colorado, in Beus, S.S., ed., Rocky Mountain Section of the Geological Society of America: Geological Society of America Centennial Field Guide, v. 2, p. 325–327.

Atwood, W.W., and Mather, K.F., 1932, Physiography and Quaternary geology of the San Juan Mountains, Colorado: U.S. Geological Survey Professional Paper 166, 176 p.

Aubrey, W.M., 1988, Measured sections and environmental reconstructions of uppermost Jurassic to lowermost Upper Cretaceous rocks on the northern side of the San Juan Basin, southwestern Colorado: U.S. Geological Survey Open-File Report 88-231, 80 p.

Aurand, H.A., 1920, Fluorspar deposits of Colorado: Colorado Geological Survey Bulletin 18, 94 p.

Aurand, H.A., 1920, Mineral deposits of the Western Slope [Colorado]: Colorado Geological Survey Bulletin 22, 78 p.

Austin, S.R., and D'Andrea, R.F., Jr., 1978, Sandstone-type uranium deposits, in Mickle, D.G., and Mathews, G.W.,

eds., Geologic characteristics of environments favorable for uranium deposits: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-067(78), p. 87–119.

Baars, D.L., 1983, The Colorado Plateau—A geologic history: Albuquerque, N. Mex., University of New Mexico Press, 279 p.

Baars, D.L., and Ellingson, J.A., 1984, Geology of the western San Juan Mountains, in Brew, D.C., ed., Paleotectonics—San Juan Mountains, Dolores Formation—Paleosols and depositional systems, Jurassic depositional systems—San Juan Basin, Quaternary deposits and soils—Durango area: Field Trip Guidebook, 37th Annual Meeting, Rocky Mountain Section, Geological Society of America, p. 1–45.

Baars, D.L., and See, P.D., 1968, Pre-Pennsylvanian stratigraphy and paleotectonics of the San Juan Mountains, southwestern Colorado: Geological Society of America Bulletin, v. 79, no. 3, p. 333–350.

Baars, D.L., and Stevenson, G.M., 1981, Tectonic evolution of western Colorado and eastern Utah, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 105–112.

Bankey, Viki, 1993, Geophysical studies of the White River National Forest, northwestern and central Colorado, in Scott, R.W., Jr., Detra, P.S., and Berger, B.R., eds., Advances related to United States and international mineral resources—Developing frameworks and exploration technologies: U.S. Geological Survey Bulletin 2039, p. 233–236.

Bankey, Viki, Bove, D.J., Crane, M.J., Day, W.C., Knepper, D.H., Jr., Kucks, R.P., Lindsey, D.A., Miller, W.R., Oshetski, K.C., Nash, J.T., Roberts, L.N.R., Smith, S.M., Spanski, G.T., and Wilson, A.B., 1999, Mineral resource and environmental studies for federal land-use planning of public lands on the Western Slope, Colorado: Geological Society of America Abstracts with Programs, v. 31, no. 7, p. 197–198.

Banta, E.R., and Lane, T.J., 1992, Bibliography, index, and data sources for ground-water hydrology and geology of Colorado west of the continental divide: U.S. Geological Survey Open-File Report 92-79, 214 p.

Barker, Fred, 1969, Precambrian geology of the Needle Mountains, southwestern Colorado: U.S. Geological Survey Professional Paper 644-A, p. A1–A35.

Barker, Fred, Arth, J.G., Peterman, Z.E., and Friedman, Irving, 1976, The 1.7- to 1.8-b.y.-old trondhjemites of southwestern Colorado and northern New Mexico—Geochemistry and depths of genesis: Geological Society of America Bulletin, v. 87, no. 2, p. 189–198.

BLM_0104574

Barrett, J.K., and Pearl, R.H., 1978, An appraisal of Colorado's geothermal resources: Colorado Geological Survey Bulletin 39, 224 p.

Bartleson, Bruce, 1972, Permo–Pennsylvanian stratigraphy and history of the Crested Butte–Aspen region: Colorado School of Mines Quarterly, v. 67, no. 4, p. 187–248.

Barton, H.N., Fey, D.L., Motooka, J.M., and Hopkins, R.T., 1992, Analytical results and sample locality maps of stream-sediment and heavy-mineral-concentrate samples from the San Juan National Forest, Archuleta, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Rio Grande, San Juan, and San Miguel Counties, Colorado: U.S. Geological Survey Open-File Report 92-709-A and B, 44 p., 1 diskette.

Bartos, P.J., 1993, Comparison of gold-rich and gold-poor quartz-base metal veins, western San Juan Mountains, Colorado—The Mineral Point area as an example: Society of Economic Geologists Newsletter, v. 15, p. 1, 6–11.

Baskin, G.D., 1987, Mineral resources of the Collegiate Peaks Wilderness, Chaffee, Gunnison, Lake, and Pitkin Counties, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 45-87, 100 p.

Bastin, E.S., 1923, Silver enrichment in the San Juan Mountains, Colorado, in Ransome, F.L., Mansfield, G.R., and Burchard, E.F., eds., Contributions to economic geology 1922—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 735, p. 65–129.

Bauch, N.J., and Apodaca, L.E., 1995, Bibliography, indices, and data sources of water-related studies, upper Colorado River Basin, Colorado and Utah, 1872–1995: U.S. Geological Survey Open-File Report 95-450, 282 p.

Beach, R.A., 1984, Availability of federal land for mineral exploration and development in western states—Colorado: U.S. Bureau of Mines Special Paper SP-1984, 40 p.

Beaty, D.W., Johansing, R.J., and Thompson, T.B., 1988, Stratigraphy of the Mississippian Leadville Dolomite, Gilman to Leadville, Colorado—Redefinition of the Castle Butte and Red Cliff Members, in Thompson, T.B., and Beaty, D.W., eds., Geology and mineralization of the Gilman–Leadville area, Colorado: Society of Economic Geologists Guidebook Series, v. 2, p. 9–34.

Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., 1990, Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, 424 p.

Behrendt, J.C., and Bajwa, L.Y., 1974, Bouguer gravity and generalized elevation maps of Colorado: U.S. Geological Survey Geophysical Investigations Map GP-896, scale 1: 1,000,000.

Behrendt, J.C., and Bajwa, L.Y., 1974, Bouguer gravity map of Colorado: U.S. Geological Survey Geophysical Investigations Map GP-895, scale 1:500,000.

Belser, Carl, 1956, Tungsten potential in Chaffee, Fremont, Gunnison, Lake, Larimer, Park, and Summit Counties, Colorado: U.S. Bureau of Mines Information Circular 7748, 31 p.

Belser, Carl, 1956, Tungsten potential in the San Juan area, Ouray, San Juan, and San Miguel Counties, Colorado: U.S. Bureau of Mines Information Circular 7731, 18 p.

Bennett, G.S., 1984, Geochemistry of bimodal volcanic and volcaniclastic metasedimentary rocks, Cochetopa Canyon area, central Colorado: Lawrence, Kans., University of Kansas M.S. thesis, 82 p.

Bennett, G.S., Bickford, M.E., and Girty, G.H., 1984, Geochemistry and petrotectonic setting of bimodal volcanic and volcaniclastic rocks, Cochetopa Canyon area, central Colorado: Geological Society of America Abstracts with Programs, v. 16, no. 4, p. 214.

Berger, B.R., 1986, Descriptive model of hot-spring Au-Ag, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 143–144.

Berger, B.R., and Bonham, H.F., Jr., 1990, Epithermal gold-silver deposits in the Western United States; time-space products of evolving plutonic, volcanic and tectonic environments, in Hedenquist, J.W., White, N.C., and Siddeley, G., eds., Epithermal gold mineralization of the Circum-Pacific; Geology, geochemistry, origin and exploration, II: Journal of Geochemical Exploration, v. 36, no. 1–3, p. 103–142.

Berman, A.E., Poleschook, D., Jr., and Dimelow, T.E., 1980, Jurassic and Cretaceous systems of Colorado, in Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 111–128.

Beyth, M., Broxton, D., McInteer, C., Averett, W.R., and Stablein, N.K., 1982, Analysis of stream sediments reconnaissance data for mineral resources from the Montrose NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-8329-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-218(82), 95 p.

Bickford, M.E., and Boardman, S.J., 1984, A Proterozoic volcano-plutonic terrane, Gunnison and Salida areas, Colorado: Journal of Geology, v. 92, no. 6, p. 657–666.

Bickford, M.E., Bowring, S.A., and Gray, J.E., 1982, Chronology of igneous events in the Proterozoic of central Colorado: Geological Society of America Abstracts with Programs, v. 14, no. 6, p. 303.

Bickford, M.E., Shuster, R.D., and Boardman, S.J., 1989, U-Pb geochronology of the Proterozoic volcano-plutonic terrane in the Gunnison and Salida areas, Colorado, *in* Grambling, J.A., and Tewksbury, B.J., eds., Proterozoic geology of the southern Rocky Mountains: Geological Society of America Special Paper 235, p. 33–48.

Bieniewski, C.L., 1977, Economic appraisal, *in* Steven, T.A., and Bieniewski, C.L., eds., Mineral resources of the La Garita Wilderness, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Bulletin 1420, p. 40–64.

Biewick, L.H., and Mercier, T.J., 2000, The Colorado Plateau Geographic Information System (GIS); An introduction to the ArcView project and data library, *in* Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.H., eds., Geologic assessment of coal in the Colorado Plateau; Arizona, Colorado, New Mexico, and Utah: U.S. Geological Survey Professional Paper 1625-B, Chapter D, CD-ROM.

Billings, Patty, 1983, Underground geologic maps of the Golden Wonder mine, Lake City, Hinsdale County, Colorado: U.S. Geological Survey Open-File Report 83-907.

Billings, Patty, and Kalliokoski, J., 1982, Alteration and geologic setting of the Golden Wonder mine, western San Juan Mountains, Colorado: Geological Society of America Abstracts with Programs, v. 14, no. 7, p. 443–444.

Birmingham, S.D., and Van Loenen, R.E., 1983, Geochemical data from the West Needle and West Needle Contiguous Wilderness Study Areas, San Juan and La Plata Counties, Colorado: U.S. Geological Survey Open-File Report 83-814, 11 p.

Blackburn, W.H., and Vance, R.K., 1985, Geochemistry of the Proterozoic igneous and metaigneous rocks near Gunnison, Colorado: Geological Society of America Abstracts with Programs, v. 17, no. 4, p. 209.

Blair, Rob, 1996, The western San Juan Mountains—Their geology, ecology, and human history: Niwot, Colo., University Press of Colorado, Fort Lewis Foundation, 406 p.

Blair, Robert, 1996, Geology of the western San Juan Mountains and a tour of the San Juan Skyway, southwestern Colorado, *in* Thompson, R.A., Hudson, M.R., and Pillmore, C.L., eds., Geologic excursions to the Rocky Mountains and beyond; Guidebook for the 1996 Annual Meeting Geological Society of America, October 28–31, 1996: Colorado Geological Survey Special Publication 44, CD-ROM.

Bliss, J.D., ed., 1992, Developments in mineral deposit modeling: U.S. Geological Survey Bulletin 2004, 168 p.

Bloom, J.G., 1990, The geology, alteration, and mineralization of the Mineral Point mining district, San Juan County, Colorado: Pullman, Wash., Washington State University M.S. thesis, 169 p.

Boardman, R.L., Litsey, L.R., and Bowers, H.E., 1958, Exploration for uranium-vanadium deposits by the U.S. Geological Survey in the Club Mesa area, Uravan district, Montrose County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-169, scale 1:7,200.

Boardman, S.J., 1986, Early Proterozoic bimodal volcanic rocks in central Colorado, U.S.A.—Part I, Petrography, stratigraphy, and depositional history: Precambrian Research, v. 34, no. 1, p. 1–36.

Boardman, S.J., and Condie, K.C., 1986, Early Proterozoic bimodal volcanic rocks in central Colorado, U.S.A.—Part II, Geochemistry, petrogenesis and tectonic setting: Precambrian Research, v. 34, no. 1, p. 37–68.

Bolivar, S.L., 1986, A stream sediment data base for the state of Colorado, U.S.A. [abs.], *in* Nichols, C.E., ed., Exploration for ore deposits of the North American Cordillera: Journal of Geochemical Exploration, v. 25, no. 1–2, p. 251–252.

Bolivar, S.L., Balog, S.H., Campbell, K., Fugelso, E.L., Weaver, T.A., and Wecksung, G.W., 1980, Integration of 35 geological, geochemical, and geophysical data sets for the Montrose 1° × 2° quadrangle, Colorado [abs.]: Eos, v. 61, no. 46, p. 1158.

Bolivar, S.L., Balog, S.H., Campbell, K., Fugelso, L.E., Weaver, T.A., and Wecksung, G.W., 1981, Multisource data set integration and characterization of uranium mineralization for the Montrose quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-8807-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-148(81), 172 p.

Bolivar, S.L., Broxton, D.E., and Olsen, C.E., 1978, Uranium hydrogeochemical and stream sediment reconnaissance of the Denver and Greeley NTMS quadrangles, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7177-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-60(78), 138 p.

Bolivar, S.L., Campbell, K., and Wecksung, G.W., 1983, R-mode factor analysis applied to uranium exploration in the Montrose quadrangle, Colorado, *in* Parslow, G.R., ed., Geochemical exploration 1982: Journal of Geochemical Exploration, v. 19, no. 1–3, p. 723–743.

Botinelly, Theodore, and Weeks, A.D., 1957, Mineralogic classification of uranium-vanadium deposits of the Colorado Plateau: U.S. Geological Survey Bulletin 1074-A, p. 1–5.

Bove, D.J., 1987, The Gladiator mine, Lake City, Colorado; the mineralogy and paragenesis of an epithermal base- and precious-metal vein system: U.S. Geological Survey Open-File Report 87-489, 32 p.

Bove, D.J., 1988, Evolution of the Red Mountain alunite deposit, Lake City, Colorado: Boulder, Colo., University of Colorado M.S thesis, 179 p.

Bove, D.J., and Hon, Ken, 1990, Compositional changes induced by hydrothermal alteration at the Red Mountain alunite deposit, Lake City, Colorado: U.S. Geological Survey Bulletin 1936, 21 p.

Bove, D.J., and Hon, Ken, 1992, Geologic and alteration map and drill-core logs of the Red Mountain area near Lake City, Hinsdale County, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-2286, scale 1:12,000.

Bove, D.J., Hon, Ken, Budding, K.E., Slack, J.R., Snee, L.W., and Yeoman, R.A., 2000, Geochronology and geology of late Oligocene through Miocene volcanism and mineralization in the western San Luis Mountains, Colorado, version 1.0: U.S. Geological Survey Open-File Report 99-347, 35 p., URL: http://pubs.usgs.gov/of/1999/ofr-99-0347/.

Bove, D.J., and Knepper, D.H., Jr., 2000, Surface water data and geographic relation to Tertiary age intrusions and hydrothermal alteration in the Grand Mesa, Uncompahgre, and Gunnison National Forests (GMUG) and intervening Bureau of Land Management (BLM) lands: U.S. Geological Survey Open-File Report 00-271, URL: http://pubs.usgs.gov/of/2000/ofr-00-0271/, computer file.

Bove, D.J., Rye, R.O., and Hon, Ken, 1990, Evolution of the Red Mountain alunite deposit, Lake City, Colorado: U.S. Geological Survey Open-File Report 90-235, 30 p.

Bowers, T.L., 1995, Digital generalized geologic map of the Iron Hill, Colorado, alkaline rock complex: U.S. Geological Survey Open-File Report 95-232, 7 p., 2 diskettes.

Boyer, W.W., unpublished [submitted for U.S. Geological Survey review, 1926], Coal in the Dakota (?) Formation in southwestern Colorado and eastern Utah: U.S. Geological Survey Field Records Library, Denver, Colo., item NO-8009; figures in folder F-4047.

Brady, B.T., 1975, Map showing fluorspar deposits in Colorado: U.S. Geological Survey Mineral Investigations Resource Map MR-70, scale 1:500,000, 20 p.

Brew, D.C., ed., 1984, Paleotectonics—San Juan Mountains, Dolores Formation—Paleosols and depositional systems, Jurassic depositional systems—San Juan Basin, Quaternary deposits and soils—Durango area: Field Trip Guidebook, 37th Annual meeting, Rocky Mountain Section, Geological Society of America, 209 p.

Briggs, P.H., 1996, Forty elements by inductively coupled plasma–atomic emission spectrometry, in Arbogast, B.F., ed., Analytical methods manual for the Mineral Resource Surveys Program, U.S. Geological Survey: U.S. Geological Survey Open-File Report 96-525, p. 77–94.

Brister, B.S., 1989, New interpretation of development of San Luis Basin, south-central Colorado, based on petrology of Tertiary strata: American Association of Petroleum Geologists Bulletin, v. 73, no. 9, p. 1148–1149.

Brister, B.S., 1990, Tertiary sedimentation and tectonics, San Juan Sag–San Luis Basin region, Colorado and New Mexico: Socorro, N. Mex., New Mexico Institute of Mining and Technology Ph. D. dissertation, 267 p.

Brister, B.S., 1991, Stratigraphy and tectonic development of northern San Luis Basin, Colorado: Geological Society of America Abstracts with Programs, v. 23, no. 4, p. 7.

Brister, B.S., and Chapin, C.E., 1994, Sedimentation and tectonics of the Laramide San Juan Sag, southwestern Colorado: The Mountain Geologist, v. 31, no. 1, p. 2–18.

Brister, B.S., and Gries, R.R., 1994, Tertiary stratigraphy and tectonic development of the Alamosa Basin (northern San Luis Basin), Rio Grande Rift, south-central Colorado, in Keller, G.R., and Cather, S.M., eds., Basins of the Rio Grande Rift; structure, stratigraphy, and tectonic setting: Geological Society of America Special Paper 291, p. 39–58.

Brister, B.S., and Gries, R.R., 1996, Tertiary stratigraphy and tectonic development of the Alamosa Basin (northern San Luis Basin), Rio Grande Rift, south-central Colorado, in Thompson, R.A., Hudson, M.R., and Pillmore, C.L., eds., Geologic excursions to the Rocky Mountains and beyond; Guidebook for the 1996 Annual Meeting Geological Society of America, October 28–31, 1996: Colorado Geological Survey Special Publication 44, CD-ROM.

Brock, M.R., and Barker, Fred, 1972, Geologic map of the Mount Harvard quadrangle, Chaffee and Gunnison Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-952, scale 1:62,500.

Brock, M.R., and Gaskill, D.L., 1985, Geology of the Chama–Southern San Juan Mountains Wilderness Study Area, Colorado, in Mineral resources of the Chama–Southern San Juan Mountains Wilderness Study Area, Mineral, Rio Grande, Archuleta, and Conejos Counties, Colorado: U.S. Geological Survey Bulletin 1524, p. 5–34.

Brock, M.R., Neuerberg, G.J., and Botinelly, Theodore, 1985, Geochemical evaluation of mineral resources in the Chama–Southern San Juan Mountains Wilderness Study Area, Colorado, in Mineral resources of the Chama–Southern San Juan Mountains Wilderness Study Area, Mineral, Rio Grande, Archuleta, and Conejos Counties, Colorado: U.S. Geological Survey Bulletin 1524, p. 47–78.

Bromfield, C.S., 1967, Geology of the Mount Wilson quadrangle, western San Juan Mountains, Colorado: U.S. Geological Survey Bulletin 1227, 100 p.

**238    Resource Potential and Geology, Grand Mesa, Uncompahgre, and Gunnison National Forests, Colorado**

Bromfield, C.S., and Conroy, A.R., 1963, Preliminary geologic map of the Mount Wilson quadrangle, San Miguel County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-273, scale 1:24,000.

Bromfield, C.S., Williams, F.E., and Popenoe, Peter, 1972, Mineral resources of the Wilson Mountains Primitive Area, Colorado: U.S. Geological Survey Bulletin 1353-A, p. A1–A79.

Brooks, Tom, 1983, Hydrology and subsidence potential of proposed coal-lease tracks in Delta County, Colorado: U.S. Geological Survey Water-Resources Investigations Report 83-4069, 27 p.

Brooks, Tom, and Ackerman, D.J., 1985, Reconnaissance of ground-water resources in the lower Gunnison River Basin, southwestern Colorado: U.S. Geological Survey Water-Resources Investigations Report 84-4185, 30 p.

Brown, S.D., 1988, Mineral resources of the Gunnison Gorge Wilderness Study Area (CO-030-388), Delta and Montrose Counties, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 26-88, 26 p.

Brown, S.D., 1990, Mineral appraisal of the White River National Forest, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 9-90, 378 p.

Brown, W.H., 1926, The mineral zones of the White Cross district and neighboring deposits in Hinsdale County, Colorado: Colorado School of Mines, Mines Magazine, v. 15, p. 5–15.

Broxton, D.E., Morris, W.A., and Bolivar, S.L., 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Montrose NTMS quadrangle, Colorado, including concentrations of forty-three additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7507-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-125(79), 255 p.

Bruns, D.L., 1971, Geology of the Lake Mountain Northeast quadrangle, Saguache County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis T-1367, 79 p.

Bruns, D.L., Epis, R.C., Weimer, R.J., and Steven, T.A., 1971, Stratigraphic relations between Bonanza center and adjacent parts of the San Juan volcanic field, south-central Colorado, in James, H.L., ed., Guidebook of the San Luis Basin, Colorado: New Mexico Geological Society Guidebook, 22nd Field Conference, p. 183–190.

Bryant, Bruce, 1969, Geologic map of the Maroon Bells quadrangle, Pitkin and Gunnison Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-788, scale 1:24,000.

Bryant, Bruce, 1970, Geologic map of the Hayden Peak quadrangle, Pitkin and Gunnison Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-863, scale 1:24,000.

Bryant, Bruce, 1971, Disseminated sulfide deposits in the eastern Elk Mountains, Colorado, in Geological Survey research 1971: U.S. Geological Survey Professional Paper 750-D, p. D13–D25.

Bryant, Bruce, 1971, Geologic map of the Aspen quadrangle, Pitkin County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-933, scale 1:24,000.

Bryant, Bruce, 1971, Movement measurements on two rock glaciers in the eastern Elk Mountains, Colorado, in Geological Survey research 1971: U.S. Geological Survey Professional Paper 750-B, p. 108–116.

Bryant, Bruce, 1972, Geologic map of the Highland Peak quadrangle, Pitkin County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-932, scale 1:24,000.

Bryant, Bruce, 1979, Geology of the Aspen 15-minute quadrangle, Pitkin and Gunnison Counties, Colorado: U.S. Geological Survey Professional Paper 1073, 146 p.

Bullock, J.H., Jr., Barton, H.N., Briggs, P.H., and Roemer, T.A., 1989, Analytical results and sample locality map of stream-sediment, heavy-mineral-concentrate, and rock samples from the Gunnison Gorge Wilderness Study Area (CO-030-388), Delta and Montrose Counties, Colorado: U.S. Geological Survey Open-File Report 89-439, 11 p.

Bullock, J.H., Jr., Barton, H.N., Fey, D.L., Vaughn, R.B., and Roushey, B.H., 1990, Analytical results and sample locality maps of stream-sediment, heavy-mineral-concentrate, and rock samples from the Tabeguache Creek Wilderness Study Area (CO-030-300), Montrose County, Colorado: U.S. Geological Survey Open-File Report 90-428, 19 p.

Bullock, J.H., Jr., Barton, H.N., Kennedy, K.R., Vaughn, R.B., and Briggs, P.H., 1989, Analytical results and sample locality maps of stream-sediment and heavy-mineral-concentrate from Dolores River Canyon Wilderness Study Area (CO-030-290), Montrose and San Miguel Counties, Colorado: U.S. Geological Survey Open-File Report 89-187, 13 p.

Bullock, J.H., Jr., Barton, H.N., Kennedy, K.R., Vaughn, R.B., and Fey, D.L., 1989, Analytical results and sample locality maps of stream-sediment and heavy-mineral-concentrate samples from Westwater Canyon (UT-060-118) and Black Ridge Canyons West (CO-070-113A, UT-060-116/117) Wilderness Study Areas, Grand County, Utah and Mesa County, Colorado: U.S. Geological Survey Open-File Report 89-217, 19 p.

Burbank, W.S., 1930, Revision of geologic structure and stratigraphy in the Ouray district of Colorado, and its bearing on ore deposition: Colorado Scientific Society Proceedings, v. 12, no. 6, p. 151–232.

Burbank, W.S., 1932, Geology and ore deposits of the Bonanza mining district, Colorado:  U.S. Geological Survey Professional Paper 169, 166 p.

Burbank, W.S., 1933, The manganese minerals of the Sunny-side veins, Eureka Gulch, Colorado:  American Mineralogist, v. 18, no. 12, p. 513–527.

Burbank, W.S., 1933, Vein systems of the Arrastre Basin and regional geologic structure in the Silverton and Telluride quadrangles, Colorado:  Colorado Scientific Society Proceedings, v. 13, no. 3, p. 135–214.

Burbank, W.S., 1940, Structural control of ore deposition in the Uncompahgre district, Ouray County, Colorado, in Contributions to economic geology 1938–39:  U.S. Geological Survey Bulletin 906-E, p. 141–261.

Burbank, W.S., 1941, Structural control of ore deposition in the Red Mountains, Sneffels, and Telluride districts of the San Juan Mountains, Colorado:  Colorado Scientific Society Proceedings, v. 14, no. 5, p. 141–261.

Burbank, W.S., 1947, Early Tertiary ore deposits, Uncompahgre (Ouray) district, Ouray County, in Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 409–414.

Burbank, W.S., 1947, Eureka and Animas Forks area, Eureka district, San Juan County, in Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 433–435.

Burbank, W.S., 1947, General features [San Juan region], in Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 396–408.

Burbank, W.S., 1947, Lake City area, Hinsdale County, in Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 439–443.

Burbank, W.S., 1947, Red Mountain district, Ouray County, in Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 428–431.

Burbank, W.S., 1947, The Mineral Point, Poughkeepsie, and Upper Uncompahgre districts, San Juan and Ouray Counties, in Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 437–439.

Burbank, W.S., 1951, The Sunnyside, Ross Basin, and Bonita fault systems and their associated ore deposits:  Colorado Scientific Society Proceedings, v. 15, no. 7, p. 285–304.

Burbank, W.S., 1960, Pre-ore propylitization, Silverton caldera, Colorado, in Geological Survey research 1960; Short papers in the geological sciences:  U.S. Geological Survey Professional Paper 400-B, p. B12–B13.

Burbank, W.S., and Luedke, R.G., 1961, Origin and evolution of ore and gangue-forming solutions, Silverton caldera, San Juan Mountains, Colorado, in Geological Survey research 1961; Short papers in the geologic and hydrologic sciences, articles 147–292:  U.S. Geological Survey Professional Paper 424-C, p. C7–C11.

