**Investigations of the Distribution and Resources of Coal in the Southern Part of the Piceance Basin, Colorado     O83**

Coal resources and other occurrences of coal in the Cameo-Wheeler coal zone by township (in millions of short tons). Page 3 of 4.

| Township | Overburden (ft) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | 6,000-10,000 | >10,000 | Grand total |
| 6S 100W | | | | 97 | 1,100 | | | 1,200 |
| 6S 101W | | | 170 | 380 | 520 | | | 1,100 |
| 6S 102W | 14 | 230 | 610 | 52 | | | | 900 |
| 6S 103W | 180 | 230 | 270 | 0.65 | | | | 680 |
| 6S 104W | 71 | 55 | 150 | 84 | | | | 360 |
| 6S 105W | | | 21 | 22 | | | | 43 |
| 6S 89W | 29 | 23 | 41 | 36 | 24 | | | 150 |
| 6S 90W | 48 | 45 | 77 | 70 | 290 | 800 | 13 | 1,300 |
| 6S 91W | 25 | 27 | 76 | 94 | 380 | 1,700 | 4.2 | 2,300 |
| 6S 92W | | | | | 210 | 2,000 | | 2,200 |
| 6S 93W | | | | | | 2,200 | | 2,200 |
| 6S 94W | | | | | | 2,300 | 190 | 2,500 |
| 6S 95W | | | | | | 1,400 | 940 | 2,300 |
| 6S 96W | | | | | | 1,300 | 210 | 1,500 |
| 6S 97W | | | | | 22 | 1,700 | | 1,700 |
| 6S 98W | | | | | 700 | 1,200 | | 1,900 |
| 6S 99W | | | | | 1,300 | 330 | | 1,600 |
| 7S 100W | | | | | 1,300 | | | 1,300 |
| 7S 101W | | 23 | 360 | 550 | 340 | | | 1,300 |
| 7S 102W | 150 | 140 | 260 | 98 | | | | 650 |
| 7S 103W | 240 | 76 | 11 | | | | | 330 |
| 7S 104W | 210 | 85 | 110 | | | | | 400 |
| 7S 105W | 19 | 7.5 | 14 | | | | | 40 |
| 7S 89W | 41 | 40 | 79 | 81 | 240 | 170 | | 640 |
| 7S 90W | | | | | 21 | 1,600 | 87 | 1,700 |
| 7S 91W | | | | | 860 | 1,300 | 7 | 2,100 |
| 7S 92W | | | | | 1,100 | 1,100 | | 2,200 |
| 7S 93W | | | | | | 1,700 | 300 | 2,000 |
| 7S 94W | | | | | | 1,500 | 1,100 | 2,700 |
| 7S 95W | | | | | 84 | 1,500 | 110 | 1,700 |
| 7S 96W | | | | | 970 | 1,200 | | 2,100 |
| 7S 97W | | | | | 830 | 1,300 | | 2,100 |
| 7S 98W | | | | | 1,900 | 200 | | 2,100 |
| 7S 99W | | | | | 1,300 | 88 | | 1,400 |
| 8.5S 93W | | | | | | 74 | | 74 |
| 8.5S 94W | | | | | | 23 | | 23 |

BLM_0104802

Coal resources and other occurrences of coal in the Cameo-Wheeler coal zone by township (in millions of short tons). Page 4 of 4.

| Township | Overburden (ft) | | | | | | | Grand total |
|---|---|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | 6,000-10,000 | >10,000 | |
| 8S 100W | | 11 | 230 | 240 | 480 | | | 960 |
| 8S 101W | 240 | 420 | 530 | 49 | 9.6 | | | 1,300 |
| 8S 102W | 110 | 34 | 3.1 | | | | | 150 |
| 8S 103W | 6.3 | | | | | | | 6.3 |
| 8S 104W | 3.5 | | | | | | | 3.5 |
| 8S 105W | 3.6 | | | | | | | 3.6 |
| 8S 89W | 18 | 19 | 36 | 49 | 410 | 240 | | 770 |
| 8S 90W | | | | | 1,200 | 640 | | 1,900 |
| 8S 91W | | | | 62 | 2,100 | 170 | | 2,300 |
| 8S 92W | | | | | 280 | 1,600 | | 1,900 |
| 8S 93W | | | | | | 1,200 | 830 | 2,000 |
| 8S 94W | | | | | | 910 | 890 | 1,800 |
| 8S 95W | | | | | 3.8 | 1,400 | 280 | 1,700 |
| 8S 96W | | | | | 1,800 | 170 | | 2,000 |
| 8S 97W | | | | 180 | 1,600 | | | 1,800 |
| 8S 98W | | | | 400 | 1,400 | | | 1,800 |
| 8S 99W | | | | 200 | 1,000 | | | 1,200 |
| 9S 100W | 57 | 40 | 220 | 53 | | | | 370 |
| 9S 101W | 5.2 | 4.8 | | | | | | 9.9 |
| 9S 89W | 23 | 20 | 50 | 56 | 310 | | | 460 |
| 9S 90W | | | | | 1,900 | 51 | | 1,900 |
| 9S 91W | | | | | 1,100 | 1,500 | | 2,600 |
| 9S 92W | | | | | | 2,300 | | 2,300 |
| 9S 93W | | | | | | 2,300 | | 2,300 |
| 9S 94W | | | | | 360 | 2,200 | | 2,600 |
| 9S 95W | | | | | 1,400 | 980 | | 2,400 |
| 9S 96W | | | | 45 | 1,900 | 120 | | 2,000 |
| 9S 97W | | | 92 | 1,200 | 410 | | | 1,700 |
| 9S 98W | | | 250 | 1,100 | 19 | | | 1,300 |
| 9S 99W | | | 660 | 280 | 13 | | | 950 |
| Grand total (pages 1 through 4) | 4,000 | 4,600 | 13,000 | 15,000 | 58,000 | 67,000 | 10,000 | 170,000 |

BLM_0104803

**Investigations of the Distribution and Resources of Coal in the Southern Part of the Piceance Basin, Colorado    O85**

Coal resources of the Cameo-Wheeler coal zone by coal ownership (in millions of short tons).

| Coal ownership | Overburden (ft) | | | | | Grand total |
|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Federal | 3,100 | 3,800 | 12,000 | 13,000 | 43,000 | 75,000 |
| Non-Federal | 880 | 800 | 950 | 2,000 | 15,000 | 20,000 |
| Grand total | 4,000 | 4,600 | 13,000 | 15,000 | 58,000 | 95,000 |

Other occurrences of coal in the Cameo-Wheeler coal zone (at depths greater than 6,000 ft) by coal ownership (in millions of short tons).

| Coal ownership | Overburden (ft) | | Grand total |
|---|---|---|---|
| | 6,000-10,000 | >10,000 | |
| Federal | 41,000 | 7,800 | 48,000 |
| Non-Federal | 27,000 | 2,600 | 29,000 |
| Grand total | 67,000 | 10,000 | 78,000 |

Coal resources of the Cameo-Wheeler coal zone by surface ownership (in millions of short tons).

| Surface ownership | Overburden (ft) | | | | | Grand total |
|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Federal | 2,700 | 2,800 | 9,300 | 10,000 | 37,000 | 62,000 |
| Non-Federal | 1,300 | 1,800 | 3,400 | 5,000 | 21,000 | 33,000 |
| Grand total | 4,000 | 4,600 | 13,000 | 15,000 | 58,000 | 95,000 |

Other occurrences of coal in the Cameo-Wheeler coal zone (at depths greater than 6,000 ft) by surface ownership (in millions of short tons).

| Surface ownership | Overburden (ft) | | Grand total |
|---|---|---|---|
| | 6,000-10,000 | >10,000 | |
| Federal | 36,000 | 6,900 | 43,000 |
| Non-Federal | 32,000 | 3,500 | 35,000 |
| Grand total | 67,000 | 10,000 | 78,000 |

BLM_0104804

Coal resources and other occurrences of coal in the South Canyon coal zone by 7.5' quadrangle (in millions of short tons).

| Quadrangle | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | 6,000-10,000 | >10,000 | Grand total |
|---|---|---|---|---|---|---|---|---|
| Anvil Points | | | | | | 430 | 1,100 | 1.500 |
| Big Soap Park | | 0.68 | | | | | | 0.68 |
| Bowie | 120 | 150 | 310 | 160 | 84 | | | 820 |
| Bull Mountain | | | | 190 | 1,100 | | | 1.300 |
| Cattle Creek | 3.5 | 4.1 | 10 | 9.9 | 31 | 20 | | 78 |
| Center Mountain | | | | 2.4 | 85 | 720 | | 800 |
| Chair Mountain | 0.11 | 2.6 | 62 | 300 | 41 | | | 410 |
| Chalk Mountain | | | | | 110 | 180 | | 290 |
| Electric Mountain | | | 7 | 87 | 1,000 | 230 | | 1.300 |
| Elk Knob | | | 20 | 140 | 770 | 110 | | 1.000 |
| Flatiron Mountain | | | | 140 | 890 | 540 | | 1.600 |
| Forked Gulch | | | | | | 31 | 110 | 150 |
| Gibson Gulch | | | | 170 | 950 | 600 | | 1.700 |
| Glenwood Springs | 0.67 | 0.53 | 0.6 | | | | | 1.8 |
| Gray Reservoir | 5.2 | 11 | 28 | 58 | 62 | | | 160 |
| Hawxhurst Creek | | | | | | 55 | 47 | 100 |
| Hightower Mountain | | | | | 19 | 1,300 | | 1.300 |
| Horse Mountain | 15 | 15 | 34 | 47 | 130 | 100 | | 350 |
| Hunter Mesa | | | | | 770 | 1,300 | | 2.100 |
| Leon Peak | | | | | | 1.2 | | 1.2 |
| Mccarthy Gulch | | | | | | | 210 | 210 |
| Minnesota Pass | 74 | 140 | 180 | 83 | | | | 480 |
| New Castle | 34 | 40 | 65 | 63 | 180 | 410 | | 790 |
| North Mamm Peak | | | | | | 1,000 | 220 | 1.200 |
| Paonia Reservoir | 2.4 | 13 | 88 | 110 | 16 | | | 230 |
| Parachute | | | | | | 1.4 | | 1.4 |
| Placita | 22 | 25 | 170 | 110 | 3.3 | | | 340 |
| Porter Mountain | | | | | | 600 | | 600 |
| Quaker Mesa | | | | 55 | 880 | 31 | | 960 |
| Rifle | 0.63 | 1.1 | 3 | 6 | 34 | 1,300 | 250 | 1.500 |
| Rio Blanco | 13 | 14 | 47 | 55 | 220 | 330 | 970 | 1.600 |
| Rulison | | | | | | 250 | 92 | 340 |
| Silt | 50 | 54 | 91 | 87 | 370 | 1,000 | | 1.600 |
| Somerset | 170 | 280 | 380 | 170 | 240 | | | 1.200 |
| South Mamm Peak | | | | | | 640 | 160 | 790 |
| Spruce Mountain | | | | | 110 | 1,800 | | 1.900 |
| Stony Ridge | | | 0.5 | 4 | 76 | 11 | | 92 |
| Storm King Mountain | 9.7 | 8.7 | 16 | 15 | 50 | 66 | | 170 |
| The Meadows | | | | | | 110 | | 110 |
| West Beckwith Mountain | 66 | 34 | 35 | 26 | | | | 160 |
| Grand total | 590 | 790 | 1,600 | 2,100 | 8,200 | 13,000 | 3,100 | 29,000 |

BLM_0104805

**Investigations of the Distribution and Resources of Coal in the Southern Part of the Piceance Basin, Colorado     O87**

Coal resources and other occurrences of coal in the South Canyon coal zone by township (in millions of short tons). Page 1 of 2.

| Township | Overburden (ft) | | | | | | | Grand total |
|---|---|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | 6,000-10,000 | >10,000 | |
| 10S 88W | 0.11 | 0.05 | | | | | | 0.15 |
| 10S 89W | 17 | 21 | 150 | 57 | | | | 250 |
| 10S 90W | | | 14 | 91 | 430 | 64 | | 600 |
| 10S 91W | | | | | 47 | 1,000 | | 1,100 |
| 10S 92W | | | | | | 540 | | 540 |
| 10S 93W | | | | | | 97 | | 97 |
| 10S 94W | | | | | | 4.1 | | 4.1 |
| 11S 88W | 0.61 | 3 | 2.6 | 0.2 | | | | 6.3 |
| 11S 89W | | 0.11 | 61 | 260 | 11 | | | 330 |
| 11S 90W | | | | 68 | 630 | | | 700 |
| 11S 91W | | | | | 690 | 340 | | 1,000 |
| 11S 92W | | | | | 58 | 290 | | 350 |
| 11S 93W | | | | | | 13 | | 13 |
| 12S 88W | 0.68 | 0.79 | 3.7 | 1.3 | 0.21 | | | 6.6 |
| 12S 89W | | | 27 | 260 | 93 | | | 380 |
| 12S 90W | | | 16 | 200 | 660 | | | 870 |
| 12S 91W | 9.8 | 23 | 160 | 250 | 420 | | | 860 |
| 12S 92W | | | 15 | 45 | 220 | 3.6 | | 280 |
| 13S 88W | | 0.01 | 1.5 | 2.9 | | | | 4.3 |
| 13S 89W | 3.2 | 25 | 110 | 37 | 0.25 | | | 170 |
| 13S 90W | 150 | 280 | 360 | 25 | | | | 820 |
| 13S 91W | 130 | 130 | 120 | | | | | 380 |
| 13S 92W | 6.9 | 16 | 56 | 26 | 0.61 | | | 110 |
| 14S 89W | 33 | 36 | 35 | 43 | | | | 150 |
| 14S 90W | 70 | 110 | 140 | 56 | | | | 380 |
| 15S 88W | 2.3 | 2.8 | | | | | | 5.1 |
| 15S 89W | 30 | | | | | | | 30 |
| 4S 93W | 9.2 | 8.7 | 20 | 26 | 51 | 8.1 | | 120 |
| 4S 94W | 11 | 12 | 42 | 51 | 200 | 260 | 510 | 1,100 |
| 4S 95W | | | | | | | 180 | 180 |
| 5S 91W | 48 | 46 | 68 | 57 | 63 | | | 280 |
| 5S 92W | 30 | 39 | 69 | 64 | 210 | 130 | | 540 |
| 5S 93W | 6.2 | 7.1 | 19 | 26 | 120 | 480 | 300 | 960 |
| 5S 94W | | | | | | 38 | 1,200 | 1,300 |
| 5S 95W | | | | | | 13 | 200 | 210 |
| 6S 89W | 2.1 | 2.1 | 4.4 | 4 | 0.44 | | | 13 |
| 6S 90W | 9.1 | 7.9 | 14 | 14 | 64 | 130 | | 240 |
| 6S 91W | 7.3 | 10 | 23 | 35 | 120 | 540 | | 740 |
| 6S 92W | | | | 0.63 | 200 | 1,100 | | 1,300 |
| 6S 93W | | | | | | 1,100 | | 1,100 |
| 6S 94W | | | | | | 830 | 50 | 880 |
| 6S 95W | | | | | | 140 | 150 | 280 |
| 7S 89W | 2.2 | 2.7 | 6.5 | 7.9 | 28 | 21 | | 68 |
| 7S 90W | | | | | 8.4 | 490 | | 490 |
| 7S 91W | | | | 46 | 500 | 410 | | 950 |
| 7S 92W | | | | | 840 | 360 | | 1,200 |
| 7S 93W | | | | | | 700 | 44 | 740 |
| 7S 94W | | | | | | 320 | 170 | 490 |

Coal resources and other occurrences of coal in the South Canyon coal zone by township (in millions of short tons). Page 2 of 2.

| Township | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | 6,000-10,000 | >10,000 | Grand total |
|---|---|---|---|---|---|---|---|---|
| 7S 95W | | | | | | 49 | 0.26 | 49 |
| 8.5S 93W | | | | | | 24 | | 24 |
| 8.5S 94W | | | | | | 2.7 | | 2.7 |
| 8S 89W | 0.01 | 0.14 | 1.1 | 2.5 | 64 | 25 | | 93 |
| 8S 90W | | | | 0.01 | 460 | 100 | | 560 |
| 8S 91W | | | | 260 | 670 | 21 | | 960 |
| 8S 92W | | | | | 250 | 860 | | 1,100 |
| 8S 93W | | | | | | 600 | 150 | 750 |
| 8S 94W | | | | | | 160 | 140 | 290 |
| 8S 95W | | | | | | 13 | 11 | 24 |
| 9S 89W | 3.7 | 3.4 | 9.1 | 11 | 39 | | | 66 |
| 9S 90W | | | | 56 | 600 | | | 650 |
| 9S 91W | | | | 2 | 480 | 670 | | 1,100 |
| 9S 92W | | | | | | 650 | | 650 |
| 9S 93W | | | | | | 460 | | 460 |
| 9S 94W | | | | | | 41 | | 41 |
| Grand total (pages 1 and 2) | 590 | 790 | 1,600 | 2,100 | 8,200 | 13,000 | 3,100 | 29,000 |

BLM_0104807

Coal resources of the South Canyon coal zone by coal ownership (in millions of short tons).

| Coal ownership | Overburden (ft) | | | | | Grand total |
|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Federal | 400 | 590 | 1,400 | 1,900 | 6,100 | 10,000 |
| Non-Federal | 180 | 200 | 160 | 190 | 2,100 | 2,800 |
| Grand total | 590 | 790 | 1,600 | 2,100 | 8,200 | 13,000 |

Other occurrences of coal in the South Canyon coal zone (at depths greater than 6,000 ft) by coal ownership (in millions of short tons).

| Coal ownership | Overburden (ft) | | Grand total |
|---|---|---|---|
| | 6,000-10,000 | >10,000 | |
| Federal | 8,300 | 2,800 | 11,000 |
| Non-Federal | 4,700 | 340 | 5,000 |
| Grand total | 13,000 | 3,100 | 16,000 |

Coal resources or the South Canyon coal zone by surface ownership (in millions of short tons).

| Surface owner | Overburden (ft) | | | | | Grand total |
|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Federal | 310 | 480 | 1,200 | 1,300 | 5,300 | 8,600 |
| Non-Federal | 280 | 310 | 390 | 750 | 2,900 | 4,600 |
| Grand total | 590 | 790 | 1,600 | 2,100 | 8,200 | 13,000 |

Other occurrences of coal in the South Canyon coal zone (at depths greater than 6,000 ft) by surface ownership (in millions of short tons).

| Surface owner | Overburden (ft) | | Grand total |
|---|---|---|---|
| | 6,000-10,000 | >10,000 | |
| Federal | 7,300 | 2,600 | 9,900 |
| Non-Federal | 5,800 | 510 | 6,300 |
| Grand total | 13,000 | 3,100 | 16,000 |

BLM_0104808

Coal resources and other occurrences of coal in the Coal Ridge coal zone by 7.5' quadrangle (in millions of short tons).

| Quadrangle | Overburden (ft) | | | | | | | Grand total |
|---|---|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3000 | 3,000-6,000 | 6,000-10,000 | >10,000 | |
| Anvil Points | | | | | | 120 | 330 | 440 |
| Big Soap Park | | 0.01 | | | | | | 0.01 |
| Bowie | 69 | 80 | 170 | 110 | 46 | | | 480 |
| Bull Mountain | | | 0.1 | 130 | 590 | | | 730 |
| Cattle Creek | 62 | 60 | 120 | 100 | 270 | 94 | | 720 |
| Center Mountain | | | 1.5 | 25 | 230 | 960 | | 1,200 |
| Chair Mountain | 9.1 | 9.4 | 120 | 200 | 0.46 | | | 340 |
| Chalk Mountain | | | | | 130 | 130 | | 260 |
| Electric Mountain | | | 12 | 110 | 650 | 43 | | 810 |
| Elk Knob | | | 7.8 | 79 | 230 | 2.8 | | 320 |
| Flatiron Mountain | | | 7.7 | 160 | 190 | 130 | | 490 |
| Forked Gulch | | | | | | 7 | 23 | 30 |
| Gibson Gulch | | | 0.58 | 57 | 360 | 320 | | 740 |
| Glenwood Springs | 5.4 | 4.1 | 2.2 | | | | | 12 |
| Gray Reservoir | 20 | 19 | 45 | 59 | 40 | | | 180 |
| Hawxhurst Creek | | | | | | 24 | 11 | 35 |
| Hightower Mountain | | | | | 15 | 570 | | 580 |
| Horse Mountain | 13 | 13 | 30 | 39 | 100 | 63 | | 260 |
| Hunter Mesa | | | | | 190 | 260 | | 450 |
| Leon Peak | | | | | | 3 | | 3 |
| Mccarthy Gulch | | | | | | | 62 | 62 |
| Minnesota Pass | 48 | 56 | 88 | 46 | | | | 240 |
| New Castle | 27 | 25 | 44 | 46 | 170 | 280 | | 590 |
| North Mamm Peak | | | | | | 410 | 55 | 470 |
| Paonia Reservoir | 9.4 | 14 | 76 | 27 | 0.96 | | | 130 |
| Parachute | | | | | 2.1 | 1.3 | | 3.4 |
| Placita | 61 | 63 | 220 | 56 | 3.8 | | | 400 |
| Porter Mountain | | | | | | 690 | | 690 |
| Quaker Mesa | | | | 150 | 460 | 36 | | 640 |
| Rifle | 1.8 | 2.4 | 7.1 | 14 | 67 | 880 | 120 | 1,100 |
| Rio Blanco | 5.2 | 6.8 | 20 | 22 | 81 | 120 | 300 | 550 |
| Rulison | | | | | 0.37 | 120 | 25 | 150 |
| Silt | 28 | 25 | 56 | 51 | 210 | 460 | | 840 |
| Somerset | 82 | 130 | 200 | 170 | 190 | | | 780 |
| South Mamm Peak | | | | | | 200 | 32 | 240 |
| Spruce Mountain | | | | | 32 | 400 | | 430 |
| Stony Ridge | 36 | 38 | 110 | 120 | 240 | 28 | | 570 |
| Storm King Mountain | 16 | 17 | 35 | 33 | 99 | 97 | | 300 |
| The Meadows | | | | | | 140 | | 140 |
| West Beckwith Mountain | 84 | 56 | 73 | 32 | 2.2 | | | 250 |
| Grand total | 580 | 620 | 1,500 | 1,800 | 4,600 | 6,600 | 950 | 17,000 |

BLM_0104809

**Investigations of the Distribution and Resources of Coal in the Southern Part of the Piceance Basin, Colorado**   **O91**

Coal resources and other occurrences of coal in the Coal Ridge coal zone by township (in millions of short tons). Page 1 of 2.

| Township | 0-500 | 500-1,000 | 1,000-2,000 | Overburden 2,000-3,000 | (ft) 3,000-6,000 | 6,000-10,000 | >10,000 | Grand total |
|---|---|---|---|---|---|---|---|---|
| 10S 88W | 0.67 | | | | | | | 0.67 |
| 10S 89W | 31 | 34 | 98 | 9.1 | | | | 170 |
| 10S 90W | | | 6 | 42 | 110 | 1 | | 160 |
| 10S 91W | | | | | 10 | 170 | | 180 |
| 10S 92W | | | | | | 510 | | 510 |
| 10S 93W | | | | | | 200 | | 200 |
| 10S 94W | | | | | | 12 | | 12 |
| 11S 88W | 12 | 8.5 | 3.6 | | | | | 24 |
| 11S 89W | | 2.5 | 130 | 170 | 1.2 | | | 310 |
| 11S 90W | | | | 80 | 360 | | | 440 |
| 11S 91W | | | | | 400 | 46 | | 450 |
| 11S 92W | | | | | 77 | 210 | | 280 |
| 11S 93W | | | | | | 24 | | 24 |
| 12S 88W | 3.1 | 3.3 | 11 | 1.4 | 0.11 | | | 19 |
| 12S 89W | | | 30 | 90 | 5.5 | | | 120 |
| 12S 90W | | | 19 | 150 | 400 | | | 570 |
| 12S 91W | 9.8 | 25 | 120 | 220 | 280 | | | 650 |
| 12S 92W | | | 22 | 54 | 180 | 0.16 | | 260 |
| 13S 88W | 0.17 | 1.8 | 3.9 | 6.7 | 0.18 | | | 13 |
| 13S 89W | 11 | 21 | 95 | 9.7 | | | | 140 |
| 13S 90W | 79 | 130 | 160 | 41 | | | | 410 |
| 13S 91W | 62 | 50 | 37 | | | | | 150 |
| 13S 92W | 22 | 25 | 48 | 16 | | | | 110 |
| 14S 88W | 8.3 | 5.8 | 5.6 | 8.2 | 2.2 | | | 30 |
| 14S 89W | 58 | 48 | 59 | 39 | | | | 200 |
| 14S 90W | 42 | 45 | 73 | 29 | | | | 190 |
| 15S 88W | 7.1 | 2.4 | | | | | | 9.5 |
| 15S 89W | 9 | | | | | | | 9 |
| 4S 93W | 4.4 | 4.3 | 10 | 13 | 21 | 2 | | 54 |
| 4S 94W | 4.5 | 6 | 18 | 20 | 74 | 88 | 150 | 360 |
| 4S 95W | | | | | | | 55 | 55 |
| 5S 91W | 20 | 16 | 26 | 21 | 15 | | | 98 |
| 5S 92W | 26 | 24 | 54 | 50 | 160 | 110 | | 420 |
| 5S 93W | 7.5 | 8.8 | 22 | 31 | 130 | 470 | 140 | 800 |
| 5S 94W | | | | | | 21 | 400 | 420 |
| 5S 95W | | | | | | 3.3 | 51 | 54 |
| 6S 89W | 21 | 19 | 35 | 21 | 0.13 | | | 97 |
| 6S 90W | 13 | 13 | 27 | 34 | 180 | 250 | | 520 |
| 6S 91W | 13 | 14 | 29 | 36 | 140 | 440 | | 670 |
| 6S 92W | | | | 2.6 | 130 | 300 | | 430 |
| 6S 93W | | | | | | 660 | | 660 |
| 6S 94W | | | | | | 300 | 9.1 | 310 |
| 6S 95W | | | | | 0.09 | 29 | 23 | 52 |
| 7S 89W | 43 | 42 | 87 | 89 | 240 | 110 | | 600 |
| 7S 90W | | | | | 55 | 650 | | 710 |
| 7S 91W | | | | 14 | 220 | 190 | | 430 |
| 7S 92W | | | | 1.8 | 180 | 40 | | 220 |
| 7S 93W | | | | | | 170 | 6.3 | 180 |
| 7S 94W | | | | | | 140 | 48 | 180 |

BLM_0104810

Coal resources and other occurrences of coal in the Coal Ridge coal zone by township (in millions of short tons). Page 2 of 2.

| Township | Overburden (ft) | | | | | | | Grand total |
|---|---|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | 6,000-10,000 | >10,000 | |
| 7S 95W | | | | | 2.4 | 17 | | 19 |
| 8.5S 93W | | | | | | 8.5 | | 8.5 |
| 8.5S 94W | | | | | | 0.92 | | 0.92 |
| 8S 89W | 28 | 27 | 56 | 61 | 230 | 77 | | 480 |
| 8S 90W | | | | 53 | 300 | 86 | | 440 |
| 8S 91W | | | 8.3 | 200 | 240 | 1.7 | | 450 |
| 8S 92W | | | | 0.69 | 48 | 290 | | 330 |
| 8S 93W | | | | | | 250 | 30 | 280 |
| 8S 94W | | | | | | 69 | 38 | 110 |
| 8S 95W | | | | | | 3.5 | 1.3 | 4.8 |
| 9S 89W | 40 | 44 | 150 | 120 | 96 | | | 450 |
| 9S 90W | | | | 95 | 240 | | | 340 |
| 9S 91W | | | | 8.3 | 68 | 110 | | 180 |
| 9S 92W | | | | | | 420 | | 420 |
| 9S 93W | | | | | | 130 | | 130 |
| 9S 94W | | | | | | 7.3 | | 7.3 |
| Grand total (pages 1 and 2) | 580 | 620 | 1,500 | 1,800 | 4,600 | 6,600 | 950 | 17,000 |

Coal resources of the Coal Ridge coal zone by coal ownership (in millions of short tons).

| Coal ownership | Overburden (ft) | | | | | Grand total |
|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Federal | 350 | 430 | 1,200 | 1,700 | 3,800 | 7,500 |
| Non-Federal | 230 | 190 | 200 | 160 | 800 | 1,600 |
| Grand total | 580 | 620 | 1,500 | 1,800 | 4,600 | 9,100 |

Other occurrences of coal (at depths greater than 6,000 ft) in the Coal Ridge coal zone by coal ownership (in millions of short tons).

| Coal ownership | Overburden (ft) | | Grand total |
|---|---|---|---|
| | 6,000-10,000 | >10,000 | |
| Federal | 4,400 | 860 | 5,300 |
| Non-Federal | 2,200 | 89 | 2,300 |
| Grand total | 6,600 | 950 | 7,600 |

Coal resources of the Coal Ridge coal zone by surface ownership (in millions of short tons).

| Surface owner | Overburden (ft) | | | | | Grand total |
|---|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
| Federal | 290 | 360 | 1,100 | 1,300 | 3,300 | 6,400 |
| Non-Federal | 290 | 260 | 380 | 500 | 1,300 | 2,700 |
| Grand total | 580 | 620 | 1,500 | 1,800 | 4,600 | 9,100 |

Other occurrences of coal (at depths greater than 6,000 ft) in the Coal Ridge coal zone by surface ownership (in millions of short tons).

| Surface owner | Overburden (ft) | | Grand total |
|---|---|---|---|
| | 6,000-10,000 | >10,000 | |
| Federal | 3,700 | 810 | 4,500 |
| Non-Federal | 2,900 | 140 | 3,100 |
| Grand total | 6,600 | 950 | 7,600 |

BLM_0104812

Coal resources of the Cameo-Fairfield coal group east of long 107° 15′W. in the West Elk Mountains-Crested Butte area. Resources are reported by 7.5′ quadrangle (in millions of short tons).

| Quadrangle | Overburden (ft) | | | | | Grand total |
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
|---|---|---|---|---|---|---|
| Anthracite Range | | 2.9 | 44 | 12 | 7.7 | 67 |
| Crested Butte | 270 | 140 | 35 | 0.34 | | 440 |
| Flat Top | 60 | | | | | 60 |
| Gothic | 2.7 | | | | | 2.7 |
| Marble | 9.5 | 14 | 31 | 9.2 | 1.3 | 66 |
| Marcellina Mountain | 16 | 27 | 46 | 36 | 33 | 160 |
| Mount Axtell | 73 | 75 | 91 | 54 | 1.1 | 290 |
| Oh-Be-Joyful | 24 | 20 | 8.9 | 0.18 | | 53 |
| Redstone | 1.2 | 4.6 | 0.39 | | | 6.1 |
| Squirrel Creek | 31 | 12 | 22 | 6.4 | 0.94 | 72 |
| West Elk Peak | | 5.2 | 36 | 39 | 16 | 96 |
| Grand total | 480 | 300 | 310 | 160 | 60 | 1,300 |

Coal resources of the Cameo-Fairfield coal group east of long 107° 15′W. in the West Elk Mountains-Crested Butte area. Resources are reported by township (in millions of short tons).

| Township | Overburden (ft) | | | | | Grand total |
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | 3,000-6,000 | |
|---|---|---|---|---|---|---|
| 11S 88W | 5.6 | 17 | 25 | | | 48 |
| 12S 87W | 0.73 | 1 | 0.52 | | | 2.3 |
| 12S 88W | 15 | 19 | 31 | 9.3 | 1.3 | 75 |
| 13S 86W | 25 | 19 | 5.1 | | | 48 |
| 13S 87W | 3.6 | 3.6 | 5.1 | 0.2 | | 12 |
| 13S 88W | 5.5 | 8.2 | 22 | 36 | 34 | 110 |
| 14S 85W | 4.6 | | | | | 4.6 |
| 14S 86W | 70 | 120 | 88 | 46 | 0.44 | 320 |
| 14S 87W | | 0.46 | 13 | 8.9 | 0.62 | 23 |
| 14S 88W | | 0.22 | 2.7 | | 5 | 7.9 |
| 15S 85W | 60 | 12 | | | | 72 |
| 15S 86W | 270 | 64 | 6.3 | | | 340 |
| 15S 87W | 24 | 28 | 58 | 21 | 4.9 | 140 |
| 15S 88W | | 7.9 | 59 | 37 | 14 | 120 |
| Grand total | 480 | 300 | 310 | 160 | 60 | 1,300 |

BLM_0104813

Coal resources of the Cameo-Fairfield coal group east of long 107°15′W. in the West Elk Mountains-Crested Butte area. Resources are reported by coal ownership (in millions of short tons).

| Coal ownership | Grand total |
|---|---|
| Federal | 1,000 |
| Non-Federal | 300 |
| Grand total | 1,300 |

Coal resources of the Cameo-Fairfield coal group east of long 107°15′W. in the West Elk Mountains-Crested Butte area. Resources are reported by surface ownership (in millions of short tons).

| Surface owner | Grand total |
|---|---|
| Federal | 860 |
| Non-Federal | 450 |
| Grand total | 1,300 |

BLM_0104814

# Appendix 4—Maps of Counties, Townships, 7.5′ Quadrangles, and Coal Ownership in the Southern Part of the Piceance Basin, Colorado

Appendix 4 contains figures showing the location of counties, townships, 7.5′ quadrangles, and areas of coal ownership in the southern part of the Piceance Basin, Colorado.

BLM_0104815

Coal ownership for areas that are underlain by the Cameo-Fairfield coal group in the Mesaverde Formation and Mesaverde Group in the southern part of the Piceance Basin, Colorado.

BLM_0104816



Names and locations of 7.5′ quadrangles in the southern part of the Piceance Basin, Colorado.



Map of counties, townships, and region underlain by the Cameo-Fairfield coal group (gray shaded area) in the southern part of the Piceance Basin, Colorado.   The coal group includes the Cameo-Wheeler, South Canyon, and Coal Ridge coal zones, and coeval coal-bearing strata east of long 107°15′W.

Investigations of the Distribution and Resources of Coal in the Southern Part of the Piceance Basin, Colorado

O59

BLM_0104818

O100      Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah

# Appendix 5—Database Used for the
# Southern Piceance Basin Assessment Unit, Colorado

Appendix 5 contains the database used to asses coal resources in the Southern Piceance Basin assessment unit. The location, lithologic, and stratigraphic data are available in ASCII format, DBF, and Excel spreadsheet files on disc 2 of this CD-ROM. Drill-hole locations are shown on plate 1 and described in Appendix 1.

# Appendix 6—ArcView Project for the
# Southern Piceance Basin Assessment Unit, Colorado

The digital files used for the coal resource assessment of the Southern Piceance assessment unit are presented as views in the ArcView project.

The ArcView project and the digital files are stored on both discs of this CD-ROM set—Appendix 6 of chapter O resides on both discs. Persons who do not have ArcView 3.1 may query the data by means of the ArcView Data Publisher on disc 1. Persons who do have ArcView 3.1 may utilize the full functionality of the software by accessing the data that reside on disc 2. An explanation of the ArcView project and data library—and how to get started using the software—is given by Biewick and Mercier (chap. D, this CD-ROM). Metadata for all digital files are also accessible through the ArcView project.

BLM_0104819

**Investigations of the Distribution and Resources of Coal in the Southern Part of the Piceance Basin, Colorado**   **O101**

*Click on image below to bring up high-resolution image of plate 1.*



**Plate 1.**   Investigations of the distribution and resources of coal in the southern part of the Piceance Basin, Colorado.



**National Coal Resource Assessment**

*Click here to return to Disc 1 Volume Table of Contents*

BLM_0104820

RESOURCE SERIES 4

# PROCEEDINGS OF THE SECOND SYMPOSIUM ON THE GEOLOGY OF ROCKY MOUNTAIN COAL – 1977

SPONSORED BY COLORADO GEOLOGICAL SURVEY
AND U.S. GEOLOGICAL SURVEY

## HELEN E. HODGSON
EDITOR



COLORADO GEOLOGICAL SURVEY
DEPARTMENT OF NATURAL RESOURCES
STATE OF COLORADO
DENVER, COLORADO

1978

PRICE $5.00

BLM_0104821

05/14/2002  10:22    9702637456                                              PAGE  01

$(271)$C3SP

# SPECIAL PUBLICATION NO. 3

PAONIA RANGER DISTRICT
ACTION                      DATE

OCT 1 6 2002
DISTRICT RANGER
MINERALS
LANDS/ENG
RANGE
WILDLIFE

ADMIN ASST

# 1972 SUMMARY

# OF

# COAL RESOURCES IN COLORADO

by

## A. L. Hornbaker and Richard D. Holt



COLORADO GEOLOGICAL SURVEY
DEPARTMENT OF NATURAL RESOURCES
STATE OF COLORADO
DENVER, COLORADO

1973

PRICE $1.00


MAR 1974
REC'D
Lucius Pitkin
TECHNICAL LIBRARY
Grand
Junction

CC-GS
SP-3
c.1

BLM_0104822

# TABLE OF CONTENTS

| | Page |
|---|---|
| Abstract | 1 |
| Coal-Bearing Areas | 2 |
| Coal-Bearing Rocks | 3 |
| Structural Geology of Coal Regions | 3 |
| Rank | 3 |
| Moisture, Ash, and Sulfur Content | 3 |
| Washability | 3 |
| Heat Values | 3 |
| Carbonizing Properties | 3 |
| Coking Coal | 3 |
| Specific Gravity | 3 |
| Coal Mining and Production | 3 |
| Coal Regions and Fields | 4 |
| San Juan Region | 4 |
| Dakota Coal Sub-Region | 4 |
| Durango field | 5 |
| Uinta Region | 5 |
| Southwest Uinta Sub-Region | 5 |
| Book Cliffs field | 5 |
| Grand Mesa field | 6 |
| Tongue Mesa field | 6 |
| Southeast Uinta Sub-Region | 6 |
| Somerset field | 6 |
| Crested Butte field | 6 |
| Carbondale field | 7 |
| Northeast Uinta Sub-Region | 8 |
| Grand Hogback field | 8 |
| Danforth Hills field | 8 |
| Lower White River field | 9 |
| Green River Region | 9 |
| Yampa field | 9 |
| Raton Basin Region | 10 |
| Walsenburg field | 11 |
| Trinidad field | 11 |
| Canon City Region | 12 |
| Canon City field | 12 |
| South Park Region | 12 |
| South Park field | 12 |
| North Park Region | 12 |
| North Park field | 12 |
| Middle Park field | 13 |
| Denver Basin Region | 13 |
| Colorado Springs field | 13 |
| Boulder-Weld field | 13 |
| Grand Total Coal Resources in Colorado | 14 |
| Map: Coal regions and fields in Colorado | 2 |
| Graph: Colorado Coal Production, 1880-1972 | 4 |
| Table: Range of Analyses of Colorado Coals on an "As-Received" Basis | 15 |

BLM_0104823

# ABSTRACT

Colorado has approximately 10% of the total U. S. coal resources. These resources occur in eight coal regions and 20 coal fields that occupy about 28% of the total area of the state. Most of the coal is of Upper Cretaceous age but some is of much younger Paleocene and Eocene age. The higher rank coals are generally in older Upper Cretaceous strata of the San Juan region while the lower rank coals are in the youngest Upper Cretaceous and Tertiary rocks in the Denver Basin and Green River regions. The coals generally range in rank from high-volatile B bituminous to subbituminous and lignite, however igneous intrusions and structural deformation locally metamorphosed the coal to semianthracite and anthracite. About 77% of the coal in Colorado is bituminous, 23% subbituminous and less than 1% anthracite.

Total coal resources are conservatively estimated at 230,164 million tons to depths of 6,000 feet. Approximately 560 million tons of coal have been produced to date. As technology improves so that coals deeper than 3,000 feet can be utilized, and as drill and core data become available, estimates of total coal resources will probably increase substantially. The Uinta region has the largest coal resource followed in order by the Green River region, the Denver Basin region, the North Park region and the San Juan region.

BLM_0104824



## 1972 - SUMMARY OF COAL RESOURCES IN COLORADO



### Coal regions and fields in Colorado

COAL REGIONS

I    Canon City
II   Denver Basin
III  Green River
IV   North Park
V    Raton Basin
VI   San Juan
VII  South Park
VIII Uinta

COAL FIELDS

1. Yampa
2. Book Cliffs
3. Grand Mesa
4. Somerset
5. Crested Butte
6. Carbondale
7. Grand Hogback
8. Danforth Hills
9. Lower White River
10. Durango

11. Walsenburg
12. Trinidad
13. Boulder-Weld
14. Colorado Springs
15. Canon City
16. North Park
17. Middle Park
18. South Park
19. Pagosa Springs
20. Nucla-Naturita

## Coal-Bearing Areas

Colorado's coal resources occur in diverse physiographic and structural environments. Physiographically they occur in the Great Plains, the Southern Rocky Mountains, the Wyoming Basin, and the Colorado Plateau provinces (Fenneman, 1946). Eight coal regions have been recognized and named by the U. S. Geological Survey and the Colorado Geological Survey.

About 28% of Colorado, roughly 29,600 square miles in 32 counties, is underlain by coal-bearing rocks. These contain approximately 10 percent of the United States original coal resources at depths to 6,000 feet, (Averitt, 1967).

The coal regions, alphabetically, as shown on the map, (Colorado Geological Survey Bulletin 34-A, 1972), are:

I Canon City
II Denver Basin
III Green River
IV North Park

V Raton Basin
VI San Juan
VII South Park
VIII Uinta

In the major regions the many small coal fields named in

Prepared by A. L. Hornbaker and Richard D. Holt, Colorado Geological Survey

BLM_0104825

early days of development have been grouped into 20 principal coal fields as in Colorado Geological Survey Bulletin 34-A, and are discussed under the regional headings.

## Coal-Bearing Rocks

Colorado's coals occur in rocks of Upper Cretaceous, Paleocene, and Eocene ages. The Cretaceous coals are the most abundant and wide-spread, and are of higher rank than the younger coals. The oldest coals, of Dakota age, occur in the southwest corner of Colorado. Successively younger coals are found northeastward and eastward in formations deposited in coastal swamplands during the irregular withdrawal of the Late Cretaceous interior seas.

The youngest coals occur in the Fort Union and Wasatch formations of Paleocene and Eocene age which were deposited as non-marine sediments in interior basins.

## Structural Geology of Coal Regions

The coal fields of the Denver Basin, Green River, Raton Basin, San Juan, and Uinta regions occur in broad structurally simple basins which are locally complex, especially at their rims, because of folds, faults and igneous intrusions.

The Canon City, North Park, and South Park Regions are in smaller, more complex structural basins.

These structural conditions afford only small areas of moderately dipping coals with overburden shallow enough to permit strip mining. About 95% of Colorado's coal resources must be mined underground.

## Rank

In general, the older coals are of higher rank, ranging from high-volatile B bituminous in the Dakota and Mesaverde strata in the San Juan region to sub-bituminous C and lignite in the youngest Cretaceous and Tertiary of the Denver Basin and Green River regions.

Locally, however, structural deformations and igneous intrusions have caused an increase in rank of some coals to anthracite. About 77% of the coal resources are bituminous, 23 percent subbituminous and less than 1 percent semianthracite or anthracite.

Some of the older coals of the San Juan and Raton regions have coking properties. So, also, do some of the up-graded coals in the altered beds at the southeast margins of the Uinta region.

Colorado coals generally are nonweathering and most are nonagglomerating. The few areas of coking coals are discussed separately.

## Moisture, Ash, and Sulfur Content

On an as-received basis, the moisture content of most Colorado coals ranges from 1.0% to about 20%, but in a few localities, such as the sub-bituminous coals near Colorado Springs in the Denver Basin, moisture is as high as 35%. From several hundred analyses, an estimated average is about 12%. Ash generally ranges between 2.1% to about 15%, but in a few cases is as high as 29.3%. An estimated average is about 6%.

Colorado coals are mostly low sulfur; more than 99% contain less than 1.0% sulfur and more than half contain less than 0.7% sulfur. Normal sulfur content varies from 0.2% to about 1.1%, but in some metamorphosed areas, sulfur content locally may be as high as 4.8%. Normal sulfate and organic sulfur content are low. Abnormal pyritic content can be reduced by conventional cleaning or preparation processes. Nearly all can easily be processed to less than 0.5% sulfur.

## Washability

Only 32% of Colorado coals were washed in 1971. Most Colorado coals do not require beneficiation other than sizing to meet market demands, usually 2½" x 0". In 13 representative samples, from 0.6% to 3.1% was in 100 mesh to 0 fraction. These fractions showed much higher ash than the whole or any other fraction, from 5.8% to 32.2%, and could be easily eliminated where undesirable.

## Heat Values

On a dry, ash-free basis the heat value of most Colorado coals range between 14,500 and 13,300 Btu/lb., but some of the subbituminous coals range as low as 11,440 Btu/lb. An estimated average, dry and ash-free, is about 13,950 Btu/lb., or on an as-received basis about 11,370 Btu/lb. Some of the altered coals rank as high as 88% fixed carbon, a true anthracite, but the quantity is insignificant.

## Carbonizing Properties

Most Colorado coals are nonagglomerating and may be carbonized in fluidized systems. Chars produced at low temperatures contain about 8.5% to 14.4% residual volatile matter and are easily ignited. Char heating values on a moisture-free basis vary from 14,600 to 14,960 Btu/lb. and are suitable for boiler fuel. Lump chars can be produced from most Colorado coals but are relatively weak. Some of the lump chars would be suitable substitutes for coke "breeze" in special uses.

## Coking Coal

Good metallurgical coking coals occur in the Durango field in the San Juan region, in the Trinidad field of the Raton region, and in the Crested Butte, Somerset, and Carbondale fields in the southeast Uinta region, and are discussed in the regional descriptions.

## Specific Gravity

The lowest specific gravity coal, 1.280, was from the Paonia mine, at Paonia, Delta County, in the southwest Uinta region. The highest, 1.461, was from the Horace mine, at Crested Butte, Gunnison County, in the metamorphosed southeast Uinta region.

Average specific gravity for cleaned bituminous Colorado coal is 1.332, and for subbituminous coal, 1.291. For estimating reserves these values calculate to 1800 T/acre-foot and 1770 T/acre-foot respectively.

## Coal Mining and Production

Recorded production of coal in Colorado, since 1864, totals about 560 million tons. Annual production reached a million tons in 1882 and two million tons in 1888. The peak of 12 million tons in 1910 dropped to 8 million in 1914, but rose to 12½ million tons during the period 1917-1920. The low of 5¼ million tons in 1934 was followed by a peak of more than 8 million tons in the war years of 1942-44. The irregular low production of 3 to 3½ million tons from 1952 to 1963 yields to mechanization and increased to more than 6 million in 1970, was reduced to 5⅓ million by the strike in 1971, but was over 5½ million in 1972.

Mine price varies with conditions and quality from approximately $3.70 per ton for subbituminous in remote locations to more than $9.00 per ton for high-grade coking coal, averaging near $5.70 for a total value of $31.5 mil-

3

lion in 1969, $34.3 million in 1970, and $30.3 million in 1971.

Strip mining started in the early 1950s, and by 1962, 7 of Colorado's 117 mines were open pits, producing 556,000 tons or 14% of the 3,400,000 tons total. Since 1962, from 6 to 11 strip mines have been operating and in 1972, 8 of 37 mines operating were open pits which produced 2,-449,000 tons of 44% of the 5,530,000 tons total, employing only 135 or 9.6% of Colorado's 1401 coal miners. Of the 54 mines operating in 1970, 13 closed in 1971 including one strip mine; but 4 new mines were in production including 2 strip mines. Five small mines closed during early 1971, and 5 more were closed (and 3 idle) in 1972.

About 4¾ million tons mined in 1971 were bituminous coal, and about ½ million tons were subbituminous. About one-half of Colorado's coal was used in electric power plants in the state. Most of the other half was used in steel manufacture, beet sugar refining, and miscellaneous industrial, government, railroad, and domestic uses. Total out-of-state use in 1971 was 1⅔ million tons. Comparable figures for 1972 are not yet available.

Total daily capacity of all mines was 34,198 tons. Production per man-hour increased from 13.4 tons in 1961 to 25.0 tons in 1969 because of mechanization, but decreased to 21.0 tons in 1971 due to several influences.

## Coal Regions and Fields

For geological considerations the regions will be discussed in order of the age of the coals, oldest first.

## San Juan Region

This region, located in southwest Colorado, includes the north edge of the San Juan Basin of New Mexico, the Red

Mesa-Mesa Verde platform, and the Cortez saddle and monocline westward toward the Paradox Basin in Utah.

### Dakota Coal Sub-Region

The Dakota sandstone and associated coals are known to be present in the Colorado portion of the San Juan Basin at depths of 3,000 to 8,000 feet and are not presently considered recoverable. In the narrow Dakota outcrop along the Hogback near Durango a few small areas of coal are mined. These are discussed in the Durango field section.

Coals occur in many places in the Dakota outcrop area west of Mesa Verde National Park and northward from Cortez to the Colorado River near Grand Junction. In some places the coal is thick enough and clean enough to have been mined. Generally these coals are thin and discontinuous, and mostly of poor quality because of high ash content. These Dakota coals have considerable range in rank but generally are high-volatile C and B bituminous.

The range of analyses from uncorrelated Dakota coal seams from 4 mines northeast of Cortez with thicknesses ranging from 2'8" to 4'8" is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 1.9-8.1% |
| Ash | 5.0-18.3% |
| Sulfur | .5-.8% |
| Btu/lb. | 10,440-13,630 |
| Fus. temp., °F. | 2,110-2,910+ |

The New Mexico Bureau of Mines Memoir 25, 1971, reporting on recent exploration and coring in T 36-37 N, R 14-16 W, east and northwest of Cortez, indicates a reserve of 158.8 million tons of Dakota coal in fairly continuous seams 3 to 13 feet thick in a 34 square mile area. A total of 119 million tons of this coal is considered strippable under less than 150 feet of overburden. This is a non-coking high-volatile C bituminous coal with fairly high ash and 0.7% sulfur.



COLORADO COAL PRODUCTION, 1880-1972

BLM_0104827

In the Nucla-Naturita area of western Montrose County, where the Peabody Nucla multiple-bench strip mine supplies coal to the Nucla power plant south of Uravan, there are three mineable seams 3 to 5 feet thick with the middle seam, or "No. 1 seam", the most important. The analyses from three mines in the area averages:

| As-received basis | Average of analyses |
|---|---|
| Moisture | 2.5-13.5% |
| Ash | 6.1-12.8% |
| Sulfur | .5-1.9% |
| Btu/lb. | 10,010-13,520 |
| Fus. temp., °F. | 2,620-2,910+ |

If 10% of the 5,000 square miles of coal-bearing strata contains coals half as good as the average 5.5 million tons per square mile found in the 50 square miles of explored areas, a total of 1,375 million tons of Dakota coal at less than 3,000 feet depth may underlie this sub-region. Exploration for these scattered mineable areas will be difficult.

## Durango Field

In earlier reports, the Colorado portion of the San Juan region has been divided into the Durango field area, the "hogback", the Red Mesa area (or Hesperus field), and the Mesa Verde area which included the National Park and the Mesa area south and west of Durango.

In Colorado Geological Survey Bulletin 34-A, 1972, all of these are included in the newly defined "Durango field". This field includes all of the Colorado portion of the San Juan basin and stretches from near Cortez on the west to east of Pagosa Springs on the east.

Coals are included in three horizons of Upper Cretaceous age: the Dakota, the Menefee Formation of the Mesaverde group, and the much younger Upper Cretaceous Fruitland Formation.

The Dakota Formation crops out along the outer rim of the hogback in Archuleta and La Plata Counties. These Dakota coal seams are fewer, thinner, dirtier, and are more discontinuous than those found in areas to the south and west, and constitute about a 5 million ton resource.

The Menefee coals are best developed from approximately 10 miles east of Durango westward. They occur in three distinct groups, the "middle group" being relatively unimportant. The lower 60 feet of the formation form the "lower group" and the upper 200 feet form the "upper group". The Menefee coals are high-volatile A and B bituminous rank and are of coking quality in structurally affected areas near Durango.

Through the years, more than 50 mines have operated in the Durango coal field but only 14 mines have operated in the past 10 years, all in the Menefee coals in the Hesperus area just west of Durango. Only one of the four operating mines in 1971 was a strip mine, most of the produced coal being used at the Durango electric power plant. Range-of-analyses of the coals, 3′2″ to 6′7″ thick, from the mines in the Durango field, 3 in the "Hesperus seam" and 7 "undesignated", are as follows:

| As-received basis | Average of analyses |
|---|---|
| Moisture | 1.6-10.7% |
| Ash | 3.4-16.6% |
| Sulfur | .6-1.2%* |
| Btu/lb. | 10,860-14,070 |
| Fus. temp., °F. | 2,020-3,000 |

\* Local pyritization in one mine caused up to 4.7% sulfur in one mine-run sample.

In about 40% of the 2,200 square mile area of the Durango field there are 9,634 million tons of coal, measured and indicated, under less than 3,000 feet of overburden (Landis, 1959). Total additional coal inferred on a zone basis, in the field, is estimated to be about 11,080 million tons. Also, in an area of approximately 400 square miles below the hogback at depths from 3,000 to 6,000 feet, an additional 5,200 million tons are estimated from well log data.

The Durango field, therefore, is believed to have had approximately 25,914 million tons of coal in place to a depth of 6,000 feet. Adding the estimated 1,375 million tons of Dakota coal area to the northwest, the San Juan region coal resources total about 27,300 million tons.

## Uinta Region

The coal fields of the Colorado portion of the Uinta Region occur on the moderately to steeply dipping flanks of the Piceance Basin, a southeastward extension of the Uinta Basin of Utah.

This simple synclinal structure is modified by folds, faults, and intrusions along the margins creating areas of considerable structural complexity. The southeastern part of the Uinta Region, in Gunnison County, in which these conditions have increased the rank of some of the coals to anthracite, is considered as a southeastern sub-region for separate discussion. This then separates a Northeastern sub-region and a Southwestern sub-region in which the coals are not metamorphosed.

## Southwest Uinta Sub-Region

This sub-region is an easterly extension of the Book Cliffs field of eastern Utah. It extends to the Colorado River near Grand Junction and continues along the rim of Grand Mesa southeast to about 10 miles west of the Gunnison County line near Paonia. It also includes an outlier 40 miles southeast of Paonia known as Tongue Mesa coal field.

### Book Cliffs Field

On the southwest rim of the Piceance basin the Upper Cretaceous coal-bearing formations generally are nearly flat-lying, but locally are complexly tilted and faulted. Some high-volatile B bituminous coal is found, but most of the coal is high-volatile C bituminous.

These coals occur in three important zones in the Mount Garfield Formation of the Mesaverde group and in the Anchor tongue of the upper Mancos shale formation along the western edge of the basin. Because of the eastward withdrawal of the Upper Cretaceous sea, all of these coals are younger "Mesaverde" than the Menefee Formation coals at Durango, and are roughly time-equivalents of the Fruitland coals of the San Juan Region.

The "Anchor seam", the lowest coal, is in a tongue of the Mancos shale. It is 6′2″ thick in the Nearing (Farmer's) mine 20 miles northwest of Grand Junction, and has the following analysis:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 8.2-9.8% |
| Ash | 5.9-9.86% |
| Sulfur | 1.0-1.7% |
| Btu/lb. | 11,910-12,330 |
| Fus. temp., °F. | 2,190-2,790 |

The "Palisade seam", which may be any of several singly occurring seams in the "Palisade zone" at the base of the Mount Garfield Formation, occurs throughout the Book Cliffs field, with increasing importance eastward. Usually only one seam of mineable thickness occurs in this zone in any one locality. A composite of analyses of this coal from several mines in seams from 2′8″ to 9′4″ thick is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.3-14.0% |
| Ash | 4.9-17.4% |
| Sulfur | .5-1.6% |
| Btu/lb. | 10,950-13,560 |
| Fus. temp., °F. | 2,130-2,910+ |

In the western part of the field the "Carbonera seam", which includes any seam in the "Carbonera zone" or

BLM_0104828

"middle zone", has a thickness from 7'6" to 8'6" and a range of analyses as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.3-11.4% |
| Ash | 7.2-14.4% |
| Sulfur | .4-.6% |
| Btu/lb. | 10.470-11,150 |
| Fus. temp., °F. | 2,850 |

In the eastern part of the field the **"Cameo seam"**, or seams in the "Cameo zone", have accounted for more than two-thirds of the Book Cliffs field production to date. This seam ranges in thickness from 3'6" to 10'5" and has the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 5.4-11.5% |
| Ash | 5.2-15.5% |
| Sulfur | .5-1.3% |
| Btu/lb. | 10.410-12,460 |
| Fus. temp., °F. | 2,520-2,960 |

Mineable reserves of coal in place, "measured and indicated", in 255 square miles of the Book Cliffs field were estimated to be 2,293 million tons (Landis, 1959). In an additional 145 square miles these coal zones at depths to 3,000 feet are estimated to contain a possible resource of about 1,300 million tons of coal. In an additional area of about 400 square miles, with the coal zones at depths between 3,000' and 6,000', a possible reserve of up to 3,-600 million tons may be present. This indicates a total resource of coal in place of about 7,193 million tons in the Book Cliffs field to a depth of 6,000 feet.

One mine, near Cameo, 15 miles east of Grand Junction furnished coal to the Cameo electric power station during 1971. No other mines were operated in this field.

## Grand Mesa Field

The Grand Mesa coal field is southeast of Grand Junction. The younger "Mesaverde" coal zones of the Mount Garfield Formation continue southeastward and the coal seams become more numerous. These coals are of slightly lower rank, grading from high-volatile C bituminous to subbituminous A. Correlation of 6 to 8 fairly persistent seams, all in the Paonia shale member, has been attempted. These letter upward from "A" to "F" in various localities, or locally are numbered "#1 and #2". The lowest seams are the most persistent and productive. There are usually not more than 2 or 3 seams or mineable thickness in any one locality.

These coals are so similar in composition that one composite analysis can represent all of them, ranging from 4'6" to 14'0" in thickness:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.8-20.0% |
| Ash | 2.1-16.1% |
| Sulfur | .5-1.8% |
| Btu/lb. | 9,360-11,670 |
| Fus. temp., °F. | 2,060-2,970 |

"Measured and indicated" reserves originally present in 96 square miles of the Grand Mesa field were 1,569 million tons, (Landis, 1959). Only 139 million tons are high-volatile C bituminous, the rest being subbituminous A. These coal zones should be present in an additional 184 square miles at depths to 3,000 feet with possibly 3,086 million tons of coal. Approximately 250 additional square miles could possibly contain as much as 4,000 million tons of coal in seams more than 5' feet thick to depths of 6,000 feet. The Grand Mesa field total coal resources in place to 6,000 feet depth may be as much as 8,655 million tons, with about 9% being high-volatile C bituminous and the rest subbituminous A rank. Two small mines at Cedaredge, near the middle of the Grand Mesa field were operated in 1971, one being a strip mine.

## Tongue Mesa Field

Forty miles southeast of the Grand Mesa field, beyond the Black Canyon of the Gunnison, on Cimarron Ridge between the Uncompahgre River and Cimarron Creek is Tongue Mesa. This physiographic feature is an outlier of Upper Cretaceous age coal-bearing rocks capped and preserved by late Upper Cretaceous volcanics. The coal-bearing rocks correlate with those of the Grand Mesa section to the northwest and with the San Juan basin section to the southeast.

Near the top of the mesa is a 900 foot thick coal-bearing section that correlates with the Fruitland-Kirtland Formation of the San Juan Basin and with the Paonia shale in the Grand Mesa area. Outcrops are badly obscured by landslides and talus, but 3 or more coals occur in the lower half with easterly dips of about 2 degrees.

The principal, and most persistent coal, the Cimarron (or Lou Creek) seam, is from 8 to more than 40 feet thick, and has been mined on both sides of the ridge. Several other mines have operated in stratigraphically higher seams 5 to 7 feet thick. The coal is subbituminous B in rank. Some of the coal is considerably oxidized, and much of it is bony. Because of difficult access, this coal does not compete with the better coals of the Somerset field which are used in the Jim Bullock electric power plant at Montrose, only 15 miles away. Range of an analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 14.2-16.0% |
| Ash | 6.7-8.4% |
| Sulfur | .5-.9% |
| Btu/lb. | 9,350-10,220 |
| Fus. temp., °F. | 2,450-2,480 |

In 58 square miles of the Tongue Mesa field surveyed, Landis (1959) reported an estimated 2,355 million tons of coal originally in place. More recent studies and coring indicate that the original resource could be estimated as high as 4,000 million tons. Since only underground mining is feasible in these thick seams, only about 1/6 to 1/4 of the coal is recoverable.

The total coal resources to 6,000 foot depth in the Southwest Uinta sub-region, in the Book Cliffs field, Grand Mesa field, and Tongue Mesa field, can be estimated at about 19,850 million tons with roughly the west half being high-volatile B and C bituminous coal and the eastern half subbituminous A and B coal.

## Southeast Uinta Sub-Region

This sub-region where the Cretaceous age coals have been increased in rank by low-order metamorphism caused by structural deformation and igneous intrusion, has had development in three recognized fields: Somerset, Crested Butte and Carbondale.

## Somerset Field

The younger "Mesaverde" coals in the Bowie shale member, or "lower group", and the Paonia shale member, or "upper group" are well developed at outcrops along the valley of the North Fork of the Gunnison River and its tributaries near Somerset in western Gunnison and eastern Delta Counties. These are high-volatile C and B bituminous coals. In the eastern half of the field the coals are moderately to strongly coking. Three large mines and one smaller mine along the railroad in the main valley produced metallurgical coal in 1972.

In the western edge of the field 3 or 4 uncorrelated seams in the Bowie shale member have been mined. Also, 2 or 3 uncorrelated seams in the Paonia shale section have been mined and are of lower rank than the Bowie coals, as indicated in the following range of analyses:

**Bowie shale, "lower group" coals:** Mined seams range in thickness from 8'6" to 17'8".

6

BLM_0104829

| As-received basis | Range of analyses |
|---|---|
| Moisture | 7.4–13.6% |
| Ash | 2.4–11.4% |
| Sulfur | .5–.8% |
| Btu/lb. | 10,040–12,600 |
| Fus. temp., °F. | 2,470–2,810 |

**Paonia shale, "upper group" coals**: Mined seams range in thickness from 12'0'' to 13'0''.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 10.6–22.4% |
| Ash | 4.3–13.9% |
| Sulfur | .3–.8% |
| Btu/lb. | 8,160–10,610 |
| Fus. temp., °F. | 2,910+ |

In the center of the field, at Somerset, two main seams are mined from the Bowie group, the "lower" or "B" seam (also called Somerset, Juanita, and King) and the "upper" or "C" seam. These seams range in thickness from 5'8'' to 25'0'', and are of fair to good coking quality. A range of analyses can apply to both "B" and "C" seams of the Bowie group:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 2.3–8.2% |
| Ash | 2.8–12.0% |
| Sulfur | .4–.7% |
| Btu/lb. | 12,070–13,960 |
| Fus. temp., °F. | 2,220–2,910+ |

In the eastern part of the field, the "D" or Oliver seam and the "E" or "Hawks Nest" seam are identified in the Paonia or "upper" group. These, too, are of coking quality, and a range of analyses representative of both seams is as follows: Mined seams range in thickness from 7'0'' to 10'0''.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 4.2–8.1% |
| Ash | 2.8–10.4% |
| Sulfur | .4–.9% |
| Btu/lb. | 12,090–13,400 |
| Fus. temp., °F. | 2,150–2,910+ |

Estimated mineable reserves measured and indicated in 133 square miles of the Somerset field are 3,348 million tons of bituminous coal, (Landis, 1959), about one half of which is high-volatile B bituminous and of coking quality. To a 3,000 foot depth, an additional area of about 87 square miles could add as much as 2,190 million tons to the resources.

The complex structural nature of the field and the uncertainties of the stratigraphic section dictate a conservative estimate of additional resources to a 6,000 foot depth. It is possible that in another 100 square miles in the Somerset field, 2,000 to 2,500 million tons of good bituminous coal could be present at depths to 6,000 feet. Field total then could be as much as 8,038 million tons originally in place to this depth.

## Crested Butte Field

This field is in the southeast end of the Piceance basin where the coal-bearing "Mesaverde" strata have been folded, faulted, and intruded by igneous rocks. South of the town of Crested Butte the coals are increased in rank through metamorphism to high-volatile C and B bituminous and of good coking quality. North and west of town the coals are metamorphosed to semi-anthracite and anthracite.

Six correlated coal seams are all in the Paonia shale (upper) group. Analyses of the coal seams, numbered upward stratigraphically, are recorded from 4 mines in the "#1" seam, 9 mines in the "#2" or "Kubler" seam, 6 mines in the "#3" seam, and one each identified as "#4", "#5", and "#6" seams. Some "#1" and "#2" seams, where altered to anthracite, were worked in thicknesses as low as 2'3'' to 3'2''. Most other seams were mined in 4'0'' to 8'8'' thicknesses, and "#3" seam had a maximum thickness of 13'10''. A representative range of analyses for the six seams is:

About 15% of the measured and indicated coal reserves are semianthracite or anthracite. An estimated 244 million tons of coal were present in 35 square miles surveyed, (Landis, 1959). In the remaining 155 square miles of the field with coal seams occurring to a depth of 3,000', an additional 1,000 million tons may be present. Probably not more than 50 additional square miles contain an estimated 320 million tons of coal to depths of 6,000', making a field total of approximately 1,564 million tons. One small mine operated in the "#2" seam in this field in 1972.

## Carbondale Field

This field is transitional from the highly faulted, folded, and intruded coal sections of the Crested Butte field northward to the steeply west-dipping monocline on the southeast rim of the Piceance basin near Glenwood Springs.

These younger "Meseverde" coal-bearing rocks seem to correlate roughly with the upper part of the Iles Formation, and the lower part of the Williams Fork Formation of the Grand Hogback and the Meeker area to the north.

In the southern half of the field the coals are metamorphosed to high-volatile A and medium-volatile bituminous and, locally, to semianthracite and anthracite. The bituminous coals are moderately to strongly coking. In the northern part of the field most of the coals are high-volatile B bituminous and non-coking.

The lowest coal, the "Black Diamond" seam, occurs in the Glenwood Springs area and is equivalent to the Black Diamond group at the top of the Iles Formation in the Meeker area. Range of analyses of "Black Diamond" coal is: Seam thickness ranges from 4'0'' to 16'0''.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 11.1–14.1% |
| Ash | 2.1–9.2% |
| Sulfur | .5–1.4% |
| Btu/lb. | 10,360–12,310 |
| Fus. temp., °F. | 2,210–2,470 |

The 6 Williams Fork coals, correlative with the "Fairfield group" in the Meeker area, are lettered and named upward, "A", "B", "C", "D", "Allen", and "Anderson". The "D", "Allen", and "Anderson" seams, the most persistent and highest in quality, have been mined the most. The following range of analyses apply to the 3 seams where they are relatively little affected by metamorphism: Thickness of mined seams ranges from 4'0'' to 11'6''.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.8–7.5% |
| Ash | 1.9–10.5% |
| Sulfur | .4–1.5% |
| Btu/lb. | 11,840–13,530 |
| Fus. temp., °F. | 2,160–2,840 |

Range of analyses of the "A", "B", and "C" seams in the same area is: Mined seams are from 4'0'' to 11'5'' thick.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 5.1–8.9% |
| Ash | 3.5–16.3% |
| Sulfur | .6–2.1% |
| Btu/lb. | 10,160–12,820 |
| Fus. temp., °F. | 2,690–2,790 |

In the area of Coal Basin and southward, the upper group of coals are altered to semianthracite and anthracite. The seams mined in this area are the "Allen" ("Sunshine"), the "B" or coalesced "A" and "B" seams, the "Placita" seam and the "Coal Basin" seam which may correlate with the "D" or the "Anderson" seam. A range of analyses for these metamorphosed seams is as follows: The mined seams range in thickness from 3'2'' to 11'6''.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 1.0–3.4% |
| Ash | 3.4–10.0% |
| Sulfur | .5–7% |
| Btu/lb. | 12,470–15,190 |
| Fus. temp., °F. | 2,150–2,370 |

BLM_0104830

Only seven percent of the coal in the Carbondale field is anthracite. At least 50% of the bituminous coal is of coking quality. In 34 square miles of the field "measured and indicated" coal in place was estimated at 1,136 million tons, (Landis, 1959, & Donnell, 1962). The same coal strata occur in an additional 56 square miles to depths of 3,000' containing an estimated 1,870 million tons of coal. Similar coals from 3,000' to 6,000' may underlie an additional 75 square miles, with a potential of 2,200 million tons.

Total resources originally in place in the Carbondale field area to a depth of 6,000' therefore may be as much as 5,206 million tons of coal. Three large mines in the Coal Basin area and one small one near Glenwood Springs were in operation in 1972 and produced 653,720 tons of coal.

The combined total resources for the Southeast Uinta sub-region, including the possible 1,564 million tons in the Crested Butte field and 8,038 million tons in the Somerset field may originally have been as much as 14,800 million tons of Cretaceous age coal.

## Northeast Uinta Sub-Region

This sub-region includes the Cretaceous age coal-bearing rocks along the Grand Hogback on the east edge of the Piceance basin northward from Glenwood Springs to Meeker, and along the north rim of the basin westward to the Rangely area. Although folding and some faulting have tilted the strata to near vertical in part of the area, the coals have not been metamorphosed to higher rank.

## Grand Hogback Field

The "Mesaverde" coal-bearing rocks are exposed with some very steep dips in the monocline fold forming the east rim of the Piceance basin. In the southern part of the field the coals are mostly high-volatile B bituminous, but in the northern part mostly high-volatile C bituminous. All are non-coking.

The coals of the "lower group" or "Black Diamond" group, at the top of the Iles Formation, are too thin and discontinuous to be of much importance. The "Black Diamond" coal, locally 8'10" thick where mined in the Rifle area, has the following analysis:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.2% |
| Ash | 3.7% |
| Sulfur | .6% |
| Btu/lb. | 11,970 |
| Fus. temp., °F. | 2,210 |

Most of the coal in the Grand Hogback field is mined from nine seams in the "middle group" in the lower 2,500 feet of the Williams Fork Formation. These seams correlate with the "Fairfield group" in the Meeker area. In this area, they are identified in ascending order as the "A", "B", "C", "D", "Allen", "Anderson", "Wheeler", "E", and "F" seams.

The "Wheeler seam", 14'0" to 18'0" thick, is of major importance, with the range of analyses as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.4-8.3% |
| Ash | 4.9-11.3% |
| Sulfur | .3-.5% |
| Btu/lb. | 11,220-13,120 |
| Fus. temp., °F. | 2,130-2,620 |

The "Allen seam" where thickness ranges from 5'6" to 15'6" was a major producer. Average analyses, as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.5-10.7% |
| Ash | 3.9-7.9% |
| Sulfur | .4-.5% |
| Btu/lb. | 11,660-13,270 |
| Fus. temp., °F. | 2,060-2,370 |

The other seven identified seams in various mines range from 4'3" to 9'0" in thickness, and are quite similar with the following range of analysis:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 2.9-16.5% |
| Ash | 2.1-11.0% |
| Sulfur | .4-1.1%* |
| Btu/lb. | 11,100-13,060 |
| Fus. temp., °F. | 2,090-2,910+ |

* In one mine, along a fault zone at Harvey Gap, ash was as high as 16.3% and sulfur as high as 2.6%.

An "upper zone", the "Keystone zone", about 1,000 feet higher in the Williams Fork Formation, probably correlates with the "Goff group" or the "Twenty mile zone" in some of the areas to the north. Four seams recognized in this zone are named in ascending order, "Keystone #4", "Keystone #3", "Keystone #2", and "Keystone #1". Coals from these seams are quite similar and a range of analyses is as follows: All are thin seams with a range of analyses from 3'6" to 4'6".

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.7-10.3% |
| Ash | 5.4-9.2% |
| Sulfur | .3-.4% |
| Btu/lb. | 11,620-13,120 |
| Fus. temp., °F. | |

In the 48 square miles of the field surveyed, 885 million tons of coal were "measured and indicated", (Landis, 1959). These same coals underlie another 37 square miles at depths to 3,000 feet, with possible resources of about 760 million tons. At depths from 3,000 to 6,000 feet, under an additional 80 square miles, as much as 1,450 million tons of coal may be present. Total coal in the field originally in place to a depth of 6,000 feet is estimated at 3,095 million tons. One small mine, 7 miles west of Newcastle, operated in this field in 1972.

## Danforth Hills Field

This field stretches for nearly 30 miles along the northeast side of the Piceance Basin northwest of Meeker. The strata dip to the southwest, but this regional dip is interrupted by several local gentle anticlinal structures.

The lower part of the "Mesaverde" is the Iles Formation and the upper part is the Williams Fork Formation.

A "lower coal group" is present near the base of the Iles Formation. The "Black Diamond group" occurs near the top of the Iles. The "Fairfield" coal group is near the base of the Williams Fork Formation. The "Goff group" occurs roughly 1,000 feet above the "Fairfield group". The "Lion Canyon group" occurs about 1,000 feet still higher in the section. Seams are quite discontinuous in all groups so they are not generally correlated.

No analyses were available for any coals in either the "lower group" of the Iles Formation, or for the "Goff group" of the Williams Fork Formation.

Range of analyses for coal seams in the "Black Diamond" group, from 5'1" to 18'1", which have been mined is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.2-13.4% |
| Ash | 3.7-10.0% |
| Sulfur | .4-.6% |
| Btu/lb. | 11,220-11,970 |
| Fus. temp., °F. | 2,210-2,990 |

In the Williams Fork Formation, seams in the "Fairfield group" from 6'8" to 22'3" thick have been mined, with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.4-14.4% |
| Ash | 2.2-9.6% |
| Sulfur | .3-.9% |
| Btu/lb. | 10,690-11,370 |
| Fus. temp., °F. | 2,310-2,730 |

Seams from 4'2" to 34'0" thick were mined in the "Lion Canyon" group, with the following range of analyses:

BLM_0104831

| As-received basis | Range of analyses |
|---|---|
| Moisture | 8.9%-15.5% |
| Ash | 2.2-9.6% |
| Sulfur | .5-1.4% |
| Btu/lb. | 10,690-11,790 |
| Fus. temp., °F. | 2,210-2,910+. |

Mines at the north edge of the field, near Axial, have mined the "Collum coal", which may correlate with the "Goff group" or the "Lion Canyon group". These coals ranged in thickness from 6'0" to 28'9", with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 11.4-15.4% |
| Ash | 2.2-6.3% |
| Sulfur | .3-1.0% |
| Btu/lb. | 10,140-11,770 |
| Fus. temp., °F. | 2,220-2,480 |

These coals are generally high-volatile C bituminous in rank, but some of the younger coals in the northern part may be subbituminous. All are non-coking.

Original "measured and indicated" reserves of bituminous coal amounted to 7,854 million tons in 252 square miles of the field, (Landis, 1959). To depth of 3,000' in an additional 18 square miles another 560 million tons may be present. Basin-ward, in an additional 70 square miles as much as 2,100 million tons of these coals may be present to a depth between 3,000' and 6,000'. Total coal originally in place for the field to a depth of 6,000 feet may be as much as 10,514 million tons.

No railroad service reaches this area and development has been limited. One small mine, 7 miles northeast of Meeker operated in 1972 and produced 4,556 tons of coal.

## Lower White River Field

The Lower White River field embraces an area from T 5 N, R 97 W, to the Utah state line, around the Rangely oil field and southward to T 3 S in the Douglas Creek drainage area. The coal bearing "Mesaverde" Formation crops out along the north rim of the Piceance basin west of the Danforth Hills.

All coals investigated in this field are in the Williams Fork (upper) member of the "Mesaverde", but some Iles (lower) coals may be present. Mines operated southeast of Rangely in seams from 8'0" to 12'3" thick mined high-volatile C bituminous coal with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 11.2-14.1% |
| Ash | 4.4-8.5% |
| Sulfur | .4-.5% |
| Btu/lb. | 10,800-11,230 |
| Fus. temp., °F. | 2,280-2,900 |

About 7,012 million tons of coal were estimated to have been originally present in 553 square miles of the coal field, (Landis, 1959). In an additional 177 square miles as much as 2,250 million tons may be present at depths to 3,000'. Under an additional 200 square miles, at depths between 3,000' and 6,000', possible resources of 2,500 million tons may be present. Total coal originally in place in this field to a depth of 6,000 feet may total as much as 11,762 million tons.

In the Northeast Uinta sub-region, from Glenwood Springs north and west to the Colorado-Utah state line, a total of about 25,370 million tons of coal are estimated to have been originally in place to a depth of 6,000', by fields as follows:

| | |
|---|---|
| Grand Hogback | 3,095 million T. |
| Danforth Hills | 10,514 million T. |
| Lower White River | 11,762 million T. |
| Total | 25,371 million T. |

## Green River Region

The Colorado part of the Green River region of northwest Colorado is the southeastern trending extension of the Washakie Basin of Wyoming, known also as the Sand Wash Basin.

## Yampa Field

Coal-bearing Cretaceous, Paleocene, and Eocene formations which crop out along the Yampa River drainage area constitute the Yampa coal field, the only one in the Colorado portion of the region. The Denver and Rio Grande Railroad probably was largely responsible for development of the field.

Relatively gentle local folding along the south edge of the basin grades into more complicated structures eastward. On the southeast and east rims of the basin, local folding is complex and complicated by faulting and minor intrusives. Very locally the intrusives and structural deformation have increased the rank of the coals to anthracite.

The "Mesaverde" coals occur in the Iles and Williams Fork Formations. Coals in the lower Iles are rare, but a few occurrences in the western part of the Yampa coal field indicates possible maximum development of that zone under deep cover in a northwesterly direction.

Coals in the upper Iles, correlated with the "Black Diamond group" of the Danforth Hills, are of major importance in the extreme southeast area near Oak Creek. "Seams" or "zones" number "1", "2", and "3" were correlated in the Oak Creek area. In later studies, "2" and "3" were correlated with "A" and "B" seams of a master lettered correlation which extends from "A" to "S" for the entire Yampa field. The "1" seam also is called "Brooks" and "Curtis". The "2" or "A" also is called "Pinnacle seam" in this area. Higher "seams" or "zones" "C", "D", and "E", also in the Black Diamond group, occur with increasing importance westward and to the north. In those directions "B" or "3" is also "Bear River seam" and "Sun mine seam", and "C" is also "Webber", "Butcher Knife", and "Rice mine" seam. These "Black Diamond group" coals generally are absent in the west half of the field. Mined seams range from 3'8" to 12'4" in thickness with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 6.3-12.2% |
| Ash | 4.3-11.3% |
| Sulfur | .3-.9% |
| Btu/lb. | 11,090-12,560 |
| Fus. temp., °F. | 2,250-2,780 |

Most of this group, where not metamorphosed, is non-coking high-volatile C bituminous coal.

Coals in the lower part of the Williams Fork Formation constitute the "middle group", with seams "F" through "J", correlating with the "Fairfield group" in the Meeker area. Here the "H" is also called the "Wolf Creek seam", "I" the "Wadge", and "J" the "Lennox seam", with these names more common than the letters. The "F" and "G" zones, 10 to 16 feet thick locally, include multiple seams in the western part of the field. These named seams are generally the most important seams throughout the field.

Where mined east of Hayden, ranges in thickness for the same are: "Wolf Creek", 8'7" to 18'7"; "Wadge", 4'6 to 11'9"; "Lennox", 3'0" to 6'0". South of Craig and east of Hamilton, in the Williams Fork Mountains area, the "J" or "Lennox zone" is composed of multiple seams with thickness ranging from 3'6" to 21'8" and with local names such as "Searcy Gulch seam" and "Kellogg seam". The "Wadge" is a single 4 to 7 foot seam or is absent. The "Wolf Creek" zone has multiple seams of 3' to 15' which in one locality coalesce to a thickness of 42 feet with only minor partings.

Range of analyses is similar for all coals of this "middle" or "Fairfield" group, and is as follows:

BLM_0104832

Sand

| As-received basis | Range of analyses |
|---|---|
| Moisture | 7.7–11.8% |
| Ash | 3.4–11.5% |
| Sulfur | .3*–.6%* |
| Btu/lb. | 10,740-12,260 |
| Fus. temp.. °F. | 2,410-2,910* |

* Local exceptions in the "Lennox" seams, where altered, show sulfur as high as 2.4%. This group of coals, where not metamorphosed, generally are high-volatile C bituminous non-coking coals.

rma-
area
Colo-
ande
ment

ge of
vard.
ng is
ives.
have

iams
out a
coal
zone

Dia-
por-
reek.
orre-
l "3"
he
oks"
nacle
"D",
with
hose
"Sun
ife",
oup"
field.
with

non-

ation
"J",
area.
" the
ames
s, 10
west-
y the

r the
'6 to
east
e "J"
hick-
ames
The
The
vhich
only

ldle"

Coals in the upper part of the Williams Fork Formation are in the "upper group" or "Twenty mile group" (lying above the Twenty mile sandstone marker), and may correlate with the "Goff group" and/or the "Lion Canyon group" of the Danforth Hills field to the south. Correlation letters are from "K" through "S" with "L" also called the "Crawford seam" and "Sleepy Cat seam"; "M" also called the "Carey seam"; and "Q" also called the "Dry Creek seam". These three are the most important in the "upper group" in the eastern half of the field. From Craig westward, in as much as 900 feet of section, as many as 8 seams from 3′ to 10′ thick may be present with 8 or more thinner interspersed beds. Correlations, even by the letter system, are difficult, and perhaps relatively unimportant until mining development is farther advanced. Most of these "upper group" coals are subbituminous A, and the range of analyses of the several seams mined is quite similar as follows: The mined seams range in thickness from 4′4″ to 10′4″.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 14.2-16.9% |
| Ash | 4.1-5.4% |
| Sulfur | .4-.9% |
| Btu/lb. | 10,360-11,040 |
| Fus. temp.. °F. | 2,070-2,480 |

Above the "Mesaverde" is about 2,000′ of Lewis shale. Overlying this is the late Upper Cretaceous Lance Formation with coal-bearing rocks in the lower part. These beds dip gently toward the northwest trending center of the basin, where they are covered by younger non-marine Tertiary age formations. In this gentler topography the coal seams usually are concealed at the surface.

Along the north edge of the Yampa valley, 3 miles north of Hayden, the "Lorella seam", 3′ to 10′ thick, has been mined. Also, in 4 mines east-northeast of Craig, a higher seam, the "Kimberly", 7′8″ to 11′8″ thick, has been mined. Two other mines about 9 and 16 miles northwest of Craig are probably the "Kimberly seam", 7′6″ to 11′9″ thick.

These Lance coals generally are subbituminous B or C, and have not been competitive with the better "Mesaverde" coals in the eastern part of the field. The range of analyses is quite similar for all of the "Lorella" and "Kimberly seams" as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 19.6-21.8% |
| Ash | 4.1-6.5% |
| Sulfur | .5-.7% |
| Btu/lb. | 9,650-9,720 |
| Fus. temp.. °F. | 2,010-2,260 |

The Paleocene Fort Union, a non-marine coal-bearing formation, overlies the Upper Cretaceous Lance Formation.

The "Campbell seams", two 6 foot beds, 3 feet apart near the base of the Fort Union, were mined 10 miles northwest of Hayden. Four mines about 11 miles northeast of Craig were operated in the "Seymour seam, a 9′6″ to 17′0″ thick coal near the top of the Fort Union.

These are subbituminous B or C coals and not competitive with the better Cretaceous coals to the east unless they might be developed in a strippable deposit. The range of analyses of the "Campbell" and "Seymour" seams are similar, and are as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 17.1-20.5% |
| Ash | 3.9-7.8% |
| Sulfur | .2-.4% |
| Btu/lb. | 9,500-10,080 |
| Fus. temp.. °F. | 2,050-2,420 |

In the basin above the Fort Union is a considerable thickness of the continental Eocene Wasatch Formation which contains several coal-bearing zones as in the Wyoming area to the north. The outcrop of the Wasatch in the Sand Wash Basin is remotely located. The coals have been mined only from ranch mines and from the Sparks mine at the West Hiawatha oil field, less than 20 miles from the northwest corner of Colorado. No data is available on the Sparks coal, but generally the Wasatch coals are subbituminous B and C, and probably have the same range of analyses as the "Battle", "Creston", and "Hadsell" seams just to the north in the Great Divide Basin in Wyoming, as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 20.7-23.0% |
| Ash | 11.2-13.8% |
| Sulfur | 1.8-2.7% |
| Btu/lb. | 8,250-8,710 |
| Fus. temp.. °F. | |

Although the Wasatch coals are lenticular, they would be expected to range from 6′ to 20′ in thickness in mineable areas, some of which could be strippable. None of these Wasatch coals have been included in the estimates of reserves.

In 828 square miles of the Yampa field where the coal reserves were measured or indicated, (Landis, 1959) 23,-607 million tons of coal were estimated as originally in place, ¾ of which was bituminous and ¼ subbituminous. In an additional 852 square miles, to depths of 3,000′, 21,300 million tons may be present. From 3,000′ to 6,000′ depths, in the deeper axial part of the Sand Wash Basin to the northwest, a smaller resource of 5,000 to 8,000 million tons could be present. Also in the Wasatch beds in that area, as much as 5,000 million tons of mineable coal may be found.

Total possible resources of coal in place in the Colorado part of the Green River region may be as much as 57,907 million tons. Roughly 2/3 of this is expected to be high volatile C bituminous, and the other ⅓ A, B, or C subbituminous.

Although more than 70 mines have operated in this field, only 7 were in operation in 1972. Three of these were underground with production capacity of about 1,600 tons per day. The other 4 were strip mines, with daily capacity of 10,600 tons per day. This is the only region in Colorado where strip coal may be of major importance. Of the estimated 5% of Colorado's coal resources considered strippable, about 90% is the Yampa field.

In 1970, the small McGregor electric power plant at Steamboat Springs used about 6,000 tons of coal, and the regional Hayden power plant near Hayden used 596,000 tons. A small amount was used locally and the rest shipped out of the area on the Rio Grande Railroad.

## Raton Basin Region

The Colorado portion of the Raton Basin region extends northward from the Colorado-New Mexico state line to just north of Walsenburg and from the Sangre de Cristo Mountain Range eastward to Trinidad. Structurally it is a portion of the Raton Basin, an asymmetric syncline with its axis near the western margin. Dips are gentle on the east side and steep on the west flank where the strata are sharply up-turned along the mountain front. The center of the basin is penetrated by the Spanish Peaks which are Tertiary igneous stocks with many associated dikes, sills and laccoliths.

Coals occur in the Vermejo Formation of late Upper Cretaceous age, and in the Raton Formation of Upper Cretaceous and Paleocene age. Three crude coal "groups" are recognized, and some attempts have been made to correlate coal seams in various localities.

The "lower" coal group is in the lower part of the Ver-

BLM_0104833

mejo, and has from 1 to 14 seams of coal throughout the region. The "middle" coal group, with 1 to 5 seams is about 300 feet above the base of the Raton Formation, and the "upper" group, 700 to 1,000 feet higher, has only a few thin seams. All of the Raton Formation is missing in the northwest part of the region near La Veta.

More than 230 mines have operated in this region, mostly along the escarpment on the eastern edge of the region and along the drainage of the Purgatoire River that dissects the area west of Trinidad. Most of these mines were in thicker, more persistent, and higher quality Vermejo coal seams.

Coals in the southern part of the region generally are coking, while those in the northern part are non-coking. The division is approximately at the Huerfano County line, and the "Walsenburg field" includes the coals in that county, while those in Las Animas County constitute the "Trinidad field".

## Walsenburg Field

Principal production has been from the Vermejo "lower" coal group. Named seams of this group, upwards, and their maximum mined thicknesses, are: Cameron-6'9", Lennox-6'4", Walsen-7'3", Pryor-5'5", Lower Robinson-5'0", (Rider-3'0"), Upper Robinson-6'0". Other names have been used in certain localities or mines which might correlate with some of these seams.

Vermejo coals in this field are high-volatile B and C bituminous, non-coking, and the range of analyses from all seams is quite similar as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 5.3–10.2 (19.2)%* |
| Ash | 7.2–14.4 (19.3)%* |
| Sulfur | .4–1.3 (1.8)%* |
| Btu/lb. | 11,050–12,880 |
| Fus. temp., °F. | 2,210–2,840 |

\* The high moisture, ash, and sulfur entries in parentheses are from exceptional local conditions, notably in the La Veta area.

Limited mining of the "middle" group, in the Raton formation, in the area of Walsenburg and southward used local names for some seams, such as Lower Rugby-to 3'10", Upper Rugby-4'0" (also called Primrose), Mutual seam-6'0", and in some cases "A" seam and "B" seam where split. Also some nearby local seam names from the Trinidad field, such as "Cass", "Delagua", and "Boncarbo" were used rather loosely. The Raton Formation coals generally are high-volatile B or C bituminous, non-coking, with a common range of analyses as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 2.5–4.2% |
| Ash | 5.3–13.5% |
| Sulfur | .4–1.0% |
| Btu/lb. | 12,660–13,340 |
| Fus. temp., °F. | 2,230–2,730 |

Survey of 172 square miles of the field (Landis, 1959) indicated an estimated 1,190 million tons of coal originally in place. In an additional 48 square miles to total depth of the basin which would not exceed 3,000', an estimated additional 330 million tons may be present, making a field total of 1,490 million tons.

Total production from the approximately 90 mines which have operated through the years is 75,520,000 tons. Twelve mines operated in 1956 with production of 63,680 tons of coal. Eight mines were in operation in 1962 and produced 44,644 tons. Only 1 small mine operated in 1972 producing 5,234 tons before shut down.

## Trinidad Field

More than 140 mines have operated in this field through the years in the three groups of coals. In the "lower" group, in the Vermejo Formation, as many as 14 mineable

seams have been recognized. The principal seams, upward, with their range of mined thicknesses,—and possible equivalent and/or intervening locally named seams—are as follows: Berwind, 4'0"–7'0"; (Rainbow?); Cameron, 3'7"–7'8", (Empire?); Walsen, 4'0"–5'0"; Hastings "A", and "B", (Lower and Upper Bunker Hill) (Majestic), 5'4"–8'8"; (Pryor); Rapson, 3'8"–5'0"; Ludlow, Lower and Upper?, 4'0"–5'3"; (Thomas); Gem (Robinson) (Peerless), 4'0"–7'5".

From Morley in the southeast corner of the Trinidad field westward to Weston, Tercio, and Stonewall, the common seams in this "lower" group, in ascending order are: Piedmont; Morley (Lower Starkville) (Engieville), 4'11"–7'10"; Upper Starkville (Upper Morley) (Engle-Starkville, 3'1"–6'6"; Cokedale, 6'0"–7'7"; Lower Sopris, 3'0"–4'0"; Sopris, 4'0". These and other locally named, numbered, or lettered seams have not been correlated with those above.

Most of these coals are high-volatile A bituminous, with some B, and ail are coking coals. Ranges of analyses in most of these seams, under normal circumstances, are quite similar, and can be represented as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 1.6–5.8% |
| Ash | 7.7–21.8% |
| Sulfur | .5–1.0% |
| Btu/lb. | 11,430–13,510 |
| Fus. temp., °F. | 2,290–2,910 |

Locally some of these coals are affected by intrusions of igneous dikes and sills, some being increased in rank, and a few becoming natural coke.

Coal seams occur throughout the 1,000' to 1,600' of the Raton Formation, but most of the thicker and more persistent coals are in the "middle" group 300' to 500' above the base. The "upper" group, with fewer, thinner, and less extensive seams occurs in the upper one third of the formation. Principal seams along the eastern escarpment in ascending order, with ranges of mined thicknesses are: Bear Canyon (#6), 3'2"–4'0", (Alfreda); Cass, 5'9"–7'8"; Lower Rugby, 4'4"; Upper Rugby, 3'0"; Delagua, 3'6"–8'0"; Boncarbo, 4'0"–5'8". Westward, up the Purgatoire valley from Starkville to Weston and Stonewall, the principal named seams are Frederick (Zone E), 3'2"–5'10"; Primero (Zone I), 4'9"–7'11"; and Ciruela (Zone R) (Allen), 5'0". All of these are in the "middle" group. The ranges of Frederick and Primero analyses are quite similar, and all of these coals being high-volatile A bituminous or high-volatile B bituminous, coking coals:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 1.0–4.5% |
| Ash | 5.3–16.4% |
| Sulfur | .4–1.1% |
| Btu/lb. | 12,200–13,970 |
| Fus. temp., °F. | 2,230–2,910+ |

Recorded production from 141 mines in this field is 168,766,000 tons. In 1956, 22 mines produced 1,020,875 tons. In 1972, only one mine was in operation. The CF & I Steel Corp. Allen mine, in 6 sections of T 33 N, R 68 W at Stonewall, produced 616,000 tons of coking coal from the Ciruela (Allen) seam for the steel mills at Pueblo. Analyses are not available, but it is assumed that, except for possibly higher sulfur content, this coal is in the ranges noted above.

The electric power plant at Trinidad can use coal or gas, but in 1970 it used 100% natural gas. The Walsen plant at Walsenburg used about 12,000 tons of coal and no gas.

In the 872 square miles of the Trinidad field surveyed (Landis, 1959) an estimated 11,484 million tons of coal were originally present at depths less than 3,000 feet. Only an additional 18 square miles were thought to contain resources at a depth below 3,000 feet, and could hold a resource of as much as 237 million tons. Total for the field may be over 11,720 million tons of high-volatile A and B bituminous coking coal.

11

BLM_0104834

Total for the Raton Basin region could be more than 13,210 million tons, with almost 90% coking quality.

## Canon City Region

### Canon City Field

In an asymmetric synclinal fold just east of the Wet Mountains in the Colorado Piedmont section of the Great Plains is another outcrop of the coal-bearing rocks of the Cretaceous age Vermejo Formation. This is a northward continuation of the "lower" coal zone of the Raton Basin area. Dips on the east side of the field are gentle, but on the west side are moderate to steep and involve some locally important faulting. Surface mining is operated on the east side, but is limited because of massive sandstones just above the coal section.

As many as 16 coal seams have been recognized, but only 7 have any importance commercially. In ascending order, with ranges of mined thickness, these seams are: Rockvale, 3'0"-3'8"; Canon City, 3'0"-7'4"; Magnet, 4'6"; Radiant (Jack-O-Lantern), 3'4"-4'6"; Royal Gorge (Bassick), 4'0"; Chandler (Littel), 2'0"-4'6"; Brookside, 4'6"-6'7" (10'0"). The general ranges of analyses for these seams under average conditions are:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 5.4-15.0 (23.5)% |
| Ash | 4.6-17.7 (22.6)% |
| Sulfur | .5-1.1 (2.4) 3.4)% |
| Btu/lb. | 10,110-12,610 (9,630) |
| Fus. temp., °F. | 2,030-2,720 (1,990-2,910+) |

The figures in parentheses are local exceptions under special conditions, and some indicate cause and effect relationships in certain individual mines.

Most of this coal is high-volatile C bituminous, non-weathering, nonagglomerating, and non-coking. More than 70 mines have produced 39,440,000 tons of coal. In 1962, 25 mines including 2 surface mines produced 334,559 tons, but in 1972, 7 mines including 2 surface mines produced 214,948 tons.

The W. N. Clark power plant at Canon City generated 63% of its power in 1970 from 116,000 tons of coal,—the rest from natural gas. Some coal was used locally, but more than 140,000 tons were shipped out by rail.

Accurate surveys (Landis, 1959) have indicated an estimated 295 million tons of coal originally in place in the 36 square miles area of the field. Present resources are estimated at 217 million tons, with over 100 million tons recoverable from depths probably less than 2,000 feet.

## South Park Region

### South Park Field

Coal-bearing formations crop out around the rim of a twenty mile long syncline about 15 miles east of Fairplay at elevations of about 9,900 feet in the South Park intermontane basin in Park County.

These strata are younger than the Vermejo and Raton Formations of the Raton Mesa and Canon City regions. They are Paleocene in age and correlate with the Laramie Formation of the Denver Basin area. Much of the section is missing around the south end of the syncline near Hartzel, and only thin coal seams have been found. At the north end, near Jefferson, about 250 feet of section contains one or more seams which may attain mineable thickness under cover. Most of the east side is covered by a granitic thrust block.

On the west side, near Como, a "lower seam"-5' to 12', a "middle seam"-2'9", and an "upper seam"-4'0", with intervals of about 200', were mined from 1870 to 1905 for railroad and local use. Deep weathering and dips to 45°

made mining difficult. The seven or eight old mines have long been closed and flooded.

Recent analyses of a sample recovered from one of the old Como mines indicates subbituminous A or B coal with the following analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 6.3-15.5% |
| Ash | 1.3-6.4% |
| Sulfur | .47-.53% |
| Btu/lb. | 9,780 |
| Fus. temp., °F. | 2,700 |

An area of about 8 square miles down dip east of the Como mines was estimated (Landis, 1959) to have had about 92 million tons of coal originally present. Down to a depth of 3,000 feet, an additional 12 square miles could hold resources of about 135 million tons. No conjectures are made here concerning resources below that depth. Possible original total for the field could be as much as 227 million tons, but prospecting and mining will be difficult.

### North Park Field

Coals have been mined in two areas of the North Park intermontane basin in Jackson County. The coals occur in about 3,500 feet of fresh-water clastics of the Coalmont Formation of Paleocene age, which is correlated with the Fort Union of the Green River region, and with the Denver Formation of the Denver Basin.

On the flanks of the McCallum anticline, in the northeast part of the basin southeast of Walden, the "Sudduth seam", 10 to 58' thick, occurs at the base of the Coalmont, and the "Lower and Upper Winscom" (or "Lower and Upper Capron") seams, 8 to 12' thick, occur about 2,000' and 2,300' higher in the section. Dips range from 20° to 85°.

In the southwest part of the basin, near Coalmont and northward, 5 seams occur in this formation and have been prospected or mined. Dips range from less than 10° to about 20° easterly, but the area is complexly block faulted. In ascending order the lower four unnamed seams are: a. an 8'6" seam an unknown distance above the base of the Coalmont; b. an 18' seam an unknown distance (100'-200'?) above a.; c. a 12' seam about 1,250' above b.; d. a 5' seam about 1,000' above c. About 360' above these is the "Riach seam", 22 to 77' thick, in which most of the mining was done.

In two small areas north of Coalmont, mines were operated in the thinner Mitchell and Monohan seams which possibly might be correlated with c. or d. above. The Mitchell seam is from 7'0" to 11'0" thick and the "Monohan seam" is about 4'6" thick. Analyses of all mined seams fall in the same range, as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 13.6-(22.8)% |
| Ash | 2.8-15.4% |
| Sulfur | .1-.9% |
| Btu/lb. | (8,840)-10,870 |
| Fus. temp., °F. | 2,100-2,680 |

All of the North Park field coals generally subbituminous B rank.

In 102 square miles surveyed, an estimated 3,735 million tons were originally in place, (Landis, 1959). It is believed that an additional 748 square miles are underlain by similar coal-bearing strata, some of which may be at depths greater than 3,000 feet. In those strata another 25,000 to 27,000 million tons of reserves may be present, making a possible total for the field of about 28,735 million tons of coal originally in place.

The North Park field is in a relatively remote area, at an elevation of more than 8,000 feet, presenting problems both in mining and in transportation. No mines are now active.

12

BLM_0104835

## Middle Park Field

Just south of North Park, in Grand County, is the inter-montane basin called Middle Park where the Colorado River heads. Some thin, impure lenticular coals occur in this basin in Paleocene strata of the same age and characteristics as the Coalmont Formation of North Park. These strata are called the Middle Park Formation, but are thought to be continuous with the Coalmont to the north.

Very limited exploration has revealed no mineable seams of coal, but the possibility of appreciable resources exists in an area of about 270 square miles of the Middle Park Formation. There is no satisfactory basis for an estimate of resources.

## Denver Basin Region

The Denver Basin region is an area of about 8,000 square miles in eastern Colorado east of the Front Range which extends from near Colorado Springs north to near the Wyoming state line. Physiographically this is in the dissected Piedmont section of the Great Plains.

Structurally, it is a broad gentle basin, steeper on the west flank alont the uplifted mountain front. The margins of the Denver Basin region are defined by the outcrop of the basal coal-bearing part of the Laramie Formation. These beds are well exposed along the foothills hogbacks extending from near Colorado Springs to Boulder where dips may be near vertical but flatten rapidly to 5° or less into the basin. They are less well exposed northeastward to Greeley, and poorly exposed on the north, east, and south edges of the region. They occur at depths probably less than 1,000 feet throughout the region.

The coals occur throughout the area in the Laramie Formation of late Upper Cretaceous age, which correlates with the prolific Vermejo Formation of the Raton Mesa region. In the southern part of the basin a few lenticular coal seams also occur in the Paleocene Dawson arkose, more coarsely clastic than, but roughly time equivalent to part of the Raton Formation.

In the northern part of the basin, beds above the Laramie Formation contain lenticular coals. These are called the Arapahoe Formation, Upper Cretaceous-Paleocene age, and the Paleocene Denver Formation. These formations correlate in part with the Dawson arkose to the south and with the Coalmont Formation in the North Park region and the Fort Union in the Green River region.

Coals in the western part of the region are of higher rank than those in the eastern part. Coals in the western part generally are subbituminous B with some C, while those in the eastern part are subbituminous C, with some of the younger coals bordering on lignite.

## Colorado Springs Field

In this report, the Colorado Springs field is not restricted to the mined area immediately north and east of the city, but is applied to all of the south part of the region in El Paso, Elbert, and Douglas Counties. This includes formerly mined areas in northeast El Paso County, and in central and eastern Elbert County known as Ramah-Fondis area and Buick-Matheson area.

At Colorado Springs three seams, A, B, and C are recognized in the basal Laramie. Only the lowest, "A" seam, is of mineable thickness, varying from 4'7" to 17'1". Range of analyses of the "A" seam is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 19.2–(26.9)% |
| Ash | 3.9–10.2% |
| Sulfur | .2–5% |
| Btu/lb. | (8,000)–9,270  (10,140) * |
| Fus. temp., °F. | 2,150–2,470 |

* Rank increased by metamorphism at Franceville.

The Laramie coals in the Buick-Matheson area at the east edge of the field are lenticular and not correlated. They were mined from the middle and upper part of the section at the south end of the area, and ranged from 8'0" to 15'0" thick. These are subbituminous C coals with high moisture and ash with the following range of analyses, some bordering on lignite:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 33.1–35.0% |
| Ash | 7.8–15.7% |
| Sulfur | .4–1.4% |
| Btu/lb. | 6,150–7,340 |
| Fus. temp., °F. | 2,140–2,400 |

The younger Paleocene coals in the Dawson arkose Formation crop out in the Ramah-Fondis area nearer the center of the basin, and are of low-grade subbituminous rank bordering on lignite. These are very lenticular and generally have many thin partings of shale and sandstone. Mined thicknesses varied from 4'8" to 7'4", but one "pod" was estimated at 18'9" including partings. Range of analyses of the Dawson seams is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 33.1–34.4% |
| Ash | 13.9–18.2% |
| Sulfur | .1–5% |
| Btu/lb. | 5,510–6,700 |
| Fus. temp., °F. | 2,480–2,530 |

In the 147 square mile area of Laramie coals surveyed, reserves of about 885 million tons were estimated to have been originally present, (Landis, 1959). In the three county area of the field, perhaps two thirds of the remaining 2,733 square miles may have comparable coals. This could add as much as 9,900 million tons of reserves to total depth in the basin, probably less than 1,000', for a total of about 10,785 million tons of Laramie coals originally present.

In the 128 square miles of Dawson coals surveyed, (Landis, 1959), 474 million tons of reserves were estimated to have been originally present. Perhaps half of the remaining 1,600 square miles of Dawson Formation in the three county area may have comparable coals. This could add as much as 5,600 million tons of reserves, for a total of about 6,074 million tons of Dawson coals originally present.

Total for the Colorado Springs field part of the basin, in Douglas, Elbert, and El Paso Counties, is about 16,860 million tons. As much as two thirds of this or about 10,000 million tons is subbituminous C rank coal bordering on lignite. No mines are operating in these coals at present.

## Boulder-Weld Field

In this report, the Boulder-Weld field is redefined to include all of Weld County to the eastern limits of the region. It also includes the area of exposed and mined seams along the foothills from Boulder south through Jefferson County, and eastward into the basin through Denver, Adams and Arapahoe Counties to the eastern limits of the region.

These limits are defined by the outcrop of coal-bearing beds in the lower 225 feet of the Laramie Formation. A lesser area of overlying coal-bearing strata of the Paleocene Arapahoe and Denver Formations, correlated with the Dawson arkose to the south, lies within the field.

The "Scranton district", an area 50 miles east of Denver, was active between 1860 and 1910. The Scranton seam in the Paleocene Arapahoe-Denver Formation, where mined, was 6'0" to 10'0" thick with many small partings. A 3 foot seam of coal 30' below the Scranton, and a 7'6" seam 85" below that, were never mined. The Laramie coal zone is approximately 1,050 feet below the Scranton seam.

Survey data on 59 square miles of the Paleocene coals indicates an estimated reserve of 489 million tons originally present (Landis, 1959). Perhaps as much as one half of

13

BLM_0104836

the additional 1,525 square miles underlain by the Arapahoe-Denver section may have comparable coals. This could add estimated resources of about 6,100 million tons, making total estimated Paleocene coal resources in this field of 6,600 million tons.

The better quality, more extensive coals of the Laramie Formation, were produced from more than 150 miles along the northwest edge of the field northeast from Boulder toward Greeley. Also about 20 mines have been operated in the upturned beds along the foothills south of Boulder through the Golden area in Jefferson County to the Douglas County line. Scattered mining in the area north of Greeley took place near Briggsdale, near Eaton, at the edge of Larimer County near Wellington. Seven seams, all in the lower 275 feet of the Laramie Formation, are recognized in the mines near Boulder, and are numbered upward. Seams 1 and 2 generally are thin and discontinuous and were seldom mined. Seam 3, known as the "Main Seam", is the most persistent and productive seam, and ranges from 4'0" to 14'0" thick. Seam 4, lenticular and discontinuous, ranging from 2'6" to 11'0", occurs mostly in the western part of the field. Seam 4 lies from 35 feet above Seam 3 to directly upon it. Where they coalesce they have been mined together.

Although Seam 5 is lenticular, varying from 4'11" to 10'1", it is quite extensive, and is known in the field as the "Middle Seam". Seam 6, known as the "Upper Seam" is more lenticular and less persistent, with mined thicknesses of 7'0" to 8'11". Seam 7 occurs sporadically, having limited lateral extent, and is of minor importance, ranging from 2'6" to 5'0" in thickness.

Ranges of many analyses of Seams 3, 5, and 6 were quite similar and may be grouped in the following analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 15.5-25.8% |
| Ash | 3.3-10.1% |
| Sulfur | 2-.9% |
| Btu/lb. | 8,890-10,660 |
| Fus. temp., °F. | 1,990-2,470 |

These coals generally are subbituminous B in rank, with slightly higher rank in the western part of the field and along the hogbacks in the foothills. However, these Laramie coals are subbituminous C in the eastern and northern parts of the field. Usually not more than 1 to 3 of the seams are of mineable thickness in any one area.

This is the one coal region in Colorado where shaft mining predominated over drifts or slopes. Depth of the shafts range from 250 to 450 feet.

Of historical interest is the fact that one of the machines which enabled underground coal mining to remain competitive with other fuels, the ripper-type continuous-mining machine, was developed in this field. The prototype was placed in the field in 1943 and was on the market in 1946.

In spite of mechanization, production in the field has declined since 1962 because of competition with low-priced natural gas and with lower cost surface-mined coal, as indicated here:

| Year | Mines in Operation | Production |
|---|---|---|
| 1956 | 8 | 643,812 |
| 1962 | 6 | 786,457 |
| 1972 | 3 | 574,707 |

Almost half of this coal in 1970 was used to generate electric power. In Denver, the Arapahoe plant generated 50% of its power from 277,000 tons, the Cherokee plant generated 72% of its power from 1,493,000 tons, and the Zuni plant, 10% of its power from 3,900 tons of coal. The Valmont plant, at Boulder, generated 65% of its power from 356,000 tons, and the Fort Collins plant generated 19% of its power from 4,000 tons of coal. At Colorado Springs, the Martin Drake power plant used 64,000 tons of coal to generate 15% of its power, and natural gas for 85%.

Most of the rest of Denver Basin coal is used in sugar beet and other local industries, on government contracts, and in limited domestic uses.

In the 502 square miles surveyed in the several mined areas, reserves of about 3,410 million tons were estimated to have been originally in place. In the additional 3,890 square miles of the field, perhaps two thirds may be underlain by comparable coals. This could add as much as 15,600 million tons of resources, making a possible total for the field of about 19,010 million tons of Laramie coal.

With the Paleocene lower-rank coals previously discussed, total resources for the Boulder-Weld field as here defined may be as much as 25,610 million tons.

Totals for the Denver Basin region would be:

| | | |
|---|---|---|
| Laramie coals | 29,795 | million T |
| Paleocene coals | 12,469 | million T |
| Total | 42,469 | million T |

Approximately one third of the Laramie coals, or about 10,000 million tons in the western part of the region are subbituminous B rank. All of the rest are subbituminous C rank, with some on the eastern margin bordering on lignite.

## Grand Total Coal Resources in Colorado

Total coal resources originally in place in Colorado at depths to 6,000 feet are:

| Region | Millions of tons |
|---|---|
| San Juan | 27,300 |
| Uinta | 60,020 |
| Green River | 57,907 |
| Raton Basin | 13,210 |
| Canon City | 295 |
| South Park | 227 |
| North Park | 28,735 |
| Denver Basin | 42,470 |
| GRAND TOTAL | 230,164 |

## References

Colorado Geological Survey, 1972, Bibliography, coal resources in Colorado: Bulletin 34-A, Richard Dexter Holt, Consultant; 32 p., Area Index, Subject Index, index map.

Donnell, J. R., 1962, Geology and coal resources of the Carbondale area, Garfield, Pitkin, and Gunnison Counties, Colorado: U. S. Geol. Surv. open-file report, table, geol. map.

Fenneman, N. M.; and Johnson, D. W., 1946, Map of physical divisions of the United States: prepared in cooperation with the Physiographic Committee of the U. S. Geol. Surv.

Landis, E. R., 1959, Coal resources of Colorado: U. S. Geol. Surv. Bull. 1072-C, p. 131-232, illus., tables, map.

New Mexico Bur. Mines, 1971, Strippable low-sulfur coal resources of the San Juan Basin in New Mexico and Colorado: N. M. Bur. Mines Memoir 25, 189 p., illus., tables, maps; (Shomaker, J. W.; Beaumont, E. C.; Kottlowski, F. E.).

U. S. Bureau of Mines, Analyses of tipple and delivered samples of coal: 1937, Tech. Paper 574; 1953, Bull. 516; 1953 to present—R. I. 4934, 4972, 5085, 5221, 5270, 5332, 5401, 5489, 5615, 5792, 6086, 6300, 6461, 6622, 6792, 6904, 7104, 7219, 7346, 7490.

BLM_0104837

## RANGE OF ANALYSES OF COLORADO COALS ON AN "AS-RECEIVED" BASIS

| Regions, fields & coals | % Moisture | % Ash | Sulfur | Btu/lb | Ash fusion °F. |
|---|---|---|---|---|---|
| **San Juan Region** | | | | | |
| Dakota coals NE of Cortez | 1.9– 8.1 | 5.0–18.3 | .5– .8 | 10,440–13,630 | 2,110–2,910+ |
| Nucla-Naturita area | 2.5–13.5 | 6.1–12.8 | .5–1.1 | 10,010–13,380 | 2,620–2,910+ |
| Durango field | 1.6–10.7 | 3.4–16.6 | .6–1.2 | 10,860–14,070 | 2,020–3,000 |
| **Uinta Region** | | | | | |
| Southwest Uinta Sub-region | | | | | |
| Book Cliffs field | | | | | |
| "Anchor seam" | 8.2– 9.8 | 5.9– 9.8 | 1.0–1.7 | 11,910–12,230 | 2,190–2,790 |
| "Palisade seam" | 3.3–14.0 | 4.9–17.4 | .5–1.6 | 10,950–13,560 | 2,130–2,910+ |
| "Carbonera seam" | 9.3–11.4 | 7.2–14.4 | .4– .6 | 10,470–11,150 | 2,850 |
| "Cameo seam" | 5.4–11.5 | 5.2–15.5 | .5–1.3 | 10,410–12,460 | 2,520–2,960 |
| Grand Mesa field | | | | | |
| Coals in Paonia sh. | 9.8–20.0 | 2.1–16.1 | .5–1.8 | 9,360–11,670 | 2,060–2,970 |
| Tongue Mesa field | | | | | |
| Several seams | 14.2–16.0 | 6.7– 8.4 | .5– .9 | 9,350–10,220 | 2,450–2,480 |
| Southeast Uinta Sub-region | | | | | |
| Somerset field | | | | | |
| Bowie sh. coals | 7.4–13.6 | 2.4–11.4 | .5– .8 | 10,040–12,600 | 2,470–2,810 |
| Paonia sh. coals | 10.6–22.4 | 4.3–13.9 | .3– .8 | 8,160–10,610 | 2,910+ |
| Near center of field | | | | | |
| Bowie gp. "B" & "C" | 2.3– 8.2 | 2.8–12.0 | .4– .7 | 12,070–13,900 | 2,220–2,910+ |
| Eastern part of field | | | | | |
| Paonia gp. "D" & "T" | 4.2– 8.1 | 2.8–10.4 | .4– .9 | 12,090–13,400 | 2,150–2,910+ |
| Crested Butte field | | | | | |
| Six Paonia sh. seams | 2.5–13.3 | 3.2– 9.1 | .4–1.9 | 11,400–14,170 | 2,130–2,480 |
| Carbondale field | | | | | |
| "Black Diamond" seam | 11.1–14.1 | 2.1– 9.2 | .5–1.4 | 10,360–12,310 | 2,210–2,470 |
| "D", "Allen" & "Anderson" | 8.8– 7.5 | 1.9–10.5 | .4–1.5 | 11,840–13,530 | 2,160–2,840 |
| "A", "B", & "C" | 5.1– 8.9 | 3.5–16.2 | .6–2.1 | 10,160–12,820 | 2,690–2,790 |
| "Allen", "B", "Placita" & "Coal Basin" | 1.0– 3.4 | 3.4–10.0 | .5– .7 | 12,470–15,190 | 2,150–2,370 |
| Northeast Uinta Sub-region | | | | | |
| Grand Hogback field | | | | | |
| "Black Diamond" | 9.2 | 3.7 | .6 | 11,970 | 2,210 |
| "Wheeler seam" | 3.4– 8.3 | 4.9–11.3 | .3– .8 | 11,220–13,120 | 2,130–2,620 |
| "Allen seam" | 3.5–10.7 | 3.9– 7.9 | .4– .5 | 11,600–13,270 | 2,060–2,370 |
| Seven other seams | 2.9–10.5 | 2.3–11.0 | .4–1.1 | 11,100–13,060 | 2,090–2,910+ |
| Keystone zone coals | 3.7–10.3 | 5.4– 9.2 | .3– .4 | 11,020–13,120 | ------- |
| Danforth Hills field | | | | | |
| "Black Diamond" gp. | 9.2–13.4 | 3.7–10.0 | .4– .6 | 11,220–11,970 | 2,210–2,990 |
| "Fairfield" gp. | 9.4–14.4 | 2.2– 9.6 | .3– .9 | 10,600–11,370 | 2,310–2,730 |
| "Lion Canyon" gp | 8.9–15.5 | 2.2– 9.6 | .5–1.4 | 10,690–11,790 | 2,210–2,910+ |
| "Collum seam" | 11.4–15.4 | 2.2– 6.3 | .3–1.0 | 10,140–11,770 | 2,220–2,480 |
| Lower White River field | | | | | |
| Williams Fork coals | 11.2–14.1 | 4.4– 8.5 | .4– .5 | 10,800–11,230 | 2,280–2,900 |
| **Green River Region** | | | | | |
| Yampa field | | | | | |
| "Black Diamond gp." | 6.3–12.2 | 4.3–11.3 | .3– .9 | 11,090–12,560 | 2,230–2,780 |
| "Fairfield gp."–"Wolf Ck","Wadge","Lennox | 7.7–11.8 | 3.4–11.5 | .3– .6 | 10,740–12,260 | 2,410–2,910 |
| "Upper or Twenty Mile gp." | 14.8–16.9 | 4.1– 5.4 | .4– .9 | 10,360–11,040 | 2,070–2,480 |
| "Lorelle" & "Kimberly" | 19.6–21.8 | 4.1– 6.5 | .5– .7 | 9,660– 9,720 | 2,010–2,260 |
| "Campbell" & "Seymour" | 17.1–20.5 | 3.9– 7.8 | .2– .4 | 9,500–10,080 | 2,050–2,420 |
| Fort Union "Sparks" | 20.7–23.0 | 11.2–13.8 | 1.8–2.7 | 8,250– 8,710 | ------- |
| **Raton Basin Region** | | | | | |
| Walsenburg field | | | | | |
| Vermejo coals | 5.3–10.2 | 7.2–14.4 | .4–1.3 | 11,050–12,880 | 2,210–2,840 |
| Raton coals | 2.5– 4.2 | 5.3–13.5 | .4–1.0 | 12,660–13,340 | 2,230–2,730 |
| Trinidad field | | | | | |
| Vermejo coals | 1.6– 5.8 | 7.7–21.8 | .5–1.0 | 11,430–13,510 | 2,290–2,910 |
| Raton coals—"Frederick","Primero" et al | 1.0– 4.5 | 5.3–16.4 | .4–1.1 | 12,200–13,970 | 2,230–2,910+ |
| **Canon City Region** | | | | | |
| Canon City field | | | | | |
| Seven Vermejo coals | 5.4–15.0 | 4.6–17.7 | .3–1.1 | 10,110–12,010 | 2,030–2,720 |
| **South Park Region** | | | | | |
| South Park field | | | | | |
| Como area mines | 6.3–15.5 | 1.3–6.4 | .4– .5 | 9,780 | 2,700 |
| North Park field | | | | | |
| Coals in Coalmont fm. | 13.6–22.8 | 2.8–13.4 | .1– .9 | 8,840–10,870 | 2,100–2,680 |
| **Denver Basin Region** | | | | | |
| Colorado Springs field | | | | | |
| "A" seam | 19.2–26.9 | 3.9–10.2 | .2– .5 | 9,270–10,140 | 2,150–2,470 |
| Buick-Matheson area | 33.1–35.0 | 7.8–15.7 | .4–1.1 | 6,150– 7,340 | 2,140–2,440 |
| Dawson lignite | 33.1–34.4 | 13.9–18.2 | .1– .5 | 5,510– 6,700 | 2,480–2,530 |
| Boulder-Weld field | | | | | |
| Seams "3", "5" & "6" | 15.5–25.8 | 3.3–10.1 | .2– .9 | 8,890–10,660 | 1,990–2,470 |

15

BLM_0104838

DESK COPY   #1.00

# SPECIAL PUBLICATION NO. 9

# 1975 SUMMARY

# OF

# COAL RESOURCES IN COLORADO

# CGS LIBRARY

BY

A. L. HORNBAKER, RICHARD D. HOLT AND D. KEITH MURRAY



COLORADO GEOLOGICAL SURVEY
DEPARTMENT OF NATURAL RESOURCES
STATE OF COLORADO
DENVER, COLORADO

1976

SCGS-SP-9

PRICE $1.00

BLM_0104839

STATE OF COLORADO
Richard D. Lamm, Governor

DEPARTMENT OF NATURAL RESOURCES
Harris D. Sherman,
Executive Director

COLORADO GEOLOGICAL SURVEY
John W. Rold, Director
and State Geologist

———————————————

## MISSION OF THE COLORADO GEOLOGICAL SURVEY

The Colorado Geological Survey was legislatively re-established in February 1969 to meet the geologic needs of the citizens, governmental agencies, and mineral industries of Colorado. This modern legislation is aimed at applying geologic knowledge toward the solution of today's and tomorrow's problems of an expanding population, mounting environmental concern, and the growing demand for mineral resources.

### SPECIFIC LEGISLATIVE CHARGES ARE:

"Assist, consult with and advise state and local governmental agencies on geologic problems."

"Promote economic development of mineral resources."

"Evaluate the physical features of Colorado with reference to present and potential human and animal use."

"Conduct studies to develop geological information."

"Inventory the State's mineral resources."

"Collect, preserve and distribute geologic information."

"Determine areas of geologic hazard that could affect the safety of or economic loss to the citizens of Colorado."

"Prepare, publish and distribute geologic reports, maps and bulletins."

"Evaluate the geologic factors affecting all new subdivisions in unincorporated areas of the State."

"Promulgate model geologic hazard area control regulation."

"Provide technical assistance to local governments concerning designation of and guidelines for matters of State interest in geologic hazard areas and the identification of mineral resource areas."

"To provide other governmental agencies with technical assistance regarding geothermal resources."

BLM_0104840

# SPECIAL PUBLICATION NO. 9

## 1975 SUMMARY

# CGS LIBRARY

# COAL RESOURCES IN COLORADO

BY

A. L. HORNBAKER, RICHARD D. HOLT AND D. KEITH MURRAY



**COLORADO GEOLOGICAL SURVEY**
**DEPARTMENT OF NATURAL RESOURCES**
**STATE OF COLORADO**
**DENVER, COLORADO**

1976

PRICE $1.00

BLM_0104841

PREFACE

This coal summary initially was prepared for the *1976 Keystone Coal Industry Manual*, where it appears as the Colorado Chapter. It includes descriptive material concerning the geology of the coal fields and regions, together with analyses of the various coal seams or groups of coal seams.

This report precedes much more detailed analyses of historical data, geology of the coal fields and regions, and of the total coal resources of the State, to be published later. This summary report, therefore, should serve a present need in providing information on the coal resources of the State not otherwise available.

D. K. Murray prepared the 1975 summary, which is a fairly extensive revision of Colorado Geological Survey Special Publication No. 3, early in 1976 at the request of the publishers of the *Keystone Manuals*. Although the basic format and data used in the original report generally were adhered to in the present revision, the following changes and additions appear in the 1975 update by Murray:

- ○ Addition of an introductory section

- ○ Minor typographical corrections and editorial changes throughout.

- ○ Updating of production data and related statistics, where possible, as of January 1, 1976, for each of the coal-bearing regions.

- ○ A brief discussion of new coal-related industry activity in each applicable region.

- ○ Expanded and updated list of selected references.

It should be emphasized that no attempt was made to revise the coal resource estimates contained in the original version.

ACKNOWLEDGMENTS

The authors are grateful to Joseph Blake Smith, Colorado Liaison Officer of the U.S. Bureau of Mines, Denver, for many helpful suggestions and review of the original manuscript.

Special thanks are due William G. Park, U.S. Bureau of Mines, Washington D.C., for providing data bank information on coal analyses which were otherwise unavailable.

The Colorado Geological Survey expresses its appreciation to George F. Nielsen, Editor-in-Chief, Mining Informational Services, McGraw Hill, Inc., publishers of the *Keystone Manuals*, for permission to reproduce this article in its entirety.

i

BLM_0104842

# TABLE OF CONTENTS

Abstract. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii
Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Coal-Bearing Areas. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Coal-Bearing Rocks. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Structural Geology of Coal Regions. . . . . . . . . . . . . . . . . . . . . 2
Rank  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Moisture, Ash, and Sulfur Content . . . . . . . . . . . . . . . . . . . . . 2
Washability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Heat Values . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Carbonizing Properties. . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Coking Coal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Specific Gravity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Coal Mining and Production. . . . . . . . . . . . . . . . . . . . . . . . . 3
Coal Regions and Fields . . . . . . . . . . . . . . . . . . . . . . . . . . 4
  San Juan Region . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Dakota Coal Sub-Region. . . . . . . . . . . . . . . . . . . . . . . . . 4
    Durango field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Uinta Region. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  Southwest Uinta Sub-Region. . . . . . . . . . . . . . . . . . . . . . . . 5
    Book Cliffs field . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Grand Mesa field. . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Tongue Mesa field . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
  Southeast Uinta Sub-Region. . . . . . . . . . . . . . . . . . . . . . . . 6
    Somerset field. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Crested Butte field . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Carbondale field. . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
  Northeast Uinta Sub-Region. . . . . . . . . . . . . . . . . . . . . . . . 7
    Grand Hogback field . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Danforth Hills field. . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Lower White River field . . . . . . . . . . . . . . . . . . . . . . . . 8
Green River Region. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  Yampa field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Raton Basin Region. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
  Walsenburg field. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
  Trinidad field. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Canon City Region . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
  Canon City field. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
South Park Region . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
  South Park field. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
North Park Region . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
  North Park field. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
  Middle Park field . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Denver Basin Region . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
  Colorado Springs field. . . . . . . . . . . . . . . . . . . . . . . . . . 13
  Boulder-Weld field. . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Grand Total Coal Resources in Colorado. . . . . . . . . . . . . . . . . . . 14
References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14


Map:   Coal regions and fields in Colorado . . . . . . . . . . . . . . . . 1
Graph:  Colorado Coal Production, 1880-1975 . . . . . . . . . . . . . . . . 3
Table:  Range of Analyses of Colorado Coals on an "As-Received" Basis . . . 16
Chart:  Colorado Stratigraphic Correlation Chart, showing coal-bearing
        rocks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

BLM_0104843

ABSTRACT

Within the borders of Colorado, and covering approximately 28 percent of the State, occur 8 coal-bearing regions and some 20 coal fields that contain at least 11 percent of the total coal resources of the United States above 6,000 feet. Colorado coals range from early Late Cretaceous to Eocene in age. The higher rank coals, and the largest resources, for the most part are found in the Late Cretaceous sequence (Dakota and Mesaverde Groups) in western Colorado, particularly in the area from Garfield County south to the New Mexico line. The lower rank coals occur in the latest Cretaceous and early Tertiary rocks of the Denver Basin and Green River regions. Colorado coals generally range in rank from high-volatile B bituminous to subbituminous and lignite. In places, igneous intrusions and structural deformation locally have metamorphosed the coal to semianthracite, anthracite, and even to coke. Over 70 percent of the State's coal resources are bituminous in rank, approximately 23 percent are subbituminous, 5 percent lignite, and less than 1 percent anthracite.

Total coal resources of Colorado have been conservatively estimated to be some 230 billion tons at depths to 6,000 feet (over 434 billion tons, according to later figures published in Averitt, 1975 - D.K.M.). In the past 100 years, nearly 600 million tons of coal have been produced in the State. The largest coal resources in Colorado appear to be in the Uinta region (26%), followed by the Green River (25%), Denver Basin (18.5%), North Park (12.5%), and San Juan (11.9%) regions.

iii

BLM_0104844

regressions of the Late Cretaceous seaway, generally are of higher rank and better quality than are the non-marine (limnic) Tertiary coals found in the more restricted Laramide-age structural basins. Of the 8 coal-producing regions in Colorado, the most important from the stand-point both of total in-place resources and present annual production are the Green River-Sand Wash and Uinta-Piceance Creek basins in the northwestern and west-central parts of the state, respectively.

Since 1864, over 596 million tons of coal have been mined in the state, which is less than one year's current output of the entire United States. Colorado's 1975 produc-tion was 8,273,515 tons (1.3% of the U.S. total, 9.5% of western U.S. total), which came from 37 mines—22 (or 59%) underground and 15 (or 41%) surface. At the end of 1975, 20 underground and 12 surface mines were operating; one test underground adit was in progress; and 7 underground mines and one surface mine were licensed but produced no coal during the year. Of the 1,975 people employed in Colorado coal mines during 1975 (which was an increase of 365, or 18.5%, over the year before), 442 (or 22.4%) worked in surface mines. Over half (58%) of the State's 1975 production, or 4,807,281 tons, came from surface mines; 3,466,234 tons (42%) was obtained from underground mines. Based on announced new plans by industry, it is reasonable to assume that Colorado's annual coal output will exceed the all-time record of 12.6 million tons, set in 1918, before the end of this decade.

The low sulfur, ash, and moisture content, together with generally high heat values, of the typical coals of this state are resulting in increasing demand for both steam-quality and metallurgical-grade coals. Bituminous coal comprised 94 percent of Colorado's 1975 production; the balance was subbituminous in rank. Over one-third of the coal presently being mined in the State is used for metallurgical purposes. Over two-thirds of the coal now consumed in Colorado is utilized for steam-electric power generation, and the per-centage is steadily increasing. Most of the remainder of the coal consumption is for metallurgical and industrial re-quirements. The rising demand for low-sulfur, high-Btu coal for power-generating and industrial purposes, together with the fact that perhaps 75 percent of our coal resources occur either on private or State-owned land, assure a bright future for the coal industry in Colorado.

## Coal-Bearing Areas

Colorado's coal resources occur in diverse physiographic and structural environments. Physiographically they occur in the Great Plains, the Southern Rocky Mountains, the Wyoming Basin, and the Colorado Plateau provinces (Fenneman, 1946). Eight coal regions have been recog-nized and named by the U. S. Geological Survey and the Colorado Geological Survey.

About 28% of Colorado, roughly 29,600 square miles in 32 counties, is underlain by coal-bearing rocks. These con-tain approximately 10 percent of the United States original coal resources at depths to 6,000 feet.

The coal regions, alphabetically as shown on the map (Holt; 1972; modified from Landis, 1959), are:

| | |
|---|---|
| I Canon City | V Raton Basin |
| II Denver Basin | VI San Juan |
| III Green River | VII South Park |
| IV North Park | VIII Uinta |

In the major regions the many small coal fields named in early days of development have been grouped into 20 prin-cipal coal fields, as in Colorado Geological Survey Bulletin 34-A, and are discussed under the regional headings.

## Coal-Bearing Rocks

Colorado's coals occur in rocks of Upper Cretaceous, Paleocene, and Eocene ages. The Cretaceous coals are the most abundant and wide-spread, and are of higher rank than the younger coals. The oldest coals, of Dakota age, occur in the southwest corner of Colorado. Successively younger coals are found northeastward and eastward in formations deposited in coastal swamplands during the irregular withdrawal of the Late Cretaceous interior seas.

The youngest coals occur in the Fort Union and Was-atch Formations of Paleocene and Eocene ages, which were deposited as non-marine sediments in interior basins.

## Structural Geology of Coal Regions

The coal fields of the Denver basin, Green River, Raton basin, San Juan, and Uinta regions occur in broad, struc-turally simple basins which are locally complex, especially at their rims, because of folds, faults and igneous intru-sions.

The Canon City, North Park, and South Park regions are in smaller, more complex structural basins.

These structural conditions afford only small areas of moderately dipping coals with overburden shallow enough to permit strip mining. About 95% of Colorado's coal resources must be mined underground.

## Rank

In general, the older coals are of higher rank, ranging from high-volatile B bituminous in the Dakota and Mesa-verde strata in the San Juan region to subbituminous C and lignite in the youngest Cretaceous and Tertiary of the Denver basin and Green River regions.

Locally, however, structural deformations and igneous intrusions have caused an increase in rank of some coals to anthracite. About 77% of the coal resources are bitumi-nous, 23% subbituminous and less than 1% semianthra-cite or anthracite.

Some of the older coals of the San Juan and Raton regions have coking properties. So, also, do some of the up-graded coals in the altered beds at the southeast margins of the Uinta region.

Colorado coals generally are nonweathering and most are nonagglomerating. The few areas of coking coals are discussed separately.

## Moisture, Ash, and Sulfur Content

On an as-received basis, the moisture content of most Colorado coals ranges from 1.0% to about 20%; but in a few localities, such as the subbituminous coals near Colo-rado Springs in the Denver basin, moisture is as high as 35%. From several hundred analyses, an estimated average is about 12%. Ash generally ranges between 2.1% to about 15%, but in a few cases is as high as 29.3%. An estimated average is about 6%.

Colorado coals are mostly low sulfur; more than 99% contain less than 1.0% sulfur, and more than half contain less than 0.7% sulfur. Normal sulfur content varies from 0.2% to about 1.1%, but in some metamorphosed areas, sulfur content locally may be as high as 4.8%. Normal sulfate and organic sulfur content are low. Abnormal pyritic content can be reduced by conventional cleaning or preparation processes. Nearly all can easily be processed to less than 0.5% sulfur.

## Washability

Only 14% of Colorado coals were washed in 1974. Most Colorado coals do not require beneficiation other than

2

BLM_0104845

# 1975 SUMMARY OF COAL RESOURCES IN COLORADO



## Coal regions and fields in Colorado

| COAL REGIONS | | COAL FIELDS | |
|---|---|---|---|
| I | Canon City | 1. Yampa | 11. Walsenburg |
| II | Denver Basin | 2. Book Cliffs | 12. Trinidad |
| III | Green River | 3. Grand Mesa | 13. Boulder-Weld |
| IV | North Park | 4. Somerset | 14. Colorado Springs |
| V | Raton Basin | 5. Crested Butte | 15. Canon City |
| VI | San Juan | 6. Carbondale | 16. North Park |
| VII | South Park | 7. Grand Hogback | 17. Middle Park |
| VIII | Uinta | 8. Danforth Hills | 18. South Park |
| | | 9. Lower White River | 19. Pagosa Springs |
| | | 10. Durango | 20. Nucla-Naturita |

## Introduction

The largest presently available source of energy in Colorado is its vast deposits of coal, which occur in an area encompassing nearly 30,000 square miles, or approximately 28 percent of the state. Over 434 billion tons of in-place coal resources are believed to remain in Colorado (Paul Averitt, 1975, p. 14) above an overburden thickness of 6,000 feet; this estimate is nearly 11 percent of the total resource for the entire United States and is the fourth

Revised by D. Keith Murray, Colorado Geological Survey, March 1976. Original text prepared by A.L. Hornbaker and Richard D. Holt.

largest of all the States. To a depth of 3,000 feet, Colorado's remaining identified coal resources are listed (Averitt, 1975) as nearly 129 billion tons. In terms of remaining identified bituminous coal resources, Colorado ranks second, behind Illinois, but is first in terms of low-sulfur bituminous coal (Averitt, 1975, p. 22). Most (over 80%) of the coal resources of the State are believed to be mineable by underground methods.

Colorado coals range in age from early Late Cretaceous to Eocene, the largest and most widespread resources occurring in the Mesaverde Group (Upper Cretaceous). The marine-influenced (paralic) Cretaceous coals, related to

1

BLM_0104846



COLORADO COAL PRODUCTION, 1880-1975

sizing to meet market demands, usually 2½″ x 0″. In 13 representative samples, from 0.6% to 3.1% was in 100 mesh to 0 fraction. These fractions showed much higher ash than the whole or any other fraction, from 5.8% to 32.2%, and could easily be eliminated where undesirable. Grindability indices range between 45 and 50.

## Heat Values

On a dry, ash-free basis the heat value of most Colorado coals ranges between 14,500 and 13,300 Btu/lb., but some of the subbituminous coals range as low as 11,440 Btu/lb. An estimated average, dry and ash-free, is about 13,950 Btu/lb., or on an as-received basis about 11,370 Btu/lb. Some of the altered coals rank as high as 88% fixed carbon, a true anthracite, but the quantity is insignificant.

## Carbonizing Properties

Most Colorado coals are nonagglomerating and may be carbonized in fluidized systems. Chars produced at low temperatures (450°-700°F) contain about 8.5% to 14.4% residual volatile matter and are easily ignited. Char heating values on a moisture-free basis vary from 14,600 to 14,960 Btu/lb. and are suitable for boiler fuel. Lump chars can be produced from most Colorado coals but are relatively weak. Some of the lump chars would be suitable substitutes for coke "breeze" in special uses.

## Coking Coal

Good metallurgical coking coals occur in the Durango field in the San Juan region, in the Trinidad field of the Raton region, and in the Crested Butte, Somerset, and Carbondale fields in the southeast Uinta region, and are discussed in the regional descriptions.

## Specific Gravity

The lowest specific gravity coal, 1.280, was from the Paonia mine, at Paonia, Delta County, in the southwest Uinta region. The highest, 1.461, was from the Horace mine, at Crested Butte, Gunnison County, in the metamorphosed southeast Uinta region.

Average specific gravity for cleaned bituminous Colorado coal is 1.332, and for subbituminous coal, 1.291. For estimating reserves these values calculate near 1800 T/acre-foot and 1770 T/acre-foot, respectively.

## Coal Mining and Production

Recorded production of coal in Colorado, since 1864, totals over 596 million tons. Annual production reached a million tons in 1882 and two million tons in 1888. The peak of 12 million tons in 1910 dropped to 8 million in 1914, but rose to 12½ million tons during the period 1917-1920. The low of 5¼ million tons in 1934 was followed by a peak of more than 8 million tons in the war years of 1942-44. The irregular low production of 3 to 3½ million tons from 1952 to 1963 yielded to mechanization and increased to more than 6 million in 1970, was reduced to 5½ million by the strike in 1971, but was over 8.27 million tons in 1975.

Mine prices of coal vary with conditions and quality, from an estimated $5.50 per ton for subbituminous in remote areas to more than $35 per ton for high-grade coking coal, averaging near $7.40 in 1973 and $9.38 per ton in 1974. The 8.27 million tons of coal produced in Colorado in 1975 is valued at $90.2 million (a 28.3% increase over 1974), for an average of $11.00 per ton. This value represents about 10 percent of the value of the State's total mineral production during 1975, the highest on record.

3

BLM_0104847

Surface mining of coal began in Colorado around 1909 in the Coalmont area of Jackson County in west central North Park. By 1962, 7 of the State's 117 mines were open pits, which produced 14% of the total from all mines of 3.4 million tons. Since 1962 between 6 and 14 surface mines have been operating in Colorado. During 1975, 15 surface mines (out of a total of 37 mines) were in operation, producing some 4.8 million tons of coal, or 58% of the State's total. Those 15 surface mines employed 442 workers, or 22% of the total. To date, the surface mines in Colorado have produced over 32.77 million tons of coal, or nearly 6% of the state's cumulative production, while temporarily disturbing a total of approximately 4 square miles of land.

The 37 coal mines that were in production during 1975 employed a total of 1,975 workers. At year's end, 20 underground and 12 surface mines were actually in production; 1 underground test adit was licensed; and 7 underground mines and 1 surface mine were licensed but produced no coal during the year. Approximately 94% of the 8,273,515 tons produced in Colorado in 1975 consisted of bituminous coal; the balance was subbituminous in rank. In 1972, according to U.S. Bureau of Mines figures, coal consumption in Colorado was divided up as follows: electric power generation, 65%; industrial usage (steel manufacturing, beet sugar refining, and the like) 31%; and household-commercial usage, 4%.

In 1973, over 1.7 million tons (over 27% of the total production) were shipped out of Colorado; and over 2 million tons of Wyoming coal were transported into Colorado for use in a steam-electric plant in Pueblo. Total daily capacity of all mines in 1973 was 34,316 tons; and daily production per miner averaged 17.5 tons. During 1974, over 2.85 million tons (41% of the production) were exported from Colorado, and 2.68 million tons were imported.

## Coal Regions and Fields

**For geological considerations, the regions will be discussed in order of the age of the coals, oldest first.**

## San Juan Region

This region, located in southwest Colorado, includes the north edge of the San Juan basin of New Mexico, the Red Mesa-Mesa Verde platform, and the Cortez saddle and monocline westward toward the Paradox basin in Utah.

During 1975, the San Juan coal region, occupying parts of La Plata and Montrose Counties, Colo., produced 120,-770 tons of coal, or 1.5% of the State's total, from one underground and one strip mine employing a total of 30 people.

### Dakota Coal Sub-Region

The Dakota Sandstone and associated coals are known to be present in the Colorado portion of the San Juan basin at depths of 3,000 to 8,000 feet and are not presently considered recoverable. In the narrow Dakota outcrop along the Hogback near Durango, a few small areas of coal are mined. These are discussed in the Durango field section.

Coals occur in many places in the Dakota outcrop area west of Mesa Verde National Park and northward from Cortez to the Colorado River near Grand Junction. In some areas the coal is thick enough and clean enough to have been mined. Generally these coals are thin and discontinuous and mostly of poor quality because of high ash content. These Dakota coals have considerable range in rank but generally are high-volatile C and B bituminous. The range of analyses from uncorrelated Dakota coal seams from 4 mines northeast of Cortez, with thicknesses ranging from 2'8'' to 4'8'', is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 1.9-8.1% |
| Ash | 5.0-18.3% |
| Sulfur | .5-.8% |
| Btu/lb. | 10,440-13,630 |
| Fus. temp., °F. | 2,110-2,910+ |

The New Mexico Bureau of Mines Memoir 25, 1971, reporting on recent exploration and coring in T 36-37 N, R 14-16 W, east and northwest of Cortez, indicates a reserve of 158.8 million tons of Dakota coal in fairly continuous seams 3 to 13 feet thick in a 34-square-mile area. A total of 119 million tons of this coal is considered strippable under less than 150 feet of overburden. This is a non-coking high-volatile C bituminous coal with fairly high ash and 0.7% sulfur.

In the Nucla-Naturita area of western Montrose County, where the Peabody Nucla multiple-bench strip mine supplies coal to the Nucla power plant south of Uravan, there are three mineable seams 3 to 5 feet thick, with the middle, or "No. 1" seam, the most important. The analyses from three mines in the area average:

| As-received basis | Average of analyses |
|---|---|
| Moisture | 2.5-13.5% |
| Ash | 6.1-12.8% |
| Sulfur | .5-1.9% |
| Btu/lb. | 10,010-13,380 |
| Fus. temp., °F. | 2,620-2,910+ |

If 10% of the 5,000 square miles of coal-bearing strata contains coals half as good as the average 5.5 million tons per square mile found in the 50 square miles of explored area, a total of 1,375 million tons of Dakota coal at less than 3,000 feet depth may underlie this sub-region. Exploration for these scattered mineable areas will be difficult.

The Nucla strip produced 104,980 tons of coal in 1975, using 21 workers.

### Durango Field

In earlier reports, the Colorado portion of the San Juan region has been divided into the Durango field area, the "hogback", the Red Mesa area (or Hesperus field), and the Mesa Verde area, which includes the National Park and the Mesa area south and west of Durango.

In Colorado Geological Survey Bulletin 34-A (1972), all of these are included in the newly defined "Durango field". This field includes all of the Colorado portion of the San Juan basin and stretches from near Cortez on the west to east of Pagosa Springs on the east.

Coals are included in three horizons of Upper Cretaceous age: the Dakota, the Menefee Formation of the Mesaverde Group, and the younger Upper Cretaceous Fruitland Formation.

The Dakota Formation crops out along the outer rim of the hogback in Archuleta and La Plata Counties. These Dakota coal seams are fewer, thinner, dirtier, and are more discontinuous than those found in areas to the south and west, and constitute about a 5-million-ton resource.

The Menefee coals are best developed from approximately 10 miles east of Durango westward. They occur in three distinct groups, the "middle group" being relatively unimportant. The lower 60 feet of the formation form the "lower group", and the upper 200 feet form the "upper group". The Menefee coals are high-volatile A and B bituminous rank and are of coking quality in structurally complex areas near Durango.

Historically, more than 50 mines have operated in the Durango coal field. However, only 14 mines have operated in recent years, all of them mining Menefee coals in the Hesperus area, west of Durango. During 1975, only one underground mine was in operation in this field, producing 15,790 tons of coal and employing 9 people. This coal is used for electric power generation at the Durango power plant and for domestic purposes. Range-of-analyses of the coals, 3'2'' to 6'7'' thick, from the mines in the Durango

4

BLM_0104848

field, 3 in the "Hesperus seam" and 7 "undesignated", are as follows:

| As-received basis | Average of analyses |
|---|---|
| Moisture | 1.6-10.7% |
| Ash | 3.4-16.6% |
| Sulfur | .6-1.2%* |
| Btu/lb. | 10,860-14,070 |
| Fus. temp., °F. | 2,020-3,000 |

* Local pyritization in one mine caused up to 4.7% sulfur in one mine-run sample.

In about 40% of the 2,200 square-mile area of the Durango field there are 9,634 million tons of coal identified under less than 3,000 feet of overburden (Landis, 1959). Total additional coal inferred on a zone basis, in the field, is estimated to be about 11,080 million tons. Also, in an area of approximately 400 square miles below the hogback at depths from 3,000 to 6,000 feet, an additional 5,200 million tons are estimated from well-log data.

The Durango field, therefore, is believed to have had approximately 25,914 million tons of coal originally in place to a depth of 6,000 feet. Adding the estimated 1,375 million tons of Dakota coal area to the northwest, the San Juan region coal resources total about 27,300 million tons.

## Uinta Region

The coal fields of the Colorado portion of the Uinta Region are found on the moderately to steeply dipping flanks of the Piceance Creek basin, which is a southeastward extension of the Uinta basin of Utah.

This simple synclinal structure is modified by folds, faults, and intrusions along the margins, creating areas of considerable structural complexity. The southeastern part of the Uinta region, in Gunnison County, in which these conditions have increased the rank of some of the coals to anthracite, is considered as a southeastern sub-region for separate discussion. This then separates a Northeastern sub-region and a Southwestern sub-region in which the coals are not metamorphosed.

The Uinta region, which includes parts of Delta, Garfield, Gunnison, Mesa, Pitkin, and Rio Blanco Counties, Colo., produced 2,306,410 tons of coal (27.9% of the state's total) in 1975 from 16 underground mines employing 950 people. Over 95% of this this output is sold as metallurgical-grade coal to steel mills in Provo, Utah and Fontana, California.

### Southwest Uinta Sub-Region

This sub-region is an easterly extension of the Book Cliffs field of eastern Utah. It extends to the Colorado River near Grand Junction and continues along the rim of Grand Mesa southeast to about 10 miles west of the Gunnison County line near Paonia. It also includes an outlier 40 miles southeast of Paonia, near Montrose, known as Tongue Mesa coal field.

### Book Cliffs Field

On the southwest rim of the Piceance Creek basin the Upper Cretaceous coal-bearing formations generally are nearly flat-lying, but locally are complexly tilted and faulted. Some high-volatile B bituminous coal is found, but most of the coal is high-volatile C bituminous.

These coals occur in three important zones in the Mount Garfield Formation of the Mesaverde Group and in the Anchor tongue of the upper Mancos Shale along the western edge of the basin. Because of the eastward withdrawal of the Upper Cretaceous sea, all of these coals are younger "Mesaverde" than the Menefee Formation coals at Durango, and are roughly time-equivalents of the Fruitland coals of the San Juan region.

The "Anchor seam", the lowest coal, is in a tongue of the Mancos shale. It is 6'2" thick in the Nearing (Farmer's) mine 20 miles northwest of Grand Junction, and has the following analysis:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 8.2-9.8% |
| Ash | 5.9-9.8% |
| Sulfur | 1.0-1.7% |
| Btu/lb. | 11,910-12,330 |
| Fus. temp., °F. | 2,190-2,790 |

The "Palisade seam", which may be any of several singly occurring seams in the "Palisade zone" at the base of the Mount Garfield Formation, occurs throughout the Book Cliffs field, with increasing importance eastward. Usually only one seam of mineable thickness occurs in this zone in any one locality. A composite of analyses of this coal from several mines in seams from 2'8" to 9'4" thick is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.3-14.0% |
| Ash | 4.9-17.4% |
| Sulfur | .5-1.6% |
| Btu/lb. | 10,950-13,560 |
| Fus. temp., °F. | 2,130-2,910+ |

In the western part of the field the "Carbonera seam", which includes any seam in the "Carbonera zone" or "middle zone", has a thickness from 7'6" to 8'6" and a range of analyses as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.3-11.4% |
| Ash | 7.2-14.4% |
| Sulfur | .4-.6% |
| Btu/lb. | 10,470-11,150 |
| Fus. temp., °F. | 2,850 |

In the eastern part of the field the "Cameo seam", or seams in the "Cameo zone", have accounted for more than two-thirds of the Book Cliffs field production to date. This seam ranges in thickness from 3'6" to 10'5" and has the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 5.4-11.5% |
| Ash | 5.2-15.5% |
| Sulfur | .5-1.3% |
| Btu/lb. | 10,410-12,460 |
| Fus. temp., °F. | 2,520-2,960 |

Coal originally in place, identified in 255 square miles of the Book Cliffs field were estimated to be 2,293 million tons (Landis, 1959). In an additional 145 square miles these coal zones at depths to 3,000 feet are estimated to contain a possible resource of about 1,300 million tons of coal. In an additional area of about 400 square miles, with the coal zones at depths between 3,000' and 6,000', a possible resource of up to 3,600 million tons may be present. This indicates a total resource of coal in place of about 7,193 million tons in the Book Cliffs field to a depth of 6,000 feet.

One mine, near Cameo, 15 miles east of Grand Junction, produced over 75,700 tons of coal in 1975, which provided part of the fuel requirements of the nearby Cameo power plant.

### Grand Mesa Field

The Grand Mesa coal field is southeast of Grand Junction. The younger "Mesaverde" coal zones of the Mount Garfield Formation continue southeastward, and the coal seams become more numerous. These coals are of slightly lower rank, grading from high-volatile C bituminous to subbituminous A. Correlation of 6 to 8 fairly persistent seams, all in the Paonia shale member, has been attempted. These letter upward from "A" to "F" in various localities, or locally are numbered "#1 and #2". The lowest seams are the most persistent and productive. There are usually not more than 2 or 3 seams or mineable thickness in any one locality.

5

BLM_0104849

These coals are so similar in composition that one composite analysis can represent all of them, ranging from 4'6'' to 14'0'' in thickness:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.8-20.0% |
| Ash | 2.1-16.1% |
| Sulfur | .5-1.8% |
| Btu/lb. | 9,360-11,670 |
| Fus. temp., °F. | 2,060-2,970 |

Identified resources originally present in 96 square miles of the Grand Mesa field were 1,569 million tons (Landis, 1959). Only 139 million tons are high-volatile C bituminous, the rest being subbituminous A. These coal zones should be present in an additional 184 square miles at depths to 3,000 feet with possibly 3,086 million tons of coal. Approximately 250 additional square miles could possibly contain as much as 4,000 million tons of coal in seams more than 5 feet thick to depths of 6,000 feet. The Grand Mesa field total coal resources in place to 6,000 feet depth may be as much as 8,655 million tons, with about 9% being high-volatile C bituminous and the rest subbituminous A rank. Two small underground mines in Delta County produced only 642 tons of coal during 1975.

## Tongue Mesa Field

Forty miles southeast of the Grand Mesa field, beyond the Black Canyon of the Gunnison, on Cimarron Ridge between the Uncompahgre River and Cimarron Creek, is Tongue Mesa. This physiographic feature is an outlier of Upper Cretaceous age coal-bearing rocks capped and preserved by late Upper Cretaceous volcanics. The coal-bearing rocks correlate with those of the Grand Mesa section to the northwest and with the San Juan Basin section to the southeast.

Near the top of the mesa is a 900-foot-thick coal-bearing section that correlates with the Fruitland-Kirtland Formation of the San Juan basin and with the Paonia shale in the Grand Mesa area. Outcrops are badly obscured by landslides and talus, but 3 or more coals occur in the lower half with easterly dips of about 2 degrees.

The principal and most persistent coal, the Cimarron (or Lou Creek) seam, is from 8 to more than 40 feet thick, and has been mined on both sides of the ridge. Several other mines have operated in stratigraphically higher seams 5 to 7 feet thick. The coal is subbituminous B in rank. Some of the coal is considerably oxidized, and much of it is bony. Because of difficult access, this coal does not compete with the better coals of the Somerset field which are used in the Jim Bullock electric power plant at Montrose, only 15 miles away. Range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 14.2-16.0% |
| Ash | 6.7-8.4% |
| Sulfur | .5-.9% |
| Btu/lb. | 9,350-10,220 |
| Fus. temp., °F. | 2,450-2,480 |

In 58 square miles of the Tongue Mesa field surveyed, Landis (1959) reported an estimated 2,355 million tons of coal originally in place. More recent studies and coring indicate that the original resource could be estimated as high as 4,000 million tons. Since only underground mining is feasible in these thick seams, only about 1/6 to ¼ of the coal is recoverable.

The total coal resources to 6,000-foot depth in the Southwest Uinta sub-region, in the Book Cliffs field, Grand Mesa field, and Tongue Mesa field, can be estimated at about 19,850 million tons, with roughly the west half being high-volatile B and C bituminous coal and the eastern half subbituminous A and B coal. No mines presently are active in Tongue Mesa field. However, some exploratory and evaluation drilling has been carried out by at least two companies in the past year or so.

## Southeast Uinta Sub-Region

This sub-region, where the Cretaceous-age coals have been increased in rank by low-order metamorphism caused by structural deformation and igneous intrusion, has had development in three recognized fields: Somerset, Crested Butte and Carbondale.

## Somerset Field

The younger "Mesaverde" coals in the Bowie shale member, or "lower group", and the Paonia shale member, or "upper group", are well developed at outcrops along the valley of the North Fork of the Gunnison River and its tributaries near Somerset in western Gunnison and eastern Delta Counties. These are high-volatile C and B bituminous coals. In the eastern half of the field the coals are moderately to strongly coking. Three large mines and one smaller mine along the railroad in the main valley produced nearly 1.3 million tons of coking coal in 1975.

In the western edge of the field 3 or 4 uncorrelated seams in the Bowie shale member have been mined. Also, 2 or 3 uncorrelated seams in the Paonia shale section have been mined and are of lower rank than the Bowie coals, as indicated in the following range of analyses:

**Bowie shale, "lower group" coals:** Mined seams range in thickness from 8'6'' to 17'8''.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 7.4-13.6% |
| Ash | 2.4-11.4% |
| Sulfur | .5-.8% |
| Btu/lb. | 10,040-12,600 |
| Fus. temp., °F. | 2,470-2,810 |

**Paonia shale, "upper group" coals:** Mined seams range in thickness from 12'0'' to 13'0''.

| As-received basis | Range of analyses |
|---|---|
| Moisture | 10.6-22.4% |
| Ash | 4.3-13.9% |
| Sulfur | .3-.8% |
| Btu/lb. | 8,160-10,610 |
| Fus. temp., °F. | 2,090+ |

In the center of the field, at Somerset, two main seams are mined from the Bowie group, the "lower" or "B" seam (also called Somerset, Juanita, and King) and the "upper" or "C" seam. These seams range in thickness from 5'8'' to 25'0'', and are of fair to good coking quality. A range of analyses can apply to both "B" and "C" seams of the Bowie group:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 2.3-8.2% |
| Ash | 2.8-12.0% |
| Sulfur | .4-.7% |
| Btu/lb. | 12,070-13,500 |
| Fus. temp., °F. | 2,220-2,910+ |

In the eastern part of the field, the "D" or Oliver seam and the "E" or "Hawks Nest" seam are identified in the Paonia or "upper" group. Mined seams range in thickness from 7'0'' to 10'0''. These, too, are of coking quality, and a range of analyses representative of both seams is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 4.3-8.1% |
| Ash | 2.8-10.4% |
| Sulfur | .4-.9% |
| Btu/lb. | 12,090-13,400 |
| Fus. temp., °F. | 2,150-2,910+ |

Estimated resources identified in 133 square miles of the Somerset field are 3,348 million tons of bituminous coal (Landis, 1959), about one half of which is high-volatile B bituminous and of coking quality. To a 3,000-foot depth, an additional area of about 87 square miles could add as much as 2,190 million tons to the resources.

The complex structural nature of the field and the uncertainties of the stratigraphic section dictate a conservative estimate of additional resources to a 6,000 foot depth. It is possible that in another 100 square miles in the Somerset

BLM_0104850

field, 2,000 to 2,500 million tons of good bituminous coal could be present at depths to 6,000 feet. Field total then could be as much as 8,038 million tons originally in place to this depth.

## Crested Butte Field

This field is in the southeast end of the Piceance Creek basin, where the coal-bearing "Mesaverde" strata have been folded, faulted, and intruded by ingeous rocks. South of the town of Crested Butte, the coals are increased in rank through metamorphism to high-volatile C and B bituminous and are of good coking quality. North and west of town, the coals are metamorphosed to semi-anthracite and anthracite.

Six correlated coal seams are all in the Paonia shale (upper) group. Analyses of the coal seams, numbered upward stratigraphically, are recorded from 4 mines in the "#1" seam, 9 mines in the "#2" or "Kubler" seam, 6 mines in the "#3" seam, and one each identified as "#4", "#5", and "#6" seams. Some "#1" and "#2" seams, where altered to anthracite, were worked in thicknesses as low as 2'3" to 3'2". Most other seams were mined in 4'0" or 8'8" thicknesses, and "#3" seam had a maximum thickness of 13'10". A representative range of analyses for the six seams is:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 2.5-13.3% |
| Ash | 3.2-9.1% |
| Sulfur | .4-1.9% |
| Btu/lb. | 11,400-14,170 |
| Fus. temp., °F. | 2,130-2,480 |

About 15% of the measured and indicated coal reserves are semianthracite or anthracite. An estimated 244 million tons of coal were present in 35 square miles surveyed (Landis, 1959). In the remaining 155 square miles of the field, with coal seams occurring to a depth of 3,000', an additional 1,000 million tons may be present. Probably not more than 50 additional square miles contain an estimated 320 million tons of coal to depths of 6,000', making a field total of approximately 1,564 million tons. One small mine operated in the "#2" seam in this field in 1975, producing less than 3,000 tons.

## Carbondale Field

This field is transitional from the highly faulted, folded, and intruded coal sections of the Crested Butte field northward to the steeply west-dipping monocline on the southeast rim of the Piceance Creek basin near Glenwood Springs.

These younger "Meseverde" coal-bearing rocks seem to correlate roughly with the upper part of the Iles Formation, and the lower part of the Williams Fork Formation of the Grand Hogback and the Meeker area to the north.

In the southern half of the field the coals are metamorphosed to high-volatile A and medium-volatile bituminous and, locally, to semianthracite and anthracite. The bituminous coals are moderately to strongly coking. In the northern part of the field most of the coals are high-volatile B bituminous and non-coking.

The lowest coal, the "Black Diamond" seam, occurs in the Glenwood Springs area and may be equivalent to the Black Diamond group at the top of the Iles Formation in the Meeker area. Seam thickness ranges from 4'0" to 16'0". Range of analyses of "Black Diamond" coal is:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 11.1-14.1% |
| Ash | 2.1-9.2% |
| Sulfur | .5-1.4% |
| Btu/lb. | 10,360-12,310 |
| Fus. temp., °F. | 2,210-2,470 |

The 6 Williams Fork coals, correlative with the "Fairfield group" in the Meeker area, are lettered and named upward, "A", "B", "C", "D", "Allen", and "Anderson".

The "D", "Allen", and "Anderson" seams, the most persistent and the highest in quality, have been mined the most. Thickness of mined seams ranges from 4'0" to 11'6". The following range of analyses applies to the 3 seams where they are relatively little affected by metamorphism:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.8-7.5% |
| Ash | 1.9-10.5% |
| Sulfur | .4-1.5% |
| Btu/lb. | 11,840-13,530 |
| Fus. temp., °F. | 2,160-2,840 |

Mined seams are from 4'0" to 11'5" thick. Range of analyses of the "A", "B", and "C" seams in the same area is:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 5.1-8.9% |
| Ash | 3.5-16.2% |
| Sulfur | .6-2.1% |
| Btu/lb. | 10,160-12,820 |
| Fus. temp., °F. | 2,690-2,790 |

In the area of Coal Basin and southward, the upper group of coals is altered to semianthracite and anthracite. The seams mined in this area are the "Allen" ("Sunshine"), the "B" or coalesced "A" and "B" seams, the "Placita" seam and the "Coal Basin" seam, which may correlate with the "D" or the "Anderson" seam. The mined seams range in thickness from 3'2" to 11'6". A range of analyses for these metamorphosed seams is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 1.0-3.4% |
| Ash | 3.4-10.0% |
| Sulfur | .5-7% |
| Btu/lb. | 12,470-15,190 |
| Fus. temp., °F. | 2,150-2,370 |

Only 7% of the coal in the Carbondale field is anthracite. At least 50% of the bituminous coal is of coking quality. In 34 square miles of the field, "measured and indicated" coal in place was estimated at 1,136 million tons (Landis, 1959; and Donnell, 1962). The same coal strata occur in an additional 56 square miles to depths of 3,000' containing an estimated 1,870 million tons of coal. Similar coals at depths from 3,000' to 6,000' may underlie an additional 75 square miles, with a potential of 2,200 million tons.

Total resources originally in place in the Carbondale field area to a depth of 6,000', therefore, may be as much as 5,206 million tons of coal. Five relatively large underground mines in the Coal Basin field near Redstone, in Pitkin County, produced 926,546 tons of coking coal in 1975. Two old underground mines are being rehabilitated in the Thompson Creek area west of Carbondale. The new mines are expected to be producing metallurgical-grade coal sometime during 1976. One small underground mine in Garfield County, southwest of Glenwood Springs, produced less than 1,300 tons of coal in 1975.

The combined total resources for the Southeast Uinta sub-region, including the possible 1,564 million tons in the Crested Butte field and 8,038 million tons in the Somerset field, may originally have been as much as 14,800 million tons of Cretaceous-age coal.

## Northeast Uinta Sub-Region

This sub-region includes the Cretaceous-age coal-bearing rocks along the Grand Hogback on the east edge of the Piceance Creek basin northward from Glenwood Springs to Meeker, and along the north rim of the basin westward to the Rangely area. Although folding and some faulting have tilted the strata to near-vertical in part of the area, the coals have not been metamorphosed to higher rank.

## Grand Hogback Field

The "Mesaverde" coal-bearing rocks are exposed, with some very steep dips in the monoclinal fold forming the east rim of the Piceance Creek basin. In the southern part

7

of the field, the coals are mostly high-volatile B bituminous; but in the northern part, mostly high-volatile C bituminous. All are non-coking.

The coals of the "lower group" or "Black Diamond" group, at the top of the Iles Formation, are too thin and discontinuous to be of much importance. The "Black Diamond" coal, locally 8'10" thick where mined in the Rifle area, has the following analysis:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.2% |
| Ash | 3.7% |
| Sulfur | .6% |
| Btu/lb. | 11,970 |
| Fus. temp., °F. | 2,210 |

Most of the coal in the Grand Hogback field has been mined from nine seams in the "middle group" in the lower 2,500 feet of the Williams Fork Formation. These seams correlate with the "Fairfield group" in the Meeker area. In this area, they are identified in ascending order as the "A", "B", "C", "D", "Allen", "Anderson", "Wheeler", "E", and "F" seams.

The "Wheeler seam", 14'0" to 18'0" thick, is of major importance, with the range of analyses as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.4-8.3% |
| Ash | 4.9-11.3% |
| Sulfur | .3-.8% |
| Btu/lb. | 11,220-13,120 |
| Fus. temp., °F. | 2,130-2,620 |

The "Allen seam", where thickness ranges from 5'6" to 15'6", was a major producer. Average analyses are as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.5-10.7% |
| Ash | 3.9-7.9% |
| Sulfur | .4-.5% |
| Btu/lb. | 11,600-13,270 |
| Fus. temp., °F. | 2,060-2,370 |

The other seven identified seams in various mines range from 4'3" to 9'0" in thickness and are quite similar, with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 2.9-10.5% |
| Ash | 2.3-11.0% |
| Sulfur | .4-1.1%* |
| Btu/lb. | 11,100-13,060 |
| Fus. temp., °F. | 2,090-2,910+ |

* In one mine, along a fault zone at Harvey Gap, ash was as high as 16.3% and sulfur as high as 2.6%.

An "upper zone", the "Keystone zone", about 1,000 feet higher in the Williams Fork Formation, probably correlates with the "Goff group" or the "Twenty mile zone" in some of the areas to the north. Four seams recognized in this zone are named in ascending order, "Keystone #4", "Keystone #3", "Keystone #2," and "Keystone #1". All are thin seams with a range of thickness from 3'6" to 4'6". Coals from these seams are quite similar, and a range of analyses is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 3.7-10.3% |
| Ash | 5.4-9.2% |
| Sulfur | .3-.4% |
| Btu/lb. | 11,020-13,120 |
| Fus. temp., °F. | |

In the 43 square miles of the field surveyed, 885 million tons of coal were identified (Landis, 1959). These same coals underlie another 37 square miles at depths to 3,000 feet, with possible resources of about 760 million tons. At depths from 3,000 to 6,000 feet, under an additional 80 square miles, as much as 1,450 million tons of coal may be present. Total coal in the field originally in place to a depth of 6,000 feet is estimated at 3,095 million tons. One small mine, 7 miles west of New Castle, produced only 540 tons of coal during all of 1975 with one miner.

## Danforth Hills Field

This field stretches for nearly 30 miles along the northeast side of the Piceance Creek basin northwest of Meeker.

The strata dip to the southwest, but the regional dip is interrupted by several local, gentle anticlinal structures.

The lower part of the "Mesaverde" is the Iles Formation and the upper part is the Williams Fork Formation.

A "lower coal group" is present near the base of the Iles Formation. The "Black Diamond group" occurs near the top of the Iles. The "Fairfield" coal group is near the base of the Williams Fork Formation. The "Goff group" occurs roughly 1,000 feet above the "Fairfield group". The "Lion Canyon group" occurs about 1,000 feet still higher in the section. Seams are quite discontinuous in all groups, so they are not generally correlated.

No analyses were available for any coals in either the "lower group" of the Iles Formation, or for the "Goff group" of the Williams Fork Formation.

Range of analyses for coal seams in the "Black Diamond" group, from 5'1" to 18'1", which have been mined is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.2-13.4% |
| Ash | 3.7-10.0% |
| Sulfur | .4-.6% |
| Btu/lb. | 11,220-11,970 |
| Fus. temp., °F. | 2,210-2,990 |

In the Williams Fork Formation, seams in the "Fairfield group" from 6'8" to 22'3" thick have been mined, with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 9.4-14.4% |
| Ash | 2.2-9.6% |
| Sulfur | .3-.9% |
| Btu/lb. | 10,600-11,370 |
| Fus. temp., °F. | 2,310-2,730 |

Seams from 4'2" to 34'0" thick were mined in the "Lion Canyon" group, with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 8.9%-15.5% |
| Ash | 2.2-9.6% |
| Sulfur | .5-1.4% |
| Btu/lb. | 10,690-11,790 |
| Fus. temp., °F. | 2,210-2,910+ |

Mines at the north edge of the field, near Axial, have mined the "Collum seam", which may correlate with the "Goff group" or the "Lion Canyon group". These coals ranged in thickness from 6'0" to 28'9", with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 11.4-15.4% |
| Ash | 2.2-6.3% |
| Sulfur | .3-1.0% |
| Btu/lb. | 10,140-11,770 |
| Fus. temp., °F. | 2,220-2,480 |

These coals are generally high-volatile C bituminous in rank, but some of the younger coals in the northern part may be subbituminous. All are non-coking.

Original identified reserves of bituminous coal amounted to 7,854 million tons in 252 square miles of the field (Landis, 1959). To a depth of 3,000' in an additional 18 square miles, another 560 million tons may be present. Basinward, in an additional 140 square miles, as much as 2,100 million tons of these coals may be present to depths between 3,000' and 6,000'. Total coal originally in place 10,514 million tons.

No railroad service reaches this area and development has been limited. One small mine, now idle, located 7 miles northeast of Meeker, produced 2,871 tons in 1975.

## Lower White River Field

The Lower White River field embraces an area from T 5 N, R 97 W, to the Utah state line, around Rangely oil field and southward to T 3 S in the Douglas Creek drainage area. The coal-bearing "Mesaverde" Formation crops out along the north rim of the Piceance Creek basin west of the Danforth Hills.

BLM_0104852

All coals investigated in this field are in the Williams Fork (upper) member of the "Mesaverde," but some Iles (lower) coals may be present. Mines operated southeast of Rangely in seams from 8'0" to 12'3" thick mined high-volatile C bituminous coal with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 11.2-14.1% |
| Ash | 4.4-8.5% |
| Sulfur | .4-.5% |
| Btu/lb. | 10.800-11.230 |
| Fus. temp., °F. | 2.280-2.900 |

About 7,013 million tons of coal were estimated to have been originally present in 553 square miles of this coal field (Landis, 1959). In an additional 177 square miles as much as 2,250 million tons may be present at depths to 3,000'. Under an additional 200 square miles, at depths between 3,000' and 6,000', possible resources of 2,500 million tons may be present. The coal originally in place in this field to a depth of 6,000 feet may total as much as 11,763 million tons.

In the Northeast Uinta sub-region, from Glenwood Springs north and west to the Colorado-Utah state line, a total of about 25,370 million tons of coal are estimated to have been originally in place to a depth of 6,000', by fields as follows:

| | |
|---|---|
| Grand Hogback | 3,095 million T. |
| Danforth Hills | 10,514 million T. |
| Lower White River | 11,762 million T. |
| Total | 25,371 million T. |

# Green River Region

The Colorado part of the Green River region of northwest Colorado is the southeast-trending extension of the Washakie basin of Wyoming. That part of this structural basin lying south of the Cherokee Ridge, along the Colorado-Wyoming line, is termed the Sand Wash basin.

The Green River coal region, in Moffat and Routt Counties, produced 4,583,100 tons of coal in 1975, which amounts to 55.4% of Colorado's total. This production came from 7 surface and 2 underground mines employing 421 people.

## Yampa Field

Coal-bearing Cretaceous, Paleocene, and Eocene formations which crop out along the Yampa River drainage area constitute the Yampa coal field, the only one in the Colorado portion of the region. The Denver and Rio Grande Railroad probably was largely responsible for development of the field.

Relatively gentle local folding along the south edge of the basin grades into more complicated structures eastward. On the southeast and east rims of the basin, local folding is complex and complicated by faulting and minor intrusives. Locally, the intrusives and structural deformation have increased the rank of the coals to anthracite.

The "Mesaverde" coals occur in the Iles and Williams Fork Formations. Coals in the lower Iles are rare, but a few occurrences in the western part of the Yampa coal field indicates possible maximum development of that zone under deep cover in a southwesterly direction.

Coals in the upper Iles, correlated with the "Black Diamond group" of the Danforth Hills, are of major importance in the extreme southeast area near Oak Creek. "Seams" or "zones" number "1", "2", and "3" were correlated in the Oak Creek area. In later studies, "2" and "3" were correlated with "A" and "B" seams of a master lettered correlation which extends from "A" to "S" for the entire Yampa field. The "1" seam also is called "Brooks" and "Curtis". The "2" or "A" also is called "Pinnacle seam" in this area. Higher "seams" or "zones" "C", "D", and "E", also in the Black Diamond group, occur with

increasing importance westward and to the north. In those directions "B" or "3" is also "Bear River seam" and "Sun mine seam", and "C" is also "Webber", "Butcher Knife", and "Rice mine" seam. These "Black Diamond group" coals generally are absent in the west half of the field. Mined seams range from 3'8" to 12'4" in thickness, with the following range of analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 6.3-12.2% |
| Ash | 4.3-11.3% |
| Sulfur | .3-.9% |
| Btu/lb. | 11,090-12,560 |
| Fus. temp., °F. | 2,250-2,780 |

Most of this group, where not metamorphosed, is non-coking high-volatile C bituminous coal.

Coals in the lower part of the Williams Fork Formation constitute the "middle group", with seams "F" through "J", correlating with the "Fairfield group" in the Meeker area. Here the "H" is also called the "Wolf Creek seam", "I" the "Wadge", and "J" the "Lennox seam", with these names more common than the letters. The "F" and "G" zones, 10 to 16 feet thick locally, include multiple seams in the western part of the field. These named seams are generally the most important seams throughout the field.

Where mined east of Hayden, ranges in thickness for the same are: "Wolf Creek", 8'7" to 18'7"; "Wadge", 4'6 to 11'9"; "Lennox", 3'0" to 6'0". South of Craig and east of Hamilton, in the Williams Fork Mountains area, the "J" or "Lennox zone" is composed of multiple seams with thickness ranging from 3'6" to 21'8" and with local names such as "Searcy Gulch seam" and "Kellogg seam". The "Wadge" is a single 4 to 7 foot seam or is absent. The "Wolf Creek" zone has multiple seams of 3' to 15' which in one locality coalesce to a thickness of 42 feet with only minor partings.

Range of analyses is similar for all coals of this "middle" or "Fairfield" group, and is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 7.7-11.8% |
| Ash | 3.4-11.5% |
| Sulfur | .3-.6%* |
| Btu/lb. | 10.740-12,260 |
| Fus. temp., °F. | 2,410-2,910* |

* Local exceptions in the "Lennox" seams, where altered, show sulfur as high as 2.4%. This group of coals, where not metamorphosed, generally are high-volatile C bituminous non-coking coals.

Coals in the upper part of the Williams Fork Formation are in the "upper group" or "Twenty Mile group" (lying above the Twenty Mile Sandstone marker), and may correlate with the "Goff group" and/or the "Lion Canyon group" of the Danforth Hills field to the south. Correlation letters are from "K" through "S", with "L" also called the "Crawford seam" and "Sleepy Cat seam"; "M" also is called the "Carey seam"; and "Q" also called the "Dry Creek seam". These three are the most important in the "upper group" in the eastern half of the field. From Craig westward, in as much as 900 feet of section, as many as 8 seams from 3' to 10' thick may be present, with 8 or more thinner interspersed beds. Correlations, even by the letter system, are difficult, and perhaps relatively unimportant until mining development is farther advanced. The mined seams range in thickness from 4'4" to 10'4". Most of these "upper group" coals are subbituminous A, and the range of analyses of the several seams mined is quite similar, as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 14.2-16.9% |
| Ash | 4.1-5.4% |
| Sulfur | .4-.9% |
| Btu/lb. | 10.360-11,040 |
| Fus. temp., °F. | 2.070-2,480 |

Above the "Mesaverde" is about 2,000' of Lewis Shale. Overlying this is the late Upper Cretaceous Lance Formation, with coal-bearing rocks in the lower part. These beds dip gently toward the northwest-trending center of the basin, where they are covered by younger non-marine Ter-

9

tiary-age formations. In this gentler topography the coal seams usually are concealed at the surface.

Along the north edge of the Yampa Valley, 3 miles north of Hayden, the "Lorella seam", 3' to 10' thick, has been mined. Also, in 4 mines east-northeast of Craig, a higher seam, the "Kimberly", 7'8" to 11'8" thick, has been mined. Two other mines about. 9 and 16 miles northwest of Craig, are probably in the "Kimberly seam", 7'6" to 11'9" thick.

These Lance coals generally are subbituminous B or C, and have not been competitive with the better "Mesaverde" coals in the eastern part of the field. The range of analyses is quite similar for all of the "Lorella" and "Kimberly seams", as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 19.6-21.8% |
| Ash | 4.1-6.5% |
| Sulfur | .5-.7% |
| Btu/lb. | 9,660-9,720 |
| Fus. temp., °F. | 2,010-2,260 |

The Paleocene Fort Union, a non-marine coal-bearing formation, overlies the Upper Cretaceous Lance Formation.

The "Campbell seams", two 6-foot beds 3 feet apart near the base of the Fort Union, were mined 10 miles northwest of Hayden. Four mines about 11 miles northeast of Craig were operated in the "Seymour seam, a 9'6" to 17'0"-thick coal near the top of the Fort Union Formation.

These are subbituminous B or C coals and are not competitive with the better Cretaceous coals to the east unless they might be developed in a strippable area. The range of analyses of the "Campbell" and the "Seymour" seams are similar, and are as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 17.1-20.5% |
| Ash | 3.9-7.8% |
| Sulfur | .2-.4% |
| Btu/lb. | 9,500-10,080 |
| Fus. temp., °F. | 2,050-2,420 |

In the basin above the Fort Union is a considerable thickness of the continental Eocene Wasatch Formation, which contains several coal-bearing zones that are approximately correlative with beds to the north in Carbon County, Wyoming. The outcrop of the Wasatch in the Sand Wash basin is remotely located. The coals have been mined only from ranch mines and from the Sparks mine at West Hiawatha oil field, less than 20 miles from the northwest corner of Colorado. No data are available on the Sparks coal, but generally the Wasatch coals are subbituminous B and C, and probably have the same range of analyses as the "Battle", "Creston", and "Hadsell" seams just to the north in Wyoming, as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 20.7-23.0% |
| Ash | 11.2-13.8% |
| Sulfur | 1.8-2.7% |
| Btu/lb. | 8,250-8,710 |
| Fus. temp., °F. | |

Although the Wasatch coals are lenticular, they would be expected to range from 6' to 20' in thickness in mineable areas, some of which could be strippable. None of these Wasatch coals has been included in the resource estimates.

In 828 square miles of the Yampa field where the coal resources were measured or indicated (Landis, 1959), 23,-607 million tons of coal were estimated as originally in place, ¾ of which was bituminous and ¼ subbituminous. In an additional 852 square miles, to depths of 3,000', 21,300 million tons may be present. From 3,000' to 6,000' depths, in the deeper part of the Sand Wash basin to the northwest, a smaller resource of 5,000 to 8,000 million tons could be present. Also, in the Wasatch beds in that area, as much as 5,000 million tons of mineable coal may be found.

Total possible resources of coal in place in the Colorado part of the Green River region may be as much as 57,907

million tons. Approximately two-thirds of this coal is believed to be high-volatile C bituminous and the remaining third A, B or C subbituminous.

Historically, more than 70 coal mines have been in operation at various times in the Yampa field. During 1975, 9 mines—of which 7 were surface—were active. The 2 underground mines currently are producing a total of about 1,300 tons per day. The 7 surface mines, which include the largest mines in the state, together produced nearly 20,000 tons per day in December 1975.

The Yampa coal field is estimated to contain some 950 million short tons of identified plus undiscovered strippable coal resources (approximately 5% of the state's total strippable resource), according to data released by the U.S. Bureau of Mines (Speltz, 1974). Statewide, however, only about 10% of the total coal resources is believed to be mineable by surface methods.

The Colorado-Ute Electric Association's Hayden plant, located several miles east of the town of Hayden, consumes the entire output of the nearby Seneca surface mine, which amounted to over 650,700 tons in 1975. A second generating unit is under construction at the Hayden plant. Most of the coal now produced in the Yampa field is shipped by Denver & Rio Grande Western Railroad to power generating plants in eastern Colorado. In addition, some coal is being shipped to the Cameo plant east of Grand Junction.

## Raton Basin Region

The Colorado portion of the Raton basin region extends northward from the Colorado-New Mexico state line to just north of Walsenburg, and from the Sangre de Cristo Range eastward to Trinidad. Structurally, it is a portion of the Raton basin, an asymmetric syncline with its axis near the western margin. Dips are gentle on the east side and steep on the west flank, where the strata are sharply up-turned along the mountain front. The center of the basin is penetrated by the Spanish Peaks, which are Tertiary igneous stocks with many associated dikes, sills and laccoliths.

Coals occur in the Vermejo Formation of late Upper Cretaceous age, and in the Raton Formation of Upper Cretaceous and Paleocene ages. Three crude coal "groups" are recognized, and some attempts have been made to correlate coal seams in various localities.

The "lower" coal group is in the lower part of the Vermejo, and contains from 1 to 14 seams of coal throughout the region. The "middle" coal group, with 1 to 5 seams, is about 300 feet above the base of the Raton Formation; and the "upper" group, 700 to 1,000 feet higher, has only a few thin seams. All of the Raton Formation is missing in the northwest part of the region near La Veta.

More than 230 mines have operated in this region, mostly along the escarpment on the eastern edge of the region and along the drainage of the Purgatoire River that dissects the area west of Trinidad. Most of these mines were in thicker, more persistent, and higher quality Vermejo coal seams.

Coals in the southern part of the region generally are coking, while those in the northern part are non-coking. This division occurs approximately at the Huerfano County line; and the "Walsenburg field" includes the coals in that county, while those in Las Animas County constitute the "Trinidad field".

The Raton basin coal region produced 632,207 tons (or 7.6% of the State's total) during 1975 from one large underground mine and one newly opened strip mine, both located in the Trinidad field, Las Animas County. These mines employed 445 workers in 1975, all but 3 in the underground mine.

## Walsenburg Field

Principal production has been from the Vermejo "lower" coal group. Named seams of this group, upwards, and their maximum mined thicknesses, are: Cameron-6'9", Lennox-6'4", Walsen-7'3", Pryor-5'5", Lower Robinson-5'0", (Rider-3'0"), and Upper Robinson-6'0". Other names have been used in certain localities or mines which might correlate with some of these seams.

Vermejo coals in this field are high-volatile B and C bituminous, non-coking, and the range of analyses from all seams is quite similar, as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 5.3-10.2 (19.2)%* |
| Ash | 7.2-14.4 (19.3)%* |
| Sulfur | .4-1.3 (1.8)%* |
| Btu/lb. | 11,050-12,880 |
| Fus. temp., °F. | 2,210-2,840 |

* The high moisture, ash, and sulfur entries in parentheses are from exceptional local conditions, notably in the La Veta area.

Limited mining of the "middle" group, in the Raton Formation in the area of Walsenburg and southward, used local names for some seams, such as Lower Rugby-to 3'10", Upper Rugby-4'0" (also called Primrose), Mutual seam-6'0", and in some cases "A" seam and "B" seam where split. Also, some nearby local seam names from the Trinidad field, such as "Cass", "Delagua", and "Boncarbo", were used rather loosely. The Raton Formation coals generally are high-volatile B or C bituminous, non-coking, with a common range of analyses as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 2.5-4.2% |
| Ash | 5.3-13.5% |
| Sulfur | .4-1.0% |
| Btu/lb. | 12,660-13,340 |
| Fus. temp., °F. | 2,230-2,730 |

Survey of 172 square miles of the field (Landis, 1959) indicated an estimated 1,190 million tons of coal originally in place. In an additional 48 square miles to total depth of the basin, which would not exceed 3,000', an estimated additional 330 million tons may be present, making a field total of 1,490 million tons.

Total production from the approximately 90 mines that have operated through the years is 75,520,000 tons. Twelve mines operated in 1956 with production of 63,680 tons of coal. Eight mines were in operation in 1962 and produced 44,644 tons. Only 1 small mine operated in 1972, producing 5,234 tons before shutting down. No mines presently are operating in the Walsenburg field.

## Trinidad Field

More than 140 mines have operated in this field through the years in the three groups of coals. In the "lower" group, in the Vermejo Formation, as many as 14 mineable seams have been recognized. The principal seams, upward, with their range of mined thicknesses—and possible equivalent and/or intervening locally named seams—are as follows: Berwind, 4'0"-7'0" (Rainbow?); Cameron, 3'7"-7'8" (Empire?); Walsen, 4'0"-5'0"; Hastings "A" and "B" (Lower and Upper Bunker Hill) (Majestic), 5'4"-8'8" (Pryor); Rapson, 3'8"-5'0"; Ludlow, Lower and Upper?, 4'0"-5'3" (Thomas); and Gem (Robinson) (Peerless), 4'0"-7'5".

From Morley, in the southeast corner of the Trinidad field, westward to Weston, Tercio, and Stonewall, the common seams in this "lower" group, in ascending order, are: Piedmont; Morley (Lower Starkville) (Engleville), 4'11"-7'10"; Upper Starkville (Upper Morley) (Engle-Starkville, 3'1"-6'6"; Cokedale, 6'0"-7'7"; Lower Sopris, 3'0"-4'0"; and Sopris, 4'0". These and other locally named, numbered, or lettered seams have not been correlated with those above.

Most of these coals are high-volatile A bituminous, with some B, and all are coking coals. Ranges of analyses in most of these seams, under normal circumstances, are quite similar, and can be represented as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 1.6-5.8% |
| Ash | 7.7-21.8% |
| Sulfur | .5-1.0% |
| Btu/lb. | 11,430-13,510 |
| Fus. temp., °F. | 2,290-2,910 |

Locally some of these coals are affected by intrusions of igneous dikes and sills, some being increased in rank, and a few becoming natural coke.

Coal seams occur throughout the 1,000' to 1,600' of the Raton Formation, but most of the thicker and more persistent coals are in the "middle" group 300' to 500' above the base. The "upper" group, with fewer, thinner, and less extensive seams occurs in the upper one-third of the formation. Principal seams along the eastern escarpment, in ascending order, with ranges of mined thicknesses, are: Bear Canyon (#6), 3'2"-4'0", (Alfreda); Cass, 5'9"-7'8"; Lower Rugby, 4'4"; Upper Rugby, 3'0"; Delagua, 3'6"-8'0"; and Boncarbo, 4'0"-5'8". Westward, up the Purgatoire Valley from Starkville to Weston and Stonewall, the principal named seams are Frederick (Zone E), 3'2"-5'10"; Primero (Zone I), 4'9"-7'11"; and Ciruela (Zone R) (Allen), 5'0". All of these are in the "middle" group. The ranges of Frederick and Primero analyses are quite similar, all of these coals being high-volatile A bituminous or high-volatile B bituminous, coking coals:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 1.0-4.5% |
| Ash | 5.3-16.4% |
| Sulfur | .4-1.1% |
| Btu/lb. | 12,200-13,970 |
| Fus. temp., °F. | 2,230-2,910+ |

Recorded cumulative production from 141 mines in the Trinidad coal field is nearly 168.8 million tons. In 1956, 22 mines produced a total of about one million tons. During 1975, only one mine was in operation—CF&I Steel's captive Allen mine, located west of Trinidad near Stonewall (in T. 33 N., R. 68 W.). Production for 1975 amounted to 632,047 tons of coking coal, mined from the Ciruela (Allen) bed and utilized in the company's steel mill in Pueblo. Analyses of this coal have not been made available.

In the 872 square miles of the Trinidad field surveyed (Landis, 1959), an estimated 11,484 million tons of coal were originally present at depths of less than 3,000 feet. Only an additional 18 square miles were thought to contain resources at depths below 3,000 feet, and could hold a resource of as much as 237 million tons. Total for the field may be over 11,720 million tons of high-volatile A and B bituminous coking coal.

Total for the Raton basin region could be more than 13,211 million tons, with almost 90% of coking quality.

# Canon City Region

## Canon City Field

In an asymmetric synclinal fold just east of the Wet Mountains in the Colorado Piedmont section of the Great Plains is another outcrop of coal-bearing rocks of the Cretaceous-age Vermejo Formation. This is a northward continuation of the "lower" coal zone of the Raton basin region. Dips on the east side of the field are gentle, but on the west side are moderate to steep and involve some locally important faulting. Surface mining is operated on the east side, but is limited because of massive sandstones found just above the coal section.

As many as 16 coal seams have been recognized, but only 7 have any importance commercially. In ascending order, with ranges of mined thickness, these seams are: Rockvale, 3'0"-3'8"; Canon City, 3'0"-7'4"; Magnet, 4'6"; Radiant (Jack-O-Lantern), 3'4"-4'6"; Royal Gorge

BLM_0104455

(Bassick), 4'0"; Chandler (Littel), 2'0"-4'6"; and Brookside, 4'6"-6'7" (10'0"). The general ranges of analyses for these seams under average conditions are:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 5.4-15.0 (23.3)% |
| Ash | 4.6-17.7 (22.6)% |
| Sulfur | .3-1.1 (2.4; 3.4)% |
| Btu/lb. | 10,110-12,010 (9,630) |
| Fus. temp., °F. | 2,030-2,720 (1,990-2,910+) |

The figures in parentheses are local exceptions under special conditions, and some indicate cause-and-effect relationships in certain individual mines.

Most of this coal is high-volatile C bituminous, non-weathering, non-agglomerating, and non-coking.

The field has produced over 39.44 million tons from more than 70 mines. In 1962, 25 mines, including 2 strip, produced 334,559 tons. However, in 1975 the 2 operating underground and 3 surface mines produced less than one-half of that amount, or 147,619 tons (1.8% of the State's total), employing 31 persons.

Most of the coal produced from the Canon City field is used in steam-electric plants in Canon City and Colorado Springs, and in institutions such as the State Prison at Canon City.

Accurate surveys (Landis, 1959) have indicated an estimated 295 million tons of coal originally in place in the 36 square-mile-area of the field. Present resources are estimated at 217 million tons, with over 100 million tons recoverable from depths of probably less than 2,000 feet.

## South Park Region

### South Park Field

Coal-bearing formations crop out around the rim of a twenty-mile-long syncline about 15 miles east of Fairplay at elevations of about 9,900 feet in the South Park intermontane basin in Park County.

These strata are similar to part of the Vermejo Formation of the Raton basin and Canon City regions. They are Late Cretaceous in age and correlate with the Laramie Formation of the Denver basin area. Much of the section is missing around the south end of the syncline near Hartsel, and only thin coal seams have been found. At the north end, near Jefferson, about 250 feet of section contains one or more seams which may attain mineable thickness under cover. Most of the east side is covered by a granitic thrust block.

On the west side, near Como, a "lower seam"-5' to 12', a "middle seam"-2'9", and an "upper seam"-4'0", with intervals of about 200', were mined from 1870 to 1905 for railroad and local use. Deep weathering and dips to 45° made mining difficult. The seven or eight old mines have long been closed and flooded.

Recent analyses of a sample recovered from one of the old Como mines indicate subbituminous A or B coal, with the following analyses:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 8.3-15.5% |
| Ash | 1.3-6.4% |
| Sulfur | .47-.53% |
| Btu/lb. | 9,780 |
| Fus. temp., °F. | 2,700 |

A total area of about 8 square miles, mostly down dip east of the Como mines, was estimated (Landis, 1959) to have had about 92 million tons of coal originally present. Down to a depth of 3,000 feet, an additional 12 square miles could hold resources of about 135 million tons. No conjectures are made here concerning resources below that depth. Possible original total for the field could be as much as 227 million tons, but prospecting and mining will be difficult.

## North Park Region

### North Park Field

Coals have been mined in two areas of the North Park intermontane basin in Jackson County. The coals occur in about 3,500 feet of fresh-water clastics of the Coalmont Formation of Paleocene age, which is correlated with the Fort Union Formation of the Green River region, and with the Denver Formation of the Denver basin.

On the flanks of McCallum anticline, in the northeast part of the basin southeast of Walden, the "Sudduth seam", 10' to 58' thick, occurs at or near the base of the Coalmont; and the "Lower and Upper Winscom" (or "Lower and Upper Capron") seams, 8' to 12' thick, occur about 2,000' and 2,300' higher in the section. Dips range from 20° to 85°.

In the southwest part of the basin, near Coalmont and northward, 5 seams occur in this formation and have been prospected or mined. Dips range from less than 10° to about 20° easterly, but the area is complexly block-faulted. In ascending order, the lower four unnamed seams are: (1) an 8'6" seam an unknown distance above the base of the Coalmont; (2), an 18' seam an unknown distance (100'-200'?) above [1]; (3) a 12' seam about 1,250' above [2]; (4) a 5' seam about 1,000' above 3. About 360' above these is the "Riach seam", 22' to 77' thick, in which most of the mining has been done.

In two small areas north of Coalmont, mines were operated in two thinner seams. The Mitchell seam, which possibly might be correlated with 3 or 4 above, is from 7'0" to 11'0" thick. The "Monahan seam" is about 4'6" thick and is thought to occur in a zone that interfingers with the top of the Pierre Shale (Upper Cretaceous). Analyses of all mined seams fall in the same range, as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 13.6-(22.8)% |
| Ash | 2.8-13.4% |
| Sulfur | .1-.9% |
| Btu/lb. | (8,840)-10,870 |
| Fus. temp., °F. | 2,100-2,680 |

All of the North Park field coals generally are of subbituminous B rank.

In 102 square miles surveyed, an estimated 3,735 million tons were originally in place (Landis, 1959). It is believed that an additional 748 square miles are underlain by similar coal-bearing strata, some of which may be at depths of greater than 3,000 feet. In those strata another 25,000 to 27,000 million tons of reserves may be present, making a possible total for the field of about 28,735 million tons of coal originally in place.

The North Park coal field lies at elevations of 8,000 feet or more and is completely encircled by high mountain ranges. All-weather State highways provide access both from the north (Albany and Carbon Counties, Wyo) and from the south (Grand Co., Colo.). A light-duty railroad operated by Union Pacific extends from the Coalmont field to the U.P.R.R. main line at Laramie, Wyoming.

During 1975, 320,677 tons of coal were produced by 3 surface mines, employing a total of 43 workers, in Jackson County. This represents 3.9% of the total State production. Two of these mines, the Marr and Canadian, are located on the steeply dipping east flank of McCallum anticline, where they are mining high-quality subbituminous coal from the Sudduth bed which is approximately 50' to 60' thick, with virtually no partings, in this particular area. (The Canadian strip did not produce any coal during the last 6 months or so and is presently in a "maintenance" category). The third strip mine in North Park, the Grizzly Creek, located near Coalmont, mined 65,000 tons of coal during the first half of the year to be used for a test burn at the Drake Power Plant in Colorado Springs. This

BLM_0104856

mine currently is idle, pending further plans by the opera-
tor. The Grizzly Creek strip mined a 25-ft.-thick bed
("Riach Seam") in the upper Coalmont Formation, where
it occurs just below the surface in an old gravel pit. All
of these three surface mines commenced operations in late
1974—early 1975.

## Middle Park Field

Just south of North Park, in Grand County, is the inter-
montane basin called Middle Park, where the Colorado
River heads. Some thin, impure lenticular coals occur in
this basin in Paleocene strata of the same age and charac-
teristics as the Coalmont Formation of North Park. These
strata are called the Middle Park Formation, but are
thought to be continuous with the Coalmont to the north.

Limited exploration has revealed no mineable seams
of coal, but the possibility of appreciable resources exists in
an area covering about 270 square miles. There is no
satisfactory basis for an estimate of resources. No coal ever
has been mined in Grand Country; however, it is believed
that some exploratory work now is underway in the north-
ern part of Middle Park, north of Kremmling.

# Denver Basin Region

The Denver basin region covers an area of about 8,000
square miles in eastern Colorado east of the Front Range,
which extends from near Colorado Springs north to near
the Wyoming State line. Physiographically, this is in the dis-
sected Piedmont section of the Great Plains.

Structurally, it is a broad, gentle basin, steeper on the
west flank along the uplifted mountain front. The margins
of the Denver basin region are defined by the outcrop of
the coal-bearing basal part of the Laramie Formation.
These beds are well-exposed along the foothills hogbacks
extending from near Colorado Springs to Boulder, where
dips may be near-vertical but flatten rapidly to 5° or less
eastward into the basin. They are less well-exposed north-
eastward to Greeley; and poorly exposed on the north,
east, and south edges of the region. They occur at depths
of probably less than 1,000 feet throughout most of the
basin.

The coals occur throughout the area in the Laramie For-
mation of late Upper Cretaceous age, which correlates with
the Vermejo Formation of the Raton basin region. In
the southern part of the basin, a few lenticular coal
seams also occur in the Dawson arkose, which is more
coarsely clastic than, but roughly the time equivalent of,
part of the Raton Formation.

In the northern part of the basin, beds above the Lara-
mie Formation contain lenticular coals. These are called
the Arapahoe Formation, of Upper Cretaceous-Paleocene
age, and the Paleocene Denver Formation. These forma-
tions correlate in part with the Coalmont Formation of the
North Park region and the Fort Union of the Green River
region.

## Colorado Springs Field

In this report, the Colorado Springs field is not restricted
to the mined area immediately north and east of the city,
but is applied to all of the southern part of the region in El
Paso, Elbert, and Douglas Counties. This includes formerly
mined areas in northeast El Paso County, and in central
and eastern Elbert County known as Ramah-Fondis area
and Buick-Matheson area.

At Colorado Springs, three seams, A, B, and C, are rec-
ognized in the basal Laramie. Only the lowest, "A" seam,
is of mineable thickness, varying from 4'7" to 17'1". Range
of analyses of the "A" seam is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 19.2-(26.9)% |
| Ash | 3.9-10.2% |
| Sulfur | 2-.5% |
| Btu/lb. | (8,000)-9,270  (10,140) * |
| Fus. temp., °F. | 2,150-2,470 |

* Rank increased by metamorphism at Franceville.

The Laramie coals in the Buick-Matheson area at the
east edge of the field are lenticular and have not been cor-
related. They were mined from the middle and upper part
of the section at the south end of the area, and range from
8'0" to 15'0" thick. These are subbituminous C coals, with
high moisture and ash, and with the following range of
analyses, some bordering on lignite:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 33.1-35.0% |
| Ash | 7.8-15.7% |
| Sulfur | .4-1.1% |
| Btu/lb. | 6,150-7,340 |
| Fus. temp., °F. | 2,140-2,400 |

The younger Paleocene coals in the Dawson (arkose)
Formation crop out in the Ramah-Fondis area nearer the
center of the basin and are of low-grade subbituminous
rank, bordering on lignite. These are very lenticular and
generally have many thin partings of shale and sandstone.
Mined thicknesses vary from 4'8" to 7'4", but one "pod"
was estimated at 18'9" including partings. Range of an-
alyses of the Dawson seams is as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 33.1-34.4% |
| Ash | 13.9-18.2% |
| Sulfur | .1-.5% |
| Btu/lb. | 5,510-6,700 |
| Fus. temp., °F. | 2,480-2,530 |

In the 147 square-mile-area of Laramie coals surveyed,
resources of about 885 million tons were estimated to have
been originally present (Landis, 1959). In the three-
county area of the field, perhaps two-thirds of the remain-
ing 2,733 square miles may have comparable coals. This
could add an additional 9,900 million tons of resources to
the region, bringing the total in-place resources of Laramie-
age coals originally present in the Denver basin, all of
which probably occur at depths of less than 1,000 feet, to
an estimated 10,785 million tons.

In the 128 square miles of Dawson coals surveyed
(Landis, 1959), 474 million tons of resources were esti-
mated to have been originally present. Perhaps half of the
remaining 1,600 square miles of Dawson Formation in the
three-county area may have comparable coals. This could
add as much as 5,600 million tons of resources, for a total
of about 6,074 million tons of Dawson coals originally pres-
ent.

Total resource for the Colorado Springs field, in
Douglas, Elbert, and El Paso Counties, is about 16,860
million tons. As much as two-thirds of this, or about 10,000
million tons, is subbituminous C rank coal bording on lig-
nite. No mines presently are operating in the Colorado
Springs field.

## Boulder-Weld Field

In this report, the Boulder-Weld field is redefined to
include all of Weld County to the eastern limits of the
region. It also includes the area of exposed and mined
seams along the foothills from Boulder south through Jef-
ferson County, and eastward into the basin through
Denver, Adams and Arapahoe Counties to the eastern
limits of the region.

These limits are defined by the outcrop of coal-bearing
beds in the lower 225 feet of the Laramie Formation. A
lesser area of overlying coal-bearing strata of the Paleocene
Arapahoe and Denver Formations, correlated with the
Dawson arkose to the south, lies within the field.

The "Scranton district", an area 15 miles east of Denver,
was active between 1860 and 1910. The Scranton seam in
the Paleocene Arapahoe-Denver Formation, where mined,
was 6'0" to 10'0" thick with many small partings. A 3-
foot-thick seam of coal 30' below the Scranton, and a 7'6"

13

seam 85″ below that, were never mined. The Laramie coal zone is approximately 1,050 feet below the Scranton seam.

Survey data on 59 square miles of Paleocene coals indicate an estimated in-place resource of 489 million tons originally present (Landis, 1959). Perhaps as much as one-half of the additional 1,525 square miles underlain by the Arapahoe-Denver section may have comparable coals. This could add estimated resources of about 6,100 million tons, making total estimated Paleocene coal resources in this field of 6,600 million tons.

The better quality, more extensive coals of the Laramie Formation were produced from an over 150-square-mile area along the northwest edge of the field northeast from Boulder toward Greeley. Also, about 20 mines have been operated in the upturned beds along the foothills south of Boulder, through the Golden area in Jefferson County, to the Douglas County line. Scattered mining in the area north of Greeley took place near Briggsdale, near Eaton, and at the edge of Larimer County near Wellington. Seven seams, all in the lower 275 feet of the Laramie Formation, are recognized in the mines near Boulder, and are numbered upward. Seams 1 and 2 generally are thin and discontinuous and were seldom mined. Seam 3, known as the "Main Seam", is the most persistent and productive seam, and ranges from 4′0″ to 14′0″ thick. Seam 4, lenticular and discontinuous, ranging from 2′6″ to 11′0″, occurs mostly in the western part of the field. Seam 4 lies from 35 feet above Seam 3 to directly upon it. Where they coalesce, they all have been mined together.

Although Seam 5 is lenticular, varying from 4′11″ to 10′1″, it is quite extensive, and is known in the field as the "Middle Seam". Seam 6, known as the "Upper Seam", is more lenticular and less persistent, with mined thicknesses of 7′0″ to 8′11″. Seam 7 occurs sporadically, having limited lateral extent, and is of minor importance, ranging from 2′6″ to 5′0″ in thickness.

Ranges of many analyses of Seams 3, 5, and 6 were quite similar and may be grouped as follows:

| As-received basis | Range of analyses |
|---|---|
| Moisture | 15.5-25.8% |
| Ash | 3.3-10.1% |
| Sulfur | .2-.9% |
| Btu/lb. | 8,890-10,660 |
| Fus. temp., °F. | 1,990-2,470 |

These coals generally are subbituminous B in rank, with slightly higher rank in the western part of the field and along the hogbacks in the foothills. However, these Laramie coals are subbituminous C in the eastern and northern parts of the field. Usually not more than 1 to 3 of the seams are of mineable thickness in any one area.

This is the one coal region in Colorado where shaft mining predominated over drifts or slopes. Depths of the shafts range from 250 to approximately 500 feet.

Of historical interest is the fact that one of the machines which enabled underground coal mining to remain competitive with other fuels, the ripper-type continuous-mining machine, was developed in this field. The prototype was placed in the field in 1943 and was on the market in 1946.

In spite of mechanization, production in the field has declined since 1962 because of competition with lower cost surface-mined coal, as indicated here:

| Year | Mines in Operation | Production |
|---|---|---|
| 1956 | 8 | 643,813 |
| 1962 | 6 | 786,457 |
| 1972 | 3 | 574,707 |

During 1975, the lone mine operating in the Denver basin (Imperial Coal's underground Eagle mine) produced 162,732 tons (2.0% of the State's total) and employed 55 workers. All of this coal is used for electric power generation in the Denver area. The remaining reserves of this mine should be exhausted sometime during 1976.

With the exception of the relatively small Zuni plant, all of the generating plants of Public Service Company of Colorado located in the Front Range corridor utilize coal as their predominant fuel source.

The Arapahoe plant in 1975 consumed 654,000 tons of coal (which comprised 65% of the total fuel burned), obtained from the Eagle mine in Weld County, and from mines in Routt County, Colo. and the Hanna basin in Carbon County, Wyo. The Cherokee plant burned 2,159,-000 tons of coal (78% of the fuel required) from the same two fields that supplied the Arapahoe plant. The Commanche plant, near Pueblo, used 1,220,000 tons of coal (98.8% of its fuel requirements), all of which is shipped by unit train from AMAX Coal's Belle Ayr mine near Gillette, Wyoming (in the Powder River basin). The Commanche power plant is expected to require 2.5 million tons of coal annually when its second generating unit comes on line sometime in 1976. The small Valmont plant, near Boulder, used 180,000 tons of coal (33% of its fuel needs) in 1975, obtained from mines in Routt County, Colo. and Carbon County, Wyo.

Steam-electric plants operated by other utilities in eastern Colorado, such as the Martin Drake plant at Colorado Springs, are for the most part dependining upon coal as their prime source of fuel.

In addition to power plants, a number of industrial and public facilities in eastern Colorado are rapidly converting to coal as their main fuel supply.

In the 502 square miles surveyed in the several mined areas, resources of about 3,410 million tons were estimated to have been originally in place. In the additional 3,890 square miles of the field, perhaps two thirds may be underlain by comparable coals. This could add as much as 15,-600 million tons of resources, making a possible total for the field of about 19,010 million tons.

With the Paleocene lower-rank coals previously discussed, total resources for the Boulder-Weld field as here defined may be as much as 25,610 million tons.

Totals for the Denver basin region would be:

| | | |
|---|---|---|
| Laramie coals | 29,795 | million T |
| Paleocene coals | 12,469 | million T |
| Total | 42,469 | million T |

Approximately one third of the Laramie coals, or about 10,000 million tons in the western part of the region, are subbituminous B rank. All of the rest are subbituminous C rank, with some on the eastern margin bordering on lignite.

## Grand Total Coal Resources in Colorado

Total coal resources originally in place in Colorado at depths to 6,000 feet are estimated as follows:

| Region | Millions of tons | % of total |
|---|---|---|
| San Juan | 27,300 | 11.90 |
| Uinta | 60,020 | 26.00 |
| Green River | 57,907 | 25.00 |
| Raton Basin | 13,210 | 5.70 |
| Canon City | 295 | 0.13 |
| South Park | 227 | 0.09 |
| North Park | 28,735 | 12.50 |
| Denver Basin | 42,470 | 18.50 |
| **GRAND TOTAL** | **230,164** | |

## References

Averitt, Paul, 1975, Coal resources of the United States, January 1, 1974: U.S. Geol. Survey Bull. 1412, 131 p. (description of important coal beds in Colorado on p. 72-74).

Colorado Division of Mines, 1974, Coal 1974 (annual summary): Denver, Colorado Div Mines, 27 p.

Donnell, J.R., 1962, Geology and coal resources of the Carbondale area, Garfield, Pitkin, and Gunnison Counties, Colorado: U.S. Geol. Survey Open-file Rept., table, geologic map.

Fenneman, N. M., and Johnson, D. W., 1946, Map of physical divisions of the United States: Prepared in cooperation with the Physiographic Committee of the U.S. Geol. Survey.

Hamilton, P. A., White, D. H., Jr., and Matson, T. K., 1975, The reserve base

BLM_0104858

of U.S. coals by sulfur content (in two parts), 2. **The Western States**: U.S. Bur. Mines Info. Circ. 8693, 332 p. (Colorado, p. 30-81, 179, 230-242. 270-273).

Holt, R. D., 1972, Bibliography, coal resources in Colorado: Colorado Geol. Survey Bull. 34-A, 32 p.

Hornbaker, A. L., and Holt, R. D., 1973, 1972 summary of coal resources in Colorado: Colorado Geol. Survey Spec. Pub. 3, 15 p.

Jones, D. C., 1976, Coal mines and coal fields of Colorado: Colorado Geol. Survey Info. Ser. 1 (map, scale 1:500,000, Ozalid print).

Jones, D. C., and Murray, D. K., 1976, Coal mines of Colorado—statistical data: Colorado Geol. Survey Info. Ser. 2, 27 p.

Landis, E. R., 1959, Coal resources of Colorado: U.S. Geol. Survey Bull. 1072-C, p. 131-232.

Matson, T. K., and White, D. H., Jr., 1975, The reserve base of coal for underground mining in the western United States: U.S. Bur. Mines Info. Cir. 8678, 238 p. (Colorado, p. 26-62, 128, 133-143, 172-176, 215-221).

Miller, A. E., 1975, Geologic, energy and mineral resources maps of Routt County, Colorado: Colorado Geol. Survey Map Ser. 1 (2 sheets, scale 1:126,720).

Romero, J. C., and Hampton, E. R., 1972, Maps showing the approximate configuration and depth to the top of the Laramie-Fox Hills aquifer, Denver basin, Colorado: U.S. Geol. Survey Map I-791 (prepared by the Colorado Div. Water Resources in cooperation with the U.S. Geol. Survey).

Shomaker, J. W., Beaumont, E. C., and Kottlowski, F. E., compilers and editors, 1971, Strippable low-sulfur coal resources of the San Juan basin in New Mexico and Colorado: State Bur. Mines and Mineral Resources, New Mexico Inst. Mining and Technology Mem. 25, 189 p.

Shomaker, J. W., and Holt, R. D., 1973, Coal resources of Southern Ute and Ute Mountain Ute Indian Reservations, Colorado and New Mexico: New Mexico State Bur. Mines and Mineral Resources Circ. 134, 22 p. (prepared in cooperation with the U.S. Bureau of Indian Affairs and Colorado Geological Survey).

Soister, P. E., 1974, A preliminary report on a zone containing thick lignite beds, Denver basin, Colorado: U.S. Geol. Survey Open-file Rept., 46 p., addendum, appendices, core-hole logs, map.

Speltz, C. N., 1974, Strippable coal resources of Colorado- location, tonnage and characteristics: U.S. Bur. Mines Prelim. Rept. 195, Oct., 68 p.

U.S. Bureau of Land Management, 1975, Resource and potential reclamation evaluation, Taylor Creek study site, Axial Basin coal field (Moffat County, Colorado): Dept. Interior, Bur. Land Management EMRIA Rept. No. 3-1975, 89 p. with appendices.

U.S. Bureau of Mines, Analyses of tipple and delivered samples of coal: 1937, Tech. Paper 574; 1953, Bull. 516; 1953 to present—RI 4934, 4972, 5085, 5221, 5270, 5332, 5401, 5489, 5615, 5792, 6086, 6300, 6461, 6622, 6792, 6904, 7104, 7219, 7346, 7490, 7848, 7997; and IC 8497, 8678.

U.S. Bureau of Mines, 1975, Demonstrated coal reserve base of the United States, by sulfur category, on January 1, 1974: U.S. Bur. Mines Mineral Industry Surveys, Washington, D.C., May, 7 p.

BLM_0104859

## RANGE OF ANALYSES OF COLORADO COALS ON AN "AS-RECEIVED" BASIS

| Regions, fields & coals | % Moisture | % Ash | Sulfur | Btu/lb | Ash fusion °F. |
|---|---|---|---|---|---|
| **San Juan Region** | | | | | |
| Dakota coals NE of Cortez | 1.9- 8.1 | 5.0-18.3 | .5- .8 | 10,440-13,630 | 2,110-2,910+ |
| Nucla-Naturita area | 2.5-13.5 | 6.1-12.8 | .5-1.1 | 10,010-13,380 | 2,620-2,910+ |
| Durango field | 1.6-10.7 | 3.4-16.6 | .6-1.2 | 10,860-14,070 | 2,020-3,000 |
| **Uinta Region** | | | | | |
| Southwest Uinta Sub-region | | | | | |
| Book Cliffs field | | | | | |
| "Anchor seam" | 8.2- 9.8 | 5.9- 9.8 | 1.0-1.7 | 11,910-12,330 | 2,190-2,790 |
| "Palisade seam" | 3.3-14.0 | 4.9-17.4 | .5-1.6 | 10,950-13,560 | 2,130-2,910+ |
| "Carbonera seam" | 9.3-11.4 | 7.2-14.4 | .4- .6 | 10,470-11,150 | 2,850 |
| "Cameo seam" | 5.4-11.5 | 5.2-15.5 | .5-1.3 | 10,410-12,460 | 2,520-2,960 |
| Grand Mesa field | | | | | |
| Coals in Paonia sh. | 9.8-20.0 | 2.1-16.1 | .5-1.8 | 9,360-11,670 | 2,060-2,970 |
| Tongue Mesa field | | | | | |
| Several seams | 14.2-16.0 | 6.7- 8.4 | .5- .9 | 9,350-10,220 | 2,450-2,480 |
| Southeast Uinta Sub-region | | | | | |
| Somerset field | | | | | |
| Bowie sh. coals | 7.4-13.6 | 2.4-11.4 | .5- .8 | 10,040-12,600 | 2,470-2,810 |
| Paonia sh. coals | 10.6-22.4 | 4.3-13.9 | .3- .8 | 8,160-10,610 | 2,910+ |
| Near center of field | | | | | |
| Bowie gp. "B" & "C" | 2.3- 8.2 | 2.8-12.0 | .4- .7 | 12,070-13,900 | 2,220-2,910+ |
| Eastern part of field | | | | | |
| Paonia gp. "D" & "E" | 4.2- 8.1 | 2.8-10.4 | .4- .9 | 12,090-13,400 | 2,150-2,910+ |
| Crested Butte field | | | | | |
| Six Paonia sh. seams | 2.5-13.3 | 3.2- 9.1 | .4-1.9 | 11,400-14,170 | 2,130-2,480 |
| Carbondale field | | | | | |
| "Black Diamond" seam | 11.1-14.1 | 2.1- 9.2 | .5-1.4 | 10,360-12,310 | 2,210-2,470 |
| "D", "Allen" & "Anderson" | 3.8- 7.5 | 1.9-10.5 | .4-1.5 | 11,840-13,530 | 2,160-2,840 |
| "A", "B", & "C" | 5.1- 8.9 | 3.5-16.2 | .6-2.1 | 10,160-12,820 | 2,690-2,790 |
| "Allen", "B", "Placita" &"Coal Basin" | 1.0- 3.4 | 3.4-10.0 | .5- .7 | 12,470-15,190 | 2,150-2,370 |
| Northeast Uinta Sub-region | | | | | |
| Grand Hogback field | | | | | |
| "Black Diamond" | 9.2 | 3.7 | .6 | 11,970 | 2,210 |
| "Wheeler seam" | 3.4- 8.3 | 4.9-11.3 | .3- .8 | 11,220-13,120 | 2,130-2,620 |
| "Allen seam" | 3.5-10.7 | 3.9- 7.9 | .4- .5 | 11,600-13,270 | 2,060-2,370 |
| Seven other seams | 2.9-10.5 | 2.3-11.0 | .4-1.1 | 11,100-13,060 | 2,090-2,910+ |
| Keystone zone coals | 3.7-10.3 | 5.4- 9.2 | .3- .4 | 11,020-13,120 | ------ |
| Danforth Hills field | | | | | |
| "Black Diamond" gp. | 9.2-13.4 | 3.7-10.0 | .4- .6 | 11,220-11,970 | 2,210-2,990 |
| "Fairfield" gp. | 9.4-14.4 | 2.2- 9.6 | .3- .9 | 10,600-11,370 | 2,310-2,730 |
| "Lion Canyon" gp | 8.9-15.5 | 2.2- 9.6 | .5-1.4 | 10,690-11,790 | 2,210-2,910+ |
| "Collum seam" | 11.4-15.4 | 2.2- 6.3 | .3-1.0 | 10,140-11,770 | 2,220-2,480 |
| Lower White River field | | | | | |
| Williams Fork coals | 11.2-14.1 | 4.4- 8.5 | .4- .5 | 10,800-11,230 | 2,280-2,900 |
| **Green River Region** | | | | | |
| Yampa field | | | | | |
| "Black Diamond gp." | 6.3-12.2 | 4.3-11.3 | .3- .9 | 11,090-12,560 | 2,250-2,780 |
| "Fairfield gp."-"Wolf Ck","Wadge","Lennox | 7.7-11.8 | 3.4-11.5 | .3- .6 | 10,740-12,260 | 2,410-2,910 |
| "Upper or Twenty Mile gp." | 14.2-16.9 | 4.1- 5.4 | .4- .9 | 10,360-11,040 | 2,070-2,480 |
| "Lorella" & "Kimberly" | 19.6-21.8 | 4.1- 6.5 | .5- .7 | 9,660- 9,720 | 2,010-2,260 |
| "Campbell" & "Seymour" | 17.1-20.5 | 3.9- 7.8 | .2- .4 | 9,500-10,080 | 2,050-2,420 |
| Fort Union "Sparks" | 20.7-23.0 | 11.2-13.8 | 1.8-2.7 | 8,250- 8,710 | ------ |
| **Raton Basin Region** | | | | | |
| Walsenburg field | | | | | |
| Vermejo coals | 5.3-10.2 | 7.2-14.4 | .4-1.3 | 11,050-12,880 | 2,210-2,840 |
| Raton coals | 2.5- 4.2 | 5.3-13.5 | .4-1.0 | 12,660-13,340 | 2,230-2,730 |
| Trinidad field | | | | | |
| Vermejo coals | 1.6- 5.8 | 7.7-21.8 | .5-1.0 | 11,430-13,510 | 2,290-2,910 |
| Raton coals--"Frederick","Primero" et al | 1.0- 4.5 | 5.3-16.4 | .4-1.1 | 12,200-13,970 | 2,230-2,910+ |
| **Canon City Region** | | | | | |
| Canon City field | | | | | |
| Seven Vermejo coals | 5.4-15.0 | 4.6-17.7 | .3-1.1 | 10,110-12,010 | 2,030-2,720 |
| **South Park Region** | | | | | |
| South Park field | | | | | |
| Como area mines | 6.3-15.5 | 1.3-6.4 | .4- .5 | 9,780 | 2,700 |
| North Park field | | | | | |
| Coals in Coalmont fm. | 13.6-22.8 | 2.8-13.4 | .1- .9 | 8,840-10,870 | 2,100-2,680 |
| **Denver Basin Region** | | | | | |
| Colorado Springs field | | | | | |
| "A" seam | 19.2-26.9 | 3.9-10.2 | .2- .5 | 9,270-10,140 | 2,150-2,470 |
| Buick-Matheson area | 33.1-35.0 | 7.8-15.7 | .4-1.1 | 6,150- 7,340 | 2,140-2,400 |
| Dawson lignite | 33.1-34.4 | 13.9-18.2 | .1- .5 | 5,510- 6,700 | 2,480-2,530 |
| Boulder-Weld field | | | | | |
| Seams "3", "5" & "6" | 15.5-25.8 | 3.3-10.1 | .2- .9 | 8,890-10,660 | 1,990-2,470 |

BLM_0104860

# COLORADO STRATIGRAPHIC CORRELATION CHART

## COLORADO GEOLOGICAL SURVEY



**■ COAL-BEARING ROCKS**

BLM_0104861

## ENERGY-RELATED PUBLICATIONS OF THE
## COLORADO GEOLOGICAL SURVEY

### COAL

INFORMATION SERIES 1--Coal mines and coal fields of Colorado, by D. C. Jones, 1976, 1 map (scale 1:500,000), $2.50 (active and abandoned surface and underground coal mines).

INFORMATION SERIES 2--Coal mines of Colorado, statistical data, by D. C. Jones  and D. K. Murray, 1976, 27 p., $1.00.

BULLETIN 34-A--Bibliography, coal resources in Colorado, by R. D. Holt, 1972, 32 p., $1.00.

OPEN-FILE REPORT--Active/licensed coal mines of Colorado, by D. C. Jones, 1976, 1 map (scale 1:1,000,000, Ozalid copy), $2.00

### OIL AND GAS

INFORMATION SERIES 3--Oil and gas fields of Colorado, statistical data, by D. C. Jones and D. K. Murray, 1976, 57 p., $2.00.

### GEOTHERMAL ENERGY

BULLETIN 35--Proceedings of a symposium on geothermal energy in Colorado, R. H. Pearl, ed., 1974, 102 p., $3.00.

SPECIAL PUBLICATION 2--Geothermal resources of Colorado, by R. H. Pearl, 1972, 53 p., $1.00.

INFORMATION SERIES 4--Map showing thermal springs, wells and heat-flow contours in Colorado, by J. K. Barrett and R. H. Pearl, 1976 (scale 1:1,000,000), $1.50.

INFORMATION SERIES 6--Hydrological data of thermal springs and wells in Colorado, by J. K. Barrett and R. H. Pearl, 1976, 124 p., $1.50.

### GENERAL

GEOLOGIC MAP OF COLORADO--U.S. Geological Survey, 1935 (scale 1:500,000; reprinted by Colorado Geological Survey, 1975), $5.00 ($6.50 rolled and mailed).

BULLETIN 37--Bibliography and index of Colorado geology 1875-1975, compiled by American Geological Institute, 1976, $7.50 soft cover, $10.00 hard cover. Mail orders add $1.00, postage and handling.

COLORADO STRATIGRAPHIC CORRELATION CHART--by R. H. Pearl and D. K. Murray, 1974, $0.25.

MAP SERIES 1--Geologic, energy and mineral resources maps of Routt County, Colorado, by A. E. Miller, 1975 (2 maps, scale 1:126,750), $5.00.

MAP SERIES 6--Energy resource development map of Colorado, by D. K. Murray, 1976 (scale 1:500,000), $3.50.

To order publications, specify series and number, title, and quantity desired. Make checks payable to:

Colorado Geological Survey
Room 715, 1313 Sherman Street
Denver, CO   80203

BLM_0104862

INFORMATION SERIES 10

# COLORADO COAL ANALYSES
# 1976-1979

Edited by Nirbhao S. Khalsa
and L. R. Ladwig



Contributions by
R. H. Affolter, C. R. Campbell,
G. P. Eager, J. R. Hatch,
N. S. Khalsa, D. H. Madden,
J. E. Schultz, R. O. Stake

IS-10



COLORADO GEOLOGICAL SURVEY
DEPARTMENT OF NATURAL RESOURCES
DENVER, COLORADO / 1981

BLM_0104863

## Laurie Brandt

**To:**            Jim Kiger
**Subject:**       RE: Coal trains

Thanks for getting back to me so quickly, Jim. You know, I just went onto the CDRMS website yesterday and they didn't have the 2009 yearly totals (it was only up through Nov 2009). Either you have the inside scoop or I accessed the site a day too early.

Laurie J. Brandt, P.G.
Geotech Group Manager
Direct: (970) 497-8821
www.buckhorngeo.com

**BUCKHORN GEOTECH**

Civil, Structural & Geotechnical Engineers          222 South Park Ave. • Montrose, CO 81401
                                                    Ph.: (970) 249-6828 • FAX: (970) 249-0945

*This message is confidential. If this email has been sent to you in error, please do not open any attachments. Notify the sender that you have erroneously received this message and delete the message and any attachments. Thank you.*

**From:** Jim Kiger [mailto:Jim.Kiger@OXBOW.COM]
**Sent:** Thursday, February 18, 2010 12:56 PM
**To:** Laurie Brandt
**Subject:** Coal trains

Attached FYI is the final CDRMS Colorado Coal Production report for 2009.

The NF produced 11,801,437 tons, or 41.3% of the state's production.

As a "back of the envelope" analysis, the train sets are generally 105 cars, carrying ~11,400 tons of coal per train or 1,035 trains per year or an avg. of 2.84 trains per day leaving the valley.

If you need more detail from Union Pacific Railroad you can call Franklin D. Sams, Manager Energy Dept., UPRR at 402-544-4504.

Hope this helps.

*James A. Kiger*
*Environmental Manager*
*Oxbow Mining, LLC., Elk Creek Mine*
*P.O. Box 535*
*Somerset, Co. 81434*
*970-929-5806, fax: 970-929-5177*

1

BLM_0104864

Chapter B

# A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah

*By* Mark A. Kirschbaum[1] *and* Laura R.H. Biewick[1]



*Click here to return to Disc 1
Volume Table of Contents*

Chapter B *of*
**Geologic Assessment of Coal in the Colorado Plateau:
Arizona, Colorado, New Mexico, and Utah**

*Edited by* M.A. Kirschbaum, L.N.R. Roberts, *and* L.R.H. Biewick

U.S. Geological Survey Professional Paper 1625–B*

[1]  U.S. Geological Survey, Denver, Colorado 80225

*  This report, although in the USGS Professional Paper series,
   is available only on CD-ROM and is not available separately

U.S. Department of the Interior
U.S. Geological Survey

BLM_0104865

# Contents

Introduction ........................................................................................................................................B1

Acknowledgments.............................................................................................................................. 1

Coal-Field Summaries ...................................................................................................................... 3

    Arizona .......................................................................................................................................... 3

        Black Mesa Coal Field ........................................................................................................... 3

        Pinedale Coal Field ................................................................................................................ 6

    Colorado ...................................................................................................................................... 8

        Book Cliffs Coal Field.............................................................................................................. 8

        Carbondale Coal Field .......................................................................................................... 10

        Crested Butte Coal Field ...................................................................................................... 12

        Danforth Hills Coal Field ...................................................................................................... 14

        Durango–Pagosa Springs Coal Field ................................................................................... 16

        Grand Hogback Coal Field .................................................................................................... 18

        Grand Mesa Coal Field ......................................................................................................... 20

        Lower White River Coal Field................................................................................................ 22

        Nucla-Naturita Coal Field ..................................................................................................... 24

        Somerset Coal Field.............................................................................................................. 26

        Tongue Mesa Coal Field....................................................................................................... 28

        Yampa Coal Field .................................................................................................................. 30

    New Mexico ................................................................................................................................ 33

        Barker Creek Coal Field ....................................................................................................... 33

        Bisti Coal Field...................................................................................................................... 35

        Chaco Canyon Coal Field...................................................................................................... 37

        Chacra Mesa Coal Field........................................................................................................ 39

        Crownpoint Coal Field .......................................................................................................... 41

        Datil Mountains Coal Field .................................................................................................... 43

        Fruitland Coal Field............................................................................................................... 45

        Gallup Coal Field .................................................................................................................. 47

        Hogback Coal Field ............................................................................................................... 49

        La Ventana Coal Field ........................................................................................................... 51

        Monero Coal Field................................................................................................................. 53

        Mount Taylor Coal Field ........................................................................................................ 55

        Navajo Coal Field ................................................................................................................. 57

        Newcomb-Toadlena Coal Field............................................................................................. 59

        Rio Puerco Coal Field ........................................................................................................... 61

        Salt Lake Coal Field ............................................................................................................. 63

        San Mateo Coal Field ........................................................................................................... 65

        Standing Rock Coal Field ...................................................................................................... 67

        Star Lake Coal Field ............................................................................................................. 69

Tierra Amarilla Coal Field .................................................................................................. 71
Zuni Coal Field .................................................................................................................... 73
Utah ........................................................................................................................................ 75
    Alton Coal Field ............................................................................................................ 75
    Book Cliffs Coal Field ................................................................................................... 77
    Emery Coal Field ........................................................................................................... 79
    Henry Mountains Coal Field ........................................................................................ 81
    Kaiparowits Plateau ..................................................................................................... 84
    Kolob-Harmony Coal Fields ......................................................................................... 86
    Salina Canyon Coal Field ............................................................................................. 88
    Sego Coal Field ............................................................................................................. 90
    Tabby Mountain Coal Field .......................................................................................... 92
    Vernal Coal Field .......................................................................................................... 94
    Wales Coal Field ........................................................................................................... 96
    Wasatch Plateau Coal Field ......................................................................................... 98

## Figure

1.    Map showing location of study area and selected coal fields within Arizona, Colorado, New Mexico, and Utah ....................................................................................... B2

# A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah

*By* Mark A. Kirschbaum *and* Laura R.H. Biewick

## Introduction

This report provides an overview of the geologic setting, distribution, and quality of coal deposits of the Colorado Plateau. The Colorado Plateau contains more than 40 individual coal fields within the four-State region of Arizona, Colorado, New Mexico, and Utah (fig. 1). This chapter summarizes data for 47 coal fields of the Colorado Plateau and provides basic information on the location, general geology, coal resources and quality, and what we consider the most useful references for these areas. Each summary is essentially an annotated bibliography of the coal field. The coal fields can be accessed individually by scrolling through the text, by selecting from the bookmarks provided in Acrobat Reader 4.0 or higher, or by clicking on the appropriate heading in the chapter B table of contents. The summaries can also be accessed from the Colorado Plateau ArcView project, which resides on both disc 1 and disc 2 of this 2-CD-ROM set (the ArcView project on disc 1 may be queried by means of ArcView Data Publisher; the ArcView project on disc 2 provides for full functionality for users who own ArcView 3.1 or later versions).

## Acknowledgments

Digital coverages used in this report were compiled, in part, by Raymond Colley, Tracey Mercier, and Jason Stoker, with the help of Bill Larson and Dave Ferderer. Coal mine production data was assembled from the Mine Safety and Health Administration (MSHA) and Energy Information Administration (EIA) data by Gerald Sullivan. The report was reviewed by Vito Nuccio, David Wheeler, Gretchen Hoffman, Rick Scott, Tom Judkins, and Bill Keefer. Reviews of selected coal fields were by Michael Brownfield, Robert Hettinger, and Edward Johnson.

BLM_0104868

**B2** Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure 1.** Map showing location of study area and selected coal fields within Arizona, Colorado, New Mexico, and Utah. Different colors are used for the coal fields to clearly delineate boundaries between the fields.

BLM_0104869

# Coal-Field Summaries

## Arizona

### Black Mesa Coal Field

*Location*

Black Mesa is located in northeast Arizona within Apache, Coconino, and Navajo Counties and is entirely within the Navajo and Hopi Indian Reservations.

*Stratigraphy*

Early work on the stratigraphy was by Gregory (1917), and the preliminary coal geology work was by Campbell and Gregory (1911) and Repenning and Page (1956). Biostratigraphic relationships were studied by Peterson and Kirk (1977). The stratigraphic nomenclature and thickness of units are from Eaton and others (1987); depositional environments are from Eaton and others (1987) and Franczyk (1988).

**Table.** Stratigraphy—Black Mesa coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
| --- | --- | --- |
| Yale Point Sandstone | nearshore marine | 0-300 |
| Wepo Formation | coastal plain; major coal | 300-750 |
| Rough Rock Sandstone | nearshore marine/tidal | 0-60 |
| Toreva Formation | nearshore marine; coastal plain, minor coal; fluvial | 100-300 |
| Mancos Shale | marine shale | 600 |
| Dakota Sandstone | fluvial; nearshore marine; minor coal | 45-100 |

*Coal Deposits*

Coal is present in the Dakota, Toreva, and Wepo Formations. Extensive work on the coal deposits was completed by Williams (1951) as summarized in Peirce and others (1970). Carr (1991) studied the depositional environments of the Wepo coals. Eight coal zones are mined from the Wepo and are between 4 and 30 ft thick (Moore, 1977; Fellows, 1998).

*Coal Quality*

Most of the coal in all three formations is high-volatile bituminous C, although some samples in the Dakota are subbituminous C or, in higher ash samples, lignite (Peirce and others, 1970). Proximate/ultimate analyses were compiled by Peirce and others (1970, table 1, p. 20: analysis of 11 coals from the Dakota show ash contents between 10.0 and 30.74 percent, sulfur contents between 0.7 and 2.29 percent, and heating values between 5,119 and 10,550 Btu/lb; analysis of 7 coals from the Toreva show ash contents between 8.8 and 19.0 percent, sulfur contents between 0.9 and 1.3 percent, and heating values between 9,807 and 11,200 Btu/lb; analysis of 11 coals in the Wepo show an ash content between 3.4 and 8.7 percent, sulfur contents between 0.4 and 0.9 percent, and heating values of between 10,450 and 12,060 Btu/lb). The table below is compiled from seven analyses from Wepo coals collected at the Kayenta and Black Mesa mines (Moore, 1977).

BLM_0104870

**B4**    **Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

**Table**.  Coal in Wepo Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 4.7-9.1 | 0.3-0.5 | 9,490-11,560 |

## Resources

Original resource estimates for the Dakota, Toreva, and Wepo are 9.6, 6, and 5.65 billion short tons, respectively (Peirce and others, 1970, p. 27). All estimates are from beds greater than 1 ft thick and down to a maximum depth of 1,700 ft of overburden (this minimum thickness is assumed from discussion in Peirce and others, 1970, p. 26–34). Strippable coal in the Wepo equals about 800 million short tons in areas with less than 130 ft of overburden (Peirce and others, 1970).

## Production History

Ten small underground mines have produced about 300,000 short tons of coal since the early 1900's (Pierce and others, 1970). The Kayenta and Black Mesa surface mines have been active since the early 1970's and produced about 12 million short tons of coal in 1995.

## References

Campbell, M.R., and Gregory, H.E., 1911, The Black Mesa coal field, Arizona, *in* Campbell, M.R., ed., Contributions to Economic Geology 1909, Part II. Mineral Fuels: U.S. Geological Survey Bulletin 431, p. 229–238.

Carr, D.A., 1991, Facies and depositional environments of the coal-bearing upper carbonaceous member of the Wepo Formation (Upper Cretaceous), northeastern Black Mesa, Arizona, *in* Nations, J.D., and Eaton, J.G., eds., Stratigraphy, Depositional Environments, and Sedimentary Tectonics of the Western Margin, Cretaceous Western Interior Seaway: Geological Society of America Special Paper 260, p. 167–188.

Eaton, J.G., Kirkland, J.I., Gustason, E.R., Nations, J.D., Franczyk, K.J., Ryer, T.A., and Carr, D.A., 1987, Stratigraphy, correlation, and tectonic setting of Late Cretaceous rocks in the Kaiparowits and Black Mesa basin, *in* Davis, G.H., and Vanden Dolder, E.M., eds., Geologic Diversity of Arizona and its Margins; Excursions to Choice Areas, Geological Society of America 100th Annual Meeting Field Trip Guidebook: Arizona Bureau of Geology and Mineral Technology Special Paper 5, p. 113–125.

Gregory, H.E., 1917, Geology of the Navajo country—A reconnaissance of parts of Arizona, New Mexico, and Utah: U.S. Geological Survey Professional Paper 93, 161 p.

Franczyk, K.J., 1988, Stratigraphic revision and depositional environments of the Upper Cretaceous Toreva Formation in the northern Black Mesa area, Navajo and Apache Counties, Arizona: U.S. Geological Survey Bulletin 1685, 32 p.

Fellows, L.D., 1998, Coal geology of Arizona, *in* Keystone Coal, p. 573.

Moore, R.T., 1977, Chemical analyses of coal samples from the Black Mesa field, Arizona: The Arizona Bureau of Mines Circular 18, 14 p.

Peirce, H.W., Keith, S.B., and Wilt, J.C., 1970, Coal, oil, natural gas, helium, and uranium in Arizona: The Arizona Bureau of Mines Bulletin 182, 289 p.

Peterson, F., and Kirk, A.R., 1977, Correlation of Cretaceous rocks in the San Juan, Black Mesa, Kaiparowits and Henry Basins, southern Colorado Plateau, *in* Fassett, J.E., ed., Guidebook of San Juan Basin III in northwestern New Mexico: New Mexico Geological Society Guidebook, 28th Field Conference, p. 167–178.

**A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah    B5**

Repenning, C.A., and Page, H.G., 1956, Late Cretaceous stratigraphy of Black Mesa, Navajo and Hopi Indian Reservations, Arizona: American Association of Petroleum Geologists, v. 40, p. 255–294.

Williams, G.A., 1951, The coal deposits and Cretaceous stratigraphy of the western part of Black Mesa: Tucson, University of Arizona, unpub. Ph.D. dissertation, 307 p.

**B6    Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

## Pinedale Coal Field

### Location

The small Pinedale coal field is located in the southern part of Navajo and Apache Counties, Arizona. (Only the Navajo County part of the coal field is shown on figure 1).

### Stratigraphy

The first and probably only detailed study of the coal was by Veatch (1911). He placed the coal within the Cretaceous System. The ages of these rocks were further documented by Kirkland (1982), who also provides thickness data.

**Table.** Stratigraphy—Pinedale coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Tertiary rocks | | |
| Undifferentiated Cretaceous rocks | alluvial to marine | 200+ |
| Triassic rocks | | |

### Coal Deposits

The field contains two coal beds separated by about 15 ft of non-coaly rock. The lower bed is generally only 2–3 ft thick, and the upper bed is as much as 12 ft thick but contains at least 50 percent non-coal material (Veatch, 1911).

### Coal Quality

The rank of the coal is assumed to be subbituminous by Averitt and O'Sullivan (1969). The chemistry data is from three analyses by Cooper and others (1947); samples are from the Merwin coal prospect.

**Table.** Coal in undifferentiated Cretaceous rocks.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 16.6-41.1 | 2.2-3.3 | 7,100-10,430 |

### Resources

Averitt and O'Sullivan (1969) made a provisional estimate of 25 million short tons of coal in the field based on the data of Veatch (1911).

### Production History

The Merwin prospect was opened to obtain coal-thickness and quality information in the early 1900's (Veatch, 1911), and there is no known production from the field.

BLM_0104873

## References

Averitt, Paul, and O'Sullivan, R.B., 1969, Coal, *in* Mineral and Water Resources of Arizona: Arizona Bureau of Mines Bulletin 180, p. 59–69.

Cooper, H.M., Snyder, N.H., Abernethy, R.F., Tarpley, E.C., and Swingle, R.J., 1947, Analyses of mine, tipple, and delivered samples: U.S. Bureau of Mines Technical Paper, p. 27–47.

Kirkland, J.I., 1982, Reassessment of the age of the Late Cretaceous section at Mesa Redonda, Apache County, Arizona: Journal of Paleontology, v. 56, no. 2, p. 547–550.

Veatch, A.C., 1911, Coal deposits near Pinedale, Navajo County, Arizona, *in* Campbell, M.R., ed., Contributions to Economic Geology 1909: U.S. Geological Survey Bulletin 431, p. 239–242.

## Colorado

### Book Cliffs Coal Field

*Location*

The Book Cliffs coal field is located in Mesa and Garfield Counties in western Colorado, north of the towns of Fruita and Grand Junction. The coal field is located on the southwestern margin of the Piceance Basin. The field is bounded on the west by the Utah/Colorado State line, on the east by the Colorado River, and on the south by the limit of outcrop.

*Stratigraphy*

A reconnaissance study of the coal in this field was conducted by Richardson (1909). The first detailed mapping of the geology and coal deposits was by Erdmann (1934). Other stratigraphic studies of the coal interval have been conducted by Fisher and others (1960), Gill and Hail (1975), and Kirschbaum and Hettinger (1998). Thickness information is from Fisher and others (1960).

**Table.**  Stratigraphy—Book Cliffs coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Hunter Canyon Formation | alluvial plain | 375-1,400 |
| Mount Garfield Formation | nearshore marine/coastal plain; major coal | 970-1,070 |
| Sego Sandstone | nearshore marine/tidal | 0-110 |
| Mancos Shale | marine | 3,800 |

*Coal Deposits*

The main coal zones are the Anchor Mine, Palisade, Cameo, and Carbonera of the Mount Garfield Formation. Presently, the most important beds for mining are in the Cameo/Carbonera zone. The Cameo/Carbonera zone is generally poorly exposed due to extensive burning of the beds on outcrop. Where the coals are exposed, individual beds of the Cameo are as thick as 23 ft (Erdmann, 1934). The coal contains abundant methane gas, which has been a problem for the mines in the area since the early 1900's (Murray and others, 1977).

*Coal Quality*

The table below includes data from the Anchor Mine, Palisade, Carbonera, Cameo, and Thomas coal zones in the Mount Garfield Formation. The information was compiled by Hettinger and others (chap. O, this CD-ROM) based on data in Hornbaker and others (1976), Murray and others (1977), Tremain and others (1996), and R.H. Affolter (written commun., 1998).

**Table.**  Coal in Mount Garfield Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 4.9-23.3 | 0.4-1.7 | 9,833-13,560 |

BLM_0104875

## Resources

Landis (1959) estimated about 2.3 billion short tons of bituminous coal as an original resource down to a depth of 3,000 ft in an area of 255 mi². He included all coals greater than 14 inches thick in the measured, indicated, and inferred categories. This estimate was obtained from Richardson (1907, 1909) and Erdmann (1934), who derived their coal-thickness data from outcrops and mines. Hornbaker and others (1976) estimated another 1.3 billion tons from an additional 145 mi² of the field with 3,000 ft of overburden and estimated 3.6 billion short tons in areas with 3,000–6,000 ft of overburden for a total of 7.2 billion short tons of coal for the field.

## Production History

Numerous mines have operated in the Book Cliffs coal field since 1888, producing from the Anchor Mine, Palisade, Carbonera, and Cameo coal beds (Erdmann, 1934; Murray and others, 1977). Currently, only the north portal of the Roadside mine is operating in the Book Cliffs field (south portal of the Roadside mine is discussed under the Grand Mesa coal field). The north portal has been producing coal since 1994, and production averages about 300,000 short tons of coal per year. The coal is transported to a unit train loadout on-site and provides coal for its mine-mouth power plant.

## References

Erdmann, C.E., 1934, The Book Cliffs coal field in Garfield and Mesa Counties, Colorado: U.S. Geological Survey Bulletin 851, 150 p.

Fisher, D.J., Erdmann, C.E., and Reeside, Jr., J.B., 1960, Cretaceous and Tertiary Formations of the Book Cliffs, Carbon, Emery, and Grand Counties, Utah, and Garfield and Mesa Counties, Colorado: U.S. Geological Survey Professional Paper 332, 80 p.

Gill, J.R., and Hail, W.J., Jr., 1975, Stratigraphic sections across Upper Cretaceous Mancos Shale–Mesaverde Group boundary, eastern Utah and western Colorado: U.S. Geological Survey Oil and Gas Investigations Chart OC-68.

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Kirschbaum, M.A., and Hettinger, R.D., 1998, Stratigraphy and depositional environments of the late Campanian coal-bearing Neslen/Mount Garfield Formations eastern Book Cliffs, Utah and Colorado: U.S. Geological Survey Open-File Report 98-43.

Landis, E.R., 1959, Coal resources of Colorado: U.S. Geological Survey Bulletin 1072-C, p. 131–232.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies, Rocky Mountain Association of Geologists, 1977 Symposium, p. 379–405.

Richardson, G.B., 1907, The Book Cliffs coal field, between Grand River, Colorado, and Sunnyside, Utah: U.S. Geological Survey Bulletin 316, 63 p.

Richardson, G.B., 1909, Reconnaissance of the Book Cliffs coal field: U.S. Geological Survey Bulletin 371, 54 p.

Tremain, CM., Hornbaker, A.L., Holt, R.D., and Ladwig, L.R., 1996, 1995 summary of coal resources in Colorado: Colorado Geological Survey Department of Natural Resources Special Publication 41, 19 p.

BLM_0104876

**B10**    **Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

## Carbondale Coal Field

### Location

The field is located on the eastern side of the Piceance Basin within Garfield, Gunnison, and Pitkin Counties. The field stretches from Redstone, Colo., northward for about 25 mi to near the town of Carbondale. The Coal Basin area in the south part of the field is an eroded anticline formed by the intrusion of a small laccolith (Collins, 1977).

### Stratigraphy

The coal-bearing rocks are within the Iles and Williams Fork Formations of the Mesaverde Group. Thickness of the units is from Collins (1977), measured in the Coal Basin area.

**Table.**  Stratigraphy—Carbondale coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Williams Fork Formation | | |
| undifferentiated | alluvial plain | 2,350 |
| Paonia Shale Member | alluvial plain; major coal | 500 |
| Bowie Shale Member | marine-coastal plain; major coal | 475-605 |
| Iles Formation | | |
| Rollins Sandstone | | |
| Member | nearshore marine | 84-145 |
| Tongue of Mancos | | |
| Shale | marine | 800-1,000 |
| Cozzette Sandstone | | |
| Member | nearshore marine | 40-45 |
| Mancos Shale | marine | 4,000+ |

### Coal Deposits

The coals are present in three zones in the Williams Fork Formation, all located above major nearshore marine sandstones and each of which are separated by 100–200 ft of section (Collins, 1977). In ascending order, the coal zones are the Wheeler, South Canyon, and Coal Ridge, and individual coal beds within the zones are as much as 25 ft thick (Hettinger and others, chap. O, this CD-ROM).

### Coal Quality

In the northern part of the field, the coals are high-volatile B bituminous and non-coking, whereas in the southern part of the field, the coals are metamorphosed by igneous intrusions to high-volatile A bituminous, medium-volatile bituminous, and locally to semianthracite and anthracite and strongly coking (Hornbaker and others, 1976). The coal contains high methane levels, ranging from 1,000–4000 cubic ft gas per ton (Murray and others, 1977). The following table is from Hettinger and others (chap. O, this CD-ROM), summarizing data from Hornbaker and others (1976) and Murray and others (1977).

**A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**   **B11**

**Table.** Coal in Williams Fork Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 1.9-16.2 | 0.3-2.1 | 10,160-15,190 |

## Resources

Original in-place resources for coal with as much as 6,000 ft of overburden were estimated to be 5.2 billion short tons for the field (Hornbaker and others, 1976).

## Production History

At least 13 major coal mines have operated in the Carbondale field from 1888 to 1990 (Murray and others, 1977).

## References

Collins, B.A., 1977, Geology of the Coal Basin area, Pitkin County, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists, 1977 Symposium, p. 363–377.

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies, Rocky Mountain Association of Geologists, 1977 Symposium, p. 379–405.

BLM_0104878

## Crested Butte Coal Field

### Location

This coal field is located at the southeastern edge of the Piceance Basin in Gunnison County, Colorado. The field, which comprises the Ohio Creek and Crested Butte coal districts, lies east of Grand Mesa and the West Elk Mountains along the Ohio Creek and Slate River valleys.

### Stratigraphy

The coal-bearing unit is the Mesaverde Formation. The area and the coals have been structurally disrupted by numerous igneous intrusions, which have caused extensive folding and faulting (Lee, 1912; Gaskill and others, 1986).

**Table.** Stratigraphy—Crested Butte coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
| --- | --- | --- |
| Mesaverde Formation | nearshore marine; coastal plain; major coal | 1600-1700 |
| Mancos Shale | marine | 3,600 |

### Coal Deposits

The coals are poorly exposed on outcrops that are between about 9,000 and 11,500 ft above sea level (Lee, 1912). There are as many as four major coal beds as thick as 25 ft and numerous thin beds (Gaskill and others, 1986). Beds are named 1, 2 (Kubler), 3, 4, 5, and 6 in the Crested Butte district and A–B in the Ohio Creek district.

### Coal Quality

The coal is reported as high volatile bituminous C through anthracite and is of coking quality (Gaskill and others, 1986). The following table is from Hettinger and others (chap. O, this CD-ROM) summarizing data from Hornbaker and others (1976) and Murray and others (1977).

**Table.** Coal in Mesaverde Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
| --- | --- | --- |
| 3.2-9.1 | 0.4-1.9 | 11,080-14,440 |

### Resources

Hornbaker and others (1976) reported about 1.5 billion short tons of coal from beds with less than 6,000 ft of overburden in an area of about 240 mi².

BLM_0104879

## Production History

Historically, 11 major mines and numerous smaller mines operated in the Crested Butte coal field from 1881 into the late 1970's (Gaskill and others, 1986; Murray and others, 1977). Most of the coal produced from the area was of coking grade. Cumulative production from the Crested Butte #1 and #2 mines was more than 10 million short tons of coking coal from 1883 until 1952. Most was mined from the number 2 (Kubler) and number 3 beds (Hornbaker and others, 1976).

## References

Lee, W.T., 1912, Coal fields of Grand Mesa and the West Elk Mountains, Colorado: U.S. Geological Survey Bulletin 510, 237 p.

Gaskill, D.L., Colman, S.M., DeLong, J.E., Jr., and Robinson, C.H., 1986, Geologic map of the Crested Butte quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1580, scale 1:24,000.

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists, 1977 Symposium, p. 379–405.

## Danforth Hills Coal Field

### Location

The Danforth Hills coal field is located within Rio Blanco and Moffat Counties in northwestern Colorado.

### Stratigraphy

The first major mapping of the geology with detailed descriptions of the coal was by Gale (1910). More detailed mapping and measurements of the coal deposits were completed by Hancock (1925) and by Hancock and Eby (1930). Thicknesses of units are from Hancock and Eby (1930).

**Table**. Stratigraphy—Danforth Hills coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Mesaverde Group | nearshore marine; coastal plain | |
|     Williams Fork Formation | major coal | 4,500-5,000 |
|     Iles Formation | minor coal | 1,350-1,600 |
| Mancos Shale | marine | 5,000 |

### Coal Deposits

The Black Diamond coal group of the Iles Formation contains coal as thick as 14 ft (Hancock and Eby, 1930). The Williams Fork contains three major coal zones (groups). In ascending order, these are the Fairfield coal group (as thick as 29 ft with a parting), and the Goff and Lion Canyon coal groups (each generally less than 10 ft thick, but as thick as 18 ft) (Hancock and Eby, 1930). The Fairfield is the most important coal group and contains seven coal zones. The Fairfield coal group contains at least 26 coal beds greater than 5 ft thick; 20 of these coal beds have a maximum thickness greater than 12 ft (Brownfield and others, chap. M, this CD-ROM).

### Coal Quality

The coals are mainly high-volatile B and C bituminous; average ash contents are 3.7–10.0 percent in the Iles and 2.2–9.6 percent in the Williams Fork; average sulfur contents are 0.4–0.6 percent in the Iles and 0.3–1.4 percent in the Williams Fork (Murray, 1981). Brownfield and others (chap. M, this CD-ROM) contains a detailed discussion of the quality of the Fairfield coal group coals.

### Resources

Hancock and Eby (1930) reported an estimated original coal resource on a coal-group basis of 10.6 billion short tons in areas with less than 3,000 ft of overburden for the Meeker quadrangle. Landis (1959) reported an estimated original coal resource on an individual-bed basis of 7.9 billion short tons in areas under less than 3,000 ft of overburden for the Danforth Hills coal field. Hornbaker and others (1976) reported an estimated original coal resource of 10.5 billion short tons in areas under less than 6,000 ft of overburden for the Danforth Hills coal field.

The Fairfield coal group of the Williams Fork Formation (Hancock and Eby, 1930) contains many potentially economic coal beds in the Danforth Hills coal field and was the only unit newly assessed during the present study (see Brownfield and others, chap. M,

BLM_0104881

this CD-ROM). The Fairfield coal group contains an estimated original coal resource of about 21 billion short tons in the identified and hypothetical resource categories.

## Production History

Coal is currently mined by surface methods in the Danforth Hills coal field at the Colowyo mine, operated by Kennecott Corporation. Coal production averaged about 4.5 million short tons per year from 1991 to 1995 from the upper part of the Fairfield coal group (G. Sullivan, written commun., 1997—compiled from Mine Safety and Health Administration data).

## References

Gale, H.S., 1910, Coal fields of northwestern Colorado and northeastern Utah: U.S. Geological Survey Bulletin 415, 265 p.

Hancock, E.T., 1925, Geology and coal resources of the Axial and Monument Butte quadrangles, Moffat County, Colorado: U.S. Geological Survey Bulletin 757, 134 p.

Hancock, E.T., and Eby, J.B., 1930, Geology and coal resources of the Meeker quadrangle, Moffat and Rio Blanco Counties, Colorado: U.S. Geological Survey Bulletin 812-C, p.191–242.

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Landis, E.R., 1959, Coal resources of Colorado: U.S. Geological Survey Bulletin 1072-C, p. 131–232.

Murray, D.K., 1981, Upper Cretaceous (Campanian) coal resources of western Colorado, in Epis, R.C. and Callender, J.F., eds., Western Slope Colorado: New Mexico Geological Society Guidebook, 32nd Field conference, p. 233–239.

BLM_0104882

## Durango–Pagosa Springs Coal Field

### Location

The field is located in Archuleta, La Plata, and Montezuma Counties in southwestern Colorado. The field is located on the northern edge of the San Juan Basin (Murray, 1980). Part of the field is within the Southern Ute Indian Reservation (Sandberg, 1990).

### Stratigraphy

The geology of the coal deposits was mapped in detail in three separate studies: Zapp (1949) completed the western part of the area (Durango field), Barnes (1953) completed the central part of the area (Los Pinos River field), and Wood and others (1948) completed the geology of the eastern part of the area. Thicknesses of units are from Zapp (1949) and Wood and others (1948); the coal-bearing Fruitland and Menefee Formations thin toward the eastern part of the area.

**Table.** Stratigraphy—Durango-Pagosa Springs coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Fruitland Formation | coastal plain; major coal | 0-310 |
| Pictured Cliffs Sandstone | nearshore marine | 0-220 |
| Lewis Shale | marine | 1,830-2,400 |
| Cliff House Sandstone | nearshore marine | maximum 320 |
| Menefee Formation | coastal plain; major coal | maximum 200 |
| Point Lookout Sandstone | nearshore marine | maximum 400 |
| Mancos Shale | marine | 1,890-2,370 |
| Dakota Sandstone | alluvial/coastal plain; minor coal | 160-270 |

### Coal Deposits

Coal is present in the Dakota Sandstone and the Menefee and Fruitland Formations. In the Dakota, an individual coal bed reaches a maximum thickness of 8 ft (Shomaker and Holt, 1973). In the Menefee, there are as many as nine coal zones (Tremain and others, 1996) that are as thick as 9 ft (Zapp, 1949). In the Fruitland, there are numerous beds, and the maximum composite thickness is thought to be as much as 40 ft of coal in an 80-ft-thick zone (Zapp, 1949).

### Coal Quality

The Menefee coals are high volatile A and B bituminous and the Fruitland coals are high volatile B and C bituminous (Murray, 1980). The ash, sulfur, and heating contents in the following tables are from (Murray, 1981).

**Table.** Coal in Fruitland Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 19.5-26.6 | 0.7-0.8 | 11,230-12,140 |

**A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah    B17**

**Table.**  Coal in Menefee Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 3.4-16.6 | 0.6-1.3 | 10,860-14,700 |

## Resources

For the Ute Mountain Ute and Southern Ute Indian Reservations (both Tribal and non-Tribal ownership), Shomaker and Holt (1973) estimated total coal resources in all overburden categories: 12 billion short tons of coal in the Dakota Sandstone; 16 billion short tons in the Menefee; and 35 billion short tons in the Fruitland. Sandberg (1990) estimated 16 billion short tons for the Fruitland in the Southern Ute Reservation alone. Within the rest of the Durango field north of the reservations, Zapp (1949) estimated 13 billion short tons in the Menefee, of which about 3 billion short tons are in beds greater than 14 inches thick and under less than 3,000 ft of overburden. No reliable estimates were found for the eastern part of the area near Pagosa Springs, but the coals are generally thinner and the dips of strata are steeper than in the western part of the area (Shomaker, 1971).

## Production History

As of 1981, 9.5 million short tons of coal have been produced from the combined area (called San Juan River region in some reports) from about 200 mines (Murray, 1981).

## References

Barnes, H., 1953, Geology of the Ignacio area, Ignacio and Pagosa Springs quadrangles, La Plata and Archuleta Counties, Colorado: U.S. Geological Survey Oil and Gas Investigations Map OM-138.

Murray, D.K., 1980, Coal in Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado Geology: Rocky Mountain Association of Geologists, p. 205–216.

Murray, D.K., 1981, Upper Cretaceous (Campanian) coal resources of western Colorado *in* Epis, R.C. and Callender, J.F., eds., Western Slope Colorado: New Mexico Geological Society Guidebook, 32nd Field conference, p. 233–239.

Sandberg, D.T., 1990, Coal resources of Upper Cretaceous Fruitland Formation in the Southern Ute Indian Reservation, southwestern Colorado, *in* Zech, R.S., ed., Geology and Mineral Resources of the Southern Ute Indian Reservation: U.S. Geological Survey Professional Paper 1505-D, 24 p.

Shomaker, J.W., 1971, Pagosa Springs Cretaceous area, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable low-sulfur coal resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 99–102.

Shomaker, J.W., and Holt, R.D., 1973, Coal resources of Southern Ute and Ute Mountain Ute Indian Reservations, Colorado and New Mexico: New Mexico State Bureau of Mines and Mineral Resources Circular 134, 22 p.

Tremain, C.M., Hornbaker, A.L., Holt, R.D., and Ladwig, L.R., 1996, 1995 summary of coal resources in Colorado: Colorado Geological Survey Department of Natural Resources Special Publication 41, 19 p.

Wood, G.H., Kelley, V.C., and MacAlpin, A.J., 1948, Geology of southern part of Archuleta County, Colorado: U.S. Geological Survey Oil and Gas Investigations Preliminary Map 81.

Zapp, A.D., 1949, Geology and coal resources of the Durango area, La Plata and Montezuma Counties, Colorado: U.S. Geological Survey Oil and Gas Investigations Preliminary Map 109.

## Grand Hogback Coal Field

### Location

The Grand Hogback coal field is located on the east side of the Piceance Basin in Garfield and Rio Blanco County, Colorado. The field extends along the Grand Hogback monocline from Meeker to Glenwood Springs, Colo. The monocline dips steeply to the west, ranging from about 40° to almost vertical.

### Stratigraphy

The best synopsis of the stratigraphy and coal geology of the area is by Collins (1976).

**Table**. Stratigraphy—Grand Hogback coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Williams Fork Formation | nearshore marine/coastal plain: major coal | 3,600-5,155 |
| Iles Formation | nearshore marine/coastal plain: minor coal | 915-1,060 |

### Coal Deposits

Most of the coal mined from the area came from the Fairfield (Middle) coal group of the Williams Fork Formation. As many as nine individual coal beds are present within a stratigraphic interval of about 470 ft (Collins, 1976, p. 26, Rifle Gap section). Beds are identified, in ascending order: A, B, C, D, Allen, Anderson, Wheeler, E, and F (Hornbaker and others, 1976). The Wheeler coal bed is the thickest (as thick as 50 ft) near New Castle, Colo. (Collins, 1976). Coal is also present in the South Canyon coal group in the upper part of the Williams Fork Formation.

### Coal Quality

The following table is from a compilation by Hettinger and others (chap. O, this CD-ROM) summarizing data from Hornbaker and others (1976), Murray and others (1977), and Tremain and others (1996).

**Table**. Coal in Williams Fork Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 3.1-11.3 | 0.3-0.9 | 11,020-13,270 |

### Resources

Total original resources to a depth of 6,000 ft of overburden were estimated by Hornbaker and others (1976) at 3.1 billion short tons.

BLM_0104885

## Production History

At least nine major mines operated in the area from 1888 to 1968, producing mainly from the Wheeler and Allen coal beds (Murray and others, 1977). In the 1990's, only the Eastside mine was operating in the coal field. As of 1994, the Eastside produced less than 4,000 short tons of coal.

## References

Collins, B.A., 1976, Coal deposits of the Carbondale, Grand Hogback, and southern Danforth Hills coal fields, eastern Piceance Basin, Colorado: Quarterly of the Colorado School of Mines, v. 71, no. 1, 138 p.

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists, 1977 Symposium, p. 379–405.

Tremain, C.M., Hornbaker, A.L., Holt, R.D., and Ladwig, L.R., 1996, 1995 summary of coal resources in Colorado: Colorado Geological Survey Department of Natural Resources Special Publication 41, 19 p.

BLM_0104886

## Grand Mesa Coal Field

### Location

The Grand Mesa coal field extends from the Colorado River to Leroux Creek, located near the town of Cedaredge within Mesa and Delta Counties, Colorado. Numerous mines produced coal in the area just northwest of Cedaredge since the 1920's (Murray and others, 1977).

### Stratigraphy

The stratigraphy of the field was first studied in detail by Lee (1912). Few studies have followed, probably because of the generally poor exposures of the coal. Approximate thicknesses of units in the following table are from Lee (1912).

**Table.** Stratigraphy—Grand Mesa coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Mesaverde Formation | | |
| undifferentiated | alluvial plain | 1,500 |
| Paonia Shale Member | coastal plain | 400 |
| Bowie Shale Member | coastal plain; major coal | 400 |
| Rollins Sandstone | | |
| Member | nearshore marine | 100 |
| Mancos Shale | marine | 3,000+ |

### Coal Deposits

Coal is present in a zone within about 200 ft above the Rollins Sandstone Member of the Mesaverde Formation. The coals are named A through F in ascending order, and generally only a couple of the seams are of minable thickness at any one place (Hornbaker and others, 1976).

### Coal Quality

The table below includes data from the Palisade and Cameo coal zones in the Mount Garfield Formation. The information was compiled by Hettinger and others (chap. O, this CD-ROM) and is based on data collected from Hornbaker and others (1976), Murray and others (1977), Tremain and others (1996), and R.H. Affolter (written commun., 1998).

**Table.** Coal in Mount Garfield Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 2.1-23.3 | 0.4-2.2 | 8,300-13,490 |

BLM_0104887

## Resources

Hornbaker and others (1976) estimated about 8.6 billion short tons of coal resource in beds greater than 5 ft thick and having as much as 6,000 ft of overburden.

## Production History

Presently, only the south portal of the Roadside mine, in the extreme northwestern part of the field, produces coal. Ten major mines operated from 1914 to 1972 around the town of Cedaredge, Colo. (Murray and others, 1977).

## References

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Lee, W.T., 1912, Coal fields of Grand Mesa and the West Elk Mountains, Colorado: U.S. Geological Survey Bulletin 510, 237 p.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists, 1977 Symposium, p. 379–405.

Tremain, CM., Hornbaker, A.L., Holt, R.D., and Ladwig, L.R., 1996, 1995 summary of coal resources in Colorado: Colorado Geological Survey Department of Natural Resources Special Publication 41, 19 p.

## Lower White River Coal Field

### Location

The coal field is located in Moffat and Rio Blanco Counties and in a small portion of Garfield County in northwestern Colorado. The field is part of two basins: the northwestern margin of the Piceance Basin and the northeastern margin of the Uinta Basin.

### Stratigraphy

The coal geology of the area was first studied in detail by Gale (1910). Subsequent detailed mapping of the coal at a scale of 1:24,000 was conducted in the late 1960's to early 1980's (e.g., Barnum and Garrigues, 1980) and part of the field (Deserado area) is summarized in Brownfield and others (chap. N, this CD-ROM). The following average thicknesses of units are from Barnum and Garrigues (1980).

**Table.** Stratigraphy—Lower White River coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
| --- | --- | --- |
| Mesaverde Group | | |
| upper unit | alluvial plain | 1,750 |
| coal unit | coastal plain; major coal | 100–180 |
| lower unit | coastal plain | 200 |

### Coal Deposits

The coal unit of the Mesaverde Group contains as many as nine coal zones, named in ascending order as the A, B, upper B, D, E, F, G, H, and I beds. The two main zones in the Deserado mine area are the B and D—in this area the coals have a combined thickness as much as 14 ft in two benches (Brownfield and others, chap. N, this CD-ROM).

### Coal Quality

The coals are high-volatile bituminous C in rank; ash contents range from 4.4 to 8.5 percent and sulfur contents range from 0.4 to 0.5 percent (Hornbaker and others, 1976). Information in the following table is from Brownfield and others (chap. N, this CD-ROM) and is based on 13 analyses.

**Table.** Coal in Mesaverde Group.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
| --- | --- | --- |
| 4.1-23.9 | 0.4-1.1 | 7,240-11,720 |

BLM_0104889

## Resources

About 7 billion short tons of coal was estimated to be originally present in about 550 mi² of the field in areas where the coal is under less than 1,000 ft of overburden (Landis, 1959). The two main zones in the Deserado area contain about 440 million short tons of identified coal resources in beds greater than 1.2 ft thick in areas where the maximum overburden is about 1,500 ft (Brownfield and others, chap. N, this CD-ROM).

## Production History

There is one active mine in the area, the Deserado mine, a longwall operation that has produced an average of about 1.3 million short tons of coal per year between 1991 and 1995 (G. Sullivan, written commun., 1997—compiled from Mine Safety and Health Administration data).

## References

Barnum, B.E., and Garrigues, R.S., 1980, Geologic map and coal sections of the Cactus Reservoir quadrangle, Rio Blanco and Moffat Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-1179, 1:24,000 scale.

Gale, H.S., 1910, Coal fields of northwestern Colorado and northeastern Utah: U.S. Geological Survey Bulletin 415, 265 p.

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Landis, E.R., 1959, Coal resources of Colorado: U.S. Geological Survey Bulletin 1072-C, p. 131–232.

BLM_0104890

## Nucla-Naturita Coal Field

### Location

This is a small coal field located in Montrose County in western Colorado. The coal-bearing formation also extends into Dolores, Mesa, Montezuma, Ouray, and San Miguel Counties in western Colorado (Jones and others, 1978; Eakins, 1986), but these coals are presently of little importance for exploitation because they are generally thin and discontinuous.

### Stratigraphy

Coal is present in the Dakota Sandstone. Thickness of units is from Tremain and others (1996).

**Table.** Stratigraphy—Nucla-Naturita coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Mancos Shale | marine | not recorded |
| Dakota Sandstone | coastal plain; minor coal | 330 |
| Burro Canyon Formation | alluvial plain | not recorded |

### Coal Deposits

In Montrose County, three minable coal beds 3–5 ft thick are present. In ascending order, they are the Drott, Oberding, and No. 3 coal zones (Murray, 1980). Haines (1978) describes a lower zone (No. 3) and an upper zone (No. 2); the lower zone is composed of two thin beds less than 2 ft thick each and the upper zone is as much as 6.3 ft thick.

### Coal Quality

The following table of coal quality data is from Murray (1981).

**Table.** Coal in Dakota Sandstone.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 6.1-12.8 | 0.5-1.1 | 10,010-13,380 |

### Resources

In the main part of the field, near the only presently active mine, a 15-mi$^2$ area was estimated to have an original resource of about 114 million short tons of coal (Landis, 1959).

### Production History

One surface mine is active in the field, and produced 361,500 short tons of coal in 1996 (Resource Data International, 1998). All of the coal is provided to the nearby Nucla power plant located near the mine (Murray, 1981).

BLM_0104891

## References

Eakins, W., 1986, Coal resources of the Dakota Sandstone, southwestern Colorado: Colorado Geological Survey Open-File Report 86-1A, 77 p.

Haines, D.V., 1978, Core-hole drilling and coal analysis report for nine holes drilled during 1977 in the Nucla coal field, Montrose County, Colorado: U.S. Geological Survey Open-File Report 78-899, 37 p.

Jones, D.C., Schultz, J.E., and Murray, D.K., 1978, Coal resources and development map of Colorado: Colorado Geological Survey Map Series 9, scale 1:500,000.

Landis, E.R., 1959, Coal resources in Colorado: U.S. Geological Survey Bulletin 1072-C, p. 131–232.

Murray, D.K., 1980, Coal in Colorado, in Kent, H.C., and Porter, K.W., eds., Colorado Geology: Rocky Mountain Association of Geologists, p. 205–216.

Murray, D.K., 1981, Upper Cretaceous (Campanian) coal resources of western Colorado, in Epis, R.C. and Callender, J.F., eds., Western Slope Colorado: New Mexico Geological Society Guidebook, 32nd Field conference, p. 233–239.

Resource Data International, Inc., 1998, COALdat database: Boulder, Colo., Resource Data International, Inc.

Tremain, CM., Hornbaker, A.L., Holt, R.D., and Ladwig, L.R., 1996, 1995 summary of coal resources in Colorado: Colorado Geological Survey Department of Natural Resources Special Publication 41, 19 p.

BLM_0104892

## Somerset Coal Field

### Location

The Somerset coal field is located in Delta (Paonia area) and Gunnison (Somerset area) Counties in west-central Colorado, and lies in the valley of the North Fork of the Gunnison River and its tributaries.

### Stratigraphy

The first comprehensive study of the stratigraphy and coal geology of the coal field was by Lee (1912). Thicknesses given below are from Dunrud (1989a, 1989b).

**Table.** Stratigraphy—Somerset coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
| --- | --- | --- |
| Mesaverde Formation | | |
|    Ohio Creek Member | alluvial plain | 500-900 |
|    Barren member | alluvial plain | 750-1,000 |
|    Paonia Shale and | | |
|     Bowie Shale | | |
|     Mbrs undivided | coastal plain; major coal | 250-650 |
|    Rollins Sandstone | | |
|     Member | nearshore marine | 80-200 |
| Mancos Shale | marine | 4,000-4,500 |

### Coal Deposits

Coals from the Bowie Shale Member of the Mesaverde Formation are mined from beds whose individual thicknesses range between 8.5 and 18 ft; mined beds from the Paonia Shale Member of the Mesaverde Formation range in thickness from 12 to 13 ft (Hornbaker and others, 1976). Individual coal beds reach a maximum thickness of between 25 and 30 ft (Murray, 1980). A major longwall operation, the West Elk mine, is producing coal from the B seam and taking 12 ft out of a 23-ft bed (Fiscor, 1998). The main beds are named the A (Old King), B (Somerset), C (Bear), D (Oliver), and E, with historical production coming from all beds.

### Coal Quality

The coals in the Somerset area are of good coking quality and are reported to be of marginal to premium high-volatile A and B bituminous (Goolsby and others, 1979). The table below includes data from the Coal Ridge, South Canyon, and Cameo-Wheeler coal zones of the Mesaverde Formation and was compiled by Hettinger and others (chap. O, this CD-ROM) based on data collected from Toenges and others (1949, 1952), Hornbaker and others (1976), Murray and others (1977), Tremain and others (1996), and R.H. Affolter (written commun., 1998).

BLM_0104893

**A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah   B27**

**Table.**   Coal in Mesaverde Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 2.4-29.9 | 0.3-3.2 | 8,160-14,380 |

## Resources

About 8 billion short tons of coal are estimated for this field down to a depth of 6,000 ft (Hornbaker and others, 1976).

## Production History

Historically, nine major mines operated between 1902 and 1974 in the Somerset coal field (Murray and others, 1977). Five mines (Bear, Hawks Nest, #2 and #3, Orchard Valley, and Somerset) were active as of 1977 (Murray, 1977). As of 1995, there were three active mines in the area (Bowie mine #1, Sanborn Creek, and West Elk), and together these mines produced about 6.5 million short tons of coal that year. The West Elk mine is a longwall operation in the B seam with a 12-ft high cut and a 950-ft-wide panel. It is one of five underground mines in the United States that produced more than 5 million short tons of coal in 1997 (Fiscor, 1998).

## References

Dunrud, C.R., 1989a, Geologic map and coal stratigraphic framework of the Cedaredge area, Delta County, Colorado: U.S. Geological Survey Coal Investigations Map C-116, 1:50,000 scale.

Dunrud, C.R., 1989b, Geologic map and coal stratigraphic framework of the Paonia area, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Coal Investigations Map C-115, 1:50,000 scale.

Fiscor, S., 1998, U.S. longwalls thrive: Coal Age, February, p. 22–27.

Goolsby, S.M., Reade, N.S., and Murray, D.K., 1979, Evaluation of coking coals in Colorado: Department of Natural Resources Colorado Geological Survey Resource Series 7, 72 p.

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Lee, W.T., 1912, Coal fields of Grand Mesa and the West Elk Mountains, Colorado: U.S. Geological Survey Bulletin 510, 237 p.

Murray, D.K., 1980, Coal in Colorado, in Kent, H.C., and Porter, K.W., eds., Colorado Geology: Rocky Mountain Association of Geologists, p. 205–216.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists, 1977 Symposium, p. 379–405.

Toenges, A.L., Dowd, J.J., Turnbull, L.A., Davis, J.D., Smith, H.L., and Johnson, V.H., 1949, Reserves, petrographic and chemical characteristics, and carbonizing, properties of coal occurring south of Dry Fork of Minnesota Creek, Gunnison County, near Paonia, Colo., and the geology of the area: U.S. Bureau of Mines Technical Paper 721, 48 p.

Toenges, A.L., Turnbull, L.A., Davis, J.D., Reynolds, D.A., Parks, B.C., Cooper, H.M., and Abernethy, R.F., 1952, Coal deposit, Coal Creek District, Gunnison County, Colo.: Reserves, coking properties, and petrographic and chemical characteristics: U.S. Bureau of Mines Bulletin 501, 83 p.

Tremain, C.M., Hornbaker, A.L., Holt, R.D., and Ladwig, L.R., 1996, 1995 summary of coal resources in Colorado: Colorado Geological Survey Department of Natural Resources Special Publication 41, 19 p.

BLM_0104894

**B28**      **Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

## Tongue Mesa Coal Field

### Location

The field is located in parts of Gunnison, Montrose, and Ouray, Counties, in south-western Colorado and is partly within the Uncompahgre National Forest. The following information is taken from Hettinger and others (in press).

### Stratigraphy

The coal is present within an isolated remnant of Upper Cretaceous rocks in the northern San Juan Mountains. These strata were referred to as the Mesaverde Formation by Landis (1959). The geology of the field was mapped by Dickinson (1987a, 1987b, 1988) and he reassigned about 200 ft of coal-bearing strata to the Fruitland Formation. Landis (1959) described the area as being concealed by heavy vegetation, landslides, talus, and glacial deposits.

**Table.** Stratigraphy—Tongue Mesa coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Kirtland Shale | alluvial plain | 1,000 |
| Fruitland Formation | coastal plain; major coal | 200 |
| Pictured Cliffs Sandstone | nearshore marine | 50-250 |

### Coal Deposits

The Fruitland is exposed at a few localities and is buried to a depth of as much as 2,500 ft (Dickinson, 1987a, 1987b, 1988). The Fruitland contains one laterally extensive coal bed that ranges from about 20 to 40 ft in thickness, and the formation contains 3 to 5 additional coal beds that are about 5 to 13 ft thick. Dickinson states that the coal-bearing strata were drilled for Federal permits and leases but the data was not available to him.

### Coal Quality

Coal in the Tongue Mesa coal field has an ash yield of 6.7 to 8.4 percent, a sulfur content of 0.5 to 0.9 percent, and a calorific value of 9,350 to 10,200 Btu/lb on an as-received basis (Hornbaker and others, 1976). The apparent rank of the coal is subbituminous B (U.S. Bureau of Mines, 1937, p. 110–111) and subbituminous C (Dickinson, 1987a, 1987b, 1988).

### Resources

Landis (1959) estimated that a 58-square-mile area of the Tongue Mesa field contained a coal resource of about 2,355 million short tons. Hornbaker and others (1976) thought the resources could be as high as 4,000 million short tons, apparently based on drilling information.

### Production History

Underground mining took place in the Tongue Mesa coal field between the 1890's and 1940's (Murray, 1981) and numerous small mines operated in the area (Dickinson, 1987a, 1988).

BLM_0104895

## References

Dickinson, R.G., 1987a, Geologic map of the Buckhorn Lakes quadrangle, Gunnison, Montrose, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1642, scale 1:24,000.

Dickinson, R.G., 1987b, Geologic map of the Washboard Rock quadrangle, Gunnison, Montrose, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1643, scale 1:24,000.

Dickinson, R.G., 1988, Geologic map of the Courthouse Mountain quadrangle, Gunnison, Hinsdale, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1644, scale 1:24,000.

Hettinger, R.D., Roberts, L.N.R., and Kirschbaum, M.A., in press, Investigations of the distribution and resources of coal in the Grand Mesa, Gunnison, and Uncompahgre National Forests, Colorado, *in* Bankey, V., ed., Resource Assessment and Geology of the Grand Mesa, Uncompahgre, and Gunnison National Forests and surrounding areas, Colorado: U.S. Geological Survey Professional Paper.

U.S. Bureau of Mines, 1937, Analyses of Colorado coals: U.S. Bureau of Mines Technical Paper 575, 327 p.

Hornbaker, A.L., Holt, R.D., and Murray, K.D., 1976, Summary of coal resources in Colorado, 1975: Colorado Geological Survey Special Publication 9, 17 p.

Landis, E.R., 1959, Coal Resources of Colorado: U.S. Geological Survey Bulletin 1072-C, p. 131–232.

Murray, D.K., 1981, Upper Cretaceous (Campanian) coal resources of western Colorado, *in* Epis, R.C. and Callender, J.F., eds., Western Slope Colorado: New Mexico Geological Society Guidebook, 32nd Field conference, p. 233–239.

## Yampa Coal Field

### Location

The field is located in parts of Moffat, Routt, and Rio Blanco Counties in northwestern Colorado. The field is located on the southern margin of the Sand Wash Basin, which is part of the Greater Green River Basin. The stratigraphy is closely related to rocks in the Piceance Basin.

### Stratigraphy

The first major reconnaissance report on coal in the Yampa coal field was published by Fenneman and Gale (1906). They introduced the term Mesaverde to the area and named the coal groups in what would later become the Iles and Williams Fork Formations. The geology, stratigraphy, and coal geology were studied in detail by Campbell (1923), Hancock (1925), and Bass and others (1955). A bibliography of the geology of the area was completed by Johnson and Brownfield (1984). Thicknesses of units are from Bass and others (1955) from measurements taken on the eastern side of the coal field.

**Table.**   Stratigraphy—Yampa coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Fort Union Formation | fluvial; coal | 1,400 |
| Lance Formation | fluvial; minor coal | 800-1,250 |
| Fox Hills Sandstone | nearshore marine | 250 |
| Lewis Shale | marine | 1,500 |
| Mesaverde Group | nearshore marine; coastal plain | |
|     Williams Fork Formation | major coal | 1,100-2,000 |
|     Iles Formation | minor coal | 1,500 |
| Mancos Shale | marine | 4,900 |

### Coal Deposits

Coal is present in the Cretaceous Iles, Williams Fork, and Lance Formations and in the Tertiary Fort Union Formation (Bass and others, 1955). The main coal groups were named the lower, middle, and upper by Fenneman and Gale (1906). The lower coal group is in the Iles, and the middle and upper coal groups are in the Williams Fork. The most economically important coal is restricted to the middle and upper groups. Thick beds are present in the Fort Union but are not currently being mined.

*Upper Coal Group.*—The upper coal group consists of about nine coal zones, in ascending order K–S, in a succession of strata from 200 to 850 ft thick (Bass and others, 1955; Johnson and others, chap. P, this CD-ROM).

*Middle Coal Group.*—In outcrops on the eastern side of the field, Bass and others (1955) defined three coal beds within the middle coal group; in ascending order, Wolf Creek, Wadge, and Lennox. On the western side of the field, subsurface studies indicate that there are more than six major zones named A through H within a succession of strata as thick as 1,000 ft (Johnson and Brownfield, 1988).

### Coal Quality

Most coal beds in the lower and middle coal groups have apparent ranks of high-volatile bituminous C, and coals in the upper coal group are subbituminous A (Hornbaker and others, 1976). Coal in the Lance and Fort Union are thought to be subbituminous B

BLM_0104897

and C (Murray, 1981). The following table gives averages for the Cretaceous coal-bearing units in the field from Murray (1981). Within the Williams Fork Formation, the middle coal group has ash contents that range from 3.0 to 20.2 percent and sulfur contents that range from 0.3 to 0.9 percent; the upper coal group has ash contents that range from 4.1 to 6.5 percent and sulfur contents that range from 0.5 to 0.7 percent.

**Table.**  Coal in Lance Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 4.1-17.2 | 0.5-0.7 | 9,660-9,720 |

**Table.**  Coal in Williams Fork Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 3.0-20.3 | 0.3-1.8 | 9,800-12,440 |

**Table.**  Coal in Iles Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 4.3-11.3 | 0.3-0.9 | 11,090-12,560 |

## Resources

Total original resources for all coal-bearing units, ranging in rank from subbituminous C to high-volatile bituminous B, in areas with less than 6,000 ft of overburden equal about 58 billion short tons (Hornbaker and others, 1976). Landis (1959) estimated about 24 billion short tons of coal for beds in areas under less than 3,000 ft of overburden.

## Production History

More than 70 coal mines produced coal historically from the Yampa field (Hornbaker and others, 1976). Numerous small mines produced from the lower coal group of the Iles, mainly in the Oak Creek area (Bass and others, 1955). Mines have produced from surface and underground operations in the middle and upper coal group since the early 1900's (Fenneman and Gale, 1906).

## References

Bass, N.W., Eby, J.B., and Campbell, M.R., 1955, Geology and mineral fuels of parts of Routt and Moffat Counties, Colorado: U.S. Geological Survey Bulletin 1027-D, p. 143–250.

Campbell, M.R., 1923, The Twentymile Park district of the Yampa coal field, Routt County, Colorado: U.S. Geological Survey Bulletin 748, 82 p.

Fenneman, N.M., and Gale, H.S., 1906, The Yampa coal field, Routt County, Colorado: U.S. Geological Survey Bulletin 297, 96 p.

BLM_0104898

**B32      Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

Hancock, E.T., 1925, Geology and coal resources of the Axial and Monument Butte quadrangles, Moffat County, Colorado: U.S. Geological Survey Bulletin 757, 134 p.

Hornbaker, A.L., Holt, R.D., and Murray, D.K., 1976, 1975 summary of coal resources in Colorado: Colorado Geological Survey Special Publication No. 9, 17 p.

Johnson, E.A., and Brownfield, M.E., 1984, Selected references on the geology of the Yampa coal field and Sand Wash Basin, Moffat, Routt, and Rio Blanco Counties, Colorado: U.S. Geological Survey Open-File Report 84-769, 42 p.

Johnson, E.A., and Brownfield, M.E., 1988, Regional correlation of the middle coal group of the Upper Cretaceous Mesaverde Group, Yampa coal field, Moffat and Routt Counties, Colorado: U.S. Geological Survey Coal Investigations Map C-123.

Landis, E.R., 1959, Coal resources of Colorado: U.S. Geological Survey Bulletin 1072-C, p. 131–232.

Murray, D.K., 1981, Upper Cretaceous (Campanian) coal resources of western Colorado, *in* Epis, R.C. and Callender, J.F., eds., Western Slope Colorado: New Mexico Geological Society Guidebook, 32nd Field conference, p. 233–239.

**A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**    B33

## New Mexico

### Barker Creek Coal Field

#### Location

The Barker Creek field is located in San Juan County in northwestern New Mexico and extends from the Colorado/New Mexico State line to the line between T. 30 N. and T. 31 N. (Hoffman, 1996) where the dip of the strata steepens near the Hogback monocline.

#### Stratigraphy

The area was mapped and the stratigraphy and coal geology were studied by Hayes and Zapp (1955), who provided thickness data for the northern part of the area. All units thicken to the south.

**Table.**   Stratigraphy—Barker Creek coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Cliff House Sandstone | nearshore marine | 350 |
| Menefee Formation | | |
| upper | coastal plain; major coal | 250 |
| middle | alluvial plain | 280 |
| lower | coastal plain; major coal | 100 |
| Point Lookout Sandstone | nearshore marine | <350 |

#### Coal Deposits

Hayes and Zapp (1955) recognized lower and upper coal zones. Composite thicknesses are as much as 17.3 ft for the lower zone and as much as 19.2 ft for the upper zone as reported by Shomaker (1971).

#### Coal Quality

The apparent rank of these coals is high-volatile bituminous C. The average sulfur content is 0.9 percent, and the average ash content is about 7 percent (Hoffman, 1996).

**Table.**   Coal in Menefee Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 7.03 | 0.9 | 11,497 |
| Standard deviation | 4.06 | 0 | 689 |
| Number of analyses | 3 | 1 | 3 |

**B34      Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

## Resources

Hoffman (1996) reported a demonstrated resource of about 20 million short tons for the lower zone and a resource of 48 million short tons for the upper coal zone (within 200 ft of the surface and greater than 2.33 ft thick). Hayes and Zapp (1955) provided a more detailed breakdown of the resource in the Menefee by township and range in categories greater than 1.2 ft thick to a depth of 3,000 ft of overburden.

## Production History

The area had one mine and a few prospect pits in the years between 1882 and 1905 (Nickelson, 1988).

## References

Hayes, P.T., and Zapp, A.D., 1955, Geology and fuel resources of the Upper Cretaceous rocks of the Barker dome–Fruitland area, San Juan County, New Mexico: U.S. Geological Survey Oil and Gas Investigations Map OM-144, scale 1:62,500.

Hoffman, Gretchen K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Shomaker, J.W., 1971, Mesa Verde, Durango, and Barker Creek Mesaverde areas, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico State Bureau of Mines and Mineral Resources Memoir 25, p. 45–46.

## Bisti Coal Field

### Location

The Bisti field is located in San Juan County, northwestern New Mexico. The field extends from the boundary of the Navajo Indian Reservation on the west to the boundary between R. 8 W. and R. 9 W. on the east (Shomaker, 1971). The Bisti and De-Na-Zin Wilderness areas are located within the field.

### Stratigraphy

The first detailed study of the stratigraphy and coal geology of the field was by Bauer and Reeside (1921). The thickest coals are in the Fruitland Formation. Thickness of the Pictured Cliffs Sandstone was measured at Meyers Creek and Escavada Wash; the Fruitland thickness is from the Meyers Creek area; and the Kirtland Shale thickness is from Escavada Wash (Bauer and Reeside, 1921).

**Table.**  Stratigraphy—Bisti coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Kirtland Shale | alluvial plain | 700 |
| Fruitland Formation | coastal plain; major coal | 196 |
| Pictured Cliffs Sandstone | nearshore marine | 70-91 |

### Coal Deposits

There are three main beds (zones)—named lower, middle, and upper—in the lower 150 ft of the Fruitland in the Bisti area (Shomaker, 1971, fig. 50). Within a four-quadrangle (7.5') area within the Bisti field, four recognizable coal zones are present. In ascending order, they are the red, green, blue, and yellow (Hoffman and Jones, 1998). These coals were first named by Conpaso for that company's Burnham mine area (G.K. Hoffman, New Mexico Bureau of Mines and Economic Geology, written commun., 1999). The thickest coals are 3.9 to 32.0 ft thick (Shomaker, 1971, based in part on Bauer and Reeside, 1921).

### Coal Quality

The coal is subbituminous in rank, and is relatively high in ash (10.1–35.1 percent as-received) and low in sulfur content (0.3–0.8 percent as-received) (Shomaker, 1971, table 11). Average ash, sulfur, and heat contents in the following table are from Hoffman (1996).

**Table.**  Coal in Fruitland Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 19.29 | 0.52 | 8,754 |
| Standard deviation | 5.42 | 0.09 | 883 |
| Number of analyses | 44 | 44 | 44 |

BLM_0104902

**B36** **Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

### Resources

The Fruitland Formation in the Bisti area is estimated to contain about 1,870 million short tons of coal under less than 250 ft of overburden (Shomaker, 1971). A coal-availability study of a four-quadrangle area within the field demonstrates that there is about 5.1 billion shorts tons of coal present in four zones, and, of that amount, about 60 percent is available for mining consideration (Hoffman and Jones, 1998).

### Production History

The field has had a number of leases and permits issued since 1961. Two mines, the De-Na-Zin and the Gateway have operated in the area but became inactive in 1988 (Hoffman, 1996). The De-Na-Zin mine had peak production of about 230,000 short tons of coal in 1982 (Nickelson, 1988).

### References

Bauer, C.M., and Reeside, J.B., Jr., 1921, Coal in the middle and eastern parts of San Juan County, New Mexico: U.S. Geological Survey Bulletin 716-G, p. 155–237.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Hoffman, G.K., and Jones, G.E., 1998, Availability of coal resources in the Fruitland Formation, San Juan Basin, northwest New Mexico: New Mexico Bureau of Mines and Mineral Resources Open File Report 438, 15 p.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Shomaker., J.W., 1971, Bisti Fruitland field, in Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 110–117.

## Chaco Canyon Coal Field

### Location

The field is located in San Juan and McKinley Counties, New Mexico, in the southern part of the San Juan Basin. The southern edge of the field is defined by the limit of upper Menefee Formation coal outcrops, which are just below the overlying Cliff House Sandstone (Lease, 1971). The western boundary is the edge of the Navajo Indian Reservation coincident with the west edge of R. 13 W. The eastern boundary is shared by the Chacra Mesa coal field at the west edge of R. 8 W. The field has two subareas, from west to east: La Vida mission and Chaco Canyon (encompassing Chaco Culture National Historic Park).

### Stratigraphy

The eastern part of the area was first mapped in detail by Dane (1936), and the Chaco Canyon area was later mapped in detail by Scott and others (1984). Subsurface mapping of the coal in the La Vida Mission area is shown by Lease (1971, fig. 21). The coals are in the upper coal member of the Menefee Formation, which changes facies into the La Ventana Tongue of the Cliff House Sandstone to the east. Coals are also present in the subsurface in the Cleary Coal Member of the Menefee (called Gibson Coal Member of the Mesaverde Formation by Dane, 1936). Thickness of the Cliff House Sandstone is from Dane (1936); thickness of the Menefee is from Scott and others (1984).

**Table.** Stratigraphy—Chaco Canyon coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Cliff House Sandstone | nearshore marine; coastal plain; minor coal | 340+ |
| Menefee Formation | | 1,500 |
| upper coal member | coastal plain; coal | |
| Allison Member | alluvial plain | |
| Cleary Coal Member | coastal plain; coal | |

### Coal Deposits

Coals in the field are as thick as 6.5 ft in the Chaco and La Vida Mission areas (Lease, 1971). In the La Vida Mission subarea, a pod of coal greater than 6 ft thick extends across parts of four sections under less than 150 ft of overburden (Lease, 1971, fig. 21)

### Coal Quality

The upper-member coals are subbituminous A in apparent rank (Hoffman, 1996). The following table is from Hoffman (1996).

**Table.** Coal in upper coal member.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 7.88 | 1.63 | 10,210 |
| Standard deviation | 2.00 | 1.13 | 17 |
| Number of analyses | 4 | 4 | 4 |

BLM_0104904

**B38      Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

## Resources

The Chaco Canyon field contains about 16 million short tons of coal in beds greater than 2.5 ft thick and within 200 ft of the surface (Hoffman, 1996; also see Lease, 1971). The field also contains an additional 83 million short tons of underground resource; 51 million short tons in the upper coal member and 32 million short tons in the Cleary Coal Member (Hoffman, 1996).

## Production History

The Chaco Canyon field contained two small mines that operated sometime between 1900 and the 1920's (Nickelson, 1988).

## References

Dane, C.H., 1936, The La Ventana–Chacra Mesa coal field, *in* Sears, J.D., Hunt, C.B., and Dane, C.H., eds., Geology and Fuel Resources of the Southern Part of the San Juan Basin: U.S. Geological Survey Bulletin 860-C, p. 81–166.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Lease, R.C., 1971, Chaco Canyon upper Menefee area, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 52–56.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Scott, G.R., O'Sullivan, R.B. and Weide, D.L. 1984, Geologic map of the Chaco Culture National Historical Park, northwestern New Mexico: U.S. Geological Survey Miscellaneous Investigations Map I-1571.

BLM_0104905

## Chacra Mesa Coal Field

### Location

The field is located in McKinley and Sandoval Counties, New Mexico, in the southern part of the San Juan Basin. The southern edge of the field is defined by the limit of upper Menefee Formation coal outcrops, which are just below the overlying Cliff House Sandstone (Speer, 1971). The western boundary is the Chaco Canyon coal field. The eastern boundary is shared with the La Ventana field at R. 3 W.

### Stratigraphy

The areas were first mapped in detail by Dane (1936). The coals are in the upper coal member of the Menefee Formation, which changes facies into the La Ventana Tongue of the Cliff House Sandstone to the east, and coals are present in the subsurface in the Cleary Coal Member of the Menefee (called upper part of the Gibson Coal Member of the Mesaverde Formation by Dane). Minor coals are present in the Cliff House (Speer, 1971). The thickness of the Cliff House Sandstone is from Dane (1936). The thicknesses of the Menefee units are from Tabet and Frost (1979).

**Table.**  Stratigraphy—Chacra Mesa coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Cliff House Sandstone | nearshore marine; coastal plain; minor coal | 360 |
| Menefee Formation | | |
| upper coal member | coastal plain; coal | 650 |
| Allison Member | alluvial plain | 400-550 |
| Cleary Coal Member | coastal plain; coal | 200-300 |

### Coal Deposits

The coals are as thick as 13.7 ft in the Chacra Mesa field, but they are generally less than 6 ft thick (Tabet and Frost, 1979). The maximum thickness observed on outcrop was 3.8 ft (Speer, 1971).

### Coal Quality

The Cleary and upper-member coals are subbituminous A to high-volatile C bituminous in apparent rank. The following table is from Hoffman (1996) and is based on data collected in Roybal and others (1987, 1988).

**Table.**  Coal in upper coal member.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 9.69 | 0.72 | 10,207 |
| Standard deviation | 3.29 | 0.41 | 615 |
| Number of analyses | 14 | 14 | 14 |

**B40      Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

**Table.**  Coal in Cleary Coal Member.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 11.05 | 0.45 | 10,898 |
| Standard deviation | 2.57 | 0.11 | 1,605 |
| Number of analyses | 2 | 2 | 2 |

## Resources

The Chacra Mesa field contains an estimated 269 million short tons of demonstrated underground resources (Hoffman, 1996).

## Production History

Four small mines operated in the field between 1933 and 1958 (Nickelson, 1988).

## References

Dane, C.H., 1936, The La Ventana–Chacra Mesa coal field, *in* Sears, J.D., Hunt, C.B. and Dane, C.H., eds., Geology and Fuel Resources of the Southern Part of the San Juan Basin: U.S. Geological Survey Bulletin 860-C, p 81–166.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Roybal, G.H., Campbell, F.W., Beaumont, E.C., Cohen, A.D., Kuellmer, F.J., Kottowski, F.E., and Cook, K., 1987, Quality assessment of strippable coals in New Mexico, Year 2, Phase II, Fruitland and Menefee and Crevasse Canyon Formation coals in the San Juan Basin of northwestern New Mexico: New Mexico Research and Development Institute, Report 2-73-4331, 90 p.

Roybal, G.H., Campbell, F.W., Beaumont, E.C., Bellis, D., Kottlowski, F.E., and Cohen, A.D., 1988, Quality assessment of strippable coals in New Mexico, Year 3, Phase II, Menefee and Crevasse Canyon and Moreno Hill Formation coals in the San Juan Basin of northwestern New Mexico and the Salt Lake coal field: New Mexico Research and Development Institute, Report 2-76-5310, 100 p.

Speer, W.R., 1971, Chacra Mesa Menefee area, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds. Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 56–64.

Tabet, D.E., and Frost, S.J., 1979, environmental characteristics of Menefee coals in the Torreon Wash area, New Mexico: New Mexico Bureau of Mines and Mineral Resources Open-File Report 102, 134 p.

BLM_0104907

## Crownpoint Coal Field

### Location

The Crownpoint coal field is located on the south side of the San Juan Basin in McKinley County, New Mexico. The Crownpoint field encompasses the outcrops of the Crevasse Canyon Formation from the northeastern edge of the Gallup field to the west edge of the San Mateo field.

### Stratigraphy

The first comprehensive study of the coal geology and stratigraphy was by Sears (1934). The Gibson Coal Member of the Crevasse Canyon Formation was studied in the subsurface by Campbell and Roybal (1987) and Hoffman (1993). Thicknesses of units are from Sears (1934, text and plate 1).

**Table.**  Stratigraphy—Crownpoint coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Crevasse Canyon Formation | | |
| Gibson Coal Member | coastal plain; major coal | 140-300 |
| Bartlett Barren Member | alluvial plain | 0-270 |
| Dalton Sandstone Member | nearshore marine | 180 |
| Mancos Shale | | |
| Mulatto Tongue | marine | 0-220 |
| Crevasse Canyon Formation | | |
| Dilco Coal Member | coastal plain; coal | 148-200 |
| Gallup Sandstone | nearshore marine; coastal plain; coal | 80-320 |

### Coal Deposits

Numerous thin beds are present in the Dilco Coal Member of the Crevasse Canyon Formation and Gallup Sandstone (Sears, 1934). The thickest coals are in the Gibson Coal Member of the Crevasse Canyon Formation. Within the Gibson, coals are as thick as 12 ft on outcrop (Sears, 1934, plate 13). In the subsurface, the Gibson coals are in zones of 3 to 13 beds, and individual beds are as thick as 6 ft (Campbell and Roybal, 1987; Hoffman, 1993).

### Coal Quality

The Gibson coals are subbituminous B–A and average about 12 percent ash and about 1.4 percent sulfur on an as-received basis (Hoffman, 1996). The table below is from Hoffman (1996).

**Table.**  Coal in Gibson Coal Member.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 11.95 | 1.44 | 10.037 |
| Standard deviation | 5.29 | 0.73 | 923 |
| Number of analyses | 13 | 13 | 13 |

BLM_0104908

### Resources

The Gibson Coal Member contains about 663 million short tons of demonstrated resources in areas with less than 200 ft of overburden (Hoffman, 1996). The Gibson may contain as much as 15 million short tons of strippable coal (Shomaker, 1971).

### Production History

Eleven mines or prospects operated in the coal field between 1918 and 1963 (Nickelson, 1988).

### References

Campbell, F.W., and Roybal, G.H., 1987, Characterization of New Mexico coals, Menefee and Crevasse Canyon Formations, in Roybal, G.H., Anderson, O.J., and Beaumont, E.C., eds., Coal Deposits and Facies Changes Along the Southwestern Margin of the Late Cretaceous Seaway, West-Central New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 121, p. 41–48.

Hoffman, G.K., 1993, Description of coal-bearing sequences, in Hoffman, G.K., Campbell, F.W., and Beaumont, E.C., eds., Quality Assessment of Strippable Coals in Northwestern New Mexico: Fruitland, Menefee, and Crevasse Canyon Formation Coals in the San Juan Basin, and Moreno Hill Formation Coals in Salt Lake Field: New Mexico Bureau of Mines and Mineral Resources Bulletin 141, p. 17–53.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Sears, J.D., 1934, The coal field from Gallup eastward toward Mount Taylor field, in Sears, J.D., Hunt, C.B., and Dane, C.H., eds., Geology and Fuel Resources of the Southern Part of the San Juan Basin: U.S. Geological Survey Bulletin 860-A, p. 1–29.

Shomaker, J.W., 1971, Crownpoint Crevasse Canyon area, in Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 81–87.

## Datil Mountains Coal Field

### Location

The Datil Mountains coal field is located on the southeastern edge of the Colorado Plateau in Catron, Cibola, and Socorro Counties, New Mexico.

### Stratigraphy

An early study of the coal geology was by D.E. Winchester of the USGS, but this work was never published according to Pike (1947). Winchester (1920) did place the coal into a stratigraphic context and called the coal-bearing unit the Chamiso Formation. The stratigraphy in current usage was worked out by Pike (1947) and modified by Maxwell (1976). Coal is present in the Dilco Coal Member of the Crevasse Canyon Formation (Frost and others, 1979).

**Table.**  Stratigraphy—Datil Mountains coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Mancos Shale (Mulatto Tongue) | marine | 100 |
| Crevasse Canyon Formation (part) | | |
| Dilco Coal Member | coastal plain; coal | 173 |
| Gallup Sandstone | nearshore marine | 27 |

### Coal Deposits

Most coal beds are generally less than 3 ft thick (Hoffman, 1996) but can be as thick as 4.5 ft (Frost and others, 1979).

### Coal Quality

The coal in this field has an average apparent rank of subbituminous A; average ash content is about 13 percent, and average sulfur is about 0.7 percent on an as-received basis (Hoffman, 1996).

**Table.**  Coal in Dilco Coal Member.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 12.84 | 0.72 | 11,465 |
| Standard deviation | 6.34 | 0.54 | 869 |
| Number of analyses | 10 | 10 | 10 |

BLM_0104910

### Resources

About 47 million short tons of coal are estimated for the field by Hoffman (1996), who incorporated both new data and data collected by Frost and others (1979) and Osburn (1982).

### Production History

Five small mines operated between about 1917 and 1940 (Frost and others, 1979).

### References

Frost, S.J., Tabet, D.E., and Campbell, F.W., 1979, Coal exploratory drilling in the Datil Mountains coal field: New Mexico Bureau of Mines and Mineral Resources Open-File Report 111, 49 p.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Maxwell, C.H., 1976, Stratigraphy and structure of the Acoma region, New Mexico: New Mexico Geological Society Special Publication 6, p. 95–101.

Osburn, J.C., 1982, Geology and coal resources of three quadrangles in the central Datil Mountains coal field, Socorro County, New Mexico: New Mexico Bureau of Mines and Mineral Resources Open-File Report 164, 82 p.

Pike, W.S., Jr., 1947, Intertonguing marine and nonmarine Upper Cretaceous deposits of New Mexico, Arizona and southwestern Colorado: Geological Society of America Memoir 24, 103 p.

Winchester, D.E., 1920, Geology of Alamosa Creek Valley, Socorro County, New Mexico, with special reference to the occurrence of oil and gas, *in* White, D., and Campbell, M.R., eds. [1921], Contributions to Economic Geology 1920, U.S. Geological Survey Bulletin 716, p. 1–15.

BLM_0104911

## Fruitland Coal Field

### Location

This coal field is located in San Juan County in northwestern New Mexico and encompasses the outcrops of the Fruitland Formation between the New Mexico–Colorado State line and the San Juan River. The field history is summarized by Beaumont (1971), Nickelson (1988), and Hoffman (1996).

### Stratigraphy

The main coal deposits are in the Upper Cretaceous Fruitland Formation. Thicknesses of units are from Hayes and Zapp (1955) and Roberts (1991).

**Table.** Stratigraphy—Fruitland coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Kirtland Shale | alluvial plain | 1,160 |
| Fruitland Formation | coastal plain; major coal | 240-380 |
| Pictured Cliffs Sandstone | nearshore marine | 235-380 |

### Coal Deposits

Coal studies in the area include Bauer and Reeside (1921), Hayes and Zapp (1955), Shomaker and Holt (1973), and Roberts (1991). Important coal beds in the Fruitland include, in ascending order: the Main bed or lower split, Upper Main or upper split; Main bed or Carbonero bed, and the Ute Canyon or upper bed. The Main coal is located stratigraphically near the top of the underlying Pictured Cliffs Sandstone and ranges in thickness from about 14 ft, near the San Juan River, to about 30 ft thick at the La Plata mine (Nickelson, 1988).

### Coal Quality

Coals of the Fruitland coal field are calculated to have an apparent rank of high-volatile C and B bituminous (see discussion by Beaumont, 1971, p. 107). Average analyses of the coal are summarized from Hoffman (1996).

**Table.** Coal in Fruitland Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 17.95 | 0.8 | 9,786 |
| Standard deviation | 5.69 | 0.3 | 1,954 |
| Number of analyses | 105 | 103 | 105 |

### Resources

Demonstrated strippable coal resources within the field are about 550 million short tons (defined as thicker than 2.33 ft and beneath less than 200 ft of overburden) (Hoffman, 1996). Underground resources (200–1,000 ft of overburden) equal 861 million short tons (Hoffman, 1996). An estimated 100 million short tons of coal are distributed in three major beds in the Ute Mountain Ute Indian Reservation under less than 500 ft of overburden (Roberts, 1991).

### Production History

Two mines presently operate within this coal field: the San Juan mine in the south part of the field and the La Plata mine in the north part of the field. These mines produce coal for the San Juan generating station. The La Plata mine produced an average of about 1.6 million short tons per year during a 5-year period between 1991 and 1995, and the San Juan mine produced an average of about 3.8 million short tons per year during the same period (G. Sullivan, written commun., 1997—compiled from Mine Safety and Health Administration data). The Ute Mountain Ute Tribal Nation owns coal that underlies an area of about 14.5 mi[2] between the two active mining operations. About 17 underground mines operated in the field between 1898–1972 (Nickelson, 1988).

### References

Bauer, C.M., and Reeside, J.B., Jr., 1921, Coal in the middle and eastern parts of San Juan County, New Mexico: U.S. Geological Survey Bulletin 716-G, p. 155–237.

Beaumont, E.C., 1971, Fruitland field, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 104–108.

Hayes, P.T., and Zapp, A.D., 1955, Geology and fuel resources of the Upper Cretaceous rocks of the Barker dome–Fruitland area, San Juan County, New Mexico: U.S. Geological Survey Oil and Gas Investigations Map OM-144, scale 1:62,500.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Roberts, L.N.R., 1991, Coal Resources of the Fruitland Formation in part of the Ute Mountain Ute Indian Reservation, San Juan County, Mew Mexico: U.S. Geological Survey Bulletin 1938, 15 p.

Shomaker, J.W., and Holt, R.D., 1973, Coal Resources of Southern Ute and Ute Mountain Ute Indian Reservations, Colorado and New Mexico: New Mexico State Bureau of Mines and Mineral Resources Circular 134, 22 p.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

BLM_0104913

## Gallup Coal Field

### Location

This field is located in McKinley County, New Mexico within a southwestern extension of the San Juan Basin called the Gallup sag (Lease and Shomaker, 1971). The town of Gallup is located within the field. The Gallup sag is bounded on the northwest by the Defiance uplift, and on the southeast by the Nutria monocline. The coal field is arbitrarily bounded on the south by the line between T. 11 N. and T. 12 N.

### Stratigraphy

The earliest substantial work on the coal and stratigraphy was by Sears (1925). Summaries of the coal field are provided by Lease and Shomaker (1971) and Hoffman (1996). A study of the relationship between the Gibson Coal Member of the Crevasse Canyon Formation and Cleary Coal Member of the Menefee Formation and interpretations of depositional environments is provided in Cavaroc and Flores (1984). Thicknesses of the Gibson Coal, Bartlett Barren, and Dilco Coal Members of the Crevasse Canyon and the Gallup Sandstone are from Sears (1925), based on his study of the Gallup and Zuni Basins. Thicknesses of the Point Lookout Sandstone and Cleary Coal Member are from Cavaroc and Flores (1984), and the thickness of the Dalton Sandstone Member of the Crevasse Canyon is from Sears and others (1941).

**Table.**   Stratigraphy—Gallup coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Menefee Formation | | |
|     Cleary Coal Member | coastal plain; major coal | 115 |
| Point Lookout Sandstone | nearshore marine | 0-65 |
| Crevasse Canyon Formation | | |
|     Gibson Coal Member | coastal plain; major coal | 150-175 |
|     Bartlett Barren Member | coastal and alluvial plain | 330-400 |
|     Dalton Sandstone Member | nearshore marine | 0-180 |
|     Dilco Coal Member | coastal plain; major coal | 240-300 |
| Gallup Sandstone | nearshore marine; minor coal | 180-250 |

### Coal Deposits

Thick coals are present in the Dilco and Gibson Members of the Crevasse Canyon Formation and Cleary Member of the Menefee Formation. The Black Diamond bed of Sears (1925, p. 28) is the most extensive in the Dilco Member. There are four other thick coal zones in the Dilco (Hoffman, 1996). The Gibson and Cleary (combined where the Point Lookout Sandstone is not present) contains four thick coal zones (Hoffman, 1996), and all of the coal produced from the McKinley mine is from these beds—in ascending order, the green, blue, fuchsia, and yellow beds (Wilson, 1977).

### Coal Quality

The apparent rank of the coals in the Dilco, Gibson, and Cleary Members are between high-volatile C bituminous and subbituminous A. The coals in the Cleary and Gibson average about 9 percent ash and contain about 0.5 percent sulfur; the Dilco coals contain about 9 percent ash and about 0.8 percent sulfur (Hoffman, 1996).

BLM_0104914

**B48**      **Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

**Table.**  Coal in Cleary and Gibson Coal Members.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 9.32 | 0.53 | 10,507 |
| Standard deviation | 4.56 | 0.13 | 0.13 |
| Number of analyses | 35 | 35 | 35 |

**Table.**  Coal in Dilco Coal Member.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 9.08 | 0.76 | 10,343 |
| Standard deviation | 5.59 | 0.32 | 3,220 |
| Number of analyses | 14 | 14 | 13 |

## Resources

Remaining demonstrated coal resources in the Cleary and Gibson to a depth of 200 ft equal 449 million short tons. Demonstrated coal resources in the Dilco under less than 200 ft of overburden equal 161 million short tons (Hoffman, 1996).

## Production History

Coal was produced historically from more than 85 mines in the Gallup coal field from the Dilco, Gibson and Cleary Members and from the Gallup Sandstone (Nickelson, 1988). At present, only the McKinley mine produces significant amounts of coal from strip pits in the western part of the field. The McKinley mine is located about 20 mi northwest of Gallup and has produced an average of 5.8 million short tons of coal per year over the period between 1991–1995 (G. Sullivan, written commun., 1997—compiled from Mine Safety and Health Administration data).

## References

Cavaroc, V.V., and Flores, R.M., 1984, Lithologic relationships of the Upper Cretaceous Gibson-Cleary stratigraphic interval: Gallup coal field, New Mexico, U.S.A., *in* Rahmani, R.A., and Flores, R.M., eds., Sedimentology of Coal and Coal-Bearing Sequences: International Association of Sedimentologists Special Publication 7, p. 197–216.

Lease, R.C., and Shomaker, J.W., 1971, Gallup Mesaverde field, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 36–56.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Sears, J.D., 1925, Geology and coal resources of the Gallup-Zuni Basin, New Mexico: U.S. Geological Survey Bulletin 767, 53 p.

Sears, J.D., Hunt, C.B., and Hendricks, T.A., 1941, Transgressive and regressive Cretaceous deposits in southern San Juan Basin, New Mexico: U.S. Geological Survey Professional Paper 193-F, p. 101–121.

Wilson, J.C., 1977, The McKinley mine, *in* Fassett, J.E., ed., Guidebook of San Juan Basin III Northwestern New Mexico: New Mexico Geological Society 28th Field Conference, p. 253–255.

## Hogback Coal Field

### Location

The Hogback field is located in northwest New Mexico on the flank of the San Juan Basin in San Juan County. The field extends along the structure of the Hogback monocline from about T. 30 N. south to T. 26 N.

### Stratigraphy

The coal geology of the northern part of the area was studied by Hayes and Zapp (1955), who provided thicknesses as measured at San Juan River exposures.

**Table.** Stratigraphy—Hogback coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Cliff House Sandstone | nearshore marine | 750 |
| Menefee Formation | | 1,000 |
| upper | coastal plain; major coal | |
| middle | alluvial plain | |
| lower | coastal plain; major coal | |
| Point Lookout Sandstone | nearshore marine | 350 |

### Coal Deposits

Coal is in the lower and upper zones of the Menefee Formation. The lower zone is poorly developed in the area but has a maximum aggregate coal thickness of 11.3 ft, and the upper zone contains as many as 10 individual beds with total coal as thick as 38.2 ft (Lease, 1971).

### Coal Quality

The average apparent rank of the coals in the Hogback field is high-volatile C bituminous; the average ash content is about 16 percent and the average sulfur content is about 0.7 percent on an as-received basis (Hoffman, 1996).

**Table.** Coal in Menefee Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 15.68 | 0.7 | 10,053 |
| Standard deviation | 11.08 | 0.2 | 1,533 |
| Number of analyses | 3 | 3 | 3 |

**B50     Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

### Resources

The field is estimated to have about 45 million short tons of coal in areas where the overburden is less than 200 ft; however, these resources may not be recoverable because of the steep dips of the strata (Lease, 1971; Hoffman, 1996).

### Production History

The Hogback field was mined between 1907 and 1976. More than 17 separate mines operated in the area until 1976. The largest, Hogback No. 13, produced less than 100,000 short tons during its lifetime (Nickelson, 1988).

### References

Hayes, P.T., and Zapp, A.D., 1955, Geology and fuel resources of the Upper Cretaceous rocks of the Barker dome–Fruitland area, San Juan County, New Mexico: U.S. Geological Survey Oil and Gas Investigations Map OM-144, scale 1:62,500.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Lease, R.C., 1971, Hogback Upper Menefee area, *in* Shomaker, J.W., Beaumont, E.C. and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico State Bureau of Mines and Mineral Resources Memoir 25, p. 47.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

## La Ventana Coal Field

### Location

This coal field is located in Sandoval County, New Mexico, on the southeastern edge of the San Juan Basin.

### Stratigraphy

The first comprehensive study of the geology and the coal deposits of this coal field was by Dane (1936), and the complex intertonguing of the units was worked out by Beaumont and Hoffman (1992). The most up-to-date study of the area, concentrating on subsurface geology, is by Beaumont and Hoffman (1992), who show a maximum thickness of about 950 ft for the La Ventana. The thickness of the La Ventana Tongue given in the table below is based on Dane (1936, p.108). Thickness of the Menefee is also derived from Dane (1936), and is in good agreement with subsurface measurements reported by Beaumont and Hoffman (1992, fig. 4). The thickness of the Point Lookout is from a sandstone measured and referred to by Dane (1936, p.99) as the Hosta sandstone member of the Mesaverde Formation.

**Table.** Stratigraphy—La Ventana coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Cliff House Sandstone | | |
|     La Ventana Tongue | nearshore marine | 650-1,256 |
| Menefee Formation | | 667 |
|     upper coal member | coastal plain; coal | |
|     Allison Barren | | |
|       Member | alluvial plain | |
|     Cleary Coal Member | coastal plain; coal | |
| Point Lookout Sandstone | nearshore marine | 84 |

### Coal Deposits

Coal as thick as 8.5 ft is present mainly in the upper coal member of the Menefee Formation (Hoffman, 1993).

### Coal Quality

The coals of the Cleary Coal Member of the Menefee Formation and the upper member are subbituminous in rank (Hoffman, 1996). Coals in the Cleary average about 11 percent ash and about 1 percent sulfur (as-received), and coals in the upper member average about 8 percent ash and about 1.4 percent sulfur (Hoffman, 1996).

**Table.** Coal in upper coal member.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 8.14 | 1.36 | 10,171 |
| Standard deviation | 4.34 | 0.55 | 696 |
| Number of analyses | 20 | 20 | 20 |

BLM_0104918

**Table.** Coal in Cleary Coal Member.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 11.06 | 1.01 | 10,400 |
| Standard deviation | 3.31 | 0.62 | 620 |
| Number of analyses | 28 | 20 | 27 |

## Resources

The upper coal member has about 130 million short tons of demonstrated resources with about 75 million short tons having less than 200 ft of overburden (Hoffman, 1996).

## Production History

About 36 mines were operating in the La Ventana field between 1884 and 1984 (Nickelson, 1988; Hoffman, 1996).

## References

Beaumont, E.C., and Hoffman, G.K., 1992, Interrelationships between the upper coal member of the Menefee Formation, the La Ventana Tongue, and the Lewis Shale in the southeastern San Juan Basin, New Mexico, *in* Lucas, S.G., Kues, B.S., Williamson, T.E., and Hunt, A.P., eds., San Juan Basin IV: New Mexico Geological Society Guidebook, 43rd Field Conference, p. 207–216.

Dane, C.H., 1936, The La Ventana–Chacra Mesa coal field, *in* Sears, J.D., Hunt, C.B., and Dane, C.H., eds., Geology and Fuel Resources of the Southern Part of the San Juan Basin: U.S. Geological Survey Bulletin 860-C, p 81–166.

Hoffman, G.K., 1993, Description of coal-bearing sequences, *in* Hoffman, G.K., Campbell, F.W., and Beaumont, E.C., eds., Quality Assessment of Strippable Coals in Northwestern New Mexico: Fruitland, Menefee, and Crevasse Canyon Formation Coals in the San Juan Basin, and Moreno Hill Formation Coals in Salt Lake Field: New Mexico Bureau of Mines and Mineral Resources Bulletin 141, p.17–49.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

## Monero Coal Field

### Location

The Monero coal field is located in Rio Arriba County and a small portion extends into Sandoval County in north-central New Mexico. The field is structurally situated on the northeastern margin of the San Juan Basin.

### Stratigraphy

A reconnaissance study of the coal was completed by Gardner (1909); however, the earliest detailed geology of the area was by Dane (1948) and the most recent work is by Hoffman (1991). Thicknesses of units are from Hoffman (1991), except for the Mancos Shale which is from Dane (1948).

**Table.** Stratigraphy—Monero coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Mesaverde Group | | |
|   Cliff House | | |
|     Sandstone | nearshore marine | 125 |
|   Menefee Formation | coastal plain; coal | 0-110 |
|   Point Lookout | | |
|     Sandstone | nearshore marine | 65-200 |
| Mancos Shale | marine shale | 2,060 |

### Coal Deposits

Individual coal beds attain a maximum thickness of about 5 ft (Hoffman, 1991, fig. 8).

### Coal Quality

The coals are high-volatile bituminous C to A in apparent rank, average about 10 percent ash, and have about 1.8 percent sulfur on an as-received basis (Hoffman, 1991).

**Table.** Coal in Menefee Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 10.16 | 1.85 | 12,373 |
| Standard deviation | 3.10 | 1.01 | 963 |
| Number of analyses | 14 | 14 | 13 |

BLM_0104920

### Resources

Only about 8 million short tons of demonstrated resource is estimated for this field in areas under less than 200 ft of overburden (Hoffman, 1996); the estimated original resource is 17 million short tons (Hoffman, 1991).

### Production History

About 40 mines operated in the field between 1882–1963, producing 1.6 million short tons of coal (Hoffman, 1991).

### References

Dane, C.H., 1948, Geologic map of part of eastern San Juan basin, Rio Arriba County, New Mexico: U.S. Geological Survey Oil and Gas Investigations Preliminary Map 78, 1 sheet.

Gardner, J.H., 1909, The coal field between Gallup and San Mateo, New Mexico, *in* Campbell, M.R., ed., Contributions to Economic Geology 1907: U.S. Geological Survey Bulletin 341, p. 364–378.

Hoffman, G.K., 1991, Geology and quality of Menefee Formation coals, Monero coal field, Rio Arriba County, New Mexico: New Geology, v. 13, no. 1, p. 1–21.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

## Mount Taylor Coal Field

### Location

This coal field is located on the south and east side of the Mount Taylor volcanic complex in McKinley, Sandoval, and Cibola Counties, New Mexico. The original usage of the name Mount Taylor by Hunt (1936) also encompasses several other fields (see San Mateo and Rio Puerco fields). Much of the coal in the field is overlain by lava flows associated with Mount Taylor.

### Stratigraphy

The first detailed mapping of the geology was completed by Hunt (1936) And the latest compilation of the geology and coal resources is by Dillinger (1989, 1990). Thicknesses of the units are from a compilation by Dillinger (1990).

**Table.** Stratigraphy—Mount Taylor coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Crevasse Canyon Formation | | |
| Gibson Coal Member | coastal plain; minor coal | 64-492 |
| Dalton Sandstone | | |
| Member | nearshore marine | 40-213 |
| Mancos Shale | | |
| Mulatto Tongue | marine shale | 60-400 |
| Crevasse Canyon Formation | | |
| Dilco Coal Member | coastal plain; minor coal | 80-200 |

### Coal Deposits

Coals are present in the Gibson Coal and Dilco Coal Members of the Crevasse Canyon Formation in the southern Mount Taylor field and only in the Gibson in the eastern part of the Mount Taylor field. The beds are between 2.5 and 7.0 ft thick and are lenticular in nature (Kottlowski and Parkhill, 1971; Hoffman, 1996). Discontinuous coal beds in the eastern part of the Mount Taylor field are as thick as 6.5 ft (Kottlowski and others, 1971).

### Coal Quality

The coal is subbituminous A to high-volatile C bituminous (Kottlowski and Parkhill, 1971; Hoffman, 1996). The Gibson and Dilco coals have a sulfur content of about 0.6 percent and an ash content of about 6 percent based on only a few analyses (Hoffman, 1996).

### Resources

In the southern Mount Taylor field, the Gibson contains about 14 million short tons of coal under less than 200 ft of overburden (Hoffman, 1996); the member contains about 37 million short tons under less than 1,000 ft of overburden and in beds greater than 3.5 ft thick (Dillinger, 1989). The Dilco contains no resources in beds greater than 3.5 ft thick (Dillinger, 1989). No strippable coal is reported from the eastern Mount Taylor field (Kottlowski and others, 1971).

BLM_0104922

## Production History

The East Mount Taylor coal field had four mines or prospects in operation between 1924 and 1954, and the area showed some potential in the 1960's; however, exploration drilling showed insufficient coal to allow further development (Nickelson, 1988).

## References

Dillinger, J.K., 1989, Coal resources maps of the Grants 30'x60' quadrangle, west-central New Mexico: U.S. Geological Survey Coal Investigations Map C118-B, scale 1:100,000.

Dillinger, J.K., 1990, Geologic map of the Grants 30'x60' quadrangle, west-central New Mexico: U.S. Geological Survey Coal Investigations Map C118-A, scale 1:100,000.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Hunt, C.B., 1936, The Mount Taylor coal field, in Sears, J.D., Hunt, C.B., and Dane, C.H., eds., Geology and Fuel Resources of the Southern Part of the San Juan Basin: U.S. Geological Survey Bulletin 860-B, p. 31–80.

Kottlowski, F.E., and Parkhill, T.A., 1971, South Mount Taylor Crevasse Canyon area, in Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 87–89.

Kottlowski, F.E., Beaumont, E.C., and Parkhill, T.A., 1971, East Mount Taylor Crevasse Canyon area, in Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 89–92.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

BLM_0104923

## Navajo Coal Field

### Location

The Navajo coal field is located on the Navajo Indian Reservation within San Juan County in northwestern New Mexico. The field extends from the San Juan River on the north to the eastern edge of the Navajo Reservation at the boundary between R. 14 W. and R. 13 W. (Shomaker, 1971).

### Stratigraphy

The stratigraphy and coal geology was first studied in detail by Bauer and Reeside (1921). The thickness of the Pictured Cliffs Sandstone was measured at Brimhall Wash, and the thickness of the Fruitland Formation was obtained at Cottonwood Arroyo (Bauer and Reeside, 1921).

**Table.**  Stratigraphy—Navajo coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Kirtland Shale | alluvial plain | ~1,000 |
| Fruitland Formation | coastal plain; major coal | 330 |
| Pictured Cliffs Sandstone | nearshore marine | 49 |

### Coal Deposits

Bauer and Reeside (1921) mapped two continuous coal beds in the northern part of the field and as many as five fairly continuous coal beds in the central and southern parts of the field. The coals dip at about 1 degree to the east into the San Juan Basin (Bauer and Reeside, 1921). The low dips keep the coal within 1,000 ft of the surface in a band about 10 mi wide, east of the outcrop belt.

### Coal Quality

Coals are subbituminous A to high-volatile C bituminous (Hoffman, 1996). Average ash, sulfur, and heat contents in the table below are from Hoffman (1996).

**Table.**  Coal in Fruitland Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 19.29 | 0.79 | 9,124 |
| Standard deviation | 3.23 | 0.27 | 647 |
| Number of analyses | 39 | 37 | 39 |

BLM_0104924

### Resources

Demonstrated surface minable coal resources in the field are about 1.3 billion short tons for beds greater than 2.5 ft and less than 200 ft of overburden (Hoffman, 1996).

### Production History

The Navajo mine opened in 1963 and has produced high volumes of coal each year since (Hoffman, 1996) (average of 8.3 million short tons between 1991–1995—G. Sullivan, written commun., 1997—compiled from Mine Safety and Health Administration data). One other major operation, the Burnham mine, operated in the area from 1978–1984.

### References

Bauer, C.M., and Reeside, J.B., Jr., 1921, Coal in the middle and eastern parts of San Juan County, New Mexico: U.S. Geological Survey Bulletin 716-G, p. 155–237.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Shomaker, J.W., 1971, Navajo Fruitland field, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 108–110.

BLM_0104925

## Newcomb-Toadlena Coal Field

### Location

These coal fields are located within San Juan County, New Mexico, on the western margin of the San Juan Basin and entirely within the Navajo Indian Reservation. The location is best shown by Shomaker (1971, his fig. 17, p. 49).

### Stratigraphy

Coal is present in the Menefee Formation. The geology of the Newcomb area was mapped and coal sections were measured by O'Sullivan (1955) and Beaumont and O'Sullivan (1955). Thickness measurements of the formations are not available for the following table.

**Table.**   Stratigraphy—Newcomb-Toadlena coal field.

| Stratigraphic units | Depositional environment |
|---|---|
| Cliff House Sandstone | nearshore marine sandstone |
| Menefee Formation | coastal plain; coal |
| Point Lookout Sandstone | nearshore marine sandstone |

### Coal Deposits

In the Toadlena area, the coals are less than 2.5 ft thick in beds dipping as much as 12 degrees, making them unsuitable for strip mining (Lease, 1971). In the Newcomb area, the coals have a maximum cumulative thickness in the range of 32–38 ft in 7 to 10 beds (Beaumont and O'Sullivan, 1955), with a maximum individual bed thickness of about 7 ft (Shomaker, 1971). The coals are generally lenticular and unevenly distributed in the stratigraphic section (Shomaker, 1971).

### Coal Quality

The coal is subbituminous A or B rank and generally contains less than 1 percent sulfur (Shomaker, 1971). The table below is summarized from Shomaker (1971, table 3, p. 54).

**Table.**   Coal in Menefee Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Range | 6.6-22.7 | 0.5-1 .4 | 7,660-10,410 |
| Number of analyses | 6 | 6 | 6 |

**B60**     **Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

## Resources

No resource estimates are available for the Toadlena area. The Newcomb area contains resources of about 72 to 78 million short tons of surface-minable coal under less than 200 ft of overburden and another 54 million short tons under less than 1,000 ft of overburden that are potentially minable by underground methods (Shomaker, 1971; Hoffman, 1996).

## Production History

No mining has taken place in either coal field.

## References

Beaumont, E.C., and O'Sullivan, R.B., 1955, Preliminary geologic map of the Kirtland quadrangle, San Juan County, New Mexico: U.S. Geological Survey Coal Investigations Map C-32.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Lease, R.C., 1971, Toadlena Upper Menefee area, in Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 47.

O'Sullivan, R.B., 1955, Preliminary geologic map of the Naschitti quadrangle, San Juan County and McKinley Counties, New Mexico: U.S. Geological Survey Coal Investigations Map C-31.

Shomaker, J.W., 1971, Newcomb Upper Menefee area, in Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 47–52.

**A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**   **B61**

## Rio Puerco Coal Field

### Location

The Rio Puerco coal field is located at the southeastern edge of the San Juan Basin in Sandoval and Bernalillo and in parts of Cibola and Valencia Counties, New Mexico. Hunt (1936, plate 19) showed the area to be highly faulted and included the field with the Mount Taylor coal field.

### Stratigraphy

Resources and coal information from Hunt (1936) is summarized by Shomaker (1971) and Hoffman (1996). The coal is thought to be in the Gibson Coal Member of the Crevasse Canyon Formation (Shomaker, 1971; Hoffman, 1996) although Hunt (1936) placed most of the coal in the upper Gibson member (Cleary Coal Member of the Menefee Formation according to present usage). Stratigraphic table (below) is, in part, from Sears and others (1941); thicknesses of units are approximated from Sears and others (1941, plate 26).

**Table.** Stratigraphy—Rio Puerco coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Menefee Formation | | |
|     Cleary Coal Member | coastal plain; coal | 300+ |
| Mancos Shale | | |
|     Satan Tongue | marine shale | 0-350 |
| Mesaverde Formation | | |
|     Hosta Sandstone | | |
|     Member | nearshore marine | 0-200 |
|     Gibson Coal Member | coastal plain; coal | 0-200 |
|     Dalton Sandstone | | |
|     Member | nearshore marine | 0-100 |
| Mancos Shale | | |
|     Mulatto Tongue | marine shale | 200-500 |
| Mesaverde Formation | | |
|     Dilco Coal Member | coastal plain; minor coal | 0-100 |
|     Gallup Sandstone | | |
|     Member | nearshore marine | 0-50 |

### Coal Deposits

Coal is present in the Gibson Coal Member and is as thick as 9.6 ft with two partings (Hunt, 1936, plate 37), but individual coal beds generally average 3.8 ft thick (Hoffman, 1996).

### Coal Quality

The rank of coals in the Gibson is subbituminous A to high-volatile C bituminous; the average ash content is about 8 percent and sulfur content is about 0.9 percent based on as-received analyses of just four samples (Hoffman, 1996).

BLM_0104928

**Table.**  Coal in Gibson Coal Member.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 8.35 | 0.93 | 9,445 |
| Standard deviation | 1.71 | 0.41 | 203 |
| Number of analyses | 4 | 4 | 4 |

## Resources

The Gibson is estimated to have demonstrated coal resources of about 25 million short tons (Hoffman, 1996).

## Production History

Six small mines operated from the 1920's into the 1940's (Hoffman, 1996).

## References

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Hunt, C.B., 1936, The Mount Taylor coal field: U.S. Geological Survey Bulletin 860-B, p. 31–80.

Sears, J.D., Hunt, C.B., and Hendricks, T.A., 1941, Transgressive and regressive Cretaceous deposits in southern San Juan Basin, New Mexico: U.S. Geological Survey Professional Paper 193-F, p. 101–121.

Shomaker, J.W., 1971, Rio Puerco Mesaverde area, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 92–96.

## Salt Lake Coal Field

### Location

The field is located in Cibola and Catron Counties in west-central New Mexico.

### Stratigraphy

Regional stratigraphic relationships were worked out in detail by Hook and others (1983). Thickness of the Atarque Sandstone is from Hook and others (1983), and thickness of the Moreno Hill Formation is from McLellan and others (1983), Roybal and Campbell (1981), and Campbell (1987). The geology and distribution of coal was comprehensively mapped by Campbell (1981, 1989) and Roybal and Campbell (1981). The lower member of the Moreno Hill is equivalent to the Carthage member of the Tres Hermanos Formation.

**Table.**  Stratigraphy—Salt Lake coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Moreno Hill Formation | coastal/alluvial plain; coal | 519-844 |
| upper member | alluvial plain; minor coal | 350 |
| middle member | alluvial plain | 60 |
| lower member | coastal plain; coal | 490 |
| Atarque Sandstone | nearshore marine | 50-80 |

### Coal Deposits

The major coal-bearing unit is the Moreno Hill Formation, although minor coal is present in the Dakota Sandstone (Campbell, 1987). There are four zones in the Moreno Hill: the Antelope, the Cerro Prieto, the Rabbit in the lower member, and the Twilight in the upper member (Campbell, 1987, 1989). The coals are as thick as 14 ft and average about 5 ft (Hoffman, 1996).

### Coal Quality

The apparent rank of coal in the Moreno Hill is subbituminous A; the average ash content is about 17 percent and average sulfur content is about 0.7 percent on an as-received basis (Hoffman, 1996).

**Table.**  Coal in Moreno Hill Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 17.07 | 0.69 | 9,166 |
| Standard deviation | 4.07 | 0.22 | 837 |
| Number of analyses | 58 | 52 | 56 |

BLM_0104930

**B64**      **Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

### Resources

Resource estimates are summarized by Hoffman (1996) using data from Campbell (1981, 1989) and Roybal and Campbell (1981). The Moreno Hill contains about 323 million short tons of coal in beds greater than 2.5 ft thick and under less than 200 ft of overburden.

### Production History

The field has had extensive exploration and some lease sales in the 1980's. A test mine, the Fence Lake #1, was opened and produced about 100,000 short tons of coal but was shut down during 1987 (Hoffman, 1996).

### References

Campbell, F.W., 1981, Geology and coal resources of Cerro Prieto and the Dyke quadrangles: New Mexico Bureau of Mines and Mineral Resources Open-File Report 144, 44 p.

Campbell, F.W., 1987, Coal geology of the Salt Lake coal field, in Roybal, G.H., Anderson, O.J., and Beaumont, E.C., eds., Coal Deposits and Facies Changes Along the Southwestern Margin of the Late Cretaceous Seaway, West-Central New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 121, p. 65–71.

Campbell, F.W., 1989, Geology and coal resources of Fence Lake 1:50,000 quadrangle, New Mexico: New Mexico Bureau of Mines and Mineral Resources Geologic Map 62.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Hook, S.B., Molenaar, C.M., and Cobban, W.A., 1983, Stratigraphy and revision of nomenclature of upper Cenomanian to Turonian (Upper Cretaceous) rocks of west-central New Mexico, in Hook, S.B., ed., Contribution to Mid-Cretaceous Paleontology and Stratigraphy of New Mexico—Part II: New Mexico Bureau of Mines and Mineral Resources Circular 185, p. 7–28.

McLellan, M., Haschke, L., Robinson, L., Carter, M.D., and Medlin, A., 1983, Middle Turonian and younger Cretaceous rocks, northern Salt Lake coal field, Cibola and Catron Counties, New Mexico, in Hook, S.B., ed., Contribution to Mid-Cretaceous Paleontology and Stratigraphy of New Mexico—Part II: New Mexico Bureau of Mines and Mineral Resources Circular 185, p. 41–47.

Roybal, G.H., and Campbell, F., 1981, Stratigraphic sequence and drilling data from Fence Lake area: New Mexico Bureau of Mines and Mineral Resources, Open-File Report 145, 28 p.

## San Mateo Coal Field

### Location

The San Mateo coal field is located in Ciboal, McKinley, and Sandoval Counties of northwestern New Mexico on the southeastern edge of the San Juan Basin (Pierce and Shomaker, 1971).

### Stratigraphy

The first coal reconnaissance work was by Gardner (1909), but the first detailed geologic and stratigraphic study was by Hunt (1936). Hunt (1936) referred to the Cleary Coal Member of the Menefee Formation as the upper Gibson Coal Member. Thicknesses of units are from Hunt (1936) and Hoffman (1993, p. 37–38).

**Table.** Stratigraphy—San Mateo coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Menefee Formation | | |
| Cleary Coal Member | coastal plain; coal | 300± |
| Point Lookout Sandstone | nearshore marine | 200+ |

### Coal Deposits

Coal is present in the Cleary Coal Member of the Menefee Formation, and the main coal beds are named blue and purple. The thickest coals are more than 15 ft (Beaumont, 1987).

### Coal Quality

Coal in the field is subbituminous A in rank and averages about 13 percent ash and about 1 percent sulfur (Hoffman, 1996).

**Table.** Coal in Cleary Coal Member.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 13.14 | 0.93 | 9,865 |
| Standard deviation | 3.46 | 0.35 | 1,088 |
| Number of analyses | 45 | 45 | 45 |

BLM_0104932

### Resources

Demonstrated resources are estimated at about 450 million short tons in areas with less than 200 ft of overburden (Hoffman, 1996).

### Production History

Historically there has been very little mining in the San Mateo coal field; however, in 1984 the Lee Ranch mine opened and produced about 250,000 short tons in its first year of operation (Nickelson, 1988). Cumulative production from 1984–1995, was around 32 million short tons of coal (G. Sullivan, written commun., 1997—compiled from Mine Safety and Health Administration data).

### References

Beaumont, E.C., 1987, Geology and mining activity in the Lee Ranch area, McKinley County, New Mexico, *in* Roybal, F.H., Anderson, O.J., and Beaumont, E.C., eds., Coal Deposits and Facies Changes Along the Southwestern Margin of the Late Cretaceous Seaway, West-Central New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 121, p. 37–40.

Gardner, J.H., 1909, The coal field between Gallup and San Mateo, New Mexico, *in* Campbell, M.R. ed., Contributions to Economic Geology 1907: U.S. Geological Survey Bulletin 341, p. 364–378.

Hoffman, G.K., 1993, Description of coal-bearing sequences, *in* Hoffman, G.K., Campbell, F.W., and Beaumont, E.C., eds., Quality Assessment of Strippable Coals in Northwestern New Mexico: Fruitland, Menefee, and Crevasse Canyon Formation Coals in the San Juan Basin, and Moreno Hill Formation Coals in Salt Lake Field: New Mexico Bureau of Mines and Mineral Resources Bulletin 141, p.17–49.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Hunt, C.B., 1936, The Mount Taylor coal field, *in* Sears, J.D., Hunt, C.B., and Dane, C.H., eds., Geology and Fuel Resources of the Southern Part of the San Juan Basin: U.S. Geological Survey Bulletin 860-B, p. 31–80.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Pierce, W.H., and Shomaker, J.W., 1971, San Mateo Menefee area, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico State Bureau of Mines and Mineral Resources Memoir 25, p.64–69.

## Standing Rock Coal Field

### Location

The Standing Rock coal field is located in McKinley County, New Mexico, in the southern part of the San Juan Basin. The field is arbitrarily separated from the San Mateo field at T. 8 W.

### Stratigraphy

Coal was studied on outcrop by Hunt (1936) and in the subsurface by Hoffman (1993).

**Table.** Stratigraphy—Standing Rock coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Menefee Formation | | |
|    Cleary Coal Member | coastal plain; coal | ~290 |
| Point Lookout Sandstone | nearshore marine | ~80 |

### Coal Deposits

Coals in the Cleary Coal Member of the Menefee Formation are generally thin but can be as thick as 24 ft in one area of the field near the Standing Rock Trading Post (Shomaker, 1971, fig. 27).

### Coal Quality

Coal in the field is subbituminous A in rank, and averages about 13 percent ash and 1.0 percent sulfur (Hoffman, 1996).

**Table.** Coal in Cleary Coal Member.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 13.32 | 1.06 | 9,429 |
| Standard deviation | 3.35 | 0.38 | 552 |
| Number of analyses | 27 | 27 | 27 |

### Resources

Demonstrated resources, estimated from limited data, total about 392 million short tons in areas with less than 200 ft of overburden (Hoffman, 1996).

### Production History

Coal has been produced for domestic use only from small mine openings (Hoffman, 1996).

### References

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Hoffman, G.K., 1993, Description of coal-bearing sequences, *in* Hoffman, G.K., Campbell, F.W., and Beaumont, E.C., eds., Quality Assessment of Strippable Coals in Northwestern New Mexico: Fruitland, Menefee, and Crevasse Canyon Formation Coals in the San Juan Basin, and Moreno Hill Formation Coals in Salt Lake Field: New Mexico Bureau of Mines and Mineral Resources Bulletin 141, p.17–53.

Hunt, C.B., 1936, The Mount Taylor coal field, *in* Sears, J.D., Hunt, C.B., and Dane, C.H., eds., Geology and Fuel Resources of the Southern Part of the San Juan Basin: U.S. Geological Survey Bulletin 860-B, p. 31–80.

Shomaker, J.W., 1971, Standing Rock Cleary area, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico State Bureau of Mines and Mineral Resources Memoir 25, p. 69–75.

BLM_0104935

## Star Lake Coal Field

### Location

The Star Lake coal field is located in McKinley, San Juan, and Sandoval Counties in northwestern New Mexico (Shomaker and Lease, 1971, fig. 55). The field is on the southern edge of the San Juan Basin and is defined by the limit of Fruitland Formation outcrops on the south, by the boundary between R. 8 W. and R. 9 W. to the west and by the thinning of the unit and change in trend near Cuba, N. Mex. to the east.

### Stratigraphy

The area was studied in detail by Dane (1936). The Fruitland Formation, and coals within it, thin in the eastern part of the field.

**Table.** Stratigraphy—Star Lake coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
| --- | --- | --- |
| Kirtland Shale | alluvial plain | 200 |
| Fruitland Formation | coastal plain; major coal | 217 |
| Pictured Cliffs Sandstone | nearshore marine | 40-100 |

### Coal Deposits

Coals in the Fruitland are as thick as 15.9 ft but generally contain numerous thin partings (Shomaker and Lease, 1971). The coal thins toward the eastern part of the field.

### Coal Quality

The coals are subbituminous A to high-volatile bituminous C in rank, and contain 15 to 20 percent ash and 0.4 to 0.7 percent sulfur (Shomaker and Lease, 1971). The following table showing averages for ash, sulfur, and heat content is from Hoffman (1996).

**Table.** Coal in Fruitland Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
| --- | --- | --- | --- |
| Average | 22.42 | 0.55 | 8,636 |
| Standard deviation | 4.43 | 0.12 | 702 |
| Number of analyses | 52 | 52 | 52 |

BLM_0104936

**B70**      **Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

*Resources*

Demonstrated surface-minable coal resource estimates for the area are 946 million short tons in beds greater than 2.5 ft thick and with less than 200 ft of overburden (Hoffman, 1996).

*Production History*

Interest in leasing coal has been ongoing since the 1960's, and several exploration projects have been conducted in the area (Nickelson, 1988). No active mines are currently in operation.

*References*

Dane, C.H., 1936, The La Ventana–Chacra Mesa coal field, *in* Sears, J.D., Hunt, C.B., and Dane, C.H., eds., Geology and Fuel Resources of the Southern Part of the San Juan Basin: U.S. Geological Survey Bulletin 860-C, p 81–166.

Hoffman, G.K., 1996, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p., 1 plate, scale 1:1,000,000.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Shomaker, J.W., and Lease, R.C., 1971, Star Lake Fruitland field, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico Bureau of Mines and Mineral Resources Memoir 25, p. 117–123.

## Tierra Amarilla Coal Field

### Location

The Tierra Amarilla is located on the east flank of the Chama Basin within Rio Arriba County, New Mexico.

### Stratigraphy

The stratigraphy and thicknesses of units in the table below are from Landis and Dane (1969).

**Table.**   Stratigraphy—Tierra Amarilla coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Lewis Shale | marine | 1,000 |
| Menefee Formation | coastal plain; coal | 99-120 |
| Point Lookout Sandstone | shoreface | 40-67 |

### Coal Deposits

Landis and Dane (1969) recognized nine separate, thin coal beds in the Menefee Formation. The thickest individual bed is 4.1 ft thick and it is located stratigraphically in the lower part of the formation (Landis and Dane, 1969, fig. 3).

### Coal Quality

The Menefee coals have an apparent rank of between subbituminous A and high-volatile C bituminous (Landis and Dane, 1969). Coal samples were collected from the tipple of the Dandee mine and analyzed by the U.S. Bureau of Mines; the results of the analyses are reported in the following table from Landis and Dane (1969).

**Table.**   Coal in Menefee Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Range | 7.7 | 1.0-1.1 | 9,640-10,110 |
| Number of analyses | 1 | 2 | 2 |

BLM_0104938

**B72     Geology and Resource Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

### Resources

Not enough data are available to provide a meaningful estimate of the resources; however, most coal beds are less than 2.5 ft thick and will probably remain uneconomical for development (Nickelson, 1988).

### Production History

Three small mines operated in the area between 1935 and 1955 (Nickelson, 1988)

### References

Landis, E.R., and Dane, C.H., 1969, The Tierra Amarilla coal field, Rio Arriba County, New Mexico: New Mexico Bureau of Mines and Mineral Resources Circular 100, 14 p.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

BLM_0104939

**A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah    B73**

## Zuni Coal Field

### Location

The Zuni coal field in McKinley and Cibola Counties, in western New Mexico, is a continuation of the Gallup coal field. The coal field is entirely within the Zuni Indian Reservation and is part of the Zuni Basin, a northwest-trending asymmetric syncline (Anderson, 1987).

### Stratigraphy

The stratigraphy was first worked out in detail by Sears (1925), and was later placed into a regional context by Hook and others (1983). Geologic mapping and coal geology was refined by Anderson (1987) and Anderson and Stricker (1987). Approximate thicknesses of units are from Hook and others (1983, Pescado Creek section).

**Table.** Stratigraphy—Zuni coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Crevasse Canyon Formation | | |
|     Dilco Coal Member | coastal plain; coal | 175 (part) |
| Gallup Sandstone | | |
|     Torrivio Member | fluvial | 125 |
|     Ramah unit | coastal plain; minor coal | 75 |
|     F sandstone | nearshore marine | 60 |
| Mancos Shale | | |
|     Pescado Tongue | marine | 55 |
| Tres Hermanos Formation | | |
|     Fite Ranch Member | nearshore marine | 40 |
|     Carthage Member | coastal plain; coal | 150 |
|     Atarque Sandstone | | |
|       Member | nearshore marine | 50 |

### Coal Deposits

Coal is present within the Dilco Coal Member of the Crevasse Canyon Formation, the School mine coal group in the Gallup Sandstone, and in the Harper and Shoemaker Canyon coal zones in the Carthage Member of the Tres Hermanos Formation (Anderson and Stricker, 1987). The Harper coals in the Carthage are 3 to 4 ft thick, and the upper zone in the Gallup is as thick as 7 ft (Anderson and Stricker, 1987).

### Coal Quality

The coal in the Zuni field has an apparent rank of high-volatile C bituminous (Anderson, 1987). The sulfur content of the Gallup Ramah unit is between 0.6 and 1.5 percent, and ash content is between 8.8 and 36.0 percent (Anderson and Stricker, 1987).

**Table.** Coal in Ramah unit.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 8.8-36.0 | 0.6-1.5 | 10,470-11,250 |

BLM_0104940