*Resources*

Three areas in the middle of the field are thought to have strippable resources totaling about 6 million short tons (Kottlowski, 1971). Anderson (1987) estimated coal resources in the Gallup Sandstone at about 49 million short tons in the southeastern part of the field.

*Production History*

Three small mines operated in the coal field between 1905 and 1958 (Nickelson, 1988).

*References*

Anderson, O.J., 1987, Geology and coal resources of Atarque Lake 1:50,000 quadrangle, New Mexico: New Mexico Bureau of Mines and Mineral Resources Geologic Map 61.

Anderson, O.J., and Stricker, G.D, 1987, Stratigraphy and coal occurrences of the Tres Hermanos Formation and Gallup Sandstone (Upper Cretaceous), Zuni Basin, west-central New Mexico, *in* Roybal, G.H., Anderson, O.J., and Beaumont, E.C., eds., Coal Deposits and Facies Changes Along the Southwestern Margin of the Late Cretaceous Seaway, West-Central New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 121, p. 59–63.

Hook, S.B., Molenaar, C.M., and Cobban, W.A., 1983, Stratigraphy and revision of nomenclature of upper Cenomanian to Turonian (Upper Cretaceous) rocks of west-central New Mexico, *in* Hook, S.B., ed., Contribution to Mid-Cretaceous Paleontology and Stratigraphy of New Mexico—Part II: New Mexico Bureau of Mines and Mineral Resources Circular 185, p. 7–28.

Kottlowski, F.E., 1971, Zuni Mesaverde area, *in* Shomaker, J.W., Beaumont, E.C., and Kottlowski, F.E., eds., Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado: New Mexico State Bureau of Mines and Mineral Resources Memoir 25, p. 75–89.

Nickelson, H.B., 1988, One hundred years of coal mining in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources Bulletin 111, 226 p.

Sears, J.D., 1925, Geology and coal resources of the Gallup-Zuni Basin, New Mexico: U.S. Geological Survey Bulletin 767, 53 p.

A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah    B75

# Utah

## Alton Coal Field

### Location

The Alton coal field is located in Kane and Garfield Counties in southern Utah and encompasses about 175 mi²; about 28,000 acres were originally leased for coal. The field lies adjacent to Bryce Canyon National Park, and the coal is likely present in the subsurface beneath the Park. The easternmost part of the field is within the boundary of the Grand Staircase–Escalante National Monument.

### Stratigraphy

The major coal-bearing unit in the Alton coal field is the Cretaceous Dakota Sandstone. Thickness of Dakota Sandstone is from Kauffman and others (1987); thickness of the Tropic Shale is from Cashion (1961).

**Table.** Stratigraphy—Alton coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Tropic Shale | marine | 1,200 |
| Dakota Sandstone | | |
| upper member | nearshore marine | 75 |
| middle member | alluvial plain; major coal | 150 |
| lower member | fluvial | 0-150 |

### Coal Deposits

There are two major coal zones in the Dakota: the Smirl ( or upper coal zone), which has a maximum coal thickness of 18 ft in T. 39 S., R. 6 W. (Cashion, 1961, section 45); and the Bald Knoll (or lower coal zone), which has a maximum coal thickness 8.7 ft including three partings in T. 39 S., R. 6 W. (Cashion, 1961, section 44).

### Coal Quality

Coal in the Alton field has a range of apparent rank of from subbituminous C to high-volatile bituminous C (Doelling, 1972). The range of selected proximate/ultimate analyses of nine coal samples from the Smirl zone are compiled below from Affolter and Hatch (1980). Averages are from R.H. Affolter, (written comm., 1997).

**Table.** Coal in Dakota Sandstone.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 10.2 | 1.2 | 8,796 |
| Range | 4.8-20.9 | 0.5-3.5 | 6,260-9,780 |

## Resources

Original coal reserves from the field have been estimated by Cashion (1961) and by Doelling (1972). Doelling estimated 2.1 billion short tons of reserves, of which 200 million short tons are under less than 200 ft of overburden and are considered strippable. Part of the field (T. 40 S., Rs. 4.5–5 W.) was studied under the Energy Mineral Rehabilitation Inventory and Analysis project that provided data on soils, vegetation, hydrology, coal distribution, and reclamation potential of the area (Bureau of Land Management, 1975). As part of that study, approximately a 30-mi$^2$ area was determined to have about 90 million short tons of coal in beds greater than 10 ft thick and with less than 200 ft of overburden (Bowers and others, 1976).

## Production History

There is no active production in the Alton field. Eight mines operated historically in the southwestern part of the field with less than 50,000 short tons produced (Doelling, 1972). Five leases from State and Federal Governments have been granted in the field.

## References

Affolter, R.H., and Hatch, J.R., 1980, Chemical analyses of coal from the Dakota and Straight Cliffs Formations, southwestern Utah region, Kane and Garfield Counties, Utah: U.S. Geological Survey Open-File Report 80-138, 32 p.

Bowers, W.E., Aigen, A.A., and Landis, E.R., 1976, Coal resources of the Alton, Utah, EMRIA site: U.S. Geological Survey Open-File Report 76-386, 32 p.

Bureau of Land Management, 1975, Alton coal field, Kane County, Utah: Energy Mineral Rehabilitation Inventory Analysis, 130 p.

Cashion, W.B., 1961, Geology and fuel resources of the Orderville-Glendale area, Kane County, Utah: U.S. Geological Survey Coal Investigations Map C-49.

Doelling, H.H., 1972, Alton coal field, *in* Doelling, H.H., and Graham, R.L., eds., Southwestern Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph No. 1, p. 1–66.

Kauffman, E.G., Sageman, B.B., Gustason, E.R., and Elder, W.P., 1987, High-resolution event stratigraphy, Greenhorn cyclothem (Cretaceous: Cenomanian-Turonian), Western Interior basin of Colorado and Utah: Boulder, Colo., Geological Society of America Guidebook, Rocky Mountain Section, 198 p.

BLM_0104943

## Book Cliffs Coal Field

### Location

The Book Cliffs coal field is located in Emery, Carbon, and Utah Counties in east-central Utah and lies on the northeast-dipping flank of the Uinta Basin. The coal field was historically, and is presently, one of the most important coal fields in Utah. The field extends for about 70 mi in length, extending from a few miles west of Price, Utah, southeastward to the canyon of the Green River. The area contains four mining districts—from west to east, the Castlegate, Soldier Canyon, Sunnyside, and Woodside districts (Doelling, 1972).

### Stratigraphy

The coal-bearing unit in the Book Cliffs field is the Blackhawk Formation. The stratigraphy and coal geology were first studied in detail by Clark (1928). The Blackhawk is about 1,500 ft thick in the western part of the field and thins to as little as 450 ft toward the southeastern part of the field (Balsley, 1980; Young, 1955).

**Table.** Stratigraphy—Book Cliffs coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Castlegate Sandstone | fluvial | 150-500 |
| Blackhawk Formation | coastal plain; major coal | 450-1,150 |
| Star Point Sandstone | nearshore marine | 0-300 |

### Coal Deposits

The coal geology of the eastern part of the Book Cliffs was studied in detail by Clark (1928). A comprehensive summary of the field was compiled by Doelling (1972) and is further updated by Tabet (in press). The main coal zones are, in ascending order, Spring Canyon (4–10 ft), Castlegate A, B, C, D (4–18 ft), Kennilworth (4–28 ft), Gilson (4–18 ft), Rock Canyon (4–12 ft), and Sunnyside, (4–16 ft) (Tabet, in press).

### Coal Quality

A summary of seven beds in the table below is based on more than 900 samples compiled from data of Tabet (in press). Details of the Spring Canyon (Subseam), Castlegate A and B, Kenilworth, Gilson, Rock Canyon, and Lower Sunnyside are available in Tabet (in press).

**Table.** Coal in Blackhawk Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 5-8 | 0.38-0.98 | 12,512-12,910 |

BLM_0104944

### Resources

Original in-place resources for the Book Cliffs coal field are about 3.5 billion short tons for beds greater than 4 ft thick beneath less than 3,000 ft of overburden (Tabet, in press, modified from Doelling, 1972, and Anderson, 1983).

### Production History

The Book Cliffs coal field has produced coal since the 1870's and, as of 1997, about 270 million short tons of coal were mined from the area (Jahanbani, 1996). More than 50 major mines have operated in the Book Cliffs from 1896 to the present (Doelling, 1972). The Book Cliffs coal field has produced about 2–3 million short tons of coal per year for the last 15 years (Jahanbani, 1996). Three major mines produced 3.15 million short tons in 1996. The opening of the Willow Creek mine will add about 2 million short tons of production to the Book Cliffs in the coming years (Jahanbani, 1996).

### References

Anderson, P.B., 1983, Geologic map of the Pine Canyon quadrangle, Carbon County, Utah: Utah Geological and Mineralogical Survey Map 72, 14 p.

Balsley, J.K., 1980, Cretaceous wave-dominated delta systems: Book Cliffs, east central Utah: A Field Guide, Amoco Production Company, 163 p.

Clark, F.R., 1928, Economic geology of the Castlegate, Wellington, and Sunnyside quadrangles, Carbon County, Utah: U.S. Geological Survey Bulletin 793, 165 p.

Doelling, H.H., 1972, Book Cliffs coal field, in Doelling, H.H., ed., Central Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph Series No. 3, p. 245–415.

Jahanbani, F.R., 1996, 1995 Annual review and forecast of Utah coal, production and distribution: State of Utah Natural Resources, Office of Energy and Resource Planning, 26 p.

Tabet, D.E, in press, Coal Resources: Carbon-Emery Counties Report.

Young, R.G., 1955, Sedimentary facies and intertonging in the Upper Cretaceous of the Book Cliffs, Utah-Colorado: Geological Society of America Bulletin, v. 66, p. 177–202.

## Emery Coal Field

### Location

The Emery coal field is located within Emery County in central Utah. The field extends for about 35 mi in a northeast-southwest direction. The eastern edge of the field is bounded by good exposures called the Coal Cliffs. The field is bounded on the south by volcanic rocks on the Fish Lake Plateau, and is limited to the west by excessive depth beneath the Wasatch Plateau. The coal deposits extend into the subsurface to the north and the field boundary is arbitrarily chosen near Price, Utah. We include the Ferron coal-bed gas play (fig. 1) in this summary—(play 2052 Uinta Piceance–Emery of Rice, 1995).

### Stratigraphy

Thicknesses of the Tununk and Ferron Sandstone Members of the Mancos Shale are from isopach maps from Ryer and McPhillips (1983) for the Emery coal field and the Ferron play. Sequence stratigraphic studies of the unit have been completed by Gardner (1993).

**Table.** Stratigraphy—Emery coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Mancos Shale | | |
| Blue Gate Member | marine | (part) |
| Ferron Sandstone | | |
| Member | coastal plain/nearshore marine; coal | 55-830 |
| Tununk Member | marine | 300-790 |

### Coal Deposits

The coal was first described by Lupton (1916) and named, in ascending order, the A, B, C, D, G, I, J, L, and M. Isopach maps of the A, C, G, J, and I are shown in Ryer (1981), who also provides an excellent summary of the associated depositional environments of the Ferron coal-bearing interval in the Emery field. These isopachs show a pod shape for most of the Ferron coal deposits.

### Coal Quality

The rank of the coal is high-volatile bituminous B, and mean values of ash and sulfur contents are summarized below (Tabet, in press). The data, based on about 75 samples, are from the A, C, G, and I beds.

**Table.** Coal in Ferron Sandstone Member.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 8.20-14.54 | 0.78-1.26 | 11,275-12,179 |

BLM_0104946

### Resources

The Ferron coals in the Emery coal field proper are estimated to contain about 1.4 billion short tons (Doelling, 1972, p. 437). An additional undetermined resource is present in the area around Price, Utah, where coal-bed methane is currently being produced in the Drunkard's Wash field (Gloyn and Sommer, 1993). The Drunkard's Wash field contains coal beds as much as 28 ft thick with overburden depths of between 100 and 2,500 ft (Bunnell and Hollberg, 1991).

### Production History

As of 1996, cumulative production from the Emery field was 270 million short tons; however, there has been no active mining since 1990 (Jahanbani, 1996).

### References

Bunnell, M.D., and Hollberg, R.J., 1991, Coal beds of the Ferron Sandstone Member in northern Castle Valley, east-central Utah, *in* Chidsey, T.C., Jr., ed., Geology of East-Central Utah: Utah Geological Association Publication 19, p. 157–172.

Doelling, H.H., 1972, Emery coal field, *in* Doelling, H.H., ed., Central Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph Series No. 3, p. 417–496.

Gardner, M.H., 1993, Sequence stratigraphy and facies architecture of the Upper Cretaceous Ferron Sandstone Member of the Mancos Shale, east-central Utah: Golden, Colo., Colorado School of Mines, unpub. Ph.D. dissertation, 528 p.

Gloyn, R.W., and Sommer, S.N., 1993, Exploration for coalbed methane gains momentum in Uinta Basin: Oil and Gas Journal, May 31, p. 73–76.

Lupton, C.T., 1916, Geology and coal resources of Castle Valley in Carbon, Emery, and Sevier Counties, Utah: U.S. Geological Survey Bulletin 628, 88 p.

Jahanbani, F.R., 1996, 1995 Annual review and forecast of Utah coal, production and distribution: State of Utah Natural Resources, Office of Energy and Resource Planning, 26 p.

Rice, D.D., 1996, Geologic framework and description of coalbed gas plays, *in* Gautier, D.L., Dolton, G.L., Takashashi, K.I., and Varnes, K.L. eds., 1995 National Assessment of United States Oil and Gas Resources—Results, Methodology, and Supporting Data: U.S. Geological Survey Digital Data Series DDS-30, Release 2.

Ryer, T.A., 1981, Deltaic coals of Ferron Sandstone Member of Mancos Shale: Predictive model for Cretaceous coal-bearing strata of Western Interior: American Association of Petroleum Geologists Bulletin, v. 65, p. 2323–2340.

Ryer, T.A., and McPhillips, M., 1983, Early Late Cretaceous paleogeography of east-central Utah, *in* Reynolds, M.W., and Dolly, E.D., eds., Mesozoic Paleogeography of the West-Central United States: Rocky Mountain Section of Society of Economic Paleontologists and Mineralogists Rocky Mountain Paleogeography Symposium 2, p. 253–272.

Tabet, D.E, in press, Coal Resources: Carbon-Emery Counties Report.

## Henry Mountains Coal Field

### Location

The Henry Mountains coal field is located in south-central Utah in parts of Emery, Garfield, and Wayne Counties. The field is within a structural basin, and the coal is limited to an area of about 450 mi$^2$. The basin is bounded on the west by the Waterpocket fold where the beds generally dip 20°–30°. The east side of the basin is bounded by numerous laccolithic igneous intrusions that locally alter the coal (Hunt and others, 1953).

### Stratigraphy

Coal is present in three units, in ascending order, the Dakota Sandstone, Ferron Sandstone Member of the Mancos Shale, and Masuk Formation (Emery Sandstone Member of the Mancos Shale of Hunt and others, 1953; sometimes referred to as Muley Canyon Sandstone Member of Mancos Shale—see discussion of stratigraphy by Eaton, 1990). Although the older formations have the greatest areal extent, the greatest resource and best quality coal is in the youngest coal-bearing unit—the Masuk Formation (Doelling, 1972). The stratigraphy and unit thickness are from Hunt and others (1953) and Eaton (1990).

**Table.**   Stratigraphy—Henry Mountains coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Tarantula Mesa Sandstone | continental | 270-400 |
| Masuk Formation | coastal plain; major coal | 600-750 |
| Muley Canyon Sandstone | nearshore marine | 270 |
| Mancos Shale | | |
|     Blue Gate Member | marine | 1,400 |
|     Ferron Sandstone | | |
|       Member | nearshore marine/coastal plain; coal | 150-300 |
|       Tununk Member | marine | 525-650 |
| Dakota Sandstone | alluvial to marginal marine; minor coal | 1-75 |

### Coal Deposits

Coals in the Dakota Sandstone are thin and discontinuous. Coals in the Ferron are as much as 9 ft thick, but only over a 5-mi$^2$ area in the north part of the Henry Mountains coal field (Factory Butte area; Doelling and Smith, 1982). The thickest coal in the Masuk Formation is 13.4 ft, and the maximum cumulative thickness of coal is about 23 ft in three to four beds (Law, 1979, measured section 27; Law, 1980). The most up-to-date report on coal in the Henry Mountains is by Tabet (1999) and Tabet (chap. R, this CD–ROM).

### Coal Quality

The Ferron coals have an apparent rank of high-volatile bituminous C, and the Masuk (Emery) coals have a range of apparent rank of subbituminous A to high-volatile bituminous C (Hatch and others, 1980; Doelling and Smith, 1982). Proximate/ultimate analyses for coal of the Henry Mountains are summarized in the tables below from Doelling (1972) for one sample in the Dakota and from Tabet (1999) for four samples in the Ferron and 37 samples in the Masuk (Muley Canyon).

BLM_0104948

**Table.** Coal in Masuk Formation.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Mean | 11.74 | 0.9 | 10.086 |

**Table.** Coal in Ferron Sandstone Member.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Mean | 14.5 | 2.5 | 11.038 |

**Table.** Coal in Dakota Sandstone.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Mean | 1.7 | 2.92 | 13.478 |

Additional data on chemical analyses from the coal-bearing units are given by Hatch and others (1980), who reported proximate and ultimate analyses for 16 core and abandoned-mine samples in the central part of the Henry Mountains coal field. For the Masuk Formation (Emery), ash content ranges from 7.1 to 27.3 percent and the sulfur content ranges from 0.4 to 1.0 percent.

## Resources

The Ferron Sandstone Member and Masuk Formation have significant coal resources in the area. For coal beds greater than 6 ft thick, the Ferron is reported to contain about 219 million short tons of in-place resources; the Masuk (Muley Canyon) is estimated to have at least 1,388 million short tons of in-place resources (Tabet, 1999).

## Production History

As of 1982, only about 59,000 short tons of coal were mined from the Henry Mountains Basin (Doelling and Smith, 1982). The majority of the production was from the Ferron in the far northern part of the field (Factory Butte area).

## References

Doelling, H.H., 1972, Henry Mountains coal field, *in* Doelling, H.H., and Graham, R.L., eds., Eastern and Northern Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph Series No. 2, p. 97–190.

Doelling, H.H., and Smith, M.R., 1982, Overview of Utah coal fields, 1982, *in* Gurgel, K.D., ed., Proceedings, Fifth Symposium on the Geology of Rocky Mountain Coal 1982: Utah Geological and Mineral Survey Bulletin 118, p. 1–26.

Eaton, J.G., 1990, Stratigraphic revision of Campanian (Upper Cretaceous) rocks in the Henry Basin, Utah: Mountain Geologist, v. 27, p. 27–38.

Hatch, J.R., Affolter, R.H., and Law, B.E., 1980, Chemical analyses of coal from Emery and Ferron Sandstone Members of Mancos Shale, Henry Mountains field, Wayne and Garfield Counties, Utah, *in* Picard, M.D., ed., Henry Mountains Symposium: Utah Geological Association Publication 8, p. 323–325.

Hunt, C.B., Averitt, P., and Miller, R.L., 1953, Geology and geography of the Henry Mountains region, Utah: U.S. Geological Survey Professional Paper 228, 234 p.

Law, B.E., 1979, Surface coal sections in the Emery coal zone, Henry Mountains coal field, Utah: U.S. Geological Survey Miscellaneous Field Studies MF-1082, 2 sheets.

Law, B.E., 1980, Tectonic and sedimentological controls of the coal bed depositional patterns in Upper Cretaceous Emery Sandstone, Henry Mountains coal field, Utah, *in* Picard, M.D., ed., Henry Mountains Symposium: Utah Geological Association Publication 8, p. 323–325.

Tabet, D.E., 1999, Coal resources of the Henry Mountains coalfield: Utah Geological Survey Open-File Report 362, 32 p.

## Kaiparowits Plateau

### Location

The Kaiparowits Plateau coal field is located in Kane and Garfield Counties of south-central Utah. The margins of the field are defined on the east by the Straight Cliffs Escarpment, on the west by the Kaibab monocline and Joes Valley anticline, on the north by the Aquarius Plateau, and on the south by the Gray Cliffs. The northern part of the field is within the Dixie National Forest, and the southern part is in the Grand Staircase–Escalante National Monument.

### Stratigraphy

The stratigraphy and thickness data are from Hettinger and others (chap. T, table 2, this CD-ROM), based on Sargent and Hansen (1982) and Peterson (1969a, 1969b).

**Table.** Stratigraphy—Kaiparowits coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Straight Cliffs Formation | | |
| Drip Tank Member | fluvial | 140-400 |
| John Henry Member | coastal plain/nearshore marine; major coal | 600-1,500 |
| Smoky Hollow Member | fluvial/coastal plain: minor coal | 20-300 |
| Tibbet Canyon Member | nearshore marine | 60-185 |
| Tropic Shale | marine | 600-900 |
| Dakota Sandstone | fluvial/nearshore marine; minor coal | 15-250 |

### Coal Deposits

The main coal-bearing unit in the Kaiparowits Plateau field is the John Henry Member of the Straight Cliffs Formation. Coal zones within the John Henry include, in ascending order, the Henderson (or lower), Christensen, Rees, and Alvey. The John Henry contains as many as 30 individual beds as thick as 59 ft (Hettinger and others, chap. T, this CD-ROM). Minor amounts of coal are also present in the Smoky Hollow Member of the Straight Cliffs Formation and the Dakota Sandstone, but the beds are thin and lenticular.

### Coal Quality

The apparent rank of the John Henry coals changes systematically from subbituminous B in the northern part of the plateau to high-volatile bituminous B in the southern part of the Plateau (Kohler and others, 1997). The proximate/ultimate analysis of about 100 samples from mines and outcrops provide the data for the table below, derived from Doelling and Graham (1972, p. 123–127).

**Table.** Coal in John Henry Member of the Straight Cliffs Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 5.0-6.6 | 0.6-2.1 | 9.890-12,270 |

BLM_0104951

## Resources

Coal resources for the Kaiparowits equal about 60.5 billion short tons for beds greater than 1 ft thick beneath less than 600 ft of overburden (Hettinger and others, chap. T, table 6, this CD-ROM). About 30 billion short tons were calculated for areas where the overburden is less than 3,000 ft, the strata dip less than 12 degrees, and the beds are between 3.5 and 14 ft thick (beds thicker than 14 ft thick were calculated as 14 ft thick) (Hettinger and others, chap. T, this CD-ROM).

## Production History

Between 1910 and 1970, less than 50,000 short tons of coal were produced from about 15 small mines (Hettinger and others, chap. T, his table 1, this CD-ROM).

## References

Doelling, H.H., and Graham, R.L., 1972, The Kaiparowits coal field, in Doelling, H.H., and Graham, R.L., eds., Southwestern Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph No. 1, p. 67–249.

Kohler, J.F., Quick, J.C., and Tabet, D.E., 1997, Variation in the chemistry of Upper Cretaceous, Straight Cliffs Formation coals, in Hill, L.M., ed., Learning from the Land: Grand Staircase–Escalante National Monument Science Symposium Proceedings, p. 307–318.

Peterson, F., 1969a, Cretaceous sedimentation, and tectonism of the southeastern Kaiparowits Plateau, Utah: U.S. Geological Survey Open-File Report 69-202, 259 p.

Peterson, F., 1969b, Four new members of the Upper Cretaceous Straight Cliffs Formation in the southeastern Kaiparowits Plateau region, Kane County, Utah: U.S. Geological Survey Bulletin 1274-J, 28 p.

Sargent, K.A., and Hansen, D.E., 1982, Bedrock geologic map of the Kaiparowits coal-basin area, Utah: U.S. Geological Survey Miscellaneous Investigations Series Map I-1033-I, scale 1:125,000.

## Kolob-Harmony Coal Fields

### Location

The Kolob-Harmony coal fields are located in parts of Kane, Iron, and Washington Counties in southwestern Utah. The Kolob field is the larger of the two fields, and is separated from the Harmony field by the Hurricane fault, and from the Alton field by the Sevier fault.

### Stratigraphy

The coal is present in the Dakota Sandstone in the Kolob field (called the Tropic Formation by Averitt, 1962) or in the Iron Springs Formation in isolated outcrops of the Harmony field. The thickness of the Dakota is from Gustason (1989), Kauffman and others (1987) and Averitt (1962); the thickness of Tropic is from Cashion (1961) and Averitt (1962).

**Table.**   Stratigraphy—Kolob-Harmony coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Tropic Shale | marine | 0-250 |
| Dakota Sandstone | | |
| upper member | nearshore marine/coastal plain; coal | 150 |
| middle member | alluvial plain; minor coal | 1,025 |
| lower member | fluvial | 50 |

### Coal Deposits

Coal in the lower member of the Dakota Sandstone is called the lower coal zone, and the coal in the upper member of the Dakota Sandstone is called the upper or Culver coal zone. The lower coal is as much as 4 ft thick, and the Culver zone averages about 5–6 ft thick but can be as thick as 10 ft (Averitt, 1962; Doelling and Smith, 1982).

### Coal Quality

The coal in the Kolob-Harmony fields is subbituminous A to bituminous C in rank (Doelling 1972). Locally in the Harmony field, some coal is metamorphosed by igneous intrusions to an apparent rank of semianthracite. Coal analyses for the Kolob and Harmony fields in the table below are from Doelling and Smith (1982).

**Table.**   Coal in Dakota Sandstone—Kolob.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Range of mean | 10.8-11.5 | 2.21-5.76 | 10,344-10,500 |

**A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**     **B87**

**Table.** Coal in Dakota Sandstone—Harmony.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Mean | 26.6 | 3.31 | 9,100 |

### Resources

Doelling and Smith (1982) report about 2.0 billion short tons of coal in the Kolob field in beds greater than 4.0 ft thick, most of which (about 95 percent) is in the upper zone. Insignificant resources are present in the Harmony field (Doelling and Smith, 1982).

### Production History

About 25 mines have operated in the area between 1852 and 1966, and, cumulatively, they have produced less than a million short tons of coal (Doelling, 1972).

### References

Averitt, P., 1962, Geology and coal resources of the Cedar Mountain quadrangle, Iron County, Utah: U.S. Geological Survey Professional Paper 389, 72 p.

Cashion, W.B., 1961, Geology and fuels resources of the Orderville-Glendale area, Kane County, Utah: U.S. Geological Survey Coal Investigations Map C-49.

Doelling, H.H., 1972, Kolob-Harmony coal fields, in Doelling, H.H., and Graham, R.L., eds., Southwestern Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph No. 1, p. 251–333.

Doelling, H.H., and Smith, M.R., 1982, Overview of Utah coal fields, 1982, in Gurgel, K.D., ed., Proceedings Fifth Symposium on the Geology of Rocky Mountain Coal 1982: Utah Geological and Mineral Survey Bulletin 118, p. 1–26.

Gustason, E.R., 1989, Stratigraphy and sedimentology of the middle Cretaceous (Albian-Cenomanian) Dakota Formation, southwestern Utah: Boulder, Colo., University of Colorado Ph. D. dissertation, 376 p.

Kauffman, E.G., Sageman, B.B., Gustason, E.R., and Elder, W.P., 1987, High-resolution event stratigraphy, Greenhorn cyclothem (Cretaceous: Cenomanian-Turonian), Western Interior basin of Colorado and Utah: Boulder, Colo., Geological Society of America Guidebook, Rocky Mountain Section, 198 p.

BLM_0104954

## Salina Canyon Coal Field

### Location

The Salina Canyon coal field is a minor field located within Sevier County, Utah, west of the Wasatch Plateau along Interstate 70. The field is highly dissected by north-south-trending normal faults, including the Musinia fault zone (Spieker and Baker, 1928).

### Stratigraphy

The stratigraphy and coal geology were first studied in detail by Spieker and Baker (1928). A compilation of the geology of the area is included in (Doelling 1972). Coals are present in the Castlegate Sandstone and Blackhawk Formation.

**Table**.  Stratigraphy—Salina Canyon coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
| --- | --- | --- |
| Castlegate Sandstone | fluvial; minor coal | 229 |
| Blackhawk Formation | coastal plain; major coal | 540 (part) |

### Coal Deposits

There are three coal beds within the Blackhawk Formation: the Wilson, Sevier, and Ivie beds. Most of the coal beds are about 2–3 ft thick; however, the Ivie bed is reported as between 6 and 10 ft thick on outcrop (Spieker and Baker, 1928). The Ivie bed was found to be 4.7–6.3 ft thick in the subsurface based on three drill holes, and between 4.7 and 7.5 ft thick in the Sevier Valley Mine as reported in Doelling (1972, p. 39).

### Coal Quality

Coal quality information in the table below is based on the range of 11 to 13 samples compiled from Doelling (1972, table 16).

**Table**.  Coal in Blackhawk Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
| --- | --- | --- |
| 4.2-13.2 | 0.32-0.6 | 9,690-12,080 |

### Resources

Spieker and Baker (1928) estimated about 170 million short tons of coal for the Salina Canyon field over an area of about 30 mi². They estimated that the Ivie bed may contain as much as 140 million short tons in an aggregate area of about 20 mi². Doelling (1972) reports a potential resource of about 69 million short tons for about 7,700 acres west of the Musinia fault.

### Production History

Five small mines operated in the coal field between 1910 and 1953, having produced about 430,000 tons of coal (Doelling, 1972).

### References

Doelling, H.H., 1972, Sevier-Sanpete region, *in* Doelling, H.H., ed., Central Utah Coal Fields: Sevier-Sanpete, Wasatch Plateau, Book Cliffs and Emery: Utah Geological and Mineralogical Survey Monograph No. 1, p. 1–57.

Spieker, E.M., and Baker, A.A., 1928, Salina Canyon district, Sevier County, Utah: U.S. Geological Survey Bulletin 796-C, p.125–170.

BLM_0104956

### Sego Coal Field

#### *Location*

The Sego coal field is situated in the eastern part of the Book Cliffs within Grand County in Utah. The field is on the southern flank of the Uinta Basin, which has gentle dips to the north. The field is about 6 mi in width and about 65 mi in length, covering an area of about 400 mi$^2$ (Doelling, 1972). The coal-bearing Neslen Formation extends across the Colorado State line, becoming the Mount Garfield Formation (see summary of Book Cliffs coal field, Colorado).

#### *Stratigraphy*

The stratigraphy of the coal-bearing Neslen was first worked out in detail by Fisher (1936) and later refined by Fisher and others (1960) and Kirschbaum and Hettinger (1998). Thickness of the formation is from Fisher (1936) and Kirschbaum and Hettinger (1998). The coal deposits present in the easternmost part of the field were studied by Gualtieri (1991a, 1991b)

**Table**. Stratigraphy—Sego coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Castlegate Sandstone (part) | | |
|     Bluecastle Tongue | alluvial | 0-150 |
|     Neslen Formation | coastal plain; coal | 250-410 |
|     Sego Sandstone | tidal/nearshore marine | 140-213 |

#### *Coal Deposits*

The coal zones in the Neslen Formation were first mapped and named by Fisher (1936) and include, in ascending order, the Palisade, Ballard, Chesterfield, and Carbonera. The most important bed is the Chesterfield coal, which has been extensively mined in the Sego Canyon area (Doelling, 1972; Willis, 1986). The Chesterfield attains a maximum thickness on outcrop of about 5 ft (Fisher, 1936, plates 13–15). Gaultieri (1991a, 1991b) noted in drill holes a maximum thickness of about 7 ft for the Chesterfield in the easternmost part of the field.

#### *Coal Quality*

The coal is high-volatile B-C bituminous (Gualtieri, 1991a, 1991b). Ash, sulfur and Btu/lb data in the following table are from Doelling and Smith (1982).

**Table**. Coal in Neslen Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 4-19 | 0.37-1.0 | 9,000-12,000 |

BLM_0104957

## Resources

Doelling (1972) reported 293.5 millions of short tons of coal in the Neslen in beds greater than 4 ft thick. Gualtieri (1991b) reported about 180 million short tons of coal in the combined lower (Palisade) Ballard, Carbonera, and local beds.

## Production History

Eight mines and several prospects operated in the Sego coal field between 1898 and 1953 and produced a total of 2.65 million short tons of coal (Doelling, 1972).

## References

Doelling, H.H., 1972, Sego coal field, *in* Doelling, H.H., and Graham, R.L., eds., Eastern and Northern Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph Series No. 2, p. 191–267.

Doelling, H.H., and Smith, M.R., 1982, Overview of Utah coal fields, 1982, *in* Gurgel, K.D., ed., Proceedings, Fifth Symposium on the Geology of Rocky Mountain Coal 1982: Utah Geological and Mineral Survey Bulletin 118, p. 1–26.

Fisher, D.J., 1936, The Book Cliffs coal field in Emery and Grand Counties, Utah: U.S. Geological Survey Bulletin 852, 104 p.

Fisher, D.J, Erdmann, C.E., and Reeside J.B., Jr., 1960, Cretaceous and Tertiary Formations of the Book Cliffs Carbon, Emery and Grand Counties, Utah, and Garfield and Mesa Counties, Colorado: U.S. Geological Survey Professional Paper 332, 80 p.

Gualtieri, J.L., 1991a, Map and cross sections of coal zones in the Upper Cretaceous Neslen Formation, north-central part of the Westwater 30'x60' quadrangle, Grand and Uintah Counties, Utah: U.S. Geological Survey Coal Investigations Map C-133.

Gualtieri, J.L., 1991b, Map and cross sections of coal zones in the Upper Cretaceous Neslen and Mount Garfield Formations, northeastern part of the Westwater 30'x60' quadrangle and adjacent area, Garfield County, Colorado, and Grand and Uintah Counties, Utah: U.S. Geological Survey Coal Investigations Map C-134.

Kirschbaum, M.A., and Hettinger, R.D., 1998, Stratigraphy and depositional environments of the late Campanian coal-bearing Neslen/Mount Garfield Formations eastern Book Cliffs, Utah and Colorado: U.S. Geological Survey Open-File Report 98-43.

Willis, G.C., 1986, Geology, depositional environment, and coal resources of the Sego Canyon 71/2-minute quadrangle, near Green River, east central Utah: Brigham Young University Geology Studies v. 33, part 1, p. 175–208.

BLM_0104958

## Tabby Mountain Coal Field

### Location

The Tabby Mountain coal field is located on the northwestern flank of the Uinta Basin and extends for about 35 mi within Wasatch and Duchesne Counties, Utah (Doelling and Smith, 1982). Strata dip from 24 to 75 degrees, and the western margin of the field is highly deformed from eastward-directed thrusting (Doelling and Smith, 1982). Most of the coal is owned by the Uinta and Ouray Indian Tribes (Doelling and Smith, 1982).

### Stratigraphy

Lupton (1912) completed the first fairly detailed study of the stratigraphy and geology of the coal-bearing units. Lupton's study and later stratigraphic and geologic studies were compiled by Doelling (1972). The revised stratigraphy and thickness of the Frontier Formation is from Molenaar and Wilson (1990). Thicknesses of the upper shale member of the Mancos Shale and the Mesaverde Formation are from Lupton (1912).

**Table.** Stratigraphy—Tabby Mountain coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Mesaverde Formation | coastal plain/nearshore marine; coal | 3,300 |
| Mancos Group | | |
| upper shale member | marine shale | 1,450 |
| Frontier Formation | coastal plain/nearshore marine; coal | 760 |
| unnamed shale unit | marine shale | 170 |
| Mowry Shale | marine shale | 200 |

### Coal Deposits

Coal as thick as 10 ft is present in the Frontier Formation (Doelling and Smith, 1982). As many as 21 beds of coal are present in the Mesaverde Formation and they are as much as 28 ft thick (Lupton, 1912). The main bed is named the Fraughton.

### Coal Quality

The coal in the Frontier and Mesaverde is subbituminous C to lignite A in apparent rank. Ash and sulfur content in the following table are from (Doelling and Smith, 1982). Calorific values, based on 27 analyses indicate an apparent rank of lignite (Affolter, chap. G, this CD-ROM); Doelling and Smith (1982) reported values of 8,000 to 10,000 Btu/lb.

**Table.** Coal in Frontier and Mesaverde Formations.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|
| 6-10 | 0.7-1.0 | 3,674-7,784 |

BLM_0104959

## Resources

The Tabby Mountain field is estimated to have about 1.9 billion short tons of coal in beds greater than 14 inches thick and under less than 3,000 ft of overburden (Lupton, 1912). Of this amount, Doelling (1972) estimated that about 231 million tons are in beds greater than 4 ft thick and under less than 3,000 ft of overburden.

## Production History

Four small mines and a few prospects operated in the Tabby Mountain field from the early 1900's until about 1949 (Doelling, 1972).

## References

Doelling, H.H., 1972, Tabby Mountain coal field, in Doelling, H.H., and Graham, R.L., eds., Eastern and Northern Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph Series No. 2, p. 281–321.

Doelling, H.H., and Smith, M.R., 1982, Overview of Utah coal fields, 1982, in Gurgel, K.D., ed., Proceedings Fifth Symposium on the Geology of Rocky Mountain Coal 1982: Utah Geological and Mineral Survey Bulletin 118, p. 1–26.

Lupton, C.T., 1912, The Blacktail (Tabby) Mountain coal field, Wasatch County, Utah, in Campbell, M.R., ed., Contribution to Economic Geology 1910: U.S. Geological Survey Bulletin 471, p. 595–628.

Molenaar, C.M., and Wilson, B.W., 1990, The Frontier Formation and associated rocks of northeastern Utah and northwestern Colorado: U.S. Geological Survey Bulletin 1787, 21 p.

## Vernal Coal Field

### Location

The Vernal field is located on the northeast margin of the Uinta Basin in Uintah County, Utah.

### Stratigraphy

A brief summary of the coal deposits of the field was completed by Gale (1910) and Lupton (1912). Kinney (1955) studied the stratigraphy and mapped the geology of part of the field and worked on the Frontier Formation coals. A regional stratigraphic study was completed by Molenaar and Wilson (1990). The most comprehensive report on the coal geology is by Doelling and Graham (1972). Thicknesses of units are from Kinney (1955).

**Table**.   Stratigraphy—Vernal coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
| --- | --- | --- |
| Mesaverde Formation | nearshore marine; coastal plain; coal | 1,100 |
| Mancos Group | | |
| upper shale member | marine | 4,900 |
| Frontier Formation | nearshore marine; coastal plain; coal | 140-270 |
| Mowry Shale | marine | 30-120 |

### Coal Deposits

Coal beds in this field contain numerous partings and dip steeply. The coal beds are generally thin, although Frontier coals are as thick as 8.1 ft and Mesaverde Formation coals can be as thick as 7.0 ft (Doelling and Graham 1972).

### Coal Quality

Both the Frontier and Mesaverde coals have an apparent rank of high-volatile C bituminous. Averages for ash, sulfur, and heat contents are given in the table below (Doelling and Smith, 1982).

**Table**.   Coal in Mesaverde Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
| --- | --- | --- |
| 17.5 | 0.8 | 8,750 |

**Table**.   Coal in Frontier Formation.

[Values reported on an as-received basis]

| Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
| --- | --- | --- |
| 12.5 | 1.6 | 11.510 |

## Resources

Inferred resources with as much as 3,000 ft of overburden equal about 164 million short tons in the Frontier and about 13 million short tons in the Mesaverde (Doelling and Graham, 1972, p. 26–27).

## Production History

About 52 mines or prospects were opened in the area between the 1870's and 1955, producing a total of about 250,000 short tons of coal (Kinney, 1955; Doelling and Graham, 1972; Doelling and Smith, 1982).

## References

Doelling, H.H., and Graham, R.L., 1972, Vernal coal field, *in* Doelling, H.H., and Graham, R.L., eds., Eastern and Northern Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph Series No. 2, p. 1–95.

Doelling, H.H., and Smith, M.R., 1982, Overview of Utah coal fields, 1982, *in* Gurgel, K.D., ed., Proceedings Fifth Symposium on the Geology of Rocky Mountain Coal 1982: Utah Geological and Mineral Survey Bulletin 118, p. 1–26.

Gale, H.S., 1910, Coal fields of northwestern Colorado and northeastern Utah: U.S. Geological Survey Bulletin 415, 265 p.

Kinney, D.M., 1955, Geology of the Uinta River–Brush Creek area, Duchesne and Uintah Counties, Utah: U.S. Geological Survey Bulletin 1007, 185 p.

Lupton, C.T., 1912, The Deep Creek district of the Vernal coal field, Uinta County, Utah, *in* Campbell, M.R., ed., Contribution to Economic Geology 1910: U.S. Geological Survey Bulletin 471, p. 579–594.

Molenaar, C.M., and Wilson, B.W., 1990, The Frontier Formation and associated rocks of northeastern Utah and northwestern Colorado: U.S. Geological Survey Bulletin 1787, 21 p.

## Wales Coal Field

### Location

The Wales coal field is a minor field located in Sanpete County, Utah. The field is just west of the Colorado Plateau proper and is on the east side of the Gunnison Plateau (San Pitch Mountains) within the Basin and Range Province.

### Stratigraphy

A reconnaissance study of the coal was completed by Richardson (1906), and the earliest detailed study of the coal was by Clark (1914). Coal in the Wales coal field is present within the Cretaceous-Tertiary North Horn Formation. The coal is in the Cretaceous part of the unit (Lawton and others, 1993). The stratigraphy and thickness is from Lawton and others (1993).

**Table.**  Stratigraphy—Wales coal field.

| Stratigraphic unit | Depositional environment | Thickness (ft) |
|---|---|---|
| North Horn Formation coal-bearing unit | alluvial/lacustrine | 131-374 |

### Coal Deposits

Numerous thin beds as much as 6.6 ft thick (with partings) are present in the coal unit (Doelling, 1972; Lawton and others, 1993).

### Coal Quality

Coal chemistry data in the following table are from a compilation by Doelling (1972).

**Table.**  Coal in North Horn Formation.

[Values reported on an as-received basis]

| | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Average | 14.8 | 4.3 | 10,119 |
| Range | 4.0-29.2 | 2.88-6.79 | 6,554-11,857 |
| Number of analyses | 13 | 8 | 6 |

BLM_0104963

## Resources

The field contains about 12 million short tons of coal (Doelling, 1972).

## Production History

The Wales coal field dates back to 1855. Several small mines operated until 1955, producing a total of 175,000 short tons of coal (Doelling, 1972).

## References

Clark, F.R., 1914, Coal near Wales, Sanpete County, Utah, *in* Campbell, M.R., ed., Contributions to Economic Geology 1912: U.S. Geological Survey Bulletin 541, p. 478–489.

Doelling, H.H., 1972, Sevier-Sanpete region, *in* Doelling, H.H., ed., Central Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph No. 3, p. 1–57.

Lawton, T.F., Talling, P.J., Hobbs, R.S., Trexler, Jr., J.H., and Weiss, M.P., 1993, Structure and Stratigraphy of Upper Cretaceous and Paleogene Strata (North Horn Formation), Eastern San Pitch Mountains, Utah—Sedimentation at the Front of the Sevier Orogenic Belt: U.S. Geological Survey Bulletin 1787-II, 33 p.

Richardson, G.B., 1906, Coal in Sanpete County, Utah, *in* Emmons, S.F., and Eckel, E.C., eds., Contributions to Economic Geology 1905: U.S. Geological Survey Bulletin 285, p. 280–284.

## Wasatch Plateau Coal Field

### Location

The Wasatch Plateau is the most important coal field in Utah. The field is located in the center of the State within Carbon, Emery, Sanpete, and Sevier Counties and partially within Utah and Wasatch Counties (Doelling and Smith, 1982). The coal field is about 90 mi long and about 10–20 mi wide. The field is cut by a series of generally north-south-trending normal faults that partition the field into seven distinct coal areas, as defined by Doelling (1972b, his fig. 18, p. 127). Three smaller fields are present west of the main Wasatch Plateau coal field: the Mount Pleasant, Salina Canyon, and Sterling fields (Doelling, 1972a). The Salina Canyon field is included separately in this report.

### Stratigraphy

The first comprehensive study of the stratigraphy and coal geology of the Blackhawk Formation was conducted by Spieker (1931). Thicknesses for the members of the Mancos Shale are from the Three States National Gas Co., Joe's Valley No. 3 well, as reported in Roberts and Kirschbaum (1995, p. 90). Thicknesses of upper units are from Spieker (1931).

**Table.**   Stratigraphy—Wasatch Plateau coal field.

| Stratigraphic units | Depositional environment | Thickness (ft) |
|---|---|---|
| Castlegate Sandstone | fluvial | 500 |
| Blackhawk Formation | coastal plain; major coal | 700-1,000 |
| Star Point Sandstone | nearshore marine | 222-500 |
| Mancos Shale | | |
|     Masuk Member | marine | 1,590 |
|     Emery Sandstone | | |
|     Member | coastal plain; major coal | 1,200 |
|     Blue Gate Member | marine | 2,160 |

### Coal Deposits

Coal is present in two units: the Blackhawk Formation and the Emery Sandstone Member of the Mancos Shale. Coal in the Emery is little known because it is present only in the subsurface and relatively few drill holes penetrate the unit. The Emery contains at least six coal beds in the Joe's Valley No. 3 well that are as much as 11 ft thick.

The Blackhawk Formation contains the most important coal-bearing unit and contains more than 20 individual beds that are greater than 4 ft thick (Tabet, in press). The main beds are the Accord Lakes, Axel Anderson, Blind Canyon (Lower O'Connor), Wattis (Upper O'Connor), Cottonwood, and Castlegate A (Bob Wright). Many of these beds were originally named the Hiawatha bed by Spieker (1931) who did not fully recognize the complex nature of the coal over the 9-mi length of the field.

### Coal Quality

The coal in the Blackhawk has an apparent rank of bituminous B and C (Tabet, in press). A summary of selected mean proximate/ultimate values based on about 750 analyses from the Blind Canyon, Castlegate A, Hiawatha, and Upper Hiawatha beds compiled from Tabet (in press) are given in the table below.

A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah **B99**

**Table.** Coal in Blackhawk Formation.

[Values reported on an as-received basis]

|  | Ash content (percent) | Sulfur content (percent) | Heating value (Btu/lb) |
|---|---|---|---|
| Mean Range | 6.00-8.99 | 0.52-0.63 | 11,503-12,844 |

## Resources

Spieker (1931) estimated 13 billion short tons of coal in beds greater than 14 inches thick for the Wasatch Plateau, and he estimated 7.8 billion short tons for beds greater than 30 inches thick. Original minable reserves were estimated at about 6.4 billion short tons by Doelling (1972b).

## Production History

Production from numerous mines between 1870 and 1996 has totaled about 386 million short tons (Jahanbani, 1996) or 5 percent of the resource originally estimated by Spieker (1931) for beds greater than 30 inches thick. As of 1996, there were eight major underground mines operating in the Wasatch Plateau that produced about 24 million short tons of coal (Jahanbani, 1996). Four of the mines are longwall operations: Deer Creek, SUFCO, Skyline, and Trail Mountain, all of which are producing more than 3.5 million short tons a year as of 1996 (Fiscor, 1998; G. Sullivan, written commun., 1997—compiled from Mine Safety and Health Administration data).

## References

Doelling, H.H., 1972a, Sevier-Sanpete region, *in* Doelling, H.H., ed., Central Utah Coal Fields: Sevier-Sanpete, Wasatch Plateau, Book Cliffs and Emery: Utah Geological and Mineralogical Survey Monograph Series No. 3, p. 1–57.

Doelling, H.H., 1972b, Wasatch Plateau coal field, *in* Doelling, H.H., ed., Central Utah Coal Fields: Utah Geological and Mineralogical Survey Monograph Series No. 3, p. 58–243.

Doelling, H.H., and Smith, M.R., 1982, Overview of Utah coal fields, 1982, *in* Gurgel, K.D., ed., Proceedings Fifth Symposium on the Geology of Rocky Mountain Coal 1982: Utah Geological and Mineral Survey Bulletin 118, p. 1–26.

Fiscor, S., 1998, U.S. longwalls thrive: Coal Age, Feb., p. 22–27.

Jahanbani, F.R., 1996, 1995 Annual review and forecast of Utah coal, production and distribution: State of Utah Natural Resources, Office of Energy and Resource Planning, 26 p.

Roberts, L.N.R., and Kirschbaum, M.A., 1995, Paleogeography of the Late Cretaceous of the Western Interior of middle North America—Coal distribution and sediment Accumulation: U.S. Geological Survey Professional Paper 1561, 115 p.

Spieker, E.M., 1931, The Wasatch Plateau coal field, Utah: U.S. Geological Survey Bulletin 819, 210 p.

Tabet, D.E, in press, Coal Resources: Carbon-Emery Counties Report.



**National Coal Resource Assessment**

*Click here to return to Disc 1 Volume Table of Contents*

19                                          <u>Coal</u>

2/18                                    <u>Fri.</u>
    1. Met w/ David to produce maps
        9 – 12⁴⁵ = 3.75  } 5.75
        1³⁰ – 3³⁰ = 2.0

2/22                                    <u>Mon</u>
    1. KRCRA – Wilderness + non-Federal coal , Mtg. w/ David & Dusty
       David will re-do Fig. 19 – Active Coal Leases
       mark – existing leases

    2. Nucla Station   100 mW         orig. plant = 1957-59 constr.
                                      re-powering = 1985-1987
       Station receives up to 64  25-ton loads/day

2/23                                    <u>Wed.</u>
    1. David – Nucla area didn't match allogmite parcels
       mined area goes beyond map          729-2089 cell

    _____

2/24                                    <u>Thur</u>
    1. mtg. w/ Lynn Lewis. Discuss various items in Coal Report.
       Make notes on draft.

    Communication that occurred on 02/24 is of relevance to documentation.

# Energy Resources in Colorado:
# Coal, Oil Shale, and Uranium

Jerome G. Morse
research assistance provided by
R. Michael Stanwood

*This book was prepared under the auspices of*
*The Colorado Energy Research Institute, Golden, Colorado*

Westview Press / Boulder, Colorado

BLM_0104968

ROCKY MOUNTAIN ASSOCIATION OF GEOLOGISTS—1980 SYMPOSIUM

205

# COAL IN COLORADO

## D. KEITH MURRAY[1]

### ABSTRACT

Within the borders of Colorado, and covering approximately 28 percent of the State, occur eight coal-bearing regions and 21 coal fields that contain at least 11 percent of the total coal resources of the United States above a depth of 6,000 ft (1,829 m). Colorado coals range from early Late Cretaceous to Eocene in age. The higher rank coals, which are the largest resources, are found for the most part in the Late Cretaceous sequence (Dakota and Mesaverde Groups) in western Colorado. The lower rank coals occur in the latest Cretaceous and early Tertiary rocks of the Denver and Green River regions. Colorado coals generally range in rank from high-volatile B bituminous coal to subbituminous coal and lignite, and most are low (less than 1% in sulfur content. Igneous intrusions and structural deformation locally have metamorphosed the coal to semianthracite, anthracite, and even to coke. The largest resource of low-sulfur, high-Btu steam- and metallurgical-grade coal, and of coal having high in situ methane contents, in the western U.S. occurs in western and southern Colorado. Total remaining in-place coal resources of the State are conservatively estimated at more than 434 billion short (394 billion metric) tons to a depth of 6,000 ft (1,829 m). More than 70 percent of the State's coal resources are bituminous in rank, approximately 23 percent is subbituminous, five percent lignite, and less than one percent anthracite. Since 1864, more than 632 million short (573 million metric) tons of coal have been produced in the State. The largest coal resources in Colorado are in the Uinta region (26%), followed by the Green River (25%), Denver (18.5%), North Park (12.5%), and San Juan River (11.9%) regions.

## INTRODUCTION

The vast deposits of coal in Colorado constitute the State's largest presently available source of energy. Over 434 billion short (394 billion metric) tons of in-place coal resources with an overburden thickness of 6,000 ft (1,800 m), encompassing an area of nearly 30,000 sq mi (48,270 sq km), or approximately 28 percent of the area of the State (Fig. 1), are believed to remain in Colorado. This estimate is nearly 11 percent of the total coal resource of the entire United States, and is the fourth largest of all of the states. To a depth of 3000 ft (914 m), Colorado's remaining identified coal resources are estimated at nearly 129 billion short (117 billion metric) tons (Averitt, 1975). In terms of remaining identified bituminous coal resources, Colorado ranks second, behind Illinois, but is first in terms of low-sulfur bituminous coal (Averitt, 1975, p. 22). More than 80 percent of the coal resources of the State are believed to be minable by underground methods.

Colorado coals range in age from early Late Cretaceous to Eocene (Fig. 2), the largest and most widespread resources occurring in the Mesaverde Group (Upper Cretaceous). The Cretaceous coals, related to the transgressive-regressive cycles of the Late Cretaceous seaway, generally are of higher rank and better quality than are the Tertiary coals found in the more restricted Laramide-age structural basins. Of the eight coal-bearing regions in Colorado (Fig. 1), the most important from the standpoint of both total in-place resources and present annual production are the Green River and Uinta regions in the northwestern and west-central parts of the State, respectively.

Since 1864, more than 632 million short (573 million metric) tons of coal have been mined in Colorado; this is nearly equivalent to one year's current output of the entire United States. Total coal production in Colorado during 1978 amounted to more than 14.3 million short (13 million metric) tons, an all-time record. The State's previous high coal production occurred in

1918: 12.658 million short (11.481 million metric) tons. Colorado's 1978 production (Fig. 3) came from 67 licensed coal mines (of which only 56 actually produced coal during the year). Nearly 70 percent of the coal mined in the State during 1978 came from surface mines. On the basis of plans announced by industry, and barring undue adverse impact of proposed EPA sulfur dioxide emissions regulations on Colorado's low-sulfur coal, the State's coal output should exceed 20 million short (18 million metric) tons per year by 1980.

The low content of sulfur, ash and moisture, together with generally high heating values, of the typical coals of this State are resulting in increasing demand for both steam-quality and metallurgical-grade coals. Bituminous coal comprised 94 percent of Colorado's 1978 production; the balance was subbituminous in rank, mainly subbituminous A. Approximately 20 percent of the coal presently mined in the State is used for metallurgical purposes. Two-thirds of the coal now consumed in Colorado is utilized for steam-electric power generation, and this percentage is steadily increasing. Most of the remainder of the coal consumption is for metallurgical and industrial requirements. The rising demand for low-sulfur, high-Btu coal for power-generating and industrial purposes together with the fact that perhaps 75 percent of the coal resources occur either on private or State-owned lands, assure a bright future for the coal industry in Colorado.

## COAL-BEARING ROCKS

Colorado coals range in age from early Late Cretaceous to Eocene. The higher rank bituminous coals, which are the largest reserves, generally are found in the Upper Cretaceous Dakota and Mesaverde Groups (Fig. 2) in western Colorado, especially in the region extending from Garfield County south to the New Mexico State line. The oldest coals in Colorado occur in the Dakota Sandstone in the southwestern part of the State (northern San Juan River region, Durango to Nucla-Naturita field areas). Successively younger coals were laid down as the Late Cretaceous Western Interior sea retreated eastward and northeastward from the region.

The youngest coals, generally of lower rank (subbituminous A to lignite), are found in latest-Cretaceous and early Tertiary rocks in the Green River, North and South Park, Raton Mesa,

[1]Colorado School of Mines Research Institute, Golden, CO 80401.

Most of this information was compiled while the author was employed by the Colorado Geological Survey. Particular acknowledgement is due to S. M. Goolsby and C. M. Tremain, Colorado Geological Survey, who prepared the sections on coking coal and methane in coal, respectively.

COLORADO GEOLOGY, 1980, Rocky Mountain Association of Geologists. Denver, Colorado.

BLM_0104969

206                                    D. KEITH MURRAY



Figure 1. Coal-bearing regions and fields in Colorado.

| | | |
|---|---|---|
| 1. Yampa | 7. Grand Hogback | 12. Trinidad | 17. Middle Park |
| 2. Book Cliffs | 8. Danforth Hills | 13. Boulder-Weld | 18. South Park |
| 3. Grand Mesa | 9. Lower White River | 14. Colorado Springs | 19. Pagosa Springs |
| 4. Somerset | 10. Durango | 15. Canon City | 20. Nucla-Naturita |
| 5. Crested Butte | 11. Walsenburg | 16. North Park | 21. Tongue Mesa |
| 6. Carbondale | | | |

and Denver coal regions. Subbituminous coals occur in the Cretaceous Lance, Laramie, and Vermejo Formations; in the Paleocene Fort Union and Raton Formations; and in the Paleocene-Eocene Wasatch and Coalmont Formations. Lignite is restricted to the Paleocene-age upper part of the Denver Formation in the central Denver coal region.

## COAL RANK BY REGION

Colorado coals range in rank from lignite to anthracite; over 70 percent of the State's coal resources are bituminous, approximately 23 percent subbituminous, five percent lignite, and less than one percent anthracite.

In a general sense, the older the coal, the higher the rank. However, geologic factors such as higher geothermal gradient and deeper burial can significantly increase the rank of even the youngest coals.

The coal-bearing sequences (Fig. 2) and coal ranks, by region, can be generalized as follows (units currently being mined are in boldface type):

### CANON CITY REGION (OR FIELD):

**Vermejo Formation** (Upper Cretaceous)—high-volatile C bituminous.

### DENVER REGION:

Denver-Dawson Formations, (Paleocene part)—lignite A to subbituminous C.
**Laramie Formation** (Upper Cretaceous)—subbituminous B and C.

### GREEN RIVER REGION:

Wasatch (Eocene), Fort Union (Paleocene), and Lance (Upper Cretaceous) Formations—probably mostly subbituminous B and C.

COAL 207



Figure 2. Colorado stratigraphic correlation chart, parts of Mesozoic and Cenozoic Eras. Coal-bearing units are shaded. (Pearl and Murray, 1974.)

**Mesaverde Group** (Upper Cretaceous)—mostly high-volatile C bituminous, some high-volatile B bituminous and subbituminous A.

**NORTH PARK REGION (OR FIELD):**

Coalmont Formation (Paleocene-Eocene)—subbituminous A and B.

**RATON MESA REGION:**

Northern part of region (Walsenburg coal field):
Raton Formation (Paleocene-Upper Cretaceous)—high-volatile B and C bituminous (noncoking).
Vermejo Formation (Upper Cretaceous)—high-volatile B and C bituminous (noncoking).
Southern part of region (Trinidad coal field):
Raton Formation (Paleocene-Upper Cretaceous)—high-volatile A and B bituminous (generally of coking quality).
Vermejo Formation (Upper Cretaceous)—high-volatile A and B bituminous (generally of coking quality).

**SAN JUAN RIVER REGION:**

Fruitland Formation (Upper Cretaceous)—high-volatile B and C bituminous.
Menefee Formation of Mesaverde Group (Upper Cretaceous)—high-volatile A and B bituminous (locally of coking quality).
Dakota Sandstone (Upper Cretaceous)—high-volatile B and C bituminous (currently mined only in Nucla-Naturita field; may locally be of coking quality).

**SOUTH PARK REGION (OR FIELD):**

Laramie Formation (Upper Cretaceous)—subbituminous A and B (not produced since 1932).

**UINTA REGION:**

Mesaverde Group (Upper Cretaceous)—anthracite and semianthracite (restricted to areas of igneous activity in southeastern part of area, especially in Crested Butte field); medium-volatile bituminous (high-grade coking coal, chiefly in Coal Basin area of Carbondale field); high-volatile A, B, and C bituminous (of coking quality in parts of Carbondale and Somerset fields); subbituminous A and B (?) (only in local areas near outcrops).



Figure 3. Annual Colorado coal production, 1880–1979.

D. KEITH MURRAY

## COAL ANALYSES

Since 1975, the Colorado Geological Survey and the U.S. Geological Survey have conducted a cooperative program to sample and analyze most of the producing coal mines in Colorado, together with coals likely to be mined in the future that have been cored by both Federal and private industry drilling programs. Trace-element and other geochemical analyses are performed by the U.S.G.S. in the Denver area, and the proximate, ultimate, and related analyses are conducted by the U.S. Bureau of Mines laboratory (now under the jurisdiction of the Department of Energy) in Pittsburgh, Pa.

Results of the first phase of this program have been published (Boreck and others, 1977), and additional results are being compiled for publication by the Colorado Geological Survey (Schultz, in preparation). Included in the analyses resulting from this coal sampling program are: trace-element composition of the laboratory ash of coal samples, partings, roof-rocks and floor-rocks (examination of 31 trace elements); major, minor, and trace-element composition of coals, on a whole-coal basis (testing for 42 elements); and proximate and ultimate analyses, heating values and forms of sulfur determinations.

None of the Colorado coals sampled to date, which include coals from all of the larger producing mines in the State, appears to contain significant quantities of toxic or radioactive elements (such as arsenic, mercury, selenium, strontium, thorium, and uranium). In fact, most appear to contain smaller amounts of these substances than do coals from other regions of the United States.

## PROXIMATE ANALYSES AND SULFUR CONTENT

Moisture, volatile matter, and fixed carbon contents of Colorado coals vary considerably with rank from region to region. Moisture content is generally in the one- to 20-percent range, as received. However, some of the subbituminous coals and lignites in the Denver region contain as much as 38 percent moisture. An overall average of about 12 percent moisture is a general average for Colorado coals. Statewide, volatile matter content varies from 6.9 percent (in anthracite in Crested Butte field) to approximately 45 percent, with most coals being in the 31-40 percent range. Fixed carbon content typically varies between 39 and 69 percent.

The ash content of coal beds in Colorado varies considerably as a result of different environments of deposition, even within the same coal "zone." The range typically is from approximately two to 20 percent, averaging about six percent. Locally, however, ash content may reach 25–30 percent, as received.

Sulfur content of most Colorado coal beds varies from 0.2 to 1.2 percent, as received. More than 99 percent of the coals analyzed contain less than 1.0 percent, and more than 50 percent contain less than 0.7 percent sulfur. The bulk of the coal being surface-mined in Colorado at present (over two-thirds of the State's production in 1978 was from surface mines) contains between 0.2 percent and 0.5 percent sulfur; on the other hand, much of the underground-mined metallurgical-grade coal in Colorado contains 0.5–1.0 percent sulfur, still low in comparison with many Eastern coals. Recent work by the U.S. Geological Survey and the Colorado Geological Survey (Boreck and others, 1977; Schultz, in preparation) indicates that organic sulfur usually predominates, followed by pyritic sulfur and sulfate.

In terms of pounds of sulfur per million Btu, most of the coal being surface-mined in Colorado today for use in steam-electric power plants contains between approximately 0.2 and 0.5 lb/million Btu (0.09 and 0.23 kg/2.326 million kJ), well within the definition of low-sulfur coal: specifically, one which contains 0.6 lb or less sulfur per million Btu (0.27 kg or less/2.326 million kJ).

## CALORIFIC CONTENT

Most of the subbituminous and bituminous steam coal being produced today in Colorado ranges from about 10,000 to 13,600 Btu/lb (23,260 to 31,634 kJ/kg); and coking coal, from 12,070 to over 14,000 Btu/lb (28,075 to over 32,564 kJ/kg) as received. On a dry, ash-free basis, most Colorado coals vary between 13,300 and 14,500 Btu/lb (30,936 and 33,727 kJ/kg) in heat content. On a moisture- and ash-free basis, an average of approximately 14,000 Btu/lb (32,564 kJ/kg) is reasonable for most Colorado coals; and on an as-received basis, about 11,370 Btu/lb (26,447 kJ/kg).

## METHANE CONTENT OF COAL

Since 1975, the Colorado Geological Survey, in cooperation with the United States Bureau of Mines and Department of Energy, has been gathering data on the methane content of Colorado coals. Historically, 130 coal mines have reported gassy conditions, explosions, and/or fires attributable to methane (Fender and Murray, 1978). In 1978, 11,000,000 cu ft (311,000 cu m) of methane, enough to heat 25,000 homes was vented each day from active coal mines in the State.

The gas contents of 146 coal core samples, collected from 31 locations and from depths of 100 to 7,600 ft (30 to 2,316 m), have been measured using the U.S. Bureau of Mines direct desorption method (McCulloch and others, 1975). Total gas contents range from near zero to more than 500 cu ft/ton (15.6 cu cm/g) of coal. Twenty-four gas samples from the core samples have been analyzed and found to have methane contents of 46 to 99 percent and heating values of 465 to 997 Btu/cu ft (3.3 to 7.1 kg cal/cu m). The gas at the upper ranges of these analyses is of pipeline quality.

Proximate and ultimate analyses of the desorbed coal samples indicate that the gassiest coals are medium- and low-volatile bituminous in rank; many also are of coking grade. In addition, total gas contents of coal core samples taken from coal beds within several hundred feet of the surface have been uniformly low, probably due to leakage of gas to the surface.

The available data on coal rank, coal bed depth, total gas measurements, and historic mine emissions indicate that the Uinta, San Juan River, Green River, and Raton Mesa regions are the gassiest coal regions in the State. Natural gas tests have been or are being drilled in these regions with coal seams being among the objectives. In addition, a mine operator in the Uinta region is draining methane from gob areas to improve mine safety. Another mine operator in this region is considering premining drainage of methane from virgin coal in order to avoid mining delays caused by hazardous methane buildups, as well as to put the gas to practical use.

## COKING COAL IN COLORADO

Recent studies indicate that the original identified in-place coking-coal reserves in the State of Colorado total over 4.3 billion short (3.9 billion metric) tons (Goolsby and others, 1979; Sanner and Benson, in preparation). These reserves include some of the highest quality and rank coking coals in the West, and account for Colorado's prominence as an important source of low-sulfur coking coal.

Coal produced from mines in Colorado has served as an important source of coking coal in the West since the Nineteenth Century, when coal was coked in beehive ovens to fuel the State's early metal foundries. Production also was utilized by the railroads and, eventually, in blast furnaces for the manufacture of steel. Economic and environmental factors led to the gradual abandonment of beehive ovens in favor of modern byproduct processes for the production of coke. Today, Colorado coals

BLM_0104972

COAL

209



Figure 4. Coking-coal classification system used to evaluate coal resources in Colorado.

are primarily coked in byproduct ovens operated by CF&I Steel Corporation (Pueblo, Colorado), United States Steel Corporation (Provo, Utah), and Kaiser Steel Corporation (Fontana, California).

A coking-coal resource evaluation has been conducted for Colorado by the Colorado Geological Survey (Goolsby and others, 1979) using the coking-coal classification system illustrated on Figure 4. The standards set forth in this classification system, together with previously published data, indicate that significant coking-coal reserves are located in the Raton Mesa region, San Juan River region, and Crested Butte, Somerset, and Carbondale fields of the Uinta region. Coking-coal reserve estimates were established for these areas using published estimates, geological considerations, coking-coal evaluation maps, and the coking-coal classification system depicted on Figure 4.

The Raton Mesa region contains approximately two billion short (1.8 billion metric) tons of marginal-grade, high-volatile A and B bituminous coking reserves. This coal is found in the Vermejo Formation of Cretaceous age and in the Raton Formation of Cretaceous and Tertiary age. Approximately 1.7 billion short (1.5 billion metric) tons of coking-coal reserves are contained in the Dakota Sandstone, Menefee Formation and Fruitland Formation, all of Cretaceous age, in the San Juan River region. These reserves vary from premium-grade, high-volatile A bituminous to latent-grade, high-volatile B bituminous coking coal. Lack of railroad facilities has hindered recent coal de-

velopment in this region. The highest ranked coking coal mined in Colorado is produced by the Mid-Continent Coal and Coke Company from its Coal Basin mines located near Redstone, in the Uinta region. The 500-million-short-(454-million-metric)-ton reserve estimate for the Uinta region varies from premium-grade, medium-volatile bituminous to marginal-grade, high-volatile B bituminous coking coal. Mines in this region generally are developed in steep-sided valley walls formed in the Iles and Williams Fork Formations of the Mesaverde Group (Late Cretaceous age). Original identified in-place coking-coal reserves for the Raton Mesa, San Juan River, and Uinta regions total approximately 4.3 billion short (3.9 billion metric) tons.

## COAL PRODUCTION AND MINING

Since 1864, Colorado mines have produced over 632 million short (573 million metric) tons of coal (Fig. 3), approximately equal to the annual production of the United States. Prior to 1978, when the State produced its greatest volume of coal, Colorado's previous all-time production record occurred in 1918. Production declined markedly during the Depression years. The State's coal production increased slightly during the period 1941–1945 (World War II), but declined drastically from 1945 to 1963, reaching a low of 2.9 million short (2.6 million metric) tons in 1954, the lowest since 1889. Most of this decrease was due to the increased use of "low-cost" natural gas and to the replacement of coal-burning trains with diesel-powered locomotives. Coal production in Colorado fluctuated between approxi-

210                                                    D. KEITH MURRAY

mately three and six million short (2.7 and 5.4 million metric) tons per year until 1973, when the present rise in production began.

Even though Colorado is one of the smaller producers of coal in the Rocky Mountain region, currently producing less than 10 percent of the region's coal and only 1.5 percent of the total U.S. coal, nevertheless its annual production has increased dramatically, over 250 percent, since 1971.

The Green River region produced more than nine million short (8.2 million metric) tons of coal during 1978, and is projected to produce nearly 11.5 million short (10.4 million metric) tons per year by 1980. Most of this coal is used to generate steam for electric-generation plants. Approximately two-thirds of the coal resources in this region is believed to be high-volatile C bituminous and the remaining third, A, B, or C subbituminous (Hornbaker and others, 1976, p. 10).

Surface mining of coal in Colorado began in 1909 in the Coalmont district, western North Park field, in Jackson County (Fig. 1). By 1962, seven of the State's 177 operating mines were surface mines, producing 14 percent of the total production (Fig. 3). Each year since 1962, between six and 23 surface mines have been licensed to operate in Colorado. To date over 56 million short (50.8 million metric) tons of coal have been produced by surface-mining methods in Colorado, amounting to approximately nine percent of the State's cumulative production.

## COAL-BEARING REGIONS

### INTRODUCTION

The coal resources of Colorado occur entirely within the Rocky Mountain coal province. The eight named coal-bearing regions and 21 coal fields (Fig. 1) are located in the western three-fourths of the State, that is, in the western part of the Great Plains, within intermontane basins west of Denver, and in the Colorado Plateau province which extends westward into eastern Utah (Averitt, 1972, Fig. 3).

The coal-bearing regions and coal fields of Colorado (Fig. 1) are discussed below, by region, in alphabetical order. Representative analyses of many of the most important coal beds or coal "zones" of the State are found in Murray (1979, Table 14).

#### Structure

The San Juan River, Uinta, Green River, Raton Mesa, and Denver coal regions, for the most part, are located within Laramide-age structural basins. The interior areas of these basins appear to be relatively free from structural complications; there the coal beds probably are not highly folded, faulted or otherwise disturbed. However, some margins of these basins are moderately to severely folded and faulted. In places, Tertiary igneous activity has metamorphosed the coal to anthracite, and even to coke, the Uinta region, which is located partially within the Piceance Creek basin, and the Green River region, the Colorado portion of which includes the Sand Wash basin, each contain significant coal resources to depths exceeding 10,000 ft (3,048 m). The Piceance Creek and Sand Wash basins are the deepest structural depressions in the State.

The Canon City, North Park and South Park coal regions occur in smaller, generally more structurally complex, Laramide-age basins.

Only a small part, possibly five to 10 percent, of the coal resources of Colorado today are considered to be surface-minable due to the limited areas within the coal-bearing regions in which the coal beds are both of gentle dip and under "shallow" cover.

#### Coal-bed Correlations

Unlike coals in many Eastern States, the coal beds in Colorado (and elsewhere in the Rockies) have been only tentatively correlated, for the most part, and care should be used in assigning coal quality characterizations to a named coal "bed" (Murray, 1979, p. 468). Colorado coals are highly variable in both chemical and physical character, in thickness, and in areal extent; individual beds rarely persist for more than a mile or so. Correlation of individual coals from basin to basin, or from region to region, often is impossible. For these and other reasons, many workers prefer to delineate coal-bearing sequences, or "zones" (Boreck and Murray, 1979), when mapping coal beds (refer to Murray, Fender, and Jones, 1977; and Fender and Murray, 1978, for examples of the use of geophysical well logs to correlate coal beds and "zones," to determine coal depositional trends, to estimate coal resources, etc).

### CANON CITY REGION (OR FIELD)

The Canon City coal region, or field (Fig. 1), lies within the Laramide-age Canon City basin, a downfaulted, synclinal, structural embayment located at the southwest extremity of the Denver structural basin of similar age. The Canon City embayment is bounded on the north by the Front Range uplift, on the southwest by the Wet Mountains uplift, and on the south by the Apishapa uplift, which separates the Canon City and Denver basins (and coal regions) from the Raton basin (and Raton Mesa coal region), located to the south. Geologically, the Canon City basin is more analogous to the Raton basin than to the Denver basin; therefore those coals in the Canon City region are similar in many respects to those in the northern part of the Raton Mesa region (Waisenburg field). The geologic structure in the Canon City region (which coincides exactly with Canon City field) is asymmetric, with gentle dips on the east and moderately steep dips on the west, and with some complications due to faulting along the east flank of the Wet Mountains uplift.

The Canon City region, in many respects, can be considered to be a northern extension of the Raton Mesa region, separated by uplift and faulting which has resulted in the removal of the coal-bearing sequences that no doubt once were deposited in the area between these two regions. This is the smallest coal region in Colorado, covering an area of only about 50 sq mi (80.5 sq km).

Coals in the Canon City region (or field) occur in the lower part of the Vermejo Formation (Upper Cretaceous-Paleocene? in age). Seven main coal beds have been mined commercially in the area; another eight or 10 beds have been reported but may be too thin to mine at this time.

Canon City coals typically are high-volatile C bituminous in rank, relatively low in sulfur content, nonweathering, nonagglomerating, and noncoking.

To date, this region has produced more than 40.3 million short (36.6 million metric) tons of coal, ranking fifth in the State (Fig. 5), and representing approximately 14 percent of the total estimated original in-place coal resources (250 million short or 227 million metric, tons) in the Canon City region. This production came from more than 175 mines.

Most of the coal mined in the Canon City region is used in nearby steam-electric power plants, in the State Penitentiary at Canon City, in the State Hospital at Pueblo, and by local domestic purchasers.

### DENVER REGION

The Denver coal-bearing region encompasses an area of some 7,500 sq mi (12,068 sq km) east of the Front Range in the eastern half of Colorado. It extends from the Wyoming State line southward to near Colorado Springs (Fig. 1), and lies within the larger Laramide-age (and younger?) Denver basin, which is an asymmetrical structure with its synclinal axis located near the western margin. This region contains large resources of subbituminous coal and lignite within 3,000 ft (914 m) of the surface.

BLM_0104974

COAL                                                                            211

Within the Denver region there are two separate coal-bearing subbasins, the Denver basin to the south, and the Cheyenne basin to the north, separated by the Greeley arch. The coal-bearing sequences have been removed by erosion from the Greeley arch (Kirkham and Ladwig, 1979). These subbasins are defined by the outcrop of the base of the coal-bearing interval in the Upper Cretaceous Laramie Formation. The lower part of the Laramie in both subbasins contains several beds of coal varying in rank from subbituminous coal to lignite (Fig. 2). The overlying Denver Formation (Late Cretaceous to Paleocene in age) contains multiple beds of lignite only in the central part of the Denver subbasin.

Beds of the Laramie Formation are exposed in hogbacks and road cuts along the foothills of the Front Range from near Colorado Springs north to Boulder. The Laramie coal beds are nearly vertical in the Foothills district (Landis, 1959, p. 164–165); however, their dips decrease rapidly eastward to five degrees or less. Most of the area of the Denver and Cheyenne subbasins is underlain by coals of the Laramie Formation, although coals may be thin or absent in a few areas. Laramie coal beds occur in a 50- to 275-ft-thick (15- to 84-m) zone within the lower part of the formation, and were deposited on a delta plain in poorly-drained swamps. Laramie coals are lenticular, and they generally are thicker and more persistent in the Denver than in the Cheyenne basin, being typically five to 10 ft (1.5 to 3 m) thick and locally up to 20 ft (6 m) thick in the former, but only three to seven feet (1 to 2 m) thick in the latter. Under approximately 1,850 sq mi (2,977 sq km) of the Denver coal region, Laramie coal beds are within 200 ft (61 m) of the surface and potentially surface-minable. Another 2,000-plus sq mi (3,218 sq km) contain Laramie coal beds from 500 to 1,500 ft (152 to 457 m) in depth, which someday may be feasible to gasify *in situ* (Kirkham and Ladwig, 1979).

Laramie coal beds vary significantly in rank in the Denver region, from subbituminous B coal to lignite A. The higher rank coals, which average 8,500 to 10,000 Btu/lb (19,771 to 23,260 kJ/kg), as received, occur along the west side of the Denver basin, in the Foothills district, and in the Boulder-Weld field (Fig. 1). Lower quality coals, ranging from 5,000 to 7,300 Btu/lb (11,630 to 16,980 kJ/kg), as received, are typical of the eastern side of the Denver basin (Kirkham and Ladwig, 1979).

Thick lignite beds of early Paleocene age occur in the Denver basin in the upper 300 to 500 ft (91 to 152 m) of the Denver Formation immediately below the Dawson Arkose, the lower part of which also is Paleocene in age (Fig. 5). These lignite beds are absent in the Cheyenne basin, inasmuch as the Denver Formation is not present in this northern subbasin of the Denver region. The lignite beds appear to have been deposited within two separate early Paleocene swamps on an alluvial plain that existed east of the Front Range piedmont area. The northern lignite area contains individual lignite beds that typically are 10 to 30 ft (3 to 9 m) in thickness, with a maximum observed thickness of 55 ft (17 m). The southern lignite area, on the other hand, contains generally thinner beds of lignite, averaging five to 10 ft (1.5 to 3 m), with a maximum thickness of about 30 ft (9 m). Most of the known lignite beds occur in the central and eastern parts of the Denver basin and are potentially surface-minable, lying beneath less than 200 ft (61 m) of cover. To the west, in the deeper parts of the basin, little is known about the Denver Formation lignites. They are believed to pinch out westward near the axis of the Denver basin (Kirkham and Ladwig, 1979).

Denver Formation lignites exhibit the following properties, based on as-received analyses: heating value, 4,000 to 7,000 Btu/lb (9,304 to 16,282 kJ/kg); ash content, 8–30 percent; moisture content, 22–40 percent; and sulfur content, 0.2–0.6 percent. Variations in the quality of these lignites are primarily a function of the number and thickness of clay partings, chiefly



| PERIOD | | DENVER BASIN | CHEYENNE BASIN |
|---|---|---|---|
| QUATERNARY | | UNDIFFERENTIATED | |
| PLIOCENE | | | |
| MIOCENE | | | OGALLALA FORMATION |
| | | | ARIKAREE FORMATION |
| OLIGOCENE | | CASTLE ROCK CONGLOMERATE | WHITE RIVER GROUP |
| EOCENE | | DAWSON ARKOSE | |
| PALEOCENE | | DENVER FORMATION | |
| | | ARAPAHOE FORMATION | |
| UPPER CRETACEOUS | | LARAMIE FORMATION | |
| | | FOX HILLS SANDSTONE | |
| | | PIERRE SHALE | |
| PRECAMBRIAN, PALEOZOIC AND MESOZOIC FORMATIONS, UNDIFFERENTIATED | | | |

Figure 5. Generalized stratigraphic correlation chart, Denver and Cheyenne sub-basins, Denver coal region (Kirkham and Ladwig, 1979, Fig. 10).

kaolinite, within a given bed; such partings may comprise five to 30 percent of the total thickness of a lignite bed. Kaolinite-rich partings are high in alumina and offer the potential for dual-resource (lignite and alumina) recovery (Kirkham and Ladwig, 1979).

Since the late 1800's, the Denver coal region has produced more than 132 million short (120 million metric) tons of coal, some 21 percent of the statewide total, from approximately 385 mines, almost all of them underground mines (Table 1). Approximately 15 million short (13.6 million metric) tons of all the production in the region, or 11.4 percent, came from the **Colorado Springs field** (in Douglas, El Paso, and Elbert Counties). The balance was mined in the **Boulder-Weld field**, most of the coal being produced in Boulder and Weld Counties. The Colorado Springs field has produced no coal since 1957. This is the only coal region in Colorado in which shaft mining has predominated over drift or slope mining. Shaft depths here have ranged from about 250 to 500 ft (76 to 152 m).

According to recent estimates (Kirkham and Ladwig, 1979), remaining in-place resources in the Denver region amount to approximately 20 to 25 billion short (18 to 23 billion metric) tons of subbituminous coal in the Laramie Formation, and 10 to 15 billion short (9 to 14 billion metric) tons of lignite in the Denver Formation, all at depths above 3,000 ft (914 m).

## GREEN RIVER REGION

The southeast arm of the large Green River coal region is located in Moffat and Routt Counties of northwest Colorado (Fig. 1). The larger part of this important coal region covers most of southwest Wyoming (Averitt, 1972, Fig. 3). The Colorado part of this region is comprised of the Sand Wash structural basin, of Laramide age, and the north flank of the Axial Basin uplift, which includes the Williams Fork Mountains and forms the south edge of the basin. The perimeter of the Green River coal region is defined, except where faulted, by the base of the Upper Cretaceous Mesaverde Group. The oldest coals in the region are found in the Iles Formation, lower Mesaverde Group (Fig. 2).

Coal-bearing Upper Cretaceous, Paleocene, and Eocene rocks crop out along the Yampa River-Williams Fork Mountains area, in the southeastern part of the region. This area consti-

BLM_0104975

Table 1. Cumulative Colorado coal production (millions of short tons), by coal region, as of January 1, 1978 (Dawson and Murray, 1978, p. 8).

| Rank | Coal Region | County(ies) | Production | Percent of State total |
|------|-------------|-------------|------------|------------------------|
| 1 | Raton Mesa | Huerfano, Las Animas | 248.873 | 40.9 |
| 2 | Denver | Adams, Arapahoe, Boulder, Douglas, Elbert, El Paso, Jefferson, Larimer, Weld | 132.447 | 21.8 |
| 3 | Uinta | Delta, Garfield, Gunnison, Mesa, Pitkin, Rio Blanco | 87.299 | 14.4 |
| 4 | Green River | Moffat, Routt | 86.211 | 14.2 |
| 5 | Canon City | Fremont | 40.387 | 6.6 |
| 6 | San Juan River | Archuleta, Dolores, La Plata, Montezuma, Montrose, Ouray, San Miguel | 8.804 | 1.4 |
| 7 | North Park | Jackson | 2.975 | 0.5 |
| 8 | South Park | Park | 0.725 | 0.1 |
| TOTAL | | | 607.721* | 100.0 |

* Colorado Division of Mines county records show a total, as of January 1, 1978, of 618.035 million short tons.

tutes the **Yampa Coal field**, the only named field in the region. The south flank of the Sand Wash basin consists of gently northward-dipping sediments that are locally folded, especially in the southeast part of the basin, and complicated by late Tertiary faults and igneous intrusives, which, in places, have upgraded some of the coals to anthracite.

Virtually all of the coals mined to date in the Green River region have come from the Iles and Williams Fork Formations of the Mesaverde Group (Fig. 2). Younger coal-bearing rocks (Lance, Fort Union, and Wasatch Formations) are preserved toward the interior of the basin, away from outcrops of the Mesaverde, on or near which most of the coal mining to date has taken place. A major part of the region contains multiple coal beds in several formations below a depth of 3,000 ft (914 m); in the central part of the Sand Wash basin, coals are present to depths in excess of 10,000 ft (3,048 m) (Jones and others, 1978).

The Mesaverde coals in the Green River region, for the most part, are high-volatile C bituminous in rank and vary in thickness from approximately three to 20 ft (1 to 6 m). The younger Lance Formation coals, which have been only locally mined in the past (not mined at present), appear to be subbituminous B or C and range up to about 10 ft (3 m) in thickness. The overlying Fort Union coals have been observed to be as thick as ±40 ft (±12 m) on geophysical logs of oil wells drilled in the Sand Wash basin. Where sampled near the surface, Fort Union coals appear to be subbituminous B or C in rank. Very little is known about the Wasatch Formation coals in the Colorado part of the region, although they have been mined locally at several ranches on both sides of the Colorado-Wyoming State line. Like the older Fort Union and Lance coals, those in the Wasatch Formation probably are subbituminous B or C in rank, range from a few feet to 20 ft (6 m) or more in thickness, and may be surface-minable in parts of the Green River region.

This region to date has produced more than 95 million short (86 million metric) tons of coal (or approximately 15% of the State's coal) from nearly 200 mines (Table 1). Most of the coal (all of it low-sulfur) currently being mined in the Green River region is burned in steam-electric generating plants located either within the region or elsewhere in Colorado, mostly in the Denver area. Some of the coal is exported to states such as Illinois, Iowa, Nebraska, and Texas.

Total in-place coal resources in the Colorado part of the Green River region probably far exceed 60 billion short (54 billion metric) tons above a depth of 6,000 ft (1,829 m), although very little work has been done to date in evaluating the coals below "minable" depths. Speltz (1976) estimates that nearly one billion short (0.9 billion metric) tons of potentially surface-minable coal may exist in this part of the region.

### NORTH PARK REGION (OR FIELD)

The North Park coal region, located in Grand and Jackson Counties (Fig. 1), lies in a high (8,000 to 9,000 ft, or 2,439 to 2,743 m), intermontane structural basin in north-central Colorado. The North Park basin, of Laramide age, is bounded by the Medicine Bow-Front Range uplift on the east, the Park Range uplift on the west, the Independence Mountain thrust fault on the north (near the Wyoming State line), and the Williams River-Vasquez Mountains on the south. The North Park region is comprised of two topographic basins, North Park and

COAL

213

Middle Park, separated by the east-west-trending Rabbit Ears Range, a middle- to late-Tertiary volcanic field composed of both flows and intrusive bodies. As defined (Averitt, 1972), North Park coal field lies in North Park, Jackson County, and Middle Park coal field, in Middle Park, Grand County.

All of the coals found in North Park basin occur in the Coalmont (Middle Park) Formation of late Paleocene and early Eocene age, which is up to 12,000 ft (3,658 m) thick (Fig. 2), and consists of terrigenous clastics, carbonaceous shales, and coals, laid down in an alluvial basin that rapidly subsided as the Rocky Mountains were uplifted in early Tertiary time. Coals were formed in flood basins and swamps between meandering streams. The Coalmont Formation unconformably overlies the marine Pierre Shale (Upper Cretaceous).

· **North Park field** (Coalmont and McCallum anticline districts) is the only part of the region in which coal has been mined. The coal beds in the region often are (1) highly folded, with structural dips in excess of 45 degrees in areas like McCallum anticline, (2) typically faulted, (3) very lenticular, and (4) somewhat upgraded in rank due to the relatively high geothermal gradient in parts of the area. North Park coals generally are subbituminous A to B in rank; most of the coal mined in recent years from McCallum anticline is subbituminous A.

The North Park region has produced nearly 3.7 million short (3.4 million metric) tons of coal from 35 mines since the early 1900's. Most of the coal produced during the last few years has been shipped via a light-duty railroad to the Union Pacific Railroad's main line at Laramie, Wyoming.

The two active mines in the field produce subbituminous A steam coal from a 50- to 60-ft-(15- to 18-m-) thick bed (the "Sudduth") near the base of the Coalmont formation, which, in the vicinity of the mines, dips 45 to 60 degrees, creating unique mining problems. This coal ranges up to ±11,000 Btu/lb (25,586 kJ/kg), with 0.2–0.7 percent sulfur, 2.1–10.8 percent ash, and 11.0–14.4 percent moisture as received (Dawson and Murray, 1978, p. 164, 165).

**Middle Park field** never has produced coal, although some coal beds have been reported in lower Tertiary sediments that probably are correlative with the Coalmont Formation in North Park, a few miles to the north. An unknown amount of coal resource probably exists within this 250- to 300-sq-mi (402- to 483-sq-km) southern extension of North Park basin.

## RATON MESA REGION

The Colorado part of the Raton Mesa coal region extends northward from the Colorado-New Mexico State line to just north of the town of Walsenburg and from the prominent Sangre de Cristo and Culebra Ranges eastward to Interstate Highway 25 and the town of Trinidad (Fig. 1). This region lies within the Laramide-age Raton structural basin, an asymmetric syncline, the south-plunging axis of which, in Colorado, is located near the west flank of the basin. Formation dips are gentle on the east flank and are sharply upturned to overturned on the west flank, which is marked by the faulted east edge of the Sangre de Cristo uplift. The central part of the basin is penetrated by the twin Spanish Peaks (Huajatolla), Tertiary-age igneous intrusions that rise to elevations above 12,000 ft (3,658 m); and by many associated dikes, sills, and laccoliths. The coals in this region have been upgraded, and even coked, in some areas by the abnormally high heat flow.

The perimeter of the Raton Mesa coal region is defined by the base of the Vermejo Formation (Upper Cretaceous), which is the oldest coal-bearing sequence in the basin (Fig. 2). Immediately above the Vermejo is the coal-bearing Raton Formation, of Late Cretaceous-Paleocene age. The multiple, lenticular coal beds in both of these sequences generally are less than 10 ft (3 m) in thickness.

Coals of both formations in the southern part of the Colorado portion of the region, essentially Las Animas County, generally are of coking quality, whereas those in the northern part, primarily in Huerfano County, typically are noncoking (Jones and others, 1978; Goolsby and others, 1979).

The Raton Mesa region (Colorado portion) has produced more than 248 million short (225 million metric) tons of coal to date from approximately 370 mines, which amount represents nearly 40 percent of all of the coal produced in Colorado (Table 1). Despite the large volume of coal that has been removed from the Raton Mesa region, more than 94 percent of the estimated in-place resource of 13.2 billion short (12 billion metric) tons still remains in the ground.

Essentially all of the mining to date in the region has been in the thicker, higher quality Vermejo coals. The mines have been located along the escarpment at the eastern edge of the basin and along the drainage of the eastward-flowing Purgatoire River, which dissects the area west of Trinidad.

**Trinidad field** (Fig. 1) is the most important coal field in Colorado (Table 1), having produced, since the late 1800's, approximately 174 million short (158 million metric) tons, much of it of coking quality, through 1978. This production is more than 27 percent of the total for the entire State, and came from more than 150 mines, most of them underground. The bulk of the present production from the Trinidad field comes from CF&I Steel's two captive coking coal mines, the Allen and the new Maxwell, which together account for approximately 90 percent of the field's total current production. Coal from the CF&I mines is shipped by rail to the company's steel mill in Pueblo, approximately 150 mi (241 km) to the north, where it is coked.

**Walsenburg field** (Fig. 1), in Huerfano County, so far has produced more than 75.5 million short (68.5 million metric) tons of coal, mostly noncoking, which is about 12 percent of Colorado's cumulative production to date. Most of this coal has been mined from the lower part of the Vermejo Formation. No coal was mined in this field for a number of years until 1978 when a small surface mine was opened.

## SAN JUAN RIVER REGION

The San Juan River coal region is located in southwest Colorado and in part of west-central Colorado as far north as the Grand Valley-Grand Junction area and the southern part of Delta County (Fig. 1; also see maps by Jones and others, 1978; and Averitt, 1972). The larger part of this region lies in northwest New Mexico and includes the San Juan structural basin, the Red Mesa-Mesa Verde platform, the Cortez saddle, and the eastern part of the Paradox basin, which extends into Utah. The region also includes parts of the Gunnison and Uncompahgre uplifts in Colorado.

Since the late 1800's, the San Juan River region has produced slightly more than nine million short (8 million metric) tons of coal from nearly 200 mines, which almost represents about 1.4 percent of the total production of Colorado (Table 1).

**Durango field** (Fig. 1) includes the Colorado portion of the San Juan structural basin, the Hesperus-Red Mesa-Cortez area and the Mesa Verde area, in La Plata and Montezuma Counties. Coals in the field are found in the Dakota Sandstone, Menefee Formation, and Fruitland Formation (Fig. 2).

Dakota coals are relatively thin, discontinuous, and of high ash content in and near the areas of outcrop (the Hogback) north and northeast of the town of Durango. In the subsurface to the south and west, Dakota coals have been mined to some extent at relatively shallow depths; the resource exists to a depth of 8,000 ft (2,438 m) or more in the Colorado portion of the San Juan basin.

Coal beds in the Menefee Formation comprise the most significant coal resource in the Durango field and are the only ones

BLM_0104977

being mined at present. In local areas of structural complexity near Durango, they are of coking quality (Goolsby and others, 1979).

To date, La Plata and Montezuma Counties have produced more than 6.76 million short (6.13 million metric) tons of coal which is more than 75 percent of the total for the Colorado part of the San Juan River region. Most of the coal currently being mined in the field is used locally for domestic and industrial purposes.

**Nucla-Naturita field** (Fig. 1) extends from Dolores County northward to just south of the Colorado River, in Mesa County. Throughout this large, highly dissected area (the "Dakota coal subregion" of Hornbaker and others, 1976), most of the post-Dakota coal-bearing rocks, and even much of the Dakota Sandstone itself have been stripped away by erosion. The single currently producing mine in this field furnishes approximately 100,000 short (90,700 metric) tons of coal per year to the nearby Nucla power plant. Three minable coal beds, three to five feet (0.9 to 1.5 m) thick, occur in the Dakota sequence in this area. The Nucla-Naturita coal field to date has produced over 2.1 million short (1.9 million metric) tons of coal, or about 24 percent of the total for the San Juan River region (Colorado portion).

**Pagosa Springs field**, located in Archuleta County (Fig. 1), has produced a total of only 75,000 short (68,025 metric) tons of bituminous coal over the years. One small surface mine currently operates in the field.

**Tongue Mesa field**, which has been placed within the Uinta region in previous articles (Hornbaker and others, 1976), herein is included within the San Juan River region (Fig. 1). Although not shown as such on recent maps (Fig. 1, Jones and others, 1978), the Tongue Mesa field consists of an isolated erosional remnant of Upper Cretaceous sediments (equivalent to at least part of the Mesaverde Group) capped by volcanic rocks of Late Cretaceous and early Tertiary ages. The coal-bearing "Mesaverde" sequence has been eroded west of Tongue Mesa field.

The coals in this field occur within a 900-ft-thick (274-m) sequence that correlates with the Kirtland-Fruitland-Pictured Cliffs Formations in the San Juan basin to the south (Fig. 2). At least four coal beds, ranging from two to more than 40 ft (0.6 to 12 m) in thickness, occur on Tongue Mesa in the lower 200 ft (61 m) of the Fruitland Formation. The most persistent and thickest coal bed, the Cimarron (or Lou Creek), together with several thinner coals, were underground-mined intermittently from the 1890's until the 1940's. No mines presently are active in the field. Tongue Mesa coals generally are subbituminous B in rank and often are considerably oxidized and "bony".

## SOUTH PARK REGION (OR FIELD)

South Park coal region, in Park County, lies entirely within a small, high (9,000–10,000 ft, or 2,743–3,048 m, in elevation), intermontane structural and topographic basin with the same name (Fig. 1).

The coal-bearing Laramie Formation (Upper Cretaceous) (Fig. 2) crops out at the north end of the basin, as well as in a few other places in South Park.

Near the town of Como, several Laramie coal beds, dipping as much as 45 degrees, were mined between 1870 and 1905 in 14 underground mines. A total of only 725,000 short (657,575 metric) tons of coal has been produced in the South Park region (Table 1). No mining is taking place here at the present.

The Laramie coals near the surface in South Park probably are subbituminous A or B in rank; however, no modern analyses are available.

The tightly folded and faulted South Park basin originally may have contained approximately 227 million short (206 million metric) tons of in-place coal resources above a depth of 6,000 ft (1,829 m) (Hornbaker and others, 1976).

## UINTA REGION

Approximately one-half of the large Uinta coal region lies in west-central Colorado; the remainder constitutes the main coal-bearing region of eastern Utah (Fig. 1; Averitt, 1972). Most of that part of the region located in western Colorado coincides with the Piceance Creek structural basin of Laramide age and is located in the eastern part of the Colorado Plateau physiographic province. The Uinta region in Colorado is bounded by the Grand Hogback monocline on the east, Axial Basin uplift on the north (which separates this region from the Green River coal region), the Utah State line on the west, Grand Valley and Colorado River on the southwest and the North Fork Valley and Gunnison uplift on the south and southeast.

The Piceance Creek basin is the largest structural basin in western Colorado, covering an area exceeding 7,200 sq mi (11,585 sq km), as defined by the base of the Upper Cretaceous Mesaverde Group. The basin is asymmetric in shape, with the steep flank on the east; its long axis trends northwest. This is one of the deepest basins in the Rocky Mountain region, with an estimated 25,000+ ft (7,620+ m) of sediments filling its deepest part, which is located at the north end of the basin, in Rio Blanco county. The southeastern part of the region, in Gunnison and Pitkin Counties, is marked by the Elk and West Elk Mountains igneous intrusive complexes of Tertiary age—sills, lacoliths, dikes, etc., and associated folds and faulting. The high geothermal heat flow characteristic of this part of the region has increased the rank of much of the coal that occurs here. As a result, the southeast part of the Uinta region contains large resources of coking coal, much of it of premium grade and high in methane content, and commonly lying under more than 1,000 ft (305 m) of overburden (Murray and others, 1977; Goolsby and others, 1979).

The eight coal fields in the Uinta region that exist around its periphery are briefly discussed below in alphabetical order (Fig. 1). All of these fields are or have been, productive from the Mesaverde Group (Fig. 2). The Lower White River field is the only one not presently producing.

Since the late 1800's this important region has produced more than 91.5 million short (83 million metric) tons of coal, which constitutes nearly 15 percent of the total for all of Colorado (Table 1), from nearly 300 mines. Currently, the Uinta region is second only to the Green River region in annual production, and first in the State in the production of both underground-mined coal and coking coal.

**Book Cliffs field** contains a number of high-quality coal beds in the Mount Garfield Formation of the Mesaverde Group. These are mostly high-volatile C bituminous in rank, with some high-volatile B. Hornbaker and others (1976) have estimated total in-place resources in this field (in the 800-sq-mi or 1,287-sq-km area considered) at approximately 7.2 billion short (6.5 billion metric) tons to a depth of 6,000 ft (1,829 m).

**Carbondale field**, located at the eastern edge of the region, in Garfield and Pitkin Counties, produces high-quality coking coal from the Mesaverde Group. In the Coal Basin area, Pitkin County, in the southern part of the field, some of the coals have been metamorphosed to high-volatile A and medium-volatile bituminous; and, locally, to semianthracite and anthracite. Original in-place coal resources to a depth of 6,000 ft (1,829 m) in the 165-sq-mi (265-sq-km) area considered have been estimated at more than 5.2 billion short (4.7 billion metric) tons.

**Crested Butte field** is located at the southeastern tip of the Uinta region, in Gunnison county, near the Crested Butte ski resort. Much of the field lies at elevations above 10,000 ft (3,048 m). Coal-bearing Mesaverde strata in this area have been folded, faulted, and intruded by igneous rocks. The coals here range from high-volatile C bituminous to anthracite; some are of good coking quality. Coal beds in the field vary from about two to 14 ft (0.6 to 4 m) in thickness. Original in-place coal resources, to a depth of 6,000 ft (1,829 m) in the 240-sq-mi (386-sq-km) area surveyed, are estimated at some 1.56 billion short (1.41 billion metric) tons (Hornbaker and others, 1976).

**Danforth Hills field**, which extends from Axial south to Meeker, is situated at the northeast limit of the Uinta region, in Rio Blanco and southern Moffat counties. This field is separated from the Yampa field, Green River region, to the north by Axial Basin, a topographic low in which the coal-bearing Mesaverde Group, which crops out in hills both to the north and south, has been stripped away. Both subdivisions of the Mesaverde Group here (the Iles and Williams Fork Formations) certain numerous good-quality bituminous coal beds, chiefly high-volatile C in rank. Some of these beds exceed 20 ft (6 m) in thickness. Original in-place coal resources to a depth of 6,000 ft (1,829 m) in the approximately 400-sq-mi (644-sq-km) for which the estimate was made, total more than 10.5 billion short (9.5 billion metric) tons (Hornbaker and others, 1976).

**Grand Hogback field** is located along the east rim of the Piceance Creek basin, the edge of which is sharply upturned to form the prominent Grand Hogback monocline. This feature extends south of Meeker for some 40 mi (64 km) to Rifle, then makes an abrupt bend to the southeast, through the old mining town of New Castle where the hogback is cut through by the Colorado River, then to Glenwood Springs, where the structure again trends south, marking the eastern edge of the Uinta region (Fig. 1). Coal-bearing Mesaverde sediments crop out along the length of the Grand Hogback, with 40-degree to nearly vertical dips, where coal has been mined for many years. The Mesaverde coals in the northern part of the Grand Hogback field are mainly high-volatile C bituminous; these grade southward toward Glenwood Springs, in Garfield County, to high-volatile B bituminous. The major part of the coal mined from this field has come from the "Fairfield" and "South Canon" coal "groups" or "zones" in the lower part of the Williams Fork Formation. The "Black Diamond" coal group, in the upper part of the Iles Formation, also has been mined in this area, as has the "Keystone" coal group, in the upper part of the Williams Fork. The numerous coal beds in this sequence range from approximately three feet (0.9 m) to more than 18 ft (5 m) in thickness. Original in-place resources to a depth of 6,000 ft (1,829 m) in the 160-sq-mi (257-sq-km) area considered is estimated at more than three billion short (2.7 billion metric) tons.

**Grand Mesa field**, situated on the south flank of the prominent Grand Mesa, a very large flat-topped feature over 10,000 ft (3,048 m) in elevation that is capped by Tertiary volcanic flows, lies primarily in Delta County. The northwestern part of the field, on the west flank of Grand Mesa and south of the Colorado River, is located in Mesa County (Fig. 1). The Mesaverde coals in this field, as in the Book Cliffs field, are in the Mt. Garfield Formation. The coal beds in Grand Mesa field range from high-volatile C bituminous to subbituminous A and are typically four to 14 ft (1.2–4.3 m) thick. Original in-place resources, to a depth of 6,000 ft (1,829 m) in the 530-sq-mi (850-sq-km) area for which the estimate was made, probably exceed 8.6 billion short (7.8 billion metric) tons (Hornbaker and others, 1976).

**Lower White River field** covers a large area that includes the western Piceance Creek basin and much of the Douglas Creek arch, westward to the Utah State line (Fig. 1). Most of the field lies in Rio Blanco County; a small part, a few miles north of the giant Rangely oil field (the largest field in Colorado), is located in southern Moffat County. Coals in Lower White River field occur in both the Williams Fork and Iles Formations. Most of the mining to date has taken place in the Rangely area, in the Mesaverde rimrock that defines the flanks of the large, breached Rangely anticline. Coal beds here vary from about eight to 12 ft (2.4 to 3.7 m) or more in thickness and are high-volatile C bituminous in rank. In the 930-sq-mi (1,496-sq-km) area surveyed, 11.76 billion short (10.67 billion metric) tons of in-place coal resources have been estimated to a depth of 6,000 ft (1,829 m).

**Somerset field** is located in the valley cut by the North Fork of the Gunnison River and its tributaries, in Delta and Gunnison Counties. The coals in this area occur in the Bowie and Paonia Members of the Williams Fork Formation, are high-volatile B and C bituminous in rank, and range up to 25–30 ft (7.6–9.1 m) in thickness. In the eastern part of the field, near the settlement of Somerset, coking coal of relatively good quality is produced at mines that include United States Steel's Somerset Mine, the largest underground mine in Colorado (present capacity, approximately one million short, 0.9 million metric, tons per year). In-place coal resources to a depth of 6,000 ft (1,829 m) in the 320-sq-mi (515-sq-km) area investigated are conservatively estimated at more than 8 billion short (7.3 billion metric) tons (Hornbaker and others 1976).

## COAL RESOURCES AND RESERVES

According to the U.S. Bureau of Mines (1977), Colorado ranks seventh in the total U.S. demonstrated reserve base of coal (16.3 billion short, 14.8 billion metric, tons) and fourth in the reserve base of bituminous coal. Furthermore, Colorado ranks first in the reserve base of underground-minable, low-sulfur bituminous coal. A significant part of Colorado's bituminous coal reserve base is of coking or metallurgical grade (Jones and Murray, 1978).

Of the 434.21 billion short (393.83 billion metric) tons of identified and hypothetical coal resources estimated to be remaining in the ground in Colorado to a depth of 6,000 ft (1,829 m), only 128.95 billion short (116.96 billion metric) tons (29.7% of the total) are classed as remaining identified resources (to a depth of 3,000 ft, or 914 m) (Averitt, 1975, p. 14). However, these data are considered to be very preliminary, inasmuch as detailed or specific information on the occurrence and thickness of coal exists in only about 25 percent of the coal-bearing area of Colorado (Averitt, 1975, p. 43).

The U.S. Bureau of Mines (1977) estimates the demonstrated reserve base of Colorado coals (as of January 1, 1976) to be about 16.3 billion short (14.8 billion metric) tons, of which only 3.8 billion short (3.4 billion metric) tons (23% of the total) are considered surface-minable. The demonstrated reserve base includes all coals, except lignite, that occur at depths above 1,000 ft (305 m); only bituminous coal and anthracite 28 in (0.7 m) or more in thickness, and subbituminous coal and lignite 60 in (1.5 m) or more in thickness, are included in the demonstrated reserve base. The Colorado Geological Survey estimates that more than 80 percent of the total coal resources of the State (0–6,000 ft, or 0–1,829 m, of overburden) will be minable only by underground methods. Overall recovery of the total resources of Colorado probably will be much less than 50 percent of the coal in-place, unless major breakthroughs in mining technology are achieved. Even then, the thick, multiple coal beds typical of many parts of Colorado may defy efficient overall

BLM_0104979

216                                   D. KEITH MURRAY

recovery by even the most advanced mining methods now conceivable. In some situations, *in situ* combustion of deeply buried and/or steeply dipping coal beds may be the only feasible means by which to recover the energy contained in a large part of this State's coal resources (Murray, Fender, and Jones, 1977).

According to Speltz (1976), most of Colorado's potentially surface-minable coal is located in the Denver coal region (75% of the total, mostly lignite), in the San Juan River region (Nucla-Durango-Cortez area, 16%), and in the Green River region (Oak Creek-Craig-Axial area, 5%).

## REFERENCES CITED

Averitt, Paul, 1972, Coal, *in* Geologic atlas of the Rocky Mountain region: Rocky Mtn. Assoc. Geologists, p. 297–299, Fig. 3 (map).

————, 1975, Coal resources of the United States, January 1, 1974: U.S. Geol. Survey Bull. 1412, 131 p.

Boreck, D. L., Jones, D. C., Murray, D. K., Schultz, J. E., and Suek, D. C., 1977, Colorado coal analyses, 1975 (Analyses of 64 samples collected in 1975): Colorado Geol. Survey Inf. Ser. 7, 112 p.

Boreck, D. L., and Murray, D. K., 1979, Colorado coal reserves depletion data, and coal mine summaries: Colorado Geol. Survey Open-file Rept. 79-1, 65 p.

Dawson, L. C., and Murray, D. K., 1978, Colorado coal directory and source book: Colorado Geol. Survey Resource Ser. 3, 225 p.

Fender, H. B., and Murray, D. K., 1978, Data accumulation on the methane potential of the coal beds of Colorado, final report: Colorado Geol. Survey Open-file Rept. 78-2, 25 p.

Fender, H. B., Jones, D. C., and Murray, D. K., 1978, Bibliography and index of publications related to coal in Colorado, 1972–1977: Colorado Geol. Survey Bull. 41, 54 p.

Goolsby, S. M., Reade, N. B. S., and Murray, D. K., 1979, Evaluation of coking coals in Colorado: Colorado Geol. Survey Resource Ser. No. 7, 72 p.

Hornbaker, A. L., Holt, R. D., and Murray, D. K., 1976, Summary of coal resources in Colorado, 1975: Colorado Geol. Survey Spec. Pub. 9, 17 p.

Jones, D. C., and Murray, D. K., 1978, First annual report, evaluation of coking-coal deposits in Colorado: Colorado Geol. Survey Open-file Rept. 78-1, 18 p.

Jones, D. C., Schultz, J. E., and Murray, D. K., 1978, Coal resources and development map of Colorado: Colorado Geol. Survey Map Ser. 9, scale: 1:500,000.

Kirkham, R. M., and Ladwig, L. R., 1979, Coal resources of the Denver and Cheyenne basins, Colorado: Colorado Geol. Survey Resource Ser. 5, 70 p.

Landis, E. R., 1959, Coal resources of Colorado: U.S. Geol. Survey Bull. 1071-C, p. 131–232.

Lowrie, R. L., 1977, Western coal in the U.S. energy picture, *in* Mining yearbook, 1977: Denver, Colorado Mining Association, p. 114–131.

McCulloch, C. M., Levine, J. R., Kissell, F. N., and Deul, Maurice, 1975, Measuring the methane content of bituminous coal beds: U.S. Bur. Mines Rept. Inv. 8043, 22 p.

Murray, D. K., 1979, Colorado — description of seams, *in* Nielson, G. F., ed., Keystone Coal Industry Manual: McGraw-Hill Mining Publications, New York, p. 458–481.

Murray, D. K., Fender, H. B., and Jones, D. C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek basin, Colorado, *in* Veal, H. K., ed., Exploration frontiers of the Central and Southern Rockies: Field Conf. Guidebook, Rocky Mtn. Assoc. Geologists, p. 379–405.

Pearl, R. H., and Murray, D. K., 1974, Colorado Stratigraphic Correlation Chart: Colorado Geol. Survey.

Sanner, W. S., Sr., and Benson, D. C., The demonstrated reserve base of United States coal with a potential for use in the manufacture of metallurgical coke: U.S. Bur. Mines Inf. Circ. (in preparation).

Schultz, J. E., Coal analyses, Green River and Uinta regions, Colorado: Colorado Geol. Survey Inf. Ser. 10 (in preparation).

Speltz, C. N., 1976, Strippable coal resources of Colorado — location, tonnage, and characteristics of coal and overburden: U.S. Bur. Mines Inf. Circ. 8713, 70 p.

U.S. Bureau of Mines, 1977, Demonstrated coal reserve base of the United States on January 1, 1976: U.S. Bur. Mines Mineral Industry Surveys, Washington, D.C., 8 p.



The massive sandstone is the Entrada Sandstone (Jurassic). The cross-bedded sandstone below the Entrada is the Navajo Sandstone (Jurassic). The old mine of the U.S. Vanadium Corporation is in the Navajo. The ore body was worked out by 1953.

SPECIAL PUBLICATION NO. 13

1979 SUMMARY

OF

COAL RESOURCES IN COLORADO

BY

D. KEITH MURRAY



COLORADO GEOLOGICAL SURVEY
DEPARTMENT OF NATURAL RESOURCES
STATE OF COLORADO
DENVER, COLORADO

1980

$2.00

MESA COLLEGE LIBRARY
GRAND JUNCTION, COLORADO
81501

BLM_0104981

PREFACE

This coal summary initially was prepared for the 1979 Keystone Coal Industry Manual, where it appears as the Colorado Chapter. It includes descriptive material concerning the geology of the coal fields and regions, together with analysis of the various coal seams or groups of coal seams.

This report precedes more detailed analysis of historical data, geology of coal fields and regions, and of the total coal resources of the state, currently under investigation and study by the Colorado Geological Survey and to be published at a later date. This summary report, therefore, should serve a present need in providing information on the coal resources of the state not otherwise available.

This 1979 summary, prepared by D. Keith Murray*, is an extensive revision and up-date of the Colorado Geological Survey Special Publication No. 9. Although the basic format of S.P. No. 9 has been followed, there have been numerous areas of expansion, i.e., coal rank, coking coal, production, and the inclusion of stratigraphic columns for each coal region and field. Other new items include sections on transportation, state coal lands, state and county taxation of coal, federal coal lands, and import export data.

ACKNOWLEDGEMENTS

Assisting D. Keith Murray in this revision were the staff of the Colorado Geological Survey, Colorado Division of Mines, and others.

The Colorado Geological Survey expresses its appreciation to George F. Nielsen, Editor-in-Chief, Mining Informational Services, McGraw Hill, Inc., publishers of the Keystone Manual for the photo-ready copy that has made it possible to reproduce this article in its entirety.

<div align="right">
L. R. Ladwig<br>
Chief-Mineral Fuels Section
</div>

*Then employed by the Colorado Geological Survey

ii

# TABLE OF CONTENTS

PAGE

ABSTRACT........................................................ vi
Introduction.................................................... 1
Coal Bearing Regions............................................ 2
Coal Bearing Rocks.............................................. 2
Structure of Coal-Bearing Regions............................... 2
Coal Rank....................................................... 3
Proximate Analysis and Sulfur Content........................... 3
Washability..................................................... 4
Heating Values.................................................. 4
Carbonizing Properties.......................................... 4
Coal Analyses................................................... 4
Coking Coal..................................................... 4
Specific Gravity of Coal........................................ 5
Coal Transportation............................................. 5
State Coal Lands................................................ 5
State and County Taxation of Coal............................... 6
Federal Coal in Colorado........................................ 6
Coal Prices..................................................... 7
Imports and Exports of Colorado Coal............................ 7
Coal Mining and Production...................................... 8
Coal Utilization................................................ 11
Coal Regions and Fields......................................... 11
    Introduction................................................ 11
    Canon City Region........................................... 13
    Denver Region............................................... 13
    Green River Region.......................................... 15
    North Park Region........................................... 16
        North Park Coal Field................................... 16
        Middle Park Field....................................... 17
    Raton Mesa Region........................................... 17
        Trinidad Coal Field..................................... 17
        Walsenburg Coal Field................................... 18
    San Juan River Region....................................... 18
        Durango Coal Field...................................... 18
        Nucla-Naturita Coal Field............................... 19
        Pagosa Springs Coal Field............................... 19
        Tongue Mesa Coal Field.................................. 19
    South Park Region........................................... 20
    Uinta Region................................................ 20
        Book Cliffs Field....................................... 20
        Carbondale Field........................................ 20
        Crested Butte Field..................................... 21
        Danforth Hills Field.................................... 21
        Grand Hogback Fields.................................... 22
        Grand Mesa Field........................................ 22
        Lower White River Field................................. 22
        Somerset Field.......................................... 22
Coal Resources of Colorado...................................... 23
References...................................................... 23

MESA COLLEGE LIBRARY    117864
GRAND JUNCTION, COLORADO
81501

iii

BLM_0104983

FIGURES

PAGE

1. Coal-bearing regions and fields in Colorado.................. 1
2. Colorado stratigraphic correlation chart.................... 2
3. Colorado interstate coal shipments present (1976)
   and future contracts......................................... 7
4. Annual Colorado coal production 1880-1978................... 8
5. Production history and projections for Colorado
   coal production 1960-1985.................................... 9
6. Cumulative coal production (in short tons) in
   Colorado by county, to January 1, 1978...................... 11
7. Cumulative coal production (in short tons) in
   Colorado by county, year 1977............................... 11
8. Stratigraphic column, coal-bearing sequence, Canon
   City coal field............................................. 13
9. Stratigraphic column, coal-bearing part of Laramie
   Formation, Boulder-Weld coal field, Denver region........... 13
10. Stratigraphic column, coal-bearing part of Laramie
    Formation, Colorado Springs coal field, Denver region...... 14
11. Generalized stratigraphic columns of Denver Formation
    lignites in the northern and southern lignite areas,
    Denver sub-basin, Denver region............................ 14
12. Generalized stratigraphic correlation chart, Denver
    and Cheyenne sub-basins, Denver coal region................ 15
13. Stratigraphic column, coal-bearing Iles Formation,
    lower Mesa Verde Group, Green River region................. 15
14. Stratigraphic column, coal-bearing Williams Fork
    Formation, upper Mesa Verde Group, Green River region...... 16
15. Stratigraphic column, coal-bearing part of Coalmont
    Formation, Coalmont district, North Park region............ 16
16. Stratigraphic column, coal-bearing part of Coalmont
    Formation, McCallum Anticline district, North
    Park region................................................ 17
17. Stratigraphic column, coal-bearing Vermejo Formation,
    Raton Mesa region.......................................... 17
18. Stratigraphic column, coal-bearing Raton Formation,
    Raton Mesa region.......................................... 18
19. Stratigraphic column, coal-bearing members of Dakota
    Sandstone, Cortez area, Durango field, San Juan region..... 18
20. Stratigraphic column, coal-bearing Menefee Formation,
    Durango field, San Juan River region....................... 19
21. Stratigraphic column, coal-bearing Fruitland Formation,
    Durango field, San Juan River region....................... 19
22. Stratigraphic column, coal-bearing part of Dakota
    Formation, Nucla-Naturita field, San Juan River region..... 19
23. Stratigraphic column, coal-bearing Laramie Formation,
    Como area, South Park region............................... 20
24. Stratigraphic column, coal-bearing Mesa Verde Group,
    Book Cliffs field, Uinta region............................ 21
25. Stratigraphic column, coal-bearing Iles Formation, lower
    Mesa Verde Group, Danforth Hills field, Uinta region....... 21
26. Stratigraphic column, coal-bearing Williams Fork Formation,
    upper Mesa Verde Group, Danforth Hills field,
    Uinta region............................................... 22

BLM_0104984

27. Stratigraphic column, coal-bearing part of Mesa Verde
    Group, Grand Hogback and Carbondale fields, Uinta region.... 22
28. Stratigraphic column, coal-bearing Williams Fork Formation,
    upper Mesa Verde Group, Somerset field, Uinta region........ 23

## TABLES

PAGE

1. Arithmetic Mean of Proximate, Ultimate and Heating
   Value Analyses for Fields.................................... 4
2. Currently Producing Coking Coal Mines in Colorado........... 5
3. Colorado State Board of Land Commissioners Receipts
   from Coal Leases, May 1978.................................. 6
4. Colorado's Share of Federal Coal Lease Revenues............. 6
5. Imports and Exports of Colorado Coal, 1973-1977............. 8
6. Summary of 1977 Coal Production Operations in Colorado...... 9
7. 1977 Coal Production in Colorado by County.................. 10
8. Cumulative Coal Production, Top 10 Counties,
   January 1, 1978............................................. 10
9. Cumulative Coal Production (Short Tons) by County,
   1864 to January 1, 1978.................................... 10
10. Cumulative Colorado Coal Production by Coal Region to
    January 1, 1978............................................ 10
11. 1977 Colorado Coal Production (Short Tons) by Coal Region.... 10
12. Colorado Coal Production History and Projections
    (Short Tons) by Coal Region 1970-1980..................... 10
13. 1977 Colorado Out-of-State Coal Exports by County........... 10
14. Range of Analysis of Colorado Coals (As Received)........... 12

v

BLM_0104985

## ABSTRACT

Colorado, with 8 coal-bearing regions and 20 coal fields, contains at least 11 percent of the total remaining coal resources of the United States to a depth of 6000 feet. Colorado coals range from early Late Cretaceous to Eocene in age.

The higher rank bituminous coals and the largest reserves generally are found in the Upper Cretaceous Dakota and Mesa Verde Groups/Formations in western Colorado. The younger coals, generally of lower rank (subbituminous A to lignite), are found in latest Cretaceous and early Tertiary rocks in the Green River, North and South Park, Raton Mesa, and Denver coal regions. Marginal and premium grades of coking coal are found in the Carbondale, Crested Butte, and Somerset fields, Uinta coal region; in the Trinidad field, Raton Mesa region; and in the Durango field, San Juan River region.

Colorado coals range in rank from lignite to anthracite; over 70 percent of the resource is bituminous, approximately 23 percent is subbituminous, 5 percent lignite, and less than one percent anthracite. Moisture, volatile matter, and fixed carbon contents of Colorado coals vary considerably with rank from region to region.

According to the U.S. Bureau of Mines (1977a), Colorado ranks seventh in the total U.S. demonstrated reserve base of coal (16.3 billion short tons) and fourth in the reserve base of bituminous coal. Furthermore, Colorado ranks first in the reserve base of underground-minable low sulphur bituminous coal.

The Green River region produced over 9 million tons of the total 1978 state-wide coal production of 14.3 million tons. Projections for Colorado coal production through 1985 is in the order of 32.2 million tons per year.

vi

BLM_0104986



**Figure 1.    Coal-bearing regions and fields in Colorado.**

| | | |
|---|---|---|
| 1. Yampa | 7. Grand Hogback | 12. Trinidad | 17. Middle Park |
| 2. Book Cliffs | 8. Danforth Hills | 13. Boulder-Weld | 18. South Park |
| 3. Grand Mesa | 9. Lower White River | 14. Colorado Springs | 19. Pagosa Springs |
| 4. Somerset | 10. Durango | 15. Canon City | 20. Nucla-Naturita |
| 5. Crested Butte | 11. Walsenburg | 16. North Park | 21. Tongue Mesa |
| 6. Carbondale | | | |

## Introduction

The largest presently available source of energy in Colorado lies in its vast deposits of coal, which occur in an area encompassing nearly 30,000 sq. mi., or approximately 28 percent of the State. Over 434 billion tons of in-place coal resources are believed to remain in Colorado (Averitt, 1975, p. 14) above an overburden thickness of 6,000 ft.; this estimate is nearly 11 percent of the total

Prepared by D. Keith Murray, Chief, Mineral Fuels Section, Colorado Geological Survey, Denver, January 1979.

resource in the entire United States and is the fourth largest of all the States. To a depth of 3,000 ft., Colorado's remaining identified coal resources are listed (Averitt, 1975) as nearly 129 billion tons. In terms of remaining identified bituminous coal resources, Colorado ranks second, behind Illinois, but is first in terms of low-sulfur bituminous coal (Averitt, 1975, p. 22). Most (over 80%) of the coal resources of the State are believed to be minable by underground methods.

Colorado coal range in age from early Late Cretaceous to Eocene, the largest and most widespread resources oc-

1

BLM_0104987

**Figure 2. Colorado stratigraphic correlation chart, parts of Mesozoic and Cenozoic Periods. Coal-bearing units are shaded. (from Pearl, R.H., and Murray, D.K., 1974, Colorado Stratigraphic Correlation Chart: Colorado Geol. Survey, 1 plate).**

curring in the Mesaverde Group (Upper Cretaceous). The marine-influenced (paralic) Cretaceous coals, related to regressions of the Late Cretaceous seaway, generally are of higher rank and better quality than are the non-marine (limnic) Tertiary coals found in the more restricted Laramide-age structural basins. Of the eight coal-bearing regions in Colorado, the most important from the standpoint of both total in-place resources and present annual production are the Green River and Uinta regions in the northwestern and west-central parts of the State, respectively.

Since 1864, over 632 million short tons of coal have been mined in Colorado, which is approximately one year's current output of the entire United States. Based on preliminary data, total coal production in Colorado during 1978 amounted to over 14 million tons, an all-time record. The State's previous coal production high, 12.658 million tons, occurred in 1918; this figure was surpassed during November 1978. Colorado's 1978 production came from approximately 65 licensed coal mines (of which only 44 actually produced coal during the month of November). Nearly 70 percent of the coal mined in the State during 1978 came from surface mines. On the basis of plans announced by industry, and barring undue adverse impact of proposed EPA sulfur dioxide emissions regulations on Colorado's low-sulfur coal, the State's coal output should exceed 20 million tons per year by 1980.

The low sulfur, ash, and moisture content, together with generally high heating values, of the typical coals of this State are resulting in increasing demand for both steam-quality and metallurgical-grade coals. Bituminous coal comprised 94 percent of Colorado's 1978 production; the balance was subbituminous in rank (mainly subbituminous A). Approximately 20 percent of the coal presently mined in the State is used for metallurgical purposes. Two-thirds of the coal now consumed in Colorado is utilized for steam-electric power generation, and this percentage is steadily increasing. Most of the remainder of the coal consumption is for metallurgical and industrial requirements. The rising demand for low-sulfur, high-Btu coal for power-generating and industrial purposes, together with the fact that perhaps 75 percent of our coal resources occur either on private or State-owned lands, assure a bright future for the coal industry in Colorado.

## Coal-Bearing Regions

The coal resources of Colorado occur entirely within the Rocky Mountain coal province. The eight named coal-bearing regions and 20 coal fields (Fig. 1) are located in the western three-fourths of the State: in the western part of the Great Plains; within intermontane basins west of Denver; and in the Colorado Plateau province, which extends westward into eastern Utah (see Averitt, 1972, Fig. 3). These coal-bearing regions encompass approximately 29,600 sq. mi. (or 28 percent of the total area of Colorado) and contain at least 11 percent of the total remaining coal resources of the United States to a depth of 6,000 ft.

## Coal-Bearing Rocks

Colorado coals range in age from early Late Cretaceous to Eocene. The higher rank bituminous coals, and the largest reserves, generally are found in the Upper Cretaceous Dakota and Mesaverde Groups/Formations (Fig. 2) in western Colorado, especially in the region from Garfield County south to the New Mexico State line. The oldest coals in Colorado occur in the Dakota Sandstone (or Group) in the southwestern part of the State (northern San Juan River region, Durango to Nucla-Naturita field areas). Successively younger coals were laid down as the Late Cretaceous Western Interior seaway retreated eastward and northeastward from the region.

The youngest coals, generally of lower rank (subbituminous A to lignite), are found in latest Cretaceous and early Tertiary rocks in the Green River, North and South Park, Raton Mesa, and Denver coal regions. Subbituminous coals occur in the Cretaceous Lance, Laramie, and Vermejo Formations; in the Paleocene Fort Union and Raton Formations; and in the Paleocene-Eocene Wasatch and Coalmont Formations. Lignite is restricted to the Paleoceneage upper part of the Denver Formation in the central Denver coal region.

## Structure of Coal-Bearing Regions

The San Juan River, Uinta, Green River, Raton Mesa, and Denver coal regions, for the most part, are located

BLM_0104988

within Laramide-age structural basins. The interior areas of these basins appear to be relatively free from structural complications; the coal beds here probably are not highly folded, faulted, or otherwise disturbed. However, some of the margins of these structural basins are moderately to severely folded and faulted; in places, Tertiary igneous activity has metamorphosed the coal to anthracite and even to coke. The Uinta region, which is located partially within the Piceance Creek basin, and the Green River region, the Colorado portion of which includes the Sand Wash basin, each contain significant coal resources to depths exceeding 10,000 ft.; these are the deepest structural basins in the State.

The Canon City, North Park, and South Park coal regions occur in smaller, generally more structurally complex, Laramide-age basins.

Only a small part—possibly 5 percent—of the coal resources of Colorado today are considered to be surface-minable due to the limited areas within the coal-bearing regions in which the coal beds are both of gentle dip and under "shallow" cover.

## Coal Rank

Colorado coals range in rank from lignite to anthracite; over 70 percent of the State's coal resources are bituminous, approximately 23 percent subbituminous, 5 percent lignite, and less than 1 percent anthracite.

In a general sense, the older the coal, the higher the rank; however, geologic factors such as higher geothermal gradient and deeper burial can significantly increase the rank of even the youngest coals.

For the most part, coals in Colorado are low-slacking. Many also are nonagglomerating, although significant resources of coking coal are found in parts of the Uinta, San Juan River, and Raton Mesa regions (see discussion below).

The coal-bearing sequences and coal ranks, by region, can be generalized as follows (units currently being mined are italicized):

**Canon City Region (or field):**
   *Vermejo Formation* (Upper Cretaceous)—
      high-volatile C bituminous

**Denver Region:**
   Denver-Dawson Formations (Paleocene part)—
      lignite A to subbituminous C
   *Laramie Formation* (Upper Cretaceous)—
      subbituminous B and C

**Green River Region:**
   Wasatch (Eocene), Fort Union (Paleocene), and Lance (Upper Cretaceous) Formations—probably mostly subbituminous B and C.
   *Mesaverde Group* (Upper Cretaceous)—mostly high-volatile C bituminous, some high-volatile B bituminous and subbituminous A.

**North Park Region (or field):**
   *Coalmont Formation* (Paleocene-Eocene)—
      subbituminous A and B.

**Raton Mesa Region:**
   Northern part of region (Walsenburg coal field):
      Raton Formation (Paleocene-Upper Cretaceous)—
         high-volatile B and C bituminous (non-coking)
      *Veremjo Formation* (Upper Cretaceous)—
         high-volatile B and C bituminous (non-coking).
   Southern part of region (Trinidad coal field):
      *Raton Formation* (Paleocene-Upper Cretaceous)—
         high-volatile A and B bituminous (generally of coking quality).

*Vermejo Formation* (Upper Cretaceous)—
   high-volatile A and B bituminous (generally of coking quality).

**San Juan River Region:**
   *Fruitland Formation* (Upper Cretaceous)—
      high-volatile B and C bituminous
   *Menefee Formation* of Mesaverde Group (Upper Cretaceous)—
      high-volatile A and B bituminous (locally of coking quality)
   *Dakota Formation* or Group (Upper Cretaceous)—
      high-volatile B and C bituminous (currently mined only in Nucla-Naturita field; may locally be of coking quality).

**South Park Region (or field):**
   Laramie Formation (Upper Cretaceous)—
      subbituminous A and B (not produced since 1932).

**Uinta Region:**
   *Mesaverde Group* (Upper Cretaceous)
      anthracite and semianthracite (restricted to areas of igneous activity in southeastern part of area, especially in Crested Butte field); medium-volatile bituminous (high-grade coking coal, chiefly in Coal Basin area of Carbondale field); high-volatile A, B, and C bituminous (of coking quality in parts of Carbondale and Somerset fields); subbituminous A and B (?) (only in local areas near outcrops).

## Proximate Analyses and Sulfur Content

Moisture, volatile matter, and fixed carbon contents of Colorado coals vary considerably with rank from region to region. Moisture contents generally are in the 1-20 percent range, as-received. However, some of the subbituminous coals and lignites in the Denver region contain as much as 38 percent moisture. An overall average of about 12 percent moisture is considered reasonable for Colorado coals. Statewide, volatile matter content varies from 6.9 percent (in anthracite in Crested Butte field) to approximately 45 percent, with most coals being in the 31-40 percent range. Fixed carbon contents typically vary between 39 and 69 percent.

The ash contents of coal beds in Colorado vary considerably as a result of different environments of deposition, even within the same coal "zone". The range typically is from approximately 2-20 percent, averaging about 6 percent. Locally, however, ash contents may reach 25-30 percent, as-received.

Sulfur contents of most Colorado coal beds vary from 0.2-1.2 percent, as-received. More than 90 percent of the coals analyzed contain less than 1.0 percent; and more than 50 percent, less than 0.7 percent sulfur. The bulk of the coal being surface-mined in Colorado at present (over two-thirds of the State's production in 1978 was from surface mines) contains between 0.2 and 0.5 percent sulfur; on the other hand, much of the underground-mined metallurgical-grade coal in Colorado contains 0.5-1.0 percent sulfur, still low in comparison with many Eastern coals. Recent work by the U.S. Geological Survey and the Colorado Geological Survey (Boreck and others, 1977; Schultz, 1979) indicates that organic sulfur usually predominates, followed by pyritic sulfur and sulfate, at least insofar as the coal fields sampled to date are concerned. A typical coal in the Yampa field, Green River region, shows the following forms of sulfur analysis: organic, 0.49 percent; pyritic, 0.03; and sulfate, 0.03; total sulfur, 0.55 percent. Abnormally high pyrite content can be reduced by conventional coal preparation techniques to 0.5 percent sulfur or less. In terms of pounds of sulfur per

3

million Btu, most of the coal being surface-mined in Colorado today for use in steam-electric power plants contains between approximately 0.2 and 0.5 lbs/million Btu, well within the definition of low-sulfur coal: namely, one which contains 0.6 lb or less sulfur per million Btu, and thus meets EPA regulations for fossil fuel-fired steam generating units when combusted without removal of any of the sulfur dioxide ($SO_2$) from the combusion effluents.

## Washability

During 1977, only 10.2 percent (or 1.2 million tons) of the coal mined in Colorado was washed; and only 0.1 percent (15,157 tons) was chemically treated or oiled (Table 6). Most Colorado coals do not require treatment other than sizing in order to meet market demands (generally 2.5 in. x 0 in.). Relatively high ash contents in some of the coals is the main reason for washing. Grindability indices of Colorado coals generally vary between 45 and 50.

## Heating Values

Most of the subbituminous and bituminous steam coal being produced today in Colorado ranges from about 10,000-13,600 Btu/lb; and coking coal, from 12,070 to over 14,000 Btu/lb, as-received. On a dry, ash-free basis, most Colorado coals vary between 13,300 and 14,500 Btu/lb in heat content. On a moisture- and ash-free basis, an average of approximately 14,000 Btu/lb is reasonable for most Colorado coals; and on an as-received basis, about 11,370 Btu/lb.

## Carbonizing Properties

Many Colorado coals are nonagglomerating and may be carbonized in fluidized systems. Chars produced at relatively low temperatures (450°-700° F) contain about 8.5-14.4 percent residual volatile matter and are easily ignited. Char heating values on a moisture-free basis vary from 14,600-14,960 Btu/lb and are suitable for boiler fuel. Lump chars can be produced from most Colorado coals but are relatively weak. Some of the lump chars might constitute suitable substitutes for coke "breeze" in special uses.

## Coal Analyses

Since 1975, the Colorado Geological Survey and the U.S. Geological Survey have conducted cooperative projects to sample and analyze most of the producing coal mines in Colorado, together with coals likely to be mined in the future that have been cored by both Federal and industry drilling programs. Trace-elements and other geochemical analyses are done by the U.S.G.S. in the Denver area; and the proximate, ultimate, and related analyses are performed by the U.S. Bureau of Mines laboratory (now under the jurisdiction of the Department of Energy) in Pittsburgh, Pa.

Results of the first phrase of this program have been published (Boreck and others, 1977), and additional results will be published by the Colorado Geological Survey during 1979 (Schultz, 1979) and succeeding years. Included in the analyses resulting from this ongoing coal sampling program are trace-element composition of the laboratory ash of coal samples, partings, roof-rocks, and floor-rocks (31 trace elements are examined); major, minor, and trace-element composition of coals, on a whole-coal basis (42 elements are tested for); and proximate and

ultimate analyses, heating values, and forms of sulfur determinations, etc. Table 1 displays some of the results of the first phase (year 1975) of our coal sampling program (*from* Boreck and others, 1977, Table 10).

Although many of the analytical results of our sampling programs conducted during 1976, 1977, and 1978 have not been fully tabulated and correlated, it appears certain that none of the Colorado coals sampled to date—and these include coals from all of the larger producing mines in the States—contains significant quantities of toxic or radioactive elements (such as arsenic, mercury, selenium, strontium, thorium, and uranium). In fact, most appear to contain smaller amounts of these substances than do coals from other regions of the United States.

### Table 1. Arithmetic Mean of Proximate, Ultimate, and Heating Value Analyses for Fields (Boreck and Others, 1977, Table 10).

|  | Green River Region—Yampa Field | North Park Field | Rocky Mountain Province | Interior Province | Northern Great Plains Province |
|---|---|---|---|---|---|
| Moisture (%) | 8.0 | 14.9 | 12.9 | 7.2 | 24.5 |
| Volatile Matter (%) | 37.4 | 35.0 | 36.0 | 32.2 | 31.7 |
| Fixed Carbon (%) | 45.9 | 41.5 | 42.0 | 48.0 | 35.4 |
| Ash (%) | 9.0 | 8.6 | 9.1 | 12.6 | 8.3 |
| Hydrogen (%) | 5.4 | 5.7 | 5.6 | 4.9 | 6.2 |
| Carbon (%) | 63.9 | 57.1 | 59.7 | 65.2 | 49.2 |
| Nitrogen (%) | 1.6 | 0.8 | 1.2 | 1.2 | 0.9 |
| Oxygen (%) | 19.8 | 27.3 | 23.8 | 12.2 | 34.2 |
| Sulfur (%) | 0.5 | 0.4 | 0.6 | 3.9 | 1.2 |
| Heat Value (Btu/lb.) | 11,203 | 9,930 | 10,480 | 11,580 | 8,480 |

## Coking Coal

Marginal and premium grades of coking coal are found in the Carbondale, Crested Butte, and Somerset fields, Uinta coal region; in the Trinidad field, Raton Mesa region; and in the Durango field, San Juan River region (Fig. 1).

Colorado has been a leading producer of coking-coal in the West for many years, and contains two of the four major coal fields that produce good quality coal and account for most of the production of coking coal in the western U.S. (Averitt, 1966). In the 1960s, the American steel industry began relying more heavily upon quality blending coals to supplement the declining supplies of premium-grade coking coals for their coking operations. With the advent of a market for premium-quality as well as for blending-quality coals, and the continued depletion of readily available Eastern coal reserves, the Western States have assumed a role of increasing importance as a source of coking coal.

Today, Colorado, New Mexico, and Utah produce most of the coking coal consumed by the three steel mills operating in the West. These mills are located in Pueblo, Colorado, Provo, Utah, and Fontana, California, and they supply much of the West's demand for steel. Some of the coking coal produced in Colorado, New Mexico, and Utah is shipped eastward to be used in tempering coking-coal blends in some of the Eastern steel mills. Colorado produces approximately 40 percent of the marginal and premium grades; Utah, the balance of the premium grade; and New Mexico, the balance of the marginal grade coking coal (premium grade coking coal includes low-volatile, medium-volatile, and high-volatile A bituminous coals with 0-8.0% ash and 0-1.0% sulfur; and marginal grade includes low-volatile, medium-volatile, and high-volatile A bituminous coals with 8.1-12.0% ash and 1.1-1.8% sulfur).

CF&I Steel Corporation and United States Steel Corporation still maintain their own captive (i.e., company-owned) coal mines in Colorado. CF&I Steel ships coal from its Allen and Maxwell mines, in Las Animas County, to its

4

BLM_0104990

**Table 2.  Currently Producing Coking Coal Mines in Colorado (Jones and Murray, 1977).**

| Mine Name | County | Production (short tons) | | Overburden Thickness (feet) |
|---|---|---|---|---|
| | | 1976 | 1977 | |
| Bear | Gunnison | 109,226 | 226,221 | 1200 |
| Hawk's Nest East (#2) | Gunnison | 26,787 | 190,350 | 1600 |
| Hawk's Nest West (#3) | Gunnison | 155,732 | 12,363 | 1600-2000 |
| Somerset | Gunnison | 950,156 | 914,552 | 200-2000 |
| Allen | Las Animas | 618,867 | 582,257 | 400-1100 |
| Maxwell (New) | Las Animas | 0 | 31,815 | 400-1400 |
| Coal Basin | Pitkin | 108,874 | 123,182 | 1000-3000 |
| Bear Creek | Pitkin | 115,547 | 58,352 | 1000-3000 |
| Dutch Creek #1 | Pitkin | 132,408 | 232,481 | 1000-2500 |
| Dutch Creek #2 | Pitkin | 268,902 | 208,142 | 1000-3000 |
| L.S. Wood | Pitkin | 263,199 | 298,405 | 1000-3000 |
| Thompson Creek #1(New) | Pitkin | 510 | 7,455 | 400-1300 |
| Thompson Creek #3 (New) | Pitkin | 150 | 8,413 | 400-1300 |
| | Total | 2,749,988 | 2,893,988 | |

Pueblo, Colorado steel mill. Likewise, U.S. Steel transports coal from its Somerset mine, in Gunnison County, to its Geneva steel mill, located near Provo, Utah (Jones and Murray, 1977).

The Raton Mesa region contains coking coal of generally lower quality than that in the other two main areas of occurrence in Colorado; however, it is the most readily accessible region from the standpoint of transportation. The San Juan River region is the least known of the three; it produces a medium-quality bituminous coal. Problems involving the thinness of the coal beds and the lack of rail transportation in southwestern Colorado need to be considered. The southeastern third of the Uinta region produces the most desirable coke-oven feedstock in Colorado; transportation problems, depth of overburden (this is the deepest coal mined in Colorado), and abnormally gassy coals tend to hinder development of the resource in this area.

A significant percentage of the bituminous coal reserves of Colorado lie beneath more than 1,000 ft. of overburden. Consequently, such reserves have not been included in the "demonstrated coal reserve base" tabulated by the U.S. Bureau of Mines (1977a), which uses 1,000 ft. as the maximum minable depth criterion for all ranks of coal except lignite. In western Colorado, for example, virtually all of the major underground coal mines today are mining beneath cover ranging from 1,000-3,000 ft. in thickness. The portals of these mines are in the sides of steep-walled valleys, and the coal is mined by means of drift- or slope-mining techniques. Because of the rugged topography in these areas, overburden rapidly increases as mining progresses, often attaining 1,000 ft. in thickness within relatively short distances in from the portal. As shown on Table 2, much of the coking coal being mined today in Colorado comes from reserves that exist beneath greater than 1,000 ft. of overburden and, as a consequence, have not been included in the demonstrated coal reserve base computations of the Bureau of Mines (1977a).

According to Jones and Murray (1977), the total production represented by these mines, all of which presently are mining beneath more than 1,000 ft. of overburden, amounts to 29 percent of the State's total 1976 coal production of 9,461,513 tons. Over 32 percent of the deep-mined coking coal (or 888,840 tons), which represents approximately 9 percent of the total coal production of the State in 1976, came from mines working beneath from 2,000 to nearly 3,000 ft. of overburden. It should be noted that the 1977 production figure no doubt would have been somewhat higher had there not been a labor strike in some of the larger mines in late 1977-early 1978.

## Specific Gravity of Coal

Specific gravities of Colorado coals, based on available analyses, range from 1.280 for bituminous coal from the Farmers (old Paonia Farmers) mine, Somerset coal field,

Delta County; to 1.468 for anthracite from the Yampa coal field, Routt County.

Average specific gravity for cleaned bituminous coal in Colorado is 1.332; for subbituminous coal, 1.291.

The specific gravity of coal varies considerably with rank and with ash content. For unbroken coal in the ground, the following values are considered to be representative (Averett, 1975, p. 21):

**Anthracite and semianthracite**—specific gravity (sp gr) 1.47 (2,000 tons/acre-foot)

**Bituminous coal**—sp gr 1.32 (1,800 tons/ac-ft.)

**Subbituminous coal**—sp gr 1.30 (1,770 tons/ac-ft.)

**Lignite**—sp gr 1.29 (1,750 tons/ac-ft.)

## Coal Transportation

In 1976, railroads were used to ship 8 million tons of Colorado coal, 45.5 percent of which was shipped out-of-state. A large part of the tonnage that was shipped by rail —5.56 million short tons—was initially trucked to the railhead. Trucks were used exclusively for transporting approximately 1.5 million tons of coal, all of which was for in-State consumption by homes, businesses, institutions, and utilities (Dawson and Murray, 1978).

Most of the current coal developments are located in western Colorado, while the greatest demands are coming largely from eastern Colorado. There are three train routes across the Continental Divide, all on the Denver and Rio Grande Western Railroad. The trackage used for unit train coal transport often suffers greatly from heavy weights and frequent usage. The Union Pacific line from the Walden area, in Jackson County, northward into Wyoming will not accommodate unit train traffic at all. The Colorado & Southern Railway, Burlington Northern and AT & SF railroads haul unit train loads of coal along the Front Range Corridor, from Wyoming to New Mexico. Map Series 9) Jones and others, 1978), published by the Colorado Geological Survey, shows that railroads of Colorado and the routes and directions travelled by coal trains in the State.

Contracts for future coal production reveal that approximately 2 million tons will be transported by truck and as much as 13.9 million tons by rail in Colorado possibly as early as 1985. Based on these figures, the use of truck transportation will increase 33 percent, and rail use will increase 74 percent between 1976 and 1985 (Dawson and Murray, 1978).

The lack of a major railroad in all of southwestern Colorado severely limits the potential market for coal produced in that region. Options available to the mine operators include (1) producing for a limited local domestic market, or (2) trucking the coal some 150 miles east to the nearest railhead (which adds approximately $7 per ton to the price of the coal).

## State Coal Lands

In June 1978, approximately 145-150 State coal leases were in force, totalling some 282,000 acres (224,187 acres in FL 1976-1977).

From 1908 to July 1, 1977, over 22.5 million short tons of coal were produced from State lands. During FY 1976-1977, 868,678 short tons of coal were produced from State lands (Colorado State Board of Land Commissioners, 1978, p. 14); and both production and income received from State coal leases are expected to be significantly higher when the FY 1977-1978 statistics are compiled. From 1908 to July 1, 1977, more than $4.6 million in royalties, rentals, and bonuses has been paid to the

5

State Land Board by coal lessees.

During FY 1976-1977, $320,009 in cash receipts was received by the State Land Board—$145,570 from annual rentals of coal leases and $175,439 in royalties from coal production (no lease bonus money was received that year). Of the rentals, $142,238 was allocated to the Public School Income Fund, and $3,332 to the Colorado State University Income Fund; all of the coal royalties went to the Public School Permanent Fund (Colorado State Board of Land Commissioners, 1978).

Table 3 shows that income to the School Permanent Fund increased approximately 650 percent during the 1977-78 period. Coal rentals received during the same period are nearly twice the amount collected in the previous year. These coal rental receipts are allocated to the School Income Fund.

### Table 3.   Colorado State Board of Land Commissioners' Receipts From Coal Leases, May 1978.

| | July 1, 1976 to May 31, 1977 | July 1, 1977 to May 31, 1978 |
|---|---|---|
| SCHOOL PERMANENT FUND Coal Production Royalties | $114,460.24 | $755,533.03 |
| SCHOOL INCOME FUND Coal Lease Rentals | 128,011.50 | 231,234.79 |

## State and County Taxation of Coal

"The Severance Tax will be levied against mining operations . . . (including coal) to Colorado effective January 1, 1978."

The 1977 Severance Tax Act, H. B. 1076, was enacted by the Colorado General Assembly to serve two purposes: (1) to recover a portion of the State's mineral wealth lost by the removal of non-renewable natural resources, and (2) to provide a potential source of revenues necessary to assist State and local governments in mitigating the impact of resource development.

An incentive for underground coal mining is built into the new severance tax by crediting underground mines for 50 percent of the tax. In essence, therefore, underground production is taxed at a rate of only $0.30 per ton, while surface mined coal is taxed at a rate of $0.60 per ton. No tax is levied on the first 8,000 tons produced per quarter.

The revenues from the coal severance tax will be divided among three separate State collections: The General Fund, the Local Government Fund, and the State Trust Fund. Through 1981, 45 percent of the revenue is designated for the Local Government Fund; the initial 45 percent designated for the General Fund will decrease to 20 percent by 1981, while the initial 15 percent designated to the State Trust Fund will increase to 35 percent by 1981.

It is estimated that Colorado will receive between $5 and $6 million from severance taxes imposed upon coal production during calendar year 1978.

Ad valorem taxes, a Colorado property tax that each county directly collects, is based by statute on assessed valuations. These valuations generally amount to 30 percent of the actual market value of real and personal property remaining in possession at the conclusion of the business year; in other words, valuations for 1976 coal production and coal company property or improvements are based upon the remaining resources or property as of January 1, 1977. If actual value is not determinable, the base is supposed to be what the property will bring at a fair voluntary sale.

Proceeds from ad valorem taxes are used to cover the costs of city, town, and county governments and the costs

of school districts (fire, water, sanitation, etc.).

The Statewide coal-related valuation total of $32,161,770 for 1977 represents more than a 60 percent increase over the total 1976 valuation of $19,508,390.

The 1976 Statewide assessed valuation of coal land and real property, taxed at a representative levy for a rural county of 66 mills, indicates a total income from ad valorem taxes of nearly $1.29 million. The 1977 assessed valuation of $32.16 million, taxed at the same mill levy, would have resulted in ad valorem tax revenues paid by the coal industry to 15 coal-producing counties of over $2.12 million (Dawson and Murray, 1978).

## Federal Coal in Colorado

Preliminary compilations by the U.S. Bureau of Land Management (BLM) indicate that at least half of Colorado's coal resources lie on privately owned land. The rights to the remainder appear to be split more or less equally between State and Federal ownership. Some 8.8 million acres of coal rights in the State are owned by the Federal government; on about 72 percent of this land, the Federal government controls both the coal and the surface rights (Dawson and Murray, 1978).

Federal coal lands cannot be claimed under the Mining Law of 1872; therefore, all Federal coal land is administered by the BLM, and all mining operations are supervised by the U.S. Geological Survey Conservation Division under provisions of the Mineral Leasing Act of 1920. The BLM estimates that 60 billion tons of coal resources are under Federal ownership in Colorado. Of this amount, approximately 6.4 billion tons (over 10%) are surface-minable. Recoverable coal reserves in Colorado held under Federal lease are estimated to be 1.65 billion tons (of which 273 million tons are surface-minable). Recoverable coal reserves held under Federal Preference Right Coal Lease Applications are estimated at 890 million tons. From April 23, 1925, when the first Federal lease was issued, to the June 6, 1973 Federal Coal Leasing Moratorium, the U.S. Government issued 56 competitive bid leases, aggregating 44,234 acres, and 56 preferential right leases (resulting from prospecting permits) aggregating 77,631 acres (Speltz, 1976, p. 11).

Historically, only 5 percent of the State's total coal production has come from Federal leases, and less than 4 percent from State-owned lands. However, in 1976, 30 percent of Colorado's coal was obtained from leased Federal lands and approximately two-thirds from privately held lands, while coal production from State lands remained at 5 percent of the total.

Twenty-two mines licensed in 1977, with planned recovery of over 500 million short tons, are either partially or entirely on Federal lands. Three test sites involving large leasholds are totally on Federal lands; however, no production or reserve estimates are available for these tracts.

### State of Colorado's Share of Federal Coal Lease Revenues

The Mineral Leasing Act of 1920 designates that royalties collected by the Federal government for coal produced on leased Federal coal land be shared with State governments. As a result, Colorado to date has received the revenues shown on Table 4 (Dawson and Murray, 1978, p. 44).

### Table 4.   Colorado's Share of Federal Coal Lease Revenues (Dawson and Murray, 1978, p. 44).

| | FY 1975 | Calendar Year 1976 | Calendar Year 1977 |
|---|---|---|---|
| Colorado Fed. tonnage | — | 2,652,092 ST* | 4,021,197 ST |
| (Surface) | — | (1,942,505 ST) | (2,761,978 ST |
| (Underground) | — | ( 709,587 ST) | (1,259,219 ST) |
| Colorado revenues[1] | $158,957 | $387,770 | $422,542 |
| (Surface) | — | ($318,387) | ($281,574) |
| (Underground) | — | ($ 69,382) | ($140,968) |

\* Short tons.   [1] Federal royalties allocated to the State.

6



**Figure. 3.   Colorado interstate coal shipments, present (1976) and future contracts (Dawson and Murray, 1978, p. 77).**

Royalty rates applied to coal production have increased over the years. According to the U.S. Geological Survey (1977), the 1976 Federal revenue was collected at an average rate of 22 cents/ton, or 3.2 percent of the nationally averaged F.O.B. mine price of $6.82 per ton. Coal produced from Federal land in Colorado, however, was assessed at an average of 15-17.5 cents per ton, based on an average F.O.B. mine price of $15.26 per ton. The Federal government collected a total of $1,034,053 in 1976, from which Colorado was allocated 37.5 percent, or $387,770. The State's revenue was then allocated to public schools (25%), conservation (10%), the socioeconomic impact fund (15%), and the counties from which the coal had been mined (50%), as mandated by legislation.

The Federal Coal Leasing Amendment Act of 1975, Rev. 1976 (FCLAA of 1975, Rev. 1976) changes the rate for royalties, allowing a very significant increase in revenues on any leases issued thereafter. Effective January 1, 1977, royalties are collectable at the minimum rate of 8 percent of the value of underground-mined coal and 12.5 percent of the value of surface-mined coal; the value of the coal is to be determined for each mine. The States' share of these revenues was also changed; instead of receiving 37.5 percent of the revenues, the States now receive 50 percent. The additional 12.5 percent turned over to the States has been designated by law to be placed in facilities and services planning, construction, and maintenance as needed by growth-impacted communities. The revenues shown above for Colorado in 1977 reflect only the increase in the State's share and not the increase in royalty rates, because no new Federal leases were issued in 1977.

## Coal Prices

According to the U.S. Bureau of Mines (1977b), the coal produced in Colorado during 1976 was valued at over $144 million, assuming an F.O.B. mine price of $15.26/ton (the assumed price for 1977 was $16.22). However, 1976 price estimates that are more specific to the type of coal mined are as follows:

**steam/stoker**—$12-$18/ton

**lump**—$15-$25/ton

**metallurgical**—$20-$40/ton (or more)

Metallurgical coal has specific qualities that render it vital to the steel processing industry. Its coking qualities, together with the fact that it is mined underground, boost the price of such coal to as much as $40 (or more) per ton. According to reliable sources, the cost of mining coking coal in Colorado can be $20/ton or higher.

## Imports and Exports of Colorado Coal

The 4.7 million tons of coal that were shipped out-of-State in 1977 represent an increase of 31 percent over that exported during 1976. The large demand for Colorado coal in Utah and California came from steel plants (Fig. 3). In Illinois, Iowa, and Nebraska, both utilities and industry bought significant amounts of Colorado coal, while in Indiana the demand came entirely from utilities. However, Colorado power plants required imports of coal totalling 3.5 million tons. The imported coal was used by eastern Colorado electric power generating plants (e.g., in

7

BLM_0104993

Pueblo). About 89 percent of the imports came from the Amax Belle Ayr mine in the Powder River basin of northeastern Wyoming; the remaining imports came from Utah, the Appalachian region, and the Oklahoma-Arkansas region (Dawson and Murray, 1978).

Colorado was a net exporter of coal in 1973, 1974, 1975, and 1977, as shown on Table 5 (Colorado Division of Mines and Colorado Geological Survey).

In 1977, the Mississippi and Arizona demand came from utilities. The large demands in Texas came from both industry and utilities.

New production in 1978 will supply users in Texas, as well as in a number of other States (refer to Fig. 3).

**Table 5. Imports and Exports of Colorado Coal, 1973-1977.**

| Year | Imports/Exports |
|---|---|
| 1973 | Imports exceeded exports |
| 1974 | Imports 2.7 million short tons (MST) |
| | Exports 2.9 million short tons (MST) |
| 1975 | Imports 2.5 million short tons (MST) |
| | Exports 2.6 million short tons (MST) |
| 1976 | Imports 3.6 million short tons (MST) |
| | Exports 3.6 million short tons (MST) |
| 1977 | Imports 3.5 million short tons (MST) |
| | Exports 4.7 million short tons (MST) |

## Coal Mining and Production

Since 1864, Colorado mines have produced over 632 million short tons of coal (Fig. 4), approximately equal to the annual production of the United States. Colorado's previous all-time record production (surpassed, at long last, during November 1978) of 12.658 million tons occurred in 1918; production then declined markedly during the Depression years. A slight increase in the State's coal production took place during the period 1941-1945 (World War II). Colorado coal output declined drastically from 1945 to 1963, reaching a low of 2.9 million tons in 1954, the lowest since 1889. Much of this decrease was due to the increased use of natural gas (the price of which was fixed by action of the Federal Power Commission in the early 1950's) and to the replacement of coal-burning trains with diesel-powered locomotives. Coal production in Colorado fluctuated between approximately three and six million tons per year until 1973, when the present rise in annual production began.

Even though Colorado is one of the smaller producers of Rocky Mountain coal, currently producing less than 10 percent of the region's coal, and only 1.5 percent of the U.S. total, nevertheless its annual production has increased dramatically—over 250 percent—since 1971, as shown by the following tabulation (Colorado Division of Mines, 1978):

| 1971 | 5.31 million short tons (MST) | |
|---|---|---|
| 1972 | 5.53 MST | (4% increase) |
| 1973 | 6.23 MST | (13% increase) |
| 1974 | 6.96 MST | (12% increase) |
| 1975 | 8.27 MST | (19% increase) |
| 1976 | 9.46 MST | (14% increase) |
| 1977 | 11.97 MST | (27% increase) |
| 1978 | 14.3 MST | (19.5% increase) (preliminary) |

The Statewide increase in production since the 1960's has been due to several factors: First, since U.S. Steel's purchase of the Somerset Mine, in Gunnison County, and their contracts with other coking coal mines (e.g., those in Pitkin County), underground mining of coking coal in Colorado has increased significantly. The Dutch Creek coking coal mines in Pitkin County re-opened in 1956;

and the L.S. Wood mine, also in Pitkin County, opened in 1966.



COLORADO COAL PRODUCTION 1880-1978
CUMULATIVE PRODUCTION TO 1-1-79
632,000,000 SHORT TONS

**Figure 4. Annual Colorado coal production, 1880-1978.**

Second, although most underground mines have been closed in southeastern Colorado, large surface mines have been opened in northwestern Colorado, and increasing coal development currently is underway in that region. The coal being mind is high-grade bituminous steam coal with low sulfur and ash contents, generally called "clean air compliance coal."

Third, the increased demand for coal-fired power plant fuel has prompted the recent opening of the Orchard Valley mine, located in Delta County, by Colorado Westmoreland, as well as of other mines in the Uinta region. This coal region (located in Delta, Garfield, Gunnison, Mesa, Pitkin, and Rio Blanco Counties) is projected to produce over 3.2 million tons in 1978, and to reach 6.5 million tons sometime between 1980 and 1982.

The Green River region produced over 9 million tons of coal during 1978 and is projected to produce nearly 11.5 million tons per year by 1980. Most of this coal is used to generate steam for electric-generation plants. Approximately two-thirds of the coal resources in this region are believed to be high-volatile C bituminous; and the remaining third A, B, or C subbituminous (Hornbaker and others, 1976, p. 10).

The nearly 12 million tons of coal produced in Colorado in 1977 was worth an estimated $194.2 million dollars, assuming an average price of $16.22/short ton (U.S. Bureau of Mines, 1978). This value represents over 14 percent of the value of the State's total mineral production during 1977, which set an all-time record of more than $1.3 billion.

The surface mining of coal in Colorado began in 1909 in the Coalmont district, western North Park field, in Jackson County (Fig. 1). By 1962, seven of the State's 177 operating mines were surface mines, producing 14 percent of the total State production of 3.39 million tons (Figs. 4 and 5). Since 1962, between 6 and 23 surface mines have been licensed to operate in Colorado. To date, over 56 million tons of coal have been produced by surface-mining methods in Colorado, which is approximately 9 percent of the State's cumulative production.

Colorado's 1977 coal production amounted to 11.971 million short tons (MST), an increase over 1976 of 27 percent and the highest since 1920, when 12.515 MST were produced. Table 6 summarizes Colorado coal industry operations during 1977.

BLM_0104994

Preliminary data from the Colorado Division of Mines indicate that our 1978 coal production should exceed 14 million tons, an all-time record; the previous record, 12.658 MST, set in 1918, was surpassed during November 1978. The 1978 production figure no doubt would have been somewhat higher had there not been a labor strike, affecting chiefly certain underground (mainly coking-coal) mines, during the first quarter of the year.

### Table 6.   Summary of 1977 Coal Production Operations in Colorado (Dawson and Murray, 1978, pp. 16-17).

*Total Production*
Colorado produced 11,971,143 short tons (ST) of coal in 1977, which is a 26.5 percent increase over 1976, and the highest since 1920, when 12.5 million tons were produced.

*Bituminous/Subbituminous Output*
Approximately 10.82 million ST (90.4% of the Statewide total) of bituminous coal was produced in 1977, together with 1.15 million ST (9.6% of the total) of subbituminous coal (about 52% of the subbituminous coal production came from mines that produce coal only of this rank; the balance was from mines in northwestern Colorado that produce coal of both ranks in some undesignated proportion; we have assumed that this proportion is approximately 50:50). No anthracite or lignite was produced during 1977.

*Production by Type of Mining*

| Mine Type | 1977 Prod'n. (short tons) | No. of Employees | Ave. Annual Prod'n./Miner. (short tons) | No. of Prod'g. Mines |
|---|---|---|---|---|
| Surface | 7,727,768 | 1,307 | 5,912 | 21 |
| Underground | 4,243,375 | 1,637 | 2,592 | 34 |
| | 11,971,143 | 2,944 | 4,066 | 55 |

*As Percent of Total State Production*
Surface-mined coal:       64.6% (64.4% in 1976)
Underground-mined coal:   35.4% (35.6% in 1976)
                          100.0%

*Metallurgical-Grade Coking Coal*
The 2.894 million S.T. mined made up 24.2% of the State's total 1977 coal production (compared to 29% in 1976) and came from 13 underground mines. Coking coal comprised 68.2% of all underground-mined coal in 1977, down from 82% in 1976; however, production of this grade of coal in 1977 increased 5% over that produced in 1976.

*Geographic Distribution of Coal Mines*
Western Colorado:   11,033,056 ST (92.2% of total)
Eastern Colorado:      938,087 ST ( 7.8% of total)

*Total Mines Licensed During 1977*
Underground:   47 (34 produced coal)
Surface:       21 (21 produced coal)
Total          68 (55 produced coal)

*Average Number of Days Worked Per Mine:*  169

*Average Daily Production*
By mine:   70,835 S.T.
Per miner:    24 S.T.

*Loading Methods:* 97.7% of the coal produced in 1977 was mechanically loaded, using 27 loading machines.
*Mining Machinery:* 65 continuous miners and 8 electrical cutting machines were employed.
*Rail Connections:* 21 mines (38% of those that produced coal during 1977) had direct rail connections.
*Coal Treated*
*Washed:* 1,221,555 S.T. (10.2% of total produced)
*Chemically treated or oiled:* 15,157 S.T. (0.1% of total produced).

### As of December 1, 1978, the following satistics are available for Colorado's coal operations:

- Number of employees—3,910 (vs. 3,290 during November 1977)
- Number of mines—65 licensed (vs. 69 in 1977); 42 underground and 23 surface (of which a total of 44 currently are producing)
- Surface-mined coal—9.62 million short tons (MST), estimated, or approximately 67 percent of the total 1975 Statewide production.
- Coking coal—2.69 MST, estimated (a decrease of approximately 12% from 1977, primarily due to a labor strike early in 1978 that affected mainly the coking-coal mines); this comprises about 19 percent of all coal produced in the State.
    - Rank by county: Gunnison 45%, Pitkin 34%, Las Animas 21%.
    - Rank by coal region: Uinta, 79%; Raton Mesa, 21%.

Counties with significant production increases during 1978: among nine such counties, which showed increases ranging from 34 to 700 percent, the most significant in terms of actual tonnage increases are, in order, Moffat, Jackson, and Delta Counties. New large surface mines in Moffat County accounted for the largest volume increase (over one million tons) during 1978. This country currently is the No. 2 producing county in Colorado (after Routt), with over 22 percent of the Statewide total, primarily from the increasing production of Utah International's Trapper strip mine (which is now stockpiling coal for the new Craig Nos. 1 and 2 electric-generating plants, located near the town of Craig and scheduled to begin operations in 1979 or 1980), and at Colowyo Coal Company's large new surface mine (which will mine as many as 10 coal beds and is, or soon will be, shipping coal to power and industrial plants in Colorado and Texas).

Tables 7, 8, 9, 10, 11, and 12 display production data (1977, cumulative to 1-1-78, projections, etc.) by county and by coal-bearing region. Table 13 shows the county of origin of coal exported outside Colorado in 1977. Figures 6 and 7 graphically depict cumulative coal production by county to 1-1-78 and during 1977, respectively.

The cumulative coal production of 568.051 million tons shown on Table 8 comprises over 93 percent of Colorado's total production. Las Animas, Huerfano, Routt, and Weld Countries have produced 65 percent of the State's total production.



### Figure 5.   Production history and projections for Colorado coal production, 1960-1985 (Dawson and Murray, 1978, p. 12).

9

BLM_0104995

### Table 7.  1977 Coal Production in Colorado by County (Dawson and Murray, 1978, p. 19).

| County | Production (S.T.) | % of Total | No. of Employees | No. Mines Prod'g. (Surface/ Underground) |
|---|---|---|---|---|
| Routt | 6,309,174 | 52.70 | 471 | 8( 6/2 ) |
| Gunnison | 1,347,182 | 11.25 | 454 | 5( 0/5 ) |
| Moffat | 1,113,015 | 9.30 | 450 | 5( 3/2 ) |
| Pitkin | 936,430 | 7.82 | 456 | 7( 0/7 ) |
| Las Animas | 742,315 | 6.20 | 530 | 5( 3/2 ) |
| Jackson | 495,956 | 4.14 | 97 | 2( 2/0 ) |
| Delta | 327,352 | 2.73 | 136 | 4( 1/3 ) |
| Mesa | 300,199 | 2.51 | 116 | 1( 0/1 ) |
| Weld | 105,103 | 0.88 | 62 | 1( 0/1 ) |
| Montrose | 94,402 | 0.79 | 24 | 1( 1/0 ) |
| Fremont | 90,669 | 0.76 | 44 | 6( 4/2 ) |
| Garfield | 70,793 | 0.59 | 66 | 5( 0/5 ) |
| La Plata | 25,648 | 0.21 | 23 | 3( 0/3 ) |
| Rio Blanco | 8,836 | 0.07 | 10 | 1( 0/1 ) |
| Archuleta | 4,070 | 0.03 | 5 | 1( 1/0 ) |
| | 11,971,143 | 99.98 | 2,944 | 55(21/34) |

(1976 production: 9,461,513 S.T.)

### Table 8.  Cumulative Coal Production, Top 10 Counties, January 1, 1978 (Dawson and Murray, 1978, p. 19). (Millions of Tons).

| | | |
|---|---|---|
| 1. | Las Animas | 173.348 |
| 2. | Routt | 77.961 |
| 3. | Huerfano | 75.525 |
| 4. | Weld | 66.956 |
| 5. | Gunnison | 48.255 |
| 6. | Boulder | 43.321 |
| 7. | Fremont | 40.387 |
| 8. | Pitkin | 18.839 |
| 9. | El Paso | 15.209 |
| 10. | Moffat | 8.250 |
| | TOTAL | 568.051 |

### Table 9.  Cumulative Coal Production (Short Tons) by County, 1864 to January 1, 1978 (Dawson and Murray, 1978, p. 18)

| County | 1976 Prod. | 1977 Prod. | Cum. to 1-1-78 |
|---|---|---|---|
| Adams | | | 37,112 |
| Arapahoe | | | 36,259 |
| Archuleta | | 4,070 | 40,620 |
| Boulder | | | 43,321,306 |
| Delta | 14,023 | 327,352 | 4,972,927 |
| Dolores | | | 62,631 |
| Douglas | | | 27,367 |
| Elbert | | | 108,948 |
| El Paso | | | 15,208,890 |
| Fremont | 90,956 | 90,669 | 40,386,525 |
| Garfield | 1,425 | 70,793 | 7,049,672 |
| Gunnison | 1,246,723 | 1,347,192 | 48,255,414 |
| Huerfano | | | 75,525,388 |
| Jackson | 270,085 | 495,956 | 2,975,121 |
| Jefferson | | | 6,697,939 |
| La Plata | 16,870 | 25,648 | 6,509,871 |
| Larimer | | | 54,284 |
| Las Animas | 649,468 | 742,315 | 173,348,315 |
| Mesa | 57,134 | 300,199 | 7,549,626 |
| Moffat | 507,010 | 1,113,015 | 8,250,393 |
| Montezuma | | | 174,515 |
| Montrose | 97,939 | 94,402 | 1,975,103 |
| Ouray | | | 14,316 |
| Park | | | 724,658 |
| Pitkin | 889,520 | 936,430 | 18,838,755 |
| Rio Blanco | | 8,836 | 632,235 |
| Routt | 5,553,486 | 6,309,173 | 77,960,812 |
| San Miguel | | | 26,429 |
| Weld | 66,874 | 105,103 | 66,956,394 |
| TOTAL | 9,461,513 | 11,971,143 | 607,721,625 |

### Table 10.  Cumulative Colorado Coal Production by Coal Region to January 1, 1978 (Dawson and Murray, 1978, p. 8). (Millions of Tons)

| Rank | Coal Region   (County)   Production (% of State Total) |
|---|---|
| 1 | RATON MESA (Huerfano & Las Animas Cos.): 248.873 (40.9%) |
| 2 | DENVER (Adams, Arapahoe, Boulder, Douglas, Elbert, El Paso, Jefferson, Larimer and Weld Cos.): 132.447 (21.8%) |
| 3 | UINTA (Delta, Garfield, Gunnison, Mesa, Pitkin, and Rio Blanco Cos.): 87.239 (14.4%) |
| 4 | GREEN RIVER (Moffat and Routt Cos.): 86.211 (14.2%) |
| 5 | CANON CITY (Fremont Co.): 40.387 (6.6%) |
| 6 | SAN JUAN RIVER (Archuleta, Dolores, La Plata, Montezuma, Montrose, Ouray, and San Miguel Cos.): 8.804 (1.4%) |

7   NORTH PARK (Jackson Co.): 2.975 (0.5%)
8   SOUTH PARK (Park Co.): 0.725 (0.1%)
TOTAL = 607.721 (100%)

Colorado Division of Mines records show a total as of 1-1-78 of 618.035 MST, a difference of 10.314 MST).

### Table 11.  1977 Colorado Coal Production (Short Tons) by Coal Region (Dawson and Murray, 1978, p. 8).

| Coal Region | Production | % of Total | No. of Employees | No. of Mines | No. Surface/ No. Under- ground |
|---|---|---|---|---|---|
| Green River | 7,422,188 | 62.0 | 921 | 13 | 9/4 |
| Uinta | 2,990,792 | 25.0 | 1,238 | 23 | 1/22 |
| Raton Mesa | 742,315 | 6.2 | 530 | 5 | 3/2 |
| North Park | 495,956 | 4.1 | 97 | 2 | 2/0 |
| San Juan River | 124,120 | 1.0 | 52 | 5 | 2/3 |
| Canon City | 90,669 | 0.8 | 44 | 6 | 4/2 |
| Denver | 105,103 | 0.9 | 62 | 1 | 0/1 |
| South Park | 0 | 0.0 | 0 | 0 | |

### Table 12.  Colorado Coal Production History and Projections (Short Tons) by Coal Region 1970-1980 (Colorado Geological Survey).

**Canon City Field**

| 1970 | 288,510 |
|---|---|
| 1971 | 247,443 |
| 1972 | 214,948 |
| 1973 | 247,172 |
| 1974 | 152,681 |
| 1975 | 147,318 |
| 1976 | 90,956 |
| 1977 | 90,669 |
| 1978* | 119,000 |
| 1979** | 148,000 |
| 1980** | 166,000 |

**North Park Region**

| 1970 | None |
|---|---|
| 1971 | None |
| 1972 | None |
| 1973 | None |
| 1974 | 7,899 |
| 1975 | 320,677 |
| 1976 | 270,085 |
| 1977 | 495,956 |
| 1978 | 715,500 |
| 1979** | 650,000 |
| 1980** | 300,000 |

**Denver Region**

| 1970 | 581,183 |
|---|---|
| 1971 | 474,119 |
| 1972 | 574,707 |
| 1973 | 505,951 |
| 1974 | 300,295 |
| 1975 | 162,732 |
| 1976 | 66,874 |
| 1977 | 105,103 |
| 1978* | 69,300 |
| 1979** | 90,000 |
| 1980** | 400,000 |

**Raton Mesa Region**

| 1970 | 625,468 |
|---|---|
| 1971 | 520,936 |
| 1972 | 621,570 |
| 1973 | 624,045 |
| 1974 | 539,845 |
| 1975 | 632,207 |
| 1976 | 649,468 |
| 1977 | 742,315 |
| 1978** | 635,000 |
| 1979** | 829,500 |
| 1980** | 1,045,000 |

**Green River Region**

| 1970 | 2,459,023 |
|---|---|
| 1971 | 2,159,368 |
| 1972 | 2,526,558 |
| 1973 | 2,895,585 |
| 1974 | 3,698,650 |
| 1975 | 4,674,213 |
| 1976 | 6,060,496 |
| 1977 | 7,422,188 |
| 1978* | 9,277,000 |
| 1979** | 10,329,000 |
| 1980** | 11,455,000 |

**San Juan River Region**

| 1970 | 92,195 |
|---|---|
| 1971 | 67,100 |
| 1972 | 104,068 |
| 1973 | 116,286 |
| 1974 | 116,636 |
| 1975 | 120,770 |
| 1976 | 114,809 |
| 1977 | 124,120 |
| 1978* | 79,500 |
| 1979** | 169,000 |
| 1980** | 185,000 |

**Uinta Region**

| 1970 | 1,974,683 |
|---|---|
| 1971 | 1,838,305 |
| 1972 | 1,487,928 |
| 1973 | 1,839,406 |
| 1974 | 2,144,680 |
| 1975 | 2,306,409 |
| 1976 | 2,208,825 |
| 1977 | 2,990,792 |
| 1978* | 3,176,000 |
| 1979** | 5,526,000 |
| 1980** | 6,722,000 |

**South Park Field**

No production since 1932.

* Preliminary.
** Projected.

### Table 13.  1977 Colorado Out-of-State Coal Exports, by County (Colorado Geological Survey).

| County | Short Tons | % of Total County Prod'n Exported |
|---|---|---|
| Archuleta | 300 | 7.4 |
| Delta | 268,075 | 81.9 |
| Fremont | 7,547 | 8.3 |
| Garfield | 29,715 | 42.0 |
| Gunnison | 1,073,179 | 79.7 |
| Jackson | 478,746 | 96.5 |
| La Plata | 11,135 | 43.4 |
| Las Animas | 324 | 0.04 |
| Mesa | 266,732 | *88.9 |
| Moffat | 274,490 | 24.7 |
| Pitkin | 920,562 | 98.3 (est.) |
| Routt | 1,395,365 | 22.1 |
| Total | 4,726,166 | (39.5% of total State production) |

BLM_0104996



COLORADO

CUMULATIVE COAL PRODUCTION (IN TONS) BY COUNTY TO 1/1/78

■ Greater than 137,000,000
※ 109,000,000 to 136,999,999
※ 62,000,000 to 108,999,999
* No production within this range

▨ 55,000,000 to 61,999,999
☐ 37,000,000 to 54,999,999
☐ Less than 37,000,000
☐ ZERO

**Figure 6.   Cumulative coal production (in short tons) in Colorado by county, to January 1, 1978 (Dawson and Murray, 1978, p. 21).**



COLORADO

COAL PRODUCTION (IN TONS) BY COUNTY, 1977

■ Greater than 6,300,000
◨ 6,300,000 to 6,299,999
※ 4,200,000 to 5,199,999
*No production within this range

※ 3,100,000 to 4,199,999
☐ 1,000,000 to 3,099,999
☐ Less than 1,000,000
☐ ZERO

**Figure 7.   Cumulative coal production (in short tons) in Colorado by county, year 1977 (Dawson and Murray, 1978, p. 22).**

## Coal Utilization

During 1976, Colorado coal was utilized as follows (Dawson and Murray, 1978, p. 37):

Consumed by out-of-state utilities and industry (steel mills, etc.): 3.64 million short tons (MST), or approximately 39% of total 1976 production.

Consumed within Colorado: 5.82 MST
Utilities (power generation)—65%
Steel mills (coke)—28%
Other industrial use (plant heating, processing)—6%
Domestic (space heating, etc.)—1%

In 1976, the major public utilities in Colorado burned approximately 5.726 MST of coal in their steam-electric generating plants. This total can be broken down as follows (revised from Dawson and Murray, 1978, p. 79, and Table 19):

Public Service Company of Colorado, 6.003 MST
Colorado Ute Electric Association, 0.715 MST
Colorado Springs Public Utilities, 0.422 MST
Central Telephone Utilities, Southern Colorado Power Division, 0.111 MST
Walsenburg Utilities, 0.015 MST

In total, 7.286 MST of coal was burned by the major utilities in Colorado to generate electricity, of which approximately 3.8 MST came from mines in Colorado, chiefly from the Green River and Uinta regions on the Western Slope. The balance about 3.5 MST, was imported into the State, primarily from the Powder River basin of northeastern Wyoming.

## Coal Regions and Fields

### Introduction

The coal-bearing regions and coal fields of Colorado (Fig. 1) are discussed, region by region, in alphabetical order. Representative analyses of many of the most important coal beds or coal "zones" of the State, also listed in alphabetical order by coal region, are found on Table 14, which recently was revised by Janet E. Schultz of the Colorado Geological Survey.

New to this year's *Keystone* article on Colorado coal is a series of stratigraphic columns constructed for most of the coal regions and areas. These columns display the relative vertical distribution of the major coal-bearing intervals, or "zones," placed within their geologic or stratigraphic framework, together with the names of the coal beds that have been mined. Unlike coals in many Eastern States, the coal beds in Colorado (and elsewhere in the Rockies) have been only tentatively correlated, for the most part, and care should be used in assigning coal quality characterizations to a named coal "bed." Colorado coals are highly variable in both chemical and physical character, in thickness, and in areal extent; individual beds rarely persist for more than a mile or so (if that much). Correlation of individual coals from basin to basin, or from region to region, often is virtually impossible. For these and other reasons, many workers prefer to delineate coal-bearing sequences, or "zones," when mapping coal beds (refer to Murray, Fender, and Jones, 1977; and Fender and Murray, 1978, for examples of the use of geophysical well logs to correlate coal beds and "zones," determine coal depositional trends, estimate coal resources, etc.). The stratigraphic columns included herein, which were prepared by Donna L. Boreck of our office (*see* Boreck and Murray, 1979), represents only preminary attempts at this perplexing problem of coal bed correlation (historic records often are very confusing and inaccurate, at best) and should be used with care. The Colorado Geological Survey welcomes any suggestions or corrections in this regard.

Additional details on the coal fields of Colorado may be found in our *Keystone* article for 1978, as well as in the references listed at the end of the present paper.

11

BLM_0104997

**Table 14**
(Colorado Geological Survey)

## RANGE OF ANALYSES OF COLORADO COALS (AS RECEIVED)

| REGION, Field, Formation, (Coal bed) | Moisture (%) | Volatile Matter (%) | Ash (%) | Sulfur (%) | Heating Value (Btu/lb) | Ash Fusion Temperature (°F) | FSI |
|---|---|---|---|---|---|---|---|
| **CANON CITY (and field)** | | | | | | | |
| Vermejo Fm. (7 beds) | 5.4-11.9 | 31.4-42.9 | 4.6-14.8 | 0.3-1.7 | 10,400-11,390 | 2,030-2,720 | 0 |
| **DENVER** | | | | | | | |
| Boulder-Weld | | | | | | | |
| Laramie Fm. (Beds 1-7) | 13.7-29.1 | 27.3-43.6 | 3.5-12.7 | 0.2-0.9 | 8,250-10,810 | 1,990-2,470 | 0 |
| Colorado Springs | | | | | | | |
| Laramie Fm. (Beds A,B,C) | 19.0-26.2 | 31.4-45.1 | 5.6-20.8 | 0.3-0.7 | 8,440- 9,280 | 2,150-2,470 | 0 |
| S.E. & So.-Central | | | | | | | |
| Denver Fm. (Bijou,Kiowa,Comanche) | 26.4-39.6 | 19.3-42.7 | 9.8-44.6 | 0.2-0.6 | 3,636- 6,803 | 2,480-2,530 | 0 |
| Laramie Fm. | 33.1-35.0 | 30.8-44.2 | 7.8-15.7 | 0.4-1.1 | 6,150- 7,340 | 2,140-2,400 | 0 |
| **GREEN RIVER** | | | | | | | |
| Yampa | | | | | | | |
| Fort Union Fm. (Seymour) | 20.7-23.0 | - | 3.9-7.8 | 0.2-0.4 | 8,250- 8,710 | - | 0 |
| Lance Fm. (Lorella, Kimberly) | 19.6-21.8 | - | 4.1-6.5 | 0.5-0.7 | 9,660- 9,720 | 2,010-2,260 | 0 |
| Williams Fork Fm., "Upper Coal Gp." | | | | | | | |
| (Dry Creek, Crawford, Fish Creek) | 9.8-16.9 | 34.9-39.2 | 4.1-17.2 | 0.4-1.8 | 9,800-11,680 | 2,070-2,480 | 0 |
| Williams Fork Fm., "Middle Coal Gp." | | | | | | | |
| (Lennox, Wadge) | 6.4-11.8 | 33.8-39.0 | 3.0-20.2 | 0.3-0.9 | 9,871-12,440 | 2,140-2,890 | 0-0.5 |
| Iles Fm., "Lower Coal Gp." | | | | | | | |
| (E,D,C,B,A or Pinnacle) | 6.3-12.2 | - | 4.3-11.3 | 0.3-0.9 | 11,090-12,560 | 2,250-2,780 | 0 |
| **NORTH PARK (and field)** | | | | | | | |
| Coalmont District | | | | | | | |
| Coalmont Fm., (Riach; Beds 4,3,2,1; (Monahan) | 14.5-20.2 | 29.3-37.3 | 5.5-13.1 | 0.6-1.0 | 6,520- 9,570 | 2,060-2,570 | 0 |
| McCallum Anticline District | | | | | | | |
| Coalmont Fm. (Hill, Winscom, Sudduth) | 12.0-16.1 | 27.4-37.3 | 2.1-19.2 | 0.2-0.3 | 8,580-11,280 | 2,040-2,680 | 0 |
| **RATON MESA** | | | | | | | |
| Trinidad | | | | | | | |
| Raton Fm. (~11 beds) | 1.8- 4.5 | 34.4-40.3 | 5.3-16.4 | 0.4-1.1 | 10,169-13,871 | 2,055-2,800 | 0-8.5 |
| Vermejo Fm. (14 beds) | 1.6- 7.5 | 32.2-39.1 | 7.7-21.8 | 0.5-1.0 | 11,430-13,510 | 2,290-2,910 | 0-6.5 |
| Walsenburg | | | | | | | |
| Raton Fm. | 2.5- 4.2 | - | 5.3-13.5 | 0.4-1.0 | 12,660-13,340 | 2,230-2,730 | 0 |
| Vermejo Fm. | 5.3-10.2 | 36.4-38.0 | 7.2-14.4 | 0.4-1.3 | 11,050-12,880 | 2,210-2,840 | 0 |
| **SAN JUAN RIVER** | | | | | | | |
| Durango | | | | | | | |
| Fruitland Fm. | 0.9- 2.3 | 20.8-23.6 | 19.5-26.6 | 0.7-0.8 | 11,230-12,140 | - | - |
| Menefee Fm. (9 beds) | 1.6-10.7 | 36.2-42.1 | 3.4-16.6 | 0.6-1.3 | 10,860-14,700 | 2,020-3,000 | 0-5.5 |
| Nucla-Naturita | | | | | | | |
| Dakota Ss. (Fm.) (3 beds) | 2.5-13.5 | 32.6-36.1 | 6.1-12.8 | 0.5-1.1 | 10,010-13,380 | 2,620-2,910 | 0-1.5 |
| Tongue Mesa | | | | | | | |
| Fruitland Fm. (Cimarron) | 14.2-16.0 | 36.0-47.3 | 6.7- 8.4 | 0.5-0.9 | 9,350-10,200 | 2,450-2,480 | 0 |
| **SOUTH PARK (and field)** | | | | | | | |
| Laramie Fm. (3 beds) | 6.3-15.5 | - | 1.3- 6.4 | 0.47-0.53 | 9,780 | 2,700 | - |
| **UINTA** | | | | | | | |
| Book Cliffs | | | | | | | |
| Mt. Garfield Fm. (Mesaverde Gp.) (Carbonera, Cameo, Palisade, Thomas, Anchor Mine) | 3.3-14.0 | 29.8-35.4 | 4.9-23.3 | 0.4-1.7 | 9,833-13,560 | 2,130-2,960 | 0-1.0 |
| Carbondale | | | | | | | |
| Williams Fork Fm. ("South Canon Gp.", Dutch Creek, Allen, Anderson) | 0.8-3.4 | 22.0-28.1 | 3.4-10.0 | 0.3-1.3 | 12,470-15,190 | 2,140-2,505 | 8.5-9.0 |
| ("Fairfield Gp." or A,B,C,D, Coal Basin A-B) | 0.8-4.0 | 21.8-39.3 | 3.4-6.7 | 0.4-1.5 | 12,609-15,088 | 2,180-2,455 | 1-9 |
| Crested Butte | | | | | | | |
| Williams Fork Fm., Paonia Mbr. (6 beds) | 2.5-13.3 | | 3.2-9.1 | 0.4-1.9 | 11,400-14,170 | 2,130-2,480 | 0 |
| Danforth Hills | | | | | | | |
| Williams Fork Fm. (Lion Cyn., Goff, Fairfield Gps.) | 8.9-15.5 | - | 2.2-9.6 | 0.3-1.4 | 10,140-11,790 | 2,210-2,910 | - |
| Iles Fm. ("Black Diamond Gp.") | 9.2-13.4 | - | 3.7-10.0 | 0.4-0.6 | 11,200-11,970 | 2,210-2,990 | - |
| Grand Hogback | | | | | | | |
| Williams Fork Fm. (E, Sunnyridge) | 4.0-4.8 | 37.2-39.8 | 6.1-10.4 | 0.6-0.7 | 12,060-12,581 | 2,230-2,910 | 1.0-1.5 |
| Grand Mesa | | | | | | | |
| Mt. Garfield Fm. (Mesaverde Gp.) (6-8 beds) | 3.1-19.5 | 30.4-35.0 | 2.1-17.9 | 0.5-2.2 | 8,298-13,489 | 2,060-2,970 | - |
| Lower White River | | | | | | | |
| Williams Fork Fm. | 11.2-14.1 | - | 4.4-8.5 | 0.4-0.5 | 10,800-11,230 | 2,060-2,910 | 0-1.5 |
| Somerset | | | | | | | |
| Williams Fork Fm. (F,E,D,C,B,A beds) | 3.2-13.6 | 35.3-37.7 | 3.2-11.4 | 0.5-0.8 | 10,040-13,453 | 2,145-2,810 | 0-3.0 |

12

BLM_0104998

## Canon City Region (or field)

The Canon City coal region, or field (Fig. 1), lies within the Laramide-age Canon City basin, a downfaulted, synclinal, structural embayment located at the southwest extremity of the Denver structural basin of similar age. The Canon City embayment is bounded on the north by the Front Range uplift, on the southwest by the Wet Mountains uplift, and on the south by the Apishapa uplift, which separates the Canon City and Denver basins (and coal regions) from the Raton basin (and Raton Mesa coal region), located to the south. Geologically, the Canon City basin is more analogous to the Raton basin than to the Denver basin; therefore, the coals in the Canon City region are similar in many respects to those in the northern part of the Raton Mesa region (Walsenburg field). The geologic structure in the Canon City region (which coincides exactly with Canon City field) is asymmetric, with gentle dips on the east and moderately steep dips on the west, and with some complications due to faulting along the east flank of the Wet Mountains uplift.

The Canon City region can be considered, in many respects, to be a northern extension of the Raton Mesa region, separated by uplift and faulting which have resulted in the removal of the coal-bearing sequences that no doubt once were deposited in the area between these two regions. This is the smallest coal region in Colorado, covering an area of only about 50 sq. mi.

As shown on Figure 8, the coals in the Canon City region (or field) occur in the lower part of the Vermejo Formation (Upper Cretaceous-Paleocene? in age). Seven main coal beds have been mined commercially in the area; another 8 or 10 beds have been reported but may be too thin to mine at this time.

Canon City coals typically are high-volatile C bituminous in rank, relatively low in sulfur content, non-weathering, non-agglomerating, and non-coking.

To date, this region has produced more than 40.3 million tons of coal, ranking sixth in the State. This amount of production represents approximately 14 percent of the total estimated in-place coal resource in the Canon City region (see Table 10). Historically, more than 175 miles have operated in this region. In 1977, only four underground and two surface mines, employing a total of 44 persons, were in operation (Table 11).

Most of the coal mined in the Canon City region is used in nearby steam-electric power plants, located in Canon City and Colorado Springs; by the State Penitentiary in Canon City, by the State Hospital in Pueblo; and by local domestic purchasers.

Of the estimated original in-place coal resource of 295 million tons (Landis, 1959), approximately 250 million tons are believed to remain in the ground in the Canon City region above a depth of 1,000 ft.

## Denver Region

The Denver coal-bearing region encompasses an area of some 7,500 sq mi east of the Front Range in the eastern half of Colorado. It extends from the Wyoming State line south to near Colorado Springs (Fig. 1). The city of Denver is located in the west-central part of the region. The Denver coal region lies within the larger Laramide-age (and younger?) Denver structural basin, the synclinal axis of which is located near its west edge. This region contains



Figure 8.  Stratigraphic column, coal-bearing sequence, Canon City coal field (no vertical scale).



Figure 9.  Stratigraphic column, coal-bearing part of Laramie Formation, Boulder-Weld coal field, Denver region (no vertical scale) (after Kirkham and Ladwig, 1979, Fig. 12).

13

BLM_0104999



**Figure 10. Stratigraphic column, coal-bearing part of Laramie Formation, Colorado Springs coal field, Denver region (no vertical scale).**



**Figure 11. Generalized stratigraphic columns of Denver Formation lignites in the northern and southern lignite areas, Denver sub-basin, Denver region, (no vertical scale) (Kirkham and Ladwig, 1979, Fig. 17).**

large resources of subbituminous coal and lignite within 3,000 ft of the surface.

Within the Denver region are two separate coal-bearing sub-basins, termed the Denver Basin and, to the north, the Cheyenne Basin, separated by a structural high, termed the Greeley arch. The coal-bearing sequences have been removed by erosion from the Greeley arch (Kirkham and Ladwig, 1979). Thse "sub-basins" are defined by the out-crop of the base of the Upper Cretaceous Laramie coal-bearing interval. The lower part of the Lara-mie in both sub-basins contains several beds of coal varying in rank from subbituminous coal to lignite (Figs. 9 and 10). The overlying Denver Formation (Upper Cretaceous to Paleocene in age) contains multiple beds of lignite only in the central part of the Denver sub-basin (Fig. 11).

Beds of the Laramie Formation are exposed in hog-backs and road cuts along the foothills of the Front Range from near Colorado Springs to Boulder. The Laramie coal beds are near-vertical in the Foothills dis-trict (Landis, 1959, p. 164-165); however, their dips de-crease rapidly eastward to 5 degrees or less. Most of the Denver and Cheyenne sub-basins ar underlain by coals of the Laramie Formation, although coals may be thin or absent in a few areas. Laramie coal beds occur in a 50-275-ft-thick zone within the lower part of the formation and were deposited on a delta plain in poorly-drained swamps. Laramie coals are lenticular, and they generally are thicker and more persistent in the Denver than in the Cheyenne Basin, being typically 5-10 ft thick, and locally up to 20 ft thick in the former but only 3-7 ft in thickness in the latter. Under approximately 1,850 sq mi of the Denver coal region, Laramie coal beds are potentially surface minable (i.e., within 200 ft of the surface). An-other 2,000-plus sq mi contains Laramie coal beds from 500-1,500 ft in depth, which someday may be feasible to gasify *in situ* (Kirkham and Ladwig, 1979).

Laramie coal beds vary significantly in rank in the Den-ver region, from subbituminous B coal to lignite A. The higher rank coals, which average 8,500-10,000 Btu/lb, as-received, occur along the west side of the Denver Basin, in the Foothills district and in the Boulder-Weld field (Fig. 1). Lower quality coals, ranging from 5,000-7,300 Btu/lb, as-received, are typical of the eastern side of the Denver region (Kirkham and Ladwig, 1979).

Thick lignite beds of early Paleocene age occur in the Denver Basin in the upper 300-500 ft of the Denver For-mation immediately below the Dawson Arkose, the lower part of which is also Paleocene in age (Figs. 11 and 12). These lignite beds are absent in the Cheyenne Basin inas-much as the Denver Formation is not present in this northern sub-basin of the Denver region. The lignite beds appear to have been deposited within two separate early Paleocene swamps and alluvial plain that existed east of the Front Range piedmont area. The northern lignite area contains individual lignite beds that typically are 10-30 ft in thickness, with a maximum observed thickness of 55 ft. The southern lignite area, on the other hand, contains generally thinner beds of lignite, averaging 5-10 ft, with a maximum thickness of about 30 ft. Most of the known lignite beds occur in the central and eastern parts of the Denver Basin and are potentially surface-minable, lying

BLM_0105000

beneath less than 200 ft of cover. To the west, in the deeper parts of the basis, little is known about the Denver Formation lignites. They are believed to essentially pinch out westward near the axis of the Denver Basin (Kirkham and Ladwig, 1979).

Denver Formation lignites exhibit the following properties, based on as-received analyses: heating value, 4,000-7,000 Btu/lb.; ash content, 8-30%; moisture content, 22-40%; and sulfur content, 0.2-0.6%. Variations in the quality of these lignites primarily is a function of the number of thickness of partings—chiefly kaolinite—within a given bed; such partings may comprise 5-30 percent of the total thickness of a lignite bed. These kaolinite-rich partings are high in alumina content and offer the potential for dual-resource (lignite and alumina) recovery (Kirkham and Ladwig, 1979).

| PERIOD | | DENVER BASIN | CHEYENNE BASIN |
|---|---|---|---|
| QUATERNARY | | UNDIFFERENTIATED | |
| PLIOCENE | | | |
| MIOCENE | | | OGALLALA FORMATION |
| | | | ARIKAREE FORMATION |
| OLIGOCENE | | CASTLE ROCK CONGLOMERATE | WHITE RIVER GROUP |
| EOCENE | | DAWSON ARKOSE | |
| PALEOCENE | | DENVER FORMATION | |
| | | ARAPAHOE FORMATION | |
| UPPER CRETACEOUS | | LARAMIE FORMATION | |
| | | FOX HILLS SANDSTONE | |
| | | PIERRE SHALE | |
| PRECAMBRIAN, PALEOZOIC AND MESOZOIC FORMATIONS, UNDIFFERENTIATED | | | |

**Figure 12.   Generalized stratigraphic correlation chart, Denver and Cheyenne sub-basins, Denver coal region (Kirkham and Ladwig, 1979, Fig. 10).**

Since the late 1800's, the Denver coal region has produced more than 130 million tons of coal, some 20 percent of the Statewide total (Tables 10 and 11), from approximately 385 mines, virtually all of them underground. Approximately 15 million tons of all the production in the region (or 12 percent) came from the **Colorado Springs Field** (in Douglas, El Paso, and Elbert Counties). The balance was mined in the *Boulder-Weld Field*, most of the coal being produced in Boulder and Weld Counties. The Colorado Springs field has produced no coal since 1957. This is the only coal region in Colorado in which shaft mining has predominated over drift or slope mining. Shaft depths here have ranged from about 250-500 ft.

During 1978, the lone mine operating in the entire region (the Lincoln, in Weld County) produced an estimated 71,500 tons of subbituminous steam coal; overburden thickness in this mine is approximately 425 ft.

According to recent resource estimates made of the region (Kirkham and Ladwig, 1979), remaining in-place resources in the Denver region amount to approximately 20-25 billion tons of subbituminous coal in the Laramie Formation, and 10-15 billion tons of lignite in the Denver Formation, all at depths above 3,000 ft. The sum of these two figures (30-40 billion tons) is less than the 42.47 billion tons estimated by Hornbaker and others (1976, p. 14).

## Green River Region

The southeast arm of the large Green River coal region

is located in Moffat and Routt Counties of northwest Colorado (Fig. 1). The larger part of this important coal region covers most of southwest Wyoming (Averitt, 1972, Fig. 3). The Colorado part of this region is comprised of the Sand Wash structural basin of Laramide age, together with the north flank of the Axial Basin uplift, which includes the Williams Fork Mountains and forms the south edge of the basin. The perimeter of the Green River coal region is defined, except where faulted, by the base of the Upper Cretaceous Mesaverde Group. The oldest coals in the region are found in the Iles Formation, lower Mesaverde Group (Fig. 2).

Coal-bearing Upper Cretaceous, Paleocene, and Eocene rocks crop out along the Yampa River-Williams Fork Mountains area, in the southeastern part of the region. This area constitutes the **Yampa Coal Fields**, the only field in the region. The south flank of the Sand Wash basin consists of gently northward-dipping sediments that are locally folded, especially in the southeast part of the basin, and complicated by faulting and igneous intrusives of late Tertiary age, which, in places, have upgraded some of the coals to anthracite.

Virtually all of the coals mined to date in the Green River region have come from the Iles (Fig. 13) and Williams Fork (Fig. 14) Formations of the Mesaverde Group. Younger coal-bearing rocks (Lance, Fort Union, and Wasatch Formations; *see* Fig. 2) are preserved toward the interior of the basin, away from outcrops of the Mesaverde, on or near which most of the coal mining to date has taken place. A major part of the region contains multiple coal beds in several formations above a depth of 3,000 ft (in the central part of the Sand Wash basin, coals are present to depths in excess of 10,000 ft), as shown on the map by Jones and others (1978).

As described earlier in this paper, the Mesaverde coals in the Green River region, for the most part, are high-volatile C bituminous in rank and vary in thickness from



**Figure 13.   Stratigraphic column, coal-bearing Iles Formation, lower Mesaverde Group, Green River region (no vertical scale).**

15

GREEN RIVER REGION – WILLIAMS FORK FORMATION



**Figure 14.  Stratigraphic column, coal-bearing Williams Fork Formation, upper Mesaverde Group, Green River region (no vertical scale).**

approximately 3-20 ft. The younger Lance Formation coals, which have been only locally mined in the past (but are not mined at present), appear to be subbituminous B or C and range up to about 10 ft in thickness. The overlying Fort Union coals have been observed to be as thick as 40 ft or more on geophysical logs of oil wells drilled in the Sand Wash basin. Where sampled near the surface, they appear to be subbituminous B or C in rank. Very little is known about the Wasatch Formation coals in the Colorado part of the region, although they have been mined locally at several ranches on both sides of the Colorado-Wyoming State line. Like the older Fort Union and Lance coals, those in the Wasatch Formation probably are subbituminous B or C in rank, range from a few feet to 20 ft or more in thickness, and may be surface-minable in parts of the Green River region.

This region to date has produced more than 95 million short tons of coal (or approximately 15% of the State's coal) from nearly 200 mines. During 1978, preliminary reports indicate that about 9.3 million tons of coal were produced in the Green River region, Colorado, which is two-thirds of all of the coal produced in the State (see Tables 10, 11, and 12). Present production is from 11 surface and three underground mines; surface-mining also predominates in actual volume.

Total in-place coal resources in the Colorado part of the Green River region probably far exceed 60 billion tons above a depth of 6,000 ft, although very little work has been done so far in evaluating the coals below "minable" depths. Speltz (1976) estimates that nearly one billion tons of potentially surface-minable coal may exist in this part of the region.

Most of the coal (all of it low-sulfur) being mined in the Green River region is or will be burned in steam-electric generating plants either within the region, at Craig and Hayden; or elsewhere in Colorado, mostly in

the Denver area. Some of the coal is exported to States such as Illinois, Iowa, Nebraska, and Texas.

### North Park Region (or field)

The North Park coal region, located in Grand and Jackson Counties (Fig 1), lies in a high (8,000-9,000-ft), intermontane structural basin in north-central Colorado. The North Park basin, or syncline, of Laramide age, is bounded by the Medicine Bow-Front Range uplift on the east, the Park Range uplift on the west, the Independence Mountain thrust fault on the north (near the Wyoming State line), and the Williams River-Vasquez Mountains on the south. The North Park region is comprised of two topographic basins, North Park and Middle Park, separated by the east-west trending Rabbit Ears Range, a middle- to late Tertiary volcanic field composed of both flows and intrusive bodies. As defined (see Averitt, 1972), North Park coal field lies in North Park, Jackson County; and Middle Park coal field, in Middle Park, Grand County.

All of the coals found in North Park basin occur in the Coalmont (Middle Park) Formation of late Paleocene and early Eocene ages, which may aggregate as much as 12,000 ft in thickness (Figs. 2, 15, and 16). The Coalmont consists of terrigenous clastics, carbonaceous shales, and coals, laid down in an alluvial basin that rapidly subsided as the Rocky Mountains were uplifted in early Tertiary time. Coals were formed in flood basins and swamps between meandering streams. The Coalmont Formation unconformably overlies the marine Pierre Shale (Upper Cretaceous).

North Park Coal Field is the only part of the region in which coal has been mined, from the Coalmont District (Fig. 15) and the McCallum Anticline District (Fig. 16). The coal beds in the region often are (1) highly-folded, with bed dips in areas like McCallum anticline in excess of 45 degrees; (2) typically faulted; (3) very lenticular; and

NORTH PARK – COALMONT DISTRICT

**Figure 15.  Stratigraphic column, coal-bearing part of Coalmont Formation, Coalmont district, North Park region (no vertical scale).**

16

(4) somewhat upgraded in rank due to the relatively high geothermal gradient in parts of the area. North Park coals generally are subbituminous A to B in rank; most of the coal mined in recent years from McCallum anticline is subbituminous A (*see* Table 14).





**Figure 16. Stratigraphic column, coal-bearing part of Coalmont Formation, McCallum Anticline district, North Park region (no vertical scale).**

The North Park region has produced nearly 3.7 million tons of coal from 35 mines since the early 1900's. Most of the coal produced during the last few years has been shipped via a light-duty railroad, operated by Union Pacific, which extends from just south of Walden (the Jackson County seat) to the UPRR main line at Laramie, Wyoming (*see* map by Jones and others, 1978).

During 1978, the North Park region produced approximately 715,000 short tons of steam coal from two surface, or open-pit, mines, Canadian and Kerr, located on the east flank of McCallum anticline (which produces oil and gas from Lower Cretaceous sandstones). This production represents a 44 percent increase over 1977 (Tables 9, 10, 11) and is about five percent of the total output for the State. These two mines produce subbituminous A coal from a 50-60-ft-thick bed (the "Sudduth") near the base of the Coalmont Formation (Fig. 16), which, in the vicinity of the mines, dips from 45°-60° to the east, creating unique mining problems. This coal ranges up to 11,000-plus Btu/lb, with 0.2-0.7% sulfur, 2.1-10.8% ash, and 11.0-14.4% moisture, as-received (Dawson and Murray, 1978, p. 164, 165).

**Middle Park Field** never has produced coal, although some coal beds have been reported in lower Tertiary sediments that probably are correlative with the Coalmont Formation in North Park, a few miles to the north. An unknown amount of coal resources probably exists within this 250-300-sq-mi southern extension of North Park basin.

## Raton Mesa Region

The Colorado part of the Raton Mesa coal region extends northward from the Colorado-New Mexico State line to just north of the town of Walsenburg, and from the prominent Sangre de Cristo and Culebra Ranges eastward to Interstate Highway 25 and the town of Trinidad (Fig. 1). This region lies within the Laramide-age Raton structural basin, an asymmetric syncline the south-plunging axis of which, in Colorado, is located near the west flank of the basin. Formation dips are gentle on the east flank and are sharply up-turned to over-turned on the west flank, which is marked by the faulted east edge of the Sangre de Cristo uplift. The central part of the basin is penetrated by the twin Spanish Peaks (Huajatolla), Tertiary-age igneous intrusions that rise to elevations above 12,000 ft; and by many associated dikes, sills, and laccoliths. The coals in this region have been upgraded—and even coked in some areas—by abnormally high heat flow.

The perimeter of the Raton Mesa coal region is defined by the base of the Vermejo Formation (Upper Cretaceous), which is the oldest coal-bearing sequence in the basin (Fig. 17). Immediately above the Vermejo is the coal-bearing Raton Formation, of Upper Cretaceous-Paleocene ages (Fig. 18). The multiple, lenticular coal beds in both of these sequences generally are less than 10 ft in thickness.

As described earlier, the coals of both formations in the southern part of the Colorado portion of the region—essentially, Las Animas County—generally are of coking quality, whereas those in the northern part—primarily in Huerfano County—typically are non-coking. The coal resources map by Jones and others (1978) shows the areas where coking coal has been mined, as well as the approximate extent of the "deep" part of the coal basin (where coals are presumed to be present at depths below 3,000 ft).

**Trinidad Coal Field** (Fig. 1) has produced considerable coal since the late 1800's, much of it of coking quality—



**Figure 17. Stratigraphic column, coal-bearing Vermejo Formation, Raton Mesa region (no vertical scale).**

37



RATON MESA REGION – RATON FORMATION

**Figure 18. Stratigraphic column, coal-bearing Raton Formation, Raton Mesa region (no vertical scale).**

approximately 174 million tons through 1978, or more than 27 percent of the total for the entire State, from more than 150 mines, most of them underground. Clearly, this is the most important coal field—and Las Animas is the most important coal-producing county—in Colorado (Table 8). Table 14 summarizes the coal analyses from this field. Most of the 1978 production from the Trinidad field came from CF&I Steel's two captive coking coal mines, the Allen and the new Maxwell, which together accounted for approximately 588,000 tons of coal, or 90 percent of the field's total production for the year. Five small surface mines produced the balance. Coal from the CF&I mines is shipped by rail to the company's steel mill in Pueblo, approximately 150 miles to the north, where it is coked.

**Walsenburg Coal Field** (Fig. 1), in Huerfano County, so far has produced more than 75.5 million tons of coal, mostly non-coking, which is about 12 percent of the cumulative production to date in Colorado (Table 8). Most of this coal has been mined from the lower part of the Vermejo Formation (Fig. 17). No coal was mined in this field for a number of years until October 1978, when a small surface mine was opened; this mine has produced several thousand tons to date.

The Raton Mesa region (Colorado portion) has produced more than 247 million tons of coal to date from approximately 370 miles; this represents nearly 40 percent of all of the coal produced in Colorado. This region has produced more coal, by far, than any other region in the State—at least 115 million tons more than the second

place Denver region (Tables 10, 11; Figs. 6, 7). Despite the large volume of coal that has been removed from the Raton Mesa region, more than 94 percent of the estimated in-place resource of 13.2 billion tons still remains in the ground (Table 11).

Essentially all of the mining to date in the region has been in the thicker, higher quality Vermejo coals. The mines have been located along the escarpment at the eastern edge of the basin and along the drainage of the eastward-flowing Purgatoire River, which dissects the area west of Trinidad.

## San Juan River Region

The San Juan River coal region is located in southwest Colorado and in part of west-central Colorado as far north as the Grand Valley-Grand Junction area and the southern part of Delta County (Fig. 1; *also see maps* by Jones and others, 1978; and Averitt, 1972). The larger part of this region lies in northwest New Mexico and includes the San Juan structural basin, the Red Mesa-Mesa Verde platform, the Cortez saddle, and the eastern part of the Paradox basin, which extends into Utah. The region also includes parts of the Gunnison and Uncompahgre uplifts, in Colorado.

**Durango Coal Field** (Fig. 1) includes the Colorado portion of the San Juan structural basin, the Hesperus-Red Mesa-Cortez area, and the Mesa Verde area, in La Plata and Montezuma Counties. Coals in the field are found in the Dakota Sandstone (or Formation), Menefee Formation, and Fruitland Formation (Figs. 19, 20, 21).

The Dakota coals are relatively thin, discontinuous, and of high ash content in and near the areas of outcrop (the Hogback) north and northeast of the town of Durango. To the south and west, in the subsurface, Dakota coals have been mined to some extent at relatively shallow depths; a deeper resource exists to a depth of 8,000 ft or more in the Colorado portion of the San Juan basin.

Coal beds in the Menefee Formation (Fig. 20) comprise the most significant coal resource in the Durango field and are the only ones being mined at present. In local areas of structural complexity near Durango, they are of coking quality. Analyses of the coal beds in the Durango field are displayed on Table 14.



SAN JUAN RIVER REGION – CORTEZ AREA

**Figure 19. Stratigraphic column, coal-bearing member of Dakota Sandstone, Cortez area, Durango field, San Juan River region (no vertical scale).**

BLM_0105004



**Figure 20. Stratigraphic column, coal-bearing Menefee Formation, Durango field, San Juan River region (no vertical scale).**



**Figure 21. Stratigraphic column, coal-bearing Fruitland Formation, Durango field, San Juan River region (no vertical scale).**

To date, La Plata and Montezuma Counties have produced more than 6.76 million tons of coal, which is more than 75 percent of the total for the entire San Juan River region. Production during 1978 from two small underground mines in La Plata County totalled less than 80,000 tons; most of this coal is used locally for domestic and industrial purposes, and a few spot sales were trucked to eastern Colorado and eastern Utah.

**Nucla-Naturita Coal Field** (Fig. 1), in the broad sense, extends from Dolores County northward to just south of the Colorado River, in Mesa County. Throughout this large, highly dissected area (the "Dakota coal sub-region" of Hornbaker and others, 1976), most of the post-Dakota coal-bearing rocks, and even much of the Dakota Sandstone itself, has been stripped away by erosion. The single currently producing mine in this field, Peabody Coal's Nucla multiple-bench surface mine, furnishes approximately 100,000 tons of coal per year to the nearby Nucla power plant (capacity, about 37 MW). Three minable coal beds, 3-5 ft in thickness, occur in the Dakota sequence in this area (*see* Table 14 and Fig. 22). The Nucla-Naturita coal field to date has produced over 2.1 million tons of coal, or about 24 percent of the total for the San Juan River region.

**Pagosa Springs Coal Field**; located in Archuleta County (Fig. 1), has produced a total of only 75,000 tons of bituminous coal over the years. The lone operating mine in the field, the Martinez, which opened in 1977, surface-mined an estimated 36,000 tons of coal during 1978.

**Tongue Mesa Coal Field**, which had been placed within the Uinta region in previous articles (Hornbaker and others, 1976), herein is included within the San Juan River region (Fig. 1). Although not shown as such on recent maps (Fig. 1; Jones and others, 1978), the Tongue Mesa field consists of an isolated erosional remnant of Upper Cretaceous sediments (equivalent to at least part of the Mesaverde Group) capped by volcanic rocks of Late




**Figure 22. Stratigraphic column, coal-bearing part of Dakota Formation, Nucla-Naturita field, San Juan River region (no vertical scale).**

19

BLM_0105005

Cretaceous and early Tertiary ages. The field is located on Cimarron Ridge, about 20 mi southeast of the town of Montrose and 8 mi east of U.S. Highway 550, and it straddles the Montrose County-Ouray County line. The coal-bearing "Mesaverde" sequence has been eroded west of Tongue Mesa field.

The coals in this field occur within a 900-ft-thick sequence that correlates with the Kirtland-Fruitland-Pictured Cliffs Formations in the San Juan basin to the south (Fig. 2). At least four coal beds, ranging from 2 to more than 40 ft in thickness, occur on Tongue Mesa in the lower 200 ft of the Fruitland Formation. The most persistent and the thickest coal bed here, the Cimarron (or Lou Creek), together with several thinner coals, have been underground-mined intermittently from the 1890's until the 1940's. No mines presently are active in the field.

Tongue Mesa coals generally are subbituminous B in rank and often are considerably oxidized and "bony" (see Table 14).

Since the late 1800's, the San Juan River region has produced slightly more than 9 million tons of coal (from nearly 200 mines), which represents about 1.4 percent of the total for Colorado (see Tables 10, 11, and 12). In 1978, the region produced approximately 219,000 tons of bituminous coal from two underground and two surface mines; this is approximately 1.5 percent of the total State production.

### South Park Region (Field)

South Park coal region, in Park County, lies entirely within a small, high (9,000-10,000 ft in elevation), inter-montane structural and topographic basin with the same name (Fig. 1).

The coal-bearing Laramie Formation (Upper Cretaceous) (Fig. 23) crops out around parts of the Michigan syncline at the north end of the basin, and in a few other places within South Park.



**Figure 23. Stratigraphic column, coal-bearing Laramie Formation, Como area, South Park region (no vertical scale).**

Near the town of Como, several Laramie coal beds, dipping as much as 45 degrees, were mined between 1870 and 1905 in 14 underground mines. A total of only 725,-000 tons of coal has been produced in the South Park region. No mining is taking place at the present.

The Laramie coals near the surface in South Park probably are subbituminous A or B in rank (see Table 14); however, no modern analyses are available.

The tightly folded and faulted South Park basin originally may have contained approximately 227 million tons of in-place coal resources above a depth of 6,000 ft (Hornbaker and others, 1976).

### Uinta Region

Approximately one-half of the large Uinta coal region lies in west-central Colorado; the remainder constitutes the main coal-bearing region of eastern Utah (Fig. 1; Averitt, 1972). Most of that part of the region located in Colorado coincides with the Piceance Creek structural basin of Laramide age and is located in the eastern part of the Colorado Plateau physiographic province. The Uinta region in Colorado is bounded by the Grand Hogback monocline on the east, Axial Basin uplift on the north (which separate this region from the Green River coal region), the Utah State line on the west, Grand Valley and Colorado River on the southwest, and the North Fork Valley and Gunnison uplift on the south and southeast.

The Piceance Creek basin is the largest structural basin in western Colorado, covering an area exceeding 7,200 sq mi, as defined by the base of the Upper Cretaceous Mesaverde Group. The basin is asymmetric in shape, with the steep flank on the east; its long axis trends northwest. This is one of the deepest basins in the Rocky Mountain region, with an estimated 25,000+ ft of sediments filling its deepest part, which is located at the north end of the basin, in Rio Blanco County. The southeastern part of the region, in Gunnison and Pitkin Counties, is marked by the Elk and West Elk Mountains igneous intrusive complexes of Tertiary age—sills, laccoliths, dikes, etc., and associated folds and faulting. The high geothermal heat flow characteristic of this part of the region has increased the rank of much of the coal that occurs here. As a result, the southeast part of the Uinta region contains large resources of coking coal, much of it of premium grade and high in methane content; and commonly under more than 1,000 ft of overburden (Murray, Fender, and Jones, 1977).

The eight coal fields in the Uinta region that exist around its periphery are briefly discussed below in alphabetical order (Fig. 1). All of these fields are, or have been, productive from the Mesaverde Group (Fig. 2). The Lower White River field is the only one not presently producing; however, several companies are conducting exploration in the area that may result in the opening of one or more coal mines within the next few years. Representative ranges of analyses for each field are given on Table 14. Production figures by county and for the region are shown on Tables 7 through 13.

**Book Cliffs Field** contains a number of high-quality coal beds in the Mount Garfield Formation of the Mesaverde Group (Fig. 24); these are mostly high-volatile C. bituminous in rank, with some high-volatile B. Hornbaker and others (1976) have estimated total in-place resources in this field (in the 800-sq-mi-area considered) at approximately 7.2 billion tons to a depth of 6,000 ft. During 1978, approximately 537,000 tons of coal were produced from the Book Cliffs field, all from underground mines—two in Garfield County and one in Mesa County.

**Carbondale Field,** located at the eastern edge of the region, in Garfield and Pitkin Counties, produces high-

BLM_0105006



**Figure 24.   Stratigraphic column, coal-bearing Mesaverde Group, Book Cliffs field, Uinta region (no vertical scale).**



**Figure 25.   Stratigraphic column, coal-bearing Iles Formation, lower Mesaverde Group, Danforth Hills field, Uinta region (no vertical scale).**



**Figure 26.   Stratigraphic column, coal-bearing Williams Fork Formation, upper Mesaverde Group, Danforth Hills field, Uinta region (no vertical scale).**

quality coking coal from the Mesaverde Group (Fig. 27). In the Coal Basin area, Pitkin County, in the southern part of the field, some of the coals have been metamorphosed to high-volatile A and medium-volatile bituminous; and, locally, to semianthracite and anthracite. Original in-place coal resources to a depth of 6,000 ft in the 165-sq-mi-area considered have been estimated at more than 5.2 billion tons. Last year, the Carbondale field produced approximately 909,000 tons of coal, all but 500 tons from 7 underground coking coal mines in Pitkin County.

**Crested Butte Field** is located at the southeastern tip of the Uinta region, in Gunnison County, near the Crested Butte ski resort. Much of the field lies at elevations above 10,000 ft. Coal-bearing Mesaverde strata in this area have been folded, faulted, and intruded by igneous rocks. The coals here range from high-volatile C bituminous to anthracite; some are of good coking quality. Coal beds in the field vary from 2-14 ft in thickness. Original in-place coal resources, to a depth of 6,000 ft, in the 240-sq-mi-area surveyed, are estimated at some 1.56 billion tons (Hornbaker and others, 1976). A small amount of steam coal was produced from one underground mine in the field during 1978.

**Danforth Hills Field,** which extends from Axial south to Meeker, is situated at the northeast limit of the Uinta region, in Rio Blanco and southern Moffat Counties. This field is separated from the Yampa field, Green River region, to the north by Axial Basin, a topographic low in which the coal-bearing Mesaverde Group, which crops out in hills both to the north and south, has been stripped away. Both subdivisions of the Mesaverde Group here, the Iles (Fig. 25) and Williams Fork (Fig. 26) Formations, contain numerous good-quality bituminous coal beds,

21

chiefly high-volatile C in rank. Some of these beds exceed 20 feet in thickness. Original in-place coal resources to a depth of 6,000 ft, in the approximately 400 sq mi for which the estimate was made, total more than 10.5 billion tons (Hornbaker and others, 1976). More than 1.07 million tons were produced from the Danforth Hills field in 1978, a significant increase over the 0.3 million tons produced during 1977. The old Rienau No. 2 underground mine, in Rio Blanco County was reopened by Northern Coal Co. late in 1977 produced nearly 35,000 tons in 1978.

**Grand Hogback Fields** is located along the east rim of the Piceance Creek basin, the edge of which is sharply upturned to form the prominent Grand Hogback monocline. This feature extends south of Meeker for some 40 mi to Rifle, then makes an abrupt bend to the southeast, through the old mining town of New Castle, where the hogback is cut through by the Colorado River, thence to Glenwood Springs, where the structure again trends south, marking the eastern edge of the Uinta region (Fig. 1). Coal-bearing Mesaverde sediments crop out along the length of the Grand Hogback, with its 40-degree to near-vertical dips, where coal has been mined for many years. The Mesaverde coals in the northern part of the Grand Hogback field are mainly high-volatile C bituminous; these grade southward, toward Glenwood Springs, in Garfield County, to high-volatile B bituminous. The major part of the coal mined from this field has come from the "Fairfield" and "South Canon" coal "groups" or "zones" in the lower part of the Williams Fork Formation. The "Black Diamond" coal group, in the upper part of the Iles Formation, also has been mined in this area, as has the "Keystone" coal group, in the upper part of the Williams Fork (Fig. 27). The numerous coal beds in this sequence range from approximately 3 ft to more than 18 ft in thickness. Original in-place resources to a depth of 6,000 ft in the 160-sq-mi-area considered is estimated at more than 3 billion tons (Hornbaker and others, 1976). Two small "one-man" underground mines produced slightly more than 500 tons of coal from steeply dipping Mesaverde beds during 1978.

**Grand Mesa Field**, situated on the south flank of the prominent Grand Mesa, a very large flat-topped feature over 10,000 ft in elevation that is capped by Tertiary volcanic flows, lies primarily in Delta County. The northwestern part of the field, on the west flank of Grand Mesa and south of the Colorado River, is located in Mesa County (Fig. 1). The Mesaverde coals in this field are in the Mt. Garfield Formation, much the same as are coals in the Book Cliffs field (Fig. 24). The coal beds in Grand Mesa field range from high-volatile C bituminous to subbituminous A and are typically 4-14 ft in thickness. Original in-place resources, to a depth of 6,000 ft, in the 530-sq-mi-area for which the estimate was made, probably exceed 8.6 billion tons (Hornbaker and others, 1976). Two small mines, one surface and one underground, located in Delta County, produced approximately 36,500 tons of bituminous steam coal in 1978.

**Lower White River Field** covers a large area that includes the western Piceance Creek basin and much of the Douglas Creek arch, westward to the Utah State line (Fig. 1). Most of the field lies in Rio Blanco County; a small part, a few miles north of the giant Rangely oil field (the largest field in Colorado), is located in southern Moffat County. Coals in Lower White River field are in both the Williams Fork and Iles Formations (*see* Figs. 25, 26). Most of the mining to date has taken place in the Rangely area, in the Mesaverde rimrock that defines the flanks of the large, breached Rangely anticline. Coal beds here vary from about 8-12 ft or more in thickness and are high-volatile C bituminous in rank. In the 930-sq-mi-area surveyed, 11.76 billion tons of in-place coal resources have



**Figure 27.   Stratigraphic column, coal-bearing part of Mesaverde Group, Grand Hogback and Carbondale fields, Uinta region (no vertical scale).**

been estimated to a depth of 6,000 ft. No coal mining has taken place in Lower White River field for a number of years, although new mining activity reportedly is being planned by at least one company.

**Somerset Field** is located in the valley cut by the North Fork of the Gunnison River and its tributaries, in Delta and Gunnison Counties. The coals in this area occur in the Bowie and Paonia Members of the Williams Fork Formation (Fig. 28), are high-volatile B and C bituminous, and range up to 25-30 ft in thickness. In the eastern part of the field, near the settlement of Somerset, coking coal of relatively good quality is produced at mines that include U.S. Steel's Somerset mine, the largest underground mine in Colorado (present capacity, approximately one million tons per year). More than 1.2 million tons of coking coal were produced from three mines in the field during 1978, based on preliminary data. In-place coal resources to a depth of 6,000 ft in the 320-sq-mi-area investigated are conservatively estimated at more than 8 billion tons (Hornbaker and others, 1976).

The Uinta coal region produced nearly 3 million tons of coal in 1977, one-fourth of the State's total output (Table 11); 1978 production in the region is estimated to be more than 4.2 million tons, most of it (77%) from underground mines. Since the late 1880's, this important region has produced more than 91.5 million tons of coal, which constitutes nearly 15 percent of the total for all of Colorado (Table 10), from nearly 300 mines. Currently, the Uinta region is second only to the Green River region in annual production, and first in the State in the production of both underground-mined and coking coal.

The only coal fields in the Uinta region not presently served by railroads are Crested Butte, Danforth Hills, and Lower White River. A spur line more than 20 mi in length is being constructed from near the western terminus of

BLM_0105008

the D&RGW line at Craig, southward through the Williams Fork Mountains and across Axial Basin to Colowyo Coal's large new multi-bench surface mine in the northeast part of the Danforth Hills. This mine is scheduled to produce approximately 3 million tons of coal per year by 1980 or 1981 from 10 beds in the William Fork Formation that total about 60 ft in thickness (Dawson and Murray, 1978, p. 178).



**Figure 28. Stratigraphic column, coal-bearing Williams Fork Formation, Upper Mesaverde Group, Somerset field, Uinta region (no vertical scale).**

## Coal Resources of Colorado

According to the U.S. Bureau of Mines (1977a), Colorado ranks 7th in the total U.S. demonstrated reserve base of coal (16.3 billion short tons) and 4th in the reserve base of bituminous coal. Furthermore, Colorado ranks first in the reserve base of underground-minable, low-sulfur bituminous coal. A significant part of Colorado's bituminous coal reserve base is of coking or metallurgical grade (Jones and Murray, 1978).

Of the 434.21 billion short tons of identified and hypothetical coal *resources* estimated to be remaining in the ground of Colorado to a depth of 6,000 ft, only 128.95 billion short tons (29.7% of the total) are classed as remaining *identified* resources (to a depth of 3,000 ft) (Averitt, 1975, p. 14). However, these data are considered to be very preliminary, inasmuch as detailed or specific information on the occurrence and thickness of coal exists in only about 25 percent of the coal-bearing area of Colorado (Averitt, 1975, p. 43).

The U.S. Bureau of Mines (1977a) estimates the demonstrated *reserve* base of Colorado coals (as of January 1, 1976) to be about 16.3 billion short tons, of which only 3.8 billion short tons (23% of the total) are surface-minable. The demonstrated reserve base includes all coals, except lignite, that occur at depths above 1,000 ft; only

bituminous coal and anthracite 28 in. or more in thickness, and subbituminous coal and lignite 60 in. or more in thickness, are included in the demonstrated reserve base. The Colorado Geological Survey estimates that over 80 percent of the total coal *resources* of the State (0-6,000 ft of overburden) will be minable only by underground methods. Overall recovery of the total resources of Colorado probably will be much less than 50 percent of the coal in-place, unless major breakthroughs in mining technology are achieved. Even then, the thick, multiple coal beds typical of many parts of Colorado may defy efficient overall recovery by even the most advanced mining methods now conceivable. In some instances, *in-situ* combustion of deeply buried or steeply-dipping coal beds may be the only means by which to recover the energy contained in a large part of this State's coal resources (Murray, Fender, and Jones, 1977).

According to Speltz (1976), most of Colorado's potentially surface-minable coal is located in the Denver coal region (75% of the total—mostly lignite), in the San Juan River region (Nucla-Durango-Cortez area, 16%), and in the Green River region (Oak Creek-Craig-Axial area, 5%).

Recent work by the Colorado Geological Survey (Kirkham and Ladwig, 1979) indicates that approximately 10-15 billion short tons of lignite, in beds at least 4 ft thick occurring above a depth of 1,000 ft, may exist in-place in the central part of the Denver region.

## References

Amuedo and Ivey (consultants), 1975, Coal mine subsidence and land use in the Boulder-Weld coalfield, Boulder and Weld Counties, Colorado: Colorado Geol. Survey Environmental Geol. 9, text, 6 pls.

Averitt, Paul, 1966, Coking coal deposits of the western United States: U.S. Geol. Survey Bull. 1222-G, p. G1-G48 (Colorado, p. G27-G33).

———, 1969, Coal, in Geologic atlas of the Rocky Mountain region: Rocky Mtn. Assoc. Geologists, p. 297-299, Fig. 3 (map).

———, 1975, Coal resources of the United States, January 1, 1974: U.S. Geol. Survey Bull. 1412, 131 p.

Boreck, D. L., Jones, D. C., Murray, D. K., Schultz, J. E., and Suek, D. C., 1977, Colorado coal analyses, 1975 (Analyses of 64 samples collected in 1975): Colorado Geol. Survey Inf. Ser. 7, 112 p.

———, and Murray, D. K., 1979, Colorado coal reserves depletion data, and coal mine summaries: Colorado Geol. Survey Open-file Rept. 79-1 in preparation).

Cattany, R. W., 1977, The impact of energy on the Colorado economy. Colorado School Mines Quart., v. 72, no. 4, 139 p.

Collins, B. A., 1976, Coal deposits of the Carbondale, Grand Hogback, and southern Danforth Hills coal fields, eastern Piceance basin, Colorado: Colorado School Mines Quart., v. 71, no. 1, January, 138 p.

———, 1977, Geology of the Coal Basin area, Pitkin County, Colorado, in Exploration frontiers of the Central and Southern Rockies: Rocky Mtn. Assoc. Geologists Field Conf. Guidebook, p. 363-377.

Colorado Division of Mines, 1978, A summary of mineral industry activities in Colorado—Part 1: Coal: Dept. Natural Resources, 45 p.

Colorado State Board of Land Commissioners, 1978, Summary of transactions—July 1, 1976 through June 30, 1977: Dept. Natural Resources, 27 p.

Crump, L. H., 1976, Historical fuels and energy consumption data, 1960-1972, United States by States and census districts west of the Mississippi: U.S. Bur. Mine Inf. Circ. 8705, pp. 54-63.

Dawson, L. C., and Murray, D. K., 1978, Colorado coal directory and source book: Colorado Geol. Survey Resource Ser. 3, 225 p.

Fender, H. B., and Murray, D. K., 1978, Data accumulation on the methane potential of the coal beds of Colorado, final report: Colorado Geol. Survey Open-file Rept. 78-2, 25 p., 1 fig., 4 tables, 5 pl., 7 forms.

———, Jones, D. C., and Murray, D. K., 1978, Bibliography and index of publications related to coal in Colorado, 1972-1977: Colorado Geol. Survey Bull. 41, 54 p.

Goolsby, S. M., and Reade, N. B. S., 1978, Map of licensed coal mines in Colorado as of June 1, 1978: Colorado Geol. Survey Map Ser. 12, 1 pl., scale 1:1,000,000.

Hodgson, H. E. (ed.), 1978, Proceedings of the Second Symposium on the Geology of Rocky Mountain Coal: Colorado Geol. Survey Resource Ser. 3, 219 p.

Holt, R. D., 1972, Bibliography, coal resources in Colorado: Colorado Geol. Survey Bull. 34-A, 32 p.

Hornbaker, A. L., Holt, R. D., and Murray, D. K., 1976, Summary of coal resources in Colorado, 1975: Colorado Geol. Survey Spec. Pub. 9, 17 p.

Jones, D. C., and Murray, D. K., 1976, Coal mines of Colorado, statistical data: Colorado Geol. Survey Inf. Ser. 2, 27 p.

———, and ———, 1978, First annual report, evaluation of coking-coal deposits in Colorado: Colorado Geol. Survey Open-file Rept. 78-1, 18 p., 1 fig., 5 pl., 10 tables.

———, Schultz, J. E., and Murray, D. K., 1978, Coal resources and development map of Colorado: Colorado Geol. Survey Map Ser. 9, 1 pl., scale 1:500,000.

Kirkham, R. M., 1978a, Isopach map of the Watkins lignite seam, Adams and Arapahoe Counties, Colorado; and a map showing extent of alluvial valley floors and overburden thickness above the Watkins lignite seam. Adams and Arapahoe Counties, Colorado: Colorado Geol. Survey Open-file Rept. 78-6, 2 pls.

23

————, 1978b, Location map of drill holes used for coal evaluation in the Denver and Cheyenne Basins, Colorado: Colorado Geol. Survey Open-file Rept. 78-8, 1 pl., scale 1:250,000.

————, 1978c, Coal mines and coal analyses of the Denver and Cheyenne Basins, Colorado: Colorado Geol. Survey Open-file Rept. 78-9, 104 p., 1 pl. (map, scale 1:250,000).

————, and Ladwig, L. R., 1977, Preliminary investigation and feasibility study of environmental impact of energy resources development in the Denver Basin (Colorado): Colorado Geol. Survey Open-file Rept. 77-1, 30 p., 1 pl.

————, and ————, 1979, Coal resources of the Denver and Cheyenne Basins, Colorado: Colorado Geol. Survey Resource Ser. 5 (in preparation).

Landis, E. R., 1959, Coal resources of Colorado: U.S. Geol. Survey Bull. 1071-C, p. 131-232.

Lowrie, R. L., 1977, Western coal in the U.S. energy picture, in Mining Yearbook, 1977: Denver, Colorado Mining Association, p. 114-131.

Murray, D. K., 1975, Colorado coal—outlook for future (abs.): Am. Assoc. Petroleum Geologists Bull., v. 59, no. 5, May, p. 917-918.

————, 1976, New frontiers in Colorado coal research (abs.): Am. Assoc. Petroleum Geologists Bull., v. 60, no. 8, August, p. 1404-1405.

————, 1977a, Colorado coal, a versatile resource (abs.): Geol. Soc. America Abs. with Programs, v. 9, no. 1, January, p. 65.

———— (ed.), 1977b, Geology of Rocky Mountain coal, Proceedings of the 1976 Symposium: Colorado Geol. Survey Resource Ser. 1, 175 p.

————, Fender, H. B., and Jones, D. C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek basin, Colorado, in Exploration frontiers of the Central and Southern Rockies: Rocky Mtn. Assoc. Geologists Field Conf. Guidebook, p. 379-405.

Miller, A. E., 1975, Geologic, energy, and mineral resource maps of Routt County, Colorado: Colorado Geol. Survey Map Ser. 1, 2 pls., scale 1:126,720.

————, 1977, Geology of Moffat County, Colorado: Colorado Geol. Survey Map Ser. 3, 1 pl., scale 1:126,720.

Morse, J. G., and Hebb, D. H., 1976, Colorado energy resources handbook, Volume 1, Coal: Golden, Colorado Energy Research Institute, 52 p.

Pederson, J. A., and Rudawsky, Oded, 1974, The role of minerals and energy in the Colorado economy: Golden, Dept. Mineral Economics, Colorado School Mines, 357 p.

Rich, C. H., Jr., 1978, Projects to expand energy sources in the Western States—an update of Information Circular 8719: U.S. Bur. Mines Inf. Circ. 8772, 199 p. (Colorado, p. 40-59).

Rocky Mountain Association of Geologists Research Committee, C. Dennis Irwin, Chmn., 1977, Subsurface cross sections of Colorado: Rocky Mtn. Assoc. Geologists Spec. Pub. 2, 39 p., 24 figs. (incl. index map, correlation chart, 22 cross sections).

Schultz, L. E., 1979, Coal analyses, Green River and Uinta regions, Colorado: Colorado Geol. Survey Inf. Ser. 10 (in preparation).

Soister, P. E., 1974, A preliminary report on a zone containing thick lignite beds, Denver basin, Colorado: U.S. Geol. Survey Open-file Rept. 74-27, 64 p.

————, 1978, Geologic setting of coal in Denver basin (Colorado), in Energy resources of the Denver basin: Rocky Mtn. Assoc. Geologists Field Conf. Guidebook, p. 183-185.

Speltz, C. N., 1976, Strippable coal resources of Colorado—location, tonnage, and characteristics of coal and overburden: U.S. Bur. Mines Inf. Circ. 8713, 70 p.

U.S. Bureau of Mines, 1977a, Demonstrated coal reserve base of the United States on January 1, 1976: U.S. Bur. Mines Mineral Industry Surveys, Washington, D.C., 8 p.

————, 1977b, The mineral industry of Colorado in 1976: U.S. Bur. Mines Mineral Industry Surveys, State Liaison Office—Colorado, 2 p.

————, 1978, The mineral industry of Colorado in 1977: U.S. Bur. Mines Mineral Industry Surveys, State Liaison Office—Colorado, 3 p.

U.S. Geological Survey, Conservation Division, 1977, Federal and Indian lands, coal, phosphate, potash, sodium, and other mineral production, royalty income, and related statistics, 1920 through 1976 (calendar year): compiled by W. M. Harris, S. K. Piper, and B. S. McFarlane, June, 312 p.

U.S. Geological Survey and Colorado Geological Survey, 1977, Energy resources map of Colorado: U.S. Geol. Survey Misc. Inf. Map I-1039, 1 pl., scale: 1:500,000.

BLM_0105010

Case No. 1:20-cv-02484-MSK Document 58-6 filed 04/28/21 USDC Colorado pg 71 of 146

# UPPER CRETACEOUS (CAMPANIAN) COAL RESOURCES OF WESTERN COLORADO

D. KEITH MURRAY
Colorado School of Mines Research Institute
Golden, Colorado 80401

## INTRODUCTION

Colorado encompasses parts or all of eight distinct coal-bearing regions, which cover nearly 30 percent of the total area of the State (fig. 1). These eight regions, within which are located 21 designated coal fields, contain more than 10 percent of the total coal reserves of the United States above a depth of 1,830 m (6,000 ft), or at least 434 billion short (394 billion metric) tons of in-place coal. Of this resource, more than 273 billion short (248 billion metric) tons, or 63 percent of the total, have been estimated for the Green River, San Juan River, and Uinta coal regions of western Colorado (see Murray, 1980a, 1980b). Although most of this re-

source is believed to consist of coals of Cretaceous age, no data presently are available regarding the breakdown of coal resources in Colorado by geologic age or formation. However, based on the known distribution and thicknesses of the widespread, multiple (often numbering 20 to 30 or more) coal beds encountered in the Mesaverde Group and equivalents (essentially, Campanian in age), there is little doubt that the bulk of the coal resources of Colorado lies within this sequence. In the southeast part of the Uinta region, for example, total net thickness of Mesaverde coals in places exceeds 24 m, based on an evaluation of oil and gas well geophysical logs in the area (see Murray and others, 1977, p. 389). In the Dan-



| 1. Yampa | 7. Grand Hogback | 12. Trinidad | 17. Middle Park |
| 2. Book Cliffs | 8. Danforth Hills | 13. Boulder-Weld | 18. South Park |
| 3. Grand Mesa | 9. Lower White River | 14. Colorado Springs | 19. Pagosa Springs |
| 4. Somerset | 10. Durango | 15. Canon City | 20. Nucla-Naturita |
| 5. Crested Butte | 11. Walsenburg | 16. North Park | 21. Tongue Mesa |
| 6. Carbondale | | | |

*Figure 1. Coal-bearing regions and fields in Colorado.*

BLM_0105011

Case No. 1:20-cv-02484-MSK   Document 58-6   filed 04/28/21   USDC Colorado   pg 72 of 146

# COAL AND METHANE GAS IN THE SOUTHEASTERN PART OF THE PICEANCE CREEK BASIN, COLORADO

by

D. Keith Murray, Hollis B. Fender, and David C. Jones[1]

## ABSTRACT

The southeastern part of the Laramide Piceance Creek basin is one of the most important coal-producing areas in the western U.S. This also is a region of accelerated exploration for natural gas. The Upper Cretaceous Mesaverde Group contains the major coal beds and gas-bearing sandstones found in this part of Colorado; these strata are part of a sequence of marine — transitional — non-marine sediments. These complex rock units are of possible deltaic and/or coastal plain origin and represent east-west oscillations of the Late Cretaceous seaway. Numerous Tertiary intrusive bodies and related structural complexities characterize the eastern part of the area investigated. Abnormally high heat flow resulting from this plutonic activity has raised the rank of much of the coal that occurs here. As a consequence, the region contains large resources of premium-grade coking coal, much of it existing under deep cover (greater than 1,000 ft) and often high in methane gas content. Most of the area's production consists of coking coal from underground mines. Several new mines of large capacity are in the planning or opening stages, which could result in an increase in the region's production of both coking and steam coal by a factor of two or three by 1980-1982. The large resources of lower rank (high-volatile C bituminous) steam coal in the area offer an excellent potential for blending with higher rank coals to form metallurgical coke. The region contains large resources of methane gas that should be commercially producible from both relatively "tight" sandstone reservoirs and from fractured coal beds by employing advanced technology now in the field demonstration stage. Work to date reveals that multiple, thick ($\pm$ 20-50 ft) coal beds occur in the basin at depths exceeding 3,000-7,000 ft. This deep energy resource possibly could be exploited by the in-situ gasification of coal beds, whereby low-Btu gas is produced through boreholes.

## INTRODUCTION

The study area is located in west-central Colorado in Delta, Garfield, Gunnison, Mesa, and Pitkin Counties and lies mostly south of the Colorado River. This area is part of the Uinta coal region (Landis, 1959; Fig. 1, this paper), the Colorado portion of which includes the Piceance Creek basin. The basin is located in the eastern part of the Colorado Plateau physiographic province. Grand Hogback monocline marks the northeastern limit of this province and separates it from the southern Rocky Mountain province to the east. The periphery of the Piceance Creek basin is bounded by the following uplifts and associated coal fields: Axial Basin uplift and Danforth Hills coal field, on the north; Douglas Creek arch and Lower White River coal

field, on the northwest and west; Book Cliffs and Grand Mesa and the coal fields with the same names on the southwest and south (and Uncompahgre uplift farther to the southwest); Elk and West Elk Mountains and Gunnison uplift, and Somerset and Crested Butte coal fields, on the southeast; and Grand Hogback monocline and Carbondale and Grand Hogback coal fields, on the east (Hornbaker and others, 1976; Murray and Haun, 1974).

The coal fields within the Colorado portion of the Uinta region are restricted to the moderately to steeply dipping rocks on the flanks of the Piceance Creek basin, which is the southeastern lobe of the Laramide Uinta structural basin of eastern Utah. The Piceance Creek and Uinta depressions are separated by the Douglas Creek arch (Murray and Haun, 1974). The long axis of the Piceance Creek basin strikes northwest. In

[1] Colorado Geological Survey, Denver, CO 80203

BLM_0105012



## COAL REGIONS AND FIELDS
## IN COLORADO

| Coal Regions | | Coal Fields | |
|---|---|---|---|
| I | Canon City | 1. Yampa | 11. Walsenburg |
| II | Denver Basin | 2. Book Cliffs | 12. Trinidad |
| III | Green River | 3. Grand Mesa | 13. Boulder-Weld |
| IV | North Park | 4. Somerset | 14. Colorado Springs |
| V | Raton Basin | 5. Crested Butte | 15. Canon City |
| VI | San Juan | 6. Carbondale | 16. North Park |
| VII | South Park | 7. Grand Hogback | 17. Middle Park |
| VIII | Uinta | 8. Danforth Hills | 18. South Park |
| | | 9. Lower White River | 19. Pagosa Springs |
| | | 10. Durango | 20. Nucla-Naturita |

Fig. 1 — Map of coal-bearing regions and fields in Colorado, showing study area.

BLM_0105013

places, the basin has been modified by numerous folds, faults, and Tertiary igneous intrusions that occur along the basin margins, resulting in areas in great structural complexity.

The western part of the study area lies in the southwest Uinta sub-region (Hornbaker and others, 1976), which includes the easterly extension of the Book Cliffs coal field of eastern Utah, and the Book Cliffs (Mesa and Garfield Counties) and Grand Mesa (Mesa and Delta Counties) coal fields of western Colorado (Fig. 2, Table 1). This sub-region is characterized by high-volatile B and C bituminous coals, which locally may grade to sub-bituminous A. Most of this coal is found in the Mesaverde Group, with lesser amounts in the underlying upper Mancos Shale transition interval, all of Late Cretaceous age.

The eastern part of the study area is situated in the southeast Uinta sub-region (Hornbaker and others, 1976), the site of the Somerset (Delta and Gunnison Counties), Crested Butte (Gunnison County), and Carbondale (Pitkin and Garfield Counties) coal fields. The northeastern part of the mapped area includes only a portion of the Grand Hogback field (Garfield County). Hornbaker and others (1976) place this field in the northeast Uinta sub-region (Fig. 2). The Somerset, Crested Butte, and Carbondale fields are well known for their medium- to high-quality metallurgical-grade coals. The Five Coal Basin mines, immediately west of Redstone in Pitkin County, produce the highest quality coking coal in the Rocky Mountain region (Collins, 1976).

This paper reports the results to date of two two-year applied research projects funded by the U.S. Bureau of Mines and currently being undertaken by the Mineral Fuels Section of the Colorado Geological Survey.

The first of these projects, "Data accumulation on the methane potential of the coal beds of Colorado," is being conducted by Hollis B. Fender. Objectives of this study are to (1) increase mine safety, (2) increase mine productivity, and (3) develop new sources of pipeline-quality natural gas by degasifying coal beds ahead of mining, chiefly by means of vertically drilled boreholes. The Bureau of Mines has estimated that over 250 trillion cubic feet of methane resources are contained in low- to high-volatile bituminous coals that occur below strippable depth in many coal fields throughout the United States. The Bureau of Mines and industry cooperators currently are producing millions of cubic feet of pipeline-quality methane from coal-bed degasification projects in the Appalachian region (McCulloch and Deul, 1977). The southeastern part of the Piceance Creek basin contains the gassiest coal mines not only in Colorado but also in the western United States (Irani and others, 1977). For this reason, the basin is one of the prime areas of emphasis of our methane project.

The second project, entitled "Evaluation of coking coal

deposits in Colorado," is being conducted by David C. Jones. The goals of this cooperative grant project are (1) review of all available data on metallurgical-grade bituminous coals in Colorado and in the contiguous parts of New Mexico and Utah; (2) identification and characterization of the coking, metallurgical, and blending coals of Colorado; (3) estimation of in-place reserves and resources of coking coal; (4) delineation of areas that contain potential resources of coking coal; (5) sampling for chemical and petrographic analyses the currently mined and potentially minable coking coals in the State; and (6) study of the effects of coal chemistry, low-order metamorphism, and other variables on the coking properties of coals. Because the southeast Piceance Creek basin area is the most important coking coal region west of the Mississippi River, much of the project work to date has been concentrated here.

## STRUCTURAL GEOLOGY

The Piceance Creek basin is the largest structural basin in northwestern Colorado, covering an area of over 7,200 sq mi as measured within the Mesaverde Group-Mancos Shale contact. The basin is asymmetrical in shape, with the steep flank on the east. The long axis strikes northwest (Fig. 3). Maximum structural relief, as measured on top of the Precambrian surface near Rio Blanco and the Piceance Creek gas field, and the highest point on the White River uplift to the east, is approximately 28,000 ft (Murray and Haun, 1974). This is a horizontal distance of 45 mi. Most of this difference in elevation is along the Grand Hogback monocline, where some 25,000 ft of strata, ranging in age from Early Paleozoic to Eocene, crop out. This prominent structural feature was sharply folded during late Eocene through middle Miocene time (Collins, 1976). Structural relief in the mapped area, as measured on top of the Upper Cretaceous Cozzette Sandstone (Fig. 3), is at least 8,500 ft (from −2,500 to over +6,000 ft, datum sea-level).

The eastern part of the study area, in Pitkin and Gunnison Counties, is marked by numerous high peaks of the Elk and West Elk Mountains. These peaks include the spectacular laccoliths, Mt. Sopris, Chair Mountain, and Ragged Mountain, which are part of the complex of Tertiary intrusive sills, dikes, and laccoliths and related faults that apparently has played an important role in the genesis of the coking grade coals and associated methane gas found here (Fig. 4, Table 3).

## STRATIGRAPHY

The Upper Cretaceous Mesaverde Group contains most of the important coal beds in west-central Colorado. For this reason, the following discussion will be limited to that sequence. The reader is referred to other publications (e.g., Donnell, 1959; Mallory, 1972; Murray and Haun, 1974; and Young, 1959, 1960) for more information regarding the regional stratigraphy.

BLM_0105014



Fig. 2 — Location map of coal fields and selected coal mines in southeastern part of Piceance Creek basin, showing regional geology.

BLM_0105015

Mesaverde terminology is complex and presents a number of unresolved problems. The classification recommended by Collins (1976, p. 20) for the eastern part of the Piceance Creek basin, which uses terms derived from type areas located nearly 100 mi to the north, in Moffat County, generally is followed in the present paper. However, the terminology used by Warner (1964), basically derived from Young's (1959, 1960) earlier work in eastern Utah and western Colorado, may in fact be more applicable to the western part of the study area.

Mesaverde and Mancos strata crop out around the periphery of the Piceance Creek basin (Figs. 2, 3) and are masked by Tertiary sediments within the deeper part of the basin. Flat-lying continental deposits of the Ohio Creek Conglomerate (Paleocene) and the Wasatch Formation (Eocene) unconformably overlie the transitional and marine deposits of the more steeply dipping Mesaverde Group (or Formation, as it is termed by some workers). This region typically is rugged, ranging from about 5,000 to 11,000 ft in elevation, and is characterized by high mesas that have been sharply incised by intermittent drainage systems, which impede access to much of the central basin area.

Mesaverde sediments here intertongue with shales of the underlying Mancos that were deposited throughout a large part of the Late Cretaceous seaway in the Western Interior province. While these rock units were being deposited, the western shoreline was constantly oscillating in an east-west direction. The result is a complex intertonguing sequence of marine Mancos Shale and marine sandstones and transitional to non-marine shales, coals, and sandstones of the Mesaverde Group (Warner, 1964).

The Mancos-Mesaverde transition interval includes the Sego, Corcoran, Cozzette, and Rollins Sandstones of the Mesaverde, separated by tongues of marine Mancos Shale. Some of these sandstones are gas-productive in the region. The time-transgressive Rollins Sandstone is the lithogenetic equivalent of the Trout Creek Sandstone, named for classic areas of exposure to the north, in Routt County. This unit marks the top of the Iles Formation (however, some workers consider the Trout Creek to be more closely related to the overlying Williams Fork Formation).

In the Grand Junction-Book Cliffs-Grand Mesa area, the uppermost coal-bearing rocks ("Cameo" coals) of the Mesaverde "Formation" are included within the Cameo Member. The lower boundary of this unit is the Rollins Sandstone, which rises in section eastward across the Piceance Creek basin (Warner, 1964; Fig. 5, this paper). The Cameo Member, in addition to containing a number of significant commercial coal beds, also includes carbonaceous shales, mudstones, and lenticular sandstones. The "Cameo" coals decrease eastward

(Figs. 5, 6), marking the transition from swamp to lagoonal depositional environments (Gunter, 1962).

The character of the Mesaverde-Mancos sequence changes eastward across the basin. In the area that Collins intensively studied — the eastern Piceance Creek basin, from the Danforth Hills south to the Carbondale coal fields — the Mesaverde Group consists of a series of complexly interfingering marine shales and siltstones; delta-front and beach siltstones and sandstones; brackish-water siltstones, mudstones, claystones, shales, and occasional shell beds; and fresh-water channel sandstones, siltstones, shales, coal beds, and rare algal limestones (Collins, 1976). Collins and others measured approximately 4,800 ft of Mesaverde sediments in the Coal Basin-New Castle area. Regionally, the Mesaverde Group thickens to the north, mainly as a result of the addition of non-marine and marginal marine sediments and tongues of Mesaverde shale above the basal sandstone. Collins interprets this sequence to be part of a south-southeast-prograding deltaic complex that he terms the "Piceance delta" (differing from the coastal plain theory of Young, 1966). The thinning of the major coal-bearing interval in the bottom 1,000 ft of the Williams Fork Formation is attributed to the thinning and eventual disappearance of the marine shale and siltstone tongues of the Mancos Shale. Collins has determined that most of the coals in this sequence are fresh-water origin. The Mesaverde coals in most of the present study area are contained in the Bowie and Paonia Shale Members of the Williams Fork Formation (Collins, 1976, p. 20; Figs. 5 and 6, this report).

## SUMMARY OF COAL RESOURCES
## AND PRODUCTION

According to Hornbaker and others (1976), the southeastern part of the Piceance Creek basin (southwest and southeast Uinta sub-regions) originally contained approximately 30.656 billion tons of in-place coal resources to depths of 6,000 ft, or about 13 percent of the total ascribed to the entire State. Production to date from the coal fields in this area has amounted to approximately 83.7 million tons, or less than 0.3 percent of the original in-place resources (Colorado's total production, from 1864 through 1976, totals just under 606 million tons). The estimated total in-place coal resources in the studied region have been broken down as follows: Book Cliffs field, 7.193 billion short tons (BST); Grand Mesa field, 8.655 BST; Somerset field, 8.038 BST; Crested Butte field, 1.564 BST; and Carbondale field, 5.206 BST.

BLM_0105016

## Table 1 — Statistics on selected coal mines, southeastern Piceance Creek basin

| Index Mine No. (Fig. 2) | Mine Name | Location (Sec., Twp., Rge.) | County | Coal Bed | Formation | Cumulative Production To 1/1/77 (1,000 short tons) (C=coking coal) | Years Operated |
|---|---|---|---|---|---|---|---|
| 1 | Black Diamond | 11-13S-95W | Delta | Uncorrelated | Mesaverde | 24.1 | 1933-49 |
| 2 | Blue Ribbon | 2-13S-91W | Delta | Uncorrelated | Mesaverde | 35.8 | 1952-63 |
| 3 | Delta W | 27-13S-92W | Delta | Uncorrelated | Mesaverde | 8.8 | 1941-53 |
| 4 | Emmons | 17-13S-91W | Delta | "C" | Mesaverde | 39.0 | 1959-66 |
| 5 | Green Valley #1 | 12-13S-95W | Delta | Uncorrelated | Mesaverde | 164.5 | 1916-41 |
| 6 | Green Valley #2 | 7-13S-94W | Delta | Uncorrelated | Mesaverde | 146.1 | 1948-72 |
| 7 | Independent #2 | 12-13S-95W | Delta | No. 2 | Mesaverde | 57.2 | 1931-48 |
| 8 | King | 15-13S-91W | Delta | Uncorrelated & Brookside | Mesaverde | 2,996.2 | 1903-74 |
| 9 | Raven | 19-13S-95W | Delta | Uncorrelated | Mesaverde | 2.7 | 1947 |
| 10 | Red Cañon #1 | 12-13S-95W | Delta | Rollins | Mesaverde | 206.8 | 1923-44, 1947-71 |
| 11 | Red Mountain | 18-13S-94W | Delta | Uncorrelated | Mesaverde | 71.9 | 1915-25, 1927-36, 1945-48 |
| 12 | States | 18-13S-94W, 13-13S-95W | Delta | Rollins #1 | Mesaverde | 77.4 | 1914-35, 1945-52 |
| 13 | Tomahawk | 10,15,16-13S-95W | Delta | Green Valley | Mesaverde | 66.6 | 1947-62 |
| 14 | Top | 7-13S-94W | Delta | Green Valley | Mesaverde | 112.1 | 1938-70 |
| 15 | Coryell | 31,32- 5S-90W, 2- 6S-90W | Garfield | Allen | Williams Fork | 484.5 | 1898-1909 |
| 16 | Diamond | 8- 7S-89W | Garfield | Uncorrelated | Williams Fork | 122.1 | 1898-1900, 1907-11 |
| 17 | Marion-Kilroy | 10- 8S-90W | Garfield | Anderson | Williams Fork | 7.6 | 1953-59 |
| 18 | New Castle | 1- 6S-91W | Garfield | Wheeler | Williams Fork | 1,345.5 | 1888-99, 1923, 1927-56 |
| 19 | New Castle-Vulcan | 1- 6S-91W | Garfield | Allen | Williams Fork | 25.3 | 1956-62 |
| 20 | New South Cañon | 14- 6S-90W | Garfield | Uncorrelated | Williams Fork | 28.8 | 1958-68 |
| 21 | Rex | 23- 6S-90W | Garfield | Uncorrelated | Williams Fork | 7.1 | 1955-62 |
| 22 | South Cañon #1 | 15- 6S-90W | Garfield | Wheeler & Uncorrelated | Williams Fork | 915.0 | 1903-16, 1919-51 |
| 23 | South Cañon #2 | 9,10- 6S-90W | Garfield | Uncorrelated | Williams Fork | 21.0 | 1942-46 |
| 24 | Sunlight (Four Mile) | 33,34- 7S-89W | Garfield | Uncorrelated | Williams Fork | 208.4 | 1901-04, 1947-75 |
| 25 | Vulcan | 1- 6S-91W | Garfield | Allen | Williams Fork | 591.2 | 1892-96, 1910-18 |
| 26 | Zemlock | 14,15- 6S-90W | Garfield | Uncorrelated | Williams Fork | 0.7 | 1951-52 |
| 27 | Alpine | 18-15S-86W | Gunnison | No. 2 (Lower Baldwin) | Mesaverde | 2,135.0 | 1900-11, 1913-46 |
| 28 | Baldwin (New) | 18-15S-86W | Gunnison | Uncorrelated | Mesaverde | 32.2 | 1947-68 |
| 29 | Baldwin Star | 17,18-15S-86W | Gunnison | Uncorrelated | Mesaverde | 126.3 | 1896, 1912-51 |
| 30 | Bear | 16-13S-90W | Gunnison | Coal Basin "B" (Juanita "C") | Williams Fork | 2,871.7(C) | 1932-pres. |
| 31 | Black Beauty | 10-13S-90W | Gunnison | "E" | Williams Fork | 178.3(C) | 1951-70 |
| 32 | Bulkley #2 | 14-14S-86W | Gunnison | Uncorrelated | Mesaverde | 788.1 | 1920-44 |
| 33 | Crested Butte #1 & #2 | 3-14S-86W | Gunnison | Crested Butte | Mesaverde | 10,068.8(C) | 1883-1952 |
| 34 | Edwards | 8,17-13S-90W | Gunnison | "B" & "C" | Williams Fork | 499.5(C) | 1938-65 |
| 35 | Hawks Nest | 11-13S-90W | Gunnison | "E" | Williams Fork | 946.5(C) | 1931-70 |
| 36 | Hawks Nest East (#2) | 11-13S-90W | Gunnison | "E" | Williams Fork | 26.8(C) | 1975-pres. |
| 37 | Hawks Nest West (#3) | 12-13S-90W | Gunnison | "E" | Williams Fork | 1,279.6(C) | 1970-pres. |
| 38 | Nu-Mine | 9,16-15S-86W | Gunnison | Uncorrelated | Mesaverde | 222.7 | 1939-55 |
| 39 | Nu-Mine #2 | 5-15S-86W | Gunnison | Uncorrelated | Mesaverde | 222.0 | 1954-70 |
| 40 | Ohio Creek #1 | 15-15S-86W | Gunnison | Uncorrelated | Mesaverde | 186.3(C) | 1917-51 |
| 41 | Ohio Creek #2 (old) | 16-15S-86W | Gunnison | Uncorrelated | Mesaverde | 57.3(C) | 1952-64 |
| 42 | O.C. Mine #2 (new) | 16-15S-86W | Gunnison | Kubler | Mesaverde | 45.0(C), 15.7(C) | 1968-71, 1972-pres. |
| 43 | Oliver #1 | 10-13S-90W | Gunnison | Oliver ("D"?) | Williams Fork | 1,155.0 | 1923-44 |
| 44 | Oliver #2 | 10,15-13S-90W | Gunnison | Oliver ("D"?) | Williams Fork | 766.2 | 1945-54 |
| 45 | Oliver #3 | 10-13S-90W | Gunnison | "E" | Williams Fork | 212.9 | 1954-60 |
| 46 | Richardson | 32-14S-86W | Gunnison | Kubler | Mesaverde | 22.0 | 1930-51 |
| 47 | Somerset | 7,8-13S-90W | Gunnison | Somerset, 1B&3C | Williams Fork | 20,455.3(C) | 1903-pres. |
| 48 | Blue Flame | 2-11S-98W | Mesa | Cameo | Mt. Garfield | 100.0 | 1933-68 |
| 49 | Grand View | 11-11S-98W | Mesa | Cameo(?) | Mt. Garfield | 24.1 | 1908-16 |

BLM_0105017

| Map Index No. (Fig. 2) | Mine Name | Location (Sec., Twp., Rge.) | County | Coal Bed | Formation | Cumulative Production To 1/1/77 (1,000 short tons) (C=coking coal) | Years Operated |
|---|---|---|---|---|---|---|---|
| 49a | C.M.C. | 34-10S-98W | Mesa | Cameo | Mt. Garfield | 260.9 | 1961-pres. |
| 50 | Midwest Red Arrow | 11-11S-98W | Mesa | Palisade (Cameo?) | Mt. Garfield | 7.4 | 1940-44 |
| 51 | Palisade | 3,4, 5-11S-98W | Mesa | Palisade (Cameo?) | Mt. Garfield | 587.5 | 1894-1951 |
| 52 | Roadside | 34,10S-98W | Mesa | Cameo | Mt. Garfield | 105.5 | 1934-60 |
| 53 | Winger | 2-11S-98W | Mesa | Cameo | Mt. Garfield | 129.5 | 1913-16, 1922-60 |
| 54 | Aspen Gulch | 15- 8S-89W | Pitkin | Sunshine | Williams Fork | 3.6(C) | 1888, 1951 |
| 55 | Bear Creek | 21-10S-89W | Pitkin | Coal Basin "B" | Williams Fork | 665.9(C) | 1969-pres. |
| 56 | Coal Basin | 5, 6-10S-89W | Pitkin | Coal Basin "B" & "C" | Williams Fork | 1,330.5(C) | 1900-08, 1973-pres. |
| 57 | Dutch Creek #1 | 17-10S-89W | Pitkin | Coal Basin "B" | Williams Fork | 5,748.5(C) | 1956-pres. |
| 58 | Dutch Creek #2 | 17-10S-89W | Pitkin | Dutch Creek | Williams Fork | 1,011.5(C) | 1965-pres. |
| 59 | L. S. Wood | 8-10S-89W | Pitkin | Coal Basin "B" | Williams Fork | 3,261.9(C) | 1966-pres. |
| 60 | Spring Gulch | 22- 8S-89W | Pitkin | "A", "B", "C", Allen, Anderson, & Sunshine | Williams Fork | 3,372.4(C) | 1887-1916 |
| 61 | Thompson Creek #1 | 34,35- 8S-89W | Pitkin | "A" & "B" | Williams Fork | 1,079.7(C) | 1951-66, 1975-pres. |
| 62 | Thompson Creek #2 | 34- 8S-89W | Pitkin | "A" & "B" | Williams Fork | 226.9(C) | 1953-66 |
| 63 | Thompson Creek #3 | 34- 8S-89W | Pitkin | Sunshine | Williams Fork | 672.4(C) | 1975-pres. |

Data Source: Collins, 1976; Colorado Division of Mines historic records.

On a county basis, the statistics in Table 2 summarize last year's coal production, and total production to date, for the study area; all of this production came from underground mines.

Table 2 — **Summary of coal production in the southeastern part of the Piceance Creek basin.**

| County | 1976 Production (1000 Short Tons) Total Coal | Coking Coal | No. of Producing Mines 1976 | Cumulative Production to 1/1/77 (1000 Short Tons) |
|---|---|---|---|---|
| Delta | 14.023 | 0 | 2 | 4,645.575 |
| Garfield | 1.425 | 0 | 2 | 6,978.878 |
| Gunnison | 1,246.723 | 1,241.901 | 6 | 46,908.232 |
| Mesa | 57.134 | 0 | 2 | 7,247.427 |
| Pitkin | 889.520 | 889.520 | 7 | 17,902.325 |
| TOTAL | 2,208.825 | 2,131.421 | 19 | 83,682.437 |

The 2.2 million tons produced during 1976 in the five counties listed above constitute 95.8 percent of the total production of the entire Uinta coal region, and 23.3 percent of the total production of the State for the year. The area's cumulative production of over 83 million tons is nearly 14 percent of the total for the State. Significantly, the coking-grade coal from the study area comprises nearly 97 percent of all coal produced from the same area during 1976, and nearly 78 percent of the total for the State (only one mine outside of the region, CF&I Steel's captive Allen mine, Las Animas County, in the Raton Mesa region of southeastern Colorado, currently is producing metallurgical-grade coal, at the rate of nearly 619,000 tons per year). The 19 mines that produced coal in the study area during 1976 can be divided by annual tonnage as follows: less than 100,000 tons per year (TPY), 11 mines; between 100,000 and 250,000 TPY, five mines; from 250,000 to 500,000 TPY, two mines; and from 500,000 to 1 million TPY, one mine (U.S. Steel's captive Somerset mine, in Gunnison County, which produced over 950,000 tons last year).

Based on announced plans by industry, and applying a judgment factor, the southeast part of the Piceance Creek basin could be producing between 6.5 and 7 million tons of coal per year by 1980-1982 (a 3-fold-plus increase over 1976), assuming that the Federal coal leasing program resumes in the next year or two, and that other favorable factors prevail.

## HISTORICAL COAL PRODUCTION IN THE AREA

The following is a tabulation by county of all of the mines of record that historically have produced over one million tons of coal (also refer to Table 1):

### Delta County

King mine (T. 13 S.-91 W.), Paonia area, Somerset field, 2.996 million short tons (MST) from 1903-1974 (currently idle; purchased by Adolph Coors Co. in 1974).

### Garfield County

Midland mine (T. 8 S.-89 W.), Carbondale field, 1.286 MST from 1896-1919.

New Castle mine (T. 5, 6 S.-91 W.), Grand Hogback field, 1.345 MST from 1888-1956.

Case No. 1:20-cv-02484-MSK Document 58-6 filed 04/28/21 USDC Colorado pg 78 of 146

BLM_0105018

BLM_0105019



Fig. 3 — Structure map on top of Cozzette Sandstone Member, lles Formation, Mesaverde Group (classification from Collins, 1976), southeastern part of the Piceance Creek basin. Contour interval is 500 ft (152 m). Line A-A' connects two wells shown on Figure 5.



**Fig. 4 — Map showing gassy coal mines and percent volatile matter in coal, and gas fields, southeastern part of Piceance Creek basin.**

COAL - SE PICEANCE BASIN

BLM_0105020

388  D. K. MURRAY, H. B. FENDER & D. C. JONES



Fig. 5 — Electric log correlation section, lower part of Mesaverde Group, southeastern part of Piceance Creek basin. Coal beds are shaded black. Gas-producing intervals are indicated by standard symbols. Stratigraphic terminology from Collins (1976). No horizontal scale implied. Line of section is on Figure 3.

BLM_0105021



Fig. 6 — Composite isopach map of total coal thickness in Bowie and Paonia Shale Members, Williams Fork
Formation, Mesaverde Group (classification from Collins, 1976), southeastern part of Piceance Creek
basin. Circle represents subsurface control point. Coal thicknesses estimated from sample logs and/or
geophysical well logs. Contour interval is 10 ft (31 m).

BLM_0105022

**Gunnison County**

Alpine mine (T. 15 S.-86 W.), Crested Butte field, 2.135 MST from 1900-1946.

Bear mine (T. 13 S.-90 W.), Somerset field, over 2.872 MST from 1932-present, **coking coal.**

Crested Butte Nos. 1 and 2 mines (T. 14 S.-86 W.), Crested Butte field, 10.068 MST from 1883-1952, **coking coal** (owned by CF&I Steel).

Oliver No. 1 mine (T. 13 S.-90 W.), Somerset field, 1.154 MST from 1923-1944.

Somerset mine (T. 13 S.-90 W.), Somerset field, over 20.455 MST from 1903-present, **coking coal** (owned by U.S. Steel).

**Mesa County**

Cameo mine (T. 10 S.-98 W.), Cameo area, Book Cliffs field, 4.216 MST from 1899-1969 (General Exploration Company of Texas currently is opening a large new underground mine nearby, also called the "Cameo mine").

**Pitkin County**

Coal Basin mine (T. 10 S.-89 W.), Coal Basin-Redstone area, Carbondale field, over 1.331 MST from 1900-1908 and 1973-present, **coking coal** (re-opened by Mid-Continent Coal and Coke Company in 1973).

Dutch Creek No. 1 mine (T. 10 S.-89 W.), Coal Basin-Redstone area, Carbondale field, over 5.749 MST from 1956-present, **coking coal.**

L. S. Wood mine (T. 10 S.-89 W.), Coal Basin-Redstone area, Carbondale field, over 3.262 MST from 1966-present, **coking coal.**

Spring Gulch mine (T. 8 S.-89 W.), Carbondale field, 3.372 MST from 1887-1916, **coking coal** (owned by CF&I Steel).

Thompson Creek no. 1 mine (T. 8 S.-89 W.), Carbondale field, 1.079 MST from 1951-1966, **coking coal** (along with Thompson Creek No. 3, is presently being re-opened by Anschutz Coal Company).

## COAL DEVELOPMENT IN THE AREA

### Carbondale Field, Coal Basin Area

The important coking-coal producing district at Coal Basin is discussed in this volume in a paper by Bruce A. Collins (see also Collins, 1976).

### Somerset Field, Somerset Area

The Somerset field (Gunnison County part) is the next most significant coking-coal district in the study area, as well as in the entire State. U.S. Steel's Somerset mine is the largest underground mine in Colorado in terms of annual production (Fig. 2; Tables 1, 2).

A recent paper by C. R. Dunrud (1976), of the U.S. Geological Survey, presents interesting new information on some of the problems associated with underground coal mining in both the Somerset area and the Sunnyside mining district in central Utah, particularly as related to the engineering geologic factors controlling coal mine subsidence.

Coal-bearing strata in parts of the Somerset district are intruded by plutons of Oligocene age of the West Elk Mountains complex (Fig. 2). Only two miles north of the Somerset mine is a feature termed Iron Point, which consists of a pluton, possibly younger than Oligocene, that intrudes both Mesaverde sediments and the overlying Paleocene Ohio Creek Formation (Dunrud, 1976). The overburden in the subject area ranges from zero at the coal outcrop in the valleys to approximately 2,500 ft beneath ridges only short lateral distances from the outcrop. As many as four minable coal beds are found here (some over 20 ft in thickness) in the basal 500-600 ft of the Williams Fork Formation, in the Bowie Shale Member, above the Rollins Sandstone (see Collins, 1976, p. 20).

An analysis of fault patterns in the Somerset area showed dominant trends to the west-northwest, northeast, east-northeast, and north. According to Dunrud (1976), the ridges and valleys, which determine the amount of overburden above a coal bed, generally are controlled by joint patterns. The streams here occur typically along linear, highly jointed, or faulted zones. Dunrud found that the lineations in the Somerset area usually parallel the dominant trends of faults, joints, and sandstone dikes (or "rock spars," in the miners' parlance).

Another significant feature of the Somerset district (as well as in many other parts of western Colorado where Mesaverde coals crop out) is the extensively burned areas of coal exposures, marked by "tremendous expanses of 'red dog,' or baked rock and clinker of distinctive red, orange, or yellow color," that Collins (1976, p. 3-4) described in the Carbondale field some distance to the northeast (Fig. 2). Dunrud's careful surface and mine work has determined that void spaces caused by the burning of coal beds — for several centuries and in some instances up to distances of 1,500 ft in from outcrop areas — have resulted in overburden rocks subsiding along steeply dipping tension fractures. Hot steam and other gases vent through fractures formed in the subsiding overburden, indicating that the bedrock still is very hot in places (Dunrud, (1976). A mountain north of the Somerset mine was called

"Fire Mountain" by the Indians who inhabited the Valley of the North Fork of the Gunnison River (Coal Age, 1973).

Dunrud points out that other hot spots locally are present in some of the Somerset mine workings at considerable distance from the outcrop burn line. These thermal anomalies may be related to volcanism in the West Elk Mountains and may represent potential sources of geothermal energy.

The Somerset mine orginally was opened in 1902 by the Utah Fuel Company. In 1955, the property was purchased by U.S. Steel and was operated from 1955 until 1961 by Minerals Development Corporation. From 1961 to the present, U.S. Steel has had direct control over this mine, which is one of the most modern in the West (Coal Age, 1973). The mine originally was opened in the "B" coal bed of the lower Bowie Shale, which averages 21 ft thick in the mine and often will ignite spontaneously. The "B" bed is overlain by the "C" seam, averaging 7 ft thick and apparently not susceptible to spontaneous combustion.

Unit trains haul coal from the Somerset mine to U.S. Steel's Wellington coal preparation plant in the Sunnyside district of eastern Utah, east of Price, in Carbon County. This plant processes coal from both the Somerset and Geneva (Utah) mines to provide coke-oven charge for U.S. Steel's Geneva steel mill, located near Provo, where the coal is reduced to coke (Coal Age, 1973).

### Somerset Field, Paonia Area

In December 1976, Colorado Westmoreland, Inc. (CWI) first began mining coal in their new Orchard Valley underground mine, located about three miles north of the small agricultural community of Paonia, in Delta County. Current production is approximately 1,500 tons per day.

The following information regarding this mine, which someday may become one of the largest underground coal mines in Colorado, if not in the entire West, was released in late June 1977 by the Montrose District of the U.S. Bureau of Land Management (BLM), as a Draft Environmental Assessment Record (EAR) in connection with CWI's Coal Lease Sale Application.

The Orchard Valley mine is mining the "D" coal seam, the highest major coal bed in the Bowie Shale Member in the area. The old Converse mine, located 350 yds east of the Orchard Valley mine, produced from the "B" (lowest) bed. Other mines in the North Fork Valley have produced from either the "B" and/or the "C" bed.

CWI owns the 120-ac fee lease on which the old Converse mine was located. CWI filed a competitive coal lease application on January 31, 1977 for approximately 2,230 ac located in Sections 1, 12, 13, and 14 of the T. 13 S., R. 92 W., adjoining the north boundary of their 120-ac fee tract. According to the BLM, the CWI application appears to meet the Department of Interior's "short-term criteria" for issuing coal leases.

To date, CWI has spent approximately $27.7 million, and has committed another $3.8 million (for a total $31.5 million), on capital investments associated with constructing mine shafts, surface facilities, and the like for their new mine. The company has negotiated a steam coal contract with Northern Indiana Public Service Co. (NIPSCO), of Hammond, Indiana for 700,000 tons of coal per year beginning in July 1977. The contract requires the tonnage for 1977 to be 300,000 tons, escalating to 700,000 tons per year by 1979 and for each year thereafter for at least 15 yrs. Inasmuch as the coal reserves on CWI's 120-ac tract are inadequate to supply the production contracted for, it is argued, the 2,230-ac Federal coal lease applied for is required if CWI is to meet the supply requirements of NIPSCO.

The terms of CWI's contract with NIPSCO include the following points: (a) the initial cost of the coal is to be $16.00/ton, F.O.B. mine, to be reviewed every three months ("evergreen contract"); (b) total labor costs are estimated at $5.80/ton; (c) profit (ROI) plus cost of general administration and selling is estimated to be $2.27/ton; and the coal is to have the following properties — 11,000 ($\pm$ 100) Btu/lb., 9.5% ash (average), 0.65% sulfur (average) (or 0.6 lbs/million Btu's), less than 11.5% moisture, and fusion temperature 2,400°F or higher.

CWI proposes to build an overland coal conveyor approximately two miles in length extending from the coal-crushing site, near the mine entrance, southeastward down the mountain to storage silos that will feed a 100-car unit train loadout facility now being constructed just south of State Highway 133.

Based on drilling data from CWI's 120-ac fee lease, the following coal bed information has been made public:

| (1) | | |
|---|---|---|
| "D" seam — 26 ft thick | | Paonia Shale Member |
| (80-100 ft interburden) | | Williams Fork Formation |
| "C" seam — 13 ft thick | | |
| (75-80 ft interburden) | | Bowie Shale Member |
| "B" seam — 2 splits, 6.2 & 4.5 ft thick | | Williams Fork Formation |
| Rollins Sandstone | | |

(2) **Coal analyses, as-received:**

"D" seam — 11,259 Btu/lb, 8.4% ash, 0.46% sulfur (S), 10.7% moisture, 36.1% volatile matter (VM), 44.8% fixed carbon (FC).

"C" seam — 11,489 Btu/lb, 7.8% ash, 0.62% S, 36.9% VM, 45.1% FC.

BLM_0105024

392                                         D. K. MURRAY, H. B. FENDER & D. C. JONES

(3) Maximum overburden at the top of the Rollins Sandstone is estimated at ±2,000 ft at the north end of the lease tract applied for.

(4) Igneous sills have moved along, and cut out or coked, parts of the "B" and "C" coal beds east of the lease application area.

(5) **Recoverable reserves, "D" seam:**

Average thickness, 25 ft

Mine production rate, 650,000 tons/yr

1,740 tons/ac-ft x 25 ft x 0.33 recovery efficiency (on advance) = 14,335 tons/ac recoverable.

650,000 tons/year ÷ 14,335 tons/ac = 45.34 ac mined/yr x 20 yrs = 906.9 ac mined.

If the lease applied for is issued by the BLM, and if CWI is the successful bidder on the anticipated sealed bid, then CWI plans to execute an additional sales contract, which will then boost their production to 1.0 million tons/yr, greater than any underground mine now in operation in Colorado. This higher rate of production will require nearly 1,400 ac to be mined over a 20-yr period. Inasmuch as considerable coal is expected to be recovered on the retreat mining operation after advance mining has reached maturity, the total recovery rate should be approximately 65 percent, resulting in an ultimate recovery of over 28,000 tons.

Other significant active coal developments in the study area include the following: (1) expansion of Hawk's Nest Nos. 2 and 3 coking coal mines in the Somerset area, Gunnison County, to a combined output of 750,000 tons per year (TPY) by 1979 (vs. over 182,500 in 1976); (2) full-scale production of steam coal from the new Cameo mine of General Exploration Company of Texas, in Mesa County, of up to 500,000 tons per year by 1979, with an ultimate capacity of 900,000 TPY; (3) further expansion of Mid-Continent Coal and Coke Company's five Coal Basin coking-coal mines (which produced nearly 890,000 tons in 1976) to over 1 million TPY by 1979, using possibly two advancing longwall operations (one currently is underway in their Dutch Creek No. 1 mine); and (4) full-scale production from Anschutz Coal Corporation's Thompson Creek Nos. 1 and 3 mines, located in Pitkin County, of 1 million TPY of coking coal by 1979.

## METHANE GAS IN COAL

References pertaining to methane gas in coal beds in Colorado are few. Nevertheless, most of the older coal miners in the State will attest that methane has been the cause of many of the past mine explosions and fires. Today, the Federal Mining Enforcement and Safety Administration (MESA) considers all coal mines to be gassy, from the standpoint of safety regulation.

Probably the most complete compilation of coal mine explosions, fires, and similar disasters is that of Humphrey (1959). Figure 4 and Table 3 in the present report summarize our compilation of all available data, including that obtained from the records of the Colorado Division of Mines.

The U.S. Bureau of Mines (McCulloch and Deul, 1977, Fig. 10) has determined empirically that the higher the rank of bituminous coal (i.e., the higher the percentage of fixed carbon and the lower the percentage of volatile matter), the higher the content of methane in the coal (measured as $cm^3/g$ or cu ft/ton, in-place). Figure 4 shows the location of the gassy coal mines in the study area, together with the percentage of volatile matter (VM) in coal analyzed from these mines (according to ASTM standards, 1975, bituminous coals are categorized according to % VM as follows: low-volatile, 14-22% VM; medium-volatile, 22-31%; and high-volatile, 31-46%). As can be seen by examining Figure 4, most of the bituminous coal in this region is high volatile (VM = 37 - 44%). Notable exceptions are the medium-volatile bituminous coal (VM = 21.4-25.3%) in the Coal Basin mines (map index numbers 55-59), and the anthracite in the Crested Butte field (just northwest of number 33), with VM values of 7 percent or less. It can readily be understood why the five Coal Basin mines are so gassy, with methane emissions ranging from 0.885 to 2.235 million cu ft per day, as measured by MESA (Table 2; also see Irani and others, 1977). The very low VM (7% or below) in some of the Crested Butte coals (anthracite) also signifies very low methane content, inasmuch as Tertiary-age contact metamorphism has "cooked" virtually all of the volatile constituents out of the coal — even coking it, in some instances (see Averitt, 1966; Collins, 1976, p. 17, 44-55, 65-57; National Academy of Sciences-National Research Council, 1963, p. 7-8, among other references).

Federal regulations require that methane gas in an active coal mine shall not exceed one percent of the volume of ventilated air. Each quarter, MESA, District 9, measures the quantity of methane being emitted from all of the active coal mines in Colorado (Table 3; Fig. 4). As can be seen on Table 3, from 18,000 to 2.235 million cu ft per day of methane is being liberated from active coal mines in the southeastern part of the Piceance Creek basin, for a total of some 10.67 million cu ft per day, enough to heat nearly 24,000 homes in the Denver area (at 450 cu ft per day per home, an average figure). By far the largest volume of methane emitted per day in the study area comes from the five Coal Basin mines, which are among the gassiest mines in the United States in terms of gas liberated per ton of coal mined (Irani and others, 1977).

As part of our methane in coal project, we currently are evaluating the "deep" Mesaverde coal beds in the southeast part of the Piceance Creek basin, utilizing geophysical well logs and well sample information, where available. Figure 6 is a

BLM_0105025

**Table 3. — Occurrence of methane gas in coal mines, southeastern part of Piceance Creek basin**

| Map Index Number | County Coal Region (Field) Mine Name | Coal Bed Thickness (Ft) | Overburden Thickness (Ft) | Coal Rank [2] | Average Daily Production (Tons) | Average Methane Emission (Cu. Ft./Day) (Data from M.E.S.A. District 9 [3]) | Cu. Ft. Gas Per Ton of Coal Mined | Occurrence of Gas in Mines |
|---|---|---|---|---|---|---|---|---|
| | **Delta** | | | | | | | |
| | (Somerset) | | | | | | | |
| | UINTA, S. E. | | | | | | | |
| | (Grand Mesa) | | | | | | | |
| 2 | Blue Ribbon | 6 | U [1] | hvBb | Closed | | | "Gassy" |
| 7 | Independent #1 | 6.2 | 100 | hvCb | Closed | | | Mine Fire 1930 |
| 7 | Independent #2 | 10 | 100 | hvCb | Closed | | | |
| | (Somerset) | | | | | | | |
| 8 | King | 16 | 2,000 | hvAb | Closed | | | "Gassy" Mine Fire 1911 |
| | (Grand Mesa) | | | | | | | |
| 13 | Tomahawk | 11 | U | hvCb | Closed | | | "Gassy" |
| | **Garfield** | | | | | | | |
| | (Grand Hogback) | | | | | | | |
| | UINTA, S. E. | | | | | | | |
| 15 | Coryell | 14.5 | 0-125 | hvAb | Closed | | | Gas Explosion 1901 |
| | (Carbondale) | | | | | | | |
| 24 | Sunlight | 9.5 | 0-1,100 | hvBb | 40 | None | None | Gas Explosion 1897 |
| | (Grand Hogback) | | | | | | | |
| 18 | Newcastle | 8-42 | U | hbBb | Closed | | | Gas Explosion 1901 Dust Explosion 1886 Mine Fire 1954 |
| 19 | Newcastle - Vulcan Vulcan #3 | 8-14 | 350-400 | hvBb | Closed | | | Mine Fire 1962 Gas Explosion 1956 |
| 22 | South Canon #1 | 18 | 500-550 | hvBb | Closed | | | Gas Explosion 1912 Mine Fire 1951 |
| 25 | Vulcan | 14-47 | 350-400 | hvAb | Closed | | | Gas Explosion 1896 Gas Explosion 1918 Dust Explosion 1913 |
| | **Gunnison** | | | | | | | |
| | UINTA, S. E. | | | | | | | |
| | (Somerset) | | | | | | | |
| 30 | Bear | 8 | 290-1,440 | hvBb | 600 | 259,000 | 432 | "Gassy" |
| 31 | Black Beauty | 10 | 897 | hvBb | Closed | | | "Gassy" |
| | (Crested Butte) | | | | | | | |
| 33 | Crested Butte | 5-25 | 300-400 | hvAb | Closed | | | Gas or Dust Explosion 1883, Gas Explosion 1884 |
| | (Somerset) | | | | | | | |
| 34 | Edwards | 6 | 511-634 | hvBb | Closed | | | "Gassy" |
| 36 | Hawk's Nest East (#2) | 7-9 | U | hvBb | 150 | 29,000 | 193 | New Mine |
| 37 | Hawk's Nest West (#3) | 8-9 | U | hvBb | 800 | 425,000 | 531 | New Mine |
| 44 | Oliver #2 | 7 | U | hvBb | Closed | | | "Gassy" |
| 45 | Oliver #3 | 7 | 174-500 | hvBb | Closed | | | "Gassy" |
| 47 | Somerset | 7 & 25 | 1,000-1,500 | hvBb | 4,500 | 1,692,000 | 376 | "Gassy" |
| | **Mesa** | | | | | | | |
| | (Grand Mesa) | | | | | | | |
| | UINTA, S. E. | | | | | | | |
| 49 | Grand View | 4-5 | U | sub A (?) | Closed | | | Gas Explosion 1908 |
| 49A | C.M.C. | 7 | U | hvBb (?) | 300 | 24,000 | 80 | No Data |
| 50 | Midwest Red Arrow | 4.8 | 100 | hbBb | Closed | | | Gas Explosion 1923 |
| | (Book Cliffs) | | | | | | | |
| 51 | Palisade | 3-4 | U | hvBb | Closed | | | Mine Fire 1900 |
| | **Pitkin** | | | | | | | |
| | (Carbondale) | | | | | | | |
| | UINTA, S. E. | | | | | | | |
| 55 | Bear Creek | 7 | 200-1,500 | mvb | 480 | 885,000 | 1,844 | "Gassy" |
| 56 | Coal Basin | 6.9-8 | 150-600 | mvb | 431 | 1,750,000 | 4,060 | "Gassy" |
| 57 | Dutch Creek #1 | 7 | 0-2,250 | mvb | 642 | 2,235,000 | 3,481 | "Gassy" Dust Explosion 1965 |
| 58 | Dutch Creek #2 | 7 | 1,370-1,800 | mvb | 1,008 | 1,489,000 | 1,477 | "Gassy" |
| 59 | L. S. Wood | 7 | 0-1,850 | mvb | 1,800 | 1,867,000 | 1,037 | "Gassy" |
| 60 | Spring Gulch | 4.5-11.5 | 0-1,000 | hvAb | Closed | | | Dust Explosion 1901 |
| 61 | Thompson Creek #1 | 8 | 300± | hvAb | 113 | 18,000 | 159 | Gas Explosion 1956 |
| 62 | Thompson Creek #2 | 7 | 80-100 | hvAb | Closed | | | "Gassy" |
| 63 | Thompson Creek #3 | 9 | U | hvAb | 54 | Tested none | | "Gassy" |

(1)   U = Unknown
(2)   B-HV = Bituminous - High Volatile
        B-MV = Bituminous
(3)   As of first quarter 1977

preliminary isopach map showing thickness of total coal in each of the two main coal-bearing intervals in the Mesaverde Group — the Bowie and Paonia Members of the Williams Fork Formation. As can be seen by studying Figures 5 and 6, total coal thicknesses decrease westward due to the general absence of coal in the Paonia interval; the Bowie coal-bearing interval is termed the "Cameo Group" in the western part of the mapped area. Coal buildups aggregating 40 to 70 ft or more, elongated approximately north-south, probably represent still-stands in the east-west oscillations of the Mesaverde shorelines. A number of thick (20-40 ft or more) coal beds occur in this area at depths from 3,000-7,500 ft or greater (see Fig. 7), which provides an attractive potential for possible in-situ gasification of deep coal beds in future years.

## NATURAL GAS IN SANDSTONE RESERVOIRS

Figures 3 and 4 show the locations of gas fields in the study area; and Figure 5 shows the relationship between coal-bearing intervals and the gas-productive Corcoran and Cozzette Sandstones.

Most of the gas fields in the southeastern part of the Piceance Creek basin — including Divide Creek, Wolf Creek, Rulison, Plateau, Sheep Creek and Molina fields — are stratigraphic accumulations, in some cases (e.g., Divide Creek) coinciding with, and possibly modified by, anticlinal folding and related fracturing (Millison, 1962). The Corcoran and Cozzette Sandstones of the lower Mesaverde-Mancos transition interval change facies from well-developed, thick sandstones on the west to silty, thin, lenticular sandstones across the subject area (Millison, 1962). The gas contained in the Corcoran, Cozzette, and related reservoir units probably originated in interbedded organic marine shales of the Mancos. On the other hand, gas accumulations in the younger Bowie-Paonia ("Neslen") facies probably were derived from interbedded coals and carbonaceous shales.

The Divide Creek and Plateau gas fields are among the more important ones in the area and are briefly discussed below.

**Divide Creek Field** (Tichy and Rettger, 1961): Discovered in 1956, with an initial production of 5.2 million cfg per day from basal (Corcoran and/or Cozzette equivalents?) and middle sandstones of the Mesaverde Group; the trapping mechanism consists of fractured reservoirs on a large, closed anticline, with surface elevations averaging 10,500 ft. Production data: cumulative to 1/1/76 is 40.683 billion cu ft gas (cfg); 1975 production, 1.191 billion cfg from 4 wells (most of the production to date has come from the Mesa County portion of the field).

**Plateau Field** (Waltman, 1961): Discovered in 1958, with an initial production of 3.982 million cfg per day from the

Cozzette Sandstone; the trapping mechanism consists of permeability variations within locally persistent sandstones draped across minor northeast-plunging anticlinal noses. Production data: cumulative to 1/1/76 is 5.2 billion cfg; 1975 production, 336.2 million cfg from 16 wells.

From our studies to date, it appears that the natural gas potential of the southeastern part of the Piceance Creek basin has barely been tapped. Adequate source rocks (both marine shales in the upper Mancos-lower Mesaverde section and abundant coals in the Bowie and Paonia Shale intervals) are known to be present in the region and probably have generated vast quantities of methane. It is reasonable to expect that this badly needed, clean source of energy will be produced from the following reservoirs: (1) clean, porous, and permeable marine/transitional sandstones; (2) relatively impermeable transitional sandstones whose gas transmissibility can be enhanced by hydraulic fracturing techniques (including massive hydraulic fracturing, or MHF); (3) coal beds, by (a) "primary" degasification, both ahead of mining and in virgin areas too deep for conventional mining, aided by natural ("cleat") and/or induced (e.g., hydraulic) fracturing, and by (b) "secondary" in-situ combustion or gasification (which produces low-Btu gas) after the pipeline-quality methane has been drained from the coal beds by conventional methods.

## METALLURGICAL COAL

### Definitions and Classifications of Coking Coal and Coke

According to *Watkins Cyclopedia of the Steel Industry* (quoted in Grosvenor and Scott, 1976), "A good coking coal may be defined . . . as any coal producing a coke which fulfills the purpose for which it is intended, and at a consumption rate such that the economics of the process are on a sound economic basis."

More specifically, Paul Averitt (1966, p. G6) stated that "A good coking coal, when subjected to a gradually increasing temperature, fuses or softens generally between 572°F and 752°F. Gases of decomposition . . . cause the mass to become cellular and swollen . . . Noncoking coals will not fuse or become pasty when heated. The fused cellular structure is a unique characteristic of coke that distinguishes it from charcoal and from infusible or noncoking coals."

E. T. Sheridan (1976, p. 1 and 2), of the U.S. Bureau of Mines, stated that the term "coking coal" designates "certain bituminous coals that, when heated at high temperatures in the absence of air, soften and then solidify into a porous solid mass that is called coke. The specific properties of these coals that allow them to 'cake' or form coke are relatively unknown. However, only the bituminous coals have such properties, and certain bituminous coals possess coking properties in a greater degree than others."

BLM_0105027

COAL - SE PICEANCE BASIN

### Table 4 — System of coal rank classification

| Apparent Rank [1] | Volatile Matter (%, DMMF) [4] | Ultimate Carbon [2] (%) | Btu [5] (DMMF) | Vitrinite Reflectance (%, in oil) | Fixed Carbon (%) (DMMF) |
|---|---|---|---|---|---|
| sub C | 50.1-52.5 | 68.0-70.1 | 8,300- 9,500 | 0.38-0.41 | |
| sub B | 47.1-50.0 | 70.2-72.6 | 9,500-11,000 | 0.42-0.47 | |
| sub A [3] | 42.1-47.0 | 72.7-77.5 | 11,000-13,000 | 0.48-0.65 | |
| hvCb [3] | 42.1-47.0 | 72.7-77.5 | 11,000-13,000 | 0.48-0.65 | |
| hvBb | 39.1-42.0 | 77.6-79.5 | 13,000-14,000 | 0.66-0.77 | |
| hvAb | 31.1-39.0 | 79.6-84.9 | 14,000-15,000 | 0.78-1.09 | |
| mvb | 22.1-31.0 | 85.0-88.1 | 15,000+ | 1.10-1.49 | -69 |
| lvb | 14.1-22.0 | 88.2-89.8 | 15,500+ | 1.50-1.90 | 69-78 |
| sa | 8.1-14.0 | 89.9-91.0 | 15,500+ | 1.91-2.55 | 78-86 |
| an | 2.1- 8.0 | 91.1+ | 15,500+ | 2.56-5.00 (est.) | 86-92 |
| ma | 0 - 2.0 | 91.1+ | 15,500+ | 5.01+(est.) | 92-98 |
| | | | | | 98- |

[1] apparent rank is determined by ultimate carbon in sub A-C, and by volatile matter in ma - hvCb.
[2] these ultimate carbon values are calculated and may be revised with additional work.
[3] sub A exhibits no caking ability, whereas hvCb displays a very weak caking ability.
[4] DMMF = dry, mineral-matter free.
[5] Btu = British thermal unit

sub C = sub-bituminous C coal
sub B = sub-bituminous B coal
sub A = sub-bituminous A coal

hvCb = high-volatile C bituminous coal
hvBb = high-volatile B bituminous coal
hvAb = high-volatile A bituminous coal
mvb = medium-volatile bituminous coal
lvb = low-volatile bituminous coal

sa = semi-anthracite
an = anthracite
ma = meta-anthracite

Data Sources: American Society for Testing and Materials, 1975; National Academy of Sciences —
National Research Council, 1963; Stach, E., and others, 1975.

The end product of the coking process, of course, is metallurgical coke, which is defined as "... a hard, porous, carbonaceous material that is formed when coking coals are heated at high temperatures in refractory chambers called coke ovens. It is a premium-quality fuel with a high content of fixed carbon, relatively small amounts of ash and sulfur, virtually no volatile matter, and unique physical properties that make it very desirable for use as a fuel for metallurgical and chemical processing" (Sheridan, 1976, p. 3).

One of the goals of the coking coal project is to formulate a more definitive set of criteria with which to identify "good coking coals". The leading coke producers in the United States and Canada have been contacted regarding what they consider to be the desired properties for their coke-oven feedstock. When all of their responses are in and tabulated, these data will be published by the Colorado Geological Survey (see Table 4 for a tentative system of coal rank classification).

### Origin of Coking Properties of Coal

Considerable petrographic and chemical work remains to be done before coking coals can be identified by their physical properties or chemical composition. Paul Averitt (1966) points

out that coal rank is not the only criterion with which to identify coking coals. The original composition of the peat bed probably is an important factor in determining the coking properties of the resulting coal. Coking coals generally contain numerous bands of vitrain, the bright, vitreous components that represent coalified trunks and limbs of plants. The oxygen content of a coal can be an important factor — if less than 10 percent, the coal probably will coke; if more than 10 percent, the converse generally is true (Averitt, 1966; Tables 2 and 6, this paper).

The highest grade coking coal in the West is mined in Pitkin County, where as many as ten coal beds greater than 3.5 ft (42 in.) thick occur. These medium-volatile, low-sulfur coals (refer to Fig. 7; Tables 5, 6) were deposited in moderately well-drained swamps that were dominated by woody plants and in which current velocities were low (Collins, 1976). The Mesaverde coals deposited in the Four Mile Creek area, just west of Carbondale, southward to the Crested Butte field (i.e., from T. 8 S. to T. 15 S.; Fig. 7), have been subjected to abnormally high heat flow, the result of Tertiary igneous intrusions in the Elk and West Elk Mountains. Collins believes that the coking quality of these coals is primarily a function of rank (the higher the geothermal gradient, the higher the rank), and only secondarily dependent upon the amount of woody plant material

396                                  D. K. MURRAY, H. B. FENDER & D. C. JONES

## Table 5 — Average proximate analyses[1] of selected coals from mines in southeastern Piceance Creek basin

| Map Index No. (Fig. 2) | Mine Name | Producing Coal Bed | Formation | Type of Sample | Coking Coal (C) | Moisture (AR)[2] | V.M.[3] (AR) | V.M. (DMMF)[4] |
|---|---|---|---|---|---|---|---|---|
| 1 | Black Diamond | Uncorrelated | Mesaverde | Raw | | 13.1 | 38.2 | 41.6 |
| 2 | Blue Ribbon | Uncorrelated | Mesaverde | Raw | | 6.4 | 40.9 | 42.4 |
| 3 | Delta W | Uncorrelated | Mesaverde | Raw | | 12.0 | 37.4 | 42.4 |
| 4 | Emmons | "C" | Mesaverde | Raw | | 8.8 | 41.8 | 43.3 |
| 5 | Green Valley No. 1 | Uncorrelated | Mesaverde | Raw | | 14.5 | 39.8 | 42.1 |
| 6 | Green Valley No. 2 | Uncorrelated | Mesaverde | Raw | | 14.2 | 38.7 | 41.2 |
| 7 | Independent No. 2 | No. 2 | Mesaverde | Raw | | 13.9 | 40.3 | 44.7 |
| 8 | King | Brookside | Mesaverde | Raw | | 3.9 | 41.9 | 43.7 |
| 8 | King | Uncorrelated | Mesaverde | Raw | | 3.9 | 41.2 | 43.5 |
| 9 | Raven | Uncorrelated | Mesaverde | Raw | | 14.2 | 38.6 | 43.3 |
| 10 | Red Canon No. 1 | Rollins | Mesaverde | Raw | | 14.5 | 39.9 | 42.3 |
| 11 | Red Mountain | Uncorrelated | Mesaverde | Raw | | 13.3 | 38.5 | 42.2 |
| 12 | States | Rollins No. 1 | Mesaverde | Raw | | 12.8 | 39.0 | 43.5 |
| 13 | Tomahawk | Green Valley | Mesaverde | Raw | | 13.9 | 38.4 | 41.7 |
| 14 | Top | Green Valley | Mesaverde | Raw | | 14.6 | 39.7 | 41.6 |
| 15 | Coryell | Allen | Williams Fork | Raw | | 2.7 | 39.8 | —— |
| 16 | Diamond | Uncorrelated | Williams Fork | Raw | | 11.4 | 40.0 | 42.4 |
| 17 | Marion-Kilroy | Anderson | Williams Fork | Raw | | 4.0 | 39.7 | 41.5 |
| 18 | New Castle | Wheeler | Williams Fork | Raw | | 4.4 | 41.4 | 44.6 |
| 19 | New Castle-Vulcan | Allen | Williams Fork | Raw | | 5.0 | 41.7 | 44.9 |
| 20 | New South Canon | Uncorrelated | Williams Fork | Raw | | 8.6 | 40.5 | 42.2 |
| 21 | Rex | Allen | Williams Fork | Raw | | 11.9 | 39.1 | 40.9 |
| 22 | South Canon No. 1 | Wheeler | Williams Fork | Raw | | 6.8 | 41.1 | 45.2 |
| 22 | South Canon No. 1 | Uncorrelated | Williams Fork | Raw | | 6.6 | 42.7 | 43.8 |
| 23 | South Canon No. 2 | Uncorrelated | Williams Fork | Raw | | 6.4 | 43.3 | 45.9 |
| 24 | Sunlight (Four Mile) | Uncorrelated | Williams Fork | Raw | | 5.4 | 40.6 | 43.7 |
| 25 | Vulcan | Allen | Williams Fork | Raw | | 7.1 | 40.8 | —— |
| 26 | Zemlock | Uncorrelated | Williams Fork | Raw | | 8.4 | 37.5 | 40.7 |
| 27 | Alpine | No. 2 (Lower Baldwin) | Mesaverde | Raw | | 11.9 | 40.9 | 43.0 |
| 28 | Baldwin (New) | Uncorrelated | Mesaverde | Raw | | 11.2 | 41.2 | 43.5 |
| 29 | Baldwin Star | Uncorrelated | Mesaverde | Raw | | 12.5 | 42.1 | 44.5 |
| 30 | Bear | Coal Basin "B" (Juanita "C") | Williams Fork | Raw | C | 5.4 | 40.7 | 43.1 |
| 31 | Black Beauty | "E" | Williams Fork | Raw | | 6.2 | 40.8 | 42.2 |
| 32 | Bulkley No. 2 | Uncorrelated | Mesaverde | Raw | | 4.3 | 41.5 | 43.6 |
| 33 | Crested Butte | Crested Butte | Mesaverde | Raw | C | 3.5 | 38.9 | 40.8 |
| 34 | Edwards | "B" | Williams Fork | Raw | C | 4.9 | 40.1 | 43.4 |
| 34 | Edwards | "C" | Williams Fork | Raw | C | 6.2 | 40.4 | 42.8 |
| 35 | Hawks Nest | "E" | Williams Fork | Raw | C | 5.3 | 41.0 | 42.8 |
| 36 | Hawks Nest East (No. 2) | "E" | Williams Fork | Raw | C | —— | —— | —— |
| 37 | Hawks Nest West (No. 3) | "E" | Williams Fork | Raw | C | —— | —— | —— |
| 38 | Nu-Mine | Uncorrelated | Mesaverde | Raw | | 10.5 | 41.2 | 43.7 |
| 39 | Nu-Mine No. 2 | Uncorrelated | Mesaverde | Raw | | 8.9 | 39.3 | 41.9 |
| 40 | Ohio Creek No. 1 | Uncorrelated | Mesaverde | Raw | C | —— | —— | —— |
| 41 | Ohio Creek No. 2 (old) | Uncorrelated | Mesaverde | Raw | C | 9.7 | 44.9 | 47.0 |
| 42 | O.C. Mine No. 2 (new) | Kubler | Mesaverde | Raw | C | 10.4 | 41.2 | 43.3 |
| 43 | Oliver No. 1 | Oliver ("D"?) | Williams Fork | Raw | | 5.4 | 40.5 | 43.1 |
| 44 | Oliver No. 2 | Oliver ("D"?) | Williams Fork | Raw | | 6.0 | 40.3 | 43.0 |
| 45 | Oliver No. 3 | "E" | Williams Fork | Raw | | 6.5 | 41.2 | 42.8 |
| 46 | Richardson | Kubler | Mesaverde | Raw | | 2.3 | 36.4 | 38.4 |
| 47 | Somerset | Various | Williams Fork | Raw | | 5.5 | 38.9 | 43.0 |
| 47 | Somerset | "1B" | Williams Fork | Raw | | 5.5 | 39.3 | 42.9 |
| 47 | Somerset | "3C" | Williams Fork | Raw | C | 5.7 | 39.5 | 41.9 |
| 48 | Blue Flame | Cameo | Mt. Garfield | Raw | | 8.2 | 38.9 | 43.1 |
| 49 | Grand View | Cameo(?) | Mt. Garfield | —— | | —— | —— | —— |
| 50 | Midwest Red Arrow | Palisade | Mt. Garfield | Raw | | 7.3 | 39.8 | 42.3 |
| 51 | Palisade | Palisade | Mt. Garfield | Raw | | 7.8 | 40.0 | 43.5 |

COAL - SE PICEANCE BASIN

Table 5 — Average proximate analyses[1] of selected coals from mines in southeastern Piceance Creek basin (cont.)

| F.C.[5] (AR) | F.C. (DMMF) | Ash | S | Btu[5] (AR) | Btu[7] (MMMF) | Map Index No. |
|---|---|---|---|---|---|---|
| 52.4 | 58.4 | 9.4 | 0.6 | 10,880 | 11,950 | 1 |
| 55.0 | 57.6 | 4.1 | 0.5 | 12,930 | 13,490 | 2 |
| 49.1 | 57.6 | 13.5 | 0.7 | 10,390 | 11,940 | 3 |
| 53.9 | 56.7 | 4.3 | 0.6 | 12,380 | 12,930 | 4 |
| 53.7 | 57.9 | 6.5 | 0.6 | 11,010 | 11,730 | 5 |
| 54.2 | 58.8 | 7.1 | 0.7 | 11,000 | 11,790 | 6 |
| 48.6 | 55.3 | 11.1 | 0.6 | 10,500 | 11,730 | 7 |
| 53.5 | 56.3 | 4.6 | 0.4 | 13,400 | 14,080 | 8 |
| 52.6 | 56.5 | 6.2 | 0.6 | 13,200 | 14,140 | |
| 48.9 | 56.7 | 12.5 | 0.6 | 10,170 | 11,500 | 9 |
| 53.4 | 57.7 | 6.7 | 0.7 | 11,000 | 11,730 | 10 |
| 51.2 | 57.8 | 10.3 | 1.2 | 10,760 | 11,920 | 11 |
| 49.0 | 56.5 | 12.0 | 1.4 | 10,500 | 11,860 | 12 |
| 52.3 | 58.3 | 9.3 | 0.9 | 10,790 | 11,820 | 13 |
| 54.1 | 58.1 | 6.2 | 0.6 | 11,030 | 11,710 | 14 |
| — | 56.3 | 5.7 | 5.7 | 11,179 | ---- | 15 |
| 53.3 | 57.6 | 6.7 | 1.2 | 11,230 | 12,020 | 16 |
| 55.2 | 58.5 | 5.1 | 0.5 | 13,250 | 14,000 | 17 |
| 50.4 | 55.4 | 8.2 | 0.6 | 12,490 | 13,650 | 18 |
| 50.0 | 55.1 | 8.3 | 0.7 | 12,430 | 13,600 | 19 |
| 54.6 | 57.8 | 4.9 | 0.5 | 12,090 | 12,720 | 20 |
| 55.5 | 59.1 | 5.4 | 0.7 | 11,290 | 11,920 | 21 |
| 48.6 | 54.8 | 10.3 | 0.5 | 11,740 | 13,110 | 22 |
| 54.2 | 56.2 | 3.1 | 0.6 | 12,700 | 13,130 | |
| 50.2 | 54.1 | 6.5 | 0.8 | 12,250 | 13,130 | 23 |
| 50.9 | 56.3 | 8.5 | 1.3 | 12,150 | 13,330 | 24 |
| 53.4 | 46.9 | 5.2 | 0.5 | 12,625 | 13,590 | 25 |
| 53.4 | 59.3 | 9.1 | 0.9 | 11,440 | 12,580 | 26 |
| | 57.0 | 5.7 | 0.7 | 11,550 | 12,220 | 27 |
| 52.6 | 56.5 | 6.2 | 0.7 | 11,540 | 12,280 | 28 |
| 51.7 | 55.5 | 6.2 | 1.1 | 11,330 | 12,050 | 29 |
| 52.7 | 56.9 | 6.6 | 0.5 | 12,760 | 13,690 | 30 |
| 55.1 | 57.8 | 4.1 | 0.7 | 12,960 | 13,540 | 31 |
| 53.0 | 56.4 | 5.5 | 0.5 | 13,010 | 13,810 | 32 |
| 55.8 | 59.2 | 5.3 | 0.5 | 13,350 | 14,140 | 33 |
| 51.1 | 56.6 | 8.8 | 0.4 | 12,540 | 13,810 | 34 |
| 53.2 | 57.2 | 6.4 | 0.5 | 12,670 | 13,560 | |
| 54.1 | 57.2 | 4.9 | 0.5 | 13,100 | 13,800 | 35 |
| ---- | ---- | --- | ---- | ---- | ---- | 36 |
| ---- | ---- | --- | ---- | ---- | ---- | 37 |
| 52.3 | 56.3 | 6.5 | 0.6 | 11,650 | 12,440 | 38 |
| 53.6 | 58.1 | 7.1 | 0.4 | 11,880 | 12,790 | 39 |
| 50.1 | 53.0 | --- | --- | ---- | ---- | 40 |
| 53.0 | 56.7 | 5.0 | 0.6 | 11,920 | 12,540 | 41 |
| | | 5.8 | 0.6 | 11,800 | 12,510 | 42 |
| 52.8 | 56.9 | 6.7 | 0.6 | 12,810 | 13,760 | 43 |
| 52.3 | 57.0 | 7.4 | 0.5 | 12,500 | 13,540 | 44 |
| 54.4 | 57.2 | 4.4 | 0.5 | 12,910 | 13,520 | 45 |
| 57.3 | 61.6 | 6.3 | 0.5 | 13,510 | 14,500 | 46 |
| 50.3 | 57.0 | 10.8 | 0.5 | 12,120 | 13,630 | 47 |
| 51.1 | 57.1 | 9.6 | 0.5 | 12,410 | 13,780 | 47 |
| 53.8 | 58.1 | 6.7 | 0.6 | 12,770 | 13,720 | 47 |
| 49.9 | 56.9 | 11.2 | 0.8 | 11,540 | 13,000 | 48 |
| — | --- | --- | ---- | ---- | ---- | 49 |
| 52.8 | 57.7 | 7.4 | 1.7 | 12,330 | 13,360 | 50 |
| 50.7 | 56.5 | 9.3 | 0.9 | 12,000 | 13,240 | 51 |

BLM_0105030

398                     D. K. MURRAY, H. B. FENDER & D. C. JONES

**Table 5 — Average proximate analyses[1] of selected coals from mines in southeastern Piceance Creek basin (cont.)**

| Map Index No. | Mine Name | Producing Bed | Formation | Type of Sample | Coking Coal (C) | Moisture (AR) | V.M. (AR) | V.M. (DMMF) |
|---|---|---|---|---|---|---|---|---|
| 52 | Roadside | Cameo | Mt. Garfield | Raw | | 7.4 | 38.0 | 41.7 |
| 53 | Winger | Cameo | Mt. Garfield | Raw | | 7.2 | 39.1 | 43.9 |
| 54 | Aspen Gulch | Sunshine | Williams Fork | Raw | C | 3.3 | 38.1 | 41.1 |
| 55 | Bear Creek | Coal Basin "B" | Williams Fork | Raw | C | 4.0 | 25.3 | — |
| 56 | Coal Basin | Coal Basin "B" & "C" | Williams Fork | Raw | C | 4.2 | 23.1 | 24.7 |
| 57 | Dutch Creek No. 1 | Coal Basin "B" | Williams Fork | Raw | C | 4.0 | 23.0 | 24.2 |
| 58 | Dutch Creek No. 2 | Dutch Creek | Williams Fork | Raw | C | 2.9 | 24.2 | 25.6 |
| 59 | L.S. Wood | Coal Basin "B" | Williams Fork | Raw | C | 4.0 | 21.7 | 24.8 |
| 60 | Spring Gulch | "A", "B", "C", Allen, Anderson, & Sunshine | Williams Fork | Raw | C | 1.2 | 35.6 | — |
| 61 | Thompson Creek No. 1 | "A" | Williams Fork | Raw | C | 3.5 | 30.3 | 34.0 |
| 61 | Thompson Creek No. 1 | "B" | Williams Fork | Raw | C | 2.6 | 30.8 | 33.1 |
| 61 | Thompson Creek No. 1 | "A" & "B" | Williams Fork | Raw | C | 4.8 | 30.3 | 33.7 |
| 62 | Thompson Creek No. 2 | "A" & "B" | Williams Fork | Raw | C | 3.1 | 29.5 | 32.6 |
| 63 | Thompson Creek No. 3 | Sunshine | Williams Fork | Raw | C | 3.0 | 33.7 | 36.0 |

[1] Btu's and proximate analyses from Collins, 1976 and U.S. Bureau of Mines, 1976.
[2] AR = as-received
[3] V.M. = volatile matter
[4] DMMF = dry, mineral-matter-free
[5] F.C. = fixed carbon
[6] Btu = British thermal unit
[7] MMMF = moist, mineral-matter-free

**Table 6 — Average ultimate analyses[1] and coking characteristics[2] of selected coals from mines in southeastern part of Piceance Creek basin**

| Map Index No. (Fig. 2) | Mine Name | Producing Coal Bed | Formation | Type of Sample | Coking Coal (C) | H (%)[2] | C (%) | N (%)[2] | O (%)[2] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Black Diamond | Uncorrelated | Mesaverde | Raw | | 5.2 | 71.1 | 1.6 | 12.8 |
| 2 | Blue Ribbon | Uncorrelated | Mesaverde | Raw | | — | — | — | — |
| 3 | Delta W | Uncorrelated | Mesaverde | Raw | | 4.7 | 67.5 | 1.6 | 12.6 |
| 4 | Emmons | "C" | Mesaverde | Raw | | — | — | — | — |
| 5 | Green Valley No. 1 | Uncorrelated | Mesaverde | Raw | | — | — | — | — |
| 6 | Green Valley No. 2 | Uncorrelated | Mesaverde | Raw | | — | — | — | — |
| 7 | Independent No. 2 | No. 2 | Mesaverde | Raw | | — | — | — | — |
| 8 | King | Brookside | Mesaverde | Raw | | — | — | — | — |
| | King | Uncorrelated | Mesaverde | Raw | | 5.6 | 78.0 | 1.6 | 9.9 |
| 9 | Raven | Uncorrelated | Mesaverde | Raw | | 4.8 | 68.5 | 1.6 | 13.2 |
| 10 | Red Canon No. 1 | Rollins | Mesaverde | Raw | | — | — | — | — |
| 11 | Red Mountain | Uncorrelated | Mesaverde | Raw | | — | — | — | — |
| 12 | States | Rollins No. 1 | Mesaverde | Raw | | 5.0 | 68.5 | 1.4 | 11.9 |
| 13 | Tomahawk | Green Valley | Mesaverde | Raw | | — | — | — | — |
| 14 | Top | Green Valley | Mesaverde | Raw | | — | — | — | — |
| 15 | Coryell | Allen | Williams Fork | Raw | | 4.9 | 75.5 | 1.8 | 12.1 |
| 16 | Diamond | Uncorrelated | Williams Fork | Raw | | — | — | — | — |
| 17 | Marion-Kilroy | Anderson | Williams Fork | Raw | | 5.4 | 77.9 | 1.8 | 10.7 |
| 18 | New Castle | Wheeler | Williams Fork | Raw | | 5.2 | 75.0 | 1.6 | 10.8 |
| 19 | New Castle-Vulcan | Allen | Williams Fork | Raw | | 5.4 | 75.9 | 1.8 | 10.5 |
| 20 | New South Canon | Uncorrelated | Williams Fork | Raw | | — | — | — | — |
| 21 | Rex | Allen | Williams Fork | Raw | | 5.0 | 74.5 | 1.7 | 13.9 |

Table 5 — Average proximate analyses[1] of selected coals from mines in southeastern Piceance Creek basin (cont.)

| F.C. (AR) | F.C. (DMMF) | Ash | S | Btu (AR) | Btu (MMMF) | Map Index No. |
|---|---|---|---|---|---|---|
| 51.8 | 58.3 | 10.2 | 0.6 | 11,840 | 13,200 | 52 |
| 49.7 | 56.7 | 11.2 | 0.8 | 11,730 | 13,230 | 53 |
| 53.6 | 58.9 | 8.3 | 0.5 | 13,030 | 14,270 | 54 |
| — | 70.1 | 4.6 | 0.5 | 14,680 | — | 55 |
| 67.2 | 75.3 | 9.7 | 0.7 | 13,600 | 15,150 | 56 |
| 68.7 | 75.8 | 8.3 | 0.7 | 13,940 | 15,280 | 57 |
| 69.0 | 74.5 | 4.0 | 1.5 | 14,576 | 15,261 | 58 |
| 66.8 | 76.2 | 7.5 | 0.8 | 13,940 | 15,206 | 59 |
| 58.0 | — | 6.4 | 0.5 | 14,150 | — | 60 |
| 55.6 | 66.0 | 14.1 | 1.2 | 12,840 | 15,090 | 61 |
| 60.3 | 66.9 | 8.9 | 1.0 | 13,740 | 15,210 | 61 |
| 56.8 | 66.3 | 12.9 | 0.9 | 12,690 | 14,670 | 61 |
| 58.2 | 67.4 | 12.3 | 1.1 | 13,220 | 15,210 | 62 |
| 58.4 | 64.0 | 7.9 | 0.7 | 13,750 | 15,020 | 63 |

Table 6 — Average ultimate analyses[1] and coking characteristics[2] of selected coals from mines in southeastern part of Piceance Creek basin (continued)

| Ash Softening Temp. (deg. F) | F.S.I. [3] (Low) | F.S.I. (High) | H.G.I. [4] (Low) | H.G.I. (High) | Coal Rank | Map Index No. |
|---|---|---|---|---|---|---|
| 2,090 | — | — | — | — | hvCb | 1 |
| 2,480 | 1.0 | 1.5 | 55 | 57 | hvBb | 2 |
| 2,910 | — | — | — | — | hvCb | 3 |
| 2,670 | 1.0 | 1.5 | 50 | 55 | hvCb | 4 |
| 2,430 | — | — | — | — | hvCb | 5 |
| 2,440 | — | — | 50 | 59 | hvCb | 6 |
| 2,910 | — | — | — | — | hvCb | 7 |
| — | — | — | — | — | hvAb | 8 |
| 2,860 | 3.0 | 5.0 | 46 | 51 | hvAb | 8 |
| 2,830 | — | — | — | — | hvCb | 9 |
| 2,520 | — | — | — | — | hvCb | 10 |
| 2,880 | — | — | — | — | hvCb | 11 |
| 2,890 | 1.5 | 1.5 | 53 | 53 | hvCb | 12 |
| 2,870 | — | — | 46 | 55 | hvCb | 13 |
| 2,510 | — | — | 47 | 56 | hvCb | 14 |
| — | — | — | — | — | hvAb | 15 |
| 2,460 | — | — | — | — | hvCb | 16 |
| 2,270 | 2.5 | 2.5 | 52 | 52 | hvAb | 17 |
| 2,430 | 2.0 | 3.0 | 53 | 52 | hvBb | 18 |
| 2,210 | 1.0 | 1.0 | 52 | 52 | hvBb | 19 |
| 2,270 | — | — | 53 | 53 | hvCb | 20 |
| 2,150 | — | — | 51 | 51 | hvCb | 21 |

BLM_0105032

Table 6 — Average ultimate analyses[1] and coking characteristics[2] of selected coals from mines in southeaste
part of Piceance Creek basin (continued)

| Map Index No. (Fig. 2) | Mine Name | Producing Coal Bed | Formation | Type of Sample | Coking Coal (C) | H (%) [2] | C (%) | N (%) [2] | (% |
|---|---|---|---|---|---|---|---|---|---|
| 22 | South Canon No. 1 | Wheeler | Williams Fork | Raw | | — | — | — | — |
| | South Canon No. 1 | Uncorrelated | Williams Fork | Raw | | 5.4 | 76.9 | 2.0 | 12.9 |
| 23 | South Canon No. 2 | Uncorrelated | Williams Fork | Raw | | — | — | — | — |
| 24 | Sunlight (Four Mile) | Uncorrelated | Williams Fork | Raw | | — | — | — | — |
| 25 | Vulcan | Allen | Williams Fork | Raw | | 5.1 | 70.8 | 1.6 | 16. |
| 26 | Zemlock | Uncorrelated | Williams Fork | Raw | | — | — | — | — |
| 27 | Alpine | No. 2 (Lower Baldwin) | Mesaverde | Raw | | — | — | — | — |
| 28 | Baldwin (New) | Uncorrelated | Mesaverde | Raw | | 5.2 | 74.0 | 1.8 | 12. |
| 29 | Baldwin Star | Uncorrelated | Mesaverde | Raw | | 5.3 | 72.9 | 1.6 | 13. |
| 30 | Bear | Coal Basin "B" (Juanita "C") | Williams Fork | Raw | C | 5.3 | 75.7 | 1.8 | 9. |
| 31 | Black Beauty | "E" | Williams Fork | Raw | | 5.4 | 78.0 | 1.8 | 10. |
| 32 | Bulkley No. 2 | Uncorrelated | Mesaverde | Raw | | — | — | — | — |
| 33 | Crested Butte | Crested Butte | Mesaverde | Raw | C | — | — | — | — |
| 34 | Edwards | "B" | Williams Fork | Raw | C | — | — | — | — |
| | Edwards | "C" | Williams Fork | Raw | C | — | — | — | — |
| 35 | Hawks Nest | "E" | Williams Fork | Raw | C | 5.4 | 78.3 | 1.8 | 10. |
| 36 | Hawks Nest East (No. 2) | "E" | Williams Fork | — | C | — | — | — | — |
| 37 | Hawks Nest West (No. 3) | "E" | Williams Fork | — | C | — | — | — | — |
| 38 | Nu-Mine | Uncorrelated | Mesaverde | Raw | | — | — | — | — |
| 39 | Nu-Mine No. 2 | Uncorrelated | Mesaverde | Raw | | 5.1 | 74.9 | 1.5 | 12. |
| 40 | Ohio Creek No. 1 | Uncorrelated | Mesaverde | Raw | C | 5.4 | 74.8 | 1.6 | 12. |
| 41 | Ohio Creek No. 2 | Uncorrelated | Mesaverde | Raw | C | 5.2 | 75.5 | 1.7 | 11. |
| 42 | O.C. Mine No. 2 (new) | Kubler | Mesaverde | — | C | — | — | — | — |
| 43 | Oliver No. 1 | Oliver ("D"?) | Williams Fork | Raw | | — | — | — | — |
| 44 | Oliver No. 2 | Oliver ("D"?) | Williams Fork | Raw | | — | — | — | — |
| 45 | Oliver No. 3 | "E" | Williams Fork | Raw | | 5.1 | 78.3 | 1.8 | 10. |
| 46 | Richardson | Kubler | Mesaverde | Raw | | 5.3 | 77.8 | 1.8 | 8. |
| 47 | Somerset | Various | Williams Fork | Raw | C | 5.2 | 74.4 | 1.6 | 9. |
| | Somerset | "1B" | Williams Fork | Raw | C | — | — | — | — |
| | Somerset | "3C" | Williams Fork | Raw | C | — | — | — | — |
| 48 | Blue Flame | Cameo | Mt. Garfield | Raw | | — | — | — | — |
| 49 | Grand View | Cameo (?) | Mt. Garfield | — | | — | — | — | — |
| 50 | Midwest Red Arrow | Palisade | Mt. Garfield | Raw | | 5.3 | 74.7 | 2.0 | 9. |
| 51 | Palisade | Palisade | Mt. Garfield | Raw | | — | — | — | — |
| 52 | Roadside | Cameo | Mt. Garfield | Raw | | 5.0 | 73.2 | 1.5 | 10. |
| 53 | Winger | Cameo | Mt. Garfield | Raw | | — | — | — | — |
| 54 | Aspen Gulch | Sunshine | Williams Fork | Raw | C | 5.2 | 76.3 | 1.8 | 8. |
| 55 | Bear Creek | Coal Basin "B" | Williams Fork | Raw | C | — | — | — | — |
| 56 | Coal Basin | Coal Basin "B" & "C" | Williams Fork | Raw | C | 4.9 | 80.5 | 1.9 | 2. |
| 57 | Dutch Creek No. 1 | Coal Basin "B" | Williams Fork | Raw | C | 4.8 | 81.9 | 2.0 | 2. |
| 58 | Dutch Creek No. 2 | Dutch Creek | Williams Fork | Raw | C | 5.4 | 81.9 | 1.9 | 5. |
| 59 | L.S. Wood | Coal Basin "B" | Williams Fork | Raw | C | 5.1 | 80.0 | 1.8 | 5. |
| 60 | Spring Gulch | "A", "B", "C", Allen, Anderson, & Sunshine | Williams Fork | Raw | C | 5.1 | 78.0 | 1.6 | 8. |
| 61 | Thompson Creek No. 1 | "A" | Williams Fork | Raw | C | 4.9 | 72.8 | 1.9 | 5.1 |
| | Thompson Creek No. 1 | "B" | Williams Fork | Raw | C | 5.2 | 76.5 | 2.0 | 6. |
| | Thompson Creek No. 1 | "A" & "B" | Williams Fork | Raw | C | 5.0 | 74.6 | 1.8 | 4. |
| 62 | Thompson Creek No. 2 | "A" & "B" | Williams Fork | Raw | C | — | — | — | — |
| 63 | Thompson Creek No. 3 | Sunshine | Williams Fork | Raw | C | 5.1 | 79.0 | 1.7 | 5. |

[1] From Collins, 1976, and U.S. Bureau of Mines, 1976
[2] From U.S. Bureau of Mines, 1976
[3] F.S.I. = free-swelling index
[4] H.G.I. = Hardgrove grindability index

BLM_0105033

Table 6 — Average ultimate analyses[1] and coking characteristics[2] of selected coals from mines in southeastern part of Piceance Creek basin (continued)

| Ash Softening Temp. (deg. F) | F.S.I. [3] (Low | F.S.I. (High) | H.G.I. [4] (Low) | H.G.I. (High) | Coal Rank | Map Index No. |
|---|---|---|---|---|---|---|
| 2,820 | — | — | — | — | hvBb | 22 |
| 2,400 | — | — | — | — | hvBb | 22 |
| 2,470 | — | — | — | — | hvBb | 23 |
| 2,470 | 1.0 | 1.0 | 47 | 48 | hvBb | 24 |
| — | — | — | — | — | hvAb | 25 |
| 2,080 | — | — | 56 | 56 | hvCb | 26 |
| 2,280 | — | — | — | — | hvCb | 27 |
| 2,270 | — | — | 51 | 53 | hvCb | 28 |
| 2,170 | — | — | — | — | hvCb | 29 |
| 2,590 | 1.0 | 3.0 | 46 | 56 | hvBb | 30 |
| 2,280 | 1.0 | 2.0 | 51 | 53 | hvBb | 31 |
| 2,490 | — | — | — | — | hvBb | 32 |
| 2,480 | — | — | — | — | hvAb | 33 |
| 2,450 | 2.5 | 2.5 | 46 | 46 | hvBb | 34 |
| 2,550 | 1.5 | 3.0 | 49 | 55 | hvBb | 34 |
| 2,290 | 1.5 | 4.0 | 51 | 56 | hvBb | 35 |
| — | — | — | — | — | hvBb | 36 |
| — | — | — | — | — | hvBb | 37 |
| 2,270 | — | — | — | — | hvCb | 38 |
| 2,390 | — | — | 48 | 50 | hvCb | 39 |
| — | — | — | — | — | hvCb | 40 |
| 2,300 | — | — | — | — | hvCb | 41 |
| 2,290 | — | — | 53 | 53 | hvCb | 42 |
| 2,360 | — | — | — | — | hvBb | 43 |
| 2,630 | 1.5 | 2.0 | 49 | 55 | hvBb | 44 |
| 2,350 | 1.5 | 1.5 | 50 | 50 | hvBb | 45 |
| 2,510 | — | — | — | — | hvAb | 46 |
| 2,560 | 4.0 | 4.0 | — | — | hvBb | 47 |
| 2,480 | 2.0 | 2.5 | 44 | 46 | hvBb | 47 |
| 2,680 | 3.5 | 3.5 | 55 | 55 | hvBb | 47 |
| 2,790 | 1.0 | 1.5 | 47 | 55 | hvBb | 48 |
| — | — | — | — | — | sub A(?) | 49 |
| 2,320 | — | — | — | — | hvBb | 50 |
| 2,500 | — | — | — | — | hvBb | 51 |
| 2,790 | 1.0 | 2.0 | 53 | 58 | hvBb | 52 |
| 2,880 | 1.0 | 1.5 | 53 | 54 | hvBb | 53 |
| 2,700 | 3.0 | 3.0 | 52 | 52 | hvAb | 54 |
| — | — | — | — | — | mvb | 55 |
| 2,310 | 9.0 | 9.0 | — | — | mvb | 56 |
| 2,290 | 9.0 | 9.0 | 110 | 110 | mvb | 57 |
| 2,270 | 9.0 | 9.0 | — | — | mvb | 58 |
| 2,370 | 9.0 | 9.0 | — | — | mvb | 59 |
| — | — | — | — | — | hvAb | 60 |
| 2,870 | 8.0 | 8.0 | 83 | 83 | hvAb | 61 |
| 2,500 | 7.0 | 7.0 | 89 | 89 | hvAb | 61 |
| 2,620 | 9.0 | 9.0 | — | — | hvAb | 61 |
| 2,470 | 8.0 | 8.0 | 86 | 86 | hvAb | 62 |
| 2,430 | 7.0 | 8.0 | 69 | 71 | hvAb | 63 |

BLM_0105034

402

D. K. MURRAY, H. B. FENDER & D. C. JONES

BLM_0105035



EXPLANATION

hvAb (C)   Mine location and coal rank (see Table 4 for explanation of abbreviations), (C) coal is of coking (metallurgical) quality

CARBONDALE   Coal field

Abandoned beehive coking oven

Known distribution of anthracite

Bituminous coal under deep (>3,000 ft., 910 m.) cover

D.C. Jones, July, 1977

Fig. 7 — Map showing distribution of coking coal, coking ovens, anthracite, coal rank, and coal under deep (> 3,000 ft. or 910 m) cover, southeastern part of Piceance Creek basin.

COAL - SE PICEANCE BASIN

present in the original swamp, the water chemistry, and on other swamp conditions.

## Blending of Coking Coals

As a rule, the best metallurgical coke is made from high-volatile A or medium-volatile bituminous coal, or from blends of high- and low-volatile coal. Colorado coking coals in past years were coked individually, as were coals from many other regions. However, in recent years industry has found that excellent coke often can be achieved by blending two or three coals possessing different properties, even though none of the coals alone would produce a satisfactory metallurgical coke. Modern coal blending techniques practiced by the steel industry allow for excellent quality control of the resultant coke.

Bituminous coal from the Carbondale field formerly supplied the feed for the old beehive coking ovens at Cardiff, Jerome Park, and Redstone (Fig. 7). The beehive ovens would not allow very sophisticated coal blending, and as a result they were not able to compete with the newer slot-type ovens, which can accommodate a variety of coal blends. The last operating beehive ovens in the study area were those at Redstone, which were abandoned over 20 yrs ago.

## Coal Analyses

The U.S. Bureau of Mines classifies coking coals (restricted to high-, medium-, and low-volatile bituminous coals), based on sulfur and ash content, as follows:

Premium grade  — less than 1.0% sulfur, less than 8.0% ash
Marginal grade — 1.1-1.8 % sulfur, 8.1-12% ash
Latent grade   — 1.8-3.0% sulfur, 12.1-15.0% ash

The distribution of known coking coal mines in the study area is noted on Tables 1, 5 and 6 shown on Figure 7. Mines other than those indicated may have produced coal used for metallurgical purposes in the past, but no such record could be found.

Table 5 shows proximate analyses (moisture, volatile matter, fixed carbon, ash), sulfur content, and heat values for a number of mines in the area of interest. Table 6 displays ultimate analyses (content of hydrogen, carbon, nitrogen, oxygen), ash-softening temperature, free-swelling index, and Hardgrove grindability index, and apparent coal rank. Coal known to have definite coking properties is indicated in column six by "C" (after the type of sample). Note that most of the indicated coking coals exhibit the following properties: less than 10 percent oxygen, less than 40 percent volatile matter, free-swelling indices greater than 3, less than 8 percent ash, and less than 1 percent sulfur —— characteristics typical of premium-grade coking coals.

Today, medium-volatile to high-volatile A and B bituminous coals are in demand as coking-oven feed stock. However, as the available supply of these coals diminishes, the high-volatile C bituminous coals will assume greater importance. Essentially all of the mines listed on Tables 5 and 6 appear to contain coal of potential coking grade, at least when blended with lower volatile coals, which could significantly affect the future of the coal industry in Colorado.

## Coking Coal Production and Reserves

Utah is the largest producer of coking coal west of the Mississippi River, followed by Colorado and New Mexico. In 1976, Colorado produced 2.755 million tons of metallurgical-grade coal from 12 underground mines located in Gunnison and Pitkin Counties, in the southeastern part of the Piceance Creek basin, and in Las Animas County, in the Raton basin of southeastern Colorado (Fig. 1). Coking coal comprised 29 percent of all coal mined in the State last year. Approximately 77 percent of the coking coal mined in 1976 came from the study area. As of June 1, 1977, production of coking coal in this region was running 12 percent ahead of last year's.

The U.S. Bureau of Mines (Sheridan, 1976, Table 1) lists for Colorado the reserve base [1] of identified premium-grade [2] bituminous coals suitable for use in coke production, as of January 1974, as follows:

High-volatile content[3] (VM greater than 31%) — 611.84 million tons.

1975 Coking Coal Production, Colorado (Sheridan, 1976, Tables 2,3)

Premium grade: 2,070 thousand short tons (TST)

Marginal grade: 830 TST (all high-volatile; coals containing 8.1-12.0% ash, 1.1-1.8% sulfur)

It should be emphasized that the Bureau of Mines' definition of "reserve base" has serious limitations when applied to some regions in Colorado, including the subject area. Most of the active coking coal mines in the State are producing under cover varying from approximately 1,000 to over 2,500 ft, through drift or slope workings. The mine entries in these cases are situated along coal outcrop areas in the walls of canyons or valleys.

---

[1] Includes only those coal beds greater than 28 in. in thickness, less than 1000 ft in depth, measured and indicated; high-volatile C bituminous coals and coals of lesser rank are not considered coking coals.

[2] "Premium" refers to coals with less than 1.0% sulfur and less than 8% ash content.

[3] No medium- or low-volatile coals are listed for Colorado in the Bureau of Mines table.

404            D. K. MURRAY, H. B. FENDER & D. C. JONES

Clearly, considerable baseline work must be accomplished before the minable reserves and resources of coking coal in Colorado can be accurately determined. Much of the remaining effort relative to our coking coal project will be directed toward this end.

## SUMMARY AND CONCLUSIONS

1. This paper reports results obtained to date from two applied research projects funded by the U.S. Bureau of Mines and undertaken by the Colorado Geological Survey. These investigations include (a) evaluation of methane gas in Colorado coal beds and (b) study of coking coal deposits in Colorado.

2. The area of study for this paper includes the southeastern part of the large Piceance Creek structural basin, which is located within the Uinta coal-bearing region of eastern Utah and west-central Colorado. This is one of the most important coal-producing regions in the western United States, and it also is an area experiencing an accelerating search for natural gas.

3. Most of the coal in this region occurs in the Upper Cretaceous Mesaverde Group. The coal- and gas-bearing part of the Mesaverde sequence consists of a complex intertonguing of marine and transitional sandstone, shales, coals, etc. representing a series of east-west oscillations of the Late Cretaceous Western Interior seaway. Mesaverde stratigraphic terminology is complicated and presents many unresolved problems. The coals in the eastern part of the study area are believed to be of fresh-water, deltaic origin (Collins, 1976). Coals in the western part, on the other hand, were deposited in a coastal plain environment, according to Young (1966).

4. The area is structurally complex. Numerous Tertiary intrusive bodies occur in the eastern part of the region, from the Somerset to Crested Butte to Carbondale coal fields. The high heat flow characteristic of this region has raised the rank of much of its contained coal. This is probably the most important reason that very large resources of medium-to high-volatile coal are believed to occur here.

5. Ninety-seven percent of the total coal produced in the study area last year was used for metallurgical purposes; 78 percent of Colorado's coking coal production in 1976 came from mines in Gunnison and Pitkin Counties. Much of this consists of premium-grade coking coal (less than 1% sulfur, less than 8% ash) and includes the highest quality coking coal in the West. Because most of the coal deposits being mined in the area today occur under more than 1,000 ft of cover, they are not included in the U.S. Bureau of Mines reserve base estimates for premium-grade coking coal in Colorado.

6. Preliminary studies indicate that approximately 13 percent of the orginial in-place coal resources of Colorado, to depths of 6,000 ft, or about 31 billion tons, were deposited in the study area. Less than 0.5 percent of this large resource has been produced since the 1880's.

7. Nearly 25 percent of the State's total coal production in 1976 came from this area, all of it from underground mines. The 2.2 million tons produced from this five-county region in 1976 could increase to 6.5-7.0 million tons per yr by 1980-82 if optimum conditions prevail. Virtually all of the planned new coal production announced by industry for this area will come from underground mines.

8. The multiple, thick beds of high-volatile C bituminous coals found outside of the traditional coking coal districts within the investigated area constitute an attractive potential for metallurgical use. Although this lower rank coal to date has been used primarily for steam-electric generation, the low sulfur and ash content of much of this resource might make it amenable to modern methods of blending with higher rank coals to form a satisfactory coking-oven feed stock of marginal to premium grade.

9. The gassiest coal mines in the western United States are found in Coal Basin, Pitkin County, where each of the five mines emits from 0.9 to 2.2 million cu ft of methane per day.

10. The gas trapped in the relatively "tight" transitional to non-marine sandstones occurring in the middle part of the Mesaverde Group above the Rollins (Trout Creek) Sandstone is thought to have been derived from the numerous interbedded coals. The coal beds in this part of the sequence, which total over 50 ft in thickness in many places, could have generated large volumes of methane. An attractive potential exists throughout much of the study area for commercial production of pipeline-quality methane both from sandstone reservoirs and from fractured, gassy coal-bed reservoirs (by means of degasification through boreholes) that occur in the same sequence.

11. Large resources of "deep" (> 3,000 ft of cover) coal exist throughout much of the Piceance Creek basin, based on a preliminary evaluation utilizing geophysical and sample logs from a number of oil and gas test wells. Individual coal beds more than 40 ft in thickness have been noted in some instances at depths exceeding 7,000 ft. These presently unminable coals warrant investigation as to their potential for in-situ gasification to produce low Btu gas.

## ACKNOWLEDGMENTS

The illustrations were ably drafted by Cheryl Brehan, of the Colorado Geological Survey.

Much of the work presented herein was funded by U.S. Bureau of Mines Grant Agreement Nos. G0166008 (methane in coal) and G0264011 (coking coal). The assistance of Bureau of Mines personnel in their Pittsburgh, PA office is gratefully acknowledged.

"The contents herein were developed through the use of funds provided by the U.S. Department of the Interior, Bureau of Mines, and by this notice the Bureau does not agree or disagree with any of the ideas expressed or implied in this publication."

## SELECTED REFERENCES

American Society for Testing and Materials, 1975, Annual book of ASTM standards, Part 26, Gaseous fuels; Coal and coke; Atmospheric analysis: Philadelphia, A.S.T.M., 792 p. (Coal and coke, p. 179-428).

Averitt, Paul, 1966, Coking-coal deposits of the western United States: U.S. Geol. Survey Bull. 1222-G, 48 p. (Colorado: p. G27-G31).

Cashion, W. A., compiler, 1973, Geologic and structure map of the Grand Junction quadrangle, Colorado and Utah: U.S. Geol. Survey Map I-736 (1 sheet, scale 1:250,000).

Coal Age, 1973, United States Steel's Western District — Colorado, Utah: Coal Age, October, p. 131-136 (Somerset mine, Gunnison County, Colo. p. 133-134).

Collins, B. A., 1976, Coal deposits of the Carbondale, Grand Hogback, and southern Danforth Hills coal fields, eastern Piceance basin, Colorado: Colorado Sch. Mines Quart., v. 71, no. 1, January, 138 p.

Colorado Division of Mines, 1977, A summary of mineral industry activities in Colorado, 1976, Part 1: Coal: Denver, Colorado Dept. Natural Resources, 40 p.

Colorado Oil and Gas Conservation Commission, 1976, 1975 oil and gas statistics: Denver, Colorado Dept. Natural Resources, 156 p.

Donnell, J. R., 1959, Mesaverde stratigraphy in the Carbondale area, northwestern Colorado, in Symposium on Cretaceous rocks of Colorado and adjacent areas: Rocky Mtn. Assoc. Geologists, 11th Field Conf. Guidebook, p. 76-77.

———, 1962, Geology and coal resources of the Carbondale area, Garfield, Pitkin, and Gunnison Counties, Colorado: U.S. Geol Survey open-file rept., table, geologic map.

Dunn, H. L., 1974, Geology of petroleum in the Piceance Creek basin, northwestern Colorado, in Guidebook to the energy resources of the Piceance Creek basin, Colorado: Rocky Mtn. Assoc. Geologists, 25th Field Conf., p. 217-223.

Dunrud, C. R., 1976, Some engineering geologic factors controlling coal mine subsidence in Utah and Colorado: U.S. Geol. Survey Prof. Paper 969, 39 p. (includes data on Somerset mine, Gunnison County, Colo.).

Grosvenor, N. E., and Scott, R. L., 1976, Coking coals in the western United States: preprint of a paper presented at the SME-AIME Fall Meeting and Exhibit and the Third MMIJ-AIME Joint Meeting, Denver, Colorado, September 2, 13 p. plus 2 pl.

Gunter, C. E., 1962, Oil and gas potential of Upper Cretaceous sediments, southern Piceance basin, in Symposium on exploration for oil and gas in northwestern Colorado: Rocky Mtn. Assoc. Geologists, Field Conf. Guidebook, p. 114-118.

Haun, J. D., Cardwell, A. L., Herrod, W. H., and Cronoble, J. M., 1976, Oil and Gas resources of Colorado: Colorado Sch. Mines Mineral Industries Bull., v. 19, no. 5, September, 10 p.

Hileman, D. H., Collins, B. A., and Wilson, S. R., 1970, Coal Production from the Uinta region, Colorado and Utah: U.S. Bur. Mines Inf. Circ. 8497, 44 p.

Holt, R. D., 1972, Bibliography, coal resources in Colorado: Colorado Geol. Survey Bull. 34-A, 32 p.

Hornbaker, A. L., Holt, R. D., and Murray, D. K., 1976, 1975 summary of coal resources in Colorado: Colorado Geol. Survey Pub. 9, 17 p.

Humphrey, H. B., 1959, Coal mine explosions in the United States: U.S. Bur. Mines Inf. Circ. 7900.

Irani, M. C., Jansky, J. H., Jeran, P. W., and Hassett, G. L., 1977, Methane emission from U.S. coal mines in 1975, a survey (a supplement to Information Circulars 8558 and 8659): U.S. Bur. Mines Inf. Circ. 8733, 55 p.

Johnson, V. H., 1948, Geology of the Paonia coal field, Delta and Gunnison Counties: U.S. Geol. Survey Prelim. Coal Map.

Jones, D. C., and Murray, D. K., 1976, Coal mines of Colorado — statistical data: Colorado Geol. Survey Inf. Ser. 2, 27 p.

Landis, E. R., 1959, Coal resources of Colorado: U.S. Geol. Survey Bull. 1072-C, 232 p.

Lee, W. T., 1912, Coal fields of Grand Mesa and the West Elk Mountains, Colorado: U.S. Geol. Survey Bull. 510, 237 p.

Mallory, W. W., Editor-in-Chief, 1972, Geologic atlas of the Rocky Mountain region: Denver, Rocky Mtn. Assoc. Geologists, 331 p. ( see especially p. 34-44, 53, 56, 190-228, 229-232, 278-281, and 297-299).

McCulloch, C. M., and Deul, Maurice, 1977, Methane from coal, in Geology of Rocky Mountain coal — a symposium, D. K. Murray, ed.: Colorado Geol. Survey Resource Ser. 1, p. 121-136.

———, Levine, J. R., Kissell, F. N., and Deul, Maurice, 1975, Measuring the methane content of bituminous coal beds: U.S. Bur. Mines Rept. Inv. 8043, 22 p.

Millison, Clark, 1962, Accumulation of oil and gas in northwestern Colorado controlled principally by stratigraphic variations, in Symposium on exploration for oil and gas in northwestern Colorado: Rocky Mtn. Assoc. Geologists, Field Conf. Guidebook, p. 41-44.

Murray, D. K., and Haun, J. D., 1974, Introduction to the geology of the Piceance Creek basin and vicinity, northwestern Colorado, in Guidebook to the energy resources of the Piceance Creek basin, Colorado: Rocky Mtn. Assoc. Geologists, 25th Field Conf., p. 29-39.

Murray, F. N., 1966, The stratigraphy and structural geology of the Grand Hogback monocline: unpub. Ph.D. diss., Univ. Colorado, 219 p.

Mutschler, F. H., 1975, Impact of changing technology on the demand for metallurgical coal and coke produced in the United States to 1985: U.S. Bur. Mines Inf. Circ. 8677, 26 p.

National Academy of Sciences-National Research Council, 1963, Chemistry of coal utilization, supplementary volume, H. H. Lowry, ed., prepared by the Committee on Chemistry of Coal, Division of Chemistry and Chemical Technology: New York, John Wiley & Sons, Inc., 1142 p.

Quigley, M. D., 1965, Geologic history of Piceance-Eagle basins: Am. Assoc. Petroleum Geologists Bull., v. 49, no. 11, p. 1974-1996.

Sheridan, E. T., 1976, Supply and demand for United States coking coals and metallurgical coke: U.S. Bur. Mines Spec. Pub., 23 p.

Speltz, C. N., 1974, Coal resources of the Piceance Creek basin, Colorado, in Guidebook to the energy resources of the Piceance Creek basin, Colorado: Rocky Mtn. Assoc. Geologists, 25th Field Conf., p. 235-236.

Stach, E., Taylor, G. H., Mackowsky, M.-Th., Chandra, D., Teichmüller, M., and Teichmüller, R., 1975, Stach's textbook of coal petrology (translation and English revision by D. G. Murchison, G. H. Taylor, and F. Zierke): Berlin, Stuttgart, Gebrüder Borntraeger, 428 p.

Tichy, J. R., and Rettger, R. W., 1961, Divide Creek field [Garfield and Mesa Counties, Colorado], in Oil and gas field volume, Colorado-Nebraska: Rocky Mtn. Assoc. Geologists, p. 110-111.

Toegnes, A. L., and others, 1952, Coal deposit, Coal Creek district, Gunnison County, Colorado: U.S. Bur. Mines Bull. 501, 83 p.

Tweto, Ogden, 1976, Preliminary geologic map of Colorado: U.S. Geol. Survey Map MF-788 (2 sheets, scale 1:500,000).

———, Moench, R. H., and Reed, J. C., Jr., compilers, 1976, Preliminary geologic map of the Leadville 1° x 2° quadrangle, northwestern Colorado: U.S. Geol. Survey Map MF-760 (1 sheet, scale 1:250,000).

———, Steven, T. A., Hail, W. J., Jr., and Moench, R. H., compilers, 1976, Preliminary geologic map of the Montrose 1° x 2° quadrangle, southwestern Colorado: U.S. Geol. Survey Map MF-761 (1 sheet, scale 1:250,000).

U.S. Bureau of Land Management, 1977, Draft environmental assessment record, Coal Lease Sale Application C-25098, applicant: Colorado Westmoreland, Inc. [Delta and Gunnison Counties]: Montrose District, Bureau of Land Management, June 23, variously paged.

U.S. Bureau of Mines, 1976, Coal analysis data for the State of Colorado: U.S. Bur. Mines open-file rept., 32 p.

Waltman, R. M., 1961, Plateau field [Mesa County, Colorado], in Oil and gas field volume, Colorado-Nebraska: Rocky Mtn. Assoc. Geologists, p. 216-217.

Warner, D. L., 1964, Mancos-Mesaverde (Upper Cretaceous) intertonguing relations, southeast Piceance basin, Colorado: Am. Assoc. Petroleum Geologists Bull., v. 48, no. 7, p. 1091-1107.

Young, R. G., 1959, Cretaceous deposits of the Grand Junction area, Garfield, Mesa and Delta Counties, Colorado, in Symposium on Cretaceous rocks of Colorado and adjacent areas: Rocky Mtn. Assoc. Geologists, 11th Field Conf. Guidebook, p. 17-25.

———, 1960, Mancos Shale and Mesaverde Group of Palisade area, in Guide to the geology of Colorado: Geol. Soc. America, Rocky Mtn. Assoc. Geologists, Colorado Sci. Soc., p. 85-86.

———, 1966, Stratigraphy of coal-bearing rocks of the Book Cliffs, Utah-Colorado, in Central Utah coals: Utah Geol. and Mineralog. Survey Bull. 80, p. 7-20.

BLM_0105038

5

12/16

## Coal Industry Meeting Questions    12/16/09

Nucla - Naturita Coal Field  — George O'Hara
                                    Western Fuels

1. Delineate areas of interest on KRCRA or other maps.

    see notes.
    Also, we will send him CD w/ cut-out of his region.
    (Dusty will show David the boundary.)

2. What is the minimum and maximum thickness of a seam for minable coal? (USGS Circular has 2+ feet for min. and 10 to 15 ft for max.) How about the projection of min/max mineable thickness for 20-30 years in future?

    0.75' min provided other coal present (individual lift)
    Max stripping ratio, 20:1 cutoff ratio
    6-10 is favorable, but cut off is 20.

3. What is their acceptable maximum overburden thickness (today's standards)?

    100-120'

4. What is their acceptable maximum overburden thickness of hypothetical future coal?

    ~150'

5. Do they have coal quality data for us? Sulfur, ash, BTU — 10,500 BTU
    MAF >14,000                              21-25% ash         moisture
                                                                2 bob avg.
    Typically burned at plant: 1lb
    This coal isn't washed. This isn't a washable resource. Plant has a
                                rotary breaker (for clastic
6. Do they have projection maps for next 20 years?   dikes) — SS upwards onto coal
    Cyprus Block                              well-cemented ss (almost
    NHM adjacent north                        Also called "spars"   quartzite)

7. Are there other areas of interest (i.e., Oak Mesa, Cedaredge, etc.)?

    Maverick Draw
    Redvale
    Hamilton        (Dry Gulch Basin)

8. Can they share their exploration logs and data? (Desty has them?)
    Dusty will show me 3rd park.
    Cross Section of 2nd park.

9. Are they comfortable with the description on p. 14 of GMUG report of A, B, C, etc. seams = certain coal zones? Is that the standard they all accept? Nomenclature came from
                                                                     Peabody,
    ⎧ UD 1              > 6-20' of interburden
    ⎨ LDx  — best/shortest  > 30' of interburden
    ⎩ Nucla Seam — 2-3', dirty (ashy), carb shale w/ thin stringers
         20-30' to green shale/siltstone                    of coal,

6

12/16 Wed Mtg. w/ Western Fuels (George O'Hara) 12/16

Nucla New Horizon Mine (also Sunny side, Utah plant)

Fluidized bed (combustion) must have > 8,000 BTU coal, (optimum = 9,200 BTU)
Burns high sulfur coal, ~400,000 t
scrubs sulfur in the burning process, but inefficient coal/yr
two boilers — limestone (gypsum — hydry 1504?) is fed into bed w/ coal + it is circulated
Gypsum + carbonates are disposed of in cells S. of Naturita (permit
cells are east of Hamilton Mine (uranium)) Also reduces NOx emissions.
(nitric oxides)

Change KRCRA to "known resource area" Desdy has less.
Third Park — area of interest. There is coal, but it is low BTU. (~ 8,000) carbonaceous shale.
Cyprus Block has 3 old UG coal mines. (split coal) (LDx seam was thin w/ lots of parting)
Second Park — They have drilled, No interest. First Park — NH Mine (extends onto 2nd park)
LDx = Lower Dakota (up to 3.5' thick)  They many come together @
UDi = Upper " (up to 1.5' thick)  Merge point near Redvale.
If it has less overburden, the coal is oxidized (78-8300 BTU) lowers energy.
* On temp map w/ Dakota - overlay fed min's everywhere + show
area inside Dakota cropline, Top of Morrison.
Overburden Thickness - <20' is too oxidized ("bug dust") and wet
35 - 40' is optimum
100-170' is maximum (depends on SR)
Stripping ratio 13:1  (6-7' NH mine)
portals (no shafts)  of coal

Underground potential - (Depends on Rangely)
Possibly highwall mining, It does have parting, which is a problem for UG mine
"Continuous miner" - 230,000 to 500,000 tons produced by old
mines in Cyprus Block. Hamilton Mine was operated by W.Fuels.
Coal in that area has too thin
Dry Creek Basin - they had a license in of overburden (partition) than
mid-90's to drill, but never drilled. Continue full section.

Redvale - area of interest
Disappointment Valley - thick section of coal was found during drilling, but too high in ash.
LDX - if seam is intact
transition - volcanic ash, marker parting
LDX + UDi can be 5-6 feet apart + sometimes 15+ feet
Seam is w/in 100 ft. of top of Dakota.

7

12/16

## Wed Mtg w/ George O'Hara

LDx = 5-8' thick (generally 5') It maintains its thickness throughout, but the presence of partings changes throughout area.

Deltaic sand + transgressive (Cretaceous sea was retreating)

stripping ratio = cy/ton   overburden ratio = ft/ft

for 30' overburden + 3' coal = 8.2 SR.

85 pct recoverable   Max is a stripping ratio of 20:1.

With less overburden, oxygen degrades coal.

<u>Nucla Syncline</u> – strikes NW + crosses Cyprus Block Area.

dips up onto Plateau + up towards Paradox Basin.

Best stripping ratio is around 8-10,

3.7 yds   (6.5×85/2000 = 0.276)

$\frac{100 \text{ ft O.B.}}{6.5 \text{ ft coal}}$ = $\frac{\text{overburden}}{\text{ratio}}$   $\frac{3.7}{0.276}$ = 13.4 : 1   $100\frac{ft}{yd}/\frac{yd^3}{yd} = \frac{3.7 \text{ yd}^3}{9.1 \text{ ft}}$ = 13.4

<u>Haulage</u> – they haul to plant @ Nucla for strippable coal

12% royalty by Fed's, which is higher than private land royalty.

<u>Maverick Draw</u> is @ power plant site. Most coal being mined is <10 miles away. There is coal in Maverick Draw, but it is oxidized.

Coals in Cyprus Block/have >10,000 BTU

LDx = { ash is 19-22 ash % } w/ distribution
{ Sulfur = .6 to .75 % }

UD1 = higher ash + sulfur
lower BTU



free dig (no blasting)

SS – drill + blast   ← lower quality   (min thickness = 0.75') minable } thicker than blended

LDx   ← higher quality

1.5'

5'

<u>Tuttle Draw</u> – showed potential in Eakins report.

<u>Dry Creek</u> – (outside UFO area) – showed potential + should be coal resource area. One borehole had 3 coal seams of 5-7.'

W. Fuels has enough co. ( thru 2019.

<u>Disappointment Valley</u> – also has Fed. coal, but not good quality.

<u>Monogram Mesa</u> – S. of Naturita. Eakins report shows 3-5' thick multiple seams.

BLM_0105041

8

<u>Wed. Mtg. w/ George O'Hara</u>                                          12/16

Methane gas recovery — much of gas escapes in outcrops.
There isn't enough overburden to contain gas.
MSHA doesn't require methane gas testing on strip mines.

Clastic dikes (spars) — squirt up from below from
differential compaction, Shales compact 50%, SS doesn't compose,
Coal compacts 8-10 x's   (50' peat = 5' coal)
Also, the shale contributes moisture.
<u>Rank</u> - low Vol bituminous B(fixed carbon volatile)

           * rotary breaker at plant
                 removes dikes



**WESTERN
FUELS
ASSOCIATION
INC.**
*The National
Fuel Supply
Cooperative*

PO Box 33424
Denver, CO 80233-3424

Telephone 303/254-3076
Fax 303/254-3079
E-mail george@westernfuels.org

**George M. O'Hara**
*Director of Technical Services*

Coal

15

1/29

Meeting w/ Dusty — for photos    _Fri._

#100 - 058L    C + F seams

O seam

D-seam ss (red)

B seam

Rollins SS (white)

Photo taken on Steven's Gulch Rd. looking NE
Photo # WEM_LM_1  - ask Wendell (it has 2 miners sitting)

3, George O'Hara sent a strat, column for Nucla Dakota coal

2/1    _Mon_

1, Talk w/ Dusty about Dakota coal mapping

2/2    _Tues,_

1. Talk w/ Dusty about Dakota coals

2. Talk w/ David about map edits,

2/4    _Thur_

1, Figures from V. Barkey report
  Fig. M-5 - nomenclature
  Fig. M8-12 - Isopach in Area 1
  Fig. M 13-16 - Isopach for overburden
  M 17 - historic mines

Communication that is relevant to documentation.

2/8  1. George O'Hara   (303) 450-4233
  Clarify seam thickness and mining methods/equipment.
  Run by him our thoughts on high vs. low/mod. potential in
  Dakota Coal (before mtg. w/ Dusty).

# Coal

18

2/16

1. Dusty –
"underground–drift" on strike
"underground–slope" on dip
joint fractures – find primary fracture, then mine oblique to joint set so that roof fractures are at ∡'s to coal beds.
website – phrase.com

2. David – 3 maps    Meeting Friday @ 9am
1.) Dakota coal potential
2.) Fr + Kmv coal potential
3.) KRCRA

---

Thur    2/18

1. Jim K[illegible], Oxbow 929-5806    Dusty:
\# trains/day ≅ 4 (1 mile long)    14-16 tons/yr (max
tons/car = 100
coal/train = 100 (10,000 ton unit)

100 tons/car (avg) (95-105 range)
loadouts – computer controls amt. (capable to load w/in 100 lbs)

$80 barrel / 42 gal/bar. ≅ 1.9/gal
~~Dry Creek Valley~~
15/365 / 10,000

,63¢/coal

Dry Black Gypsum into South = +18 yrs ≅ 3.8 trains/day
area to North = another 7 yrs (New Horizon North)
permit is to 2013

2. George O'Hara
up to 420,000 tons/yr (~~depending~~ depending on Btu of coal)
FBC is relatively inefficient = 10,500–11,500 (9200 Btu/hr = conv. plant)
takes a lot of ash to burn properly
where is limestone from? Glenwood? Mid-Continent Mine
stoker plant until 1984 (30 MW)
Now 100 MW plant (typically around 90 MW)
limiting factor – reserves are limited, plant's capacity
Plant for another 30 yrs

19                                 <u>Coal</u>

Communication that
occured on 2/18 is relevant
to documentation.

2/18                                          <u>Fri.</u>

1. Meet w/ David to produce maps
   $9 - 12^{45} = 3.75$ }$5.75$
   $1^{30} - 3^{30} = 2.0$

---

2/22                                 <u>Mon</u>

1. KRCRA - Wilderness + non-Federal coal , Mtg. w/ David & Dusty
   David will re-do Fig. 19 - Active Coal Leases
   mark - existing leases

2. Nucla Station   100 mW        org. plant = 1957-59 constr.
                                  re-powering = 1985-1987
   Station receives up to 64  25-ton loads/day

2/23                                 <u>Wed.</u>

1. David - Nucla area didn't match allo gnite parcels
   moved area goes beyond map        729-2089 cell

2/24                                 <u>Thur</u>

1. mtg. w/ Lynn Lewis. Discuss various items in Coal Report.
   Make notes on draft.

Chapter F

# Coal Availability, Recoverability, and Economic Evaluations of Coal Resources in the Colorado Plateau: Colorado, New Mexico, and Utah

*By* Timothy J. Rohrbacher,[1] Carol L. Molnia,[1] Lee M. Osmonson,[1] M. Devereux Carter,[2] Wynn Eakins,[3] Gretchen K. Hoffman,[4] David E. Tabet,[5] Janet E. Schultz,[3] David C. Scott,[6] Dale D. Teeters,[6] Glen E. Jones,[4] Jeffrey C. Quick,[5] Brigitte P. Hucka,[5] *and* John A. Hanson[5]



*Click here to return to Disc 1 Volume Table of Contents*

Chapter F *of*
**Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

*Edited by* M.A. Kirschbaum, L.N.R. Roberts, *and* L.R.H. Biewick

U.S. Geological Survey Professional Paper 1625–B*

[1] U.S. Geological Survey, Denver, Colorado 80225
[2] U.S. Geological Survey, Reston, Virginia 20192
[3] Colorado Geological Survey, Denver, Colorado 80203
[4] New Mexico Bureau of Mines and Mineral Resources, Socorro, New Mexico 87801
[5] Utah Geological Survey, Salt Lake City, Utah 84114
[6] DST and Associates, Lakewood, Colorado 80228
* This report, although in the USGS Professional Paper series, is available only on CD-ROM and is not available separately

U.S. Department of the Interior
U.S. Geological Survey

BLM_0105046

# Contents

Introduction ............................................................................................................................ F1
    The National and Regional Perspective .................................................................................. 1
    Concepts of Economic Evaluation for Coal Resources ............................................................ 1
    Purpose ............................................................................................................................... 2
    Coal Availability and Recoverability Studies: Early Studies to Present Studies ...................... 3
    Methodology ........................................................................................................................ 5
        Coal Availability, Recoverability, and Economic Evaluation Terminology ......................... 5
        Restrictions to Mining ..................................................................................................... 6
        Calculating Reserves from Resources ............................................................................... 6
            Mine Planning ........................................................................................................... 6
            Resource Recovery .................................................................................................... 7
            Mining Costs and Reserve Calculations ...................................................................... 8
Acknowledgments .................................................................................................................. 9
Colorado Plateau Studies ....................................................................................................... 9
    Introduction ......................................................................................................................... 9
    State Geological Survey Cooperative Programs ................................................................... 10
        Colorado Studies .......................................................................................................... 10
        New Mexico Studies ...................................................................................................... 11
        Utah Studies ................................................................................................................. 13
The Availability of Coal Resources in the Somerset 7.5' Quadrangle,
    West-Central Colorado .......................................................................................................... 14
    Introduction ....................................................................................................................... 14
    Coal Availability Evaluation Methodology ............................................................................ 15
        Factors Affecting the Availability of Coal Resources ....................................................... 15
            Unsuitability Criteria Determinations ........................................................................ 16
            Other Land-Use Issues ............................................................................................. 16
            Technologic Factors ................................................................................................. 16
    Overview of the Study Area ................................................................................................. 17
        Location and Physiographic Setting ................................................................................ 17
        General Geology of the Somerset Quadrangle and Vicinity ............................................. 19
        Principal Coal Beds ...................................................................................................... 20
        Correlation of Coal Beds ................................................................................................ 20
        Coal Mining History ...................................................................................................... 20
    Results: Coal Resources and Coal Available for Mining in the
        Somerset Quadrangle, Colorado ................................................................................... 20
        Coal Resource Categories ............................................................................................. 25
    Summary ............................................................................................................................ 25
        Original Coal Resources ................................................................................................ 25
        Mined-Out and Remaining Coal Resources .................................................................... 25

BLM_0105047

Restrictions and Available Coal Resources ........................................................................... 25
Availability of Coal Resources in the Fruitland Formation, San Juan Basin,
    Bisti Study Area, Northwest New Mexico .......................................................................... 29
    Introduction ........................................................................................................................ 29
    Geologic Setting ................................................................................................................. 29
        Coal Geology .................................................................................................................. 29
        Coal Quality ................................................................................................................... 30
        Available Data ................................................................................................................ 34
    Coal Availability Studies in New Mexico ............................................................................ 35
        Detailed Methodology .................................................................................................... 35
        Review of Restrictions .................................................................................................... 36
            Technological Restrictions ......................................................................................... 37
            Land-Use Restrictions ............................................................................................... 38
            Previous Mining ........................................................................................................ 40
    Bisti Study Area Resources ............................................................................................... 41
        Restrictions with Potential for Mitigation ...................................................................... 41
        Other Coal-Resource Studies ........................................................................................ 42
    Summary .......................................................................................................................... 42
Coal Availability in the Northern Wasatch Plateau Coal Field, Utah ........................................ 43
    Abstract ............................................................................................................................. 43
    Introduction ....................................................................................................................... 43
        Location and Mining History .......................................................................................... 43
        Geology .......................................................................................................................... 43
    Methodology ..................................................................................................................... 43
        Past Mining ................................................................................................................... 46
        Technical Restrictions .................................................................................................... 46
        Land-Use Restrictions ................................................................................................... 47
    Resource Categories ......................................................................................................... 49
        Reliability ...................................................................................................................... 49
        Thickness ....................................................................................................................... 49
        Overburden .................................................................................................................... 50
    Results .............................................................................................................................. 50
        Available Coal Resources ............................................................................................... 50
        Recovery Factors ........................................................................................................... 52
        Future Production .......................................................................................................... 52
    Summary .......................................................................................................................... 55
Resource Recovery, Economic Evaluation of Minable Coal Resources
    and Project Summary ........................................................................................................ 55
    Introduction ....................................................................................................................... 55
        Past Mining Methods ..................................................................................................... 55
        Present Mining Methods—Somerset and Northern Wasatch Plateau Coal Fields ...... 55
        Present Mining Methods—Bisti Study Area .................................................................. 56

Resource Evaluations .................................................................................................................... 57

The Somerset Quadrangle Study Area ........................................................................... 57

The Bisti Coal Field Study Area ....................................................................................... 58

The Northern Wasatch Plateau Study Area...................................................................... 59

Conclusion ....................................................................................................................................... 59

Selected References............................................................................................................................ 60

# Figures

1. The Rocky Mountains and Colorado Plateau region and its relationship to other coal regions in the National Coal Resource Assessment Project ...................... F2

2. Process steps and factors considered for the calculation of available coal and economically recoverable coal resources...................................................................... 3

3. Diagram depicting the growth in size of coal availability and recoverability resource evaluation study areas, 1986 to present ....................................... 4

4. Coal availability and recoverability study areas in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah............................................................................ 10

5. Coal mine locations in the Colorado Plateau..................................................................... 11

6. The Somerset coal field area location map showing active mines, and inset map showing the Somerset quadrangle study area within the Uinta coal region .................. 12

7. Bisti coal field area location map and inset map of study area and active mines .......... 13

8. The Northern Wasatch Plateau coal field area location map with local mines and accompanying relief map delineating the nine-7.5-minute-quadrangle study area and its relation to the Wasatch Plateau and Book Cliffs coal fields, central Utah ...................................................................................................... 14

9. Simplified topographic map of the Somerset quadrangle with land ownership and mine locations ................................................................................................................ 18

10. Generalized composite stratigraphic section showing coal beds and adjacent strata of the Somerset quadrangle, Colorado...................................................... 19

11. Data points and cross-section locations in the Somerset study area, Colorado ........... 21

12. Coal correlation cross section A-A', drawn generally E.-W., parallel to the North Fork of the Gunnison River........................................................................................... 22

13. Coal correlation cross section B-B', drawn generally N.-S., perpendicular to the North Fork of the Gunnison River ............................................................................. 23

14. Pie charts showing total original coal resources and available coal resources for the six major coal beds in the Somerset quadrangle ..................................................... 24

15. Tectonic map of the San Juan Basin, New Mexico............................................................. 30

16. Photograph taken near Bisti Trading Post, looking to the northeast ................................. 30

17. Photograph taken south of Bisti Trading Post, looking to the north.................................. 30

18. Geologic map of Bisti study area showing the location of drill-hole data, cross-section locations, and the Upper Cretaceous and lower Tertiary surficial geology...................................................................................... 31

BLM_0105049

19. Generalized stratigraphic column of Fruitland Formation showing coal seams in the Bisti study area, San Juan Basin, New Mexico ...................................................... 32

20. Isopach map of total coal in the Red coal seam in the Bisti study area, northwest New Mexico ............................................................................................... 32

21. Isopach map of total coal in the Green coal seam in the Bisti study area, northwest New Mexico ............................................................................................... 32

22. Histograms comparing thickness and parting characteristics for each coal seam, northwest New Mexico .............................................................................. 33

23. Cross section along structural strike in Bisti study area ....................................... 33

24. Cross section down structural dip in western part of the Bisti study area ..................... 34

25. Cross section down structural dip in eastern part of the Bisti study area ..................... 35

26. Histograms comparing weighted average analyses of ash, sulfur, and lb sulfur per million Btu's for the Fruitland Formation coal by seam in the study area and in the entire Bisti coal field .................................................................... 36

27. Map showing the thickness of overburden above the Red coal seam, Bisti study area, New Mexico ................................................................................... 37

28. Map showing the thickness of overburden above the Green coal seam, Bisti study area, New Mexico ................................................................................... 38

29. Mined-out areas and land-use restrictions in Bisti study area ......................................... 40

30. Histograms summarizing the calculated coal resources by seam in the Bisti study area, New Mexico ................................................................................... 41

31. Pie diagrams illustrating coal resources excluded by likely restrictions to mining, Bisti study area ....................................................................................................... 42

32. Quadrangle index map of the Northern Wasatch Plateau study area with locations of active and abandoned mine portals .................................................... 44

33. Coal mining areas and major grabens in the northern Wasatch Plateau, Utah .............. 45

34. Annual coal production from 1980 to 1997 for mines in the northern half of the Wasatch Plateau coal field, Utah .................................................................... 46

35. Idealized stratigraphic section showing named coal beds in the Blackhawk Formation, northern Wasatch Plateau, Utah ................................................ 46

36. Pie chart showing the amount of original minable coal by coal bed, Northern Wasatch Plateau study area, Utah ........................................................ 47

37. Location of drill holes and measured sections used to calculate coal resources in the Blackhawk Formation, northern Wasatch Plateau, Utah ........................................ 48

38. Bar graph showing the amount of coal no longer available due to past mining (through December 1997), northern Wasatch Plateau, Utah ....................... 49

39. Pie chart showing technical restrictions that exclude 490 million short tons of coal from the available coal resources of the Northern Wasatch Plateau study area, Utah ........................................................................................... 49

40. Pie chart showing land-use restrictions that exclude 146 million short tons of coal from the available coal resources of the Northern Wasatch Plateau study area, Utah ....................................................................................................... 49

41. Data reliability of original minable coal bed tonnage estimates for nine coal beds, Northern Wasatch Plateau study area, Utah ......................................................... 49

BLM_0105050

42. Bar graph comparing coal bed thickness of the nine minable coal beds in the Northern Wasatch Plateau study area, Utah............................................................. 50

43. Bar graph comparing the burial depth of the nine minable coal beds in the Northern Wasatch Plateau study area, Utah............................................................. 50

44. Overburden thickness maps showing depth to the top of major coal beds, Blackhawk Formation, Northern Wasatch Plateau study area, Utah............................... 51

45. Pie charts summarizing the availability of coal resources for nine coal beds, northern Wasatch Plateau, Utah ...................................................................... 52

46. Map showing the distribution of available coal for the Acord Lakes, Axel Anderson, Cottonwood, and Blind Canyon coal beds, northern Wasatch Plateau, Utah.................. 53

47. Map showing the distribution of available coal for the Wattis, Gordon, Castlegate A, and Castlegate D coal beds, northern Wasatch Plateau, Utah ................ 54

48. Bar graph showing the distribution of original minable coal by bed thickness compared to the percent of coal in each thickness interval that has been mined, northern Wasatch Plateau, Utah .......................................................................... 55

# Tables

1. Listing of possible environmental, societal, and technological restrictions to mining ...................................................................................... F7

2. Mining methods considered in the Colorado Plateau region and their associated mining models and recovery rates ...................................................... 8

3. Listing of possible restrictions to coal mining, Somerset quadrangle, Colorado ........... 15

4. Restrictions to Mining, Colorado 34-33-101, et. seq. ......................................... 17

5. Common bed names and thickness ranges of principal coal beds, Somerset quadrangle, Colorado ............................................................................ 19

6. Summary of original, restricted, and available coal resources of the Somerset quadrangle, Colorado, by bed .......................................................... 24

7. Summary of restricted coal resources of the Somerset quadrangle, Colorado, by bed ................................................................................................ 24

8. Summary of estimated original, remaining, and available coal resources of the "B" coal bed in the Somerset 7.5-minute quadrangle, Colorado ....................................... 26

9. Summary of estimated original, remaining, and available coal resources of the "D" coal bed in the Somerset 7.5-minute quadrangle, Colorado ....................................... 27

10. Summary of estimated original, remaining, and available coal resources of the "E" coal bed in the Somerset 7.5-minute quadrangle, Colorado...................................... 28

11. Summary of surface- and underground-minable and available coal resources, reported by seam, for the Bisti study area, New Mexico .................................................. 39

12. Summary of original and available coal resources and restrictions to mining, reported by seam, for the Bisti study area, New Mexico .................................................. 39

13. Restrictions, and their associated buffers and factors that prevent mining, in the Northern Wasatch Plateau coal field......................................................... 47

14. Total, minable, and available coal resources, northern Wasatch Plateau, Utah ........... 56

15. Wasatch Plateau study area, Utah: as-received coal quality by bed ................................ 56
16. Somerset study area, Colorado:  as-received coal quality by bed .................................... 56
17. Bisti study area, New Mexico: as-received coal quality by bed ....................................... 57
18. Results of Colorado Plateau coal availability studies in Colorado,
    New Mexico, and Utah .......................................................................................................... 57
19. Results of Colorado Plateau coal recoverability and economic evaluation
    studies in Colorado, New Mexico and Utah ........................................................................ 58
20. Recoverable coal resources, as planned by mining method, for the
    Bisti study area, New Mexico .............................................................................................. 59
21. Recoverable coal resources, as planned by mining method, for the
    Northern Wasatch Plateau study area, Utah ...................................................................... 60

BLM_0105052

# Coal Availability, Recoverability, and Economic Evaluations of Coal Resources in the Colorado Plateau, Colorado, New Mexico, and Utah

*By* Timothy J. Rohrbacher, Carol L. Molnia, Lee M. Osmonson, M. Devereux Carter, Wynn Eakins, Gretchen K. Hoffman, David E. Tabet, Janet E. Schultz, David C. Scott, Dale D. Teeters, Glen E. Jones, Jeffrey C. Quick, Brigitte P. Hucka, *and* John A. Hanson

## Introduction

### The National and Regional Perspective

The National Coal Resource Assessment (NCRA) project, begun by the U.S. Geological Survey (USGS) in 1994, is studying five major coal-producing areas in the conterminous United States (fig. 1): the Appalachian Basin, the Illinois Basin, the Gulf Coast region, the Northern Rocky Mountains and Northern Great Plains region, and the Colorado Plateau region (U.S. Geological Survey, 1996). Although USGS site-specific coal availability studies and coal recoverability studies predate the NCRA project, the collation and interpretation of geological, geographical, environmental, and social information in Geographic Information Systems (GIS) databases as part of the NCRA will ultimately save thousands of man-hours of data assimilation for subsequent detailed resource examinations within the five coal regions. Computer systems and software have improved, and, as a result, NCRA project databases will provide the opportunity to evaluate the coal resources for geographical areas composed of multiple 7.5-minute quadrangles. Coal resource examinations in this chapter will report on areas ranging from one quadrangle (approximately 57 mi$^2$) to as many as nine quadrangles (more than 500 mi$^2$) in size.

### Concepts of Economic Evaluation for Coal Resources

Within the context of Coal Availability Studies, the *available coal resources* are defined as that part of the original coal resource that is accessible for mine development after subtraction of resources restricted by environmental, societal and technological constraints (fig. 2) (Eggleston and Carter, 1987). Alluvial valley floors and producing oil and gas wells

are examples of constraints that may restrict coal mining in their immediate vicinities (Carter and Gardner, 1989; Eggleston and others, 1990; Molnia and others, 1997; Osmonson and others, 2000). *Recoverable resources* (fig. 2) (Rohrbacher and others, 1993a) is that part of the available coal resource that is left after normal mining losses and cleaning losses are subtracted. Coal seam geometry, geologic hazards, mining methods, mine design, and preparation plant recoveries are considerations in determining recoverable coal. Coal quality and the cost of coal extraction and cleaning are not considered restrictions at this point. Calculations of the *economically extractable coal resource* (that part of the recoverable coal that can be mined, cleaned, and marketed at a profit) take into account the marketability of the processed coal product; that is, coal quality, the cost to produce the coal and deliver it to the rail car or over-the-road truck, and its transport to the market (Rohrbacher and others, 1993a). We calculate mining and processing costs for all recoverable resources, including those profitable in today's market and those that are not profitable today but, as energy resources are depleted, may become economic to produce in a future market.

The project methodology (fig. 2) of coal availability, recoverability, and economic evaluation of coal resources involves the collection and collation of coal-bed information and, ultimately, the determination of the total coal resources and reserves of major coal beds. Required information includes the location; lithologic description; thickness of coal beds, overburden, interburden, and parting; quality of coal beds; chemical analysis of overburden, interburden, and partings; rock-mechanics characteristics and structural geologic data; the locations of active and abandoned mines; social and industrial constraints (towns, highways, powerlines, gas and oil wells and pipelines, and railroads); and environmental restrictions, such as endangered animal and plant species habitat or elk and deer winter range, rivers, alluvial valley floors, wetlands; and, finally, surface and subsurface land ownership.

**F1**

BLM_0105053

**F2**   **Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**



**Figure 1.** The Rocky Mountains and Colorado Plateau region and its relationship to other coal regions in the National Coal Resource Assessment Project.

## Purpose

Coal availability and recoverability studies (CARS) and the economic evaluation of coal resources in the Colorado Plateau region were completed in order to:

1. Produce estimates of the amount of coal that may be mined at a profit from Colorado Plateau coal fields;
2. Exchange and share information with industry and Government agencies involved with gas (particularly coal-bed gas) and oil research and exploration;
3. Provide regional details and targets for future profitable coal extraction;
4. Provide Government agencies with scientifically based, sound engineering information for land-use planning;
5. Provide a means to construct better models to forecast future air emissions;
6. Produce sound, nonbiased, defensible coal-resource-availability and economics information for future energy plans of the Nation; and
7. Supplement existing databases through data collection from the Bureau of Land Management, Office of Surface Mining, U.S. Forest Service, Environmental Pro-

tection Agency, State geological surveys, State departments of taxation and planning, and from the mining industry.

The ability to produce estimates of coal mining economics in specific areas and to integrate this information with supply/demand models in a digital decision-support system will allow planners and policy makers in Department of the Interior and Department of Energy to make educated, informed decisions concerning the environment, industry, and socioeconomic well-being of the Nation. For example, when the economically extractable resources from a coal field are compared to the present rates of mining (resource depletion) and the socio-economic base of the local and surrounding areas is examined, an estimate of local mining industry longevity may be derived. This allows local governments and industry energy planners to anticipate and to plan for alternative industry and services growth. Also, the evaluation models and methodologies forged during these studies will assist in the development of other energy availability studies (uranium, oil and gas, coalbed methane).

It is important to note that other programs in the U.S.

BLM_0105054

**Coal Availability, Recovery, Economic Evaluations of Coal Resources, Colorado Plateau: Colo., N. Mex., and Utah    F3**



**Figure 2.**  Process steps and factors considered for the calculation of available coal and economically recoverable coal resources.

Geological Survey use the data gleaned from these studies. For example, the Earthquake Hazards and Global Seismograph Network Programs monitor seismic events that are coal-mine related, such as blasting and longwall and pillar-extraction caving operations, to check the time, location, and amplitude of natural seismic events and to explain unknown seismic events in relatively stable areas. Mine-location databases used and refined by the project, and knowledge of the mining methods employed at those locations, assist in explaining unknown seismic events. Additionally, environmental health issues related to coal-fired emissions have, and will, benefit from this information because coal quality may be more accurately predicted, and thus long-term emissions may be better estimated.

Federal and State agencies, mining operators, and coal-bed methane developers in all of the major coal-producing basins have voiced their support for these detailed geologic and mining-economics models, supply/demand models, and for the development of decision-support systems. In addition

to the U.S. Geological Survey and other Department of the Interior agencies, the U.S. Forest Service, Department of Labor, Department of Defense, Environmental Protection Agency, State and local agencies and the coal mining and electric power industry have expressed interest in the results. Perhaps the most interest in the coal availability-recoverability and National Coal Resource Assessment Projects, however, comes from the Department of Energy/Energy Information Administration, where these studies are used to improve and update the national demonstrated reserve base and to assist in the development of a national energy policy.

## Coal Availability and Recoverability Studies: Early Studies to Present Studies

The U.S. Geological Survey and the Kentucky Geological Survey started coal availability studies in 1986 in the Matewan

BLM_0105055

7.5-minute quadrangle (fig. 3) in eastern Kentucky (Eggleston and Carter, 1987; Eggleston and others, 1990). Upon successful development of a program methodology to determine coal resources available for mining (Eggleston and Carter, 1987) and realistic results of the pilot study, the program was expanded to the other coal States in the central and northern Appalachian Basins (Carter and Gardner, 1989), then to the coal States in the Illinois Basin, and then to the western coal basins. More than 100 cooperative studies by State geological surveys and the U.S. Geological Survey have been completed in the Appalachian, Illinois, Powder River, and San Juan Basins, and Colorado Plateau (Carter and others, 1999).

Coal availability and recoverability studies historically have restricted the area of study to key 7.5-minute quadrangles in order to determine the amount of coal available for mining (Carter, 1996; Carter and Gardner, 1989, 1994; Carter and Rohrbacher, 1996, 1997; Carter and others, 1999a; Cetin and others, 1996; Eggleston and others, 1990; Fedorko, 1996; Rohrbacher and others, 1993a, 1993b; Scott, 1995; DST and Associates, written commun., 1997, 1998; and U.S. Bureau of Mines, 1995). The logic was that if a representative sampling of quadrangles could be made, then those results could be applied statistically to larger areas to describe the remaining coal resources and the restrictions to mining. This logic was predicated on the limited data handling and computing capabilities available at that time. However, the Kentucky Geological Survey and others found that, because of geological, geographical, and topographic differences between the quadrangles, results from one quadrangle could not be accurately projected to another quadrangle (Weisenfluh and others, 1997). The results from more than 30 quadrangles indicated that, in most cases, the percentage of resources available for mining and recoverable during mining did not vary greatly; however, the amount of economically recoverable resources varied and

the projection of results was not possible. Because of this, we began to study areas larger than single 7.5-minute quadrangles (fig. 3), such as coal fields, coal basins, and multi-quadrangle areas, for coal availability and recoverability. Three of these larger studies examined Colorado Plateau coal fields: the Bisti coal field in the San Juan Basin, New Mexico (Hoffman and Jones, 1999, 2000; DST and Associates, written commun., 1999); the northern Wasatch Plateau coal field in Utah (Tabet and others, 1999, 2000; DST and Associates, written commun., 1999); and the Somerset coal field, Colorado (Schultz and others, 2000; DST and Associates, written commun., 2000). Other large-area availability and (or) recoverability studies include the Gillette coal field in Wyoming (Osmonson and others, 2000); the Springfield coal in the Illinois Basin (Conolly and Zlotkin, 1999; DST and Associates, written commun., 2000; Treworgy and others, 1999, 2000; Weisenfluh and others, 1999) and individual coal beds in the northern and central Appalachian Basin (Rupert and others, 1999, 2000).

The time required for collection of information for these types of studies increases as the study area size increases; however, because many geographic, environmental, social, and geologic databases are now in digital form within the public domain, much of the information can be acquired through Geographic Information Systems—GIS (Biewick and others, 1997, 1998; Ferderer, 1996; D.A. Ferderer, U.S. Geological Survey, written and oral commun., 1996, 1999). As a result, construction of geologic and mining models and calculations of recoverable resources and mining economics require far less time today than 5 years ago because of advances in computing and database organization.

Many databases containing scientific and societal information now reside on the Internet. Federal agencies, such as the Census Bureau and Department of Labor publish sta-



**Figure 3.** Diagram depicting the growth in size of coal availability and recoverability resource evaluation study areas, 1986 to present. Small rectangles in right-hand part of illustration represent 7½-minute quadrangles.

tistics related to population density and surface expressions (highways, roads, buildings, industrial sites, etc.). These can be supplemented with databases from the USGS database library, the ERDAS library, privately marketed databases, and research databases from colleges and universities. For more information concerning the USGS Database Library, contact D.A. Ferderer at dferdere@usgs.gov or visit the USGS web site at: http://www.usgs.gov. Additional information may be found at the USGS's decision support system, called GEODE, at www:dss1.er.usgs.gov.

## Methodology

### Coal Availability, Recoverability, and Economic Evaluation Terminology

Coal availability and recoverability studies and economic evaluations of coal resources have been largely dependent on the State geological surveys to gather and build the required databases (Rohrbacher and others, 1993, 1994, 1995). Those databases typically contain:

1. Detailed geologic information and correlation of coal beds, and

2. Environmental, technical, and social restrictions.

Those databases have been supplemented by information gathered from the Bureau of Land Management, Office of Surface Mining, U.S. Forest Service, Environmental Protection Agency, State departments of taxation and planning, and from the mining industry.

The coal availability and recoverability study methodology (Rohrbacher and others, 1993a) is summarized in figure 2. In this paper, the term *reserve* refers to any coal resource that can be legally extracted at a profit (Abbott, 1990; U.S. Bureau of Mines, 1968). *Legally extractable* coal resources are determined through a thorough research of land ownership, understanding the geology and the restrictions applied to mining, and developing a best-alternative mine plan for resource recovery (in essence, coal availability and coal recoverability). The term *profit* in this report is defined as the point where the income from sales of the coal is equal to or greater than the cost to produce the coal (economic analysis of coal resources). Income taxes and corporate rates of return were not included in this analysis but have been addressed in the coal resource economics chapter of the NCRA.

In coal *availability studies*, the net-coal thickness in coal beds was measured and summed. Partings greater than 0.25 inch thick were excluded from the resource calculation (Wood, and others, 1983; Eggleston and Carter, 1987; Eggleston and Others, 1990). It is very important to note that in *recoverability studies*, the entire coal seam—coal plus parting plus dilution—is measured in the resource calculations (Rohrbacher and others, 1993a).

The term *coal seam* refers to the coal bed, beds, or benches and their associated parting material that must be extracted together during the mining. *Coal* is a solid, more or less stratified, combustible carbonaceous rock formed by partial to complete decomposition of vegetation. Coal, when dried at 100°C, should contain at least 50 percent combustible material. *Parting material* may be composed of combustible material, ash material, or other inorganic material in the form of carbonaceous shale, bone coal, shale, siltstone, sandstone, etc. The ash and parting composition are dependent on the type of material from which the coal was formed, the sediments carried into the coal while it was forming, ancient volcanic eruptions, and the dissolved matter brought in at the time of deposition or introduced later (U.S. Bureau of Mines, 1968; Stefanko, 1983).

The *best-alternative mine plan* is developed by employing practical mining schemes that fit the geology of the resource and the restrictions of the environment. Variables include the depth to the coal seam; the thickness of the coal seam; the structural complexity of the deposit; the environmental, social, and technical restrictions to mining; and the coal quality. Subsequently, the economic evaluation of this best-alternative plan and its associated coal resources is dependent on the effects of these variables to increase (or decrease) the cost of mining. Considering all of the variables, the quality of coal produced from the mine may be the single most important one. Depending on the depositional environments of the coal and the introduction of fluids at some time after deposition of the strata, the coal may contain sulfur and other undesirable elements, and the parting material may contain combustible material, a high amount of noncombustible material (ash and other inorganic material), and higher amounts of sulfur and other undesirable elements than the coal. The coal may be beneficiated (washed) to remove as much ash and hazardous elements as possible. Washing is successful when the ash material has a different density than the coal and the sulfur—generally contained as pyrite—is in a form that will wash out with the ash material. If the ash has nearly the same density as the coal and the sulfur is associated with organic constituents in the parting or coal, the coal seam may not able to be beneficiated (Leonard, 1979) and therefore may not be economic to mine.

In underground mines, all of the in-seam material (coal and partings) must be mined together. During the mining process, some out-of-seam material (dilution) is produced with the coal seam. Occasionally, the coal quality of the underground-mined coal (particularly in the thick coal seams of the Colorado Plateau) is good enough to be sold directly from the mine rather than go through the costly process of coal washing. Parting material occurring in a surface-mined coal seam may be removed from the coal seam by mining the top coal bench, removing the parting bench, then mining the lower coal bench.

Washing increases the cost per short ton of produced coal and reduces the included parting and dilution material by 88–96 percent, on average, and the coal material by 4–8 percent, on average. For example, if a mine produced 5 million raw short tons per year and the product contained 20 percent

BLM_0105057

(1 million short tons) parting plus dilution material and 80 percent (4 million short tons) coal, the resulting recovered saleable tonnage after washing would be a mixture of 80,000 short tons of parting and dilution material and 3,760,000 short tons of coal, a total of 3,840,000 short tons of washed product. If, in the worst case, the parting is 100 percent ash and inorganic material, 4.5 percent sulfur (80 percent of the sulfur as pyrite) and 0 Btu's/lb (no combustible material), and the coal contained 5 percent ash, 3.5 percent sulfur (25 percent of the sulfur as pyrite) and 13,400 Btu's/lb heating value (assume the moisture of the raw product and the washed product are the same), then the raw product from the mine would have a quality of 24 percent ash, 3.7 percent sulfur and 10,720 Btu's—an unsaleable product in the U.S. market regardless of mining costs. However, if the raw product is washed using the above recovery rates, the 3,840,000 short tons of washed coal will have a product coal quality of 7.3 percent ash, 2.6 percent sulfur, and 13,120 Btu's, a saleable product worth $23 to $25/short ton in the northern Appalachian coal market (depending on the distance from the mine to the power plant). For this reason it is imperative that channel and core samples collected for chemical and physical property analysis, always include parting and potential dilution material, as well as coal.

The Colorado Plateau coal availability evaluations assumed that only coal was available for mining (Eggleston and Carter, 1987 and Eggleston and others, 1990; Wood and others, 1983). Colorado Plateau coal recoverability evaluations assumed that a maximum mix of 50 percent coal and 50 percent parting plus out-of-seam dilution could be mined. By this definition, it is possible that the total original resource of coal (including parting and dilution) might be as much as 100 percent greater than the total original coal resource calculated with no parting included. The recoverability methodology is coal-industry-oriented and allows more coal seams to meet the minimum-mining-thickness requirements. This concept forces the technology and economics of coal extraction and coal cleaning (washing) to be the determining factors for reserve calculation. The reasoning for this difference is that the availability method is looking for geological explanations and understanding the mode of occurrence and extent of the deposit, whereas the recoverability method calculates the minability, product quality, salability, and economics of the deposit.

## Restrictions to Mining

Figure 2 shows the general process steps used in coal availability and recoverability studies. After the *total coal resources* are modeled and calculated based on mining schemes, coal (and parting) resources that had been present within *mined-out* areas are determined. *Environmental, societal, and technologic restrictions to mining* are outlined and the resources affected by these restrictions are calculated. These restrictions may vary significantly from coal basin to coal basin. Table 1 is a partial listing of possible restrictions

to mining. Some restrictions are controlled by Federal law (43 CFR 3461.5), whereas others are determined on a site-by-site basis by State and Federal regulatory agencies. Coal resources in mined-out and restricted areas are then subtracted from the original resources yielding the *resources available for mining*. Computerized prefeasibility mine planning (Rohrbacher, 1997; and Rohrbacher and others, 1993a, 1993b) is then applied to the available resources, and the potentially minable coal tonnage is determined for each mining method. The mine-planning program, MINEPLAN (see Mining Costs and Reserve Calculations section) yields recoverable tonnages and mining losses assigned to each mining method. Dilution, based on mining method, and wash plant loss is then calculated. The total mining losses and washing losses are then subtracted from the available resources to calculate the estimated *recoverable resource*. The minable resource estimates are then analyzed using COALVAL (see Mining Costs and Reserve Calculations section), a coal resource recoverability/mine costing program (Suffredini and others, 1994). Results are summarized in tables containing estimates of total original in-place short tons, tons lost during past mining and washing operations, tons lost to mining restrictions, and recoverable tons yielded by each mining method. The costs are summarized in increments from less than $4/short ton to costs greater than $50/short ton (called cost curves) and have a break-even cost to determine *reserves* at a set point in time. A coal reserve as defined here is a recoverable coal resource that can be mined and sold at a profit in today's market (Abbott, 1990). All reserves are divided into compliance quality, that is less than 1.2 lb $SO_2$/million Btu's of heating value, and non-compliance quality, greater than 1.2 lb $SO_2$/million Btu's of heating value (figure 2). The conversion formula for percent sulfur to pounds $SO_2$/million Btu's may be stated: (percent sulfur $\times 2,000,000$)/Btu's = lb $SO_2$/1,000,000 Btu's, where percent sulfur is in decimals—for example, 2 percent sulfur = 0.02.

Potential restrictions are evaluated for each specific mining project. In some cases the potential restriction might be mitigated.

To make resource recovery and economic evaluations of potentially minable coal, individual coal seams must be correlated. This detailed geological work usually takes place at the same time as databases containing potential mining restrictions are compiled by the team conducting the availability, recoverability, and mining-economics study.

## Calculating Reserves from Resources

### Mine Planning

During the early 1990's the former U.S. Bureau of Mines developed a mine planning program, MINEPLAN (see Mining Costs and Reserve Calculations section), using GRASS GIS scripts to plan the potential mining of available coal resources (Rohrbacher and others, 1993). Five surface-mining methods and two underground-mining methods were examined for the

mining of Colorado Plateau resources. Those mining methods and their production rates are listed in table 2. Contour stripping was found to be an inapplicable surface method in the Colorado Plateau due to environmental restrictions and was not considered in the mine planning. The underground methods of room and pillar mining and longwall mining were chosen because of their high productivity and widespread use. We considered local and practical mining methods and employed prefeasibility-type mine planning in this study. MINEPLAN programming priorities were set to default from one mining method to another. For example, if the topography was a gentle slope and the coal beds cropped out, then drag-line, truck and shovel, or area stripping methods were first applied. These surface methods were generally planned to a stripping ratio of 10:1 for the final highwall (maximum strip-ping depth); then, entry sites for underground mine access were planned; room and pillar patterns or longwall panels were modeled; and the remaining highwall was planned for auger mining, prior to planning for reclamation.

The MINEPLAN program does not require a particular map scale for planning. Most of the prefeasibility-type mine planning is done at a scale of 1 inch = 2000 ft (1:24,000). For that reason, the information that goes into the geo-model building, and from which the GIS layers are created, must be obtained from information compiled at this scale. Coal avail-ability GIS data collected by the State geological surveys are normally prepared at 1 inch = 2000 ft scale.

The methodology of Eggleston and others (1990) and Wood and others (1983) assumes that the minimum underground-minable coal bed will comprise 28 inches of coal (no parting material is included in the minimum seam thick-ness) and the minimum surface minable coal bed will comprise 14 inches of coal (again, no parting material was included in the minimum seam thickness). In recoverability studies the minimum mining thickness (hence seam thickness) used for underground mining is 24 inches, and, for surface mining, the minimum mining thickness used is 12 inches. These minimum thicknesses were agreed upon in consultation with the mining industry. The 14-inch and 28-inch minimum bed thicknesses used in previous resource assessments will be used in this report only for comparison.

### Resource Recovery

The mining of a thin seam of coal, whether by surface or underground methods, requires more time per ton than mining a thick seam (economies of scale), and the equipment used to mine thin seams is different than equipment used in thick-seam mining. The production models (table 2) are based on equipment suitable for mining within the seam thickness. The thickness categories are based on present-day mining practices (U.S. Bureau of Mines, 1984–1994) as observed by engineers who evaluated the mining methods, resource recovery, staffing and wage rates, productivity, capital equipment, taxation, and owning and operating costs. As part of those mine evaluations, recovery rates were examined and mine maps digitized to

**Table 1.** Listing of possible environmental (env), societal (soc), and technological restrictions to mining.

| A. Coal-leasing unsuitability criteria from Federal Coal Management Regulations (43CFR 3461.5) |
| --- |
| 1. Federal lands (soc) |
| 2. Rights of way and easements [i.e., railroad] (soc) |
| 3. Dwellings, roads, cemeteries, and public buildings (soc) |
| 4. Wilderness Study Areas (env) |
| 5. Lands with outstanding scenic quality (env) |
| 6. Lands used for scientific study (env) |
| 7. Historic lands and sites (soc) |
| 8. Natural areas (env) |
| 9. Critical habitat for threatened or endangered species (env) |
| 10. State listed threatened/endangered species (env) |
| 11. Bald or golden eagle nests (env) |
| 12. Bald and golden eagle roost and concentration areas (env) |
| 13. Federal lands containing active falcon cliff nesting sites (env) |
| 14. Habitat for migratory bird species (env) |
| 15. Fish and wildlife habitat for resident species (env) |
| 16. Flood plains (env) |
| 17. Municipal watersheds (soc) |
| 18. National resource waters (env) |
| 19. Alluvial valley floors (env) |
| 20. State or Indian Tribe criteria (soc) |

| B. Other applicable land-use restrictions |
| --- |
| 1. Towns (soc) |
| 2. Pipelines and power lines (soc) |
| 3. Industrial sites (soc) |
| 4. Archaeological areas (soc) |
| 5. Ownership issues (soc) |
| 6. Wetlands (env) |
| 7. Streams, lakes, and reservoirs (env) |

| C. Technological restrictions considered |
| --- |
| 1. Burned or oxidized coal |
| 2. Coal beds too thin to mine |
| 3. Coal-bed discontinuities |
| 4. Coal beds <40 ft apart (too close) |
| 5. Coal beds dip too steeply to mine |
| 6. Roof or floor problems |
| 7. Minimum and maximum depth limitations on underground mining |
| 8. Too close to intrusives or faults |
| 9. Active mines/barrier pillars |
| 10. Mined-out/abandoned mine areas |
| 11. Subsidence over abandoned mines |
| 12. Slopes too steep to reclaim |
| 13. Oil and gas development |
| 14. Resource block size |

document the coal tonnage extracted and the tonnage left in the mine as support pillars, pillars between adjacent mines, and barrier pillars between the mine and the outcrop. Table 2 shows the mining methods, production-model categories, and associated recovery rates.

The underground mining production models also account

for material excavated from above and below the coal seam (dilution) while the seam is being removed. This dilution is added to the produced tonnage of coal plus parting material.

## Mining Costs and Reserve Calculations

After the geologic and restriction information has been compiled, the resulting spatial data are then stored in digital databases accessible to Geographic Information System (GIS) programs that can produce three-dimensional geologic models, coal-quality models, and layers depicting mining-restriction information. The restrictions can be registered to the geologic model and can individually be subtracted, one layer at a time, from the geologic model. The results of these calculations are (1) an estimate of the total original coal resource; (2) an estimate of coal tonnage for each resource restriction; and (3) an estimate of tonnage remaining after restrictions to mining have been addressed.

The geologic and restriction data can be manipulated and analyzed through three different GIS computer methods. One uses a raster-based GIS program named GRASS (Geographical Resources Analysis Support System), developed by the U.S. Army Corps of Engineers. GRASS is used to generate contour and isopach maps and to produce volumetric analysis of the coal beds; it also allows integration of various resource characterization and distribution coverages as previously mentioned. The second method is the vector-based ARC/INFO program developed by Environmental Systems Research Insti-

tute, Inc. (ESRI). As part of this method, isopach and contour maps are processed using Interactive Surface Modeling ("Earth Vision") software developed by Dynamics Graphics, Inc. (Hettinger and others, 1996), and these maps are then converted to ARC/ INFO coverages to allow integration of geologic and geographical spatial data. The third GIS method uses the Spatial Analyst extension of ArcView (ESRI) to analyze both raster- and vector-based data. These three methods produce comparable results.

Logical mine planning evaluations are made with the MINEPLAN program. MINEPLAN was written for GRASS using UNIX shell scripts. Assumptions concerning maximum stripping ratios, maximum depth to the coal seam, coal seams above (superjacent) and below (subjacent) the seam of interest, minimum underground and surface mining areas needed for production, restrictions to mining, best-alternative mine layout for the 18 mine models (table 2), and surface coal transportation from the mine portal to the wash plant or rail loadout were incorporated into the MINEPLAN modeling program. Then a logical progression of mine development was designed; for example, surface mining would precede underground mining. When the maximum economic depth was reached in the surface mine, the program enables us to plan the extraction of underground-minable resources. Underground resources are first planned with longwall mining methods where the resources are thick enough and extensive enough to support a longwall operation. The remaining resources are planned for room and pillar mining, with pillar extraction and retreat

**Table 2.** Mining methods considered in the Colorado Plateau region and their associated mining models and recovery rates.

[MM, million; CY, cubic yard; tpy, short tons per year; *, most common methods in region]

| Surface methods | Production model | Recovery factor |
|---|---|---|
| Contour strip | (1) 12–36 in seam thickness | 78% |
| | (2) > 36 in seam thickness | 93% |
| Area mining | (1) > 12 in seam thickness | 93% |
| Auger mining | (1) 12–36 in seam thickness | 30% |
| | (2) > 36 in seam thickness | 30% |
| *Truck/shovel mining (T/S) | (1) Small T/S operation (< 2MM tpy production) | 78–93% |
| | (2) Medium T/S operation (2MM–10MM tpy production) | 85–95% |
| | (3) Large T/S operation (>10MM tpy production) | 85–95% |
| *Dragline (DL) | (1) Small DL operation (< 50 CY bucket size) | 80–93% |
| | (2) Medium DL operation (50-100 CY bucket size) | 85–95% |
| | (3) Large DL operation (>100 CY bucket size) | 85–95% |

| Underground methods | Production model | Recovery factor |
|---|---|---|
| *Room and pillar | (1) 24–42 in seam thickness | 57–62% |
| | (2) 42–72 in seam thickness | 58–65% |
| | (3) 72–96 in seam thickness | 60–67% |
| | (4) > 96 in seam thickness | 62–67% |
| *Longwall | (1) 42–72 in seam thickness | 78–82% |
| | (2) 72–96 in seam thickness | 78–84% |
| | (3) > 96 in seam thickness | 78–84% |

BLM_0105060

caving operations where applicable. The MINEPLAN program enables us to identify the minable resource, plan the logical mining sequence for the 18 different mine models, and calculate the minable tonnage by mine model. The graphic output may be checked during the mine planning simulation, or the program may be run without interruption. The calculated output from MINEPLAN is exported via ASCII files directly into the mine costing and recoverability-summarizing program, COALVAL.

COALVAL is an interactive, macro-based, program written for LOTUS software (Lotus Development Corporation), or Excel software (Microsoft, Inc.). COALVAL/Lotus was written by Plis and others (1993) and updated by Suffredini and others (1994) of the U.S. Bureau of Mines. More recently Coghlan (U.S. Geological Survey, written commun., 1999) and Rohrbacher (U.S. Geological Survey, written commun., 1999) rewrote and updated COALVAL in Excel. The program was designed to factor in production rates, optimized equipment and manpower requirements, and engineering cost analyses for typical mining methods and mine sizes. Data from U.S. Bureau of Mines economic analyses of more than 100 U.S. mining operations were categorized by geographic area, mining method, and mining configuration. These data were then validated by comparing to mining cost estimates from the SME Mining Engineering Handbook (1973), Mining Cost Service (1999), and Western Coal Basin Supply and Demand Analysis (1988). Then, the costs and production rates were incorporated into the COALVAL program models. The COALVAL/Lotus models contain cost-of-living and Department of Labor indicators that may be updated on a regular basis. The basic output of COALVAL is estimates of recoverable short tons of clean coal by mining method. COALVAL also produces a series of cost curves showing how many of those recoverable short tons are profitable to mine in today's coal market.

## Acknowledgments

This chapter of the Colorado Plateau Resource Assessment was jointly researched and written by the coal geologists of the State geological surveys of Colorado, New Mexico, and Utah and the coal availability-recoverability staff at the U.S. Geological Survey. The research and published reports have been co-funded by the USGS and each cooperating State geological survey. Many State and Federal staff not mentioned herein assisted the primary researchers. Their work is acknowledged in the State geological survey publications. The authors are also deeply indebted to many State and Federal agencies and coal mines that provided informational data, such as drill holes, mine recovery rates, and coal mine costs for these studies.

Wynn Eakins and Carol M. Tremain Ambrose, formerly of the Colorado Geological Survey (CGS), and David C. Scott and Dale D. Teeters, of DST and Associates, authored Colo-

rado Resource Series Report No. 36 (Eakins and others, 1998) on the availability of coal resources in the Somerset quadrangle, Colorado. Wynn Eakins and Janet E. Schultz coauthored the Somerset quadrangle discussion in this chapter.

New Mexico Bureau of Mines and Mineral Resources Open-File Report 438, concerning the available coal resources of the Bisti coal field, was coauthored by Gretchen K. Hoffman and Glen E. Jones (2000). Gretchen K. Hoffman wrote the Bisti coal field discussion in this chapter.

David E. Tabet, Jeffrey C. Quick, Brigitte P. Hucka, and John A. Hanson of the Utah Geological Survey wrote the coal availability paper entitled "The available coal resources for nine 7.5-minute quadrangles in the Northern Wasatch Plateau coal field, Carbon and Emery Counties, Utah" (UGS Circular 100, 1999) and the Wasatch Plateau discussion in this chapter.

Finally, the senior author would like to express his gratitude and thanks to Steve Roberts for his observations, suggestions, and detailed review of the manuscript and to Brenda Pierce for her organizational concepts concerning the manuscript. Both are research geologists for the U.S. Geological Survey. David Tabet of the Utah Geological Survey also critically reviewed the manuscript and suggested changes that enabled the author to more closely compare coal availability results derived by different methodologies. Their help, guidance, and insistence on writing standards have helped produce this report.

## Colorado Plateau Studies

### Introduction

In 1996 and 1997 U.S. Geological Survey scientists became involved in availability and recoverability studies with the Colorado Plateau State geological surveys. Coal-field areas have been selected for coal availability-recoverability study evaluations (fig. 4) based on the high amount of resources they contain, the past and present mining activity (fig. 5), geologic and cultural characteristics, resource management issues, demand for the coal, and data accessibility. Lists of restrictions to mining, generally provided by the State geological surveys, were reviewed and updated to keep current with new research, public opinion, and political agendas.

Coal availability and recoverability studies in the Colorado Plateau began with a recoverability study by the U.S. Bureau of Mines (Osmonson) in 1994. The purpose of that study was to assist the U.S. Forest Service (USFS) and the Bureau of Land Management (BLM) in the evaluation of coal resources that would be affected if longwall mining was prohibited near cliff-forming sandstone outcrops in the Manti-La Sal National Forest on the Wasatch Plateau, Utah. The coal geology data came from the Utah Geological Survey and the U.S. Forest Service, and coal informational databases—maps and digital databases showing mined-out areas and other

**F10    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**



**Figure 4.**  Coal availability and recoverability study areas in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah.

restrictions to coal mining—came from the Utah office of the Bureau of Land Management. The spatial databases for the Manti-La Sal National Forest study contained geologic and mining information such as lithologic descriptions, coal-seam thickness, coal quality, geologic structure information, active and abandoned mine areas, social and industrial constraints (such as private dwellings and buildings, highways, power lines, gas and oil wells, and pipelines) and environmentally restrictive areas (such as endangered animal and plant species habitats, rivers, alluvial valley floors, wetlands, National Forest surface ownership, raptor habitat, and elk and deer winter range).

Once the databases were constructed, the three-dimensional geologic models prepared, and the geographical areas (polygons) of restrictions determined, the coal resources were calculated by computer and applicable mine plans were developed for the Manti-La Sal National Forest (L.M. Osmonson, U.S. Bureau of Mines, written commun., 1994; Rohrbacher, 1997). The purpose of this study was not only to model and

study a multi-7.5-minute-quadrangle area and to determine the available and recoverable resources and potential reserves but also to determine the minable coal resource that would be affected if the U.S. Forest Service prohibited mining-induced caving within the area of influence of rim-rock habitat (cliff faces). The results indicated that this regulation could potentially restrict the recovery of more than 500 million short tons of 0.6 percent sulfur, 12,700 Btu/lb. coal (sold quality, as-received basis).

## State Geological Survey Cooperative Programs

### Colorado Studies

In 1997 the USGS began a cooperative funding program with the Colorado Geological Survey to conduct a coal availability study of the Somerset quadrangle, located on the south-



**Figure 5.**   Coal mine locations in the Colorado Plateau.

ern flank of the Piceance Basin in west-central Colorado (fig. 6). The study was completed in 1998 and published by the Colorado Geological Survey (Eakins and others, 1998). This work was followed by an availability study of a five 7.5-minute-quadrangle area containing the Somerset quadrangle and four adjoining quadrangles (fig. 6). The minable coal field is restricted by depth considerations (the coal seams are in excess of 3,000 ft below the surface) on the north and south sides of the five-quadrangle study area, and by outcrops to the west and pinch-out of the coal seams to the east.

Coal availability studies were conducted on six major coal beds in the Somerset quadrangle and on four of those six major beds within the surrounding area of the coal field. Data for the two unstudied coal beds outside the Somerset quadrangle were too sparse to make accurate correlations or to model the beds for mine planning. A modified summary of the Somerset quadrangle report is included in this chapter.

Mining began in the Somerset coal field in the late 1880's and continues today. Steep ground slopes and Gunnison

National Forest property preclude surface mining of the coal. Most of the present-day production comes from thick-seam longwall mining. Coal produced in Somerset coal field mines is transported to the utility market, first on the North Fork Branch, and then the main line of the Union Pacific Railroad. The most recent environmental and societal information for the Somerset area is contained in an Environmental Impact Study completed by the BLM and USFS (U.S. Bureau of Land Management, 1999). The recoverability study and economic evaluation of the Somerset coal field is being completed (DST and Associates, written commun., 2000).

## New Mexico Studies

Ths USGS began cooperatively funded coal availability studies in 1997 with the New Mexico Bureau of Mines and Mineral Resources (NMBMMR). A joint agreement was made to investigate the large unmined portions of the San Juan Basin

BLM_0105063

F12    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure 6.** The Somerset coal field area location map showing active mines, and inset map (after Eakins and others, 1998) showing the Somerset quadrangle study area within the Uinta coal region.

rather than evaluate current mining areas. Coal availability and recoverability studies in the Bisti area (fig. 4) cover a four-quadrangle area and contain coal resources restricted by the Bisti and De-Na-Zin Wilderness Areas. The area of study is bounded on the north by the 3,000-ft mining depth limitation, on the south by the coal-bed outcrops, on the west by the Navajo Indian Reservation, and on the east by the De-Na-Zin Wilderness Area (fig. 7). Coal availability results for the Bisti study area were published by the New Mexico Bureau of Mines and Mineral Resources (Hoffman and Jones, 1999). That report is summarized in this chapter.

Coal availability studies in this area were conducted on four coal zones containing as many as four minable coal seams per zone. Coal recoverability studies and economic analysis for the coal resources were completed by DST and Associates in 1999 (Carter and others, 2000; DST and Associates, written commun., 1999). Results are in the Resource Evaluation part

of this chapter. The New Mexico Bureau of Mines and Mineral Resources is conducting coal availability investigations in two more multi-quadrangle areas (fig. 4) in the San Juan Basin: the Menefee area (southern San Juan Basin) and the La Ventana area (eastern San Juan Basin).

The Bisti area contains a large coal resource and was, at one time, the proposed site of a major electrical power generation station and on-site coal mine. During the 1980's several small surface operations mined Fruitland Formation coals near the Bisti Trading Post (fig. 7). No rail haulage was available to the San Juan Power Plant, so the produced coal was transported by truck northward through Farmington, N. Mex., then westward to the power plant. During the late 1980's development of the Federal lands in the area was slowed by litigation from the Hopi and Navajo Indian Nations, and in the early and mid-1990's much of the area along the outcrop of the Fruitland coal beds was declared a Wilderness Area.

BLM_0105064



**Figure 7.** Bisti coal field area index map and inset map (after Hoffman and Jones, 1999) of study area and active mines. RNA, Research Natural Area; WA, Wilderness Area.

## Utah Studies

In 1997, the Utah Geological Survey (UGS) began working on a coal availability study encompassing nine 7.5-minute quadrangles in the northern Wasatch Plateau. The results of that study (Tabet and others, 1999) are summarized in this chapter.

Coal mining in the Northern Wasatch Plateau coal field (fig. 8) is restricted by large fault zones associated with grabens of the Basin and Range Province on the west, cross-fault systems and lack of drilling information on the south, seam outcrops on the east, and faults and lack of coal deposition on the north. Most of the coal resources in the Wasatch Plateau and Book Cliffs occur on National Forest lands and in areas with high topographic relief. These locations limit mining to underground methods, particularly longwall mining techniques, and to areas where the coal seams are relatively thick. Coal availability studies by the Utah Geological Survey in multi-7.5-minute-quadrangle areas continue in the Book

Cliffs. The USGS has completed the coal recoverability and economic evaluation of the northern Wasatch Plateau coal resources (fig. 4) and is currently working on the coal availability, recoverability, and economic evaluation of the southern Wasatch Plateau coal resources. Results of the coal recoverability and the economic evaluation of coal resources are found in the Resource Recovery section of this chapter.

Mining began in 1875 in the Huntington Canyon area of the Northern Wasatch Plateau study area. Transportation of the mined coal to market has been difficult because the north-south-trending mountains form barriers to accessing power plants in the eastern or western population centers. Coal must be shipped northward across Soldier Summit or south and eastward toward Grand Junction, Colo., or must be trucked to rail spurs near Levan, (20 mi south of Nephi) in the Sevier Valley to the west. Regardless, the biggest cost of this coal is not in the mining operations but in the transportation from the mine to the user.

BLM_0105065

**F14**    **Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**



**Figure 8.**  The Northern Wasatch Plateau coal field area map with local mines and accompanying relief map delineating the nine-7.5-minute-quadrangle study area (after Tabet and others, 1999) and its relation to the Wasatch Plateau and Book Cliffs coal fields, central Utah.

# The Availability of Coal Resources in the Somerset 7.5' Quadrangle, West-Central Colorado

## Introduction

The Colorado Geological Survey (CGS), in cooperation with the U.S. Geological Survey, produced an estimate of the amount of available coal in an area of historical and active mining in west-central Colorado. This coal availability study of the Somerset quadrangle was delivered to the USGS in August of 1998 and published by the CGS as Resource Series 36.

The coal availability study of the Somerset quadrangle (fig. 6) indicates that approximately 75.3 percent of the total 3.09 billion short tons of coal in-place in the Somerset quadrangle is available for development. Approximately 75 million

short tons of coal within the quadrangle have been produced through 1997, and more than 200 million additional short tons were lost or sterilized from mining (Eakins and others, 1998). It is difficult to compare coal resource estimates from this report to previous coal resource reports because previous studies reported coal resources on a much larger scale—a county or township basis. These estimates might indicate, in general percentages, the amount of available coal in other parts of the Uinta Basin that have similar geologic and land-use conditions.

This coal availability study indicates that more than 75 percent of the original coal resources in the quadrangle are available for mining. Studies in the Appalachian coal region indicate that only 50 to 55 percent of the original coal resource in most areas of that region is available for development (Carter and Gardner, 1994; Carter, Rohrbacher and others, 2000). Of the remaining Appalachian coal resources, no more than 60 percent is considered available for future development because of restrictions to mining (Carter and Gardner, 1994;

BLM_0105066

Carter, Rohrbacher and others, 2000).

The effect of land-use and technological factors on the availability of the remaining coal in other Colorado coal fields is not well known. It is important, however, to calculate the amount of the remaining coal resources available to mining in order to aid decision-makers in addressing issues pertaining to future coal development in Colorado.

## Coal Availability Evaluation Methodology

### Factors Affecting the Availability of Coal Resources

There are many factors that could affect the availability of coal for mining. The three general groups of factors to consider for coal development are legal unsuitability criteria, potential land-use restrictions, and technological factors. Table 3 provides a complete listing of all factors considered within these three groups. Many of the factors given are either not applicable to the Somerset quadrangle or, after analysis, were not considered to be restrictions. Applicability of restrictions was evaluated based on input from mining engineers from coal companies that have mines in and near the Somerset quadrangle, staff members of the Colorado Division of Minerals and Geology (CDMG), and individuals with the USGS who are familiar with other coal availability studies.

A hierarchy was established for land-use and technological restrictions to prevent double-counting of restrictions when they overlap. The hierarchy for resolving overlapping applicable land-use restrictions was (1) streams, (2) highways, and then (3) railroads. Technological restrictions were considered in this order: (1) mined-out areas, (2) minimum coal-bed thickness, (3) proximity to another coal bed, and (4) burned coal beds (clinker).

Unsuitability criteria and land-owner restrictions that might hinder coal development in the Somerset quadrangle include railroads, highways, rivers and lakes, cemeteries, towns, critical habitat for threatened or endangered species, bald or golden eagle nests, and alluvial valley floors. Some of these considerations might be mitigated so that coal mining could proceed. Other considerations might not be mitigated and could prevent mining in their specific areas. Technological constraints that affect the availability of coal include mined-out areas, overburden thickness greater than 3,000 ft, interburden between minable seams less than 40 ft, and coal seams less than 24 inches thick.

To identify the factors affecting the availability of coal for future mining in the Somerset quadrangle, interviews were conducted with mining engineers and geologists with four coal companies that have mines in geologic and physiographic settings similar to those found in the quadrangle. Two of the coal companies have mines currently operating within the quadrangle. Staff members from the CDMG, the State agency responsible for permitting and inspecting mines, were also interviewed. The information from these interviews was used to

**Table 3.** Listing of possible restrictions to coal mining.

[After Eakins and others, 1998. Printed in bold, applicable to the Somerset quadrangle; Italicized, criteria to consider (those which were considered to possibly be applicable). The potential restriction would be evaluated for a specific development project. In some cases the potential restriction might be mitigated]

**3A.   Coal-leasing unsuitability criteria from Federal Coal Management Regulations (43CFR 3461.5)**

| | |
|---|---|
| 1. | Federal land systems |
| 2. | **Rights of way and easements [i.e., railroads]** |
| 3. | **Dwellings, roads, cemeteries, and public buildings** |
| 4. | Wilderness Study Areas |
| 5. | Lands with outstanding scenic quality |
| 6. | Lands used for scientific study |
| 7. | *Historic lands and sites* |
| 8. | Natural areas |
| 9. | *Critical habitat for threatened or endangered species* |
| 10. | *State-listed threatened or endangered species* |
| 11. | *Bald or golden eagle nests* |
| 12. | *Bald and golden eagle roost and concentration areas* |
| 13. | Federal lands containing active Peregrine falcon cliff nesting site |
| 14. | *Habitat for migratory bird species* |
| 15. | Fish and wildlife habitat for resident species |
| 16. | Flood plains |
| 17. | Municipal watersheds |
| 18. | National resource waters |
| 19. | *Alluvial valley floors* |
| 20. | State or Indian Tribe criteria |

**3B.   Other applicable land-use restrictions**

| | |
|---|---|
| 1. | **Towns** |
| 2. | Pipelines and powerlines |
| 3. | *Archaeological areas and wetlands* |
| 4. | **Streams, lakes, and reservoirs** |
| 5. | *Surface- and coal-ownership issues* |

**3C.   Technological restrictions considered**

| | |
|---|---|
| 1. | **Mined-out areas / coal beds too thin** |
| 2. | **Coal depth (<100 ft overburden or >3,000 ft overburden for underground mining)** |
| 3. | **Coal beds too close together (<40 ft)** |
| 4. | **Limit of coal (including areas of burned coal)** |
| 5. | *Oil and gas development* |
| 6. | **Active mines and abandoned mines** |
| 7. | *Subsidence over abandoned mines* |
| 8. | *Subsidence is projected to cause material damage* |
| 9. | *Roof or floor problems / barrier pillars* |
| 10. | *Coal-bed discontinuities* |
| 11. | *Steep surface slopes / steeply dipping beds* |
| 12. | *Proximity to intrusives or faults* |
| 13. | *Insufficient resources to mine / coal quality* |

develop criteria for defining available coal in the quadrangle.

Availability of coal must be evaluated based on the mining method that will most likely be used to recover the coal. In the Somerset coal field, all pre-1980's mining had been conducted by room and pillar underground mining methods. However, since the early 1990's, new mines and plans for expansion within existing mines have involved longwall mining exclusively (U.S. Bureau of Land Management, 1999).

**F16    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

*Unsuitability Criteria Determinations*

Coal unsuitability criteria are listed in the Federal Regulations, Title 43, Subpart 3461 (43 CFR 3461). These 20 specific legal criteria are used to determine if an area can be mined by surface-mining methods. Underground mining on Federal lands can be exempted from these criteria, except where the mining will include surface operations and have surface impacts on Federal lands that cannot be otherwise exempted (43 CFR 3461.1).

The unsuitability criteria that were evaluated to be restrictions to mining in the Somerset quadrangle are rights of way and easements (applicable to the railroad), roads (applicable to Colorado Highway 133) and cemeteries (the miner's cemetery north of Somerset). Dwellings and public buildings within the town of Somerset are also restrictions, although the entire town of Somerset is restricted under other land-use restrictions. It is conceivable that the cemetery, highway, and railroad could be relocated, if necessary, to allow mining to proceed once the necessary agreements and permits are acquired. For the purposes of this study, however, they are considered restrictions to mining. No restriction was applied to highways for coal more than 200 ft below the surface.

Other unsuitability criteria that are potential restrictions in the quadrangle are critical habitat for threatened or endangered species, bald or golden eagle nests, and alluvial valley floors. These criteria should be considerations in mine planning. The Colorado Division of Wildlife has not identified any bald eagle nests within the quadrangle. Underground mining may be permitted beneath alluvial valley floors in some cases; therefore alluvial valley floors were not considered a restriction. These criteria could cause areas to be declared unsuitable for coal mining. Detailed studies to determine unsuitability or proposing mitigation measures would be made if an expression of interest for coal development was submitted to the Government.

*Other Land-Use Issues*

Coal mining beneath the town of Somerset is considered to be restricted. Coal mining beneath streams, lakes, and reservoirs is restricted as well. The North Fork of the Gunnison River and Minnesota Reservoir are both considered land-use restrictions; however, no restriction was applied to streams where the coal is more than 200 ft below the surface.

Other potential land-use restrictions were considered; however, none were evaluated to be applicable to the Somerset quadrangle. There are no major powerlines or pipelines that transect the quadrangle. The Colorado Historical Society has identified no significant archaeological sites in the study area and no wetlands were identified by the BLM (U.S. Bureau of Land Management, 1999). Surface- and coal-ownership issues are restrictions only in rare instances.

*Technologic Factors*

Technologic factors considered to be restrictions to mining were depth to coal greater than 3,000 ft, overburden less than 100 ft thick, areas of no coal (mined-out areas—both active and abandoned mines—and areas of no coal deposition), interburden less than 40 ft thick, coal seams less than 28 inches thick, and areas of burned coal (clinker).

No oil and gas development has taken place within the quadrangle. A single test hole, drilled in 1981, was not completed as a well. Coal quality is not considered to be a restriction to mining, although it could influence the specific areas of a bed that are selected to be mined. Underground mining above or below a mined-out seam is done on a regular basis if there has been prior experience or if rock mechanic-studies have demonstrated that the new mining area will be stable. However, it is likely that subsidence over an abandoned mine may preclude mining in the overlying coal seams until the subsidence has stabilized. Data to identify areas affected by such subsidence is not readily available. Areas with roof or floor problems that would preclude mining, steep slopes and igneous intrusions, and faults, although present, were not considered to be significant enough to be a restriction. Potential restrictions identified in other study areas were not present in the Somerset quadrangle.

The Colorado Geological Survey, with assistance from the U.S. Geological Survey, established a digital database of the mined-out areas for the Somerset coal field. Information on the extent of mining was obtained from individual mine maps or previously compiled 1:24,000-scale maps available at the CGS, from maps within mine permit documents at the Colorado Division of Minerals and Geology, or from mine operators. Boundaries of active mines were updated to January 1, 1998, based in part on mine plans through the end of 1997.

Depleted reserves consist of that part of the coal seam where coal extraction has been completed and the mine abandoned from further production. These abandoned mines contain support pillars that were not extracted at the end of the mining operations and barrier pillars that separate one mine from another. Barrier pillars are necessary to control water inflow into new mines and to control the natural gases that are present in coal (protection for the miners). The Federal Mine Safety and Health Administration (MSHA) requires that an undisturbed 50-ft barrier pillar of coal be left between active and abandoned mines. These barrier pillars have been excluded from the available resources as barrier restrictions. Colorado law (table 4) goes a step further and requires that the barrier pillar be a minimum of 500 ft wide around active mines; however, once a mine or mining area becomes inactive, a new mining operation may be permitted to mine within 50 ft of the abandoned workings.

The Colorado Surface Coal Mining Reclamation Act also includes a number of potential exclusions or restrictions

BLM_0105068

to underground coal mining, within Title 34, Article 33, as indicated in table 4. Many of these exclusions and restrictions overlap with Federal restrictions to mining. All were considered for inclusion in the factors affecting availability of coal.

## Overview of the Study Area

This overview includes summaries from the Colorado Geological Survey, Resource Series 36, concerning the quadrangle's location and physiographic setting, general geology, principal coal beds, correlation of beds, and the history of coal mining.

### Location and Physiographic Setting

The Somerset 7.5-minute quadrangle is located in west-central Colorado in the southeastern part of the Uinta Coal region's Piceance Basin (fig. 6). The quadrangle is within the Somerset coal field in the northwestern part of Gunnison County. The town of Somerset, located in the west-central part of the quadrangle, is the only population center. A single major highway, a section of Colorado Highway 133 between the towns of Redstone and Paonia, crosses the quadrangle.

Elevations within the quadrangle range from about 5,900 to 9,836 ft above sea level (fig. 9). The lowest elevation is along the river at the western boundary of the quadrangle, while the highest elevation (9,836 ft.) is in the north-central part. Mt. Gunnison, at 12,719 ft, is about 4 mi south-southeast of the quadrangle.

Land use in the Somerset quadrangle includes surface facilities for two relatively large operating underground mines, the town of Somerset, and a few dwellings along the North Fork valley. Over half of the quadrangle is within the Gunnison National Forest, and the Bureau of Land Management administers a large part of the remainder. Coal mining is the primary industry within the quadrangle.

**Table 4.**  Restrictions to Mining, Colorado 34-33-101 et. seq.

[E, exclusion; R, restriction]

| Restriction/exclusion | Explanation of restriction or exclusion | Rule no. |
|---|---|---|
| E | Lands within National Park system, National Wildlife Refuges, National system of trails, National Wilderness Preservation system, Wild and Scenic Rivers, and National Recreation Areas | 2.07.6(2)(d)(iii)(A) |
| E | Within 300 ft of public building  (school, church, hospital, courthouse, government building ...) community or institutional building or any public park | 2.07.6(2)(d)(iii)(B) |
| E | Within 100 ft of a cemetery | 2.07.6(2)(d)(iii)© |
| E | Lands designated unsuitable for mining (None have been designated in Colorado) | 2.07.6(2)(d)(i) |
| E | Operations which affect the continued existence of threatened and endangered species | 2.07.6(2)(n) |
| R | Mining on steep slopes (has to meet specific performance standards) | 2.06.4 |
| R | Lands within National Forest | 2.07.6(2)(d)(iii)(D) |
| R | Will not adversely affect publicly owned park or  place eligible to be included in the National Register of Historic Places | 2.07.6(2)(e)(i) |
| R | Within 100 ft of public road right-of-way | 2.07.6(2)(d)(iv) |
| R | Within 300 ft of an occupied dwelling (unless owner waives) | 2.07.6(2)(d)(v) |
| R | 500 ft, measured horizontally, from active or abandoned underground mines | 4.19(1) |
| R | Beneath or adjacent to any perennial stream, or impoundment  or other body of water >20 acre-ft | 4.20.4 |
| R | Mining in alluvial valley floors (AVF) and prime farm land (AVF's are identified during permitting process; prime farmland is identified by the Office of Surface Mining) | 2.07.6(2)(K) |
| R | Operations where subsidence is projected to cause material damage (Essentially the mine must avoid subsidence or leave support pillars to protect aquifers, agricultural land and occupied residential dwellings and noncommercial buildings) | 2.05.6(6)(b)(iii) 4.20 |
| R | Blasting within 1,000 ft of schools, churches, hospitals, and nursing facilities and within 500 ft of wells, pipelines, and storage tanks for oil, gas or water | 4.08.4(7) |
| R | Surface disturbance within 100 ft of perennial streams with biological communities in them | 4.05.18 |

**F18    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**



**Figure 9.** Simplified topographic map of the Somerset quadrangle with land ownership and mine locations.

**Table 5.** Common bed names and thickness ranges of principal coal beds, Somerset quadrangle.

[After Eakins and others, 1998]

| Bed name (letter designation) | Common name of bed | Thickness range (ft) | Typical thickness (ft) |
|---|---|---|---|
| Lower B | B-1 | 1.6–20 | 5–10 |
| B | Somerset; B-1 / B-2 | 1.2–29 | 15–25 |
| C | Bear | 0–16 | 6–8 |
| Lower D | Lower Oliver; D-1 | 2.6–21 | 6–15 |
| D | Oliver; Upper Oliver; D-2 | 0–25 | 8–20 |
| E | Hawksnest | 0–15 | 5–8 |

## General Geology of the Somerset Quadrangle and Vicinity

The Somerset coal field in Delta and Gunnison Counties lies in and near a valley cut by the North Fork of the Gunnison River and its tributaries. Strata dip generally to the northeast at an average of about 3 to 5 degrees.

The coal in this area occurs in the lower part of the Williams Fork Formation (fig. 10). The coal seams are high-volatile B and C bituminous, and reach up to 25 ft or more in thickness. Six major coal seams have been identified in the Williams Fork Formation (Johnson, 1948). Many of the coal seams are either partially intruded or replaced by intrusives and locally may be upgraded in rank because of the intrusives. The eastern part of the coal field, near the town of Somerset, has coking coal of relatively good quality that may also contain moderately high levels of methane (Tremain and others, 1995).

Subsurface geologic information is available for 99 drill holes within the quadrangle and a 3-mi zone surrounding the quadrangle. Forty-eight of the drill holes are within the quadrangle itself. The deepest drill holes, which are located to the northeast of the quadrangle, are oil and gas test holes.

Bedrock units exposed within the Somerset quadrangle range from the Upper Cretaceous Mancos Shale to the Tertiary Wasatch Formation. The Mancos Shale, the oldest exposed formation in the study area, is present in the west-central part of the quadrangle along the North Fork of the Gunnison River and in the extreme southwestern part.

The overlying Mesaverde Formation has been subdivided into four members (ascending order) by Dunrud (1989), Johnson and May (1980), Nowak (1990), and Wellborn (1982a, 1980b) in the area—the Rollins Sandstone Member, the Bowie Shale (or lower coal) Member, the Paonia Shale (or upper coal) Member, and the Barren Member (fig. 10). Johnson and May (1980) and Dunrud (1989) include a fifth member, the Ohio Creek Member, in the uppermost part of the Mesaverde



**Figure 10.** Generalized composite stratigraphic section showing coal beds and adjacent strata of the Somerset quadrangle, Colorado (after Eakins and others, 1998).

Formation. The significant coal seams in the Somerset quadrangle are within the Bowie Shale (lower coal) and Paonia Shale (upper coal) Members of the Mesaverde Formation (Dunrud, 1989).

The Tertiary Wasatch Formation is the youngest bedrock unit exposed in the quadrangle.

## Principal Coal Beds

The principal coal seams of the Somerset quadrangle are designated, from bottom to top, as the A through F seams. Table 5 provides commonly used alternative bed names and overall and typical thickness ranges of the B, C, D, and E coal seams in the quadrangle. These seams are generally continuous but may have significant splits or areas of non-deposition. Thinner coal beds between the principal seams, and the A and F beds, are not of minable thickness within the quadrangle. The B, C, D, and E seams have all been mined, but significant areas of potentially minable coal in these beds and in the accompanying lower splits of the B and D seams remain. Mapping and resource calculations have been completed for the A–F seams and their associated splits.

Split seams (lower B and D coal beds) are designated where the parting thickness exceeds the coal thickness of the overlying or underlying coal bed. For example, if the B seam consists of 12 ft of coal, 5 ft of shale parting, and 6 ft of coal, the seam is considered to be unsplit, with a net seam thickness of 18 ft. However, the seam would be considered split into two seams if the 12-ft interval of coal was underlain by 6 ft of parting and 5 ft of coal. The B seam would be 12 ft thick and the Lower B seam would be 5 ft thick. The thicker seam is normally mined and the thinner seam is a lost resource.

## Correlation of Coal Beds

Cretaceous coal beds of Colorado are highly lenticular and their minable thicknesses frequently extend laterally for relatively short distances. Because of this lenticularity, correlation of coal beds is difficult. Coal-seam correlations by Dunrud (1976, 1989), Johnson and May (1980), and Nowak (1990) utilized closely spaced, proprietary data from mining companies. Although no proprietary data was used in the present study, we benefited from the previous correlations based on proprietary data. The Colorado Geological Survey was able to acquire 14 drill holes from Mountain Coal Company to fill in gaps in data spacing. Data points used in this study and cross-section locations are shown in figure 11. Several previous studies, particularly Dunrud (1989), Johnson (1948), and Landis (1949) have covered the entire Somerset coal field and surrounding areas, including both north and south of the North Fork of the Gunnison River. A combination of their coal-seam correlations and newly acquired data were used for coal-seam correlations in this study. In this report, as in

Dunrud (1989), the Hawksnest bed is correlated as the E coal seam both north and south of the North Fork of the Gunnison River. The seam designated as the F seam by Mountain Coal Company's Mt. Gunnison mine is designated as the E seam in this report. Two cross sections showing coal-seam correlations (figs. 12 and 13) have been included in this report. These cross sections not only show the coal-seam correlations, but also show the coal seams, major parting and interburden thicknesses, and bed splits.

## Coal Mining History

More than 15 million short tons of coal were produced in the Uinta Coal region (fig. 6) in 1997, or 55 percent of Colorado's total coal production. The two operating mines in the Somerset quadrangle, the Sanborn Creek and West Elk mines, produced 27 percent of Colorado's coal in 1997: these two mines produced a combined 7,322,766 short tons of coal, all from the B coal seam. The West Elk mine is a longwall operation and the Sanborn Creek mine is a room and pillar mine; the mining company is planning to add a longwall operation after they have acquired new Federal leases (U.S. Bureau of Land Management, 1999) and permits.

Approximately 7.5 percent of Colorado's cumulative production through 1997 has come from the Somerset quadrangle. All mines operating in the quadrangle have been underground mines. Thirty-seven coal mines have operated in the Somerset coal field during the period from 1903 to the present (Boreck and Murray, 1979). Fourteen mines, all of which produced more than 100,000 short tons, have operated in the Somerset quadrangle.

Total production for the Somerset quadrangle is approximately 75 million short tons through 1997. About 80 percent of the coal mined from the Somerset quadrangle was produced from either the B or C bed. The remainder came from the D and E beds.

# Results: Coal Resources and Coal Available for Mining in the Somerset Quadrangle, Colorado

The Somerset quadrangle contains almost 3.1 billion short tons of total original coal resources. Approximately 275 million short tons have been removed by mining or lost in the mining process, leaving about 2.8 billion short tons of remaining coal resources. Because of land-use and technological restrictions, about 2.3 billion short tons (74 percent of the original coal resources) are available for mining. The coal resources of the Somerset quadrangle are summarized in tables 6 and 7 and figure 14.

All restricted tonnages, regardless of whether they overlap with other restrictions, are presented. Calculated coal tonnages in table 7 may not necessarily be consistent with those

Case No. 1:20-cv-02484-MSK   Document 58-6   filed 04/28/21   USDC Colorado   pg 133 of 146



**Figure 11.** Data points and cross-section locations in the Somerset study area, Colorado (from Eakins and others, 1998).

BLM_0105073

**F22**   Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure 12.** Coal correlation cross section A-A', drawn generally E.-W., parallel to the North Fork of the Gunnison River (from Eakins and others, 1998).

BLM_0105074

Coal Availability, Recovery, Economic Evaluations of Coal Resources, Colorado Plateau: Colo., N. Mex., and Utah    **F23**



**Figure 13.** Coal correlation cross section B-B', drawn generally N.-S., perpendicular to the North Fork of the Gunnison River (from Eakins and others, 1998).

BLM_0105075

**F24**    **Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

**Table 6.**  Summary of original, restricted, and available coal resources of the Somerset quadrangle by bed.

[After Eakins and others, 1998. Figures in millions of short tons]

| Resource category | Lower B | B | C | Lower D | D | E | Total |
|---|---|---|---|---|---|---|---|
| Original coal resources | 95.2 | 1202.5 | 417.6 | 280.7 | 666.4 | 425.4 | 3087.8 |
| Coal mined or lost during mining | 0.0 | 222.6 | 25.6 | 0.0 | 5.3 | 21.9 | 275.4 |
| Remaining coal | 95.2 | 979.9 | 392.0 | 280.7 | 661.1 | 403.5 | 2812.4 |
| Land-use restrictions | 0.0 | 0.1 | 0.2 | 0.9 | 0.4 | 0.3 | 1.9 |
| Technological restrictions | 36.4 | 198.3 | 0.9 | 175.9 | 72.8 | 0.3 | 484.6 |
| Available coal resources | 58.8 | 781.5 | 390.9 | 103.9 | 587.9 | 402.9 | 2325.9 |

**Table 7.**  Summary of restricted coal resources of the Somerset quadrangle by bed.

[After Eakins and others,1998. Figures in millions of short tons]

| Resource category | Lower B | B | C | Lower D | D | E | Total |
|---|---|---|---|---|---|---|---|
| **Land-use restrictions** | | | | | | | |
| Railroads | 0.0 | 20.0 | 61.0 | 0.0 | 0.0 | 0.0 | 81.0 |
| Streams | 0.0 | 50.0 | 157.0 | 950.0 | 430.0 | 275.0 | 1,862.0 |
| Roads | 0.0. | 8.0 | 51.0 | 132.0 | 90.0 | 0.0 | 281.0 |
| Total land-use restrictions | 0.0 | 78.0 | 269.0 | 1,082.0 | 520.0 | 275.0 | 2,224.0 |
| **Technologic restrictions** | | | | | | | |
| Interburden < 40 ft | 36,351.0 | 193,844.0 | 0.0 | 175,855.0 | 72,564.0 | 0.0 | 478,614.0 |
| Burn | 0.0 | 6,533.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6,533.0 |
| Too thin (< 28 in) | 230.0 | 0.0 | 1,102.0 | 0.0 | 268.0 | 317.0 | 1,917.0 |
| Total technologic restrictions | 36,581.0 | 200,377.0 | 1,102.0 | 175,855.0 | 72,832.0 | 317.0 | 487,064.0 |



*A.* Original Coal Resources

*B.* Available Coal Resources

**Figure 14.**  Pie charts showing total original coal resources (*A*) and available coal resources (*B*) for the six major coal beds (after Eakins and others, 1998) in the Somerset quadrangle (unlabled numbers are in millions of short tons).

BLM_0105076

in table 6 because adjustments have been made for overlapping restrictions in the overall summary totals presented in table 6.

## Coal Resource Categories

Original, remaining, and available coal resource estimates were subdivided into categories of overburden thickness (depth), coal thickness, and reliability of estimate. Overburden categories used were: 0–200 ft, 200–1,000 ft, and >1,000 ft. Two coal-thickness categories were used: 1.2–2.3 ft (14–28 inches) and >2.3 ft. Reliability categories for coal resource calculation were: measured, indicated, inferred, and hypothetical, as reported in Wood and others (1983). Tables 8, 9 and 10 provide detailed information on the original, remaining, and available coal resources of the B, D, and E beds.

## Summary

### Original Coal Resources

More than 1.2 billion short tons, or approximately 39 percent of the original resource of 3.1 billion short tons in the Somerset quadrangle, are contained in the B coal seam. The D bed contains about 660 million short tons, which constitutes 22 percent of the original resource. The C and E coal seams each contain more than 400 million short tons of coal resource. Together they represent 28 percent of the total coal resource.

Approximately 55 percent of the original coal resources for all seams is within 1,000 ft of the ground surface. Almost all of the original coal resource is greater than 2.3 ft thick; only 0.05 percent or less of the original coal resource for all beds represents coal between 1.2 and 2.3 ft thick.

Almost all the original coal resource falls within a reliability category of either measured, indicated, or inferred. Less than 0.5 percent of the original coal is farther than 3 mi from a data point and, therefore, falls within the hypothetical reliability category. Thirteen percent of the original coal resource is in the measured category, 38 percent of the original coal resource is within the indicated category, and 48 percent is in the inferred category.

### Mined-Out and Remaining Coal Resources

The B, C, D, and E seams have all been mined within the quadrangle. Of the approximately 275 million short tons of coal mined or lost in mining, 81 percent is from the B seam, 9 percent is from the C seam, 8 percent from the E seam, and about 2 percent from the D seam. The amount of coal resource mined or lost in mining represents about 9 percent of the original resource. Remaining resources are about 91 percent of the original resource, or 2.8 billion short tons.

### Restrictions and Available Coal Resources

Land-use restrictions in the Somerset quadrangle limit the availability of only 1.9 million short tons of coal, or much less than 0.1 percent of the original coal resource. Technological restrictions, however, limit the availability of almost 500 million short tons—about 16 percent of the original resource. In cases where both land-use and technological restrictions might apply, the technological restrictions have been applied, based on the established hierarchy. The primary technological restriction is interburden that is too thin to support mining of superjacent of subjacent seams. When the interburden is less than 40 ft thick, the thinner coal seam is presumed to be restricted from mining. This restriction would impact the E bed for subjacent seams only because it has no overlying coal seam. The entire technological restriction for the E seam (about 300,000 short tons) is due to the thinness (< 2.3 ft) of the seam. Thin seams account for about 0.3 percent of the total technological restrictions.

More than 780 million short tons, or approximately 34 percent of the available resource of 2.3 billion short tons in the quadrangle, is coal from the B seam. The D seam contains almost 590 million short tons, which represent 25 percent of the available coal resource. The E seam has more than 400 million short tons of available coal resource, or 17 percent of the total. The other three seams account for about 24 percent of the available coal resource as follows: C seam (17 percent), Lower D seam (4 percent), and Lower B seam (3 percent).

Approximately 51 percent of the available resource for all seams is less than 1,000 ft below the surface. Almost all the available coal resource falls within a reliability category of either measured, indicated, or inferred. The measured category contains 10 percent of the available coal resource, 35 percent of the available coal resource is within the indicated category, and 54 percent is in the inferred category.

*Text continues on page 29*

BLM_0105077

**Table 8.** Summary of estimated original, remaining, and available coal resources of the "B" coal bed in the Somerset 7.5-minute quadrangle, Colorado.

[After Eakins and others, 1998. Figures in thousands of short tons. Resources are subdivided into categories of overburden thickness (0–200 ft, 200–1000 ft, and > 1000 ft), coal thickness (1.2–2.3 ft and >2.3 ft), and reliability of estimate (measured, indicated, inferred, and hypothetical)]

| | | MEASURED | | | INDICATED | | | INFERRED | | | HYPOTHETICAL | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL |
| **ORIGINAL** | | | | | | | | | | | | | | | | | |
| | 0–200 | 0 | 2130 | 2130 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2130 | 2130 |
| | 200–1000 | 0 | 102285 | 102285 | 0 | 328532 | 328532 | 0 | 191587 | 191587 | 0 | 0 | 0 | 0 | 622404 | 622404 |
| | >1000 | 0 | 50734 | 50734 | 0 | 124515 | 124515 | 0 | 395794 | 395794 | 0 | 6903 | 6903 | 0 | 577946 | 577946 |
| | TOTAL | 0 | 155149 | 155149 | 0 | 453047 | 453047 | 0 | 587381 | 587381 | 0 | 6903 | 6903 | 0 | 1202480 | 1202480 |
| **MINED OUT**\*\* | | | | | | | | | | | | | | | | | |
| SURFACE | 0–200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 200–1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEEP | 0–200 | 0 | 870 | 870 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 870 | 870 |
| | 200–1000 | 0 | 53316 | 53316 | 0 | 107812 | 107812 | 0 | 19490 | 19490 | 0 | 0 | 0 | 0 | 180618 | 180618 |
| | >1000 | 0 | 19404 | 19404 | 0 | 21711 | 21711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41115 | 41115 |
| | TOTAL | 0 | 73590 | 73590 | 0 | 129523 | 129523 | 0 | 19490 | 19490 | 0 | 0 | 0 | 0 | 222603 | 222603 |
| TOTAL | 0–200 | 0 | 870 | 870 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 870 | 870 |
| | 200–1000 | 0 | 53316 | 53316 | 0 | 107812 | 107812 | 0 | 19490 | 19490 | 0 | 0 | 0 | 0 | 180618 | 180618 |
| | >1000 | 0 | 19404 | 19404 | 0 | 21711 | 21711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41115 | 41115 |
| | TOTAL | 0 | 73590 | 73590 | 0 | 129523 | 129523 | 0 | 19490 | 19490 | 0 | 0 | 0 | 0 | 222603 | 222603 |
| **REMAINING** | | | | | | | | | | | | | | | | | |
| | 0–200 | 0 | 1260 | 1260 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1260 | 1260 |
| | 200–1000 | 0 | 48969 | 48969 | 0 | 220720 | 220720 | 0 | 172097 | 172097 | 0 | 0 | 0 | 0 | 441786 | 441786 |
| | >1000 | 0 | 31330 | 31330 | 0 | 102804 | 102804 | 0 | 395794 | 395794 | 0 | 6903 | 6903 | 0 | 536831 | 536831 |
| | TOTAL | 0 | 81559 | 81559 | 0 | 323524 | 323524 | 0 | 567891 | 567891 | 0 | 6903 | 6903 | 0 | 979877 | 979877 |
| **RESTRICTIONS** | | | | | | | | | | | | | | | | | |
| LAND-USE | 0–200 | 0 | 50 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 50 |
| | 200–1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | >1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 0 | 50 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 50 |
| TECHNOLOGIC | 0–200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 200–1000 | 0 | 17003 | 17003 | 0 | 84697 | 84697 | 0 | 25202 | 25202 | 0 | 0 | 0 | 0 | 126902 | 126902 |
| | >1000 | 0 | 15509 | 15509 | 0 | 26562 | 26562 | 0 | 29228 | 29228 | 0 | 0 | 0 | 0 | 71299 | 71299 |
| | TOTAL | 0 | 32512 | 32512 | 0 | 111259 | 111259 | 0 | 54430 | 54430 | 0 | 0 | 0 | 0 | 198201 | 198201 |
| TOTAL | 0–200 | 0 | 50 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 50 |
| | 200–1000 | 0 | 17003 | 17003 | 0 | 84697 | 84697 | 0 | 25202 | 25202 | 0 | 0 | 0 | 0 | 126902 | 126902 |
| | >1000 | 0 | 15509 | 15509 | 0 | 26562 | 26562 | 0 | 29228 | 29228 | 0 | 0 | 0 | 0 | 71299 | 71299 |
| | TOTAL | 0 | 32562 | 32562 | 0 | 111259 | 111259 | 0 | 54430 | 54430 | 0 | 0 | 0 | 0 | 198251 | 198251 |
| **AVAILABLE** | | | | | | | | | | | | | | | | | |
| | 0–200 | 0 | 1210 | 1210 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1210 | 1210 |
| | 200–1000 | 0 | 31966 | 31966 | 0 | 136023 | 136023 | 0 | 146895 | 146895 | 0 | 0 | 0 | 0 | 314884 | 314884 |
| | >1000 | 0 | 15821 | 15821 | 0 | 76242 | 76242 | 0 | 366567 | 366567 | 0 | 6903 | 6903 | 0 | 465533 | 465533 |
| | TOTAL | 0 | 48997 | 48997 | 0 | 212265 | 212265 | 0 | 513462 | 513462 | 0 | 6903 | 6903 | 0 | 781627 | 781627 |

\*\*Mined and lost-in-mining, by surface and deep mining methods.
Note: Totals may not equal sum of components because of independent rounding.

BLM_0105078

**Table 9.** Summary of estimated original, remaining, and available coal resources of the "D" coal bed in the Somerset 7.5-minute quadrangle, Colorado.

[After Eakins and others, 1998. Figures in thousands of short tons. Resources are subdivided into categories of overburden thickness (0–200 ft, 200–1000 ft, and > 1000 ft), coal thickness (1.2–2.3 ft and >2.3 ft), and reliability of estimate (measured, indicated, inferred, and hypothetical)]

| | | MEASURED | | | INDICATED | | | INFERRED | | | HYPOTHETICAL | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL |
| **ORIGINAL** | | | | | | | | | | | | | | | | |
| | 0–200 | 108 | 16623 | 16731 | 0 | 24483 | 24483 | 0 | 94 | 94 | 0 | 0 | 0 | 108 | 41200 | 41308 |
| | 200–1000 | 30 | 59059 | 59089 | 0 | 203777 | 203777 | 0 | 130506 | 130506 | 0 | 0 | 0 | 30 | 393342 | 393372 |
| | >1000 | 268 | 16339 | 16607 | 0 | 47558 | 47558 | 0 | 165212 | 165212 | 0 | 2362 | 2362 | 268 | 231471 | 231739 |
| | TOTAL | 406 | 92021 | 92427 | 0 | 275818 | 275818 | 0 | 295812 | 295812 | 0 | 2362 | 2362 | 406 | 666013 | 666419 |
| **MINED OUT\*\*** | | | | | | | | | | | | | | | | |
| SURFACE | 0–200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 200–1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEEP | 0–200 | 48 | 14 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 14 | 62 |
| | 200–1000 | 29 | 2368 | 2397 | 0 | 2872 | 2872 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | 5240 | 5269 |
| | >1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 77 | 2382 | 2459 | 0 | 2872 | 2872 | 0 | 0 | 0 | 0 | 0 | 0 | 77 | 5254 | 5331 |
| TOTAL | 0–200 | 48 | 14 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 14 | 62 |
| | 200–1000 | 29 | 2368 | 2397 | 0 | 2872 | 2872 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | 5240 | 5269 |
| | >1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 77 | 2382 | 2459 | 0 | 2872 | 2872 | 0 | 0 | 0 | 0 | 0 | 0 | 77 | 5254 | 5331 |
| **REMAINING** | | | | | | | | | | | | | | | | |
| | 0–200 | 60 | 16609 | 16669 | 0 | 24483 | 24483 | 0 | 94 | 94 | 0 | 0 | 0 | 60 | 41186 | 41246 |
| | 200–1000 | 1 | 56691 | 56692 | 0 | 200905 | 200905 | 0 | 130506 | 130506 | 0 | 0 | 0 | 1 | 388102 | 388103 |
| | >1000 | 268 | 16339 | 16607 | 0 | 47558 | 47558 | 0 | 165212 | 165212 | 0 | 2362 | 2362 | 268 | 231471 | 231739 |
| | TOTAL | 329 | 89639 | 89968 | 0 | 272946 | 272946 | 0 | 295812 | 295812 | 0 | 2362 | 2362 | 329 | 660759 | 661088 |
| **RESTRICTIONS** | | | | | | | | | | | | | | | | |
| LAND-USE | 0–200 | 61 | 370 | 431 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 370 | 431 |
| | 200–1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | >1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 61 | 370 | 431 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 370 | 431 |
| TECHNOLOGIC | 0–200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 200–1000 | 0 | 376 | 376 | 0 | 723 | 723 | 0 | 44357 | 44357 | 0 | 0 | 0 | 0 | 45456 | 45456 |
| | >1000 | 268 | 0 | 268 | 0 | 27067 | 27067 | 0 | 41 | 41 | 0 | 0 | 0 | 268 | 27108 | 27376 |
| | TOTAL | 268 | 376 | 644 | 0 | 27790 | 27790 | 0 | 44398 | 44398 | 0 | 0 | 0 | 268 | 72564 | 72832 |
| TOTAL | 0–200 | 61 | 370 | 431 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 370 | 431 |
| | 200–1000 | 0 | 376 | 376 | 0 | 723 | 723 | 0 | 44357 | 44357 | 0 | 0 | 0 | 0 | 45456 | 45456 |
| | >1000 | 268 | 0 | 268 | 0 | 27067 | 27067 | 0 | 41 | 41 | 0 | 0 | 0 | 268 | 27108 | 27376 |
| | TOTAL | 329 | 746 | 1075 | 0 | 27790 | 27790 | 0 | 44398 | 44398 | 0 | 0 | 0 | 329 | 72934 | 73263 |
| **AVAILABLE** | | | | | | | | | | | | | | | | |
| | 0–200 | 0 | 16239 | 16239 | 0 | 24483 | 24483 | 0 | 94 | 94 | 0 | 0 | 0 | 0 | 40816 | 40816 |
| | 200–1000 | 0 | 56315 | 56315 | 0 | 200182 | 200182 | 0 | 86149 | 86149 | 0 | 0 | 0 | 0 | 342646 | 342646 |
| | >1000 | 0 | 16339 | 16339 | 0 | 20491 | 20491 | 0 | 165171 | 165171 | 0 | 2362 | 2362 | 0 | 204363 | 204363 |
| | TOTAL | 0 | 88893 | 88893 | 0 | 245156 | 245156 | 0 | 251414 | 251414 | 0 | 2362 | 2362 | 0 | 587825 | 587825 |

\*\*Mined and lost-in-mining, by surface and deep mining methods.
Note: Totals may not equal sum of components because of independent rounding.

BLM_0105079

**Table 10.** Summary of estimated original, remaining and available coal resources of the "E" coal bed in the Somerset 7.5-minute quadrangle, Colorado.

[After Eakins and others, 1998. Figures in thousands of short tons. Resources are subdivided into categories of overburden thickness (0–200 ft, 200–1000 ft, and > 1000 ft), coal thickness (1.2–2.3 ft and >2.3 ft), and reliability of estimate (measured, indicated, inferred, and hypothetical)]

| | | MEASURED | | | INDICATED | | | INFERRED | | | HYPOTHETICAL | | | TOTAL | | |
| | | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL | 1.2–2.3ft | >2.3ft | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ORIGINAL** | | | | | | | | | | | | | | | | |
| | 0–200 | 0 | 4619 | 4619 | 0 | 37 | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4656 | 4656 |
| | 200–1000 | 270 | 25239 | 25509 | 47 | 111801 | 111848 | 0 | 91754 | 91754 | 0 | 0 | 0 | 317 | 228794 | 229111 |
| | >1000 | 0 | 13617 | 13617 | 0 | 41869 | 41869 | 0 | 135839 | 135839 | 0 | 323 | 323 | 0 | 191648 | 191648 |
| | TOTAL | 270 | 43475 | 43745 | 47 | 153707 | 153754 | 0 | 227593 | 227593 | 0 | 323 | 323 | 317 | 425098 | 425415 |
| **MINED OUT**\*\* | | | | | | | | | | | | | | | | |
| SURFACE | 0–200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 200–1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEEP | 0–200 | 0 | 247 | 247 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 247 | 247 |
| | 200–1000 | 0 | 4328 | 4328 | 0 | 9389 | 9389 | 0 | 263 | 263 | 0 | 0 | 0 | 0 | 13980 | 13980 |
| | >1000 | 0 | 2365 | 2365 | 0 | 5275 | 5275 | 0 | 18 | 18 | 0 | 0 | 0 | 0 | 7658 | 7658 |
| | TOTAL | 0 | 6940 | 6940 | 0 | 14664 | 14664 | 0 | 281 | 281 | 0 | 0 | 0 | 0 | 21885 | 21885 |
| TOTAL | 0–200 | 0 | 247 | 247 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 247 | 247 |
| | 200–1000 | 0 | 4328 | 4328 | 0 | 9389 | 9389 | 0 | 263 | 263 | 0 | 0 | 0 | 0 | 13980 | 13980 |
| | >1000 | 0 | 2365 | 2365 | 0 | 5275 | 5275 | 0 | 18 | 18 | 0 | 0 | 0 | 0 | 7658 | 7658 |
| | TOTAL | 0 | 6940 | 6940 | 0 | 14664 | 14664 | 0 | 281 | 281 | 0 | 0 | 0 | 0 | 21885 | 21885 |
| **REMAINING** | | | | | | | | | | | | | | | | |
| | 0–200 | 0 | 4372 | 4372 | 0 | 37 | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4409 | 4409 |
| | 200–1000 | 270 | 20911 | 21181 | 47 | 102412 | 102459 | 0 | 91491 | 91491 | 0 | 0 | 0 | 317 | 214814 | 215131 |
| | >1000 | 0 | 11252 | 11252 | 0 | 36594 | 36594 | 0 | 135821 | 135821 | 0 | 323 | 323 | 0 | 183990 | 183990 |
| | TOTAL | 270 | 36535 | 36805 | 47 | 139043 | 139090 | 0 | 227312 | 227312 | 0 | 323 | 323 | 317 | 403213 | 403530 |
| **RESTRICTIONS** | | | | | | | | | | | | | | | | |
| LAND-USE | 0–200 | 0 | 275 | 275 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 275 | 275 |
| | 200–1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | >1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 0 | 275 | 275 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 275 | 275 |
| TECHNOLOGIC | 0–200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 200–1000 | 270 | 0 | 270 | 47 | 0 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 317 | 0 | 317 |
| | >1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 270 | 0 | 270 | 47 | 0 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 317 | 0 | 317 |
| TOTAL | 0–200 | 0 | 275 | 275 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 275 | 275 |
| | 200–1000 | 270 | 0 | 270 | 47 | 0 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 317 | 0 | 317 |
| | >1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | 270 | 275 | 545 | 47 | 0 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 317 | 275 | 592 |
| **AVAILABLE** | | | | | | | | | | | | | | | | |
| | 0–200 | 0 | 4097 | 4097 | 0 | 37 | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4134 | 4134 |
| | 200–1000 | 0 | 20911 | 20911 | 0 | 102412 | 102412 | 0 | 91491 | 91491 | 0 | 0 | 0 | 0 | 214814 | 214814 |
| | >1000 | 0 | 11252 | 11252 | 0 | 36594 | 36594 | 0 | 135821 | 135821 | 0 | 323 | 323 | 0 | 183990 | 183990 |
| | TOTAL | 0 | 36260 | 36260 | 0 | 139043 | 139043 | 0 | 227312 | 227312 | 0 | 323 | 323 | 0 | 402938 | 402938 |

\*\*Mined and lost-in-mining, by surface and deep mining methods.
Note: Totals may not equal sum of components because of independent rounding.

# Availability of Coal Resources in the Fruitland Formation, San Juan Basin, Bisti Study Area, Northwest New Mexico

## Introduction

Coal is an important part of New Mexico's economy and contributes substantially to the State's educational funds through royalties and taxes. The State ranked 8th in the Nation in coal sales with approximately 26.9 million short tons sold in 1999 (Keystone Coal Industry Manual, 1999; Resource Data International, Inc., 2000). Coal is produced from two basins in New Mexico—the San Juan Basin located in the northwest part of the State and the Raton Basin located in the northeast part of the State. Four surface mines in the San Juan Basin produced 98 percent of New Mexico's coal tonnage in 1999; one mine in the Raton Basin produced the remaining 2 percent of the 1999 tonnage. At least 97 percent of this production was used for electrical generation. In the San Juan Basin, coal-fired power plants are close to the mines because of the high cost of mining and transportation (average price = $22.23/ sold short ton in 1999—Resource Data International, Inc., 2000) of New Mexico coal. Production costs are high because the coal seams are lenticular and relatively thin (less than 20 ft); however, many San Juan Basin coal deposits contain several minable seams. These multiple-seam mining operations can be very competitive early in the mine's life when the mining ratios are low. However, as the low-ratio coal resources are depleted, the mining costs rise (if technical factors remain the same). When compared with Powder River Basin (PRB) mines in Wyoming, New Mexico coal is expensive to mine because the ratio of overburden to coal-seam thickness, ranging from 5:1 to 15:1, is higher than mining ratios in the PRB, where the average stripping ratio is 2:1. The high operating costs in San Juan Basin mines prohibit transporting the product over long distances, but the lack of adequate rail transportation into or out of the San Juan Basin (SJB) tends to protect the mines from outside competition. Economics dictate transmitting electricity from the SJB to other Western and Pacific Coast States rather than shipping coal to these States. Approximately 60 percent of New Mexico's coal production is from the Upper Cretaceous Fruitland Formation (Hoffman and Jones, 1999). This formation has some of the thickest coal seams mined in the SJB and they are more continuous (over short distances) than coal seams within the Menefee and Crevasse Canyon Formations.

BHP Minerals operates two of the five New Mexico mines (fig. 7): (1) one mine complex that consists of the San Juan and La Plata mines, and (2) the Navajo mine. Both mines produce coal from the Fruitland Formation. The Navajo mine was the 15th largest mine (8.5 million sold short tons) and the San Juan/La Plata mine was the 21st largest mine (6.6 million sold short tons) in the Nation in 1999 (Resource Data International, 2000). The Navajo mine has been operating for 35 years, with total production of more than 241 million short tons. Operators of the San Juan mine complex are studying the potential of underground mining using longwall methods to extend the mine life.

Four quadrangles located approximately 35 mi south of Farmington, N. Mex., on the western edge of the Bisti coal field were chosen for the present study—Alamo Mesa West, Bisti Trading Post, Tanner Lake, and the Pillar 3 NE quadrangles (fig. 7). The four-quadrangle study area encompasses nearly 238 mi$^2$ of coal resource area. The southern extent of the BHP Minerals Navajo mine is approximately 16 mi northwest of the study area, and the San Juan power plant is less than 60 mi from the study area. Recently relinquished leases of the Conpaso mine (El Paso Natural Gas/Navajo Lease) are immediately west of the study area (fig. 7). Within the study area, two small mines, the De-Na-Zin and Gateway mines, produced coal during the 1980's.

## Geologic Setting

The Bisti coal field is about 37 mi long, beginning approximately 7 mi west of the eastern boundary of the Navajo Indian Reservation and arbitrarily separated from the Star Lake coal field (in the east) at the N.-S. boundary between R. 9 W. and R. 8 W. Only the western part of the Bisti coal field (containing the study area) is shown on figure 7. The entire coal field is within San Juan County and is included in part of the Toadlena and the Chaco Canyon 1:100,000-scale topographic quadrangles. Four 7.5-minute quadrangles define the study area at the western edge of the Bisti coal field and all of these 1:24,000-scale quadrangles are within the 1:100,000-scale Toadlena topographic quadrangle. Fruitland Formation exposures (fig. 7) within the Bisti coal field trend northwest-southeast (N.55°W.), more or less parallel to the Late Cretaceous shoreline.

The Bisti coal field lies within the Chaco slope physiographic area (fig. 15). Coal beds dip 3 to 5 degrees to the northnortheast. Lack of significant faulting and high-angle dips have allowed economical surface mining in the Bisti coal field. Erosion of the Fruitland Formation and overlying Kirtland Shale lithologies results in a badlands topography (figs. 16, 17). Lithologies associated with the Fruitland Formation coal seams are typically mudstone, siltstone, and fine-grained, friable sandstone.

### Coal Geology

In the study area (fig. 18), the Fruitland Formation includes four defined coal seams. El Paso Natural Gas Navajo Lease group (Conpaso-Burnham), the Public Service Company of New Mexico, and the Sun Belt Mining and Arch Coal group defined these four seams. Using their terminology, the seams from bottom to top are: Red, Green, Blue, and Yellow.

**F30    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**



**Figure 15.** Tectonic map of the San Juan Basin, New Mexico (from Beaumont, 1982, figure 3, reprinted with permission of the American Association of Petroleum Geologists, courtesy of E.C. Beaumont).



**Figure 17.** Photograph taken south of Bisti Trading Post, looking to the north. The red clinker of burned coal seams in the Fruitland Formation are prominent in the middle part of the photo north of De-Na-Zin Wash. (Photograph by Tim Rohrbacher, 1998).



**Figure 16.** Photograph taken near Bisti Trading Post, looking to the northeast. Foreground, badlands topography of weathered carbonaceous shale. A knoll of red clinker (burned coal) is visible in the mid-ground adjacent to Hunter Wash. (Photograph by Tim Rohrbacher, 1998).

A generalized stratigraphic column (fig. 19) shows the general relationship of the seams.

The average seam thickness ranges from 11 to 14.5 ft, including parting. The average net coal within a seam varies from 7 to 9 ft thick. Total net coal and parting isopach maps for the Red and Green seams (figs. 20, 21) illustrate the variability

of thickness in the two most laterally consistent coal seams within the study area. The Red coal seam typically includes two major and several minor coal beds, whereas the remaining coal seams generally contain one major and several minor coal beds. Major coal-bed thickness averages from 6 to 8 ft, with the thickest coal bed being in the Green coal seam (fig. 22). In parts of the study area where the Yellow coal seam is not present, the average thickness of the coal-bearing Fruitland Formation coal zone is 102 ft. In areas where the Yellow coal seam does occur, the average thickness of the Fruitland Formation coal zone is 172 ft. Coal is present above the Yellow zone, but because these coal beds are very thin and lenticular, they were not included in this study. The lenticularity of these seams is illustrated in cross sections shown in figures 23–25. Cross-section locations are shown in figure 18. Correlation of beds on these cross sections and for resource calculation is by seam rather than by bed, meaning that one coal bed does not necessarily represent the same bed in the adjacent section but rather the same seam.

## Coal Quality

The western part of the Bisti coal field was considered for coal availability studies in part because the sulfur analysis (fig. 26) indicated a potential compliance coal resource containing 0.41–0.60 lb of sulfur per million Btu (Energy Information Administration, 1993). Coal in the entire Bisti coal field averages 0.61 lb sulfur per million Btu, which is slightly above the 0.60-lb-sulfur-per-million-Btu compliance levels. The large coal resource, low-sulfur coal distribution, and the availability of State-owned property for an industrial site were the primary reasons for New Mexico Public Service to consider building a coal-fired power plant in this area.



**Figure 18.** Geologic map of Bisti study area showing the location of drill-hole data, cross-section locations, and the Upper Cretaceous and lower Tertiary surficial geology (after Hoffman and Jones, 1999).

BLM_0105083

**F32    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**





**Figure 20.** Isopach map of total coal in the Red coal seam in the Bisti study area, northwest New Mexico (after Hoffman and Jones, 1999).



**Figure 19.** Generalized stratigraphic column of Fruitland Formation showing coal seams in the Bisti study area, San Juan Basin, New Mexico (after Hoffman and Jones, 1999).

**Figure 21.** Isopach map of total coal in the Green coal seam in the Bisti study area, northwest New Mexico (after Hoffman and Jones, 1999).



| Coal Seam | Yellow (167) | Blue (263) | Green (280) | Red (438) |
|---|---|---|---|---|
| Seam avg | 5.88 | 5.89 | 7.92 | 5.97 |
| Seam max | 19.5 | 28 | 30 | 21 |
| Total coal avg | 7.66 | 8.19 | 9.04 | 8.52 |
| Total coal max | 29 | 30 | 40 | 45.5 |
| Interburden avg | 14.12 | 10.24 | 5.52 | 7.34 |

**Figure 22.** Histograms comparing thickness and parting characteristics for each coal seam, northwest New Mexico (after Hoffman and Jones, 1999). Numbers in parentheses represent number of data points. "Total coal avg" and "Total coal max" refer to coals within a zone.



**Figure 23.** Cross section along structural strike in Bisti study area. See figure 18 for location (after Hoffman and Jones, 1999).

BLM_0105085

**F34**   **Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**



**Figure 24.**  Cross section down structural dip in western part of the Bisti study area. See figure 18 for location (after Hoffman and Jones, 1999).

Weighted averages of sulfur in coal beds in the study area indicate that sulfur values are higher than weighted average sulfur values for the entire field (fig. 26). However, fewer sample analyses were available for coal in the study area relative to the entire coal field, and therefore, the values are statistically less valid, particularly in regard to the Green coal seam. The weighted average values of sulfur in the study area suggest that these coal seams would not meet the New Source Performance Standards of the Clean Air Act. That standard considers coal to be in compliance if the sulfur content is 0.60 lb, of sulfur per million Btu's or 1.2 lb of $SO_2$ per million Btu's (Energy Information Administration, 1993). About 0.1 percent of the total sulfur in these samples is pyritic. Washing the coal to remove the pyritic sulfur might lower the sulfur content. Also, with blending, these coals might meet compliance standards.

Coal in the Bisti area is non-agglomerating subbituminous in rank. The weighted average heat of combustion values range from 10,817 to 11,051 Btu's on a moist, mineral-matter-free Btu/lb basis (MMFBtu/lb). Ash yields are generally high (> 15 percent), with high ash yield a common characteristic of Fruitland Formation coal seams (fig. 26). An average of the few oxide analyses available reveal the major constituent of the ash is $SiO_2$ (58 percent), followed by $AlO_2$ (25 percent), $Fe_2O_3$ (4 percent), CaO (3.5 percent), and $Na_2O$ (1.9 percent).

## Available Data

The database for the Bisti study area is a subset of the data collected and entered by the New Mexico Bureau of Mines and Mineral Resources (NMBMMR) into the USGS's National Coal Resources Data System (NCRDS) as part of a long-term (19-year) cooperative grant with the U.S. Geological Survey (USGS). Several exploration projects in the study area have resulted in a data set of drill holes (fig. 18) that are concentrated in areas suitable for surface mining. Less data are available for the deep subsurface coal seams except in areas where oil and gas logs are available. Other sources of drill-hole data include mine plans, Coal Resource Occurrence and Coal Development Potential maps (CROCDP), NMBMMR drilling, and USGS investigations. After the study began, additional data were entered into the database to help fill in gaps. These data were from recently relinquished leases and Preference Right Lease Applications on Federal lands obtained from the Bureau of Land Management (BLM) offices in Farmington, N. Mex.

A total of 238 data points were evaluated for the four-quadrangle study area (Alamo Mesa West, Bisti Trading Post, Tanner Lake, and The Pillar 3 NE). Additionally, 316 data points from the quadrangles surrounding this area were used in coal resource calculations.

BLM_0105086