Coal Availability, Recovery, Economic Evaluations of Coal Resources, Colorado Plateau: Colo., N. Mex., and Utah     **F35**



**Figure 25.** Cross section down structural dip in eastern part of the Bisti study area. See figure 18 for location (after Hoffman and Jones, 1999).

## Coal Availability Studies in New Mexico

### Detailed Methodology

Fruitland coals in the Bisti study area are subbituminous. Therefore, resource calculations are based on a minimum thickness of 2.5 ft and 1,770 short tons/acre-ft (Wood and others, 1983). The density of coal increases with the amount of compaction and alteration that the coal has experienced and its in-place water content. Wood and others (table 2, 1983) note that subbituminous coal has an average density of 1.30, that is, 1.30 times the weight of water or 81.076 lb/ft$^3$. Coal resources in short tons may be quickly calculated by finding the surface area of a coal bed and multiplying it times the thickness of the coal bed. Normally, acres are used for the surface area and calculations using acre-feet (ac-ft); therefore you need

only multiply the total acres times the appropriate density (short tons/ac-ft) times the thickness of the coal seam to obtain the total short tons in the resource area. Short tons/ac-ft is calculated by multiplying the density of the coal times the area of an acre, divided by the pounds in a short ton. For subbituminous coal (using a density of 1.30), short tons/ac-ft = 81.076 lb coal/ft$^3$ times 43,560 ft$^2$/acre divided by 2,000 = 1,765.8 short tons/ac-ft. To make the calculation easier, the short tons/ac-ft were rounded to 1,770 short tons/ac-ft (Wood and others, 1983). Detailed estimates for minable coal resources require coal, parting, interburden, and overburden densities to be measured to three decimal places.

Because of the lenticularity of the coals, total coal (≥ 2.5 ft thick) within a seam (instead of individual beds) is the basis of resource calculations. Coal seams thinner than 2.5 ft and above or below coals meeting the thickness criteria, but separated by a parting less than the thickness of the thinner

**F36**   **Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**



| Coal Seam | Yel low (22) | Blue (24) | Green (9) | Red (26) | Bisti field (44) |
|---|---|---|---|---|---|
| Ash | 21.52 | 17 | 15.3 | 18.91 | 19.29 |
| Moisture | 14.88 | 15.19 | 15.99 | 15.91 | 13.93 |
| Sulfur | 0.55 | 0.52 | 0.49 | 0.67 | 0.52 |
| Lbs sulfur/MMBtu | 0.79 | 0.91 | 0.83 | 0.92 | 0.61 |

**Figure 26.** Histograms comparing weighted average analyses of ash, sulfur, and lb sulfur per million Btu's for the Fruitland Formation coal by seam in the study area and in the entire Bisti coal field.

coal, are included in the seam calculation. A stripping ratio of 15:1 was used to delineate the difference between surface-min-able resources and underground-minable resources. Reliability categories are limited to measured, indicated, and inferred. No hypothetical reliability category was used in this study because of the lenticularity of these coal beds.

The contact between the Pictured Cliffs Sandstone and the Fruitland Formation was digitized from USGS maps (O'Sullivan and others, 1979, 1986; and Scott and others, 1979. Additional Fruitland Formation outcrop data (Beaumont, 1998) were digitized. Drill-hole data files were used to create gridded, three-dimensional coal seam models in ARC/INFO. The top coal seam surface was constructed from grids of eleva-tion and overlain with a Digital Elevation Model (DEM) grid from the 1:100,000-scale Toadlena topographic map. Over-burden isopach maps for each coal seam were generated, beginning at the coal seam outcrop, by subtracting the top surface of the coal-seam model from the DEM model. Coal-seam resources were then calculated by depth-to-coal-seam category, thickness of each coal-seam category, and by reli-ability category. The following are the criteria for the resource calculations used in this study:

> *Depth-to-top-of-coal-seam categories*: 0–250 ft, 250–500 ft, 500–1,000 ft, >1,000 ft.
> *Total-coal-seam-thickness categories*: 2.5–5 ft, 5–10 ft, 10–20 ft, >20 ft.
> *Reliability categories*: measured (1/4 mi), indicated (1/4–3/4 mi), inferred (3/4–3 mi).

Overburden maps for the Red and Green zones are shown in figures 27 and 28. The upper depth limits for the categories are highlighted on these maps.

A major utility of a GIS is the assimilation of similar graphical information, such as longitude and latitude, into a database and the ability to present the information on a map as a "layer." Other layers, such as topography, roads and trails, geology, etc., can be placed on the same map until it exhibits the desired information. It is also possible to add and subtract information layers derived from modeling a two- or three-

dimensional database of similar information. For example, from the original drill-hole database created for the Bisti study, subset files were produced for each coal seam that included latitude, longitude, coal and parting thickness, and point iden-tification. Three-dimensional models were developed from this data to represent the variation in thickness of a coal seam and the lateral distribution of that coal seam. The top and bottom coal seam surfaces are developed during the modeling and those surfaces can then be subtracted from other surfaces to produce other models.

The files developed for the Bisti study included data from quadrangles outside the four-quadrangle study area. Modeling errors involving truncation and expansion of seams were reduced when the model was extended outside the study area. The drill hole data files were used to produce coal thickness grids for resource calculations. The reliability category poly-gons were generated and each grid cell was assigned a thick-ness from the coal-seam model. By overlaying the overburden layer onto the reliability layers, the total area for each thick-ness, depth, and reliability category were determined for the four-quadrangle study area. Volumes of coal resources were calculated in acre-feet using the thickness attribute of the cells, and multiplying by 1,770 short tons/acre-ft to calculate original resource tonnage (tables 11, 12) for each seam.

Land-use restrictions were digitized from the Toadlena topographic quadrangle (scale = 1:100,000). The De-Na-Zin and Gateway mine plan outlines were drawn on the Toadlena quadrangle and then digitized. Resources calculated in the mined-out areas were subtracted from the original calculated coal resources to estimate remaining coal resources. Techno-logical restriction filters were applied to the remaining coal resources for each seam. Appropriate buffers, as discussed in the following section, were assigned to the digitized land-use restrictions. These restriction layers were consecutively overlain on the combined overburden, reliability, and thickness layers with the mined-out areas and technical restrictions to calculate the resource tonnage removed by each restriction (tables 11, 12, fig. 29).

## Review of Restrictions

The following is a list of restrictions that were considered for this area. The buffers applied to these restrictions adhere to the New Mexico Coal Surface Mining Regulations, 19 NMAC 8.2, which follow the Federal regulations:

| Restrictions | Buffer |
|---|---|
| County roads | 200 ft |
| NM State Highway 371 | 200 ft |
| Pipelines, powerlines | 100 ft |
| Buildings, public or private | 300 ft |
| Wilderness Areas | (entire area) |
| Streams and washes | 100 ft |

Coal Availability, Recovery, Economic Evaluations of Coal Resources, Colorado Plateau: Colo., N. Mex., and Utah    **F37**



**Figure 27.** Map showing the thickness of overburden above the Red coal seam, Bisti study area, New Mexico. Contour interval 50 ft.

## Technological Restrictions

Technological restrictions that influence the resources calculated in this study are *coal too close to the surface* and *coal too thin at depth*. Coal with less than 20 ft of overburden is subtracted from the remaining resource coal estimate because coal within this interval is generally weathered or burned and cannot be used for energy production. Most operating surface mines in the Western United States use the greater-than-20-ft depth guideline for calculating mine reserves. *Coal too thin at depth* (coal beds 2.5 ft to 5 ft thick) was not considered minable at depths greater than 250 ft. The original coal resources are calculated for this depth category, but these results are removed under the technological restrictions.

BLM_0105089



**Figure 28.**   Map showing the thickness of overburden above the Green coal seam, Bisti study area, New Mexico. Contour interval 50 ft.

## Land-Use Restrictions

Restrictions to mining in the project area are few, but some are significant. The restrictions considered are those listed in the New Mexico Coal Surface Mining Regulations 19 NMAC 8. The Bisti Wilderness Area (3,946 acres) is entirely within the study area and removes a significant area of surface-minable

coal. A small part of the De-Na-Zin Wilderness Area is within the study area. In 1996, the area linking the Bisti and De-Na-Zin Wilderness Areas officially became a Wilderness Area. This addition to the combined Bisti–De-Na-Zin Wilderness Area withdrew 16,000 acres from the resource evaluation (fig. 29).

The De-Na-Zin and Hunter Washes cut across the Bisti study area. These are intermittent streams, but are major

BLM_0105090

**Table 11.** Summary of surface- and underground-minable and available coal resources reported by seam for the Bisti study area, New Mexico.

[Coal resources are reported in millions of short tons. Note: "15:1 stripping ratio" depth category is a subset of "Surface" depth category]

| Depth categories | Coal seam name | Original coal resources | Mined-out areas | Likely restrictions to mining | | | | Available coal resources | Percent available total coal resource | Restrictions with potential to be mitigated | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Technological restrictions | Land-use restrictions: Wilderness Area | Land-use restrictions: powerlines, pipelines, roads | Total restrictions | | | Buildings | Land-use restrictions: streams or washes | Total land-use restrictions |
| 15:1 stripping ratio | Yellow | 232 | 10 | 38 | 38 | 4 | 89 | 143 | 62% | 1 | 1 | 43 |
| | Blue | 436 | 11 | 77 | 84 | 6 | 179 | 257 | 59% | 1 | 17 | 108 |
| | Green | 400 | 3 | 69 | 210 | 8 | 290 | 110 | 28% | 1 | 8 | 227 |
| | Red | 355 | 11 | 49 | 60 | 7 | 127 | 227 | 64% | 1 | 13 | 81 |
| | **Total** | **1,422** | **35** | **233** | **392** | **25** | **685** | **737** | **52%** | **4** | **39** | **460** |
| Surface (0-250 ft) | Yellow | 398 | 10 | 35 | 111 | 7 | 163 | 236 | 59% | 1 | 1 | 119 |
| | Blue | 501 | 12 | 76 | 107 | 6 | 201 | 300 | 60% | 1 | 17 | 131 |
| | Green | 394 | 6 | 70 | 93 | 10 | 179 | 215 | 55% | 2 | 14 | 119 |
| | Red | 496 | 15 | 50 | 82 | 9 | 155 | 340 | 69% | 2 | 19 | 112 |
| | **Total** | **1,788** | **43** | **231** | **393** | **31** | **698** | **1,091** | **61%** | **6** | **51** | **481** |
| Underground (>250 ft) | Yellow | 425 | 0 | 42 | 73 | 8 | 123 | 302 | 71% | 2 | 0 | 83 |
| | Blue | 698 | 0 | 191 | 108 | 6 | 305 | 393 | 56% | 1 | 0 | 115 |
| | Green | 1,096 | 0 | 53 | 419 | 12 | 484 | 612 | 56% | 3 | 0 | 434 |
| | Red | 1,132 | 0 | 177 | 260 | 20 | 456 | 676 | 60% | 3 | 0 | 282 |
| | **Total** | **3,350** | **0** | **462** | **860** | **45** | **1,368** | **1,983** | **59%** | **9** | **0** | **914** |

**Table 12.** Summary of original and available coal resources and restrictions to mining reported by seam for the Bisti study area, New Mexico.

[Coal resources reported in millions of short tons]

| Coal seam name | Original coal resources | Mined-out areas | Likely restrictions to mining | | | | Total coal resources available | Total coal resources—percent available | Restrictions with potential for mitigation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Technological restrictions | Land-use restrictions: Wilderness Area | Land-use restrictions: powerlines, pipelines, roads | Total restrictions | | | Buildings | Land-use restrictions: streams & washes | Total land-use restrictions |
| Yellow | 823 | 10 | 77 | 184 | 15 | 285 | 537 | 65% | 3 | 1 | 202 |
| Blue | 1,199 | 12 | 267 | 215 | 11 | 506 | 693 | 58% | 3 | 17 | 247 |
| Green | 1,490 | 6 | 123 | 513 | 22 | 663 | 827 | 55% | 4 | 14 | 552 |
| Red | 1,628 | 15 | 226 | 341 | 29 | 611 | 1,016 | 62% | 5 | 19 | 394 |
| **Total** | **5,139** | **43** | **693** | **1,253** | **77** | **2,066** | **3,073** | **60%** | **15** | **51** | **1,395** |

**F40**    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure 29.** Mined-out areas and land-use restrictions in Bisti study area (modified after Hoffman and Jones, 1999).

washes in the area. These streams are not considered alluvial valley floors, which are defined as supporting agriculture by the Coal Surface Mining Regulations. However, during certain times of the year, significant water flows in these washes. A major highway from Farmington (New Mexico State Highway 371), a few county roads, pipelines, and power lines transect the study area (fig. 29). The Bisti Trading Post and a few hogans (Native American Indian dwellings) are the only buildings in the area. The building locations were digitized from the 7.5-minute quadrangles and checked in the field. Although archeological sites are present in the study area, they would likely be mitigated and were not considered as restrictions.

### Previous Mining

The De-Na-Zin and Gateway mines, operated by Sunbelt Mining, are within the study area (figs. 7, 29). These small mines produced 1.8 million short tons of coal from 1980 through 1988. Mined areas were removed from the original coal resource calculations for the 0- to 250-ft depth category and from the 15:1-stripping-ratio category to estimate the remaining coal resources. It is difficult to know what coal beds/seams were mined at these two operations, but it is assumed that all coal seams were mined within 250 ft of the surface.

BLM_0105092

## Bisti Study Area Resources

The original coal resources calculated for the Bisti study area are 5.1 billion short tons (table 12, fig. 30). Production at the Gateway and De-Na-Zin surface mines totaled 1.8 million short tons of coal. Excluding resources in the mine plan areas from the 0- to 250-ft-depth category decreased the original coal resources by 43 million short tons. Applying the 15:1-stripping-ratio category in the mine plan areas reduced the original coal resources by 35 million short tons.

The technological restrictions (near surface coal and thin coal at depths greater than 250 ft) removed 693 million short tons from the total original resource. However, the largest restriction to mining the original resources is the Bisti–De-Na-Zin Wilderness Area. This restriction withdraws 1.25 billion short tons (28.5 percent) from the original resource, and 392 million short tons of this total falls within the 15:1-stripping-ratio category. Of the total original coal resource, the 1996 addition to the Wilderness Area removes 1.1 billion short tons of coal (0.15 billion short tons of coal resource were removed in the initial Wilderness Area withdrawal). The combined Wilderness Areas exclude the greatest tonnage from the Green zone, which has on average the thickest coal seams (8 ft thick). To illustrate the impact of the Wilderness Area on the coal resources of the area, compare the area covered by the Wilderness Area (fig. 29) with the total coal isopachs for the Red and Green zone (figs. 20, 21). One can see that thick coal areas in

the Green coal seam and one of the thick coal areas in the Red coal seam fall within the Wilderness Area.

Restrictions related to pipelines, power lines, and major roads in the study area remove 77 million short tons from the remaining available resource. It is unlikely that New Mexico State Highway 371 would be rerouted although some of the county roads might be. Figure 31 illustrates the proportion of coal removed by these restrictions and the remaining available coal resource for each of the seams. Figure 30 demonstrates how the restrictions influence the availability of the coal in each seam by tonnage. This diagram clearly points out how greatly the original coal resources are impacted by the presence of the combined Bisti–De-Na-Zin Wilderness Area.

### Restrictions with Potential for Mitigation

The restrictions applied to the remaining coal resources that have a potential for mitigation include buildings, streams and washes. Buildings impact some 15 million short tons of coal resource. If mining were to take place, these buildings, which are mostly Navajo hogans, could be moved and the owners compensated. The De-Na-Zin and Hunter Washes impact another 51 million short tons of coal resources. However, these washes are not considered alluvial valley floors and they lack significant flow except during rainy seasons. Consequently, mining might not be restricted in the wash areas.



**Figure 30.**   Histograms summarizing the calculated coal resources by seam in the Bisti study area, New Mexico (after Hoffman and Jones, 1999).

BLM_0105093

**F42      Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**









**Figure 31.**  Pie diagrams illustrating coal resources excluded by likely restrictions to mining (after Hoffman and Jones, 1999).

## Other Coal-Resource Studies

The U.S. Department of Energy (DOE), Energy Information Administration's (EIA) Demonstrated Reserve Base (DRB) coal resource update study (Hoffman, 1996a) reported an estimated 2 billion short tons of coal resource for the entire Bisti coal field. These estimated coal resource tonnages cannot be compared to the available coal resource estimates for the four-quadrangle study area because the DRB coal resource update study did not include calculations for inferred reliability and did not include coal resources found at overburden depths greater than 1,000 ft. Also, a significant amount of new point-source data was available from BLM files and added to our coal availability study database files. These new data increased the accuracy of the coal availability resource estimate by filling in areas of no data. The impact of the Wilderness Area to the entire Bisti field was significantly greater for this study, in part because the addition between the Bisti and De-Na-Zin Wilderness Areas did not exist at the time of the DRB study. Consequently, land-use restrictions have a greater influence on the available coal resources calculated in this study.

## Summary

Four Fruitland Formation coal seams, designated as the Yellow, Blue, Green, and Red, are recognized in the study area. Coal beds within the coal seams are highly variable in thickness. The average coal seam is 6–8 ft thick. The coal contains high ash, low sulfur, and is subbituminous A in rank. The average quality of all the coal resources does not meet compliance coal standards of less than 0.6 lb sulfur/MMBtu, but with blending or washing, these coals could potentially meet this guideline. Original coal resources in this study area are 5.1 billion short tons (st). Technological restrictions and previous mining decrease the original coal resources by about 0.7 billion short tons. The Bisti–De-Na-Zin Wilderness Area is the largest land-use restriction, removing 28.5 percent (1.3 billion short tons) of remaining coal resource. The available coal resource is 3 billion short tons in the Bisti study area (fig. 30). Of this available resource, 0.7 billion short tons is within the 15:1-stripping-ratio category (table 11).

BLM_0105094

# Coal Availability in the Northern Wasatch Plateau Coal Field, Utah

## Abstract

Calculations show that the Northern Wasatch Plateau coal field originally contained more than 9.2 billion short tons of coal. Underground-minable coal accounts for 5.4 billion short tons of this total. Comparison of underground mine maps with associated coal-bed thickness maps shows that past mining has removed, or made unrecoverable, approximately1 billion short tons of this coal. If restrictions to mining (such as the prohibition to mining under streams, lakes, and roads) are also considered, derived maps show that 3.8 billion short tons of coal are available for future mining.

## Introduction

This section summarizes the amount and distribution of available coal resources in the northern half of the Wasatch Plateau coal field in central Utah (fig. 32); additional information is provided in Utah Geological Survey Circular 100 (Tabet and others, in press). Available coal resources are calculated using a Geographic Information System (GIS) software program. Using the GIS software, coal tonnage is estimated from maps that show the distribution and thickness of individual coal beds. Comparison of maps that show the original in-ground coal, the extent of past mining, and those areas where mining is unlikely due to technical and land-use restrictions allows tabulation of the remaining available coal.

### Location and Mining History

All of the coal currently produced in Utah comes from the Upper Cretaceous Blackhawk Formation in the Wasatch Plateau and Book Cliffs coal fields. These coal fields follow a broad arc in central Utah (fig. 8) where the massive, cliff-forming sandstones associated with the coals form a prominent escarpment. The study area corresponds to the northern half of the Wasatch Plateau coal field outlined by the nine 7.5-minute quadrangles shown on figures 8 and 32. Because the coal beds in this area are deeply buried, coal is produced from underground mines. In 1997, more than 70 percent of Utah's coal production came from seven underground mines in the northern Wasatch Plateau. The location of entrances (portals) to these active mines, as well as abandoned mines, is shown in figure 32.

Figure 33 shows the mining areas and structural features (grabens) in the study area. Commercial coal production began in the Pleasant Valley mining area in the late 1870's and later expanded to include numerous mines in the Book Cliffs coal field and throughout the northern Wasatch Plateau. Since 1900,

Utah coal production has been variable. In the early 1970's a period of sustained growth began (Jahanbani, 1997). Between 1985 and 1997, coal production from the study area more than doubled (fig. 34).

### Geology

The Wasatch Plateau lies along the gently dipping western flank of the San Rafael Swell. Dips of the strata are generally low angle, usually no more than six degrees to the west or northwest. The strata are broken by a series of en-echelon, north-trending grabens with displacements on the graben-bounding faults of as much as 1,500 ft. The Joes Valley and Pleasant Valley grabens cut the Northern Wasatch Plateau study area (fig. 33).

Major coal beds in the study area occur within a few hundred feet of the bottom of the 700- to 1,100-ft-thick Upper Cretaceous Blackhawk Formation (Doelling, 1972). The Blackhawk Formation conformably overlies the Star Point Sandstone and is unconformably overlain by the Castlegate Sandstone Member of the Price River Formation. These Cretaceous strata, as well as some younger Tertiary units, cap the highly dissected Wasatch Plateau.

The quality of coal produced at active mines in the study area is reported by Sanda and others (1998). Coal rank varies from high-volatile C bituminous to high-volatile B bituminous. Sulfur content of the mined coal is consistently low (near 0.5 percent), whereas moisture content and ash yield are more variable (typically 8 percent moisture and 10 percent ash).

Figure 35 shows an idealized stratigraphic section for 13 coal beds in the study area—coal-bed names are largely based on maps and cross sections presented by Blanchard (1981), Sanchez and Brown (1986, 1987), and Brown and others (1987). Prior to these studies the Acord Lakes, Axel Anderson, and Cottonwood beds were considered a single coal bed called the Hiawatha bed. A better understanding of intertonguing of the basal Star Point Sandstone within the Blackhawk Formation allowed us to distinguish multiple coal beds.

Figure 36 shows that four coal beds (Axel Anderson, Cottonwood, Blind Canyon, and Wattis) account for almost 90 percent of the original minable coal in the Northern Wasatch Plateau coal field. Other coal beds with significant minable coal tonnage include the Castlegate A and D, the Acord Lakes, and the Gordon. Not all of this coal is available for future mining; some has been removed by past mining and some occurs in areas that are unlikely to be mined due to technological and (or) land-use restrictions.

## Methodology

Figure 37 shows the location of 612 drill holes and measured sections that were processed through GIS software to make maps showing the extent, thickness, and elevation of

BLM_0105095



**Figure 32.** Quadrangle index map of the Northern Wasatch Plateau study area with locations of active and abandoned mine portals (locations from Doelling, 1972; Utah Division of Oil Gas and Mining; and Utah Geological Survey records; after Tabet and others, 1999).

BLM_0105096



**Figure 33.** Coal mining areas and major grabens in the northern Wasatch Plateau, Utah (adapted from Doelling, 1972; after Tabet and others, 1999).

F46    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



Figure 34.  Annual coal production from 1980 to 1997 for mines in the northern half of the Wasatch Plateau coal field, Utah (data adapted from Jahanbani, 1997, and records from the U.S. Mine Safety and Health Administration; after Tabet and others, 1999).



Figure 35.  Idealized stratigraphic section showing named coal beds in the Blackhawk Formation, northern Wasatch Plateau, Utah. Modified from Blanchard (1991), Sanchez and Brown (1986, 1987), and Brown and others (1987) (after Tabet and others, 1999).

individual coal beds. For comparison with earlier studies, we define the minimum minable coal bed thickness to be 4 ft. We also exclude coal in rider beds and sub-beds from the available coal resource. Although such coal might be produced using surface-mining techniques, it is not accessible by underground-mining techniques used in the area. Maps showing the original minable coal resource do not distinguish areas where the coal has been removed by past mining or, because of technological or regulatory reasons, is unlikely to be mined. Restrictions to mining are examined by construction of associated maps, each corresponding to a particular restriction. Various map-to-map subtractions allow tabulation of the (remaining) available coal. Table 13 lists specific restrictions considered in this study.

## Past Mining

Maps of abandoned and active underground mine workings are used to delineate areas where coal beds have been mined or undermined and are not available for future mining. Comparison of these maps with maps of the original minable coal shows that 674 million short tons of coal was originally present within the perimeters of active and abandoned mines. An additional 296 million short tons of coal is observed in coal beds directly above the mine workings. We assume that undermining destroys the continuity of the overlying coal bed and creates difficult roof and floor conditions that cause the higher beds to be unminable. Figure 38 shows that the impact of past mining varies for different coal beds. The basal Acord Lakes bed is not affected by past mining activity, whereas stratigraphically higher coal beds are more extensively mined and undermined. Combining the mined-out and undermined coal shows that roughly one billion short tons of coal have been either removed or made unrecoverable by past mining.

## Technical Restrictions

Technical restrictions (table 13) are used to identify areas where otherwise minable coal is unlikely to be mined due to problems related to the safe and economic recovery of coal. For example, to avoid unstable roof conditions and possible water infusions, most mines leave a 50-ft barrier near known faults. Burned or oxidized near-surface coal is typical in the study area and commonly causes operators to avoid mining coal close to the outcrop; a 100-ft minimum overburden restriction is used to avoid this weathered coal. In areas where vertically adjacent beds can be sequentially mined, 40-ft minimum interburden is required for stable roof and floor conditions; where interburden is less than 40 ft thick, one of the adjacent coal beds is excluded from the available coal resources. Although most Wasatch Plateau mines plan for a maximum 2,500 ft overburden, some are considering mining coal at depths as deep as 3,000 ft. In anticipation of such deep mines we use a 3,000-ft burial depth restriction.

BLM_0105098

# 5,376 MILLION SHORT TONS OF ORIGINAL MINABLE COAL



**Figure 36.** Pie chart showing the amount of original minable coal by coal bed, Northern Wasatch Plateau study area, Utah (after Tabet and others, 1999).

**Table 13.** Restrictions, and their associated buffers and factors, that prevent mining in the Northern Wasatch Plateau coal field.

[After Tabet and others, 1999]

| Past mining | Factor |
|---|---|
| Barrier for abandoned mines | 50 ft around margin |
| Barrier for active mines | none |
| **Technical restrictions** | **Factor** |
| Minimum bed thickness | 4 ft |
| Maximum bed thickness | 14 ft |
| Minimum overburden | 100 ft |
| Maximum overburden | 3,000 ft |
| Minimum interburden | 40 ft |
| Faults [1] | 50 ft on either side |
| **Land-use restrictions** | **Buffer** |
| Power lines | 100 ft on either side |
| Pipelines | 100 ft on either side |
| Highways | 100 ft on either side |
| Railroads | 100 ft on either side |
| Perennial streams | 100 ft on either side |
| Lakes or reservoirs | 100 ft inland from shore |
| Radio towers | 100-ft radius |
| Oil and gas wells | 100-ft radius |
| Towns or residences | 300-ft perimeter |

[1]   Includes igneous dikes.

We calculate that 490 million short tons of coal in the study area is unlikely to be mined because of technical restrictions. The most significant technical restriction (excess thickness) is due to weathered coal near the outcrop (fig. 39). The second most significant technical restriction occurs where coal beds are too thick for full-bed-thickness extraction using current mining equipment. This restriction affects parts of the Axel Anderson, Cottonwood, Blind Canyon, Wattis, and Gordon coal beds because they are sometimes more than 14 ft thick. The least significant technical restriction is overburden depth—none of the coal is at depths that prevent underground mining. Cumulatively, technical restrictions eliminate 490 million short tons of coal from the resource available for future mining.

## Land-Use Restrictions

Land-use restrictions considered in this study (table 13) prohibit mining under certain surface features to avoid damage due to ground subsidence. Minable coal under the buffered perimeters of these features is not part of the available coal resource. Cumulatively, land-use restrictions eliminate 146 million short tons of coal from the resource available for future mining. Nearly half of this total is attributed to the prohibition of mining under streams and lakes (fig. 40).

BLM_0105099

**F48**    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure 37.** Location of drill holes and measured sections used to calculate coal resources in the Blackhawk Formation, northern Wasatch Plateau, Utah (after Tabet and others, 1999).

BLM_0105100

Coal Availability, Recovery, Economic Evaluations of Coal Resources, Colorado Plateau: Colo., N. Mex., and Utah    F49



**Figure 38.** Bar graph showing the amount of coal no longer available due to past mining (through December 1997), northern Wasatch Plateau, Utah (after Tabet and others, 1999).



**Figure 39.** Pie chart showing technical restrictions that exclude 490 million short tons of coal from the available coal resources of the Northern Wasatch Plateau study area, Utah (after Tabet and others, 1999).



**Figure 40.** Pie chart showing land-use restrictions that exclude 146 million short tons of coal from the available coal resources of the Northern Wasatch Plateau study area, Utah (after Tabet and others, 1999).

## Resource Categories

### Reliability

Calculation of the amount of minable coal in the study area is based on maps constructed from records of coal-bed-thickness measurements at specific locations (fig. 37). Confidence in these maps is high in areas close to measurement points and decreases farther away from the measurement points. Consequently, the reliability of the derived tonnage estimate depends on the spatial distribution of the measurement points in relation to the mapped coal-bed thickness.

Wood and others (1983) define the three reliability categories used in this report; they include demonstrated (measured + indicated) coal resources, inferred coal resources, and hypothetical coal resources. Demonstrated coal resources are within 0.75 mi of a thickness-measurement point. Inferred coal resources are between 0.75 and 3 mi of a thickness-measurement point. Hypothetical coal resources are more than 3 mi from a thickness-measurement point. Figure 41 shows that most of the original minable coal tonnage in the study area is within 0.75 mi of a measurement location.



**Figure 41.** Data reliability of original minable coal bed tonnage estimates for nine coal beds, Northern Wasatch Plateau study area, Utah (after Tabet and others, 1999).

### Thickness

Standard coal-bed-thickness categories for bituminous coal resources (Wood and others, 1983) are not appropriate for this study given the characteristically thick beds and current mining practice in the northern Wasatch Plateau. Conse-

F50    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah

quently, we used thickness categories suited to local conditions. Minable coal resources are assigned to one of four coal-bed-thickness categories: 4 to 6 ft, 6 to 10 ft, 10 to 14 ft, and greater than 14 ft. Figure 42 shows the range of thickness variation for coal beds in the study area. In general, the stratigraphically lower coal beds are thicker than those higher in the section.



**Figure 43.** Bar graph comparing the burial depth of the nine minable coal beds in the Northern Wasatch Plateau study area, Utah (after Tabet and others, 1999).



**Figure 42.** Bar graph comparing coal bed thickness of the nine minable coal beds in the Northern Wasatch Plateau study area, Utah (after Tabet and others, 1999).

## Overburden

We report four overburden categories: 0 to 100 ft, 100 to 1,000 ft, 1,000 to 2,000 ft, and 2,000 to 3,000 ft. Wood and others (1983) recommend a 0- to 500-ft overburden category to identify potentially strippable coal resources. However, the responsible land management agencies in Utah do not favor strip mining on the steep terrain characteristic of the study area. Consequently, we ignore the recommended 500-ft overburden category, but include a 0- to 100-ft category to identify coal that is not minable because it is commonly weathered or burned near the outcrop. Figure 43 shows that most of the coal is at depths between 100 and 2,000, which is ideal for underground mining. All of the coal in the study area is at depths less than 3,000 ft and is potentially minable.

Figure 44 shows overburden maps for four major coal beds in the study area. The deep coal is in the western and southern parts of the study area, whereas the shallow coal (less than 100 ft of burial) is widely distributed along narrow, (barely visible) strips marking the coal outcrops.

## Results

### Available Coal Resources

Including all coal beds greater than 1 ft thick, we estimate that the study area originally contained more than 9 billion short tons of coal. However, only 5.4 billion short tons of this coal is in beds more than 4 ft thick, therefore suitable for underground mining. Subtracting coal that is no longer available due to past mining, as well as coal that is unlikely to be mined because of technical and land-use restrictions, leaves 3.8 billion short tons of coal available for future mining. Figure 45 shows these relationships for nine coal beds in the study area.

Coal beds that contain more than 100 million short tons of available coal include the Acord Lakes (156 million short tons), Axel Anderson (1,019 million short tons), Cottonwood (495 million short tons), Blind Canyon (1,056 million short tons), Wattis (752 million short tons), and Castlegate D (132 million short tons). Besides containing different amounts of available coal, the aerial extent of these coal beds also varies as shown in figures 46 and 47. The basal Acord Lakes coal bed is only present in the southernmost quadrangle (fig. 46) whereas the stratigraphically higher coal beds tend to occur in the central to northern half of the study area (fig. 47). These figures also show the extensive mine workings in the study area.



**Figure 44.** Overburden thickness maps showing depth to the top of major coal beds, Blackhawk Formation, Northern Wasatch Plateau study area, Utah (after Tabet and others, 1999).

BLM_0105103

**F52    Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**



**Figure 45.**  Pie charts summarizing the availability of coal resources for nine coal beds, northern Wasatch Plateau, Utah (after Tabet and others, 1999).

## Recovery Factors

From the time mining began in the 1870's through the end of 1996, 351 million short tons of coal have been produced from mines in the northern Wasatch Plateau (Jahanbani, 1997). This equals 52 percent of the estimated 674 million short tons of original coal that occurs within the perimeters of active and abandoned mines. This suggests a resource recovery factor of more than 50 percent. However, if the 296 million short tons of undermined coal is also considered, then a 36 percent resource recovery factor is more likely.

The 36 percent resource recovery factor we observe for the northern Wasatch Plateau is higher than Doelling's (1972) prediction of a 30 percent resource recovery factor for the total Wasatch Plateau coal field. This difference might be explained, in part, by the recent introduction of efficient long-wall mining techniques. However, ultimate recovery of the resource is likely to be lower than the 36 percent observed to date. As noted by Doelling (1972, p. 129), "much of the easy-to-get coal has been mined." Indeed, figure 48 shows that past mining has disproportionately targeted thicker coal beds; remaining coal resources are less attractive in this respect. Past mining has also resulted in isolated blocks of coal that may be

difficult to economically recover. For example, an examination of the Blind Canyon available coal indicates that 16 percent is in blocks smaller than 1,000 acres. Thus, the ultimate recovery of coal from this area will probably be closer to the 30 percent as predicted by Doelling (1972) rather than the 36 percent recovery factor we observed.

## Future Production

Maps like those shown in figures 46 and 47 are being used in prefeasibility engineering studies undertaken by the USGS to estimate how much coal will ultimately be recovered from the northern half of the Wasatch Plateau coal field. Although such studies should allow well-constrained estimates of future coal production, data presented here are sufficient for useful predictions. At continued coal production of 19 million short tons per year (fig. 34), and assuming 30 percent coal recovery, the 3.8 billion short tons available coal resource will be mined out by 2054. However, only 2.7 billion short tons of the available coal resource is in beds that are more than 6 ft thick. If companies continue to select this thicker coal for mining (fig. 48), then the most attractive coal resources will

BLM_0105104



**Figure 46.** Map showing the distribution of available coal for the Acord Lakes, Axel Anderson, Cottonwood, and Blind Canyon coal beds, northern Wasatch Plateau, Utah.

BLM_0105105



**Figure 47.** Map showing the distribution of available coal for the Wattis, Gordon, Castlegate A, and Castlegate D coal beds, northern Wasatch Plateau, Utah (after Tabet and others, 1999).

F54

Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah



**Figure 48.** Bar graph showing the distribution of original minable coal by bed thickness compared to the percent of coal in each thickness interval that has been mined, northern Wasatch Plateau, Utah (after Tabet and others, 1999).

be depleted by 2040. Although coal production will probably decline when the remaining large tracts of thick coal are gone, production by relatively small mining operations from thinner, less extensive coal beds is likely. Thus, some production can be anticipated beyond 2054. Nonetheless, State and local planners should consider the impacts of resource depletion as coal production shifts to other areas.

## Summary

GIS analyses indicate that 3.8 billion short tons of coal are available for future mining in the northern half of the Wasatch Plateau coal field; this is about 70 percent of the original minable coal. Factors responsible for reduction of the original minable coal resource include past mining activity (–970 million short tons), technical restrictions to mining (–490 million short tons), and coal made unavailable due to land-use restrictions (–146 million short tons). Table 14 shows coal resource values for individual coal beds.

Our estimate of original minable coal is about 27 percent higher than previously estimated for this area (Doelling, 1972). Greater availability of drill-hole information, more extensive extrapolation of coal resources, and inclusion of less significant coal beds contributed to our higher resource estimate. Assuming current mining practice and 30 percent resource recovery, coal production from this area can be expected to decline by 2040.

# Resource Recovery, Economic Evaluation of Minable Coal Resources, and Project Summary

## Introduction

Coal availability studies have been conducted in three locations on the Colorado Plateau since 1997: the Somerset quadrangle (Somerset coal field) in west-central Colorado, a four quadrangle area in the Bisti coal field in northwestern New Mexico, and a nine-quadrangle area in the Northern Wasatch Plateau coal field in central Utah (fig. 4). Coal mining began in the northern Wasatch area in the 1870's and in the Somerset area in the late 1880's (fig. 5). All of the production was from underground mines. A limited amount of coal was produced from the Bisti coal field in the 1980's, all from surface mines using draglines and truck/shovel mining methods for stripping. The Bisti operations have ceased and the mines have been reclaimed.

## Past Mining Methods

Early underground mines in both the Somerset and northern Wasatch Plateau areas were room and pillar operations using the mining technology of drilling and blasting coal, and loading small rail cars by hand-shoveling. As mining equipment became more automated, electric-powered undercutting machines, gathering-arm loaders, continuous miners, roof bolters, coal-haul trucks, and conveyor systems became common. During the 1960's and 1970's, longwall mining became more common in mines where large production rates were needed (>2.5 million short tons/year).

## Present Mining Methods—Somerset and Northern Wasatch Plateau Coal Fields

Most of the surface and mineral ownership in the Somerset quadrangle and the Northern Wasatch Plateau study areas is Federal and administered by the U.S. Forest Service or the U.S. Bureau of Land Management. The U.S. Forest Service does not allow surface mining on their properties and they allow only restricted access to underground mines. The BLM does allow surface mining on its property. However, in the case of both of these study areas, the coal is present in areas where the natural ground slope is too steep to conduct surface mining operations. As previously noted, the coal quality in both of

BLM_0105107

F56   Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah

**Table 14.**  Total, minable, and available coal resources, northern Wasatch Plateau, Utah.

[Resources in millions of short tons. After Tabet and others, 1999]

| Coal bed | Original total coal [1] | Original minable coal [2] | Deductions Past mining [3] | Deductions Technologic restrictions [4] | Deductions Land-use restrictions [5] | Remaining available coal [6] |
|---|---|---|---|---|---|---|
| Rock Canyon | 174.1 | 30.2 | 0.4 | 5.7 | 3.9 | 20.1 |
| Gilson | 102.8 | 0.0 | | | | 0.0 |
| Castlegate D | 793.5 | 209.4 | 64.0 | 12.3 | 1.6 | 131.6 |
| Castlegate C | 33.7 | 4.2 | 0.0 | 1.5 | 0.1 | 2.6 |
| Castlegate B | 64.5 | 2.0 | 0.0 | 0.1 | 0.0 | 1.9 |
| Castlegate A | 230.3 | 68.7 | 21.1 | 10.1 | 0.9 | 36.6 |
| Gordon | 421.8 | 69.0 | 2.8 | 17.8 | 0.3 | 48.0 |
| Wattis | 1,543.3 | 1,140.4 | 240.3 | 106.6 | 41.9 | 751.5 |
| Bear Canyon | 217.4 | 58.0 | 2.4 | 3.7 | 0.8 | 51.2 |
| Blind Canyon | 2,282.7 | 1,483.9 | 279.8 | 113.8 | 34.3 | 1,056.3 |
| Cottonwood | 1,306.6 | 879.2 | 219.7 | 129.9 | 34.3 | 495.2 |
| Axel Anderson | 1,722.0 | 1,272.2 | 139.7 | 87.4 | 25.9 | 1,019.1 |
| Acord Lakes | 268.7 | 158.4 | 0.0 | 1.0 | 1.6 | 155.8 |
| TOTAL [6] | 9,161.4 | 5,375.6 | 970.0 | 489.9 | 145.6 | 3,769.9 |

[1] Coal in beds at least one ft thick that was present in the study area prior to mining.

[2] Coal in beds at least 4 ft thick that was present in the study area prior to mining and can be mined underground.

[3] Includes coal within the perimeter of underground mines as well as subjacent coal above these mines (deducted from original minable coal).

[4] Coal that is unlikely to be mined because of problems related to its safe and economic recovery (deducted from the original minable coal remaining after subtraction of coal not available due to past mining).

[5] Coal that is unlikely to be mined because it occurs under certain surface features that might be damaged by ground subsidence (deducted from the original minable coal remaining after subtractions due to past mining and technical restrictions).

[6] Values may differ from those obtained by addition and subtraction of row and column data due to independent rounding to the nearest 0.1 million tons.

**Table 15.**  Wasatch Plateau study area, Utah: as-received, coal quality by bed.[1]

| Seam name | Sulfur (%) | Ash (%) | Btu/lb | $SO_2$ (lb/MMBtu) | Est. sales price[2] ($/short ton) |
|---|---|---|---|---|---|
| Castlegate D | 0.33 | 7.2 | 12,855 | 0.51 | $26.61 |
| Castlegate A | 0.69 | 8.4 | 12,174 | 1.14 | $26.61 |
| Wattis | 0.61 | 6.5 | 12,333 | 0.99 | $26.61 |
| Blind Canyon | 0.54 | 7.6 | 12,456 | 0.87 | $26.61 |
| Cottonwood | 0.61 | 8.4 | 12,205 | 1.00 | $26.61 |
| Axel Anderson | 0.61 | 8.9 | 12,439 | 0.98 | $26.61 |
| Acord Lakes | 0.61 | 8.9 | 12,439 | 0.98 | $26.61 |

1 Information for this table is from Scott and others (written commun, 1999) and Tabet and others (1999).

2 Information for this column was summarized from Resource Data International, Inc., COALdat database (1998).

**Table 16.**  Somerset study area, Colorado: as received, coal quality by bed.[1]

| Seam name | Sulfur (%) | Ash (%) | Btu/lb | $SO_2$ (lb/MMBtu) | Est. sales price[2] ($/short ton) |
|---|---|---|---|---|---|
| E (Hawksnest) | 0.5 | 10 | 12,000 | 0.83 | $26.61 |
| D (Oliver) | 0.6 | 9 | 12,250 | 0.98 | $26.61 |
| Lower D (L. Oliver) | 0.6 | 9 | 12,250 | 0.98 | $26.61 |
| C (Bear) | 0.5 | 8 | 12,850 | 0.78 | $26.61 |
| B (Somerset) | 0.5 | 10 | 12,250 | 0.82 | $26.61 |
| Λ | 1.2 | 12 | 11,600 | 2.07 | $26.61 |

1 Information for this table is from Eakins and others (1998).

2 Information for this column was summarized from Resource Data International, Inc., COALdat database (1998).

these areas is excellent: high Btu, low sulfur, low ash (tables 15, 16), and many of the coal beds exceed 6 ft of thickness over large areas. This is a perfect scenario for longwall mining. Currently there are six longwall mines in the northern Wasatch Plateau, one longwall mine in the Somerset area, and one new longwall mine permit application being reviewed in the Somerset area. These mines are some of the most productive underground mines in the United States. Also helping the marketability of the coal is the transportation infrastructure. The mine loadouts (tipples) are directly served by rail spurs

from the mainline railroad. Highway truck-haul distances to rail loadouts are relatively short.

## Present Mining Methods—Bisti Study Area

The Bisti coal field study area contains coal in multiple seams of lesser thickness than in the Colorado and Utah study areas but with acceptable thickness (12–60 inches) to support surface mining—either in large area mines using trucks and

Coal Availability, Recovery, Economic Evaluations of Coal Resources, Colorado Plateau: Colo., N. Mex., and Utah    F57

**Table 17.** Bisti study area, New Mexico: as received coal quality by bed.[1]

| Seam name | Sulfur (%) | Ash (%) | Btu/lb | SO₂ (lb/MMBtu) | Est. sales price[2] ($/short ton) |
|---|---|---|---|---|---|
| Yellow zone | 0.55 | 21.5 | 10,817 | 1.02 | $21.87 |
| Blue zone | 0.52 | 17.0 | 10,956 | 0.95 | $21.87 |
| Green zone | 0.49 | 15.3 | 11,051 | 0.89 | $21.87 |
| Red zone | 0.67 | 18.9 | 10,995 | 1.22 | $21.87 |

[1] Information for this table is from Hoffman and Jones (1999).
[2] Information for this column was summarized from Resource Data International, Inc., COALdat database (1998).

shovels, or in dragline stripping operations, or combinations of both. The dip of the coal beds is low (2–3 degrees) and ground slopes are gentle enough to allow long narrow cuts or pits conducive to surface mining and to reclamation. Most coal seams are low in sulfur, have moderate Btu's, but are high in ash (table 17).

Most of the surface and underground coal ownership is Federal (BLM), and until the early 1990's land was open to leasing for coal mining. During the 1970's many coal companies noticed the great potential for the Bisti coal field, and during a moratorium on standard coal leasing, those companies filed Preference Right Lease Applications for large blocks of coal resources there. Coal mined in the Bisti area during the 1980's was hauled by truck to the San Juan Power Plant west of Farmington, N. Mex. The biggest problems facing the Bisti mines were: (1) the lack of railroad infrastructure and the fact that the roads were not designed for heavy truck loads, (2) truck-trains (tractors pulling multiple light-weight trailers) had not yet been perfected for public highways and (3) a lack of water to wash the ash (15 to 20 percent ash yield) from the coal. Several attempts were made to permit and build mine-mouth power plants that would burn the low sulfur coal and haul the coal ash back into the open pits for disposal. Mines were planned that would produce as much as 16 million short tons of coal per year for a multi-unit power plant. As with so many other new mine projects, the development and expan-

sion of the low-production-cost Powder River Basin mines in Wyoming and Montana made development of the Bisti coal field uneconomic in the 1980's and 1990's. The Bisti area mines that did open closed after a few years of operation.

After reclamation of the Bisti area mines (those subject to the 1977 reclamation laws), much of the area was withdrawn from the Federal leasing program because of the designation of the large Bisti and De-Na-Zin Wilderness Areas. The purpose of these Wilderness Areas was to protect the cultural remains of ancient people who had lived in the area. The Wilderness Areas also coincided with much of the shallow coal resource.

## Resource Evaluations

### The Somerset Quadrangle Study Area (59 mi²)

Coal availability evaluations in the Somerset quadrangle were conducted on the six major coal beds using methodology described in USGS Circular 891 (Woods and others, 1983) and USGS Circular 1055 (Eggleston and others, 1990). No coal recoverability or economic analyses were complete at the time of this writing for this study area. However, from current practice and issues concerning the surface ownership and steep natural slope, we can assume that all mining will be done by underground (room and pillar and longwall) methods. Of the original 3,087.8 million short tons of coal resources in the Somerset quadrangle, 9 percent have been mined out, only a small amount (< 1 percent) are restricted by environmental considerations, and 16 percent of the resources are restricted by technical restrictions (table 18). Due to the low number of restrictions and the modest production to date, the amount of coal available to mine in the study area is estimated to be 75 percent of the original resource. The Somerset quadrangle availability results indicate that the Somerset area has the highest percentage of coal available for mining on the Colorado Plateau compared to the Bisti study area and the Northern Wasatch Plateau study area.

**Table 18.** Results of Colorado Plateau coal availability studies in Colorado, New Mexico, and Utah.

[Tonnages in millions of short tons]

| | Somerset quad | | Bisti area | | N. Wasatch Plateau | |
|---|---|---|---|---|---|---|
| | Tonnage | % orig. | Tonnage | % orig. | Tonnage | % orig. |
| Original coal resources | 3,088 [1] | | 5,139 [1] | | 6,980 [1] | |
| Mined-out coal resources | 275 | 9% | 43 | <1% | 674 | 9% |
| Environmental restrictions | 2 | <1% | 1,253 | 24% | 146 | 2% |
| Societal restrictions | -- | | 77 | 1% | -- | |
| Technical restrictions | 486 | 16% | 693 | 14% | 2,390 | 34% |
| Available coal resources | 2,326 | 75% | 3,073 | 60% | 3,770 | 54% |

[1] USGS Circulars 891 and 1055 were used for resource calculation methodology.

BLM_0105109

## The Bisti Coal Field Study Area (238 mi$^2$)

The methodologies of coal availability (Eggleston and others, 1990) (table 18) and recoverability and mining economics evaluations (Rohrbacher and others, 1993) (table 19) were used to evaluate the Bisti study area. Although the Bisti coal beds were evaluated as seams, including coal and parting material, the stratigraphers (Hoffman and Jones, 1999) were able to trace the seams over the entire study area. Again, it must be pointed out that two different methodologies have been used to determine the coal available for mine development. In the Eggleston and others (1990) methodology, only coal beds were included in the resource database (no parting material was included) used to calculate the available coal resource. The methodology used to calculate minable and recoverable coal resources (Rohrbacher and others, 1993) includes that portion of the parting material that must be extracted with the coal at the time of mining. Thus, the estimates for original and available resources differ between the two methods. Additionally, the technologic restrictions were considered differently in the two methods. These differences in calculated coal tonnages are clearly shown when the original tons and available tons (table 18) are compared to those in table 19. The original and the available tonnages were increased by 14 percent and 26 percent respectively over the same tonnage categories.

During prefeasibility mine planning, engineers found that much of the low-stripping-ratio coal (cubic yards of in-place overburden divided by in-place short tons of minable coal) was restricted from mining because it was within the Bisti Wilderness Area boundaries. This would effectively limit the use of large draglines. However, the use of truck/shovel operations was considered feasible for surface mining. Augering operations were planned for all "final" highwalls in the truck/shovel pits. The remaining underground-minable resources were planned for room and pillar mining using continuous miners and for longwall mining methods. Table 20 shows the recoverable coal resources categorized by mining method.

Only one marketing/transportation scenario was examined for the Bisti coal resource evaluation: all produced coal was assumed to be transported via highway "truck-trains" (multiple trailers pulled by one tractor) over the State Highway system to the electrical generation power plant (San Juan Power Plant) west of Farmington, N. Mex. Two other marketing/coal transportation plans might be employed in the future: (1) Develop a rail line from the Bisti coal field to the San Juan Power Plant west of Farmington, N. Mex.; and (2) Mine-mouth electrical generation in the Bisti coal field.

**Table 19.** Results of Colorado Plateau coal recoverability and economic evaluation studies in Colorado, New Mexico, and Utah.

[All coal tonnages in millions of short tons]

|  | Somerset quad | | Bisti area | | N. Wasatch Plateau | |
|---|---|---|---|---|---|---|
|  | Tonnage | % orig. | Tonnage | % orig. | Tonnage | % orig. |
| Original coal resources | 3,088 [1] |  | 5,860 [2] |  | 6,971 [2] |  |
| Mined-out resources | 275 | 9% | 48 | 1% | 565 | 8% |
| Environmental restrictions | 2 | <1% | 1,633 | 28% | 76 | 1% |
| Societal restrictions | -- |  | -- |  | -- |  |
| Technical restrictions | 486 | 16% | 294 | 8% | 2,134 | 31% |
| Available coal resources | 2,326 | 75% | 3,886 | 66% | 4,196 | 60% |
| Mining losses |  |  | 469 | 8% | 1,127 | 16% |
| Washing losses |  |  | 666 | 11% | 77 | 1% |
| Recoverable coal resources |  |  | 2,750 | 47% | 2,993 | 43% |
| Percent compliance |  |  | 2,750 | 47% | 2,993 | 43% |
| **Coal reserve/cost curves [3]** | | | | | | |
| @ market value (sales price) |  |  | 0 | 0 | 2,534 | 36% |
| @ $12-<15/ton market |  |  | -- | -- | 289 | 4% |
| @ $15-<20/ton market |  |  | -- | -- | 1,016 | 15% |
| @ $20-<25/ton market |  |  | 5 | <1% | 1,229 | 18% |
| @ $25-<30/ton market |  |  | 188 | 3% | 217 | 3% |
| @ $30-<40/ton market |  |  | 2,260 | 38% | 242 | 3% |
| @ $40-<50/ton market |  |  | 297 | 5% | -- | -- |
| @ >$50/ton market |  |  | 40 | 1% | -- | -- |

[1] USGS Circulars 891 and 1055 were used for resource calculation methodology—no recoverability evaluations.
[2] USBM Circular 9368 (coal resource recoverability methodology) was used for all resource calculations. Coal, parting, and out-of-seam dilution were included in the resource calculation.
[3] Mine costs do not include income taxes and corporate return on investments.

**Table 20.** Recoverable coal resources as planned by mining method for the Bisti study area, New Mexico.

| Mining method | Saleable tonnage (short tons) |
|---|---|
| **Surface-minable resources** | |
| Truck/shovel—area mining | 2,136,000,000 |
| Auger mining | 12,000,000 |
| **Underground mining** | |
| Room and pillar—continuous miner | 92,000,000 |
| Longwall mining | 506,000,000 |
| **Total minable coal resources** | **2,750,000,000** |

Future mining in the Bisti coal field will be influenced by (1) the increasing demand for electricity in the Southwestern United States, (2) the ability to negotiate land-use easements and water usage with the land owners, (3) the available usage life remaining in the San Juan Power Plant, and (4) the amount of coal reserves left that would supply the San Juan Power Plant.

Table 19 shows the available coal resources, recoverable coal resources, reserves, and minable coal resource cost curves in today's coal market, assuming the coal quality and coal sale prices as reported in table 17. It is interesting to note that the amount of coal tonnage that would be profitable to mine increases significantly when the sales price is in the $30- to $40-per-short-ton range. This mining cost range might be a baseline marker to compare against when evaluating the cost of alternatives in electrical energy generation for the region.

## The Northern Wasatch Plateau Study Area (535 mi²)

Two areas in the northern Wasatch Plateau have been evaluated for coal availability, resource recovery, and mining economics. The first of these evaluations was conducted by Osmonson, (written commun., 1994) to determine if the geology and mine planning of large areas could be modeled. Osmonson reported that approximately 52 percent of the original coal resource was available for mining, 31 percent was recoverable, and 13 percent of the recoverable coal resources could be mined at a profit in the coal market of that time. The second study, done by the Utah Geological Survey (Tabet and others, 1999), encompassed the area of the first study and included coal data that was not accessible to Osmonson. Tabet and others (1999) recorrelated the coal beds and completed a detailed coal availability study. In 1999, the USGS completed the coal recoverability and mining economics study of the same area (DST and Associates, written commun., 1999).

The geology, geography, and land ownership in the Northern Wasatch Plateau coal field is very similar to that of the Somerset coal field. The differences are that the mountains in the northern Wasatch Plateau area have a steeper front face and the average minable coal-bed thickness is slightly greater, and perhaps the coal beds are more continuous over the study area. Mineral ownership in the Northern Wasatch study area, like the Bisti study area, is primarily by the Federal Government; however, the surface is managed by the U.S. Forest Service. This precludes surface mining of any type; therefore, all mine planning was done for underground mining methods.

The largest obstacles to mine planning in the Northern Wasatch Plateau study area are the large fault zones and interburden between minable seams containing less than the minimum thickness for stable mining conditions. All coal resources were considered for underground mining methods (table 21) using room and pillar with continuous miners and longwall methods. The room and pillar mine plan employs retreat pillar extraction to increase recovery rates and lower the cost/ton of mining. Table 19 indicates that most of the recoverable coal is profitable in today's market.

## Conclusion

Coal resource evaluations continue in the Colorado Plateau with cooperative studies between the U.S. Geological Survey and the Colorado and Utah State geological surveys and the New Mexico Bureau of Mines and Mineral Resources. Coal availability studies for an area of five 7.5-minute quadrangles in the Somerset coal field was completed in late 1999 (DST and Associates, written commun., 1999), and the recoverability and mining economics studies will be completed in late 2000. Other areas that will receive detailed evaluations in Colorado (fig. 4) include the Yampa coal field (near Craig, Colo.), the Danforth Hills coal field (near Meeker, Colo.) and the Lower White River coal field (near Rangely, Colo.).

Additional new evaluation areas by the NMBMMR and the USGS in the San Juan Basin (fig. 4) of New Mexico comprise the Menefee coal field (near Lake Valley, N. Mex.) and the La Ventana coal field (near Cuba, N. Mex.). Other areas that will be evaluated for potential minability and economics of coal extraction are the coal resources in the southern Wasatch Plateau, by the USGS (near Emery, Utah; fig. 4), the North and South Book Cliffs coal fields (near Price, Utah) and the Henry Mountains coal field (near Hanksville, Utah) by the UGS and the USGS.

The information provided in these evaluations supports the energy-planning efforts of Federal and State governments. Detailed coal-bed data and maps developed from these studies will also help identify viable targets for coal-bed-methane exploration.

It may be argued that the Somerset quadrangle and the northern Wasatch Plateau studies have not addressed all of the potential restrictions to mining. For instance, available coal in these studies included moderately thin coal (less than 6 ft thick), coal resources in isolated peninsulas, and blocks of coal between major faults. Additional cost would be incurred in mining these resources. These difficult-to-develop resources

**Table 21.** Recoverable coal resources as planned by mining method for the Northern Wasatch Plateau study area, Utah.

| Mining method | Saleable tonnage (short tons) |
|---|---|
| **Surface-minable resources** | |
| | 0 |
| **Underground mining** | |
| Room and pillar—continuous miner | 702,000,000 |
| Longwall mining | 2,290,000,000 |
| **Total minable coal resources** | **2,993,000,000** |

were not always subtracted from the original coal resource when determining available coal. These additional deletions from the minable resource could reduce the calculated life of the coal field by several years.

Results of these Colorado Plateau coal studies substantiate the coal industry's claim that the amount of undeveloped economically minable and marketable coal resources in the United States is far less than the public has been led to believe from past coal resource assessments and reserve estimates.

# Selected References

Abbott, David M., Jr., 1990, Common misuses of "ore reserves" in press releases and other public disclosures [abs.]: Denver, Colo., 93rd National Western Mining Conference, February 8, 1990.

Anderson, O.J., Jones, G.E., Green, G.N., 1997, Geologic map of New Mexico: U.S. Geological Survey Open-File Report 97-052, scale 1:50,000.

Averitt, Paul, 1975, Coal resources of the United States, January 1, 1974: U.S. Geological Survey Bulletin 1412, 131 p.

Beaumont, E.C., 1982, Geology of New Mexico coal deposits and geological setting for field trips, in Coal-Bearing Sequences—Modern Geological Concepts for Exploration and Development: American Association of Petroleum Geologists, Short Course Notes, March 1982, fig. 3.

Beaumont, E.C., 1998, Distribution of near-surface coal deposits in the San Juan Basin, New Mexico: New Mexico Bureau of Mines and Mineral Resources, Resource Map 19, scale 1:250,000.

Biewick, L.R.H., Hettinger, R.D., and Roberts, L.N.R., 1997, Selected ARC/INFO coverages created for investigations of the distribution and resources of coal in the Kaiparowits Plateau, southern Utah: An accompaniment to Hettinger and others, 1996, version 1: U.S. Geological Survey Open-File Report 97-709, 26 p.

Biewick, Laura R.H., Urbanowski, Shayne R., Cain, Sheila, and Neasloney, Larry, 1998, Land status and Federal mineral ownership in the Powder River Basin, Wyoming and Montana: A digital data set for Geologic Information Systems: U.S. Geological Survey

Open-File Report 98-102, 21 p.

Blanchard, L.F., 1981, Newly identified intertonguing between the Star Point Sandstone and the Blackhawk Formation and the correlation of coal beds in the northern part of the Wasatch Plateau, Carbon County, Utah: U.S. Geological Survey Open-File Report 81-724, 3 sheets.

Boreck, D.L., 1980, Geologic factors affecting development at the Hawk's Nest Mine, Somerset, Colorado: Colorado School of Mines M.S. thesis T-2649.

Boreck, D.L, and Murray, D.K., 1979, Colorado coal reserves depletion data and coal mine summaries: Colorado Geological Survey Open-File Report 79-1, 65 p. and appendix.

Boreck, D.L., and Strever, M., 1980, Conservation of methane from mined/minable coal beds, Colorado: Colorado Geological Survey Open-File 80-5, 95 p, 1 pl.

Brown, T.L., Sanchez, J.D., and Ellis, E.G., 1987, Stratigraphic framework and coal resources of the Upper Cretaceous Blackhawk Formation in the East Mountain and Gentry Mountain areas of the Wasatch Plateau coal field, Manti 30'x60' quadrangle, Emery, Carbon, and Sanpete Counties, Utah: U.S. Geological Survey Coal Investigations Map C 94-D, 3 sheets.

BXG, Inc., 1988, Western U.S. coal supply and demand studies, Original studies: 1985, Updated studies: 1988, BXG, Inc., 2033 11th Street, Boulder, Colo. 80302

Carter, M. Devereux, 1996, Coal availability studies: an overview [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Phoenix, Ariz., March 11-14, 1996.

Carter, M. Devereux, and Gardner, Nancy K., 1989, An assessment of coal resources available for development, central Appalachian region: U.S. Geological Survey Open-File Report 89-362, 52 p.

Carter, M. Devereux, and Gardner, Nancy K., 1994, Coal availability studies: The impact of restrictions on the development potential of coal resources, in Chiang, Shiao-Hung, ed., Coal—Energy and the Environment: 11th Annual International Pittsburgh Coal Conference, 1994, p. 1–4.

Carter, M. Devereux, and Rohrbacher, Timothy J., 1996, Domestic coal resource evaluations—Changes in the coal availability and recoverability studies [abs.]: Thirteenth Annual International Pittsburgh Coal Conference Proceedings, v. 2, p. 819.

Carter, M. Devereux, and Rohrbacher, Timothy J., 1997, Changes in the national coal availability and recoverability studies [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Denver, Colo., February 24–27, 1997.

Carter, M. Devereux, and Rohrbacher, Timothy J., 1998, Coal availability-recoverability studies: assessing constraints to resource development [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Orlando, Fla., March 9–10, 1998.

Carter, M. Devereux, Rohrbacher, Timothy J., Molnia, Carol L., Osmonson, Lee, M., 2000, Results of the coal availability/recoverability studies program [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Salt Lake City, Utah, February 28–March 1, 2000.

Carter, M. Devereux, and Rohrbacher, Timothy J., Molnia, Carol L.,

Osmonson, Lee, M., Biewick, Laura R.H., and Larson, W.S., 1999a, Coal availability/recoverability studies: modeling nears completion in the central and northern Appalachian regions [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Denver, Colo., March 1–3, 1999.

Carter, M. Devereux, and Rohrbacher, Timothy J., Molnia, Carol L., Osmonson, Lee, M., Biewick, Laura R.H., and Larson, W.S., 1999b, Coal availability/recoverability studies: applications of GIS to environmental/resource development issues [abs.]: U.S. Department of The Interior, Conference of the Environment, Denver, Colo., May 1999.

Carter, M. Devereux, and Rohrbacher, Timothy J., Molnia, Carol L., Osmonson, Lee, M., Biewick, Laura R.H., Larson, William S., Scott, David C., and Teeters, Dale T., 1998, U.S. coal resource evaluations utilizing availability, recoverability and economic analysis methods: Eastern results and western progress [abs.]: Geological Society of America Annual Meeting, Toronto, Canada, October, 1998.

Carter, M. Devereux, Rohrbacher, Timothy J., Molnia, Carol L., Osmonson, Lee M., Treworgy, Colin G., and Weisenfluh, Gerald, 1999, Refined methods for the evaluation of coal resources, quantum leaps in productivity, in Morsi, Badie I., ed., Proceedings, Sixteenth Annual Pittsburgh Coal Conference, October 11–13, 1999. CD-ROM ISBN 1-890977-16-0, University of Pittsburgh.

Cetin, Hulluk, Conolly, Carol, and Rupp, John A., 1996, Coal availability studies in Indiana [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Phoenix, Ariz., March 11–14, 1996.

Collins, B.A., 1976, Coal deposits of the Carbondale, Grand Hogback, and southern Danforth Hills coal fields, eastern Piceance Basin, Colorado: Colorado School of Mines Quarterly, v. 71, no. 1, January, 138 p.

Collins, B.A., 1977, Geology of the Coal Basin area, Pitkin County, Colorado, in Exploration Frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists Field Conference Guidebook, p. 363–377.

Conolly, Carol L., and Zlotin, Alex, 1999, The availability of the Springfield Coal Member for mining in Indiana: Indiana Geological Survey Open-File Study 99-77, August, 1999, 49 p.

Colorado State Planning Commission, 1939, State planning commission map of the West Elk Mountains coal fields, Somerset to Crested Butte: State of Colorado, 1 pl.

Daub, G.J., 1982, Stratigraphy and geology of some coal mines along the North Fork of the Gunnison River, Somerset coal field, Colorado, in Averitt, W.R., ed., Southeastern Piceance Creek Basin: Grand Junction Geological Society—1982 Field Trip Guidebook, p. 69–77.

Doelling, H.H., 1972, Central Utah coal fields: Sevier-Sanpete, Wasatch Plateau, Book Cliffs, and Emery: Utah Geological and Mineralogical Survey Monograph No. 3, 571 p.

Dunrud, C.R., 1976, Some engineering geologic factors controlling coal mine subsidence in Utah and Colorado: U.S. Geological Survey Professional Paper 969, 39 p.

Dunrud, C.R., 1989, Geologic map and coal stratigraphic framework of the Paonia area, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Coal Investigations Map C-115, 2 pl., scale 1:50,000.

Dunrud, C.R., 1998, Engineering geology applied to the design and operation of underground coal mines: U.S. Geological Survey Bulletin 2147, 134 p.

Eakins, Wynn, Tremain Ambrose, C.M., Scott, D.S., and Teeters, D.D., 1998, Availability of coal resources in Colorado: Somerset quadrangle, west-central Colorado: Colorado Geological Survey Resource Series 36, 87 p.

Eggleston, J.R., and Carter, M.D., 1987, A new approach to determining how much coal is available for mining: U.S. Geological Survey Yearbook, p. 57–61.

Eggleston, Jane R., Carter, M. Devereux, and Cobb, James C., 1990, Coal resources available for development—A methodology and pilot study: U.S. Geological Survey Circular 1055, 15 p.

Ellis, M.S., Gaskill, D.L., and Dunrud, C.R., 1987, Geologic map of the Paonia and Gunnison area, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Coal Investigations Map C-109, scale 1:100,000.

Ellis, M.S., Freeman, V.L., and Donnell, J.R., 1988, Cross sections showing correlation of coal beds and coal zones in the Mesaverde Formation in the Carbondale 30'x60' quadrangle, west-central Colorado: U.S. Geological Survey Coal Investigations Map C-97-B, 2 pl.

Fedorko, Nick, 1996, Coal availability studies in West Virginia overview [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Phoenix, Ariz., March 11–14, 1996.

Ferderer, D.A., 1996, National overview of abandoned mine land sites utilizing the minerals availability system (MAS) and geographic information systems (GIS) technology: U.S. Geological Survey Open-File Report 96-549, 26 p.

Flores, R.M., Bader, L.R., Ellis, M.S., Johnson, R.C., Keighin, C.W., Nichols, D.J., Roberts, S.B., Stricker, G.D., Warwick, P.D., Murphy, E., Cavaroc, Jr., V.V., Vogler, D., and Wilde, E., 1996, National Coal Resource Assessment: Fort Union coals of the northern Rocky Mountains and Great Plains, in Chiang, Shiao-Hung, ed., Coal-Energy and the Environment,1996:Thirteenth Annual International Pittsburgh Coal Conference Proceedings, p. 191–196.

Geroyan, R.I., and Teeters, D.D., 1995, Economic impact analysis of the coal mining industry in Boone County, West Virginia: U.S. Bureau of Mines Open-File Report 43-95, 24 p.

Goolsby, S.M., Reade, N.B.S., and Murray, D.K., 1979, Evaluation of coking coals in Colorado: Colorado Geological Survey Resources Series 7, 72 p., 3 pl.

Hettinger, R.D., Roberts, L.N.R., Biewick, L.R.H., and Kirschbaum, M.A., 1996, Preliminary investigations of the distribution and resources of coal in the Kaiparowits Plateau, southern Utah: U.S. Geological Survey Open-File Report 96-539, 72 p.

Hoffman, G.K., 1996a, Demonstrated reserve base for coal in New Mexico, modified from final report for cooperative agreement DE-FC0193EI23974: New Mexico Bureau of Mines and Mineral Resources Open-File report 428, 89 p.

Hoffman, G.K., 1996b, Coal resources of New Mexico: New Mexico Bureau of Mines and Mineral Resources Resource Map 20, 22 p. text, 1 sheet, scale 1:1,000,000.

Hoffman, Gretchen K., and Jones, Glen E., 1999, Availability of coal resources in the Fruitland Formation, San Juan Basin, northwest New Mexico: New Mexico Bureau of Mines and Mineral Resources, Open-File Report 438, 15 p.

Hoffman, Gretchen K., and Jones, Glen E., 2000, Coal availability studies, Fruitland and Menefee Formations, San Juan Basin, New Mexico [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Salt Lake City, Utah, February 28–March 1, 2000.

Jahanbani, F.R., 1997, The 1996 annual review and forecast of Utah coal production and distribution: Utah Office of Energy and Resource Planning, 28 p., 1 appendix.

Johnson, R.C., and May, F., 1980, A study of the Cretaceous-Tertiary unconformity in the Piceance Creek Basin, Colorado: The underlying Ohio Creek Formation (Upper Cretaceous) redefined as a member of the Hunter Canyon or Mesaverde Formation: U.S. Geological Survey Bulletin 1481-B, 27 p.

Johnson, V.H., 1948, Geology and coal resources of the Paonia coal area, Delta and Gunnison Counties, Colorado: U.S. Geological Survey Field Notes, U.S. Geological Survey Library.

Kelso, B.S., Ladwig, L.R., and Sitowitz, L., 1981, Directory of permitted Colorado coal mines, 1981: Colorado Geological Survey Map Series 15, 130 p.

Keystone coal industry manual, 1999, Sanda, Arthur P., ed.: Chicago, Ill., Primedia Intertec Publications, 807 p.

Landis, E.D., 1959, Coal resources of Colorado: U.S. Geological Survey Bulletin 1071-C, p.131–232.

Leonard, Joseph W., 1979, ed., Coal preparation, 4th edition: New York, The American Institute of Mining, Metallurgical and Petroleum Engineers, Inc., 1175 p.

Lee, W.T., 1912, Coal fields of Grand Mesa and the West Elk Mountains: U.S. Geological Survey Bulletin 510, 237p, 1 pl.

Mining Cost Service, 1999, Cost models, labor, supplies and miscellaneous items, equipment, taxes, and miscellaneous costs: Western Mine Engineering, Inc., 222 W. Mission Ave., Suite 218, Spokane, WA 99201-2347, 2 v.

Molnia, C.L., Biewick, L.R.H., Blake, D., Carter, M.D., and Gaskill, C, 1995, Issues and techniques in the first western coal availability study—Hilight quadrangle, Powder River Basin, Wyoming: Society of Mining Engineers, Technical Papers, 9 p.

Molnia, C.L., Biewick, L.R.H., Blake, D., Tewalt, S.J., Carter, M.D., and Gaskill, C., 1996, Results of the first western coal availability study—Hilight quadrangle, Powder River Basin, Wyoming, in Chiang, Shiao-Hung, ed., Coal—Energy and the Environment, 1996: Thirteenth Annual International Pittsburgh Coal Conference Proceedings, p. 798–803.

Molnia, C.L., Biewick, L.R.H., Blake, D., Tewalt, S.J., Carter, M.D., and Gaskill, C., 1997, Coal availability in the Hilight quadrangle, Powder River Basin, Wyoming: A prototype study in a western coal field: U.S. Geological Survey Open-File Report 97-469, 52 p.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Exploration frontiers of the central and southern Rockies: Rocky Mountain Association of Geologists Field Conference Guidebook, p. 379–405.

Nowak, H.C., 1990, Stratigraphy of the coal bearing part of the Mesaverde Formation, and application to coalbed methane exploration, southeast Piceance Creek Basin, Colorado: Colorado School of Mines M.S. thesis T-3743, 123 p., 4 pl.

Osmonson, L.M., Molnia, C.L., Biewick, L.R.H., and Rohrbacher, T.J., 2000, The middle pod of the Gillette coal field, Powder River Basin, Wyoming: Characterizing potential mine development [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Salt Lake City, Utah, February 28–March 1, 2000.

Osmonson, Lee M., Rohrbacher, T.J., Molnia, C.L., and Sullivan, G.L., 2000, Coal recoverability in the Hilight quadrangle, Powder River Basin, Wyoming: A prototype study in a western coal field: U.S. Geological Survey Open-File Report 00-103, 23 p.

O'Sullivan, R.B., Mytton, J.W., and, Strobell, J.D., Jr., 1986, Preliminary geologic map of the Tanner Lake quadrangle, San Juan County, New Mexico: U.S. Geological Survey Miscellaneous Field Studies Maps MF-1864, scale 1:24,000.

O'Sullivan, R.B., Scott, G.R., and Heller, J.S., 1979, Preliminary geologic map of the Bisti Trading Post quadrangle, New Mexico: U.S. Geological Survey Miscellaneous Field Studies Maps MF-1075, scale 1:24,000.

Plis, Matthew N., Rohrbacher, Timothy J., and Teeters, Dale D., 1993, COALVAL, a prefeasibility software package for evaluating coal properties using Lotus 1-2-3, release 2.2, documentation and users guide: U.S. Bureau of Mines Information Circular 1993, 93 p.

Resource Data International, Inc., 2000, COALdat database: Resource Data International, Inc., 1320 Pearl Street, Suite 300, Boulder, CO 80302

Roberts, C.A., McColly, R.A., Anderson, N.B., Gray, A.W., and Beach, R.A., 1993, Availability of federally owned minerals for exploration and development in Western States: Utah, 1988: U.S. Bureau of Mines Special Report, 46 p.

Rohrbacher, Timothy J., 1995, Coal reserves in selected study areas in the central Appalachian region [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Denver, Colo., March 6–9, 1995.

Rohrbacher, Timothy J., 1996, Coal resource assessments using coal availability and recoverability methods [abs.]: Illinois Mining Institute Annual Meeting, Collinsville, Ill., September 26–27, 1996.

Rohrbacher, Timothy J., 1997, Coal resource assessments using coal availability and recoverability methods: Proceedings of the Illinois Mining Institute, Illinois Mining Institute, Champaign, Ill., v. 1996, p 64–76.

Rohrbacher, Timothy J., Carter, M. Devereux, Sullivan, Gerald L., Molnia, Carol L., and Biewick, Laura R.H., 1998, New methods for coal availability, reserve evaluation and socio-economic impact analysis—Quantum leaps in project productivity [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Orlando, Fla., March 9–10, 1998.

Rohrbacher, Timothy J., Teeters, Dale D., Osmonson, Lee M., and Plis, Matthew, N., 1994, Coal recoverability and the definition of coal reserves, central Appalachian region, 1993: U.S. Bureau of Mines Open-File Report 10-94, 36 p.

Rohrbacher, T.J., Teeters, D.D., Sullivan, G.L., and Osmonson, L.M., 1993a, Coal resource recoverability, a methodology: U.S. Bureau of Mines Information Circular 9368, 48 p.

Rohrbacher, T.J., Teeters, D.D., Sullivan, G.L., and Osmonson, L.M., 1993b, Coal reserves of the Matewan quadrangle, Kentucky, a coal recoverability study: U.S. Bureau of Mines Information Circular 9355, 36 p.

Ruppert, L.F., Tewalt, S., Bragg, L., Wallack, R., 1998, Digital assessments of the top-producing coal beds in the northern and central Appalachian Basin: The Upper Freeport and Pittsburgh coal beds [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Orlando, Fla., March 9–11, 1998.

Ruppert, L.F., Tewalt, S., Bragg, L., Wallack, R., 1999, Digital assessment of the top-producing coal beds in the northern and central Appalachian Basin coals: Mining Engineering, Society of Mining, Metallurgy and Exploration publication, p 37–43.

Ruppert, L.F., Watson, W.D., and Attanasi, E.D., 2000, The Upper Pennsylvanian Pittsburgh coal bed: Geology, mining, and economic models [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Salt Lake City, Utah, February 28–March 1, 2000.

Rushworth, P., Kelso, B.S., and Ladwig, L.R., 1984, Map, directory, and statistics of permitted Colorado coal mines, 1983: Colorado Geological Survey Map Series 23, scale: 1:1,000,000, 147 p.

Sanchez, J.D., and Brown, J.L., 1986, Stratigraphic framework and coal resources of the Upper Cretaceous Blackhawk Formation in the Trail Mountain and East Mountain areas of the Wasatch Plateau coal field, Manti 30'x60' quadrangle, Emery County, Utah: U.S. Geological Survey Coal Investigations Map C 94-C, scale 1:24,000, 3 sheets.

Sanchez, J.D., and Brown, J.L., 1987, Stratigraphic framework and coal resources of the Upper Cretaceous Blackhawk Formation in the Ferron Canyon and Rock Canyon areas of the Wasatch Plateau coal field, Manti 30'x60' quadrangle, Emery and Sanpete Counties, Utah: U.S. Geological Survey Coal Investigations Map C 94-B, scale 1:24,000, 3 sheets.

Sanda, A.P., Fiscor, S., and Yos, P., eds., 1999, Keystone coal industry manual: Chicago, Intertec Publishing, 818 p.

Schultz, Janet E., Eakins, Wynn, Carroll, Christopher J., Scott, David C., and Teeters, Dale D., 2000, Availability of coal resources in Colorado: Somerset coal field, west-central Colorado: Colorado Geological Survey Resource Series 38, 80 p.

Scott, David C., 1995, Coal recoverability and coal reserve analysis, Appalachian Basin 1995: U.S. Bureau of Mines Open-File Report 75-95, 21 p.

Scott, G.R., O'Sullivan, R.B., and Mytton, J.W., 1979, Reconnaissance geologic map of the Alamo Mesa West quadrangle, New Mexico: U.S. Geological Survey Miscellaneous Field Studies Maps MF-1074, scale 1:24,000.

Sherer, E., 1994, A cost comparison of selected U.S. and Indonesian coal mines: U.S. Bureau of Mines Special Publication 12-94, 114 p.

Society of Mining Engineers Handbook, 1973, Given, Ivan A., ed.: New York, Society of Mining Engineers of The American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc., 2 v.

Stefanko, Robert, 1983, Coal mining technology, theory and practice: Society of Mining Engineers, American Institute of Mining, Metallurgical and Petroleum Engineers, 410 p.

Strever, M., 1980, Methane drainage plan using horizontal holes at the Hawk's Nest East mine, Paonia, Colorado: Colorado Geological Survey Open-File Report 80-7.

Stricker, G.D., and Flores, R.M., 2000, Powder River Basin and Williston Basin coal resource assessments and their relationship to coal-bed methane potential [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Salt Lake City, Utah, February 28–March 1, 2000.

Suffredini, Charles D., Plis, Matthew N., Rohrbacher, Timothy J., and Teeters, Dale, D., 1994, COALVAL 2.0—A prefeasibility software package for evaluating coal properties using Lotus 1-2-3, release 3.1: U.S. Bureau of Mines Open-File Report 35-94, 198 p.

Tabet, David E., Quick, Jeffrey C., Hucka, Brigitte P., and Hanson, John A., 1999, The available coal resources for nine 7.5-minute quadrangles in the Northern Wasatch Plateau coal field, Carbon and Emery Counties, Utah: Utah Geological Survey Circular 100, 46 p.

Tabet, D.E., Quick, J.C., Bon, R.L., Hucka, B.P., and Hanson, J.A., 2000, Available coal resources in the western Book Cliffs and northern Wasatch Plateau coalfields [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Salt Lake City, Utah, February 28–March 1, 2000.

Toenges, A.L., Dowd, J.J., Turnbull, L.A., Davis, J.D., Smith, H.L., and Johnson, V.H., 1949, Reserves, petrographic and chemical characteristics, and carbonizing properties of coal occurring south of Dry Fork of Minnesota Creek, Gunnison County, near Paonia, Colorado, and the geology of the area: U.S. Bureau of Mines Technical Paper 721, 48 p.

Toenges, A.L., Turnbull, L.A., Davis, J.D., Reynolds, D.A., Parks, B.C., Cooper, H.M., and Abernathy, R.F., 1952, Coal deposit, Coal Creek district, Gunnison County, Colorado: Reserves, coking properties, and petrographic and chemical characteristics: U.S. Bureau of Mines Bulletin 501, 83 p.

Torres, T.F., and Kern, J., 1999, Using GIS to identify high value areas in large coal resources [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Denver, Colo., March 1–3, 1999.

Tremain, C.M., Hornbaker, A.L., Holt, R.D., Murray, D.K., and Ladwig, L.R., 1996; The 1995 summary of coal resources in Colorado: Colorado Geological Survey Special Publication 41, 19 p.

Tremain Ambrose, C.M., Kelso, B.S., Schultz, J.A., and Eakins, W., compilers, 1998, Colorado coal quality data: Colorado Geological Survey Open-File Report, CD-ROM.

Treworgy, Colin G., 1996, Availability of coal resources for future development in Illinois [abs.]: Illinois Mining Institute Annual Meeting, Collinsville, Ill., September 26–27, 1996.

Treworgy, Colin G., 1997, Availability of coal resources for future development in Illinois: Champaign, Ill., Proceedings of the Illinois Mining Institute, Illinois Mining Institute, v. 1996, p 78–87.

Treworgy, Colin G., and Chenoweth, Cheri A., 1997, Availability of coal in Illinois for efficient, low-cost mining [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Denver, Colo.,

**F64**   **Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah**

February 24–27, 1997.

Treworgy, C.G., Conolly, C.L., Korose, C.P., and Zlotin, A., 2000, Using Geographic Information Systems to assess the minability of coal over a large region: Availability of the Springfield coal in Illinois and Indiana [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Salt Lake City, Utah, February 28–March 1, 2000.

Treworgy, Colin G., Korose, Christopher P., Chenoweth, Cheri A., and North, Daniel L., 1999, Availability of the Springfield coal for mining in Illinois: Illinois State Geological Survey, Illinois Minerals 118, 43 p.

Tyler, R., 1996, Geologic and hydrologic controls critical to coalbed methane producibility and resource assessment: Williams Fork Formation, Piceance Basin, northwest Colorado: Gas Research Institute Topical Report GRI-95/0532, [prepared by the Bureau of Economic Geology, University of Texas at Austin], 398 p.

Tyler, R., and McMurry, R.G., 1995, Genetic stratigraphy, coal occurrence and regional cross section of the coal-bearing Williams Fork Formation, Mesaverde Group, Piceance Basin, northwestern Colorado: Colorado Geological Survey Open-File Report 95-2, [prepared by the Bureau of Economic Geology, University of Texas at Austin], 1 pl., 42 p.

U.S. Bureau of Land Management and U.S. Forest Service, 1999, Draft North Fork coal environmental impact statement, Delta and Gunnison Counties, Colorado, September 1999: BLM Colorado State Office, Uncompahgre Field Office; and U.S. Forest Service, Rocky Mountain Region, Grand Mesa, Uncompahgre, and Gunnison National Forests, 558 p, 58 maps.

U.S. Bureau of Mines, 1968, A dictionary of mining, mineral, and related terms, [Thrush, Paul W. ed.], 1269 p.

U.S. Bureau of Mines, 1993, A cost comparison of selected coal mines from Australia, Canada, Columbia, South Africa, and the United States: U.S. Bureau of Mines Special Publication 8-93, 65 p.

U.S. Bureau of Mines, 1995, Coal recoverability and coal reserve analyses, Appalachian and Illinois Basins, 1994: U.S. Bureau of Mines Open-File Report 02-95, 41 p.

U.S. Department of Energy, Energy Information Administration, 1993, U.S. coal reserves: An update by heat and sulfur content: Energy Information Administration DOE/EIA–0529(92), p. viii.

U.S. Department of Energy, Energy Information Administration, 1997, Coal industry annual, 1996: DOE/EIA-0584(96), 256 p.

U.S. Department of the Interior, Office of Surface Mining Reclamation and Enforcement, 1985, Draft reconnaissance maps to assist in identifying alluvial valley floors, west-central and northwestern Colorado: OSM/TM-4/85.

U.S. Geological Survey, 1994, Coal quality (COALQUAL) database: version 1.3: U.S. Geological Survey Open-File Report 94-205, CD-ROM.

U.S. Geological Survey, 1996, Assessing the coal resources of the U.S.: U.S. Geological Survey Fact Sheet, 8 p.

Warwick, P.D., SanFilipo, J.R., Willtee, J.C., and Aubourg, C.E., 2000, Coal geology, resources and coal-bed methane potential for the U.S. Gulf Coastal Plain [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Salt Lake City, Utah, February 28–March 1, 2000.

Watson, William D., Medlin, A.L., Krohn, K.K., Brookshire, D.S., and Bernknoff, R.L., 1991, Economic effects of western Federal land-use restrictions on U.S. coal markets: U.S. Geological Survey Circular 1042, 197 p.

Weisenfluh, Gerald A., 1997, Coal availability and recoverability studies in Kentucky—Implication for national coal assessment [abs.]: Society of Mining, Metallurgy and Exploration Annual Meeting, Denver, Colo., February 24–27, 1997.

Weisenfluh, G.A., Andrews, W.M., and Hiett, J.K., 1999, Availability of coal resources for the development of coal, western Kentucky summary report: Kentucky Geological Survey, Interim report for Department of Interior, Grant 14-08-0001-A0896, 50 p.

Weisenfluh, Gerald A., Cobb, James C., Firm, John C., and Ruthven, Carol L., 1997, Kentucky's coal industry—Historical trends and future opportunities: Kentucky Geological Survey, 9 p.

Wellborn, J.E., 1982a, Stratigraphy of the Mesaverde Formation, Mount Gunnison coal property, Gunnison County: Colorado: Colorado School of Mines M.S. thesis T-2506.

Wellborn, J.E., 1982b, Stratigraphy of the Mesaverde Formation on the Mount Gunnison coal property, Gunnison County, Colorado, *in* Averitt, W.R., ed., Southeastern Piceance Creek Basin: Grand Junction Geological Society—1982 Field Trip Guidebook, p. 65–67.

Wood, Gordon H., Jr., Kehn, Thomas M., Carter, M. Devereux, and Culbertson, William C., 1983, Coal resource classification system of the U.S. Geological Survey: U.S. Geological Survey Circular 891, 65 p.

Young, R.G., 1982, Stratigraphy and petroleum geology of the Mesaverde Group, southern Piceance Creek Basin, Colorado, *in* Averitt, W.R., ed., Southeastern Piceance Creek Basin: Grand Junction Geological Society—1982 Field Trip Guidebook, p. 45–54.

Zook, J.M., and Tremain, C.M., 1997, Directory and statistics of Colorado coal mines with distribution and electric generation map, 1995–96: Colorado Geological Survey Resource Series 32, 55 p., 1 pl., scale 1:1,000,000.



**National Coal Resource Assessment**

*Click here to return to Disc 1 Volume Table of Contents*

Information Series 25

# Selected References on the Geology and Coal Resources of Central and Western Colorado Coal Fields and Regions



Written and Compiled by
Peter Rushworth,
Bruce S. Kelso,
Michael E. Brownfield,
and Edward A. Johnson



Colorado Geological Survey
Department of Natural Resources
Denver, Colorado / 1988

BLM_0105117

Resource Series 38

# Availability of Coal Resources in Colorado: Somerset Coal Field, West-Central Colorado

By
Janet E. Schultz and Wynn Eakins
Colorado Geological Survey

David C. Scott and Dale D. Teeters
DST & Associates

Prepared in cooperation with the U.S. Geological Survey, Energy Resources Team,
Coal Availability/Recoverability Studies project
under Cooperative Agreement Number HQAG2203



Colorado Geological Survey
Division of Minerals and Geology
Department of Natural Resources
Denver, Colorado
2000

BLM_0105118

U.S. Department of the Interior
U.S. Geological Survey

# Coal—A Complex Natural Resource

An overview of factors affecting coal quality and use in the United States

By Stanley P. Schweinfurth
*With a contribution on coal quality and public health by Robert B. Finkelman*

## U.S. GEOLOGICAL SURVEY CIRCULAR 1143

A primer on the origins and quality of coal with a brief examination of how quality
affects coal use, and a separate section on coal and public health          *2002*

BLM_0105119







DEC 16 2005

12/19/2005

cc to Colin
+ Liane

# United States Department of the Interior

**Bureau of Land Management**
Uncompahgre Field Office
2505 South Townsend Avenue
Montrose, Colorado 81401

In Reply
Refer to: 3420.1

**December 14, 2005**

Mr. Charles Richmond
Forest Supervisor
Grand Mesa, Uncompahgre, and Gunnison National Forest
2250 Highway 50
Delta, CO      81416

Dear Mr. Richmond:

In a letter dated October 18, 2005, you requested formal input from the BLM on the coal resource assessment as presented in the GMUG Coal Resource and Development Potential report of 2004 (CRDP). In that letter you correctly stated that minerals staff at the GMUG had shared their report with my staff on previous occasions; however, there was no "formal" input provided by BLM up to this time. The report contained in this letter is written to serve as the BLM formal input.

## Background

Regarding a comprehensive land use plan that is expected to encompass coal potential, <u>43 CFR 3420.1-4(e)(1)</u> states in part that <u>"The Bureau of Land Management shall estimate coal development potential for the surface management agency. Coal companies, State and Local governments and the general public are encouraged to submit information to the Bureau of Land Management at any time in connection with such development potential determinations."</u> The BLM did not estimate coal development potential for the USFS because the basis for such an estimate had already been established by the United States Geological Survey (USGS) in their report published in July 2003 titled <u>"Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado".</u> Instead, BLM reviewed the USFS written CRDP as noted in the Time-Line section of this report. Neither the USFS or the BLM ever encouraged anyone to "submit information" during the drafting of the CRDP.

On September 19, 2005, the USFS held a Forest Plan Coal Stakeholder Group meeting to review the CRDP, the proposed lands to be made available for further consideration for coal leasing, and proposed Guidelines (stipulations). The three coal companies of the North Fork (Oxbow Mining, LLC (OML), Bowie Resources, LLC, (BRL), and Mountain Coal Company (MCC)) were provided with draft copies of the CRDP at that time. All three coal companies expressed apprehension verbally at that meeting with respect to USFS proposed "Theme 3" management designations in areas overlaying coal with development potential.

After reviewing the CRDP, Oxbow Mining, LLC (OML) wrote a letter dated October 26, 2005, to you. After making several points, the OML letter concluded that from their perspective, the CRDP *"...has significant errors and omissions regarding the potential for foreseeable future development of coal resources, particularly in the area of the North Fork Valley on the south flank of Grand Mesa. These errors and omissions probably contributed to what we believe are serious flaws in the 2005 Preliminary Proposed GMUG Forest Plan Revision."*

BLM_0105120

At the time of the writing of this report, neither of the other two North Fork coal companies (BRL, and MCC) had made any comments on the CRDP; however, they had indicated that they were preparing responses.

**Time-Line**
On Jan. 12, 2004, the BLM-UFO minerals staff (Desty Dyer, mining engineer, and Lynn Lewis, geologist) met with Liane Mattson of the USFS to discuss the coal information needed for the Forest Plan revision. Various issues arose including how to derive mineable coal from in-place reserves and then use recovery rates to estimate recoverable coal tons, all based on no foreseeable change in mining technology for the next 10 to 15 years. Sources of data mentioned were the USGS OFR 76-371, GIS files for the Known Recoverable Coal Resource Area (KRCRA), the Colorado Geological Survey website and their 1995 Summary of Coal Resources in Colorado. Coal resource facts listed were:
1. Grand Mesa coalfield containing coal having a lower Btu than coal currently mined in the North Fork, and being at or very near the current mineable overburden limit where it exists on USFS managed lands.
2. Fruitland coal in the Tongue Mesa field being difficult to access and heavily faulted.
3. Dakota coals on the Uncompahgre plateau having low development potential.
4. Areas of unlikely activity being the Crested Butte and Carbondale fields.
5. Doubtful market for anthracite coal.

The USFS minerals staff worked on writing the CRDP throughout 2004. In August of 2004 the BLM offered more information regarding the Snowshoe Mesa field and the Tongue Mesa field noting that old mine workings on the Snowshoe Mesa field were in the vicinity of the ghost town of Floresta but there was uncertainty about the extent of anthracite coal beds, and that the Tongue Mesa field had small dog hole mines, one being an outcrop excavation location where BLM once administered a license to mine, and that findings were consistent with data collected by Kemmerer coal in the '70s. Later, September 15, 2005, the BLM sent an e-mail to the USFS which also noted that Mountain Coal Company (MCC) - having all available data - had no current intentions of pursuing the Snowshoe Mesa field coal resources because the seams were thin, but that it should not be "written off" as had been previously implied by the BLM. In February of 2005 the USFS inquired about data showing coal potential in the "Sunset Trails" tract (of interest to MCC) and the BLM noted that data from adjacent leased federal coal and fee coal implied that a mineable coal resource existed.

In late 2004 and early 2005 the USFS made some email inquiries regarding how to handle the regulatory requirement for the BLM to provide the surface managing agency with coal resource information for land management planning. Although no "formal answer" was determined, it was agreed that in all practicality a BLM review of the Draft CRDP should suffice, and that review was finished about April 12, 2005. At that time the BLM sent an email to the USFS stating there were no detectable inadequacies in the CRDP. The only question that arose was regarding the USGS nomenclature (used in the CRDP) for the coal zones which in turn might cause confusion regarding the widely known labeling of the seams in the North Fork from A – F; however, it was agreed that a careful reading would result in understanding which coal resources were being described.

From January 2004 to the present, regarding the USFS CRDP coal reserve estimation from the coal potential map: The BLM never found any major problems with the calculation methods used or the tons derived from those calculations. In early September 2005 the BLM staff obtained the *2005 Preliminary Proposed GMUG Forest Plan Revision* (PPPR) which, by assuming diminished potential for economic coal development, may have tended to remove potential coal resources from future mining opportunities by designating Theme 3 areas over known coal resources.

BLM_0105121

**Conclusion**

The BLM agrees with the coal resource potential shown on maps A & B in Figure 11 on page 21. They are a fair and accurate representation. The coal reserve estimation should remain as tabulated in the CRDP as shown in tables on page 28 for Area 1 as shown in Figures 12-15 that appear on pages 22-25. Upon reviewing the USFS *2005 Preliminary Proposed GMUG Forest Plan Revision* the BLM recommends that the CRDP should reflect coal recovery potential based on future advances in mining technology/roof support along with the economics associated with higher coal prices. Due to these factors BLM believes another 5-10% of the North Fork Valley coal reserves can be recovered over the next 10-15 years, and that coal companies would be stimulated to seek more coal reserves along the southern flank of Grand Mesa in that same time period.

If you have any questions call me at 240-5315 or Desty Dyer at 240-5302.

Sincerely,

Barbara Sharrow

Barbara Sharrow
Uncompahgre Field Office Manager

CC: Jim Edwards, Chief, Branch of Solid Minerals, BLM

BLM_0105122

OPEN FILE REPORT 94-2

# Coalbed Gas Composition, Upper Cretaceous Fruitland Formation, San Juan Basin, Colorado and New Mexico

By Andrew R. Scott
Bureau of Economic Geology
The University of Texas at Austin



Colorado Geological Survey
Division of Minerals and Geology
Department of Natural Resources
Denver, Colorado
1994

BLM_0105123



**IC** | **8713** | *cz*

**Bureau of Mines Information Circular/1976**

U. S. BUREAU OF MINES LIBRARY
4800 FORBES AVENUE
PITTSBURGH, PA. 15213

# Strippable Coal Resources of Colorado

## Location, Tonnage, and Characteristics of Coal and Overburden



**UNITED STATES DEPARTMENT OF THE INTERIOR**

BLM_0105124

Information Circular 8713

# Strippable Coal Resources of Colorado

## Location, Tonnage, and Characteristics of Coal and Overburden

By Charles N. Speltz
Intermountain Field Operation Center, Denver, Colo.

U. S. BUREAU OF MINES LIBRARY
4800 FORBES AVENUE
PITTSBURGH, PA. 15213



**UNITED STATES DEPARTMENT OF THE INTERIOR**
Thomas S. Kleppe, Secretary

BUREAU OF MINES
Thomas V. Falkie, Director

BLM_0105125

As the Nation's principal conservation agency, the Department of the Interior has responsibility for most of our nationally owned public lands and natural resources. This includes fostering the wisest use of our land and water resources, protecting our fish and wildlife, preserving the environmental and cultural values of our national parks and historical places, and providing for the enjoyment of life through outdoor recreation. The Department assesses our energy and mineral resources and works to assure that their development is in the best interests of all our people. The Department also has a major responsibility for American Indian reservation communities and for people who live in Island Territories under U.S. administration.

This publication has been cataloged as follows:

Speltz, Charles N

    Strippable coal resources of Colorado; location, tonnage, and characteristics of coal and overburden. [Washington] U.S. Bureau of Mines [1976]

    70 p. illus., tables. (U.S. Bureau of Mines. Information circular 8713)

    Includes bibliography.

    1. Strip mining—Colorado. I. U.S. Bureau of Mines. II. Title. (Series)

TN23.U71    no. 8713    622.06173

U.S. Dept. of the Int. Library

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402 - Price $1.35

Stock No. 024-004-01880-1

PREFACE

This report estimates the coal resources of 12 separate coal regions, fields, or deposits in Colorado that occur near enough to the surface to be mined by stripping methods. The report augments previously published Bureau of Mines reports on strippable coal deposits in North Dakota and Wyoming and both underground-minable and strippable deposits in the eastern and western parts of the United States. However, the quantitative data in this report are not strictly comparable with those published in the other reports because of variances in the minimum bed thickness of the included deposits and the relia- bility of the data upon which the estimates were based. The basis for the data is explained in detail in the text of this report. Because of the unavailability of more precise data, this report includes some data based entirely upon geologic inference; it also includes quantitative estimates for all beds 24 inches or more in thickness. The report, therefore, is one that delineates the coal <u>resources</u> of Colorado <u>rather than</u> coal <u>reserves</u>.

BLM_0105127

CONTENTS

Page

Preface................................................................ i
Abstract............................................................... 1
Introduction........................................................... 1
Acknowledgments........................................................ 4
Previous investigations................................................ 5
General information.................................................... 5
General geology........................................................ 7
Strip coal mining and production...................................... 10
Coal land ownership and leasing....................................... 11
Criteria used for resource estimates.................................. 12
Strippable coal areas and deposits.................................... 13
    Green River region............................................... 13
        Yampa coalfield........................................... 14
        Tertiary subregion........................................ 15
    Uinta region..................................................... 19
        Book Cliffs field......................................... 21
        Grand Mesa field.......................................... 21
        Somerset field............................................ 21
        Crested Butte field....................................... 22
        Carbondale field.......................................... 22
        Grand Hogback field....................................... 23
        Danforth Hills field...................................... 23
        Lower White River field................................... 25
    Dakota Sandstone region.......................................... 27
    San Juan River region............................................ 31
    Raton Mesa region................................................ 35
        Trinidad field............................................ 40
        Walsenburg field.......................................... 40
    Denver basin region.............................................. 41
    North Park field................................................. 47
    South Park field................................................. 50
    Tongue Mesa field................................................ 50
    Gunnison River field............................................. 51
    Montrose deposit (?)............................................. 55
    Canon City field................................................. 56
References............................................................ 58
Appendix.--Average coal analyses, by bed, for Colorado coal.......... 67

ILLUSTRATIONS

1. Location of possible strippable coal in Colorado................... 2
2. Stratigraphic relationship of coal-bearing rocks in Colorado....... 8
3. Surface or near-surface occurrences of coal-bearing strata in
   Colorado......................................................... 9
4. Strippable coal areas in the Yampa coalfield....................... 17
5. Strippable coal areas near Hiawatha, Colo.......................... 18
6. Strippable coal areas in the Danforth Hills coalfield.............. 24
7. Strippable coal areas in the Lower White River coalfield.......... 28

ii

ILLUSTRATIONS--Continued

                                                                                    Page

8.  Strippable coal areas in the Dakota coal region, southwestern
        Colorado......................................................   30
9.  Strippable coal areas in the Colorado portion of the San Juan basin  36
10. Strippable coal areas in the Colorado portion of the Raton Mesa
        coal region..................................................   39
11. Strippable coal areas of the Denver basin coal region.............   43
12. Strippable coal areas in the North Park coalfield..................   49
13. Strippable coal areas in the Gunnison River coalfield..............   53
14. A possible strippable coal deposit near Montrose..................   54

                               TABLES

1.  Estimated strippable coal resources of Colorado...................    4
2.  Coal production in Colorado, 1953-74..............................   10
3.  Production characteristics of Colorado strip coal mines, 1974......   11
4.  Estimated strippable coal resources in the Yampa coalfield, Green
        River region, northwestern Colorado...........................   16
5.  Estimated strippable coal resources in the Tertiary subregion,
        Green River coal region.......................................   20
6.  Estimated strippable coal resources of the Danforth Hills coalfield  26
7.  Estimated strippable coal resources of the Lower White River
        coalfield.....................................................   27
8.  Estimated strippable coal resources of the Dakota coal region,
        southwestern Colorado.........................................   32
9.  Estimated strippable coal resources of the Colorado portion, San
        Juan basin.....................................................   35
10. Estimated strippable coal resources of the Colorado portion, Raton
        Mesa coal region..............................................   38
11. Estimated strippable coal resources of the Denver basin coal region  45
12. Estimated strippable coal resources of the North Park coalfield....   48
13. Estimated strippable coal resources of the Gunnison River coalfield  52
14. Estimated strippable coal resources of a possible deposit near
        Montrose, Colo................................................   55

BLM_0105129

# STRIPPABLE COAL RESOURCES OF COLORADO

Location, Tonnage, and Characteristics
of Coal and Overburden

by

Charles N. Speltz [1]

## ABSTRACT

Coal resource data from public and private sources, in conjunction with previously published data, were used by the Bureau of Mines to determine the location and extent of strippable coal resources in Colorado.

Total strippable resources of approximately 18 billion tons were estimated in 12 separate coal regions, fields, or deposits. Coal recoverable by contour mining techniques was not included. Criteria used in defining strippable resources were a minimum coalbed thickness of 2 feet and a maximum overburden thickness of 150 feet, except where the coalbeds are of exceptional thickness.

All Colorado coal is either Cretaceous or Tertiary in age. Cretaceous coals occur in the Dakota Sandstone, the Mesaverde Group, and equivalent formations while Tertiary coals occur in the Dawson Arkose, the Fort Union and the Wasatch Formations, and equivalent formations. The strippable coal ranges in rank from bituminous in the Yampa region to ligniferous in the Denver basin. All this coal is low in sulfur content (less than 1 percent); ash content is low to high; heating value ranges from 3,000 to 12,000 Btu's per pound. Ash from the lignite of the Denver basin was found to contain an abnormally high percentage of kaolinite which conceivably could be recoverable as alumina.

## INTRODUCTION

Viewed in the perspective of an existing energy crisis, coal is the sole energy resource in which the United States is completely self-sufficient. Whereas the productive life of known oilfields and gasfields is measured in decades, coal resources, calculated at present rates of production, would be adequate for centuries. The overwhelming dominance of coal among domestic energy resources has made it an increasingly significant component of the total energy mix, not only as a direct source of energy, but as a probable indirect source via gasification or liquefaction.

---

[1] Mining engineer (now with Earth Resources Company, Golden, Colo.).

2



FIGURE 1. - Location of possible strippable coal in Colorado.

BLM_0105131

3

Of the 50 States, Colorado ranks 8th in demonstrated coal reserve base and 15th in 1973 production (1).[2] The location of Colorado at the center of the Rocky Mountain States, its transcontinental transportation facilities, and the low-sulfur content of its coal, all tend to enhance the utility and future importance of such resources to the national economy.

Now and in the foreseeable future, coal will not necessarily be mined simply because it exists in an area and is economically extractable. An increasing number of environmental and ecological safeguards have provided a new set of constraints upon the production of coal, and particularly strippable coal. No longer is it sufficient to consider coal within an economic framework alone; the constraints provided by environmental legislation also must be analyzed.

This report is the fourth in a series to define the strippable coal potential of States in the Upper Missouri River basin. The first three reports in the series defined the location, extent, and characteristics of strippable coal deposits in Montana, Wyoming, and North Dakota, and this, the fourth report, summarizes and interprets available information about strippable coal in Colorado. Coal reports from several sources, including the U.S. Geological Survey, were used extensively. Drill hole data, where available, were incorporated to extend published information. Corporate and individual data both of a proprietary and a public nature were used on a supplemental basis.

Unlike the three previous reports in the series, this report delimits coal resources rather than coal reserves. Available data are too sparse to permit the degree of certainty necessary to adequately define reserves. The U.S. Geological Survey subdivides resources into two categories--identified and undiscovered. Identified coal resources are specific deposits of coal whose location and quantity are known from geologic evidence supported by engineering measurements.

Undiscovered coal resources are probable deposits of coal surmised to exist on the basis of broad geologic data and/or meager engineering measurements. Undiscovered coal resources should not be considered reserves because at best their existence is either hypothetical or speculative.

The location of possible strippable coal deposits is shown in figure 1. A tabulation of estimated tonnage is presented in table 1.

---

[2]Underlined numbers in parentheses refer to items in the list of references preceding the appendix.

4

TABLE 1. - Estimated strippable coal resources of Colorado

| Location number[1] | Area | Identified Area (acres) | Identified Strip-pable resource (million short tons) | Undiscovered Area (acres) | Undiscovered Strip-pable resource (million short tons) | Total Area (acres) | Total Strip-pable resource (million short tons) |
|---|---|---|---|---|---|---|---|
| I.... | Green River region (figs. 4-5). | 26,600 | 377 | 58,900 | 574 | 85,500 | 951 |
| II.... | Uinta region (figs. 6-7). | [2]3,050 | 33 | 17,500 | 227 | 20,550 | 260 |
| III.... | Dakota Sand-stone region (fig. 8) | 58,900 | 493 | 443,350 | 2,419 | 502,250 | 2,912 |
| IV.... | San Juan River region (fig. 9) | 6,900 | 129 | 10,450 | 124 | 17,350 | 253 |
| V.... | Raton Mesa region (fig. 10) | 0 | 0 | 25,300 | 136 | 25,300 | 136 |
| VI.... | Denver Basin region (fig. 11) | 912,350 | 13,059 | 0 | 0 | 912,350 | 13,059 |
| VII.... | North Park field (fig. 12). | 2,650 | 95 | 1,550 | 28 | 4,200 | 123 |
| VIII.... | South Park field | 0 | 0 | 0 | 0 | 0 | 0 |
| IX.... | Canon City field | 0 | 0 | 1,900 | 10 | 1,900 | 10 |
| X.... | Tongue Mesa field. | 0 | 0 | 0 | 0 | 0 | 0 |
| XI.... | Gunnison River field (fig. 13) | 19,350 | 91 | 0 | 0 | 19,350 | 91 |
| XII.... | Montrose deposit (?) (fig. 14). | 0 | 0 | 13,700 | 176 | 13,700 | 176 |
| Total | | - | - | - | - | 1,602,450 | 17,971 |

[1]Numbers in this column refer to locations in figure 1.
[2]Figure is incomplete because of lack of data on the Somerset field.

ACKNOWLEDGMENTS

     Thanks are expressed to personnel of the U.S. Geological Survey, not only the authors cited in references at the end of this report, but also to authors J. P. Storrs, R. G. Dickinson, and A. L. Carver, all of Denver, who provided unpublished data that were not classified as company confidential. The majority of such data is available to the public in the Conservation Division of the Survey at Denver.

     Numerous companies, State agencies, and individuals contributed informa-tion. Detailed information for the Denver basin was provided by Bruce Burbank of Public Service Company of Colorado. Dorothy E. Archer of the Colorado Division of Water Resources provided assistance in examining the State's files of water well logs. Marjorie T. Sutton of the Colorado Division of Mines

BLM_0105133

provided data on the coal mines of Colorado. Constance Mull of Mining and
Oil Lease Service, Denver, provided coal ownership information. Richard D.
Holt, Maynard F. Ayler, and Richard S. Bryson, all Denver consultants, aided
the author in understanding specific coal regions within the State. D. Keith
Murray, Chief, Mineral Fuels Section, Colorado Geological Survey, reviewed the
manuscript for technical accuracy.

## PREVIOUS INVESTIGATIONS

No detailed work has been published delineating Colorado strippable coal
resources; however, hundreds of specialized reports and maps exist which, when
added together, provide sufficient information so that strippable coal can be
generally delineated. Landis (78) provided detailed information, presented by
township and range, for coal reserves within 1,000 feet of the surface, but he
made no attempt to separate these reserves into strippable or nonstrippable
categories. The Bureau of Mines (108) has estimated 500 million tons of coal
within 50 feet of the surface and having a maximum stripping ratio of 10 to 1.

Numerous studies have been published detailing specific coalfields. Most
have been referred to in the appropriate sections of this report and are
listed in the References section.

## GENERAL INFORMATION

Colorado, one of the Rocky Mountain States, consists of four diverse
physiographic provinces: the Great Plains, extending from the Kansas border
on the east to a line drawn from the north to the south through the State and
passing through Denver; the southern Rocky Mountains, extending from the Great
Plains on the east to the Colorado Plateau and the Wyoming basin on the west;
the Colorado Plateau; and the Wyoming basin, consisting of lower mountain
ranges, plateaus, and mesas extending from the indefinite boundary of the
southern Rocky Mountains westward to the Utah State line (49). Colorado lies
astride the Continental Divide, which physically divides the State into two
halves. Elevations range from about 4,000 feet at the eastern border to over
14,000 feet at the top of the highest peaks.

The climate of Colorado is semiarid; average annual rainfall is 16.5
inches. Precipitation ranges from 27.35 inches per year in Gunnison County
to 6.83 inches in Conejos County. In the higher elevations, a significant per-
centage of annual precipitation falls as snow. Temperature variations within
the State are extreme, depending on elevation and geographic location.
Summers are hot and dry in most portions of the State, excluding the mountains
where moderately cool temperatures prevail. Winters are characterized by
extreme cold in the mountains and moderate cold in the rest of the State.
Rarely is the climate so harsh as to preclude strip mining operations, pro-
vided that cold-weather procedures are followed.

Vegetation ranges from sparse in those areas above the timberline and
in the arid portions of the State to heavy in the sheltered mountain valleys.
The western slope is characterized by yucca, cactus, and scrub oak, supple-
mented by cottonwood trees along the streams and valleys. The predominant

6

trees in the mountains are ponderosa pine, Engelmann spruce, Douglas fir, and aspen. The Great Plains are characterized by grasslands, plus cottonwood trees along streams and rivers.

The southeast quadrant of Colorado is served by the Atchison, Topeka and Santa Fe Railroad, Colorado Southern Railroad, and Missouri Pacific Railroad. The northeastern quadrant of the State is served by the Union Pacific, Burlington Northern, and Rock Island and Pacific Railroads. Mountain regions and the western slope are provided rail service exclusively by the Denver & Rio Grande Western Railroad. Only the Denver basin, Raton Mesa, Uinta, and portions of the Green River and Dakota Sandstone coal regions are served by rail. A thin network of rail transport is the most significant contributor to the slow development of Colorado strip coal.

Colorado is traversed by numerous all-weather highways, the most notable being Interstate 70, which crosses the State from east to west and serves the Denver basin and the Uinta coal regions. Interstate 25 traverses the State from south to north and provides truck transportation to the Raton Mesa and the Denver basin coal regions. All other coal regions are served by a net of all-weather Federal and State highways. Topography of most coal regions, excepting the Denver basin, makes offroad transportation difficult or impractical.

Except for Denver and the area immediately adjacent to the Front Range, the population density of Colorado is low. Local markets for coal are limited, although they are steadily increasing. The principal consumer of Colorado coal is the power generation industry, which has 15 thermal generating plants in Colorado capable of burning coal (82). In 1972, coal consumption at the 15 plants ranged from 2 to 100 percent of total energy requirements. Two plants use coal imported from Wyoming. Future growth of the Colorado coal industry can be expected to parallel future demand for electric power. Gasification and liquefaction of coal may play a significant role in future demand. At present no plants are under construction although a proposal exists for constructing a high-Btu coal gasification plant, utilizing abundant lignite reserves in the Watkins area in Adams County east of Denver.

BLM_0105135

GENERAL GEOLOGY

Coal-bearing rocks of Colorado are all of Cretaceous or Tertiary age. Cretaceous coals are associated with marine sediments; Tertiary coals, however, are associated with lacustrine and fluval beds in intermountain basins. The geology of Colorado coal has been complicated by regional and local tectonic forces, ranging from mild disturbances in the eastern portion of the Denver basin to diastrophism in the Danforth Hills and the Tongue Mesa coalfields. The rank of Colorado coal generally is related to geologic age; Cretaceous coals typically are of higher rank than Tertiary coals. Most Colorado coal is bituminous or subbituminous in rank. However, fairly extensive lignites occur in the central Denver basin. Intrusives related to regional tectonic deformation have upgraded some coal to anthracite notably near Crested Butte and in the Raton Mesa area.

Many coals in the State have burned as a result of natural causes, creating beds of reddish, erosion-resistant clinkerlike material. Burning is generally limited to areas of thin overburden and to outcrops and does not extend to depth, possibly because of extensive occurrences of hard, compact sandstone overlying much of the coal, which precludes sufficient air to support combustion.

Coal-bearing formations of Colorado are the Dakota Sandstone; the Mesaverde Group (including the Menefee Formation); the Fruitland, Lance, Laramie, Vermejo, Raton, Fort Union, Wasatch, Denver, and Coalmont Formations; and the Dawson Arkose. The stratigraphy of Colorado coal, as adapted from Landis (78), is presented in figure 2.

Although Landis estimated that 28 percent of the land area of the State or about 29,600 square miles is underlain by coal-bearing rocks, only those areas where coal-bearing rocks crop out, or are shallowly buried, provide a strippable potential. A lack of coal-bearing strata at or near the surface is prima facie evidence that strippable coal does not exist.

Figure 3 shows surface or near-surface occurrences of coal-bearing rocks in Colorado. It shows geologically favorable terrain in which strippable coal could exist, but it does not confirm that such coal actually is present. Colorado coals are often lenticular and discontinuous, hence the existence of a favorable depositional environment may or may not indicate the presence of coal.

The shaded areas on figure 3 may be interpreted as those areas in which strippable coal, as defined by some present or future set of economic criteria, could exist. The unshaded areas represent those portions of the State in which no strippable coal should exist under any set of economic conditions.

Case No. 1:20-cv-02484-MSK   Document 58-7   filed 04/28/21   USDC Colorado   pg 51 of 151

FIGURE 2. - Stratigraphic relationship of coal-bearing rocks in Colorado. (Adapted from E. R. Landis, USGS Bull. 1042, 1959.)

BLM_0105137



FIGURE 3. - Surface or near-surface occurrences of coal-bearing strata in Colorado.

BLM_0105138

10

## STRIP COAL MINING AND PRODUCTION (28)

Total reported coal production in Colorado from 1864 through 1974 was 588,238,437 tons, most of which has been produced from underground mines. Not until 1965 did strip mining account for greater than 25 percent of total production. Since 1953, total production has been 98,409,000 tons, of which 27,989,682 came from strip mines. Annual production for the past 20 years is shown on table 2.

TABLE 2. - Coal production in Colorado, 1953-74

(Thousand short tons)

| Year | Production from strip mines | Total production (underground and surface) |
|------|------|------|
| 1974........ | 3,636 | 6,961 |
| 1973........ | 2,894 | 6,232 |
| 1972........ | 2,449 | 5,530 |
| 1971........ | 1,967 | 5,307 |
| 1970........ | 2,160 | 6,021 |
| 1969........ | 1,899 | 5,519 |
| 1968........ | 1,810 | 5,579 |
| 1967........ | 1,843 | 5,426 |
| 1966........ | 1,621 | 5,228 |
| 1965........ | 1,406 | 4,990 |
| 1964........ | 983 | 4,401 |
| 1963........ | 857 | 3,707 |
| 1962........ | 556 | 3,393 |
| 1961........ | 520 | 3,701 |
| 1960........ | 694 | 3,625 |
| 1959........ | 546 | 3,302 |
| 1958........ | 413 | 2,972 |
| 1957........ | 355 | 3,325 |
| 1956........ | 358 | 3,304 |
| 1955........ | 359 | 3,367 |
| 1954........ | 297 | 2,922 |
| 1953........ | 366 | 3,597 |

In 1974, 38 mines operated in Colorado employed 1,736 men and produced 6,960,686 tons of coal at an average productivity of 20 tons per man-shift. Nine of these mines were strip mines, of which six produced more than 100,000 tons. Data on operating strip mines are given in table 3.

BLM_0105139

Case No. 1:20-cv-02484-MSK   Document 58-7   filed 04/28/21   USDC Colorado   pg 54 of 151

TABLE 3. - <u>Production characteristics of Colorado strip coal mines, 1974</u>

| Mines | County | Coal production (tons) | Men employed | Days worked | Coalbed thickness | |
|---|---|---|---|---|---|---|
| | | | | | Feet | Inches |
| Cedar Canon........ | Fremont...... | 904 | 8 | 90 | 6 | 0 |
| Corley............. | .....do...... | [1]117,236 | 19 | 286 | 2 | 6 |
| Canadian........... | Jackson...... | - | 12 | 27 | 40 | 0 |
| Marr No. 1......... | .....do...... | 7,899 | 16 | 26 | 55 | 0 |
| Nucla............. | Montrose..... | 106,723 | 16 | 303 | 5 | 6 |
| Edna.............. | Routt........ | 1,134,089 | 69 | 343 | 6 | 0 |
| Energy No. 1....... | .....do...... | 1,240,150 | 80 | 320 | 7 | 6 |
| Energy No. 2....... | .....do...... | 575,393 | 23 | 320 | 4 | 6 |
| Energy No. 3....... | .....do...... | - | 26 | 84 | 10 | 0 |
| Seneca No. 2....... | .....do...... | 496,985 | 26 | 247 | 9 | 0 |

[1]Production by auger.

## COAL LAND OWNERSHIP AND LEASING

The surface area of Colorado comprises 66,485,760 acres, of which 23,777,244 acres (35.76 percent) is owned by the Federal Government; 3,021,557 acres (4.54 percent) is owned by the State; 752,700 acres (1.13 percent) is Indian land; and the remainder, 38,671,473 acres (58.56 percent) is privately owned.

Generally, surface ownership carries coal rights, except for 1,348,288 acres held by the Federal Government and 1,015,486 acres held by the State for which only the mineral rights, not the surface, is owned. Information on the ownership of specific tracts of land or mineral rights is obtainable only from the county assessor of the county within which the tract is located or, in some cases, from the Colorado State Office of the Bureau of Land Management.

Because coal is not a locatable mineral, Federal coal lands cannot be claimed under the Mining Law of 1872; all leasable land is administered by the Bureau of Land Management under provisions of the Mineral Leasing Act of 1920 (41 Stat. 437; 30 U.S.C. 181 et seq.). From April 23, 1925, when the first Federal lease was issued, to June 6, 1973, when a general moratorium on prospecting permits was imposed by the then Secretary of the Interior, Rogers C. B. Morton, 56 competitive bid leases, aggregating 44,234 acres, and 56 preferential (resulting from prospecting permits) leases aggregating 77,631 acres were issued. Per-acre bonuses for competitive leases have ranged from zero dollars per acre in the case of the early leases to $60 per acre in the case of a Mid-Continental Coke and Coal Co. lease on January 1, 1965. Rental and royalty payments cannot be generalized because the subject is now in a state of flux, and new regulations have been issued.

Despite a minor recent exception, a general moratorium on coal prospecting permits and leases remains in effect. Leases may be obtained only if the following three conditions are met: (1) The coal is needed to maintain an existing mining operation or as a production reserve for the near future; (2) the land will be reclaimed; and (3) an acceptable environmental impact statement has been filed.

BLM_0105140

12

State lands, except where the Federal Government owns the mineral rights, are not administered by the Bureau of Land Management.  Leases are obtained on an oral bid basis through the State Board of Land Commissioners.

Private (fee) lands, excepting those lands on which the Federal Government or the State owns the mineral rights, are not administered by the Bureau of Land management or the State Board of Land Commissioners.  All negotiations must be made with the fee owner of the land.  Because each lease is individually negotiated, no guidelines for lease payments or royalties can be defined.

Indian lands are administered by tribal councils as if they were private lands.  Typical leasing agreements entail payment of royalties, rent, and compensation for surface damage.

Although both the Southern Ute and Mountain Ute Indian Reservations lie partly within Colorado, only the Southern Utes have consummated a coal lease within the State.  Peabody Coal Company leased 19,000 acres at an annual rent of $1 per acre for the first 5 years and $2 per acre thereafter.  A royalty rate of 5 percent of gross realization is charged on all coal sold and utilized off the reservation and 4 percent on all coal sold and utilized on the reservation.  Additionally, a compensation-for-surface-damage fee of 1 percent is charged.

## CRITERIA USED FOR RESOURCE ESTIMATES

Definition of strippable coal resources depends upon a number of geologic and physical criteria, such as the thickness and quality of the coal and the thickness and breaking characteristics of overburden.  In this report, only two criteria are used in defining strippable coal.  They are (1) a minimum coal thickness of 2 feet and (2) a maximum overburden thickness of 150 feet, except where the coal thickness is more than 20 feet.  An overburden-to-coal ratio is not specified because it is a ratio based on the two criteria used and is useful only when considering economic feasibility.

Although a 5-foot-thick coalbed is generally conceded to be the minimum cutoff limit for defining strippable coal in regional studies, 2 feet was selected for use in this publication because of a sparsity of reliable data and because of a desire to target potentially strippable areas in which data are meager.

Most data on Colorado strippable coal, such as single drill hole logs or isolated outcrops, are unsupported by other data and are insufficient to prove or disprove the existence of strippable coal deposits.  Because of the lenticularity of many of the coals, a single data point does not establish thickness except at that point; the coalbed may become thinner or thicker away from the point.

In this report, it is assumed that data indicating existence of a 2-foot bed of coal within 150 feet of the surface are prima facie evidence that coal exists within strippable depth.  Although 2 feet of coal is probably not a commercially minable resource in 1975, nevertheless such a bed of coal is

considered to be a strippable resource because it may indicate potentially strippable coal of greater thickness.

The maximum overburden depth of 150 feet was arbitrarily selected owing to the quality of available data. A detailed economic analysis of both coal and overburden characteristics and thicknesses would have provided a more viable estimate of coal resources; however, the contour interval of most maps used and the inadequacy of most data available precluded such an analysis. Hence, 150 feet of overburden was selected as a maximum, even though such a selection will permit definition of strippable coal resources under conditions which are definitely uneconomical.

## STRIPPABLE COAL AREAS AND DEPOSITS

### Green River Region (5, 50)

The Green River coal region, located in parts of Moffat, Routt, and Rio Blanco Counties, constitutes the Colorado portion of the Washakie basin of southern Wyoming and northern Colorado (sometimes termed the Sand Wash basin in Colorado). The Washakie basin, in turn, is part of the greater Green River basin of Wyoming, northeastern Utah, and Colorado. Although coal probably underlies the entire Green River basin, only the margins of the basin, where outcrops occur, are of interest from the standpoint of strippable coal reserves.

The largest town in the region is Craig, terminus of a Denver & Rio Grande Western Railroad branch line. Steamboat Springs is located approximately 40 miles east of Craig, on the same branch line. Craig, the county seat of Moffat County, had 4,228 residents in 1972, or about two-thirds of the total population of Moffat County.

The Green River coal region is considered by Fenneman (49) to be in the Yampa Basin of the Wyoming Basin physiographic province. Topography of the region ranges from a broad plateau containing numerous mesas, tablelands, and fertile valleys in the west to high mountains in the east. Elevations range from 5,400 to 12,065 feet above sea level. Western portions of the region are quite arid, receiving little precipitation (12.54 inches annual average in Craig) and containing sparse vegetation. The eastern, more mountainous parts of the region are less arid than the western, averaging about twice as much precipitation and being more heavily vegetated.

The Green River region contains coal-bearing rocks of Cretaceous, Paleocene, and Eocene ages. The geology in this region is relatively simple; however, folding and faulting have created areas of local complexity. Formation dips range from horizontal to vertical. Coalbeds occur in the Willaim Fork and Iles Formations of the Mesaverde Group and in the Lance Formation, all of Upper Cretaceous age; and in the Fort Union and Wasatch Formations of lower Tertiary age. The Dakota Sandstone, which is coal bearing in southwestern Colorado is not reported to contain coal in the Green River region.

BLM_0105142

14

For purposes of this report, the Green River region has been subdivided into two fields or areas as follows:  (1) the Yampa coalfield, which includes only the Cretaceous coal-bearing rocks and (2) the Tertiary subregion, which includes only the Tertiary coal-bearing rocks.

Yampa Coalfield (12, 36, 63-64, 93)

The Yampa field occurs at the extreme southeast edge of the Washakie (Green River) basin.  The most productive areas of the field are in Routt County, although both Rio Blanco and Moffat Counties contain acres of significant potential.

The gentle folding present locally on the south side of the Washakie basin progressively becomes more complex towards the east.  The southeast and east sides of the basin are structurally complex owing to folding, faulting, and igneous intrusives.

Most of the Mesaverde coal is noncoking, high-volatile C bituminous. Locally, some anthracite is present near intrusives.

A range of analyses for Routt County Mesaverde coals, regardless of bed, is as follows:

|  | As received--1,537 samples | | |
|  | High | Low | Mean |
|---|---|---|---|
| Moisture..........percent.. | 18.3 | 5.6 | 9.4 |
| Volatile matter......do.... | 45.9 | 36.0 | 41.1 |
| Fixed carbon.........do.... | 58.2 | 46.8 | 51.8 |
| Ash.................do.... | 16.5 | 2.6 | 6.9 |
| Sulfur..............do.... | 2.8 | 0.2 | 0.9 |
| Btu/lb................... | 12,560 | 9,550 | 11,580 |

Range of analyses for Moffat County Mesaverde coals are as follows:

|  | As received--65 samples | | |
|  | High | Low | Mean |
|---|---|---|---|
| Moisture............percent.. | 23.3 | 8.5 | 11.6 |
| Volatile matter.........do.... | 49.7 | 37.4 | 42.0 |
| Fixed carbon............do.... | 56.3 | 47.2 | 53.8 |
| Ash....................do.... | 9.4 | 2.7 | 4.3 |
| Sulfur.................do.... | 1.0 | 0.2 | 0.3 |
| Btu/lb...................... | 12,120 | 8,860 | 11,500 |

At least 19 zones in the Mesaverde Group contain coal of minable thickness.  They are identified and correlated throughout the field and are named alphabetically in ascending order from A to S.  Certainly other minor coals exist which may offer minable thicknesses on a local basis; moreover, some major coalbeds were omitted from the master alphabetical listing.  Most coalbeds occur in the upper Iles or lower and upper Williams Fork Formations.

BLM_0105143

Coals of the upper Iles, lettered A through D, have been correlated with the "Black Diamond Group" of coalbeds in the Danforth Hills and increase in economic value toward the west. However, lower beds of the upper Iles Formation are generally absent in the western portions of the field.

Coals of the lower Williams Fork Formation are nominally termed "Middle Group" coals and are represented by letters "F" through "J." The "Middle Group" coals are generally the most important beds throughout the field.

Coals of the upper Williams Fork Formation are identified by the letters "L" through "S." They usually are termed the "Upper Group" coals. These "Upper Group" coals offer the best economic potential in the eastern portion of the field. In the western part of the field, as many as 16 beds of coal exist in the upper Williams Fork; however, no more than 8 are of known minable thickness.

At least 70 mines historically have operated in the Yampa field, most of which were underground operations. In 1974, eight mines were operating, of which five were strip mines. The strip mines, operators and production statistics are as follows:

| Mine | Operator | 1974 production (tons) |
|---|---|---|
| Edna Strip.......... | Pittsburg & Midway Coal Mining Co........... | 1,134,089 |
| Energy No. 1........ | Energy Fuels Corp. (Western Nuclear Corp.).. | 1,240,150 |
| Energy No. 2........ | .....do....................................... | 575,393 |
| Energy No. 3........ | .....do....................................... | - |
| Seneca No. 2........ | Seneca Coals, Ltd. (Peabody Coal Co.)....... | 496,985 |

In April 1973, Utah International announced that a new strip mine would be opened in 1977 near Craig to provide 99 million tons of coal (2.8 million tons per year over 35 years) for two thermal generating plants to be constructed near Craig for Colorado-Ute Electric Association (36). The Utah International mine will almost double Colorado's current strip mine production.

Excluding previously mined coal, there may be as much as 750 million tons of strippable coal in 57,145 acres within the Yampa field in Cretaceous formations. Areas for which strippable coal is estimated are presented in figure 4. A tabulation of estimated bed thicknesses and tonnage is displayed in table 4.

### Tertiary Subregion (8, 94, 98)

The Tertiary subregion is that part of the Green River region in which outcrops of Tertiary rocks occur. Although the Cretaceous Mesaverde Group is the most important coal-bearing rock sequence in the region, it crops out only around the margins of the Green River basin; younger Tertiary rocks, some of which are coal bearing, are exposed throughout much of the central part of the basin. Two Tertiary formations, the Fort Union and the Wasatch, are coal bearing in this region.

16

TABLE 4. - Estimated strippable coal resources in the Yampa coalfied, Green River region, northwestern Colorado

| Location Township | Range | Identified Area (acres) | Identified Thickness (feet) | Identified Quantity (thousand short tons) | Undiscovered Area (acres) | Undiscovered Thickness (feet) | Undiscovered Quantity (thousand short tons) | Total Area (acres) | Total Quantity (thousand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 6 N | R 93 W | - | - | - | 3,043 | 6.7 | 36,700 | 3,043 | 36,700 |
|  | R 92 W | - | - | - | 4,518 | 12 | 88,350 | 4,518 | 88,350 |
|  | R 91 W | 2,092 | 11 | 41,000 | 3,356 | 4 | 24,150 | 5,448 | 65,150 |
|  | R 91 W | - | - | - | 427 | 25 | 18,600 | 427 | 18,600 |
|  | R 90 W | 1,027 | 11 | 20,350 | 6,390 | 4 | 46,000 | 7,417 | 66,350 |
|  | R 89 W | - | - | - | 618 | 4 | 4,450 | 618 | 4,450 |
|  | R 88 W | - | - | - | 1,044 | 10 | 19,650 | 1,044 | 19,650 |
|  | R 87 W | 238 | 8 | 3,400 | - | - | - | 238 | 3,400 |
|  | R 86 W | - | - | - | 399 | 5 | 3,600 | 399 | 3,600 |
| T 5 N | R 93 W | - | - | - | 1,103 | 5 | 11,700 | 1,103 | 11,700 |
|  | R 93 W | - | - | - | 219 | 6.7 | 2,600 | 219 | 2,600 |
|  | R 92 W | - | - | - | 323 | 6.7 | 3,900 | 323 | 3,900 |
|  | R 92 W | - | - | - | 4,203 | 10 | 75,650 | 4,203 | 75,650 |
|  | R 91 W | 1,987 | 11 | 39,350 | 352 | 4 | 2,500 | 2,339 | 41,850 |
|  | R 90 W | 627 | 11 | 12,200 | 1,759 | 7 | 22,150 | 2,386 | 34,350 |
|  | R 89 W | - | - | - | 837 | 6 | 9,000 | 837 | 9,000 |
|  | R 89 W | - | - | - | 1,208 | 10 | 21,750 | 1,208 | 21,750 |
|  | R 88 W | 865 | 10 | 15,600 | 1,132 | 5 | 10,200 | 1,997 | 25,800 |
|  | R 87 W | 453 | 10 | 8,150 | - | - | - | 453 | 8,150 |
|  | R 87 W | 903 | 8 | 13,000 | - | - | - | 903 | 13,000 |
|  | R 87 W | 390 | 3 | 2,100 | - | - | - | 390 | 2,100 |
|  | R 86 W | 1,331 | 3 | 7,200 | 1,892 | 3 | 10,200 | 3,223 | 17,400 |
|  | R 86 W | - | - | - | 846 | 5 | 7,600 | 846 | 7,600 |
|  | R 85 W | 1,378 | 6 | 14,900 | 333 | 5 | 9,900 | 1,711 | 24,800 |
| T 4 N | R 87 W | 1,084 | 8 | 15,600 | 181 | 5 | 1,600 | 1,265 | 17,200 |
|  | R 86 W | 2,872 | 8 | 41,350 | 3,642 | 5 | 32,800 | 6,514 | 74,150 |
|  | R 86 W | 1,703 | 10 | 30,650 | - | - | - | 1,703 | 30,650 |
|  | R 85 W | 1,227 | 10 | 22,100 | - | - | - | 1,227 | 22,100 |
| T 3 N | R 87 W | - | - | - | 67 | 5 | 600 | 67 | 600 |
|  | R 86 W | - | - | - | 76 | 5 | 700 | 76 | 700 |
| Total......... |  | 18,177 | - | 286,950 | 37,968 | - | 464,350 | 57,145 | 751,300 |

BLM_0105145



FIGURE 4. - Strippable coal areas in the Yampa coalfield.

BLM_0105146

17



FIGURE 5. - Strippable coal areas near Hiawatha, Colo.

BLM_0105147

The Fort Union Formation, sometimes referred to as the post-Laramie formation, crops out along the east and south flanks of the basin and is apparently coal bearing throughout. Although U.S. Geological Survey Bulletins 415 and 1027 report commercial thicknesses of coal throughout the Fort Union, only one area, in T 8 N, Rs 89 and 90 W (see fig. 4), offers any significant strippable potential. Coal from the Fort Union is mostly sub-bituminous in rank. Typical analyses are as follow:

| | Sample A[1] | | Sample B[2] | |
|---|---|---|---|---|
| | As received | Dry | As received | Dry |
| Moisture.........percent.. | 18.5 | 14.2 | 17.08 | 12.47 |
| Volatile matter......do.... | 32.2 | 33.9 | 35.30 | 29.92 |
| Fixed carbon.........do.... | 44.5 | 46.7 | 41.97 | 50.02 |
| Ash................do.... | 5.1 | 5.3 | 5.65 | 7.59 |
| Sulfur.............do.... | 0.3 | 0.3 | 0.46 | 1.21 |
| Btu/lb................... | 9,842 | 10,360 | 9,330 | 10,290 |

[1] U.S. Geological Survey Bull. 1027, p. 208.
[2] U.S. Geological Survey Bull. 415, p. 248.

The Wasatch Formation, and particularly the Cathedral Bluffs tongue of the Wasatch Formation, is probably coal bearing throughout; however, the Wasatch coalbeds are lenticular, irregular, and discontinuous. The coal potential of the Wasatch has not been established, and published data are remarkably sparse.

Only one area is deemed to present a strippable coal potential. It is near Hiawatha, Tps 11 and 12 N, Rs 99 to 102 W. Two oil well logs (Nos. 324 and 327), published by the Colorado School of Mines (2), reported the existence of shallow coal. Sears and Bradley (94, p. 99) confirmed the existence of Wasatch coal in the vicinity of Lookout Mountain (T 10 N, R 98 W). Approximately 3 feet of coal is believed to be present, although it is unknown how much, if any, is recoverable. Figure 5 indicates those areas near Hiawatha for which a strippable resource was estimated. No analyses are available for Wasatch coal in Colorado.

Table 5 presents a tabulation of expected thicknesses and estimated tonnages of strippable coal in the Tertiary subregion. If strippable coal is contained throughout the area, approximately 200 million tons of subbituminous coal could be present in 29,456 acres.

### Uinta Region

The Uinta coal region is in northwestern Colorado and corresponds to the Colorado portion of the Uinta Basin section of the Colorado Plateau physiographic province as defined by Fenneman (49, p. 304). The region includes parts of Garfield, Mesa, Delta, Gunnison, Pitkin, Rio Blanco, and Moffat Counties. Eight coalfields, identified as the Lower White River, Danforth Hills, Grand Hogback, Carbondale, Crested Butte, Somerset, Grand Mesa, and Book Cliffs, are within the region.

20

TABLE 5. - <u>Estimated strippable coal resources in the Tertiary subregion,</u>
<u>Green River coal region</u>

| Location | | Identified | | | Undiscovered | | | Total | |
| Township | Range | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Quan-tity (thou-sand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 12 N | R 102 W | - | - | - | 1,293 | 3 | 6,750 | 1,293 | 6,750 |
| | R 101 W | - | - | - | 6,447 | 3 | 33,700 | 6,447 | 33,700 |
| | R 100 W | 1,141 | 3 | 5,950 | 4,593 | 3 | 24,000 | 5,734 | 29,950 |
| | R 99 W | - | - | - | 495 | 3 | 2,600 | 495 | 2,600 |
| T 11 N | R 102 W | - | - | - | 1,503 | 3 | 7,850 | 1,503 | 7,850 |
| | R 101 W | 1,075 | 3 | 5,600 | 5,277 | 3 | 27,600 | 6,352 | 33,200 |
| | R 100 W | - | - | - | 1,407 | 3 | 7,350 | 1,407 | 7,350 |
| T 8 N | R 90 W | 1,762 | 4 | 13,200 | - | - | - | 1,762 | 13,200 |
| | R 89 W | 2,065 | 9.5 | 34,700 | - | - | - | 2,065 | 34,700 |
| | R 89 W | 450 | 13 | 10,200 | - | - | - | 450 | 10,200 |
| | R 89 W | 1,948 | 6 | 20,350 | - | - | - | 1,948 | 20,350 |
| Total......... | | 8,441 | - | 90,000 | 21,015 | - | 109,850 | 29,456 | 199,850 |

The Colorado River bisects and drains the central portion of the region; the Yampa and White Rivers drain the northern flank, and the Gunnison River drains that area on the south. Topographically, the region is a deeply dissected plateau in the west and mountainous in the east. Climate ranges from arid in the western portions of the region to alpine in the high mountains. Most precipitation occurs as snow.

The Denver & Rio Grande Western Railroad, whose main line follows the Colorado River through the region, provides the only rail service in the area. Branch lines of the Denver & Rio Grande Western serve the Grand Mesa, Carbondale, and Somerset coalfields.

Geologically, the region consists of a simple syncline with shallowly dipping strata, increasing to moderate or steep dips around the flanks and modified by faults, folds, and intrusives. Local areas are structurally complex. Coal occurs in the Mesaverde Group of Late Cretaceous age, which crops out or is shallowly buried about the entire perimeter of the region and is deeply buried in the central portion. Coal ranges from subbituminous in the Grand Mesa field to anthracite in the Crested Butte field.

Only the Lower White River and Danforth Hills coalfields demonstrate any significant strippable coal potential. The other six coalfields in the region contain only small, local coal deposits that may be susceptible to strip mining. If contour mining techniques were included, the potential of the six fields would be much enhanced; however, environmental considerations and pending legislation apparently preclude application of the method. Therefore, any strippable potential provided by contour mining is ignored.

BLM_0105149

## Book Cliffs Field (46, 88)

The Book Cliffs coalfield is in the extreme southwest part of the Colorado portion of the Uinta region and is wholly within Garfield and Mesa Counties.  Grand Junction, the largest city in the region, lies on the main line of the Denver & Rio Grande Western Railroad and serves the Book Cliffs field.

Coal occurs in the Mount Garfield Formation of the Mesaverde Group and in the Anchor Mine Tongue of the Mancos Shale.  The Mount Garfield Formation contains lenticular beds of coal in the following three coal zones:  the Palisade, Cameo, and Carbonera.  Coal has been mined extensively only from the Cameo zone; the other zones have been exploited but to a much lesser degree.

The principal industry of the area is agriculture, which should not be adversely affected by coal mining because coal does not occur in the lowlands where most agricultural activity exists.

Excluding contour mining techniques, there is little strippable coal potential in the field.  Numerous small deposits amenable to strip mining exist, particularly in the Coal Canyon area near Cameo; however, their small size, the inability to determine outcrops precisely, and extensive previous mining require that the field be considered as having no significant strippable coal resource.

## Grand Mesa Field (62)

The Grand Mesa coalfield lies on the west and south sides of Grand Mesa and extends southeasterly from the Colorado River through parts of Mesa and Delta Counties.

Coal occurs throughout the mesa; however, it is deeply buried in most places, cropping out only on the west and south sides.  Coal ranges from high-volatile C to high-volatile A bituminous in rank.  Landis (78) reported that the coal occurs in six to eight persistent zones, of which no more than three are of minable thickness in any one location.  Lee (79-80) provided a more complete description of the geology and coal resources of the field.

No strippable coal resource is estimated for the field.  Although a number of small deposits can be identified as potentially strippable, their small size and the undesirability of contour mining on steep hillsides preclude inclusion within this report.

## Somerset Field (38, 56-57, 60, 105-106)

The Somerset coalfield, in parts of Delta and Gunnison Counties, is bounded by the Grand Mesa coalfield on the west and the Crested Butte coalfield on the east.  The area is mountainous, exhibits high relief, and is inaccessible except on established roads.  A branch line of the Denver & Rio Grande Western Railroad from Grand Junction, via Delta, to the Oliver powerplant serves most of the field.

22

Coal occurs in the Paonia and Bowie Shale Members of the Mesaverde Formation (80). Johnson (77) redefined the coal zones as upper and lower members of the Mesaverde and stated that both members contain coalbeds of minable thickness in the western part of the field, whereas only the lower member contains minable thicknesses of coal in the east. The coal ranges between high-volatile B and high-volatile C bituminous throughout the field; however, small bodies of anthracite, related to the intrusives of the Anthracite range, exist in the eastern portion of the field. Coal in the eastern part usually is suitable for coke. The location of most coalbeds, in the valley bottoms and in the high relief of the surrounding mountains, generally preclude strip mining. However, a medium-size deposit, agregating some 7,500,000 tons in secs 16 and 21, T 14 S, R 90 W, may be amenable to stripping. A number of deposits would lend themselves to contour mining but, owing to proposed legal and environmental considerations, are not reported. Other than the medium-size deposit mentioned previously, no other strippable resource is credited to the field.

## Crested Butte Field (45, 59)

The Crested Butte coalfield, comprising the extreme southeast portion of the Uinta coal region, lies wholly within Gunnison County and east of the West Elk Mountains.

Coal occurs in the lower member of the Mesaverde (77), corresponding to the Paonia Shale of the Somerset field (79). The coal-bearing rocks are folded, faulted, and intruded by igneous rocks. Coal ranges from bituminous to anthracite, depending upon the proximity of igneous intrusives. Landis (78) estimated that 244 million tons of coal originally was present of which 15 percent is anthracite or semianthracite, and the remainder is bituminous.

No strippable resource is estimated for the field. Most coalbeds are covered by excessive overburden; even though some outcrop areas may be amenable to contour stripping, their potential is limited and is not reported.

## Carbondale Field

The Carbondale coalfield extends north from the Somerset coalfield to a point 4 miles southwest of Glenwood Springs and includes portions of Gunnison, Pitkin, and Garfield Counties. The field is served in part by a branch line of the Denver & Rio Grande Western Railroad from Glenwood Springs through Carbondale to Woody Creek.

Coalbeds occur in both the upper member (Paonia Shale) and the lower member (Bowie Shale) of the Mesaverde Formation. Only the lower member contains persistent beds of minable thickness; however, the upper member contains thin, bony beds of coal and carboniferous shale (78). Coal ranges in rank from high-volatile C bituminous to anthracite. Coal in the southern part of the field is moderately to strongly coking, and coal to the north, near Glenwood Springs, generally is noncoking.

The geology of the field has not been specifically treated in the literature. However, Gale (53, 55) discussed the Grand Hogback that lies north of the Carbondale field, and Johnson (77) reviewed the Somerset field that lies to the south.

Landis reported a total of 798 million tons of coal in the field of which 50 percent is bituminous coking coal and 7 percent is anthracite. In this report, no strippable coal resource is reported for the Carbondale field. The coalbeds usually dip steeply into adjacent mountains, causing deep burial and excessive overburden. As in the other coalfields on the south and east sides of the Uinta Basin, a few areas conceivably could be exploited by contour mining; however, no resource is reported for that mining method.

### Grand Hogback Field (6, 53)

The Grand Hogback field, on the eastern side of the Colorado portion of the Uinta Basin, extends from a point 4 miles southwest of Glenwood Springs northwesterly to the White River, adjacent to Meeker. The field is bisected by the main line of the Denver & Rio Grande Western Railroad, running from Glenwood Springs to Grand Junction.

Physiographically, the coalfield is expressed as a large prominent hogback, which reflects the steeply dipping Mesaverde Group of the eastern Uinta region.

Coal never has been produced in significant quantities from the Grand Hogback although numerous small mines have operated in the field. Mines north of the White River fall in the Danforth Hills coalfield and are not considered in this section.

Coal occurs in the Mesaverde Group, which is approximately 1 mile thick in this field and is subdivided into the Williams Fork Formation and the Iles Formation. The Williams Fork Formation contains four or more beds of coal in the upper Keystone Group and nine or more beds (78) in the Middle Coal Group. The coal of the Iles Formation is generally thin, bony, nonpersistent, and of little economic value. Coal is largely high-volatile B or high-volatile C bituminous in rank and is mostly noncoking.

No strippable coal resources are reported for the field. Coalbeds dip very steeply, in some places vertically, and strip mining is impractical. There is a possibility that some portions of the hogback could be mined by open pit methods, much like the techniques in use at the Kemmerer Coal Co. mine at Kemmerer, Wyo., but because present economics and technology preclude exploitation of the hogback by such methods, no strippable potential was calculated.

### Danforth Hills Field

The Danforth Hills coalfield lies between the White and Yampa Rivers, roughly due north of Meeker, and encompasses parts of Rio Blanco and Moffat Counties. The field is notably deficient in transportation facilities, being served neither by railroad nor interstate highway.

24



FIGURE 6. - Strippable coal areas in the Danforth Hills coalfield.

BLM_0105153

Geologically, the coalfield represents a transition zone between the northeastern outcrop of the Uinta Basin and the southwestern flank of the Axial Basin anticline. Local geology is extremely complex, with dips ranging from near-vertical in the western part of the field to near-horizontal in the east and north. Several publications have discussed the geology of the area, notably Gale (53, 55), Hancock (63), and Hancock and Ely (64).

Coalbeds of the field occur in the Williams Fork and Iles Formations of the Mesaverde Group. The Williams Fork Formation contains three coal groups, the Fairfield, Goff, and Lion Canyon. The Iles Formation includes two coal zones--the Black Diamond and the Lower Coal Groups. Individual coalbeds are lenticular, discontinuous, and are difficult to correlate laterally. As many as 32 separate beds of coal exist, of which only a few are of minable thick-nesses. The eastern portion of the field exhibits evidence of extensive burning. In some areas, the burn is shallow, but a few drill holes indicate burned coal to a depth of 150 feet.

Excluding the area immediately adjacent to Meeker, where a large number of underground mines have operated in the past, the Danforth Hills have not been extensively exploited for coal. Only one large mine, the Red Wing, is north of Ninemile Gap. Production in 1972 was 135,991 tons.

The western and central portions of the field offer little or no strip-pable coal potential. Either the beds dip excessively or the coal-bearing rocks have been removed by erosion, notably in the area of Devil's Hole Gulch. A cursory examination of the eastern part of the field indicates substantial strippable potential; however, the relatively steep dips prevalent in the area, the inability to correlate the beds adequately, the uncertainty of how much coal has been burned, and the harsh topography preclude any valid estimate of strippable tonnage. In all probability, coal in the eastern portion must be mined by underground or open pit methods as opposed to classic strip mining techniques.

The northern flank of the field (fig. 6), adjacent to the Axial Basin syncline, apparently provides the only area amenable to strip mining. Coal-beds roughly parallel the slope of the terrain, thus offering a number of prospective dip slopes that may be minable. A total of 11,379 acres contain-ing approximately 163,800,000 tons of bituminous coal are estimated to have been present originally. Table 6 provides a detailed tabulation of estimated strippable coal resources.

## Lower White River Field (32-33, 39, 54, 58, 104)

The Lower White River coalfield occupies the extreme northwest part of the Colorado portion of the Uinta Basin and lies between the Danforth Hills coalfield and the Utah border. The largest town in the area is Rangely. The field is served neither by rail nor Federal highway, the sole transportation being State Highway 64. This factor of transportation apparently has been instrumental in the lack of development of the field.

BLM_0105154

26

TABLE 6. - Estimated strippable coal resources of the Danforth Hills coalfield

| Location | | Identified | | | Undiscovered | | | Total | |
| Township | Range | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Quan-tity (thou-sand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 4 N | R 94 W | - | - | - | 5,626 | 8 | 81,000 | 5,626 | 81,000 |
| | R 93 W | - | - | - | 618 | 8 | 8,900 | 618 | 8,900 |
| | R 92 W | - | - | - | 86 | 8 | 1,200 | 86 | 1,200 |
| T 3 N | R 94 W | - | - | - | 2,025 | 8 | 29,150 | 2,025 | 29,150 |
| | R 93 W | - | - | - | 2,682 | 8 | 38,600 | 2,682 | 38,600 |
| | R 92 W | - | - | - | 190 | 8 | 2,750 | 190 | 2,750 |
| T 2 N | R 94 W | - | - | - | 152 | 8 | 2,200 | 152 | 2,200 |
| Total......... | | - | - | - | 11,379 | - | 163,800 | 11,379 | 163,800 |

All coal-bearing rocks in the field are contained in the Mesaverde Group. Gale (55) divided the Mesaverde into two parts, the upper (which contains the principal coals) and the lower (which contains only minor coalbeds). Landis (78) stated that both the Williams Fork and the Iles Formations (terminology borrowed from the Danforth Hills) contain coal, although information about the Iles is extremely sketchy.

Coal in the White River field is high-volatile C bituminous rank, all noncoking. Range of analyses for the coal, regardless of bed, is as follows:

| | As received--four samples | | |
| | High | Low | Mean |
|---|---|---|---|
| Moisture..........percent.. | 10.80 | 8.11 | 9.47 |
| Volatile matter......do.... | 35.95 | 31.66 | 33.86 |
| Fixed carbon.........do.... | 50.50 | 39.04 | 44.86 |
| Ash..................do.... | 21.19 | 4.20 | 11.82 |
| Sulfur...............do.... | 0.50 | 0.35 | 0.43 |
| Btu/lb................... | 11,450 | 9,360 | 10,507 |

There is no reason to believe that the area is deficient in coal. Gale (55, plate 19) pointed out numerous outcrops in both the upper and lower Mesaverde. Landis indicated that 7,012 million tons of bituminous coal originally were present in 553 square miles of the field. The Mesaverde Group of the Lower White River field is identical to that of the Danforth Hills. If the area is deemed to contain little commercial coal, the conclusion must be attributed to a lack of exploration and not to a physical deficiency of coal-bearing strata.

The strippable potential of the area is uncertain. Published information is sparse, and drill hole data are extremely contradictory. Gale indicated that the local dips are moderate (less than 10°) in many places. The

BLM_0105155

flat-lying nature of the coal-bearing rocks, coupled with the extensive occurrence of coal outcrops, would indicate that a large number of small deposits should lend themselves to strip mining. However, an examination of outcrops and drill hole data compel a conservative estimate of strippable potential.

Areas for which a strippable reserve has been estimated are shown in figure 7. A tabulation of coalbed thicknesses and estimated tonnages are presented in table 7. It is estimated that 89,000,000 tons of bituminous coal amenable to strip mining is present in 9,168 acres of the field.

TABLE 7. - Estimated strippable coal resources of the Lower
White River coalfield

| Location | | Identified | | | Undiscovered | | | Total | |
| Township | Range | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Quan-tity (thou-sand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 3 N | R 104 W | - | - | - | 352 | 3 | 1,900 | 352 | 1,900 |
|  | R 103 W | - | - | - | 399 | 3 | 2,150 | 399 | 2,150 |
|  | R 102 W | 1,826 | 3 | 9,850 | 1,465 | 3 | 7,900 | 3,291 | 17,750 |
| T 2 N | R 101 W | 1,217 | 8 | 16,100 | - | - | - | 1,217 | 16,100 |
|  | R 100 W | - | - | - | 3,338 | 8 | 48,000 | 3,338 | 48,000 |
| T 1 N | R 101 W | - | - | - | 571 | 3 | 3,100 | 571 | 3,100 |
| Total.......... | | 3,043 | - | 25,950 | 6,125 | - | 63,050 | 9,168 | 89,000 |

## Dakota Sandstone Region (9, 14, 26, 40, 51, 95, 102)

That portion of southwestern Colorado in which the Dakota Sandstone crops out, or is shallowly buried and contains coal, is defined herein as the Dakota Sandstone coal region. Omitted from the defined region is that area where the Dakota Sandstone is overlain by Cretaceous rocks of the San Juan basin, an area that more appropriately may be considered a subregion of the San Juan basin coal region. Parts of Delta, Dolores, Mesa, Montezuma, Montrose, and San Miguel Counties are included within the defined area.

Montrose, the county seat of Montrose County, is the largest town in the region. Cortez, the county seat of Montezuma County, is the second largest. The principal sources of income for the region are agriculture, tourism, and mining (coal and uranium). Rail transportation is limited to a branch line of the Denver & Rio Grande Western Railroad from Grand Junction through Montrose to Ridgway.

Fenneman (49) considered the area as part of the Canyon Lands section of the Colorado Plateau physiographic province. The entire area is a dissected (canyon-cut) plateau with elevations ranging from 5,000 to 7,000 feet above



FIGURE 7. - Strippable coal areas in the Lower White River coalfield.

BLM_0105157

sea level.  Average annual rainfall ranges from 7.75 inches in Delta County
to 23.79 inches in San Miguel County.  The region is drained by the Dolores
River and its tributaries, and by the tributaries of the Gunnison and San Juan
Rivers.

Coal occurs solely in the middle member of the Dakota Sandstone.  Judging
from the preponderance of near-surface, coal-bearing strata in the region, the
surface area must largely be composed of middle-member Dakota Sandstone.  At
least one erosion-resistant sandstone layer has controlled the surface, and
protected and preserved the coal.  Coalbeds are extremely lenticular, dis-
continuous, and difficult to correlate.  In most localities, only one bed of
minable thickness is present; however, the Nucla-Naturita area contains at
least three fairly thick beds (78).  Multiple beds of minable thickness can be
hypothesized in other areas; however, confirmation is limited by lack of
extensive exploration.

The coal is of low quality, usually high-volatile B or C bituminous in
rank, and contains a large percentage of impurities such as shale partings,
sand, and bone.  Typical analyses do not adequately reflect the inplace
quality of Dakota coal because selective mining, as commonly used in such
low-quality coals, tends to upgrade the mine-run product.  A range of coal
analyses (17 samples, as received) of the Dakota Sandstone in Montrose County
follows:

|  | High | Low | Mean |
|---|---|---|---|
| Moisture..........percent.. | 13.5 | 2.8 | 5.4 |
| Volatile matter......do.... | 34.6 | 32.1 | 33.5 |
| Fixed carbon.........do.... | 59.3 | 53.6 | 56.3 |
| Ash..................do.... | 12.8 | 6.1 | 10.0 |
| Sulfur...............do.... | 1.0 | 0.5 | 0.7 |
| Btu/lb..................... | 13,100 | 10,010 | 12,390 |

Popular opinion holds that the Dakota coals are too low in quality to be
of much commercial interest.  Admittedly, the coal is of low quality; however,
by selective mining, a reasonably high-quality product can be obtained.  Lack
of rail transportation and water resources are much more valid constraints to
development of the coal potential of the region.

Numerous small underground mines have operated in the region in the past,
but most coal mined was for local domestic purposes.  Dakota coal was unable
to compete for industrial markets with higher quality coals from the San Juan
basin or Uinta regions.  Near Nucla, the Peabody Coal Company's multiple-bench
Nucla strip mine is mining Dakota coal.  Five hundred tons per day is mined
from an 8-inch bed approximately 30 feet below the surface and from a 4- to
5-foot bed located about 42 feet from the surface.  The multiple-bench method
of selective mining permits production of a reasonably high-quality product
from an exceedingly low-quality coalbed. Typical analyses for mine-run coal,
without benefit of washing or further processing, are as follows:

BLM_0105158

Case No. 1:20-cv-02484-MSK   Document 58-7   filed 04/28/21   USDC Colorado   pg 73 of 151

30



FIGURE 8. - Strippable coal areas in the Dakota coal region, southwestern Colorado.

BLM_0105159

Case No. 1:20-cv-02484-MSK   Document 58-7   filed 04/28/21   USDC Colorado   pg 74 of 151

| | Moisture (percent) | Ash (percent) | Sulfur (percent) | Btu/lb |
|---|---|---|---|---|
| As received.......... | 5.65 | 12.45 | 0.68 | 12,003 |
| Dry................. | - | 13.20 | .72 | 12,722 |
| Moisture and ash free | - | - | - | 14,657 |

Most production from the mine is used in the Colorado-Ute Electric Association's stoker-fired Nucla powerplant. The remainder is sold for local domestic consumption.

Data defining the extent and thickness of Dakota coals are sparse. Numerous waterwell logs showing coal of commercial thicknesses are on deposit in the Denver office of the Colorado Division of Water Resources. A general reconnaissance of the area reveals coal or carboniferous shale outcrops near the surface throughout the area between Nucla and Cortez.

Figure 8 defines the portion of the Dakota Sandstone region that was considered to offer some strippable resources. Within the shaded area are shown all areas in which coal is known to exist, either from drill hole data or outcrops, and all areas in which coal is inferred to be present. Table 8 contains a tabulation, by township, of estimated coal thicknesses and resources for the shaded areas in figure 8. Where definite data on coal thickness were not available, a coalbed thickness of 3 feet was assumed as a basis for computation. Tonnages were not reduced to account for impurities or partings in the coal.

If the entire shaded area contains coal amenable to strip mining, it is estimated that 2,912,115,000 tons of bituminous coal could be present in approximately 502,000 acres.

### San Juan River Region (3-4, 90, 97, 103, 111, 121, 123)

The San Juan River region encompasses the northernmost portion of the San Juan basin of southwestern Colorado and northwestern New Mexico. Parts of Montezuma, La Plata, and Archuleta Counties are included in the region.

Durango, the county seat of La Plata County and the largest town in the area, has a population of over 11,000 (27). Average annual rainfall ranges from 13.20 inches in arid Montezuma County to 20.02 inches in Archuleta County. Average rainfall in La Plata County is 18.04 inches. The region is drained by the San Juan River and its tributaries. Although Durango is served by a narrow-gage railroad, there is no freight service. Two Federal highways and several State highways service the region. The principal industry of the region is agriculture; however, oil, gas, and uranium make significant contributions to the economy.

Coal occurs in the Dakota Sandstone, the Menefee Formation of the Mesaverde Group, and the Fruitland Formation. All are of Upper Cretaceous age. The Dakota is probably coal bearing throughout the region, but beds are thin, lenticular, discontinuous, and high in impurities. Little or no strippable coal potential is afforded by the Dakota Sandstone.

BLM_0105160

32

TABLE 8. - Estimated strippable coal resources of the Dakota coal region, southwestern Colorado

| Location | | Identified | | | Undiscovered | | | Total | |
| Township | Range | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Area (acres) | Quantity (thousand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 49 N | R 20 W | - | - | - | 247 | 2 | 900 | 247 | 900 |
| | R 10 W | - | - | - | 7,674 | 8 | 92,000 | 7,674 | 92,000 |
| | R 9 W | - | - | - | 1,426 | 8 | 19,800 | 1,426 | 19,800 |
| T 48 N | R 20 W | 2,168 | 2 | 7,600 | 732 | 2 | 2,300 | 2,900 | 9,900 |
| | R 10 W | - | - | - | 4,137 | 8 | 57,600 | 4,137 | 57,600 |
| | R 9 W | - | - | - | 447 | 8 | 6,200 | 447 | 6,200 |
| T 47 N | R 16 W | 1,435 | 4 | 10,000 | - | - | - | 1,435 | 10,000 |
| | R 16 W | 1,987 | 3 | 10,400 | 3,081 | 3 | 16,100 | 1,987 | 10,400 |
| | R 15 W | 827 | 3 | 4,300 | - | - | - | 827 | 4,300 |
| T 46 N | R 18 W | - | - | - | 133 | 3 | 750 | 133 | 750 |
| | R 17 W | - | - | - | 1,559 | 3 | 8,250 | 1,559 | 8,250 |
| | R 16 W | 2,387 | 3 | 12,500 | 2,129 | 3 | 11,100 | 4,516 | 23,600 |
| | R 15 W | 6,143 | 3 | 32,150 | 5,268 | 3 | 27,600 | 11,411 | 59,750 |
| | R 14 W | - | - | - | 2,890 | 3 | 15,150 | 2,890 | 15,150 |
| | R 13 W | - | - | - | 941 | 3 | 4,900 | 941 | 4,900 |
| T 45 N | R 17 W | - | - | - | 8,378 | 3 | 43,750 | 8,378 | 43,750 |
| | R 16 W | - | - | - | 257 | 3 | 1,350 | 257 | 1,350 |
| | R 15 W | - | - | - | 7,008 | 3 | 36,550 | 7,008 | 36,550 |
| | R 14 W | - | - | - | 8,530 | 3 | 44,600 | 8,530 | 44,600 |
| | R 13 W | 9,595 | 3 | 50,100 | 4,650 | 3 | 24,300 | 14,245 | 74,400 |
| | R 12 W | - | - | - | 2,110 | 3 | 11,000 | 2,110 | 11,000 |
| T 44 N | R 19 W | - | - | - | 475 | 3 | 2,500 | 475 | 2,500 |
| | R 18 W | 4,250 | 10 | 74,000 | - | - | - | 4,250 | 74,000 |
| | R 17 W | - | - | - | 2,016 | 3 | 10,500 | 2,016 | 10,500 |
| | R 15 W | 1,930 | 11 | 37,000 | 6,572 | 3 | 34,300 | 8,502 | 71,300 |
| | R 13 W | - | - | - | 12,848 | 3 | 67,100 | 12,848 | 67,100 |
| | R 12 W | - | - | - | 2,814 | 3 | 14,700 | 2,814 | 14,700 |
| T 43 N | R 20 W | - | - | - | 4,251 | 3 | 22,200 | 4,251 | 22,200 |
| | R 19 W | - | - | - | 3,519 | 3 | 18,450 | 3,519 | 18,450 |
| | R 18 W | - | - | - | 1,103 | 3 | 5,800 | 1,103 | 5,800 |
| | R 17 W | - | - | - | 6,978 | 3 | 36,400 | 6,978 | 36,400 |
| | R 16 W | 1,959 | 7 | 23,900 | 912 | 3 | 4,800 | 2,871 | 28,700 |
| | R 13 W | - | - | - | 1,958 | 3 | 10,150 | 1,958 | 10,150 |
| | R 12 W | - | - | - | 258 | 3 | 1,340 | 258 | 1,340 |
| T 42 N | R 20 W | - | - | - | 4,345 | 3 | 22,700 | 4,345 | 22,700 |
| | R 19 W | 3,965 | 3 | 20,700 | 13,787 | 3 | 72,100 | 17,752 | 92,800 |
| | R 18 W | - | - | - | 7,236 | 3 | 37,700 | 7,236 | 37,700 |
| | R 17 W | - | - | - | 4,870 | 3 | 25,500 | 4,870 | 25,500 |
| | R 16 W | - | - | - | 941 | 3 | 4,900 | 941 | 4,900 |
| T 41 N | R 20 W | 1,692 | 4 | 11,800 | 2,206 | 3 | 11,500 | 3,898 | 23,300 |
| | R 19 W | 6,131 | 4 | 37,250 | 13,636 | 3 | 71,300 | 19,767 | 108,550 |
| | R 18 W | - | - | - | 9,691 | 3 | 50,700 | 9,691 | 50,700 |
| | R 17 W | 361 | 5 | 3,150 | 7,770 | 3 | 40,600 | 8,131 | 43,750 |
| | R 16 W | 1,074 | 5 | 9,400 | 1,693 | 3 | 8,800 | 2,767 | 18,200 |

BLM_0105161

TABLE 8. - <u>Estimated strippable coal resources of the Dakota coal region,</u>
<u>southwestern Colorado</u>--Continued

| Location | | Identified | | | Undiscovered | | | Total | |
| Township | Range | Area (acres) | Thick-ness (feet) | Quantity (thousand short tons) | Area (acres) | Thick-ness (feet) | Quantity (thousand short tons) | Area (acres) | Quantity (thousand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 40 N | R 20 W | 237 | 4 | 1,650 | 5,145 | 3 | 26,900 | 5,382 | 28,550 |
| | R 19 W | 424 | 4 | 2,950 | 10,939 | 3 | 57,250 | 11,363 | 60,200 |
| | R 19 W | 1,809 | 10 | 31,500 | - | - | - | 1,809 | 31,500 |
| | R 18 W | 1,197 | 9 | 17,950 | 12,885 | 3 | 67,650 | 14,082 | 85,600 |
| | R 17 W | 223 | 5 | 1,100 | 9,300 | 3 | 48,600 | 9,523 | 49,700 |
| | R 16 W | - | - | - | 7,341 | 3 | 38,300 | 7,341 | 38,300 |
| | R 15 W | - | - | - | 105 | 3 | 550 | 105 | 550 |
| | | | | | | | | | |
| T 39 N | R 20 W | 749 | 8 | 5,200 | 4,217 | 3 | 22,050 | 4,966 | 27,250 |
| | R 19 W | 99 | 4 | 700 | 10,045 | 3 | 52,500 | 10,144 | 53,200 |
| | R 19 W | 865 | 8 | 12,000 | - | - | - | 865 | 12,000 |
| | R 18 W | - | - | - | 11,940 | 3 | 62,325 | 11,940 | 62,325 |
| | R 17 W | - | - | - | 8,503 | 3 | 44,400 | 8,503 | 44,400 |
| | R 16 W | - | - | - | 5,601 | 3 | 29,300 | 5,601 | 29,300 |
| | R 15 W | - | - | - | 5,923 | 3 | 30,950 | 5,923 | 30,950 |
| | R 14 W | - | - | - | 5,517 | 3 | 28,850 | 5,517 | 28,850 |
| | R 13 W | - | - | - | 4,868 | 3 | 25,400 | 4,868 | 25,400 |
| | R 12 W | - | - | - | 6,380 | 3 | 33,350 | 6,380 | 33,350 |
| | | | | | | | | | |
| T 38 N | R 20 W | - | - | - | 314 | 3 | 1,650 | 314 | 1,650 |
| | R 19 W | - | - | - | 7,446 | 3 | 38,900 | 7,446 | 38,900 |
| | R 18 W | - | - | - | 11,459 | 3 | 59,950 | 11,459 | 59,950 |
| | R 17 W | - | - | - | 14,845 | 3 | 77,575 | 14,845 | 77,575 |
| | R 15 W | - | - | - | 3,538 | 3 | 18,500 | 3,538 | 18,500 |
| | R 14 W | - | - | - | 12,858 | '3 | 67,200 | 12,858 | 67,200 |
| | R 13 W | - | - | - | 10,651 | 3 | 55,725 | 10,651 | 55,725 |
| | R 12 W | - | - | - | 3,956 | 3 | 20,675 | 3,956 | 20,675 |
| | | | | | | | | | |
| T 37 N | R 20 W | - | - | - | 428 | 3 | 2,250 | 428 | 2,250 |
| | R 19 W | 1,521 | 6 | 15,900 | 8,911 | 3 | 46,600 | 10,432 | 62,500 |
| | R 18 W | - | - | - | 5,392 | 3 | 28,200 | 5,392 | 28,200 |
| | R 17 W | - | - | - | 14,433 | 3 | 75,400 | 14,433 | 75,400 |
| | R 16 W | - | - | - | 17,432 | 3 | 91,100 | 17,432 | 91,100 |
| | R 15 W | 1,598 | 10 | 27,850 | 9,986 | 3 | 52,150 | 11,584 | 80,000 |
| | R 14 W | 779 | 3 | 4,100 | 11,942 | 3 | 62,450 | 12,721 | 66,550 |
| | R 13 W | - | - | - | 304 | 3 | 1,600 | 304 | 1,600 |
| | | | | | | | | | |
| T 36 N | R 19 W | 67 | 3 | 350 | - | - | - | 67 | 350 |
| | R 18 W | - | - | - | 1,930 | 3 | 10,100 | 1,930 | 10,100 |
| | R 17 W | - | - | - | 6,713 | 3 | 35,100 | 6,713 | 35,100 |
| | R 16 W | - | - | - | 13,389 | 3 | 69,950 | 13,389 | 69,950 |
| | R 15 W | 1,113 | 5 | 9,700 | 6,004 | 3 | 30,975 | 7,117 | 40,675 |
| | R 14 W | 1,816 | 5 | 15,800 | - | - | - | 1,816 | 15,800 |
| | R 13 W | 490 | 3 | 2,050 | 1,227 | 3 | 6,400 | 1,717 | 8,450 |
| Total........ | | 58,891 | - | 493,050 | 443,343 | - | 2,419,065 | 502,234 | 2,912,115 |

BLM_0105162

34

The Menefee Formation contains coal only west of the Florida River and in the immediate vicinity of Yellowjacket Pass.  Menefee Formation coal is high-volatile A, B, or C bituminous in rank and locally is of coking quality near Durango.  A range of analyses of Menefee coal from La Plata County (270 samples, as received) is as follows:

|  | High | Low | Mean |
|---|---|---|---|
| Moisture..........percent.. | 10.7 | 1.5 | 3.9 |
| Volatile matter......do.... | 42.7 | 28.4 | 39.7 |
| Fixed carbon.........do.... | 58.0 | 43.1 | 52.7 |
| Ash.................do.... | 28.5 | 2.5 | 7.5 |
| Sulfur..............do.... | 5.1 | 0.4 | 1.5 |
| Btu/lb.................... | 14,410 | 10,380 | 13,120 |

Only a few small deposits west of Durango should offer strippable potential. In most places, the Menefee either dips too steeply or is covered by excessive overburden.

The Fruitland Formation, cropping out in parts of Archuleta and La Plata Counties, is probably coal bearing throughout the Colorado portion of the San Juan basin.  The coal is mostly high-volatile A or B bituminous in rank and generally is noncoking.  A typical analysis follows:

|  | As received |
|---|---|
| Moisture..........percent.. | 5.4 |
| Volatile matter......do.... | 36.8 |
| Fixed carbon.........do.... | 49.0 |
| Ash.................do.... | 8.8 |
| Sulfur.............do.... | 0.9 |
| Btu/lb.................... | 12,660 |

The Fruitland Formation offers the greatest potential for strippable coal in the Colorado portion of the San Juan basin, particularly along its western outcrop from the New Mexico State line northward to Durango.

Numerous coal mines have operated in the Colorado portion of the San Juan basin; most have been underground mines in the general vicinity of Durango.  Only four small strip mines have recorded production:  the Sundance 1 and 2 mines (La Plata County, 1969, 2,870 tons); the Garcia mine (Archuleta County, 1948-56, 1,478 tons); and the Chimney Rock mine (Archuleta County, 1969, 342 tons).  In 1972, four underground mines, all in La Plata County, produced 11,370 tons of coal.  There were no strip operations.

Data for estimating strippable areas were taken primarily from published sources and from extensive drill hole data on deposit in the Denver office of the U.S. Geological Survey Conservation Division.  Figure 9 defines that portion of Colorado in the San Juan basin that is considered to offer strippable potential.  Areas for which strippable coal is estimated are shaded.  Table 9 contains a tabulation of expected bed thicknesses, acreage containing strippable coal, and estimated tonnages for the shaded areas of figure 9.  It is

BLM_0105163

estimated that 17,380 acres of the Colorado portion of the San Juan basin are
underlain by strippable coal and that as much as 252 million tons could be
present.

TABLE 9. - Estimated strippable coal resources of the Colorado portion,
San Juan basin

| Location | | Identified | | | Undiscovered | | | Total | |
| Township | Range | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Quan-tity (thou-sand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 35  N | R 12 W | - | - | - | 3,502 | 5 | 31,500 | 3,502 | 31,500 |
| | R 11 W | - | - | - | 2,603 | 5 | 23,400 | 2,603 | 23,400 |
| | R 10 W | - | - | - | 1,930 | 4 | 13,900 | 1,930 | 13,900 |
| | R  9 W | - | - | - | 399 | 4 | 2,900 | 399 | 2,900 |
| | R  8 W | - | - | - | 694 | 17 | 21,200 | 694 | 21,200 |
| | R  7 W | - | - | - | 523 | 17 | 16,000 | 523 | 16,000 |
| T 34½ N | R  9 W | - | - | - | 67 | 20 | 2,400 | 67 | 2,400 |
| T 34  N | R 11 W | 324 | 11 | 6,400 | - | - | - | 324 | 6,400 |
| | R 11 W | 475 | 9 | 7,700 | - | - | - | 475 | 7,700 |
| | R 10 W | 2,454 | 15 | 66,250 | - | - | - | 2,454 | 66,250 |
| | R  9 W | - | - | - | 133 | 20 | 4,800 | 133 | 4,800 |
| | R  4 W | - | - | - | 408 | 7 | 5,150 | 408 | 5,150 |
| T 33  N | R 12 W | 190 | 6 | 2,050 | - | - | - | 190 | 2,050 |
| | R 11 W | 2,111 | 6 | 22,800 | - | - | - | 2,111 | 22,800 |
| | R  2 W | - | - | - | 208 | 7 | 2,600 | 208 | 2,600 |
| T 32  N | R 12 W | 1,236 | 10 | 22,250 | - | - | - | 1,236 | 22,250 |
| | R 11 W | 123 | 6 | 1,350 | - | - | - | 123 | 1,350 |
| Total....... | | 6,913 | - | 128,800 | 10,467 | - | 123,850 | 17,380 | 252,650 |

Raton Mesa Region (70)

The Colorado portion of the Raton Mesa coal region, in the southcentral
portion of the State, extends northward from the New Mexico State line through
parts of Las Animas and Huerfano Counties.  Trinidad, the county seat of Las
Animas County, and Walsenburg, the county seat of Huerfano County, are the
largest towns in the region.  The area is served by Interstate Highway 70,
U.S. Highway 160, Colorado State Highway 20, and several county and private
roads.  Rail transport is provided by the Atchison, Topeka and Santa Fe, the
Denver & Rio Grande Western, and the Colorado Southern Railroads.  Average
rainfall is 14.13 inches in Huerfano County and 15.03 inches in Las Animas
County.  The principal industries in the area are mining and ranching.



FIGURE 9. - Strippable coal areas in the Colorado portion of the San Juan basin.

BLM_0105165

Physiographically, the region is in the Great Plains province and is a trenched peneplain surmounted by dissected, lava-capped plateaus and mesas. Structurally, the coal region is part of the Raton basin, an asymmetric syncline, trending north-south, with its axis near the western side. Strata dip gently on the eastern margin and steeply on the western. The center of the basin is intruded by the graniferous Spanish Peaks and by associated dikes and sills. Faulting and folding cause local structural complexity.

The Vermejo Formation of Late Cretaceous age and the Raton Formation of Early Tertiary age (120) are the principal coal-bearing strata in the region. Coal occurs throughout the Vermejo and in all three members of the Raton (119). Three coal groups are generally recognized: A lower group in the Vermejo and middle and upper groups in the Raton. The lower group contains at least 14 coalbeds having a minimum thickness of 14 inches, but only 8 of these are important enough to be named. The middle group, 300 feet above the base of the Raton, contains between one and five coalbeds of commercial importance. The upper group, 700 to 1,000 feet above the middle group, generally contains only thin beds of little economic importance.

The coal region is divided into two coalfields--the Walsenburg field in Huerfano County and the Trinidad field in Las Animas County. Coals of the Trinidad field are coking coals, whereas those of the Walsenburg field to the north are usually noncoking.

Except for publications of the U.S. Geological Survey and mine map repository records of the Federal Bureau of Mines (Intermountain Field Operation Center, Denver, Colo.), data on the Raton Mesa coal region are notably meager. No drill hole data are available, and most underground mines operated below the strippable limit of 150 feet of overburden. For these reasons, the strippable areas shown in figure 10 and the tabulation of strippable resources displayed in table 10 are speculative. Strippable area was determined by correlation between topographic maps and outcrop data. Average recoverable coal thickness is conjectural. Most outcrops are thin, 2 feet thick or less, but the coalbeds tend to thicken away from the outcrops. A thickness of 3 feet was selected as a reasonable basis for resource calculation; however, actual thickness may be greater or smaller, and only exploration can provide more relevant figures.

Excluding coal that could be mined by contour methods, as much as 136 million tons of coal, amenable to area strip mining methods, may be present in the Colorado portion of the Raton Mesa. Figure 10 illustrates the areal extent of estimated strippable coal in the Raton Mesa. Table 10 provides a tabulation, by township, of estimated strippable resources.

BLM_0105166

Page 38

**TABLE 10. - Estimated strippable coal resources of the Colorado portion, Raton Mesa coal region**

| Location | | Identified | | | Undiscovered | | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Township | Range | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Area (acres) | Quantity (thousand short tons) |
| WALSENBURG FIELD | | | | | | | | | |
| T 28 S | R 66 W | - | - | - | 1,284 | 3 | 6,900 | 1,284 | 6,900 |
| T 30 S | R 65 W | - | - | - | 257 | 3 | 1,400 | 257 | 1,400 |
| Total...... | | - | - | - | 1,541 | - | 8,300 | 1,541 | 8,300 |
| TRINIDAD FIELD | | | | | | | | | |
| T 31 S | R 65 W | - | - | - | 1,635 | 3 | 8,800 | 1,635 | 8,800 |
| T 31 S | R 67 W | - | - | - | 238 | 3 | 1,300 | 238 | 1,300 |
| | R 64 W | - | - | - | 123 | 3 | 650 | 123 | 650 |
| T 32 S | R 66 W | - | - | - | 618 | 3 | 3,350 | 618 | 3,350 |
| | R 65 W | - | - | - | 1,417 | 3 | 7,650 | 1,417 | 7,650 |
| | R 64 W | - | - | - | 314 | 3 | 1,700 | 314 | 1,700 |
| T 33 S | R 67 W | - | - | - | 2,748 | 3 | 14,850 | 2,748 | 14,850 |
| | R 66 W | - | - | - | 3,001 | 3 | 16,200 | 3,001 | 16,200 |
| | R 65 W | - | - | - | 7,123 | 3 | 38,450 | 7,123 | 38,450 |
| | R 64 W | - | - | - | 2,159 | 3 | 11,650 | 2,159 | 11,650 |
| T 34 S | R 68 W | - | - | - | 181 | 3 | 1,000 | 181 | 1,000 |
| | R 67 W | - | - | - | 732 | 3 | 3,950 | 732 | 3,950 |
| | R 66 W | - | - | - | 979 | 3 | 5,200 | 979 | 5,200 |
| | R 65 W | - | - | - | 1,540 | 3 | 8,300 | 1,540 | 8,300 |
| | R 64 W | - | - | - | 504 | 3 | 2,700 | 504 | 2,700 |
| T 35 S | R 66 W | - | - | - | 95 | 3 | 500 | 95 | 500 |
| | R 65 W | - | - | - | 314 | 3 | 1,700 | 314 | 1,700 |
| Total...... | | - | - | - | 23,721 | - | 127,950 | 23,721 | 127,950 |
| Grand total | | - | - | - | 25,262 | - | 136,250 | 25,262 | 136,250 |

BLM_0105167



FIGURE 10. - Strippable coal areas in the Colorado portion of the Raton Mesa coal region.

BLM_0105168

40

## Trinidad Field (66-68, 87, 118)

The Trinidad coalfield is that part of Las Animas County underlain by coal-bearing rocks of the Raton basin. Principal coal production in the field has come from the Vermejo and the Raton Formations, both of which contain numerous bituminous coalbeds of commercial thicknesses. The lower several hundred feet of the Poison Canyon Formation also is coal bearing; however, individual coalbeds are thin, lenticular, and small in areal extent. Coal has not been produced commercially from the Poison Canyon.

The Vermejo Formation ranges between 150 and 550 feet in thickness and contains at least 14 coalbeds having thicknesses of 14 inches or more. However, the Vermejo crops out, or is shallowly buried, only along the eastern escarpment of the basin and along the western edge of the syncline where dips are severe, in some places vertical. Hence, the Vermejo offers little strippable potential except along the eastern escarpment in Tps 31 and 32 S, R 65 W, where several ridges or spurs provide favorable terrain for strippable coal (fig. 10).

The Raton Formation ranges in thickness from 1,000 to 1,600 feet and crops out or is close to the surface throughout much of the southern part of the field. The lower member of the Raton provides the most significant possibility for strippable coal. Besides cropping out extensively north of the Purgatoire River, this member is exposed in all canyon bottoms south of the river.

All coal in the Trinidad field is high-volatile A or B bituminous coking coal. A range of analyses on an as received basis is as follows:

|  | Vermejo coal | | Raton coal | |
|---|---|---|---|---|
|  | High | Low | High | Low |
| Moisture...............................percent.. | 7.9 | 1.0 | 5.8 | 1.0 |
| Ash.......................................do.... | 26.7 | 7.5 | 26.3 | 7.1 |
| Sulfur....................................do.... | 1.0 | 0.5 | 0.8 | 0.4 |
| Volatile matter..........................do.... | 40.5 | 27.0 | 38.8 | 28.6 |
| Fixed carbon.............................do.... | 57.7 | 43.7 | 58.7 | 30.9 |
| Btu/lb................................... | 13,890 | 10,640 | 13,880 | 10,310 |

Additional analytical detail is included in the appendix.

Estimation of strippable coal in the Trinidad field is highly speculative. The thickness of the coalbeds, as well as their continuity, is for the most part hypothetical. Extent of damage to the coalbeds caused by subsidence of old underground workings is unknown. Pending verification by exploration, 23,721 acres of the Trinidad coalfield may contain 128,050,000 tons of strippable coal.

## Walsenburg Field (69, 75-76)

The Walsenburg coalfield is that portion of Huerfano County underlain by coal-bearing rocks of the Raton basin. The field is divided into two parts: a northeastern part, adjacent to Walsenburg, and a western part, near La Veta.

Principal coal production in the field has been from the Vermejo Forma-
tion, although limited mining of the upper group in the Raton has occurred.
Both formations contain coal of commercial thickness.  The Vermejo Formation
contains from three to eight beds more than 14 inches thick, whereas the Raton
contains one to three.  Most beds are lenticular, irregular in thickness, and
interbedded with shale and claystone (75).  Both the Vermejo and the Raton
Formations crop out, or are shallowly buried, only along the eastern escarp-
ment of the Raton basin and on the western flank near La Veta.  Most of the
area is covered by the Poison Canyon or Cuchara Formations, neither of which
contains commercial coal.  Most coal in the field is nonagglomerating, non-
slaking, noncoking, and high-volatile B or C bituminous in rank.  The range
of analyses of coal from the Walsenburg field is as follows:

| | High | Low | Mean |
|---|---|---|---|
| Moisture..........percent.. | 19.2 | 2.0 | 5.2 |
| Volatile matter......do.... | 42.1 | 35.2 | 38.6 |
| Fixed carbon.........do.... | 58.7 | 44.1 | 49.9 |
| Ash..................do.... | 22.3 | 4.8 | 11.4 |
| Sulfur..............do.... | 2.2 | 0.4 | 0.7 |
| Btu/1b..................... | 13,460 | 9,900 | 11,910 |

More detailed analytical data are included in the appendix.

Excluding coal minable by contour stripping methods, the Walsenburg coal-
field provides very limited possibilities for strippable coal.  All coalbeds
near La Veta dip too steeply to be strippable, whereas most coal near Walsen-
burg is buried by excessive overburden.  Only one area offers a potential of
sizable resources, that being in secs 16, 17, 20, 21, 28, and 29, T 28 S,
R 66 W, on both the north and south sides of Unfug Ridge.  At least eight beds
of coal crop out on a gently sloping topographic surface.  Exact bed thick-
nesses are unknown, but 2- to 4-foot beds are expected.  The best beds have
been mined previously by underground methods, but the possibility of addi-
tional coal, amenable to strip mining, still exists.  If the coal has not been
mined previously or made unrecoverable by earlier mining activity, and if the
beds are reasonably continuous, 1,541 acres containing 8,300,000 tons of coal
should be present.

## Denver Basin Region (30, 35, 52, 81)

The Denver basin coal region consists of coal-bearing strata in eastern
Colorado.  Portions of Adams, Arapahoe, Boulder, Douglas, Elbert, El Paso,
Morgan, and Weld Counties are included within the region.  Physiographically,
the region is in the dissected Colorado Piedmont of the Great Plains province
of the Western United States (49, p. 30).

Denver, the capital of Colorado, is the largest metropolitan center in
the region; wholesale, retail, and transportation facilities also are avail-
able in the nearby cities of Boulder, Colorado Springs, and Greeley.  Exclud-
ing the metropolitan centers, the principal industry of the region is
agriculture, principally livestock.  The area is served by six railroads:
Union Pacific; Chicago, Rock Island and Pacific; Colorado Southern; Atchison,

42

Topeka and Santa Fe; Denver & Rio Grande Western; and Burlington Northern.
Additionally, the area is traversed by two interstate highways and numerous
county roads.  Off-road transportation is possible in most portions of the
basin.

Topographically, the region is characterized by undulated plains, locally
dissected by stream erosion.  The northern portion of the basin is drained by
the North Platte River and its tributaries; the southern part by the Arkansas
River and its tributaries.  Elevations range from 4,500 feet above sea level
in Adams County to 6,000 feet above sea level in El Paso County.  Average
annual rainfall ranges between 11.96 inches in Weld County to 14.81 inches in
Adams County.  The region is semiarid, vegetation consists principally of
grasses.

The Denver basin coal region is defined geologically by the exposure of
the basal coal-bearing part of the Laramie Formation of Late Cretaceous age.
Structurally, the region is a major synclinal depression, the axis of which
trends from north to south; the deepest portion is located directly below
Denver.  The strata are near-vertical on the west flank where the basin sedi-
ments abut the Front Range; they are moderately inclined on the north, east,
and south sides, where the Laramie crops out in the plains.

Coal of both Late Cretaceous and Early Tertiary (Paleocene) ages occurs
in the Denver basin, the Cretaceous coal being in the Laramie Formation and
Tertiary coal being in the Dawson·Arkose or its lateral equivalent, the Denver
Formation.  The Laramie Formation correlates with the Vermejo Formation of the
Raton Mesa region, with the Lance Formation of the Green River region, and
with the upper part of the Mesaverde Group of the Uinta region.  To the north,
the Denver Formation corresponds to the Coalmont Formation of North Park and
to the Fort Union Formation in northwest Colorado and in Wyoming and Montana.

The Laramie Formation is probably coal bearing throughout the Denver basin;
however, information about the extent and quality of coal in the deeper areas
of the basin is limited.  The Dawson Arkose and Denver Formation coals are
considerably less continuous than those of the Laramie.  All Tertiary coals
are discontinuous, lenticular, and impure.

Laramie coal ranges from subbituminous B rank in the western and northern
portions of the basin to subbituminous C or lignite in the east and southeast.
Tertiary coals are all lignite in rank.  A range of analysis for all coals
(as received) in the Denver basin, undifferentiated as to formation or loca-
tion, follows:

|  | Low | High |
|---|---|---|
| Moisture.................percent.. | 6.6 | 35.0 |
| Ash...........................do.... | 4.3 | 14.6 |
| Sulfur.......................do.... | 0.2 | 2.2 |
| Volatile matter..............do.... | 36.3 | 44.6 |
| Fixed carbon.................do.... | 49.3 | 54.9 |
| Btu/lb............................. | 6,330 | 12,130 |

Case No. 1:20-cv-02484-MSK   Document 58-7   filed 04/28/21   USDC Colorado   pg 86 of 151



FIGURE 11. - Strippable coal areas of the Denver basin coal region.

BLM_0105172

44

Greater analytical detail is presented in the appendix by county and by coalbed.

Of extraordinary interest is the occurrence of kaolin interbedded with the lignites of the Dawson Arkose. Kaolin containing greater than 31 percent $Al_2O_3$ and less than 1.5 percent $Fe_2O_3$ makes up about 20 percent of the total lignite thicknesses. No insurmountable problems render the kaolin unrecoverable. Coal analysis of kaolin-free lignite is as follows:

| | | |
|---|---|---|
| Moisture......................percent.. | 4.63 |
| Volatile matter...................do.... | 31.58 |
| Fixed carbon......................do.... | 26.5 |
| Ash...............................do.... | 37.22 |
| Btu/lb (as received)................... | 6,905 |
| Btu/lb (moisture and ash free)......... | 11,874 |

The Bureau of Mines has estimated that more than 400 million tons of kaolin are contained in the lignite.

Most coal produced in the Denver basin has been mined by underground room and pillar methods. Only recently have the economics been such that large-scale surface mining appeared attractive. Three strip mines have operated in the basin, the Barker-Wright (1921-42; 38,516 total tons) in Elbert County; the Franceville (1948-65; 77,707 total tons) in El Paso County; and the Erie Strip (1948-53; 126,563 total tons) in Weld County.

During the past 10 years, coal exploration in the Denver basin has been extensive. No diminution of exploration interest is anticipated; if anything, activity should increase.

Coal resources of the Denver basin were computed using as a base the general highway maps of the counties involved. Data from many thousands of water-well logs, on deposit in the office of the Colorado Water Conservation Board, and from several hundred unpublished, coal-exploration drill-hole logs were used as a basis for defining strippable coal.

The Denver basin typically contains multiple beds of coal. All coalbeds, 2 feet thick or thicker and within 150 feet of the surface, were added together to develop a base for calculations. The strippable areas were defined as all areas containing at least 2 feet of coal within 150 feet of the surface. Average thickness was computed for each township, or portion of a township, by averaging all available data for each township. Coal resources were calculated assuming 1,700 tons of coal to the acre-foot.

The Denver basin offers significant potential strippable coal resource. Excluding previously mined coal, it is estimated that approximately 13 billion tons of coal or lignite may be mined by surface methods on 912,341 acres.

Figure 11 shows those areas considered to have some strippable coal resource. Table 11 contains a tabulation by township and range, of estimated strippable coal resources shown in figure 11.

TABLE 11. - Estimated strippable coal resources of the Denver basin coal region

| Location | | Identified[1] | | | Location | | Identified[1] | | |
| Township | Range | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Township | Range | Area (acres) | Thickness (feet) | Quantity (thousand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 9 N | R 66 W | 3,220 | 5.8 | 31,750 | T 2 N | R 67 W | 17,091 | 6.3 | 183,000 |
|  |  |  |  |  |  | R 66 W | 19,321 | 3.8 | 124,800 |
| T 8 N | R 66 W | 9,660 | 5.8 | 95,250 |  | R 65 W | 11,642 | 6.0 | 118,700 |
|  | R 65 W | 495 | 6.5 | 5,450 |  | R 64 W | 1,982 | 4.0 | 13,500 |
|  | R 64 W | 11,890 | 6.5 | 131,400 |  | R 63 W | 8,917 | 5.5 | 83,400 |
|  | R 63 W | 6,688 | 6.5 | 73,000 |  | R 62 W | 8,917 | 7.1 | 107,600 |
|  | R 61 W | 13,623 | 7.7 | 178,300 |  | R 61 W | 2,725 | 7.8 | 36,100 |
|  | R 60 W | 9,908 | 7.7 | 129,700 |  |  |  |  |  |
| T 7 N | R 66 W | 4,459 | 5.8 | 43,950 | T 1 N | R 69 W | 11,146 | 5.3 | 100,400 |
|  | R 65 W | 5,697 | 6.5 | 62,950 |  | R 68 W | 17,091 | 4.9 | 142,400 |
|  | R 64 W | 18,577 | 6.5 | 205,300 |  | R 67 W | 4,459 | 6.3 | 47,800 |
|  | R 63 W | 4,688 | 6.5 | 73,900 |  | R 66 W | 11,890 | 4.6 | 93,000 |
|  | R 61 W | 7,183 | 7.7 | 94,000 |  | R 65 W | 2,725 | 5.3 | 24,500 |
|  | R 60 W | 7,679 | 7.7 | 100,500 |  | R 64 W | 991 | 4.0 | 6,700 |
| T 6 N | R 65 W | 495 | 6.5 | 5,500 |  | R 62 W | 743 | 7.8 | 9,900 |
|  | R 64 W | 743 | 6.5 | 8,200 |  | R 61 W | 17,339 | 7.2 | 212,200 |
|  |  |  |  |  |  | R 60 W | 1,734 | 8.0 | 23,600 |
| T 5 N | R 65 W | 1,238 | 6.6 | 13,900 | T 1 S | R 69 W | 13,376 | 5.3 | 120,500 |
|  | R 64 W | 991 | 6.3 | 10,600 |  | R 68 W | 6,192 | 4.3 | 45,300 |
|  |  |  |  |  |  | R 66 W | 743 | 5.0 | 6,300 |
| T 4 N | R 65 W | 9,413 | 6.6 | 105,600 |  | R 65 W | 248 | 5.0 | 2,100 |
|  | R 64 W | 6,608 | 6.3 | 71,600 |  | R 61 W | 11,641 | 7.8 | 154,400 |
|  |  |  |  |  |  | R 60 W | 7,183 | 7.8 | 45,200 |
| T 3 N | R 67 W | 248 | 7.5 | 3,200 | T 2 S | R 66 W | 13,376 | 3.1 | 70,500 |
|  | R 66 W | 10,651 | 12.5 | 226,300 |  | R 65 W | 13,880 | 6.0 | 131,400 |
|  | R 65 W | 6,192 | 8.5 | 89,500 |  | R 64 W | 2,229 | 4.5 | 17,100 |
|  | R 64 W | 13,128 | 6.3 | 140,600 |  | R 61 W | 4,954 | 8.3 | 69,400 |
|  | R 63 W | 11,146 | 10.0 | 189,500 |  | R 60 W | 4,458 | 9.6 | 72,800 |
|  | R 62 W | 1,734 | 6.0 | 17,700 |  |  |  |  |  |
|  | R 61 W | 248 | 6.0 | 2,500 | T 3 S | R 67 W | 2,725 | 5.0 | 23,200 |
|  |  |  |  |  |  | R 66 W | 20,806 | 9.3 | 329,000 |
| T 2 N | R 69 W | 248 | 5.3 | 2,200 |  | R 65 W | 21,054 | 15.1 | 540,500 |
|  | R 68 W | 5,945 | 4.9 | 49,500 |  | R 64 W | 20,559 | 21.7 | 758,400 |

[1]All coal is indicated or inferred.

BLM_0105174

TABLE 11. - Estimated strippable coal resources of the Denver basin coal region--Continued

| Township | Range | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Township | Range | Area (acres) | Thickness (feet) | Quantity (thousand short tons) |
|---|---|---|---|---|---|---|---|---|---|
| T 3 S | R 63 W | 12,385 | 6.5 | 136,900 | T 8 S | R 61 W | 6,440 | 8.0 | 87,600 |
|  | R 62 W | 495 | 5.0 | 4,200 |  | R 60 W | 3,220 | 9.7 | 53,100 |
|  | R 61 W | 1,734 | 12.0 | 35,400 |  | R 59 W | 7,926 | 11.7 | 157,700 |
|  | R 60 W | 7,183 | 6.9 | 84,300 |  | R 58 W | 9,536 | 6.0 | 97,300 |
|  | R 59 W | 2,724 | 5.7 | 26,400 |  |  |  |  |  |
| T 4 S | R 67 W | 2,229 | 6.0 | 22,700 | T 9 S | R 63 W | 2,229 | 11.0 | 41,700 |
|  | R 66 W | 1,486 | 5.0 | 12,600 |  | R 62 W | 17,587 | 15.0 | 448,500 |
|  | R 65 W | 12,880 | 11.5 | 251,800 |  | R 61 W | 12,385 | 20.0 | 421,100 |
|  | R 64 W | 17,091 | 18.7 | 543,300 |  | R 60 W | 7,431 | 9.5 | 120,000 |
|  | R 63 W | 13,128 | 12.1 | 270,000 |  | R 59 W | 4,706 | 11.0 | 88,000 |
|  | R 60 W | 5,449 | 5.0 | 46,300 |  | R 58 W | 2,477 | 12.0 | 50,500 |
|  | R 59 W | 9,908 | 5.0 | 84,200 | T 10 S | R 62 W | 3,715 | 4.5 | 28,400 |
| T 5 S | R 66 W | 9,164 | 4.1 | 63,900 |  | R 61 W | 20,559 | 6.7 | 234,200 |
|  | R 65 W | 6,440 | 11.0 | 120,400 |  | R 60 W | 12,385 | 3.0 | 63,200 |
|  | R 64 W | 3,963 | 12.3 | 82,900 |  | R 59 W | 10,651 | 7.8 | 141,200 |
|  | R 63 W | 17,834 | 11.2 | 339,600 |  | R 58 W | 9,413 | 9.5 | 152,000 |
|  | R 60 W | 3,468 | 5.0 | 29,500 |  |  |  |  |  |
|  | R 59 W | 10,899 | 5.0 | 92,600 | T 11 S | R 62 W | 10,403 | 11.4 | 201,600 |
| T 6 S | R 63 W | 5,945 | 5.2 | 52,600 |  | R 61 W | 17,834 | 11.4 | 345,600 |
|  | R 62 W | 12,880 | 12.0 | 262,800 |  | R 60 W | 990 | 5.0 | 8,400 |
|  | R 61 W | 4,459 | 2.3 | 17,400 | T 12 S | R 62 W | 9,960 | 6.4 | 105,100 |
|  | R 59 W | 7,926 | 5.0 | 67,400 |  | R 61 W | 20,559 | 6.4 | 223,700 |
|  | R 58 W | 1,486 | 6.0 | 15,200 |  | R 60 W | 990 | 6.4 | 10,800 |
| T 7 S | R 64 W | 1,982 | 2.0 | 6,700 | T 13 S | R 66 W | 2,972 | 7.7 | 38,900 |
|  | R 63 W | 6,688 | 3.0 | 34,100 |  | R 65 W | 3,220 | 4.0 | 12,900 |
|  | R 62 W | 12,385 | 14.6 | 307,400 |  | R 64 W | 3,715 | 6.0 | 37,900 |
|  | R 61 W | 3,963 | 3.0 | 20,200 |  | R 62 W | 2,229 | 5.2 | 19,700 |
|  | R 60 W | 1,238 | 9.7 | 20,400 |  | R 61 W | 12,632 | 5.2 | 111,700 |
|  | R 59 W | 11,642 | 8.3 | 164,300 |  |  |  |  |  |
|  | R 58 W | 10,156 | 7.1 | 122,600 | T 14 S | R 66 W | 3,963 | 7.7 | 51,900 |
|  |  |  |  |  |  | R 65 W | 1,733 | 7.7 | 22,700 |
| T 8 S | R 62 W | 15,110 | 17.2 | 441,800 |  | R 60 W | 2,229 | 5.0 | 18,900 |
|  |  |  |  |  | Total.......... | | 912,341 | - | 13,058,750 |

[1]All coal is indicated or inferred.

BLM_0105175

## North Park Field (61)

The North Park coalfield is located in North Park basin in north-central Colorado.  North Park is bounded on the south and west by the Continental Divide, on the east by the Medicine Bow Mountains, and on the north by the Colorado-Wyoming State line.  Geographically, North Park is a vast inter-montane basin containing approximately 1,400 square miles of gently rolling terrain.

Walden, the seat of Jackson County, is the largest town in the basin, with a population of 1,018 in 1972 (27).  The floor of the basin is approximately 8,100 feet above sea level and lies wholly within Jackson County.  Annual mean precipitation is approximately 11 inches, most of which falls as snow.  Transportation to and from North Park is limited.  Four State highways and a branch line of the Union Pacific Railroad, terminating at Hebron, serve the area.  Lack of transportation probably has been the single largest constraint to development of North Park coal.

Coal occurs in units of the Coalmont Formation of Tertiary (Paleocene) age.  The Coalmont Formation correlates with the Fort Union Formation of Wyoming and Montana and with the Dawson Arkose of the Denver basin.  Coal crops out in two quadrants of the basin--to the northeast, in the vicinity of McCallum anticline and to the southwest, in and about the town of Coalmont. At least three beds of coal are present on the flanks of McCallum anticline; locally steep dips render the coal of little interest as a strippable resource, although 10 to 15 million tons of bituminous coal may be recoverable by multiple-bench, open pit mining methods.  The coal geology of the area around Coalmont is uncertain.  The Coalmont Formation is strongly faulted, thereby providing considerable room for disagreement as to the number and nature of the coalbeds present.  Beekly (7) and Landis (78) agreed that multiple coalbeds, perhaps as many as five, exist.  Erdmann (47) argued that there is only one bed of coal, the Reich bed, and that the extreme local faulting gives the impression that there are more.  A cursory examination of drill hole logs in the area does little to clarify the subject.  Although some logs show multiple beds, others show only one.  Neither argument has been proven invalid by the existing data.  Future coal developers of the area should approach the subject with care.

Coal production in the area never has been extensive.  Only four strip mines have operated in the field, two on the flanks of the McCallum anticline known as the Marr mine (1958-59; 32,776 tons) and the Monolith mine (1952; 1,055 tons), and two near Coalmont named the Moore (data unavailable) and the Rosebud (1958-60; 313,460 tons).  Two surface operations, the Kerr and Grizzly Creek mines, are operating in the field.

Coal in the North Park field ranks as subbituminous A or B.  Hornbaker and Holt provided the following range of analyses on an "as received" basis:

48

|  | High | Low |
|---|---|---|
| Moisture...........percent.. | 22.8 | 13.6 |
| Ash....................do.... | 13.4 | 2.8 |
| Sulfur................do.... | 0.9 | 0.1 |
| Btu/lb................do.... | 10,870 | 8,840 |
| Fusible temperature.....° F.. | 2,680 | 2,100 |

The Bureau of Mines coal data bank contains 34 analyses, the range and mean of which are as follows:

| As received | High | Low | Mean |
|---|---|---|---|
| Moisture.........percent.. | 22.8 | 11.9 | 16.5 |
| Volatile matter......do.... | 43.4 | 39.4 | 40.0 |
| Fixed carbon........do.... | 56.4 | 47.1 | 53.3 |
| Ash.................do.... | 13.4 | 3.1 | 7.1 |
| Sulfur..............do.... | 1.0 | 0.1 | 0.4 |
| Btu/lb...................... | 11,460 | 8,850 | 10,130 |

More detailed analyses are presented in the appendix at the end of this report.

Minable thicknesses of the coal ranges from 2 to 45 feet. Drill hole data are extremely erratic. However, it is believed that a minimum thickness of 20 feet of coal should be minable in the immediate vicinity of Coalmont. A smaller area in secs 27, 28, 33, and 34, T 7 N, R 81 W, should offer a minimum of 10 feet of strippable coal.

Landis stated that as much as 850 square miles is underlain by coal in the North Park field. Specifically, he believed that 102 square miles of the field contained 3,735 million tons of coal. Most of the coal would have to be mined by underground methods.

Estimates of strippable resources are based on data from Erdmann and from drill hole log data from several exploration programs. Criteria, as previously defined, were followed in all cases except for maximum strippable depth, which was extended to 300 feet owing to the exceptional thicknesses of coal present. A total of 123,200,000 tons of strippable coal resource is estimated to be present in 4,204 acres of the field. Specific areas for which a strippable coal resource is estimated are shown in figure 12 and a tabulation, by township and range, is provided in table 12. Other areas along the western side of the park may be strippable but are not included in this compilation owing to lack of data.

TABLE 12. - Estimated strippable coal resources of the North Park coalfield

| Location | | Identified | | | Undiscovered | | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Township | Range | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Area (acres) | Quantity (thousand short tons) |
| T 7 N | R 81 W | 1,588 | 20 | 57,200 | 1,560 | 10 | 28,000 | 3,148 | 85,200 |
| | R 80 W | 1,056 | 20 | 38,000 | - | - | - | 1,056 | 38,000 |
| Total..... | | 2,644 | - | 95,200 | 1,560 | - | 28,000 | 4,204 | 123,200 |

BLM_0105177



FIGURE 12. - Strippable coal areas in the North Park coalfield.

LEGEND

Area for which strippable coal is estimated

BLM_0105178

50

## South Park Field

The South Park coalfield, in the South Park intermontane basin, is approximately 15 miles east of Fairplay in Park County.

The coal-bearing strata correlate with the Laramie Formation of Cretaceous age in the Denver basin and with the Vermejo Formation of Raton Mesa. The coalfield, geologically, is a 20-mile-long syncline, trending north to south. Coalbeds cropping out in the northwest are covered by a thrust-fault block in the east, and are faulted and eroded away in the south.

The coal-bearing strata dip steeply, 25° to 90°, at all outcrops. Washburne (113, p. 312) reported the existence of three coalbeds. Hornbaker and Holt (72, p. 12) stated that deep weathering and steep dips made mining difficult.

Landis (78) estimated the existence of 92 million tons of bituminous coal in 8 square miles of the field. He also stated that an additional 12 square miles may have minable resources. Landis did not differentiate between underground and strippable resources. However, considering the steep dips and the deep weathering, the South Park coalfield is considered to have no strippable coal resource. Additional exploration is unlikely to change this interpretation of the status of the field.

## Tongue Mesa Field (31)

The Tongue Mesa coalfield, lying on the northern flanks of the Uncompahgre Mountains, approximately 20 miles southeast of Montrose, is in parts in Gunnison, Montrose, and Ouray Counties. The largest town in the area is Montrose, the county seat of Montrose County. The field is served by U.S. Highway 550 and by a branch line of the Denver & Rio Grande Western Railroad terminating at Ridgway.

Tongue Mesa is an erosional outlier of the coal-bearing Cretaceous formations occurring in surrounding coalfields. The coal-bearing strata correlate with the Fruitland-Kirtland Formations of the San Juan basin and with the Paonia Shale of Grand Mesa in the Uinta region (72).

Coal-bearing strata of the mesa are intensely block-faulted; correlation of coalbeds between drill holes or outcrops is virtually impossible. There is some evidence that many of the outcrops are exposures of large slump or land-slide blocks, which give a false picture of the orientation of coalbeds in the mesa. The overall picture of the mesa is further confounded by almost total concealment by heavy vegetation, landslides, volcanic talus, and glacial debris.

The mesa contains at least two and, in places, four beds of coal. At least one bed in the southern end of the field ranges in thickness up to 40 feet. Coal is typically subbituminous B in rank.

A range of analyses for coal (as received) follows:

| | | |
|---|---|---|
| Moisture....................percent.. | 14.2 | 16.0 |
| Ash...............................do.... | 6.7 | 8.4 |
| Volatile matter................do.... | 36.0 | 47.3 |
| Fixed carbon...................do.... | 40.1 | 55.4 |
| Sulfur.........................do.... | 0.5 | 0.9 |
| Btu/lb.............................. | 9,360 | 10,220 |
| Ash softening temperature.......° F.. | 2,450 | 2,480 |

Kemmerer Coal Co. holds leases on virtually the entire field. No plans have been announced, but Kemmerer officials have stated that they have no intention of mining the field by surface methods.

Landis (78) reported in 1959 an estimated 2,355 million tons of coal in 58 square miles of the field. Hornbaker and Holt (72) stated in 1972 that there may be as much as 4,000 million tons. No strippable resource is considered likely for the field within the constraints used in this report. If the stripping depth were increased to 300 feet, a sizable quantity of coal could be strip mined. However, lack of information and complexity of the geology lead to a present estimate of no strippable coal.

## Gunnison River Field

The Gunnison River coalfield, on the northeast side of the Gunnison River, between Grand Junction and Delta, is in parts of Delta and Mesa Counties. Coal has never been produced from the field on a commercial basis; however, some coal was mined for local consumption around the turn of the century. Grand Junction, the county seat of Mesa County, is the largest city near the field. Access transportation is provided by U.S. Highway 50, which is immediately east of the shallow coal deposits, and by a branch line of the Denver & Rio Grande Western Railroad on the west side of the Gunnison River.

The coal-bearing strata are either in the Dakota Formation or the Mancos Shale. Insufficient work has been conducted to resolve the question definitely. Structurally, the field is a large monocline, originating on the flanks of the Uncompahgre uplift and dipping under Grand Mesa. Along the Gunnison River the strata dips gently northeasterly at an angle of 4° to 5°. The coalbeds are lenticular, thin, and discontinuous. The coal is probably bituminous. Although no recent analyses are available, the following range of analyses was provided by Woodruff (122).

| | As received | | Air dried | |
|---|---|---|---|---|
| Moisture.........percent.. | 3.1 | 5.7 | 2.5 | 3.7 |
| Volatile matter......do.... | 26.3 | 39.2 | 26.9 | 39.5 |
| Fixed carbon.........do.... | 38.8 | 51.7 | 34.9 | 52.0 |
| Ash..................do.... | 6.0 | 33.8 | 6.0 | 34.5 |
| Sulfur...............do.... | 0.8 | 1.89 | 0.82 | 1.90 |
| Btu/lb.................. | 8,370 | 12,110 | 8,550 | 13,170 |

52

The existence of strippable coal in the field is highly conjectural. Woodruff stated that all coalbeds were exceedingly thin, less than 2 feet; however, examination of a new road cut near Wells Canyon indicated that either the beds thicken away from the outcrop or that the thickest parts of the beds may be as much as 4 feet thick. This report cannot state definitively whether minable thicknesses of coal exist but there is a possibility that they do.

The area of interest consists of the rather extensive dip-slope occurring adjacent to the Gunnison River, generally between Highway 50 and the northeast side of the river canyon. A short distance east of Highway 50, the coalbeds are covered by excessive thicknesses of overburden. In the area of the dip-slope, overburden should be minimal, probably between 20 and 70 feet in thickness. At least one bed of hard, compact sandstone overlies the coal; therefore, coal weathering should be negligible.

The Gunnison River coalfield normally would not be considered a strippable coal resource owing to the apparent thinness of the coalbeds. However, the lateral extent of the dip-slope, the relative thinness of the overburden, and the proximity of rail transportation make further investigation desirable.

If minable coal, ranging in thickness between 2 and 4 feet, exists beneath the entire dip-slope, 19,334 acres containing 91,300,000 tons of coal may be present. Figure 13 shows the area deemed to contain some strippable resource. Table 13 contains a compilation of resources calculated for the area shown in figure 13.

TABLE 13. - Estimated strippable coal resources of the
Gunnison River coalfield

| Location | | Identified | | | Undiscovered | | | Total | |
| Town-ship | Range | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Thick-ness (feet) | Quan-tity (thou-sand short tons) | Area (acres) | Quan-tity (thou-sand short tons) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| T  2 S | R  100 W | 276 | 3 | 1,450 | - | - | - | 276 | 1,450 |
|  | R  99 W | 2,558 | 2 | 9,400 | - | - | - | 2,558 | 9,400 |
|  | R  2 E | 380 | 2 | 1,300 | - | - | - | 380 | 1,300 |
| T  3 S | R  99 W | 1,503 | 2 | 5,250 | - | - | - | 1,503 | 5,250 |
|  | R  2 E | 7,332 | 2 | 28,850 | - | - | - | 7,332 | 28,850 |
| T  4 S | R  3 E | 4,432 | 4 | 30,850 | - | - | - | 4,432 | 30,850 |
|  | R  2 E | 1,227 | 4 | 6,400 | - | - | - | 1,227 | 6,400 |
| T 15 S | R  97 W | 609 | 4 | 4,250 | - | - | - | 609 | 4,250 |
|  | R  97 W | 836 | 2 | 2,900 | - | - | - | 836 | 2,900 |
|  | R  96 W | 181 | 2 | 650 | - | - | - | 181 | 650 |
| Total....... | | 19,334 | - | 91,300 | - | - | - | 19,334 | 91,300 |



FIGURE 13. - Strippable coal areas in the Gunnison River coalfield.

LEGEND
Area for which strippable coal is estimated

Scale, miles

BLM_0105182

53

BLM_0105183

54



FIGURE 14. - A possible strippable coal deposit near Montrose.

Montrose Deposit (?)

Six water-well logs on file with the Colorado Division of Water Resources indicate the possible occurrence, near Montrose, of a significant, hitherto unreported deposit of coal which, if it exists, could be amenable to strip mining. The six logs reported the following information:

| Log number | Data reported |
|---|---|
| 1243 | Coal zone at 143 feet |
| 2038 | Coal zone at 121 feet |
| 2039 | Coal zone at 127 feet |
| 2742 | 3 feet of coal at 156 feet |
| 18803 | 10 feet of coal at 97 feet |
| 19144 | 10 feet of coal at 90 feet |

The accuracy of these data cannot be determined. In the course of conducting this study, many instances were found where water-well log data did not correlate well with other reliable data; however, many instances were found where the correlation was excellent.

The deposit is located immediately west of Montrose, Montrose County (fig. 14). Little or no geologic data are available for the area. The surface is probably Mancos Shale, but it could be Dakota Sandstone. In either case, coalbeds of such significant thickness and lateral extent would not be expected.

The existence of coal in this area is conjectural. No backup data of any kind, other than the six water-well logs, are available. Pending confirmation by further exploration, 13,684 acres may be considered as coal bearing and, if coal thicknesses are comparable with those used in table 14, 175,600,000 tons of strippable coal could be present.

TABLE 14. - Estimated strippable coal resources of a possible deposit near Montrose, Colo.

| Location | | Identified | | | Undiscovered | | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Township | Range | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Area (acres) | Thickness (feet) | Quantity (thousand short tons) | Area (acres) | Quantity (thousand short tons) |
| T 49 N | R 10 W | - | - | - | 1,721 | 3 | 9,000 | 1,721 | 9,000 |
|  | R 10 W | - | - | - | 5,953 | 8 | 83,000 | 5,953 | 83,000 |
| T 49 N | R 9 W | - | - | - | 1,426 | 8 | 19,800 | 1,426 | 19,800 |
| T 48 N | R 10 W | - | - | - | 4,137 | 8 | 57,600 | 4,137 | 57,600 |
|  | R 9 W | - | - | - | 447 | 8 | 6,200 | 447 | 6,200 |
| Total...... | | - | - | - | 13,684 | - | 175,600 | 13,684 | 175,600 |

56

## Canon City Field (114)

The Canon City coalfield, an erosional remnant of the Vermejo Formation, is in Fremont County.  Canon City, the largest town in the field, is the county seat of Fremont County, is situated 5,332 feet above sea level, has a population of approximately 9,500 persons (1972) and receives annual precipitation averaging 12.66 inches, much of which falls as snow.  The field is served by State Highways 115 and 67, and by two railroads, the Denver & Rio Grande Western and the Atchinson, Topeka and Santa Fe.

Coal is contained in the Upper Cretaceous Vermejo Formation, a northward extension of the lower coal zone of the Raton Mesa region.  As many as 16 coalbeds have been recognized in the field, but only 7 have significant commercial importance.  In ascending order, with ranges of bed thickness, the commercially important beds are as follows:  Rockvale, 3 feet to 3 feet 8 inches; Canon City, 3 feet to 7 feet 4 inches; Magnet, 4 feet 6 inches; Radiant (Jack-O-Lantern), 3 feet 4 inches to 4 feet 6 inches; Royal Gorge (Bassick), 4 feet; Chandler (Littel), 2 feet to 4 feet 6 inches; and Brookside, 4 feet 6 inches to 6 feet 7 inches (72).

Structurally, the Canon City field is an asymmetric syncline having gentle westerly dips on the east side and steep to moderate easterly dips on the west.  The western flank is locally faulted.

More than 39,440,000 tons of coal has been produced from the field since its inception in 1884.  In 1972, seven mines, two of which were surface pits, produced 214,948 tons, most of which was used locally or in Colorado Springs for power generation; none was exported from the State.  Although coal mine openings exist around the entire perimeter of the field, most underground and all surface activity has been concentrated along the eastern edge.  Ten strip mines have operated in the field since 1947:

| Mine | Years operated | Total production (tons) |
|---|---|---|
| Annex No. 2................... | 1963-72 | 108,935 |
| Beaver Strip................. | NA | 7,853 |
| Beer Strip (B&B Strip)....... | 1947-64 | 258,318 |
| Beer Strip No. 2............. | 1964-69 | 41,351 |
| Black Diamond............... | NA | NA |
| Carestia.................... | 1963-65 | 2,380 |
| Corley Strip................ | 1958-72 | 414,518 |
| Midway Strip (Beaver Strip).. | 1948-51 | 2,501 |
| Pioneer Strip............... | 1953-56 | 21,375 |
| Rex Carbon Strip............ | 1970 | 5,836 |

NA  Not available.

Most coal in the field is high-volatile C bituminous, nonslaking, non-agglomerating, and noncoking.  Hornbaker and Holt (72) provided the following range of analyses on an as received basis:

|  | Low | High |
|---|---|---|
| Moisture...............percent.. | 5.4 | 15 |
| Ash.......................do.... | 4.6 | 17.7 |
| Sulfur....................do.... | 0.3 | 1.1 |
| Btu/lb.......................... | 10,110 | 12,010 |
| Ash softening temperature...° F.. | 2,030 | 2,720 |

The Bureau of Mines data bank contains 1,272 analyses of Fremont County coals.  A summation of values, as received, regardless of bed or location, follows:

|  | High | Low | Mean |
|---|---|---|---|
| Moisture..........percent.. | 15.7 | 5.9 | 10.1 |
| Ash.................do.... | 23.4 | 4.3 | 9.8 |
| Volatile matter......do.... | 44.2 | 33.4 | 38.6 |
| Fixed carbon.........do.... | 57.0 | 40.5 | 51.5 |
| Sulfur..............do.... | 3.4 | 0.2 | 0.5 |
| Btu/lb.................... | 12,170 | 9,070 | 11,030 |

Greater detail of analyses, by bed, is provided in the appendix.

Landis (78), in 1959, estimated 295 million tons of bituminous coal in 36 square miles of the field.  Strippable coal was not differentiated from nonstrippable coal.  Although strippable coal is definitely present, there are no deposits of large areal extent; the strippable coal is located in the transition zone between the foothills and the plains, southwest of Florence, and in the valleys of T 20 S, R 69 W.  Individual deposits are difficult to identify without an extensive exploration program.  However, it it reasonable to assume that at least 10,200,000 tons of strippable coal are contained in 1,911 acres of the field.   Average recoverable thickness should approximate 3 feet, and overburden ratio should range between nil and 10:1.

BLM_0105186

58

## REFERENCES

1. Averitt, Paul.  Coking-Coal Deposits of the Western United States.  U.S.
   Geol. Survey, Bull. 1222-G, 1966.

2. Barb, C. F.  Selected Well Logs of Colorado.  Colo. School Mines Quart.,
   v. 41, No. 1, 1946.

3. Barnes, Harley.  Geology of the Ignacio Area, Ignacio and Pagosa Springs
   Quadrangles, La Plata and Archuleta Counties, Colorado.  U.S. Geol.
   Survey, Oil and Gas Inv. Map, OM-138, 1953.

4. Barnes, Harley, and others.  Geology and Fuel Resources of the Red Mesa
   Area, La Plata and Montezuma Counties, Colorado.  U.S. Geol. Survey,
   Oil and Gas Inv. Map, OM-149, 1954.

5. Bass, N. W., J. B. Eby, and M. R. Campbell.  Geology and Mineral Fuels of
   Parts of Routt and Moffat Counties, Colorado.  U.S. Geol. Survey,
   Bull. 1027-D, 1955, pp. 142-250.

6. Bass, N. W., and S. A. Northrop.  Geology of the Glenwood Springs
   Quadrangle and Vicinity, Northwestern Colorado.  U.S. Geol. Survey,
   Bull. 1142-J, 1963, 74 pp., 4 maps.

7. Beekly, A. L.  Geology and Coal Resources of North Park, Colo.
   U.S. Geol. Survey Bull. 596, 1915, 121 pp., 1 map.

8. Bradley, W. H.  Geology of Green River Formation and Associated Eocene
   Rocks in Southwestern Wyoming and Adjacent Parts of Colorado and Utah.
   U.S. Geol. Survey, Prof. Paper 496-A, 1964.

9. Bromfield, C. S.  Geology of the Mount Wilson Quadrangle, Western San
   Juan Mountains, Colorado.  U.S. Geol. Survey, Bull. 1227, 1967,
   pp. 93-94.

10. Bush, A. L., and C. S. Bromfield.  Geologic Map of the Dolores Peak
    Quadrangle, Dolores and San Miguel Counties, Colorado.  U.S. Geol.
    Survey, Quad. Map GQ-536, 1966.

11. Bush, A. L., and others.  Preliminary Geologic Map of the Little Cone
    Quadrangle, San Miguel County, Colorado.  U.S. Geol. Survey, Mineral
    Inv. Field Studies, Map MF-223, 1959.

12. Campbell, M. R.  The Twentymile Park District of the Yampa Coal Field,
    Routt County, Colorado.  U.S. Geol. Survey, Bull. 748, 1923, 82 pp,
    1 map.

13. Carter, W. D., and J. L. Gualtieri.  Preliminary Geologic Map of the
    Mount Peale 1 SE Quadrangle, Montrose County, Colorado, and San Juan
    County, Utah.  U.S. Geol. Survey, Mineral Inv. Field Studies, Map
    MF-123, 1957.

BLM_0105187

59

14.  Carter, W. D., and J. L. Gualtieri.  Geology and Uranium-Vanadium
     Deposits of the La Sal Quadrangle, San Juan County, Utah, and Montrose
     County, Colorado.  U.S. Geol. Survey Prof. Paper 508, 1965.

15.  Carter, W. D., and others.  Preliminary Geolgic Map of the Mount Peale 1
     NE Quadrangle, San Juan County, Utah, and Montrose County, Colorado.
     U.S. Geol. Survey, Mineral Inv. Field Studies Map MF-139, 1958.

16.  Cater, F. W., Jr.  Geologic Map of the Bull Canyon Quadrangle, Colorado.
     U.S. Geol. Survey, Geol. Quad. Map GQ-33, 1954.

17.  _____.  Geology of the Gateway Quadrangle, Colorado.  U.S. Geol. Survey,
     Geol. Quad. Map GQ-55, 1955.

18.  _____.  Geology of the Gypsum Gap Quadrangle, Colorado.  U.S. Geol.
     Survey, Geol. Quad. Map GQ-59, 1955.

19.  _____.  Geology of the Pine Mountain Quadrangle, Colorado.  U.S. Geol.
     Survey, Geol. Quad. Map GQ-60, 1955.

20.  _____.  Geologic Map of the Calamity Mesa Quadrangle, Colorado.  U.S.
     Geol. Survey, Geol. Quad. Map GQ-61, 1955.

21.  _____.  Geology of the Horse Range Mesa Quadrangle, Colorado.  U.S Geol.
     Survey, Geol. Quad. Map GQ-64, 1955.

22.  _____.  Geologic Map of the Naturita NW Quadrangle, Colorado.  U.S. Geol.
     Survey, Geol. Quad. Map GQ-65, 1955.

23.  _____.  Geology of the Hamm Canyon Quadrangle, Colorado.  U.S. Geol.
     Survey, Geol. Quad. Map GQ-69, 1955.

24.  _____.  Geologic Map of the Anderson Mesa Quadrangle, Colorado.  U.S.
     Geol. Survey, Geol. Quad. Map GQ-77, 1955.

25.  Cater, F. W., Jr., and others.  Geolgic Map of the Uravan Quadrangle,
     Colorado.  U.S. Geol. Survey, Map GQ-78, 1955.

26.  Coffin, R. C.  Radium, Uranium, and Vanadium Deposits of Southwestern
     Colorado.  Colorado Geol. Survey, Bull. 16, 1921.

27.  Colorado Interstate Gas Co.  Colorado Yearbook-1973.  Colorado Springs,
     Colo., 1973.

28.  Colorado Division of Mines.  Coal-1972.  Denver, Colo., 1973.

29.  Colorado Board of Land Commissioners.  State Land Ownership Maps.  Denver,
     Colo., 1958, 6 maps.

30.  Colton, R. B., and R. L. Lowrie.  Map Showing Mined Areas of the Boulder-
     Weld Coal Field, Colorado.  U.S. Geol. Survey, Misc. Field Studies
     Map MF-513, 1973.

BLM_0105188

60

31. Cross, W., and others.  Description of the Ouray Quadrangle.  U.S. Geol.
      Survey, Geol. Atlas 153, 1907.

32. Cullins, H. L.  Geologic Map of the Banty Point Quadrangle, Rio Blanco
      County, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-703, 1968.

33. _____.  Geologic Map of the Mellen Hill Quadrangle, Rio Blanco and
      Moffat Counties, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-835,
      1969.

34. Cullins, H. L., and W. E. Bowers.  East Cortez Coal Area, Montezuma
      County, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-835, 1965.

35. Dane, C. H., and C. H. Pierce.  Dawson and Laramie Formations in
      Southwestern Part of Denver Basin, Colorado.  Bull. Am. Assoc. Petrol.
      Geol. (Tulsa, Okla.), v. 20, No. 10, 1936, pp. 1308-1328.

36. Denver Post.  Coal Contract Signed for Craig Power Plant.  Denver, Colo.,
      Apr. 12, 1973, p. 93L.

37. Dickinson, R. G.  Geologic Map of the Cerro Summit Quadrangle, Montrose
      County, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-486, 1965.

38. Donnell, J. R.  Geology and Coal Resources of the Carbondale Area,
      Garfield, Pitkin, and Gunnison Counties, Colorado.  U.S. Geol. Survey,
      Open File Rept., 1962; available for consultation at the U.S. Geol.
      Survey library, Denver, Colo.

39. Dyni, J. R.  Geologic Map of the Elk Springs Quadrangle, Moffat County,
      Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-702, 1968.

40. Eicher, L. J., and others.  Preliminary Geologic Map and Sections of the
      Western Part of the Gateway District, Mesa County, Colorado, and Grand
      County, Utah.  U.S. Geol. Survey, Mineral Inv. Field Studies Map MF-122,
      1957.

41. Ekren, E. B., and F. N. Houser.  Preliminary Geologic Map of the Sentinel
      Peak NW Quadrangle, Montezuma County, Colorado.  U.S. Geol. Survey,
      Mineral Inv. Field Studies Map MF-132, 1957.

42. _____.  Preliminary Geologic Map of the Cortez SW Quadrangle, Montezuma
      County, Colorado.  U.S. Geol. Survey, Mineral Inv. Field Studies Map
      MF-217, 1959.

43. _____.  Preliminary Geologic Map of the Sentinel Peak NE Quadrangle,
      Montezuma County, Colorado.  U.S. Geol. Survey, Mineral Inv. Field
      Studies Map MF-224, 1959.

44. _____.  Geology and Petrology of the Ute Mountains Area, Colorado.
      U.S. Geol. Survey, Prof. Paper 508, 1965.

61

45. Emmons, S. F.  Anthracite--Crested Butte Folio.  U.S. Geol. Survey, Geol.
    Atlas 9, 1894.

46. Erdmann, C. E.  The Book Cliffs Coal Field in Garfield and Mesa Counties,
    Colorado.  U.S. Geol. Survey, Bull. 851.

47. _____.  Preliminary Report of the Geology of the Coalmont District,
    Jackson County, Colorado.  U.S. Geol. Survey, Open File Rept., 1941;
    available for consultation at the U.S. Geol. Survey library, Denver,
    Colo.

48. Fassett, J. E.  Subsurface Geology of the Upper Cretaceous Kirtland and
    Fruitland Formations of the San Juan Basin, New Mexico and Colorado.
    U.S. Geol. Survey Open File Rept. 734, 1964; available for consultation
    at the U.S. Geol. Survey library, Denver, Colo.

49. Fennemann, N. M.  Physiography of Western United States.  McGraw-Hill,
    New York, 1931, 534 pp.

50. Fennemann, N. M., and H. S. Gale.  The Yampa Coal Field, Routt County,
    Colorado.  U.S. Geol. Survey, Bull. 297, 1906, 81 pp.

51. Finley, E. A.  Geology of Dove Creek Area, Dolores and Montezuma Counties,
    Colorado.  U.S. Geol. Survey, Oil and Gas Inv. Map OM-120, 1951.

52. Finley, E. A., and others.  Preliminary Structure Contour Map of the
    Colorado Plains.  U.S. Geol. Survey, Oil and Gas Inv. Map OM-176, 1955.

53. Gale, H. S.  Coal Fields of the Danforth Hills and Grand Hogback in
    Northwestern Colorado.  U.S. Geol. Survey, Bull. 315, 1906, pp. 264-301.

54. _____.  Coal Fields of Northwestern Colorado and Northeastern Utah.
    U.S. Geol. Survey, Bull. 341, 1907, pp. 283-315.

55. _____.  Coal Fields of Northwestern Colorado and Northeastern Utah.
    U.S. Geol. Survey, Bull. 415, 1910, 265 pp., 22 plates.

56. Gaskill, D. L., and L. H. Godwin.  Geologic Map of the Marcellina
    Mountain Quadrangle, Gunnison County, Colorado.  U.S. Geol. Survey,
    Geol. Quad. Map GQ-511, 1966.

57. _____.  Geologic Map of the Marble Quadrangle, Gunnison and Pitkin
    Counties, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-512, 1966.

58. Gaskill, D. L., and G. H. Horn.  Northeast Rangely Coal Field, Rio
    Blanco and Moffat Counties, Colorado.  U.S. Geol. Survey Open File
    Rept. 627, 1961; available for consultation at the U.S. Geol. Survey
    library, Denver, Colo.

59. Gaskill, D. L., and others.  Geologic Map of the Oh-Be-Joyful Quadrangle,
    Gunnison County, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-578,
    1967.

BLM_0105190

62

60. Godwin, L. H.  Geologic Map of the Chair Mountain Quadrangle, Gunnison and Pitkin Counties, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-704, 1968.

61. Hail, W. J., Jr.  Geology of Northwestern North Park, Colorado. U.S. Geol. Survey, Bull. 1188, 1965, 133 pp.

62. _____.  Reconnaissance Geologic Map of the Hotchkiss Area, Delta and Montrose Counties, Colorado.  U.S. Geol. Survey, Misc. Geol. Inv. Map I-698, 1972.

63. Hancock, E. T.  Geology and Coal Resources of the Axial and Monument Butte Quadrangles, Moffat County, Colorado.  U.S. Geol. Survey, Bull. 757, 1925, 134 pp., 19 plates.

64. Hancock, E. T., and J. B. Ely.  Geology and Coal Resources of the Meeker Quadrangle, Moffat and Rio Blanco Counties, Colorado.  U.S. Geol. Survey, Bull. 812-C, 1930, 242 pp., 1 map.

65. Hansen, W. R.  Geologic Map of the Black Ridge Quadrangle, Delta and Montrose Counties, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-747, 1968.

66. Harbour, R. L., and G. H. Dixon.  Geology of the Trinidad-Aguilar Area, Las Animas and Huerfano Counties, Colorado.  U.S. Geol. Survey, Oil and Gas Inv. Map OM-174, 1956.

67. _____.  Coal Resources of Trinidad-Aguilar Area, Las Animas and Huerfano Counties, Colorado.  U.S. Geol. Survey, Bull. 1072-G, 1959.

68. Hills, R. C.  Elmoro Folio, Colorado.  U.S. Geol. Survey, Geol. Atlas 58, 1899.

69. _____.  Walsenburg Folio, Colorado.  U.S. Geol. Survey, Geol. Atlas 68, 1900.

70. _____.  Spanish Peaks Folio, Colorado.  U.S. Geol. Survey, Geol. Atlas 71, 1901.

71. Holt, R. D.  Bibliography, Coal Resources in Colorado.  Colorado Geol. Survey, Denver, Colo., Bull. 34-A, 1972.

72. Hornbaker, A. L., and R. D. Holt.  1972 Summary of Coal Resources in Colorado.  Colorado Geol. Survey, Denver, Colo., Special Pub. 3, 1972.

73. Houser, F. N., and E. B. Ekren.  Preliminary Geologic Map of the Moqui SW Quadrangle, Montezuma County, Colorado.  U.S. Geol. Survey, Mineral Inv. Field Study Map MF-216, 1959.

74. _____.  Preliminary Geologic Map of the Moqui SE Quadrangle, Montezuma County, Colorado.  U.S. Geol. Survey, Mineral Inv. Field Study Map MF-221, 1959.

75. Johnson, R. B.  Geology and Coal Resources of the Walsenburg Area,
      Huerfano County, Colorado.  U.S. Geol. Survey, Bull. 1042-0, 1956.

76. Johnson, R. B., and J. G. Stephans.  Coal Resources of the La Veta Area,
      Huerfano County, Colorado.  U.S. Geol. Survey, Coal Inv. Map C-20,
      1954.

77. Johnson, V. H.  Geology of the Paonia Coal Field, Delta and Gunnison
      Counties, Colorado.  U.S. Geol. Survey, Preliminary Map, 1948.

78. Landis, E. R.  Coal Resources of Colorado.  U.S. Geol. Survey,
      Bull. 1072-C, 1959.

79. Lee, W. T.  The Grand Mesa Coal Field.  U.S. Geol. Survey, Bull. 341,
      pt. 2, 1907, pp. 316-334.

80. _____.  Coal Fields of Grand Mesa and the West Elk Mountains, Colorado.
      U.S. Geol. Survey, Bull. 510, 1912.

81. Lowrie, R. L.  Analysis of the Coal Industry in Boulder-Weld Coalfield,
      Colorado.  BuMines RI 6726, 1966, 79 pp.

82. McGraw-Hill.  Keystone Coal Industry Manual.  McGraw-Hill Book Co., Inc.,
      New York, 1973.

83. McKay, E. J.  Geologic Map of the Atkinson Creek Quadrangle, Colorado.
      U.S. Geol. Survey, Geol. Quad. Map GQ-57, 1955.

84. _____.  Geologic Map of the Red Canyon Quadrangle, Colorado.  U.S. Geol.
      Survey, Geol. Quad. Map GQ-58, 1955.

85. Pratt, W. P., and others.  Geologic Map of the Rico Quadrangle, Dolores
      and Montezuma Counties, Colorado.  U.S. Geol. Survey, Quad. Map GQ-797,
      1969.

86. Read, C. B., and others.  Stratigraphy and Geologic Structure in the
      Piedra River Canyon, Archuleta County, Colorado.  U.S. Geol. Survey,
      Oil and Gas Inv. (Prelim.) Map 96, 1949.

87. Richardson, G. B.  Trinidad Coal Field.  U.S. Geol. Survey, Bull. 381,
      1908.

88. _____.  Book Cliffs Coal Field.  U.S. Geol. Survey, Bull. 371, 1909.

89. Rocky Mountain Association of Geologists (Denver, Colo.).  Geologic
      Atlas of the Rocky Mountain Region, 1972.

90. Schrader, F. C.  The Durango-Gallup Coal Field of Colorado and New
      Mexico.  Ch. in Contributions to Economic Geology, ed. by S. F. Emmons.
      U.S. Geol. Survey, Bull. 285-F, 1905, pp. 241-258.

BLM_0105192

64

91.  Scott, G. R.  Geology of the Littleton Quadrangle, Jefferson, Douglas, and Arapahoe Counties, Colorado.  U.S. Geol. Survey, Bull. 1121-L, 1962, 53 pp., 1 map.

92.  _____.  Bedrock Geology of the Kassler Quadrangle, Colorado.  U.S. Geol. Survey, Prof. Paper 421-B, 1963.

93.  Sears, J. D.  Geology and Oil and Gas Prospects of Part of Moffat County, Colorado, and Southern Sweetwater County, Wyoming.  U.S. Geol. Survey, Bull. 751-G, 1924, 59 pp., 1 map.

94.  Sears, J. D., and W. H. Bradley.  Relations of the Wasatch and Green River Formations in Northwestern Colorado and Southern Wyoming, With Notes on Oil Shale in the Green River Formation.  U.S. Geol. Survey, Prof. Paper 132-F, 1924, 14 pp.

95.  Shawe, D. R., and others.  Stratigraphy of Slick Rock District and Vicinity, San Miguel and Dolores Counties, Colorado.  U.S. Geol. Survey, Prof. Paper 576-A, 1968.

96.  Shoemaker, E. M.  Geologic Map of the Juanita Arch Quadrangle, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-81, 1955.

97.  Shoemaker, J. W., and others.  Strippable Low-Sulfur Coal Resources of the San Juan Basin in New Mexico and Colorado.  New Mexico BuMines and Mineral Resources Memoir 25, Socorro, N. Mex., 1971.

98.  Smith, E. E.  The Eastern Part of the Great Divide Basin Coal Field, Wyoming.  U.S. Geol. Survey, Bull. 341, 1909, pp. 220-242.

99.  Soister, P. E.  Geologic Map of the Hanover NW Quadrangle, El Paso County, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-725, 1968.

100.  _____.  Geologic Map of the Corral Bluffs Quadrangle, El Paso County, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-783, 1968.

101.  Spencer, F. D.  Geologic Map of the Louisville Quadrangle, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-151, 1961.

102.  Stokes, W. L., and D. A. Phoenix.  Geology of the Egnar-Gypsum Valley Area, San Miguel and Montrose Counties, Colorado.  U.S. Geol. Survey, Oil and Gas Inv. (Prelim.) Map 93, 1948.

103.  Taff, J. A.  The Durango Coal District, Colorado.  U.S. Geol. Survey, Bull. 316-F, 1907, pp. 321-337.

104.  Thomas, C. R.  Structure Contour Map of the Exposed Rocks in the Rangely Anticline.  U.S. Geol. Survey, Oil and Gas Inv. (Prelim.) Map 7, 1944.

BLM_0105193

65

105. Toenges, A. L., James J. Dowd, L. A. Turnbull, J. D. Davis, H. L. Smith, and V. A. Johnson.  Reserves, Petrographic and Chemical Characteristics, and Carbonizing Properties of Coal Occurring South of Dry Fork of Minnesota Creek, Gunnison County, Near Paonia, Colo., and the Geology of the Area.  BuMines Tech. Paper 721, 1949, 48 pp.

106. _____.  Coal Deposit, Coal Creek District, Gunnison County, Colorado.  BuMines Bull. 501, 1952, 83 pp.

107. U.S. Bureau of Land Management.  Public Land Statistics, 1971.

108. U.S. Bureau of Mines.  Strippable Reserves of Bituminous Coal and Lignite in the United States.  BuMines IC 8531, 1971, 148 pp.

109. U.S. Geological Survey.  Geologic Map of Colorado, 1935 (reprinted 1967).

110. Van Horn, Richard.  Bedrock Geology of the Golden Quadrangle, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-103, 1957.

111. Wanek, A. A.  Geology and Fuel Resources of the Mesa Verde Area, Montezuma and La Plata Counties, Colorado.  U.S. Geol. Survey, Bull. 1072-M, 1959.

112. _____.  Geologic Map of the Mesa Verde Area, Montezuma County, Colorado.  U.S. Geol. Survey, Oil and Gas Inv. Map OM-152, 1954.

113. Washburne, C. W.  The South Park Coal Field, Colorado.  U.S. Geol. Survey, Bull. 381-C, 1910, pp. 307-316.

114. _____.  Canon City Coal Field, Colorado.  U.S. Geol. Survey, Bull. 381-C, 1910, pp. 341-378.

115. Whitman, Cross, and others.  Description of the La Plata Quadrangle, Colorado.  U.S. Geol. Survey, Geol. Atlas 60, 1899.

116. Williams, P. L.  Geology, Structure and Uranium Deposits of the Moab Quadrangle, Colorado and Utah.  U.S. Geol. Survey, Misc. Geol. Inv. Map I-360, 1964, 2 sheets.

117. Withington, C. F.  Geologic Map of the Paradox Quadrangle, Colorado.  U.S. Geol. Survey, Geol. Quad. Map GQ-72, 1955.

118. Wood, G. H., Jr.  Geology and Coal Resources of Starkville-Western Area, Las Animas County, Colorado.  U.S. Geol. Survey, Bull. 1051, 1957.

119. Wood, G. H., Jr., and others.  Geology and Coal Resources of the Gulnare, Cuchara Pass and Stonewall Area, Huerfano and Las Animas Counties, Colorado.  U.S. Geol. Survey, Coal Inv. Map C-26, 1956.

BLM_0105194

66

120.  Wood, G. H., Jr., and others.  Geology and Coal Resources of the Stonewall-Tercio Area, Las Animas County, Colorado.  U.S. Geol. Survey, Coal Inv. Map C-4, 1951.

121.  _____.  Geology of Southern Part of Archuleta County, Colorado. U.S. Geol. Survey, Oil and Gas Inv. (Prelim.) Map 81, 1948.

122.  Woodruff, E. G.  The Coal Resources of Gunnison Valley, Mesa and Delta Counties, Colorado.  U.S. Geol. Survey, Bull. 471, 1912, pp. 565-573.

123.  Zapp, A. D.  Geology and Coal Resources of the Durango Area, La Plata and Montezuma Counties, Colorado.  U.S. Geol. Survey, Oil and Gas Inv. (Prelim.) Map 109, 1949, 2 sheets.

BLM_0105195

APPENDIX.--AVERAGE COAL ANALYSES, BY BED, FOR COLORADO COAL

| County and bed name | Number of analyses | Dry basis, percent | | | | | | | | | | | | | | | Btu/lb | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Moisture | | | Volatile matter | | | Fixed carbon | | | Ash | | | Sulfur | | | High | Low | Mean |
| | | High | Low | Mean | High | Low | Mean | High | Low | Mean | High | Low | Mean | High | Low | Mean | | | |
| Adams:  Uncorrelated.. | 4 | 35.0 | 18.9 | 23.7 | - | - | - | - | - | - | 11.4 | 4.8 | 7.9 | 0.6 | 0.4 | 0.4 | 12,220 | 10,740 | 11,370 |
| Archuleta: | | | | | | | | | | | | | | | | | | | |
| Uncorrelated.. ...... | 20 | 6.4 | 2.3 | 3.7 | 41.0 | 34.0 | 38.2 | 52.2 | 45.8 | 48.0 | 16.5 | 10.6 | 13.6 | 1.1 | .4 | .7 | 13,230 | 12,470 | 12,850 |
| Boulder: | | | | | | | | | | | | | | | | | | | |
| Laramie Tower....... | 6 | 21.8 | 18.7 | 20.5 | - | - | - | 57.9 | - | - | 4.9 | 4.3 | 4.5 | .6 | .4 | .5 | 12,800 | 12,410 | 12,560 |
| Uncorrelated........ | 159 | 23.3 | 11.3 | 19.1 | 41.3 | 36.3 | 38.9 | 57.9 | 47.2 | 53.7 | 14.6 | 4.7 | 7.3 | .7 | .2 | .4 | 12,730 | 11,110 | 12,280 |
| Delta: | | | | | | | | | | | | | | | | | | | |
| B.................. | 1 | 3.9 | 3.9 | 3.9 | 41.9 | 41.9 | 41.9 | 53.5 | 53.5 | 53.5 | 4.6 | 4.6 | 4.6 | .4 | .4 | .4 | 13,940 | 13,940 | 13,940 |
| C.................. | 19 | 9.8 | 7.4 | 8.8 | 42.4 | 40.8 | 41.8 | 54.6 | 52.9 | 53.9 | 5.3 | 3.2 | 4.2 | .6 | .5 | .5 | 13,750 | 13,360 | 13,570 |
| Uncorrelated........ | 254 | 20.0 | 2.9 | 9.8 | 43.1 | 36.6 | 40.0 | 56.5 | 46.9 | 52.9 | 13.9 | 3.0 | 7.0 | 1.7 | .4 | .6 | 14,060 | 11,730 | 13,150 |
| B and C............ | 1 | 6.6 | 6.6 | 6.6 | 39.6 | 39.6 | 39.6 | 51.9 | 51.9 | 51.9 | 8.5 | 8.5 | 8.5 | .5 | .5 | .5 | 13,330 | 13,330 | 13,330 |
| Douglas:  Uncorrelated | 2 | - | - | - | - | - | - | - | - | - | 8.7 | 8.7 | 8.7 | 2.2 | 1.4 | 1.8 | - | - | - |
| Elbert:  Uncorrelated. | 1 | 32.9 | 32.9 | 32.9 | 42.2 | 42.2 | 42.2 | 45.8 | 45.8 | 45.8 | 12.0 | 12.0 | 12.0 | .7 | .7 | .7 | 9,430 | 9,430 | 9,430 |
| El Paso: | | | | | | | | | | | | | | | | | | | |
| Laramie A........... | 39 | 26.9 | 19.2 | 24.3 | - | - | - | - | - | - | 10.5 | 5.2 | 7.3 | .6 | .3 | .4 | 13,020 | 10,750 | 11,500 |
| Fox Hill............ | 225 | 26.2 | 16.6 | 22.0 | 44.6 | 39.7 | 42.5 | 53.0 | 44.9 | 49.3 | 15.3 | 6.4 | 8.0 | .6 | .3 | .3 | 12,200 | 10,820 | 11,450 |
| Fremont: | | | | | | | | | | | | | | | | | | | |
| Various............. | 16 | 8.5 | 8.2 | 8.3 | 43.8 | 41.8 | 42.9 | 50.1 | 49.8 | 49.9 | 8.1 | 6.4 | 7.1 | 2.1 | 1.1 | 1.5 | 13,040 | 12,740 | 12,910 |
| Do.............. | 146 | 11.9 | 10.4 | 11.0 | 40.4 | 36.9 | 38.2 | 53.1 | 49.3 | 51.4 | 13.8 | 8.4 | 10.2 | .5 | .4 | .4 | 12,460 | 11,620 | 12,160 |
| Nonac.............. | 19 | 10.7 | 6.9 | 8.6 | 42.1 | 38.1 | 40.1 | 54.3 | 48.8 | 51.6 | 12.3 | 5.6 | 8.1 | 1.0 | .5 | .7 | 13,140 | 11,940 | 12,710 |
| Magnet............. | 26 | 10.0 | 7.0 | 8.3 | 43.6 | 38.3 | 40.4 | 54.0 | 45.9 | 51.0 | 12.5 | 6.3 | 8.5 | 1.8 | .4 | .9 | 13,090 | 12,150 | 12,740 |
| Zenith............. | 2 | 11.5 | 9.8 | 10.6 | 40.3 | 40.2 | 40.2 | 49.0 | 48.5 | 48.7 | 11.2 | 10.8 | 11.0 | 3.4 | 1.8 | 2.6 | 12,100 | 12,100 | 12,100 |
| Chandler........... | 23 | 9.7 | 5.9 | 8.6 | 41.8 | 36.5 | 38.8 | 56.4 | 40.5 | 50.9 | 21.9 | 6.1 | 10.1 | 1.7 | .5 | .7 | 13,050 | 10,660 | 12,390 |
| Rockvale........... | 4 | 10.3 | 8.3 | 9.0 | 40.3 | 35.8 | 38.4 | 53.7 | 46.5 | 51.3 | 17.7 | 6.0 | 10.1 | .7 | .5 | .6 | 13,210 | 11,350 | 12,540 |
| Brookside.......... | 445 | 14.2 | 7.4 | 10.1 | 42.7 | 34.5 | 38.5 | 56.1 | 45.7 | 51.2 | 19.6 | 5.7 | 10.2 | .7 | .2 | .4 | 13,000 | 10,750 | 12,190 |
| Jack-O-Lantern...... | 111 | 12.3 | 7.6 | 8.9 | 41.3 | 36.1 | 39.6 | 53.5 | 46.9 | 52.4 | 16.2 | 6.0 | 7.9 | 1.6 | .5 | .8 | 12,880 | 11,450 | 12,580 |
| Radiant............ | 9 | 10.5 | 8.3 | 9.1 | 41.9 | 37.8 | 39.9 | 51.6 | 45.8 | 49.5 | 16.4 | 6.8 | 10.5 | 1.8 | 1.3 | 1.4 | 12,960 | 11,530 | 12,390 |
| Uncorrelated........ | 470 | 15.7 | 7.8 | 10.3 | 44.2 | 33.4 | 38.2 | 57.0 | 43.2 | 51.7 | 23.4 | 4.3 | 9.9 | 2.4 | .4 | .5 | 13,150 | 10,400 | 12,240 |
| Jack-O-Lantern and Monarch........... | 1 | 10.9 | 10.9 | 10.9 | 39.4 | 39.4 | 39.4 | 49.8 | 49.8 | 49.8 | 10.8 | 10.8 | 10.8 | 1.0 | 1.0 | 1.0 | 12,110 | 12,110 | 12,110 |
| Garfield: | | | | | | | | | | | | | | | | | | | |
| Keystone........... | 4 | 10.3 | 3.7 | 5.8 | - | - | - | - | - | - | 9.7 | 5.6 | 7.8 | .4 | .3 | .3 | 13,700 | 12,290 | 13,110 |
| Carbonera.......... | 1 | 11.4 | 11.4 | 11.4 | - | - | - | - | - | - | 10.6 | 10.6 | 10.6 | .6 | .6 | .6 | 12,570 | 12,570 | 12,570 |
| A.................. | 6 | 8.9 | 5.3 | 6.9 | - | - | - | - | - | - | 17.8 | 5.3 | 10.7 | 2.3 | .7 | 1.0 | 13,120 | 11,150 | 12,580 |
| Wheeler............ | 17 | 8.3 | 3.4 | 5.5 | 42.5 | 39.8 | 41.3 | 51.4 | 46.3 | 49.8 | 13.9 | 5.9 | 9.0 | .7 | .3 | .5 | 13,320 | 10,600 | 12,720 |
| Anderson........... | 5 | 6.3 | 3.8 | 4.4 | 42.2 | 38.9 | 39.7 | 56.1 | 54.6 | 55.2 | 6.5 | 3.1 | 4.6 | .6 | .5 | .5 | 14,300 | 13,540 | 13,910 |
| B/Somerset......... | 1 | 7.7 | 7.7 | 7.7 | - | - | - | - | - | - | 7.7 | 7.7 | 7.7 | .9 | .9 | .9 | 13,110 | 13,110 | 13,110 |
| Bear/C/Juanita C.... | 3 | 6.9 | 5.6 | 6.3 | - | - | - | - | - | - | 5.5 | 3.7 | 4.8 | 1.2 | .8 | .9 | 13,170 | 13,170 | 13,170 |
| D/Oliver........... | 7 | 8.6 | 5.2 | 6.4 | - | - | - | - | - | - | 8.6 | 2.0 | 3.8 | 1.0 | .5 | .7 | 14,050 | 12,850 | 13,710 |
| E/Red Canon........ | 1 | 6.5 | 6.5 | 6.5 | - | - | - | - | - | - | 5.0 | 5.0 | 5.0 | .5 | .5 | .5 | 13,250 | 13,250 | 13,250 |
| Allen Sunshine...... | 25 | 12.7 | 3.5 | 6.6 | 44.5 | 38.9 | 40.6 | 56.8 | 48.5 | 52.1 | 11.3 | 4.0 | 6.6 | .8 | .4 | .5 | 14,140 | 12,310 | 13,250 |
| Uncorrelated........ | 188 | 16.4 | 2.9 | 6.7 | 44.7 | 34.1 | 40.1 | 57.0 | 44.4 | 51.4 | 21.5 | 2.3 | 8.3 | 2.8 | .4 | 1.0 | 13,730 | 11,190 | 12,940 |

BLM_0105196

68

| County and bed name | Number of analyses | Moisture | | | Volatile matter | | | Fixed carbon | | | Ash | | | Sulfur | | | Btu/lb | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | High | Low | Mean | High | Low | Mean | High | Low | Mean | High | Low | Mean | High | Low | Mean | High | Low | Mean |
| **Gunnison:** | | | | | | | | | | | | | | | | | | | |
| Various............ | 21 | 6.8 | 5.4 | 5.5 | 39.9 | 38.3 | 38.9 | 52.9 | 48.1 | 50.2 | 13.6 | 7.5 | 10.7 | 0.5 | 0.5 | 0.5 | 13,460 | 12,270 | 12,820 |
| Coal No. 1 Mesaverde | 2 | 10.2 | 3.3 | 6.7 | - | - | - | - | - | - | 5.6 | 3.9 | 4.7 | .9 | .4 | .6 | 14,510 | 13,430 | 13,970 |
| Coal No. 2 Mesaverde | 7 | 11.3 | 4.9 | 9.8 | - | - | - | - | - | - | 7.3 | 4.0 | 6.0 | 2.1 | .4 | .8 | 14,160 | 12,860 | 13,270 |
| Coal No. 3 Mesaverde | 2 | 5.5 | 3.9 | 4.7 | - | - | - | - | - | - | 5.3 | 3.7 | 4.5 | .4 | .4 | .4 | 14,020 | 13,730 | 13,870 |
| Coal No. 4 Mesaverde | 1 | 9.4 | 9.4 | 9.4 | - | - | - | - | - | - | 5.3 | 5.3 | 5.3 | .4 | .4 | .4 | 13,470 | 13,470 | 13,470 |
| Coal No. 5 Mesaverde | 1 | 6.1 | 6.1 | 6.1 | - | - | - | - | - | - | 4.6 | 4.6 | 4.6 | 1.1 | 1.1 | 1.1 | 12,960 | 12,960 | 12,960 |
| Coal No. 6 Mesaverde | 1 | 3.3 | 3.3 | 3.3 | - | - | - | - | - | - | 5.3 | 5.3 | 5.3 | .7 | .7 | .7 | 14,470 | 14,470 | 14,470 |
| Floresta........... | 1 | 3.0 | 3.0 | 3.0 | - | - | - | - | - | - | 7.7 | 7.7 | 7.7 | .7 | .7 | .7 | 13,920 | 13,920 | 13,920 |
| B................. | 33 | 8.2 | 4.4 | 5.2 | 41.0 | 38.2 | 39.8 | 52.9 | 49.2 | 51.1 | 12.0 | 7.0 | 9.0 | .6 | .4 | .4 | 13,480 | 12,810 | 13,180 |
| Juanita C.......... | 127 | 7.8 | 4.5 | 5.5 | 42.4 | 36.9 | 40.4 | 56.4 | 49.3 | 52.9 | 13.8 | 2.8 | 6.5 | 1.0 | .4 | .5 | 14,050 | 12,450 | 13,500 |
| Oliver............ | 40 | 8.5 | 4.2 | 5.8 | 41.8 | 38.9 | 40.4 | 54.3 | 50.5 | 52.5 | 10.4 | 4.6 | 7.0 | .8 | .4 | .5 | 13,950 | 12,820 | 13,410 |
| E................. | 87 | 8.3 | 4.4 | 5.6 | 42.5 | 38.7 | 40.9 | 57.2 | 51.5 | 54.3 | 7.9 | 2.8 | 4.7 | .9 | .4 | .5 | 14,130 | 13,350 | 13,830 |
| Uncorrelated....... | 86 | 18.5 | 1.3 | 7.0 | 45.1 | 6.2 | 35.0 | 88.1 | 49.8 | 58.5 | 12.6 | 3.3 | 6.4 | 1.3 | .3 | .6 | 14,620 | 12,450 | 13,420 |
| **Huerfano:** | | | | | | | | | | | | | | | | | | | |
| Various............ | 3 | 6.2 | 5.6 | 5.9 | 40.7 | 39.2 | 39.7 | 49.4 | 45.0 | 46.9 | 15.6 | 9.9 | 13.2 | .7 | .6 | .6 | 12,610 | 11,710 | 12,090 |
| New Rouse.......... | 4 | 13.4 | 3.9 | 6.3 | - | - | - | - | - | - | 22.3 | 7.8 | 12.8 | .7 | .6 | .6 | 13,600 | 11,430 | 12,850 |
| Pryor............. | 1 | 3.6 | 3.6 | 3.6 | - | - | - | - | - | - | 12.0 | 12.0 | 12.0 | .6 | .6 | .6 | 12,860 | 12,860 | 12,860 |
| Kebler No. 2....... | 7 | 8.6 | 7.0 | 7.8 | - | - | - | - | - | - | 9.7 | 8.3 | 8.9 | .7 | .5 | .5 | 12,970 | 12,420 | 12,710 |
| Mammoth........... | 9 | 19.2 | 5.3 | 7.5 | - | - | - | - | - | - | 17.8 | 8.0 | 10.7 | .9 | .5 | .5 | 12,910 | 12,180 | 12,710 |
| Lennox............ | 5 | 8.3 | 6.0 | 7.2 | - | - | - | - | - | - | 14.8 | 11.3 | 13.5 | .8 | .6 | .6 | 12,520 | 11,960 | 12,200 |
| Upper Rugby........ | 21 | 4.2 | 2.5 | 3.3 | 41.1 | 39.3 | 40.1 | 51.6 | 46.8 | 49.2 | 13.6 | 7.6 | 10.5 | 1.0 | .6 | .7 | 13,560 | 12,630 | 13,070 |
| Walsen............ | 23 | 8.2 | 4.7 | 6.6 | 41.0 | 37.1 | 38.7 | 52.1 | 46.3 | 49.0 | 14.5 | 7.5 | 12.2 | .7 | .5 | .5 | 12,960 | 11,720 | 12,270 |
| Lower Robinson..... | 9 | 6.3 | 2.9 | 5.0 | 40.6 | 35.2 | 37.8 | 50.7 | 45.7 | 48.1 | 18.9 | 11.3 | 13.9 | .7 | .6 | .6 | 12,950 | 11,180 | 12,230 |
| Upper Robinson..... | 92 | 6.7 | 3.2 | 5.1 | 41.3 | 36.6 | 38.4 | 54.2 | 44.4 | 50.5 | 19.0 | 7.6 | 11.0 | .8 | .5 | .5 | 13,610 | 11,480 | 12,580 |
| Cameron........... | 115 | 7.9 | 2.0 | 5.0 | 42.1 | 35.5 | 38.7 | 53.0 | 44.1 | 49.6 | 19.7 | 7.4 | 11.6 | 2.2 | .6 | .8 | 13,620 | 11,550 | 12,620 |
| Uncorrelated....... | 70 | 9.7 | 3.2 | 5.2 | 42.0 | 35.4 | 38.1 | 58.7 | 45.8 | 50.4 | 16.9 | 4.8 | 11.4 | 1.4 | .4 | .7 | 13,900 | 11,350 | 12,490 |
| **Jackson:** | | | | | | | | | | | | | | | | | | | |
| Mitchell mine...... | 2 | 20.7 | 16.8 | 18.7 | - | - | - | - | - | - | 12.6 | 11.5 | 12.0 | 1.0 | 1.0 | 1.0 | 11,400 | 11,330 | 11,370 |
| Monohan........... | 1 | 19.7 | 19.7 | 19.7 | - | - | - | - | - | - | 4.4 | 4.4 | 4.4 | .9 | .9 | .9 | 12,810 | 12,810 | 12,810 |
| Riach............. | 5 | 22.8 | 13.6 | 18.7 | - | - | - | - | - | - | 13.0 | 8.9 | 10.7 | .9 | .3 | .5 | 11,850 | 11,130 | 11,500 |
| Sudduth........... | 6 | 20.0 | 15.6 | 17.2 | - | - | - | - | - | - | 7.8 | 3.3 | 4.8 | .8 | .1 | .2 | 12,970 | 11,930 | 12,550 |
| Uncorrelated....... | 22 | 21.9 | 11.9 | 15.4 | 43.4 | 39.4 | 40.0 | 56.4 | 47.1 | 53.3 | 13.4 | 3.1 | 6.6 | .9 | .2 | .4 | 13,070 | 11,130 | 12,190 |
| **Jefferson:** | | | | | | | | | | | | | | | | | | | |
| Uncorrelated........ | 24 | 21.5 | 16.4 | 18.9 | 43.0 | 38.3 | 40.8 | 55.7 | 50.1 | 53.4 | 7.0 | 4.8 | 5.7 | .9 | .3 | .4 | 12,370 | 11,850 | 12,150 |
| **La Plata:** | | | | | | | | | | | | | | | | | | | |
| Carbonera......... | 1 | 7.1 | 7.1 | 7.1 | - | - | - | - | - | - | 13.6 | 13.6 | 13.6 | .6 | .6 | .6 | | | |
| Uncorrelated....... | 270 | 10.7 | 1.5 | 3.9 | 42.7 | 28.4 | 39.7 | 58.0 | 43.1 | 52.7 | 28.5 | 2.5 | 7.5 | 5.1 | .4 | 1.5 | 14,790 | 10,650 | 13,650 |
| **Larimer:** Uncorrelated | 7 | 33.0 | 29.3 | 31.9 | - | - | - | - | - | - | 14.7 | 8.7 | 12.0 | 4.8 | .9 | 2.4 | 11,190 | 10,570 | 10,970 |
| **Las Animas:** | | | | | | | | | | | | | | | | | | | |
| Vermejo A.......... | 1 | 2.5 | 2.5 | 2.5 | - | - | - | - | - | - | 17.4 | 17.4 | 17.4 | .9 | .9 | .9 | 12,300 | 12,300 | 12,30 |
| Vermejo B.......... | 2 | 2.5 | 2.4 | 2.4 | - | - | - | - | - | - | 15.7 | 11.4 | 13.5 | .7 | .6 | .6 | 13,380 | 12,750 | 13,070 |
| Cokedale.......... | 5 | 2.7 | 2.1 | 2.4 | - | - | - | - | - | - | 20.0 | 11.6 | 16.4 | .6 | .5 | .5 | 13,210 | 12,630 | 12,920 |
| Lower Sopris........ | 4 | 6.0 | 1.6 | 3.7 | - | - | - | - | - | - | 18.1 | 9.8 | 13.3 | .7 | .6 | .6 | 14,120 | 13,530 | 13,830 |

BLM_0105197

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Berwind............ | 9 | 6.4 | 1.6 | 3.4 | - | - | - | - | - | - | 15.0 | 8.0 | 11.6 | 1.0 | 0.6 | 0.7 | 14,070 | 12,970 | 13,470 |
| Vermejo No. 2....... | 1 | 2.0 | 2.0 | 2.0 | - | - | - | - | - | - | 16.0 | 16.0 | 16.0 | .7 | .7 | .7 | 12,720 | 12,720 | 12,720 |
| Vermejo No. 3....... | 1 | 2.3 | 2.3 | 2.3 | - | - | - | - | - | - | 11.3 | 11.3 | 11.3 | .7 | .7 | .7 | 13,760 | 13,760 | 13,760 |
| Allen.............. | 7 | 5.8 | 1.0 | 4.0 | 38.8 | 32.4 | 34.3 | 50.1 | 41.3 | 44.3 | 26.3 | 11.1 | 21.3 | .5 | .4 | .4 | 13,300 | 10,940 | 11,740 |
| Hastings........... | 3 | 2.0 | 1.9 | 1.9 | 35.1 | 33.7 | 34.3 | 48.8 | 48.5 | 48.6 | 17.8 | 16.1 | 17.0 | .7 | .7 | .7 | 12,770 | 12,400 | 12,570 |
| Lower Starkville.... | 16 | 2.6 | 1.2 | 1.8 | 31.6 | 28.2 | 30.0 | 52.6 | 49.6 | 51.4 | 22.2 | 16.1 | 18.4 | .9 | .6 | .7 | 12,820 | 11,870 | 12,440 |
| Morley............. | 13 | 2.4 | 1.3 | 1.8 | 32.2 | 30.8 | 31.4 | 55.7 | 50.5 | 53.5 | 17.9 | 12.2 | 15.0 | .9 | .6 | .7 | 13,440 | 12,450 | 12,920 |
| Upper Ludlow........ | 1 | 2.1 | 2.1 | 2.1 | 33.9 | 33.9 | 33.9 | 46.9 | 46.9 | 46.9 | 19.2 | 19.2 | 19.2 | .7 | .7 | .7 | 12,180 | 12,180 | 12,180 |
| Upper Rugby........ | 1 | 3.1 | 3.1 | 3.1 | - | - | - | - | - | - | 11.1 | 11.1 | 11.1 | .5 | .5 | .5 | 12,960 | 12,960 | 12,960 |
| Rapson............. | 35 | 3.9 | 1.0 | 2.2 | 37.3 | 33.1 | 36.0 | 53.6 | 45.3 | 51.2 | 20.1 | 9.4 | 12.7 | .8 | .5 | .6 | 13,510 | 11,650 | 12,900 |
| Walsen............. | 115 | 4.0 | 1.9 | 2.3 | 38.6 | 32.8 | 35.7 | 55.4 | 45.8 | 51.4 | 19.6 | 9.6 | 12.7 | .8 | .5 | .6 | 13,430 | 11,810 | 12,900 |
| Frederick.......... | 7 | 2.1 | 1.6 | 1.8 | 31.8 | 28.6 | 30.3 | 56.1 | 48.5 | 53.2 | 22.9 | 12.1 | 16.4 | .6 | .5 | .5 | 13,510 | 11,550 | 12,760 |
| Lower Robinson...... | 4 | 2.9 | 2.7 | 2.7 | 38.9 | 36.1 | 37.1 | 52.5 | 51.9 | 52.1 | 11.8 | 8.6 | 10.7 | .8 | .6 | .6 | 13,420 | 12,970 | 13,140 |
| Cass............... | 9 | 2.6 | 2.0 | 2.4 | 37.5 | 34.9 | 36.2 | 49.1 | 46.8 | 47.6 | 17.7 | 13.4 | 16.1 | .8 | .7 | .7 | 12,770 | 12,110 | 12,880 |
| Delagua No. 1....... | 1 | 3.1 | 3.1 | 3.1 | 37.2 | 37.2 | 37.2 | 52.4 | 52.4 | 52.4 | 10.4 | 10.4 | 10.4 | .5 | .5 | .5 | 13,120 | 13,120 | 13,120 |
| Majestic........... | 22 | 2.3 | 1.6 | 1.9 | 32.5 | 29.6 | 31.2 | 53.3 | 43.7 | 49.8 | 26.7 | 14.5 | 18.9 | .7 | .5 | .5 | 12,940 | 10,850 | 12,210 |
| Lower Ludlow........ | 67 | 2.2 | 1.0 | 1.6 | 34.5 | 27.0 | 32.4 | 56.6 | 48.8 | 52.4 | 19.9 | 8.9 | 15.1 | .8 | .5 | .6 | 13,840 | 11,990 | 12,800 |
| Empire............. | 6 | 4.5 | 2.8 | 3.4 | 34.4 | 30.4 | 32.1 | 57.7 | 54.5 | 56.0 | 13.3 | 9.7 | 11.7 | .8 | .6 | .7 | 13,540 | 12,880 | 13,220 |
| Primero............ | 57 | 4.6 | 1.4 | 2.7 | 34.2 | 30.9 | 32.4 | 57.1 | 45.3 | 50.4 | 23.8 | 10.2 | 17.1 | .7 | .4 | .5 | 13,520 | 11,210 | 12,320 |
| Cameron............ | 37 | 7.9 | 1.0 | 2.1 | 40.5 | 34.7 | 35.6 | 55.2 | 49.9 | 53.3 | 14.9 | 7.5 | 10.9 | .8 | .6 | .6 | 13,670 | 12,620 | 13,290 |
| Bear Canyon No. 6... | 105 | 4.3 | 1.4 | 1.8 | 36.8 | 31.3 | 35.0 | 58.7 | 49.1 | 54.7 | 14.3 | 7.1 | 10.2 | .8 | .5 | .6 | 14,080 | 12,800 | 13,510 |
| Uncorrelated........ | 82 | 3.9 | 1.3 | 2.4 | 40.4 | 28.2 | 34.6 | 66.2 | 45.6 | 52.6 | 22.6 | 5.6 | 12.7 | 1.1 | .4 | .6 | 14,510 | 11,700 | 13,010 |
| Upper and Lower Ludl | 56 | 2.2 | 1.3 | 1.6 | 36.2 | 31.5 | 34.6 | 51.1 | 45.5 | 49.8 | 21.8 | 13.5 | 15.4 | .8 | .6 | .7 | 12,990 | 11,680 | 12,700 |
| **Mesa:** | | | | | | | | | | | | | | | | | | | |
| Anchor............. | 1 | 9.4 | 9.4 | 9.4 | - | - | - | - | - | - | 6.5 | 6.5 | 6.5 | 1.2 | 1.2 | 1.2 | 13,380 | 13,380 | 13,380 |
| Palisade........... | 129 | 11.8 | 3.3 | 8.7 | 41.5 | 35.7 | 39.6 | 55.2 | 39.0 | 51.2 | 25.3 | 4.9 | 9.0 | 2.1 | .5 | .8 | 13,840 | 10,310 | 12,960 |
| Cameo.............. | 160 | 10.2 | 4.1 | 7.5 | 40.5 | 36.4 | 38.5 | 54.5 | 47.2 | 50.7 | 15.2 | 5.2 | 10.6 | 1.2 | .5 | .6 | 13,590 | 11,920 | 12,710 |
| Uncorrelated........ | 20 | 10.0 | 6.8 | 8.8 | 42.0 | 37.4 | 40.1 | 54.1 | 48.5 | 52.1 | 11.2 | 5.9 | 7.7 | 1.7 | .6 | .9 | 13,590 | 12,600 | 13,240 |
| **Moffat:** | | | | | | | | | | | | | | | | | | | |
| A.................. | 5 | 23.3 | 11.7 | 17.6 | - | - | - | - | - | - | 9.4 | 4.7 | 7.0 | 1.0 | .3 | .5 | 12,670 | 11,550 | 12,050 |
| Black Diamond group. | 1 | 12.5 | 12.5 | 12.5 | - | - | - | - | - | - | 7.8 | 7.8 | 7.8 | .8 | .8 | .8 | 12,410 | 12,410 | 12,410 |
| Collum............. | 72 | 14.7 | 8.5 | 10.8 | 49.7 | 39.3 | 42.3 | 56.3 | 47.2 | 53.7 | 6.2 | 2.7 | 3.8 | .5 | .2 | .3 | 13,340 | 12,770 | 13,130 |
| Uncorrelated........ | 7 | 16.0 | 13.7 | 14.6 | 39.9 | 37.4 | 38.8 | 55.6 | 53.2 | 54.4 | 9.4 | 5.4 | 6.7 | .5 | .3 | .3 | 12,730 | 12,030 | 12,470 |
| **Montezuma:** | | | | | | | | | | | | | | | | | | | |
| Uncorrelated........ | 18 | 7.8 | 3.0 | 5.5 | 41.9 | 31.4 | 36.1 | 61.7 | 49.7 | 55.4 | 17.1 | 3.7 | 8.4 | 1.0 | .5 | .6 | 14,340 | 12,200 | 13,510 |
| **Montrose:** | | | | | | | | | | | | | | | | | | | |
| Uncorrelated........ | 17 | 13.5 | 2.8 | 5.4 | 34.6 | 32.1 | 33.5 | 59.3 | 53.6 | 56.3 | 12.8 | 6.1 | 10.0 | 1.0 | .5 | .7 | 13,760 | 11,570 | 13,090 |
| Ouray:   Uncorrelated.. | 2 | 16.0 | 15.5 | 15.7 | - | - | - | - | - | - | 9.9 | 8.0 | 8.9 | .9 | .6 | .7 | 12,170 | 11,890 | 12,030 |
| **Park:** | | | | | | | | | | | | | | | | | | | |
| Como............... | 1 | 15.5 | 15.5 | 15.5 | - | - | - | - | - | - | 7.5 | 7.5 | 7.5 | .5 | .5 | .5 | 11,570 | 11,570 | 11,570 |
| Uncorrelated........ | 1 | 15.5 | 15.5 | 15.5 | - | - | - | - | - | - | 7.6 | 7.6 | 7.6 | .6 | .6 | .6 | 11,570 | 11,570 | 11,570 |
| **Pitkin:** | | | | | | | | | | | | | | | | | | | |
| Placita............ | 1 | 2.2 | 2.2 | 2.2 | - | - | - | - | - | - | 6.8 | 6.8 | 6.8 | .5 | .5 | .5 | 14,440 | 14,440 | 14,440 |

BLM_0105198

| County and bed name | Number of analyses | Moisture | | | Volatile matter | | | Fixed carbon | | | Ash | | | Sulfur | | | Btu/lb | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | High | Low | Mean | High | Low | Mean | High | Low | Mean | High | Low | Mean | High | Low | Mean | High | Low | Mean |
| Pitkin (Con.): | | | | | | | | | | | | | | | | | | | |
| A.................. | 1 | 3.5 | 3.5 | 3.5 | 30.3 | 30.3 | 30.3 | 55.6 | 55.6 | 55.6 | 14.1 | 14.1 | 14.1 | 1.2 | 1.2 | 1.2 | 13,300 | 13,300 | 13,300 |
| B.................. | 1 | 2.6 | 2.6 | 2.6 | 30.8 | 30.8 | 30.8 | 60.3 | 60.3 | 60.3 | 8.9 | 8.9 | 8.9 | 1.0 | 1.0 | 1.0 | 14,110 | 14,110 | 14,110 |
| Anderson........... | 4 | 3.6 | 2.3 | 3.0 | 34.9 | 32.4 | 33.6 | 59.5 | 57.5 | 58.5 | 8.1 | 7.5 | 7.6 | .7 | .6 | .6 | 14,230 | 13,980 | 14,100 |
| Allen/Sunshine...... | 12 | 3.8 | 1.0 | 2.3 | 38.5 | 37.6 | 38.1 | 53.7 | 53.5 | 53.5 | 9.0 | 3.6 | 7.5 | .8 | .4 | .5 | 15,370 | 13,380 | 14,070 |
| Uncorrelated........ | 4 | 7.6 | .8 | 4.0 | 23.4 | 22.7 | 23.0 | 69.0 | 66.1 | 68.0 | 11.2 | 8.1 | 8.9 | .7 | .6 | .6 | 14,550 | 13,900 | 14,360 |
| A and Anderson...... | 1 | 4.8 | 4.8 | 4.8 | 30.3 | 30.3 | 30.3 | 56.8 | 56.8 | 56.8 | 12.9 | 12.9 | 12.9 | .9 | .9 | .9 | 13,330 | 13,330 | 13,330 |
| A and B............ | 1 | 3.1 | 3.1 | 3.1 | 29.5 | 29.5 | 29.5 | 58.2 | 58.2 | 58.2 | 12.3 | 12.3 | 12.3 | 1.1 | 1.1 | 1.1 | 13,640 | 13,640 | 13,640 |
| Rio Blanco: | | | | | | | | | | | | | | | | | | | |
| Uncorrelated......... | 65 | 15.5 | 7.9 | 11.7 | 44.4 | 37.0 | 40.7 | 56.1 | 49.1 | 52.3 | 12.0 | 3.7 | 6.9 | 1.1 | .3 | .5 | 13,300 | 12,000 | 12,710 |
| Routt: | | | | | | | | | | | | | | | | | | | |
| Upper part Mesaverde | 4 | 15.9 | 14.2 | 15.0 | - | - | - | - | - | - | 5.9 | 4.5 | 5.1 | 1.0 | .4 | .6 | 12,970 | 12,730 | 12,870 |
| Middle group William | 3 | 12.5 | 11.0 | 11.8 | - | - | - | - | - | - | 12.0 | 6.2 | 8.2 | .6 | .5 | .5 | - | - | - |
| Bear River.......... | 6 | 10.5 | 9.1 | 9.8 | - | - | - | - | - | - | 7.2 | 5.5 | 6.0 | .7 | .3 | .5 | 13,110 | 12,920 | 13,040 |
| Lower group--Iles... | 7 | 12.2 | 8.6 | 10.5 | - | - | - | - | - | - | 11.2 | 4.7 | 6.3 | 1.8 | .5 | 1.0 | 13,340 | 12,960 | 13,150 |
| Lower group 3--Iles. | 1 | 9.0 | 9.0 | 9.0 | - | - | - | - | - | - | 5.9 | 5.9 | 5.9 | .5 | .5 | .5 | 13,150 | 13,150 | 13,150 |
| Wolf Creek.......... | 7 | 13.0 | 7.9 | 9.9 | 43.0 | 36.0 | 41.0 | 49.2 | 46.8 | 47.9 | 15.5 | 9.2 | 11.0 | .7 | .5 | .5 | 12,550 | 11,230 | 12,120 |
| Pinnacle............ | 178 | 12.6 | 5.9 | 8.4 | 42.9 | 36.1 | 40.3 | 58.2 | 47.2 | 52.2 | 16.5 | 2.8 | 7.3 | .9 | .3 | .6 | 13,640 | 11,510 | 12,930 |
| Wadge............... | 786 | 18.3 | 6.2 | 9.8 | 43.3 | 37.0 | 40.3 | 55.4 | 47.7 | 52.0 | 13.2 | 3.4 | 7.6 | 1.8 | .3 | .5 | 13,450 | 11,620 | 12,610 |
| Lennox.............. | 335 | 15.5 | 7.6 | 8.7 | 45.9 | 39.9 | 44.0 | 54.6 | 48.8 | 51.5 | 8.1 | 2.6 | 4.4 | 2.8 | .6 | 1.9 | 13,370 | 12,510 | 13,170 |
| Dry Creek........... | 5 | 14.7 | 14.2 | 14.4 | 38.2 | 36.8 | 37.6 | 56.2 | 55.8 | 55.9 | 7.4 | 5.6 | 6.4 | .5 | .4 | .4 | 12,840 | 12,510 | 12,700 |
| Uncorrelated........ | 205 | 16.7 | 5.6 | 9.4 | 43.8 | 36.3 | 40.2 | 58.2 | 47.7 | 51.5 | 12.4 | 3.2 | 8.2 | 2.1 | .2 | .9 | 13,450 | 11,470 | 12,730 |
| San Miguel: | | | | | | | | | | | | | | | | | | | |
| Uncorrelated......... | 1 | 2.8 | 2.8 | 2.8 | 36.1 | 36.1 | 36.1 | 55.7 | 55.7 | 55.7 | 8.2 | 8.2 | 8.2 | 1.5 | 1.5 | 1.5 | 13,790 | 13,790 | 13,790 |
| Weld: Uncorrelated... | 2,012 | 26.2 | 6.6 | 21.2 | 42.9 | 36.8 | 38.7 | 57.5 | 49.6 | 54.9 | 10.1 | 4.4 | 6.2 | .9 | .2 | .4 | 13,210 | 11,900 | 12,460 |

☆ U.S. GOVERNMENT PRINTING OFFICE : 1976   O—215-778

BLM_0105199

# RESOURCE SERIES 37

# Geology and Mineral Resources of Gunnison County, Colorado

By Randall K. Streufert

With sections on
COAL RESOURCES by Wynn Eakins
and
PETROLEUM RESOURCES by H. Thomas Hemborg



Bill Owens, Governor, State of Colorado
Greg E. Walcher, Director, Department of Natural Resources
Vicki Cowart, State Geologist, Colorado Geological Survey
Denver, Colorado
1999

BLM_0105200

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF MINES

RESERVES, PETROGRAPHIC AND CHEMICAL CHAR-
ACTERISTICS, AND CARBONIZING PROPERTIES OF
COAL OCCURRING SOUTH OF DRY FORK OF
MINNESOTA CREEK, GUNNISON COUNTY, NEAR
PAONIA, COLO., AND THE GEOLOGY OF THE AREA

TECHNICAL PAPER 721

BLM_0105201

UNITED STATES DEPARTMENT OF THE INTERIOR

J. A. KRUG, Secretary

BUREAU OF MINES

JAMES BOYD, Director

———

Technical Paper 721

———

## RESERVES, PETROGRAPHIC AND CHEMICAL CHARACTERISTICS, AND CARBONIZING, PROPERTIES OF COAL OCCURRING SOUTH OF DRY FORK OF MINNESOTA CREEK, GUNNISON COUNTY, NEAR PAONIA, COLO., AND THE GEOLOGY OF THE AREA

By

ALBERT L. TOENGES, JAMES J. DOWD, LOUIS
A. TURNBULL, J. D. DAVIS, H. L. SMITH
and VARD H. JOHNSON

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1949

For sale by the Superintendent of Documents, U. S. Government Printing Office
Washington 25, D. C.   -   Price 30 cents

BLM_0105202

# CONTENTS

|                                                                                | Page |
|--------------------------------------------------------------------------------|------|
| Introduction                                                                   | 1    |
| Part I.—Investigation of the field and estimated reserves                      | 2    |
| Description of the area                                                        | 2    |
| Topography                                                                     | 3    |
| Climate                                                                        | 3    |
| Preliminary examination                                                        | 3    |
| Description of coal beds in mines, adits, and outcrops                         | 3    |
| Road building                                                                  | 7    |
| Diamond drilling                                                               | 8    |
| Progress of drilling                                                           | 9    |
| Strata penetrated in drilling                                                  | 10   |
| Interpretation of drilling results                                             | 11   |
| Reserves                                                                       | 12   |
| Part II.—Petrography of the coal                                               | 13   |
| Megascopic examination                                                         | 13   |
| Description of coal from hole 5–33                                             | 16   |
| Microscopic examination                                                        | 17   |
| Part III.—Carbonizing properties of the coal                                   | 20   |
| Analyses of coals                                                              | 20   |
| Yields of carbonization products                                               | 22   |
| Property of the gas                                                            | 22   |
| Analyses of cokes                                                              | 23   |
| Physical properties of coke                                                    | 23   |
| Part IV.—Geology of the Minnesota Creek area, Delta and Gunnison Counties, Colo. | 30   |
| Stratigraphy                                                                   | 30   |
| Mancos shale                                                                   | 30   |
| Mesaverde formation                                                            | 30   |
| Rollins sandstone member                                                       | 30   |
| Lower coal member                                                              | 31   |
| Upper coal member                                                              | 31   |
| Barren member                                                                  | 32   |
| Ohio Creek conglomerate and Wasatch ("Ruby") formation                        | 32   |
| Part V.—Summary and conclusions                                                | 33   |
| Appendix                                                                       | 33   |
| Detailed logs of drill holes                                                   | 34   |
| Chemical analyses of coals                                                     | 43   |

## TABLES

| 1. Depth and thickness of coal beds penetrated in holes 1–33 and 5–33 | 11 |
|---|---|
| 2. Petrographic analyses of coals from hole 5–33 | 17 |
| 3. Petrographic analyses of coals from hole 4–10 | 19 |
| 4. Analyses of coals, as-carbonized basis | 20 |
| 5. Yields of carbonization products, as-carbonized basis | 22 |
| 6. Physical and chemical properties of gas | 23 |
| 7. Analyses of cokes, dry basis | 29 |
| 8. Tumbler test results (Columbia Steel Co. methods) | 29 |
| 9. Chemical analyses of coal cores | 43 |

III

BLM_0105203

IV                                    CONTENTS

## ILLUSTRATIONS

Fig.                                                                                    Page
1. Minnesota Creek area east of Paonia, Colo_____ 2
2. Part of United States Geological Survey, Mt. Gunnison Quadrangle,
   Gunnison County, Colo._____ 2
3. Looking up Dry Fork Canyon of Minnesota Creek Road to area trend-
   ing from lower right to upper center_____ 3
4. Coal bed at Beckman prospect_____ 6
5. Outcrop of coal bed near water flow meter_____ 6
6. Diamond drill set-up at hole 3-4_____ 9
7. An 8-inch coal core from hole 5-33.   Core lifter on base of core_____ 10
8. An 8-inch coal core 16 feet 2 inches long, from drill hole 5-33, split along
   natural fracture planes_____ 14
9. An 8-inch coal core 16 feet 2 inches long, from drill hole 5-33, split along
   natural fracture planes_____ 15
10. Coal lengths of cores from drill holes in Minnesota Creek area_____ 17
11. A, Cross section of anthraxylon from coal at depth of 399 feet 8 inches
    in hole 5-33 (× 150); B, Cross section of attrital coal from coal at
    depth of 402 feet 10 inches in hole 5-33 (× 150)_____ 18
12. Oxygen-content and heating-value chart_____ 21
13. BM-AGA 900° C. char made from 8-inch core, hole 5-33:
    A, Sample 201, coal from 266 feet 9 inches to 273 feet 0 inches;
    B, Sample 202, coal from 295 feet 11 inches to 297 feet 7 inches___ 24
14. BM-AGA 900° C. char made from 8-inch core, hole 5-33:
    C, Sample 205, coal from 357 feet 1 inch to 358 feet 3 inches;
    D, Sample 203, coal from 394 feet 8 inches to 410 feet 10 inches___ 25
15. BM-AGA 900° C. char made from 8-inch core, hole 5-33:
    E, Sample 207, coal from 447 feet 2 inches to 454 feet 0 inches;
    F, Sample 208, coal from 458 feet 6 inches to 463 feet 5 inches___ 26
16. BM-AGA 900° C. char made from 8-inch core, hole 5-33:
    G, Sample 209, coal from 570 feet 0 inches to 575 feet 4 inches;
    H, Sample 212, coal from 598 feet 8 inches to 609 feet 11 inches___ 27
17. BM-AGA 900° C. char made from 8-inch core, hole 5-33:
    I, Sample 213, coal from 652 feet 9 inches to 656 feet 5 inches;
    J, Sample 214, coal from 670 feet 3 inches to 673 feet 6 inches___ 28

# RESERVES, PETROGRAPHIC
CHARACTERISTICS, AND CARBONIZ
COAL OCCURRING SOUTH OF DRY
CREEK, GUNNISON COUNTY, NEAR
THE GEOLOGY OF TH

By ALBERT L. TOENGES,[2] JAMES J. DO
J. D. DAVIS,[5] H. L. SMITH,[6] and

## INTRODUCTIO

Additional sources of coking coal west
are needed for western steel plants.  A r
sota Creek area (about 6 miles east of P
Colo., indicated large reserves of bitu
approximately 3 miles northwest of Mt
movements have raised the rank of some
coal in the Minnesota Creek area might b
manufacture of metallurgical coke.   Th
mine whether the coals would produce co

Field work and diamond drilling were
L. Toenges, James J. Dowd, Louis A. Tu
formerly assistant mining engineer, Coal
Division, Bureau of Mines, Pittsburgh, P
was done by D. A. Andrews assisted by
the U. S. Geological Survey, in the autu
Johnson during the summer of 1944.   T
cussed by Mr. Johnson.   Petrographic
H. L. Smith assisted by H. J. O'Donn
The results of petrographic studies a
Carbonizing tests were directed by J.
Reynolds, chemist, Coal Carbonization
tests are discussed by Mr. Davis.   Coa
H. M. Cooper, senior chemist; miscella
by W. A. Selvig, senior chemist; illust
Graphic Section at Pittsburgh, Pa., un
F. Perry.

[1] Work on manuscript completed July 14, 1948.
[2] Principal coal mining engineer, Coal Branch, Fuels and
burgh, Pa.
[3] Mining engineer, Coal Branch, Fuels and Explosives Div
[4] Senior mining engineer, Coal Branch, Fuels and Explosiv
[5] Senior chemist, Coal Carbonization Section, Coal Branc
Mines, Pittsburgh, Pa.
[6] Petrographer, Coal Constitution and Miscellaneous An
sives Division, Bureau of Mines, Pittsburgh, Pa.
[7] Geologist, United States Geological Survey, Washington

BLM_0105204

# RESERVES, PETROGRAPHIC AND CHEMICAL CHARACTERISTICS, AND CARBONIZING PROPERTIES OF COAL OCCURRING SOUTH OF DRY FORK OF MINNESOTA CREEK, GUNNISON COUNTY, NEAR PAONIA, COLO., AND THE GEOLOGY OF THE AREA [1]

By Albert L. Toenges,[2] James J. Dowd,[3] Louis A. Turnbull,[4] J. D. Davis,[5] H. L. Smith,[6] and Vard H. Johnson [7]

## INTRODUCTION

Additional sources of coking coal west of the Continental Divide are needed for western steel plants. A reconnaissance of the Minnesota Creek area (about 6 miles east of Paonia) in Gunnison County, Colo., indicated large reserves of bituminous coal. This area is approximately 3 miles northwest of Mt. Gunnison, and as regional movements have raised the rank of some western coals, the bituminous coal in the Minnesota Creek area might have qualities suitable for the manufacture of metallurigical coke. This area was studied to determine whether the coals would produce coke of this quality.

Field work and diamond drilling were under the direction of Albert L. Toenges, James J. Dowd, Louis A. Turnbull, and Edward L. Fish, formerly assistant mining engineer, Coal Branch, Fuels and Explosives Division, Bureau of Mines, Pittsburgh, Pa. The geological field work was done by D. A. Andrews assisted by R. C. Robeck, geologists of the U. S. Geological Survey, in the autumn of 1943 and by Vard H. Johnson during the summer of 1944. The geology of the area is discussed by Mr. Johnson. Petrographic analyses were directed by H. L. Smith assisted by H. J. O'Donnell, principal scientific aide. The results of petrographic studies are discussed by Mr. Smith. Carbonizing tests were directed by J. D. Davis, assisted by D. A. Reynolds, chemist, Coal Carbonization Section, and results of these tests are discussed by Mr. Davis. Coal analyses were supervised by H. M. Cooper, senior chemist; miscellaneous analyses were directed by W. A. Selvig, senior chemist; illustrations were prepared by the Graphic Section at Pittsburgh, Pa., under the supervision of Louis F. Perry.

[1] Work on manuscript completed July 14, 1948.
[2] Principal coal mining engineer, Coal Branch, Fuels and Explosives Division, Bureau of Mines, Pittsburgh, Pa.
[3] Mining engineer, Coal Branch, Fuels and Explosives Division, Bureau of Mines, Pittsburgh, Pa.
[4] Senior mining engineer, Coal Branch, Fuels and Explosives Division, Bureau of Mines, Pittsburgh, Pa.
[5] Senior chemist, Coal Carbonization Section, Coal Branch, Fuels and Explosives Division, Bureau of Mines, Pittsburgh, Pa.
[6] Petrographer, Coal Constitution and Miscellaneous Analysis Section, Coal Branch, Fuels and Explosives Division, Bureau of Mines, Pittsburgh, Pa.
[7] Geologist, United States Geological Survey, Washington, D. C.

1

BLM_0105205

2   CHARACTERISTICS AND CARBONIZING PROPERTIES OF COAL

The assistance of officials of the U. S. Grazing Service at Grand Junction, Colo., especially Russell B. Rose, Frank Davidson, and William Cunningham, in the construction of roads at the project is appreciated. The cooperation of Samuel C. Porter and the mine operators in the valley of the North Fork of the Gunnison River, who furnished valuable information regarding the area, is acknowledged.

## Part I.—INVESTIGATION OF THE FIELD AND ESTIMATED RESERVES

By Albert L. Toenges, James J. Dowd, and Louis A. Turnbull

### DESCRIPTION OF THE AREA

The area investigated comprises sections 31, 32, and 33, T. 13 S., R. 90 W., and sections 4, 5, 6, 8, 9, and 10, T. 14 S., R. 90 W., all in the Gunnison National Forest, Gunnison County, Colo. (See figs. 1



FIGURE 1.—Minnesota Creek area east of Paonia, Colo.

and 2.) Ownership of the coal is about equally divided between the Government and private interests. Diamond drilling was done on Government-owned land adjacent to privately owned land on which an exploratory agreement was obtained by the Bureau of Mines. Paonia, a station on the Somerset standard-gage branch of the Denver & Rio Grande Western Railroad, is approximately 6 miles west of the area. A dirt road extends from Paonia to the Minnesota Creek area.



BLM_0105206



Figure 2.—Part of U. S. Geological Survey, Mt. Gunnison Quadrangle, Gunnison County, Colo.    808455°—49    (Face p. 2)

Contour interval 50 feet
Datum is mean sea level

BLM_0105207

## TOPOGRAPHY

The terrain is mountainous, and access to the area is difficult. (See fig. 3.) Elevations range from 6,500 feet to 8,500 feet above sea level, and Mt. Gunnison, 3 miles southeast, rises to an altitude of 12,714 feet. An abundance of heavy undergrowth covers the area at altitudes under 10,000 feet.



FIGURE 3.—Looking up Dry Fork Canyon of Minnesota Creek. Road to area trending from lower right to upper center.

## CLIMATE

The climate is temperate, but the winters are severe, with heavy snowfall. The weather in summer is favorable for exploration by diamond drilling, but, because of snow and low temperatures in the higher altitudes, it became necessary to recess the investigation from November 1943 until June 1944. The average annual precipitation is 15 inches.

## PRELIMINARY EXAMINATION

A reconnaissance of the area was made in September 1942 in connection with the investigation of raw-material resources for steel production. Carbonizing tests of coal from the beds mined in the Oliver and Hawk's Nest mines on the North Fork of the Gunnison River in the Somerset district showed that the coals have coking characteristics. Reconnaissance indicated that the coal beds mined at these mines also underly the area east of Minnesota Creek, and investigation of the field by diamond drilling was undertaken.

## DESCRIPTION OF COAL BEDS IN MINES, ADITS, AND OUTCROPS

Mines and coal outcrops in the vicinity of the area investigated were examined. The thickness of the coal beds was measured, and column samples were obtained for petrographic examination and to assist in the correlation of the beds. These samples were examined at the

BLM_0105208

4   CHARACTERISTICS AND CARBONIZING PROPERTIES OF COAL

Bureau of Mines Central Experiment Station, Pittsburgh, Pa.   The mines examined are in the Somerset District on the North Fork of the Gunnison River, 3 miles north of the area investigated.   A description of the coal bed at each mine and prospect follows:

### HAWK'S NEST MINE (SEE FIGS. 1 AND 2)

Location: Near W ¼ corner, sec. 12, T. 13 S., R. 90 W.
Section of bed:

|  | Ft. | In. |
|---|---|---|
| Roof, shale. |  |  |
| COAL | 6 | 1½ |
| Bottom, shale. |  |  |

This bed, which is the highest bed (stratigraphically) mined in the district, contains no partings, and the entire thickness of the bed is mined.   The coal is hard, shiny black, and compact.

### OLIVER MINE (SEE FIGS. 1 AND 2)

Location: SE ¼ sec. 10, T. 13 S., R. 90 W.
Section of bed:

|  | Ft. | In. | Remarks |
|---|---|---|---|
| Roof, sandy shale. |  |  |  |
| Bone | 0 | 4 |  |
| COAL | 6 | 2 | Portion of bed |
| Pyrite nodules | 0 | 2 | mined. |
| COAL | 1 | 2 |  |
| Gray coal and bone | 1 | 4 |  |
| COAL | 2 | 0 |  |
| Gray coal and bone | 1 | 0 |  |
| COAL | 1 | 10 |  |
| Bone | 0 | 3 |  |
| Gray coal | 0 | 9 |  |
| COAL | 1 | 11 |  |
| Bottom shale. |  |  |  |
| Thickness of bed | 16 | 11 |  |

The details of this section were obtained from a log and core of a diamond-drill hole drilled by the mining company 300 feet west of the mine opening.   The core was obtained for petrographic examination.   Only the 7 feet 6 inches of the bed immediately below the top 4 inches of bone are mined, as the coal in the lower part of the bed has a high ash content and is considered inferior in quality.

### BEAR MINE (SEE FIGS. 1 AND 2)

Location: Near S ¼ corner sec. 9, T. 13 S., R. 90 W.
Section of bed:

|  | Ft. | In. |
|---|---|---|
| Roof, carbonaceous shale. |  |  |
| COAL | 1 | 4 |
| Shale | 0 | 1 |
| COAL | 0 | 10 |
| Gray coal | 0 | 3 |
| COAL | 5 | 6 |
| Bottom, sandy shale. |  |  |
| Thickness of bed | 8 | 0 |

The thickness of the shale parting ranges from ½ inch to 2 inches, and the gray coal band, which is lenticular, ranges in thickness from 0 to 6 inches.   The entire thickness of the bed is mined.

PART I.—INVESTIGATION OF FIELD AND

SOMERSET MINE (SEE FIGS

Location: Near S ¼ corner sec. 8, T. 13 S., R.
Section of bed:

|  |
|---|
| Roof, sandy shale. |
| COAL |
| Bone |
| COAL |
| Bone |
| COAL |
| Bone |
| COAL |
| Shale |
| COAL |
| Bone |
| COAL |
| Bone |
| COAL |
| Bone |
| COAL |
| Bottom, shale. |
| Thickness of bed |

This information was obtained from the company, of a diamond-drill hole in the point 100 feet south of mine survey stat

The part of the bed mined comprise 1¼ inches of bone, and 2 feet 7 inches o inches.   The 2 feet 3 inches of coal and part mined are left for mine roof.   A co of the bed mined was obtained.

### PAONIA FARMER'S MINE (SEE

Location: Near SW corner sec. 17, T. 13 S.,
Section of bed:

|  |
|---|
| Roof, sandstone. |
| Bony coal |
| COAL |
| Shale |
| COAL |
| Bottom, carbonaceous shale. |
| Thickness of bed |

Two feet of bony coal at the top of t The shale parting ranges in thickness from Coal outcrops in the cliffs in sections 90 W., were examined and are described

### BECKMAN PROSPECT (SEE

Location: Approximately 2,000 feet W., 600 16, T. 14 S., R. 90 W.

Section of bed:

|  |
|---|
| Roof, sandstone. |
| COAL |
| Shale |
| Alternating layers of bony coal and shale. |
| Bottom, shale. |
| Thickness of bed |

BLM_0105209

## SOMERSET MINE (SEE FIGS. 1 AND 2)

Location: Near S ¼ corner sec. 8, T. 13 S., R. 90 W.

| Section of bed: | Ft. | In. | Remarks |
|---|---|---|---|
| Roof, sandy shale. | | | |
| COAL | 2 | 3 | |
| Bone | 0 | 3⅜ | |
| COAL | 6 | 2½ | Portion of bed |
| Bone | 0 | 1¼ | mined. |
| COAL | 2 | 7 | |
| Bone | 0 | 7¼ | |
| COAL | 1 | 9⅝ | |
| Shale | 0 | 4⅜ | |
| COAL | 2 | 9⅝ | |
| Bone | 0 | 9⅝ | |
| COAL | 0 | 9⅝ | |
| Bone | 0 | 10⅜ | |
| COAL | 1 | 1¼ | |
| Bone | 0 | 4½ | |
| COAL | 0 | 9⅝ | |
| Bottom, shale. | | | |
| Thickness of bed | 21 | 9¾ | |

This information was obtained from the log, furnished by the mining company, of a diamond-drill hole in the main back entry west at a point 100 feet south of mine survey station 20.

The part of the bed mined comprises 6 feet 2½ inches of coal, 1¼ inches of bone, and 2 feet 7 inches of coal, a total of 8 feet 10¾ inches. The 2 feet 3 inches of coal and 3⅜ inches of bone above the part mined are left for mine roof. A column sample of the portion of the bed mined was obtained.

## PAONIA FARMER'S MINE (SEE FIGS. 1 AND 2)

Location: Near SW corner sec. 17, T. 13 S., R. 91 W.

| Section of bed: | Ft. | In. | Remarks |
|---|---|---|---|
| Roof, sandstone. | | | |
| Bony coal | 2 | 0 | |
| COAL | 0 | 6 | Portion of bed |
| Shale | 0 | 0¾ | mined. |
| COAL | 7 | 0 | |
| Bottom, carbonaceous shale. | | | |
| Thickness of bed | 9 | 6¾ | |

Two feet of bony coal at the top of the bed is left for mine roof. The shale parting ranges in thickness from ¼ to ¾ inch.

Coal outcrops in the cliffs in sections 16, 21, and 22, T. 14 S., R. 90 W., were examined and are described as follows:

## BECKMAN PROSPECT (SEE FIGS. 1, 2, AND 4)

Location: Approximately 2,000 feet W., 600 feet N. of the SE corner of sec. 16, T. 14 S., R. 90 W.

| Section of bed: | Ft. | In. |
|---|---|---|
| Roof, sandstone. | 8 | 6 |
| COAL | 0 | 6 |
| Shale | 5 | 0 |
| Alternating layers of bony coal and shale | | |
| Bottom, shale. | 14 | 0 |
| Thickness of bed | | |

BLM_0105210



FIGURE 4.—Coal bed at Beckman prospect.



FIGURE 5.—Outcrop of coal bed near water flow meter.

PART I.—INVESTIGATION OF FIELD AND

This prospect is an adit driven 80 feet
upper 7 feet of coal in the upper bench h
leaving the lower 18 inches of coal, which
place. The alternating layers of bony coa
the adit are weathered badly. A column s
obtained. No work has been done in the

### WATER FLOW METER OUTCROP (SE

Location: Approximately 1,800 feet S., 1,500
21, T. 14 S., R. 90 W.
Section of bed:
  Roof, shale.
  COAL _____
  Shale _____
  COAL _____
  Shale _____
  COAL _____
  Bottom, shale.
    Thickness of bed _____

No opening was found at this outcrop.
15 feet above East Fork Creek. Debris
the bed was cleared, and the exposed fac

### SIMONTON OUTCROP (SEE F

*Location.*—Approximately 1,500 feet V
SE. corner sec. 22, T. 14 S., R. 90 W.
*Section of bed.*—The bed is 40 feet thi
could be measured, because almost all
debris from slides. The bed was badly
and it was not possible to obtain a continu
was scraped from the bed 1 foot, 5 feet,
40 feet from the bottom of the bed to per

### ROAD BUILDIN

In order that drilling equipment and su
to drill sites in the area, the construction
road into the area was necessary. The r
a bulldozer, followed established cattle tr
Approximately 6 miles of road was built b
without cost to the Bureau of Mines. F
tained by the Grazing Service from the a
the Public Roads Administration. This
and the road to drill holes 1–33 and 2–33
(See figs. 1 and 2.) As drilling progres
build additional roads, and a request was
to extend the existing road to drill holes
hole 3–4 was completed October 10. The
site of hole 4–10 from hole 2–33 was b
gressed approximately 1½ miles when
snows forced cessation of work for the w
Inspection of the road April 26, 1944,
original road were necessary before the

This prospect is an adit driven 80 feet in the coal bed. Only the upper 7 feet of coal in the upper bench has been mined in the adit, leaving the lower 18 inches of coal, which is streaked with shale, in place. The alternating layers of bony coal and shale at the mouth of the adit are weathered badly. A column sample of the entire bed was obtained. No work has been done in the adit for several years.

### WATER FLOW METER OUTCROP (SEE FIGS. 1, 2, AND 5)

Location: Approximately 1,800 feet S., 1,500 feet W., of the NE corner sec. 21, T. 14 S., R. 90 W.

Section of bed:

|  | Ft. | In. |
|---|---|---|
| Roof, shale. | | |
| COAL | 3 | 0 |
| Shale | 0 | 6 |
| COAL | 4 | 0 |
| Shale | 1 | 6 |
| COAL | 0 | 10 |
| Bottom, shale. | | |
| Thickness of bed | 9 | 10 |

No opening was found at this outcrop. The coal is exposed about 15 feet above East Fork Creek. Debris covering the lower part of the bed was cleared, and the exposed face was weathered badly.

### SIMONTON OUTCROP (SEE FIGS. 1 AND 2)

*Location.*—Approximately 1,500 feet W. and 500 feet N. of the SE. corner sec. 22, T. 14 S., R. 90 W.

*Section of bed.*—The bed is 40 feet thick, but no detailed section could be measured, because almost all of the bed is covered with debris from slides. The bed was badly weathered where observed, and it was not possible to obtain a continuous column sample. Debris was scraped from the bed 1 foot, 5 feet, 10 feet, 18 feet, 25 feet, and 40 feet from the bottom of the bed to permit taking of small samples.

### ROAD BUILDING

In order that drilling equipment and supplies could be transported to drill sites in the area, the construction of a road from the county road into the area was necessary. The roads, which were made with a bulldozer, followed established cattle trails where this was possible. Approximately 6 miles of road was built by the U. S. Grazing Service without cost to the Bureau of Mines. Funds for the work were obtained by the Grazing Service from the access roads appropriations of the Public Roads Administration. This work began August 12, 1943, and the road to drill holes 1–33 and 2–33 was completed September 3. (See figs. 1 and 2.) As drilling progressed, it became necessary to build additional roads, and a request was made to the Grazing Service to extend the existing road to drill holes 3–4 and 4–10. The road to hole 3–4 was completed October 10. The extension of the road to the site of hole 4–10 from hole 2–33 was begun November 2 and progressed approximately 1½ miles when freezing weather and heavy snows forced cessation of work for the winter.

Inspection of the road April 26, 1944, revealed that repairs to the original road were necessary before the road to site 4–10 could be

BLM_0105212

8    CHARACTERISTICS AND CARBONIZING PROPERTIES OF COAL

completed.  Road building was resumed May 11, and all road work
was completed June 16, 1944.

### DIAMOND DRILLING

Diamond drilling was done for the Bureau of Mines under contract
by the Pennsylvania Drilling Co. of Pittsburgh, Pa.  As a guide for
estimating the cost of diamond drilling under similar conditions, unit
prices are given:

|  |  | Per foot |
|---|---|---|
| 1. | Diamond drilling to obtain 2¼-inch cores.  Minimum footage guaranteed, 1,200 feet | $7. 20 |
| 2. | Reaming hole and installing casing when ordered for drilling under item 1 | 4. 50 |
| 3. | Cementing, waiting for cement to set, and drilling out cement for drilling under item 1 | 8. 00 |
| 4. | Additional diamond drilling to obtain 2¼-inch cores | 5. 50 |
| 5. | Boring through overburden, without coring, holes of sufficient diameter to obtain a minimum 8-inch core and setting casing from surface to bed rock | 12. 00 |
| 6. | Churn drilling through solid formation, except overburden, hole of sufficient diameter to permit core drilling to obtain a minimum 8-inch core | 15. 00 |
| 7. | Core drilling to obtain a minimum 8-inch core of coal and overlying and underlying strata | 22. 50 |
| 8. | Reaming hole and installing casing for 8-inch core, when ordered | 14. 00 |
| 9. | Cementing, waiting for cement to set, and drilling out cement, for drilling under items 6 and 7 | 15. 00 |

|  |  | Per hour |
|---|---|---|
| 10. | Surveying holes when ordered by the Bureau of Mines | $4. 50 |

|  |  | Per hole |
|---|---|---|
| 11. | Plugging holes from which 2¼ inch cores have been taken, from bottom to 100 feet above top coal bed | $150. 00 |
| 12. | Plugging holes from which 8-inch cores have been taken.  Each coal bed shall be sealed with cement for a distance of 25 feet below the bed to 50 feet above the bed, except the bottom bed, where the hole shall be cemented from bottom of hole to 50 feet above the bed.  The interval between seals shall be filled with sand | 700. 00 |

The thickness, physical characteristics, and extent of the coal beds
and overlying and underlying strata were determined by diamond
drilling, which yielded 2¼-inch cores.  (See fig. 6.)  The dip (4.6%
N., 33° 5' E.) and strike (N. 56°5' W.) of the beds were computed
from the drilling data.  Chemical and petrographic analyses were
made of these cores, and the results of the chemical analyses are
given in table 9 of the appendix.

A diamond-drill hole to recover 8-inch coal cores (see fig. 7) was
drilled 45 feet west of hole 1–33 to obtain enough coal for large-scale
carbonization tests.

Water for drilling holes 1–33 and 5–33 was obtained by damming
the flow of a nearby spring.  This water supply was supplemented
by water pumped from beaver dams in sec. 32, T. 13 S., R. 90 W.,
east of Minnesota Reservoir.  For drilling holes 2–33 and 3–4, water
was pumped from the beaver dams.  The water supply in the beaver
dams was insufficient and was augmented by a diversion of water

PART I.—INVESTIGATION OF FIELD AND

from the Dry Fork irrigation ditch.
Water for drilling hole 4–10 was
pumped from nearby Lick Creek.

Hole locations are shown in figure
2, and each hole is designated by
a serial and section number,
separated by a dash.  The serial
number designates the order of
drilling, and the section number
indicates the section in which the
hole was drilled.  For example,
hole 2–33 was the second hole
drilled, and it is in section 33.
Detailed logs of the drill holes are
given in the appendix.

Drilling began September 4,
1943, and continued until October
28, 1943, when the work was re-
cessed because of snow and severe
cold.  During this period holes
1–33, 2–33, and 3–4 were com-
pleted.  Drilling was resumed at the project
was resumed June 16, 1944, and
completed September 20, 1944.
Holes 4–10 and 5–33 were com-
pleted during this period.



Fig

### PROGRESS OF DRI

2¼-inch diamond-drill holes:
   Holes drilled
   Footage
   Drilling shifts (8 hours)
   Shifts setting up, moving, cementing, and
   Total 8-hour shifts
   Average feet per shift (excluding all delays
   Average feet per shift (including all delays
Combination 8-inch churn and diamond drill h
   Holes drilled
   Churn drilling:
     Footage
     Drilling shifts (8 hours)
     Drilling delays
     Average feet per shift (excluding all d
   Diamond drilling:
     Footage
     Drilling shifts (8 hours)
     Average feet per shift (excluding all d
Total drilling shifts, churn and core drilling (ex
Total shifts setting up, moving, cementing, and
   and core drilling
Total shifts to complete hole
Total footage
Average feet per shift (including all delays)

BLM_0105213

from the Dry Fork irrigation ditch. Water for drilling hole 4–10 was pumped from nearby Lick Creek.

Hole locations are shown in figure 2, and each hole is designated by a serial and section number, separated by a dash. The serial number designates the order of drilling, and the section number indicates the section in which the hole was drilled. For example, hole 2–33 was the second hole drilled, and it is in section 33. Detailed logs of the drill holes are given in the appendix.

Drilling began September 4, 1943, and continued until October 28, 1943, when the work was recessed because of snow and severe cold. During this period holes 1–33, 2–33, and 3–4 were completed. Drilling at the project was resumed June 16, 1944, and completed September 20, 1944. Holes 4–10 and 5–33 were completed during this period.



FIGURE 6.—Diamond-drill set-up at hole 3–4.

## PROGRESS OF DRILLING

| | |
|---|---:|
| 2¼-inch diamond-drill holes: | |
| Holes drilled | 4 |
| Footage | 3,444 |
| Drilling shifts (8 hours) | 82 |
| Shifts setting up, moving, cementing, and all other delays | 87 |
| Total 8-hour shifts | 169 |
| Average feet per shift (excluding all delays) | 42. 0 |
| Average feet per shift (including all delays) | 20. 4 |
| Combination 8-inch churn and diamond drill hole: | |
| Holes drilled | 1 |
| Churn drilling: | |
| Footage | 257. 5 |
| Drilling shifts (8 hours) | 11 |
| Drilling delays | 0 |
| Average feet per shift (excluding all delays) | 23. 4 |
| Diamond drilling: | |
| Footage | 420. 5 |
| Drilling shifts (8 hours) | 25 |
| Average feet per shift (excluding all delays) | 16. 8 |
| Total drilling shifts, churn and core drilling (excluding all delays) | 36 |
| Total shifts setting up, moving, cementing, and all other delays, churn and core drilling | 31 |
| Total shifts to complete hole | 67 |
| Total footage | 678 |
| Average feet per shift (including all delays) | 10. 1 |

BLM_0105214

10    CHARACTERISTICS AND CARBONIZING PROPERTIES OF COAL



FIGURE 7.—An 8-inch coal core from hole 5–33.   Core lifter on base of core.

Cores of all coal beds penetrated were wrapped in moisture-proof
paper, placed in wood cases, and shipped to the Bureau of Mines
Central Experiment Station at Pittsburgh, Pa., for chemical analyses.
Results of these analyses are contained in table 9 in the appendix.

### STRATA PENETRATED IN DRILLING

The strata penetrated comprise sandstone, shale, and coal. Sand-
stone strata range from silty to coarse texture but are predominantly
fine to medium. The shale varies in color from light to dark gray
and is predominantly dark gray. Minor quantities of bentonitic,
muddy, and carbonaceous materials are included in many of the shale
strata.

From 14 to 21 coal beds were penetrated in the drill holes and
they range from 1 inch to 16 feet 8 inches in thickness. Many of
the coal beds are too thin to be considered minable. A summary of the
coal beds 4 feet or more thick penetrated in each drill hole follows:

| Hole | Number of beds penetrated | Number of beds 4 feet or more thick | Total thickness of beds 4 feet or more thick |
|---|---|---|---|
| | | | Ft. In. |
| 1–33 | 20 | 6 | 53   4 |
| 2–33 | 21 | 5 | 88   2 |
| 3–4 | 14 | 5 | 37   4 |
| 4–10 | 15 | 4 | 26   2 |
| 5–33 | [1] 16 | 6 | 54   2 |

[1] Hole 5–33 was churn-drilled to depth of 257 feet, 6 inches, and no cores were obtained of beds to that depth.

PART I.—INVESTIGATION OF FIELD AND

INTERPRETATION OF DRIL

Reconnaissance indicated that the area
beds. The important part of the investi
character of these coals and the quality
them. Regional mountain-making move
of some coals, and drilling was planne
ascertain whether this uplift had affected

Investigation by diamond drilling and
mines and at outcrops show that the thi
uniform. To illustrate, table 1 gives the
in hole 1–33 as compared with thickne
which was drilled only 45 feet distant fr

The bed referred to as "E" in this
No. 10 and believed to be the bed min
ranges from 14 feet 2 inches to 16 feet 8
This bed is the thickest one penetrated
bed (F) is approximately 135 feet highe
No. 10 bed, and four others are lower.

Mining in this area should begin in th
(F), to assure the maximum recovery of
caused by mining in the lower beds co
coal sufficiently to preclude the recovery

TABLE 1.—*Elevation and thickness of coal beds*

| Hole 1–33 Elevation collar of hole, 7,640 ft. | | | |
|---|---|---|---|
| Elevation, top of bed, ft. | Thickness Ft. In. | Bed | E |
| 7,367.0 | 4   0 | F | 7,369 |
| 7,341.0 | 1   6 | | 7,346 |
| 7,305.7 | 0   8 | | 7,308 |
| 7,303.8 | 0   10 | | 7,306 |
| 7,301.7 | 0   8 | | 7,302 |
| 7,288.0 | 0   7 | | |
| 7,283.5 | 0   5 | E | 7,288 |
| 7,279.3 | 1   6 | | 7,278 |
| 7,254.0 | 0   8 | | 7,257 |
| 7,239.4 | 16   8 | D | 7,254 |
| 7,188.8 | 6   4 | E | 7,218 |
| 7,175.8 | 4   10 | D lower split | 7,177 |
| 7,063.0 | 1   0 | | 7,066 |
| 7,062.0 | 10   5 | C | |
| 7,061.5 | 0   4 | | |
| 7,059.7 | 6   9 | | 7,06 |
| 7,051.0 | 1   0 | | 7,05 |
| 7,037.7 | 4   9 | B | 7,03 |
| 7,033.0 | [1] 1   3 | | 7,03 |
| 7,031.7 | 5   7 | | 7,02 |
| 6,980.5 | 3   8 | A (?) | 6,98 |
| 6,963.0 | 3   0 | A (?) | 6,96 |

[1] Bone.
[2] Coal, sandstone, and bone.

## INTERPRETATION OF DRILLING RESULTS

Reconnaissance indicated that the area is underlain by several coal beds. The important part of the investigation was to determine the character of these coals and the quality of the cokes produced from them. Regional mountain-making movements tend to raise the rank of some coals, and drilling was planned toward Mt. Gunnison to ascertain whether this uplift had affected the rank of the coals.

Investigation by diamond drilling and examination of coal beds in mines and at outcrops show that the thickness of the coal beds is not uniform. To illustrate, table 1 gives the thickness of each bed cored in hole 1–33 as compared with thickness of the beds in hole 5–33, which was drilled only 45 feet distant from hole 1–33.

The bed referred to as "E" in this report, known locally as the No. 10 and believed to be the bed mined in the new Oliver mine, ranges from 14 feet 2 inches to 16 feet 8 inches thick in the drill holes. This bed is the thickest one penetrated and the most extensive. One bed (F) is approximately 135 feet higher, stratigraphically, than the No. 10 bed, and four others are lower.

Mining in this area should begin in the highest bed, stratigraphically (F), to assure the maximum recovery of coal in the area. Subsidence caused by mining in the lower beds could affect overlying unmined coal sufficiently to preclude the recovery of the coal in the upper bed.

TABLE 1.—*Elevation and thickness of coal beds penetrated in holes 1–33 and 5–33*

| Hole 1-33 Elevation collar of hole, 7,640 ft. | | | | Hole 5-33 Elevation collar of hole, 7,636 ft. | | | |
|---|---|---|---|---|---|---|---|
| Elevation, top of bed, ft. | Thickness | | Bed | Elevation, top of bed, ft. | Thickness | | Bed |
| | Ft. | In. | | | Ft. | In. | |
| 7,367.0 | 4 | 0 | F | 7,369.2 | 6 | 3 | F |
| 7,341.0 | 1 | 6 | | 7,340.1 | 1 | 8 | |
| 7,308.7 | 0 | 8 | | 7,308.3 | 0 | 9 | |
| 7,303.8 | 0 | 10 | | 7,306.7 | 0 | 10 | |
| 7,301.7 | 0 | 8 | | 7,302.0 | 0 | 8 | |
| 7,288.0 | 0 | 7 | | | | | |
| 7,283.8 | 0 | 5 | | 7,284.3 | 0 | 9 | |
| 7,279.3 | 1 | 6 | E | 7,278.0 | 1 | 2 | E |
| 7,254.0 | 0 | 8 | D | 7,267.3 | 0 | 8 | D |
| 7,239.4 | 16 | 8 | D lower split | 7,241.3 | 16 | 2 | D, lower split |
| 7,188.8 | 6 | 4 | | 7,188.8 | 6 | 10 | |
| 7,178.8 | 4 | 10 | | 7,177.5 | 4 | 11 | |
| 7,063.0 | 1 | 0 | | 7,066.0 | 1 | 2 | |
| 7,062.0 | ¹0 | 5 | C | | | | C |
| 7,061.5 | 0 | 4 | | | | | |
| 7,059.7 | 6 | 9 | | 7,064.8 | 5 | 10 | |
| 7,051.0 | 1 | 0 | | 7,053.0 | 0 | 11 | |
| 7,037.7 | 4 | 9 | | ⁷7,037.3 | 6 | 2 | |
| 7,033.0 | ¹1 | 3 | B | ²7,031.2 | 5 | 5 | B |
| 7,031.7 | 5 | 7 | | 7,027.7 | 1 | 8 | |
| 6,980.8 | 3 | 8 | A (?) | 6,983.2 | 3 | 8 | A (?) |
| 6,963.0 | 3 | 0 | A (?) | 6,965.7 | 3 | 1 | A (?) |

¹ Bone.
² Coal, sandstone, and bone.

BLM_0105216

12   CHARACTERISTICS AND CARBONIZING PROPERTIES OF COAL

## RESERVES

Reserves of minable coal were estimated from information obtained from five diamond drill holes and the examination of the coal beds in five mines and three outcrop prospects. These estimates were made for each correlated coal bed in the area shown in figure 2, and are given as measured, indicated, and inferred reserves. The estimated reserves of coal follow:

| Bed | Tons | | | |
|---|---|---|---|---|
| | Measured | Indicated | Inferred | Total |
| A | None | None | None | None |
| B | 24, 500, 000 | 16, 800, 000 | 110, 000, 000 | 151, 300, 000 |
| C | 15, 800, 000 | 11, 300, 000 | 31, 000, 000 | 58, 100, 000 |
| D | 18, 000, 000 | 13, 600, 000 | 91, 000, 000 | 123, 600, 000 |
| E | 73, 200, 000 | 67, 800, 000 | 182, 000, 000 | 323, 000, 000 |
| F | 32, 400, 000 | 13, 300, 000 | 79, 300, 000 | 125, 000, 000 |
| Total | 164, 900, 000 | 122, 800, 000 | 493, 300, 000 | 781, 000, 000 |

Assuming that 80 percent of the minable reserves are recovered in mining, the area would yield 624,800,000 tons of coal.

## Part II.—PETROGRAPHY O

### By H. L. Smit

A quantitative petrographic study wa
more thick from holes 4–10 and 5–33 to det
of anthraxylon, translucent attritus, op
The cores from these holes are considered
in the area.

#### MEGASCOPIC EXAMIN

A detailed examination was made of 3
coal core was logged by measuring the len
of partings, and mineral impurities.
concerning the physical characteristics of
rence and amount of bright bands (anth
the presence of mineral facings. The h
scribed and recorded. Samples of coals
from visible impurities, were selected
agglutinating-value tests. The results c
in table 9 in the appendix.

Coal bed "E" at depth of 394 feet 8 in
from hole 5–33, was selected to illustra
the coals found in the drill holes of the 1
megascopic descriptions of the coal illust
based on the following petrographic class

1. Frequency of bands of anthraxylon:
      0–15 percent—sparsely banded.
      15–30 percent—moderately banded.
      30–60 percent—abundantly banded.
      60–100 percent—predominantly banded.
2. Type of anthraxylon bands:
      Microbanded—less than ½ mm. thick.
      Thin-banded—½–2 mm. thick.
      Medium-banded—2–5 mm. thick.
      Coarse-banded—thicker than 5 mm.
3. Luster of matrix:
      Very bright.
      Bright.
      Moderately bright.
      Moderately dull.
      Dull.
      Very dull.
4. Character of fracture:
      Smooth.
      Rough.
      Granular.
      Conchoidal.
      Cubical.
5. Fusain occurrence.
6. Mineral occurrence.

808455°—49——2

## Part II.—PETROGRAPHY OF THE COAL

### By H. L. Smith

A quantitative petrographic study was made of coals 3 feet or more thick from holes 4–10 and 5–33 to determine the relative amounts of anthraxylon, translucent attritus, opaque attritus, and fusain. The cores from these holes are considered representative of the beds in the area.

#### MEGASCOPIC EXAMINATION

A detailed examination was made of 345 feet of coal core. Each coal core was logged by measuring the length, location, and thickness of partings, and mineral impurities. Information was recorded concerning the physical characteristics of the coals, such as the occurrence and amount of bright bands (anthraxylon), fusain lenses, and the presence of mineral facings. The luster and fracture were described and recorded. Samples of coals 1 foot or more thick, free from visible impurities, were selected for chemical analysis and agglutinating-value tests. The results of these analyses are given in table 9 in the appendix.

Coal bed "E" at depth of 394 feet 8 inches (16 feet 2 inches thick), from hole 5–33, was selected to illustrate the typical appearance of the coals found in the drill holes of the Minnesota Creek area. The megascopic descriptions of the coal illustrated in figures 8 and 9 are based on the following petrographic classifications.

1. Frequency of bands of anthraxylon:
      0–15 percent— sparsely banded.
      15–30 percent—moderately banded.
      30–60 percent—abundantly banded.
      60–100 percent—predominantly banded.
2. Type of anthraxylon bands:
      Microbanded—less than ½ mm. thick.
      Thin-banded—½–2 mm. thick.
      Medium-banded—2–5 mm. thick.
      Coarse-banded—thicker than 5 mm.
3. Luster of matrix:
      Very bright.
      Bright.
      Moderately bright.
      Moderately dull.
      Dull.
      Very dull.
4. Character of fracture:
      Smooth.
      Rough.
      Granular.
      Conchoidal.
      Cubical.
5. Fusain occurrence.
6. Mineral occurrence.

13

808455°—49——2



FIGURE 8.—An 8-inch coal core 16 feet 2 inches long, from drill hole 5-33, split along natural fracture planes.



FIGURE 9.—An 8-inch coal core 16 feet 2 inches long, from dr.

BLM_0105219



FIGURE 9.—An 8-inch coal core 16 feet 2 inches long, from drill hole 5-33, split along natural fracture planes.

BLM_0105220

16    CHARACTERISTICS AND CARBONIZING PROPERTIES OF COAL

DESCRIPTION OF COAL FROM HOLE 5–33

Top of coal 394′ 8″.

| | | |
|---|---|---|
| a–b | 3″ | Sparsely thick and abundantly thin-banded anthraxylon, matrix bright, smooth fracture, numerous thin lenses of fusain. |
| b–c | 4″ | Abundantly microbanded with a few thick lenticles of anthraxylon; matrix moderately dull; smooth fracture surfaces. |
| c–d | 3″ | Sparsely medium- and moderately thin-banded anthraxylon; matrix bright; smooth fracture surfaces. |
| d–e | 1⅛″ | Sparsely thin-banded anthraxylon; dull matrix. |
| e–f | 5½″ | Sparsely thick- and medium-banded (one anthraxylon band 31.0 mm. thick) and moderately thin-banded anthraxylon; bright matrix; moderately rough fracture surfaces. |
| f–g | 11″ | Sparsely thick-, medium-, and thin-banded anthraxylon; bright matrix; rough fracture; vertical cleating and eye structures can be seen in this section. |
| g–h | 5¾″ | Predominantly microbanded anthraxylon; bright matrix; irregular fracture. |
| h–i | 7″ | Medium- and thin-banded anthraxylon; moderately dull matrix; rough fracture. |
| i–j | 6″ | Coarse (one lens with eye structure, near base, 50.0 mm. thick) medium- and thin-banded; bright matrix; rough fracture, vertical cleating. |
| j–k | 1″ | Anthraxylon with eye structures on fracture surfaces. |
| k–l | 2″ | Sparsely medium- and thin-banded anthraxylon; bright matrix; smooth fracture surfaces. |
| l–m | 2″ | Sparsely thick-, medium-, and thin-banded anthraxylon; bright matrix; smooth fracture. |
| m–n | 7½″ | Predominantly microbanded with a few lenticles of medium and thick anthraxylon; matrix moderately bright; smooth fracture. |
| n–o | 2½″ | Sparsely thick-banded anthraxylon; bright matrix; rough fracture; few thin lenses of fusain. |
| o–p | 3″ | Predominantly microbanded coal, fine texture; matrix bright; smooth fracture surfaces. |
| p–q | 5″ | Thin and microbanded anthraxylon; dull matrix; smooth fracture surfaces. |
| q–r | 2″ | Sparsely medium and thin bands of anthraxylon; bright matrix; smooth fracture. |
| r–s | 2″ | Sparsely thin-banded, abundantly microbanded; matrix moderately bright. |
| s–t | 3″ | Sparsely thin-banded, predominantly microbanded; moderately dull matrix. |
| t–u | 9½″ | Sparsely thick-, medium-, and thin-banded, abundantly microbanded. |
| u–v | 3¾″ | Predominantly microbanded; matrix dull; smooth fracture. |
| v–w | 6¾″ | Sparsely thick-, medium-, and thin-banded, abundantly microbanded; matrix moderately bright. |
| w–x | ¾″ | Dull attrital coal. |
| x–y | 9¾″ | Moderately medium- and thin-banded; bright matrix; rough fracture. |
| y–z | 6¾″ | Sparsely thin- and medium-banded anthraxylon. |
| z–a′ | ⅝″ | Local bony lens. |
| a′–b′ | 4½″ | Sparsely thick anthraxylon, ½″ band with eye structure on fracture surface (at top of fig. 9). |
| b′–c′ | 8″ | Thick-, medium-, and thin-banded anthraxylon; bright matrix; smooth fracture with vertical cleating. |
| c′–d′ | 1½″ | Dull attrital coal. |
| d′–e′ | 2″ | Medium- and thin-banded anthraxylon, bright matrix. |
| e′–f′ | 7¾″ | Predominantly microbanded with lenticles of medium and thin anthraxylon; smooth fracture; matrix moderately bright. |

BLM_0105221



FIGURE 10.—Coal sections of cores from drill holes in Minnesota Creek area.

- - - - Correlation of beds by Vard H. Johnson

(Face p. 17)

PART II.—PETROGRAPHY OF THE COAL        17

| | | |
|---|---|---|
| i'–g' | 5½'' | Medium- and thin-banded anthraxylon; bright matrix; smooth fracture. |
| g'–h' | 8¾'' | Predominantly thin and microbanded with 1¼'' band of anthraxylon; smooth fracture; matrix bright. |
| h'–i' | 2¼'' | Thin to microbanded; matrix bright; smooth fracture. |
| i'–j' | 2⅜'' | Predominantly microbanded anthraxylon with a few lenticles of thin and medium bands; matrix moderately dull. |
| j'–k' | ¾'' | Dull high-ash coal. |
| k'–l' | 6'' | Predominantly microbanded to thin-banded; moderately bright maxirix; smooth fracture. |
| l'–m' | 5½'' | Predominantly microbanded with sparsely thin to medium bands of anthraxylon. |
| m'–n' | 5'' | Predominantly microbanded with thick and medium bands of anthraxylon. |
| n'–o' | 5½'' | Thin to microbanded anthraxylon; matrix moderately bright; rough to smooth fracture. |
| o'–p' | 9½'' | Sparsely medium- and thin-banded anthraxylon; matrix moderately bright; smooth fracture. |
| p'–q' | 5½'' | Sparsely medium- and thin-banded, 1 thick lens of anthraxylon; matrix dull. |

Bottom of coal: 410' 10''

In general, the coals of the Minnesota Creek area are common banded, bright in luster, and have smooth fracture. Very little megascopic fusain is present. Calcite and pyrite in the form of lenses and facing minerals are present in moderate amounts.

### MICROSCOPIC EXAMINATION

Petrographic analyses were made of 100 feet 7 inches of coal core to determine the relative amounts of anthraxylon, translucent attritus, opaque attritus, and fusain. Only those coals 3 feet or more thick from the 8-inch drill core of hole 5–33 and the 2¼-inch drill core of hole 4–10 were examined petrographically. Figure 10 illustrates these coals graphically. The relative percentages of the petrographic constituents are shown in tables 2 and 3.

TABLE 2.—*Petrographic analysis of the coal beds from hole 5–33*

| Bed | Depth | | | Bed | Depth | | |
|---|---|---|---|---|---|---|---|
| | From— | | To— | | From— | | To— |
| | Ft. | In. | Ft. | In. | | Ft. | In. | Ft. | In. |
| F | 266 | 9 | 273 | 0 | C | 570 | 0 | 579 | 9 |
| E | 394 | 8 | 410 | 10 | B | 598 | 8 | 609 | 11 |
| D | 447 | 2 | 454 | 0 | A (?) | 652 | 9 | 656 | 5 |
| D, lower split | 458 | 6 | 463 | 5 | A (?) | 670 | 3 | 673 | 4 |

| Bed | Percent | | | |
|---|---|---|---|---|
| | Anthraxylon | Translucent attritus | Opaque attritus | Fusain |
| F | 50.2 | 43.5 | 4.7 | 1.6 |
| E | 50.8 | 41.8 | 5.5 | 1.9 |
| D | 49.3 | 47.6 | 2.6 | .6 |
| D, lower split | 54.2 | 43.2 | 2.1 | .5 |
| C | 48.5 | 47.5 | 2.6 | 1.4 |
| B | 47.8 | 46.0 | 3.9 | 1.4 |
| A (?) | 52.6 | 45.9 | 1.2 | .3 |
| A (?) | 59.3 | 38.6 | 1.5 | .5 |

BLM_0105223

Case No. 1:20-cv-02484-MSK   Document 58-7   filed 04/28/21   USDC Colorado   pg 138 of 151





FIGURE 11.—*A*, Cross section of anthraxylon from coal at depth of 399 feet, 3 inches, in hole 5–33   (X 150)
*B*, Cross section of attrital coal from coal at depth of 402 feet, 10 inches, in hole 5–33   (X 150).

The coals of the Minnesota Creek area ar
All contain a low percentage of opaque
coals of hole 4–10 contain a slightly greater
and fusian than those in hole 5–33.   The t
tained a very small amount of microscop
mineral matter.   Figure 11, *A* shows the ap
lon present, and figure 11, *B* illustrates the
coal found in these coals.

TABLE 3.— *Petrographic analyses of the*

| Bed | Depth | | | | |
|---|---|---|---|---|---|
| | From— | | To— | | |
| | Ft. | In. | Ft. | In. | |
| Not correlated | 652 | 3 | 655 | 5 | D |
| F | 688 | 0 | 694 | 3 | B |
| Not correlated | 713 | 9 | 716 | 11 | A (?) |
| E | 769 | 2 | 783 | 4 | |

| Bed | Anthra lon |
|---|---|
| Not correlated | 6 |
| F | 3 |
| Not correlated | 2 |
| E | 3 |
| D | 3 |
| B | 3 |
| A | 4 |

[1] C-Bed less than 3 feet thick in this hole.

BLM_0105224

PART II.—PETROGRAPHY OF THE COAL          19

The coals of the Minnesota Creek area are classified as bright coals.
All contain a low percentage of opaque attritus and fusain. The
coals of hole 4–10 contain a slightly greater amount of opaque attritus
and fusain than those in hole 5–33. The thin sections examined con-
tained a very small amount of microscopic pyrite and translucent
mineral matter. Figure 11, *A* shows the appearance of the anthraxy-
lon present, and figure 11, *B* illustrates the appearance of the attrital
coal found in these coals.

TABLE 3.—*Petrographic analyses of the coals from hole 4–10* [1]

| Bed | Depth | | | Bed | Depth | | |
|---|---|---|---|---|---|---|---|
| | From— | | To— | | From— | | To— |
| | Ft. | In. | Ft. | In. | | Ft. | In. | Ft. | In. |
| Not correlated | 652 | 3 | 655 | 5 | D | 822 | 9 | 825 | 9 |
| F | 688 | 0 | 694 | 3 | B | 1,091 | 4 | 1,094 | 6 |
| Not correlated | 713 | 9 | 716 | 11 | A (?) | 1,099 | 4 | 1,105 | 1 |
| E | 769 | 2 | 783 | 4 | | | | | |

| Bed | Percent | | | |
|---|---|---|---|---|
| | Anthraxy-lon | Translucent attritus | Opaque attritus | Fusain |
| Not correlated | 60.4 | 31.5 | 5.3 | 2.8 |
| F | 35.6 | 60.7 | 3.3 | .4 |
| Not correlated | 26.7 | 67.8 | 4.0 | 1.5 |
| E | 35.6 | 54.7 | 7.1 | 2.6 |
| D | 38.1 | 56.4 | 2.5 | 3.0 |
| B | 33.5 | 63.3 | 2.4 | .8 |
| A | 43.6 | 54.1 | 1.8 | .5 |

[1] C-Bed less than 3 feet thick in this hole.

# Part III.—CARBONIZING PROPERTIES OF COAL

## By J. D. Davis

Twelve samples representing 11 coal beds penetrated by the 8-inch bore hole 5–33 at this project were tested in the Bureau of Mines-American Gas Association laboratory. The yields and quality of carbonization products were determined by the standard BM–AGA procedures, and the results are given in tables 4 to 8, inclusive.

### ANALYSES OF COALS

Table 4 shows the analyses of the samples carbonized, arranged in the order of increasing depth of the bore hole. The log of the hole, showing the depth and thickness of the beds, is given in the appendix.

All of the samples contained more than 10 percent oxygen, the upper limit usually set in coals for manufacture of furnace coke and, therefore, it would not be expected that any of the samples would produce a strong coke. Other things being equal, it may be expected that coal beds under the thickest cover will have the strongest coking properties, but this is not always true. For example, the depths of the beds may have changed after they have been deposited, so that the present relative position may not apply. Figure 12 shows the variation in oxygen content and moist, mineral-matter-free heating value with thickness of cover. It is shown that while the variation in oxygen



FIGURE 12.—Oxygen content an

content is erratic, there is a general tend
of cover. At the same time, there is a cl
value to increase with depth of cover; thi
of rank in classification of coals in this r

TABLE 4.—*Analyses of coals, as-carbonized basis, hole 5–33*

| Coal | Depth From— | | Depth To— | | Coal | Depth From— | | Depth To— | |
|---|---|---|---|---|---|---|---|---|---|
| | Ft. | In. | Ft. | In. | | Ft. | In. | Ft. | In. |
| 201 [1] | 266 | 9 | 273 | 0 | 209 [5] | 570 | 0 | 575 | 4 |
| 202 | 295 | 11 | 297 | 7 | 210 [5] | 570 | 0 | 579 | 9 |
| 205 | 357 | 1 | 358 | 3 | 211 | 582 | 11 | 583 | 10 |
| 203 [2] | 394 | 8 | 410 | 10 | 212 [6] | 598 | 8 | 609 | 11 |
| 207 [3] | 447 | 2 | 454 | 0 | 213 [7] | 652 | 9 | 656 | 5 |
| 208 [4] | 458 | 6 | 463 | 5 | 214 [7] | 670 | 3 | 673 | 4 |

| Coal | Dry, mineral-matter-free, fixed carbon. | Proximate, percent | | | | Ultimate, percent | | | | | | Air-drying loss, percent | Heating value, B. t. u. per lb. | Softening temperature of ash, ° F. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Moisture | Volatile matter | Fixed carbon | Ash | Hydrogen | Carbon | Nitrogen | Oxygen | Sulfur | | | | |
| 201 | 53.7 | 10.2 | 40.2 | 46.1 | 3.5 | 5.9 | 68.2 | 1.5 | 20.4 | 0.5 | 1.9 | 11,990 | 2,340 |
| 202 | 57.0 | 10.8 | 36.6 | 46.2 | 6.4 | 5.7 | 65.1 | 1.5 | 20.7 | .6 | 1.5 | 11,490 | 2,840 |
| 205 | 54.9 | 10.2 | 38.8 | 46.7 | 4.3 | 6.1 | 67.7 | 1.5 | 19.7 | .7 | 3.5 | 12,040 | 2,760 |
| 203 | 54.4 | 10.3 | 39.2 | 46.2 | 4.3 | 5.9 | 67.7 | 1.4 | 20.3 | .4 | 2.0 | 11,940 | 2,570 |
| 207 | 54.0 | 8.6 | 37.1 | 42.0 | 12.3 | 5.5 | 62.1 | 1.4 | 18.1 | .6 | 1.9 | 11,690 | 2,890 |
| 208 | 52.6 | 8.6 | 39.6 | 42.8 | 9.0 | 5.8 | 64.0 | 1.3 | 18.2 | 1.7 | 1.7 | 11,460 | 2,680 |
| 209 | 53.6 | 9.7 | 38.4 | 43.4 | 8.5 | 5.8 | 64.5 | 1.4 | 19.3 | .5 | 1.3 | 11,580 | 2,910+ |
| 210 | 54.5 | 9.4 | 37.5 | 43.7 | 9.4 | 5.7 | 64.4 | 1.5 | 18.5 | .5 | 2.3 | 11,370 | 2,870 |
| 211 | 56.2 | 10.3 | 38.4 | 48.9 | 2.4 | 6.0 | 69.5 | 1.7 | 19.7 | .7 | 1.5 | 12,300 | 2,400 |
| 212 | 54.8 | 8.2 | 39.3 | 46.9 | 5.6 | 5.9 | 68.5 | 1.5 | 17.8 | .7 | 1.4 | 12,160 | 2,840 |
| 213 | 54.0 | 7.2 | 37.4 | 42.3 | 13.1 | 5.5 | 62.7 | 1.5 | 16.3 | .9 | 1.6 | 11,160 | 2,910+ |
| 214 | 54.0 | 6.7 | 39.7 | 45.2 | 8.4 | 5.6 | 65.9 | 1.5 | 15.5 | 3.1 | 3.0 | 11,950 | 2,080 |

[1] F bed.   [2] E bed.   [3] D bed.   [4] D bed, lower split.   [5] C bed.   [6] B bed.   [7] A (?) bed.

20



FIGURE 12.—Oxygen content and heat value.

content is erratic, there is a general tendency to decrease with depth of cover. At the same time, there is a clear tendency for the heating value to increase with depth of cover; this figure is used as a measure of rank in classification of coals in this respect. All of the coals rank

BLM_0105227

22  CHARACTERISTICS AND CARBONIZING PROPERTIES OF COAL

as high-volatile C except the two under deepest cover, and they are high-volatile B. Furthermore, as will be shown farther on, only the deepest bed produced a coherent coke. The ash and sulfur contents of the samples are, for the most part, moderate; however, the ash content of the two beds at depths of 447 and 652 feet is rather high, and the sulfur content of beds at depths of 458 feet and 670 feet is too high for making satisfactory coke.

### YIELDS OF CARBONIZATION PRODUCTS

Table 5 gives the yields of carbonization products obtained. The yield of coke ranged from 55.4 to 61.1 percent, the tar from 8.2 to 12.1 gallons per ton, and the gas from 10,750 to 12,150 cubic feet per ton. The yield of ammonium sulfate is high, in one case being 33.6 pounds per ton. High yields of ammonia are characteristic of high-volatile B and C coals. Considering the rank of these coals, the yields of carbonizing products are of the order to be expected.

### PROPERTIES OF THE GAS

Table 6 shows the chemical and physical properties of gases obtained. The specific gravities of the gases are high because of their high $CO_2$ content. The $H_2S$ content of the gases is moderate except for that from samples 208 and 214; the $H_2S$ content of these gases was 530 and 1,130 grains per 100 cubic feet, respectively. The sulfur content of these coals also was high. The heating values of the gases are, for the most part, more than 3,000 B. t. u. per pound of coal carbonized, and this yield must be considered very satisfactory.

TABLE 5.—*Yields of carbonization products, as-carbonized basis, hole 5–33*

| Coal | Depth | | | | Coal | Depth | | | |
|---|---|---|---|---|---|---|---|---|---|
| | From— | | To— | | | From— | | To— | |
| | Ft. In. | | Ft. In. | | | Ft. In. | | Ft. In. | |
| 201 [2] | 266 | 9 | 273 | 0 | 208 [4] | 458 | 6 | 463 | 5 |
| 202 | 295 | 11 | 297 | 7 | 210 [5] | 570 | 0 | 579 | 9 |
| 205 | 357 | 1 | 358 | 3 | 212 [7] | 598 | 8 | 609 | 11 |
| 203 [3] | 394 | 8 | 410 | 10 | 213 [6] | 652 | 0 | 656 | 5 |
| 207 [4] | 447 | 2 | 454 | 0 | 214 [8] | 670 | 3 | 673 | 4 |

| Coal | Re-tort di-ame-ter, inch-es | Car-boniz-ing tem-pera-ture, °C. | Yields, percent by weight of coal [1] | | | | | | | Yields per ton of coal [1] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Coke | Gas | Tar | Light oil | Free am-monia | Li-quor | Total | Gas. cu. ft. | Tar, gal-lons | Light oil, gallons in gas | (NH₄)₂SO₄ pounds |
| 201 | 13 | 900 | 55.7 | 22.1 | 4.3 | 0.99 | 0.124 | 13.9 | 97.1 | 12,150 | 9.1 | 2.75 | 29.3 |
| 202 | 7 | 900 | 56.7 | 18.6 | 4.4 | 1.27 | .013 | 13.9 | 95.0 | 10,980 | 9.2 | 3.53 | 20.2 |
| 205 | 7 | 960 | 55.4 | 20.7 | 5.3 | 1.40 | .640 | 14.4 | 98.2 | 11,300 | 10.9 | 3.87 | 23.3 |
| 203 | 13 | 900 | 56.6 | 21.7 | 4.3 | .90 | .693 | 13.0 | 97.5 | 12,050 | 9.1 | 2.50 | 26.7 |
| 207 | 13 | 900 | 58.4 | 26.0 | 4.3 | .94 | .105 | 14.4 | 98.1 | 11,200 | 9.1 | 2.58 | 30.2 |
| 208 | 13 | 900 | 58.3 | 20.1 | 4.9 | 1.12 | .098 | 12.9 | 97.4 | 11,200 | 10.1 | 3.06 | 30.3 |
| 210 | 13 | 900 | 59.5 | 19.4 | 4.3 | .93 | .092 | 12.3 | 97.6 | 10,730 | 9.2 | 2.89 | 29.4 |
| 212 | 13 | 900 | 58.3 | 23.1 | 5.6 | 1.04 | .126 | 12.8 | 97.4 | 11,300 | 10.6 | 2.86 | 33.6 |
| 213 | 13 | 900 | 61.1 | 18.8 | 4.0 | 1.15 | .078 | 10.7 | 95.8 | 10,750 | 8.2 | 3.14 | 22.9 |
| 214 | 10 | 900 | 58.7 | 19.3 | 5.9 | 1.19 | .051 | 11.5 | 96.6 | 11,150 | 12.1 | 3.24 | 20.0 |

[1] Coke, tar, ammonia, and light oil are reported moisture-free; gas is reported as stripped of light oil and saturated with water vapor at 60° F. and under a pressure of 30 inches of mercury.
[2] F bed. [3] E bed. [4] D bed. [5] D bed, lower split. [6] C bed. [7] B bed. [8] A (?) bed.

PART III.—CARBONIZING PROP

TABLE 6.—*Physical and chemical properties of*

| Coal | Depth | | | |
|---|---|---|---|---|
| | From— | | To— | |
| | Ft. In. | | Ft. In. | |
| 201 [2] | 266 | 9 | 273 | 0 | 266 [5] |
| 202 | 295 | 11 | 297 | 7 | 210 [6] |
| 205 | 357 | 1 | 358 | 3 | 212 [7] |
| 203 [3] | 394 | 8 | 410 | 10 | 213 [6] |
| 207 [4] | 447 | 2 | 454 | 0 | 214 [8] |

| Coal | Re-tort di-ame-ter, inch-es | Car-boniz-ing tem-pera-ture, °C. | Spe-cific grav-ity | Gross heating value [1] | | | | H₂S grains per 100 cubic feet | CO₂ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | B. t. u. per cubic foot | | B.t.u. per pound of coal | | | |
| | | | | Deter-min-ed | Cal-culat-ed | | | | |
| 201 | 13 | 900 | 0.482 | 523 | 522 | 3,180 | | 150 | 8.8 |
| 202 | 7 | 900 | .453 | 535 | 537 | 2,930 | | 90 | 8.8 |
| 205 | 7 | 900 | .487 | 559 | 552 | 3,160 | | 200 | 7.3 |
| 203 | 13 | 900 | .478 | 524 | 519 | 3,160 | | 120 | 8.8 |
| 207 | 13 | 900 | .473 | 531 | 525 | 2,970 | | 180 | 8.1 |
| 208 | 13 | 900 | .470 | 543 | 541 | 3,070 | | 530 | 7.5 |
| 210 | 13 | 900 | .479 | 544 | 544 | 2,920 | | 220 | 7.0 |
| 212 | 13 | 900 | .474 | 554 | 551 | 3,110 | | 240 | 7.5 |
| 213 | 13 | 900 | .468 | 543 | 549 | 2,920 | | 370 | 7.1 |
| 214 | 10 | 900 | .460 | 552 | 553 | 3,080 | | 1,130 | 6.2 |

[1] stripped of light oil and saturated with water vapor at 60° F.
[2] F bed. [3] E bed. [4] D bed. [5] D bed, lower split. [6] C bed. [7] B bed. [8] A (?) bed.

### ANALYSES OF CO

Table 7 gives the analyses of the cok all the cokes is high, probably because $CO_2$ in the mineral matter of the coal. would volatilize in the volatile-matter volatile combustible matter.

### PHYSICAL PROPERTIES

None of the samples except 214 prod 13 to 17 show the character of the incoher 214 (fig. 17, J) produced enough fused not enough for both shatter and tumbler test results.

The Columbia Steel Co. bases judgm for furnace use upon the cumulative p ½-inch screen in the tumbler test. Th 75 percent, and it is clear that this coke

PART III.—CARBONIZING PROPERTIES OF COAL 23

TABLE 6.—*Physical and chemical properties of gas, hole 5–33, 8-inch core drill*

| Coal | Depth From— Ft. In. | Depth To— Ft. In. | Coal | Depth From— Ft. In. | Depth To— Ft. In. |
|---|---|---|---|---|---|
| 201 ¹ | 266  9 | 273  0 | 208 ⁵ | 458  6 | 463  5 |
| 202 | 205  11 | 267  7 | 210 ⁴ | 570  0 | 579  9 |
| 205 | 357  1 | 358  3 | 212 ⁵ | 598  8 | 609  11 |
| 203 ³ | 394  8 | 410  10 | 213 ⁶ | 652  9 | 656  5 |
| 207 ¹ | 447  2 | 454  0 | 214 ⁸ | 670  3 | 673  4 |

| Coal | Retort distemperature, inches | Carbonizing temperature, °C. | Specific gravity | Gross heating value ¹ Determined | Calculated | B.t.u. per pound of coal | H₂S, grains per 100 cubic feet | CO₂ | Illuminants | O₂ | H₂ | CO | CH₄ | C₂H₆ | N₂ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | 13 | 900 | 0.482 | 523 | 522 | 3,180 | 150 | 9.8 | 4.0 | 0.3 | 47.3 | 11.5 | 25.7 | 1.0 | 1.4 |
| 202 | 7 | 900 | .453 | 535 | 537 | 2,930 | 90 | 5.5 | 4.7 | .3 | 49.4 | 13.0 | 24.4 | 1.3 | 1.4 |
| 205 | 7 | 900 | .487 | 539 | 532 | 3,160 | 290 | 7.3 | 5.5 | .4 | 46.6 | 12.5 | 26.8 | .9 | 1.0 |
| 203 | 13 | 900 | .478 | 524 | 519 | 3,160 | 120 | 8.5 | 3.9 | .4 | 48.0 | 12.1 | 24.6 | 1.3 | 1.2 |
| 207 | 13 | 900 | .473 | 531 | 525 | 2,970 | 180 | 8.1 | 4.2 | .3 | 47.4 | 10.9 | 27.4 | .1 | 1.6 |
| 208 | 13 | 900 | .476 | 548 | 541 | 3,050 | 530 | 7.8 | 4.5 | .2 | 46.5 | 11.6 | 27.5 | .8 | 1.2 |
| 210 | 13 | 900 | .479 | 544 | 544 | 2,920 | 220 | 7.6 | 4.3 | .3 | 46.8 | 11.4 | 27.3 | 1.2 | 1.1 |
| 212 | 13 | 900 | .474 | 531 | 551 | 3,110 | 240 | 7.0 | 4.6 | .3 | 47.2 | 11.4 | 28.1 | .8 | .6 |
| 213 | 13 | 900 | .465 | 543 | 549 | 2,920 | 370 | 7.0 | 4.0 | .3 | 46.6 | 11.6 | 29.8 | .3 | .4 |
| 214 | 10 | 900 | .460 | 552 | 553 | 3,080 | 1,130 | 8.2 | 4.4 | .3 | 46.7 | 11.6 | 29.2 | .5 | 1.1 |

¹ Stripped of light oil and saturated with water vapor at 60° F. and under a pressure of 30 inches of mercury.
² F bed.
³ E bed.
⁴ D bed.
⁵ D bed, lower split.
⁶ C bed.
⁷ B bed.
⁸ A (?) bed.

## ANALYSES OF COKES

Table 7 gives the analyses of the cokes. The volatile content of all the cokes is high, probably because of water of hydration and/or CO₂ in the mineral matter of the coal. These inorganic constituents would volatilize in the volatile-matter determination and count as volatile combustible matter.

## PHYSICAL PROPERTIES OF COKE

None of the samples except 214 produced well-fused coke; figures 13 to 17 show the character of the incoherent char produced. Sample 214 (fig. 17, *J*) produced enough fused coke for the tumbler test but not enough for both shatter and tumbler. Table 8 gives the tumbler-test results.

The Columbia Steel Co. bases judgment of the suitability of coke for furnace use upon the cumulative percentage remaining on the ½-inch screen in the tumbler test. The amount should be at least 75 percent, and it is clear that this coke is inferior in that respect.

BLM_0105229

Case No. 1:20-cv-02484-MSK   Document 58-7   filed 04/28/21   USDC Colorado   pg 144 of
151



FIGURE 13.—BM-AGA 900° C. char made from 8-inch core, hole 5-33. A, Sample 201. Coal from 266'9" to 273' 0". B, Sample 202. Coal from 295' 11" to 297' 7".



FIGURE 14.—BM-AGA 900° char made from 8-inch core, hole 5-33.   C, Sample 205.   Coal from 357′ 1″ to 358′ 3″.   D, Sample 203.   Coal from 394′ 8″ to 410′ 10″.





FIGURE 15.—BM.-AGA 900° C. char made from 8-inch core, hole 5-33.   E, Sample 207.   Coal from 447' 2" to 454' 0".   F, Sample 208.   Coal from 458' 0" to 463' 6".



FIGURE 16.—BM-AGA 900° C. char made from 8-inch core, hole 5-33.   G, Sample 209.   Coal from 570' 0" to 575' 4".   H, Sample 212.   Coal from 598' 8" to 609' 11".

Case No. 1:20-cv-02484-MSK   Document 58-7   filed 04/28/21   USDC Colorado   pg 148 of 151



FIGURE 17.—BM-AGA 900° C. char made from 8 inch core, hole 5-33.  *I*, Sample 213.  Coal from 652′ 9″ to 656′ 5.″  *J*, Sample 214.  Coal from 676′ 3″ to 673′ 4″.

TABLE 7.—*Analyses of cokes, dry*

| Coal | Depth | | | | |
|---|---|---|---|---|---|
| | From— | | To— | | |
| | Ft. | In. | Ft. | In. | |
| 201 [2] | 293 | 9 | 273 | 0 | 208 [4] |
| 202 | 295 | 11 | 297 | 7 | 210 [5] |
| 203 | 357 | 1 | 358 | 3 | 212 [7] |
| 203 [3] | 394 | 8 | 410 | 10 | 213 [3] |
| 207 [4] | 447 | 2 | 454 | 0 | 214 [8] |

| Coal | Retort diameter, inches | Carbonizing temperature, °C. | Prox |
|---|---|---|---|
| | | | Volatile matter |
| 201 | 13 | 900 | 3.7 |
| 202 | 7 | 900 | 4.1 |
| 203 | 7 | 900 | 3.4 |
| 203 | 13 | 900 | 2.4 |
| 207 | 13 | 900 | 2.1 |
| 208 | 13 | 900 | 2.7 |
| 210 | 13 | 900 | 3.1 |
| 212 | 13 | 900 | 3.2 |
| 213 | 13 | 900 | |
| 214 [1] | 10 | 900 | 3.1 |

[1] Ultimate analysis: Hydrogen, 0.6; carbon, 81.4; nitrogen, 1.2;
[2] F bed.
[3] E bed.
[4] D bed.
[5] D bed, lower split.
[6] C bed.
[7] B bed.
[8] A (?) bed.

TABLE 8.—*Tumbler test results (Colum*

| Coal | Retort diameter, inches | Carbonizing temperature, °C. | True specific gravity | Apparent specific gravity | Cells, percent | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 214 [1] | 10 | 900 | 1.95 | 0.67 | 65.6 | |

[1] A (?) bed.

BLM_0105234

PART III.—CARBONIZING PROPERTIES OF COAL        29

TABLE 7.— *Analyses of cokes, dry basis, hole 5–33*

| Coal | Depth | | | | Coal | Depth | | | |
|---|---|---|---|---|---|---|---|---|---|
| | From— | | To— | | | From— | | To— | |
| | Ft. | In. | Ft. | In. | | Ft. | In. | Ft. | In. |
| 201 [1] | 295 | 9 | 273 | 0 | 208 [5] | 458 | 6 | 463 | 5 |
| 202 | 295 | 11 | 297 | 7 | 210 [6] | 570 | 0 | 579 | 9 |
| 205 | 357 | 1 | 358 | 3 | 212 [7] | 598 | 8 | 600 | 11 |
| 205 [3] | 394 | 8 | 410 | 10 | 213 [8] | 652 | 9 | 655 | 5 |
| 207 [4] | 447 | 2 | 454 | 0 | 214 [8] | 670 | 3 | 673 | 4 |

| Coal | Retort diameter, inches | Carbonizing temperature, °C. | Proximate, percent | | | Sulfur, percent | Heating value, B. t. u. per pound |
|---|---|---|---|---|---|---|---|
| | | | Volatile matter | Fixed carbon | Ash | | |
| 201 | 13 | 900 | 3.7 | 90.0 | 6.3 | 0.6 | 13.480 |
| 202 | 7 | 900 | 4.1 | 84.3 | 11.6 | .6 | 12.660 |
| 205 | 7 | 900 | 3.4 | 88.7 | 7.9 | .7 | 13.240 |
| 205 | 13 | 900 | 2.4 | 89.9 | 7.7 | .4 | 13.330 |
| 207 | 13 | 900 | 2.1 | 83.5 | 14.4 | .5 | 12.530 |
| 208 | 13 | 900 | 2.7 | 81.4 | 15.9 | 1.7 | 12.630 |
| 210 | 13 | 900 | 3.1 | 81.1 | 15.8 | .5 | 12.110 |
| 212 | 13 | 900 | 3.2 | 87.0 | 9.8 | .6 | 12.980 |
| 213 | 13 | 900 | | | | | |
| 214 [8] | 10 | 900 | 3.1 | 83.2 | 13.7 | 3.0 | 12.340 |

[1] Ultimate analysis: Hydrogen, 0.6; carbon, 81.4; nitrogen, 1.2; oxygen, 0.1.
[2] F bed.
[3] E bed.
[4] D bed.
[5] D bed, lower split.
[6] C bed.
[7] B bed.
[8] A (?) bed.

TABLE 8.—*Tumbler test results (Columbia Steel Co. methods)*

| Coal | Retort diameter, inches | Carbonizing temperature, °C. | True specific gravity | Apparent specific gravity | Cells, percent | Tumbler test | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Cumulative percent upon— | | | | Through ½-inch |
| | | | | | | 1½-inch | 1-inch | ¾-inch | ½-inch | |
| 214 [1] | 10 | 900 | 1.95 | 0.87 | 55.6 | 2 | 28 | 53 | 71 | 29 |

[1] A (?) bed.

BLM_0105235

## Part IV.—GEOLOGY OF THE MINNESOTA CREEK AREA, DELTA AND GUNNISON COUNTIES, COLO.[8]

### By Vard H. Johnson

The Minnesota Creek area lies 6 miles east of the town of Paonia, Colo., in Delta and Gunnison Counties. It has been described previously in W. T. Lee's report on the coal field of Grand Mesa and the West Elk Mountains, Colorado,[9] and in a recent report by the writer,[10] from which the following paragraphs are abstracted.

The geologic study in the Minnesota Creek area was undertaken as part of a cooperative program of the U. S. Bureau of Mines and the U. S. Geological Survey for the purpose of locating additional deposits of coking coal in the Western States. The geologic work, which was in conjunction with diamond-drilling prospect holes by the Bureau of Mines, was done by D. A. Andrews, assisted by R. C. Robeck, in the autumn of 1943, and by the writer during the summer of 1944.

### STRATIGRAPHY

The rocks exposed in and near the Minnesota Creek area consist of the Mancos shale and the coal-bearing Mesaverde formation of Upper Cretaceous age, the Ohio Creek conglomerate, and the Wasatch ("Ruby") formation of early Tertiary age. They dip uniformly north-northeast about 250 feet per mile.

#### MANCOS SHALE

The Mancos shale, the oldest formation exposed in the Minnesota Creek area, comprises a sequence of dark-gray to drab, locally buff, marine shale 2,000 to 3,000 feet thick. The shale weathers to a drab color and is characterized by rolling badlands and terraces. Only the upper part of the formation is exposed here.

#### MESAVERDE FORMATION

The Mesaverde formation, which overlies the Mancos shale, is divided into four members, which are, in ascending order, Rollins sandstone member, lower coal member, upper coal member, and barren member.

*Rollins sandstone member.*—The Rollins sandstone member is a conspicuous, cliff-forming, white to buff sandstone 150 to 200 feet thick, characterized by an abundance of the fossil fucoid, *Halymenites major* (Lesquereux). The lower part of the member consists of thin-

bedded sandstone, which grades downwa and upward into massive sandstone. Cro is not conspicuous in the massive portion.

*Lower coal member.*—Lee[11] divided the Mesaverde into the underlying Bowie sh brackish water origin. This separation was evidence, and the coal beds were correl During the course of the present study, it w of the beds of marine and nonmarine origi mapping on the basis of fossils alone. I for example, above a coal bed in the ger and oyster shells and other marine fossils nonmarine Paonia shale. The lower co however, is nearly the same unit as Lee's the upper coal member is nearly the same

The lower coal member comprises in i interbedded shale and sandstone 50 to 18 part an irregular sandstone bed 75 to 225 is taken as the top of the lower coal membe of this member contains several workable of sandstone are irregularly interbedded v tion of sandstone to shale is highly var sections are irregular and often inconsister Rollins sandstone member, except that smaller, less abundant, and generally lik bedded sandstone and shale in the lower

In the Minnesota Creek area there are beds more than 3 feet thick in the lower Old King or A bed, is immediately above ber. In some places the bed rests direct there is as much as 15 feet of interve observed thickness of this bed is near the where it is a single bed 3 feet, 8 inches that from this point south and east it split in thickness from 1 to $3\frac{1}{2}$ feet.

The second coal bed, here designated mined extensively at Somerset on North In Minnesota Creek, this bed ranges in inches and 15 feet and is of commercia points observed.

The next higher bed, which is called largest mine obtaining coal from it, lies beneath the large sandstone that caps ranges in thickness from 4 feet 8 inches

*Upper coal member.*—The upper coal formation comprises a sequence of inter similar to that in the lower coal membe lenticular. This member ranges from and is capped by thick sandstone. T upper sandstone makes it difficult to ide of this member in some places.

---

[8] Published by permission of the Director, U. S. Geological Survey.
[9] Lee, W. T., Coal Fields of Grand Mesa and the West Elk Mountains, Colorado: U. S. Geol. Surv. Bull. 510, 1912.
[10] Johnson, Vard H., Geology of the Paonia Coal Field, Delta and Gunnison Counties, Colo.: U. S. Geol. Surv., Preliminary Map, April 1948.

[11] Lee, W. T., Work cited in footnote 9.

30

bedded sandstone, which grades downward into the Mancos shale
and upward into massive sandstone. Cross-bedding is common but
is not conspicuous in the massive portion.

*Lower coal member.*—Lee [11] divided the coal-bearing beds of the
Mesaverde into the underlying Bowie shale member of marine and
brackish water origin, and the overlying Paonia shale member of
fresh water origin. This separation was based upon paleontological
evidence, and the coal beds were correlated by the same means.
During the course of the present study, it was found that interfingering
of the beds of marine and nonmarine origin is too extensive to permit
mapping on the basis of fossils alone. Dinosaur tracks were noted,
for example, above a coal bed in the generally marine Bowie shale,
and oyster shells and other marine fossils were found in the generally
nonmarine Paonia shale. The lower coal member of this report,
however, is nearly the same unit as Lee's Bowie shale member, and
the upper coal member is nearly the same as his Paonia shale member.

The lower coal member comprises in its lower part a sequence of
interbedded shale and sandstone 50 to 180 feet thick, and in its upper
part an irregular sandstone bed 75 to 225 feet thick, the top of which
is taken as the top of the lower coal member. The shaly lower portion
of this member contains several workable coal beds. Lenses and beds
of sandstone are irregularly interbedded with the shale. The propor-
tion of sandstone to shale is highly variable, and as a result cross
sections are irregular and often inconsistent. Locally it resembles the
Rollins sandstone member, except that the *Halymenites* in it are
smaller, less abundant, and generally limited to a zone of thin, inter-
bedded sandstone and shale in the lower portion.

In the Minnesota Creek area there are three, and locally four, coal
beds more than 3 feet thick in the lower coal member. The lowest,
Old King or A bed, is immediately above the Rollins sandstone mem-
ber. In some places the bed rests directly on the Rollins; at others
there is as much as 15 feet of intervening shale. The maximum
observed thickness of this bed is near the Minnesota Creek reservoir,
where it is a single bed 3 feet, 8 inches thick, but drilling indicates
that from this point south and east it splits into two beds, each ranging
in thickness from 1 to $3\frac{1}{2}$ feet.

The second coal bed, here designated the Somerset or B bed, is
mined extensively at Somerset on North Fork of the Gunnison River.
In Minnesota Creek, this bed ranges in thickness between 5 feet 2
inches and 15 feet and is of commercial grade and thickness at all
points observed.

The next higher bed, which is called the Bear or C bed, after the
largest mine obtaining coal from it, lies above the Somerset bed and
beneath the large sandstone that caps the lower coal member. It
ranges in thickness from 4 feet 8 inches to 9 feet 9 inches.

*Upper coal member.*—The upper coal member of the Mesaverde
formation comprises a sequence of interbedded sandstone and shale
similar to that in the lower coal member, except the beds are more
lenticular. This member ranges from 400 to 600 feet in thickness
and is capped by thick sandstone. The lenticular nature of this
upper sandstone makes it difficult to identify or map the upper limit
of this member in some places.

[11] Lee, W. T., Work cited in footnote 9.

BLM_0105237