| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 54. | A | Bob Risch | City of Ouray Mayor | PO Box 601 Ouray CO, 81427 | 970.318.1363 | Ridgway | **Bob Risch** | Ridgway |
| 55. | A | Greg Sparks | Town of Mountain Village Town Manager | 455 Mountain Village Blvd. Suite A Mountain Village, CO 81435 | 970-369-6404 | Norwood | **Greg Sparks** | Ridgway |
| 56. | C | Bill Steele | Coordinator, Public Lands Partnership | P.O. Box 801 Ridgway, CO 81432 | | Ridgway | **Bill Steele** | Ridgway |
| 57. | C | Jim Stephenson, Public Lands/Wildlife Committee | Ridgway-Ouray Community Council (ROCC) | 1382 Aspen Dr. Ridgway, CO 81427 | 970.626.5594 | Ridgway | **Jim Stephenson;** 2.1.2010 - phone | Ridgway |
| 58. | B | Paul Szilagyi, Linda "Sue" Carter | Nuvemco LLC | 10771 3200 Road Hotchkiss, CO 81419 | | | **Paul Szilagyi** | Ridgway |
| 59. | C | Dee Williams | City of Ouray Community Development Committee; The Uncompahgre Board Of Cooperative Services (Work Alliance Program Coordinator) | P.O. Box 728 | 1115 W. Clinton | Ridgway, Colorado 81432 | 970.626.2977 | Ridgway | **Dee Williams** | Ridgway |
| 60. | A | Pat Willits | Town of Ridgway Mayor | PO Box 10 Ridgway, CO 81432 | (970) 626-5308 | Ridgway | **Pat Willits** | Ridgway |
| | A | Connie Hunt | Ouray County County Manager | PO Box C Ouray, CO 81427 | 970.325.7263 | Ridgway | | |
| 61. | A | County Engineer | Ouray County County Engineer | 111 Mall Rd. Ridgway, CO 81432 | | Ridgway | | |
| 62. | A | Mark Castrodale | Ouray County Senior Planner | PO Box 28 Ridgway, CO 81432 | 970-626-9775 | Ridgway | | |

BLM_0105501

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 63. | A | Ken Lipton | Ouray County Planning Commission Chair | PO Box 28 Ridgway, CO 81432 | 970-626-9775 | Ridgway | | |
| 64. | A | Joe Kersen, Betty Wolfe, Ben DeGear, Gary Hansen | City of Ouray City Council | PO Box 468 Ouray, CO 81427 | | Ridgway | | |
| 65. | A | John Clark, Eric Johnson, Paul Hebert, Ellen Hunter, Debra Hynes, Rick Weaver | Town of Ridgway Town Council | PO Box 10 Ridgway, CO 81432 | (970) 626-5308 | Ridgway | | |
| 66. | A | Jen Coates | Town of Ridgway Planning/Community Development Coordinator | PO Box 10 Ridgway, CO 81432 | (970) 626-5308 | Ridgway | | |
| 67. | C | Kirsten Copeland | State of Colorado Ridgway State Park Manager | 28555 Highway 550 Ridgway, CO 81432 | 970-626-5822 | Ridgway | | |
| 68. | C | Kelly Crane | State of Colorado CDOW representative – Ridgway | 67876 Tulare Rd Montrose, CO 81403 | | Ridgway | | |
| 69. | C | Jennifer Loshaw | Ouray Chamber & Resort Association | PO Box 145 Ouray CO, 81427 | | Ridgway | | |
| 70. | C | Susan Prather | Ridgway Area Chamber of Commerce | 50 Racecourse Road Ridgway, CO 81432 | | Ridgway | | |
| 71. | C | Richard Durnan | Ridgway Trails Group Chair | PO Box 2065 Ridgway, CO 81432 | 970-249-2514 | Ridgway | | |
| 72. | C | Roger Smith | Ouray Trails Group | PO Box 50 Ouray, CO 81427 | 970-626-3347 | Ridgway | | |

BLM_0105502

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 73. | C | Sarah Sauter | Uncompahgre Watershed Planning Partnership | PO Box 1679 Paonia, CO 81428 | 970-872-2433 | Ridgway | | |
| 74. | A | Debra Lear | Naturita Town Clerk | P.O. Box 505 Naturita, CO 81422 | | Naturita | **Debra Lear** | Naturita |
| 75. | A | Mss. Morris and Pierce and Messrs. Brown, Craig, Sonnenberg, and Labota | Nucla Mayor & Trustees | 320 Main St. Nucla, CO 81424 | 970.864.7351 970.864.7351 | Naturita | **Jeff Sonnenberg** (trustee) **Richard Craig** (trustee) **Christina Pierce** (trustee) | Naturita Naturita Naturita |
| 76. | B | Dianna Reams | Reams Construction | PO Box 106 Naturita, CO 81422 | 970-865-2886 | Naturita | **Dianna Reams** | Naturita |
| 77. | A | Marty Warner | Montrose County West End Planning Advisory Com. & Paradox Repres. | | 970.864.4301 | | **Marty Warner** | Naturita |
| 78. | B | Paul Szilagyi, Linda "Sue" Carter | Nuvemco LLC | 10771 3200 Road Hotchkiss, CO 81419 | | | **Paul Szilagyi** | Naturita |
| 79. | A | Chris Daniels | Nucla-Naturita Chamber of Commerce | | 970.874.2272 | | **Chris Daniels** | Naturita |
| 80. | C | Yvette Henson | San Miguel County CSU Extension Director | PO Box 130 Norwood, CO 81432 | 970-327-4393 | Norwood | **Yvette Henson** | Naturita |
| 81. | C | Mary Helen deKovend, Michelle Murphy, Val Stow | Unaweep/Tabeguache Byway Council | PO Box 219 Nucla, CO 81424 | | Norwood Naturita Montrrose | | |

BLM_0105503

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 82. | A | Cameron Riley, Tammy Lowrance, Teresa Ficklin, Allen Greaser, Dan Williams | Naturita Mayor & Town Council | P.O. Box 505 Naturita, CO 81422 | | Naturita | | |
| 83. | C | Tony Bonacquista | State of Colorado CDOW representative – Naturita | PO Box 272 Nucla, CO 81424 | | Naturita | | |
| 84. | C | Leah Cristen | Nucla-Naturita Visitor Center | PO Box 425 Naturita, CO 81422 | 970-865-2350 | Naturita | | |
| 85. | B | Jennifer Hayes | Telluride Business Alliance | PO Box 1277 Telluride, CO 81435 | 970-728-2910 | Norwood | | |
| 86. | C | Robert Bray | Robert Bray Outfitting | | 970.327.4779 970.729.3437 970.428.2729 | Norwood | **Lance Bray** **Zandon Bray** | Norwood Norwood |
| 87. | C | Kris Holstrom | San Miguel County Planning Commission Chair | PO Box 548 Telluride, CO 81435 | 970.327.4873 | Norwood | **Joe Reagan**;; 3.1.2010; via telephone; to represent the Town of Norwood | Norwood |
| 88. | C | Kerry Welch, Dave McFalls, Michelle Haynes, Rich Sanchez, Jacqueline Hudson | Town of Norwood Mayor & Town Council | PO Box 528 Norwood, CO 81423 | 970.327.4288 | Norwood | | |
| | C | Patti Grafmeyer | Town of Norwood Town Manager | PO Box 528 Norwood, CO 81423 | 970.327.4288 | Norwood | | |
| | C | Amy Levek | Town of Norwood Norwood contract planner | PO Box 528 Norwood, CO 81423 | 970.327.4288 | Norwood | | |

BLM_0105504

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
|  | C | Stu Fraser | Telluride Mayor | PO Box 397 Telluride, CO, 81435 |  | Norwood |  |  |
|  | C | Bob Saunders, Thom Carnevale, David Oyster, Chris Meyers, Ann Brady, Brian Werner | Telluride Town Council | PO Box 397 Telluride, CO, 81435 |  | Norwood |  |  |
|  | C | Frank Bell | Telluride Town Manager | PO Box 397 Telluride, CO, 81435 |  | Norwood |  |  |
|  | C | Nancy Matthews | Telluride Open Space Commission | PO Box 397 Telluride, CO 81435 |  | Norwood |  |  |
|  | C | Michael Davenport | Telluride Planning and Building Director | PO Box 397 Telluride, CO, 81435 | 970-728-2150 | Norwood |  |  |
|  | C | Scott Andrews | Telluride Planning & Zoning Commission | PO Box 397 Telluride, CO, 81435 |  | Norwood |  |  |
|  | C | Mark Dollard | Telluride Ecology Commission | PO Box 397 Telluride, CO, 81435 |  | Norwood |  |  |
|  | C | Kris Holstrom | Telluride New Community Coalition | PO Box 1625 Telluride, CO 81435 |  | Norwood |  |  |
|  | C | Bob Delves | Town of Mountain Village Mayor | 455 Mountain Village Blvd. Suite A Mountain Village, CO 81435 |  | Norwood |  |  |

BLM_0105505

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| | C | Jonathan Greenspan, Richard Child, Christopher Cox, Dan Garner, Catherine Jett, Dave Schillaci | Town of Mountain Village Town Council | 455 Mountain Village Blvd. Suite A Mountain Village, CO 81435 | | Norwood | | |
| | B | James D. Black | Western Small Miners Association | 225 Redvale Rd PO Box 34 Redvale, CO 81431 | | Norwood | | |
| | C | Mike Rozycki | San Miguel County Planning Department Director | PO Box 548 Telluride, CO 81435 | 970-728-3083 | Norwood | | |
| | C | Chris Hawkins | Town of Mountain Village Director of Community Development | 455 Mountain Village Blvd. Suite A Mountain Village, CO 81435 | | Norwood | | |
| | C | Dan Witkowski, David Whitelaw, Elaine Giuliani, John Horn, Mike Theile, Richard Thorpe, Rube Felicelli | Town of Mountain Village Open Space and Recreation Board | 455 Mountain Village Blvd. Suite A Mountain Village, CO 81435 | | Norwood | | |
| | C | Lynn Black | San Miguel County County Administrator | PO Box 1170 Telluride, CO 81435 | 970-728-3844 | Norwood | | |
| | C | Mike Kimball | Town of Sawpit Mayor | PO Box 49 Placerville, CO 81430 | 970-728-3726 | Norwood | | |

BLM_0105506

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| | C | | Town of Placerville Mayor & Town Council | | | Norwood | | |
| | C | Joe Koch | State of Colorado CDOW representative – Norwood | 95 Buckboard Drive Unit B Norwood, CO 81423 | | Norwood | | |
| | C | Scott McQuade | Telluride Tourism Board | PO Box 1009 Telluride, CO 81435 | | Norwood | | |
| | C | Terry Esch | Norwood Chamber of Commerce | PO Box 116 Norwood, CO 81423 | 800-282-5988 | Norwood | | |
| | C | Jennifer Hayes | Telluride Business Alliance | PO Box 1277 Telluride, CO 81435 | 970-728-2910 | Norwood | | |
| | C | Dave Schneck, | San Miguel County Environmental Health Director | PO Box 1170 Telluride, CO 81435 | 970- 728-0447 | Norwood | | |
| | C | Judy Schutza | Grand Mesa-Uncompahgre-Gunnison National Forests - Norwood District Ranger | 1150 Forest Norwood, CO 81423 | 970-327-4261 | | | |
| 89. | B | Jerry Abboud, Executive Director, Legislative Affairs | Colorado Off Highway Vehicle Coalition | P.O. Box 620523 Littleton, CO 80162 | | | | |
| 90. | B | Glenn Graham, Chairman of the Board | Colorado Off Highway Vehicle Coalition | P.O. Box 620523 Littleton, CO 80162 | | | | |
| 91. | B | Julia Schneider | Colorado Rivers Outfitters Assoc. | P.O. Box 1662 Buena Vista, CO 81211 | 303-229-6075 | | | |

BLM_0105507

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 92. | B | Dick Ray | COA | 481 A Highway 84 Colorado Springs, CO. 81147 | 970-264-5546 | | | |
| 93. | B | John Muire | Cabot Oil and Gas | 600 17th Street, Suite 900 North Denver, CO 80202 | 303-226-9400 | | | |
| 94. | B | Jevin Croteau | Encana Oil and Gas | Republic Plaza 370 17th ST, Suite 1 Denver, CO 80202 | 303-623-2300 | | | |
| 95. | B | Randy Marsing | Great Northern Gas Co | 621 17th Street, Suite 2150 Denver, CO 80202 | 303-295-0938 | | | |
| 96. | B | Sam Thurner | Riviera Drilling and Exploration Co. | 1441 N. Mayfair Road Milwaukee, WI 53226 | 414-771-160 | | | |
| 97. | B | Robert Guinn | SG Interests LTD | 100 Waugh, Suite 400 Houston, TX 77010 | | | | |
| 98. | B | Bill Bear | Bowie Resources | PO Box 1488 Paonia, CO 81428 | | | | |
| 99. | B | Randy Marsing | Denison Mines | PO Box 301 La Sal, UT 84530 | | | | |
| 100. | B | Jim Cooper | Oxbow Mining Elk Creek Mine | PO Box 535 Somerset, CO 81434 | | | | |
| 101. | B | Don Vickers | Mountain Coal Co. LLC West Elk Mine | PO Box 591 Somerset, CO 81434 | | | | |
| 102. | B | Dick White | Energy Fuels Resources | PO Box 888 Nucla, CO 81424 | | | | |
| 103. | B | David Kelly | San Miguel Power Association | PO Box 817 Nucla, CO 81424 | | | | |

BLM_0105508

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 104. | B | Kevin Berrett | Delta County Tele-Comm | 132 Grand Ave Paonia, CO 81428 | | | | |
| 105. | B | Phil Bourassa | High Mesa Gravel LLC | 805 North Crest Drive, Suite 101 Grand Junction, CO 81506 | | | | |
| 106. | B | Shelly Moore | Hoak Media | Post Office Box 789 Grand Junction, CO 81502 | | | | |
| 107. | B | Tim Atwater | Kinder Morgan | PO Box 281304 Lakewood, CO 80228 | | | | |
| 108. | B | Ken Lawrence | Lawrence Multimedia | P.O Box 443 Norwood, CO 81423 | 970-428-4380 | | | |
| 109. | B | Kent Tomlinson | Nucla-Naturita Telephone | P. O. Box520 Nucla, CO 81424 | | | | |
| 110. | | | | | | | | |
| 111. | B | Mark Mansell | Qwest | 222 West 5th Street, Room 103 Pueblo, CO 81003 | | | | |
| 112. | B | Dick Pate | Redwine Resources Inc. | 410 17th Street, Suite 1320 Denver, CO 80202 | | | | |
| 113. | B | Tim Atwater | Rocky Mountain Natural Gas | 370 Van Gordon Street, Suite 4000 Lakewood, CO 80228 | | | | |
| 114. | B | Val Stow | Synergist Group | 326 Main Street, Suite 225 Grand Junction CO 81501 | 970-241-2179 | | | |

BLM_0105509

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 115. | B | Debbie West | Verizon Wireless | 126 West Gemini Drive Tempe, AZ 85283 | | | | |
| 116. | C | Jevin R. Croteau | Southwest RAC Member EnCana Oil & Gas Inc. | 370 17th St., Ste. 1700 Denver, Colorado 80202 | (w) 720.876.5339 (h) 303.280.3158 | | | |
| 117. | C | Kenneth Emory | Southwest RAC Member | 2551 Silver Way Montrose, CO 81401 | (h) 970.240.9818 (c) 596.5111 | | | |
| 118. | C | Al Heaton | Southwest RAC Member | 23589 CR M Cortez, CO 81321 | (w) 970.749-2532 (h) 970.565-6439 | | | |
| 119. | C | James M. Young | Southwest RAC Member High Country Romagnola | P.O. Box 804 Norwood, Colorado 81423 | (w) 970.327.4241 (h) 970.327.4845 | | | |
| 120. | C | Andrew Gulliford, PhD | Southwest RAC Member | 1180 Oak Drive Durango, CO 81301 | (w) 970.247-7011 (h) 970.375-9417 | | | |
| 121. | C | Peter Mueller | Southwest RAC Member | PO Box 3140 Telluride, CO 81435 | (w) 970.728.5291 (h) 970-369-4348 | | | |
| 122. | C | Wally White | Southwest RAC Member | 1062 E 2nd Ave. Durango, CO 81301 | (w) 970.382-6219 (h) 970.382-0026 | | | |
| 123. | C | Dan Morse | Southwest RAC Member | P.O. Box 2991 103 Maroon Avenue Crested Butte, CO 81224 | (w) 970.349.7104 (h) 970.209-0796 | | | |
| 124. | C | Jim Cochran | Southwest RAC Member | 23825 Hwy. 149 Powderhorn, CO 81243 | (w) 970.641-7604 (h) 970.641-5182 | | | |

BLM_0105510

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 125. | C | William | Southwest RAC Member | 30507 L Road Hotchkiss, Colorado 81419 | (h) 970.872-3334 | | | |
| 126. | C | Gerald Koppenhafer, DVM | Southwest RAC Member | 7388 County Rd 41 Mancos, CO 81328 | (w) 970.749.0262 (h) 970.533.7768 | | | |
| 127. | C | Alan Staehle | Southwest RAC Member | P.O. Box 714 Ouray, Colorado 81427 | (h) 970.325.4823 | | | |
| 128. | C | Tony Gurzick | Southwest RAC Member | 415 Turner Drive Durango, CO 81303 | (w) 970.375-6750 (h) 970.375-2786 | | | |
| 129. | C | Mark LeValley | BLM Grazing Advisory Board | P.O. Box 835 Hotchkiss, CO 81419 | | | | |
| 130. | C | Congressman John Salazar | | 225 North 5th Street, Suite 702 Grand Junction, CO 81501 | 970-245-7107 | | | |
| 131. | C | Senator Mark Udall | | 400 Rood Ave, Suite 215 Grand Junction, CO 81501 | 970-245-9553 | | | |
| 132. | C | Senator Michael Bennett | | 225 North 5th Street, Suite 511 Grand Junction, CO 81501 | 970-241-6631 | | | |
| 133. | A | Matthew Birnie, County Manager | Gunnison County | 200 E Virginia Gunnison, CO 81230 | | | | |
| 134. | A | Hap Channell; Paula Swenson; Jim Starr | Gunnison County County Commissioners | 200 E Virginia STE 104 Gunnison, CO 81230 | 970-641-0248 | | | |

BLM_0105511

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 135. | A | Janet Rowland; Craig J. Meis; Steven Acquafresca; | Mesa County Board of Commissioners | PO Box 20000 Grand Junction, CO 81502-5010 | 970-244-1800 | | | |
| 136. | A | Jon Peacock | Mesa County County Manager | PO Box 20000 Grand Junction, CO 81502-5010 | | | | |
| 137. | C | Betsy Chapoose, Environmental Coordinator | Ute Indian Tribe | PO Box 190 Fort Duchesne, UT 84026 | | | | |
| 138. | C | Lyn Hartman, Cultural Resources Contract Coordinator Terri Knight | Ute Mountain Ute | PO Box 468 Towaoc, CO 81334 | 970.565.1965  2.26.2010; phone | | | |
| 139. | C | Vickie Kujawa, Director of Environmental Programs | Southern Ute Tribe | PO Box 737 Ignacio, CO 81137 | | | | |
| 140. | C | Harris Sherman, Director | Colorado Dept of Natural Resources | 1313 Sherman St, Rm 718 Denver, CO 80203 | | | | |
| 141. | C | Kurt Mill, Rocky Mtn. Regional Director | Colorado State Parks | 1313 Sherman St., #618 Denver, CO 80203 | | | | |
| 142. | A | Tom Spezze, SW Regional Director | Colorado Division of Wildlife | 151 East 16th St. Durango, CO 8130 | | | | |
| 143. | A | Renzo DelPiccolo | Colorado Division of Wildlife | 2300 South Townsend Ave. Montrose, CO 81401 | Montrose | | | |

BLM_0105512

| Tracking Number | Letter Code | Preliminary Name(s) | Affiliation | Address | Phone | Suggested Workshop Location | Participant(s) Attending (Name, Date Committed) | Selected Workshop Location |
|---|---|---|---|---|---|---|---|---|
| 144. | C | Russell George | Colorado Department of Transportation | 4201 E Arkansas Ave Denver, CO 80222 | | | | |
| 145. | C | Patricia Gelatt, Acting Project Leader | U.S. Fish and Wildlife Service | 764 Horizon Dr. So., Annex A Grand Junction, CO 81506-3946 | | | | |
| 146. | C | Charles Richmond, Forest Supervisor | Grand Mesa-Uncompahgre-Gunnison National Forests | 2250 Hwy 50 Delta, CO 81416 | | | | |
| 147. | A | Wayne Jipsen Area Conservationist | Natural Resource Conservation Service | 2738 Crossroads Boulevard Suite 104 Grand Junction CO 81506-8715 | | | | |
| 148. | C | Ron Turley | Department of Energy- Western Area Power Administration | 1800 S. Rio Grande Ave Montrose, CO 81401 | Montrose | | | |
| 149. | | | | | | | | |
| 150. | | | | | | | | |

BLM_0105513

Uncompahgre Field Office
Resource Management Plan Revision
RAC Sub-group Contact List

Shelby Bear
DMEA
PO Box 910
Montrose, CO  81402
(w) 970-240-1238
(h) 970-874-1364
e-mail: sbear@dmea.com

Robbie Baird LeValley
Colorado State University Extension
525 Dodge Street
Delta, CO 81416
(w)970-874-2195
(h) 970-872-3280
e-mail: Robbie.levalley@colostate.edu

Steven D. Weist
Oxbow Mining
3737 Hwy 133
PO Box 535
Somerset, CO  81434
(w) 970-929-6461
(h) 970-856-3777
email: Steve.weist@oxbow.com

Walt Blackburn


**RAC Liaison:**

John Reams
Western Small Miner's Assoc.
31527 Hwy 141
PO Box 644
Naturita, CO  81422
(w) 970-865-2886
(h) 970-865-2397
e-mail: John@reams-construction.com

Peter Mueller
PO Box 3140
Telluride, CO  81435
(w) 970.728.5291
(h) 970-369-4348
Email: pmueller@tnc.org
Environmental
Term ends: August 20, 2012

Bill Day


William Ela

Public-at-Large
Term ends: August 20, 2010

Richard Durnan


1/14/2021

BLM_0105514

 U.S. DEPARTMENT OF THE INTERIOR  **BUREAU OF LAND MANAGEMENT NEWS RELEASE**

**Release Date:** 05/20/10
**Contacts:** Erin Curtis, Public Information Officer, (970) 244-3097

### BLM Uncompahgre Resource Management Plan Advisory Group to Meet (05-19-10)

Montrose, CO -- A public advisory group that will provide recommendations to the Bureau of Land Management Uncompahgre Field Office as it revises its Resource Management Plan will meet for the first time next week.

The subgroup of the BLM's Southwest Colorado Resource Advisory Council will meet on Thursday, May 27, at the Montrose Public Lands Center at 2465 South Townsend Avenue in Montrose.

The meeting will begin at 9 a.m. and is scheduled to adjourn at noon or earlier. The meeting is open to the public, with a public comment period scheduled for 11 a.m.

The Southwest Colorado RAC subgroup is composed of area residents representing diverse interests within the Uncompahgre Field Office. The seven-member subgroup will provide recommendations to the BLM Southwest Colorado RAC regarding development and implementation of the public lands within the field office.

The Southwest Colorado RAC is one of three advisory councils to BLM Colorado. Composed of 15 members appointed by the Secretary of the Interior, individuals serving in each RAC represent a broad range of public land interests, ranging from environmental to local government to commercial activity. For more information on Colorado RACs, go to www.blm.gov/co and select Resources, then Resource Advisory Councils.

The BLM manages more land - 253 million acres - than any other Federal agency. This land, known as the National System of Public Lands, is primarily located in 12 Western states, including Alaska. The Bureau, with a budget of about $1 billion, also administers 700 million acres of sub-surface mineral estate throughout the nation. The BLM's multiple-use mission is to sustain the health and productivity of the public lands for the use and enjoyment of present and future generations. The Bureau accomplishes this by managing such activities as outdoor recreation, livestock grazing, mineral development, and energy production, and by conserving natural, historical, cultural, and other resources on public lands.

--BLM--

2465 South Townsend Avenue    Montrose, CO 81401

Last updated: 05-20-2010

http://www.blm.gov/co/st/en/BLM_Information/newsroom/2010/blm_uncompahgre_resource.html[5/20/2010 1:43:35 PM]

BLM_0105515

| | |
|---|---|
| **From:** | Site Administrator on behalf of Amanda Waish |
| **To:** | uformp@blm.gov |
| **Subject:** | Conservation for the Doiores River Basin |
| **Date:** | Friday, May 21, 2010 11:59:40 AM |

May 21, 2010

Bureau of Land Management Uncompahgre Field Office

Dear Uncompahgre Field Office,

Please prioritize protecting the wilderness characteristics of the Dolores River Basin when developing the new resources management plan for the Uncompahgre Field Office (UFO).

At the heart of the Dolores corridor, the Dolores River Canyon Wilderness Study Area and citizen recommended additions -- with towering colorful sandstone cliffs, river otter, peregrine falcon, and outstanding opportunities for remote wilderness experience -- must be managed for the protection of the area's vast wilderness characteristics.

In addition, please make sure to consider the following:
* The Sewemup Mesa Citizens' Wilderness Proposal (CWP) areas within the Uncompahgre field office, including Carpenter Flats and Beehive Canyon, help to define a cohesive landscape of diverse canyon ecosystems, and should be managed for their wilderness characteristics.

* The Dolores Corridor, including the Paradox Valley and its rich wildlife and cultural resources, should be managed in close cooperation with adjacent BLM Field Offices and private land owners. It is important that the river ecosystem be considered as a whole in order to institute management that maintains its unique qualities.
* The Dolores river and all its eligible tributaries should receive immediate, thorough, and enduring protection.  Previous findings of wild and scenic suitability for the Dolores River should be reaffirmed in the plan update.  Few streams boast the unique natural values--and extent of threats to those values--as are found along the Dolores River.
* Oil and gas leasing should be prohibited in the Dolores River Corridor, or should at a minimum maintain No Surface Occupancy Stipulations. Impacts of development within the corridor are not consistent with protection of outstandingly remarkable values or the existing Special Recreation Management Area Designation.

Finally, the revised management plan needs to address how uranium mining in the area will occur to ensure proper protections and prohibit leasing within the river corridor.  BLM must ensure that all state and federal laws are applied to any permitted mines. The BLM must also ensure that a viable long-term plan for dealing with any radioactive or contaminated materials as well as any other waste products is securely in place. All permitted mines must:
*prove that there will be no harm to both surface and ground water quality and quantity;
*prove that the long-term ecological health of the area will not be jeopardized;
*have viable reclamation plans in place before permits can be

granted; and
*have an adequate bonding mechanism in place sufficient enough to
cover the entire cost of reclamation.

Thank you for this opportunity to participate!

Best

Mrs. Amanda Walsh
5251 Euclid Ave
Boulder, CO 80303-2835

BLM_0105517

| From: | bruce_krickbaum@blm.gov |
|---|---|
| To: | UFO AR |
| Subject: | Fw: Roubideau ACEC |
| Date: | Monday, May 24, 2010 8:31:09 AM |

----- Forwarded by Bruce Krickbaum/MOFO/CO/BLM/DOI on 05/24/2010 08:30 AM -----

"Jim Riddell"
<jpridl@sprintmai
l.com>
                                                    To
                            <bruce_krickbaum@blm.gov>
05/19/2010 02:12                                    cc
PM
                                        Subject
                Re: Roubideau ACEC

Bruce,

One more thing:

I meant to mention that your ACEC map includes some land north of the
confluence of Potter and Roubideau that is not included in the DeGette
bill.
While those parcels probably don't really qualify for Wilderness status,
due
to their proximity to the roads, I have no problem with them being included

in an ACEC, so long as that doesn't bring down the protection level of the
wilder portions.

- Jim Riddell

BLM_0105518

| From: | bruce_krickbaum@blm.gov |
| To: | UFO AR |
| Subject: | Fw: Roubideau ACEC |
| Date: | Monday, May 24, 2010 8:30:21 AM |
| Attachments: | ROUBIDEAU-POTTER-MONITOR ACEC with Jim Riddell"s additional comments in red.doc |

----- Forwarded by Bruce Krickbaum/MOFO/CO/BLM/DOI on 05/24/2010 08:28 AM -----

"Jim Riddell"
<jpridl@sprintmai
l.com>                                    To
                        <bruce_krickbaum@blm.gov>
05/19/2010 02:05                                cc
PM
                                Subject
            Re: Roubideau ACEC

Bruce,

I hope this one doesn't bounce.

I'm just dashing away to a workshop for a week, but I wanted to thank you for forwarding me those two documents.

I only had time to survey them very quickly, but I thought I might add a few
more comments of what I think makes these three canyons special. I've included my additions in red. Much of what I mentioned was already identified in the tables of relevance and importance, but I thought it might
be well to note them in the narrative portion as well.

I still would be glad to meet with you whenever it seems appropriate in your
process.

Thank you for participating in what could turn out to be new levels of protection and resource conservation in these magnificent canyons.

