# Preface

Recent national focus on the value of increasing our supply of indigenous, renewable energy underscores the need for reevaluating all alternatives, particularly those that are large and well-distributed nationally. This analysis will help determine how we can enlarge and diversify the portfolio of options we should be vigorously pursuing. One such option that is often ignored is geothermal energy, produced from both conventional hydrothermal and Enhanced (or engineered) Geothermal Systems (EGS). An 18-member assessment panel was assembled in September 2005 to evaluate the technical and economic feasibility of EGS becoming a major supplier of primary energy for U.S. base-load generation capacity by 2050. This report documents the work of the panel at three separate levels of detail. The first is a Synopsis, which provides a brief overview of the scope, motivation, approach, major findings, and recommendations of the panel. At the second level, an Executive Summary reviews each component of the study, providing major results and findings. The third level provides full documentation in eight chapters, with each detailing the scope, approach, and results of the analysis and modeling conducted in each area.

# Acknowledgments

The panel wishes to thank the many individuals who contributed significantly to this assessment. The presentations by representatives of the Department of Energy (DOE) and its national laboratories, as well as many other individuals and organizations, provided the panel with invaluable information and insight into the history and evolution of geothermal energy technologies and ongoing economic analyses and modeling.

In particular, we would like to thank the following U.S. DOE and national laboratory staff: Roy Mink and Allan Jelacic: Office of the Geothermal Technology Program, U.S. DOE; Jay Nathwani: Office of Project Management, U.S. DOE; Joel Renner: Idaho National Laboratory; Gerald Nix: National Renewable Energy Laboratory; Craig Tyner, Steven Bauer, and Arthur Mansure: Sandia National Laboratories.

Other contributors include: Hal Curlett: Deep Heat Energy Corp.; Roland Horne: Stanford University; Steven Karner and Gregory Mines: Idaho National Laboratory; Richard Polizzotti: ExxonMobil Research & Engineering Co.; Jared Potter and Robert Potter: Potter Drilling LLC.; Ann Robertson-Tait: GeothermEx Inc.; Peter Rose: University of Utah; Subir Sanyal: GeothermEx Inc.; Debonny Shoaf: National Energy Technology Laboratory; Valgardur Stefansson: International Geothermal Association; Ralph Weidler: Q-con GmbH; Colin Williams: U.S. Geological Survey; P. Michael Wright: Idaho National Laboratory (retired); Doone Wyborn: Geodynamics Ltd.; and Hildigunnur Thorsteinsson: MIT.

The panel would like to recognize and thank Gwen Wilcox of MIT for her hard work in organizing and planning committee meetings and report production along with Michelle Kubik for her diligent efforts and competent treatment in copy editing the manuscript.

The chairman also wishes to recognize and thank the panel members for their exhaustive individual efforts in gathering information and writing sections of the report.

Finally, the panel gratefully acknowledges the U.S. Department of Energy's Office of the Geothermal Technology Program for its sponsorship of this assessment.

BLM_0105664



2008

# An Evaluation of Enhanced Geothermal Systems Technology

## Geothermal Technologies Program

**U.S. Department of Energy**
**Energy Efficiency and Renewable Energy**
Bringing you a prosperous future where energy is clean, abundant, reliable, and affordable

BLM_0105665

# Foreword

This document presents the results of an eight-month study by the Department of Energy (DOE) and its support staff at the national laboratories concerning the technological requirements to commercialize a new geothermal technology, Enhanced Geothermal Systems (EGS). EGS have been proposed as a viable means of extracting the earth's vast geothermal resources. Those who contributed to the study and authored portions of the report include: Allan Jelacic, Raymond Fortuna, Raymond LaSala and Jay Nathwani (DOE); Gerald Nix (retired), Charles Visser, and Bruce Green (National Renewable Energy Laboratory); Joel Renner (Idaho National Laboratory); Douglas Blankenship (Sandia National Laboratories); Mack Kennedy (Lawrence Berkeley National Laboratory); and Carol Bruton (Lawrence Livermore National Laboratory). Richard Price (TMS Inc.) and Clifton Carwile (consultant) also made substantial contributions. Michael Reed, Jim McVeigh, Jihan Quail, and Christina Van Vleck (SENTECH, Inc.) and Raymond David (National Renewable Energy Laboratory) contributed to the design and production of this report.

## Table of Contents

Executive Summary ........................................................................................ E-1

1. Purpose ................................................................................................... 1

2. Geothermal Energy and the EGS Concept ............................................... 1

3. Assessment of Assumptions in the MIT Study ......................................... 4

   3.1   Geothermal Resource ........................................................................ 4

   3.2   Recoverable Resource ........................................................................ 4

   3.3   EGS Well Drilling ............................................................................... 5

   3.4   Reservoir Creation ............................................................................. 5

   3.5   Reservoir Operation and Maintenance ............................................ 6

   3.6   EGS Economics .................................................................................. 7

   3.7   Summation ......................................................................................... 7

4. Technology for EGS Reservoir Development ........................................... 8

   4.1   Finding the Site – Site Characterization ........................................... 9

   4.2   Finding the Site – Exploratory Well and Reservoir Characterization ... 11

   4.3   Creating the Reservoir – Injection Well ............................................ 13

   4.4   Creating the Reservoir – Stimulation ............................................... 15

   4.5   Completing the Well Field ................................................................. 19

   4.6   Operating and Maintaining the Reservoir ........................................ 20

5. Conclusions ............................................................................................. 23

Appendix A ..................................................................................................... A-1

Glossary ......................................................................................................... G-1

# Executive Summary

A DOE-sponsored study, **The Future of Geothermal Energy**[1], by a panel of independent experts led by the Massachusetts Institute of Technology (MIT), examined the potential of geothermal energy to meet the future energy needs of the United States. The panel concluded that geothermal energy could provide 100,000 MWe or more in 50 years by using advanced technology known as Enhanced Geothermal Systems (EGS). EGS are fractured, hot-rock reservoirs that have been engineered to extract heat by the circulation of water between injection and production wells.

This report briefly reviews the assumptions and conclusions of the MIT study. On the whole, those assumptions were reasonable and within the bounds of a balanced systems analysis. Conclusions about the amounts of investment needed to achieve competitiveness and produce 100,000 MWe were not supported.

The report's primary purpose is to evaluate relevant technology from today's commercial geothermal industry and other related industries. Much of the information covered here was developed through workshops attended by experts from the geothermal industry and related industries.

The steps in EGS reservoir development involve identifying a suitable site, creating the reservoir, and operating and maintaining the reservoir. Each step requires implementation of technologies specialized for the uniquely challenging geothermal environment. Currently available technologies are identified and assessed relative to their ability to satisfy the needs of EGS reservoir development. The adequacy of technology has been determined for both near- and long-term applications.

To achieve the goals outlined in the MIT study of large scale (100,000 MWe) use of cost-competitive geothermal energy, significant advances are needed in site characterization, reservoir creation, wellfield development and completion, and system operation, as well as improvements in drilling and power conversion technologies. These technology improvements will also support ongoing development and expansion of the hydrothermal industry. To realize the promise of EGS as an economic national resource, we will have to create and sustain a reservoir over the economic life of the project. The DOE strategy is to leverage and build from current geothermal technologies and resources to develop the advanced technologies required for EGS, while at the same time generating benefits in the near-, mid-, and long-term. This will require a systematic, sustained research and development effort by the Federal government in strong partnership with industry and academia to ensure full development of EGS.

A broad knowledge base about reservoir creation and operation will be essential for the eventual commercialization of EGS on a scale envisioned by the MIT study. This knowledge can only be gained by experience from field demonstrations in a variety of geologic environments reflecting a range of reservoir conditions. Immediate technology improvements are needed in reservoir predictive models, zonal isolation tools, monitoring and logging tools, and submersible pumps. These improvements and others stemming from the evaluation are essential for reaching the long-term potential[2] of EGS.

---

[1] The Future of Geothermal Energy: Impact of Enhanced Geothermal Systems (EGS) on the United States in the 21st Century (Massachusetts Institute of Technology, 2006). http://www1.eere.energy.gov/geothermal/future_geothermal.html.

[2] Ibid. 14-19.

BLM_0105668

# Purpose

`1.`

In January 2007, a comprehensive study, **The Future of Geothermal Energy**, was released by the Massachusetts Institute of Technology (MIT). The DOE-sponsored study, performed by a panel of independent experts, examined the potential of using the Earth's heat to help meet the future energy needs of the United States. The panel concluded that geothermal energy is capable of providing at least 100,000 MWe within 50 years by using advanced technology known as Enhanced Geothermal Systems (EGS). The MIT panel also concluded that: "Most of the key technical requirements to make EGS work economically over a wide area of the country are in effect, with remaining goals easily within reach."[3]

This report examines the conclusions of the MIT study and the critical assumptions that led to those conclusions, and determines whether those conclusions are well-founded. The report also evaluates the state of technology available in today's commercial geothermal industry and other EGS-related industries. Technologies from those industries will be essential to meeting the 100,000 MWe goal envisioned by the study.

Technology is constantly evolving; improvements and new approaches are introduced as market conditions warrant or dictate. This report only considers the adequacy of technology available today to bring EGS projects to market. With the success of the first commercial projects, technology improvements beyond those envisioned here can be expected to meet future needs.

In developing information for this report, DOE sponsored four workshops at which experts from today's geothermal industry and representatives from allied industries, such as the oil and gas industry, were asked to give their candid opinion of EGS technology. These workshops provided the basis for many of the conclusions presented here. Summaries of the workshops are available at the DOE geothermal web site:  http://www.eere.energy.gov/ geothermal/development_workshops.html. The summaries contain additional discussion of relevant issues.

# Geothermal Energy and the EGS Concept

`2.`

Heat is naturally present everywhere in the earth. The MIT study calculated the prodigious amounts of heat at depths from 3 to 10 km (Figure 1). Given the current state of knowledge about the earth's thermal properties, this analysis is sound and was endorsed at the EGS workshops. For all intents and purposes, heat from the earth is inexhaustible.

Water is not nearly as ubiquitous in the earth as heat. Most aqueous fluids are derived from surface waters that have percolated into the earth along permeable pathways such as faults. Permeability is a measure of the ease of fluid flow through rock. The permeability of rock results from pores, fractures, joints, faults, and other openings which allow fluids to move. High permeability implies that fluids can flow rapidly through the rock. Permeability and, subsequently, the amount of fluids tend to decrease with depth as openings in the rocks compress from the weight of the overburden.

---

[3] Ibid. 1-3.

BLM_0105669

## Figure 1. EGS Development Potential Shown



At shallow depths, typically less than 5 km, the coincidence of heat, water (usually with dissolved minerals and gases), and permeable rock can result in natural hot water reservoirs. These hydrothermal reservoirs have impermeable or low-flow boundaries such as structural discontinuities or other geological features that impede the migration of fluids. Often, hydrothermal reservoirs have an overlying layer or caprock that bounds the reservoir and also serves as a thermal insulator, allowing greater heat retention. If hydrothermal reservoirs contain sufficient fluids (water or steam) at high temperatures and pressures, those fluids can be produced through wells to generate electricity or, for process heat.

Today, the geothermal industry is a thriving commercial enterprise in the United States and throughout the world. The installed domestic capacity of geothermal power plants exceeds 2,800[4] MWe total in five western states, and the Geothermal Energy Association (GEA) predicts that generating capacity in the United States will double over the next five years, driven in large part by incentives such as the Production Tax Credit. These power plants use hot water and steam from hydrothermal reservoirs as their energy source.

Beginning with national resource assessments by the U.S. Geological Survey (1975 and 1978[5]), various studies have estimated the developmental potential from identified hydrothermal resources to be in the range of tens of thousands of megawatts. After some 30 years of exploration, the estimated total potential has not increased significantly, leading some analysts to conclude that the occurrence of natural hydrothermal reservoirs is limited. The natural hydrothermal resource is ultimately dependent on the coincidence of substantial amounts of heat, fluids, and permeability in reservoirs, and the present state of knowledge suggests that this coincidence is not commonplace in the earth. An alternative to

---

[4] Geothermal Energy Association (GEA), "All About Geothermal Energy: Current Use," 6 Apr. 2008. http://geo-energy.org/aboutGE/currentUse.asp

[5] L.J. Patrick Muffler, ed. Assessment of Geothermal Resources of the United States (1978). http://pubs.er.usgs.gov/usgspubs/clr/clr790.

BLM_0105670

dependence on naturally occurring hydrothermal reservoirs involves human intervention to engineer hydrothermal reservoirs in hot rocks for commercial use. This alternative is known as "Enhanced Geothermal Systems," or EGS. EGS reservoirs are made by drilling wells into hot rock and fracturing the rock sufficiently to enable a fluid (water) to flow between the wells. The fluid flows along permeable pathways, picking up *in situ* heat, and exits the reservoir via production wells. At the surface, the fluid passes through a power plant where electricity is generated. Upon leaving the power plant, the fluid is returned to the reservoir through injection wells to complete the circulation loop (Figure 2). If the plant uses a closed-loop binary cycle to generate electricity, none of the fluids vent to the atmosphere. The plant will have no greenhouse gas emissions[6] other than vapor from water that may be used for cooling.

**Figure 2. EGS Cutaway Diagram**



A complete geothermal system includes both surface and underground components, and the MIT study analyzed elements of both components. DOE has focused this technology evaluation on the underground component (i.e., the EGS reservoir), rather than the energy conversion surface component. The surface component represents a significant fraction of the overall cost of a commercial EGS and will be a major factor in ultimately determining economic viability. However, by far the greater knowledge gaps and technology uncertainties involve the reservoir.

---

[6]   Enex Binary Plants, "Benefits of the Enex Binary Plant," 6 Apr. 2008. http://www.enex.is/?PageID=191.

BLM_0105671

## 3. Assessment of Assumptions in the MIT Study

The DOE Geothermal Technologies Program (GTP) hosted four workshops, starting with a workshop on Enhanced Geothermal Systems on June 7-8, 2007, in Washington, DC, with invited experts from geothermal and related industries. Key individuals from the MIT panel described the study's assumptions and uncertainties, methods, and results to the participants. Summaries of the workshops are available at the DOE geothermal web site: http://www1.eere.energy.gov/geothermal/egs_technology.html.

The MIT study made a number of assumptions regarding geothermal resources, EGS technology, and the economics of EGS. The more critical of those assumptions (italicized) are examined below. Further discussion about the assumptions can be found in the workshop summaries.

### 3.1 Geothermal Resource

The study used the most current data available on subsurface temperatures across the United States to estimate heat in place at depths of 3 to 10 km. The analytic technique combined heat flow data, a general representation of geology, and thermal conductivities for the rock underlying the contiguous United States in a geographic information system (GIS) model to calculate the temperature at depth[7]. Oil, gas, and water well temperatures were used to validate the model's predictions, but those data are limited in depth and geographic extent.

Estimation of the resource required assumptions regarding *thermal gradient and conductivity of rock and the ability to extrapolate limited data to ensure complete coverage.* Because rock types at depth are uncertain for many locations, conductivity was estimated for most sites. The conductivities of common rock types at the depths of the study vary within a narrow range, and the impact on resource calculations is minimal.

Although few direct measurements of temperature exist at depths greater than 5 km in the United States, the estimates reported by the MIT study are sound and based on verifiable theory. The energy calculations are conservative in that the MIT panel discounted the considerable heat known to be present in the 0 to 3 km depth interval as well as the heat beneath certain dedicated lands such as national parks and wilderness areas.

### 3.2 Recoverable Resource

Literature estimates[8] of recoverability range as high as 90% of the heat in place (at uneconomic low flow rates) to a more credible 40%, given an optimal production strategy. The MIT study examined the recovery factor parametrically[9]. *The recovery factor of 2% is a conservative assumption* in the analysis. No geothermal reservoir has operated long enough to demonstrate an actual long-term recovery factor. Even at 2% recovery, the amount of resource in place is prodigious, well in excess of that needed to produce 100,000 MWe.

---

[7] Petty, Susan and Gian Porro. 2007. *Updated US Geothermal Supply Characterization.* 22-24 Jan, at Stanford University, Stanford, California.

[8] Williams, Colin F. 2007. *Updated Methods for Estimating Recovery Factors for Geothermal Resources.* 22-24 Jan, at Stanford University, Stanford, California.

[9] Thorsteinsson, Hildigunnur, et al. 2008. *The Impacts of Drilling and Reservoir Technology Advances on EGS Exploitation.* 28-30 Jan, at Stanford University, Stanford, California.

BLM_0105672

While seemingly conservative for overall resource calculations, the choice of recovery factor is critical for EGS reservoir creation and operation and ultimately for economic viability. At the reservoir scale, the MIT panel apparently assumed *a local depletion factor for their economic analysis* based on modeled results by Sanyal and Butler[10]. Without long-term reservoir performance data, the choice of recovery factor remains somewhat arbitrary. Some reservoir engineers have calculated that at The Geysers geothermal field in northern California, the world's largest geothermal power complex, only about 10% of the heat in place has been recovered after nearly 50 years of production. Given the field's continued operation, albeit at a reduced production level, 10% might be taken as a conservative estimate.

### 3.3 EGS Well Drilling

Drilling is an essential operation in creating and sustaining EGS reservoirs. Today's oil and gas drilling technology can routinely reach depths of 4 to 5 km. The MIT study concludes that drilling costs rise exponentially for oil and gas wells while costs for geothermal wells remain linear. Estimates of drilling costs with depth were calculated by a parametric cost model using a rather limited data base from shallow wells[11]. The assumption of *linear well cost with depth* is not realistic beyond 5 km, given the rigors of the geothermal environment (temperature, pressure, hard crystalline rock, reactive fluids) and current state of technology. Hence, the projected well costs with depth are considered optimistic.

The MIT study modeled improvements in drilling based on an analysis of experience gained through case studies. This concept of experience driving improvements is termed the "learning effect." While there are uncertainties in the impact of learning, available studies tend to validate the assumption that learning reduces well costs, especially within a given field. Although a number of technological improvements are examined which would reduce cost, those improvements are correctly not included in the economic analysis. Ultimately, drilling costs will have to be reduced to produce 100,000 MWe from EGS.

### 3.4 Reservoir Creation

The MIT study assumed that *the principal means of EGS reservoir creation will be hydraulic stimulation* or the pumping of large volumes of fluids into the reservoir rock thereby fracturing the rock or opening pre-existing fractures. Hydraulic stimulation is a standard, mature technology[12], used in oil and gas fields to enhance production. This technology has been applied at all the EGS field projects to date with varied success. The MIT study contains an excellent summary of those stimulation experiments.

The key assumption associated with reservoir creation is that *sufficient volumes of rock can be stimulated with enough fracture surface area and permeability to enable the extraction of large quantities of heat*. This assumption is partially corroborated by EGS field experiments around the world, notably at Soultz-sous-Forêts, France. Rock volumes on the order of cubic

---

[10] Sanyal, Subir K. and Steven J. Butler. 2005. *An Analysis of Power Generation Prospects from Enhanced Geothermal Systems.* 24-29 Apr, at World Geothermal Congress 2005, Antalya, Turkey.

[11] Augustine, Chad et al. 2006. *A Comparison of Geothermal with Oil and Gas Well Drilling Costs.* 30 Jan - 1 Feb, at Thirty-first Workshop on Geothermal Reservoir engineering, at Stanford University, Stanford, California. http://conferences-engine.brgm.fr/contributionListDisplay.py?confId=3.

[12] Fokker, Peter A. 2006. *Hydraulic Fracturing in the Hydrocarbon Industry.* 29 Jun - 1 Jul, at Enhanced Geothermal Innovative Network for Europe (ENGINE) Workshop 3, Zurich, Switzerland.

BLM_0105673

kilometers can be stimulated, assuming that observed microseismic events are indicators of shear fractures and hence, correlate with reservoir volume. However, the assumption that the reservoir volume will have adequate interconnectivity or permeability at commercial scales has not yet been proven. The results to date are based on pilot-scale experiments. An attempt to expand the reservoir at Soultz by connecting a third well to two others was largely unsuccessful, probably due to a previously unknown permeability barrier within the reservoir[13].

Assumptions about the ability to create EGS reservoirs of sufficient volume, surface area, permeability, and inter-well connectivity for commercial applications are reasonable, but optimistic, given the current state of knowledge. These assumptions have not been corroborated by large, well-documented field projects in a number of different geologic settings.

## 3.5   Reservoir Operation and Maintenance

The MIT study of reservoir performance under production conditions contains significant uncertainties that derive from reservoir geometry and permeability. The flow rate of circulating fluid in an EGS reservoir and the thermal drawdown associated with this flow rate are major unknowns. The analysis assumed *a flow rate of 80 kg/sec at 200°C from each production well*, equivalent to a commercial hydrothermal reservoir. This is a reasonable target, given that EGS reservoirs are intended to serve as enhanced or augmented hydrothermal reservoirs. At present there is no experimental evidence to verify that this level of productivity can be achieved. As pointed out in the analysis, the EGS project at Soultz, which is the best-performing project to date, has had a maximum well productivity of about 25 kg/s. Well productivity remains the greatest technological challenge for the commercialization of EGS.