Burbank, W.S., and Luedke, R.G., 1964, Geology of the Ironton quadrangle, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ-291, scale 1:24,000.

Burbank, W.S., and Luedke, R.G., 1966, Geologic map of the Telluride quadrangle, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ-504, scale 1:24,000.

Burbank, W.S., and Luedke, R.G., 1968, Geology and ore deposits in the western San Juan Mountains, Colorado, in Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume:  New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 714–733.

Burbank, W.S., and Luedke, R.G., 1969, Geology and ore deposits of the Eureka and adjoining districts, San Juan Mountains, Colorado:  U.S. Geological Survey Professional Paper 535, 73 p.

Burbank, W.S., Luedke, R.G., and Ward, F.N., 1972, Arsenic as an indicator element for mineralized volcanic pipes in the Red Mountains area, western San Juan Mountains, Colorado:  U.S. Geological Survey Bulletin 1364, 31 p.

Burbank, W.S., and Pierson, C.T., 1953, Preliminary results of radiometric reconnaissance of parts of the northwestern San Juan Mountains, Colorado:  U.S. Geological Survey Circular 236, 11 p.

Burrell, S.D., 1967, Geology of an area southwest of Silverton, San Juan County, Colorado:  Boulder, Colo., University of Colorado M.S. thesis, pages unknown.

Bush, A.L., 1951, Sources of lightweight aggregate in Colorado:  Colorado Scientific Society Proceedings, v. 15, no. 8, p. 305–368.

Bush, A.L., and Bromfield, C.S., 1966, Geologic map of the Dolores Peak quadrangle, Dolores and San Miguel Counties, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ-536, scale 1:24,000.

Bush, A.L., Bromfield, C.S., Marsh, O.T., and Taylor, R.B., 1961, Preliminary geologic map of the Gray Head quadrangle, San Miguel County, Colorado:  U.S. Geological Survey Mineral Investigations Field Studies Map MF-176, scale 1:24,000.

Bush, A.L., Bromfield, C.S., and Pierson, C.T., 1959, Aerial geology of the Placerville quadrangle, San Miguel County, Colorado, in Contributions to economic geology 1957: U.S. Geological Survey Bulletin 1072-E, p. 299–384.

Bush, A.L., Marsh, O.T., and Taylor, R.B., 1960, Aerial geology of the Little Cone quadrangle, Colorado: U.S. Geological Survey Bulletin 1082-G, p. 423–492.

Butler, A.P., Jr., Finch, W.I., and Twenhofel, W.S., 1962, Epigenetic uranium in the United States, exclusive of Alaska and Hawaii: U.S. Geological Survey Mineral Investigations Resource Map MR-21, scale 1:3,168,000.

Butler, A.P., Jr., and Fischer, R.P., 1978, Uranium and vanadium resources of the Moab $1° \times 2°$ quadrangle, San Juan County, Utah and Montrose County, Colorado: U.S. Geological Survey Professional Paper 988-B, p. B1–B22.

Butler, B.S., 1915, Notes on the Unaweep copper district, Colorado, in Ransome, F.L., and Gale, H.S., eds., Contributions to economic geology 1913—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 580, p. 19–23.

Butler, D.L., Krueger, R.P., Osmundson, B.C., and Jensen, E.G., 1995, Reconnaissance investigation of water quality, bottom sediment, and biota associated with irrigation drainage in the Dolores project area, southwestern Colorado and southeastern Utah, 1990–91: U.S. Geological Survey Water-Resources Investigations Report 94-4041, 126 p.

Butler, D.L., Krueger, R.P., Osmundson, B.C., Thompson, A.L., and McCall, S.K., 1991, Reconnaissance investigation of water quality, bottom sediment, and biota associated with irrigation drainage in the Gunnison and Uncompahgre River Basins and at Sweitzer Lake, west-central Colorado, 1988–89: U.S. Geological Survey Water-Resources Investigations Report 91-4103, 99 p.

Butler, D.L., Wright, W.G., Hahn, D.A., Krueger, R.P., and Osmundson, B.C., 1994, Physical, chemical, and biological data for detailed study of irrigation drainage in the Uncompahgre project area and in the Grand Valley, west-central Colorado, 1991–92: U.S. Geological Survey Water-Resources Investigations Report 94-0110, 146 p.

Butler, D.L., Wright, W.G., Stewart, K.C., Osmundson, B.C., Krueger, R.P., and Crabtree, D.W., 1996, Detailed study of selenium and other constituents in water, bottom sediment, soil, alfalfa, and biota associated with irrigation drainage in the Uncompahgre project area and in the Grand Valley, west-central Colorado, 1991–93: U.S. Geological Survey Water-Resources Investigations Report 96-4138, 136 p.

Butler, G.M., 1915, The clays of eastern Colorado: Colorado Geological Survey Bulletin 8, 262 p.

Cadigan, R.A., 1970, Mercury in sedimentary rocks of the Colorado Plateau region, in Mercury in the environment: U.S. Geological Survey Professional Paper 713, p. 17–18.

Campbell, D.L., 1985, Gravity and aeromagnetic maps of the Maroon Bells–Snowmass Wilderness and Additions, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1647-B, scale 1:100,000.

Campbell, D.L., and Wallace, A.R., 1986, Aeromagnetic map of the Holy Cross Wilderness Area, Eagle, Lake, and Pitkin Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1841-B, scale 1:100,000.

Campbell, J.A., 1981, Summary of Paleozoic stratigraphy and history of western Colorado and eastern Utah, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 81–87.

Campbell, J.A., 1996, Paleozoic history, in Blair, Rob, ed., The western San Juan Mountains—Their geology, ecology, and human history: Niwot, Colo., University Press of Colorado, Fort Lewis Foundation, p. 44–53.

Campbell, J.A., and Brew, D.C., 1996, Mesozoic and Cenozoic history, in Blair, Rob, ed., The western San Juan Mountains—Their geology, ecology, and human history: Niwot, Colo., University Press of Colorado, Fort Lewis Foundation, p. 54–67.

Campbell, J.A., Franczyk, K.J., Lupe, R.D., and Peterson, Fred, 1982a, Cortez quadrangle, Colorado and Utah: Report of U.S. Geological Survey prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-051(82), 65 p.

Campbell, J.A., Franczyk, K.J., Lupe, R.D., and Peterson, Fred, 1982b, Moab quadrangle, Colorado and Utah: Report of U.S. Geological Survey prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-056(82), 68 p.

Cappa, J.A., 1998, Annual review 1997—Mining and exploration overviews—Colorado summary: Mining Engineering, v. 50, no. 5, p. 77–79.

Cappa, J.A., and Carroll, C.J., 2000, Annual review 1999—Mining and exploration overviews—Colorado summary: Mining Engineering, v. 52, no. 5, p. 64–67.

Carpenter, R.H., 1980, Evaluation of selected geochemical anomalies in Colorado and the southeastern U.S.: Final report: Report of University of Georgia prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-114(80), 73 p.

Carpenter, R.H., 1981, Interpretation of water sample analyses, Waunita Hot Springs area, Gunnison County, Colorado, in Zacharakis, T.G., Geothermal resource assessment of Waunita Hot Springs, Colorado: Colorado Geological Survey Special Publication 16, p. 26–30.

Carten, R.B., White, W.H., and Stein, H.J., 1993, High-grade granite-related molybdenum systems, classification and origin, *in* Kirkham, R.V., Sinclair, W.D., Thorpe, R.I., and Duke, J.M., eds., Mineral deposit modeling: Geological Association of Canada Special Paper 40, p. 521–554.

Carter, W.D., and Gualtieri, J.L., 1957, Preliminary geologic map of the Mount Peale 1 SE quadrangle, Montrose County, Colorado, and San Juan County, Utah: U.S. Geological Survey Mineral Investigations Field Studies Map MF-123, scale 1:24,000.

Carter, W.D., and Gualtieri, J.L., 1965, Geology and uranium-vanadium deposits of the La Sal quadrangle, San Juan County, Utah, and Montrose County, Colorado: U.S. Geological Survey Professional Paper 508, 82 p.

Casadevall, Tom, and Ohmoto, Hiroshi, 1977, Sunnyside mine, Eureka mining district, San Juan County, Colorado—Geochemistry of gold and base metal ore deposition in a volcanic environment: Economic Geology, v. 72, no. 7, p. 1285–1320.

Case, J.E., 1965, Gravitational evidence for a batholithic mass of low density along a segment of the Colorado Mineral Belt, *in* Abstracts for 1964: Geological Society of America Special Paper 82, p. 26.

Case, J.E., 1967, Geophysical ore guides along the Colorado Mineral Belt: U.S. Geological Survey Open-File Report 67-39, 13 p.

Case, J.E., and Joesting, H.R., 1972, Regional geophysical investigations in the central Colorado Plateau: U.S. Geological Survey Professional Paper 736, 31 p.

Case, J.E., Morin, R.L., and Dickerson, R.P., 1992, Map showing interpretation of geophysical anomalies of the northwestern Uncompahgre Uplift and vicinity, Grand County, Utah, and Mesa County, Colorado: U.S. Geological Survey Geophysical Investigations Map GP-997, scale 1:250,000.

Cashion, W.B., 1973, Geologic and structure map of the Grand Junction quadrangle, Colorado and Utah: U.S. Geological Survey Miscellaneous Investigations Series Map I-736, scale 1:250,000.

Caskey, D.J., 1979, Geology and hydrothermal alteration of the Iron Beds area, Hinsdale County, Colorado: Austin, Tex., University of Texas M.A. thesis, 110 p.

Cater, F.W., 1970, Geology of the Salt Anticline region in southwestern Colorado, *with a section on* Stratigraphy by F.W. Cater and L.C. Craig: U.S. Geological Survey Professional Paper 637, 80 p.

Cater, F.W., Jr., 1954, Geology of the Bull Canyon quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-33, scale 1:24,000.

Cater, F.W., Jr., 1954, Preliminary geologic map of the Horse Range Mesa quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-29, scale 1:24,000.

Cater, F.W., Jr., 1954, Preliminary geologic map of the Pine Mountain quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-20, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Anderson Mesa quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-77, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Calamity Mesa quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-61, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Davis Mesa quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-71, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Egnar quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-68, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Gypsum Gap quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-59, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Hamm Canyon quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-69, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Horse Range Mesa quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-64, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Joe Davis Hill quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-66, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Naturita NW quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-65, scale 1:24,000.

Cater, F.W., Jr., 1955, Geology of the Pine Mountain quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-60, scale 1:24,000.

Cater, F.W., Jr., 1955, Preliminary geologic map of the Anderson Mesa quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-25, scale 1:24,000.

Cater, F.W., Jr., 1955, Preliminary geologic map of the Egnar quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-26, scale 1:24,000.

Cater, F.W., Jr., 1955, Preliminary geologic map of the Hamm Canyon quadrangle, Colorado: U.S. Geological Survey

Mineral Investigations Field Studies Map MF-21, scale 1:24,000.

Cater, F.W., Jr., 1955, Preliminary geologic map of the Joe Davis Hill quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-27, scale 1:24,000.

Cater, F.W., Jr., 1955, Preliminary geologic map of the Naturita NW quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-30, scale 1:24,000.

Cater, F.W., Jr., Butler, A.P., Jr., and McKay, E.J., 1955, Geology of the Uravan quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-78, scale 1:24,000.

Cater, F.W., Jr., and McKay, E.J., 1955, Preliminary geologic map of the Davis Mesa quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-31, scale 1:24,000.

Cater, F.W., Jr., and McKay, E.J., 1955, Preliminary geologic map of the Uravan quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-24, scale 1:24,000.

Chase, C.A., 1929, A geological gamble in Colorado meets with success: Engineering and Mining Journal, v. 128, no. 6, p. 203–205.

Chatman, M.L., 1987, Mineral resources of the Black Ridge Canyons (CO-070-113)/Black Ridge Canyons West (CO-070-113A/UT-060-116/117), and Westwater Canyon (UT-060-118) Wilderness Study Areas, Mesa County, Colorado, and Grand County, Utah: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 44-87, 67 p.

Chenoweth, W.L., 1981, The uranium-vanadium deposits of the Uravan Mineral Belt and adjacent areas, Colorado and Utah, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 165–170.

Chenoweth, W.L., 1996, The uranium industry in the Paradox Basin, in Huffman, A.C., Jr., Lund, W.R., and Godwin, L.H., eds., Geology and resources of the Paradox Basin: Utah Geological Association Guidebook 25, p. 95–108.

Chenoweth, W.L., 1997, Raw materials activities of the Manhattan Project on the Colorado Plateau: Nonrenewable Resources, v. 6, no. 1, p. 33–41.

Chew, R.T., III, 1956, Uranium and vanadium deposits of the Colorado Plateau that produced more than 1,000 tons of ore through June 30, 1955: U.S. Geological Survey Mineral Investigations Field Studies Map MF-54, scale 1:750,000.

Chleborad, A.F., 1993, Description, origin and implications of a newly identified Slumgullion landslide deposit, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Open-File Report 93-548, 17 p.

Chronic, Halka, 1980, Roadside geology of Colorado: Missoula, Mont., Mountain Press Publishing Co., 322 p.

Chronic, John, and Chronic, Halka, 1972, Prairie, peak and plateau—A guide to the geology of Colorado: Colorado Geological Survey Bulletin 32, 126 p.

Church, S.E., 1993, Geochemical and lead-isotope data from stream and lake sediments, and cores from the upper Arkansas River drainage; Effects of mining at Leadville, Colorado, on heavy-metal concentrations in the Arkansas River, with contributions from C.W. Holmes, P.H. Briggs, R.B. Vaughn, J.D. Cathcart, and Margaret Marot: U.S. Geological Survey Open-File Report 93-534, 61 p.

Church, S.E., Kimball, B.A., Fey, D.L., Ferderer, D.A., Yager, T.J., and Vaughn, R.B., 1997, Source, transport, and partitioning of metals between water, colloids, and bed sediments of the Animas River, Colorado: U.S. Geological Survey Open-File Report 97-151, 135 p.

Church, S.E., Wilson, S.A., Vaughn, R.B., and Fey, D.L., 1994, Stream-sediment studies in the Arkansas River drainage basin, from Twin Lakes to Pueblo Reservoir, Colorado: U.S. Geological Survey Open-File Report 94-412, 40 p.

Clark, J.R., and Adrian, B.M., 1984, Geochemical map and interpretations for the Fossil Ridge Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Open-File Report 84-399, 17 p.

Clark, J.R., Adrian, B.M., Gruzensky, A., and Arbogast, B.F., 1984, A comparison of geochemical sampling and analytical techniques used for precious metal exploration in northeastern Gunnison County, Colorado: Exploration for ore deposits of the North American Cordillera; Abstracts with Program, Association of Exploration Geochemists Symposium, Reno, Nev. March 25–28, 1984, p. 43.

Coffin, R.C., 1921, Radium, uranium, and vanadium deposits of southwestern Colorado: Colorado Geological Survey Bulletin 16, 231 p.

Cole, R.D., Moore, G.E., Trevena, A.S., Armin, R.A., and Morton, M.P., 1996, Lithofacies definition in Cutler and Honaker Trail Formations, northeastern Paradox Basin, by sedimentologic observations and spectral gamma-ray data, in Huffman, A.C., Jr., Lund, W.R., and Godwin, L.H., eds., Geology and resources of the Paradox Basin: Utah Geological Association Guidebook 25, p. 161–172.

Coleman, R.G., and Delevaux, M.H., 1957, Occurrence of selenium in sulfides from some sedimentary rocks of the western United States: Economic Geology, v. 52, no. 5, p. 499–527.

Collins, B.A., 1976, Coal deposits of the Carbondale, Grand Hogback, and southern Danforth Hills coal fields, eastern Piceance Basin, Colorado:  Colorado School of Mines Quarterly, v. 71, no. 1, 138 p.

Collins, D.B., Graham, D.C., and Hornbaker, A.L., 1982, Leadville quadrangle, Colorado:  Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-027(82), 81 p.

Colorado Metal Mining Fund Board, 1960, Tungsten mines of Colorado:  Denver, Colo., State of Colorado Metal Mining Fund Board, 78 p.

Conel, J.E., and Alley, R.E., 1984, Lisbon Valley, Utah, uranium test site report, in Abrams, M.J., Conel, J.E., Lang, H.R., and Paley, H.N., eds., The Joint NASA/Geosat Test Case Project, Final Report—Part 2, Volume 1: Tulsa, Okla., American Association of Petroleum Geologists, p. 8.1–8.158.

Conyers, W.P., 1957, The geology of Upper Spring Creek and a petrographic analysis of the igneous intrusives of the area: Lexington, Ky., University of Kentucky thesis, 35 p.

Cook, D.R., 1952, The geology of the Pride of the West Vein System, San Juan County, Colorado:  Golden, Colo., Colorado School of Mines Ph. D. dissertation, 137 p.

Cooper, Margaret, 1954, Bibliography and index of literature on uranium and thorium and radioactive occurrences in the United States—Part 3, Colorado and Utah: Geological Society of America Bulletin, v. 65, no. 2, p. 467–590.

Cox, D.P., 1986, Descriptive model of polymetallic veins, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 125–129.

Cox, D.P., 1986, Descriptive model of sediment-hosted Cu, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 205.

Cox, D.P., and Singer, D.A., eds., 1986, Mineral deposit models:  U.S. Geological Survey Bulletin 1693, 379 p.

Crandell, D.R., and Varnes, D.J., 1961, Movement of the Slumgullion earthflow near Lake City, Colorado, in Geological Survey research 1961; Short papers in the geologic and hydrologic sciences, articles 1–146:  U.S. Geological Survey Professional Paper 424-B, p. B136–B139.

Crawford, R.D., 1913, Geology and ore deposits of the Monarch and Tomichi districts, Colorado:  Colorado Geological Survey Bulletin 4, 317 p.

Crawford, R.D., 1924, A contribution to the igneous geology of central Colorado:  American Journal of Science, v. 7, p. 365–388.

Crawford, R.D., and Worcester, P.G., 1916, Geology and ore deposits of the Gold Brick district, Colorado:  Colorado Geological Survey Bulletin 10, 116 p.

Crock, J.G., Lichte, F.E., and Briggs, P.H., 1983, Determination of elements in National Bureau of Standards geological reference materials SRM 278 obsidian and SRM 688 basalt by inductively coupled argon plasma–atomic emission spectroscopy:  Geostandards Newsletter, v. 7, no. 2, p. 335–340.

Crock, J.G., Stewart, K.C., and Severson, R.C., 1994, Listing of geochemical data and assessment of variability for soils and alfalfa of the Uncompahgre project area, Colorado: U.S. Geological Survey Open-File Report 94-580, 83 p.

Cross, Whitman, and Hole, A.D., 1910, Engineer Mountain Folio, Colorado:  U.S. Geological Survey, Geologic atlas of the United States, Folio 171, 14 p.

Cross, Whitman, Howe, Ernest, and Irving, J.D., 1907, Ouray Folio, Colorado:  U.S. Geological Survey, Geologic atlas of the United States, Folio 153, 20 p.

Cross, Whitman, Howe, Ernest, Irving, J.D., and Emmons, W.H., 1905, Needle Mountains Folio, Colorado:  U.S. Geological Survey, Geologic atlas of the United States, Folio 131, 14 p.

Cross, Whitman, Howe, Ernest, and Ransome, F.L., 1905, Silverton Folio, Colorado:  U.S. Geological Survey, Geologic atlas of the United States, Folio 120, 34 p.

Cross, Whitman, and Larsen, E.S., 1935, A brief review of the geology of the San Juan region of southwestern Colorado: U.S. Geological Survey Bulletin 843, 138 p.

Cross, Whitman, and Purington, C.W., 1899, Telluride Folio, Colorado:  U.S. Geological Survey, Geologic atlas of the United States, Folio 57, 19 p.

Cross, Whitman, and Ransome, F.L., 1905, Rico Folio, Colorado:  U.S. Geological Survey, Geologic atlas of the United States, Folio 130, 20 p.

Cross, Whitman, and Shannon, E.V., 1928, The geology, petrography, and mineralogy of the vicinity of Italian Mountain, Gunnison County, Colorado:  Proceedings U.S. National Museum v. 71, Art. 18, 42 p.

Cruson, M.G., 1973, Geology and ore deposits of the Grizzly Peak Cauldron Complex, Sawatch Range, Colorado: Golden, Colo., Colorado School of Mines Ph. D. dissertation T-1538, .

Cunningham, C.G., Jr., 1976, Petrogenesis and post-magmatic geochemistry of the Italian Mountain intrusive complex, eastern Elk Mountains, Colorado:  Geological Society of America Bulletin, v. 87, no. 6, p. 897–908.

BLM_0104583

Cunningham, C.G., Naeser, C.W., Marvin, R.F., Luedke, R.G., and Wallace, A.R., 1994, Ages of selected intrusive rocks and associated ore deposits in the Colorado Mineral Belt: U.S. Geological Survey Bulletin 2109, 31 p.

Daly, C.H., 1983, An evaluation of an area of potential molybdenum mineralization, Chicago Park, Gunnison County, Colorado: Rapid City, S.Dak., South Dakota School of Mines and Technology M.S. thesis, 68 p.

Daniels, J.J., 1987, Geophysical appraisal, in Snyder, G.L., Patten, L.L., and Daniels, J.J., Mineral resources of the Mount Zirkel Wilderness and northern Park Range vicinity, Jackson and Routt Counties, Colorado: U.S. Geological Survey Bulletin 1554, p. 215–221.

Dapples, E.C., 1939, Coal metamorphism in the Anthracite–Crested Butte quadrangles, Colorado: Economic Geology, v. 34, no. 4, p. 369–398.

Dapples, E.C., 1940, Coal metamorphism in the Anthracite–Crested Butte quadrangles, Colorado [correction]: Economic Geology, v. 35, no. 1, p. 109.

Dare, W.L., 1959, Underground mining methods and costs at three Salt Wash uranium mines of Climax Uranium County: U.S. Bureau of Mines Information Circular 7908, 36 p.

Dare, W.L., 1959, Uranium mining practices and costs at ten Salt Wash operations of Union Carbide Nuclear County: U.S. Bureau of Mines Information Circular 7922, 71 p.

Davis, M.W., and Streufert, R.K., 1990, Gold occurrences of Colorado: Colorado Geological Survey Resource Series 28, 101 p.

Dawson, H.E., and Weaver, T.A., 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Durango NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7346-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-10(79), 111 p.

Day, D.T., and Richards, R.H., 1906, Black sands: U.S. Geological Survey, Mineral Resources of the United States, v. 1905, p. 1194–1195.

Day, W.C., Green, G.N., Knepper, D.H., Jr., and Phillips, R.C., 1999, Spatial geologic data model for the Gunnison, Grand Mesa, Uncompahgre National Forests mineral assessment area, southwestern Colorado and digital data for the Leadville, Montrose, Durango, and the Colorado parts of the Grand Junction, Moab, and Cortez 1° × 2° geologic maps: U.S. Geological Survey Open-File Report 99-427, CD-ROM.

De Voto, R.H., 1980, Pennsylvanian stratigraphy and history of Colorado, in Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 71–102.

De Voto, R.H., 1990, Paleozoic stratigraphy, tectonism, thermal history, and basin evolution of Central Colorado, in Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, p. 29–44.

Deacon, J.R., and Driver, N.E., 1999, Distribution of trace elements in streambed sediment associated with mining activities in the Upper Colorado River Basin, Colorado, USA, 1995–96: Archives of Environmental Contamination and Toxicology, v. 37, no. 1, p. 7–18.

Deacon, J.R., and Stephens, V.C., 1996, Summary of biological and contaminant investigations related to stream water quality and environmental setting in the upper Colorado River Basin, 1938–95: U.S. Geological Survey Water-Resources Investigations Report 96-4172, 37 p.

del Rio, S.M., 1960, Mineral resources of Colorado, 1st sequel: Denver, Colo., State of Colorado Metal Mining Fund Board, 764 p.

DeWitt, Ed, and Kluender, S.E., 1984, Fossil Ridge Wilderness Study Area, Colorado, in Marsh, S.P., Kropschot, S.J., and Dickinson, R.G., eds., Wilderness mineral potential; assessment of mineral-resource potential in U.S. Forest Service lands studied 1964–1984: U.S. Geological Survey Professional Paper 1300, p. 443–445.

DeWitt, Ed, Stoneman, R.J., Clark, J.R., and Kluender, S.E., 1985, Mineral resource potential map of the Fossil Ridge Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1629-A, scale 1:50,000, 21 p.

DeWitt, Ed, Zech, R.S., Chase, C.G., Zartman, R.E., Kucks, R.P., Bartleson, Bruce, Rosenlund, G.C., and Earley, Drummond, III, 2002, Geologic and aeromagnetic maps of the Fossil Ridge area and vicinity, Gunnison County, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-2738, scale 1:30,000.

Dickerson, R.P., compiler, 1986, Mineral resource potential of National Forest RARE II and Wilderness Areas in Colorado: U.S. Geological Survey Open-File Report 86-364, 178 p.

Dickerson, R.P., Barton, H.N., Blank, H.R., Jr., and Scott, D.C., 1990, Mineral resources of the Tabeguache Creek Wilderness Study Area, Montrose County, Colorado: U.S. Geological Survey Bulletin 1715-E, p. E1–E15.

Dickerson, R.P., Case, J.E., Barton, H.N., and Chatman, M.L., 1988, Mineral resources of the Black Ridge Canyons Wilderness Study Area, Mesa County, Colorado, and Grand County, Utah, and Westwater Canyon Wilderness Study Area, Grand County, Utah: U.S. Geological Survey Bulletin 1736-C, p. C1–C24.

Dickinson, K.A., Hills, F.A., Boudette, E.L., Campbell, A.M., Dubiel, R.F., Dula, W.F., Felmlee, J.K., Ford, S.H., Granger,

H.C., Hon, K., McCardle, L., McDonnell, J.R., Mudgett, P.B., Nash, J.T., Otton, J.K., Parker, J.M., Priestly, R.D., and Robinson, K., 1982, Pueblo quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-075(82), 109 p.

Dickinson, R.G., 1965, Geologic map of the Cerro Summit quadrangle, Montrose County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-486, scale 1:24,000.

Dickinson, R.G., 1965, Landslide origin of the type Cerro Till, southwestern Colorado, in Geological Survey research 1965: U.S. Geological Survey Professional Paper 525-C, p. C147–C151.

Dickinson, R.G., 1987, Geologic map of the Buckhorn Lakes quadrangle, Gunnison, Montrose, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1642, scale 1:24,000.