- Jim

----- Original Message -----
From: <bruce_krickbaum@blm.gov>
To: <jpridl@sprintmail.com>
Sent: Tuesday, May 18, 2010 5:20 PM

BLM_0105519

Subject: Roubideau ACEC


>
> Hello Jim,
>
> Following up on our conversation, attached is a description
> of the Roubideau-Potter-Monitor ACEC you recommended
> during scoping.  Verify if we captured the significance of the
> area and description as you intended; send recommended
> changes if incorrect or if lacking.  The report is still in the
> rough draft stage.
>
> I have also attached another file that discusses the criteria
> for relevance and importance.  A potential ACEC must meet
> at least one relevance and at least one importance criterion.
>
> Thank you for your interest,  Bruce
>
>
> (See attached file: ROUBIDEAU ACEC for Riddel.doc)
>
> (See attached file: ACEC Relevance_Riddell.doc)
>
> <><><><><><><><><><><><><><><><><><><><><>
> Bruce Krickbaum
> Planner, Environmental Coordinator
> BLM Uncompahgre Field Office
> 2465 South Townsend Avenue
> Montrose, CO  81401
> 970.240.5384
>


--------------------------------------------------------------------------------


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.819 / Virus Database: 271.1.1/2881 - Release Date: 05/18/10
00:26:00
(See attached file: ROUBIDEAU-POTTER-MONITOR ACEC with Jim Riddell's
additional comments in red.doc)

BLM_0105520

### ROUBIDEAU-POTTER-MONITOR ACEC (Proposed)

**Proponent:** Jim Riddell

**General Location:**   T. 51 N., R. 12 W., section 24-26, 33-35;
T. 50 N., R. 12 W., section 1-3, 8-11, 14-18, 19-23, 26-28, 31-35;
T. 49 N., R. 12 W., section 2-6;
T. 49 N., R. 13 W., section 1-3;
T. 50 N., R. 13 W., section 24, 25, 26, 35, 36

**Acreage:** 20,502

### Significance of the Proposed ACEC:

The canyons and streams have very high biodiversity significance, supporting good and excellent examples of narrowleaf cottonwood/skunkbrush riparian forests, montane and lower montane riparian forests with blue spruce, Douglas fir, narrowleaf cottonwood and red osier dogwood; and foothills riparian shrublands characterized by river birch and coyote willow. BLM sensitive species including Grand Junction milkvetch, desert bighorn sheep and northern leopard frog are found there. The canyons form important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau. Significance of the uplands…?

The uplands offer spectacular views down into the canyons as well as out to mountains and mesas in the distance, as well as deserving protection to protect the integrity of the canyons below.

This area contains three perennial streams providing an available water source for desert bighorn sheep and other animals that frequent the canyons. With a depth of 750 to 1,000 feet from the rim to the creeks, the area is geographically configured to offer a sense of isolation for wildlife and human visitors unmatched elsewhere in the region in spite of its relative proximity to nearby areas of human development.

While some of this area already enjoys special protection through the Wilderness Study Area designation, when looked at from the air or in broad view, the three canyons, Roubideau, Potter and Monitor, offer equally valuable biological resources and wildness, and together form a single canyon system of three branches. Indeed, reports are that the road along Potter Creek that initially constrained the boundary of the Camelback WSA, was closed to motorized and mechanized travel at the request of DOW soon after the formation of the WSA to protect migration corridors for bighorn sheep in Potter and Monitor Canyons. The road has remained closed for two decades, though occasional illegal use still occurs.

Due to the low altitude at the road access from Roubideau Road into the bottom of the canyons, this area offers unusually accessible quiet foot and horse travel available almost the entire year, depending on weather.

Archeological and historical sites abound in this area, including a rare collection of thirteen Ute wikiups discovered by rancher Wanda Boyd on Monitor Mesa, as well as petroglyphs perhaps 6,000 years old and an historic inscription in Roubideau Canyon that may date back to the time of the American Revolution, as well as sheep herder cabins and structures more than 100 years old.

**Description:**
The Roubideau-Potter-Monitor ACEC would be a new ACEC that encompasses a large part of the Camelback WSA.  The canyons and streams including and surrounding Roubideau Creek are considered to have very high biodiversity significance by the CNHP.  They support good and excellent examples of narrowleaf cottonwood/skunkbrush riparian forests, montane and lower montane riparian forests with blue spruce, Douglas fir, narrowleaf cottonwood and red osier dogwood; and foothills riparian shrublands characterized by river birch and coyote willow. In addition, BLM sensitive species including Grand Junction milkvetch, desert bighorn sheep and northern leopard frog are found. The canyons form important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau. These corridors are important for wildlife, and were important for early settlers as well. Several historic structures are found along Roubideau Creek.

**Values Assessed:** Botanical; Riparian Vegetation, sensitive plants.  Biological; aquatic species and desert bighorn sheep.  Historical; early settlement.

**Relevance Criteria Considered:**  1, 2, 3

**Importance Criteria Considered:**  1, 2, 3

| Relevance Criterion | Yes/No | Rationale for Determination |
|---|---|---|
| 1. A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). | YES | The area has historic cabins.  There is also historic human and livestock passage from the desert to the high country.  Scenic values, VRI Class ? |
| 2. A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity). | YES | A desert bighorn sheep herd (BLM sensitive species), wildlife movement corridors, the leopard frog (sensitive species), peregrine falcon, and golden eagle nests are in the area. |

| 3. A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). | YES | Intact Riparian systems and high quality riparian vegetation are along the creeks.  The hydrologic systems are largely intact. Largely roadless, the habitat is not fragmented.  Adjacent to a Forest Service congressionally designated "area", which is managed as wilderness. |
|---|---|---|

| Importance Criterion | Yes/No | Rationale for Determination |
|---|---|---|
| 1. Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | YES | The riparian vegetation has a CNHP rating of B2 for very high biodiversity (statewide and global significance). |
| 2. Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | YES | The riparian areas have good and excellent examples of native riparian communities with overall global significance.

The area also has cultural and historic sites which are vulnerable to change |
| 3. Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | YES | Much of the proposed ACEC is within a WSA. It also has globally significant riparian areas, as well as eligible historic/cultural sites. |

BLM_0105523



## Roubideau Monitor Nominated

**Acreage = 20502.43**

49N 12W, 49N 13W, 50N 12W, 50N 13W, 51N 12W

0   1   2   Miles

| | ACEC Submission |
| | BLM NCA |
| | UFO Boundary |
| | County Boundaries |
| | Wilderness Study Areas |

**Land Status**

| | Private |
| | State | BLM |
| | County/City | BOR |
| | USFS | NPS |

N

Case No. 1:20-cv-02484-MSK   Document 58-9   filed 04/28/21   USDC Colorado   pg 25 of 163

**NREL** National Renewable Energy Laboratory
*Innovation for Our Energy Future*

ABOUT NREL | SCIENCE & TECHNOLOGY | TECHNOLOGY TRANSFER | APPLYING TECHNOLOGIES | LEARNING ABOUT RENEWABLES

- Concentrating Solar Power
  Research Home

**Technology Basics**

**Capabilities**

**Projects**

**Research Staff**

**Partnerships**

**Working with Us**

**Publications**

**Data & Resources**

Maps

**Related Links**

**News**

## Concentrating Solar Power Resource Maps

These direct-normal solar radiation maps—filtered by solar resource and land availability—i
the most economically suitable lands available for deploying of large-scale concentrating so
plants in the southwestern United States.

Each of the following seven states, as well as the southwestern U.S. region, has two maps:
and right maps represent analyses excluding land with slopes >1% and >3%, respectively.
resolution jpg versions are available below; much higher-resolution pdf files, suitable for p
large-scale posters, can be requested. You can also access an unfiltered direct-normal solar
map of the southwestern United States (PDF 2.2 MB).

- Southwestern U.S.
- Arizona
- California
- Colorado
- New Mexico
- Nevada
- Texas
- Utah

The index for each map includes three categories of information: power plants by generatic
transmission lines in a range of kilovolts (kV); and direct-normal solar radiation in kilowatt
square meter per day (kWh/m$^2$/d).

NREL has developed these maps to support the Southwest Concentrating Solar Power 1000
Initiative. Our Geographic Information Systems (GIS) team assisted with the development o
maps, as well as with the Solar Power Prospector Tool, an interactive mapping tool.

Visit TroughNet for more information about parabolic trough power plant market and econo
assessment.

### Southwestern U.S. Maps





**1%-slope NREL Map**
(JPG 1259 KB)

**3%-slope NREL Map**
(JPG 1467 KB)

### Arizona Maps

BLM_0105525





**1%-slope NREL Map**
(JPG 1085 KB)

**3%-slope NREL Map**
(JPG 1342 KB)

## California Maps





**1%-slope NREL Map**
(JPG 918 KB)

**3%-slope NREL Map**
(JPG 986 KB)

## Colorado Maps





**1%-slope NREL Map**
(JPG 834 KB)

**3%-slope NREL Map**
(JPG 884 KB)

## New Mexico Maps





**1%-slope NREL Map**
(JPG 1314 KB)

**3%-slope NREL Map**
(JPG 1574 KB)

## Nevada Maps

BLM_0105526

Case No. 1:20-cv-02484-MSK   Document 58-9   filed 04/28/21   USDC Colorado   pg 27 of 163

 

**1%-slope NREL Map**
(JPG 915 KB)

**3%-slope NREL Map**
(JPG 1039 KB)

## Texas Maps

 

**1%-slope NREL Map**
(JPG 774 KB)

**3%-slope NREL Map**
(JPG 766 KB)

## Utah Maps

 

**1%-slope NREL Map**
(JPG 914 KB)

**3%-slope NREL Map**
(JPG 1066 KB)

🖶 Printable Version

Webmaster | Security & Privacy | Disclaimer | NREL Home

Content Last Updated: September 25, 2008

BLM_0105527



# Wind Energy Resource Atlas
# of the
# United States

---

## Table of Contents

- Title Page

- Notice

- Acknowledgments

- Chapter 1 Introduction
  - Background
  - Updating the Assessment
  - Map Descriptions

- Chapter 2 The National Wind Resource
  - Annual Average Wind Resource
  - Seasonal Variations of the Wind Resource
  - Certainty of the Resource Estimates
  - Areal Distribution of the Wind Resource

- Chapter 3 Regional Summaries
  - The Northwest Region
  - The North Central Region
  - The Great Lakes Region
  - The Northeast Region
  - The East Central Region
  - The Southeast Region
  - The South Central Region
  - The Southern Rocky Mountain Region
  - The Southwest Region
  - Alaska
  - Hawaii and the Pacific Islands
  - Puerto Rico and the Virgin Islands

- Chapter 4 References

- Appendix A Synthesis of Regional Assessments - Data Analysis and Assessment Methodologies
  - Indentification of Wind Data Sources
  - Wind Data Screening
  - Time Scales Used in the Analysis
  - Calculation of Wind Power Density
  - Vertical Adjustment
  - Wind Power Estimates for Mountainous Areas
  - Qualitative Indicators of the Wind Resource
  - Analysis of the Wind Resource
  - Wind Power Classes
  - Classes of Land Surface Form
  - Certainty Rating
  - Areal Distribution of the Wind Resource
  - References

- Appendix B Wind Energy Resource Information System (WERIS)

BLM_0105528

- ○ Microfiche Tables
- ○ Digital File
- ○ Summary
- ○ References

- • **Appendix C Annual and Seasonal Mean Wind Speed and Power Summaries for Selected Station in the United States and its Territories**
  - ○ References

- • **Appendix D Evaluation of New Site Data for Verifying or Updating the Wind Resource Estimates**
  - ○ Sources of New Wind Data
  - ○ Data Screening and Analysis
  - ○ Comparisons of Estimated and Measured Resource
  - ○ Comparison of Rayleigh and Actual Wind Power
  - ○ Comparison of Actual and Extrapolated Power at 50 m (164 ft)
  - ○ References

- • **Appendix E Annual and Seasonal Mean Wind Speed and Power Summaries for 35 Candidate Wind Turbine Sites**
  - ○ References

- • **List of Maps**

- • **List of Tables**

Product of Pacific Northwest Laboratory (now Pacific Northwest National Laboratory)

---

## Links to Other Wind Resource Maps

- • Iowa Energy Center's Iowa Wind Resource Assessment Maps
  (*http://www.energy.iastate.edu/renewable/wind/maps-index.html* )

- • Missouri Department of Natural Resources Wind Energy Resource Maps
  (*http://www.dnr.state.mo.us/energy/renewables/wind-energy.htm*)

- • Wind Maps on NREL's Dynamic Maps and GIS Data website
  (*http://www.nrel.gov/gis/wind_maps.html*)

- • Wind Powering America
  ( *http://www.eere.energy.gov/windandhydro/windpoweringamerica/*)

  - ○ U.S. State Maps of Wind Resources
  - ○ Installed U.S. Wind Capacity

---

 Return to RReDC Homepage *(http://rredc.nrel.gov )*

---

BLM_0105529



**US Department of the Interior**
**Bureau of Land Management**
**Uncompahgre Field Office, Colorado**

Resource Management Plan Revision and
Environmental Impact Statement

*RENEWABLE ENERGY POTENTIAL REPORT*

**MAY 2010**



BLM_0105530

BLM_0105531

# TABLE OF CONTENTS

Chapter                                                                                                    Page

1.    INTRODUCTION ................................................................................................. 1-1

    1.1    Purpose of this Report ..................................................................................... 1-1
    1.2    Renewable Energy-Related BLM Policies and Regulations ................................... 1-1
    1.3    How to Read This Document ........................................... **Error! Bookmark not defined.**

2.    GEOTHERMAL ENERGY ...................................................................................... 2-1

    2.1    What is Geothermal Energy? ............................................................................ 2-1
        2.1.1    Direct Use ....................................................................................... 2-1
        2.1.2    Indirect Use ..................................................................................... 2-2
    2.2    How is Geothermal Energy Developed? ............................................................ 2-2
        2.2.1    Flash Steam Power Plants ................................................................. 2-2
        2.2.2    Binary-cycle Power Plants ................................................................. 2-2
        2.2.3    Dry Steam Power Plants ................................................................... 2-2
        2.2.4    Emerging Technologies ..................................................................... 2-3
    2.3    What BLM Actions are Involved in Geothermal Energy Development? .................. 2-4
        2.3.1    Geothermal Leasing Laws and Regulations .......................................... 2-4
        2.3.2    Available and Unavailable Lands for Geothermal Leasing ...................... 2-4
        2.3.3    Leasing Process, Rights, and Limitations ............................................. 2-5
    2.4    How are Potential Levels Defined for Geothermal Energy? ................................. 2-7
    2.5    Geothermal Potential ...................................................................................... 2-8
        2.5.1    Data Sources .................................................................................... 2-8
        2.5.2    Geothermal Potential Data Used in this Report ................................... 2-9
    2.6    Potential Areas within the Uncompahgre RMP Planning Area ............................. 2-9
    2.7    Reasonable Foreseeable Development Scenario ............................................... 2-10

3.    SOLAR ENERGY ................................................................................................ 3-1

    3.1    What is Solar Energy? ...................................................................................... 3-1
    3.2    How is Solar Energy Developed? ...................................................................... 3-1
        3.2.1    Photovoltaic Systems ....................................................................... 3-2
        3.2.2    Concentrating Solar Power Systems ................................................... 3-3
        3.2.3    Thermal Energy Storage ................................................................... 3-4
        3.2.4    Emerging Technologies ..................................................................... 3-4
    3.3    What BLM Actions are Involved in Solar Energy Development? ........................... 3-4
    3.4    How are Potential Levels Defined for Solar Energy? .......................................... 3-5
    3.5    Solar Potential ................................................................................................ 3-6
        3.5.1    Data Sources .................................................................................... 3-6
        3.5.2    Solar Potential Data Used in This Report ............................................ 3-8
    3.6    Potential Areas within the Uncompahgre RMP Planning Area ............................. 3-8
    3.7    Reasonable Foreseeable Development Scenario ................................................ 3-8

BLM_0105532

# TABLE OF CONTENTS (continued)

Chapter                                                                                                        Page

**4.    WIND ENERGY** ................................................................................................. **4-1**
    4.1    What is Wind Energy? ...............................................................................4-1
    4.2    How is Wind Energy Developed? ...............................................................4-1
    4.3    What BLM Actions are Involved in Wind Energy Development? ...................4-2
    4.4    How are Potential Levels Defined for Wind Energy? ...................................4-3
    4.5    Wind Potential ..........................................................................................4-4
        4.5.1    Data Sources.................................................................................4-4
        4.5.2    Wind Potential Data Used in this Report.......................................4-6
    4.6    Potential Areas within the Uncompahgre RMP Planning Area .......................4-6
    4.7    Reasonable Foreseeable Development Scenario ...........................................4-6

**5.    BIOMASS** ......................................................................................................... **5-1**
    5.1    What is Biomass? ......................................................................................5-1
    5.2    How is Energy Produced from Biomass? ....................................................5-1
        5.2.1    Direct-firing..................................................................................5-1
        5.2.2    Co-firing.......................................................................................5-2
        5.2.3    Gasification...................................................................................5-2
        5.2.4    Pyrolysis .......................................................................................5-2
        5.2.5    Anaerobic Digestion .....................................................................5-2
    5.3    What BLM Actions are Involved in Biomass Projects? .................................5-2
    5.4    How are Potential Levels Defined for Biomass-producing Areas? .................5-3
    5.5    Biomass Productivity..................................................................................5-3
        5.5.1    Data Sources.................................................................................5-3
        5.5.2    Biomass Productivity Data Used in this Report...............................5-4
    5.6    Biomass Productivity within the Uncompahgre RMP Planning Area..............5-6
    5.7    Reasonable Foreseeable Development Scenario ...........................................5-4

**6.    REFERENCES** ................................................................................................... **6-1**

# FIGURES

                                                                                                              Page

Figure 1-1    Uncompahgre RMP Planning Area........................................................1-3
Figure 2-1    Federal Mineral Estate ........................................................................2-11
Figure 2-2    Geothermal Potential Area in the UFO................................................2-13
Figure 2-3    Geothermal Heat Flow Contours .........................................................2-14
Figure 3-1    Solar Energy Potential.........................................................................3-9
Figure 3-2    Developable Areas for Concentrating Solar Power................................3-13
Figure 4-1    Wind Potential ...................................................................................4-7
Figure 5-1    Biomass Productivity...........................................................................5-5

## TABLES                                                          Page

Table 4-1 Classes of Wind Power Density at 10 Meters and 50 Meters ...................................................... 4-5

## ACRONYMS AND ABBREVIATIONS                              Full Phrase

| | |
|---|---|
| BLM | United States Department of the Interior, Bureau of Land Management |
| CFR | Code of Federal Regulations |
| DOE | Department of Energy |
| EIS | Environmental Impact Statement |
| GIS | Geographic Information System |
| kWh/m²/day | kilowatt-hour per square meter per day |
| NDVI | normalized difference vegetation index |
| NREL | National Renewable Energy Laboratory |
| ROW | right-of-way |
| UFO | Uncompahgre Field Office |
| US | United States |

BLM_0105534

This page intentionally left blank.

BLM_0105535

# CHAPTER 1
# INTRODUCTION

## 1.1 PURPOSE OF THIS REPORT

The purpose of this report is to identify the potential for development and potential location of renewable energy on lands administered by the United States (US) Department of the Interior, Bureau of Land Management (BLM) within the Uncompahgre Field Office (UFO) Resource Management Plan planning area. The planning area encompasses 675,700 acres of public (BLM-administered) land in six Colorado counties: Montrose, Delta, Mesa, Gunnison, Ouray and San Miguel (**Figure 1-1**). It excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas. Renewable energy addressed in this report includes geothermal, solar, wind, and biomass. In the case of solar, wind, and biomass energy, lands considered are all BLM-administered public lands in the planning area (675,700 acres). In the case of geothermal energy, lands considered are both BLM-administered public lands, as well as additional lands under other surface ownership (such as US Forest Service, private, or State lands) where the BLM controls the mineral estate ("split estate" lands). In total, lands considered for geothermal energy include 2.2 million acres of federal (subsurface) mineral estate.

## 1.2 RENEWABLE ENERGY-RELATED BLM POLICIES AND REGULATIONS

At the time of writing of this report, the BLM's renewable energy policy is directed by the regulations and executive orders listed below. The policies and procedures cited in this report are applicable at the time of writing but are expected to evolve over the timeframe of the RMP. Also at this time of writing, a new BLM solar energy policy is in preparation but was not completed in time for incorporation into this report. The right-of-way (ROW) authorization process, which is particularly important for solar and wind projects, is also expected to change over time.

As of 2010, the BLM's renewable energy policy is directed by the following regulations and executive orders:

- The Geothermal Steam Act of 1970, as amended, designates the BLM as being responsible for leasing Federal lands and reviewing permit applications for geothermal development. This authority encompasses about 570 million acres of

---

BLM_0105536

BLM land, National Forest System lands (with concurrence of the Forest Service), and other Federal lands, as well as private lands where the mineral rights have been retained by the Federal Government.

- The Energy Policy Act of 2005 (Title II, Sec. 211), which requires the US Department of the Interior to approve at least 10,000 megawatts of renewable energy on public lands by 2015;

- The Energy Policy Act of 2005 (Title II, Sec. 222(d)), which requires that all future forest plans and RMPs in areas of geothermal resource potential consider geothermal leasing and development;

- The Energy Policy Act of 2005 (Title II, Sec. 223), which gives the Secretary of Interior authority to identify areas that could be leased exclusively for direct use of geothermal resources;

- Executive Order 13212, Actions to Expedite Energy-Related Projects, which requires federal agencies to expedite review of energy project applications; and

- Secretarial Order 3285, which requires the US Department of the Interior to identify and prioritize specific locations best suited for large-scale renewable energy production.

Additionally, the BLM has specific guidance for certain types of renewable energy. These are discussed in the respective energy-specific sections of this report. The main Instruction Memoranda are summarized here:

- 43 CFR 3200 provides the **Geothermal** Resource Leasing Rules and Regulations for the BLM.

- Instruction Memorandum 2009-022, **Geothermal** Leasing under the Energy Policy Act of 2005 (BLM 2009a), provides guidance for geothermal leasing.

- Instruction Memorandum 2007-097, **Solar** Energy Development Policy (BLM 2007), establishes policy for the processing of right-of-way (ROW) applications for solar energy development projects on BLM-administered lands and evaluating the feasibility of installing solar energy systems on BLM administrative facilities and projects.

- Instruction Memorandum 2006-216, **Wind** Energy Development Policy (BLM 2006), provides guidance on implementing the Record of Decision for the Programmatic Environmental Impact Statement (EIS) on Wind Energy Development (BLM 2005) and processing ROW applications for wind energy projects on BLM-administered lands; Instruction Memorandum 2009-043, Wind Energy Development Policy (BLM 2009b), provides updated guidance on processing ROW applications for wind energy projects on BLM-administered lands.



Source: Bureau of Land Management 2010

*Uncompahgre Planning Area*



Datum: NAD 83
Projection: UTM, Zone 13

The Bureau of Land Management (BLM) attempts to use the
most current and complete geospatial data available.
No warranty is made by the BLM as to the accuracy, reliability,
or completeness of this data. Using this map for other than
its intended purpose may yield inaccurate or misleading results.

Figure 1-1

BLM_0105538

This page intentionally left blank.

BLM_0105539

- Instruction Memorandum 2004-227, **Biomass** Utilization Strategy (BLM 2004), updated in July 2005, provides sets of goals to help focus and increase utilization of biomass from BLM lands. In June 2005, the final rule in the *Federal Register* revised the authority of 48 Code of Federal Regulations (CFR) Part 1452 by adding 1452.237-71, which is a new contract clause for removal and utilization of woody biomass generated as a result of land management service contracts whenever ecologically and lawfully appropriate. The BLM issued Instruction Memorandum 2009-120 in May 2009, which updated the contract clause for utilization for woody biomass.

Solar, wind, and some aspects of geothermal projects are authorized via the right-of-way (ROW) process. Right-of-way applications for development on BLM lands must be accompanied by a processing fee as set forth in 43 CFR 2804.14. Right-of-way applications are generally accepted and processed on a first-come, first-served basis. The ROW regulations (43 CFR 2804.23[c]) provide authority for offering public lands under competitive bidding procedures for ROW authorizations. The BLM initiates a competitive process if a land use planning decision has specifically identified an area for competitive leasing. The BLM may also consider other public interest and technical factors in determining whether to offer lands for competitive leasing. Competitive bidding follows procedures required by 43 CFR 2804.23(c).

## 1.3   HOW TO READ THIS DOCUMENT

This report contains separate chapters for each of the four types of renewable energy considered: geothermal, solar, wind, and biomass. Each chapter contains a flow of information designed to provide a basic understanding of the energy type, the technologies used to harness that energy, the process of developing (making use of) that energy, and the BLM action involved. Each chapter then describes how potential levels are commonly defined for each energy type, including an overview of scientific terminology and units. Each chapter explains the major resource assessments that are commonly used to assess potential within an area and defines which source data is used for conducting the assessment in this report. Each chapter provides an overview of the potential energy levels across planning area lands (and, for geothermal, on split-estate lands) and estimates where development is likely to occur in the next 15 to 20 years through the presentation of a reasonable foreseeable development scenario.

BLM_0105540

This page intentionally left blank.

BLM_0105541

# CHAPTER 2
# GEOTHERMAL ENERGY

## 2.1    WHAT IS GEOTHERMAL ENERGY?

Geothermal energy is energy derived from the natural heat of the earth. Geothermal resources are typically underground reservoirs of hot water or steam created by heat from the earth, but geothermal resources also include subsurface areas of dry hot rock. In cases where the reservoir is dry hot rock, the energy is captured through the injection of cool water from the surface, which is then heated by the hot rock and extracted as fluid or steam. Geothermal steam and hot water can naturally reach the earth's surface in the form of hot springs, geysers, mud pots, or steam vents. Geothermal reservoirs of hot water are also found at various depths beneath the earth's surface. By drilling wells down into a geothermal reservoir, heat can be brought to the surface and be used either directly (direct use) for heating applications or indirectly (indirect use) to produce electricity.

According to the 43 CFR 3200, Geothermal Resource Leasing Rules and Regulations, the BLM is allowed to lease "geothermal steam and associated geothermal resources," which are defined as 1) all products of geothermal processes, including indigenous steam, hot water, and hot brines; 2) steam and other gases, hot water and hot brines resulting from water, gas, or other fluids artificially introduced into geothermal formations; 3) heat or other associated energy found in geothermal formations; and 4) any byproducts.

### 2.1.1    Direct Use

Geothermal reservoirs of low- to moderate-temperature water—68 degrees Fahrenheit to 302 degrees Fahrenheit (20 degrees Celsius to 150 degrees Celsius)—provide numerous opportunities for direct use. Direct use means utilization of geothermal resources for commercial, residential, agricultural, public facilities, or other energy needs other than the commercial production of electricity (43 CFR 3200.1). Direct use includes using heat energy from naturally occurring hot water or using other technology to capture the heat from the earth (e.g., heat pumps). Modern hot water direct-use systems access geothermal reservoirs by drilling into them from the surface to develop a steady stream of hot water. The water is brought up through the well, and a mechanical system consisting of piping, a heat exchanger, and controls

BLM_0105542

delivers the heat directly for its intended use. A disposal system then either injects the cooled water underground or disposes of it on the surface.

### 2.1.2   Indirect Use

Commercial electrical generation from geothermal resources is also called indirect use. Electrical generation uses geothermally heated fluid to produce steam, which turns a turbine connected to a generator. As discussed below, the fluid may be the naturally occurring steam or water in the geothermal reservoir or another fluid that has the geothermal heat transferred through a heat exchange system.

## 2.2   HOW IS GEOTHERMAL ENERGY DEVELOPED?

Geothermal power plants can be small (300 kilowatts to 10 megawatts), medium (10 to 50 megawatts) or large (50 megawatts and higher). Generation capacity is guided by the number of turbines within a plant. In general, commercial electrical generation requires hot geothermal reservoirs with a water temperature above 200 degrees Fahrenheit (93 degrees Celsius); however, new technologies have proven that lower-temperature water (e.g., 165 degrees Fahrenheit [74 degrees Celsius]) can also be used for electrical generation.

Three types of geothermal power plant systems—flash steam, binary-cycle, and dry steam—are commonly used to generate electricity depending on temperature, depth, and quality of the water and steam in the area. These plants can also be hybridized by including elements of the different technologies at a single location. All three methods re-inject the remaining geothermal fluid back into the ground to replenish the reservoir and recycle the hot water.

### 2.2.1   Flash Steam Power Plants

Flash steam power plants use hot water above 360 degrees Fahrenheit (182 degrees Celsius) from geothermal reservoirs. The high pressure underground keeps the water in the liquid state, although it is well above water's boiling point at standard atmospheric pressure. As the water is pumped from the deep, pressurized reservoir to the power plant at atmospheric pressure, the drop in pressure causes the water to convert, or "flash," into steam to power the turbine. Any water not converted into steam is injected back into the reservoir for reuse. Flash steam plants, like dry steam plants, emit small amounts of gases and steam.