Besides productivity, the analysis assumed that the fracture system will provide sufficient thermal stability for long-term production. This derives from the total effective surface area of the reservoir. The MIT study assumed *a conservative reservoir lifetime of six years, where lifetime is defined as a 10°C decline in fluid production temperature*, after which the reservoir would have to be re-drilled and re-stimulated. This temperature decrement is conservative because greater amounts of cooling have been observed in commercially operating reservoirs. The reservoir lifetime and other parameter values for the base case EGS economic models are unknown in that no commercial-scale EGS plant has operated with sufficient thermal drawdown to establish reliable lifetime performance data.

The analysis assumed that *the system loses up to 2% of total injectate during reservoir operation*. For some systems, the cost of water could dominate stimulation costs. Water losses during operation are also a potentially important cost. Lacking knowledge about water consumption in various EGS environments, the assumption to limit water losses is optimistic if water must be accounted for in project costs.

For energy conversion, the assumption was that *the engineering systems would be the same as those used for liquid-dominated hydrothermal resources at similar temperatures (flash steam and binary power cycles)*. This is a reasonable assumption since differences between fluids

---

[13] Takatoshi, Ito. 2006. *Detection of Flow-pathway Structure upon Pore-pressure Distribution Estimated from Hydraulically Induced Micro-seismic Events and Applications to the Soultz HDR Field.* 29 Jun – 1 Jul, at Enhanced Geothermal Innovative Network for Europe (ENGINE) Workshop 3, Zurich, Switzerland.

BLM_0105674

produced from hydrothermal and EGS reservoirs should be minimal once chemical stability is attained during circulation. The thermodynamic analyses are based on well-understood and well-founded theory and data. Because energy conversion efficiencies have a linear influence on the calculated recoverable resource, errors in assumed energy conversion efficiencies may represent a minor source of error in resource calculations. The overall approach and the cost and performance results obtained are sound.

## 3.6 EGS Economics

Every element of the economic analysis has a different level of risk and different calculation requirements. Assumptions were made regarding many parameters for each EGS system element, including reservoir productivity, drilling, plant cost, resource depth, interest rates, and so forth. Interconnection with the power grid was assumed not to be an issue. Although stimulation and reservoir connectivity remain as major issues, reservoir creation efforts are assumed to be consistently effective. The technical parameters with the highest uncertainty and risk are flow rate per production well and thermal drawdown rate (i.e. reservoir lifetime.)

The analysis includes different learning curves for each technology element. *The learning curve for achieving 80 kg/sec flow rates was assumed to be a one-time[14] effect that is achieved fairly quickly.* The opinion of the experts in the workshops was that learning curves based on oil and gas experience may be optimistic for EGS well drilling[15]. The study uses an equity rate of return of 17%, which corresponds to a fairly risky venture. The drilling cost model uses a conservative contingency factor of 20% for trouble costs. For this type of economic modeling, the surface plant design is not specified in detail, so correlations must be used. Taken in total, the learning curve for plant costs is somewhat optimistic, and the long-term cost was based on the judgment of the MIT panel. Sensitivity analyses were performed to identify the variables most responsible for uncertainty and risk.

Some important assumptions were made regarding future baseload supply and demand. Of the 90 GWe of nuclear power in the existing power plant fleet, about half are assumed to be retired in the time frame of the study, and about 50 GWe of coal generation is also projected to be retired. This turnover in existing plant inventory provides an opportunity for replacement with EGS, concomitant with the development goal of 100 GWe.

The study assumed that *a carbon tax of $10/ton equivalent (equivalent to seven to eight mills/kWh) would be introduced beginning in year 10.* This tax was included on the expectation that policies would be adopted that would make thermal generation pay some externality cost (either through carbon capture and sequestration, or through a tax on $CO_2$ emissions). Without the carbon tax assumption, the predicted economic advantage of EGS over conventional electric generation is reduced and the rate of EGS penetration would be lessened.

## 3.7 Summation

The authors of the MIT study based their technical assumptions on results from available field tests, published reports, and well-established theory. On the whole, those assumptions were reasonable and within the bounds of a balanced systems analysis. The study's findings,

[14] "Hydraulic Fracturing," Permian Basin Oil and Gas Magazine Apr. 2007:14-17. http://www.pbpa.info/newsletter/0704.pdf.
[15] Ibid.

BLM_0105675

in particular that 100,000 MWe from EGS technology can be achieved within 50 years, are credible. But as the study points out, significant constraints exist in creating sufficient connectivity between wells to meet economic requirements for reservoir productivity and lifetime. Overcoming these constraints will require substantial reservoir testing in a number of different geothermal environments as well as research-driven improvements in technology. Consequently, the conclusion that a $300 million to $400 million investment over 15 years will be needed to make early-generation EGS power plants installations competitive is overly optimistic. This level of investment and the combined public/private investment of $800 million to $1 billion over 15 years to encourage sufficient deployment to produce 100,000 MWe are not supported by the analysis. Investments in excess of these amounts will probably be required.

## 4. Technology for EGS Reservoir Development

The MIT study provides a firm basis on which to consider how to bring the vision of commercialization of EGS technology to fruition. The remainder of this report evaluates available technologies from various fields and estimates their utility for EGS applications.

In conducting this technology evaluation, EGS reservoir development has been represented as a multi-step decision process. The process goal is to create an EGS reservoir that can operate economically. The logical steps that must be taken to complete an EGS economic reservoir project are: (1) finding a site; (2) creating the reservoir; and (3) operating the reservoir. The steps are illustrated in Figure 3, showing the tasks that must be performed. The decision process that should be followed to complete each step and task is illustrated in Appendix A.

### Figure 3. EGS Development Sequence



BLM_0105676

At each step, a certain measure of performance must be achieved to allow the project to proceed to the next step. Those performance measures will usually depend on conditions at the site and the desired operational properties of the EGS reservoir. Ideally, they would be determined a priori by the model used to simulate the reservoir, but no such model yet exists at this level of detail. The MIT study used two independent models to consider EGS economics, but those models did not specify performance measures for each step of the development process. While lack of well-defined measures and a suitable reservoir model are drawbacks, the outcome of the technology evaluation should not be significantly affected at this level of analysis.

Results of the technology evaluation are presented here in Tables 1-5 which list the *Required Tasks* that must be performed to develop a commercial-scale reservoir, the *Available Technologies* to do the task, the current *Status* of those technologies, and the *Adequacy* of the technologies to complete the task satisfactorily. In the tables, *Near-Term* adequacy refers to the ability of available technology to complete the required task independent of cost at a few selected demonstration sites. *Long-Term* indicates the ability to commercialize EGS on a scale commensurate with the MIT study. (Note: Color coding in the table indicates the relative degree of adequacy /readiness for each task, with green denoting most adequate and red denoting least adequate.) While some technologies are adequate for the job at hand in the near-term, they may not be suitable for large-scale EGS deployment because of performance limitations or cost. Where applicable, such deficiencies are identified.

## 4.1 Finding the Site – Site Characterization

The first step in creating an EGS reservoir is to find an appropriate site. At this time, lack of experience with EGS development presents a problem in defining what is "appropriate." Site characterization will draw on existing knowledge of the site and its surroundings to the extent data are available. Depending on the quality of the databases, substantial pre-development information may be obtained about a number of technical and non-technical properties. Adequate heat obviously must be present for the desired application, but the depth to the target temperature is important for economic reasons. Various site properties that should be known for successful creation of the reservoir include:

- Temperature gradient and heat flow
- Stress field
- Lithology and stratigraphy
- Structure and faulting
- *In situ* fluids and geochemistry
- Geologic history
- Seismic activity
- Proximity to transmission
- Land availability
- Demographics

The list is illustrative of the range of properties, rather than exhaustive. Some or all of these properties may already be known if wells have previously been drilled at the site and suitable data collected. Lacking such wells or data, prospective reservoir properties must be inferred from the surface. Additional information can be gathered by site analyses and

BLM_0105677

surveys, such as seismic reflection and geologic mapping. Surface-based technologies are available that can provide information about many site characteristics, but that information becomes more problematic with depth. Remote technologies have proven successful in finding new hydrocarbon resources for companies involved with the oil and gas industry. However, these technologies have not yet been successfully applied to EGS, especially regarding expected reservoir properties. For example, the MIT study states that: "Exploration methods that can effectively tell us the stress field at depth from the surface are not currently available"[16]. There currently appears to be no known technological solution to remotely characterize important EGS reservoir properties with confidence.

Table 1 summarizes the information needs for site characterization and the technology available to meet those needs. The table and following commentary suggest potential areas of improvement in technology.

## TABLE 1. Finding the Site – Site Characterization

■ = Most Adequate   ■ = Some Degree of Adequacy   ■ = Least Adequate

| REQUIRED TASK | AVAILABLE TECHNOLOGIES | TECHNOLOGY STATUS | ADEQUACY | |
|---|---|---|---|---|
| | | | Near-Term | Long-Term |
| Determine temperature gradient and predict temperature at depth | Various temperature measurement tools in shallow boreholes | Commonly used throughout industry. Gaps are primarily data, not technology. | YES | YES |
| | Geothermometry (chemical and isotopic measurements) | Some interpretation of geothermometry requires sophisticated understanding of numerous interacting factors, such as shallow equilibration. | YES | NO |
| Determine stress field using surface-based technology | InSAR | The strength of Interferometric Synthetic Aperture Radar (InSAR) is its ability to provide observations of ground displacements with a precision of a few millimeters in images with 20-meter spatial resolution covering 100-km distances. | YES | YES |
| | Global Positioning System (GPS) | The GPS provides only regional coverage unless many instruments are used with close spacing. GPS may provide regional indication of stress. | YES | YES |
| Determine geologic characteristics and history (lithology and structure) | Geophysical surveys | Surveys are routinely used in mineral and petroleum exploration. Seismic interpretation is inadequate for many geothermal environments. Magnetotelluric surveys can be improved. Electrical resistivity surveys are technically acceptable, but equipment can be improved. Magnetic surveys are technically acceptable. | YES | NO |
| | Lithologic analysis | The science, methods, and equipment used for this analysis are mature. | YES | YES |
| | Geologic mapping | The science, methods, and equipment used for mapping are mature. | YES | YES |

*Table continued on following page*

---

[16] The Future of Geothermal Energy 5-8.

BLM_0105678

| REQUIRED TASK | AVAILABLE TECHNOLOGIES | TECHNOLOGY STATUS | ADEQUACY | |
|---|---|---|---|---|
| | | | Near-Term | Long-Term |
| **Detect fluid-filled fractures** | Self-potential; streaming potential | Self-potential is commonly used for shallow hydrothermal systems. | NO | NO |
| **Evaluate background seismicity** | Seismometers located In shallow surface holes | Surface seismometry is a mature technology. | YES | YES |
| **Predict potential for stimulation** | Geologic models from the oil and gas industry | Data and experience are inadequate for modeling of most projected EGS environments due to lack of sufficient measurements under geothermal conditions. | NO | NO |

As Table 1 notes, current technology can be used to characterize potential EGS sites. As EGS commercialization grows, new technology will be needed that will enable site characterization to be done in a less costly manner and with greater confidence. The table indicates target areas of needed technological improvement:

- Better models of the appropriate geologic settings for EGS.
- Improved geophysical methods for finding fluid-filled fractures.

Geologic models are only as good as the quality and adequacy of the information used to construct them. Existing models are based on oil and gas field properties that cannot predict the potential for EGS. Models for most appropriate EGS geologic settings must be developed.

Significant research is required to develop and demonstrate surface-based technology with adequate resolution at reservoir depth. At present, remote determination of key EGS reservoir rock characteristics appears out of reach in the near-term.

## 4.2 Finding the Site – Exploratory Well and Reservoir Characterization

While remote techniques for determining in-situ reservoir properties give some first-order knowledge about the site, they do not confirm the site's suitability for development at the projected reservoir depth. This must be done with an exploratory well, which may be either a slim hole or a full-scale injection well. This well is intended to measure and/or confirm reservoir properties; it is not necessarily part of the final EGS reservoir. A slim hole has the advantage of lower cost, while a large diameter well may eventually be used for the final reservoir. The difference reflects the degree of confidence (and financing) the developer has in completing the project. The situation would be improved by the presence of a pre-existing well that can be reworked (i.e., deepened, diverted, or perforated) as an exploratory well.

Taking rock core and a suite of well logs is a vital element of drilling an exploratory well to fully characterize the reservoir rock. Because stress field azimuths guide the drilling program for the remainder of the wells in the field, a small hydraulically created fracture (a "mini-frac") is induced in the reservoir rock to determine the in-situ stress field. Flow tests of fluid between the rock and the wellbore should also be conducted as a means of determining reservoir productivity prior to stimulation.

The aforementioned techniques will probably be used in the first wells drilled at any project. Table 2 shows technology availability and adequacy for gaining knowledge of the subsurface that will be useful in planning the stimulation. The table indicates that adequate technology exists to characterize early EGS sites, but broad-scale improvements in technology will be required in the long-term.

BLM_0105679

## TABLE 2.  Finding the Site – Exploratory Well and Reservoir Characterization

■ = Most Adequate    ■ = Some Degree of Adequacy    ■ = Least Adequate

| REQUIRED TASK | AVAILABLE TECHNOLOGIES | TECHNOLOGY STATUS | ADEQUACY Near-Term | Long-Term |
|---|---|---|---|---|
| Characterize subsurface conditions | High-temperature logging and imaging tools<br><br>Log interpretation methods | Some tools for one-time measurements of wellbore and system parameters are available, but they may be deficient at high temperatures.<br><br>Geothermal log interpretation methods are derived from oil and gas experience. | YES | NO |
| | Stress measurement inferred from natural breaking of rocks in the wall of the wellbore and "mini-frac" | Principal stress direction and magnitude are estimated from limited testing capabilities. Imaging tools for breakouts currently require a heat shield. | YES | NO |
| | Core sampling and evaluation | Routinely used in mineral exploration. Interpretive techniques for geothermal applications are still evolving. | YES | NO |
| Isolate zones within the well for mini-fracs and flow testing | High-temperature packers | A prototype high-temperature packer for low-pressure applications is available, but little field work has been performed. | NO | NO |
| Conduct flow tests | Pressure, temperature, and fluid-flow measurement tools | Suitable downhole instrumentation for standard flow tests available up to 200°C. | YES | NO |
| Perform stress measurements | Micro-fracs and borehole breakouts, core-based measurements | Suitable technology available for lower-temperature applications. Technology lacks zonal isolation capability. | YES | NO |
| Interpret data to plan stimulation | Models predicting the effect of stimulation on fracture formation and growth | Current models have not been effective in a geothermal environment. | YES | NO |

The MIT study and Table 2 note that high-temperature instrumentation for borehole imaging and other purposes is a key technology deficiency. Though tools exist that can perform satisfactorily for short periods, instruments capable of collecting data in place for protracted periods (i.e., days to years) for well stimulation and, more importantly, for reservoir operation and management remain elusive. Until methods for reliable zonal isolation are available for high-temperature applications at high differential pressures, all stimulation attempts, including mini-fracs, will be limited to open-hole or low-temperature applications.

The procedures for drilling the exploratory well should not differ greatly from those used in drilling any moderate to deep well. If the well has an intended use as a production or injection well, precautionary steps should be taken in well completion (casing strings and cementing, open-hole section). The technologies, materials, and services needed to construct the well are available from commercial suppliers.

BLM_0105680

## 4.3. Creating the Reservoir – Injection Well

Once preliminary characterization activities have been completed, reservoir development can proceed with drilling of the initial injection well. Information about the reservoir rock (e.g., temperature, stress field, lithology, and structure) is valuable in planning the drilling campaign. As with the exploratory well, drilling technology is fully commercial, though long-term improvements can be made, especially by adapting equipment and tools to the high-temperature geothermal environment. Table 3 addresses the adequacy of current drilling technology for EGS applications.

## TABLE 3.  Creating the Reservoir – Injection Well

■ = Most Adequate   ■ = Some Degree of Adequacy   ■ = Least Adequate

| REQUIRED TASK | AVAILABLE TECHNOLOGIES | TECHNOLOGY STATUS | ADEQUACY | |
|---|---|---|---|---|
| | | | Near-Term | Long-Term |
| Reduce rock | Drilling bits | Roller bits are used In hard rock. Advanced bits (e.g., PDC-based drag bits) are used in oil and gas, and they drill 60% of footage worldwide.<br><br>Alternatives to mechanical methods (flame jet, etc.) are in experimental stages. | YES | NO |
| Steer the direction of wells | Advanced steering tools | Wireline based systems are used in geothermal. Commercial advanced steering tools allow control over well trajectories. Tools providing limited steering control are in use by one geothermal firm. Commercial tools are limited to ~150°C. | YES | NO |
| | Logging while drilling/diagnostics while drilling | The technology is commonly used in the oil and gas industry. Commercial tools are limited to ~150°C. | YES | NO |
| Complete wells | Metal casing in various diameters and production tubing (e.g., slotted liner) | Fully commercial systems to complete wells are available. Advanced technology, such as expandable tubulars and casing-while-drilling and low-clearance casing systems, is emerging in oil and gas applications. Underreamers work only in "soft" rock. Elastomers used in these systems fail at high temperatures. | YES | NO |
| | Design methods for selective cementing | Various high-temperature cement formulations are available from the drilling service industry. Design methods for selective cementing of casing exist for wells with small temperature fluctuations. | YES | NO |
| Isolate zones during drilling | Open and cased hole packers and expandable tubulars and screens | Elastomer and cement packers commonly used for low-temperature applications.<br><br>Experimental versions of low-pressure packers developed for geothermal applications are not generally available. Retrievable packers for high pressure operations in high temperature (>150°C for extended operation) wells are not available. | NO | NO |

*Table continued on following page*

BLM_0105681

| REQUIRED TASK | AVAILABLE TECHNOLOGIES | TECHNOLOGY STATUS | ADEQUACY | |
|---|---|---|---|---|
| | | | Near-Term | Long-Term |
| Log well | Logging tools (e.g., tools to measure downhole pressure, flow, temperature, image fractures) | Logging tools and sensors are available for operation up to about 150°C. Higher temperature versions of some tools are available but have limited lifetimes or require heat shielding.

Unshielded prototypes for pressure and temperature are experimental. | YES | NO |
| Monitor well parameters | Micro-fracs and borehole breakouts, core-based measurements | Suitable technology available for lower-temperature applications. Technology lacks zonal isolation capability. | YES | NO |
| Interpret data to plan stimulation | Monitoring tools, sensors (e.g., tools to measure downhole pressure, flow, temperature, and seismicity) | Monitoring tools and sensors are available commercially for sustained operation up to about 150°C. Tools capable of operation at >200°C are still experimental. | YES | NO |

EGS well construction activities resemble those employed in the oil and gas industry, but there are substantive differences. Geothermal wells are typically drilled at higher temperatures with larger diameters in harder rock. These differences and the small size of the geothermal industry have retarded geothermal drilling technology relative to oil and gas technology. The geothermal industry has moved forward despite the disadvantages. For purposes of this evaluation, technologies associated with drilling and completing injection and production wells are taken to be the same, and this report does not differentiate between them.

The following commentary elaborates on points made in Table 3:

- PDC bits dominate drilling because of increased rate of penetration and longevity, but these bits have yet to be proven in geothermal environments. Roller cone bits are used in geothermal hard rock environments, a century-old technology that is robust but slow. Advancements in rock reduction technologies will probably be needed for EGS commercialization.

- High temperatures have hampered the introduction of oil and gas related technologies into geothermal well construction. The target operating temperatures of EGS wells ($\geq 200°C$) are greater than those of almost all oil and gas wells. Steering tools used at The Geysers geothermal field are primitive (i.e., first generation steering tools that use a cumbersome detachable wireline for power and communication), and attempts to use more advanced tools have failed. Operators have been able to achieve adequate results from old technologies, but better steering and logging while drilling (LWD) tools are desirable.

- Casing and cementing costs are responsible for roughly 30% of the cost of constructing a geothermal well. Reducing the amount of steel used is a goal for all drilling operations. "Lean" casing designs such as expandable tubulars, casing-while-drilling, and low-clearance casing systems (i.e., with a minimal annulus between casing strings) now emerging in the oil and gas industry offer additional advantages. These technologies increase options for dealing with difficult well conditions.

BLM_0105682

Transferring this technology to the geothermal environment to bridge rock strength and temperature issues will require hard-rock underreamers. Some casing schemes, such as expandable tubulars, employ elastomer sealing elements that are not suitable at geothermal temperatures.

- Geothermal wells are cemented to the surface to constrain casing and stabilize wellheads. Reducing the amount of cement used would simplify cementing and provide greater predictability in casing-rock interactions. Robust designs proposed by industry experts will let the casing float or expand and contract freely due to thermal fluctuations. Similar strategies would also benefit injection well designs.