Dickinson, R.G., 1987, Geologic map of the Washboard Rock quadrangle, Gunnison, Montrose, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1643, scale 1:24,000.

Dickinson, R.G., 1988, Geologic map of the Courthouse Mountain quadrangle, Gunnison, Hinsdale, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1644, scale 1:24,000.

Dickinson, W.R., Klute, M.A., Hayes, M.J., Janecke, S.U., Lundin, E.R., McKittrick, M.A., and Olivares, M.D., 1988, Paleogeographic and paleotectonic setting of Laramide sedimentary basins in the central Rocky Mountain region: Geological Society of America Bulletin, v. 100, no. 7, p. 1023–1039.

Dings, M.G., 1949, The Gunnison Forks sulfur deposit, Delta County, Colorado: Colorado Scientific Society Proceedings, v. 15, no. 5, p. 237–256.

Dings, M.G., and Robinson, C.S., 1957, Geology and ore deposits of the Garfield quadrangle, Colorado: U.S. Geological Survey Professional Paper 289, 110 p.

Doe, B.R., Steven, T.A., Delevaux, M.H., Stacey, J.S., Lipman, P.W., and Fisher, F.S., 1979, Genesis of ore deposits in the San Juan volcanic field, southwestern Colorado—Lead isotope evidence: Economic Geology, v. 74, no. 1, p. 1–26.

Domenico, J.A., Day, G.W., and Nowlan, G.A., 1984, Analytical results and sample locality map of stream-sediment and panned-concentrate samples from the Buffalo Peaks Wilderness Study Area, Lake, Park, and Chaffee Counties, Colorado: U.S. Geological Survey Open-File Report 84-342, 20 p.

Donnell, J.R., 1961, Tripartition of the Wasatch Formation near De Beque in northwestern Colorado, in Geological Survey research 1961; Short papers in the geologic and hydrologic sciences, articles 1–146: U.S. Geological Survey Professional Paper 424-B, p. B147–B150.

Donnell, J.R., 1962, Geology and coal resources of the Carbondale area, Garfield, Pitkin, and Gunnison Counties, Colorado: U.S. Geological Survey Open-File Report (62-38), 2 sheets.

Donnell, J.R., Yeend, W.E., and Smith, M.C., 1988, Geologic map of the Hawxhurst Creek quadrangle, Garfield and Mesa Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-2026, scale 1:24,000.

Donnell, J.R., Yeend, W.E., and Smith, M.C., 1990, Geologic map of the South Mamm Peak quadrangle, Garfield and Mesa Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-2113, scale 1:24,000.

Dooley, J.R., Jr., and Hathaway, J.C., 1961, Two occurrences of thorium-bearing minerals with rhabdophane-like structure, in Geological Survey research 1961; Short papers in the geologic and hydrologic sciences, articles 147–292: U.S. Geological Survey Professional Paper 424-C, p. C339–C341.

Drobeck, P.A., 1980, Geology and trace element geochemistry of a part of the Gunnison Gold Belt, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 67 p.

Drobeck, P.A., 1981, Proterozoic syngenetic massive sulfide deposits in the Gunnison Gold Belt, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 279–286.

Dubiel, R.F., 1994, Triassic deposystems, paleogeography, paleoclimate of the Western Interior, in Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 133–168.

Dunrud, C.R., 1989, Geologic map and coal stratigraphic framework of the Cedaredge area, Delta County, Colorado: U.S. Geological Survey Coal Investigations Map C-116, scale 1:50,000.

Dunrud, C.R., 1989, Geologic map and coal stratigraphic framework of the Paonia area, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Coal Investigations Map C-115, scale 1:50,000.

Duval, J.S., Jones, W.J., Riggle, F.R., and Pitkin, J.A., 1995, Potassium, uranium, and thorium aerial gamma-ray maps of the conterminous United States: U.S. Geological Survey Geophysical Investigations Map GP-1010, scale 1: 2,500,000, 7 p.

Dyman, T.S., Merewether, E.A., Molenaar, C.M., Cobban, W.A., Obradovich, J.D., Weimer, R.J., and Bryant, W.A., 1994, Stratigraphic transects for Cretaceous rocks, Rocky Mountains and Great Plains regions, in Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 365–389.

Eager, P.G., 1978, Geophysical logs of coal test drill holes in the Grand Mesa coal field, Delta and Mesa Counties, Colorado: U.S. Geological Survey Open-File Report 78-540, 97 p.

Eager, P.G., 1979, Geophysical logs of coal test drill holes in the Grand Mesa coal field, Delta County, Colorado: U.S. Geological Survey Open-File Report 79-327, 21 p.

Eakins, Wynn, 1986, Coal resources of the Dakota Sandstone, southwestern Colorado: Colorado Geological Survey Open-File Report 86-1A, 77 p.

Eakins, Wynn, and Coates, M.M., 1998, Focus—Colorado Coal: Colorado Geological Survey Rock Talk, v. 1, no. 3, 6 p.

Earley, Drummond, III, 1987, Structural and petrologic studies of a Proterozoic terrain; "Gold Brick district," Gunnison County, Colorado: Duluth, Minn., University of Minnesota M.S. thesis, 148 p.

Earley, Drummond, III, and Stout, J.H., 1991, Cordierite-cummingtonite facies rocks from the Gold Brick district, Colorado: Journal of Petrology, v. 32, p. 1169–1201.

Eckel, E.B., 1961, Minerals of Colorado—A 100-year record: U.S. Geological Survey Bulletin 1114, 399 p.

Eckstrand, O.R., ed., 1984, Canadian mineral deposit types—A geological synopsis: Geological Survey of Canada Economic Geology Report 36, 86 p.

Eicher, L.J., Hedlund, D.C., and Miller, G.A., 1957, Preliminary geologic map and sections of the western part of the Gateway district, Mesa County, Colorado, and Grand County, Utah: U.S. Geological Survey Mineral Investigations Field Studies Map MF-122, scale 1:24,000.

Elder, W.P., and Kirkland, J.I., 1994, Cretaceous paleogeography of the southern western interior region, in Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 415–440.

Ellis, C.E., 1983, Mineral investigation of the Oh-Be-Joyful Wilderness Study Area, Gunnison County, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 81-83, 59 p.

Ellis, M.S., Freeman, V.L., and Donnell, J.R., 1988, Cross sections showing coal beds and coal zones in the Mesaverde Formation in the Carbondale 30' × 60' quadrangle, west-central Colorado: U.S. Geological Survey Coal Investigations Map C-97-B, scale 1:100,000.

Ellis, M.S., Gaskill, D.L., and Dunrud, C.R., 1987, Geologic map of the Paonia and Gunnison area, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Coal Investigations Map C-109, scale 1:100,000.

Emmons, S.F., Cross, Whitman, and Eldridge, G.H., 1894, Anthracite–Crested Butte Folio, Colorado: U.S. Geological Survey, Geologic atlas of the United States, Folio 9, 11 p.

Emmons, W.H., 1906, The Cashin mine, Montrose County, Colo., in Emmons, S.F., and Eckel, E.C., eds., Contributions to economic geology 1905: U.S. Geological Survey Bulletin 285, p. 125–128.

Emmons, W.H., and Larsen, E.S., 1923, Geology and ore deposits of the Creede district, Colorado: U.S. Geological Survey Bulletin 718, 198 p.

Ensign, C.O., Jr., White, W.S., Wright, J.C., Patrick, J.L., Leone, R.J., Hathaway, D.J., Trammell, J.W., Fritts, J.J., and Wright, T.L., 1968, Copper deposits in the Nonesuch Shale, White Pine, Michigan, in Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 460–488.

Epis, R.C., Scott, G.R., Taylor, R.B., and Chapin, C.E., 1976, Cenozoic volcanic, tectonic, and geomorphic features of central Colorado, in Epis, R.C., and Weimer, R.J., eds., Studies in Colorado field geology: Professional Contributions of the Colorado School of Mines no. 8, p. 323–338.

Epis, R.C., Scott, G.R., Taylor, R.B., and Sharp, W.N., 1976, Petrologic, tectonic, and geomorphic features of central Colorado, in Epis, R.C., and Weimer, R.J., eds., Studies in Colorado field geology: Professional Contributions of the Colorado School of Mines no. 8, p. 301–322.

Epis, R.C., Scott, G.R., Taylor, R.B., and Chapin, C.E., 1980, Summary of Cenozoic geomorphic volcanic and tectonic features of central Colorado and adjoining areas, in Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 135–156.

Erdmann, C.E., 1934, The Book Cliffs coal field in Garfield and Mesa Counties, Colorado: U.S. Geological Survey Bulletin 851, 150 p.

Erickson, R.L., ed., 1982, Characteristics of mineral deposit occurrences: U.S. Geological Survey Open-File Report 82-795, 253 p.

BLM_0104586

Fassett, J.E., 1985, Early Tertiary paleogeography and paleo-tectonics of the San Juan Basin area, New Mexico and Colorado, *in* Flores, R.M., and Kaplan, S.S., eds., Cenozoic paleogeography of west-central United States: Rocky Mountain Section, Society of Economic Paleontologists and Mineralogists, p. 247–276.

Finch, W.I., 1959, Geology of uranium deposits in Triassic rocks of the Colorado Plateau region: U.S. Geological Survey Bulletin 1074-D, p. 124–164.

Finch, W.I., 1967, Geology of epigenetic uranium deposits in sandstone in the United States: U.S. Geological Survey Professional Paper 538, 121 p.

Fischer, R.P., 1936, Peculiar hydrothermal copper-bearing veins of the northeastern Colorado Plateau: Economic Geology, v. 31, no. 6, p. 571–599.

Fischer, R.P., 1942, Vanadium deposits of Colorado and Utah, a preliminary report, *in* Strategic minerals investigations 1942: U.S. Geological Survey Bulletin 936-P, p. 363–394.

Fischer, R.P., 1947, Deposits of vanadium-bearing sandstone, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, p. 451–456.

Fischer, R.P., 1968, The uranium and vanadium deposits of the Colorado Plateau region, *in* Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 735–746.

Fischer, R.P., and Fisher, F.S., 1968, Interpreting pan-concentrate analyses of stream sediments in geochemical exploration for gold: U.S. Geological Survey Circular 592, 9 p.

Fischer, R.P., Haff, J.C., and Rominger, J.F., 1947, Vanadium deposits near Placerville, San Miguel County, Colorado: Colorado Scientific Society Proceedings, v. 15, no. 3, p. 115–146.

Fischer, R.P., and Hilpert, L.S., 1952, Geology of the Uravan Mineral Belt: U.S. Geological Survey Bulletin 988-A, p. 1–13.

Fischer, R.P., Luedke, R.G., Sheridan, M.J., and Raabe, R.G., 1968, Mineral resources of the Uncompahgre Primitive Area, Colorado: U.S. Geological Survey Bulletin 1261-C, p. C1–C91.

Fisher, D.J., Erdmann, C.E., and Reeside, J.B., Jr., 1960, Cretaceous and Tertiary formations of the Book Cliffs, Carbon, Emery, and Grand Counties, Utah, and Garfield and Mesa Counties, Colorado: U.S. Geological Survey Professional Paper 332, 80 p.

Fisher, F.S., 1987, Geochemical data, Red Mountains mining district, San Juan Mountains, Colorado: U.S. Geological Survey Open-File Report 87-174, scale 1:12,000, 52 p.

Fisher, F.S., 1990, Gold deposits of the Sneffels–Telluride and Camp Bird mining districts, San Juan Mountains, Colorado, *in* Shawe, D.R., Ashley, R.P., and Carter, L.M.H., eds., Geology and resources of gold in the United States—Chapter F, Gold-bearing polymetallic veins and replacement deposits—Part II: U.S. Geological Survey Bulletin 1857-F, p. F12–F18.

Fisher, F.S., and Leedy, W.P., 1973, Geochemical characteristics of mineralized breccia pipes in the Red Mountain district, San Juan Mountains, Colorado: U.S. Geological Survey Bulletin 1381, 43 p.

Fleischer-Mutel, C., and Emrick, J.C., 1984, From grassland to glacier—The natural history of Colorado: Boulder, Colo., Johnson Books, 238 p.

Fleming, R.W., Baum, R.L., and Savage, W.Z., 1996, Kinematics of the Slumgullion Landslide, Lake City, Colorado, *in* Thompson, R.A., Hudson, M.R., and Pillmore, C.L., eds., Geologic excursions to the Rocky Mountains and beyond; Guidebook for the 1996 Annual Meeting Geological Society of America, October 28–31, 1996: Colorado Geological Survey Special Publication 44, CD-ROM.

Fortescue, J.A.C., 1992, Landscape geochemistry; Retrospect and prospect—1990: Applied Geochemistry, v. 7, no. 1, p. 1–53.

Franklin, J.M., 1993, Volcanic-associated massive sulfide deposits, *in* Kirkham, R.V., Sinclair, W.D., Thorpe, R.I., and Duke, J.M., eds., Mineral deposit modeling: Geological Association of Canada Special Paper 40, p. 315–334.

Franklin, J.M., Hannington, M.D., Jonasson, I.R., and Barrie, C.T., 1998, Arc-related volcanogenic massive sulfide deposits: British Columbia Geological Survey Short Course Notes, Open File 1998-5, Section B, p. N1–N32.

Franklin, J.M., Lydon, J.W., and Sangster, D.F., 1981, Volcanic-associated massive sulfide deposits, *in* Skinner, B.J., ed., Economic Geology 75th Anniversary Volume: El Paso, Tex., Economic Geology Publishing Co., p. 485–627.

Freeman, V.L., Campbell, D.L., King, H.D., Weisner, R.C., and Bieniewski, C.L., 1985, Mineral resource potential map of the Maroon Bells–Snowmass Wilderness and Additions. Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1647-A, scale 1:100,000.

Freeman, V.L., and Weisner, R.C., 1984, Maroon Bells–Snowmass Wilderness and additions, Colorado, *in* Marsh, S.P., Kropschot, S.J., and Dickinson, R.G., eds., Wilderness mineral potential; assessment of mineral-resource potential in U.S. Forest Service lands studied 1964–1984: U.S. Geological Survey Professional Paper 1300, p. 459–461.

Fridrich, C.J., DeWitt, Ed, Bryant, Bruce, Richard, S.M., and Smith, R.P., 1998, Geologic map of the Collegiate Peaks Wilderness Area and the Grizzly Peak caldera, Sawatch Range, central Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-2565, scale 1:50,000, 29 p.

Fridrich, C.J., and Mahood, G.A., 1984, Reverse zoning in the resurgent intrusions of the Grizzly Peak cauldron, Sawatch Range, Colorado: Geological Society of America Bulletin, v. 95, no. 7, p. 779–787.

Fridrich, C.J., Smith, R.P., DeWitt, Ed, and McKee, E.H., 1991, Structural, eruptive, and intrusive evolution of the Grizzly Peak caldera, Sawatch Range, Colorado: Geological Society of America Bulletin, v. 103, no. 9, p. 1160–1177.

Fritz, F.P., 1979, The geophysical signature of the Mt. Emmons porphyry molybdenum deposit, Gunnison County, Colorado [abs.]: Geophysics, v. 44, no. 3, p. 410.

Gabelman, J.W., and Boyer, W.H., 1960, Tectonic control of mineral belts in the southwestern Colorado metallogenic province: American Institute of Mining and Metallurgical Engineers Transactions, v. 217, p. 296–309.

Gaccetta, J.D., Detra, D.E., Fey, D.L., and Vaughn, R.B., 1990, Analytical results and sample locality map of stream-sediment, heavy-mineral-concentrate, and rock samples from the Coal Canyon (UT-060-100C), Spruce Canyon (UT-060-100D), and Flume Canyon (UT-060-100B) Wilderness Study Areas, Grand County, Utah: U.S. Geological Survey Open-File Report 90-30, 42 p.

Garrels, R.M., and Larsen, E.S., 1959, Geochemistry and mineralogy of the Colorado Plateau uranium ores: U.S. Geological Survey Professional Paper 320, 236 p.

Garrett, H.L., 1950, The geology of Star Basin and Star mine, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 45 p.

Gaskill, D.L., 1956, Geology of the White Rock Mountain area, Gunnison County, Colorado: Albuquerque, N. Mex., University of New Mexico M.S. thesis, 175 p.

Gaskill, D.L., Colman, S.M., DeLong, J.E., Jr., and Robinson, C.H., 1986, Geologic map of the Crested Butte quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1580, scale 1:24,000.

Gaskill, D.L., DeLong, J.E., Jr., and Cochran, D.M., 1987, Geologic map of the Mt. Axtell quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1604, scale 1:24,000.

Gaskill, D.L., and Godwin, L.H., 1966a, Geologic map of the Marble quadrangle, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-512, scale 1:24,000.

Gaskill, D.L., and Godwin, L.H., 1966b, Geologic map of the Marcellina Mountain quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-511, scale 1:24,000.

Gaskill, D.L., Godwin, L.H., and Mutschler, F.E., 1967, Geologic map of the Oh-Be-Joyful quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-578, scale 1:24,000.

Gaskill, D.L., and Meeves, H.C., 1984, West Elk Wilderness, Colorado, in Marsh, S.P., Kropschot, S.J., and Dickinson, R.G., eds., Wilderness mineral potential; assessment of mineral-resource potential in U.S. Forest Service lands studied 1964–1984: U.S. Geological Survey Professional Paper 1300, p. 499–501.

Gaskill, D.L., Mutschler, F.E., and Bartleson, B.L., 1981, West Elk volcanic field, Gunnison and Delta Counties, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 305–315.

Gaskill, D.L., Mutschler, F.E., Kramer, J.H., Thomas, J.A., and Zahony, S.G., 1991, Geologic map of the Gothic quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1689, scale 1:24,000.

Gaskill, D.L., Rosenbaum, J.G., King, H.D., Meeves, H.C., and Bieniewski, K.L., 1977, Mineral resources of the West Elk Wilderness and vicinity, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Open-File Report 77-751, 111 p.

Gautier, D.L., and Varnes, K.L., 1993, Plays for Assessment in Region III, Colorado Plateau and Basin and Range as of October 4, 1993, 1995 National Assessment of Oil and Gas, US Geological Survey: U.S. Geological Survey Open-File Report 93-596-C, 18 p.

Geodata International, 1981, Aerial radiometric and magnetic survey, Grand Junction national topographic map, Colorado and Utah: U.S. Department of Energy, Grand Junction, Colo., GJBX-112(81), variously paginated.

Geometrics, 1979, Aerial gamma ray and magnetic survey, Uncompahgre Uplift Project, Salina, Utah; Moab, Utah and Colorado; Montrose and Leadville, Colorado quadrangles, Final Report, 2 Volumes: U.S. Department of Energy, Grand Junction, Colo., GJBX-95(79), variously paginated.

Gerlitz, C.N., Barton, H.N., Kulik, D.M., and Martin, C.M., 1988, Mineral resources of the Dolores River Canyon Wilderness Study Area, Montrose and San Miguel Counties, Colorado: U.S. Geological Survey Bulletin 1715-C, p. C1–C16.

BLM_0104588

Gese, D.D., 1993, Executive summary—Regional mineral appraisal of the Leadville 2 degree quadrangle, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 17-93, 14 p.

Gese, D.D., and Scott, D.C., 1993, Regional mineral appraisal of the Leadville 2 degree quadrangle, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 20-93, 324 p.

Goddard, E.N., 1936, The geology and ore deposits of the Tincup mining district, Gunnison County, Colorado: Colorado Scientific Society Proceedings, v. 13, no. 10, p. 551–595.

Godwin, L.H., 1968, Geologic map of the Chair Mountain quadrangle, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-704, scale 1:24,000.

Godwin, L.H., and Gaskill, D.L., 1964, Post-Paleocene West Elk laccolithic cluster, west-central Colorado: U.S. Geological Survey Professional Paper 501-C, p. C66–C68.

Goff, S.J., Warren, R.G., George, W.E., Duchane, D.V., Minor, M.M., Simi, O.R., Martell, C.J., Hensley, W.K., and Pirtle, D.J., 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Moab NTMS quadrangle, Utah/Colorado, including concentrations of forty-three additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7509-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-146(79), 201 p.

Golightly, D.W., Dorrzapf, A.F., Jr., Mays, R.E., Fries, T.L., and Conklin, N.M., 1987, Analysis of geologic materials by direct-current arc emission spectrography and spectrometry, Chapter A in Baedecker, P.A., ed., Methods for geochemical analysis: U.S. Geological Survey Bulletin 1770, p. A1–A13.

Gomberg, J.S., Bodin, P.A., Savage, W.Z., and Jackson, M.E., 1995, Landslide faults and tectonic faults, analogs?; the Slumgullion earthflow, Colorado: Geology, v. 23, no. 1, p. 41–44.

Goodknight, C.S., 1981, Uranium in the Gunnison country, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 183–189.

Goodknight, C.S., and Ludlam, J.R., 1981, Montrose quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJQ-010(81), 91 p.

Gosling, A.W., Jenne, E.A., and Chao, T.T., 1971, Gold content of natural waters in Colorado: Economic Geology, v. 66, no. 2, p. 309–313.

Grace, W.R. & Co., 1979, Blackburn/Obergfell coal property, geologic and reserve report: 9 maps, Mining Div., Stapleton Plaza, 3333 Quebec St., Ste. 8800, Denver, Colo. 80202, 14 p.

Graf, W.L., 1985, Mercury transport in stream sediments of the Colorado Plateau: Annals of the Association of American Geographers, v. 75, no. 4, p. 552–565.

Graff, P.J., Sears, J.W., and Holden, G.S., 1980, The Uinta Arch Project—Investigations of uranium potential in Precambrian X and older metasedimentary rocks in the Uinta and Wasatch ranges, Utah and Colorado: Report of Research Associates of Wyoming prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-170(80), 180 p.

Green, G.N., 1992, The digital geologic map of Colorado in ARC/INFO format: U.S. Geological Survey Open-File Report 92-507, 15 disks.

Gregg, J.M., 1975, Geology of the oil shales in the Piceance Basin, in Johnson, K.S., ed., Energy fuels field course and workshop; exploring the Colorado Plateau and the Rocky Mountain area of Colorado and Utah: University of Oklahoma, Norman, Okla., p. 19–29.

Grimes, D.J., and Marranzino, A.P., 1968, Direct-current arc and alternating-current spark emission spectrographic field methods for the semiquantitative spectrographic analysis of geologic materials: U.S. Geological Survey Circular 591, 6 p.

Grove, D.B., Stollenwerk, K.G., and Konikow, L.F., 1986, Modeling the reaction and movement of chromium in an alluvial aquifer near Telluride, Colorado [abs.]: Eos, v. 67, no. 16, p. 286.

Gualtieri, J.L., 1988, Geologic map of the Westwater 30′ by 60′ quadrangle, Grand and Uinta Counties, Utah and Garfield and Mesa Counties, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-1765, scale 1:100,000

Guilbert, J.M., and Park, C.F., Jr., 1986, The geology of ore deposits: New York, W.H. Freeman, 985 p.

Hackman, R.J., 1959, Photogeologic map of the Yellow Jacket quadrangle, Montezuma and Dolores Counties, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-281, scale 1:62,500.

Hagen, J.C., 1951, The geology of the Green Mountain mine, San Juan County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 151 p.

Hail, W.J., Jr., 1972, Reconnaissance geologic map of the Cedarredge area, Delta County, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-697, scale 1:48,000.

BLM_0104589

Hail, W.J., Jr., 1972, Reconnaissance geologic map of the Hotchkiss area, Delta and Montrose Counties, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-698, scale 1:48,000.

Hail, W.J., Jr., 1986, Geologic reconnaissance map of the Government Springs quadrangle, Montrose and Ouray Counties, Colorado: U.S. Geological Survey Open-File Report 86-162, scale 1:24,000.

Hail, W.J., Jr., 1986, Geologic reconnaissance map of the Montrose West quadrangle, Montrose County, Colorado: U.S. Geological Survey Open-File Report 86-163, scale 1:24,000.

Haines, D.V., 1978, Core-hole drilling and coal analysis report for nine holes drilled during 1977 in the Nucla coal field, Montrose County, Colorado: U.S. Geological Survey Open-File Report 78-899, 37 p.

Hall, R.B., 1978, World nonbauxite aluminum resources; alunite: U.S. Geological Survey Professional Paper 1076-A, p. A1–A35.

Hall, R.B., 1980, Alunite—A potentially economic source of aluminium and potash?, in Schwochow, S.D., ed., Proceedings of the Fifteenth Forum on Geology of Industrial Minerals; Industrial Minerals in Colorado and the Rocky Mountain Region: Colorado Geological Survey Resource Series 8, p. 77–88.

Handfield, R.C., 1983, Gunnison Gold Belt and Powderhorn carbonatite field trip guidebook: Denver Region Exploration Geologists Society, 58 p.

Hanks, T.L., 1962, Geology and coal deposits, Ragged–Chair Mountain area, Pitkin and Gunnison Counties, Colorado: Provo, Utah, Brigham Young University M.S. thesis, 160 p.

Hanley, J.B., 1947, Pegmatites, in Vanderwilt, J.W., ed., Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, p. 466–470.

Hanley, J.B., Heinrich, E.W., and Page, L.R., 1950, Pegmatite investigations in Colorado, Wyoming, and Utah, 1942–1944: U.S. Geological Survey Professional Paper 227, 125 p.

Hannigan, B.J., 1985, Mineral resources of the American Flats Wilderness Study Area (CO-030-217), Hinsdale and Ouray Counties, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 49-85, 22 p.

Hansen, W.R., 1965, The Black Canyon of the Gunnison [Colorado], today and yesterday: U.S. Geological Survey Bulletin 1191, 76 p.

Hansen, W.R., 1968, Geologic map of the Black Ridge quadrangle, Delta and Montrose Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-747, scale 1:24,000.

Hansen, W.R., 1971, Geologic map of the Black Canyon of the Gunnison River and vicinity, western Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-584, scale 1:31,680.

Hansen, W.R., 1981, Geologic and physiographic highlights of the Black Canyon of the Gunnison River and vicinity, Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 145–154.

Hansen, W.R., and Peterman, Z.E., 1968, Basement rock geochronology of the Black Canyon of the Gunnison, Colorado, in Geological Survey research 1968: U.S. Geological Survey Professional Paper 600-C, p. C80–C90.

Harder, E.C., 1909, The Taylor Peak and Whitepine iron-ore deposits, Colorado, in Hayes, C.W., and Lindgren, Waldemar, eds., Contributions to economic geology 1908—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 380-E, p. 188–198.

Harder, E.C., 1910, Manganese deposits of the United States: U.S. Geological Survey Bulletin 427, 150 p.