### 2.2.2   Binary-cycle Power Plants

Binary-cycle power plants typically use cooler fluids than flash steam plants (165 to 360 degrees Fahrenheit [74 to 182 degrees Celsius]). The hot fluid from geothermal reservoirs is passed through a heat exchanger, which transfers heat to a separate pipe containing fluids with a much lower boiling point. These fluids, usually isobutane or isopentane, are vaporized to power the turbine. The advantage of binary-cycle power plants is their lower cost and increased efficiency. These plants do not emit any excess gas and, because they use fluids with a lower boiling point than water, are able to use lower-temperature geothermal reservoirs, which are much more common.

### 2.2.3   Dry Steam Power Plants

Dry steam power plants use very hot (greater than 455 degrees Fahrenheit [235 degrees Celsius]) geothermal reservoirs that exist primarily in the form of steam. The steam is routed to

BLM_0105543

the surface via a well and used to turn a turbine. The turbine drives a generator that produces electricity. While this is the rarest form of power plants, it was both the first type of geothermal reservoir used to produce electricity (at Lardarello, Italy, in 1904) and is the reservoir type being used at the world's largest geothermal production site, The Geysers in northern California. Dry steam power plants emit only excess steam and very minor amounts of gases. Geothermal sources with dry steam generation capability are very rare.

### 2.2.4   Emerging Technologies

The technologies described above are those that are in use as of the writing of this report. Leading up to 2010, there has substantial private and government investment into the development of new geothermal technologies to allow for the capture of heat from the earth at deeper temperatures and in locations where heat is present but water and fractured rock are not. The following paragraphs discuss emerging technologies known at the time of this writing. It is expected that further technological advancements will be made over time timeframe of the RMP.

***Geothermal Energy from Oil and Gas Production***

Oil and gas wells are typically thousands of feet deep and often produce very hot fluid. Along with the oil and gas, wells produce water that must be separated from the oil and gas and usually reinjected deep below domestic aquifers. The Rocky Mountain Oilfield Testing Center, located in the Teapot Dome Oilfield near Casper, Wyoming, is demonstrating the use of warm reservoir fluids from oil and gas production to produce electricity that can be used to power the oil and gas pumps (Rocky Mountain Oilfield Testing Center produced water cut (NREL 2006). Because the electricity is used on site, there is no need to purchase additional electricity, which eliminates the need for power lines to be run to oil and gas facilities. This technology could be applied at many oil and gas facilities throughout the West.

***Enhance Geothermal Systems***

Enhanced geothermal systems are engineered reservoirs created to produce energy from geothermal resources deficient in water and/or permeability (US Department of Energy 2006, 2007). With enhanced geothermal systems, a developing reservoir is targeted within a volume of rock that is hot and tectonically stressed. Through a combination of hydraulic, thermal, and chemical processes, the reservoir can be stimulated, causing fractures to open, extend, and interconnect. This creates a fluid-conductive fracture network and an interconnected reservoir system. The process can extend the margins of existing geothermal systems or can create entirely new ones wherever optimal thermal and tectonic conditions exist (University of Utah Energy and Geoscience Institute 2007). Enhanced geothermal systems technology is relatively new in the geothermal field and has been found to have great potential for providing electrical power; one study found the potential for 100 gigawatts of power (US Department of Energy 2006). Until recently, lack of research and development funding, government policies, and lack of incentives had not favored the growth of enhanced geothermal systems, with most development occurring outside of the United States (US Department of Energy 2006). It is anticipated that there may be applications for research and development drilling on public and NFS lands in the future. Until it becomes a technically and economically proven technology, it is unlikely that it will be applied at a large scale in the western US within the next 20 years.

BLM_0105544

## 2.3   WHAT BLM ACTIONS ARE INVOLVED IN GEOTHERMAL ENERGY DEVELOPMENT?

### 2.3.1   Geothermal Leasing Laws and Regulations

A geothermal lease is for the heat resource of the earth where there is federal mineral estate. Unless specifically owned in fee, the federal government does not own the hot water commonly associated with the heat; this falls under state water laws. Geothermal developers must obtain the appropriate water rights and state permits in addition to the federal lease for the resource.

The BLM has the delegated authority to issue geothermal leases on federal lands. It is the policy of the federal government, consistent with Section 2 of the Mining and Mineral Policy Act of 1970 and Sections 102(a)(7), (8), and (12) of the Federal Land Policy and Management Act of 1976 (43 US Code 1701 et seq.), to encourage the development of mineral resources, including geothermal resources, on federal lands. The Geothermal Steam Act of 1970 (30 US Code Section 1001, et seq.), which was amended and supplemented by the Energy Policy Act of 2005, provides statutory guidance for geothermal leasing by the BLM. New federal geothermal development regulations (43 CFR Parts 3000, 3200, and 3280: Geothermal Resource Leasing and Geothermal Resources Unit Agreements) were made effective June 1, 2007 (72 *Federal Register* 24358, May 2, 2007) as a result of a directive provided in the Energy Policy Act of 2005. These statutes and regulations delineate lands that are available and unavailable for leasing.

All geothermal project applications are subject to environmental review in accordance with the requirements of the National Environmental Policy Act of 1969. Applications triggering environmental review are typically received at each of the following three phases of a geothermal development project: (1) exploration (seismic surveys and/or temperature gradient hole drilling); (2) drilling operations (full bore exploration well drilling and well testing); and (3) utilization (construction and utilization of power plants and transmission lines and ancillary facilities).

### 2.3.2   Available and Unavailable Lands for Geothermal Leasing

In accordance with the Geothermal Steam Act of 1970, as amended (30 US Code 1001) and the Geothermal Resources Leasing Rule (43 CFR 3201.10), the BLM may issue leases on the following "available" lands:

- Lands administered by the US Department of the Interior, including public and acquired lands not withdrawn from such use;

- Lands administered by the US Department of Agriculture with its concurrence;

- Lands conveyed by the US where the geothermal resources were reserved to the US; and

- Lands subject to Section 24 of the Federal Power Act, as amended (16 US Code 818), with the concurrence of the Secretary of Energy.

Conversely, the BLM is prohibited from issuing leases on the following statutorily closed federal lands as defined in the Geothermal Resources Leasing Rule (43 CFR 3201.11). Other lands administered directly by the BLM and US Department of Agriculture, Forest Service may also be closed through other authorities.

BLM_0105545

- Lands where the Secretary of the Interior has determined that issuing the lease would cause unnecessary or undue degradation of public lands and resources;

- Lands contained within a unit of the National Park System or that are otherwise administered by the National Park Service;

- Lands where the Secretary of the Interior determines after notice and comment that geothermal operations, including exploration, development, or utilization of lands, are reasonably likely to result in a significant adverse effect on a significant thermal feature within a unit of the National Park System;

- Lands within a National Recreation Area;

- Fish hatcheries or wildlife management areas administered by the Secretary of the Interior;

- Indian trust or restricted lands within or outside the boundaries of Indian reservations;

- The Island Park Geothermal Area (in Idaho and Montana); and

- Lands where Section 43 of the Mineral Leasing Act (30 US Code 226-3) prohibits geothermal leasing, including:

  – Wilderness areas administered by the BLM or other surface-management agencies;

  – Lands designated by Congress as Wilderness Study Areas, except where the statute designating the study area specifically allows leasing to continue; and

  – Lands within areas allocated for wilderness or further planning in Executive Communication 1504, Ninety-sixth Congress (House Document 96-119), unless such lands are allocated to uses other than wilderness by a land and resource management plan or are released to uses other than wilderness by an act of Congress.

### 2.3.3   Leasing Process, Rights, and Limitations

The BLM grants access to geothermal resources through a formalized leasing process based on the end use. For direct uses, an applicant can apply noncompetitively for a lease. For indirect use, such as commercial electrical generation, the BLM awards leases through a competitive bidding process. Historically, certain lands were designated as known geothermal resource areas. All lands designated within known geothermal resource areas were leased through a competitive bidding process. Until the passage of the Energy Policy Act of 2005, lands outside of known geothermal resource areas could be leased noncompetitively. Section 222 of the Energy Policy Act of 2005 modified the Geothermal Steam Act of 1970 to allow only competitive lease sales for all federal geothermal resources and their associated lands. The geothermal leasing regulations provide for four types of lands available for noncompetitive leasing:

- Parcels of land that did not receive bids in a competitive sale;

- Lands available exclusively for direct use;

- Lands subject to mining claim and a current plan of operation; and

BLM_0105546

- Lands for which a lease application was pending on August 8, 2005, if the applicant so chooses.

Blocks of land can either be nominated by the public or the BLM itself for inclusion in a lease sale. When the BLM receives a nomination, it is adjudicated and configured into lease parcels by the respective BLM state office. Lease parcels are then forwarded to the appropriate Field office where the Field Office determines whether the lease is in conformance with the applicable land use plan or plan amendment(s) and whether BLM can properly rely upon existing NEPA documents that analyze the potential impacts of geothermal leasing.

The four stages of geothermal resource development within a lease are exploration, drilling operations, utilization, and reclamation and abandonment. Each stage requires a permit from the BLM. Leasing geothermal resources by the BLM vests with the lessee a non-exclusive right to future exploration and an exclusive right to produce and use the geothermal resources within the lease area, subject to existing laws, regulations, formal orders, and the terms, conditions, and stipulations in or attached to the lease form or included as conditions of approval to permits. Lease issuance alone does not authorize any ground-disturbing activities to explore for or develop geothermal resources without site-specific approval for the intended operation. Such approval could include additional environmental reviews and permits. Also at each stage, the BLM can issue site-specific conditions of approval to protect resource values.

A lease is issued for a primary term of ten years and may be extended for two five-year periods. Each of these extensions is available provided the lessee meets the work commitment requirements or the lessee made payment in lieu of the minimum work requirements of each year. At any time a lease may receive a five- year drilling extension. Once commercial production is established, the lease may receive a production extension of up to 35 years and a renewal period of up to 55 years. The lease must continue to produce to remain in effect. The BLM may grant a suspension of operations and production on a lease when justified by the operator (refer to 43 CFR 3207).

Geothermal exploration and production on federal land conducted through leases is subject to terms and stipulations to comply with all applicable federal and state laws pertaining to various considerations for tribal interests, sanitation, water quality, wildlife, safety, cultural resources, and reclamation.

### *Exploration*
The exploration phase focuses on finding potential sources of geothermal energy. The goal of geothermal exploration is to locate sites that can be used consistently into the future for the purpose of energy generation, and to evaluate the suitability of such sites for geothermal development.

There are various ways to conduct exploration, including satellite and air photo mapping, geologic and structural mapping, volcanological studies, gravity, magnetics, geochemical sampling, seismic exploration, and temperature gradient well creation.

During exploration, geologists must find areas that are consistently geologically active to justify the expense of establishing a power plant, and they must consider the environmental impact of

BLM_0105547

the energy production. In areas with limited water supplies, for example, dedicating water to geothermal production may not be feasible. Likewise, injecting water into the earth's crust can cause instability in the soil, which is not a desirable outcome. These factors all need to be taken account in geothermal exploration.

### Drilling Operations

Drilling operations, which would include flow-testing wells that are drilled, would characterize the geothermal resources within the leased area to determine whether future development of geothermal resources would be feasible, and would determine whether drainage of the geothermal resource may be occurring.

If deep exploration encounters a geothermal resource, well testing would be conducted to define resource characteristics. The proponent would test each well to evaluate fluid flow and temperature and determine the potential for production as a viable geothermal energy resource. Flow testing involves using specialized equipment to measure temperature and flow rate.

### Utilization

Once geothermal resources have been identified and deemed viable, the next phase focuses on building the power plant and ancillary facilities to both produce electricity and move it to the electrical power grid. This phase includes construction of the actual electrical generation facilities (power plant), roads, and transmission lines; developing the wells; and setting up the well field. This includes connecting wells to the power plant via pipelines and setting up pumping, where needed, to bring the geothermal resources to the surface and to re-inject cooled fluids.

### Reclamation and Abandonment

Reclamation and abandonment activities occur after production ceases. During this phase, the site would be restored (reclaimed) to conform to BLM and FS standards. Typical activities during the reclamation phase include closure of all facilities and wells; removal of aboveground components and gravel from well pads, access roads (if not maintained for other uses), and other ancillary facility sites; recontouring the surface; and revegetation.

## 2.4   HOW ARE POTENTIAL LEVELS DEFINED FOR GEOTHERMAL ENERGY?

Geothermal potential is difficult to determine without site-specific exploration activities. Even in areas of supposed high potential, many exploration wells result in no viable resource. A viable resource requires high enough temperatures, the presence of water at that depth, and a sufficiently fractured geology so that the hot water can move through the rocks to the well.

At sufficient depth, sufficient heat can be found from any location on earth; however, because technical challenges and the cost of drilling increase with depth, economically and technically viable resources are those that occur closer to the earth's surface. Potential areas are those areas that are believed to (a) have temperatures high enough to either produce electricity (for indirect use) given current power plant technologies or to serve direct use functions at the surface, and (b) be at depths that are economically and technically feasible to drill, given current drilling technologies. Data collection to estimate potential areas come in the form of existing hot springs and other natural hydrothermal features, and are often combined with bottom-hole temperature data from oil, gas, water, and geothermal wells. Existing wells and their associated

BLM_0105548

data can be few and far between, particularly in remote areas, and so computer modeling has been used to develop potential maps that extrapolate this data to estimate the geographic extent of various temperatures at depth. A limited understanding of the subsurface environment renders these extrapolations fairly speculative and this is compounded in areas of sparse downhole temperature data.

Geothermal potential maps are often binary in nature, showing only potential versus non-potential. Unlike solar or wind resources where intensity of the resource is easily documented, the geothermal resource remains unknown until it is drilled into. As such, potential areas are usually identified as being inclusive of any form of usable geothermal resources. Once drilled into and evaluated, those resources are typically described as high, medium, or low temperature resources. These resource categories are typically described as follows:

- High: Greater than 300 degrees Fahrenheit.

- Medium: Between 195 and 300 degrees Fahrenheit.

- Low: Less than 195 degrees Fahrenheit.

Efficient electrical production requires a resource that is at least 40 degrees hotter than the temperature of the cooling medium used in the power plant. This medium can be air, surface water, or groundwater. Thus, hotter resources are required for areas with hotter weather. The lowest temperature resource being used for electrical generation is 153 degrees Fahrenheit, although this is being done in northern Alaska where the surface water used for cooling never rises above 45 degrees Fahrenheit.

Heat flow maps are a type of geothermal potential map that show heat flow values. Heat flow values are a measure of the heat flux moving from the earth's interior to the earth's surface. High heat flow values often indicate a high potential for geothermal development and are the result of various geologic situations such as: 1) an area of relatively thinner crustal rock above the mantle, 2) presence of an igneous pluton at depth, 3) resident heat from geologically recent volcanism or plutonic activity, or 4) upwelling of deep, heated groundwater.

## 2.5   GEOTHERMAL POTENTIAL

### 2.5.1   Data Sources

There are two main sets of geothermal resource data available: the Southern Methodist University-produced Heat Flow Map of North America (Blackwell and Richards 2004) and the Interpretive Geothermal Heat Flow Map of Colorado (Colorado Geological Survey 2008). The potential area for Colorado that was used in the Geothermal PEIS was provided by the Colorado Geological Survey and that data is discussed below. Additionally, the Geothermal PEIS includes a Reasonably Foreseeable Development scenario (RFD) for Colorado, which drew from the 2006 Western Governors' Association Geothermal Task Force Report. The 2006 report identified a total of 20 megawatts of anticipated near-term geothermal capacity over an estimated 9 sites across Colorado (Western Governors' Association 2006).

BLM_0105549

### Heat Flow Map of North America

This map (Blackwell and Richards 2004) was developed using heat flow values. The map was produced from a compilation of various data sets of bottom-hole temperature data collected from oil, gas, geothermal, and water wells. Approximately 4,000 data points were used to create the map. Hot springs data were also included.

Heat flow data are not evenly distributed throughout Colorado. Small areas with clustered data surrounded by wide areas containing sparse data are characteristic of the heat flow map. As such, the contours are well constrained in areas of clustered data and more interpretive in areas of sparse data.

### Interpretive Geothermal Heat Flow Map of Colorado

The Interpretive Geothermal Heat Flow Map of Colorado (Colorado Geological Survey 2008) was developed by the Colorado Geological Survey in 2007. The map shows areas of direct use or electrical power potential for Colorado. This map includes the area of all known hot spring locations along with oil and gas basins that have potential for geothermal resources by virtue of bottom-hole temperatures. Colorado geothermal heat flow and gradient data were also considered in creating the map. The Colorado Geological Survey produced a Geographic Information System (GIS) shape file boundary to define the area of geothermal potential for the Final Programmatic EIS for Geothermal Leasing in the Western US (Colorado Geological Survey 2007).

#### 2.5.2   Geothermal Potential Data Used in this Report

The Colorado Geological Survey shape file for the Interpretive Geothermal Heat Flow Map of Colorado was used for this report because it is the most recent Colorado-specific assessment available, was produced in-state by State of Colorado geologists, and combines data from both bottom-hole temperatures and hot springs. Three maps are provided in this report: **Figure 2-1** shows the federal mineral estate across the planning area, highlighting those areas that are withdrawn from the Federal mineral estate, and those BLM- and Forest Service-administered lands that have no Federal mineral estate or an unknown Federal mineral estate status; **Figure 2-2** shows areas determined to have potential for direct or indirect use resources by the Colorado Geological Survey on lands that have Federal mineral estate within the planning area; this is the same area that was used in the Geothermal PEIS; and **Figure 2-3** shows the distribution of heat flow contours across the planning area; this data was provided by the Colorado Geological Survey and was used to determine the potential area shown in Figure 2-2, The electrical production RFD from the Geothermal PEIS, as based on the 2006 Western Governors' Association report, was also considered in this report.

## 2.6   POTENTIAL AREAS WITHIN THE UNCOMPAHGRE RMP PLANNING AREA

The Uncompahgre RMP decision area has 552,500 acres with Federal mineral estate and geothermal potential. Additionally, within the planning area there are:

- 1,202,300 acres of Forest Service lands that have Federal mineral estate;

- 27,100 acres of National Park Service lands that have Federal mineral estate;

BLM_0105550

- 220,000 acres of private land that have Federal mineral estate; and

- 6,300 acres of state land that have Federal mineral estate.

Additional acreages of land with Federal mineral estate and geothermal potential may be contained within the planning area on lands that have an unknown status with respect to Federal mineral estate. Of the lands within this category, 17,900 acres are on Forest Service land and 6,400 are BLM-administered. These lands are shown in Figure 2-1.

Aside from the westernmost portion, the entire planning area is considered to have geothermal potential. This is shown in Figure 2-2. Specific geothermal surface features within the planning area are limited to Orvis Hot Spring (126 degrees Fahrenheit) and Ouray Hot Spring (156 degrees Fahrenheit), which have the potential for expansion of both direct use and indirect (electrical) use applications for the communities near those resources. While neither of these hot springs are located on BLM-administered lands, such lands are nearby and could potentially be involved in future development of these geothermal resources.

## 2.7   REASONABLE FORESEEABLE DEVELOPMENT SCENARIO

The likelihood of future development of geothermal projects in the Uncompahgre RMP planning area and BLM split-estate lands in the UFO can be estimated by considering the extent of existing geothermal resources and projects in the area, the number of pending lease applications within the UFO, the quality of geothermal resources in the UFO compared with other areas in the region, and expressions of interest by geothermal companies.

Three hot springs are in the southern part of the Uncompahgre RMP planning area; none are on BLM-administered lands:

- Orvis Hot Springs (126 degrees Fahrenheit) located approximately two miles south of the town of Ridgway on US Highway 550;

- Ouray Hot Spring (Radium Hot Spring) (156 degrees Fahrenheit) located less than one mile north of the city of Ouray on US Highway 550; and

- Lemon Hot Spring (91 degrees Fahrenheit) in the town of Placerville.

There are no geothermal facilities or pending applications for geothermal facilities in the UFO. As of March 2010, Colorado has three expressions of interest: two in the Gunnison Field Office and one in Royal Gorge Field Office near Mount Princeton. While there are no geothermal leases on BLM-administered lands anywhere in Colorado, the BLM geothermal program is relatively new and the time period leading up to and beyond year 2030 is expected to be a time of rapid expansion of renewable energy. BLM-administered lands do exist close to existing hot springs within the UFO.

The UFO is close to the Great Basin geologic unit, which extends from the western half of Utah, west to California, north into Idaho, and south into Mexico. The Great Basin is recognized as having some of the best geothermal resources in the world, and many projects are already operating or in various phases of planning of development in this region. Geothermal companies

BLM_0105551



Source: Bureau of Land Management 2010

*Federal Mineral Estate*



Datum: NAD 83
Projection: UTM, Zone 13

The Bureau of Land Management (BLM) attempts to use the
most current and complete geospatial data available.
No warranty is made by the BLM as to the accuracy, reliability,
or completeness of this data. Using this map for other than its
intended purpose may yield inaccurate or misleading results.

Figure shows all fluid minerals in the federal mineral estate
on BLM-administered lands in the Uncompahgre RMP Planning
Area regardless of current management constraints.

Figure 2-1

BLM_0105552

This page intentionally left blank.

BLM_0105553



Geothermal Potential on BLM-administered Land/Federal Mineral Estate
Geothermal Potential on USFS-administered Land/Federal Mineral Estate
Geothermal Potential on State Land/Federal Mineral Estate
Geothermal Potential on Private Land/Federal Mineral Estate
Withdrawn from Geothermal Leasing
Hot springs

Uncompahgre RMP Planning Area
Uncompahgre Field Office
National Conservation Area
Existing Transmission Lines
County Boundary
City

Source: Bureau of Land Management 2010,
Colorado Geological Survey 2007

Datum: NAD 83
Projection: UTM, Zone 13

The Bureau of Land Management (BLM) attempts to use the
most current and complete geospatial data available.
No warranty is made by the BLM as to the accuracy, reliability,
or completeness of this data. Using this map for other than its
intended purpose may yield inaccurate or misleading results.

*Geothermal Energy Potential on
Federal Mineral Estate*

Figure shows geothermal potential on federal mineral estate lands in the
Uncompahgre RMP Planning Area regardless of current management constraints.

Figure 2-2

BLM_0105554

This page intentionally left blank.

BLM_0105555



Source: Bureau of Land Management 2010,
Colorado Geological Survey 2007



Datum: NAD 83
Projection: UTM, Zone 13

The Bureau of Land Management (BLM) attempts to use the
most current and complete geospatial data available.
No warranty is made by the BLM as to the accuracy, reliability,
or completeness of this data. Using this map for other than its
intended purpose may yield inaccurate or misleading results.

*Geothermal Heat Flow Countours*

Figure shows geothermal heat flow contours on
BLM-administered lands in the Uncompahgre
RMP Planning Area regardless of current
management constraints.

Figure 2-3

BLM_0105556

This page intentionally left blank.

BLM_0105557

tend to develop in areas where the resources are well understood and where exploration will render the highest likelihood of finding a viable resource. This consideration further reduces the likelihood that a geothermal company would choose to invest in exploration funds in areas such as the UFO where resources are not proven.

Despite the many above-discussed factors that suggest a low level of geothermal development in the UFO planning area in the near future, longer term trends indicate that such development can be expected over the mid-to-long term. These factors include the ongoing national rapid expansion of renewable energy development and the possible future trend toward locally produced renewable energy. Given these longer-term trends, the BLM considers it to be reasonably foreseeable that one indirect use (electrical generation) project and two direct use projects would occur within the decision area by year 2030. The indirect use project would be assumed to have a capacity of 10 MW.

Given the proximity of the Ouray, Orvis and Lemon hot springs to existing communities, any direct use projects would be expected to occur in association with these hot springs in their respective communities of Ouray, Ridgway, and Placerville; however, other communities within the planning area could conduct exploratory drilling to seek geothermal resources for local direct use projects.

Given the heat flow patterns and the presence of existing transmission lines shown in Figure 2-3, the indirect use project is expected to occur either near Montrose or Paonia. BLM-administered lands occur in abundance to the east, south, and west of Montrose, and several transmission lines cross these areas as well. This same combination of factors exists around Paonia. While the highest temperatures are expected to occur in the southern portion of the planning area from Ridgway to the south, there is a lack of transmission lines to provide connection to the electrical grid.

BLM_0105558

This page intentionally left blank.

BLM_0105559

# CHAPTER 3
# SOLAR ENERGY

## 3.1  WHAT IS SOLAR ENERGY?

Solar energy is the energy produced in the sun's core through nuclear fusion. This energy reaches the earth in form of electromagnetic radiation, mostly in the visible and near-visible (ultraviolet and near-infrared) bands. The intensity of radiation striking the top of earth's atmosphere is 1,367 watts per square meter. This value varies by plus or minus three percent as the earth orbits the sun on an elliptical orbit (University of Oregon 2002). The amount of solar radiation that reaches earth's surface is known as insolation or "incident solar radiation." Insolation values are affected by location (latitude and elevation), season, time of day, local landscape, and local weather.

As solar radiation passes through the atmosphere, some of it is scattered, absorbed, and reflected by air molecules, water vapor, clouds, ozone, and other agents in the atmosphere. On a clear day at Noon, only about 25 percent or 1,000 watts per square meter of the incident direct radiation reaches the earth's surface. The solar radiation that reaches earth's surface directly without being scattered is called direct normal irradiance. The radiation that has been scattered before reaching the earth's surface is called diffuse solar radiation. The total solar radiation (sum of direct normal irradiance and diffuse solar radiation) projected onto a horizontal surface is called global radiation, which is sometimes referred to as global horizontal irradiance.

## 3.2  HOW IS SOLAR ENERGY DEVELOPED?

Solar radiation may be harnessed through various technologies and transformed to usable energy such as heat and electricity. It has small-scale applications such as powering solar vehicles and generating electricity or heating water for residences. It may also be used for large-scale commercial applications such as generating electricity in solar power plants.

Two basic solar energy technologies that produce electrical power are photovoltaic systems and concentrating solar power systems. These can be combined with natural gas or other fossil-fueled power technologies to form hybrid systems.

BLM_0105560

### 3.2.1   Photovoltaic Systems

Photovoltaic systems use solar cells, which are semiconductor materials similar to those used in computer chips, to capture the energy in sunlight and convert it directly into electricity. Photovoltaic systems must be scaled over a very large area in order to be effective for utility-scale applications. Due to the high cost of photovoltaic cell productions, large photovoltaic electrical generating systems are less likely to be used in commercial utility application. Photovoltaic systems are generally used to provide power to individual homes and small buildings. They are also found in rural areas on communication towers, water pumps, and road and traffic signs.

The process by which a photovoltaic cell converts sunlight into electricity is called the photoelectric effect. Through this process, the sunlight absorbed by the semiconductor material knocks electrons loose from their atoms, allowing them to flow through the material and generate electric current.

There are three main types of materials used for solar cells. Traditional solar cells are made from silicon. These cells are usually flat-plate and are the most efficient. The second type is thin-film solar cells made from amorphous silicon or non-silicon materials such as cadmium telluride. The third and newest type of solar cells is made from a variety of new materials besides silicon, including solar inks, solar dyes, and conductive plastics. Some new solar cells use plastic lenses or mirrors to concentrate sunlight onto high-efficiency photovoltaic materials. These systems are cost effective for use in utility-scale applications because they use less of more-efficient and expensive materials (National Renewable Energy Laboratory [NREL] 2009a).

Photovoltaic cells are connected together to form photovoltaic modules, which in turn are combined to make photovoltaic arrays. The size of an array depends on the amount of sunlight and the needs of the customer. For utility-scale electricity generation, hundreds of arrays are interconnected to form a single large system. Modules and arrays are often combined with other components such as those that convert the current within the cell material to usable electricity, batteries to store some of the electricity, and mounting structures that point them toward the sun. These components, referred to as the balance-of-system components, combined with modules and arrays create a complete photovoltaic system. There are two types of photovoltaic systems in use today: flat-plate systems and concentrated photovoltaic systems.

### Flat-plate Photovoltaic Systems

The most common array designs use flat-plate photovoltaic panels, which can either be fixed in place or allowed to track the sun. These panels respond to both diffuse and direct solar radiation, making them useful even on cloudy days when the diffuse radiation accounts for nearly 100 percent of the total radiation. On a sunny day, an estimated 10 to 20 percent of the total solar radiation comes from the diffuse component of sunlight.

Generally, flat-plate photovoltaic panels are mounted on stationary structures with a tilt at a fixed angle determined by the latitude of the site, the requirement of the load, and the availability of sunlight. The fixed arrays are advantageous in that they are simple, inexpensive, and lightweight. However, because their orientation to the sun is fixed and at an angle often less than optimal, they receive less energy per unit area compared with a tracking array. The flat-

BLM_0105561

plate tracking arrays are primarily mounted on one-axis tracking structures, which are designed to track the sun from east to west.

### Concentrated Photovoltaic Systems

Concentrated photovoltaic systems use lenses or mirrors to concentrate sunlight on solar cells. The concentration of sunlight allows for greater efficiency and reduction in size and number of cells. These systems must track the sun to keep light focused on the photovoltaic cells. They are primarily mounted on two-axis tracking structures, which are designed to track the sun's daily and seasonal course. One-axis tracking systems are also sometimes used.