- Zonal isolation is essential for many EGS reservoir development activities. Well control problems often require direct measures (e.g., cementing for lost circulation control) at specific zones of the wellbore. Open-hole zonal isolation tools include packers and alternative casing systems. Experimental packer systems developed for geothermal environments only operate at low pressure, or they are not retrievable and are not commercially available. Current best practices address wellbore problems during drilling, but alternatives that employ retrievable open-hole packers will be needed in the future.

- Logging tools for measuring temperature, pressure, flow, fracture imaging, and other formation characteristics require heat shielding and can only be used for brief periods. While the drilling industry works within these limitations, more robust tools capable of operating in >200°C environments are needed. Monitoring tools emplaced in the wellbore for long-term operations measure many of the same parameters recorded during transient logging activity, but can also include other reservoir monitoring sensors such as those for monitoring induced seismicity. Advances in components, battery technology, materials, and fabrication methods are desirable.

- Economic viability will require design and construction of wells and well fields that efficiently exploit the geothermal resource. The design space for EGS well construction should include options for highly deviated directional wells, multilateral completions, multiple completion zones, and so forth.

Current technology gaps will hamper, but not prevent, implementation of EGS demonstrations and supporting experimental projects. Economic development of EGS will require advances in a number of technologies and well construction schemes that maximize the effectiveness of stimulation, injection, and production of EGS reservoirs.

## 4.4    Creating the Reservoir - Stimulation

Once the first injection well has been drilled and completed, the reservoir rock can be stimulated. Stimulation usually requires an open-hole section through the targeted fracture zone, which has been determined from logs, core, and other information gathered during site characterization.

The tasks required to stimulate the reservoir as determined by the MIT study are shown in Figure 4 (see Tasks 1-9). Carrying out these tasks should create a large fractured volume of rock. The fracturing fluid must be pumped at high pressures and flow rates, and a high-fidelity seismic monitoring network is critical to the stimulation (Task 5).

BLM_0105683

## Figure 4: MIT Study Reservoir Creation Process Tasks

1. Drill the first deep well (injection) with the casing set at appropriate depth to give required mean reservoir temperature.

2. Obtain basic fundamental properties of the underground such as stress field, joint characteristics, *in situ* fluid characteristics, mechanical properties of the rock mass, and the identification of flowing/open zones where appropriate.

3. Having established the best positions for the sensors of the microsensor array, install an appropriate instrumentation system to yield the best possible quality of microseismic sensor array, install an appropriate instrumentation system to yield the best possible quality of microseismic event locations, not only during the first stimulations, but for all events likely during the reservoir's lifetime.

4. Conduct stepped flow rate injections until the pressure for each injection's step becomes steady. The maximum injection pressure should exceed the minimum formation stress at the point of injection.

5. Maintain high flow rate injection until the seismicity migrates to the distance necessary for targeting the second well.

6. Depending on the relationship of the *in situ* stress an the density of *in situ* fluid, it may be possible to influence the vertical direction of reservoir growth by selecting an appropriate stimulation fluid density.

7. Perform a shut-in test to assess the size of the reservoir.

8. Carry out flow logs in the injection well to identify the main flowing zones.

9. Let the reservoir deflate and then make injection tests at lower flow rates to assess the permanent residual enhancement of permeability, i.e., flow against injection pressure.

10. Target the second well (production) into the periphery of the seismically activated structure, with well separation appropriate to suit economic targets. At the same time, ensure that the well has a downhole pumping chamber incorporated in its completion plan.

11. Stimulate the second well in a stepped manner as described about to improve access to the previous stimulated zone and eventually permit the recovery of the mobile *in situ* fluid (carry out diagnostic technique as in steps 3 and 8).

12. Conduct short circulation tests to assess the connectivity between the injector and the producer.

13. Perform tracer tests to evaluate reservoir flow-through volume, to characterize the residence time distribution, and to identify any short circuit paths.

14. Repeat steps 10 to 14 for the third well, i.e., the second production well, and for a fourth and even fifth, if the system warrants this.

Adapted from: The Future of Geothermal Energy 12-14.

The knowledge base for stimulation of geothermal systems remains limited. Some experts believe that successful stimulation will require favorably oriented pre-existing fractures or zones of weakness. Furthermore, stimulation would be dominated by shearing rather than tensile fracturing. They advocate applying only enough hydraulic pressure to shear existing zones of weakness, rather than using higher pressures that would induce tensile fractures. Hydraulic stimulations in oil and gas fields, which are typically done at pressures well in excess of the rock strength, appear to include a combination of both shearing and tensile fracturing. For EGS to become a universal technology, stimulation must succeed in a variety of stress environments.

The technology is available to stimulate both petroleum and geothermal reservoirs, though stimulation is not commonly practiced by the geothermal industry. The ability to create a circulation system with both high productivity and thermal stability over time has not been demonstrated.

BLM_0105684

Table 4 identifies the adequacy of technologies needed to complete the stimulation successfully.

## TABLE 4. Creating the Reservoir - Stimulation

■ = Most Adequate    ■ = Some Degree of Adequacy    ■ = Least Adequate

| REQUIRED TASK | AVAILABLE TECHNOLOGIES | TECHNOLOGY STATUS | ADEQUACY | |
|---|---|---|---|---|
| | | | Near-Term | Long-Term |
| Plan and design stimulation (e.g., zones, pressures, volumes, fluids, proppants) | Stimulation models for oil and gas; basic numerical models for geothermal applications | Stimulation modeling techniques for geothermal systems are not a mature technology. | YES | NO |
| Imaging and mapping of fractures | Microseismicity, gravimetry, self-potential, tiltmeter arrays | Surface microseismic and gravity tools are adequate for most purposes, but the resolution may be insufficient for EGS. Self-potential is not proven for this purpose. Tiltmeter results are difficult to interpret in zones of multiple fractures. | YES | NO |
| Identification of flow paths during and post-stimulation | Microseismicity, gravimetry, SP, tiltmeter arrays | The utility of existing techniques for tracking fluid flow has not been demonstrated. Microseismic techniques are not hardened for downhole use. | NO | NO |
| Effective real-time decision-making capability for stimulation | Oil and gas industry stimulation modeling and control technology | The oil industry has modeling and control capability for petroleum environments, but experience in geothermal systems is lacking. | YES | NO |
| Zonal isolation for stimulation | Stimulation packers, slotted liners | Packers that can operate at stimulation pressures and temperatures are not available. Slotted liners and related technologies may not perform adequately for EGS | NO | NO |
| Create/enhance flow paths | Hydraulic stimulation; chemical stimulation; and rate controlled explosives | Geothermal stimulations for EGS use water or water weighted with dense chemicals such as barium sulfate salts. Chemical and other stimulation methods have been used in hydrothermal systems. | YES | NO |
| Keep flow paths open | Proppants for both near well bore and far field use scaling, dissolution, and permeability control | Proppants are typically used in oil and gas stimulations. Temperature-hardened proppants have not been evaluated in geothermal environments. Scaling and dissolution control technologies are available, but may not be adequate for EGS conditions. | YES | NO |

BLM_0105685

The purpose of reservoir stimulation is to provide abundant fluid flow paths between the injection well(s) and the production well(s). These flow paths should have minimal impedance to reduce pumping power needs, but adequate residence time and surface area to sustain the production of hot fluids.

The following commentary elaborates on points made in Table 4:

- Stimulation design involves selecting zones of the wellbore to be targeted for stimulation as well as the rate, pressures, and volumes of injectate. The type(s) of stimulation fluids and use of proppants must also be considered. The oil and gas industry routinely employs application-specific design tools for its stimulations[17]. While design codes exist, robust tools that couple hydrological-thermal-mechanical-chemical phenomena are not available. Revised and/or new design tools will be required for commercial EGS development. Field experience and data are vital to developing such tools.

- Mapping the evolution or growth of fractures during stimulation is very important. Surface (or near-surface) seismic monitoring, gravimetry, and tilt measurements are generally considered adequate for fracture imaging. The utility of these measurements depends on the fracture population; for example, tilt measurements are most useful in tracking single, rather than multiple, fractures. Increased resolution and accuracy of these mapping techniques requires downhole tools that can withstand the temperatures associated with EGS.

- While remote sensing of fracture growth via microseismic analysis indicates possible fluid flow paths, the ability to directly map the flow through the created reservoir does not currently exist. Methods to track fluid flow should be investigated[18].

- The oil and gas industry has demonstrated that real-time control and adjustment of the stimulation process is vital to success. Development of intelligent control systems requires both theoretical understanding and practical knowledge obtained from multiple stimulations in a variety of situations.

- Zonal isolation is required for selective stimulation of target wellbores. For open-hole applications, zonal isolation tools include packers and alternative casing designs. While experimental packer systems have been developed for geothermal environments, they were either designed for low pressure applications (e.g., for lost circulation control) or were not retrievable. General purpose open hole packers do not exist for geothermal environments, with the primary barrier being the poor stability of elastomeric seals at high temperatures. Cased hole isolation tools suitable for high-temperature environments are emerging, and these tools have the advantage of metal-to-metal seals.

- The purpose of stimulation is to create well-to-well flow paths that minimize impedance but meet operational needs. As previously suggested, the stimulation method may be important in the development of an optimum fracture network. Variable fluid weights and viscosities for hydraulic stimulation may be needed.

---

[17] Yoshioka, Keita et al. 2008. *Optimization of Geothermal Well Stimulation Design Using a Geomechanical Reservoir Simulator.* 28 – 30 Jan, at Thirty-Third Workshop on Geothermal Reservoir Engineering, at Stanford University, Stanford, California.

[18] Karner, Stephen L. 2006. *Correlating Laboratory Observations of Fracture Mechanical Properties to Hydraulically-Induced Microsensitivity in Geothermal Reservoirs.* 30 Jan – 1 Feb, at Stanford University, Stanford, California.

BLM_0105686

Chemical stimulation techniques may be needed to increase permeability near the wellbore and in far-field fractures. More novel techniques using deflagration methods could also be used to enhance the effective radius of the wellbore.

- The MIT study assumes that EGS should target geologic settings where fractures are critically stressed. By stimulating such zones, reductions in the normal stress across fractures will induce shear failure. If the rock's matrix strength is sufficient, this shearing will result in dilation and increased fracture aperture; the fracture effectively "self-props." In settings where the stress state and fracture characteristics are not optimum, proppants may have to be employed to prevent fractures from closing. In addition, it may be advantageous to create secondary fractures that link to the existing network, again requiring proppants. While proppants are used extensively in the oil and gas industry, they are not chemically stable for high-temperature applications. Temperature hardened proppants may be required.

Creation of the reservoir through stimulation is considered to be a critical aspect of EGS development. Technology needs, such as real-time control of the stimulation, are extensions of current petroleum industry capabilities. EGS-specific needs, those with general applicability, include understanding fluid flow paths through use of imaging techniques not currently available.

## 4.5 Completing the Well Field

Once the initial volume has been stimulated by either opening existing fractures, creating new fractures, or both, circulation can be established by drilling a production well. Care must be taken in drilling this well; directional drilling may be required to intersect the fractures created during stimulation of the initial well. Measurements of acoustic signals generated by the stimulation are used to delineate the zone of fracturing. At present, insufficient knowledge about fracture behavior is available to pinpoint the target zone. The current strategy seeks to penetrate the fringe of the acoustic signals or microseismic cloud, rather than the zone of highest event density, to maximize the inter-well distance.

The remaining tasks to complete the reservoir are described in the MIT study (see Figure 4, Tasks 10-14). These tasks are necessary to establish sufficient connectivity between wells. As suggested by Task 14, the number of wells drilled (both injection and production) will depend on the size of the reservoir, the productivity of the wells, and the development plan. In early stages, especially at a new site, the number will likely be in the range of three to six wells until working experience is gained.

Production wells will follow much the same drilling procedures as injection wells (see Table 3). Differences are likely in the extent of directional drilling, completion, and cementing to accommodate stresses due to thermal cycling. Temperature-hardened proppants may be required to maintain fluid flow between wells (see Table 4).

Technology issues related to completing the EGS reservoir with additional wells appear at this point to be minimal. The greatest concern is positioning additional wells to optimize energy production while minimizing opportunities for short circuiting (premature breakthrough of injected fluids in production wells.) The best tool to avoid such unwelcome consequences is a reliable reservoir model which can predict flow between wells.

BLM_0105687

## 4.6 Operating and Maintaining the Reservoir

The economics of EGS hinge on the ability to produce energy for extended periods without resorting to expensive remedial actions, such as unscheduled drilling of additional wells. Experience in operating and maintaining EGS reservoirs is limited, and currently there is no knowledge base from which to make decisions. Critical issues at this step of development include short circuiting, dissolution or precipitation of minerals altering the reservoir's plumbing, buildup of dissolved solids and gases in the circulating fluid, inefficient recovery of heat, induced seismicity, and fluid losses from the reservoir. The petroleum industry has dealt with some of these issues, albeit in non-geothermal environments. In the absence of working experience with EGS reservoirs, responses to these issues must largely be trial and error.

Operationally, EGS wells will have to function at high pressures and flow rates in both injection and production modes for years. Pumping of fluids is expected to be necessary to maintain adequate flow rates. Reliable high-temperature submersible pumps have been consistently mentioned by experts as a technology gap throughout this analysis. The adequacy of technology to meet the operational requirements of EGS reservoirs is indicated in Table 5.

## TABLE 5. Operating the Reservoir

■ = Most Adequate   ■ = Some Degree of Adequacy   ■ = Least Adequate

| REQUIRED TASK | AVAILABLE TECHNOLOGIES | TECHNOLOGY STATUS | ADEQUACY | |
|---|---|---|---|---|
| | | | Near-Term | Long-Term |
| Maintain acceptable flow rates and reduce or eliminate fluid loss | Submersible Electrical Pumps | SEPs have operating temperatures of 175°C with power ratings of 1500 kW. Pump technology is not adequate for long-term high-temperature deep operation. | NO | NO |
| | Packers for fracture isolation | High temperature zonal isolation tools are not available to allow control of flow from multiple zones. | NO | NO |
| | Lineshaft pumps | Lineshaft pumps are a fully commercial technology, but depth-limited. | YES | NO |
| Maintain reservoir and track reservoir evolution | Monitoring tools, sensors (e.g., tools to measure pressure, flow, temperature, seismicity) | Monitoring tools and sensors are available for sustained operation up to about 150°C. Downhole monitoring tools capable of sustained operation at >200°C do not exist. | NO | NO |
| Monitor rock/fluid interactions | Geochemical analytical techniques; geochemical models | Geochemistry is understood for a large subset of relevant chemicals, but real-time detection technology has limited scope and poor accuracy.<br><br>Geochemical models lack confirmatory field data. | YES | NO |
| Mitigate reservoir and surface problems (e.g., short circuiting, pressure drop) | Coupled modeling tools and simulators; cements; zonal isolation tools | Cements are routinely used in the hydrothermal industry for lost circulation.<br><br>Zonal isolation tools that operate at high temperatures are not available. | YES | NO |

*Table continued on following page*

BLM_0105688

| REQUIRED TASK | AVAILABLE TECHNOLOGIES | TECHNOLOGY STATUS | ADEQUACY | |
|---|---|---|---|---|
| | | | Near-Term | Long-Term |
| Manage induced seismicity | Pressure control; rock mechanics models | Operation protocols that limit injection/production pressures are considered a useful management tool. Rock mechanics models are available, but cannot predict seismicity. | YES | NO |
| Control scaling | Scale control technology | Chemical management technologies (e.g., additives for pH control) are used in the hydrothermal industry to mitigate well bore and near-field scaling. Technologies for hydrothermal systems may not be as effective for EGS which will operate in chemical disequilibrium. | YES | NO |
| Validate reservoir model using field data | Monitoring tools and sensors (e.g., tools to measure pressure, flow, temperature, seismicity); tracers | Few sensors can operate at high temperature for long periods. A temperature sensor is available, but it must be hardened for geothermal conditions. Tracer tests are an established method of validating reservoir models. Smart tracers have not been developed. | YES | NO |
| Design field expansion | Reservoir simulation models | Existing models are not fully coupled to enable planning of field expansion. Sufficient data to validate models is not available. | YES | NO |
| Generate electricity | Heat exchanger and power plant | Power conversion technology is relatively mature in the hydrothermal industry. Currently evaluating for EGS applications. | YES | TBD |

The management goal for reservoir operation is to sustain rated output for the design lifetime. To meet this goal it is necessary to optimize the extraction of heat with respect to temperature drop, maintain the rate of fluid production, prevent subsurface fluid loss, and minimize parasitic power losses. As heat extraction proceeds, temperatures in the reservoir will decline. Successful EGS reservoir management will require careful monitoring and mitigation to control the impact on heat recovery and power plant efficiency.

At this stage, every barrier to successful management and operation of EGS facilities has probably not been identified. However, as shown in Table 5, several technological advancements will clearly be needed to ensure economic success:

- Submersible electrical pumps will control fluid loss and minimize parasitic losses associated with high injection pressures. To meet EGS needs associated with long-term, high-temperature, deep-well operation, technical advancements in pump connections, materials, seals and controllers are required. Submersible electric pumps with 1000-3000 horsepower motors must survive ~3 years at $\geq 200°C$.

- High-temperature packers and other zonal isolation tools will reduce or eliminate fluid loss, help identify and mitigate short circuiting of flow from injectors to producers, and target individual fractures or fracture networks for testing and validating reservoir models.

BLM_0105689

- Temperature-hardened tools for real-time down-hole monitoring of temperature, pressure, and flow, along with in-stream surface monitoring of fluid chemistry, would significantly enhance the ability to track the hydrologic and thermal evolution of the reservoir, monitor rock-fluid interactions, and provide the appropriate field data for validating and updating reservoir models and simulators.

- Operation of an EGS reservoir will require injection of fluids that are not at equilibrium with the reservoir rock mass. As a result, scaling and/or dissolution will likely occur in the wellbore or the reservoir. Treatments available today may not be adequate for long-term operation.

- Although research sponsored by DOE has significantly advanced the sophistication and use of tracers for characterizing hydrothermal systems, development of new "smart" tracers is warranted. For instance, reliable tracers that can measure and/or monitor the surface area responsible for rock-fluid heat and mass exchange do not exist, limiting the ability to quantify and predict heat extraction efficiencies.

- Induced seismicity is an issue with potential to halt if not end a project, as demonstrated in Soultz, France, and Basel, Switzerland. Studies of the issue, including one released under the auspices of the International Energy Agency, conclude that damaging earthquakes as a result of EGS reservoir operation are unlikely. Nevertheless, the issue could have strong negative consequences on the acceptability of EGS projects near population centers. Initial impact in the U.S. is believed to be low since many candidate sites for early development are in unpopulated areas. The current state of knowledge does not point to technological solutions. Protocols for operation of EGS facilities have been proposed, but they have not yet been generally adopted or proven to be effective.

- Reservoir management and operation relies heavily on models and simulators that can accurately predict reservoir behavior. For optimum EGS operation, fully coupled Hydrologic-Thermal-Mechanical-Chemical (H-T-M-C) models and simulators will be necessary to predict fluid flow, heat extraction, temperature drawdown, rock-mechanical processes, and chemical processes that will have either beneficial or deleterious impacts on reservoir performance and longevity.

- The technical advances for submersible pumps and high-temperature isolation tools are likely to be unique to EGS. Development of temperature hardened tools for real-time, down-hole monitoring will be readily transferable to conventional geothermal systems. Smart tracer technology and fully coupled H-T-M-C models and simulators are multi-use technologies that will have value beyond the EGS domain.

Specific technology requirements at this stage of EGS reservoir development remain uncertain due to limited operating experience. Operational experience is measured in months rather than years. The longest period of continuous performance was at Rosemanowes, U.K. Fluids were circulated at Rosemanowes for three years, during which production temperatures fell from 80°C to 55°C, suggesting to some experts a probable short circuit in the reservoir. Technology solutions to address short circuiting, like other concerns with long-term operation, will require a much larger and broader experience base.

BLM_0105690

## Conclusions

5.

The MIT study was comprehensive, the assumptions and models were properly addressed and applied, and the study is suitable as a starting point for identification and prioritization of technology improvements required to commercialize EGS. While there are uncertainties in the analysis and gaps in knowledge, the study presents the present understanding of the EGS opportunity in a realistic manner. EGS can contribute substantially to meet future U.S. energy needs.

There are three critical assumptions about EGS technology that require thorough evaluation and testing before the economic viability of EGS can be confirmed:

1. **Demonstration of commercial-scale reservoir** – This requires stimulation and maintenance of a large volume of rock (equivalent to several cubic kilometers) in order to minimize temperature decline in the reservoir. Actual stimulated volumes have not been reliably quantified in previous work.

2. **Sustained reservoir production** – The MIT study concludes that 200°C fluid flowing at 80 kg/sec (equivalent to about 5 MWe) is needed for economic viability. No EGS project to date has attained flow rates in excess of ~25 kg/sec.