Harrer, C.M., and Tesch, W.J., Jr., 1959, Reconnaissance of iron occurrences in Colorado: U.S. Bureau of Mines Information Circular 7918, 82 p.

Hartley, P.D., 1976, The geology and mineralization of a Precambrian massive sulfide deposit at Vulcan, Gunnison County, Colorado: Palo Alto, Calif., Stanford University M.S. thesis, 86 p.

Hartley, P.D., 1983, Geology and mineralization of the Vulcan–Good Hope massive sulfide deposit, Gunnison County, Colorado, in Handfield, R.C., ed., Gunnison Gold Belt and Powderhorn Carbonatite field trip guidebook: Denver Region Exploration Geologists Society, p. 19–27.

Hayes, T.S., 1990, A preliminary study of thermometry and metal sources of the Spar Lake strata-bound copper-silver deposit, Belt Supergroup, Montana: U.S. Geological Survey Open-File Report 90-484, 30 p.

Haynes, D.D., Vogel, J.D., and Wyant, D.G., 1972, Geology, structure, and uranium deposits of the Cortez quadrangle, Colorado and Utah: U.S. Geological Survey Miscellaneous Investigations Series Map I-629, scale 1:250,000.

Hazen, S.W., 1949, Lead-zinc-silver in the Poughkeepsie district and part of the Upper Uncompahgre and Mineral Point districts, Ouray and San Juan Counties, Colorado: U.S. Bureau of Mines Report of Investigations 4508, 110 p.

Hazle, A.J., 1987, Colorado; the legacy of uranium mining: Environment (St. Louis), v. 29, no. 1, p. 13–17, 37–39.

Hedlund, D.C., 1974, Geologic map of the Big Mesa quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1153, scale 1:24,000.

Hedlund, D.C., Nowlan, G.A., and Wood, R.H., 1983, Mineral resource potential map of the Buffalo Peaks Wilderness Study Area, Lake, Park, and Chaffee Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1628-A, 18 p.

Hedlund, D.C., and Olson, J.C., 1961, Four environments of thorium-, niobium-, and rare-earth-bearing minerals in the Powderhorn district of southwestern Colorado, in Geological Survey research 1961; Short papers in the geologic and hydrologic sciences, articles 1–146: U.S. Geological Survey Professional Paper 424-B, p. B283–B286.

Hedlund, D.C., and Olson, J.C., 1973, Geologic map of the Carpenter Ridge quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1070, scale 1:24,000.

Hedlund, D.C., and Olson, J.C., 1974, Geologic map of the Iris NW quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1134, scale 1:24,000.

Hedlund, D.C., and Olson, J.C., 1975, Geologic map of the Powderhorn quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1178, scale 1:24,000.

Hedlund, D.C., and Olson, J.C., 1981, Precambrian geology along parts of the Gunnison uplift of southwestern Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 267–272.

Hemborg, H.T., 1996, Active permitted mine operations in Colorado, 1995–96: Colorado Geological Survey Information Series 41, 52 p.

Henderson, C.W., 1926, Mining in Colorado; a history of discovery, development, and production: U.S. Geological Survey Professional Paper 138, 263 p.

Herald, C.E., 1981, Geology of the Pitkin–Fairview Peak area, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 117 p.

Hess, F.L., 1913, Notes on the vanadium deposits near Placerville, Colorado, in Lindgren, Waldemar, ed., Contributions to economic geology 1911—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 530, p. 142–156.

Hetherington, F.D., 1994, Structural analysis of lithotectonic boundaries in Proterozoic rocks near Gunnison, Colorado: Geological Society of America Abstracts with Programs, v. 26, no. 6, p. 18.

Hettinger, R.D., Roberts, L.N.R., and Gognat, T.A., 2000, Investigations of the distribution and resources of coal in the southern part of the Piceance Basin, Colorado, in Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.H., eds., Geologic assessment of coal in the Colorado Plateau; Arizona, Colorado, New Mexico, and Utah: U.S. Geological Survey Professional Paper 1625-B, Chapter O, CD-ROM.

Heyl, A.V., 1957, Zoning of the Bitter Creek vanadium-uranium deposits near Uravan, Colorado: U.S. Geological Survey Bulletin 1042-F, p. 187–201.

Hill, J.M., 1909, Notes on the economic geology of southeastern Gunnison County, Colorado, in Hayes, C.W., and Lindgren, Waldemar, eds., Contributions to economic geology 1908—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 380-A, p. 21–40.

Hillebrand, J.R., 1957, The Idarado Mine, in Guidebook of southwestern San Juan Mountains, Colorado: New Mexico Geological Society Guidebook, 8th Field Conference, p. 178.

Hillebrand, J.R., and Kelley, V.C., 1957, Mines and ore deposits from Red Mountain Pass to Ouray, Ouray County, Colorado, in Guidebook of southwestern San Juan Mountains, Colorado: New Mexico Geological Society Guidebook, 8th Field Conference, p. 192–199.

Hills, F.A., Dickinson, K.A., Nash, J.T., Otton, J.K., Dodge, H.W., and Granger, H.C., 1982, Denver quadrangle, Colorado, with a section on Interpretation of U.S. Geological Survey stream-sediment and hydrogeochemical data by Keith Robinson, J.R. McDonnell, and C.L. Yancey: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-078(82), 76 p.

Hite, B.J., 1995, Abandoned mine land inventory of BLM administered land in Upper Animas River Watershed, Colorado: Denver, Colo., U.S. Bureau of Mines, Intermountain Field Operations Center, variously paginated.

Hoffman, J.D., and Marsh, S.P., 1994, National Geochemical Data Base, in Carter, L.M.H., Toth, M.I., and Day, W.C., eds., USGS research on mineral resources—1994—Part A, Programs and Abstracts; Ninth V.E. McKelvey Forum on Mineral and Energy Resources: U.S. Geological Survey Circular 1103-A, p. 47–48.

Holmes, R.U., and Harrer, C.M., 1952, Investigations of the Colorado Copper County properties, Mesa and Montrose Counties, Colorado: U.S. Bureau of Mines Report of Investigations 4869, 11 p.

Hon, Ken, 1986, Compilation of rock-chip and stream-sediment geochemical data for the American Flats Wilderness Study Area, Ouray and Hinsdale Counties, Colorado: U.S. Geological Survey Open-File Report 86-426, 13 p.

Hon, Ken, 1987, Geologic and petrologic evolution of the Lake City caldera, San Juan Mountains, Colorado: Boulder, Colo., University of Colorado Ph. D. dissertation, 244 p.

Hon, Ken, 1987, Geologic, alteration, and vein maps of the Redcloud Peak (Lake City caldera) and Handies Peak Wilderness Study Areas, Hinsdale County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1949, scale 1:24,000.

Hon, Ken, Bove, D.J., and Grauch, V.J.S., 1986, Geology and mineral deposits of the region surrounding the American Flats Wilderness Study Area, western San Juan Mountains, Colorado: U.S. Geological Survey Open-File Report 86-431, 37 p.

Hon, Ken, Cheng, Peng Zi, and Mehnert, H.H., 1983, Petrology and Pb-Sr isotope geochemistry of rocks related to the Lake City caldera, western San Juan Mountains, Colorado [abs.]: Eos, v. 64, no. 45, p. 880.

Hon, Ken, Grauch, V.J.S., Bove, D.J., and Hannigan, B.J., 1987, Mineral resources of the American Flats Wilderness Study Area, Ouray and Hinsdale Counties, Colorado: U.S. Geological Survey Bulletin 1715-A, p. A1–A17.

Hon, Ken, and Lipman, P.W., 1989, Western San Juan Caldera complex, in Lipman, P.W., ed., Oligocene–Miocene San Juan volcanic field, Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 46, p. 350–380.

Hon, Ken, Ludwig, K.R., Simmons, K.R., Slack, J.F., and Grauch, R.I., 1985, U-Pb isochron age and Pb isotope systematics of the Golden Fleece vein—Implications for the relationship of mineralization to the Lake City caldera, western San Juan Mountains, Colorado: Economic Geology, v. 80, no. 2, p. 410–417.

Hon, Ken, and Mehnert, H.H., 1983, Compilation of revised ages of volcanic units in the San Juan Mountains, Colorado: U.S. Geological Survey Open-File Report 83-668, 16 p.

Hoover, D.B., Heran, W.D., and Hill, P.L., eds., 1992, The geophysical expression of selected mineral deposit models: U.S. Geological Survey Open-File Report 92-557, 129 p.

Horlacher, C.F., 1987, Precambrian geology and gold mineralization in the vicinity of Ohio City, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 223 p.

Hornbaker, A.L., Holt, R.D., and Murray, K.D., 1976, Summary of coal resources in Colorado, 1975: Colorado Geological Survey Special Publication 9, 17 p.

Horton, R.A., Jr., and De Voto, R.H., 1990, Dolomitization and diagenesis of the Leadville Dolomite (Mississippian), central Colorado, in Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, p. 86–108.

Horton, R.A., Jr., and Geissman, J.W., 1990, Geochemistry of the Leadville Dolomite (Mississippian), Central Colorado, in Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, p. 66–85.

Houck, K.J., 1997, Effects of sedimentation, tectonics, and glacio-eustasy on depositional sequences, Pennsylvanian Minturn Formation, north-central Colorado: American Association of Petroleum Geologists Bulletin, v. 81, no. 9, p. 1510–1533.

Houston, R.S., Duebendorfer, E.M., Karlstrom, K.E., and Premo, W.R., 1989, A review of the geology and structure of the Cheyenne Belt and Proterozoic rocks of southern Wyoming, in Grambling, J.A., and Tewksbury, B.J., eds., Proterozoic geology of the southern Rocky Mountains: Geological Society of America Special Paper 235, p. 1–12.

Hovorka, D.S., Patterson, C.G., and Toth, M.I., 1983, Geology and mineral resource potential of the Palisade Wilderness Study Area, Mesa County, Colorado (GEM Phase 2): U.S. Geological Survey Open-File Report 83-795, 29 p.

Howe, Ernest, 1909, Landslides in the San Juan Mountains, Colorado, including a consideration of their causes and their classification: U.S. Geological Survey Professional Paper 67, 58 p.

Huffman, A.C., Jr., Lund, W.R., and Godwin, L.H., eds., 1996, Geology and resources of the Paradox Basin: Utah Geological Association Guidebook 25, 460 p.

Huleatt, W.P., Hazen, S.W., Jr., and Traver, W.M., Jr., 1946, Exploration of vanadium region of western Colorado and eastern Utah: U.S. Bureau of Mines Report of Investigations 3930, 30 p.

Hunt, C.B., 1956, Cenozoic geology of the Colorado Plateau: U.S. Geological Survey Professional Paper 279, 99 p.

Hunt, C.B., 1958, Structural and igneous geology of the La Sal Mountains, Utah: U.S. Geological Survey Professional Paper 294-I, p. 305–364.

Hunter, J.F., 1925, Precambrian rocks of the Gunnison River: U.S. Geological Survey Bulletin 777, 94 p.

Hurst, M.E., 1922, Rock alteration and ore deposition at Telluride, Colorado: Economic Geology, v. 17, no. 8, p. 675–702.

Hutchinson, R.M., ed., 1988, Epithermal base-metal and precious-metal systems, San Juan Mountains, Colorado: Society of Economic Geologists Guidebook Series, v. 3, 126 p.

Hutchinson, R.M., 1988, Fluid inclusion studies of Camp Bird and 8572 Veins, Camp Bird Mine, in Hutchinson, R.M., ed., Epithermal base-metal and precious-metal systems, San Juan Mountains, Colorado: Society of Economic Geologists Guidebook Series, v. 3, p. 45–46.

Hutchinson, R.M., 1988, Structures and ore deposits of the Camp Bird mine, Ouray, Colorado, *in* Hutchinson, R.M., ed., Epithermal base-metal and precious-metal systems, San Juan Mountains, Colorado: Society of Economic Geologists Guidebook Series, v. 3, p. 4–44.

Hutchinson, R.W., 1982, Syn-depositional hydrothermal processes and Precambrian sulfide deposits, *in* Hutchinson, R.W., Spence, C.D., and Franklin, J.M., eds., Precambrian sulfide deposits, H.S. Robinson Memorial Volume: Geological Association of Canada Special Paper 25, p. 761–791.

Irving, J.D., 1905, Ore deposits in the vicinity of Lake City, Colorado, *in* Emmons, S.F., and Hayes, C.W., eds., Contributions to economic geology 1904: U.S. Geological Survey Bulletin 260, p. 78–84.

Irving, J.D., 1905, Ore deposits of the Ouray district, Colorado, *in* Emmons, S.F., and Hayes, C.W., eds., Contributions to economic geology 1904: U.S. Geological Survey Bulletin 260, p. 50–77.

Irving, J.D., and Bancroft, Howland, 1911, Geology and ore deposits near Lake City, Colorado: U.S. Geological Survey Bulletin 478, 128 p.

Isaacson, L.B., and Smithson, S.B., 1976, Gravity anomalies and granite emplacement in west-central Colorado: Geological Society of America Bulletin, v. 87, no. 1, p. 22–28.

Jackson, S.E., Harmon, R.S., Lux, D.R., Rice, C.M., and Ringrose, C.R., 1980, Isotopic geochemistry and chronology of porphyry-style mineralisation near Ophir, San Juan Mountains, Colorado: Geological Society of America Abstracts with Programs, v. 12, no. 7, p. 454.

Jefferson, T.D., 1985, The geology, alteration, mineralization of the northern part of the Tincup mining district, Gunnison County, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 146 p.

Jester, M.C., 1956, Perlite resources of the United States, in Contributions to economic geology 1955: U.S. Geological Survey Bulletin 1027-I, p. 375–403.

Jochim, C.L., 1986, Debris-flow hazard in the immediate vicinity of Ouray, Colorado: Colorado Geological Survey Special Publication 30, 63 p.

Joesting, H.R., and Byerly, P.E., 1958, Regional geophysical investigations of the Uravan area, Colorado: U.S. Geological Survey Professional Paper 316-A, p. 1–17.

Johnson, C.M., Shannon, J.R., and Fridrich, C.J., 1989, Excursion 15B; Roots of ignimbrite calderas—Batholithic plutonism, volcanism, and mineralization in the southern Rocky Mountains, Colorado and New Mexico, *in* Lipman, P.W., ed., Oligocene–Miocene San Juan volcanic field, Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 46, p. 275–303.

Johnson, K.S., 1976, Permian copper shales of southwestern Oklahoma, *in* Johnson, K.S., and Croy, R.L., eds., Stratiform copper deposits of the Midcontinent region, a symposium: Oklahoma Geological Survey Circular 77, p. 3–14.

Johnson, R.B., and Stephens, J.G., 1955, Geologic map of the Walsenburg area, Huerfano County, Colorado: U.S. Geological Survey Oil and Gas Investigations OM-161, scale 1:31,680.

Johnson, R.C., 1983, Stages of Eocene Lake Uinta, Piceance Creek Basin, Colorado [abs.]: American Association of Petroleum Geologists Bulletin, v. 67, no. 3, p. 490.

Johnson, R.C., 1985, Early Cenozoic history of the Uinta and Piceance Creek Basins, Utah and Colorado, with special reference to the development of Eocene Lake Uinta, *in* Flores, R.M., and Kaplan, S.S., eds., Cenozoic paleogeography of west-central United States: Rocky Mountain Section, Society of Economic Paleontologists and Mineralogists, p. 247–276.

Johnson, R.C., 1989, Geologic history and hydrocarbon potential of Late Cretaceous-age, low-permeability reservoir, Piceance Basin, western Colorado: U.S. Geological Survey Bulletin 1787-E, p. E1–E51.

Johnson, R.C., and Keighin, C.W., 1981, Cretaceous and Tertiary history and resources of the Piceance Creek Basin, Western Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 199–210.

Johnson, R.C., and May, Fred, 1980, A study of the Cretaceous–Tertiary unconformity in the Piceance Creek Basin, Colorado—The underlying Ohio Creek Formation (Upper Cretaceous) redefined as a member of the Hunter Canyon or Mesaverde Formation: U.S. Geological Survey Bulletin 1482-B, p. B1–B27.

Johnson, R.C., and Nuccio, V.F., 1986, Structural and thermal history of the Piceance Creek Basin, western Colorado, in relation to hydrocarbon occurrence in the Mesaverde Group, *in* Spencer, C.W., and Mast, R.F., eds., Geology of tight gas reservoirs: American Association of Petroleum Geologists Studies in Geology 24, p. 165–203.

Johnson, S.Y., Schenk, C.J., Anders, D.L., and Tuttle, M.L., 1990, Sedimentology and petroleum occurrence, Schoolhouse Member, Maroon Formation (Lower Permian), northwestern Colorado: American Association of Petroleum Geologists Bulletin, v. 74, no. 2, p. 135–150.

Johnson, V.C., McCarn, D.W., Kocis, D.E., Walker, B.W., and Reinhart, W.R., 1982, Trinidad quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., PGJ/F-034(82), 37 p.

BLM_0104593

Johnson, V.H., 1948, Geology of the Paonia coal field, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Preliminary Map, scale 1:48,000.

Kaback, D.S., and Runnells, D.D., 1980, Geochemistry of molybdenum in some stream sediments and waters [Colorado]: Geochimica et Cosmochimica Acta, v. 44, no. 3, p. 447–456.

Kalliokoski, J., and Billings, Patty, 1982, Sediment-filled veins of the Golden Wonder mine, Lake City, Colorado: Geological Society of America Abstracts with Programs, v. 14, no. 7, p. 524.

Kalliokoski, J., and Rehn, Patty, 1987, Geology of the veins and vein sediments of the Golden Wonder mine, Lake City, Colorado—An epithermal hot springs gold-alunite deposit: U.S. Geological Survey Open-File Report 87-344, 46 p.

Keller, W.D., 1962, Clay minerals in the Morrison Formation of the Colorado Plateau: U.S. Geological Survey Bulletin 1150, 90 p.

Kelley, V.C., 1946, Ore deposits and mines of the Mineral Point, Poughkeepsie, and Upper Uncompahgre districts, Ouray, San Juan, Hinsdale Counties, Colorado: Colorado Scientific Society Proceedings, v. 14, no. 7, p. 287–466.

Kelley, V.C., 1957, Mines and ore deposits near Ouray, Colorado, in Guidebook of southwestern San Juan Mountains, Colorado: New Mexico Geological Society Guidebook, 8th Field Conference, p. 218–221.

Kent, B.H., and Arndt, H.H., 1980a, Geology of the Carbondale coal mining area, Garfield and Pitkin Counties, Colorado, as related to subsurface hydraulic mining potential: U.S. Geological Survey Open-File Report 80-709, 94 p.

Kent, B.H., and Arndt, H.H., 1980b, Geology of the Thompson Creek coal mining area, Pitkin County, Colorado, as related to subsurface hydraulic mining potential: U.S. Geological Survey Open-File Report 80-507, 81 p.

Kent, H.C., and Porter, K.W., eds., 1980, Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., 258 p.

Kimball, B.A., 1984, Ground water age determinations, Piceance Creek Basin, Colorado, in Hitchon, B., and Wallick, E.I., eds., Proceedings of the First Canadian/American conference on hydrogeology; practical applications of ground water geochemistry: National Water Well Association, Worthington, Ohio, p. 267–283.

King, R.U., 1970, Molybdenum in the United States, exclusive of Alaska and Hawaii: U.S. Geological Survey Mineral Investigations Resource Map MR-55, scale 1:2,500,000.

King, R.U., Leonard, B.F., Moore, F.B., and Pierson, C.T., 1953, Uranium in the metal-mining districts of Colorado: U.S. Geological Survey Circular 215, 10 p.

King, W.H., and Allsman, P.T., 1950, Reconnaissance of metal mining in the San Juan region, Ouray, San Juan, and San Miguel Counties: U.S. Bureau of Mines Information Circular 7554, 109 p.

Kirk, A.R., Billings, Patty, Bove D.J., and Sanford, R.F., 1983, Geologic map of the Gladiator mine, Lake City, Colorado: U.S. Geological Survey Open-File Report 83-704, scale 1: 300.

Kirkham, R.M., and Rogers, W.P., 1981, Earthquake potential in Colorado—A preliminary evaluation: Colorado Geological Survey Bulletin 43, p. 171.

Kluender, S.E., and McColly, R.A., 1983, Mineral investigations of the Fossil Ridge Wilderness Study Area, Gunnison County, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 66-83, 47 p.

Klusman, R.W., and Matoske, C.P., 1982, Adsorption of mercury by soils of the Piceance Creek Basin, Colorado: Geological Society of America Abstracts with Programs, v. 14, no. 6, p. 317.

Knepper, D.H., Jr., Green, G.N., and Langer, W.H., 1999, Lithology and aggregate quality attributes for the digital geologic map of Colorado: U.S. Geological Survey Open-File Report 99-29, CD-ROM.

Kness, R.F., 1984, Mineral investigation of the Raggeds Wilderness Area, Gunnison County, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 24-80, 83 p.

Knoper, M.W., and Condie, K.C., 1988, Geochemistry and petrogenesis of early Proterozoic amphibolites, west-central Colorado, U.S.A.: Chemical Geology, v. 67, no. 3–4, p. 209–225.

Knoper, M.W., Condie, K.C., and Bickford, M.E., 1991, Tectonic evolution of early Proterozoic terranes in west-central Colorado: Geological Society of America Abstracts with Programs, v. 23, no. 4, p. 39.

Koksoy, Mumin, 1961, Geology of northern part of Tincup mining district, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 99 p.

Korzeb, S.L., 1986, Mineral investigation of the Redcloud Peak (CO-030-208) and the Handies Peak (CO-030-241) Wilderness Study Areas, Hinsdale County, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 68-86, 105 p.

Koschmann, A.H., and Bergendahl, M.H., 1968, Principal gold-producing districts of the United States: U.S. Geological Survey Professional Paper 610, 283 p.

BLM_0104594

Krasowski, D.J., 1976, Geology and ore deposits of Burrows Park, Hinsdale County, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 124 p.

Krause, K.W., Stormer, J.C., Jr., and Whitney, J.A., 1986, Mineralogy, geochemistry and magmatic conditions in the Wason Park Tuff, central San Juan volcanic field, Colorado [abs.]: Eos, v. 67, no. 44, p. 1269.

Kunk, M.J., Kirkham, R.M., Streufert, R.K., Scott, R.B., Lidke, D.K., Bryant, Bruce, and Perry, W.J., Jr., 1997, Preliminary constraints on the timing of salt tectonism and geologic collapse in the Carbondale and Eagle collapse centers, west-central Colorado: Geological Society of America Abstracts with Programs, v. 29, no. 6, p. 416.

Kunz, G.F., 1918, Platinum, in Roush, G.A., and Butts, A., eds., The mineral industry—Its statistics, technology and trade during 1917, v. 26: New York, McGraw-Hill, p. 533–555.

Lageson, D.R., and Schmitt, J.G., 1994, The Sevier orogenic belt of the western United States—Recent advances in understanding its structural and sedimentologic framework, in Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 27–64.

Landis, E.R., 1959, Coal resources of Colorado, in Contributions to economic geology 1957: U.S. Geological Survey Bulletin 1072-C, p. 131–232.

Landis, G.P., and Tschauder, R.J., 1990, Late Mississippian karst caves and Ba-Ag-Pb-Zn mineralization in central Colorado—Part II, Fluid inclusion, stable isotope, and rock geochemistry data and a model of ore deposition, in Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt: Economic Geology Monograph 7, p. 339–366.

Langenheim, R.L., Jr., 1952, Pennsylvanian and Permian stratigraphy in Crested Butte quadrangle, Gunnison County, Colorado: American Association of Petroleum Geologists Bulletin, v. 36, no. 4, p. 543–574.

Langer, W.H., and Knepper, D.H., Jr., 1995, Geologic characterization of natural aggregate: U.S. Geological Survey Open-File Report 95-582, 32 p.

Langer, W.H., and Knepper, D.H., Jr., 1998, Geologic characterization of natural aggregate—A field geologist's guide to natural aggregate resource assessment, in Bobrowsky, P.T., ed., Aggregate resources—A global perspective: Rotterdam, The Netherlands, A.A. Balkema Publishers, p. 275–293.

Langfeldt, S.L., Youngquist, C.A., D'Andrea, R.F., Jr., Zinkl, R.J., Shettel, D.L., Jr., Minor, M.M., McInteer, C., Hansel, J.N., and Broxton, D.E., 1981, Uranium hydrogeochemical and stream sediment reconnaissance of the Grand Junction NTMS quadrangle, Colorado/Utah: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-264(81), 142 p.

Larsen, E.S., 1911, The economic geology of Carson Camp, Hinsdale County, Colorado, in Hayes, C.W., and Lindgren, Waldemar, eds., Contributions to economic geology 1910—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 470-B, p. 30–38.

Larsen, E.S., 1913, Alunite in the San Cristobal quadrangle, Colorado, in Lindgren, Waldemar, ed., Contributions to economic geology 1911—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 530, p. 179–183.

Larsen, E.S., Jr., 1930, Recent mining developments in the Creede district, Colorado, in Loughlin, G.F., Mansfield, G.R., and Burchard, E.F., eds., Contributions to economic geology 1929—Part I, Metals and nonmetals except fuels: U.S. Geological Survey Bulletin 811-B, p. 89–112.

Larsen, E.S., Jr., and Cross, Whitman, 1956, Geology and petrology of the San Juan region, southwestern Colorado: U.S. Geological Survey Professional Paper 258, 303 p.

Larsen, E.S., Jr., and Jenks, W.F., 1942, Alkalic rocks of Iron Hill, Gunnison County, Colorado, in Shorter contributions to general geology 1941–42: U.S. Geological Survey Professional Paper 197-A, p. 1–64.

Larson, P.B., and Taylor, H.P., Jr., 1982, 18O/16O relationships in hydrothermally altered rocks of the 22.5 m.y. Lake City caldera, San Juan Mts., Colo.: Geological Society of America Abstracts with Programs, v. 14, no. 7, p. 541.

Larson, P.B., and Taylor, H.P., Jr., 1983, Hydrothermal fluid flow patterns associated with resurgent doming of the 23 m.y.-old Lake City caldera, San Juan Mountains, Colorado: Geological Society of America Abstracts with Programs, v. 15, no. 6, p. 623.

Larson, P.B., and Taylor, H.P., Jr., 1986, An oxygen isotope study of hydrothermal alteration in the Lake City caldera, San Juan Mountains, Colorado: Journal of Volcanology and Geothermal Research, v. 30, no. 1–2, p. 47–82.