Both reflectors and lenses have been used to concentrate light for photovoltaic systems. The most promising lens for concentrated photovoltaic application is the Fresnel lens, which uses a miniature sawtooth design to focus incoming light. The best lenses, however, can transmit only 90 to 95 percent (and in practice even less) of incident light. In addition, lenses cannot focus diffuse sunlight, which makes up nearly 10 to 20 percent of the radiation on a clear day.

While concentrated photovoltaic systems lower costs by reducing photovoltaic material needs, they require sophisticated tracking devices and expensive concentrating optics. High concentration ratios also introduce an excessive heat, which can decrease cell efficiencies and damage solar cells.

### 3.2.2   Concentrating Solar Power Systems

Concentrating solar power technologies use mirrors to concentrate sunlight onto receivers that convert it to heat. The thermal energy is then used to drive a generator via a steam turbine or heat engine to produce electricity. Concentrating solar power technologies are the most suitable solar technologies for large utility-scale applications. The three main types of concentrating solar power technologies are linear concentrator, dish/engine, and power tower systems.

### Linear Concentrator Systems

Linear concentrating solar power systems use a large field of long, rectangular, U-shaped mirrors tilted toward the sun that capture and focus solar energy onto linear receiver tubes that run along the length of the mirrors. The receiver contains a fluid (oil or water/steam) that is heated by the sunlight and used to boil water in a steam-turbine generator to produce electricity.

The two major types of linear concentrating solar power systems are parabolic trough systems and linear Fresnel reflector systems. Parabolic trough systems are the predominant concentrating solar power systems currently in operation in the US. They use collectors in which the receiver tube is positioned along the focal line of each parabolic mirror. Currently the largest individual trough systems generate 80 megawatts of electricity.

In linear Fresnel reflector systems, the receiver tube is positioned above several flat or slightly curved mirrors that are mounted on tracking structures. Sometimes a small parabolic mirror may be added atop the receiver to further focus the sun's rays.

BLM_0105562

***Dish/Engine Systems***

The dish/engine system produces relatively small amounts of electricity (3 to 25 kilowatts) compared to other types of concentrating solar power technologies. It uses a parabolic mirrored dish similar to a large satellite to concentrate sunlight onto a thermal receiver. The thermal receiver, mounted at the focal point of the dish, absorbs and transfers the heat to an engine or generator. The most common type of heat engine used today in dish/engine systems is the Stirling engine. A Stirling engine uses the fluid heated by the receiver to move pistons and create mechanical power. Mechanical work turns a crankshaft, which drives a generator and produces electricity. To maximize the amount of solar energy captured by the dish/engine collectors, the dish assembly is mounted on a tracking structure that follows the sun across the sky.

***Power Tower Systems***

Power tower systems use a large field of flat, sun-tracking mirrors, known as heliostats, to focus sunlight onto a receiver, which is located atop a tower. A fluid in the receiver, either water/steam or molten nitrate salt, is heated and used to generate steam, which, in turn, is used in a conventional turbine generator to produce electricity. The molten nitrate salt has heat-transfer and energy-storage capabilities, which allows for production of electricity during cloudy weather and at night.

### 3.2.3   Thermal Energy Storage

Sunlight is an intermittent resource. No solar radiation is available at night, and cloud cover, smog, or haze can further limit generation from a solar power plant. In a concentrating solar power system, fossil fuel hybridizations provide a means to produce power during periods of low or non-existent solar radiation. In addition, heat energy storage is viable for power tower and parabolic trough technologies in which oil or molten salt is used as the heat-transfer medium.

Thermal energy storage technologies include two-tank indirect systems, two-tank direct systems, and single-tank thermocline systems. A two-tank direct thermal energy storage system stores the thermal energy in the same fluid that was used to collect it. A two-tank indirect thermal energy storage system uses different fluids to collect and store the heat. Both systems store the fluid in two separate tanks—one at high temperature and the other at low temperature. A single-tank thermocline system stores the thermal energy in a solid medium, most commonly silica sand, located in a single tank.

### 3.2.4   Emerging Technologies

The technologies described above are those that are in use at the time of this writing. Leading up to 2010, there has substantial private and government investment into the development of new solar technologies to allow for the cheaper and more efficient capture of solar energy. It is expected that further technological advancements will be made over time timeframe of the RMP.

## 3.3   WHAT BLM ACTIONS ARE INVOLVED IN SOLAR ENERGY DEVELOPMENT?

Solar energy development on BLM-administered lands is managed through ROW authorization under Title V of the Federal Land Policy and Management Act of 1976, 43 CFR 2800, and

BLM_0105563

current applicable BLM Instruction Memoranda. This guidance is expected to change over time and new IMs are expected to be developed.

A ROW grant is an authorization that allows for specific use of a piece of public land for a certain project. A solar energy development ROW authorizes all facilities on public lands including solar collectors, tower, turbine generator, fossil-fuel fired generator for hybrid systems, thermal storage, access roads, electrical and transmission facilities, and other testing and support facilities. Installation of a photovoltaic system as part of another authorized facility or use does not require a separate authorization. The ROW authorization contains appropriate stipulations relating to all aspects of project development including, but not limited to, road construction and maintenance; vegetation removal; natural, cultural, and biological resources mitigation and monitoring; and site reclamation. In addition, an approved plan of development for construction and operation of the solar facility must be completed prior to beginning construction.

Right-of-way applications for solar energy development projects are identified as a high-priority BLM Field Office workload, consistent with the President's National Energy Policy of 2001 and the Energy Policy Act of 2005. The term length of the authorization is not limited by regulation (43 CFR 2805.10[a][3]); however, it should recognize the overall costs and useful life of solar energy facilities (43 CFR 2805.11[b][3]). The term of the solar energy authorization for a commercial facility should not exceed the design life of the project, typically 30 years. The authorization may be renewed consistent with the provisions of the regulations (43 CFR 2807.22[a]). Other compatible uses may be authorized but are unlikely due to the intensive use of the site for photovoltaic or concentrating solar power facility equipment. All solar energy ROW authorizations are subject to annual rent, as established by the BLM, unless they are specifically exempt from rent by statute or regulation.

In addition, the solar energy development policy requires that all solar energy project ROW applications be subjected to environmental review in accordance with the requirements of the National Environmental Policy Act of 1969. The scope of the National Environmental Policy Act analysis and compliance requirements of the Endangered Species Act, Migratory Bird Treaty Act, National Historic Preservation Act, and other laws for a solar energy development ROW application should address the installation,  maintenance and reclamation of solar collectors, water for steam generation and cooling purposes, oil or gas used by backup generators, thermal or electrical storage, turbines or engines, access roads, electrical inverters, and transmission facilities.

## 3.4    HOW ARE POTENTIAL LEVELS DEFINED FOR SOLAR ENERGY?

Solar energy potential is determined using solar insolation values measured in kilowatt-hours per square meter per day ($kWh/m^2/day$). Concentrating solar power solar resource potential is based on direct normal solar radiation values. Photovoltaic solar insolation values represent the resource available to a flat-plate collector, oriented due south, at an angle from horizontal equal to the latitude of the collector location.

In addition to solar insolation values, factors such as slope of the land, proximity to roads, transmission lines, water resources, and population centers, as well as average wind speeds and

BLM_0105564

vegetation concentration must be considered when determining a site's potential for solar development.

## 3.5  SOLAR POTENTIAL

### 3.5.1  Data Sources

The main source of solar potential data in the US is available through the US Department of Energy's (DOE) NREL. The NREL offers national 10-kilometer and 40-kilometer resolution maps of photovoltaic and concentrating solar power resources. The maps provide annual and monthly average daily totals for each resource type. For photovoltaic solar radiation, the insolation values represent the resource available to a flat-plate collector, oriented due south, at an angle from horizontal equal to the latitude of the collector location. The concentrating solar power solar radiation maps represent direct normal radiation values for receptors that track the sun throughout the day. In addition to direct normal irradiance maps, typical for concentrating solar power, and Latitude Tilt maps, typical for photovoltaic solar, the NREL provides global horizontal irradiance data, which represents total solar radiation (the sum of direct, diffuse, and ground-reflected radiation).

The 10-kilometer resolution maps are based on the State University of New York data, which use a model that incorporates hourly radiance images from geostationary weather satellites, daily snow cover data, and monthly averages of atmospheric water vapor, trace gases, and the amount of aerosols in the atmosphere to calculate the hourly total insolation falling on a horizontal surface. The 40-kilometer resolution maps are based on the Climatological Solar Radiation model, which used information on cloud cover, atmospheric water vapor and trace gasses, and the amount of aerosols in the atmosphere to calculate daily total insolation falling on a horizontal surface.

The NREL also provides a Dynamic Solar Atlas that provides resource information for any location in the US. It provides access to spreadsheets giving average monthly radiation values for 14 different types of solar collectors. Data for individual collectors are also available for fixed, flat-plate photovoltaic collectors on five different orientations. The dynamic map also accesses the monthly average Photovoltaic Watts calculator, a software program that calculates electrical energy produced by grid-connected photovoltaic systems.

The NREL provides additional concentrating solar power resource maps for the southwest on its Concentrating Solar Power Research page of its website (NREL 2010a). These maps of direct-normal solar radiation are filtered by solar resource and land availability and identify the most economically suitable lands available for deployment of large-scale concentrating solar power plants. There are two types of maps provided for each state: maps that exclude lands with slopes greater than one percent, and those that exclude lands with slopes greater than three percent. Major urban areas, potentially sensitive environmental lands, water features, and areas with less than one square kilometer are excluded from these maps.

The 10–kilometer resolution maps provide a higher level of detail on solar irradiance than the 40-kilometer resolution maps. Given the size of the planning area being considered in this

BLM_0105565

assessment, a higher resolution data set was considered more appropriate. Thus, the 10-kilometer State University of New York data were used for this analysis.

There are two major existing BLM assessments addressing solar resource potential on public lands in the US that utilize the NREL solar potential data. These include the BLM and DOE's Renewable Potential Energy Assessment (BLM and DOE 2003) and the Draft Solar Energy Development Programmatic EIS (BLM and DOE 2010).

### BLM/DOE Renewable Potential Energy Assessment

In 2003, the BLM, in collaboration with the NREL, conducted an assessment (BLM and DOE 2003) of renewable energy resources including solar, biomass, geothermal, water, and wind energy on BLM lands in the western US. The objective of this assessment was to identify BLM lands with highest potential for renewable energy development.

This assessment used NREL 40-kilometer resolution solar data and developed screening criteria in order to analyze and assess the potential solar energy resources on public lands. The screening criteria for the concentrating solar power central generation technology were (in order of importance):

- Direct normal radiation of at least 5 kWh/m²/day;
- Slope of the land less than 5 percent;
- Transmission availability within 50 miles (within the 69- to 435-kilovolt range) and transmission capacity availability;
- Minimum parcel size of 40 acres;
- Within 50 miles of roads or railroads; and
- BLM-compatible land use.

The screening criteria for large-scale photovoltaic development included:

- Direct normal radiation of at least 5 kWh/m²/day;
- Transmission availability within 50 miles of transmission lines within the 115- to 345-kilovolt capacity range; and
- BLM-compatible land use.

### Solar Energy Development Programmatic EIS

The Solar Energy Development Programmatic EIS (BLM and DOE 2010) is being prepared by the DOE's Energy Efficiency and Renewable Energy Program and the BLM to assess environmental impacts associated with the development of utility-scale solar energy in six western states (Arizona, California, Colorado, New Mexico, Nevada, and Utah). The Programmatic EIS will analyze potential impacts associated with utility-scale solar projects that can generate 10 megawatts or more of electricity to be put directly into the transmission grid. Trough, dish, and tower concentrating solar power, as well as flat-panel and concentrating photovoltaic technologies, will be included in the Programmatic EIS analysis.

BLM_0105566

Maps representing low, moderate, and high potential for concentrating and photovoltaic solar resources on BLM lands for the six states included in the analysis are included. The data for this analysis was obtained from the NREL 10- kilometer resolution database.

In the Programmatic Environmental Impact Statement, lands with excellent solar resources, suitable slope, proximity to roads and transmission lines, and containing at least 2,000 acres of BLM-administered lands were considered for solar energy study areas. Sensitive lands, wilderness, and other high-conservation-value lands, as well as lands with conflicting uses, were excluded. Solar energy study areas in Colorado include Antonio Southeast, De Tilla Gulch, Fourmile East, and Los Mogotes East. None of the study areas are in the Uncompahgre RMP planning area.

The Programmatic EIS has also committed to analyze lands with solar insolation levels greater than 6.5 kWh/m²/day and slopes of less than 5 percent that exclude Wilderness Study Areas, National Conservation Areas, Areas of Critical Concern, and other sensitive lands. These areas must also be larger than one square kilometer to be considered for solar energy development. The maps for these areas are not yet available.

### 3.5.2   Solar Potential Data Used in This Report

All of the available assessments on solar radiation, including the solar Programmatic EIS, used either the 10-kilometer resolution State University of New York data or the 40-kilometer resolution Climatological Solar Radiation model data, are available through the NREL GIS database. Both data sets include maps of resource potentials for photovoltaic and concentrating solar power solar radiation nationwide, which were integrated into the US Atlas of Renewable Resources (NREL 2010b). In this interactive resource map, layers representing 10-kilometer resource data from 1998 through 2005 for Direct Normal, Global Horizontal, and Latitude Tilt data are available. The 40-kilometer resolution data layer representing data sets gathered from 1961 to 1990 only for flat-plate tilted south at latitude are available.

This report uses 10-kilometer resolution data, direct normal for concentrating solar power and Latitude Tilt for photovoltaic available in NREL's GIS database.

## 3.6   POTENTIAL AREAS WITHIN THE UNCOMPAHGRE RMP PLANNING AREA

As shown in **Figure 3-1**, on BLM-administered lands within the Uncompahgre RMP planning area, 557,000 acres have good concentrating solar power resource potential (6 to 7 kWh/m²/day), and 118,400 acres have moderate (5 to 6 kWh/m²/day) concentrating solar power resource potential. Photovoltaic solar potential is very good on all 675,700 acres of BLM-administered land within the Uncompahgre RMP planning area (Figure 3-1). The identified high-potential areas for both concentrating solar power and photovoltaic solar resources are predominantly found in the western and central regions of the Uncompahgre RMP planning area.

## 3.7   REASONABLE FORESEEABLE DEVELOPMENT SCENARIO

The likelihood of future solar project development in the Uncompahgre RMP planning area can be estimated by considering the quality of solar resources, the acreage of lands with slope less than five percent (which is required for Central Generation Technology), existing solar projects

BLM_0105567



Source: Bureau of Land Management 2010,
National Renewable Energy Laboratory 2009a

*Solar Energy Potential*



Datum: NAD 83
Projection: UTM, Zone 13

The Bureau of Land Management (BLM) attempts to use the
most current and complete geospatial data available.
No warranty is made by the BLM as to the accuracy, reliability,
or completeness of this data. Using this map for other than
its intended purpose may yield inaccurate or misleading results.

Figure shows solar energy potential on BLM-administered lands in the Uncompahgre
RMP planning area regardless of current management constraints.

Figure 3-1

This page intentionally left blank.

BLM_0105569

in the area, the number of pending ROW applications within the UFO, the quality of solar resources in the UFO compared with other areas in the region, and expressions of interest by solar companies.

As described in Section 3.6, all planning area lands have very good potential for photovoltaic applications and 557,000 acres have good potential for concentrating solar power applications. As shown in **Figure 3-2**, of the area with good (6 to 7 kWh/m²/day) potential for concentrating solar power applications, there are 163,500 acres with slopes of less than five percent, and of the area with moderate (5 to 6 kWh/m²/day) potential for concentration solar power applications, there are 18,400 acres with slopes of less than five percent. No commercial-scale solar projects currently exist within the UFO on BLM-administered lands or otherwise, and there are no solar installation projects on BLM-administered lands anywhere in Colorado. There are no pending ROW applications within Colorado.

Despite the lack of existing projects, ROW applications, low-slope lands, and interest by the solar industry at the time of this writing, changes in national policy, economic factors (such as incentives, regulation of carbon emissions), and technology could reasonably result in one commercial-scale solar project on lands within the Uncompahgre RMP planning area within the next 15 to 20 years. Additionally, as technology changes, there may be a shift toward smaller commercial or community scale solar facilities, potentially resulting in several such smaller projects by year 2030.

BLM_0105570

This page intentionally left blank.

BLM_0105571



Source: Bureau of Land Management 2010,
National Renewable Energy Laboratory 2009a



Datum: NAD 83
Projection: UTM, Zone 13

The Bureau of Land Management (BLM) attempts to use the
most current and complete geospatial data available.
No warranty is made by the BLM as to the accuracy, reliability,
or completeness of this data. Using this map for other than
its intended purpose may yield inaccurate or misleading results.

*Developable Areas for*
*Concentrating Solar Power*

Figure shows all solar energy potential on BLM-administered lands in the
Uncompahgre RMP planning area with slopes of five percent or less.

Figure 3-2

BLM_0105572

This page intentionally left blank.

BLM_0105573

# CHAPTER 4
# WIND ENERGY

## 4.1 WHAT IS WIND ENERGY?

Wind is a form of solar energy. Solar radiation causes uneven heating of the atmosphere, producing regions of high and low pressure. This pressure gradient results in movement of air from high-pressure to low-pressure regions, creating wind. Wind flow patterns are modified by the earth's terrain, bodies of water, and vegetative cover. This wind flow when harvested by modern wind turbines can be used to generate electricity.

The terms wind energy or wind power describe the process by which the wind is used to generate mechanical power or electricity. Because air has mass, moving air carries with it kinetic energy. Wind turbines convert the wind's kinetic energy into mechanical power. This mechanical power can be used for specific tasks such as grinding grain, pumping water, or producing electricity.

## 4.2 HOW IS WIND ENERGY DEVELOPED?

A wind turbine is a mechanical assembly that converts the energy of wind into electricity. A wind turbine consists of a blade or rotor, a drive train (usually including a gearbox and a generator), a tower, and other equipment including controls, electrical cables, ground support equipment, and interconnection equipment. The blades turn in the moving air and power an electric generator that supplies an electric current. The blades act much like an airplane wing. When the wind blows, a pocket of low-pressure air forms on the downwind side of the blade, causing the blade to be pulled toward that pocket. This force causes the rotor to spin like a propeller and turn a shaft. The rotational energy of the shaft turns the generator and makes electricity. Wind turbines are mounted on a tower to enable them to capture the most energy. Tower height affects the amount of power that can be extracted by a given wind turbine. At 30 meters or more above ground, wind turbines can take advantage of the faster and less-turbulent wind.

Wind turbines fall into two basic groups, which include the horizontal-axis variety (propeller-style) like traditional farm windmills and the vertical-axis design like the eggbeater-style Darrieus model. The horizontal-axis type turbines are the most common, constituting nearly all the

BLM_0105574

utility-scale turbines. These typically have either two or three blades. The three-blade turbines are operated upwind with their blades facing into the wind.

Wind turbines are available in a variety of sizes, and therefore power ratings. Utility-scale wind turbines for land-based wind farms have rotor diameters ranging from 40 to about 120 meters, and towers of roughly 40 to 130 meters high. Wind turbines can also be installed offshore, where the wind speeds are generally higher and larger turbines can be incorporated. The size and design of offshore wind turbines are variable and depend on many factors, including the water depth and distance to shore of the installation site. Small wind turbines intended for residential or small business typically have rotors between 2 and 8 meters in diameter and are mounted on towers 30 to 40 meters above ground.

Utility-scale turbines range in power rating from 100 kilowatts to as large as several megawatts. Larger turbines are grouped together into wind farms, which provide bulk power to a utility power grid. Wind power plants are modular, which means they consist of small individual modules (turbines) and, depending on electricity demand, can easily be made larger or smaller.

Single small turbines, below 100 kilowatts, are used for homes, telecommunications, or water pumping. Small wind systems also have potential as distributed energy resources. These systems, called hybrid wind systems, operate in connection with diesel generators, batteries, and photovoltaic systems in remote, off-grid locations where a connection to the utility grid is not available.

## 4.3   WHAT BLM ACTIONS ARE INVOLVED IN WIND ENERGY DEVELOPMENT?

Wind energy development on BLM-administered lands is managed, at the time of this writing, through ROW authorization in accordance with the terms and conditions of BLM's Wind Energy Development Policy (Instruction Memorandum 2009-043 [BLM 2009b]). This guidance is expected to change over time.

BLM's Wind Energy Development Policy provides guidance on processing ROW applications for wind energy site testing and monitoring facilities, as well as applications for wind energy development projects on BLM-administered lands. Under this policy, all wind energy applications are processed in accordance with the requirements of Title V of the Federal Land Policy and Management Act of 1976 and 43 CFR 2800, "Right-of-Way under the Federal Land Policy Management Act." Under this policy, developers may apply for the following three types of wind energy ROW grants:

- A site-specific grant for testing and monitoring;

- A project-area grant for testing and monitoring; and

- A development grant.

A site-specific grant is used to authorize individual meteorological towers and instrumentation facilities. The area authorized for these facilities is the minimum area required for construction and maintenance of the temporary facility (including access roads). Under the current guidance, the term of this grant is limited to three years from the date of issuance and may not be renewed. The BLM may allocate numerous site-specific grants to various ROW holders in the

BLM_0105575

same area without any exclusive rights regarding future wind energy development. In addition, the BLM retains the right to authorize other compatible uses of public lands in the area.

A project-area grant with provisions for renewal beyond the three-year term authorizes wind energy site testing and monitoring facilities for a project area. The project area describes an area of land where wind resource information is being collected to determine the area's wind energy resource potential. The holder of the project area grant retains an interest in the site testing and monitoring project area, which precludes other wind energy ROW applications during the three-year term of the grant. However, it is required that for any future wind energy development proposals, the holder of the grant submit a separate ROW application and plan of development to the BLM for review.

A development grant authorizes all facilities related to a commercial wind energy development project on public lands. This authorization includes the wind turbine facilities, onsite access roads, electrical and distribution facilities, and other support facilities authorized by the wind energy development ROW grant. The lands involved in the development grant are defined by aliquot legal land descriptions and configured to minimize the amount of land involved, while still allowing an adequate distance between turbine positions and reasonable ROW boundaries. In the absence of any specific local zoning and management issues, no turbine will be positioned closer than five rotor-diameters from the center of the wind turbine to the ROW boundary in the dominant upwind or downwind direction to avoid potential wind turbulence interference issues with adjacent wind energy facilities, unless it can be demonstrated that site conditions, such as topography, natural features, or other conditions (e.g., offsets of turbine locations) warrant a lesser distance. Further, for safety reasons, no turbine on public land will be positioned closer than 1.5 times the total height of the wind turbine to the ROW boundary.

In addition, the wind energy development policy requires that all wind energy project ROW applications, whether for site testing and monitoring or for commercial development, be subjected to environmental review in accordance with the requirements of National Environmental Policy Act of 1969 and that such development be in compliance with the requirements of the Endangered Species Act, Migratory Bird Treaty Act, National Historic Preservation Act, and other appropriate laws.

## 4.4    HOW ARE POTENTIAL LEVELS DEFINED FOR WIND ENERGY?

Wind speed is a crucial element in projecting turbine performance, and a site's wind speed is measured through wind resource assessment prior to a wind system's construction. The power available in the wind is proportional to the cube of its speed, which means that a slightly higher wind speeds will produce a significantly higher power. Generally, an annual average wind speed greater than four meters per second (nine miles per hour) is required for small wind electric turbines. Less wind is required for water-pumping operations. Utility-scale wind power plants require minimum average wind speeds of 6 meters per second (13 miles per hour). Wind resources are characterized by wind power density classes, which range from Class 1 (the lowest) to Class 7 (the highest).

While the technical characteristics of the wind in a specific location are very important, many other factors also contribute to siting decisions. A location far removed from the power

BLM_0105576

transmission grid might be uneconomic, as new transmission lines would be required to connect the wind farm to the grid. Soil conditions and the terrain must be suitable for the construction of the towers' foundations. Surface roughness is another determining factor because it determines the amount of turbulence a turbine will experience. Turbulent winds put greater stresses on the rotor and tower, reducing the turbine's lifespan as a result.

## 4.5   WIND POTENTIAL

### 4.5.1   Data Sources

The main source of data on wind potential in the US is available through the DOE's NREL. The NREL's GIS offers a national wind resource assessment of the US as well as high-resolution wind data. The national wind resource assessment was developed in 1986 for the DOE by the Pacific Northwest Laboratory, which is documented in the Wind Energy Resource Atlas of the US (DOE 1986). The NREL website (NREL 2009b) provides a dynamic map based on the Wind Energy Resource Atlas of the US (NREL 2010c). In this assessment, the conterminous US was divided into grid cells one quarter of a degree of latitude by one third of a degree of longitude. Each grid cell was assigned a wind power class ranging from 1 (the lowest) to 7 (the highest), representative of the range of wind power densities. The wind power density limits for each wind power class are shown in **Table 4-1**, below.

In Table 4-1, the wind power classes represent different wind power densities at different heights above ground (10 and 50 meters). The data depicted in the NREL's wind resource potential map represents wind power densities at 50 meters above ground, which is typical for utility-scale wind turbine application. Estimates at the 30-meter level are useful for identifying small wind turbine opportunities; however, such data are yet to be developed. In the NREL's assessment, areas designated class 3 or greater are considered suitable for utility-scale applications, while class 2 areas are marginal, and class 1 areas are generally not suitable for utility-scale uses. According to the NREL's assessment, wind power class 2 may be suitable for rural applications, and wind power class 1 in a few locations such as exposed hilltops (not shown on the map) may be adequate for wind turbine applications.

High-resolution data are separated into two groups: NREL-produced and TrueWind-produced/NREL validated. The NREL-produced map data apply to areas of low surface roughness (e.g., grasslands) and areas with slopes less than 20 percent, while the TrueWind-produced estimates factor in surface roughness and include all slopes. The data produced by TrueWind were obtained in cooperation with the DOE's Wind Powering America program and have been validated by NREL and other wind energy meteorological consultants.

The Wind Powering America program provides a nationwide wind resource map, which is a combination of high-resolution and low-resolution databases for the US. The map shows the annual average wind power estimates at a height of 50 meters. The areas unlikely to be developed onshore due to land use or environmental issues have been excluded from this assessment. Only moderate- and high-potential areas (wind power class 3 and above) are represented in this assessment.

BLM_0105577

**Table 4-1**
**Classes of Wind Power Density at 10 Meters and 50 Meters**

| Wind Power Class | Resource Potential (Utility Scale) | Wind Power Density (watts per square meter) at 10 Meters Above Ground | Speed (miles per hour) at 10 Meters Above Ground | Wind Power Density (watts per square meter) at 50 Meters Above Ground | Speed (miles per hour) at 50 Meters Above Ground |
|---|---|---|---|---|---|
| 1 | Poor | 0–100 | 0–9.8 | 0–200 | 0–12.5 |
| 2 | Marginal | 100–150 | 9.8–11.5 | 200–300 | 12.5–14.3 |
| 3 | Moderate | 150–200 | 11.5–12.5 | 300–400 | 14.3–15.7 |
| 4 | Good | 200–250 | 12.5–13.4 | 400–500 | 15.7–16.8 |
| 5 | Excellent | 250–300 | 13.4–14.3 | 500–600 | 16.8–17.9 |
| 6 | Outstanding | 300–400 | 14.3–15.7 | 600–800 | 17.9–19.7 |
| 7 | Superb | 400–1000 | 15.7–21.1 | 800–2000 | 19.7–26.6 |

Source: NREL 2009b

The Wind Powering America program also provides high-resolution data at 50 meters for individual states (when such data are available). The data represent low-, moderate-, and high-potential areas for wind development. According to this assessment, wind power class 4 or higher is sufficient for generating wind power with utility-scale turbines. Particular locations in class 3 areas could have higher wind power class values at 80 meters than values at 50 meters.

There are two major existing BLM assessments addressing wind resource potential on public lands that utilize the NREL wind potential data. These include the BLM/DOE Renewable Potential Energy Assessment (BLM and DOE 2003) and the Wind Energy Development Programmatic Environmental Impact Statement (BLM 2005).

**BLM/DOE Renewable Potential Energy Assessment**
In 2003, the BLM, in collaboration with the NREL, conducted an assessment (BLM and DOE 2003) of renewable energy resources including solar, biomass, geothermal, water, and wind energy on BLM lands in the western US. The objective of this assessment was to identify BLM lands in the western US with highest potential for renewable energy development. The assessment used NREL's high-resolution data, when such data were available, and the 1987 low-resolution data, also available through the NREL. The following screening criteria (in order of importance) were developed for targeting high-potential wind resource potential areas:

- Wind power class 3 and above;

- Within 25 miles of transmission lines with capacity in the range of 69 to 345 kilovolts;

- Within 50 miles of a major road or railroad; and

- BLM-compatible land use.

### Wind Energy Development Final Programmatic EIS

The Wind Energy Development Final Programmatic EIS (BLM 2005) evaluates the potential impacts associated with wind energy development on BLM-administered lands in the western US, excluding Alaska. For this Programmatic EIS, the NREL developed a maximum potential development scenario in order to define the potential for future wind energy development on BLM-administered lands. The NREL utilized the same methodology and screening criteria that was employed in the BLM's 2003 Renewable Potential Energy Assessment (BLM and DOE 2003) discussed above. In addition to the maximum potential development scenario, the NREL used a different model (the Wind Deployment System) to project the amount of wind power that might be generated over the next 20 years in the study area.