3. **Replication of EGS reservoir performance** – EGS technology has not been proven to work at commercial scales over a range of sites with different geologic characteristics.

These assumptions can be tested with multiple EGS reservoir demonstrations using today's technologies. However, as this evaluation shows, Research and Development should be conducted in parallel with field projects to fill some long-term technology gaps. The key technology requirements for immediate development stemming from this evaluation include:

- Temperature-hardened submersible pumps

- Zonal isolation tools

- Smart tracers

- Monitoring and logging tools

- Coupled models to predict reservoir development and performance

Experience from the conventional geothermal and petroleum industries provides a solid foundation from which to make technology improvements. In the long-term, significant reduction in drilling costs will be necessary to access deeper resources, and the cost of conversion of the energy into electricity must be reduced. These improvements will rapidly move EGS technology forward as an economically viable means of tapping the nation's geothermal resources.

BLM_0105691

## Appendix A:

**A**

# Logic Process for Development of An Enhanced Geothermal System (EGS) Facility

BLM_0105692

## Appendix A:  Logic Process for Development of An Enhanced Geothermal System (EGS) Facility

A-1

### Step 1 - Finding a Site





Appendix A:  Logic Process for Development of An Enhanced Geothermal System (EGS) Facility

## Step 2 - Creating Reservoir



Appendix A: Logic Process for Development of An Enhanced Geothermal System (EGS) Facility

## Step 3 - Completing Wellfield





Appendix A: Logic Process for Development of An Enhanced Geothermal System (EGS) Facility

## Step 4 - Operating Reservoir





## Appendix A:  Logic Process for Development of An Enhanced Geothermal System (EGS) Facility

## Step 5 - Operating Facility



# Glossary

## Borehole Breakouts

Failure of the borehole wall which forms because of stress in the rock surrounding the borehole. The breakout is generally located symmetrically in the wellbore perpendicular to the direction of greatest horizontal stress on a vertical wellbore.

## Binary Cycle

Binary geothermal systems use the extracted hot water or steam to heat a secondary fluid to drive the power turbine.

## Casing

Pipe placed in a wellbore as a structural interface between the wellbore and the surrounding formation. It typically extends from the top of the well and is cemented in place to maintain the diameter of the wellbore and provide stability.

## Core

A cylinder of rock recovered from the well by a special coring drill bit.

## Depletion Factor

Annual percentage of the depletion of the thermal resource.

## Drag Bit

Drilling bit that drills by scraping or shearing the rock with fixed hard surfaces, "cutters." See also *rotary cone bits* and *polycrystalline diamond compact bits*.

## Enhanced Geothermal Systems (EGS)

Engineered reservoirs that can extract economic amounts of heat from geothermal resources.

## Fault

A fracture in rock exhibiting relative movement between the adjoining surfaces.

## Fracture

Natural or induced breaks in rock.

## Fracturing Treatments

Fracturing treatments are performed by pumping fluid into the subsurface at pressures above the fracture pressure of the reservoir formation to create a highly conductive flow path between the reservoir and the wellbore.

## Global Positioning System (GPS)

A navigational system using satellite signals to fix the location of a radio receiver on or above the earth's surface.

## Geothermal Resources

The natural heat of the earth that can be used for beneficial purposes when the heat is collected and transported to the surface. See also *EGS* and *hydrothermal reservoir*.

## Gravimetry

The use of precisely measured gravitational force to determine mass differences that can be correlated to subsurface geology.

## Hydraulic Stimulation

A stimulation techniques performed using fluid. See *Stimulation*.

## Hydrothermal

Pertaining to hot water.

## Hydrothermal Reservoir

An aquifer, or subsurface water that has sufficient heat, permeability, and water to be exploited without stimulation or enhancement.

BLM_0105698

## Induced Seismicity

Induced seismicity refers to typically minor earthquakes and tremors that are caused by human activity that alters the stresses and strains on the Earth's crust. Most induced seismicity is of an extremely low magnitude, and in many cases, human activity is merely the trigger for an earthquake that would have occurred naturally in any case.

## Interferometric Synthetic Aperture Radar (InSar)

A remote sensing technique that uses radar satellite images to determine movement of the surface of the earth.

## Line Shaft Pump

Fluid pump that has the pumping mechanism in the wellbore and that is driven by a shaft connected to a motor on the surface.

## Liner

A casing string that does not extend to the top of wellbore, but instead is anchored or suspended from inside the bottom of the previous casing string.

## Lithology

The study and description of rocks, in terms of their color, texture, and mineral composition.

## Lost Circulation

Zones in a well that imbibe drilling fluid from the wellbore, thus causing a reduction in the flow of fluid returning to the surface. This loss causes drilled rock particles to build up in the well and can cause problems in cementing casing in place.

## Magnetic Survey

Measurements of the earth's magnetic field that are then mapped and used to determine subsurface geology.

## Magneto-telluric

An electromagnetic method of determining structures below the earth's surface using electrical currents and the magnetic field.

## Matrix Treatments

Treatments performed below the reservoir fracture pressure, and generally are designed to restore the natural permeability of the reservoir following damage to the near-wellbore area. Matrix treatments typically use hydrochloric or hydrofluoric acids, to remove mineral material that reduces flow into the well.

## Micro-seismicity

Small movements of the earth causing fracturing and movement of rocks. Such seismic activity does not release sufficient energy for the events to be recognized except with sensitive instrumentation. See also *seismicity*.

## Mini-frac

A small fracturing treatment performed before the main hydraulic fracturing treatment to acquire stress data and to test pre-stimulation permeability.

## Packer

Device that can be placed in the wellbore to block vertical fluid flow so as to isolate zones.

## Permeability

The ability of a rock to transmit fluid through its pores or fractures when subjected to a difference in pressure. Typically measured in darcies or millidarcies.

## Polycrystalline Diamond Compact Drilling Bit (PDC)

A drilling bit that uses polycrystalline diamond compact inserts on the drill bit to drill by means of rotational shear of the rock face. See *drag bits*.

## Proppant

Sized particles mixed with fracturing fluid to hold fractures open after a hydraulic stimulation.

## Recovery Factor

The fraction of total resource that can be extracted for productive uses.

BLM_0105699

## Resistivity Survey

The measurement of the ability of a material to resist or inhibit the flow of an electrical current, measured in ohm-meters. Resistivity is measured by the voltage between two electrodes while an electrical current is generated between two other electrodes. Resistivity surveys can be used to delineate the boundaries of geothermal fields.

## Roller Cone Bit

Drill bit that drills by crushing the rock with studded rotating cones attached to the bit.

## Resource Base

All of a given material in the Earth's crust, whether its existence is known or unknown, and regardless of cost considerations.

## Seismic

Pertaining to, of the nature of, or caused by an earthquake or earth vibration, natural or man-made.

## Seismicity

The phenomena of earth movements. Also the frequency, distribution and intensity of earthquakes. Syn. *seismic activity*.

## Seismometer

Electrical device that is used on the surface and within wellbores to measure the magnitude and direction of seismic events.

## Self-potential

Self-potential in geothermal systems measures currents induced in the subsurface because of the flow of fluids.

## Spinner Survey

The use of a device with a small propeller that spins when fluid passes in order to measure fluid flow in a wellbore. The device is passed up and down the well continuously measuring flow to establish where and how much fluid enters or leaves the wellbore at various depths.

## Slim Hole

Drill holes that have a nominal inside diameter less than about 6 inches.

## Slotted Liner

Liner that has slots or holes in it to let fluid pass between the wellbore and surrounding rock.

## Smart Tracer

Tracer that is useful in determining not only the flow path between a well injecting fluid into the subsurface and a well producing fluid from an adjacent well, but which can also be used to determine temperature along the flow path, the surface area contacted by the tracer, the volume of rock that the tracer interacts with, and the relative velocities of separate phases (gas, oil and water in petroleum fields; steam and liquid water in geothermal systems).

## Stimulation

A treatment performed to restore or enhance the productivity of a well. Stimulation treatments fall into two main groups, hydraulic fracturing treatments and matrix treatments.

## Stress

The forces acting on rock. In the subsurface the greatest force or stress is generally vertical caused by the weight of overlying rock.

## Structural Discontinuity

A discontinuity of the rock fabric that can be a fracture, fault, intrusion, or differing adjacent rock type.

## Submersible Sump

Pump with both the pumping mechanism and a driving electric motor suspended together at depth in the well.

BLM_0105700

## Tiltmeter

Device able to measure extremely small changes in its rotation from horizontal. The "tilt" measured by an array of tiltmeters emplaced over a stimulation allow delineation of inflation and fracturing caused by the stimulation.

## Thermal Gradient

The rate of increase in temperature as a function of depth into the earth's crust.

## Thermal Drawdown

Decline in formation temperature due to geothermal production.

## Tracer

A chemical injected into the flow stream of a production or injection well to determine fluid path and velocity.

## Under Reamer

A drilling device that can enlarge a drill hole. The device is placed about the drill bit and can be opened to drill and then closed to be brought back up through smaller diameter hole or casing.

## Well Log

Logging includes measurement of the diameter of the well and various electrical, mass, and nuclear properties of the rock which can be correlated with physical properties of the rock. The well log is a chart of the measurement relative to depth in the well.

## Zonal Isolation

Various methods to selectively partition portions of the wellbore for stimulation, testing, flow restriction, or other purposes.

## Energy Units[1]

### Joule (J)

This is the basic energy unit of the metric system, or in a later more comprehensive formulation, the International System of Units (SI). It is ultimately defined in terms of the meter, kilogram, and second.

**1 Exajoule (EJ) = $10^{18}$ J**

### British Thermal Unit (Btu)

This is a basic measure of thermal (heat) energy. A Btu is defined as the amount of energy required to increase the temperature of 1 pound of water by 1 degree Fahrenheit, at normal atmospheric pressure.

BTU is the English system analog of the calorie. For specific heat capacities to be the same, whether expressed in Btu/lb-°F or in cal/gm-°C:

**1 Btu = 251.9958 cal.**

**1 Quadrillion Btu (Quad) = $10^{15}$ Btu = 1.055 EJ**

### Kilowatt-hour (kWh)

The kilowatt-hour is a standard unit of electricity production and consumption. By definition, noting that 1 kilowatt = 1000 watts:

**1 kWh = 3.6 x $10^6$ J (exact).**

The relationship between the kWh and the Btu depends upon which "Btu" is used. It is common, although not universal, to use the equivalence:

**1 kWh = 3412 Btu.**

This corresponds to the International Table Btu. [More precisely, 1 kWh = 3412.14 Btu (IT).]

**1 Terawatt-year (Twyr) = 8.76 x $10^{12}$ kWh = 31.54 EJ = 29.89 quad.**

---

[1] Units were taken from American Physical Society Web site, http://www.aps.org/policy/reports/popa-reports/energy/units.cfm.

BLM_0105701



**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**







# What are Resource Management Plans?

**Land use plans guide management actions on public lands within the planning area.**

◆ **The Federal Land Management and Policy Act (FLPMA) requires BLM to develop, maintain, and revise land use plans (Section 202).**

◆ **H-1601-1 Land Use Planning Handbook = guidance**



BLM_0105702



**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**



**Uncompahgre RMP will replace the current RMPs, as amended:**

**1) San Juan/San Miguel RMP (1985):**
- **1991 – EIS Amendment for Oil & Gas Leasing & Development**
- **1993 – EA for the Proposed Area of Critical Environmental Concern and Special Recreation Management Area on the San Miguel River**
- **2010 – EA for OHV Designations**

**2) Uncompahgre Basin RMP (1989):**
- **1992 – EA for Fire Management**
- **1994 – EA for Land Disposal**
- **2001 – EA for Gunnison Travel Interim Restrictions**
- **2002 – Fire Amendment**
- **2009 – EA for Uncompahgre Field Office Dry Creek Travel Management Plan**
- **2010 – EA for OHV Designations**

## The  Federal Land Policy & Management Act of 1976 (FLPMA)
## Public Law 94-579
### AN ACT

■ To establish a public land policy; to establish guidelines for its administration; **to provide for the management, protection, development, and enhancement of the public lands**; and for other purposes.



BLM_0105703



**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**



---

**FLPMA Declaration of Policy**
**Sec. 102**
**Key Policy Statements**

- 1) The public lands be retained in federal ownership, unless as a result of the land use planning procedure provided for in this Act, it is determined that disposal of a particular parcel will serve the national interest.

---

**Key FLPMA Policy Statements (continued)**

- 7) Goals and objectives will be established by law as guidelines for public land use planning, and that management be on the basis of multiple use and sustained yield unless otherwise specified by law.

---



BLM_0105704



**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**



## Key FLPMA Policy Statements (continued)

■ 8)  The public lands be managed in a manner
that will protect the quality of scientific, scenic,
historical, ecological, environmental, air and
atmospheric, water resource, and archeological
values; that, where appropriate, will preserve and
protect certain public lands in their natural
condition; that will provide food and habitat for
fish and wildlife and domestic animals; and that
will provide for outdoor recreation and human
occupancy and use;

## Key  FLPMA Policy Statements (continued)

■ 12) The public lands be managed in a manner
which recognizes the Nation's need for domestic
sources of minerals, food, timber, and fiber
from the public lands including implementation
of the Mining and Minerals Policy Act of 1970.



BLM_0105705



**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**



## FLPMA – Section 202 (c) Land Use Planning
### Key Principles of Land Use Planning

- Observe principles of multiple use and sustained yield.
- Use a systematic interdisciplinary approach (physical, biological, economic cultural).
- Give priority to the designation and protection of areas of critical environmental concern.
- Rely on inventories of the public lands and their resources.
- Consider present and potential uses.
- Weigh long- vs. short-term benefits.

## FLPMA – Section 202 (c) Land Use Planning
### *Multiple Use*

- FLPMA defines "multiple use" as the management of the public lands and their various resource values so that they are utilized in the combination that will best meet the present and future needs of the American people.



BLM_0105706




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**

# What Land Area will the RMP Cover?

- The <u>planning area</u> boundary encompasses about 3.1 million acres and includes all lands regardless of land ownership.

- The <u>decision area</u> encompasses about 675,700 surface acres of BLM land and about 2.2 million acres of federal mineral estate

  - Excludes private lands, state lands, federal lands not administered by BLM, and BLM lands within the Dominguez-Escalante and Gunnison Gorge National Conservation Areas



Uncompahgre Planning Area

Cooperating Agency & RAC Subgroup Meetings
May 2010



BLM_0105707



**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**





| Uncompahgre RMP Planning Area | |
| --- | --- |
| **Land Status** | **Acres** |
| Bureau of Land Management | 675,700 |
| US Forest Service | 1,249,100 |
| Private | 1,126,300 |
| National Park Service | 27,100 |
| State (including CDOW) | 18,400 |
| City | 900 |
| **Total:** | **3,097,500** |

# Why Do We Plan?

- Establish desired outcomes to guide future land management actions
- Respond to new issues, laws, regulations, policy, or changed circumstances
- Establish a balance between resource use and resource protection
- Land use plans are foundation of project-level decisions
- Land use plans define allowable and sustainable uses
- Land use plans provide basis for legally defensible resource decisions



BLM_0105708




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**

# What decisions will be made in the RMP?

- Land use plan decisions are broad-scale multiple use decisions that will guide future management actions.
- Decisions establish goals & objectives for resource management.
- Decisions identify lands that are open or closed for certain uses.
- Decisions provide comprehensive management direction for and allocate use of resources.
- Implementation planning is tiered to the RMP.

## Conceptual Planning Process & BLM Documents

| 1. Frame the problem & gather information | 2. Develop possible solutions | 3. Make decisions |
|---|---|---|
| ☐ Pre-plan | ☐ Draft RMP / EIS | ☐ Approved RMP / Record of Decision |
| ☐ Analysis of the Management Situation | ☐ Proposed RMP/ Final EIS | |
| ☐ Scoping Report | | |

Planning → Implementation → Monitoring → Evaluation → Planning



BLM_0105709




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**





Cooperating Agency & RAC Subgroup Meetings
May 2010



BLM_0105710




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**







BLM_0105711



**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**







Cooperating Agency & RAC Subgroup Meetings
May 2010






**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**

# Uncompahgre RMP
# Planning Issues

- **Issue 1:** Air, Soil, Water Resources, Vegetation, Fish and Wildlife, Special Status Species, Special Designation Areas (ACECs, WSR, WSAs and lands with wilderness characteristics, scenic byways)
- **Issue 2:** Energy development, Mining and Minerals, Renewable Energy Development
- **Issue 3:** Recreation, Travel Management, Livestock Grazing, Forestry, Noise, Visual Resources, Wildland Fire Management
- **Issue 4:** Lands and Realty
- **Issue 5:** Cultural, Heritage, and Paleontological Resources, and Native American Religious Concerns
- **Issue 6:** Social and Economic Concerns

# Scoping Results: Planning Issues



Cooperating Agency & RAC Subgroup Meetings
May 2010




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**






Cooperating Agency & RAC Subgroup Meetings
May 2010



BLM_0105714




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**





Cooperating Agency & RAC Subgroup Meetings
May 2010



BLM_0105715




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**



Definitions

Issues and Opportunities
Management Units
Goals
Objectives
Allocations
Mgmt. Actions
Monitoring Actions

## BLM 9-Step Planning Process

1. **Planning Issues Identification**
2. **Planning Criteria Development**
3. **Data and Information Collection**
4.  Analysis of the Management Situation
5. **Alternatives Formulation**
6. **Alternatives Assessment**
7. **Preferred Alternative Selection**
8. **Management Plan Selection**
9. **Implementation and Monitoring**

Cooperating Agency & RAC Subgroup Meetings
May 2010






**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**

# Planning Process to Date

- Community Assessment (2009)
- Tribal consultation
- Scoping
- Visual resource inventory
- Economic workshops
- Recreation focus groups
- Class I paleontological resources overview
- Class I cultural resources overview
- Coal potential report
- Renewable energy potential report
- Wild and Scenic Rivers eligibility report
- ACEC evaluation report
- Data sets – GIS, AMS, ACEC report, WSR study, etc.



Alternative Development Process



BLM_0105717




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**





Cooperating Agency & RAC Subgroup Meetings
May 2010



BLM_0105718




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**

## What about compliance with the National Environmental Policy Act (NEPA)?

- The BLM will prepare an Environmental Impact Statement concurrently with the plan development

- EIS will provide more rigorous analysis of the spatial and inter-linkages of impacts

## Alternative Development Process

- BLM ID Team meetings in June–October 2010
- Capture input using a matrix
- ID Team homework
- Resources or geographic priorities
- Provide summary presentations at Cooperating Agency/RAC Subgroup meetings
- Key question:  Are we missing anything?



BLM_0105719




**USDI, Bureau of Land Management – Uncompahgre Field Office**
**Resource Management Plan – Overview of the Project and Planning Process**

# Planning Challenges

- Large, complex human and natural landscapes
- Lack of information
- Competing interests and values
- Multiple jurisdictions
- Growing urban interface
- Rising recreation demand
- Changing demographics and stakeholder groups
  - Aging boomers
  - Recent immigrants
  - Second/third homeowners

# How long will the planning effort take to complete?

- Goal: Record of Decision in Summer/Fall 2013
- Scoping: December 2009 – March 2010
- Alternative Development: June 2010 – February 2011
- Draft RMP/EIS: Spring 2012
- Proposed RMP/Final EIS: Spring 2013



*FINE PRINT:  Certain constraints to the planning process may affect the time to complete the plan or affect how the plan is developed.*

Cooperating Agency & RAC Subgroup Meetings
May 2010

EMPS

BLM_0105720



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401



## Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup
*May 27, 2010*

**The Need**
*The initial task is to create reasonable and acceptable action alternatives for the Draft Resource Management Plan (RMP) / Environmental Impact Statement (EIS).*

**The Assignment**
*The participants of both groups are tasked with providing advice to ensure that the alternatives adequately reflect public comment.*

**The Sideboards**
*The BLM Uncompahgre Field Office considers to the extent possible and incorporates, as appropriate, the information and comments provided by the Cooperating Agencies and RAC Subgroup into appropriate planning documents. However, the BLM is responsible for the preparation and quality of planning documents and will make all final determinations on their content. The BLM also is responsible for choosing the preferred alternative in the Draft RMP/EIS.*

### COOPERATING AGENCIES

**Background**
The Council on Environmental Quality's regulations implementing the National Environmental Policy Act (NEPA) allow federal agencies (as lead agencies) to invite tribal, state, and local governments, as well as other federal agencies, to serve as Cooperating Agencies in the preparation of EISs. Being a Cooperating Agency allows agencies to take on additional roles and responsibilities beyond basic public participation opportunities. Cooperating Agencies have obligations to contribute staff to the RMP/EIS team, assist with analysis for which they have particular expertise, and fund their own participation.

**Why Have Cooperating Agencies?**
The Cooperating Agencies have both jurisdictional responsibilities and special expertise in many planning-related arenas. The BLM believes that by working closely governmental partners, we will improve communication and understanding, identify common goals and objectives, and enhance the quality of our management of the public lands. Cooperating Agencies sign Memorandums of Understanding (MOUs) to formally assist the BLM.