Lawton, T.F., 1994, Tectonic setting of Mesozoic sedimentary basins, Rocky Mountain region, United States, in Caputo, M.V., Peterson, J.A., and Franczyk, K.J., eds., Mesozoic systems of the Rocky Mountain Region, U.S.A.: Rocky Mountain Section – Society of Economic Paleontologists and Mineralogists, Society for Sedimentary Geology, p. 1–25.

BLM_0104595

Lee, Keenan, 1986, Map showing areas of limonitic hydrothermal alteration in the Lake City caldera area, western San Juan Mountains, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-1868, scale 1: 48,000.

Lee, Keenan, 1987, Remote sensing study in support of mineral resource appraisal of the Black Ridge Canyons and Black Ridge Canyons West Wilderness Study Areas, Mesa County, Colorado, and Grand County, Utah, and the Westwater Canyon Wilderness Study Area, Grand County, Utah: U.S. Geological Survey Open-File Report 87-435, 10 p.

Lee, Keenan, 1987, Remote sensing study in support of mineral resource appraisal of the Dominguez Canyon Wilderness Study Area, Montrose, Mesa, and Delta Counties, Colorado: U.S. Geological Survey Open-File Report 87-421, 10 p.

Lee, Keenan, 1987, Remote sensing study in support of mineral resource appraisal of the Sewemup Wilderness Study Area, Mesa and Montrose Counties, Colorado: U.S. Geological Survey Open-File Report 87-434, 9 p.

Lee, Keenan, 1988, Remote sensing study in support of mineral resource appraisal of wilderness study areas near Moab, Utah; Dolores River Canyon Wilderness Study Area, Montrose and San Miguel Counties, Colorado; Lost Spring Canyon Wilderness Study Area, Grand County, Utah; Behind the Rocks Wilderness Study Area, Grand and San Juan Counties, Utah; and Butler Wash Wilderness Study Area, San Juan County, Utah: U.S. Geological Survey Open-File Report 88-219, 12 p.

Lee, Keenan, Epis, R.C., Knepper, D.H., Jr., Summer, R.M., and Baars, D.L., 1976, Road log—Paleozoic tectonics and sedimentation and Tertiary volcanism of the western San Juan Mountains, Colorado, in Epis, R.C., and Weimer, R.J., eds., Studies in Colorado field geology: Professional Contributions of the Colorado School of Mines no. 8, p. 139–158.

Lee, W.T., 1909, The Grand Mesa coal field, Colorado, in Campbell, M.R., ed., Contributions to economic geology 1907—Part II, Coal and lignite: U.S. Geological Survey Bulletin 341, p. 316–334.

Lee, W.T., 1912, Coal fields of Grand Mesa and the West Elk Mountains, Colorado: U.S. Geological Survey Bulletin 510, 237 p.

Leibold, A.M., Detra, D.E., and Motooka, J.M., 1987, Geochemical evaluation of the mineral resources of the Browns Canyon area, Chaffee County, Colorado: U.S. Geological Survey Open-File Report 87-508, 99 p.

Leith, C.K., 1906, Iron ores of the western United States and British Columbia, in Emmons, S.F., and Eckel, E.C., eds.,

Contributions to economic geology 1905: U.S. Geological Survey Bulletin 285, p. 194–200.

Lemmon, D.M., and Tweto, O.L., 1962, Tungsten in the United States, exclusive of Alaska and Hawaii: U.S. Geological Survey Mineral Investigations Resource Map MR-25, scale 1:3,168,000.

Lichte, F.E., Golightly, D.W., and Lamothe, P.J., 1987, Inductively coupled plasma–atomic emission spectrometry, Chapter B in Baedecker, P.A., ed., Methods for geochemical analysis: U.S. Geological Survey Bulletin 1770, p. B1–B10.

Lindgren, Waldemar, 1933, Mineral deposits, 4th Edition: New York, McGraw-Hill, 930 p.

Lindquist, A.E., 1985, Metallic and coal resources of the Chama–Southern San Juan Mountains Wilderness Study Area, Colorado, in Mineral resources of the Chama–Southern San Juan Mountains Wilderness Study Area, Mineral, Rio Grande, Archuleta, and Conejos Counties, Colorado: U.S. Geological Survey Bulletin 1524, p. 123–152.

Lindsey, D.A., 1996, Rationale for Colorado Plateau tracts C65, C66B, and C78A, in Ludington, Steve, Cox, D.P., and McCammon, R.B., eds., Data base for a National Mineral Resource Assessment of undiscovered deposits of gold, silver, copper, lead, and zinc in the conterminous United States: U.S. Geological Survey Open-File Report 96-96, file COPL, CD-ROM.

Lindsey, D.A., and Clark, R.F., 1995, Copper and uranium in Pennsylvanian and Permian sedimentary rocks, northern Sangre de Cristo Range, Colorado: U.S. Geological Survey Bulletin 2116, 23 p.

Lindsey, D.A., Woodruff, L.G., Cannon, W.F., Cox, D.P., and Heron, W.D., 1995, Sediment-hosted Cu deposits, in du Bray, E.A., ed., Preliminary compilation of descriptive geoenvironmental mineral deposit models: U.S. Geological Survey Open-File Report 95-831, p. 214–224.

Linstedt, K.D., and Kruger, P., 1969, Vanadium concentrations in Colorado River Basin waters: American Water Works Association Journal, v. 61, no. 2, p. 85–88.

Lipman, P.W., 1976, Caldera-collapse breccias in the western San Juan Mountains, Colorado: Geological Society of America Bulletin, v. 87, no. 10, p. 1397–1410.

Lipman, P.W., 1976, Geologic map of the Del Norte area, eastern San Juan Mountains, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-952, scale 1: 48,000.

Lipman, P.W., 1976, Geologic map of the Lake City caldera area, western San Juan Mountains, southwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-962, scale 1:48,000.

Lipman, P.W., 1981, Volcano-tectonic setting of Tertiary ore deposits, southern Rocky Mountains, *in* Dickinson, W.R., and Payne, W.D., eds., Relations of tectonics to ore deposits in the southern Cordillera: Arizona Geological Society Digest, v. 14, p. 199–213.

Lipman, P.W., 1987, Rare-earth-element compositions of Cenozoic volcanic rocks in the southern Rocky Mountains and adjacent areas: U.S. Geological Survey Bulletin 1688, 23 p.

Lipman, P.W., 2000, The central San Juan caldera cluster—Regional volcanic framework, *in* Bethke, P.M., and Hay, R.L., eds., Ancient Lake Creede—Its volcano-tectonic setting, history of sedimentation and relation to mineralization in the Creede mining district: Geological Society of America Special Paper 346, p. 9–71.

Lipman, P.W., Doe, B.R., Hedge, C.E., and Steven, T.A., 1978, Petrologic evolution of the San Juan volcanic field, southwestern Colorado; Pb and Sr isotope evidence: Geological Society of America Bulletin, v. 89, no. 1, p. 59–82.

Lipman, P.W., Fisher, F.S., Mehnert, H.H., Naeser, C.W., Luedke, R.G., and Steven, T.A., 1976, Multiple ages of mid-Tertiary mineralization and alteration in the western San Juan Mountains, Colorado: Economic Geology, v. 71, no. 3, p. 571–588.

Lipman, P.W., Mutschler, F.W., Bryant, Bruce, and Steven, T.A., 1969, Similarity of Cenozoic igneous activity in the San Juan and Elk Mountains, Colorado, and its regional significance, *in* Geological Survey research 1969: U.S. Geological Survey Professional Paper 650-D, p. D33–D42.

Lipman, P.W., and Sawyer, D.A., 1988, Preliminary geology of the San Luis Peak quadrangle and adjacent areas, San Juan volcanic field, southwestern Colorado: U.S. Geological Survey Open-File Report 88-359, 32 p.

Lipman, P.W., Steven, T.A., Luedke, R.G., and Burbank, W.S., 1973, Revised volcanic history of the San Juan, Uncompahgre, Silverton, and Lake City calderas in the western San Juan Mountains, Colorado: Geological Society of America Abstracts with Programs, v. 5, no. 6, p. 492–493.

Lipman, P.W., Steven, T.A., Luedke, R.G., and Burbank, W.S., 1973, Revised volcanic history of the San Juan, Uncompahgre, Silverton, and Lake City calderas in the western San Juan Mountains, Colorado: U.S. Geological Survey Journal of Research, v. 1, no. 6, p. 627–642.

Lipman, P.W., Steven, T.A., and Mehnert, H.H., 1970, Volcanic history of the San Juan Mountains, Colorado, as indicated by potassium-argon dating: Geological Society of America Bulletin, v. 81, no. 8, p. 2329–2352.

Litaor, M.I., and Thurman, E.M., 1988, Acid neutralizing process in an alpine watershed, Front Range, Colorado, U.S.A.; 1, Buffering capacity of dissolved organic carbon in soil solutions: Applied Geochemistry, v. 3, no. 6, p. 645–652.

Lohman, S.W., 1961, Abandonment of Unaweep Canyon, Mesa County, Colorado—By capture of the Colorado and Gunnison Rivers, *in* Geological Survey research 1961; Short papers in the geologic and hydrologic sciences, articles 1–146: U.S. Geological Survey Professional Paper 424-B, p. B144–B146.

Lohman, S.W., 1981, Ancient drainage changes in and south of Unaweep Canyon, southwestern Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 137–143.

Lohman, S.W., 1981, The geologic story of Colorado National Monument: U.S. Geological Survey Bulletin 1508, 142 p.

Long, K.R., DeYoung, J.H., Jr., and Ludington, S.D., 1998, Database of significant deposits of gold, silver, copper, lead, and zinc in the United States: U.S. Geological Survey Open-File Report 98-206A & B, 33 p., 1 diskette.

Lovering, T.S., 1935, Geology and ore deposits of the Montezuma quadrangle, Colorado: U.S. Geological Survey Professional Paper 178, 119 p.

Lowell, J.D., and Guilbert, J.M., 1970, Lateral and vertical alteration-mineralization zoning in porphyry ore deposits: Economic Geology, v. 65, no. 4, p. 373–408.

Lucas, S.G., and Anderson, O.J., 1997, The Jurassic San Rafael Group, Four Corners region, *in* Anderson, O.J., Kues, B.S., and Lucas, S.G., eds., Mesozoic geology and paleontology of the Four Corners region: New Mexico Geological Society Guidebook, 48th Field Conference, p. 115–133.

Ludington, Steve, 1981, The Redskin Granite; evidence for thermogravitational diffusion in a Precambrian granite batholith, *in* Granites and rhyolites: Journal of Geophysical Research, B, v. 86, no. 11, p. 10423–10430.

Ludington, Steve, Cox, D.P., and McCammon, R.B., eds., 1996, Data base for a National Mineral Resource Assessment of undiscovered deposits of gold, silver, copper, lead, and zinc in the conterminous United States: U.S. Geological Survey Open-File Report 96-96, CD-ROM.

Ludington, Steve, and Ellis, C.E., 1983, Map showing geology and mineral resource potential of the Oh-Be-Joyful Wilderness Study Area, Gunnison County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1582-A, scale 1:24,000.

Ludington, Steve, and Ellis, C.E., 1984, Oh-Be-Joyful Wilderness Study Area, Colorado, in Marsh, S.P., Kropschot, S.J., and Dickinson, R.G., eds., Wilderness mineral potential; assessment of mineral-resource potential in U.S. Forest Service lands studied 1964–1984: U.S. Geological Survey Professional Paper 1300, p. 467–468.

Ludington, Steve, and Yeoman, R.A., 1980, Geochemical map of the Hunter–Fryingpan Wilderness Area and Porphyry Mountain Wilderness Study Area, Pitkin County, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1236-B, scale 1:50,000.

Ludlam, J.R., 1984, Geochemical characterization of the Mt. Harvard 15-minute quadrangle, Colorado, using NURE data: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-6(84), 26 p.

Ludlam, J.R., Goodknight, C.S., Dexter, J.J., and Rush, S.M., 1984, Evaluation of uranium anomalies in the Waterloo Gulch area, northeastern Gunnison County, Colorado, in Goodknight, C.S., compiler, Reports on field investigations of uranium anomalies: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-1(84), p. I1–I30.

Luedke, R.G., 1972, Geologic map of the Wetterhorn Peak quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1011, scale 1:24,000.

Luedke, R.G., 1996, Geologic map of the Ophir quadrangle, San Juan, San Miguel, and Dolores Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1760, scale 1:24,000.

Luedke, R.G., and Burbank, W.S., 1960, Ring-fractured bodies in the Silverton caldera, in Geological Survey research 1960; Short papers in the geological sciences: U.S. Geological Survey Professional Paper 400-B, p. B13.

Luedke, R.G., and Burbank, W.S., 1961, Central vent ash-flow eruption, western San Juan Mountains, Colorado, in Geological Survey research 1961; Short papers in the geologic and hydrologic sciences, articles 293–435: U.S. Geological Survey Professional Paper 424-D, p. D94–D96.

Luedke, R.G., and Burbank, W.S., 1962, Geology of the Ouray quadrangle, southwestern Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-152, scale 1:24,000.

Luedke, R.G., and Burbank, W.S., 1963, Tertiary volcanic stratigraphy in the western San Juan Mountains, Colorado, in Geological Survey research 1963; Short papers in the geology and hydrology, articles 60–121: U.S. Geological Survey Professional Paper 475-C, p. C39–C44.

Luedke, R.G., and Burbank, W.S., 1981, Geologic map of the Uncompahgre (Ouray) mining district, southwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-1247, scale 1:12,000.

Luedke, R.G., and Burbank, W.S., 1987, Geologic map of the Handies Peak quadrangle, San Juan, Hinsdale, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1595, scale 1:24,000.

Luedke, R.G., and Sheridan, M.J., 1984, Uncompahgre Primitive Area, Colorado, in Marsh, S.P., Kropschot, S.J., and Dickinson, R.G., eds., Wilderness mineral potential; assessment of mineral-resource potential in U.S. Forest Service lands studied 1964–1984: U.S. Geological Survey Professional Paper 1300, p. 485–488.

Luedke, R.G., and Smith, R.L., 1978, Map showing distribution, composition, and age of Late Cenozoic volcanic centers in Colorado, Utah, and southwestern Wyoming: U.S. Geological Survey Miscellaneous Investigations Series Map I-1091-B, scale 1:1,000,000.

Lynch, W.C., Beaty, D.W., Gonzalez-Urien, Eliseo, and Reisbick, Fred, 1985, The Mt. Bellview, Colorado, igneous-hydrothermal-breccia complex—A calc-alkaline molybdenite occurrence: Geological Society of America Abstracts with Programs, v. 17, no. 4, p. 253.

Maassen, L.W., Sandoval, W.F., Muller, M., Gallimore, D.L., Martell, C.J., Hensley, W.K., and Thomas, G.J., 1981, Detailed uranium hydrogeochemical and stream sediment reconnaissance data release for the eastern portion of the Montrose NTMS quadrangle, Colorado, including concentrations of forty-five additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-8482-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-105(81), 208 p.

MacLachlan, M.E., 1959, Western Colorado and Utah, in McKee, E.D., Oriel, S.S., Ketner, K.B., MacLachlan, M.E., Goldsmith, J.W., MacLachlan, J.C., and Mudge, M.R., eds., Paleotectonic maps of the Triassic System: U.S. Geological Survey Miscellaneous Investigations Series Map I-300, scale 1:5,000,000.

MacLachlan, M.E., 1972, Triassic System, in Mallory, W.W., ed., Geologic atlas of the Rocky Mountain region: Rocky Mountain Association of Geologists, p. 168–176.

Madden, D.J., 1989, Stratigraphy, depositional environments, and paleogeography of coal-bearing strata in the Upper Cretaceous Mesaverde Group, central Grand Hogback, Garfield County, Colorado: U.S. Geological Survey Professional Paper 1485, 45 p.

Maher, B.J., 1982, Geology, geochemistry, and genesis of the Engineer Pass breccia pipe and intrusive complex, western San Juan Mountains, Colorado: Geological Society of America Abstracts with Programs, v. 14, no. 6, p. 341.

Maher, B.J., 1983, Geology, geochemistry, and genesis of the Engineer Pass intrusive complex, San Juan Mountains, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 226 p.

Maher, B.J., 1985, Supergene silver ores of the Red Mountain district, Ouray County, Colorado: Geological Society of America Abstracts with Programs, v. 17, no. 4, p. 254.

Malan, R.C., and Ranspot, H.W., 1959, Geology of the uranium deposits in the Cochetopa mining district, Saguache and Gunnison Counties, Colorado: Economic Geology, v. 54, no. 1, p. 1–19.

Mallory, W.W., 1971, The Eagle Valley Evaporite, northwest Colorado—A regional synthesis, in Contributions to general geology 1969: U.S. Geological Survey Bulletin 1311-E, p. E1–E31.

Mallory, W.W., ed., 1972, Geologic atlas of the Rocky Mountain region: Rocky Mountain Association of Geologists, 331 p.

Mallory, W.W., Bachman, G.O., Maughan, E.K., McKee, E.D., Prichard, G.E., and Wilson, R.F., 1972, Regional synthesis of the Pennsylvanian System, in Mallory, W.W., ed., Geologic atlas of the Rocky Mountain region: Rocky Mountain Association of Geologists, p. 111–127.

Mallory, W.W., Post, E.V., Ruane, P.J., Lehmbeck, W.L., and Stotelmeyer, R.B., 1966, Mineral resources of the Flat Tops Primitive Area, Colorado: U.S. Geological Survey Bulletin 1230-C, p. C1–C30.

Marsh, W.R., and Queen, R.W., 1974, Map showing the localities and amounts of metallic mineral production in Colorado: U.S. Geological Survey Mineral Investigations Resource Map MR-58, scale 1:500,000.

Marshall, C.H., 1959, Photogeologic map of the Delta quadrangle, Montrose and Delta Counties, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-282, scale 1:62,500.

Martin, C.M., 1987, Mineral investigation of the Dolores River Canyon Wilderness Study Area (CO-030-290) and a part of the Sewemup Mesa Wilderness Study Area (CO-070-176), Mesa, Montrose, and San Miguel Counties, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 47-87, 47 p.

Martin, R.A., and Sharp, W.N., 1983, Aeromagnetic map of the Powderhorn Wilderness Study Area and Cannibal Plateau Roadless Area, Gunnison and Hinsdale Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1483-B, scale 1:50,000.

Maughan, E.K., 1980, Permian and Lower Triassic geology of Colorado, in Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 103–110.

Maxwell, J.C., 1977, Uranium hydrogeochemical and stream sediment reconnaissance in the San Juan Mountains, southwestern Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-6651-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-22(77), 104 p.

Mayhew, J.D., 1969, Geology of the eastern part of the Bonanza volcanic field, Saguache County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 94 p.

Mayor, J.N., 1978, Geologic summary of the Idarado mine, Ouray County, Colorado, in Shawe, D.R., ed., Guidebook on fossil fuels and metals, eastern Utah and western-south-western-central Colorado: Professional Contributions of the Colorado School of Mines no. 9, p. 131–140.

Mayor, J.N., and Fisher, F.S., 1972, Middle Tertiary replacement ore bodies and associated veins in the northwest San Juan Mountains, Colorado: Economic Geology, v. 67, no. 2, p. 214–230.

Mayor, J.N., and Fisher, F.S., 1993, Skarn-hosted mineralization in Paleozoic rocks beneath the Idarado mine, northwest San Juan Mountains, Colorado: U.S. Geological Survey Open-File Report 93-183, 16 p.

McCafferty, A.E., Pitkin, J.A., and Ager, C.M., 1997, Geophysical studies of the San Juan National Forest, Colorado, in Van Loenen, R.E., and Gibbons, A.B., eds., Mineral resource potential and geology of the San Juan National Forest, Colorado, with a section on Salable minerals by A.G. Raby and J.S. Dersch: U.S. Geological Survey Bulletin 2127, p. 49–60.

McCalpin, J.P., 1996, General geology of the northern San Luis Valley, Colorado, in Thompson, R.A., Hudson, M.R., and Pillmore, C.L., eds., Geologic excursions to the Rocky Mountains and beyond; Guidebook for the 1996 Annual Meeting Geological Society of America, October 28–31, 1996: Colorado Geological Survey Special Publication 44, CD-ROM.

McCulla, Michael, 1980, The genesis of the Los Ochos uranium deposits, Saguache County, Colorado: Reno, Nev., University of Nevada M.S. thesis, 128 p.

McFarlan, A.C., 1961, Outline of the geology of the Cement Creek area, Gunnison County, Colorado, in Berg, R.R., and Rold, J.W., eds., Symposium on Lower and Middle Paleozoic Rocks of Colorado: Rocky Mountain Association of Geologists Guidebook, 12th Field Conference, Denver, Colo., p. 125–132.

McFaul, E.J., Mason, G.T., Jr., Ferguson, W.B., and Lipin, B.R., 2000, U.S. Geological Survey Mineral Databases—

MRDS and MAS/MILS:  U.S. Geological Survey Digital Data Series DDS-52, 2 CD-ROMs.

McHugh, J.B., Miller, W.R., Meier, A.L., and d'Angelo, W.M., 1995, Chemical analyses of 33 surface water samples from the Gunnison area, Colorado:  U.S. Geological Survey Open-File Report 95-97, 4 p.

McHugh, J.B., Miller, W.R., Meier, A.L., and d'Angelo, W.M., 1995, Chemical analyses of 33 surface water samples from the Redcloud Peak area, Colorado:  U.S. Geological Survey Open-File Report 95-79, 5 p.

McHugh, J.B., Nishi, J.M., King, H.D., and Freeman, V.L., 1987, Analytical results and sample locality maps of stream-sediment and heavy-mineral-concentrate from Maroon Bells-Snowmass Wilderness, Gunnison and Pitkin Counties, Colorado:  U.S. Geological Survey Open-File Report 87-164, 108 p.

McKay, E.J., 1954, Preliminary geologic map of the Atkinson Creek quadrangle, Colorado:  U.S. Geological Survey Mineral Investigations Field Studies Map MF-18, scale 1:24,000.

McKay, E.J., 1954, Preliminary geologic map of the Red Canyon quadrangle, Colorado:  U.S. Geological Survey Mineral Investigations Field Studies Map MF-17, scale 1:24,000.

McKay, E.J., 1955, Geology of the Atkinson Creek quadrangle, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ-57, scale 1:24,000.

McKay, E.J., 1955, Geology of the Red Canyon quadrangle, Colorado:  U.S. Geological Survey Geologic Quadrangle Map GQ-58, scale 1:24,000.

McKnight, Edwin T., 1974, Geology and ore deposits of the Rico district, Colorado:  U.S. Geological Survey Professional Paper 723, 100 p.

McKown, D.M., and Millard, H.T., Jr., 1987, Determination of uranium and thorium by delayed neutron counting, Chapter I in Baedecker, P.A., ed., Methods for geochemical analysis:  U.S. Geological Survey Bulletin 1770, p. I1–I12.

McQueen, Kathleen, 1958, Photogeologic map of the Iris SE and Doyleville SW quadrangles, Saguache County, Colorado:  U.S. Geological Survey Miscellaneous Investigations Series Map I-277, scale 1:62,500.

Mears, A.I., 1977, Debris-flow hazard analysis and mitigation, an example from Glenwood Springs, Colorado:  Colorado Geological Survey Information Series 8, 45 p.

Meeves, H.C., Harrer, C.M., Salsbury, M.H., Konselman, A.S., and Spencer, S.S., Jr., 1966, Reconnaissance of beryllium-bearing pegmatite deposits in six western States, Arizona, Colorado, New Mexico, South Dakota, Utah, and Wyoming:  U.S. Bureau of Mines Information Circular 8298, 34 p.

Mehnert, H.H., Lipman, P.W., and Steven, T.A., 1983, Age of the Lake City caldera and related Sunshine Peak Tuff, western San Juan Mountains, Colorado:  Isochron/West, v. 6, p. 31–33.

Mehnert, H.H., Slack, J.F., and Cebula, G.T., 1979, K-Ar age of alunite alteration at Red Mountain, Lake City area, western San Juan Mountains, Colorado:  U.S. Geological Survey Open-File Report 79-1642, 8 p.

Meissner, F.F., 1954, The geology of Spring Creek Park, Gunnison County, Colorado:  Golden, Colo., Colorado School of Mines M.S. thesis, 150 p.

Menzie, W.D., and Theodore, T.G., 1986, Grade and tonnage model of porphyry Mo, low-F, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models:  U.S. Geological Survey Bulletin 1693, p. 120–122.

Merritt, Paul, and Fiscor, Steve, 1995, Longwall census:  Coal Magazine, v. 100, no. 2, p. 30–39.

Mickle, D.G., and Mathews, G.W., eds., 1978, Geologic characteristics of environments favorable for uranium deposits:  Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-067(78), 250 p.

Mierding, T.C., and Birkeland, P.W., 1980, Quaternary glaciation of Colorado, in Kent, H.C., and Porter, K.W., eds., Colorado geology:  Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 165–173.

Miller, W.R., 1998, Geochemical baselines and processes affecting surface water, Redcloud Peak area, Colorado:  U.S. Geological Survey Open-File Report 98-35, 20 p.

Miller, W.R., 1999, Geochemical baselines and maps showing acid-neutralizing capacity and potential release of total dissolved solids of stream and spring waters from different rock compositional types from mountainous watersheds in the Gunnison, Uncompahgre, and Grand Mesa National Forests, Colorado:  U.S. Geological Survey Open-File Report 99-580, 107 p.

Miller, W.R., and Ficklin, W.H., 1976, Molybdenum mineralization in the White River National Forest, Colorado:  U.S. Geological Survey Open-File Report 76-711, 29 p.

Moehlman, R.S., 1936, Ore deposition south of Ouray, Colorado—Part I:  Economic Geology, v. 31, no. 4, p. 377–397.

Moehlman, R.S., 1936, Ore deposition south of Ouray, Colorado—Part II:  Economic Geology, v. 31, no. 5, p. 488–504.

Molenaar, C.M., 1983, Major depositional cycles and regional correlation of Upper Cretaceous rocks, southern Colorado Plateau and adjacent areas, in Reynolds, M.W., and Dolly, E.D., eds., Mesozoic paleogeography of the west-central United States:  Rocky Mountain Section, Society of

Economic Paleontologists and Mineralogists, Rocky Mountain Paleogeography Symposium 2, p. 201–224.

Moran, R.E., and Wentz, D.A., 1974, Effect of mine drainage on the quality of streams in Colorado, 1972–73: Colorado Water Conservation Board, Water Resources Circular 25, 250 p.

Morris, H.T., 1986, Descriptive model of polymetallic replacement deposits, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 99–100.

Morris, W.A., LaDelfe, C.M., and Weaver, T.A., 1978, Uranium hydrogeochemical and stream sediment reconnaissance of the Trinidad NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7345-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-139(78), 79 p.