Maps depicting BLM-administered lands with low, medium, and high potential for wind energy development are available for 11 western states (BLM 2005). Wilderness Areas, Wilderness Study Areas, National Monuments, and National Conservation Areas were excluded from the maps. Lands categorized as having low potential fall in wind power classes 1 and 2. Lands with wind power class 3 are considered medium potential, while wind resources of class 4 and above are economically developable with current technology. Most of the BLM lands in the UFO have only low potential for wind energy development.

#### 4.5.2   Wind Potential Data Used in this Report

For this analysis, the available high-resolution data created by TrueWind Solutions were used, as was done in the Wind Energy Development Final Programmatic EIS (BLM 2005). These data have been verified by the NREL and are also utilized in the assessment done by the Wind Powering America program.

## 4.6   POTENTIAL AREAS WITHIN THE UNCOMPAHGRE RMP PLANNING AREA

Within the Uncompahgre RMP planning area, wind potential is generally marginal to poor. Outstanding wind potential areas (class 6) have been identified on 40 acres, while 50 acres have excellent (class 5) wind potential, and an additional 60 acres have good (class 4) wind potential. The identified high-potential areas are located on the eastern side of the planning area and are shown with these potential classes in **Figure 4-1**.

## 4.7   REASONABLE FORESEEABLE DEVELOPMENT SCENARIO

The likelihood of future development of wind projects in the Uncompahgre RMP planning area can be estimated by considering the quality of wind resources, existing wind projects in the area, the number of pending ROW applications within the UFO, the quality of wind resources in the UFO compared with other areas in the region, and expressions of interest by wind companies.

Wind energy potential is generally marginal to poor in the planning area, and only small areas (areas of 50 acres or smaller) have been identified as having high potential (class 4 or higher) for

BLM_0105579



Wind Potential

Rank (watts per square meter)

- Class 1, Poor (0-200)
- Class 2, Marginal (200-300)
- Class 3, Fair (300-400)
- Class 4, Good (400-500)
- Class 5, Excellent (500-600)
- Class 6, Outstanding (600-700)

Uncompahgre RMP Planning Area
Uncompahgre Field Office
National Conservation Area
County Boundaries
Existing Transmission Lines
City

Source: Bureau of Land Management 2010,
National Renewable Energy Laboratory 2009a

*Wind Energy Potential*



Datum: NAD 83
Projection: UTM, Zone 13

The Bureau of Land Management (BLM) attempts to use the
most current and complete geospatial data available.
No warranty is made by the BLM as to the accuracy, reliability,
or completeness of this data. Using this map for other than
its intended purpose may yield inaccurate or misleading results.

Figure shows all wind energy potential areas on BLM-administered land in the
Uncompahgre RMP planning area regardless of current management constraints.

Data show average wind resource potential at a height of 50 meters.

Figure 4-1

BLM_0105580

Case No. 1:20-cv-02484-MSK   Document 58-9   filed 04/28/21   USDC Colorado   pg 81 of 163

This page intentionally left blank.

BLM_0105581

wind energy development. As stated above, the planning area has one 40-acre area of outstanding wind resource, one 50-acre area of excellent wind resource, and three areas (30 acres, 20 acres, and 10 acres) of good wind resource. All of these areas are along the Cimarron Ridge near Slagel Pass along the border of Ouray and Gunnison Counties, except for the 10-acre good area, which is approximately 2 miles to the north, also along the Cimarron Ridge, along the border of Ouray and Montrose Counties near Storm King Mountain and Castle Rock. Potential transmission connections could be made to any power lines running along Highway 550 approximately 7 miles to the west-southwest, or along Highway 50 approximately 10 miles to the north-northeast.

No major wind projects exist within the UFO or anywhere in western Colorado. There are no existing wind ROWs or pending wind ROW applications within the UFO. A number of ROWs are authorized or pending for wind testing sites across Colorado, as follows: 1 authorized (Grand Junction), 3 pending (Royal Gorge), 1 pending (White River). Two additional ROWs are pending for wind test sites in the nearby Vernal Field Office in Utah.

The closest ROW authorization is located near Palisade, Colorado, in the Grand Junction Field Office and is for Wazee Energy, LLC, which is seeking to determine the feasibility of developing a wind farm. This application was approved in September 2009. Wazee Energy erected a single meteorological tower to test wind speed at the end of 2009 and expressed an intention to install up to three more towers if results were favorable.

Superb wind resources are located along the Front Range of Colorado, running north-south through central Colorado. Fair to good wind resources are located in Colorado's eastern plains.

The UFO has received no expressions of interest in developing wind resources within the planning area from wind developers. Attempts to contact the wind energy companies with pending or existing ROW authorizations in Colorado yielded no results.

Due to the limited size of plots of BLM-administered land with good-quality wind resources, the lack of wind projects in the UFO or western Colorado, the lack of pending ROW applications in the UFO, and the fact that much better wind resources occur in other parts of the state, it is not expected that many, if any, commercial-scale wind energy projects would be developed within the planning area by year 2025. If such development were to occur, it is expected it would be along Cimarron Ridge in the area described above.

BLM_0105582

This page intentionally left blank.

BLM_0105583

# CHAPTER 5

# BIOMASS

## 5.1 WHAT IS BIOMASS?

Biomass energy or bioenergy is the energy from plants and plant-derived materials. These include food crops, grassy and woody plants, residues from agriculture or forestry, and the organic component of municipal and industrial wastes. Even the fumes from landfills such as methane and natural gas can be used as a biomass energy source.

Biomass can be converted to liquid fuels (biofuels), such as ethanol and biodiesel, and used to meet transportation fuel needs. It can also be developed for power production to generate heat and electricity. In addition to biofuels and biopower, biomass can be converted into chemicals for making plastics and other products that would otherwise be made from fossil fuels. Using biomass for fuels, power productions, and products has the potential to greatly reduce greenhouse gas emissions and dependence on foreign oil, and to increase support of US agricultural and forest-product industries.

## 5.2 HOW IS ENERGY PRODUCED FROM BIOMASS?

Biopower, or biomass power technologies, convert biomass to heat and electricity using processes similar to that used with fossil fuels. Biopower system technologies include direct-firing, co-firing, gasification, pyrolysis, and anaerobic digestion. All of these technologies may be employed in small, modular systems that would be more applicable to villages, farms, and small industry.

### 5.2.1 Direct-firing

Most biopower plants use direct-firing, the burning of bioenergy feed stocks in a boiler to produce high-pressure steam. The steam rotates a turbine, which then turns a generator that produces electricity. The direct-fired power plants' efficiencies are limited (in the low 20-percent range). In some biomass industries, the spent steam from the power plant is used for manufacturing processes or heating buildings. Such combined heat and power systems greatly increase overall energy efficiency.

BLM_0105584

### 5.2.2   Co-firing

Co-firing involves mixing biomass with fossil fuels, typically coal, in an existing power plant furnace. Because much of the existing power plant equipment can be used without major modification, co-firing is the most economic near-term option for introducing new biomass power generation. Such plants can significantly reduce sulphur dioxide, nitrogen oxides, and other air emissions. Adding biomass results in little or no loss of efficiency. Such power plants allow biopower production with 30 to 37 percent efficiency.

### 5.2.3   Gasification

Gasification is a thermo-chemical process that converts biomass into a combustible, synthetic gas using high temperatures and an oxygen-starved environment. This synthetic gas, also called syngas, contains hydrogen, carbon monoxide, water vapor, carbon dioxide, tar vapor, and ash particles. The syngas retains 70 to 80 percent of the energy originally present in the biomass feedstock and can be chemically converted to other fuels or products, burned in a conventional boiler, or used instead of natural gas in a gas turbine.

Using syngas offers advantages over directly burning the biomass. Syngas can be cleaned and filtered to remove tar and particulate matter from the gas. It can also be used in more-efficient power-generation systems called combined cycles, which combine gas and steam turbines to produce electricity with efficiencies up to 60 percent.

### 5.2.4   Pyrolysis

Pyrolysis systems use a similar thermo-chemical process as in gasification but an oxygen-free environment to convert biomass into liquid. The pyrolysis oil can be burned to generate electricity or used for making plastics, adhesives, or other bioproducts.

### 5.2.5   Anaerobic Digestion

Anaerobic digestion refers to a biochemical process in which particular kinds of bacteria digest biomass in an oxygen-free environment and produce a gas composed primarily of methane and carbon dioxide. Methane, a combustible gas, is filtered and cleaned, then burned to produce electricity. Anaerobic digestion may be used to produce biogas from animal manure and organic biomass solids in municipal sewage. This process also occurs naturally in underground landfills. In such cases, wells can be drilled in order to release and capture the biogas that is produced.

## 5.3   WHAT BLM ACTIONS ARE INVOLVED IN BIOMASS PROJECTS?

Biomass resources are a byproduct of BLM actions on public lands and are not specifically cultivated for feedstock production. The BLM defines woody biomass as "the woody plants and portions of the trees, including limbs, tips, needles, leaves, and other woody parts, or rangeland environment, that are the byproducts of the management, restoration, and/or hazardous fuel reduction treatment." Biomass can be collected and harvested from BLM lands through any vegetation management activity related to wildlife, range resources, or forestry. Typically, biomass is primarily generated from timber sales, stewardship, and hazardous fuels reduction activities.

BLM_0105585

Although fire wood is biomass for energy, it is not considered in this report. The UFO will consider fire wood (personal use and commercial) along with other woodland products as it develops alternatives in the RMP.

## 5.4   HOW ARE POTENTIAL LEVELS DEFINED FOR BIOMASS-PRODUCING AREAS?

Potential levels for biomass-producing areas are generally calculated based on biomass feedstock yield. Biomass feed stocks include crop residues, forest residues, primary and secondary mill residues, urban wood waste, and methane emissions from manure management, landfills, and domestic wastewater treatment.

Another biomass resource data that may be used in defining potential levels is the normalized difference vegetation index (NDVI), which computes surface vegetation using visible and near-infrared satellite data.

## 5.5   BIOMASS PRODUCTIVITY

### 5.5.1   Data Sources

There are two main sets of biomass resource data available for the US. These include NREL's biomass resource potential maps of the US available through US Atlas of Renewable Resources (NREL 2010b) and NDVI values computed from NASA's Advanced Very High Resolution Radiometer Land Pathfinder Satellite program (US Department of Agriculture 2009).

***Biomass Resource Maps***
The NREL offers GIS layers showing biomass resources of the US by county, through the interactive US Atlas of Renewable Resources (NREL 2010b). The data represented here include crop residues, forest residues, primary and secondary mill residues, urban wood waste, and methane emissions from manure management, landfills, and domestic wastewater management. The NREL also offers static US maps of biomass resources measured in thousands of tons per county per year. Additionally, the NREL offers separate static maps for each biomass resource. There are separate analyses for crop residues, forest residues, primary mill residues, secondary mill residues, urban wood waste, methane emissions from landfills, methane emissions from manure management, and methane emissions from domestic wastewater treatment.

In the NREL maps and analyses, biomass resource values less than 50,000 tons per county per year are considered low potential, while values of greater than 500,000 tons per county per year are considered high potential. According to the data presented here, Montrose County BLM lands in the planning area have biomass resources of 50,000 to 100,000 tons per county per year, while BLM lands in the remaining Uncompahgre RMP planning area all have biomass resources that are less than 50,000 tons per county per year.

***Normalized Difference Vegetation Index***
The NDVI computed from NASA's Advanced Very High Resolution Radiometer Land Pathfinder Satellite program (US Department of Agriculture 2009) measures vegetation vigor caused by chlorophyll activity. The NDVI has been shown to be highly correlated to surface vegetation and is derived from the visible and near-infrared channel reflectances. Very low values of NDVI (0.1 and below) correspond to barren areas of rock, sand, and snow. Moderate values (0.2 to 0.3)

BLM_0105586

represent shrub and grassland, while high values (0.6 to 0.8) indicate temperate and tropical rainforests. NDVI values can theoretically range from -1 to +1.

The BLM/DOE's Renewable Potential Energy Assessment (BLM and DOE 2003) utilized NDVI values for the western US and developed screening criteria in order to identify high-productivity areas on public lands. The screening criteria used for this assessment were (in order of importance):

- NDVI of 0.4 or greater for at least 4 months between April and September 2000;
- Terrain slope of less than 12 percent;
- Site within 50 miles of a town with at least 100 people; and
- BLM-compatible land use.

These data include only areas that maintained the minimum NDVI of 0.4 for at least 4 months; such lands are present within the Uncompahgre RMP planning area.

### 5.5.2   Biomass Productivity Data Used in this Report

While NDVI data were considered the most appropriate for this assessment, NDVI data are not available in GIS format. As a proxy, BLM vegetation GIS data were used to indicate areas where biomass may be harvested.

Because biomass is a byproduct of other land management activities, such as fire management and stewardship, biomass does not require lands to be designated as open or closed for biomass collection; however, the BLM may choose to include an alternative in the RMP Amendment/EIS that designates certain areas for biomass harvesting. **Figure 5-1** shows the vegetation types in areas considered to be feasible for biomass collection. Feasibility was considered to be areas within 50 miles of a road and with a slope of less than 30 percent.  Aside from informing a biomass harvesting alternative in the RMP Amendment/EIS, the information in this assessment will serve as an informational tool so that BLM staff can keep biomass in mind as a potential useful byproduct when they are planning other actions and can arrange for its sale to biomass processors.

## 5.6   BIOMASS PRODUCTIVITY WITHIN THE UNCOMPAHGRE RMP PLANNING AREA

Figure 5-1 shows the vegetation types with slopes of 30 percent or less within the Uncompahgre RMP planning area. Biomass productivity attributes were not associated with the vegetation types. Biomass productivity from the lands supporting these vegetation types depends on how the BLM is managing the vegetation (i.e., how much of the vegetation is removed and how often).

## 5.7   REASONABLE FORESEEABLE DEVELOPMENT SCENARIO

Biomass energy production typically involves the collection of materials from BLM lands as the byproduct of other actions. In this case, a reasonable foreseeable development scenario is not applicable. However, because of some past interest in exploring the feasibility of harvesting local forests and woodlands solely for biomass, setting aside an area for biomass harvest (feedstock) could be considered as an alternative in the RMP.

BLM_0105587

Figure 5-1      Biomass Productivity

BLM_0105588

This page intentionally left blank.

BLM_0105589

The location of a biomass energy facility is not dependent upon the location of biomass resources (i.e., resources are typically hauled up to 50 miles to a biomass energy facility from various sources). Therefore, the presence of biomass resources on BLM-administered lands does not increase the likelihood that a private energy developer would seek to locate a biomass energy facility on BLM-administered lands. Biomass energy facilities are likely to be located on private land.

Given the flexibility in siting a power plant and the likelihood that a developer would prefer private lands over public lands, it is not expected that any biomass energy facilities would be developed in the planning area by year 2025. Biomass materials are likely to be produced from lands within the planning area during certain BLM activities such as stewardship and fire management actions.

Case No. 1:20-cv-02484-MSK   Document 58-9   filed 04/28/21   USDC Colorado   pg 91 of 163

This page intentionally left blank.

BLM_0105591

# CHAPTER 6
# REFERENCES

BLM (US Department of the Interior, Bureau of Land Management). 2004. Instruction Memorandum 2004-227, Biomass Utilization Strategy. August 16, 2004. Internet Web site: http://www.blm.gov/wo/st/en/info/regulations/Instruction_Memos_and_Bulletins/national _instruction.html. Accessed on February 20, 2010.

_____. 2005. Record of Decision for the Programmatic Environmental Impact Statement on Wind Energy Development. December 2005. Internet Web site: http://windeis.anl.gov/documents/docs/WindPEISROD.pdf. Accessed on February 20, 2010.

_____. 2006. Instruction Memorandum 2006-216, Wind Energy Development Policy. August 24, 2006. Internet Web site: http://www.blm.gov/wo/st/en/info/regulations/Instruction_Memos_and_Bulletins/national _instruction/2006/2006-216__.html. Accessed on February 20, 2010.

_____. 2007. Instruction Memorandum 2007-097, Solar Energy Development Policy. April 4, 2007. Internet Web site: http://www.blm.gov/wo/st/en/info/regulations/Instruction_Memos_and_Bulletins/national _instruction/2007/im_2007-097__.html. Accessed on February 20, 2010.

_____. 2009a. Instruction Memorandum 2009-022, Geothermal Leasing under the Energy Policy Act of 2005. October 9, 2008. Internet Web site: http://www.blm.gov/wo/st/en/info/regulations/Instruction_Memos_and_Bulletins/national _instruction/2009/IM_2009-022.html. Accessed on February 20, 2010.

_____. 2009b. Instruction Memorandum 2009-043, Wind Energy Development Policy. December 19, 2008. Internet Web site: http://www.blm.gov/wo/st/en/info/regulations/Instruction_Memos_and_Bulletins/national _instruction/2009/IM_2009-043.html. Accessed on February 22, 2010.

BLM_0105592

_____. 2010. Geographic Information System. Unpublished Data. BLM, Uncompahgre Field Office, Colorado.

BLM (US Department of the Interior, Bureau of Land Management) and DOE (US Department of Energy). 2003. Renewable Potential Energy Assessment. Available at Internet Web site: http://www.nrel.gov/docs/fy03osti/33530.pdf.

_____. 2010. Solar Energy Development Programmatic EIS Information Center. Internet Web site: http://solareis.anl.gov/. Accessed on February 22, 2010.

Blackwell, D. D., and Richards, M. 2004. Geothermal Map of North America. American Assoc. Petroleum Geologist (AAPG), 1 sheet, scale 1:6,500,000.

Colorado Gap Analysis Project. 1999. Vegetation data. Accessed through the UFO BLM GIS server.

Colorado Geological Survey. 2007. Geographic Information System (GIS) shape file boundary to define the area of geothermal potential for the Final Programmatic EIS for Geothermal Leasing in the Western US. Provided by Matt Sares of the Colorado Geological Survey to EMPSi. November 28, 2007.

_____. 2008. Interpretive Geothermal Heat Flow Map of Colorado. November 14, 2008.

DOE (US Department of Energy). 1986. Wind Energy Resource Atlas of United States. Internet Web site: http://rredc.nrel.gov/wind/pubs/atlas/atlas_index.html. Accessed on February 23, 2010.

_____. 2010. Solar Energy Technologies Program. Internet Web site: http://www1.eere.energy.gov/solar/technologies.html. Accessed on January 15, 2010.

First Solar Inc. 2009. Personal communication between Leilah Krohn of First Solar and Amanda Davila of EMPSi. December 9, 2009.

NREL (US Department of Energy, National Renewable Energy Laboratory). 2006. Geothermal – The Energy Under our Feet: Geothermal Resource Estimates for the United States. Technical Report NREL/TP-840-40665. By Bruce Green and Gerald Nix. November 2006.

_____. 2009a. Data Analysis and Tools: download data and tools. Internet Web site: http://www.nrel.gov/gis/data_analysis.html. Accessed on November 2, 2009.

_____. 2009b. Dynamic Maps, GIS Data, and Analysis Tools. Wind Maps. Internet Web site: http://www.nrel.gov/gis/wind.html. Accessed on December 9, 2009.

_____. 2010a. Concentrating Solar Power Resource Maps. Internet Web site: http://www.nrel.gov/csp/maps.html. Accessed on February 23, 2010.

_____. 2010b. United States Atlas of Renewable Resources. Internet Web site: http://mapserve2.nrel.gov/website/Resource_Atlas/viewer.htm. Accessed on February 23, 2010.

_____. 2010c. United States Annual Wind Resource Potential. Internet Web site: http://mapserve2.nrel.gov/website/wind_resource1/viewer.htm. Accessed on February 23, 2010.

University of Utah Energy and Geoscience Institute. 2007. Enhanced Geothermal Systems. Available at: http://egs.egi.utah.edu/home/main2.htm. Website accessed on December 18, 2007.

US Department of Agriculture. 2009. Vegetation Condition from AVHRR NDVI Data. National Agricultural Statistics Service. Research and Development Division. Internet Web site: http://www.nass.usda.gov/research/avhrr/avhrrmnu.htm. Accessed on December 16, 2009.

US Department of Energy. 2006. The Future of Geothermal Energy: Impact of Enhanced Geothermal Systems (EGS) on the United States in the 21st Century. Prepared for the US DOE and Idaho National Laboratory by the Massachusetts Institute of Technology.

_____. 2007. Enhanced Geothermal Systems Technology. Available at: http://www1.eere.energy.gov/geothermal/egs_technology.html. Website accessed on December 18, 2007.

University of Oregon. 2002. Solar Radiation Monitoring Laboratory. Internet Web site: http://solardat.uoregon.edu/SolarRadiationBasics.html. Accessed on January 15, 2010.

Western Governors' Association. 2006. Geothermal Task Force Report. January 2006.

BLM_0105594

This page intentionally left blank.

BLM_0105595

Case No. 1:20-cv-02484-MSK   Document 58-9   filed 04/28/21   USDC Colorado   pg 96 of 163



Search    Go



**Solar Energy Guide**

◆ Utility-Scale Solar Energy

◆ Electric Transmission

◆ Solar Energy Environmental Considerations

◆ Photos

◆ Maps

◆ Links



**Subscribe**

Enter your e-mail address below to receive updates and announcements.

Go

more info >





✉ E-mail this page

🖨 Print version

# Utility-Scale Solar Energy

**Solar energy technologies potentially suitable for utility-scale applications include concentrating solar power technology and photovoltaic technology.**

The sun radiates an enormous amount of energy through the process of **nuclear fusion**. The high pressure and temperature in the sun's core causes electrons to be stripped from hydrogen atoms, freeing the hydrogen nuclei to combine (fuse) to form one helium atom, producing radiant energy in the process. The sun radiates more energy in **one second** than the world has used since time began. Every hour the sun bathes the Earth in as much energy as the world consumes in an entire year.



Solar radiation can be converted directly to usable energy through a variety of technologies, and that energy can be used for small-scale applications such as powering hand-held calculators, powering solar vehicles, or heating water for residential applications. Solar energy can also be used for large-scale commercial applications such as generating electricity in solar power plants. The Solar Energy Development Programmatic Environmental Impact Statement (PEIS) analyzes environmental impacts of **utility-scale solar energy facilities** only. Utility-scale solar energy facilities are facilities that can generate large amounts of electricity to be put directly into the electricity transmission grid. Solar energy technologies potentially suitable for use in utility-scale applications include **concentrating solar power technologies** and **photovoltaic technologies**.

## Concentrating Solar Power (CSP) Technologies

**CSP** is a type of **solar thermal technology**. Solar thermal technologies convert light energy in sunlight to heat energy, and that heat energy is then used to perform work, for example, heating water. Utility-scale CSP technologies use mirrors to concentrate the sun's rays to heat fluids or solids, and the heat is used to drive steam turbines or other devices to generate power.

BLM_0105596

Case No. 1:20-cv-02484-MSK   Document 58-9   filed 04/28/21   USDC Colorado   pg 97 of 163

See the **Concentrating Solar Power (CSP) Technologies page** to learn more about CSP technologies, including the different types of CSP technologies useful for commercial power generation.

## Photovoltaic (PV) Technologies

**PV technologies** convert the sun's radiant energy **directly to electricity,** rather than first converting it to heat that is then used to generate electricity or to do other forms of work. PV technologies use **solar panels** to capture light energy from the sun, and then use that light energy to drive an electric current.

See the **Photovoltaic (PV) Technologies page** to learn more about PV technologies, including the different types of PV systems useful for commercial power generation.

Home | About the EIS | Getting Involved | Solar Energy Guide | EIS Documents
News | FAQs | Glossary | E-mail Services
Contact Us | About Us | Privacy/Security | Site Index

BLM_0105597



# Solar Energy Development Programmatic EIS
## INFORMATION CENTER

HOME | ABOUT THE EIS | GETTING INVOLVED | SOLAR ENERGY GUIDE | EIS DOCUMENTS

NEWS → FAQs → GLOSSARY → E-MAIL SERVICES

Home » Solar Energy Guide » Utility-Scale Solar Energy » Photovoltaics

Search  Go

**Solar Energy Guide**

◆ Utility-Scale Solar Energy

◆ Electric Transmission

◆ Solar Energy Environmental Considerations

◆ Photos

◆ Maps

◆ Links

**Subscribe**

Enter your e-mail address below to receive updates and announcements.

 Go

more info >


FREQUENTLY ASKED QUESTIONS


✉ E-mail this page
🖶 Print version

# Solar Photovoltaic Technologies

**Utility-scale solar photovoltaic technologies convert energy from sunlight directly into electricity, using large arrays of solar panels.**

**Solar photovoltaic technologies** convert solar energy into useful energy forms by directly absorbing solar photons—particles of light that act as individual units of energy—and either converting part of the energy to electricity (as in a photovoltaic (PV) cell) or storing part of the energy in a chemical reaction (as in the conversion of water to hydrogen and oxygen).

## Solar Cells

Solar cells are devices that convert sunlight directly into electricity. Solar cells are made of layers of semiconductor materials similar to those used in computer chips. When sunlight is absorbed by these materials, the solar energy knocks electrons loose from their atoms, allowing the electrons to flow through the material to produce electricity. A brief animation showing how a solar cell works is available from the Department of Energy Solar Energy Technologies Web site.


*Solar cell, module, and array.*
*Click to enlarge*

## Solar Arrays

Solar cells are generally very small, and each one may only be capable of generating a few watts of electricity. They are typically combined into modules of about 40 cells; the modules are in turn assembled into PV **arrays** up to several meters on a side. These *flat-plate* PV arrays can be mounted at a fixed angle facing south, or they can be mounted on a tracking device that follows the sun, allowing them to capture more sunlight. For utility-scale electricity generating applications, hundreds of arrays are interconnected to form a single, large system.


*Solar arrays.*
*Click to enlarge*

BLM_0105598

## Concentrated PV (CPV) Systems

**Concentrated PV (CPV)** systems concentrate sunlight on solar cells, greatly increasing the efficiency of the cells. The PV cells in a CPV system are built into concentrating collectors that use a lens or mirrors to focus the sunlight onto the cells. CPV systems must track the sun to keep the light focused on the PV cells. The primary advantages of CPV systems are high efficiency, low system cost, and low capital investment to facilitate rapid scale-up; the systems use less expensive semiconducting PV material to achieve a specified electrical output. Reliability, however, is an important technical challenge for this emerging technological approach; the systems generally require highly sophisticated tracking devices.



*CPV collector*
*Click to enlarge*

## Concentrating Solar Power (CSP) Technologies

The Solar Energy Development PEIS will also consider environmental impacts associated with concentrating solar power (CSP) technologies; see the Concentrating Solar Power (CSP) Technologies page to learn more.

## Additional Resources

The following documents are technical summaries of PV technologies prepared by the National Renewable Energy Laboratory.



*PV Technology Overview (2.5 MB)*

*PV Flat Plate Technology Overview (3.3 MB)*

*Concentrating PV Technology Overview (2.6 MB)*

BLM_0105599



Home » Solar Energy Guide » Utility-Scale Solar Energy » CSP Technologies

Search  **Go**

### Solar Energy Guide

◆ Utility-Scale Solar Energy

◆ Electric Transmission

◆ Solar Energy Environmental Considerations

◆ Photos

◆ Maps

◆ Links



**Subscribe**

Enter your e-mail address below to receive updates and announcements.



**Go**

more info >



✉ E-mail this page
🖨 Print version

# Concentrating Solar Power (CSP) Technologies

**Concentrating Solar Power (CSP) technologies use mirrors to concentrate (focus) the sun's light energy and convert it into heat to create steam to drive a turbine that generates electrical power.**

CSP technology utilizes **focused sunlight**. CSP plants generate electric power by using mirrors to concentrate (focus) the sun's energy and convert it into high-temperature heat. That heat is then channeled through a conventional generator. The plants consist of two parts: one that collects solar energy and converts it to heat, and another that converts the heat energy to electricity. Within the United States, CSP plants have been operating reliably for more than 15 years. All CSP technological approaches require large areas for solar radiation collection when used to produce electricity at commercial scale.

CSP technology utilizes three alternative technological approaches: trough systems, power tower systems, and dish/engine systems.

● **Trough systems** use large, U-shaped (parabolic) reflectors (focusing mirrors) that have oil-filled pipes running along their center, or focal point, as shown in Figure 1. The mirrored reflectors are tilted toward the sun, and focus sunlight on the pipes to heat the oil inside to as much as 750°F. The hot oil is then used to boil water, which makes steam to run conventional steam turbines and generators.



**Figure 1: Parabolic Trough System Schematic Diagram**



**Figure 2: Parabolic trough system.**

● **Power tower systems** also called central receivers, use many large, flat heliostats (mirrors) to track the sun and focus its rays onto a receiver. As shown in Figure 3, the receiver sits on top of a tall tower in which concentrated sunlight heats a fluid, such as molten salt, as hot as 1,050°F. The hot fluid can be used immediately to make steam for electricity generation or stored for later use. Molten salt retains heat efficiently, so it can be stored for days before being converted into electricity. That means electricity can

BLM_0105600

be produced during periods of peak need on cloudy days or even several hours after sunset.