**Responsibilities**
Cooperating Agencies work closely with BLM and other agencies throughout the RMP/EIS process to:
- identify issues and concerns to be addressed in the planning effort;
- provide relevant data;

BLM_0105721

- review and comment during specific review periods on preliminary baseline and other technical reports (as appropriate to each agency);
- review and comment during specific review periods on the preliminary Draft EIS;
- conduct a consolidated comprehensive review of the Draft EIS; and
- assist with analyzing and reviewing public comments and data on the Draft EIS while developing the Proposed RMP/Final EIS.

Specific responsibilities are outlined in sections V, VI, and VII of the Memorandum of Understanding.

## Reporting
Report to the BLM that the communities within the planning area agree on the range of alternatives in their respective areas, and that the alternatives are a reasonable place to start the analysis (Draft RMP/EIS) and solicit public to comment through the Draft RMP/EIS process.

## SOUTHWEST RESOURCE ADVISORY COUNCIL SUBGROUP

### Background
The Southwest Colorado Resource Advisory Council (RAC) advises the Secretary of the Interior, through the BLM, on a variety of public land issues in southwestern Colorado. A subgroup has been formed under the RAC to advise it regarding the Uncompahgre RMP revision.

### Why Have a Resource Advisory Council Subgroup?
The seven individuals on the subgroup, plus two RAC members, represent a broad range of interests and have specific knowledge of the Field Office. Recommendations developed by this subgroup will be presented formally for discussion to the Southwest RAC at publicly announced meetings of the full Southwest RAC.

### Responsibilities
The primary role of the RAC Subgroup is ensuring that the range of alternatives for the Draft RMP/EIS is reasonable and addresses specific groups' concerns. There may be some topics that the group is more interested in than others, and the BLM will bring specific resources and issues to the subgroup for their input. The subgroup will not weigh in on everything, although they will review the final internal draft alternatives for a "thumbs up/thumbs down" determination.

The subgroup should be active/participatory rather than just being there to observe. The role is advisory, thereby serving as a sounding board on specific topics. The purpose is not consensus; it is to provide input on the range of alternatives. All meetings are open to the public; each meeting agenda must provide a public comment/question period at the end.

RAC Subgroup participants are officially recognized under the Federal Advisory Committee Act (FACA). As such, participants cannot change representatives throughout the process; participants must be consistent. Others can attend, listen, comment, and/or ask questions during public comment period at the end of each meeting. However, only RAC-sanctioned subgroup representatives can formally participate in the discussion or vote.

### The Role of the Southwest RAC Members on the RAC Subgroup is to:
- Help with facilitation;
- Bring concepts/recommendations to the Southwest RAC; and
- Participate in the dialog.

**Reporting**

The Southwest RAC member on the RAC Subgroup will report to the Southwest RAC to ensure that: 1) the BLM has adequately represented RAC Subgroup members' interests within the range of alternatives; and 2) the alternatives are a reasonable place to start the impact analysis and solicit public comment on the Draft RMP/EIS. Recommendations developed by the RAC Subgroup will be presented formally to the Southwest RAC for deliberation and consideration at publicly announced meetings of the full Southwest RAC.

## TIMELINE

The timeline is to accomplish the assignment, ensuring that the range of alternatives for the Draft RMP/EIS is reasonable and addresses specific groups' concerns, in six meetings between now and January 2011.

| Sample Cooperating Agency and RAC Subgroup Meeting Schedule | | |
|---|---|---|
| **Cooperating Agency Meeting Date** | **RAC Subgroup Meeting Date** | **Subject** |
| Thursday, May 27, 2010 (1-5pm) | Thursday, May 27, 2010 (9am-12pm) | Organization (for the RAC Subgroup), RMP background, general direction |
| Thursday, June 24, 2010 (1-5pm) | Friday, June 25, 2010 (9am-12pm) | 1st of 5 meetings to discuss specific resources/resource uses |
| Thursday, July 22, 2010 (1-5pm) | Friday, July 23, 2010 (9am-12pm) | 2nd of 5 meetings to discuss specific resources/resource uses |
| Thursday, August 19, 2010 (1-5pm) | Friday, August 20, 2010 (9am-12pm) | 3rd of 5 meetings to discuss specific resources/resource uses |
| Thursday, September 30, 2010 (1-5pm) | Friday, October 1, 2010 (9am-12pm) | 4th of 5 meetings to discuss specific resources/resource uses |
| Thursday, January 6, 2011 (1-5pm) | Friday, January 7, 2011 (9am-12pm) | 5th of 5 meetings to discuss specific resources/resource uses; wrap-up and "thumbs up" on the range of alternatives |



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

## Highlights of the Resource Management Planning Process to Date
*May 27, 2010*

- Notice of Intent (NOI) – 2/25/2010

- Scoping period – 12/23/2009 to 3/29/2010

- Scoping report – draft completed 5/25/2010

- Tribal consultation – initiated 2009 (ongoing)

- Community Assessment – report completed 2/2009

- Visual Resource Inventory – report completed 9/2009

- Analysis of Management Situation (AMS) report – draft completed 5/2010

- Economic workshops (6 communities) – held 3/2010

- Socioeconomic baseline assessment – draft report completed 4/26/2010

- Class I paleontological resources – report completed 2/2010

- Oil & Gas Reasonable Foreseeable Development (RFD) Scenario – draft report anticipated 6/2010

- Mineral potential report (excluding coal) – anticipated 7/2010

- Coal potential report – final report completed 4/26/2010

- Renewable energy potential report – final report anticipated 5/2010

- Class I cultural resources overview – draft report completed 4/2010

- Coordination with Cooperating Agencies – invitations sent 1/23/2009; meetings planned from 5/27/2010 forward

- ACEC evaluation report – underway; draft report anticipated 6/2010

- Wilderness characteristics report – draft report anticipated 7/2010

- Air quality report – anticipated 10/2010

- Wild and scenic rivers – draft eligibility report 12/2009; final eligibility report anticipated 6/2010; suitability report to follow

- Recreation focus groups – completed 3/2010; report anticipated 6/2010

- Alternatives development – anticipated 6/2010 through approximately 3/2011

BLM_0105724

 

# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

## Planning Issue Statements

**Issue 1: How will vegetative resources, terrestrial and aquatic habitat, water resources, and special management areas be managed, while maintaining biological diversity and native species populations?**

*Soil, Water, Air*
Soil resources are managed to maintain or improve watershed condition and function, and to minimize surface disturbing activities that result in accelerated erosion rates. Additionally, soils derived from Mancos shale are managed to minimize off-site transport of sediment, salinity, and Selenium.

Surface water quality of the area's streams and lakes will remain compliant with Colorado state water quality classifications, designations, and numeric standards. Water rights needed to support resource values on public land will be pursued where needed, including instream flow water rights. Existing water rights for beneficial uses on public lands are protected by monthly monitoring of water right application résumés and needed actions are implemented. The beneficial uses of existing instream flow water rights on public lands are protected through needed terms and conditions on future rights-of-way applications for water diversions.

The RMP will identify desired outcomes for soil and water resources, including the standards and goals found in the Clean Water Act.

The Uncompahgre Field Office (UFO) will ensure compliance with all applicable local, state, and federal air quality laws. The Uncompahgre Planning Area has three Class I airsheds: Black Canyon of the Gunnison National Park and Wilderness, West Elk Wilderness, and Maroon Bells-Snowmass Wilderness.

*Questions to be Addressed*
- What are the desired outcomes and area-wide criteria or restrictions that apply to direct or authorized emission-generated activities? Outcomes and criteria are identified in cooperation with the appropriate air quality regulatory agency, and are in compliance with state and federal laws, statutes, and plans.
- How should the UFO manage public lands within and around municipal watersheds (source water areas)? What are the municipal watersheds (source water areas)?
- Where are soils that are subject to salinity and leaching of selenium located? What measures or practices are necessary to maintain or reduce salinity to the Colorado River Basin?
- Identify areas that are prone to mass wasting and that have a severe soil erosion potential. What management practices should be implemented? What are the limits to other uses and activities?

BLM_0105725

- What, if any, restrictions or other protective measures are needed on future water diversions out of surface water streams and lakes in order to protect aquatic species and fisheries (including endangered Colorado River fish and to comply with the Endangered Species Act)?
- Where is in-stream flow or point source water (rivers, streams, springs, reservoirs, and seeps) protection needed to protect or enhance aquatic plant and animal habitat?
- What current water rights held by BLM or its permittees need to be protected or maintained?
- How should wetland and riparian habitat be managed in regards to water rights?
- Which watersheds or specific soils need special protection from the perspective of human health concerns, ecosystem health, or other public uses? Where are the priority areas on the landscape?
- What, if any, area-wide use restrictions or other protective measures are needed to meet national and state water quality requirements, standards, and regulations?
- What are the desired wetland and riparian area width/depth ratios, stream bank conditions, channel substrate conditions, and large woody material characteristics?
- What are the desired outcomes/conditions for rivers, streams, (including standards or goals under the Clean Water Act)?
- What measures, including filing for water rights under applicable State or Federal permit procedures, are needed to ensure water availability for multiple use management, and functioning healthy wetland or stream systems?

*Management Concerns*
- To what degree is air quality impacted by activities, such a wildfire, prescribed fire, hard rock mining, oil and gas, dust from roads, other.
- How do we estimate criteria air pollutants, and address hazardous air pollutants and greenhouse gasses?
- Future diversions need protections (stipulations) to ensure water rights are protected.
- The UFO needs to work and coordinate with two water roundtables.

### *Special Management Areas (including ACECs, Wild and Scenic Rivers, Wilderness, and Wilderness Study Areas)*

The Uncompahgre planning area has six Areas of Critical Environmental Concern (ACEC) designated, contains all or portions of five wilderness study areas (WSA), and has one congressionally designated special area. The UFO has commenced a preliminary Wild and Scenic Rivers inventory, including identification of free-flowing segments and potential outstandingly remarkable values. As part of the RMP effort, the UFO will need to determine eligibility, potential classification, and suitability. While determining eligibility and suitability, the UFO will work with two water roundtables, the San Miguel Watershed Coalition, and other interested parties. The planning area also contains portions of the historical Old Spanish Trail, and portions of the historical Dominguez/Escalante trail.

**Special Management Areas within the Uncompahgre Planning Area**

| ACEC | | |
|---|---:|---|
| Name | Acres | ACEC Designation |
| Adobe Badlands | 6,383 | Outstanding Natural Area |
| Needle Rock | 83 | Outstanding Natural Area |
| Fairview | 374 | Research Natural Area |
| San Miguel | 22,841 | ACEC |
| **Wilderness/WSA** | | |
| Name | Acres (in UFO)[2] | Acres (Total) | Type |
| Tabeguache Area | 8,280 | 8,280 | Congressionally designated area |

| Wilderness/WSA (continued) | | | |
|---|---|---|---|
| Adobe Badlands | 10,273 | 10,273 | WSA |
| Camel Back | 10,660 | 10,660 | WSA |
| Sewemup | 1,728 | 19,566 | WSA |
| Dolores River Canyon | 13,353 | 30,116 | WSA |

[1] A portion of the Gunnison Sage-grouse ACEC (5,666 acres) is within the Gunnison Gorge National Conservation Area RMP planning area. That portion of the ACEC will not be considered in the Uncompahgre RMP.
[2] Three WSAs cross field office boundaries, and are shared with the UFO and an adjacent BLM Field Office. This column shows the acres within the RMP Planning Area.

*Questions to be Addressed*
- Which existing ACECs (includes Research Natural Areas and Outstanding Natural Areas) need to be re-affirmed? Which ACECs should be expanded? Which ACECs should be dropped?
- Should any special or outstanding vegetation sites be designated as an Outstanding Natural Area or Research Natural Area? If so, these should be designated as a type of ACEC.
- Should any cultural, historic, or paleontological sites be designated as a Research Natural Area? If so, these should be designated as a type of ACEC.
- Should any areas with other special features be considered for ACEC status?
- What are the specific goals, standards, and objectives for each ACEC, as well as general management practices and uses, including necessary constraints and mitigation measures?
- Identify goals and objectives to protect resource management (in regards to WSAs), and actions necessary to achieve these goals and objectives.
- Update WSA protection to include no motorized or mechanized travel.
- What actions are needed to protect wilderness values against impacts from unauthorized uses such as off-highway vehicle (OHV) use, mountain bike use, and others?
- What monitoring indicators, or Limits of Acceptable Use, will be established to determine when wilderness values are being impacted to an unacceptable degree?
- What decisions are needed to protect or preserve wilderness characteristics? For authorized activities, what conditions of use should be required to avoid or minimize impacts to wilderness characteristics?
- Identify management direction for WSAs, in the event they are released from wilderness consideration by Congress. Manage WSAs under the interim management policy until they are designated wilderness or released by Congress.
- What decisions and actions are needed to protect the outstandingly remarkable values and free-flowing characteristics of stream segments that are determined to be suitable? Are current management plans and actions consistent with protection of those values?

*Management Concerns*
- How should the UFO address/consider interest group proposals in the management of public land? For example:
  o The Colorado Natural Heritage Program Networks of Conservation Areas and Potential Conservation Areas.
  o The Southern Rockies Wildland Vision to protect biodiversity (http://www. restoretherockies.org/vision_doc.html).
  o Center for Native Ecosystems.
- How can the UFO work more efficiently and effectively with private landowners adjacent to special management areas to reduce impacts?

*Vegetation*
Upland vegetation in the UFO provides the foundation for many resources. A healthy cover of perennial vegetation stabilizes the soil, increases infiltration of precipitation, slows surface runoff, prevents erosion, and provides clean water to adjacent streams. A healthy and structurally diverse

BLM_0105727

plant community also provides wildlife habitat (including big game crucial winter range and habitat for candidate, sensitive, proposed, or threatened and endangered wildlife and vegetative species), and visual aesthetics.

Riparian plant communities exist throughout the landscape of the planning area, and are productive and ecologically valuable. They attract populations of mammals, birds, amphibians, help protect water quality, and provide habitat for diverse vegetation communities. Riparian vegetation and its ability to stabilize stream banks is critical to the proper functioning condition of the systems. If the riparian vegetation is in poor condition, the streams will lose their ability to dissipate energy from high flow events and will be less resistant to other impacts, including livestock grazing, vehicle traffic, and recreation activities.

Noxious weeds alter the structure, organization and function of many ecosystems. A healthy plant community void of noxious weeds responds better and is more resilient to natural and manmade disturbances without costly rehabilitation efforts. Conversely, communities with noxious weeds have less native vegetation, increased soil erosion, decreased soil infiltration, decreases in soil microbes and nutrients (depending upon the noxious weed), and decreased cover, shelter and forage for livestock and wildlife. Many noxious weeds also have an allelopathic effect on the germination and seedling establishment of other native species, decreasing native diversity and increasing rehabilitation costs.

In the UFO, noxious weeds have been increasing in frequency with new infestations yearly. With increased growth of the surrounding communities, quality recreation experiences, and an increase in demand for the use of public lands, that trend is going to be difficult to reverse without public education. Educating the public will increase the awareness of noxious weeds and help to reduce spread. Initiation of an early detection rapid response program along with a diligent Integrated Weed Management Program will reduce noxious weed presence, and protect and enhance the native ecosystems for the future.

*Questions to be Addressed*
- Identify desired outcomes for vegetative resources to provide for livestock forage and for native plant, fish, and wildlife habitats.
- What are the desired outcomes for vegetative resources, including the desired mix of vegetative types, structural stages, landscape and riparian functions? (Includes goals and objectives that may be established at multiple stages, as well as reclamation standards).
- What are the specific desired outcomes for special status plant species? What are the management actions that will be needed to conserve and recover special status plant species?
- What are the Best Management Practices for riparian management? What are the criteria for rehabilitating at-risk or non-functioning sites?
- What are the desired outcomes/conditions for riparian areas (including standards or goals under the Clean Water Act)?
- How will riparian and wetland systems be managed to improve or maintain habitat quality for fish, wildlife, plants, and invertebrates?
- Where is digging/removal of transplants allowed (office-wide, specific areas)? What stipulations should be attached to the permit (distance allowed off the road, stump height, season of gathering, species of plants, other)?
- How will Land Health Assessments, Proper Functioning Condition assessments, and monitoring be used to make better decisions and to mitigate land uses?
- Where are wildfire fuels reduction projects desired? Should they meet multiple objectives?

BLM_0105728

- Should important vegetation corridors be designated (to allow for plant migration) and where, and what measures are needed to protect them?
- How will management actions adapt for moderate and severe drought conditions?
- Where are commercial seed collectors allowed (or not allowed) to harvest seed? If allowed, does the location vary by species? What conditions should be applied to a permit to collect seed commercially? Are there any restrictions on species for collection?
- What are the guiding principles for seeding in regards to reclaiming disturbed areas? When should seeding natives be required, when can exceptions be made, and to what degree?
- What is the desired outcome and management strategy in regards to noxious weed management?
- Are there additional noxious weed prevention measures (best management practices) required?
- Should biomass harvesting for energy production be allowed? If so, at what scale, and where (office-wide, specific types of areas)? What stipulations should be attached to a permit or contract?
- What areas have ecological importance? Are there areas that need to be designated for priority plant and animal habitat, including special status species and populations of plant species recognized as significant, for at least one factor such as density, diversity, size, public interest, remnant character, or age? What actions or area-wide use restrictions are needed to achieve desired conditions?
- Identify old growth forest and woodland stands, or describe a process for identifying old growth stands based on structure and composition characteristics.
- Provide management direction to maintain or to contribute toward the restoration of the structure and composition of old growth forest stands.

*Management Concerns*
- What watersheds, wetlands, or specific stream segments need special protection in regards to human health concerns, ecosystem health or other issues?
- What areas are of ecological importance, and how do we use these areas to address broader landscape functions and processes (e.g. fragmentation, diversity)?
- Which new special status plants and significant plant communities have been identified since the last RMP? Where are these plant populations located? How will we manage (protect) them?
- How can local management of public lands mitigate global issues, such as climate change (e.g. biomass utilization, carbon sequestration, alternative fuels, others).
- How can adaptive management be incorporated into the RMP (applies to many topics)?

### Special Status Species

Special status species include animal or plant species that are formally designated by the US Fish and Wildlife Service (USFWS) as federally endangered or threatened, proposed for listing, or are candidates. They also include those species designated by Colorado Division of Wildlife as state endangered or threatened species, and those identified as BLM sensitive species in the state of Colorado. Responsibilities for management of federally listed proposed or candidate species are outlined in the Endangered Species Act and the BLM Manual 6840. The policy for management of federally listed species is to not authorize, fund or implement any actions that are likely to jeopardize the continued existence of listed species, or destroy or adversely modify designated critical habitat, and to develop programs to conserve listed species.

Of special interest for the development of the Uncompahgre RMP are the clay-loving wild buckwheat, Gunnison sage-grouse, Gunnison prairie dog, and white-tailed prairie dog. During the RMP plan development period, it is highly likely that one or more of these species' Federal status may change.

BLM_0105729

The USFWS was petitioned to reevaluate and re-designate critical habitat for the clay-loving wild-buckwheat over the known range of the species. Recently a lawsuit decided that the USFWS must proceed on the evaluation and re-designation of critical habitat.

In addition, the USFWS has been sued by the Western Environmental Law Center over their 2006 "not warranted" decision for the listing of the Gunnison sage-grouse With the April 2008 Federal Register 90 day finding that a consideration of listing is warranted for the greater sage-grouse, a similar decision may come for the Gunnison subspecies.

In February 2008, the USFWS announced the 12-month finding that the Gunnison prairie dog is not threatened or endangered throughout all of its range, but that the portion of the current range of the species located in central and south-central Colorado and north-central New Mexico (the northeastern portion of the range) represents a significant portion of the range where the Gunnison's prairie dog is warranted for listing under the Act. Currently the species' listing is precluded by higher priority actions, and is considered to be a Candidate species.

In July 2007, the USFWS announced plans to review and take further action, as appropriate, for eight decisions made under the Endangered Species Act, after questions were raised about the integrity of the scientific information used and whether the decisions made were consistent with appropriate legal standards. The status of the white-tailed prairie dog is in the process of being evaluated.

### Federally Listed Species for the Uncompahgre Field Office[1]

| Common Name | Scientific name |
| --- | --- |
| **Endangered** | |
| Black-footed Ferret | Mustela nigripes |
| Bonytail | Gila elegans |
| Clay-loving Wild Buckwheat | Eriogonum pelinophilum |
| Colorado Pikeminnow | Ptychocheilus lucius |
| Humpback Chub | Gila cypha |
| Razorback Sucker | Xyrauchen texanus |
| **Threatened** | |
| Canada Lynx | Lynx canadensis |
| Mexican Spotted Owl | Strix occidentalis |
| Uinta Basin Hookless Cactus | Sclerocactus glaucuc |
| **Candidate** | |
| Yellow-billed Cuckoo | Coccyzus americanus |
| Gunnison Prairie Dog | Cynomys gunnisoni |

[1]In accordance with an updated species list (Feb.7, 2008) provided by Allen Pfister of the FWS, the following species were removed from the UFO threatened and endangered species list: southwestern willow flycatcher (does not occur within the UFO), Uncompahgre fritillary butterfly (does not occur within the UFO), DeBeque phacelia (does not occur within the UFO). On June 28, 2007, Secretary of the Interior Dirk Kempthorne announced the removal of the bald eagle from the list of threatened and endangered species.