Morrison, S.J., and Parry, W.T., 1986, Formation of carbonate-sulfate veins associated with copper ore deposits from saline basin brines, Lisbon Valley, Utah—Fluid inclusion and isotopic evidence: Economic Geology, v. 81, no. 12, p. 1853–1866.

Mosier, D.L., Menzie, W.D., and Kleinhampl, F.J., 1986, Geologic and grade-tonnage information on Tertiary epithermal precious- and base-metal vein districts associated with volcanic rocks: U.S. Geological Survey Bulletin 1666, 39 p.

Mosier, D.L., Morris, H.T., and Singer, D.A., 1986, Grade and tonnage model of polymetallic replacement deposits, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 101–104.

Mosier, D.L., Sako, Takeo, Page, N.J., Singer, D.A., and Berger, B.R., 1986, Descriptive model of Creede epithermal veins, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 145–147.

Mosier, D.L., Singer, D.A., and Cox, D.P., 1986, Grade and tonnage model of sediment-hosted Cu, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 206–208.

Mosier, E.L., Ludington, Steve, and Yeoman, R.A., 1980, Analyses of rocks and stream sediments from the Hunter–Fryingpan Wilderness Area and the Porphyry Mountain Wilderness Study Area, Pitkin County, Colorado: U.S. Geological Survey Open-File Report 80-880, 116 p.

Moss, C.K., and Abrams, Gerda, 1985, Geophysical maps of the Vasquez Peak Wilderness Study Area and the Williams Fork and St. Louis Peak Roadless Areas, Clear Creek, Grand, and Summit Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1588-D, scale 1:50,000.

Motica, J.E., 1968, Geology and uranium-vanadium deposits in the Uravan Mineral Belt, southwestern Colorado, in Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 805–813.

Muilenburg, G.A., 1919, Manganese deposits of Colorado: Colorado Geological Survey Bulletin 15, 74 p.

Murphy, J.A., 1986, Minerals new to Colorado from the Brown Derby pegmatite, in Modreski, P.J., Fitzpatrick, J., Foord, E.E., and Kohnen, T.M., eds., Colorado pegmatites; abstracts, short papers, and field guides from the Colorado pegmatite symposium: Friends of Mineralogy, Colorado Chapter Symposium, p. 99–100.

Murray, D.K., 1981, Upper Cretaceous (Campanian) coal resources of western Colorado, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 233–239.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Veal, H.K., ed., Exploration frontiers of the central and southern Rockies: Rocky Mountain Association of Geologists Guidebook, 1977 Symposium, Denver, Colo., p. 379–405.

Mutschler, F.E., 1968, Geology of the Treasure Mountain Dome and vicinity: Boulder, Colo., University of Colorado Ph. D. dissertation, 240 p.

Mutschler, F.E., 1970, Geologic map of the Snowmass Mountain quadrangle, Pitkin and Gunnison Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-853, scale 1:24,000.

Mutschler, F.E., 1980, Crystallization of a soda granite, Treasure Mountain Dome, Colorado, and the genesis of stockwork molybdenite deposits, in Tectonics and mineral resources of southwestern North America: New Mexico Geological Society Special Publication 6, p. 199–205.

Mutschler, F.E., Ernst, D.R., Gaskill, D.L., and Billings, Patty, 1981, Igneous rocks of the Elk Mountains and vicinity, Colorado—Chemistry and related ore deposits, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 317–324.

Mutschler, F.E., Wright, E.G., Ludington, Steve, and Abbott, J.T., 1981, Granite molybdenite systems: Economic Geology, v. 76, no. 4, p. 874–897.

Nash, J.T., 1975, Fluid inclusion studies of vein, pipe, and replacement deposits, northwestern San Juan Mountains, Colorado: Economic Geology, v. 70, no. 8, p. 1448–1462.

Nash, J.T., 1979, Geochemical expression of uranium in carbonate rocks, Pitch mine, Colorado, *in* Geological Survey research 1979:  U.S. Geological Survey Professional Paper 1150, p. 38.

Nash, J.T., 1979, Geology, petrology, and chemistry of the Leadville Dolomite—Host for uranium at the Pitch mine, Saguache County, Colorado:  U.S. Geological Survey Open-File Report 79-1566, 54 p.

Nash, J.T., 1980, Uranium occurrence in Leadville Dolomite at Pitch mine, Saguache County, Colorado:  American Association of Petroleum Geologists Bulletin, v. 64, no. 5, p. 755–756.

Nash, J.T., 1981, Geology of dolomite-hosted uranium deposits at the Pitch mine, Saguache County, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah:  New Mexico Geological Society Guidebook, 32nd Field Conference, p. 191–198.

Nash, J.T., 1988, Geology and geochemistry of the Pitch Uranium mine area, Saguache County, Colorado:  U.S. Geological Survey Bulletin 1797, 38 p.

Nash, J.T., 2002, Hydrogeochemical investigations of historic mining districts, central Western Slope of Colorado, including influence on surface-water quality:  U.S. Geological Survey Digital Data Series DDS-73, CD-ROM.

Nash, W.P., 1972, Mineralogy and petrology of the Iron Hill Carbonatite Complex, Colorado:  Geological Society of America Bulletin, v. 83, no. 5, p. 1361–1382.

Neff, L.M., 1988, Economic geology of part of the Gold Brick district, Gunnison County, Colorado:  Ft. Collins, Colo., Colorado State University M.S. thesis, 106 p.

Nelson, C.J., and Riesmeyer, W.D., 1983, Geology of the Anaconda–Gunnison mine area, Gunnison County, Colorado, *in* Handfield, R.C., ed., Gunnison Gold Belt and Powderhorn Carbonatite field trip guidebook:  Denver Region Exploration Geologists Society, p. 8–14.

Nelson, S.T., Heizler, M.T., and Davidson, J.P., 1992, New $^{40}$Ar/$^{39}$Ar ages of intrusive rocks from the Henry and La Sal Mountains, Utah:  Utah Geological Society Miscellaneous Publication 92-2, 24 p.

Nelson-Moore, J.L., Collins, D.B., and Hornbaker, A.L., 1978, Radioactive mineral occurrences of Colorado and bibliography:  Colorado Geological Survey Bulletin 40, 1054 p.

Neubert, J.T., 1988, Results of site-specific studies in the Fossil Ridge Wilderness Study Area, Gunnison County, Colorado:  U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 6-88, 14 p.

Newman, J.W., 1976, The geology of the Tracy Canyon area, Saguache County, Colorado:  Ft. Collins, Colo., Colorado State University M.S. thesis, 117 p.

Nimick, D.A., and von Guerard, Paul, eds., 1998, Science for watershed decisions on abandoned mine lands; Review of preliminary results, Denver, Colorado, February 4–5, 1998:  U.S. Geological Survey Open-File Report 98-297, 71 p.

Norris, J.M., 1987, Surface water-quality characteristic in the upper North Fork Gunnison River Basin, Colorado:  U.S. Geological Survey Water-Resources Investigations Report 86-4152, 42 p.

Norton, J.J., 1966, Ternary diagrams of the quartz-feldspar content of pegmatites in Colorado, *in* Contributions to general geology 1966:  U.S. Geological Survey Bulletin 1241-D, p. D1–D16.

Nowlan, G.A., and Gerstel, W.J., 1985, Stream-sediment and panned-concentrate geochemical maps of the Buffalo Peaks Wilderness Study Area, Lake, Park, and Chaffee Counties, Colorado:  U.S. Geological Survey Miscellaneous Field Studies Map MF-1628-B, scales 1:50,000 and 1:100,000.

O'Connor, T.E., 1961, The structure and stratigraphy of an area west of Taylor Park, northeast Gunnison County, Colorado:  Boulder, Colo., University of Colorado M.S thesis, 97 p.

O'Sullivan, R.B., 1992, The Jurassic Wanakah and Morrison Formations in the Telluride–Ouray–western Black Canyon area of southern Colorado:  U.S. Geological Survey Bulletin 1927, 24 p.

Obradovich, J.D., Mutschler, F.E., and Bryant, Bruce, 1969, Potassium-argon ages bearing on the igneous and tectonic history of the Elk Mountains and vicinity, Colorado—A preliminary report:  Geological Society of America Bulletin, v. 80, no. 9, p. 1749–1756.

Ochs, A.M., and Cole, R.D., 1981, Comparative petrology of Tertiary sandstones of southern Piceance Creek Basin, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah:  New Mexico Geological Society Guidebook, 32nd Field Conference, p. 219–228.

Ohl, J.P., 1990, London mine venture closes Silver State mill operation:  Minerals Today, Jan. 1990, p. 25.

Ohmoto, Hiroshi, and Goldhaber, M.B., 1997, Sulfur and carbon isotopes, *in* Barnes, H.L., ed., Geochemistry of hydrothermal ore deposits, 3rd Edition:  New York, John Wiley, p. 517–612.

Olander, H.C., Lamm, N.B., and Florquist, B.A., 1974, Roaring Fork and Crystal Valleys—An environmental and engineering geology study; Eagle, Garfield, Gunnison, and Pitkin Counties, Colorado:  Colorado Geological Survey Environmental GLG No. 8, 30 p.

Olson, J.C., 1974, Geologic map of the Rudolph Hill quadrangle, Gunnison, Hinsdale, and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1177, scale 1:24,000.

Olson, J.C., 1976, Geologic map of the Iris quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1286, scale 1:24,000.

Olson, J.C., 1976, Geologic map of the Houston Gulch quadrangle, Gunnison and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1287, scale 1:24,000.

Olson, J.C., 1977, Preliminary geologic map of part of the Pahlone Peak quadrangle, Gunnison, Saguache, and Chaffee Counties, Colorado: U.S. Geological Survey Open-File Report 77-325, scale 1:24,000.

Olson, J.C., 1983, Geologic and structural maps and sections of the Marshall Pass mining district, Saguache, Gunnison, and Chaffee Counties, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-1425, scale 1:24,000.

Olson, J.C., 1988, Geology and uranium deposits of the Cochetopa and Marshall Pass districts, Saguache and Gunnison Counties, Colorado: U.S. Geological Survey Professional Paper 1457, 44 p.

Olson, J.C., and Hedlund, D.C., 1973, Geologic map of the Gateview quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1071, scale 1:24,000.

Olson, J.C., and Hedlund, D.C., 1981, Alkalic rocks and resources of thorium and associated elements in the Powderhorn district, Gunnison County, Colorado: U.S. Geological Survey Professional Paper 1049-C, p. C1–C34.

Olson, J.C., Hedlund, D.C., and Hansen, W.R., 1968, Tertiary volcanic stratigraphy in the Powderhorn–Black Canyon region, Gunnison and Montrose Counties, Colorado: U.S. Geological Survey Bulletin 1251-C, p. C1–C29.

Olson, J.C., Marvin, R.F., Parker, R.L., and Mehnert, H.H., 1977, Age and tectonic setting of Lower Paleozoic alkalic and mafic rocks, carbonatites, and thorium veins in south-central Colorado: U.S. Geological Survey Journal of Research, v. 5, no. 6, p. 673–687.

Olson, J.C., and Steven, T.A., 1976, Geologic map of the Sawtooth Mountain quadrangle, Saguache County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-733, scale 1:24,000.

Olson, J.C., and Steven, T.A., 1976, Geologic map of the Razor Creek Dome quadrangle, Saguache County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-748, scale 1:24,000.

Olson, J.C., Steven, T.A., and Hedlund, D.C., 1975, Geologic map of the Spring Hill Creek quadrangle, Saguache County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-713, scale 1:24,000.

Olson, J.C., and Wallace, S.R., 1956, Thorium and rare-earth minerals in Powderhorn district, Gunnison County, Colorado, in Contributions to economic geology 1955: U.S. Geological Survey Bulletin 1027-O, p. 693–721.

Oshetski, K.C., and Kucks, R.P., 2000, Colorado aeromagnetic and gravity maps and data; a web site for distribution of data: U.S. Geological Survey Open-File Report 00-42; URL: http://pubs.usgs.gov/of/2000/ofr-00-0042/colorado.htm, computer file.

Osterwald, E.J., 1977, The Beidell and Sanderson volcanic centers, Saguache County, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 158 p.

Panteleyev, A., 1988, A Canadian Cordilleran model for epithermal gold-silver deposits, in Roberts, R.G., and Sheahan, P.A., eds., Ore deposit models: Geoscience Canada Reprint Series 3, p. 31–43.

Parker, B.H., Jr., 1961, The geology of the gold placers of Colorado: Golden, Colo., Colorado School of Mines Ph.D. dissertation, 578 p.

Parker, B.H., Jr., 1968, Placer gold in southwestern Colorado, in Shoemaker, John, ed., Guidebook of San Juan–San Miguel–La Plata region, New Mexico and Colorado: New Mexico Geological Society Guidebook, 19th Field Conference, p. 168–184.

Parker, B.H., Jr., 1974, Gold placers of Colorado (Book 1 of 2): Colorado School of Mines Quarterly, v. 69, no. 3, 268 p.

Parker, B.H., Jr., 1974, Gold placers of Colorado (Book 2 of 2): Colorado School of Mines Quarterly, v. 69, no. 4, 224 p.

Parker, B.H., Jr., 1992, Gold panning and placering in Colorado—How and where: Colorado Geological Survey Information Series 33, 83 p.

Parker, R.L., 1963, Niobium and tantalum in the United States, exclusive of Alaska and Hawaii: U.S. Geological Survey Mineral Investigations Resource Map MR-36, scale 1:3,168,000.

Patton, H.B., 1915, Geology and ore deposits of the Bonanza district, Saguache County: Colorado Geological Survey Bulletin 9, 136 p.

Pearl, R.M., 1941, Colorado turquoise localities: Economic Geology, v. 36, no. 3, p. 335–344.

BLM_0104603

Peterson, Fred, 1988, Stratigraphy and nomenclature of Middle Jurassic rocks, western Colorado Plateau, Utah and Arizona, *in* Revisions to stratigraphic nomenclature of Jurassic and Cretaceous rocks of the Colorado Plateau: U.S. Geological Survey Bulletin 1633-B, p. 14–56.

Phillips, J.D., Duval, J.S., and Ambroziak, R.A., 1993, National geophysical data grids—Gamma-ray, gravity, magnetic, and topographic data for the conterminous United States: U.S. Geological Survey Digital Data Series DDS-9, CD-ROM.

Pillmore, K.A., and Leanderson, P.J., 1983, Geology and mineralization of the Paradise stock, Gunnison County, Colorado: Geological Society of America Abstracts with Programs, v. 15, no. 5, p. 276.

Planner, H.N., Apel, C.T., Fuka, M.A., George, W.E., Hansel, J.M., Hensley, W.K., and Pirtle, June, 1980, Uranium hydrogeochemical and stream sediment reconnaissance data release for the Leadville NTMS quadrangle, Colorado, including concentrations of forty-two additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-8013-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-13(81), 185 p.

Plouff, Donald, and Pakiser, L.C., 1972, Gravity study of the San Juan Mountains, Colorado, in Geological Survey research 1972: U.S. Geological Survey Professional Paper 800-B, p. B183–B190.

Plumlee, G.S., Smith, K.S., Ficklin, W.H., Briggs, P.H., and McHugh, J.B., 1993, Empirical studies of diverse mine drainages in Colorado—Implications for the prediction of mine-drainage chemistry, *in* Planning, rehabilitation and treatment of disturbed lands, Volume I: Sixth Billings Symposium, Billings, Montana, Montana State University Reclamation Research Unit Publ. No. 9301, p. 176–186.

Plumlee, G.S., Streufert, R.K., Smith, K.S., Smith, S.M., Wallace, A.R., Toth, M.I., Nash, J.T., Robinson, R.A., Ficklin, W.H., and Lee, G.K., 1995, Map showing potential metal-mine drainage hazards in Colorado, based on mineral-deposit geology: U.S. Geological Survey Open-File Report 95-26, scale 1:750,000.

Popenoe, Peter, and Luedke, R.G., 1970, Interpretation of the aeromagnetic pattern of the Uncompahgre Primitive Area, San Juan Mountains, Colorado: U.S. Geological Survey Open-File Report 1473, 26 p.

Poulsen, K.H., and Hannington, M.D., 1996, Volcanic-associated massive sulfide gold, *in* Eckstrand, O.R., Sinclair, W.D., and Thrope, R.I., eds., Geology of Canadian mineral deposits types: Geological Society of America Decade of North American Geology, v. P-1, Geological Survey of Canada Geology of Canada no. 8, p. 183–196.

Powers, R.B., 1993, Geologic framework, *in* Powers, R.B., ed., Petroleum exploration plays and resource estimates, 1989, onshore United States—Region 3, Colorado Plateau and Basin and Range: U.S. Geological Survey Open-File Report 93-248, p. 9–10.

Powers, R.B., ed., 1993, Petroleum exploration plays and resource estimates, 1989, onshore United States—Region 3, Colorado Plateau and Basin and Range: U.S. Geological Survey Open-File Report 93-248, 112 p.

Prather, T.L., 1961, Geology of the North Italian Mountain area, Gunnison County, Colorado: Boulder, Colo., University of Colorado M.S thesis, 76 p.

Prather, T.L., 1964, Stratigraphy and structural geology of the Elk Mountains, Colorado: Boulder, Colo., University of Colorado Ph. D. dissertation, 153 p.

Pratt, W.P., 1976, Preliminary geologic map of the Hermosa Peak quadrangle, Dolores, San Juan, La Plata, and Montezuma Counties, Colorado: U.S. Geological Survey Open-File Report 76-314, scale 1:20,000.

Pratt, W.P., McKnight, E.T., and DeHon, R.A., 1969, Geologic map of the Rico quadrangle, Dolores and Montezuma Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-797, scale 1:24,000.

Prosser, W.C., 1911, The Bear Creek sylvanite camp [near Silverton], Colorado: Engineering and Mining Journal, v. 91, p. 712.

Pyle, P.F., 1980, Geology and hydrothermal alteration of the Matterhorn Peak stock, Hinsdale County, Colorado: Austin, Tex., University of Texas M.A. thesis, 89 p.

Raines, G.L., 1971, Geology of the Sargents area, Gunnison and Saguache Counties, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 55 p.

Ransome, F.L., 1901, A report on the economic geology of the Silverton quadrangle: U.S. Geological Survey Bulletin 182, 265 p.

Ransome, F.L., 1901, The ore deposits of the Rico Mountains, Colorado: U.S. Geological Survey 22nd Annual Report, 1900–1901—Part II, Ore deposits, p. 229–397.

Ranspot, H.W., 1958, Geology and uranium deposits of the Indian Creek area, Gunnison and Saguache Counties, Colorado: Boulder, Colo., University of Colorado M.S. thesis.

Reed, J.C., Jr., Bickford, M.E., Premo, W.R., Aleinikoff, J.N., and Pallister, J.S., 1987, Evolution of the Early Proterozoic Colorado province—Constraints from U-Pb geochronology: Geology, v. 15, no. 9, p. 861–865.

Reynolds, R.L., Hudson, M.R., and Hon, Ken, 1986, Paleomagnetic evidence for the timing of collapse and resurgence

of the Lake City caldera, San Juan Mountains, Colorado: Journal of Geophysical Research, v. 91, p. 9599–9613.

Ringrose, C.D., and Pearl, R.H., 1981, Soil mercury investigations, Waunita Hot Springs, *in* Zacharakis, T.G., Geothermal resource assessment of Waunita Hot Springs, Colorado: Colorado Geological Survey Special Publication 16, p. 63–69.

Ringrose, C.R., Harmon, R.S., Jackson, S.E., and Rice, C.M., 1986, Stable isotope geochemistry of a porphyry-style hydrothermal system, West Silverton district, San Juan Mountains, Colorado, U.S.A., *in* F. Earl Ingerson Festschrift—Part III: Applied Geochemistry, v. 1, no. 3, p. 357–373.

Roberts, L.N.R., Brownfield, M.E., Hettinger, R.D., and Johnson E.A., 2000, Methodology for calculating coal resources for the Colorado Plateau, U.S. Geological Survey National Coal Assessment, *in* Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.H., eds., Geologic assessment of coal in the Colorado Plateau; Arizona, Colorado, New Mexico, and Utah: U.S. Geological Survey Professional Paper 1625-B, Chapter C, CD-ROM.

Roberts, L.N.R., and Kirschbaum, M.A., 1995, Paleogeography of the Late Cretaceous of the Western Interior of middle North America—Coal distribution and sediment accumulation: U.S. Geological Survey Professional Paper 1561, 116 p.

Roberts, R.G., and Sheahan, P.A., eds., 1988, Ore deposit models: Geoscience Canada Reprint Series 3, 194 p.

Robinson, C.H., and Dea, P.A., 1981, Quaternary glacial and slope failure deposits of the Crested Butte area, Gunnison County, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 155–163.

Robinson, C.S., 1955, Geology and ore deposits of the Whitepine area, Tomichi mining district, Gunnison County, Colorado: Boulder, Colo., University of Colorado Ph. D. dissertation.

Romberger, S.B., 1980, Metallic mineral resources of Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 225–236.

Root, D.H., Menzie, W.D., and Scott, W.A., 1992, Computer Monte Carlo simulation in quantitative resource estimation: Nonrenewable Resources, v. 1, no. 2, p. 125–138.

Rose, A.W., Pirc, S., Tole, M.P., Bell, C.A., Keith, M.L., and Pilione, L.J., 1980, Regional and local anomalies of uranium and thorium in rocks near sandstone-type uranium deposits in Pennsylvania and Colorado: Report of

Pennsylvania State University prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-126(80), 140 p.

Rose, C.K., and Shannon, S.S., Jr., 1960, Cebolla Creek titaniferous iron deposits, Gunnison County, Colorado: U.S. Bureau of Mines Report of Investigations 5679, 30 p.

Rosenlund, G.C., 1984, Geology and mineralization of the Cumberland Pass area, Gunnison County, Colorado: Ft. Collins, Colo., Colorado State University M.S. thesis, 113 p.

Rowan, L.C., Bowers, T.L., Crowley, J.K., Anton-Pacheco, Carmen, Gumiel, Pablo, and Kingston, M.J., 1995, Analysis of airborne visible–infrared imaging spectrometer (AVIRIS) data of the Iron Hill, Colorado, carbonatite–alkalic igneous complex: Economic Geology, v. 90, no. 7, p. 1966–1982.

Rugg, E.S., 1956, Geology of the Carter mine, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 54 p.

Ruzicka, Vlad, and Bell, R.T., 1984, Sandstone uranium, chapter 6.4, *in* Eckstrand, O.R., ed., Canadian mineral deposit types—A geological synopsis: Geological Survey of Canada Economic Geology Report 36, p. 28.

Ryder, J.L., 1994, Active-, inactive-, and abandoned-mine information and selected geochemical data for the State of Colorado: U.S. Geological Survey Open-File Report 94-479, 1 diskette.

Ryder, R.T., 1985, Oil and gas potential of the Chama–Southern San Juan Mountains Wilderness Study Area, Colorado, *in* Mineral resources of the Chama–Southern San Juan Mountains Wilderness Study Area, Mineral, Rio Grande, Archuleta, and Conejos Counties, Colorado: U.S. Geological Survey Bulletin 1524, p. 79–121.

SEC Archives, 1997, Summo Minerals Corporation: U.S. Securities and Exchange Commission File Number 0-27272, available at http://www.sec.gov/Archives/edgar/data/941230/0001001348-97-000048.txt.

Sabins, F.F., Jr., 1986, Remote sensing, Second Edition: New York, W.H. Freeman, 449 p.

Saether, O.M., Runnells, D.D., Ristinen, R.A., and Smythe, W.R., 1981, Fluorine; its mineralogical residence in the oil shale of the Mahogany Zone of the Green River Formation, Piceance Creek Basin, Colorado, U.S.A.: Chemical Geology, v. 31, no. 3, p. 169–184.

Sanford, R.F., 1992, Lead isotopic compositions and paleohydrology of caldera-related epithermal veins, Lake City, Colorado: Geological Society of America Bulletin, v. 104, no. 10, p. 1236–1245.

Sanford, R.F., Grauch, R.I., Hon, Ken, Bove, D.J., Grauch, V.J.S., and Korzeb, S.L., 1987, Mineral resources of the

Redcloud Peak and Handies Peak Wilderness Study Area, Hinsdale County, Colorado: U.S. Geological Survey Bulletin 1715-B, p. B1–B35.

Sanford, R.F., Korzeb, S.L., Seeley, J.L., and Zamudio, J.A., 1987, Geochemical data for mineralized rocks in the Lake City area, San Juan volcanic field, southwest Colorado: U.S. Geological Survey Open-File Report 87-54, 213 p.

Sanford, R.F., Kramer, A.M., and O'Brien, Hugh, 1986, Geology, mineralogy, and paragenesis of the Pride of America mine, Lake City, Hinsdale County, Colorado: U.S. Geological Survey Open-File Report 86-629, 22 p.

Sanford, R.F., and Ludwig, K.R., 1985, Lead isotopic evidence on the origin of hydrothermal veins, Lake City, Colorado: Geological Society of America Abstracts with Programs, v. 17, no. 7, p. 706.

Sanford, R.F., Rehn, Patty, Kirk, A.R., Slack, J.F., and Bove, D.J., 1991, Mine maps of silver-lead-zinc epithermal deposits in the Lake City area, Hinsdale County, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-2152, various scales.

Sanjines, R.A., 1967, Ore controls and formation of the ore-bearing structures in the Idarado mine, San Miguel and Ouray Counties, Colorado: Grand Forks, N.Dak., University of North Dakota M.S. thesis, 62 p.

Sawkins, F.J., 1990, Metal deposits in relation to plate tectonics: New York, Springer-Verlag, 461 p.

Schenk, C.J., Johnson, S.Y., and Karachewski, J.A., 1987, Field guide and road log—Pennsylvanian and Permian depositional systems and cycles in the Eagle Basin, northwestern Colorado: U.S. Geological Survey Open-File Report 87-430, 29 p.

Schmidt, L.J., 1967, Uranium and copper mineralization in the Big Indian Wash–Lisbon Valley mining district, southeastern Utah: New York, Columbia University Ph. D. dissertation, 149 p.

Schmitt, L.J., and Raymond, W.H., 1977, Geology and mineral deposits of the Needle Mountains district, southwestern Colorado: U.S. Geological Survey Bulletin 1434, 40 p.

Schwochow, S.D., 1978, Mineral resources survey of Mesa County—A model study: Colorado Geological Survey Resource Series 2, 110 p.

Scott, D.C., 1983, Mineral investigation of the West Needle Wilderness Study Area and the BLM West Needle Contiguous Wilderness Study Area, La Plata and San Juan Counties, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 35-83, 47 p.