**Figure 3: Power Tower Schematic Diagram**



**Figure 4: Power tower system**

- **Dish/engine systems** use mirrored dishes (about 10 times larger than a backyard satellite dish) to focus and concentrate sunlight onto a receiver. As shown in Figure 5, the receiver is mounted at the focal point of the dish. To capture the maximum amount of solar energy, the dish assembly tracks the sun across the sky. The receiver is integrated into a high-efficiency "external" combustion engine. The engine has thin tubes containing hydrogen or helium gas that run along the outside of the engine's four piston cylinders and open into the cylinders. As concentrated sunlight falls on the receiver, it heats the gas in the tubes to very high temperatures, which causes hot gas to expand inside the cylinders. The expanding gas drives the pistons. The pistons turn a crankshaft, which drives an electric generator. The receiver, engine, and generator comprise a single, integrated assembly mounted at the focus of the mirrored dish.





**Figure 6: Solar dish-engine system.**

**Figure 5: Dish/engine System Schematic Diagram**

## Photovoltaic Solar Technologies

The Solar Energy Development PEIS will also consider environmental impacts associated with photovoltaic (PV) solar energy technologies; see the Solar Photovoltaic (PV) Technologies page to learn more.

# Additional Resources

The following documents are technical summaries of CSP technologies prepared by the National Renewable Energy Laboratory.

 _CSP Technology Overview_ (1.7 MB)

 _CSP Power Tower and Dish Technology Overview_ (2.3 MB)

BLM_0105601

📄 *CSP Parabolic Reflector Technology Overview* *(1.9 MB)*

**Home** | **About the EIS** | **Getting Involved** | **Solar Energy Guide** | **EIS Documents**
**News** | **FAQs** | **Glossary** | **E-mail Services**
Contact Us | About Us | Privacy/Security | Site Index

BLM_0105602

Solar Energy Development Environmental Considerations                                                1/15/10 10:14 PM



Home » Solar Energy Guide » Environmental Concerns



**Solar Energy Guide**
◆ Utility-Scale Solar Energy
◆ Electric Transmission
◆ Solar Energy Environmental Considerations
◆ Photos
◆ Maps
◆ Links





**Subscribe**
Enter your e-mail address below to receive updates and announcements.



**Go**

more info >

FREQUENTLY ASKED QUESTIONS

✉ **E-mail this page**
🖨 **Print version**

# Solar Energy Development Environmental Considerations

**Utility-scale solar energy environmental considerations include land disturbance/land use impacts, visual impacts, impacts associated with hazardous materials, and potential impacts on water and other resources, depending on the solar technology employed.**

Solar power plants reduce the environmental impacts of combustion used in fossil fuel power generation such as green house gas and other air pollution emissions. However, concerns have been raised over land disturbance, visual impacts, and the use of potentially hazardous materials in some systems. These and other concerns associated with solar energy development are discussed below, and will be addressed in the Solar Energy Development Programmatic EIS.

## Land Disturbance/Land Use Impacts

All utility-scale solar energy facilities require relatively large areas for solar radiation collection when used to generate electricity at a commercial scale, and the large arrays of solar collectors may interfere with natural sunlight, rainfall, and drainage, which could have a variety of effects on plants and animals. Solar arrays may also create avian perching opportunities that could affect both bird and prey populations. Land disturbance could also affect archeological resources. Solar facilities may interfere with existing land uses, such as grazing. Proper siting decisions can help to avoid land disturbance and land use impacts.

## Visual Impacts

Because they are generally large facilities with numerous highly geometric and sometimes highly reflective surfaces, solar energy facilities may create visual impacts; however, being visible is not necessarily the same as being intrusive. Aesthetic issues are by their nature highly subjective. Proper siting decisions can help to avoid aesthetic impacts to the landscape.

## Hazardous Materials

BLM_0105603

Photovoltaic panels may contain hazardous materials, and although they are sealed under normal operating conditions, there is the potential for environmental contamination if they were damaged or improperly disposed upon decommissioning. Concentrating solar power systems may employ liquids such as oils or molten salts that may be hazardous, and present spill risks. In addition, various fluids are commonly used in most industrial facilities, such as hydraulic fluids, coolants, and lubricants. These fluids may in some cases be hazardous, and present a spill-related risk. Proper planning and good maintenance practices can be used to minimize impacts from hazardous materials.

## Impacts to Water Resources

Parabolic trough and central tower systems typically use conventional steam plants to generate electricity, which commonly consume water for cooling. In arid settings, the increased water demand could strain available water resources. If the cooling water was contaminated through an accident, pollution of water resources could occur, although the risk would be minimized by good operating practices.

## Other Concerns

Concentrating Solar Power (CSP) systems could potentially cause interference with aircraft operations if reflected light beams become misdirected into aircraft pathways. Operation of solar energy facilities, and especially concentrating solar power facilities involves high temperatures that may pose an environmental or safety risk. Like all electrical generating facilities, solar facilities produce electric and magnetic fields. Construction and decommissioning of utility-scale solar energy facilities would involve a variety of possible impacts normally encountered in construction/decommissioning of large-scale industrial facilities. If new electric transmission lines or related facilities were needed to service a new solar energy development, construction, operation, and decommissioning of the transmission facilities could also cause a variety of environmental impacts.

BLM_0105604



**Solar Energy Development Programmatic EIS**
INFORMATION CENTER

HOME | ABOUT THE EIS | GETTING INVOLVED | SOLAR ENERGY GUIDE | EIS DOCUMENTS

NEWS · FAQs · GLOSSARY · E-MAIL SERVICES

Home » About the Programmatic EIS » RMPs/Planning Criteria

Search [_____] Go

**Solar Energy Development Programmatic EIS**

◆ Why the PEIS Is Needed
◆ What's in the PEIS
◆ Study Area Maps
◆ Study Area Panoramas
◆ RMPs and Planning Criteria
◆ How the PEIS Is Prepared
◆ Who Will Prepare the PEIS
◆ PEIS Schedule
◆ Government-to-Government Consultation
◆ Section 106 Consultation


**Subscribe**
Enter your e-mail address below to receive updates and announcements.
[_____]

Go
more info ›


FREQUENTLY ASKED QUESTIONS

✉ E-mail this page
🖶 Print version

# RMPs and BLM Planning Criteria

**One outcome of the PEIS could be to amend some of BLM's existing RMPs to adopt a new Bureau-wide solar energy program. The BLM will prepare the PEIS and any BLM RMP amendments in compliance with proposed planning criteria.**

## Resource Management Plans

The Federal Land Policy and Management Act (FLPMA) requires the BLM to develop land use plans, also known as **Resource Management Plans (RMPs)**, to guide the BLM's management of public lands. For solar energy projects to be developed on public lands managed by the BLM, such activities must be provided for in these RMPs. One outcome of the PEIS could be to amend some of BLM's existing RMPs to adopt a **new Bureau-wide solar energy program**. The BLM's land use planning regulations, which implement the FLPMA, require the BLM to publish, and provide for public review of, the **proposed planning criteria** that will guide the BLM's land use planning process. The initial notice published May 29, 2009 fulfilled the BLM's obligation under the FLPMA and the BLM's planning regulations (43 CFR 1610.2(f) and 43 CFR 1610.4-2) to notify the public of its proposed planning criteria.

## Planning Criteria

Planning criteria are the constraints, standards, and guidelines that determine what the BLM will or will not consider during its planning process. As such, they establish parameters and help focus analysis of the issues identified in scoping, and structure the preparation of the PEIS insofar as it addresses amendment of BLM RMPs, including data collection, analysis, and decision making. The BLM announced the following planning criteria for the PEIS in the initial Notice of Intent:

- The BLM will prepare the PEIS and any BLM RMP amendments in compliance with the FLPMA, the Endangered Species Act, the Clean Water Act, the Clean Air Act, the National Environmental Policy Act (NEPA), and all other applicable laws, Executive Orders, and BLM management policies.

- The BLM will use the **PEIS as the analytical basis** for any decision it makes to amend an individual land use plan to respond to the potential for increased levels of solar energy development on BLM-administered public lands.

BLM_0105605

- The BLM will develop a **Reasonably Foreseeable Development (RFD) scenario** to predict levels of development. It will identify lands available for utility-scale solar energy development, lands available for utility-scale solar energy development that have restrictive stipulations, and lands not available for utility-scale solar energy development in affected plans.

- The BLM will limit its amendment of these plans to **utility-scale solar energy development** and **associated transmission issues** and will not address the management of other resources, although the BLM will consider and analyze the impacts from increased use on other managed resource values.

- The BLM will continue to manage **other resources** in the affected planning areas under the pre-existing terms, conditions, and decisions in the applicable RMPs for those other resources.

- The BLM will recognize **valid existing rights** under the RMPs, as amended.

- The BLM will coordinate with Federal, State, and local agencies and tribal governments in the PEIS and plan amendment process to strive for **consistency with existing plans and policies**, to the extent practicable.

- The BLM will coordinate with **tribal governments** and provide strategies for the protection of recognized **traditional uses** in the PEIS and plan amendment process.

- The BLM will take into account appropriate protection and management of **cultural and historic resources** in the PEIS and plan amendment process, and will engage in all required consultation.

- The BLM will recognize in the PEIS and plan amendments the **special importance of public lands** to people who live in communities surrounded by public lands and the importance of public lands to the nation as a whole.

- The BLM will make every effort to **encourage public participation** throughout the PEIS process.

- The BLM has the authority to develop **protective management prescriptions** for lands with wilderness characteristics within RMPs. As part of the public involvement process for land use planning, the BLM will consider public input regarding lands to be managed to **maintain wilderness characteristics**.

- **Environmental protection and energy production** are both desirable and necessary objectives of sound land management practices and are not to be considered mutually exclusive priorities.

- The BLM will consider and analyze relevant **climate change impacts** in its land use plans and associated NEPA documents, including the anticipated **climate change benefits of solar energy**.

- The BLM will use **geospatial data in a geographic information system** (GIS) to facilitate discussions of the affected environment, formulation of alternatives, analysis of environmental consequences, and display of results.

Home | About the EIS | Getting Involved | Solar Energy Guide | EIS Documents
News | FAQs | Glossary | E-mail Services
Contact Us | About Us | Privacy/Security | Site Index

http://solareis.anl.gov/eis/rmps/index.cfm                                              Page 2 of 2

BLM_0105606

Case No. 1:20-cv-02484-MSK   Document 58-9   filed 04/28/21   USDC Colorado   pg 108 of 163



**U.S. Department of Agriculture**                                    Search:

**National Agricultural Statistics Service**
**Research and Development Division**                               [ Go ]

Office
of the          **Census and Survey Research Branch**      **Geospatial Information Branch**
Director          Data Quality | Statistical Methodology        Area Frame | Spatial Analysis

## Vegetation Condition from AVHRR NDVI Data
Main | History | Limitations | Products | Sensors | Formats | Download

Vegetation Condition images for the United States based on NDVI (Normalized Difference Vegetation Index) are available for viewing at this site. The NDVI measures vegetation vigor caused by chlorophyll activity; this is sometimes called "greenness". These data have proven valuable to USDA policy officials in providing geographic location and monitoring information for vegetation condition in cropland and pasture regions throughout the growing season. The SAGA group, Agriculture Division of Statistics Canada, maintains a similar program for Canada called the Crop Condition Assessment Program. For a worldwide view, see Crop Explorer provided by the IPA division of USDA's Foreign Agricultural Service.

The Vegetation Condition data selectable below are updated weekly and arranged by two week composite periods covering the 1995 - 1999, 2001-2003, and 2004-2009 (as available) crop seasons. A water vapor correction was applied by USGS to data collected by NOAA-14 from the 1995 through the 1999 crop season. Data from subsequent satellites (NOAA-16, NOAA-17) are not water vapor corrected. Ratio derived products of a specific period to a previous comparable date period are only created within images of the same satellite.

The NOAA-16 satellite collected images from the 2001 through 2003 seasons. NOAA-16 started malfunctioning in early 2004, when a scan motor problem caused a 'barcode' appearance. Images from the NOAA-17 satellite replaced NOAA-16 starting in 2004. The USGS released updated calibration coefficients for the NOAA-17 satellite developed by NOAA after the 2004 growing season. Images available below from the 2004 - 2009 growing seasons reflect the updated calibration coefficients. Animations of these images for a given year reveal how the vegetation condition changed during that growing season.

### Select a 2009 Biweekly Period to View:

| | | | | | |
|---|---|---|---|---|---|
| 03/10-03/23 | 03/17-03/30 | 03/24-04/06 | 03/31-04/13 | 04/07-04/20 | 04/14-04/27 |
| 04/21-05/04 | 04/28-05/11 | 05/05-05/18 | 05/12-05/25 | 05/19-06/01 | 05/26-06/08 |
| 06/02-06/15 | 06/09-06/22 | 06/16-06/29 | 06/23-07/06 | 06/30-07/13 | 07/07-07/20 |
| 07/14-07/27 | 07/21-08/03 | 07/28-08/10 | 08/04-08/17 | 08/11-08/24 | 08/18-08/31 |
| 08/25-09/07 | 09/01-09/14 | 09/08-09/21 | 09/15-9/28 | 09/22-10/05 | 09/29-10/12 |
| 10/06-10/19 | 10/13-10/26 | | | | |

**Available Years**
NOAA-17: 2009 2007 2006 2005 2004
NOAA-16: 2003 2002 2001

BLM_0105608

NOAA-14: [1999](#) [1998](#) [1997](#) [1996](#) [1995](#)

For more information about this topic or about the NASS Spatial Analysis Research Section (SARS),
contact the GeoSpatial Information Branch at [HQ_RDD_GIB@nass.usda.gov](mailto:HQ_RDD_GIB@nass.usda.gov).

---

[Growing Season Animations](#) | [National Crop Progress](#)

---

[Back](#) | [NASS Home](#)| [USDA Home](#)| [USDA Remote Sensing Page](#)

---

BLM_0105609



**National Renewable Energy Laboratory**

*Innovation for Our Energy Future*

A national laboratory of the U.S. Department of Energy
Office of Energy Efficiency & Renewable Energy

# Geothermal—
# The Energy Under Our Feet
Geothermal Resource Estimates for the
United States

Bruce D. Green and R. Gerald Nix,
National Renewable Energy Laboratory

*Technical Report*
NREL/TP-840-40665
November 2006

NREL is operated by Midwest Research Institute • Battelle   Contract No. DE-AC36-99-GO10337

BLM_0105610

# Geothermal—
# The Energy Under Our Feet
Geothermal Resource Estimates for the
United States

Bruce D. Green and R. Gerald Nix,
National Renewable Energy Laboratory

**Technical Report**
NREL/TP-840-40665
November 2006



**National Renewable Energy Laboratory**
**1617 Cole Boulevard, Golden, Colorado 80401-3393**
**303-275-3000 • www.nrel.gov**

Operated for the U.S. Department of Energy
Office of Energy Efficiency and Renewable Energy
by Midwest Research Institute • Battelle

Contract No. DE-AC36-99-GO10337

BLM_0105611

# Executive Summary

The Earth houses a vast energy supply in the form of geothermal resources. Domestic resources are **equivalent to a 30,000-year energy supply at our current rate for the United States!** In fact, geothermal energy is used in all 50 U.S. states today. But geothermal energy has not reached its full potential as a clean, secure energy alternative because of issues with resources, technology, historically low natural gas prices, and public policies. These issues affect the economic competitiveness of geothermal energy

On May 16, 2006, the National Renewable Energy Laboratory (NREL) in Golden, Colorado hosted a geothermal resources workshop with experts from the geothermal community. The purpose of the workshop was to re-examine domestic geothermal resource estimates. The participating experts were organized into five working groups based on their primary area of expertise in the following types of geothermal resource

or application: (1) Hydrothermal, (2) Deep Geothermal Systems, (3) Direct Use, (4) Geothermal Heat Pumps (GHPs), and (5) Co-Produced and Geopressured.

Geothermal resources are categorized in several layers of accessibility and feasibility, from broadest criteria (i.e., total physically available), to criteria that includes technical and economic considerations. The total resource base is scaled downward to accessible resource, and finally to a category called developable resource (see p. 4 for explanation).

The table below shows estimates for the different geothermal resource categories, as compiled by the workshop experts. **These estimates show the enormous potential of the U. S. geothermal energy resource.** New low-temperature electric generation technology may greatly expand the geothermal resources that can be developed economically today.

## Findings by Resource Category

| | Estimated Accessible Resource (MWe) | 2006 (Actual MWe) | Estimated Developable Resource* | | |
| --- | --- | --- | --- | --- | --- |
| | | | 2015 (MWe) | 2025 (MWe) | 2050 (MWe) |
| Shallow Hydrothermal[1] (Identified) >90°C/194°F | 30,000 | 2,800 | 10,000 | 20,000 | 30,000 |
| Shallow Hydrothermal[1] (Unidentified) >150°C/302°F | 120,000 | | TBD | TBD | TBD |
| Co-Produced & Geopressured[2] | >100,000 | 2[3] | 10,000 to 15,000 | 70,000 | >100,000 |
| Deep Geothermal[4] | 1,300,000 to 13,000,000 | 0 | 1000 | 10,000 | 130,000 |
| **Thermal Uses** | (MWt) | (MWt) | (MWt) | (MWt) | |
| Direct Uses[5] | >60,000 | 620 | 1600 | 4,200 | 45,000 |
| Geothermal Heat Pumps[6] | >1,000,000 | 7,385 | 18,400 | 66,400 | >1,000,000 |
| GHP[6] Avoided Power | 120,000 | 880 | 2,100 | 8,000 | 120,000 |

*Please note that these resource estimates represent a consensus of a group of experts who considered existing resource assessments (referenced on next page). There is considerable uncertainty in the estimates as many resources are hidden and exploration to date has been relatively limited. The figures shown above are not a resource assessment, but, even with uncertainty, clearly show that the U.S. geothermal resource is a very large and important domestic energy source.*

1

BLM_0105612

## References

1. *Assessment of Geothermal Resources of the United States – 1978*, USGS Circular 790 (p. 41 and 157). Includes identified and unidentified resources; 2015 and later estimates are a consensus of the experts at the workshop. Estimated accessible figure includes identified (~30,000 MW) and unidentified (~120,000 MW) (i.e., hidden or showing no surface manifestations) hydrothermal resources.

2. "Geothermal Electric Power Supply Possible from Gulf Coast, Midcontinent Oil Field Waters," *Oil and Gas Journal*, September 5, 2005, and SMU Geothermal Laboratory *Geothermal Energy Generation in Oil and Gas Settings Conference* findings, March 13 – 14, 2006, and USGS Circular 790.

3. Based on Mafi Trench Unit on offshore platform now in operation.

4. *Energy Recovery from Enhanced/Engineered Geothermal Systems* (EGS), Massachusetts Institute of Technology (MIT), September 2006.

5. OIT Geo-Heat Center, using analysis based on USGS Circulars 790 and 892.

6. Geothermal Heat Pump Consortium, based on Energy Information Administration data and projections. The 'avoided power' figure represents the peak power not required or offset through use of GHPs. Thus, GHPs act as a proven demand and growth management option for utilities.



*Dr. Roy Mink, DOE Geothermal Technologies Program manager, making opening comments.*



*The geothermal heat pump working-group during their resource deliberations. John Geyer (l), Wael El-Sharif (c), and Jack DiEnna (r) made up this working group.*

BLM_0105613

# Introduction

The United States possesses vast underground stores of heat whose full potential has yet to be realized. The Earth's interior reaches temperatures greater than 4,000°C (>7,200°F), and this geothermal energy flows continuously to the surface. The energy content of domestic geothermal resources to a depth of 3 km (~2 mile) is estimated to be 3 million quads, **equivalent to a 30,000-year supply of energy at our current rate for the United States!** While the entire resource base cannot be recovered, the recovery of even a very small percentage of this heat would make a large difference to the nation's energy supplies. New low-temperature electric generation technology may greatly expand the geothermal resources that can be developed economically today.

Geothermal resources could meet a substantial portion of the nation's energy needs in the 21st century. In fact, when including geothermal heat pumps (GHPs), geothermal energy is used in all 50 U.S. states today. The U.S. Department of Energy's (DOE) Geothermal Technologies Program seeks to make geothermal energy the nation's environmentally preferred baseload energy alternative. The Program's mission is to work in partnership with U.S. industry to establish geothermal energy as an economically competitive contributor to the nation's energy supply.

The purpose of the workshop was to re-examine domestic geothermal resource estimates. There were two guiding questions: what is the total potential accessible resource in the United States, and, given favorable circumstances and using existing practices with improved technology, and with institutional issues solved, how much of the resource is developable by 2015, 2025, and 2050? Resource types include hydrothermal, deep geothermal systems, co-produced, geopressured, direct use, and GHPs.

The goal of the workshop was to *gather and summarize* expert opinions about the potential of various geothermal resources for generation of electricity and utilization of heat energy. The workshop was not a formal assessment, but a recorded discussion by a group of experts who collectively state their opinions based on their experiences, knowledge, and interpretations of various detailed assessments (e.g., USGS Circular 790).



*Figure 1. U.S. Energy and Geothermal Resources*
Note: U.S. Total Resource Base from Characterization of U.S. Energy Resources and Reserves, December 1989, U.S. Department of Energy, DOE/CE-0279. Data for "Estimated Accessible Geothermal Resource" and "Estimated Developable Resource" are from Table 4 of this report.

BLM_0105614

## Resource Definitions

The *total resource base* in the United States, both renewable and non-renewable, is very large, with an energy content of over 657,000 billion barrels of oil equivalent (BBOE), or nearly 50,000 times the annual current rate of national energy consumption. Figure 1 shows graphically what the *total resource base* looks like, and in descending order, the values for the estimated accessible geothermal resource and estimated developable resource.

Energy resources are traditionally classified according to the degree of certainty and the economic feasibility of exploiting the particular resource. The U.S. Geological Survey (USGS) and the U.S. Department of Energy (DOE) have used such identifying terms for resource classification. Following are simple definitions of these classification terms:

**U.S. Total Resource Base** – Resource base is all of a given material in the Earth's crust, whether its existence is known or unknown and regardless of cost considerations[a].

**Estimated Accessible Geothermal Resource** – The accessible resource base for geothermal energy is that part of the resource base shallow enough to be reached by production drilling in the foreseeable future[c].

**Estimated Developable Resource** – This category is the subset of the accessible resource base that the workshop experts believe likely to be developed in future years.

**[a]Source:** Assessment of Geothermal Resources of the United States – 1978, USGS Circular 790 (p. 4).



*NREL, PIX03698*

*Geothermal resources are available throughout the entire U.S.*

4

BLM_0105615

# Description of Geothermal Resource Categories

## Hydrothermal

A hydrothermal system is defined as a subterranean geothermal reservoir that transfers heat energy upward by vertical circulation of fluids driven by differences in fluid density that correspond to differences in temperature (see Figure 2). Hydrothermal systems can be classified into two types—vapor-dominated and hot water—depending on whether the fluid is steam or liquid water, respectively.

Most high-temperature geothermal resources occur where magma (molten rock) has penetrated the upper crust of the Earth. The magma heats the surrounding rock, and when the rock is permeable enough to allow the circulation of water, the resulting hot water or steam is referred to as a hydrothermal resource. Such resources are used today for the commercial production of geothermal power. They benefit from continuous recharge of energy as heat flows into the reservoir from greater depths.

## Deep Geothermal Systems

Deep geothermal systems (a.k.a. enhanced geothermal systems or EGS) are defined as engineered reservoirs that have been created to extract heat from economically unproductive geothermal resources. The deep geothermal/EGS concept is to extract heat by creating a subsurface fracture system to which water can be added through injection wells. The water is heated by contact with the rock and returns to the surface through production wells, just as in naturally occurring hydrothermal systems.

Hydrofracturing and stimulation techniques are used widely in the oil and gas industry to extend production, and can be used to greatly extend and expand use of geothermal resources. Figure 3 gives a graphic idea of the domestic scope of geothermal resources at just 6 kilometers (3.7 miles), a nominal drilling depth in the oil and gas industry.



*Figure 2. llustration of a hydrothermal reservoir, showing the natural recharge, fractures, and heat source.*
Courtesy: Geothermal Education Office

5



*Figure 3. Estimated Earth temperature at 6-km (3.7-mile) depth. Courtesy: Southern Methodist University Geothermal Laboratory.*

## Direct Use

Hot water from geothermal resources is used directly to provide heat for buildings, crop and lumber drying, industrial process heat needs, aquaculture, horticulture, ice melting on sidewalks, roads, and bridges, and district heating systems. In direct use applications, a well (or series of wells) brings hot water to the surface; a mechanical system— piping, heat exchanger, pumps, and controls—delivers the heat to the space or process.

Often, direct use applications use geothermal fluids not hot enough for electricity generation. To improve efficiencies, used water from geothermal power plants can be 'cascaded' down for lower temperature uses, such as in greenhouses or aquaculture. Flowers, vegatables, and various fish species and alligators are examples of products from greenhouse and aquaculture systems.



BLM_0105617



*Figure 4. An illustration of the State Capitol geothermal district-heating system, Boise, Idaho.*

## Geothermal Heat Pumps

Geothermal heat pumps (GHPs) use the Earth's huge energy storage capability to heat and cool buildings, and to provide hot water. GHPs use conventional vapor compression (refrigerant-based) heat pumps to extract the low-grade heat from the Earth for space heating. In summer, the process reverses and the Earth becomes a heat sink while providing space cooling (see Figure 5). GHPs are used in all 50 U.S. states today, with great potential for near-term market growth and savings.



*Figure 5 - Geothermal heat pump (GHP) illustration for a commercial application.*

## Geopressured Resources

The geopressured resource consists of deeply buried reservoirs of hot brine, under abnormally high pressure, that contain dissolved methane. Geopressured brine reservoirs with pressures approaching lithostatic load are known to occur both onshore and offshore beneath the Gulf of Mexico coast, along the Pacific west coast, in Appalachia, and in deep sedimentary basins elsewhere in the United States.

The resource contains three forms of energy: methane, heat, and hydraulic pressure. In the past, DOE conducted research on geopressured reservoirs in the northern Gulf of Mexico sedimentary basin, and operated a 1-megawatt (MW) power plant using the heat and methane from the resource (i.e., Pleasant Bayou, TX, 1989 – 1990).

## Co-Produced Geothermal Fluids

Sometimes referred to as the 'produced water cut' or 'produced water' from oil and gas wells, co-produced geothermal fluids are hot and are often found in waterflood fields in a number of U.S oil and gas production regions (See Table 1). This water is typically considered a nuisance to the oil and gas industry (and industry is accountable for proper disposal), but could be used to produce electricity for internal use or sale to the grid.

Like geopressured resources, co-produced geothermal resources can deliver near-term energy savings, diminish greenhouse gas emissions, and extend the economical use of an oil or gas field. New low-temperature electric generation technology may greatly expand the geothermal resources that can be developed economically today.

7

BLM_0105618

### Table 1. Co-Produced Geothermal Fluids

Estimated equivalent geothermal power from processed water associated with existing hydrocarbon production, using 140°C (285°F) as a nominal fluid temperature.

| State | Total Processed Water, 2004 (bbl) | Power, MW @ 140°C (285°F) |
|---|---|---|
| Alabama | 203,223,404 | 47 |
| Arkansas | 258,095,372 | 59 |
| California | 5,080,065,058 | 1169 |
| Florida | 160,412,148 | 37 |
| Louisiana | 2,136,572,640 | 492 |
| Mississippi | 592,517,602 | 136 |
| Oklahoma | 12,423,264,300 | 2860 |
| Texas | 12,097,990,120 | 2785 |
| Total | 32,952,140,644 bbl | 7,585 MW |

*Courtesy: Dr. David Blackwell, Southern Methodist University*

### Process Used

The participating experts were organized into five working groups based on their primary area of expertise in the following types of geothermal resource or application: (1) Hydrothermal, (2) Deep Geothermal Systems, (3) Direct Use, (4) Geothermal Heat Pumps, and (5) Co-Produced and Geopressured. Because of similarities (e.g., oil and gas industry involvement), the co-produced and geopressured resource working groups were combined.

Through opening comments and guidance, Dr. Roy Mink of DOE and Dr. Gerry Nix of NREL introduced the participants to the task, purpose, goals, and approach of the workshop. The facilitator provided each working group with a set of guiding questions to help obtain results consistent with stated purpose, goals, and approach to this workshop. These included: what is the total potential accessible resource in the U.S., and, given favorable circumstances and using existing practices with improved technology, and with institutional issues solved, how much of the resource is developable by 2015, 2025, and 2050?

The working groups answered the guiding questions and formulated their responses, then presented their findings to the other participants. During the final stage of the workshop, the participants discussed data integration and related issues. See Table 2 for the findings of the working groups.