*Questions to be Addressed*
- What are the desired outcomes, strategies, restoration opportunities, use restrictions, and management actions needed to conserve and recover special status species?
- What are the conditions of available habitats for special status species known to occur in the UFO, and how do we protect them?

BLM_0105730

- What is the appropriate mix of habitat types and native vegetation communities across the landscape needed to maintain special status species, or to move toward recovery?
- What land uses need to change, and what management activities are needed to help conserve sagebrush habitat (for sage-grouse)?
- How should the UFO address degradation or loss of habitat for sensitive species as a result of residential growth adjacent to public lands and rights-of-way adjacent to and through public lands?
- What are the appropriate best management practices for conservation measures?

*Management Concerns*
- What actions can the UFO implement to take a more proactive role to conserve listed and sensitive species?
- Are there species or habitats not already identified that should be designated as "Special Status" on public lands?
- How will the UFO accommodate additional species as they are listed? How will adaptive management be applied to Threatened and Endangered or special status species through coordination with Colorado Division of Wildlife and USFWS?
- Critical habitat for clay-loving wild buckwheat is currently being re-evaluated and may expand to a much larger area than currently exists. How does the UFO best deal with this uncertainty in the RMP?
- The Federal listing status for the Gunnison sage-grouse, Gunnison prairie dog, white-tailed prairie dog and potentially others may change during the writing of the RMP. How does the UFO best deal with this uncertainty in the RMP?

### Fish and Wildlife (Including Migratory Birds)

Public lands in the planning area provide habitat for a variety of wildlife and fish species. Special management attention may be needed to restore, maintain, or enhance priority species and their habitats. Increased uses throughout the planning area have the potential to impact wildlife populations and their habitats if not properly managed. These increased uses include energy development, recreation use (motorized and non-motorized) and rights-of-ways for private access and utilities. Integrating habitat management with other resource programs requires careful planning to minimize impacts to wildlife species and their habitats, while still providing for other uses on the public lands.

Public lands are important habitat for many types of wildlife and fish including some threatened, endangered, and/or sensitive species. The habitat on public lands is becoming increasingly important as a result of loss of habitat on private lands because of development and the fragmentation of historic habitat that crossed public and private lands. Wildlife and fish populations, and their habitat, are impacted by a variety of uses, such as energy development, mineral development, grazing, motorized and mechanized use, recreation, and by natural events such as wildfire and insect outbreaks.

*Questions to be Addressed*
- Which areas are important for various species or groups of wildlife (big game, winter range, small game, birds, fish, raptors), and how should they be managed? Do some species have significant effects on the ecosystem and should population size of those species be changed? Are there any priority species, habitats, and populations of fish and wildlife which are recognized as significant?
- Under what circumstances should native animal species be introduced or re-introduced, and what, if any, would be the resulting constraints on other land uses should that occur?

BLM_0105731

- How will the UFO address wildlife migration corridors and connectivity between wildlife populations? What is the connection between BLM, other federal and private land in providing habitat and migration corridors? What, if any, implications does private land development have on management of public lands, and what kinds of cooperation are needed between BLM and other agencies/private land owners to maintain adequate habitat?
- How should migratory bird habitat be managed and monitored? Which management activities affect migratory birds? What is BLM's responsibility in multi-agency efforts to monitor migratory bird population trends? What is needed to comply with the Migratory Bird Treaty Act and avoidance of "take" of migratory birds?
- How will riparian and wetland systems be managed to improve or maintain habitat quality for fish and wildlife?
- What are the desired future conditions for major wildlife habitat types that support a wide variety of game, non-game, and migratory bird species? What are the actions and area-wide use restrictions needed to achieve desired population and habitat conditions while maintaining a thriving natural ecological balance and multiple-use relationship? The state's role in managing fish and wildlife will be acknowledged.
- Identify actions and area wide use restrictions needed to achieve desired populations and habitat conditions while maintaining a thriving natural ecological balance and multiple-use relationships.
- What are the essential fish habitats for federally managed fish species? What are the water needs for wildlife and fish within the area?
- Should impacts of allowable activities and uses be managed to maintain or improve wildlife and fish habitat? What is the appropriate balance between providing adequate habitats and allowing activities that can affect habitats?
- How should conflicts between different species be handled?
- What is the appropriate animal damage management policy for various areas?

*Management Concerns*
- In coordination with Colorado Division of Wildlife, determine how we can best manage the increasing amount of deer and elk antler collection on UFO lands and the resulting impacts to resources (such as wildlife populations, soils, vegetation).
- How should the UFO address/consider interest group proposals in the management of public land? For example:
- The Southern Rockies Ecosystem Project statewide assessment of wildlife linkages (Linking Colorado's Landscapes) to protect biodiversity (http: //www. restoretherockies.org/linkages.htm).
- Determine how to implement existing BLM and state-wide RMP amendments (e.g. sage-grouse amendment).
- How is deer and elk winter range changing? What are the implications of increased development of private lands on big-game winter range and migration corridors?

## Issue 2: How will energy and minerals resources be managed?

### Coal

Coal mining has been, and will continue to be, active in the planning area. Four active coal mines, with three underground mines holding federal coal leases and one surface mine expressing future interest in federal coal operate within the field office jurisdiction. The three active mines holding federal coal leases are in a region locally known as "The North Fork Valley". Those operations will be extracting and selling federal coal and fee coal at about a 9 to 1 ratio until about 2011, when federal coal will be 100 percent of extraction and sales. Federal coal production is expected to range from 14 million to 18 million tons per year and yield an average of $27 million in royalties each year. The UFO has complex coordination with the Grand Mesa, Uncompahgre and Gunnison National Forest, as much federal coal underlies the forest. The fourth active surface mine extracts fee coal at

BLM_0105732

a location near the town of Nucla, Colorado, with potential for expanding on federal coal under fee surface. Many areas with coal are split-estate. Some areas with private surface and federal coal have houses or subdivisions being built. There is the potential for continued exploration of federal coal in all known coal areas which could result in additional leasing and mining beyond 2025.

There is the possibility of coal and gas interests on the same piece of ground. Exploration and development of both resources could occur concurrently or sequentially; furthermore, in an effort to prevent losses or bypass of either resource, BLM prefers to manage potential conflict by giving coal exploration and development priority to a 3,500 foot depth. Nevertheless, the first company to obtain a federal lease (gas or coal) has the first right to develop the resource. If a gas company were to drill first, the coal company would have the responsibility to protect the gas improvements (holes, facilities). If a coal company were to mine first, the gas company would have the responsibility to protect the mine workings especially with respect to the safety of the miners.

Environmental organizations have appealed the US Forest Service over their decision to consent to surface improvements that allow venting methane from a proposed underground coal mine. The appeal addresses the impacts of methane venting on climate change. Currently the laws and regulations governing federal mineral and surface management agencies do not disallow methane venting from coal mines, or require those agencies to mitigate methane emissions.

*Questions to be Addressed*
- What best management practices, lease stipulations, and conditions of approval will be employed in areas open to leasing?
- What are the short and long-term resource condition objectives for areas currently under development, and for new leases, which would guide reclamation activities prior to abandonment?
- Which areas are acceptable for consideration for leasing, subject to existing laws, regulations, and formal orders? What are the terms and conditions of the standard lease form?
- What areas should be closed to leasing? (These are areas where it has been determined that other land uses or resource values cannot be adequately protected with even the most restrictive lease stipulations; appropriate protection can be ensured only by closing the lands to leasing.)
- Which areas are unsuitable for surface mining of coal under the criteria set forth in 43 CFR 3461?
- For areas where coal leasing is acceptable, which areas are suitable for development by all mining methods (e.g. surface, underground)?
- What special conditions must be met for coal leasing and development, including measures to protect other resource values?

*Management Concerns*
- How do we address coal leasing and coal-bed methane development?
- How do we deal with split estate coal in areas that have, or could potentially have, housing developments?
- Are current mitigation measures and reclamation for mining maintaining or improving land health?
- How should the UFO deal with coal bed methane venting (drainage) and cumulative impacts?
- What are the potential conflicts where federal coal development involves private surface?

## Oil and Gas
The UFO has two main areas for oil and gas production: the north fork area located in the northeast part of the planning area; and the southwest part of Montrose County. The UFO oil and

BLM_0105733

gas program has been expanding over the last four years. The UFO has seen a tremendous increase in leased parcels, and in the number of Applications for Permit to Drill. We expect to see more field development plans.

*Questions to be Addressed*
- Should there be a density limit (density cap) on oil/gas wells and pads in critical winter range? If so, should the cap be on the number of wells drilled or pads constructed per year, or the total number allowed? How is density measured – number per section, number per winter range, or other?
- How can we encourage or mandate concentrated, multi-well pads, and smaller pads?
- Should noise limitations or restrictions be applied to Oil and Gas activities, and what are they?
- How should RMP and oil/gas leasing availability decisions be coordinated so that infrastructure needs (roads, pads, pipelines) for oil and gas development are compatible with desired conditions for specific areas of land?
- What are the pertinent issues surrounding split-estate lands and impacts to surface owners? What can be done to resolve these issues in the RMP?
- Which areas should be open to leasing, subject to existing laws, regulations, and formal orders; and terms and conditions of the standard lease form?
- Which areas should be open to leasing, subject to moderate constraints such as seasonal and controlled surface use restrictions? (These are areas where it has been determined that moderately restrictive lease stipulations may be required to mitigate impacts to other land uses or resource values.)
- Which areas should be open to leasing, subject to major constraints such as no-surface-occupancy stipulations? (These are areas where it has been determined that highly restrictive lease stipulations are required to mitigate impacts to other lands or resource values.)
- Which areas should be closed to leasing? (These are areas where it has been determined that other land uses or resource values cannot be adequately protected with even the most restrictive lease stipulations; appropriate protection can be ensured only by closing the lands to leasing.)
- What best management practices, lease stipulations, and conditions of approval will be employed in areas open to leasing?
- What are the long-term resource condition objectives for areas currently under development which would guide reclamation activities prior to abandonment?
- For each lease stipulation, what are the circumstances for granting an exception, waiver, or modification? What are the general documentation requirements and public notification associated with granting exceptions, waivers, or modifications?
- Do constraints identified for new leases also apply to areas currently under lease?
- Do leasing and development decisions also apply to geophysical exploration?

*Management Concerns*
- What areas have high/medium/low potential for oil and gas development?
- What areas have high potential for coal-bed methane development?
- Are current oil/gas-related mitigation measures and reclamation adequate for maintaining or improving land health?
- How should the UFO address Colorado Division of Wildlife concerns for wildlife impacts from oil and gas development?

### Locatable Minerals (Includes Uranium, Vanadium, Base Metals, Precious Metals)

Since about 2004, due to global demand causing an unprecedented increase in price, uranium and vanadium minerals exploration and development activity in the Uncompahgre Planning Area has shown an exponential increase in the volume of permit applications. This trend is expected to continue in the future. Over 5,000 uranium-related mining claims have been filed over the past three

BLM_0105734

years, which is a significant increase over the volume seen during the previous 25 years. As other metals' prices (such as gold, silver, copper, molybdenum, lead, and zinc) continue to remain high, the UFO could see an increase in claim staking and permit applications associated with these commodities as well.

A uranium mill, located on private land within the Paradox Valley in western Montrose County, is currently in the permitting process. If this mill is approved, it could lead to an increase in uranium and vanadium mining activity in the western part of the planning area.

The Department of Energy has 10,732 total acres of withdrawn BLM land in the western part of the planning area, of which 4,488 acres have active uranium leases. Additional withdrawn lands are likely to be leased in the future. Although Department of Energy may lease BLM lands within the withdrawn area for uranium mining, the UFO is responsible for the surface management.

*Questions to be Addressed*
- What best management practices, reasonable stipulations, and resource constraints should be imposed on locatable mineral development to help meet resource objectives? Are they the same for all minerals? Are they different for various extraction methods?
- What are the short and long-term resource condition objectives for areas that potentially could be developed, which would guide reclamation activities prior to abandonment?
- Which areas are recommended for closure to locatable mineral exploration and development to protect natural resources in the area? (These areas must later be petitioned for withdrawal.)
- Should landing strips be allowed (e.g. for small aircraft utilized for mineral exploration and mining operations)?

*Management Concerns*
- Which potential locatable minerals does UFO have?
- What will be the increased activity from the Department of Energy uranium withdrawal area, and how much increased activity will be driven by the proposed uranium mill? What impacts will this have to surface uses and resources?

### Renewable Energy (Wind Energy, Solar Energy, Geothermal Energy)
UFO has not had any activity in the realm of wind energy, solar energy, or geothermal energy. The field office does have potential for renewable energy activity, so this needs to be proactively addressed. Decisions will be consistent with each of the BLM's renewable energy Programmatic EIS and Records of Decision.

*Questions to be Addressed*
- Which areas should be open to leasing, subject to existing laws, regulations, and formal orders; what will be the terms and conditions of the standard lease form?
- Which areas should be closed to leasing? (These are areas where it has been determined that other land uses or resource values cannot be adequately protected with even the most restrictive lease stipulations; appropriate protection can be ensured only by closing the lands to leasing.)
- What best management practices, lease stipulations, and conditions of approval will be employed in areas open to leasing?
- What are the short and long-term resource condition objectives for areas currently under development which would guide reclamation activities prior to abandonment?

BLM_0105735

*Management Concerns*
- What areas have potential for wind energy, solar energy, or geothermal energy development? (Review the applicable Programmatic EIS.)
- What is the current state of knowledge on effects from wind energy to migratory birds and bats?

### Mineral Materials (Includes Sand, Gravel, Moss Rock)

The saleable sand and gravel program has been stable for over 10 years. The program is expected to remain stable, and to potentially increasing in the near to long term. Growth could come from an increase in demand due to factors such as building construction, road maintenance, a demand from the uranium industry for their exploration and development roads, and other unforeseen economic growth. Moss rock permit sales to individuals have been stable.

*Questions to be Addressed*
- What areas should be open (or closed) to disposal of sand, gravel and other mineral materials?
- Where should UFO allow non-commercial mineral material gathering (for individual use)? How far off the road is a permitted individual allowed to travel in a vehicle, and what stipulations should be placed on permits?
- Where should commercial mineral material extraction be allowed, and what stipulations should be placed on permits?
- What terms, conditions, resource constraints or other special considerations should be imposed on mineral materials development to protect resource values?

*Management Concerns*
- Are current mitigation measures and reclamation maintaining or improving land health?

## Issue 3: How will human activities and uses be managed?

### Recreation

Recreation demands and expectations on public lands have greatly changed since completion of the RMPs for the Uncompahgre Basin (1989) and the San Juan/San Miguel (1985) Planning Areas. The planning area has a high level of tourism, continued local population growth, easy access from population centers, and expansion of residential areas in close proximity to public lands, all of which increase the demand for recreation use and the potential for resource damage on public lands.

Recreational activities occur throughout the planning area, and include motorized and non-motorized uses, horseback riding, hiking, motorcycle riding, mountain bike riding, photography, wildlife viewing, big and small game hunting, gold medal fisheries, sightseeing, rock climbing, whitewater rafting, canoeing, kayaking, and target shooting. The planning area has four Scenic Byways: West Elk, Unaweep/Tabeguache, Grand Mesa, and the San Juan Skyway. UFO has two major rivers that see a great deal of water sport and fishing: San Miguel/Dolores River, and the Lower Gunnison River.

All areas within the planning area have seen increasing visitation, user conflicts, and resource impacts. There has been an increased demand for special recreation permits for guide and outfitting services, fund raisers, competitive events, and other uses. There are about 70 permits each year within the planning area. The demand for amenities such as campgrounds, trail systems, and improved roads has also been increasing. There has also been an increasing demand for better user information, including maps, signs, brochures, and websites.

BLM_0105736

Dispersed camping, target shooting, unauthorized OHV use, illegal trash dumping and party sites are increasing throughout the area. This is creating additional management, resource, and safety concerns, as well as increased demand for law enforcement presence.

*Questions to be Addressed*
- How will commercial guide and outfitter use be managed?
- What best management practices, lease stipulations, and conditions of approval will be attached to special recreation permits in order to meet resource objectives and to avoid conflicts with other land uses?
- Where, when and what type of competitive events will be considered?
- What methods and criteria will be utilized to determine the appropriate levels of use or carrying capacity limits for all types of private and commercial recreation?
- What criteria will be used to determine what new commercial uses should be allowed, where should they be allowed, and to what extent?
- How should recreation uses, such as boating, camping, hiking, horseback riding, or OHV use, be managed?
- How should recreational (casual use) gold panning be managed?
- Should any area(s) be designated as a special recreation management area (SRMA)? If so, what is the discrete recreation management zone boundary?
- What are the appropriate Natural Resource Recreation Settings for each recreation management zone?
- For each SRMA, will the primary market-based strategy be to manage for a destination recreation-tourism market, or an undeveloped recreation-tourism market? What is the market for each SRMA?
- Within a SRMA, how should other resource uses be managed?
- Anything not delineated as an SRMA is an extensive recreation management area. What are the management objectives for the UFO Extensive Recreation Management Area?
- What are the marketing, monitoring, and administrative support actions needed to manage extensive recreation management areas?
- Where and how will dispersed camping be allowed, and how will it be managed?
- Where and how will motorized game retrieval be allowed?
- To what extent, and in what general areas, should BLM develop facilities and improve recreation access opportunities to meet public demand and to provide for public health and safety?
- Which, if any, sites and facilities should be fee sites?
- How will target shooting (practice) be managed?
- What areas should be managed to maintain the natural character and setting for recreational benefits?
- How should BLM address or regulate evolving technologies that will someday be used for recreation on public lands?
- Should any areas be nominated and designated as a BLM Scenic Byway or BLM Backcountry Byway?
- Should any areas be nominated for, or designated national recreation trails, watchable wildlife viewing areas, or other BLM administrative designations?

*Management Concerns*
- What are the options for partners, communities, other federal/state/local agencies to enhance or contribute to management capacity?
- How can BLM best work with the National Park Service, State parks, tourism industry, local businesses, etc., to ensure that visitors are provided with the right information about the area and the recreational activities it offers?
- What tools/sources (such as interpretation, marketing, advertisement) need to be utilized on local, regional and national levels for information and education about the area?

BLM_0105737

### Livestock Grazing

The RMP will incorporate Colorado's Standards for Public Land Health and Guidelines for Livestock Grazing Management (1997). Within the planning area, UFO manages 218 grazing allotments and 152 grazing permittees. Because of the diversity of elevations and slope within the planning area, grazing is allocated somewhere in the planning area during every month of the year.

*Questions to be Addressed*
- What are the guiding range management principles that UFO will incorporate into individual permits, or management of allotments?
- How should emergency allotments (grass banks) be addressed, and how should they be utilized?
- What lands will be available for livestock grazing? Is the current allotment categorization accurate given current resource issues and concerns?
- What lands are currently not available for livestock grazing? (This could be due to the lands not being made available during the original RMP, of the grazing preference or permit being voluntarily relinquished). Should these decisions be revisited?
- What amount of forage for livestock (animal unit months) can be made available and continue to be available for future anticipated demands while maintaining a thriving natural ecological balance and multiple uses?
- How will lands that are available for livestock grazing be managed to accommodate livestock grazing (look at changes in season of use, changes in stocking rates, possible grazing management practices, grazing systems, range improvements). What are the guidelines and criteria for future allotment-specific adjustments?
- If a land health assessment shows an allotment(s) cannot achieve standards under any level or management of livestock, the decision to allow livestock grazing on that allotment(s) needs to be revisited.
- Are grazing management actions appropriate toward meeting land health standards, and in conformance with guidelines (4180.2C)?

*Management Concerns*
- Are the current allotment boundaries suitable? Do the allotments need to be updated?
- Is allotment categorization (M, I, C) still used? If so should some allotments change category? Note: a draft IM is being reviewed, which will ensure land health considerations are the primary basis for prioritizing the processing of grazing permits and leasing. Follow this IM once it is approved.

### Trails and Travel Management

Travel off of existing routes and deliberately creating new routes has been increasing, resulting in resource damage. Damage is to resources such as cultural sites, riparian areas, vegetation, soil stability, water quality, wildlife disturbance, an increase in noxious weeds, and others.