Scott, D.C., 1985, Mineral investigation of the La Garita Wilderness Additions, Hinsdale and Saguache Counties, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 21-85, 62 p.

Scott, D.C., 1989, Mineral investigation of the Tabeguache Creek Wilderness Study Area (CO-030-300), Montrose County, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 24-89, 11 p.

Scott, G.R., and Taylor, R.B., 1974, Reconnaissance geologic map of the Electric Peak quadrangle, Custer and Saguache Counties, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-628, scale 1:62,500.

Scott, G.R., Taylor, R.B., Epis, R.C., and Wobus, R.A., 1978, Geologic map of the Pueblo 1° × 2° quadrangle, south-central Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-1022, scale 1:250,000.

Selverstone, Jane, Hodgins, Meghan, Shaw, Colin, Aleinikoff, J.N., and Franning, C.M., 1997, Proterozoic tectonics of the northern Colorado Front Range, in Bolyard, D.W., and Sonnenberg, S.A., eds., Geologic history of the Colorado Front Range: Rocky Mountain Association of Geologists Guidebook, 1997 Symposium, Denver, Colo., p. 9–18.

Seyfried, W.E., Jr., and Janecky, D.R., 1985, Heavy metal and sulfur transport during subcritical and supercritical hydrothermal alteration of basalt—Influence of fluid pressure and basalt composition and crystallinity: Geochimica et Cosmochimica Acta, v. 49, no. 12, p. 2545–2560.

Shannon, S.S., Jr., 1978, Uranium hydrogeochemical and stream sediment reconnaissance of the Pueblo NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7346-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-135(78), 77 p.

Shannon, S.S., Jr., 1979, Detailed uranium hydrogeochemical and stream sediment reconnaissance of the Tallahassee Creek, Badger Creek, Castle Rock Gulch, and Buffalo Gulch areas in the northwestern part of the Pueblo NTMS quadrangle, Colorado: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7593-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-42(79), 109 p.

Shannon, S.S., Jr., 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Pueblo NTMS quadrangle, Colorado, including concentrations of forty-three additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7341-MS Supplement, U.S. Department of Energy, Grand Junction, Colo., GJBX-14(79), 141 p.

Shannon, S.S., Jr., 1980, Uranium hydrogeochemical and stream sediment reconnaissance of the Durango NTMS quadrangle, Colorado, including concentrations of forty-two additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7346-MS Supplement, U.S. Department of Energy, Grand Junction, Colo., GJBX-139(80), 147 p.

Shannon, S.S., Jr., 1980, Uranium hydrogeochemical and stream sediment reconnaissance of the Trinidad NTMS quadrangle, Colorado, including concentrations of forty-two additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7345-MS Supplement, U.S. Department of Energy, Grand Junction, Colo., GJBX-138(80), 121 p.

Sharp, J.E., 1978, A molybdenum mineralized breccia pipe complex, Redwell Basin, Colorado: Economic Geology, v. 73, no. 3, p. 369–382.

Sharp, R.R., Jr., and Aamodt, P.L., 1978, Field procedures for the uranium hydrogeochemical and stream sediment reconnaissance as used by the Los Alamos Scientific Laboratory: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Manual LA-7054-M, U.S. Department of Energy, Grand Junction, Colo., GJBX-68(78), 64 p.

Sharp, W.N., and Lane, M.E., 1983, Geochemical map of the Powderhorn Wilderness Study Area and Cannibal Plateau Roadless Area, Gunnison and Hinsdale Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1483-C, scale 1:50,000.

Sharp, W.N., and Lane, M.E., 1984, Cannibal Plateau Roadless Area and Powderhorn Wilderness Study Area, Colorado, *in* Marsh, S.P., Kropschot, S.J., and Dickinson, R.G., eds., Wilderness mineral potential; assessment of mineral-resource potential in U.S. Forest Service lands studied 1964–1984: U.S. Geological Survey Professional Paper 1300, p. 427–429.

Sharp, W.N., Martin, R.A., and Lane, M.E., 1983, Mineral resource potential and geologic map of the Powderhorn Wilderness Study Area and Cannibal Plateau Wilderness Roadless Area, Gunnison and Hinsdale Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1483-A, 6 p.

Sharps, T.I., 1963, Lead and zinc in Colorado: Colorado School of Mines Mineral Industries Bulletin, v. 6, no. 6, 15 p.

Sharps, T.I., 1965, Sulfur deposits of Colorado: Colorado School of Mines Mineral Industries Bulletin, v. 8, no. 6, p. 1–8.

Sharps, T.I., 1965, Tungsten in Colorado: Colorado School of Mines Mineral Industries Bulletin, v. 8, no. 5, 16 p.

Shaw, C.A., and Karlstrom, K.E., 1999, The Yavapai–Mazatzal crustal boundary in the southern Rocky Mountains: Rocky Mountain Geology, v. 34, no. 1, p. 37–52.

Shawe, D.R., 1968, Petrography of sedimentary rocks in the Slick Rock district, San Miguel and Dolores Counties, Colorado: U.S. Geological Survey Professional Paper 576-B, p. B1–B33.

Shawe, D.R., 1970, Structure of the Slick Rock district and vicinity, San Miguel and Dolores Counties, Colorado: U.S. Geological Survey Professional Paper 576-C, p. C1–C18.

Shawe, D.R., 1976, Geologic history of the Slick Rock district and vicinity, San Miguel and Dolores Counties, Colorado: U.S. Geological Survey Professional Paper 576-E, p. E1–E19.

Shawe, D.R., 1976, Sedimentary rock alteration in the Slick Rock district, San Miguel and Dolores Counties, Colorado: U.S. Geological Survey Professional Paper 576-D, p. D1–D51.

Shawe, D.R., Simmons, G.C., and Archbold, N.L., 1968, Stratigraphy of Slick Rock district and vicinity, San Miguel and Dolores Counties, Colorado: U.S. Geological Survey Professional Paper 576-A, p. A1–A108.

Sheridan, D.M., and Raymond, W.H., 1977, Preliminary data on some Precambrian deposits of zinc-copper-lead sulphides and zinc spinel (gahnite) in Colorado: U.S. Geological Survey Open-File Report 77-607, 27 p.

Sheridan, D.M., and Raymond, W.H., 1984, Precambrian deposits of zinc-copper-lead sulfides and zinc spinel (gahnite) in Colorado: U.S. Geological Survey Bulletin 1550, 31 p.

Sheridan, D.M., Raymond, W.H., and Cox, L.J., 1981, Precambrian sulfide deposits in the Gunnison region, Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 273–277.

Sheridan, D.M., Raymond, W.H., Taylor, R.B., and Hasler, J.W., 1990, Metallogenic map of stratabound exhalative and related occurrences in Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-1971, scale 1:1,000,000.

Shettel, D.L., Jr., Langfeldt, S.L., Youngquist, C.A., D'Andrea, R.F., Jr., Zinkl, R.J., Garcia, S.R., Hanks, D., George, W.E., and Bolivar, S.L., 1981, Uranium hydrogeochemical and stream sediment reconnaissance data release for the Denver NTMS quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJBX-263(81), 153 p.

BLM_0104607

Shoemaker, E.M., 1955, Geology of the Juanita Arch quad-rangle, Colorado: U.S. Geological Survey Geologic Quad-rangle Map GQ-81, scale 1:24,000.

Shoemaker, E.M., 1955, Preliminary geologic map of the Juanita Arch quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-28, scale 1:24,000.

Shoemaker, E.M., 1955, Preliminary geologic map of the Roc Creek quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-23, scale 1:24,000.

Shoemaker, E.M., 1956, Geology of the Roc Creek quadran-gle, Colorado: U.S. Geological Survey Geologic Quad-rangle Map GQ-83, scale 1:24,000.

Shoemaker, John, ed., 1968, Guidebook of San Juan–San Miguel–La Plata region, New Mexico and Colorado: New Mexico Geological Society Guidebook, 19th Field Confer-ence, 211 p.

Shonk, K.N., 1984, Stratigraphy, structure, tectonic setting, and economic geology of an Early Proterozoic metasedi-mentary and metavolcanic sequence, South Beaver Creek area, Gunnison gold belt, Gunnison and Saguache Counties, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 327 p.

Shonk, K.N., and Geissman, J.W., 1984, Time-stratigraphic equivalence of the Dubois Greenstone and felsic volca-nic-sedimentary gneiss terrain, Gunnison uplift, Gunnison and Saguache Counties, Colorado: Geological Society of America Abstracts with Programs, v. 16, no. 4, p. 255.

Sidle, R.C., Yamashita, Siego, Kamil, Idris, and Sharma, Ashish, 1995, Skyline mine subsidence study; Changes in stream channel characteristics and hydrolic parameters related to surface subsidence: Interim Report No. 2, 71 p.

Silberman, M.L., and Berger, B.R., 1985, Relationship of trace-element patterns to alteration and morphology in epithermal precious-metal deposits, in Berger, B.R., and Bethke, P.M., eds., Geology and geochemistry of epithermal systems: Reviews in Economic Geology 2, p. 203–232.

Silver, L.T., 1965, Mazatzal orogeny and tectonic episodic-ity, in Abstracts for 1964: Geological Society of America Special Paper 82, p. 185–186.

Silver, L.T., 1968, U-Pb isotope relations and their historical implications in Precambrian zircons from Bagdad, Arizona, in Abstracts for 1966: Geological Society of America Spe-cial Paper 101, p. 420.

Singer, D.A., 1975, Mineral resource models and the Alaskan mineral resource assessment program, in Vogely, W.A., ed., Mineral materials modeling—A state-of-the-art review: Baltimore, Md., Johns Hopkins University Press, p. 370–382.

Singer, D.A., 1986, Descriptive model of Kuroko massive sulfide, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 189–197.

Singer, D.A., 1993, Basic concepts in three-part quantitative assessments of undiscovered mineral resources: Nonrenew-able Resources, v. 2, no. 1, p. 69–81.

Singer, D.A., and Mosier, D.L., 1986, Grade and tonnage model of Kuroko massive sulfide, in Cox, D.P., and Singer, D.A., eds., Mineral deposit models: U.S. Geological Survey Bulletin 1693, p. 190–197.

Singewald, Q.D., 1955, Sugar Loaf and St. Kevin mining dis-tricts, Lake County, Colorado, in Contributions to economic geology 1955: U.S. Geological Survey Bulletin 1027-E, p. 251–299.

Sinkankas, John, 1959, Gemstones of North America, XV: Princeton, N.J., Van Nostrand Co., 675 p.

Sinnock, Scott, 1978, Geomorphology of the Uncompahgre Plateau and Grand Valley, western Colorado, U.S.A.: West Lafayette, Ind., Purdue University Ph. D. dissertation, 201 p.

Sinnock, Scott, 1981, Pleistocene drainage changes in Uncom-pahgre Plateau-Grand Valley Region of western Colorado, including formation and abandonment of Unaweep Can-yon—A hypothesis, in Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 127–136.

Slack, J.F., 1976, Hypogene zoning and multistage vein min-eralization in the Lake City area, western San Juan Moun-tains, Colorado: Palo Alto, Calif., Stanford University Ph. D. dissertation, 327 p.

Slack, J.F., 1980, Multistage vein ores of the Lake City dis-trict, western San Juan Mountains, Colorado: Economic Geology, v. 75, no. 7, p. 963–991.

Slaughter, C.B., Freethey, G.W., and Spangler, L.E., 1995, Hydrology of the North Fork of the Right Fork of Miller Creek, Carbon County, Utah, before, during, and after underground coal mining: U.S. Geological Survey Water-Resources Investigations Report 95-4025, 56 p.

Slebir, E.J., 1957, The geology of the North Cement Creek area, Gunnison County, Colorado: Golden, Colo., Colorado School of Mines M.S. thesis, 93 p.

Sloss, L.L., 1963, Sequences of the cratonic interior of North America: Geological Society of America Bulletin, v. 74, no. 2, p. 93–114.

BLM_0104608

Smith, B.M., Varga, R.J., and Gumble, G.E., 1984, Paleohydrology of the Bonanza trapdoor caldera, N.E. San Juan volcanic field, Colorado; oxygen isotopes and hydrothermal metamorphism of Rawley Andesite [abs.]: Eos, v. 65, no. 45, p. 1125.

Smith, D.R., Noblett, J., Wobus, R.A., Unruh, D.M., Douglass, J., Beane, R., Davis, C., Goldman, S., Kay, G., Gustavson, B., Saltoun, B., and Stewart, J., 1999, Petrology and geochemistry of late-stage intrusions of the A-type, mid-Proterozoic Pikes Peak Batholith (central Colorado, U.S.A.)—Implications for petrogenetic models: Precambrian Research, vol.98, no.3–4, p. 271–305.

Smith, R.L., and Bailey, R.A., 1968, Resurgent cauldrons, *in* Studies in volcanology—A memoir in honor of Howel Williams: Geological Society of America Memoir 116, p. 613–662.

Smith, S.M., 1994, Geochemical maps of copper, lead, and zinc, upper Arkansas River drainage basin, Colorado: U.S. Geological Survey Open-File Report 94-408, 15 p.

Smith, S.M., 2000, National Geochemical Database; Reformatted data from the National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) Program, Version 1.20: U.S. Geological Survey Open-File Report 97-492. URL: http://pubs.usgs.gov/of/1997/ofr-97-0492/, [unpaginated].

Socolow, A.A., 1955, Geology of the Irwin district, Colorado: New York, Columbia University Teachers College Ph. D. dissertation, 113 p.

Soregaroli, A.E., and Sutherland-Brown, A., 1976, Characteristics of Canadian Cordilleran molybdenum deposits, *in* Sutherland-Brown, A., ed., Porphyry deposits of the Canadian Cordillera: Canadian Institute of Mining and Metallurgy Special Volume 15, p. 432–443.

Soule, J.M., 1976, Geologic hazards in the Crested Butte–Gunnison area, Gunnison County, Colorado: Colorado Geological Survey Information Series 5, 34 p.

Soulliere, S.J., Arnold, M.A., and Kluender, S.E., 1985, Mineral resources of the Hack Lake Wilderness Study Area, Garfield County, Colorado: U.S. Geological Survey Bulletin 1717-A, p. A1–A5.

Soulliere, S.J., Arnold, M.A., Kluender, S.E., and Zelten, J.E., 1986, Mineral resources of the Eagle Mountain Wilderness Study Area, Pitkin County, Colorado: U.S. Geological Survey Bulletin 1717-B, p. B1–B9.

Soulliere, S.J., Leibold, A.M., and Patterson, C.G., 1983, Geology and mineral resource potential of the Sewemup Mesa Wilderness Study Area, Mesa and Montrose Counties, Colorado (GEM phase 2): U.S. Geological Survey Open-File Report 83-796, 31 p.

Soulliere, S.J., Patterson, C.G., Leibold, A.M., Kulik, D.M., and Martin, C.M., 1988, Mineral resources of the Sewemup Mesa Wilderness Study Area, Mesa and Montrose Counties, Colorado: U.S. Geological Survey Bulletin 1736-B, p. B1–B13.

Spahr, N.E., Apodaca, L.E., Deacon, J.R., Bails, J.B., Bauch, N.J., Smith, C.M., and Driver, N.E., 2000, Water quality in the Upper Colorado River Basin, Colorado, 1996–98: U.S. Geological Survey Circular 1214, 33 p.

Spanski, G.T., 1992, Quantitative assessment of future development of copper/silver resources in the Kootenai National Forest, Idaho/Montana—Part 1, Estimation of the copper and silver endowments: Nonrenewable Resources, v. 1, no. 2, p. 163–183.

Spencer, C.W., 1982, Petroleum potential of wilderness lands, Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-1539, scale 1:1,000,000.

Spencer, C.W., 1993, Uinta–Piceance–Eagle Basins Province (086), *in* Powers, R.B., ed., Petroleum exploration plays and resource estimates, 1989, onshore United States—Region 3, Colorado Plateau and Basin and Range: U.S. Geological Survey Open-File Report 93-248, p. 35–44.

Spencer, C.W., and Wilson, R.J., 1988, Petroleum geology and principal exploration plays in the Uinta–Piceance–Eagle Basins province, Utah and Colorado: U.S. Geological Survey Open-File Report 88-450-G, 35 p.

Spoelhof, R.W., 1976, Pennsylvanian stratigraphy and paleotectonics of the western San Juan Mountains, southwestern Colorado, *in* Epis, R.C., and Weimer, R.J., eds., Studies in Colorado field geology: Professional Contributions of the Colorado School of Mines no. 8, p. 159–179.

Staatz, M.H., Armbrustmacher, T.J., Olson, J.C., Brownfield, I.K., Brock, M.R., Lemons, J.F., Jr., Coppa, L.V., and Clingan, B.V., 1979, Principal thorium resources in the United States: U.S. Geological Survey Circular 805, 42 p.

Staatz, M.H., and Trites, A.F., 1955, Geology of the Quartz Creek pegmatite district, Gunnison County, Colorado: U.S. Geological Survey Professional Paper 265, 111 p.

Staff, G., 1988, Structure and ore deposits of the Sunnyside Gold mine, Silverton, Colorado, *in* Hutchinson, R.M., ed., Epithermal base-metal and precious-metal systems, San Juan Mountains, Colorado: Society of Economic Geologists Guidebook Series, v. 3, p. 61–73.

Stark, J.T., and Behre, C.H., Jr., 1936, Tomichi dome flow [Colorado]: Geological Society of America Bulletin, v. 47, no. 1, p. 101–110.

Steele, T.D., and Coughlin, T.H., 1982, Bottom sediment chemistry and water quality near Mount Emmons, Colorado, *in* Perry, R., Effects of waste disposal on groundwater

and surface water; Proceedings of a symposium held during the first scientific general assembly of the International Association of Hydrological Sciences (IAHS): IAHS-AISH Publication No. 139, p. 63–78.

Stein, H.J., 1982, The Mount Emmons porphyry molybdenum deposit: a lower crustal origin; lead and oxygen isotope evidence: Geological Society of America Abstracts with Programs, v. 14, no. 7, p. 625.

Stein, H.J., 1985, A lead, strontium, and sulfur isotope study of Laramide–Tertiary intrusions and mineralization in the Colorado Mineral Belt with emphasis on Climax-type porphyry molybdenum systems plus a summary of other newly acquired isotopic and rare earth element data: Chapel Hill, N.C., University of North Carolina Ph. D. dissertation, 493 p.

Stein, H.J., and Crock, J.G., 1990, Late Cretaceous–Tertiary magmatism in the Colorado Mineral Belt; rare earth element and samarium-neodymium isotopic studies: Geological Society of America Memoir 174, p. 195–223.

Stein, H.J., and Hannah, J.L., 1985, Movement and origin of ore fluids in Climax-type systems: Geology, v. 13, no. 7, p. 469–474.

Steven, T.A., 1964, Geologic setting of the Spar City district, San Juan Mountains, Colorado, in Geological Survey research 1963; Short papers in the geology and hydrology, articles 122–172: U.S. Geological Survey Professional Paper 475-D, p. D123–D127.

Steven, T.A., 1968, Ore deposits in the central San Juan Mountains, Colorado, in Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 706–713.

Steven, T.A., 1973, Magnetic tape containing spectrographic and chemical analyses of rocks and stream sediment from the study areas contiguous to the Uncompahgre Primitive Area, Colorado: U.S. Geological Survey, 2 p. [Available from National Technical Information Service, Springfield, VA 22161 as NTIS Report PB-220 818.]

Steven, T.A., 1975, Middle Tertiary volcanic field in the southern Rocky Mountains, in Curtis, B.F., ed., Cenozoic history of the southern Rocky Mountains: Geological Society of America Memoir 144, p. 75–94.

Steven, T.A., and Bieniewski, C.L., 1977, Mineral resources of the La Garita Wilderness, San Juan Mountains, southwestern Colorado, with a section on Geophysical interpretation by G.P. Eaton: U.S. Geological Survey Bulletin 1420, 65 p.

Steven, T.A., and Bieniewski, C.L., 1984, La Garita Wilderness, Colorado, in Marsh, S.P., Kropschot, S.J., and Dickinson, R.G., eds., Wilderness mineral potential; assessment

of mineral-resource potential in U.S. Forest Service lands studied 1964–1984: U.S. Geological Survey Professional Paper 1300, p. 455–457.

Steven, T.A., and Bieniewski, C.L., 1984, Study areas contiguous to the Uncompahgre Primitive Area, Colorado, in Marsh, S.P., Kropschot, S.J., and Dickinson, R.G., eds., Wilderness mineral potential; assessment of mineral-resource potential in U.S. Forest Service lands studied 1964–1984: U.S. Geological Survey Professional Paper 1300, p. 489–491.

Steven, T.A., and Hail, W.J., Jr., 1989, Geologic map of the Montrose 30′ by 60′ quadrangle, southwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-1939, scale 1:100,000.

Steven, T.A., and Lipman, P.W., 1973, Geologic map of the Spar City quadrangle, Mineral County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1052, scale 1:24,000.

Steven, T.A., and Lipman, P.W., 1976, Calderas of the San Juan volcanic field, southwestern Colorado: U.S. Geological Survey Professional Paper 958, 35 p.

Steven, T.A., Lipman, P.W., Fisher, F.S., Bieniewski, C.L., and Meeves, H.C., 1973, Mineral resources of study areas contiguous to the Uncompahgre Primitive Areas, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Open-File Report 73-271, 205 p.

Steven, T.A., Lipman, P.W., Fisher, F.S., Bieniewski, C.L., and Meeves, H.C., 1977, Mineral resources of study areas contiguous to the Uncompahgre Primitive Area, San Juan Mountains, southwestern Colorado: U.S. Geological Survey Bulletin 1391-E, p. E1–E126.

Steven, T.A., Lipman, P.W., Hail, W.J., Jr., Barker, Fred, and Luedke, R.G., 1974, Geologic map of the Durango quadrangle, southwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-764, scale 1: 250,000.

Steven, T.A., and Ratté, J.C., 1965, Geology and structural control of ore deposition in the Creede district, San Juan Mountains, Colorado: U.S. Geological Survey Professional Paper 487, 90 p.

Steven, T.A., and Ratté, J.C., 1973, Geologic map of the Creede quadrangle, Mineral and Saguache Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1053, scale 1:62,500.

Steven, T.A., Schmitt, L.J., Jr., Sheridan, M.J., and Williams, F.E., 1969, Mineral resources of the San Juan Primitive Area, Colorado, with a section on Iron resources in the Irving Formation by J.E. Bair and Harry Klemic: U.S. Geological Survey Bulletin 1261-F, p. F1–F187.

BLM_0104610

Stewart, J.H., Poole, F.G., and Wilson, R.F., 1972, Stratigraphy and origin of the Upper Triassic Chinle Formation and related Upper Triassic strata in the Colorado Plateau region: U.S. Geological Survey Professional Paper 690, 336 p.

Stewart, K.C., Crock, J.G., and Severson, R.C., 1993, Chemical results and variability assessment of selected water-extractable constituents from soils of the Uncompahgre Project Area, west-central Colorado: U.S. Geological Survey Open-File Report 93-507, 27 p.

Stoeser, D.B., and Heran, W.D., eds., 2000, USGS mineral deposit models, version 1.0: U.S. Geological Survey Digital Data Series DDS-64, CD-ROM.

Stover, B.K., 1986, Surficial-geologic map of the Muddy Creek landslide complex, Gunnison County, Colorado: Colorado Geological Survey Open-File Report 86-5, scale 1:4,800.

Streufert, R.K., and Cappa, J.A., 1994, Location map and descriptions of metal occurrences in Colorado with notes on economic potential: Colorado Geological Survey Map Series 28, 35 p.

Streufert, R.K., and Ohl, J.P., 1989, Colorado metal mining activity map with directory: Colorado Geological Survey Map Series 25, scale 1:500,000.

Taylor, B.E., Hannah, J.L., Stein, H.J., and Ganster, M.W., 1984, The Mount Emmons porphyry molybdenum deposit, Colorado; magmatic degassing and meteoric water overprinting: Geological Society of America Abstracts with Programs, v. 16, no. 6, p. 674.

Taylor, H.P., Jr., 1997, Oxygen and hydrogen isotope relationships in hydrothermal mineral deposits, in Barnes, H.L., ed., Geochemistry of hydrothermal ore deposits, 3rd Edition: New York, John Wiley, p. 229–302.

Taylor, R.B., Scott, G.R., and Wobus, R.A., 1975, Reconnaissance geologic map of the Howard quadrangle, central Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-892, scale 1:62,500.

Taylor, R.B., Stoneman, R.J., and Marsh, S.P., 1984, An assessment of the mineral resource potential of the San Isabel National Forest, south-central Colorado, with a section on Salable minerals by J.S. Dersch: U.S. Geological Survey Bulletin 1638, 42 p.

Taylor, S.R., 1964, The abundance of chemical elements in the continental crust—A new table: Geochimica et Cosmochimica Acta, v. 28, no. 8, p. 1273–1285.

Temple, A.K., and Grogan, R.M., 1965, Carbonatite and related alkalic rocks at Powderhorn, Colorado: Economic Geology, v. 60, no. 4, p. 672–692.

Theis, N.J., Madson, M.E., Rosenlund, G.C., Reinhart, W.R., and Gardner, H.A., 1981, Durango quadrangle, Colorado: Report of Bendix Field Engineering Corporation prepared for the U.S. Department of Energy, Grand Junction, Colo., GJQ-011(81), 48 p.

Theodore, T.G., 1982, Preliminary model outline for fluorine-deficient porphyry molybdenum deposits, in Erickson, R.L., ed., Characteristics of mineral deposit occurrences: U.S. Geological Survey Open-File Report 82-795, p. 37–42.

Thomas, J.A., and Galey, J.T., Jr., 1982, Exploration and geology of the Mount Emmons molybdenite deposits, Gunnison County, Colorado: Economic Geology, v. 77, no. 5, p. 1085–1104.

Thompson, J.R., 1988, Mineral resources of the Cross Mountain Wilderness Study Area (CO-010-230), Moffat County, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 19-88, 25 p.

Thompson, J.V., 1983, Economic potential of the carbonatite and alkalic stock at Powderhorn, Gunnison County, Colorado, in Handfield, R.C., ed., Gunnison Gold Belt and Powderhorn Carbonatite field trip guidebook: Denver Region Exploration Geologists Society, p. 32–42.

Thompson, M.E., Roach, C.H., and Meyrowitz, Robert, 1956, Duttonite, new vanadium mineral from Peanut mine, Montrose County, Colorado: Science, v. 123, no. 320, p. 990.

Thompson, T.B., 1992, Geology and mineral deposits of the Bondholder district, Colorado, U.S.A.: Society of Economic Geologists Newsletter, v. 14, No. 8, p. 1, 12–16.