*The Gulf Coast region of the U.S. is rich in geopressured and co-produced energy resources.*



*Bruce Green, NREL, PIX 14845*

*Workshop participants during data integration discussions – Dr. John Lund makes a point.*

BLM_0105619

## Table 2. Findings by Resource Category

| | Estimated Accessible Resource (MWe) | 2006 (Actual MWe) | Estimated Developable Resource* | | |
|---|---|---|---|---|---|
| | | | 2015 (MWe) | 2025 (MWe) | 2050 (MWe) |
| **Shallow Hydrothermal[1]** (Identified) >90°C/194°F | 30,000 | 2,800 | 10,000 | 20,000 | 30,000 |
| **Shallow Hydrothermal[1]** (Unidentified) >150°C/302°F | 120,000 | | TBD | TBD | TBD |
| **Co-Produced & Geopress[2]** | >100,000 | 2[3] | 10,000 to 15,000 | 70,000 | >100,000 |
| **Deep Geothermal[4]** | 1,300,000 to 13,000,000 | 0 | 1000 | 10,000 | 130,000 |
| **Thermal Uses** | (MWt) | (MWt) | (MWt) | (MWt) | |
| **Direct Uses[5]** | >60,000 | 620 | 1600 | 4,200 | 45,000 |
| **Geothermal Heat Pumps[6]** | >1,000,000 | 7,385 | 18,400 | 66,400 | >1,000,000 |
| **GHP[6] Avoided Power** | 120,000 | 880 | 2,100 | 8,000 | 120,000 |

\* Please note that these resource estimates represent a consensus of a group of experts who considered existing resource assessments (referenced below). There is considerable uncertainty in the estimates as many resources are hidden and exploration to date has been relatively limited. The figures shown above are <u>not</u> a resource assessment, but, even with uncertainty, *clearly show that the U.S. geothermal resource is a very large and important domestic energy source.*

## Table 3. Co-Produced and Geopressured Resources (Estimated Developable Resources)[2]

| | 2015 | 2025 | 2050 |
|---|---|---|---|
| **Co-Produced** | 5,000 MWe | 10,000 to 20,000 MWe | 30,000 to 40,000 MWe |
| **Geopressured** | 5,000 to 10,000 MWe | 50,000 to 60,000 MWe | 70,000 to 80,000 MWe |



*Bruce Green, NREL, PIX 14847*

Chena Hot Springs Resort (Alaska) geothermal power plant dedication in August 2006. New technology such as that being used at Chena could greatly extend the feasibility of using geothermal resources.

**9**

BLM_0105620

## Table 4. Energy Equivalents by Resource Category (see appendices for calculation method)

| Resource Category | Estimated Accessible Resource | Estimated Developable Resource – 2050 |
|---|---|---|
| Shallow Hydrothermal[1] (Identified) >90˚C/194˚F | 0.81 Quads 135 million BOE | 0.81 Quads 135 million BOE |
| Shallow Hydrothermal[1] (Unidentified) >150˚C/302˚F | 3.2 Quads 540 million BOE | – |
| Co-Produced & Geopressured[2] | 2.7 Quads 450 million BOE | 2.7 Quads 450 million BOE |
| Deep Geothermal[4] | 35.1 to 351 Quads 5.8 to 58.5 BBOE | 3.5 tp 35 Quads 0.58 to 5.8 BBOE |
| Direct Use[5] | 0.88 Quads 150 million BOE | 15 Quads 112.5 million BOE |
| Geothermal Heat Pumps (GHP)[6] | 15 Quads 2.5 billion BOE | 15 Quads 2.5 BBOE |
| GHP[6] Avoided Power | 1.8 Quads 300 million BOE | 1.8 Quads 300 million BOE |

### References

1. USGS Circular 790 (p. 157), includes identified and unidentified resources; 2015 and later estimates are a consensus of the experts at the workshop.  Estimated accessible figure includes identified (~30,000 MW) and unidentified (~120,000 MW)  (i.e., hidden or showing no surface manifestations) hydrothermal resources.

2. USGS Circular 790, *Geothermal Electric Power Supply Possible from Gulf Coast, Midcontinent Oil Field Waters*, "Oil and Gas Journal," September 5, 2005, and SMU Geothermal Laboratory *Geothermal Energy Generation in Oil and Gas Settings Conference* findings, March 13 – 14, 2006.

3. Based on Mafi Trench Unit on offshore platform now in operation.

4. *Energy Recovery from Enhanced/Engineered Geothermal Systems* (EGS), Massachusetts Institute of Technology (MIT), September 2006.

5. OIT Geo-Heat Center, using analysis based on USGS Circulars 790 and 892.

6. Geothermal Heat Pump Consortium, based on Energy Information Administration data and projections. The 'avoided power' figure represents the peak power not required or offset through use of GHPs. Thus, GHPs act as a proven demand and growth management option for utilities.

### Energy Comparison Information

U.S annual energy consumption equals about 100 quads (EIA, 2004).

U.S annual electricity production equals about 40 quads (EIA, 2004).

U.S. petroleum demand equals about 21 million bbl/day, 7.67 billion bbl/yr (EIA, 2004).

World petroleum demand equals about 84 million bbl/day, 30 billion bbl/yr (EIA, 2004).

### Energy Equivalents

1 Quad = 0.170 billion barrels of oil, 170 million barrels of oil
1 Quad = 45 million short tons of coal
1 Quad = 1 trillion cubic feet of dry natural gas

1000 KWh = 0.59 barrels of crude oil
1000 KWh = 0.15 short tons (300 pounds) of coal
1000 KWh = 3,300 cubic feet of dry natural gas

1 barrel of crude oil = 1,700 kWh
1 barrel of crude oil = 5,600 cubic feet of dry natural gas
1 barrel of crude oil = 0.26 short tons (520 pounds) of coal

BLM_0105621

# Appendices

- Present Development
- Benefits
- Strategic Value
- Profile of a Geothermal Project
- List of Workshop Participants and Staff
- How Energy Equivalent Calculations Were Made
- References and Supporting Documents



**Temperature Above 100 ˚C (212 ˚F)**
(Electric Power and Direct Use)

**Temperature Below 100 ˚C (212 ˚F)**
(Direct Use)

**Area Suitable for Geothermal Heat Pumps**
(Entire U.S.)

*The Nation's geothermal resources represent a huge and viable energy resource, providing the U.S. with various ways to use them and enhance national security, and economic and environmental health.*

**11**

BLM_0105622

## Present Development

Today's U.S. geothermal industry is a $2-billion-per-year enterprise involving over 2800 MW of electricity generation capacity, about 620 MW of thermal energy capacity in direct-use applications such as indoor heating, greenhouses, food drying, and aquaculture, and over 7,300 MW of thermal energy capacity from geothermal heat pumps. The international market for geothermal power development could exceed a total of $25 billion for the next 10 to 15 years. At the present time, U.S. technology and industry stand at the forefront of this international market.

### Benefits

Geothermal energy benefits the nation by helping to solve three problems— energy reliability and security, economic development, and air quality. Geothermal resources can help address the shortage of new electricity generating capacity in the United States cited in the National Energy Policy Act of 2005. As a baseload generation source, geothermal energy is well proven and reliable.

Geothermal power plants emit little carbon dioxide, very low quantities of sulfur dioxide, and no nitrogen oxides. U.S. geothermal generation annually offsets the emission of 22 million metric tons of carbon dioxide, 200,000 tons of nitrogen oxides, and 110,000 tons of particulate matter from conventional coal-fired plants. See Charts 1, 2, and 3 for details on comparative emissions.

**Chart 1. Carbon Dioxide ($CO_2$) for U.S. Power Plants**
(Pounds per Megawatt-hour)



*Existing* - For all existing U.S. coal power plants; natural gas averages include steam cycle, simple gas turbine and combined cycle.

*New* - Coal plants built in 1990s; natural gas combined cycle plants built in 2002.

*Geothermal* - 60 lbs./MWh for flash plants; 0 lbs./MWh for binary plants.

$CO_2$ is not classified as a pollutant by the U.S. Environmental Protection Agency.

**Chart 2. Sulfur Dioxide ($SO_2$) for U.S. Power Plants**
(Pounds per Megawatt-hour)



*Existing* - For all existing U.S. coal power plants; natural gas averages include steam cycle, simple gas turbine and combined cycle.

*New* - Coal plants built in 1990s; natural gas combined cycle plants built in 2002.

*Geothermal* - .35 lbs./MWh for flash plants, 0 lbs./MWh for binary plants. $SO_2$ from geothermal plants is from hydrogen sulfide contained in geothermal fluids. Modern systems return 90 percent of the hydrogen sulfide to the reservoir.

**Chart 3. Nitrogen Oxide ($NO_X$) for U.S. Power Plants**
(Pounds per Megawatt-hour)



*Existing* - For all existing U.S. coal power plants; natural gas averages include steam cycle, simple gas turbine and combined cycle.

*New* - Coal plants built in 1990s; natural gas combined cycle plants built in 2002.

Source: Coal and natural gas emissions information from Platts Research and Consulting, based on data from the Environmental Protection Agency's Continuous Emissions Monitoring Systems, 2003; geothermal information from U.S. Department of Energy, 2000

BLM_0105623

## Strategic Value

Use of domestic geothermal energy resources has substantial strategic value for the nation. Geothermal resources can contribute to:



◄ Clean electricity generation



◄ Baseload power production, having established high capacity factors



Coproduction and enhanced oil recovery, thus gaining more oil ►

◄ Distributed energy systems with modular and shorter development timeframe advantages

Direct-use ► for building energy needs



▼ Ethanol and biodiesel production – thermal energy requirements

▲ Hydrogen production – via off-peak electrolysis



▲ Mineral recovery, such as silica and zinc – both strategic minerals in short supply.



▲ Rural economic development – aquaculture and horticulture, and lumber drying



◄ Climate change mitigation – by offsetting needs for fossil-fueled power plants

BLM_0105624

## Profile of a Geothermal Project

Geothermal power and direct use development begins with exploration to locate an economic reservoir, using a variety of techniques. Wells are drilled to measure subsurface temperatures and flow rates and to produce and inject the hydrothermal fluid. Once the reservoir has been proven, the site is developed either for power generation or a direct use application.

Geothermal projects are capital-intensive, and the major expenses are incurred before the project produces revenue. Exploration represents only about 10% of the total cost of a successful project, but many projects can fail at this stage. A high degree of risk evolves from the need for success on the first wells drilled into the reservoir. The extent to which these wells produce hot fluids influence subsequent investment decisions. Although the most expensive element of a power generation project is surface plant construction, drilling to create a well field involves higher risk due to uncertainties in reservoir characteristics. Direct use applications are usually less costly than power generation, because the resource is shallower, the fluids are less difficult to manage, and the technology less complex.

Typically, geothermal power plants are baseload facilities, but they may be operated in a load-following mode. Power conversion options include (1) the transformation (flashing) of hot geothermal fluids to steam which drives a turbine or (2) transfer of heat from the geothermal fluids to a secondary (binary) working fluid which drives a turbine. Geothermal plants have very high availabilities and capacity factors, exceeding 90%. Liquids produced from the reservoir are reinjected to sustain production pressures.



*Bruce Green, NREL/PIX13079*

*Horticulture represents a rapidly growing domestic industry that lends itself well to rural economic development.*



*Courtesy: Geothermal Heat Pump Consortium*

*Residential application of a geothermal heat pump.*

Geothermal heat pump (GHP) systems use highly durable heat exchangers that are placed into the ground, a water source, or a well, and deliver heating and cooling very efficiently, as well as providing hot water. Commercial and institutional GHP installations are often cost-competitive today, achieving substantial energy savings for building owners and tenants. Once connected to the ground (or water), the GHP system is typically integrated with traditional HVAC equipment. Only accredited designers and installers (see: www.igshpa.okstate.edu) should be used for GHP installations. There are federal tax benefits for use of GHPs, and some states also offer incentives (see: www.geoexchange.org).



*Courtesy: GRC*

*Clean, baseload, distributed electricity is being produced from geothermal resources today. Big Geysers, a 75-MW geothermal power plant located in northern California, is shown above.*

**14**

BLM_0105625

## List of Workshop Participants and Staff

### Hydrothermal
Jim Lovekin, GeothermEx, Inc., CA
Al Waibel, Columbia Geoscience, OR
Matthew Sares, Colorado Geologic Survey, CO

### EGS
Susan Petty, Black Mountain Technology, WA

### Direct Use
John Lund, Oregon Institute of Technology, Geo-Heat Center, OR

### Co-Produced (combined w/Geo-Press.)
David Blackwell, Southern Methodist University, Geothermal Laboratory, TX

Richard Erdlac, University of Texas Permian Basin, TX
Mark Milliken, Rocky Mountain Oil Testing Center, WY

### Geopressured
Chip Groat, University of Texas – Austin, TX

### Geothermal Heat Pumps

Wael El-Sharif, Geothermal Heat Pump Consortium, D.C.
Jack DiEnna, Geothermal Heat Pump Consortium, PA
John Geyer, JG&A, Inc., WA

### DOE, INL, and NREL Staff
Roy Mink, DOE
Ray Fortuna, DOE
Jay Nathwani, DOE
Sandy Glatt, DOE
Joel Renner, INL
Gerry Nix, NREL
Bruce Green, NREL

### Observers
Colin Williams, USGS
Marshall Reed, USGS
Kermit Witherbee, BLM

### Facilitators
Kathleen Rutherford, The Keystone Center
Jody Erikson, The Keystone Center



Several geothermal power plants are visible at The Geysers in northern California.



Members of the entire workshop group during discussions about resource data integration.

BLM_0105626

---

**How Energy Equivalent Calculations Were Made**

Electricity as the equivalent energy content of the produced electricity –

    Barrels (bbls) of oil equivalent (BOE)

        [ (electricity production potential/MWe) (1000 kW/MW) (8760 hrs/yr.) (0.9 capacity factor) (3413 BTU/kW-hr) ] 1 bbl oil equivalent/6 x $10^6$ BTU = BOE/yr. for a minimum of 30 years.

    Quads (Q)
        [ (electricity production potential/MWe) (1000 kW/MW) (8760 hrs/yr.) (0.9 capacity factor) (3413 BTU/kW-hr) ] 1/$10^{15}$ BTU/Q

    **NOTE:** If properly designed, plants are sustainable.

Thermal calculations assumed a duty cycle of 50% –

    BOE
        [ (MWt) (1000 kW/MW) (8760 hrs/yr.) (0.5 duty cycle) (3413 BTU/kW-hr) ] (1 bbl oil equivalent/6 x $10^6$ BTU)

    Quads (Q)
        [ (MWt) (1000 kW/MW) (8760 hrs/yr.) (0.5 duty cycle) (3413 BTU/kW-hr) ] 1/$10^{15}$ BTU/Q

    **NOTE:** Actual fuel displacement for alternative production sources is somewhat larger.

---

# Supporting Documents

1. *Assessment of Geothermal Resources of the United States* – 1978, USGS Circular 790 (p. 157), includes identified and unidentified resources; 2015 and later estimates are a consensus of the experts at the workshop.

2. *Geothermal Electric Power Supply Possible from Gulf Coast, Midcontinent Oil Field Waters*, "Oil and Gas Journal," September 5, 2005, and *Geothermal Energy Generation in Oil and Gas Settings Conference* findings, March 13 – 14, 2006, and SMU Geothermal Laboratory. Available at: *http://www.smu. edu/geothermal/publications/Oil&GASJ2005_ McKenna.pdf*

3. *Energy Recovery from Enhanced/Engineered Geothermal Systems* (EGS), Massachusetts Institute of Technology (MIT), September 2006. Available at: *http://www1.eere.energy. gov/geothermal/egs_technology.html*

4. *Characterization of U.S. Energy Resources and Reserves*, December 1989, U.S. Department of Energy, DOE/CE-0279.

BLM_0105627



BLM_0105628

NOTICE

This report was prepared as an account of work sponsored by an agency of the United States government. Neither the United States government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States government or any agency thereof.

Available electronically at http://www.osti.gov/bridge

Available for a processing fee to U.S. Department of Energy
and its contractors, in paper, from:
 U.S. Department of Energy
 Office of Scientific and Technical Information
 P.O. Box 62
 Oak Ridge, TN 37831-0062
 phone: 865.576.8401
 fax: 865.576.5728
 email: reports@adonis.osti.gov

Available for sale to the public, in paper, from:
 U.S. Department of Commerce
 National Technical Information Service
 5285 Port Royal Road
 Springfield, VA 22161
 phone: 800.553.6847
 fax: 703.605.6900
 email: orders@ntis.fedworld.gov
 online ordering: http://www.ntis.gov/ordering.htm

 Printed on paper containing at least 50% wastepaper, including 10% postconsumer waste.

BLM_0105629

| REPORT DOCUMENTATION PAGE | | | *Form Approved*<br>OMB No. 0704-0188 |
|---|---|---|---|

The public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ORGANIZATION.**

| 1.  REPORT DATE *(DD-MM-YYYY)*<br>10/2006 | 2.  REPORT TYPE<br>Technical Report | | 3.  DATES COVERED *(From - To)*<br>2006 |
|---|---|---|---|
| 4.  TITLE AND SUBTITLE<br>Geothermal -- The Energy Under Our Feet | | 5a.  CONTRACT NUMBER<br>DE-AC36-99-GO10337 | |
| | | 5b.  GRANT NUMBER | |
| | | 5c.  PROGRAM ELEMENT NUMBER | |
| 6.  AUTHOR(S)<br>Bruce Green and Gerry Nix, National Renewable Energy Laboratory | | 5d.  PROJECT NUMBER<br>NREL/TP-840-40665 | |
| | | 5e.  TASK NUMBER<br>GT06.1000 | |
| | | 5f.  WORK UNIT NUMBER | |
| 7.  PERFORMING ORGANIZATION NAME(S) AND ADDRESS(ES)<br>National Renewable Energy Laboratory<br>1617 Cole Blvd.<br>Golden, CO 80401-3393 | | 8.  PERFORMING ORGANIZATION<br>REPORT NUMBER<br>NREL/TP-840-40665 | |
| 9.  SPONSORING/MONITORING AGENCY NAME(S) AND ADDRESS(ES) | | 10.  SPONSOR/MONITOR'S ACRONYM(S)<br>NREL | |
| | | 11.  SPONSORING/MONITORING<br>AGENCY REPORT NUMBER | |
| 12.  DISTRIBUTION AVAILABILITY STATEMENT<br>National Technical Information Service<br>U.S. Department of Commerce<br>5285 Port Royal Road<br>Springfield, VA 22161 | | | |
| 13.  SUPPLEMENTARY NOTES<br>NREL Technical Monitor:  Gerry Nix | | | |

14.  ABSTRACT *(Maximum 200 Words)*
On May 16, 2006, the National Renewable Energy Laboratory (NREL) in Golden, Colorado hosted a geothermal resources workshop with experts from the geothermal community. The purpose of the workshop was to re-examine domestic geothermal resource estimates. The participating experts were organized into five working groups based on their primary area of expertise in the following types of geothermal resource or application: (1) Hydrothermal, (2) Deep Geothermal Systems, (3) Direct Use, (4) Geothermal Heat Pumps (GHPs), and (5) Co-Produced and Geopressured.  The workshop found that the domestic geothermal resource is very large, with significant benefits.

15.  SUBJECT TERMS
Geothermal; resources; hydrothermal; geopressured; co-produced, geothermal heat pump; GHPs; earth energy; deep geothermal systems; EGS; enhanced geothermal systems; direct use; and energy resources.

| 16.  SECURITY CLASSIFICATION OF: | | | 17.  LIMITATION<br>OF ABSTRACT | 18.  NUMBER<br>OF PAGES | 19a. NAME OF RESPONSIBLE PERSON |
|---|---|---|---|---|---|
| a. REPORT<br>Unclassified | b. ABSTRACT<br>Unclassified | c. THIS PAGE<br>Unclassified | UL | | 19b. TELEPHONE NUMBER *(Include area code)* |

**Standard Form 298** (Rev. 8/98)
Prescribed by ANSI Std. Z39.18

BLM_0105630

**NREL** National Renewable Energy Laboratory
*Innovation for Our Energy Future*

ABOUT NREL | ENERGY ANALYSIS | SCIENCE & TECHNOLOGY | TECHNOLOGY TRANSFER | APPLYING TECHNOLOGIES

## Dynamic Maps, GIS Data, & Analysis Tools

NREL GIS Home
**About NREL GIS**
**Maps**
**Data & Analysis Tools**

## Data and Analysis Tools

NREL's GIS Team develops technology-specific GIS data maps for a variety of areas, as well as targeted analysis tools that can help determine availability of renewable energy resources. Some of this data and applicable tools are highlighted below.

### Geographic Information System Data

NREL's GIS Team develops technology-specific GIS data maps for a variety of areas, including biomass, geothermal, solar, wind, and renewable hydrogen. The team has made some of our biomass, solar and wind datasets — in either high resolution or low resolution — available for download through this Web site. High-resolution datasets are available for s Low-resolution datasets are available for Alaska, Hawaii, and the lower 48 states. Note: The designed to be used in GIS software applications.

#### National Wind Resource

This data provides an estimate of the annual average wind resource for the conterminous U resolution of 1/3 degree of latitude by 1/4 degree of longitude. For more information, pleas Energy Resource Atlas of the United States.

#### Western Wind Dataset

The Western Wind Dataset provides energy professionals with a consistent set of wind profi United States. This dataset provides 10-minute time-series wind data for 2004, 2005 and 2( data points are available across the western United States.

#### Eastern Wind Dataset

The Eastern Wind Dataset provides energy professionals with a consistent set of wind profil United States. This dataset provides 10-minute time-series wind data for 2004, 2005, and 2 simulated wind farms data points are available across the eastern United States.

#### More Information

For a list of available datasets and information on how these data were developed, access tl Information System Data Background page.

Users can download data and tools from the GIS server by filling out a simple form with co accepting a disclaimer statement.

### Analysis Tools

NREL also has developed several tools that allow users to apply these data. These tools hel| such as how much electricity can be produced from solar systems on a house or what renev available in a specific country.

#### Bio-power Tool

The Bio-power Tool is an interactive geospatial application allowing users to view biomass infrastructure, and other relevant information, as well as query the data and conduct initial Users can select a location on the map, quantify the biomass resources available within a u: then estimate the total thermal energy or power that could be generated by recovering a po While the tool is useful in refining the prospecting process of site identification, it should n an on-site biomass resource evaluation.

#### Geospatial Toolkit

NREL's GIS Team provides an analysis tool, the Geospatial Toolkit, a map-based software a predefined queries that can be used for decision-making and policy analysis in addition to p renewable energy projects. The Geospatial Toolkit is available for select countries. Note: Dt we are not able to provide a Geospatial Toolkit for the United States.

#### In My Backyard Tool

The In My Backyard (IMBY) tool estimates the electricity you can produce with a solar photc wind turbine at your home or business. Homeowners, businesses, and researchers use IMBY

BLM_0105631

NREL is a national laboratory of the U.S. Department of Energy, Office of Energy Efficiency and Renewable E
operated by the Alliance for Sustainable Energy, LLC.

**Content Last Updated:** May 20, 2010

Need Help?   |   Security & Privacy   |   Disclaimer   |   NREL Home

This Web site is powered by renewable energy.

BLM_0105632

NREL: Dynamic Maps, GIS Data, and Analysis Tools – Wind Maps                                         12/9/09 7:05 PM



**NREL** National Renewable Energy Laboratory
*Innovation for Our Energy Future*

NREL HOME

| ABOUT NREL | SCIENCE & TECHNOLOGY | TECHNOLOGY TRANSFER | APPLYING TECHNOLOGIES | LEARNING ABOUT RENEWABLES |

## Dynamic Maps, GIS Data, & Analysis Tools

▸ More Search Options    SEARCH
▸ Site Map

NREL GIS Home

**About NREL GIS**

**Maps**
- Biomass
- Federal Energy Management Program
- Geothermal
- Hydrogen
- Solar
- Wind

**Data & Analysis Tools**

🖨 Printable Version

### Wind Maps

NREL's GIS team offers both a national wind resource assessment of the United States and high-resolution wind data. The national wind resource assessment was created for the U.S. Department of Energy in 1986 by the Pacific Northwest Laboratory and is documented in the Wind Energy Resource Atlas of the United States, October 1986. This national wind resource data provides an estimate of the annual average wind resource for the conterminous United States, with a resolution of 1/3 degree of latitude by 1/4 degree of longitude.

The wind resource assessment was based on surface wind data, coastal marine area data, and upper-air data, where applicable. In data-sparse areas, three qualitative indicators of wind speed or power were used when applicable: topographic/meteorological indicators (e.g. gorges, mountain summits, sheltered valleys); wind deformed vegetation; and eolian landforms (e.g. playas, sand dunes). The data was evaluated at a regional level to produce 12 regional wind resource assessments; the regional assessments were then incorporated into the national wind resource assessment.

The conterminous United States was divided into grid cells 1/4 degree of latitude by 1/3 degree of longitude. Each grid cell was assigned a wind power class ranging from 1 to 6, with 6 being the windiest. The wind power density limits for each wind power class are shown in Table 1-1. Each grid cell contains sites of varying power class. The assigned wind power class is representative of the range of wind power densities likely to occur at exposed sites within the grid cell. Hilltops, ridge crests, mountain summits, large clearings, and other locations free of local obstruction to the wind will be well exposed to the wind. In contrast, locations in narrow valleys and canyons, downwind of hills or obstructions, or in forested or urban areas are likely to have poor wind exposure.

### United States Annual Wind Resource Potential ▸
Dynamic map based on the Wind Energy Resource Atlas of the United States (1986).

### U.S. Wind Resource Maps
These maps show national wind resource potential for the United States. They are available in JPEG format.



- Low Resolution (JPG 142 KB)
- High Resolution (JPG 48.0 MB)

Maps using higher resolution data are available at the Wind Powering America Web site.

**Table 1-1 Classes of wind power density at 10 m and 50 m(a)**

| Wind Power Class | 10 m (33 ft) | | 50 m (164 ft) | |
|---|---|---|---|---|
| | Wind Power Density (W/m 2) | Speed (b) m/s (mph) | Wind Power Density (W/m 2) | Speed (b) m/s (mph) |
| 1 | 0 | 0 | 0 | 0 |
| 2 | 100 | 4.4 (9.8) | 200 | 5.6 (12.5) |
| 3 | 150 | 5.1 (11.5) | 300 | 6.4 (14.3) |
| 4 | 200 | 5.6 (12.5) | 400 | 7.0 (15.7) |
| 5 | 250 | 6.0 (13.4) | 500 | 7.5 (16.8) |
| 6 | 300 | 6.4 (14.3) | 600 | 8.0 (17.9) |
| 7 | 400 | 7.0 (15.7) | 800 | 8.8 (19.7) |
| | 1000 | 9.4 (21.1) | 2000 | 11.9 (26.6) |

  a. Vertical extrapolation of wind speed based on the 1/7 power law.
  b. Mean wind speed is based on Rayleigh speed distribution of equivalent mean wind power density. Wind speed is for standard sea-level conditions. To maintain the same power density, speed increases 3%/1000 m (5%/5000 ft) elevation.

*NOTE: Each wind power class should span two power densities. For example, Wind Power Class = 3 represents the Wind Power Density range between 150 W/m$^2$ and 200 W/m$^2$. The offset cells in the first column attempt to illustrate this concept.

Areas designated class 3 or greater are suitable for most utility-scale wind turbine applications, whereas class 2 areas are marginal for utility-scale applications but may be suitable for rural applications. Class 1 areas are generally not suitable, although a few locations (e.g., exposed hilltops not shown on the maps) with adequate wind resource for wind turbine applications may exist in some class 1 areas. The degree of certainty with which the wind power class can be specified depends on three factors: the abundance and quality of wind

BLM_0105633

data; the complexity of the terrain; and the geographical variability of the resource. A certainty rating was assigned to each grid cell based on these three factors, and is included in the Wind Energy Resource Atlas of the United States.

## High Resolution Wind Data

These datasets are geographic shapefiles generated from the original raster data. The original raster data varied in resolution from 200 m to 1000 m cell sizes. The data provide an estimate of annual average wind resource for specific states or regions. The data are separated into two distinct groups: NREL produced, and TrueWind produced/NREL validated.

The NREL-produced map data only applies to areas of low surface roughness (i.e. grassy plains), and excludes areas with slopes greater than 20%. For areas of high surface roughness (i.e. forests), the values shown may need to be reduced by one or more power classes. The TrueWind-produced resource estimates factor in surface roughness in their calculations, and do not exclude areas with slopes greater than 20%. These data were produced in cooperation with U.S. Department of Energy's Wind Powering America program, and have been validated by NREL and other wind energy meteorological consultants. To download state wind resource maps, visit the Wind Powering America Web site.

Printable Version

NREL is a national laboratory of the U.S. Department of Energy, Office of Energy Efficiency and Renewable Energy, operated by the Alliance for Sustainable Energy, LLC

Content Last Updated: June 05, 2009

Need Help?  |  Security & Privacy  |  Disclaimer  |  NREL Home

This Web site is powered by renewable energy

BLM_0105634



Case No. 1:20-cv-02484-MSK Document 58-9 filed 04/28/21 USDC Colorado pg 135 of 163

# United States Atlas of Renewable Resources

Zoom In

LAYERS

- All Layers
- Biomass
- Geothermal
- 10km Solar - Data period
- 40km Solar - Data period
- Composite Wind Resourc
- 25km Wind
- Calculators
- Reference Data
- Transportation
- State Local Streets
- Elevation

Refresh Map

Auto Refresh

Help:

- A closed group, click to open.
- An open group, click to close.
- A map layer.
- A hidden group/layer, click to make visible.
- A visible group/layer, click to hide.
- A visible layer, but not at this scale.
- An inactive layer, click to make active.
- The active layer.