UFO has one travel plan, which is the North Fork OHV travel plan from 2001. UFO is currently working on two travel plans: the Dry Creek travel plan, which will have route-by-route designations; the Field Office-wide travel plan for the remainder of the field office, which will limit travel to existing routes. The Field Office-wide plan will allow route designations and restrictions in the future. Upon completion of the Dry Creek travel plan and the Field-Office-wide plan, all areas of the field office will be covered by a transportation management plan.

*Questions to be Addressed*
- What criteria should be used to determine if current and future OHV use is compatible with OHV use designated in the travel management plans? Under what circumstances can designations be changed?

BLM_0105738

- What roads and trails should the BLM provide for access to or across public lands?
- What road and trail easements should be acquired to provide reasonable public and administrative access to public lands?
- Should any areas be designated OHV management areas?
- What areas should be open, limited, or closed to OHV use?
- Where does BLM need to restrict motorized or non-motorized use?

*Management Concerns*
- How will the Travel Management Plans UFO is currently working on be integrated? (Including travel designations and facilities).

### Visual Resources
*Questions to be Addressed*
- How should UFO maintain or improve visual qualities along scenic byways, backcountry byways, and high-use transportation corridors?
- What are the visual resource management objectives (management classes) for the planning area? Designation of visual resource management classes will be based on visual resource inventories and management considerations for other land uses. Visual resources will be managed in accordance with visual resource management objectives.

### Forestry and Forest Products
The UFO manages small areas of spruce/fir forests and ponderosa pine forests, and large areas of pinyon-juniper woodlands. Pinyon-juniper woodlands are sought after for woodland products such as firewood, post and poles, and Christmas trees.

*Questions to be Addressed*
- Where is fuelwood gathering allowed? What stipulations should be attached to the permit (distance allowed off the road, stump height, season of gathering, species, other)?
- Where is Christmas tree cutting allowed (office-wide, specific areas)? What stipulations should be attached to the permit (distance allowed off the road, stump height, season of gathering, species, other)?
- Where is post and pole cutting allowed? What stipulations should be attached to the permit (distance allowed off the road, stump height, season of gathering, species, other)?
- How should UFO address forest health issues in order to maintain healthy and thriving forests and woodlands?
- Will commercial forest/woodland products sales be authorized, and under what circumstances?
- What are the desired future conditions for forest/woodlands? What would be some possible management actions and best management practices? What are the characteristics of healthy forest/woodland conditions for the UFO forest/woodland types?

### Wildland Fire Management
The current fire management program includes wildfire suppression to protect resource values, managing wildland fire and prescribed fire to achieve identified resource objectives, reduction of accumulations of high risk fuels to mitigate risk from wildfire, as well as collaborative prevention and mitigation programs with state, county, city governments, and fire districts to improve local fire mitigation and response capabilities to protect private lands. The fire management program takes appropriate management action on all wildland fires in its jurisdiction based on consideration of firefighter and public safety, threats to private property, resource values at risk, potential resource benefits that can be derived from an incident, anticipated management costs and political and social concerns.

BLM_0105739

As communities expand into the adjacent wildland, more private values are exposed to potential losses from catastrophic wildland fires. Counties have worked on establishing priorities for hazardous fuels mitigation in the wildland urban interface, and some fire districts have completed Community Wildfire Protection Plans. The field office will utilize Community Wildfire Protection Plans, county priorities, wildland urban interface risk assessments, and the RMP to guide hazardous fuels management and to help determine the appropriate management response to each incident

Montrose Interagency Fire Management and the UFO completed the UFO Fire Management Plan and associated Environmental Assessment in 1999, and updated the plan in 2002. This plan is currently being updated, and we expect to complete the update in 2008.

*Questions to be Addressed*
- Where (or how) can fuels management activities be used to reduce hazardous fuels in the WUI, while promoting a healthy ecosystem and multiple objectives? What are the types of fuels, what are the general treatment methods (such as mechanical, biological, chemical, prescribed fire) that will be allowed?
- How does residential growth adjacent to BLM impact fire management?
- For what purposes, and how, will fire be used as a management tool?
- What impacts will occur to or from local communities in regards to wildfire, including smoke impacts and public perception of suppression/no suppression?
- What are the landscape level fire management goals and objectives which would be achieved through wildland fire management actions? These goals and objectives must be closely coordinated with vegetation management goals and objectives.
- What wildland fire management actions are appropriate to achieve the fire management goals and objectives, while also supporting the goals and objectives for vegetation, wildlife, and other resources?
- What are the geographic areas that are suitable for wildland fire use, and under what conditions and constraints? What are the areas where suppression action is always taken?
- What restrictions on fire management practices are needed to protect natural or cultural resource values?

*Management Concerns*
- How should the revised Fire Management Plan be adopted into this RMP? This includes a discussion of the vegetation mosaics and resource objectives.
- How should Community Wildfire Protection Plans be addressed in the RMP?
- How are Migratory Bird impacts to be dealt with in the Fire Management Plan (i.e. breeding season vs. burning season)?
- What are the smoke issues in regards to air quality (specific to wildland fire use, prescribed fire, and suppression fires)?
- How to build in flexibility to describe what we want accomplished (plain English), rather than utilizing fire management terminology that changes over time, or whose meaning can change. Consider using 'descriptive' terminology rather than current terminology as upcoming changes related to Appropriate Management Response will modify our terminology but not our intent.
- What provisions should UFO have in the RMP to accommodate future revisions of the Fire Management Pan without necessitating a RMP revision?

**Other Issues**
The Uncompahgre planning area has a historically-used National Guard and Army Reserve artillery site. The National Guard has partially inventoried the area for hazards (only a portion of the area has been inventoried). Some unexploded ordinance does exist, and is occasionally exposed to the

BLM_0105740

soil surface and found. The Colorado National Guard has the responsibility to clear the area of unexploded ordinance.

*Questions to be Addressed*
- How should UFO deal with unexploded ordinance at the former National Guard artillery range (including notices on permits for permitted uses, or stipulations requiring the permit holder to clear the area they will use)?

*Management Concerns*
- If the Colorado National Guard does clear the entire area from hazards, what will be authorized uses be?

## Issue 4: How will land tenure, withdrawals, and utility/energy corridors be managed or adjusted?

The UFO is experiencing population growth and a growth in industry such as gas extraction, coal mining, and electrical power transmission. This has resulted in an increased number of requests for additional rights-of-ways for power transmission lines, residential distribution–lines, and pipelines. The UFO has authorized approximately 2,500 rights-of-way for land uses such as roads, power lines, natural gas pipelines, water lines, telephone lines, communication sites, and ditches and canals on public land. The proposed national West-wide Energy Corridor also crosses part of UFO. The telecommunications industry is expanding fiber-optic systems and wireless communications systems, which could impact public lands.

UFO is actively working on cases involving land tenure adjustments such as land exchanges, land acquisitions and easement acquisitions in order to acquire key parcels and access to public land and resources. Land sales have not been a priority in recent years. UFO also works with multiple towns, cities and counties and has leased and in some cases patented lands for such uses as sanitary landfills, county maintenance shops, a golf course, a fire station and public parks under the Recreation and Public Purposes Act. Trespass is an ever increasing problem and includes unauthorized uses such as occupancy and agricultural development and dumping on public land. As more private land is developed, it is becoming increasing difficult to access and/or manage public land.

*Questions to be Addressed*
- What lands should be retained, and which lands should be proposed for disposal (exchange). What are the disposal and exchange criteria?
- What areas should be identified for acquisition of non-federal lands (best serve public needs and interests if in public ownership)? What are the acquisition criteria?
- Which easements should be identified for acquisition, and what are the criteria for easement acquisition?
- Should any areas be withdrawn from mineral entry, and how will they be managed?
- Which areas that have been previously withdrawn should continue to be withdrawn, modified, or revoked?
- Where should BLM designate potential right-of-way corridors in order to avoid a proliferation of separate rights-of-ways? Are there any existing corridors that should be formally designated?
- Are there any right-of-way avoidance or exclusion areas, which are not available under any conditions?
- What terms and conditions apply to right-of-way corridors, including best management practices?
- What are the potential development areas for renewable energy products (e.g. wind, solar), communication sites, and other uses?

BLM_0105741

- Under what circumstances, if any, may authorizations for use, occupancy, and development be allowed?

## Issue 5: How will cultural, historical and paleontological resources and Native American Religious Concerns be managed and protected?

The UFO contains over 10,000 recorded archaeological sites, ranging from localities of the earliest Paleoindian inhabitants of North America through the latest historical Euroamerican farming and ranching contexts. National Register and Register eligible sites are common, and include some of the most spectacular rock art panels in the nation. Rock art from this area includes petroglyphs and pictographs from archaic (4,000+ years old) Formative Fremont and Anasazi cultures between 700 and 2,000 years ago) and historic inscriptions such as the Rivera inscription in Roubidoux canyon, which includes the name and date from the first Spanish exploration in the region in 1768. Important rock art sites include the Gunnison Gorge site, Escalante Canyon site, Palmer Gulch, Shavano Valley, Dolores River Canyon and Paradox valley. Educational and interpretive work is underway on several of these sites.

Prehistoric archaeological sites are extensive, and are best known from the formative contexts of the Fremont and Anasazi cultures, prehistoric farming communities recognized by the remains of their stone houses and villages. Anasazi house and village remains are common in the southern portions of the area, while Fremont traces may be found further north between Delta and Whitewater. In between lay the traces of the less well known Gateway culture, where a mingling of the other two cultural complexes may be found.

The archaeology of the Uncompahgre region is rich in historic sites and landscapes as well. Important historic sites and localities include the Ute Trail, the Dominguez/Escalante trail, the Old Spanish Trail, the aforementioned Rivera expedition, the fur trapping era Fort Roubidoux on the Uncompahgre river, historic period Ute Indian sites such as standing wickiup villages and the original Fort Uncompahgre Indian Agency, farming, ranching and gold-rush era mining sites. In the San Miguel and Dolores canyons stand the remains of the Hanging Flume, a world heritage site from the placer mining era.

### Paleontology

The Uncompahgre area contains a diverse and extensive array of paleontological resources. Over 80 percent of the surface area in the field office is considered to have moderate to high potential for fossil finds, and over half is rated as Potential Fossil Yield Classification classes 4 and 5, where significant fossil remains are commonly found. Geological formations including the Burro Canyon and Morrison are found across the entire area, and even the ubiquitous Mancos clays are known for their abundant mollusk shells.

Significant dinosaur finds from the area include the original discovery or type site of Seismosaurus and the productive Dry Mesa fossil quarry, operated for well over a decade of fossil recovery by BYU. In the Dry Creek region, dinosaur bones are frequently spotted eroding from the soft shales of the Morrison formation, while fragments and sometimes entire dinosaur eggs are found in selected localities along the rivers. Also common are fossils recovered during Uranium mining in the Paradox and Uravan areas. Future work will focus on the recovery of dinosaur specimens from Cottonwood Canyon and Dry Creek.

BLM_0105742

### Questions to be Addressed

- Have known cultural resources been allocated to the appropriate cultural resource use categories? Is management and planned actions for known cultural resources consistent with the cultural resource use categories?
- If any special management areas get designated, has a cultural resource management plan been developed?
- Have new historic properties (i.e. National Register sites) including places of religious and cultural importance been identified since the last RMP that require special designation or site-specific use restrictions?
- Have management actions been updated to adhere to existing policies and laws, the National Programmatic Agreement, the State Protocol and any other agreements?
- What are the highest priority areas likely to contain significant cultural resources and the schedule for inventory?
- What are the highest priority "at-risk" sites that require restoration and/or stabilization and the schedule for this work?
- What are the highest priority cultural resource sites that need monitoring?
- What measures are needed to proactively manage, preserve, and protect cultural and heritage resources to ensure they are available for appropriate uses by present and future generations?
- Are the current strategies for protecting cultural resources in grazing allotments working? How can BLM more efficiently carry out its responsibilities under Section 106 of the National Historic Preservation Act for grazing permit renewals?
- Are the current strategies for protecting cultural resources in travel management areas working? How can BLM more efficiently carry out its responsibilities under Section 106 of the National Historic Preservation Act for travel management plans?
- Are cultural resources being adequately considered during the energy/minerals leasing process? How will the field office implement the Application for Permit to Drill process improvements identified for cultural resources (See WO IM No 2003-147)?
- What measures are needed to ensure that; (a) areas containing, or that are likely to contain, vertebrate or noteworthy occurrences of invertebrate or plant fossils are identified and evaluated prior to authorizing surface disturbing activities; (b) management recommendations are developed to promote the scientific, educational, and recreational uses of fossils; and (c) threats to paleontological resources are identified and mitigated as appropriate?
- Identify appropriate protection measures and scientific, educational and recreational use opportunities for paleontological localities.
- What threats, if any, are there to paleontological resources, and what mitigation is appropriate?
- What criteria or use restrictions are needed to ensure that cultural, historical, and paleontological sites are identified and evaluated prior to surface-disturbing activities?
- What are the new issues and concerns related to (a) protection of sacred sites or sacred landscapes and the needs for access to them and (b) needs for protection or use of areas for gathering plants for traditional purposes?

### Questions to be Addressed

- What management decisions are needed, if any, to promote the scientific, educational, and recreational uses of fossils?

## Issue 6: How do population growth and an expanding urban interface affect the management of public lands and resources, including authorized and permitted land uses, while considering community values and needs?

Several issues can be found in areas where population and development are rapidly expanding adjacent to public lands. Many of the questions have been shown under previous issues. The zone where public lands and private lands are side by side or intermixed is the *wildland-urban interface*.

BLM_0105743

UFO is faced with the challenge of sustaining resources and meeting diverse demands, while the land faces increased public demands.

There has been increased residential growth near public lands throughout the field office. Population growth, including developments adjacent or near public lands is expected to continue. Public lands near populations show increased usage, which includes many forms of recreation.

Population within the planning area is expected to continue to increase significantly. The three counties with the most BLM land within the planning area are Montrose, Delta, and San Miguel. Their population growth during the seven year period 2000 to 2007 is:

| | |
|---|---|
| Montrose County | 18.2% |
| Delta County | 9.0 % |
| San Miguel County | 14.2 % |

## Questions to be Addressed

- How do we best manage increasing uses and demands of public lands that result from foreseeable increasing population growth?
- How should UFO address the degradation or loss of critical big game winter habitat as a result of residential growth adjacent to public lands?
- How should UFO address the degradation or loss of Sensitive Species habitat (i.e. sage-grouse, kit fox, prairie dog, clay-loving buckwheat, Colorado hookless cactus) as a result of residential growth adjacent to public lands?
- How will we continue to provide access to public lands with private landowners increasingly closing access?
- How will public lands that are adjacent to private be managed?
- What restrictions or best management practices should be required for various activities and permitted uses to protect night skies from light pollution, and to protect against noise pollution?
- How will reasonably foreseeable mineral development (fluid and solid) impact the local economies of the diverse communities and uses of public lands?

## Management Concerns

- How to provide effective management of public lands along with increased demands for public land use?
- How can the RMP help support local planning efforts?

BLM_0105744



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

## Preliminary Summary of Scoping Results
### *May 27, 2010*

- **Scoping Period**
The scoping period began informally in December 2009 with the release of the first project newsletter. The publication of the Notice of Intent in the *Federal Register* on February 25, 2010 kicked off the official 30-day scoping period required by the National Environmental Policy Act. The comment period officially ended on March 29, 2010, but comments received through April 9, 2010, are considered in the scoping report, as well as comments submitted prior to the official start of the scoping period. The BLM will continue to consider all comments received throughout the RMP process.

- **Scoping Meetings and Attendance**
The BLM hosted seven open houses in various towns throughout the planning area in January and February 2010. In total, 369 members of the public attended the open houses.

  - Hotchkiss (01/12/2010): 99 attendees
  - Delta (01/13/2010): 42 attendees
  - Montrose (01/14/2010): 84 attendees
  - Ridgway (01/19/2010): 41 attendees
  - Norwood (01/20/2010): 26 attendees
  - Naturita (01/21/2010): 60 attendees
  - Telluride (02/03/2010): 17 attendees

- **Comments Received**
The BLM received 214 unique written submissions and 13 different form letters with a total of 2,496 unique comments during the public scoping period.

  - Planning Issues: 2,176 comments (87.2 percent)
  - Other issues to be addressed in the RMP: 63 comments (2.5 percent)
  - Outside the scope of the RMP: 123 comments (4.9 percent)

  A breakdown of comment letters received by commenter affiliation is included in the table below. Letters on business, agency, or organization letterhead, or where the commenter signed using their official agency title, were considered to represent that organization. All other letters were considered to represent individuals.

  - Government: 17
    - Federal: 5
    - State: 5
    - Local: 7
  - Educational Institutions: 1
  - Businesses: 18
  - Organizations/Non-profits: 23
  - Individuals: 155

- **Comments by Planning Issue**
Comments received were classified into the planning issues below and into subcategories for each issue as shown.

---

BLM_0105745

| Panning Issue and Subcategory | Number of Comments | Percent of Total | Panning Issue and Subcategory | Number of Comments | Percent of Total |
|---|---|---|---|---|---|
| **ISSUE 1** | **942** | **43.3** | **ISSUE 2** | **410** | **18.9** |
| All Water, Air, and Soils | 96 | 4.4 | Energy Development (general) | 99 | 4.6 |
| *Geology and Soils* | *5* | *0.2* | | | |
| *Air Quality* | *30* | *1.4* | Minerals and Mining | 72 | 3.3 |
| *Water Resources* | *50* | *2.3* | Non-renewable Energy Development | 225 | 10.3 |
| All Special Status Species | 32 | 1.5 | | | |
| *Special Status Species (general)* | *15* | *0.7* | Renewable Energy Development | 14 | 0.6 |
| *Special Status Plants* | *5* | *0.2* | **ISSUE 3** | **660** | **30.3** |
| *Special Status Fish* | *5* | *0.2* | Recreation | 300 | 13.8 |
| *Special Status Wildlife* | *7* | *0.3* | Travel Management | 243 | 11.2 |
| All Special Designation Areas | 664 | 30.5 | Noise | 4 | 0.2 |
| | | | Visual Resources | 22 | 1.0 |
| *Special Designation Areas (general)* | *24* | *1.1* | Forestry | 16 | 0.7 |
| | | | Livestock Grazing | 64 | 2.9 |
| *Areas of Critical Environmental Concern* | *38* | *1.7* | Fire Management | 11 | 0.5 |
| | | | **ISSUE 4** | **71** | **3.3** |
| *Wild and Scenic Rivers\** | *314* | *14.4* | Lands and Realty | 71 | 3.3 |
| *Wilderness and Wilderness Study Areas* | *251* | *11.5* | **ISSUE 5** | **20** | **0.9** |
| *Wilderness Characteristics* | *8* | *0.4* | Cultural and Heritage Resources | 18 | 0.8 |
| *National Trails and Byways* | *7* | *0.3* | | | |
| Fish and Wildlife | 68 | 3.1 | Paleontological Resources | 2 | 0.1 |
| Vegetation (not weeds or wetlands/riparian) | 43 | 2.0 | **ISSUE 6** | **72** | **3.3** |
| Wetland and Riparian Vegetation | 11 | 0.5 | Social, Economic, and Environmental Justice Concerns | 62 | 2.9 |
| Weeds | 25 | 1.1 | Public Health and Safety | 10 | 0.5 |
| Drought Management and Climate Change | 14 | 0.6 | | | |

*Does not include comments on stream segments in the Dominguez-Escalante National Conservation Area. Comments on this topic totaled 22 and accounted for 1 percent of the total comments received.