Thurman, E.M., and Runnells, D.D., 1979, Baseline study of the concentration of molybdenum in bottom sediments of the major rivers in Colorado, U.S.A.: Journal of Geochemical Exploration, v. 11, no. 3, p. 249–261.

Tobin, R.J., 1982, Petrology and geochronology of a Proterozoic annular complex near Gunnison, Colorado: Lawrence, Kans., University of Kansas M.S. thesis, 62 p.

Toenges, A.L., Dowd, J.J., Turnbull, L.A., Davis, J.D., Smith, H.L., and Johnson, V.H., 1949, Reserves, petrographic and chemical characteristics, and carbonizing properties of coal occurring south of Dry Fork of Minnesota Creek, Gunnison County, near Paonia, Colorado, and the geology of the area: U.S. Bureau of Mines Technical Paper 721, 48 p.

Toenges, A.L., Turnbull, L.A., Davis, J.D., Reynolds, D.A., Parks, B.C., Cooper, H.M., and Abernethy, R.F., 1952, Coal deposit, Coal Creek district, Gunnison County, Colorado—Reserves, coking properties, and petrographic and chemical characteristics: U.S. Bureau of Mines Bulletin 501, 83 p.

Toth, M.I., Davis, L.L., Patterson, C.G., and Seeley, J.L., 1983, Geology and mineral resource potential of the Dominguez Canyon Wilderness Study Area, Delta, Mesa, and Montrose

Counties, Colorado (GEM phase 2):  U.S. Geological Survey Open-File Report 83-797, 35 p.

Toth, M.I., Patterson, C.G., Kulik, D.M., and Schreiner, R.A., 1987, Mineral resources of the Dominguez Canyon Wilderness Study Area, Delta, Mesa, and Montrose Counties, Colorado:  U.S. Geological Survey Bulletin 1736-A, p. A1–A10.

Toth, M.I., Stoneman, R.J., Patterson, C.G., and Jackson, L.L., 1983, Geology and mineral resource potential of the Black Ridge Canyon Wilderness Study Area, Mesa County, Colorado (GEM Phase 2):  U.S. Geological Survey Open-File Report 83-794, 36 p.

Toth, M.I., Wilson, A.B., Cookro, T.M., Bankey, Viki, Lee, G.K., and Case, J.E., 1993, Mineral resource potential and geology of the White River National Forest and the Dillon Ranger District of the Arapaho National Forest, Colorado, *with a section on* Salable commodities by J.S. Dersch:  U.S. Geological Survey Bulletin 2035, 117 p.

Toth, M.I., Wilson, A.B., Cookro, T.M., Bankey, Viki, Lee, G.K., and Dersch, J.S., 1993, Mineral resource potential of the White River National Forest and the Dillon Ranger District of the Arapaho National Forest, Colorado, *in* Scott, R.W., Jr., Detra, P.S., and Berger, B.R., eds., Advances related to United States and international mineral resources—Developing frameworks and exploration technologies:  U.S. Geological Survey Bulletin 2039, p. 217–232.

Toulmin, Priestly, III, and Hammarstrom, J.M., 1990, Geology of the Mount Aetna volcanic center, Chaffee and Gunnison Counties, Colorado:  U.S. Geological Survey Bulletin 1864, 44 p.

Trammell, J.W., 1961, Geology of the Cumberland Pass area, Gunnison County, Colorado:  Boulder, Colo., University of Colorado M.S. thesis, 109 p.

Traver, W.M., Jr., 1947, Investigations of strategic mineral resources, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado:  Denver, Colo., State of Colorado Mineral Resources Board, p. 471–496.

Tremain, C.M., 1990, Coalbed methane development in Colorado:  Colorado Geological Survey Information Series 32, 35 p.

Tremain, C.M., Hornbaker, A.L., Holt, R.D., Murray, D.K., and Ladwig, L.R., 1996, Summary of coal resources in Colorado [1995]:  Colorado Geological Survey Special Publication 41, 19 p.

Tschauder, R.J., Landis, G.P., and Noyes, R.R., 1990, Late Mississippian karst caves and Ba-Ag-Pb-Zn mineralization in central Colorado—Part I, Geologic framework, mineralogy, and cave morphology, *in* Beaty, D.W., Landis, G.P., and Thompson, T.B., eds., Carbonate-hosted sulfide deposits of the central Colorado Mineral Belt:  Economic Geology Monograph 7, p. 308–338.

Turner, C.E., and Fishman, N.S., 1991, Jurassic Lake T'oo'dichi'—A large alkaline, saline lake, Morrison Formation, eastern Colorado Plateau:  Geological Society of America Bulletin, v. 103, no. 4, p. 538–558.

Turner-Peterson, C.E., 1986, Fluvial sedimentology of a major uranium-bearing sandstone—A study of the Westwater Canyon Member of the Morrison Formation, San Juan Basin, *in* Turner-Peterson, C.E., Santos, E.S., and Fishman, N.S., eds., A basin analysis case study; The Morrison Formation, Grants uranium region, New Mexico:  American Association of Petroleum Geologists Studies in Geology 22, p. 47–74.

Turner-Peterson, C.E., and Hodges, C.A., 1986, Descriptive model of sandstone U, *in* Cox, D.P., and Singer, D.A., eds., Mineral deposit models:  U.S. Geological Survey Bulletin 1693, p. 209–210.

Tweto, Ogden, 1943, Molybdenum-tungsten deposits of Gold Hill, Quartz Creek, and Tincup mining districts, Gunnison County, Colorado:  U.S. Geological Survey Strategic Minerals Investigations Preliminary Report, 18 p.

Tweto, Ogden, 1975, Laramide (Late Cretaceous–Early Tertiary) Orogeny in the southern Rocky Mountains, in Curtis, B.F., ed., Cenozoic history of the southern Rocky Mountains:  Geological Society of America Memoir 144, p. 1–44.

Tweto, Ogden, 1977, Tectonic history of west-central Colorado, *in* Veal, H.K., ed., Exploration frontiers of the central and southern Rockies:  Rocky Mountain Association of Geologists Guidebook, 1977 Symposium, Denver, Colo., p. 11–22.

Tweto, Ogden, 1979, Geologic map of Colorado:  U.S. Geological Survey Special Geologic Map, scale 1:500,000.

Tweto, Ogden, 1980, Precambrian geology of Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology:  Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 37–46.

Tweto, Ogden, 1980, Summary of Laramide orogeny, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology:  Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 129–134.

Tweto, Ogden, 1987, Rock units of the Precambrian basement of Colorado:  U.S. Geological Survey Professional Paper 1321, 54 p.

Tweto, Ogden, and Case, J.E., 1972, Gravity and magnetic features as related to geology in the Leadville 30-minute quadrangle, Colorado:  U.S. Geological Survey Professional Paper 726-C, p. C1–C31.

BLM_0104612

Case No. 1:20-cv-02484-MSK Document 58-2 filed 04/28/21 USDC Colorado pg 70 of 73



Tweto, Ogden, Moench, R.H., and Reed, J.C., Jr., 1978, Geologic map of the Leadville 1° × 2° quadrangle, northwestern Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-999, scale 1:250,000.

Tweto, Ogden, and Sims, P.K., 1963, Precambrian ancestry of the Colorado Mineral Belt: Geological Society of America Bulletin, v. 74, no. 8, p. 991–1014.

Tweto, Ogden, Steven, T.A., Hail, W.J., Jr., and Moench, R.H., 1976, Geologic map of the Montrose 1° x 2° quadrangle, southwestern Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-761, scale 1:250,000.

Tyler, Roger, Zhou, Naijiang, McMurry, R.G., Jackson, M.L.W., and Tremain, C.M., 1992, Selected references related to coalbed methane in the greater Green River, Piceance, Powder River, Raton, and San Juan Basins, Colorado: Colorado Geological Survey Information Series 35, 77 p., 1 diskette.

U.S. Bureau of Land Management, 1984, Proposed wilderness designation of the Powderhorn Instant Study Area, Gunnison and Hinsdale Counties, Colorado—Final suitability report and environmental impact statement: Bureau of Land Management, Montrose District Office, 196 p.

U.S. Bureau of Land Management, 1986, Proposed wilderness designation of the Wilderness Study Areas within the Gunnison Basin and American Flats/Silverton planning units of the Montrose District, Colorado: Bureau of Land Management, Montrose District Office, variously paginated.

U.S. Bureau of Land Management, 1989, Final wilderness environmental impact statement for the Uncompahgre Basin resource area, Montrose district, Colorado: Bureau of Land Management, Montrose District Office, 168 p.

U.S. Bureau of Mines, 1937, Analyses of Colorado coals: U.S. Bureau of Mines Technical Paper 575, 327 p.

U.S. Geological Survey, 1966, Age of basalt cap on Grand Mesa, *in* Geological Survey research 1966: U.S. Geological Survey Professional Paper 550-A, p. A81.

U.S. Geological Survey, 1987, Aeromagnetic map of part of the San Juan Mountains, southwestern Colorado: U.S. Geological Survey Open-File Report 87-423, scale 1:100,000.

U.S. Geological Survey, 1999, Mineral Resource Data System (MRDS: active computer file): Data available from U.S. Geological Survey, Mineral Resources Program, Building 20, Denver Federal Center, Denver, Colo. 80225.

U.S. Geological Survey, 1999, Minerals Availability System (MAS: active computer file): Data available from U.S. Geological Survey, Minerals Information Team (formerly U.S. Bureau of Mines), Building 20, Denver Federal Center, Denver, Colo. 80225.

U.S. Geological Survey and Colorado Geological Survey, 1977, Energy resources map of Colorado: U.S. Geological Survey Miscellaneous Investigations Series Map I-1039, scale 1:500,000.

U.S. Geological Survey and U.S. Bureau of Mines, 1977, Mineral resources of the Chama–Southern San Juan Mountains Wilderness Study Area, Mineral, Rio Grande, Archuleta, and Conejos Counties, Colorado: U.S. Geological Survey Open-File Report 77-309, 210 p.

Van Alstine, R.E., 1947, Fluorspar investigations, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, p. 457–465.

Van Loenen, R.E., 1985, Geologic and geochemical maps of the West Needle Wilderness Study Area, San Juan and La Plata Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1632-B, scale 1:50,000.

Van Loenen, R.E., and Gibbons, A.B., eds., 1997, Mineral resource potential and geology of the San Juan National Forest, Colorado, *with a section on* Salable minerals by A.G. Raby and J.S. Dersch: U.S. Geological Survey Bulletin 2127, 140 p.

Van Loenen, R.E., Lee, G.K., Campbell, D.L., and Thompson, J.R., 1989, Mineral resource appraisal of the Mount Massive Wilderness Area, Lake County, Colorado: U.S. Geological Survey Bulletin 1636, 18 p.

Van Schmus, W.R., and Bickford, M.E., 1981, Proterozoic chronology and evolution of the midcontinent region, North America, *in* Kröner, A., ed., Precambrian plate tectonics: Amsterdam, Elsevier, Developments in Precambrian Geology, 4, p. 261–296.

Vance, R.K., 1984, Geology and geochemistry of the Gunnison intrusive complex, Gunnison County, Colorado: Lexington, Ky., University of Kentucky M.S. thesis, 261 p.

Vanderwilt, J.W., 1938, Geology and mineral deposits of the Snowmass Mountain area, Gunnison County, Colorado: U.S. Geological Survey Bulletin 884, 184 p.

Vanderwilt, J.W., 1947, Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, 547 p.

Varga, R.J., and Smith, B.M., 1984, Evolution of the early Oligocene Bonanza caldera, northeast San Juan volcanic field, Colorado, *in* Calderas and associate igneous rocks: Journal of Geophysical Research, B, v. 89, no. 10, p. 8679–8694.

Varnes, D.J., 1947, Iron Springs mining district (Ophir, Ames), San Miguel County, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, p. 425–428.

Varnes, D.J., 1947, Mount Wilson district, San Miguel County, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, p. 428.

Varnes, D.J., 1947, Recent developments in the Black Bear Vein, San Miguel County, Colorado: Colorado Scientific Society Proceedings, v. 15, p. 135–146.

Varnes, D.J., 1947, South Telluride area (Southern part of the Upper San Miguel district), San Miguel County, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, p. 424–425.

Varnes, D.J., 1962, Analysis of plastic deformation according to Von Mises' theory with application to the South Silverton area, San Juan County, Colorado: U.S. Geological Survey Professional Paper 378-B, p. B1–B49.

Varnes, D.J., 1963, Geology and ore deposits of the South Silverton mining area, San Juan County, Colorado: U.S. Geological Survey Professional Paper 378-A, p. A1–A56.

Varnes, D.J., and Burbank, W.S., 1947, Cement Creek and Mineral Creek areas, Eureka district, San Juan County, *in* Vanderwilt, J.W., ed., Mineral resources of Colorado: Denver, Colo., State of Colorado Mineral Resources Board, p. 435–437.

Vhay, J.S., 1962, Geology and mineral deposits of the area south of Telluride, Colorado, *in* Contributions to economic geology 1959: U.S. Geological Survey Bulletin 1112-G, p. 209–310.

Vine, J.D., and Tourtelot, E.B., 1973, Geochemistry of lower Eocene sandstones in the Rocky Mountain region: U.S. Geological Survey Professional Paper 789, 36 p.

Vine, J.D., Tourtelot, E.B., and Keith, J.R., 1969, Element distribution in some trough and platform types of black shale and associated rocks: U.S. Geological Survey Bulletin 1214-H, p. H1–H38.

Voegeli, P.T., Sr., and King, R.U., 1969, Occurrence and distribution of molybdenum in the surface water of Colorado: U.S. Geological Survey Water-Supply Paper 1535-N, p. N1–N32.

Wallace, A.R., 1995, Isotopic geochronology of the Leadville $1° \times 2°$ quadrangle, west-central Colorado; summary and discussion: U.S. Geological Survey Bulletin 2104, 51 p.

Wallace, A.R., Lee, G.K., Campbell, D.L., Lundby, William, and Brown, S.D., 1989, Mineral resources of the Holy Cross Wilderness Study Area, Pitkin and Lake Counties, Colorado: U.S. Geological Survey Bulletin 1879, 22 p.

Wallace, A.R., Ludington, Steve, Lovering, T.G., Campbell, D.L., Case, J.E., Grauch, V.J.S., and Knepper, D.H., Jr.,

1988, Leadville $1° \times 2°$ quadrangle, Colorado—A pre-assessment: U.S. Geological Survey Open-File Report 88-74, 57 p.

Wallace, S.R., MacKenzie, W.B., Blair, R.G., and Muncaster, N.K., 1978, Geology of the Urad and Henderson molybdenite deposits, Clear Creek County, Colorado, *with a section on* A comparison of these deposits with those at Climax, Colorado: Economic Geology, v. 73, no. 3, p. 325–368.

Wallace, S.R., Muncaster, N.K., Jonson, D.C., MacKenzie, W.B., Bookstrom, A.A., and Surface, V.E., 1968, Multiple intrusion and mineralization at Climax, Colorado, *in* Ridge, J.D., ed., Ore deposits of the United States, 1933–1967; The Graton–Sales Volume: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., v. I, p. 605–640.

Ward, J.M., 1978, History and geology of Homestake's Pitch Project, Saguache County, Colorado [abs.], *in* Miller, J.J., ed., Light metals 1978; Proceedings of sessions, 107th AIME annual meeting, Denver, Colo., February 26–March 2, 1978: New York, American Institute of Mining, Metallurgical, and Petroleum Engineers, pages unknown.

Warner, L.A., 1978, The Colorado lineament; A middle Precambrian wrench fault system: Geological Society of America Bulletin, v. 89, no. 2, p. 161–171.

Warner, L.A., 1980, The Colorado lineament, *in* Kent, H.C., and Porter, K.W., eds., Colorado geology: Rocky Mountain Association of Geologists Guidebook, 1980 Symposium, Denver, Colo., p. 11–21.

Warren, R.G., Gallimore, D.L., Martell, C.J., Sandoval, W.F., Garcia, S.R., Minor, M.M., and McInteer, Carlotta, 1981, Data release for intermediate-density hydrogeochemical and stream sediment sampling in the Vallecito Creek Special Study Area, Colorado, including concentrations of uranium and forty-six additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-8483-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-217(81), 101 p.

Warren, R.G., George, W.E., Apel, C.T., Minor, M.M., Steinhaus, D.W., Martell, C.J., Stein, S.L., and Cheadle, J., III, 1979, Uranium hydrogeochemical and stream sediment reconnaissance of the Cortez NTMS quadrangle, Colorado/Utah, including concentrations of forty-three additional elements: Los Alamos, N. Mex., Los Alamos Scientific Laboratory Informal Report LA-7505-MS, U.S. Department of Energy, Grand Junction, Colo., GJBX-77(79), 198 p.

Watson, Ken, Rowan, L.C., Bowers, T.L., Anton-Pacheco, Carmen, Gumiel, Pablo, and Miller, S.H., 1996, Lithologic analysis from multispectral thermal infrared data of the alkalic rock complex at Iron Hill, Colorado: Geophysics, v. 61, no. 3, p. 706–721.

Webring, M.W., 1981, MINC—A gridding program based on minimum curvature: U.S. Geological Survey Open-File Report 81-1224, 41 p.

Weeks, A.D., and Thompson, M.E., 1954, Identification and occurrence of uranium and vanadium minerals from the Colorado plateaus: U.S. Geological Survey Bulletin 1009-B, p. 13–62.

Weeks, H.J., 1925, Oil and water possibilities of parts of Delta and Mesa Counties, Colorado: Colorado Geological Survey Bulletin 28, 46 p.

Weeks, J.B., and Welder, F.A., 1974, Hydrologic and geophysical data from the Piceance Basin, Colorado: Colorado Water Resources Basic Data Release No. 35, 121 p.

Weiland, E.F., Johnson, S.A., and Grauch, R.I., 1980, Stream-sediment geochemical survey of the Bureau of Land Management's American Flats–Silverton Planning Unit in southwest (Lake City area) Colorado: U.S. Geological Survey Open-File Report 80-541, 111 p.

Weir, G.W., and Puffett, W.P., 1960, Preliminary geologic map of the Mount Peale 4 SE quadrangle, San Juan County, Utah, and San Miguel County, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-149, scale 1:24,000.

Weir, G.W., and Puffett, W.P., 1981, Incomplete manuscript on stratigraphy and structural geology and uranium-vanadium and copper deposits of the Lisbon Valley area, Utah–Colorado: U.S. Geological Survey Open-File Report 81-39, 292 p.

Weisner, R.C., and Bieniewski, C.L., 1984, Mineral investigation of the Maroon Bells–Snowmass Wilderness and three adjacent Wilderness Study Areas, Gunnison and Pitkin Counties, Colorado: U.S. Bureau of Mines Mineral Land Assessment Open-File Report MLA 23-84, 159 p.

Wentz, D.A., 1974, Effect of mine drainage on the quality of streams in Colorado, 1971–72: Colorado Water Conservation Board, Water Resources Circular 21, 117 p.

Westra, Gerhard, and Keith, S.B., 1981, Classification and genesis of stockwork molybdenum deposits: Economic Geology, v. 76, no. 4, p. 844–873.

White, D.E., 1962, Antimony in the United States, exclusive of Alaska and Hawaii: U.S. Geological Survey Mineral Investigations Resource Map MR-20, scale 1:3,168,000.

White, W.H., Bookstrom, A.A., Kamilli, R.J., Ganster, M.W., Smith, R.P., Rantra, D.E., and Steininger, R.C., 1981, Character and origin of Climax-type molybdenum deposits, in Skinner, B.J., ed., Economic Geology 75th Anniversary Volume: El Paso, Tex., Economic Geology Publishing Co., p. 270–316.

White-Pinilla, K.C., and Wendlandt, R.F., 1996, Characterization of fenitizing fluids at the Iron Hill carbonatite complex, Gunnison County, Colorado: Geological Society of America Abstracts with Programs, v. 28, no. 7, p. 213.

Whitebread, D.H., 1951, Geology of the Pitkin area, Gunnison County, Colorado: Boulder, Colo., University of Colorado M.S thesis, 37 p.

Whitney, J.A., and Stormer, J.C., Jr., 1983, Igneous sulfides in the Fish Canyon Tuff and the role of sulfur in calc-alkaline magmas: Geology, v. 11, no. 2, p. 99–102.

Whitney, J.A., and Stormer, J.C., Jr., 1985, Mineralogy, petrology, and magmatic conditions from the Fish Canyon Tuff, central San Juan volcanic field, Colorado: Journal of Petrology, v. 26, no. 3, p. 726–762.

Williams, P.L., 1964, Geology, structure, and uranium deposits of the Moab quadrangle, Colorado and Utah: U.S. Geological Survey Miscellaneous Investigations Series Map I-360, scale 1:250,000.

Wilson, A.B., Spanski, G.T., Crane, M.J., and Woodard, M.D., 2000, Databases and spatial data model for mineralized areas, mines, and prospects in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado: U.S. Geological Survey Open-File Report 00-298, CD-ROM. URL: http://pubs.usgs.gov/of/2000/ofr-00-0298/.

Withington, C.F., 1955, Geology of the Paradox quadrangle, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-72, scale 1:24,000.

Withington, C.F., 1955, Preliminary geologic map of the Paradox quadrangle, Colorado: U.S. Geological Survey Mineral Investigations Field Studies Map MF-22, scale 1:24,000.

Wood, G.H., Jr., Kehn, T.M., Carter, M.D., and Culbertson, W.C., 1983, Coal resource classification system of the U.S. Geological Survey: U.S. Geological Survey Circular 891, 65 p.

Wood, H.B., and Lekas, M.A., 1958, Uranium deposits of the Uravan Mineral Belt, in Sanborn, A.R., ed., Guidebook to the geology of the Paradox Basin: Intermountain Association of Petroleum Geologists 9th Annual Field Conference, p. 208–215.

Woodruff, E.G., 1912, The coal resources of Gunnison Valley, Mesa and Delta Counties, Colorado, in Campbell, M.R., ed., Contributions to economic geology 1910—Part II, Mineral fuels: U.S. Geological Survey Bulletin 471, p. 565–573.

Woolsey, L.H., 1907, Lake Fork extension of the Silverton mining area, Colorado, in Emmons, S.F., and Eckel, E.C., eds., Contributions to economic geology 1906—Part I, Metals and nonmetals except fuel: U.S. Geological Survey Bulletin 315-A, p. 26–30.

Worcester, P.G., 1919, Molybdenum deposits of Colorado with notes on the molybdenum industry:  Colorado Geological Survey Bulletin 14, 131 p.

Wortman, G.L., 1991, Time relationships among deformation, metamorphism, and plutonism in the Early Proterozoic of Colorado:  Lawrence, Kans., University of Kansas M.S. thesis, 64 p.

Wortman, G.L., Coleman, D.S., and Bickford, M.E., 1990, Timing of arc accretion and deformation in Early Proterozoic volcanogenic rocks, central Colorado:  Geological Society of America Abstracts with Programs, v. 22, no. 7, p. 262.

Wright, R.J., and Everhart, D.L., 1960, Uranium, in del Rio, S.M., Mineral resources of Colorado, 1st sequel:  Denver, Colo., State of Colorado Metal Mining Fund Board, p. 357–359.

Wynn, J.C., 1985, Geophysical investigation of the Chama–Southern San Juan Mountains Wilderness Study Area, Colorado, in Mineral resources of the Chama–Southern San Juan Mountains Wilderness Study Area, Mineral, Rio Grande, Archuleta, and Conejos Counties, Colorado:  U.S. Geological Survey Bulletin 1524, p. 35–45.

Yager, D.B., Lund, Karen, Luedke, R.G., Bove, D.J., O'Neill, J.M., and Sole, T.C., 1998, Digital geologic compilations of the upper Animas River and Boulder River watersheds—Geographic information systems technology used as a scientific interpretation tool [abs.], in Nimick, D.A., and von Guerard, Paul, eds., Science for watershed decisions on abandoned mine lands; Review of preliminary results, Denver, Colorado, February 4–5, 1998:  U.S. Geological Survey Open-File Report 98-297, p. 27.

Yeend, W.E., 1969, Quaternary geology of the Grand and Battlement Mesas area, Colorado:  U.S. Geological Survey Professional Paper 617, 50 p.

Yeend, W.E., Donnell, J.R., and Smith, M.C., 1988, Geologic map of the Rulison quadrangle, Garfield County, Colorado:  U.S. Geological Survey Miscellaneous Field Studies Map MF-2060, scale 1:24,000.

Young, R.G., 1960, Dakota Group of Colorado Plateau:  American Association of Petroleum Geologists Bulletin, v. 44, no. 2, p. 156–194.

Young, R.G., 1973, Depositional environments of basal Cretaceous rocks of the Colorado Plateau, in Fassett, J.E., ed., Cretaceous and Tertiary rocks of the southern Colorado Plateau:  Four Corners Geological Society Memoir, p. 10–27.

Zacharakis, T.G., 1981, Geothermal resource assessment of Waunita Hot Springs, Colorado:  Colorado Geological Survey Special Publication 16, 69 p.

Zacharakis, T.G., Ringrose, C.D., and Pearl, R.H., 1981, Geothermal resource assessment of Ouray, Colorado:  Colorado Geological Survey Resource Series 15, 70 p.

Zech, R.S., 1988, Geologic map of the Fossil Ridge area, Gunnison County, Colorado:  U.S. Geological Survey Miscellaneous Investigations Series Map I-1883, scale 1:24,000.

Zielinski, R.A., Lipman, P.W., and Millard, H.T., Jr., 1977, Minor-element abundances in obsidian, perlite, and felsite of calc-alkalic rhyolites:  American Mineralogist, v. 62, no. 5–6, p. 426–437.

Zietz, Isidore, Bateman, P.C., Case, J.E., Crittenden, M.D., Jr., Griscom, Andrew, King, E.R., Roberts, R.J., and Lorentzen, G.R., 1969, Aeromagnetic investigation of crustal structure for a strip across the Western United States:  Geological Society of America Bulletin, v. 80, no. 9, p. 1703–1714.

Zimbelman, D.R., 1989, Maps showing trace-element geochemistry of the Sangre de Cristo Wilderness Study Area, south-central Colorado:  U.S. Geological Survey Miscellaneous Field Studies Map MF-1635-C, scale 1:125,000.

Zimbelman, D.R., Cooley, E.F., and Day, G.W., 1985, Analytical results and sample locality map of stream-sediment and heavy-mineral-concentrate samples from the western three-quarters of the Pueblo 1° × 2° quadrangle, south-central Colorado:  U.S. Geological Survey Open-File Report 85-467, 85 p.

BLM_0104616