Find Location - By A 5 Digit Zip Code: By Latitude/Longitude (in decimal degrees):

 **United States Annual Wind Resource Potential**

2/23/2010 10:18 AM

BLM_0105636



BLM_0105637

Zoom In

BLM_0105638



BLM_0105639

BLM_0105640

**Layers**

Refresh Map

BLM_0105641

Find Location - By Zip Code:        Go

BLM_0105642

BLM_0105643

Case No. 1:20-cv-02484-MSK    Document 58-9    filed 04/28/21    USDC Colorado    pg 144 of 163

**University of Oregon**
**Solar Radiation Monitoring Laboratory**

Home page
Sponsors
Site map
Search
Contact us

Solar data
Software tools
Educational material
Publications

## Solar radiation basics

The purpose of this section is to acquaint the reader with the basic terminology, concepts, and formulas needed to understand and utilize solar radiation data. This is accomplished in the context of explaining the parameters needed to calculate the position of the sun in the sky. Later, the spectral nature of solar radiation will be briefly described.

### Extraterrestrial Radiation

Solar radiation incident outside the earth's atmosphere is called extraterrestrial radiation. On average the extraterrestrial irradiance is 1367 Watts/meter$^2$ (W/m$^2$). This value varies by ±3% as the earth orbits the sun. The earth's closest approach to the sun occurs around January 4th and it is furthest from the sun around July 5th. The extraterrestrial radiation is

**Equation SR.1**

$$I_o = 1367 * (R_{av} / R)^2 \ \text{W/m}^2$$

where $R_{av}$ is the mean sun-earth distance and $R$ is the actual sun-earth distance depending on the day of the year. An approximate equation for the effect of the earth-sun distance is

**Equation SR.2**

$$(R_{av} / R)^2 = 1.00011$$
$$+ 0.034221 * \cos(b)$$
$$+ 0.001280 * \sin(b)$$
$$+ 0.000719 * \cos(2b)$$
$$+ 0.000077 * \sin(2b)$$

where $b = 2pn / 365$ radians [NREL. SR1] and $n$ is the day of the year. For example, January 15 is year day 15 and February 15 is year day 46. There are 365 or 366 days in a year depending if the year is a leap year.

BLM_0105644



**Figure SR.1**

The earth's axis is tilted approximately 23.45 degrees with respect to the earth's orbit around the sun. As the earth moves around the sun, the axis is fixed if viewed from space (Figure SR.1). In June the orientation of the axis is such that the northern hemisphere is pointed towards the sun. In December the earth is on the other side of the sun and the earth's axis in the northern hemisphere is pointing away from the sun. During the spring and fall equinoxes the earth's axis is perpendicular to an imaginary line drawn between the earth and the sun.

As viewed from earth, the sun is higher in the sky during summer and lower in the sky as winter approaches. (Note that summer in the northern hemisphere is winter in the southern hemisphere and vise versa.) The **declination of the sun** is the angle between a plane perpendicular to a line between the earth and the sun and the earth's axis. An approximate formula for the declination of the sun is

**Equation SR.3**    $d = 23.45p / 180 * \sin(2p * (284 + n) / 365)$

[Duffie and Beckman. SR2]. A more accurate algorithm can be found in [Joe Michalsky. SR3]. A *C* program based on the Michalsky algorithm can also be found on the NREL RREDC web site.

## Zenith, Azimuthal, and Hour Angles

To describe the sun's path across the sky one needs to know the angle of the sun relative to a line perpendicular to the earth's surface—this is called the **zenith angle (q)**—and the sun's position relative to the north-south axis, the **azimuthal angle (a)**. The **hour angle (w)** is easier to use than the azimuthal angle because the hour angle is measured in the plane of the "apparent" orbit of the sun as it moves across the sky. Since the earth rotates approximately once every 24 hours, the hour angle changes by 15 degrees per hour and moves through 360 degrees over the day. Typically, the hour angle is defined to be zero at solar noon, when the sun

BLM_0105645

is highest in the sky.

## Solar and Local Standard Time

To describe the position of the sun in local standard time[1], one needs to know the relationship between solar time and local standard time. Local time is the same in the entire time zone whereas solar time relates to the position of the sun with respect to the observer, and that is different depending on the exact longitude where solar time is calculated. To adjust solar time for longitude one must subtract ($Long_{local}$

$\lozenge$ $Long_{sm}$)/15 (units are hours) from the local time. $Long_{local}$ is the longitude of the observer in degrees and $Long_{sm}$ is the longitude for the standard meridian for the observer's time zone.

## Equation of Time

As the earth moves around the sun, solar time changes slightly with respect to local standard time. (This is mainly related to the conservation of angular momentum as the earth moves around the sun.) This time difference is called the equation of time and can be an important factor when one is at sea, navigating by the sun or stars. It is also important when determining the position of the sun for solar energy calculations. An approximate formula for the equation of time ($E_{qt}$) in minutes is

Equation SR.4a

$$E_{qt} = -14.2 \sin(p(n + 7) / 111)$$
for year day n between 1 and 106

Equation SR.4b

$$E_{qt} = 4.0 \sin(p(n - 106) / 59)$$
for year day n between 107 and 166

Equation SR.4c

$$E_{qt} = -6.5 \sin(p(n - 166) / 80)$$
for year day n between 167 and 246

Equation SR.4d

$$E_{qt} = 16.4 \sin(p(n - 247) / 113)$$
for year day n between 247 and 365

[Watts. SR4]. A more precise equation of time can be found in the solar position program 'solpos', available for downloading on the NREL web site.

Using the longitude correction and the equation of time, the relationship between the solar time and local standard time is

Equation SR.5

$$T_{solar} = T_{local}$$
$$+ E_{qt} / 60$$
$$+ (Long_{sm} - Long_{local}) / 15$$

Values are in hours. Since equations use sine and cosine functions it is conceptually easier to calculate using the hour angle (w) instead of time. The relationship between hour angle and time is

BLM_0105646

**Equation SR.6**

$$w = p * (12 - T_{solar}) / 12$$

The hour angle is in units of radians.

With the above information, one can now calculate the cosine of the zenith angle:

**Equation SR.7**

$$\cos(Z) = \sin(l)\sin(d) \\ + \cos(l)\cos(d)\cos(w)$$

where l is the latitude of the location of interest.

## Sunrise and Sunset Times

The calculation of sunrise and sunset times provides an easy exercise to test one's understanding of the information presented so far. Sunrise and sunset occur when the sun is at the horizon and hence the cosine of the zenith angle is zero.

Setting the cosine of the zenith angle to zero in Equation SR.7 results in the following equation:

**Equation SR.8**

$$w_{sr,ss} = \arccos(-\tan(l)\tan(d))$$

where $w_{sr}$ is the sunrise hour angle and $w_{ss}$ is the sunset hour angle.

The sunrise and sunset hour angles are not exactly the same value as the sunrise and sunset times that appear in the local paper. The sunrise reported in the paper will be earlier and the sunset times will be later. The reason for this difference is that the sunlight is refracted as it moves through the earth's atmosphere and the sun appears slightly higher in the sky than simple geometrical calculations indicate. This is the same effect that makes a stick appear to bend when is it placed in water. During the middle of the day the effect is small, but during the sunrise or sunset periods, the effect can change the apparent solar time by about 5 minutes.

## Global, Beam, and Diffuse Irradiance

Near noon on a day without clouds, about 25% of the solar radiation is scattered and absorbed as it passes through the atmosphere. Therefore about 1000 w/m$^2$ of the incident solar radiation reaches the earth's surface without being significantly scattered. This radiation, coming from the direction of the sun, is called **direct normal irradiance (or beam irradiance)**.

Some of the scattered sunlight is scattered back into space and some of it also reaches the surface of the earth. The scattered radiation reaching the earth's surface is called **diffuse radiation**. Some radiation is also scattered off the earth's surface and then re-scattered by the atmosphere to the observer. This is also part of the diffuse radiation the

BLM_0105647

observer sees. This amount can be significant in areas in
which the ground is covered with snow.



**Figure SR.2**

The total solar radiation on a horizontal surface is called
**global irradiance** and is the sum of incident diffuse
radiation plus the direct normal irradiance projected onto
the horizontal surface. If the surface under study is tilted
with respect to the horizontal, the total irradiance is the
incident diffuse radiation plus the direct normal irradiance
projected onto the tilted surface plus ground reflected
irradiance that is incident on the tilted surface.

### Solar Radiation on Tilted Surfaces

The amount of direct radiation on a horizontal surface can
be calculated by multiplying the direct normal irradiance
times the cosine of the zenith angle. On a surface tilted T
degrees from the horizontal and rotated g degrees from the
north-south axis, the direct component on the tilted surface
is determined by multiplying the direct normal irradiance by

**Equation SR.9**

$$\cos(q) = \sin(d)\sin(l)\cos(T)$$
$$- \sin(d)\cos(l)\sin(T)\cos(g)$$
$$+ \cos(d)\cos(l)\cos(T)\cos(w)$$
$$+ \cos(d)\sin(l)\sin(T)\cos(g)\cos(w)$$
$$+ \cos(d)\sin(T)\sin(g)\sin(w)$$

### Spectral Nature of Solar Radiation

BLM_0105648

Case No. 1:20-cv-02484-MSK    Document 58-9    filed 04/28/21    USDC Colorado    pg 149 of 163



Figure SR.3



Figure SR.4

Solar radiation is the result of fusion of atoms inside the sun. Part of the energy from this fusion process heats the chromosphere, the outer layer of the sun that is much cooler than the interior of the sun, and the radiation from the chromosphere becomes the solar radiation incident on earth. The solar radiation is not much different from the radiation of any object that is heated to about 5800 Kelvin except that the 'surface' of the sun is heated by the fusion process.

BLM_0105649

The radiation spans a large range of wavelengths from 200 nm to more that 50000 nm with the peak around 500 nm (Figure SR.3 and Figure SR.4). Approximately 47% of the incident extraterrestrial solar radiation is in the visible wavelengths from 380 nm to 780 nm. The infrared portion of the spectrum with wavelengths greater than 780 nm account for another 46% of the incident energy and the ultraviolet portion of the spectrum is with wavelengths below 380 nm accounts for 7% of the extraterrestrial solar radiation.

As the sunlight passes through the atmosphere, a large portion of the UV radiation is absorbed and scattered. Air molecules scatter the shorter wavelengths more strongly than the longer wavelengths. This scatters more blue light and is the reason the sky appears blue. Water Vapor and atmospheric dust further reduce the amount of direct sunlight passing through the atmosphere. On a clear day approximately 75% of the extraterrestrial direct normal irradiance passes through the atmosphere without being scattered or absorbed.

Table SR.1

| Absorption and scattering under typical clear sky conditions | | | |
|---|---|---|---|
| Factor | Percent absorbed | Percent scattered | Percent of total passing through the atmosphere |
| Ozone | 2% | 0% | |
| Water vapor | 8% | 4% | |
| Dry air | 2% | 7% | |
| Upper dust | 2% | 3% | |
| Lower dust | 0% | 0% | |
| Total absorbed or scattered | 87% | 87% | 76% |

Many applications are concerned with specific regions of the solar spectrum. For example, building designers are interested in lighting for the human eye, which is sensitive only to the visible part of the spectrum. The eye's response to various wavelengths is called a photopic curve. Daylighting illuminance is the sum, over all wavelengths, of the product of solar irradiance at a given wavelength times the photopic response at that wavelength. The SI unit for illuminance is the lux (lumen/m$^2$).

### References

SR1  Partridge, G. W. and Platt, C. M. R. 1976. *Radiative Processes in Meteorology and Climatology.*

BLM_0105650

SR2  Duffie, J. A. and Beckman, W. A. 1991. *Solar Engineering of Thermal Processes*, 2nd edn. J. Wiley and Sons, New York.

SR3  Joe Michalsky, J. J. 1988. The astonomical almanac's algorithm for approximate solar position (1950-2050), *Solar Energy*, 40, 227-235.

SR4  Watt Engineering Ltd. *On the Nature and Distribution of Solar Radiation* US Government Printing Office Stock No. 016-000-00044-5, March 1978

SR5  Wehrli, C. *Extraterrestrial Solar Spectrum*, Publication no. 615, Physikalisch-Meteorologisches Observatorium + World Radiation Center (PMO/WRC) Davos Dorf, Switzerland, July 1985.

SR6  American Society for Testing and Materials (ASTM) Standards (E-891) and (E-892).

## Notes

[1] Local Standard Time (LST) is different from clock time because clock time is typically shifted by one hour in the summer to provide Daylight Savings Time. LST is equal to clock time in the winter and is not changed to Daylight Savings Time in the summer.



© 2002, UO Solar Radiation Monitoring Laboratory.
Last revised: March 16, 2002.

Top of page        Home page        Sponsors
Site map           Search           Contact us
Solar data         Software tools   Educational material
Publications

Home page URL: solardat.uoregon.edu

BLM_0105651

# The Future of Geothermal Energy

Impact of Enhanced Geothermal Systems (EGS) on the United States in the 21st Century

Mir

**Massachusetts Institute of Technology**

BLM_0105652

# The Future of Geothermal Energy

Impact of Enhanced Geothermal
Systems (EGS) on the United States
in the 21st Century

An assessment by an MIT-led interdisciplinary panel

BLM_0105653

ii

This report is available on the Internet at:
**http://geothermal.inel.gov** and
**http://www1.eere.energy.gov/geothermal/egs_technology.html**

Send requests for printed copies to:
Geothermal Program, MS 3830
Renewable Energy and Power Department
Idaho National Laboratory
PO Box 1625
Idaho Falls, ID 83415-3830

**Copyright Notice**
The submitted manuscript has been authored by a contractor for the U.S. Government under D.O.E.
Contract DE-AC07-05ID14517. Accordingly, the U.S. Government retains a nonexclusive, royalty-free
license to publish or reproduce the published form of this contribution, or allow others to do so, for
U.S. Government purposes.

**© 2006 Massachusetts Institute of Technology**

All rights reserved. No part of this report may be reproduced in any form by any electronic or mechanical
means (including photocopying, recording, or information storage and retrieval) without permission in
writing from the panel.

Prepared under Idaho National Laboratory Subcontract No. 63 00019 for the U.S. Department of Energy,
Assistant Secretary for Energy Efficiency and Renewable Energy, Office of Geothermal Technologies,
Under DOE Idaho Operations Office Contract DE-AC07-05ID14517.

INL/EXT-06-11746

ISBN: 0-615-13438-6

PSB Job 06-06-0413
Copy Editor: **Michelle Kubik**
Design and Layout: **Ink Design**
Production Supervision/Management: **Gwen Wilcox, MIT**

BLM_0105654

## Panel Members

**Jefferson W. Tester, Chair**
H.P. Meissner Professor of Chemical Engineering,
Massachusetts Institute of Technology

**Brian J. Anderson**
Assistant Professor/Verl Purdy Faculty Fellow of
Chemical Engineering, West Virginia University

**Anthony S. Batchelor**
Chairman and Managing Director, GeoScience Limited;
Former Director, U.K. Hot Dry Rock Geothermal Project,
Camborne School of Mines

**David D. Blackwell**
W.B. Hamilton Professor of Geophysics,
Southern Methodist University

**Ronald DiPippo**
Chancellor Professor Emeritus of Mechanical
Engineering/Former Associate Dean of Engineering,
University of Massachusetts – Dartmouth

**Elisabeth M. Drake**
Emeritus Associate Director for New Technologies,
MIT Energy Lab, Massachusetts Institute of Technology

**John Garnish**
Geothermal and CO2 Sequestration Consultant,
Chairman, Soultz-sous-Forets Scientific Advisory Panel

**Bill Livesay**
Drilling Engineering Consultant

**Michal C. Moore**
Senior Fellow, Institute for Sustainable Energy,
Environment, and Economy, University of Calgary;
Former Chief Economist, National Renewable Energy
Laboratory

**Kenneth Nichols**
CEO Emeritus, Barber Nichols Inc.

**Susan Petty**
Principal, Black Mountain Technology – Geothermal
project analysis and reservoir engineering

**M. Nafi Toksöz**
Robert R. Shrock Professor of Geophysics/Founder
and Former Director, Earth Resources Laboratory,
Massachusetts Institute of Technology

**Ralph W. Veatch, Jr.**
President, Software Enterprises Inc.
Former supervisor of hydraulic fracturing and well
completions, Amoco Production Co.

iii

## Associate Panel Members

**Roy Baria**
Reservoir Geophysics Consultant, MIL-TECH UK;
Former Deputy Director, U.K. Geothermal Project at
Rosemanowes, and Scientist in Charge at Soultz

**Chad Augustine**
Research Assistant, Chemical Engineering,
Massachusetts Institute of Technology

**Enda Murphy**
Research Assistant, Civil and Environmental
Engineering, Massachusetts Institute of Technology

**Petru Negraru**
Postdoctoral Researcher, Geophysics and Geothermal
Laboratory, Southern Methodist University

**Maria Richards**
Research Associate, Geothermal Laboratory,
Southern Methodist University

BLM_0105655

# Contents

Preface _____ XV

Acknowledgments _____ XV

CHAPTER 1

# Synopsis and Executive Summary

Synopsis _____ 1-1
    Scope _____ 1-1
    Motivation _____ 1-1
    Pursuing the geothermal option _____ 1-2
    Approach _____ 1-3
    Findings _____ 1-3
    Major recommendations _____ 1-7
Executive Summary _____ 1-8
1.1  Motivation and Scope _____ 1-8
1.2  Defining EGS _____ 1-9
1.3  U.S. Geothermal Resource Base _____ 1-11
1.4  Estimating the Recoverable Portion of EGS _____ 1-16
1.5  Geothermal Drilling Technology and Costs _____ 1-18
1.6  EGS Reservoir Stimulation –
    Status of International Field Testing and Design Issues _____ 1-20
1.7  Geothermal Energy Conversion Technology _____ 1-23
1.8  Environmental Attributes of EGS _____ 1-26
1.9  Economic Feasibility Issues for EGS _____ 1-27
References _____ 1-34

CHAPTER 2

# Geothermal Resource-Base Assessment

2.1  Introduction _____ 2-3
2.2  EGS Resource-Base Calculation—Temperature-at-Depth Maps _____ 2-5
    2.2.1  Heat flow _____ 2-7
    2.2.2  Geothermal gradients _____ 2-8

vi

2.2.3   Thermal conductivity _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-10
2.2.4   Sediment thickness _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-11
2.2.5   Ground surface temperature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-13
2.2.6   Tectonic and radioactive components of heat flow _ _ _ _ _ _ _ _ _ _ _ _2-13

2.3   EGS Resource Maps and Resource-Base
        Estimates—Lower 48 States _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-14
2.3.1   Heat (thermal energy) content _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-14
2.3.2   Crustal stress _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-20
2.3.3   EGS geology _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-20
2.3.4   Crustal permeability _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-22
2.3.5   High-grade EGS – targets for the near term _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-23

2.4   EGS Potential of Alaska _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-26
2.4.1   Volcano system _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-26

2.5   EGS Potential of Hawaii _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-28

2.6   Unconventional EGS Associated with Coproduced Fluids
        and Geopressured Fluids _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-28
2.6.1   Introduction _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-28
2.6.2   Coproduced fluids _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-29
2.6.3   Geopressured geothermal resources _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-31
2.6.4   EGS in sedimentary basins beneath hydrocarbon-bearing fields _ _ _ _ _ _ _2-34

2.7   Concluding Remarks _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-35

References _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-37

Appendices _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-42
A.2.1 Geothermal Resource-Base Data _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _2-42
A.2.2 Coprocessed Water Associated with Oil and Gas Production _ _ _ _ _ _ _ _ _ _2-48

CHAPTER 3

# Recoverable EGS Resource Estimates

3.1   Scope and Approach _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-3

3.2   Resource Base vs. Reserves _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-4

3.3   Metrics that Influence the Recoverable Resource _ _ _ _ _ _ _ _ _ _ _ _ _3-6
3.3.1   Temperature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-6
3.3.2   Fractured rock volume _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-8
3.3.3   Fracture spacing _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-9
3.3.4   Fracture surface area _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-9

3.4   Determining the Recoverable Fraction _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-10

BLM_0105657

3.5   Usable Energy – Converting Heat to Power  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-13

3.6   Access to the EGS Resource _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-15

References _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _3-16

vii

CHAPTER 4

# Review of EGS and Related Technology – Status and Achievements

4.1   Scope and Organization  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-3

4.2   Overview _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-3

4.3   Fenton Hill  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-7

    4.3.1   Project history  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-7

    4.3.2   Lessons learned at Fenton Hill  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-12

4.4   Rosemanowes  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-14

    4.4.1   Project history _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-14

    4.4.2   Lessons learned at Rosemanowes  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-17

4.5   Hijiori _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-19

    4.5.1   Project history _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-19

    4.5.2   Lessons learned at Hijiori  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-23

4.6   Ogachi  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-24

    4.6.1   Project history _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-24

    4.6.2   Lessons learned at Ogachi _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-26

4.7   Soultz _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-26

    4.7.1   Project history _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-26

    4.7.2   Lessons learned at Soultz  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-30

4.8   Cooper Basin  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-32

    4.8.1   Project history _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-32

    4.8.2   Lessons learned at Cooper Basin  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-34

4.9   Other EGS Studies _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-35

    4.9.1   United States  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-35

    4.9.2   Europe and Australia _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-36

4.10 Generalizations from EGS Field Testing  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-43

4.11 Remaining Needs  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-48

References _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _4-50

BLM_0105658

# CHAPTER 5

# Subsurface System Design Issues and Approaches

5.1  Scope and Approach: EGS vs. Hydrothermal Reservoirs _____5-3

5.2  Formation Characteristics—Porosity, Permeability, Fracture Distribution, Density and Orientation, and Connectivity  _____5-3

5.3  Rock-Fluid Interactions  _____5-5

5.4  Temperature Variation with Depth _____5-6

5.5  Geology  _____5-7

5.6  Water Availability  _____5-7

5.7  Susceptibility to Induced Seismicity _____5-8

5.8  Remaining Issues for Successful Stimulation  _____5-8

  5.8.1  Site selection _____5-8

  5.8.2  Instrumentation  _____5-8

  5.8.3  Downhole pumps _____5-9

  5.8.4  High-temperature packers or other well-interval isolation systems _____5-9

  5.8.5  Short-circuit prevention and repair _____5-9

  5.8.6  Fracture design models _____5-9

  5.8.7  Rock property quantification _____5-10

  5.8.8  Fracturing fluid loss _____5-10

  5.8.9  Fracture mapping methods  _____5-10

  5.8.10  Reservoir connectivity  _____5-10

  5.8.11  Rock-fluid interactions _____5-10

5.9  Approach for Targeting EGS Reservoirs _____5-11

5.10 Diagnostics for EGS Reservoir Characterization  _____5-12

5.11 Reservoir Stimulation Methods _____5-12

  5.11.1  Geologic case studies _____5-14

5.12 Long-Term Reservoir Management _____5-18

5.13 Conclusions — Stimulation Technologies and Estimated Costs _____5-19

References _____5-22

Appendices _____5-23

BLM_0105659

# CHAPTER 6

# Drilling Technology and Costs

6.1  Scope and Approach _____6-3

6.2  Review of Geothermal Drilling Technology _____6-4
    6.2.1  Early geothermal/EGS drilling development _____6-4
    6.2.2  Current EGS drilling technology _____6-5

6.3  Historical Well-Cost Data _____6-8
    6.3.1  General trends in oil and gas well-completion costs _____6-9
    6.3.2  MIT Depth Dependent (MITDD) drilling-cost index _____6-12
    6.3.3  Updated geothermal well costs _____6-17

6.4  Predicting Geothermal Well Costs with the Wellcost Lite Model _____6-18
    6.4.1  History of the Wellcost Lite model _____6-18
    6.4.2  Wellcost Lite model description _____6-19

6.5  Drilling-Cost Model Validation _____6-19
    6.5.1  Base-case geothermal wells _____6-19
    6.5.2  Comparison with geothermal wells _____6-22
    6.5.3  Comparison with oil and gas wells _____6-22
    6.5.4  Model input parameter sensitivities and drilling-cost breakdown _____6-23

6.6  Emerging Drilling Technologies _____6-27
    6.6.1  Current oil and gas drilling technologies adaptable to EGS _____6-27
    6.6.2  Revolutionary drilling technologies _____6-28

6.7  Conclusions _____6-29

References _____6-31

Appendices _____6-33
A.6.1 Well-Cost Data _____6-33
A.6.2 Wellcost Lite Model _____6-37
    A.6.2.1 Background and brief history of the development of Wellcost Lite _____6-37
    A.6.2.2 Wellcost Lite – How does the cost model work? _____6-37
A.6.3 Model Results for Specific Areas and Depths _____6-49
A.6.4 Model Results for Reworked Wells _____6-51
    A.6.4.1 Rig on drilling/deepening 460 m (1,500 ft)/rig still on the well _____6-51
    A.6.4.2 Rig on drilling/sidetracked lateral/as a planned part of the well design ___6-51
    A.6.4.3 Reworks/rig has to be mobilized/add a lateral for
        production maintenance/a work-over _____6-51
    A.6.4.4 Redrills to enhance production/a work-over/rig to be mobilized _____6-51

ix

BLM_0105660

CHAPTER 7

# Energy Conversion Systems – Options and Issues

7.1   Introduction _____7-3
7.2   Electric Power Generation _____7-3
    7.2.1   Electricity from coproduced oil and gas operations _____7-4
    7.2.2   Electricity from high-temperature EGS resources _____7-11
    7.2.3   Electricity from EGS resources at supercritical conditions _____7-17
7.3   Cogeneration of Electricity and Thermal Energy _____7-23
7.4   Plant Operational Parameters _____7-29
7.5   Summary and Conclusions _____7-29
References _____7-31

CHAPTER 8

# Environmental Impacts, Attributes, and Feasibility Criteria

8.1   Scope and Approach to Geothermal Environmental Effects _____8-3
8.2   Potential Environmental Impacts from Geothermal Development _____8-5
    8.2.1   Gaseous emissions _____8-5
    8.2.2   Water pollution _____8-6
    8.2.3   Solids emissions _____8-6
    8.2.4   Noise pollution _____8-7
    8.2.5   Land use _____8-7
    8.2.6   Land subsidence _____8-9
    8.2.7   Induced seismicity _____8-9
    8.2.8   Induced landslides _____8-10
    8.2.9   Water use _____8-10
    8.2.10  Disturbance of natural hydrothermal manifestations _____8-12
    8.2.11  Disturbance of wildlife habitat, vegetation, and scenic vistas _____8-12
    8.2.12  Catastrophic events _____8-15
    8.2.13  Thermal pollution _____8-15

BLM_0105661

8.3  Environmental Attributes of EGS Power Projects _____ 8-16

  8.3.1  No greenhouse gas emissions during operations  _____ 8-16

  8.3.2  Modest use of land _____ 8-16

  8.3.3  Possible sequestration of carbon dioxide  _____ 8-16

  8.3.4  Low overall environment impact _____ 8-17

8.4  Environmental Criteria for Project Feasibility _____ 8-17

8.5  Concluding Remarks  _____ 8-18

References _____ 8-19

xi

CHAPTER 9

# Energy-Sector Fundamentals: Economic Analysis, Projections, and Supply Curves

9.1  EGS in the Energy Sector  _____ 9-3

9.2  Base-load Electricity Options  _____ 9-5

9.3  Transmission Access  _____ 9-5

9.4  Forecasting Base-load Needs _____ 9-5

9.5  Forecast Demand and Supply Calculations  _____ 9-6

9.6  Risk  _____ 9-7

9.7  Economics and Cost of Energy  _____ 9-9

9.8  Using Levelized Costs for Comparison _____ 9-9

  9.8.1  Fixed costs _____ 9-10

  9.8.2  Variable costs of operation _____ 9-11

  9.8.3  Levelized cost projections _____ 9-12

  9.8.4  Supply and capacity _____ 9-13

  9.8.5  The aggregate industry supply curve  _____ 9-14

  9.8.6  Geothermal supply characteristics  _____ 9-15

9.9  EGS Economic Models  _____ 9-18

  9.9.1  GETEM model description  _____ 9-18

  9.9.2  Updated MIT EGS model  _____ 9-18

  9.9.3  Base case and sensitivity _____ 9-18

9.10 Supply Curves and Model Results _____ 9-24

  9.10.1  Supply of EGS power on the edges of existing hydrothermal systems  ____ 9-26

  9.10.2  Supply of EGS power from conductive heating  _____ 9-27

  9.10.3  Effects of learning on supply curves _____ 9-28

xii

9.10.4  Supply curve for EGS _____9-30
9.10.5  EGS well characteristics _____9-31

## 9.11 Learning Curves and Supply Curves _____9-31

## 9.12 Forecast Supply of Geothermal Energy _____9-35

9.12.1  The role of technology _____9-36
9.12.2  Variable debt/equity rates vs. fixed charge rates (FCRs) _____9-39
9.12.3  Deriving cost and supply curves _____9-41

## 9.13 Conclusions _____9-43

## Footnotes _____9-44

## References _____9-47

## Appendices _____9-49

Appendix A: Energy Conversion Factors _____A-1

Appendix B: Panel-Member Biographies _____A-2

Appendix C: Glossary of Scientific Terms and Abbreviations _____A-8

BLM_0105663