BLM_0105746



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado



TAKE PRIDE®
IN AMERICA

## RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #1
### Thursday, May 27, 2010 (9:00 AM – 12:00 PM)
### Meeting Location:
### BLM Uncompahgre Field Office
### 2465 S. Townsend Avenue, Montrose, CO

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|---|---|---|---|---|---|
| Adams | Angie | | EMPSi 3775 Iris Ave, Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Bear | Shelby | | DMEA PO Box 910 Montrose, CO 81402 | sbear@dmea.com | w: 970-240-1238 ▮▮▮▮ |
| Baird-LeValley | Robbie | | Colorado State Univ. Extension 525 Dodge Street Delta, CO 81416 | robbie.levalley@colostate.edu | w: 970-874-2195 ▮▮▮▮ |
| Blackburn | Walt | | ▮▮▮▮ | | ▮▮▮▮ |
| Day | Bill | | ▮▮▮▮ | | ▮▮▮▮ |
| Durnan | Richard | | ▮▮▮▮ | | ▮▮▮▮ |
| Kauffman | Dave | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | dave_kauffman@blm.gov | 970-240-5340 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | bruce_krickbaum@blm.gov | 970-240-5384 |
| Mueller | Peter | | PO Box 3140 Telluride, CO 81435 | pmueller@tnc.org | w: 970-728-5291 ▮▮▮▮ |
| Reams | John | | Western Small Miner's Assoc. 31527 Hwy 141 PO Box 644 Naturita, CO 81422 | john@reams-construction.com | w: 970-865-2886 ▮▮▮▮ |
| Sharrow | Barb | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | barbara_sharrow@blm.gov | 970-240-5315 |
| Weist | Steven D. | | Oxbow Mining 3737 Hwy 133 PO Box 535 Somerset, CO 81434 | steve.weist@oxbow.com | w: 970-929-6461 ▮▮▮▮ |

BLM_0105747

Resource Advisory Council Subgroup Meeting #1                                                  Thursday, May 27, 2010

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|-----------|------------|---------|---------|--------|-------|
| William | Ela | *WME* | | | |
| Wynant | Kate | *KW* | EMPSi<br>3775 Iris Ave, Ste 1A<br>Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |

BLM_0105748



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



## COOPERATING AGENCY MEETING #1

### Thursday, May 27, 2010 (1:00 – 4:00 PM)

### Meeting Location:
**BLM Uncompahgre Field Office**
**2465 S. Townsend Avenue, Montrose, CO**

# AGENDA

1. **Welcome**
2. **Introductions**
3. **Project Overview**
   - Goal of project
   - Planning area and decision area
   - Status of special studies
4. **RMP Planning Effort**
   - The planning process and general scope of an RMP
   - Land use vs. implementation-level decisions
   - Key terms and concepts
   - Planning issues and alternative development
   - Overview of timeline
5. **Public Outreach**
   - Scoping summary
   - RAC Subgroup
6. **Cooperating Agency Involvement**
   - How you can help
   - How involved do you want to be?
   - Issues of interest to Cooperating Agencies
7. **Other Items Not on the Agenda**
8. **Action Items / Next Meeting**

BLM_0105749



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



# RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #1
## Thursday, May 27, 2010 (9:00 AM – 12:00 PM)

### Meeting Location:
### BLM Uncompahgre Field Office
### 2465 S. Townsend Avenue, Montrose, CO

# AGENDA

1. **Welcome**

2. **Introductions**

3. **Project Overview**
   - Goal of project
   - Planning area and decision area
   - Special studies

4. **RMP Planning Effort**
   - The planning process and general scope of an RMP
   - Land use vs. implementation-level decisions
   - Key terms and concepts
   - Planning issues and alternative development
   - Overview of timeline

5. **Public Outreach**
   - Scoping summary
   - Cooperating Agencies

6. **RAC Subgroup Functions, Charter, and Role**
   - What BLM needs
   - Tasks
   - General functioning of RAC Subgroup
   - Role of RAC member on subgroup
   - Sample schedule
   - FACA issues
   - Define quorum
   - Issues of interest to subgroup

7. **Other Items Not on the Agenda**

8. **Public Comments / Questions**

9. **Action Items / Next Meeting**

BLM_0105750

| | |
|---|---|
| **From:** | bruce_krickbaum@blm.gov |
| **To:** | Barbara_Sharrow@blm.gov; dave_kauffman@blm.gov; Angie Adams; Kate Wynant; kjensen@ci.montrose.co.us; renzo.delpiccolo@state.co.us; shansen@deltacounty.com; MPelletier@gunnisoncounty.org; swhite@montrosecounty.net; lpadgett@ouraycountyco.gov; daves@sanmiguelcounty.org; lynn@mtngeogeek.com; gsparks@mtnvillage.org; sharold@ci.olathe.co.us; Collin_Ewing@fws.gov; pat@cedaredgecolorado.com; Bruce_Krickbaum@co.blm.gov; UFO AR |
| **Subject:** | Draft Minutes: Uncompahgre RMP Cooperating Agency Meeting #1 |
| **Date:** | Thursday, June 03, 2010 3:30:21 PM |
| **Attachments:** | UFO-CA_2010-05-27_DraftMinutes.doc |

Hello Cooperating Agency Reps,

 I have attached draft minutes of last week's Uncompahgre RMP Cooperating Agency meeting. Please review the draft minutes. Let me know of any errors or omissions no later than Thursday June 10. After that date, the minutes will be revised and submitted to all group members and the administrative record.

Thank you, Bruce

<><><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384


 (See attached file: UFO-CA_2010-05-27_DraftMinutes.doc)

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

BLM_0105751



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401

# COOPERATING AGENCY MEETING #1
## Thursday, May 27, 2010 (9:00 AM – 12:00 PM)
## Meeting Location:
### Holiday Inn – Jordan Room A
### 1391 S. Townsend Avenue, Montrose, CO

**Attendees:** Angie Adams (EMPSi), Lori Armstrong (BLM Southwest Colorado District Manager), Garry Baker (City of Montrose), Jen Coates (Town of Ridgway), Renzo DelPiccolo (Colorado Department of Natural Resources, Southwest Region), Gary Ellis (Montrose County), Collin Ewing (US Fish and Wildlife Service, Western Colorado Ecological Services Field), Susan Hansen (Delta County), Scott Harold (Town of Olathe), Ronald Henderson (Montrose County), Kerwin Jensen (City of Montrose), Bruce Krickbaum (BLM Uncompahgre Field Office), Patricia Means (Town of Cedaredge), Mitch Meier (Town of Cedaredge), Lynn Padgett (Ouray County), Mike Pelletier (Gunnison County), Dave Schneck (San Miguel County), Greg Sparks (Town of Mountain Village), Barb Sharrow (BLM Uncompahgre Field Office), Steve White (Montrose County), Brian Wilson (Montrose County), Kate Wynant (EMPSi)

**Handouts:** Agenda, Uncompahgre RMP Planning Units map, Microsoft PowerPoint presentation slides, BLM Expectations of Cooperating Agencies, Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup, A Desk Guide to Cooperating Agency Relationships (2005), Planning Issue Statements, Highlights of the Resource Management Planning Process to Date, Preliminary Summary of Scoping Results, Uncompahgre RMP Newsletter #1 (December 2009)

1. **Welcome** (Barb Sharrow, Bruce Krickbaum, Angie Adams)
   - Barb Sharrow welcomed everyone and thanked them for coming. Angie Adams mentioned housekeeping items (restroom locations, put cell phones on vibrate, brief breaks, snacks).

2. **Introductions** (all)
   - Barb Sharrow introduced Bruce Krickbaum. He is the planner and can be contacted with any questions. Bruce thanked everyone for coming and their continued interest in the process.
   - Bruce Krickbaum introduced Angie Adams and Kate Wynant, contractors with Environmental Management and Planning Solutions, Inc. (EMPSi), hired to help the BLM with the plan.
   - Attendees introduced themselves and the agencies they represent.

3. **Project Overview** (Angie Adams) *(note: Project Overview information was relayed via a Microsoft PowerPoint slideshow which was also included as a handout. Information here builds on information in the slideshow and does not include the slideshow itself.)*
   - Role of the Cooperating Agencies. It is important that you know why you are here. You can read about Cooperating Agencies in the desk guide (handout). Your role is to help BLM identify issues, provide data that you have access to (GIS or otherwise), review materials, provide comments on those materials, serve as an extension of the BLM review team, and

BLM_0105752

bring your expertise/jurisdiction to the table up front. This is a big time commitment. We will have 13-14 meetings over the next couple of years, and the meetings will come in cycles where there are a few and then a lull. When you have reviews, you will likely get less than a month; sometimes documents are 30 pages, but other times they are 300 pages. Please make sure the same representative comes to all meetings; it helps with continuity. It is important for you to talk to your constituents and bring ideas back. If you decide that you do not want to participate, there will still be opportunities for your review.

- This RMP revision will replace the San Juan/San Miguel RMP (1985) and the Uncompahgre Basin RMP (1989) and their subsequent amendments. The San Juan/San Miguel RMP covers the Dallas Divide and west. Portions of the RMP also include lands now managed by the BLM San Juan Public Lands Center. The Uncompahgre Basin RMP covers the Dallas Divide and east.
- Per the Federal Land Policy and Management Act (FLPMA):
  o This plan will establish criteria for when land disposal will be appropriate.
  o The mandate of multiple use and sustained yield is one of the BLM's biggest mandates or missions.
  o This plan will evaluation areas of critical environmental concern (ACEC). There are some in the field office already, and they are being reviewed again for the presence of relevance and importance criteria. The BLM is also considering other areas as ACECs.
  o Multiple Use: this is not a black and white process, and the multiple use mandate adds to the gray area.
- RMP Planning area: Includes all acres regardless of ownership (approximately 3.1 million acres).
- RMP Decision area: Includes BLM surface (675,700) and federal mineral estate (2.2 million acres). Excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas. A separate RMP will be written for the Dominguez-Escalante National Conservation Area. An RMP for the Gunnison Gorge National Conservation Area was signed in 2004.

4. **RMP Planning Effort** (Angie Adams) *(note: RMP Planning Effort information was relayed via a PowerPoint slideshow which was also included as a handout. Information here builds on information in the slideshow and does not include the slideshow itself)*
   - Why do we plan? The RMP speaks to desired outcomes for the landscape, not on-the-ground decisions (implementation level).
   - What decisions will be made in the RMP?
     o Decisions identify lands that are open or closed to certain uses (e.g., livestock grazing, energy development).
     o Broad-scale planning effort that sets the stage for future projects.
   - Conceptual planning process and BLM documents
     o Frame the problem and gather information
       ▪ Pre-plan: What are we going to do, what are some issues, etc. completed by BLM.
       ▪ Analysis of the Management Situation: Underway and will be on website in June 2010. Documents what is out there now, what are the trends, problems, issues, ideas for solving issues, and opportunities for management changes. It sets the stage for alternatives and existing conditions.
       ▪ Scoping report: Will be available in July 2010. We have an internal draft that has the numbers break-down of comments received.
     o Develop possible solutions
       ▪ Draft RMP/ Draft Environmental Impact Statement (EIS): Will be published for 90-day public review and then revised.
       ▪ Proposed RMP/Final EIS: Will be published for 30-day public review and protest.
     o Make decisions
       ▪ Approved RMP/Record of Decision (ROD).

BLM_0105753

- Implementation and monitoring occur after the ROD is issued. The current (1985 and 1989) RMPs are in place until the ROD for the revised RMP is signed.
- *Question:* Will the EIS cover the whole area? How specific is it? *Answer:* Land use planning is a landscape-level EIS and will cover the whole thing but it might not talk about specific areas.
- We need this groups help to make sure the alternatives are reasonable and that each groups' viewpoint is within the range.
- During 90-day public review of the Draft RMP, BLM may need help from the Cooperating Agencies to respond to comments.
- The Proposed RMP/Final EIS can be a variety of actions from each alternative for each resource.
- RMP Guts and Goo
  - RMP is framed by the vision and the planning criteria. Planning criteria are open for comment during scoping. They set the ground rules and define a decision space but are mostly things that tell the BLM to follow the law.
  - Planning Issues: Define the problem. What do we need to fix? These are identified early on in the process and refined during scoping and in the AMS. If there is not a problem, we do not need to change it. Handout (Planning Issue Statements) describes questions to be address, management concerns, etc.
    - Planning issues drive the alternatives and dictate how alternatives are shaped. If it is not broken, do not fix it.
    - Identification of planning issues: Internal BLM, scoping, stakeholders, cooperating agencies, tribes, etc. Comments received during scoping are categorized by planning issues, policy or administrative issues, issues outside the scope of the RMP, and issues that have already been addressed but need to be better communicated (for example, the Dry Creek travel management plan has been completed although commenters may not know). Only those planning issues are carried forward for consideration during the RMP process.
    - The six planning issues cover most every topic that BLM administers (see Planning Issue Statements handout).
    - Scoping Results:
      - Most comments had to do with Issue #1, then Issue #3, then Issue #2 (see PowerPoint handout for details).
      - Top resource categories of concern are special designation areas (specifically wild and scenic rivers), energy and minerals, and recreation.
  - Planning Units (also see Uncompahgre RMP Planning Units map handout): These are draft. It acknowledges that resources and community interests are different in different parts of the planning area. These are draft planning units and were a result of the community assessment. We can refine them as we go.
  - Goals are broad scale and apply to all alternatives because there are different ways of getting to that goal. We will have different goals between resource programs but they will be the same across alternatives.
  - Objectives are specific (tier) to the goals. They do not have to be common to all alternatives. Objectives are SMART (specific, measurable, achievable, realistic, time-fixed).
  - Actions tier to the objectives. "Actions" are allocations, management actions, and monitoring actions.
- BLM 9-step Planning Process. We are at Step 4 (Analysis of the Management Situation), but we are not nearly half-way through. The preferred alternative may be selected at the Draft RMP stage (Step 7). Step 7 also includes the publication and revision of the Draft RMP/Draft EIS and the Proposed RMP/Final EIS.

BLM_0105754

- *Comment*: It looks like you have it all figured out. *Answer*: The procedure and process we must follow is figured out; it is a requirement. Shaping management has not started yet. No decisions have been made.
- *Question*: What if I want to add issues? *Answer*: Scoping has ended. You should let us know now if we missed any issues so that we can make sure it gets folded in to alternatives development.
- Planning process to date (also see Highlights of the Resource Management Planning Process to Date handout)
  - Community Assessment (2008-2009): BLM went to 22 communities in planning area and invited community leaders to talk with BLM about their relationship with public lands and what they hope to see in the RMP. We will continually refer back to this.
  - Tribal consultation has been underway for a couple of years and is ongoing.
  - Scoping
  - Visual resource inventory was completed in 2009.
  - Economic workshops: BLM invited comminutes to talk with BLM about public lands from an economic perspective
  - Recreation focus groups:  Held in spring 2010, they asked folks about the current recreation conditions and desired future conditions in planning area.
  - Class I paleontological resources overview and class I cultural overview
  - Coal potential report:  Discusses the current condition and potential. It will be posted on the Web site in June.
  - Renewable energy potential report:  Similar to the coal report it discusses the current condition and potential for renewable energy. It will be posted on the Web site in June.
  - Wild and Scenic Rivers eligibility report:  It will be available on the Web site in June. Following eligibility the BLM will conduct suitability which is a different level of decision making.
  - ACEC evaluation report:  It is underway and expected to wrapped up in June.
  - None of these documents make any decisions; we are just gathering data.
- *Question*: What does eligibility and suitability mean in relationship to wild and scenic rivers? *Answer*: First streams are evaluated to determine if they meet criteria of being free-flowing and if they have outstandingly remarkable values. The suitability phase asks another question and applies other criteria to determine if wild and scenic river designation is the best way to manage the river and protect values associated with the river. The alternatives have to consider a situation where all segments are suitable, an instance where no segments are suitable, and everything in between.
- *Comment*: This is an important issue to Montrose County. *Response*: We understand and, as we have seen in the scoping comments, this is a big issue. We encourage you to learn about the process so that you understand the process.
- Alternatives Development
  - What are the issues? Is there a need for change? If there is not a need for change, current management can be carried forward. Just because an RMP is being revised does not mean that everything needs to change. If there is a need for change, we can create a range of alternatives to address options.
  - Cooperating Agencies should help the BLM think outside the box and make sure BLM is not missing anything in the alternatives development process. Want to make sure that there is a reasonable range of alternatives.
- National Environmental Policy Act (NEPA)
  - It is a procedural act. It does not tell agencies what to do but it tells them how to go through a process to come to an informed decision. The process is public. It includes analysis of impacts that would result from implementing a set of alternatives.

- o The EIS provides the analysis of the impacts of what would happen if a set of actions are implemented.
- At the end of each of the internal BLM Interdisciplinary (ID) Team alternatives development workshops, we will give you outcomes and ideas. The alternatives will consider all public comments received. We will solicit input and information from the Cooperating Agencies and Resource Advisory Council (RAC) Subgroup and then make sure it is incorporated into the alternatives to make sure that we are not missing something.
- *Question:* During wild and scenic rivers suitability, if Montrose County is opposed to designation, would our opposition alone preclude it from designation? *Answer:* Our first draft document will have a variety of alternatives. For wild and scenic rivers, one alternative will say that everything is suitable, one alternative will say none are suitable. The other alternatives will look at something in between. The BLM does not have the flexibility to take segments off the table and not evaluate them at all. Wild and scenic river evaluation is required by the Wild and Scenic Rivers Act of 1969 as passed and amended by Congress.
- Planning Challenges (Bruce Krickbaum)
  - o Diverse landscape and human uses. Some use the land more for recreation versus energy development. Different vegetation structures and land forms.
  - o Lack of information. Someone will always think we need more info. As mentioned, we have done lots of reports in preparation for this RMP so that we can make the right decisions. There might be data that we wish we had and that will have to be an issue we have to overcome.
  - o Competing interests and values: off-highway vehicle use versus no off-highway vehicle use; energy development versus no energy development.
  - o Multiple jurisdictions: multiple counties, multiple agencies to contend with.
  - o Growing urban interface: fire and how we deal with that, also growing demand for recreation. Lots of private land leads to lots of urban interface challenges.
  - o Rising recreation: competing recreation uses throughout the field offices. Seems like each year there is a new use and a new area getting use.
  - o Changing demographics: new ideas, new values, new expectations.
- How long will it take to complete the plan?
  - o The goal is to have the ROD complete in the summer or fall of 2013.
  - o Draft RMP/EIS will be released to the public in spring of 2012, but this group will see it before then. You will also see bits and pieces throughout the process.
- *Question:* Will we get an opportunity to review a draft scoping report? *Answer:* No. There is not much to review, as the scoping report just displays the comments received and statistical information about them; no analysis is done. As such, there is not anything to comment on.
- *Question:* Are the planning issues specific to this field office? *Answer:* Yes. If the issue statements document is missing something, BLM needs to know now.
- *Question:* Are the planning issues specific to planning units? *Answer:* No. Some things will only apply to certain areas (e.g., issues regarding Mancos shale will only apply where there is Mancos shale).
- *Comment:* Crawford and Mayer should be part of Unit 1.
- *Comment:* Norwood is not much different than Redvale. Maybe the divider line should be moved south so that Norwood is part of Unit 5.
- *Comment:* I think you should run that suggestion by San Miguel County Commissioners, because there is a lot of interconnectedness between Norwood and San Miguel County.

## 5.  Public Outreach
- Scoping summary (Kate Wynant) (see Preliminary Summary of Scoping Results handout)
- RAC Subgroup:

BLM_0105756

- o The RAC Subgroup is a subgroup of the Southwest RAC. The Southwest RAC is a sanctioned group that advises the BLM on land management decisions. The Subgroup is a sanctioned group by the Southwest RAC with seven individuals representing different interests (coal mining, recreation, etc.) and also a variety of geographic locations. There are also two members of the Southwest RAC on the subgroup that help facilitate and act as liaisons between the Southwest RAC and RAC Subgroup.
  - o Their primary mission is to make sure the BLM has a reasonable range of alternatives.
  - o The RAC Subgroup meetings are open to the public and advertised.
- There have been several entities that have requested to form a stakeholder group to address wild and scenic rivers. This would not be the BLM's process, but BLM would ask that they meet BLM's RMP revision timeframes, and that they bring their ideas to the Cooperating Agencies and RAC Subgroup. There will likely be one group for the San Miguel River and one group for the Dolores River.
- *Question:* What alternatives can we give you if there are so many sideboards that do not allow for alternatives? *Answer:* The BLM has to meet laws, which form the sideboards. We cannot propose an alternative that would violate a law. For some resources (wild and scenic rivers, for example), the range is really big. For others, it is smaller because regulations require us to do certain things. For example, under all alternatives, certain areas will be closed to oil and gas leasing because regulations say that they must. Beyond that, alternatives could vary by how many acres are open and closed to oil and gas leasing. One alternative might have more stipulations (restrictions) on oil and gas leasing than others.

## 6. Cooperating Agency Involvement (Bruce Krickbaum) (see BLM Expectations of Cooperating Agencies handout)

- Information in this room is pre-decisional and is not for public dissemination. It is confidential.
- The assigned Cooperating Agency representative shall attend all meetings. The assigned representative shall be the one speaking for the agency, as they will have attended all of the meetings and have the information from the past.
- The Cooperating Agencies will get to review decision documents. Other documents agencies will not review are those that are baseline inventories and report existing information.
- Reviews need to be completed on time. BLM receives money allocated by Congress for these plans and are funded for the proposed schedule.
- BLM also will hold some internal meetings but will share results of those meetings with the Cooperating Agencies.
- Cooperating Agencies may help review or prepare responses to public comments on the Draft and Proposed RMPs that are within your area of expertise.
- BLM expects that Cooperating Agencies would not protest the final plan because we have been working together through the process.
- *Question:* Will we review documents electronically? *Answer:* You can do either. The concern with electronic that it is easy to send to others outside of the Cooperating Agencies. We trust that you will keep documents internal. If you feel like you cannot do this, it is better not to participate in this process. You will still be able to review the document during public review periods, and your comments will be considered equally.
- *Question:* How can I represent my constituents and not share information? *Answer:* There is a difference between talking to your constituents and asking what they want to see in a passive manner, and sending documents and asking for feedback.
- *Question:* What about when I need to share information with heads of other departments? *Answer:* Make sure things are stamped with "internal working draft," "do not distribute," "not for public release," etc. It is exciting that we have so many Cooperating Agencies in the

BLM_0105757