process, but it also means a larger group to keep everything internal and release it to the public.

- *Question:* When you say protest are you talking about the protesting the process that we are going through? *Answer:* At the end we will come out with a Proposed RMP that can be protested. We would hope that, at that stage, we have had enough coordination that Cooperating Agencies would not protest. Protests are formal opposition to decisions (i.e., people objecting to a certain decision in the plan). The protestor has to have standing (i.e., been involved in the process, cannot just show up at the end) to have a valid protest. If you are getting an idea that your agency, including elected officials, are not agreeing with the process and where things are going, it is better that you do not attend the meetings.

- What does the group expect, and what are the ground rules? The point is for us to be efficient and productive. For example, the RAC Subgroup has a specific time for non-members to make comments and ask questions. Otherwise non-members should be silent members.
  - o *Comment:* One idea is not backtracking. *Response:* That is why it is important that the same person comes to the meeting each time. However, if BLM is meeting internally for three days and then BLM presents info to Cooperating Agencies, that will not be the last time the Cooperating Agencies can talk about an issue.
  - o *Question:* How do we deal with issues that seem to side-track us so that we can keep moving forward? *Answer:* Angie as the facilitator needs help to identify when we are getting side-tracked, but also we know that sometimes side discussions have merit and we might agree to put that topic on the next agenda so that we have a time to discuss it.
  - o *Comment:* When someone has an idea that they want to discuss, they need to be able to talk about it at some point. *Response:* Sometimes things are pertinent that day and sometimes things are better discussed at a later date.

- We will send out draft meeting minutes and ask for your comments before they are finalized. We will give you a deadline, usually about one week later. Once minutes are finalized, they are the official record of that meeting.

- *Comment:* To clarify, I could take information that we discuss here to commissioners and people and get feedback, and then bring it back to the group here. *Answer:* Yes.

- Issues of interest to Cooperating Agencies: There is a list of approximately 26 resource topics that the BLM considers in the RMP revision. We want to focus our efforts on the expertise of this group. Some resources have less decision space than others, for example, cultural resources are generally protected by federal laws so the space for making decisions and range of alternatives is small. The group preliminarily identified the following issues:
  - o Montrose: just finished putting together results of focus meetings. We found out that taxpayers in Montrose County are concerned about economic development. For BLM that means refining the recreation availability surrounding Montrose County. We would like to see recreation to continue to be available. We want to make Montrose a tourist destination. Also concerned about reasonable resource extraction. Water is essential; need to make sure we have an adequate supply.
  - o Along those lines, second-most discussed issue was travel management
  - o Oil and gas leasing, sales that may be coming up and future development
  - o Specific management of San Miguel River corridor
  - o Livestock grazing
  - o Coal
  - o Wildlife
  - o Special status species
  - o Vegetation: all aspects
  - o Land tenure/access/inholdings

BLM_0105758

- o Recreation (dispersed recreation, trail building, jeeping and off-highway vehicle use, trail building for mountain bikes)
  - o Special recreation management areas
  - o Split-estate lands
  - o Wild and scenic rivers
  - o Heritage tourism – interpretation and protection of cultural resources
  - o Fire management
  - o Alternative energy
  - o Utilities
  - o Air quality
- Next meeting we will discuss some of these topics. There will be a learning component to future meetings to understand sideboards and what decisions can be made.

## 7.  Other Items Not on the Agenda
- None.

## 8.  Action Items / Next Meeting
- Next meeting is Thursday, June 24, 2010, from 1:00–4:00 pm at the BLM UFO, 2505 South Townsend Avenue, Montrose, Colorado.
- Contact Bruce Krickbaum with questions.
- Bruce will email the group when pertinent reports are posted on the Web site.

BLM_0105759

| | |
|---|---|
| **From:** | bruce_krickbaum@blm.gov |
| **To:** | sbear@dmea.com; Steve.weist@oxbow.com; John@reams-construction.com; billday@paonia.com; rich@richdurnanphoto.com; Robbie.jevaiiey@coiostate.edu; Wbiack8709@msn.com; siivers1@tds.net; Barbara_Sharrow@blm.gov; dave_kauffman@blm.gov; Bruce_Krickbaum@co.blm.gov; Angie Adams; Kate Wynant; UFO AR |
| **Subject:** | Draft Minutes: Uncompahgre RMP RAC Subgroup Meeting #1 |
| **Date:** | Thursday, June 03, 2010 3:06:15 PM |
| **Attachments:** | UFO-SG 2010-05-27 DraftMinutes.doc |

Hello RAC Subcommittee,

 I have attached draft minutes of the Uncompahgre RMP RAC
Subgroup meeting we held last week.  Please review the draft minutes and
 let me know of any errors or omissions.  Please reply no later than
Thursday
June 10; after that day, the minutes will be revised and submitted to all
group
members and the administrative record.

Thank you, Bruce

<><><><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384

 (See attached file: UFO-SG_2010-05-27_DraftMinutes.doc)


PLEASE NOTE: This message, including any attachments, may include
privileged, confidential and/or inside information. Any distribution or use
of this communication by anyone other than the intended recipient is
strictly prohibited and may be unlawful. If you are not the intended
recipient, please notify the sender by replying to this message and then
delete it from your system.

BLM_0105760



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



# RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #1
## Thursday, May 27, 2010 (9:00 AM – 12:00 PM)
### Meeting Location:
### Holiday Inn – Jordan Room A
### 1391 S. Townsend Avenue, Montrose, CO

**Attendees:** Angie Adams (EMPSi), Lori Armstrong (BLM Southwest Colorado District Manager), Shelby Bear, Robbie Baird-LeValley, Walt Blackburn, Bill Day, Richard Durnan, William Ela, Bruce Krickbaum (BLM Uncompahgre Field Office), John Reams, Barb Sharrow (BLM Uncompahgre Field Office), Steven Weist, Kate Wynant (EMPSi)

**Handouts:** Agenda, Uncompahgre RMP Planning Units map, Microsoft PowerPoint presentation slides, Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup, Planning Issue Statements, Highlights of the Resource Management Planning Process to Date, Preliminary Summary of Scoping Results, Uncompahgre RMP Newsletter #1 (December 2009)

1. **Welcome** (Barb Sharrow, Bruce Krickbaum, Angie Adams)
   - Barb Sharrow welcomed everyone and thanked them for coming. Angie Adams mentioned housekeeping items (restroom locations, put cell phones on vibrate, brief breaks, snacks).
   - This is a subgroup of the Bureau of Land Management (BLM) Southwest Resource Advisory Council (RAC). Two members of this RAC Subgroup sit on the RAC. The subgroup essentially does the work for the RAC and the RAC itself advises the BLM.
   - We are excited about this plan. Since 1984 and 1989 when the current plans were written, there are a lot of things in the landscape that have changed. There are many things that have been put off and restrict us from making decisions and moving forward on projects. Thank you for your time and your passion for the public lands. There are a number of Resource Management Plans (RMPs) in progress in Colorado right now for BLM, and we are starting after them. Other plans are Craig (nearly winding up), San Juan (on the tail end), and Colorado River Valley (formerly Glenwood Springs) and Kremmling, which are working on a plan together and should publish a draft soon. Grand Junction is also working on their plan. Hopefully we can learn from these plans.
   - We just finished our scoping period, and based on the input that other plans have received, we expected about 600 unique substantive comments. We ended up getting over 2,000 unique comments, which does not include form letter comments. We know that we have a lot of interested people in what we do on public lands. You are representing a lot of those people and those groups.
   - Your role is primarily to help the BLM develop a reasonable range of alternatives to consider in the RMP. You [RAC Subgroup] want to make sure that we [BLM] did not miss anything. We tried to get a regional diversity on the RAC Subgroup. There are some folks from the North Fork, but some from the West End and also around here [Montrose].

BLM_0105761

- The RAC members' role is to help participate in dialogue and bring information from the RAC to the subgroup and vice-versa. The RAC will make a formal recommendation to the BLM.

## 2. Introductions (all)

- Barb Sharrow introduced Bruce Krickbaum. He is the planner and can be contacted with any questions. Bruce thanked everyone for coming and their continued interest in the process.
- Bruce Krickbaum introduced Angie Adams and Kate Wynant, contractors with Environmental Management and Planning Solutions, Inc. (EMPSi), hired to help the BLM with the plan.
- Attendees introduced themselves and the interests they represent.

## 3. Project Overview (Angie Adams) *(note: Project Overview information was relayed via a Microsoft PowerPoint slideshow which was also included as a handout. Information here builds on information in the slideshow and does not include the slideshow itself)*

- This RMP revision will replace the San Juan/San Miguel RMP (1985) and the Uncompahgre Basin RMP (1989) and their subsequent amendments. The San Juan/San Miguel RMP covers the Dallas Divide and west. Portions of the RMP also include lands now managed by the San Juan Public Lands Center. The Uncompahgre Basin RMP covers the Dallas Divide and east.
  - *Question:* Why do two RMPs encompass this area? *Answer:* there have been boundary changes. We used to be the Uncompahgre District and the San Juan/San Miguel District. Now districts are broken down into field offices.
- Per the Federal Land Policy and Management Act (FLPMA):
  - This plan will establish criteria for when disposal will be appropriate.
  - The mandate of multiple use and sustained yield is one of the BLM's biggest mandates or missions.
  - *Comment:* It does not look like there is anything about recreation in FLPMA. *Answer:* It is in Section 102.8.
  - This plan will evaluation areas of critical environmental concern (ACEC). There are some in the field office already and they are being reviewed again for the presence of relevance and importance criteria. The BLM is also considering other areas as ACECs.
  - Multiple Use: this is not a black and white process, and the multiple use mandate adds to the gray area.
- RMP Planning area: Includes all acres regardless of ownership (approximately 3.1 million acres).
- RMP Decision area: Includes BLM surface (675,700) and federal mineral estate (2.2 million acres). Excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas. A separate RMP will be written for the Dominguez-Escalante National Conservation Area. An RMP for the Gunnison Gorge National Conservation Area was signed in 2004.

## 4. RMP Planning Effort (Angie Adams) *(note: RMP Planning Effort information was relayed via a PowerPoint slideshow which was also included as a handout. Information here builds on information in the slideshow and does not include the slideshow itself)*

- Why do we plan? The RMP speaks to desired outcomes for the landscape, not on-the-ground decisions (implementation level).
- What decisions will be made in the RMP?
  - Decisions identify lands that are open or closed to certain uses (e.g., livestock grazing, energy development).
  - Broad-scale planning effort that sets the stage for future projects.
- Conceptual planning process and BLM documents
  - Frame the problem and gather information

BLM_0105762

- Pre-plan: What are we going to do, what are some issues, etc. completed by BLM.
- Analysis of the Management Situation: Underway and will be on website in June 2010. Documents what is out there now, what are the trends, problems, issues, ideas for solving issues, and opportunities for management changes. It sets the stage for alternatives and existing conditions.
- Scoping report: Will be available in July 2010. We have an internal draft that has the numbers break-down of comments received.
    - o Develop possible solutions
        - Draft RMP/ Draft Environmental Impact Statement (EIS): Will be published for 90-day public review and then revised.
        - Proposed RMP/Final EIS: Will be published for 30-day public review and protest.
    - o Make decisions
        - Approved RMP/Record of Decision (ROD).
        - Implementation and monitoring occur after the ROD is issued. The current (1985 and 1989) RMPs are in place until the ROD for the revised RMP is signed.
- RMP Guts and Goo
    - o RMP is framed by the vision and the planning criteria. Planning criteria are open for comment during scoping. They set the ground rules and define a decision space but are mostly things that tell the BLM to follow the law.
        - ☐ Action: BLM (Bruce Krickbaum) to send the group the planning issues.
    - o Planning Issues: we are very close to finalizing the planning issues. Handout (Planning Issue Statements) describes questions to be address, management concerns, etc.
        - Planning issues drive the alternatives and dictate how alternatives are shaped. If it is not broken, do not fix it.
        - Identification of planning issues. Internal BLM, scoping, stakeholders, cooperating agencies, tribes, etc. Comments received during scoping are categorized by planning issues, policy or administrative issues, issues outside the scope of the RMP, and issues that have already been addressed but need to be better communicated (for example, the Dry Creek travel management plan has been completed although commenters may not know). Only those planning issues are carried forward for consideration during the RMP process.
        - Scoping Results:
            - o Most comments had to do with Issue #1, then Issue #3, then Issue #2 (see PowerPoint handout for details).
            - o Top resource categories of concern are special designation areas, energy and minerals, and recreation.
            - o *Question:* Where do form letters fit in? *Answer:* They are acknowledged in the scoping report but are not counted in the number of unique comments or number of letters.
    - o Planning Units (also see Uncompahgre RMP Planning Units map handout). These are draft. It acknowledges that resources and community interests are different in different parts of the planning area. Once we get into alternatives development, we may realize that the planning units need to be adjusted.
    - o Goals are broad scale and apply to all alternatives because there are different ways of getting to that goal. We will have different goals between resource programs, but they will be the same across alternatives.
    - o Objectives are specific (tier) to the goals. They do not have to be common to all alternatives. Objectives are SMART (specific, measurable, achievable, realistic, time-fixed).
    - o Actions tier to the objectives. "Actions" are allocations, management actions, and monitoring actions.

- BLM 9-step Planning Process. We are at Step 4 (Analysis of the Management Situation), but we are not nearly half-way through. The preferred alternative may be selected at the Draft RMP stage (Step 7). Step 7 also includes the publication and revision of the Draft RMP/Draft EIS and the Proposed RMP/Final EIS.
- Planning process to date (also see Highlights of the Resource Management Planning Process to Date handout)
  - Community Assessment (2008-2009): BLM went to 22 communities in planning area and invited community leaders to talk with BLM about their relationship with public lands and what they hope to see in the RMP. We will continually refer back to this.
  - Tribal consultation has been underway for a couple of years and is ongoing.
  - Scoping
  - Visual resource inventory was completed in 2009.
  - Economic workshops: BLM invited comminutes to talk with BLM about public lands from an economic perspective
  - Recreation focus groups:  Held in spring 2010, they asked folks about the current recreation conditions and desired future conditions in planning area.
  - Class I paleontological resources overview and class I cultural overview
  - Coal potential report:  Discusses the current condition and potential. It will be posted on the Web site in June.
  - Renewable energy potential report:  Similar to the coal report it discusses the current condition and potential for renewable energy. It will be posted on the Web site in June.
  - Wild and Scenic Rivers eligibility report:  It will be available on the Web site in June. Following eligibility the BLM will conduct suitability which is a different level of decision making.
  - ACEC evaluation report:  It is underway and expected to wrapped up in June.
  - None of these documents make any decisions; we are just gathering data.
  - *Question:* Are these things you (EMPSi) are doing or that the BLM is doing? *Answer:* We (EMPSi) are responsible for the coal and renewable energy reports, scoping report, and economic workshops. The BLM is doing some things in-house (ACEC report, tribal consultation, and recreation focus groups). Other reports the BLM has contracted to other firms. The BLM is involved in review and input and reviewing the final product of all reports or studies done by other firms, including EMPSi.
- Alternatives Development
  - What are the issues? Is there a need for change? If there is not a need for change, current management can be carried forward. Just because an RMP is being revised does not mean that everything needs to change. If there is a need for change, we can create a range of alternatives.
  - The RAC Subgroup should help the BLM think outside the box and make sure we [BLM] are not missing anything in the alternatives development process. If there is a need for change, we can create a range of alternatives to address options.
- National Environmental Policy Act (NEPA)
  - NEPA tell us that we must look at a range of alternatives so that the decision-maker can make informed decisions. It does not tell us what decision to make, but gives us procedures for coming to those decisions.
  - The EIS provides the analysis of the impacts of what would happen if a set of actions are implemented.
  - *Question:* Why are we (RAC Subgroup) developing a range of alternatives if the BLM is developing alternatives? *Answer:* It is all interconnected. The BLM will start meeting to develop alternatives and bring ideas and drafts to the group throughout the process. The RAC Subgroup is not going to develop alternatives separately from BLM. The BLM will bring the group highlights to see what the BLM is missing from the alternatives

BLM_0105764

throughout the process. The group will have the opportunity to contribute to the alternatives.
- Planning Challenges (Bruce Krickbaum)
  - Diverse landscape and human uses. Some use the land more for recreation versus energy development. Different vegetation structures and land forms.
  - Lack of information. Someone will always think we need more info. As mentioned, we have done lots of reports in preparation for this RMP so that we can make the right decisions. There might be data that we wish we had and that will have to be an issue we have to overcome.
  - Competing interests and values: off-highway vehicle use versus no off-highway vehicle use; energy development versus no energy development.
  - Multiple jurisdictions: multiple counties, multiple agencies to contend with.
  - Growing urban interface: fire and how we deal with that, also growing demand for recreation. Lots of private land leads to lots of urban interface challenges.
  - Rising recreation: competing recreation uses throughout the field offices. Seems like each year there is a new use and a new area getting use.
  - Changing demographics: new ideas, new values, new expectations.
- How long will it take to complete the plan?
  - The goal is to have the ROD complete in the summer or fall of 2013.
  - Draft RMP/EIS will be released to the public in spring of 2012, but this group will see it before then. You will also see bits and pieces throughout the process.
- *Question:* Will there be continuity between the Grand Junction Field Office? *Answer:* Yes, we hope so. We will be looking at their plan to make sure decisions are compatible.

## 5. Public Outreach
- Scoping Summary (Kate Wynant) (see Preliminary Summary of Scoping Results handout)
  - *Question:* How does the meeting attendance play into the planning units? *Answer:* The planning units were developed prior to scoping and were based on issues identified during community assessment.
  - *Question:* Will we be told what the issues are to get that kind of attendance? *Answer:* Yes. There are also some hot-button issues going on in January 2010 that brought a lot of people out to the scoping meetings. There are lots of things going on in the North Fork such as oil and gas and coal.
  - In Hotchkiss, there were a lot of people at that meeting about one issue (Jumbo Mountain). Also, a citizens group that has formed over concerns of oil and gas development affecting drinking water.
  - Angie Adams: I would encourage folks to look at the community assessment, which is available at www.uformp.com. It gives details on issues identified in the various communities. This helped form the planning units.
  - *Comment:* There should be some coordination with the Forest Service on what is going on. There should not be a road on BLM that is gated when you get to Forest Service. *Response:* There will be coordination, as the Forest Service is a Cooperating Agency. However travel management decisions will be made in a travel management plan [not part of this RMP].
  - *Question:* Will the BLM Washington office review this? *Answer:* Yes. Each of the three phases [Draft RMP/Draft EIS, Proposed RMP/Final EIS, and ROD/RMP] will be reviewed by Washington. They will all first be reviewed by the field office, then the Colorado State Office, and then the Washington Office.

## -- Public Comments / Questions --
- The Public Outreach discussion was paused for public comments and questions at 11:00am. No members of the public were present.

- As a reminder to the RAC Subgroup, you represent the public, and these meetings are advertised and are open to the public.

## 5. Public Outreach (continued)
- Cooperating Agencies (Angie Adams)
  - Federal, state, county, local, and tribal agencies with special expertise or jurisdiction in the planning area and have interest in cooperating signed memorandums of understanding with the BLM. More than 40 agencies were invited. To date 19 have accepted: 3 federal (US Fish and Wildlife Service, Bureau of Reclamation, and National Park Service), 1 state (Colorado Department of Natural Resources, which includes Colorado Division of Wildlife, state parks, Colorado Natural Heritage Program, state forest service, reclamation division, and mining and safety), 5 counties (Delta, Gunnison, Montrose, Ouray, and San Miguel), and 10 cities and towns (Montrose, Cedaredge, Hotchkiss, Mountain Village, Norwood, Nucla, Olathe, Orchard City, Paonia, and Ridgway). The Colorado Water Conservation Board has verbally accepted, but a Memorandum of Understanding has not been signed. No tribes have signed on as cooperators but consultation sometimes satisfies their need. Barb: we have been consulting with them for two years on this project. We have taken field trips to get their input.
  - The Cooperating Agencies are meeting this afternoon and we will tell them about you. We will take your and the Cooperating Agencies' input, and there will be transfer back-and-forth between the two groups and the BLM.

## 6. RAC Subgroup Functions, Charter, and Role (Angie Adams) (see Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup handout)
- We take input from both groups and the public, but the BLM is ultimately responsible for making decisions.
- The Southwest RAC advises the BLM on a variety of issues in southwestern Colorado. The RAC Subgroup is a sanctioned group that advises the BLM via the Southwest RAC. The RAC Subgroup represents a broad range of issues. The RAC Subgroup takes info back to the Southwest RAC to make recommendations to the BLM.
- Some topics at some meetings might not be as personally interesting to you, but it is important that you are here and learn so that in the end the recommendations are sound. There will be an education component so that everyone can understand the resource topics.
- As participants in the RAC Subgroup you are formally recognized under the Federal Advisory Committee Act. You cannot send a replacement to sit in your place because you have been appointed by the Southwest RAC. The public may attend meetings and are encouraged to do so, but the discussion and voting only occurs among subgroup members. The public can ask questions and make comments during the specific public comment period during the meeting (11:00am).
- You need to decide if you want to hold formal meetings with a quorum or not.
  - Action (RAC Subgroup members): Think about the level of meeting formality for the next meeting.
- Southwest RAC members on the RAC Subgroup report to the Southwest RAC to ensure that the BLM has adequately addressed the concerns of the members and that your interest is somewhere in the range of alternatives.
- Page 3 of handout (Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup) lists the dates for the first five meetings. Meetings are scheduled for Friday mornings. Need to make sure this is okay with everyone.
  - Friday mornings are fine for everyone.

BLM_0105766

- Bruce: The June, July, August, and October 2010 meetings follow the alternatives development workshops that will be held internally by the BLM.
- If a member has a scheduling conflict, then they do not attend that meeting and do not represent the interests of the group at that meeting. If you are unable to attend, please notify Bruce Krickbaum.
- We expect to meet with the group 13 or 14 times throughout a two-year period. After January 2011, we are tentatively scheduled to meet in March, May, June, July, and October 2011, and then in January, March, and April 2012.
- Issues of interest to Cooperating Agencies: There is a list of approximately 26 resource topics that the BLM considers in the RMP revision. We want to focus our efforts on the expertise of this group. Some resources have less decision space than others, for example, cultural resources are generally protected by federal laws so the space for making decisions and range of alternatives is small. The group preliminarily identified the following issues:
  o Transmission lines (growth in residential): how to incorporate those issues into a plan
  o Travel management/off-highway vehicle use
  o Recreation/quiet use
  o Special designation areas
  o Oil and gas
  o Mining
  o Lands and realty
  o Special status species
  o Weeds
  o Livestock grazing
- *Comment:* It would be helpful to see the scoping comments because we are supposed to be representing the public and not only our own personal interests. Access to summary information, similar to summary of livestock grazing comments, would be helpful to direct discussion.
  - ☐ Action (Bruce Krickbaum): Submit summary of comments received on each resource to RAC Subgroup members.
  - ☐ Action (Bruce Krickbaum): Send link to community assessment to RAC Subgroup members.
- *Question:* Do you (BLM) already have an agenda for what will be discussed at the alternatives workshops? *Answer:* No, not yet. But there are resources that need to be addressed before others as these are resources that others react to (such as special management areas).
- *Comment:* It would also help to know about other pending decisions that might impact this plan. *Answer:* These might include sage-grouse and other threatened and endangered species decisions (prairie dogs); perhaps oil and gas as a reaction to the Gulf Coast oil spill; and air quality (regarding air quality, we do not have concrete direction from either the BLM or the US Environmental Protection Agency on what to do to address impacts. The issue is how to model the impacts from certain resource uses, especially coal, oil and gas, and uranium).
- *Question:* What are visual resources? *Answer:* This is related to viewshed, which is becoming more of an issue as people move into certain areas and value visual resources.
- *Question:* How much detail will we be getting into in the alternatives? *Answer:* Some RAC subgroups on other BLM RMPs have focused only on one thing and have gotten very detailed. Others want more of a variety and might spend less time in order to cover what is of interest.
- Barb Sharrow: We already know that wild and scenic rivers is a big issue. People have asked if there can be a separate stakeholder group for wild and scenic rivers (one for the San Miguel River and one for the Dolores River). What we will probably do is have the stakeholder group work and then present their findings and progress to this RAC Subgroup.

- The range of alternatives can vary by resource. For example, the decision space for cultural resources is smaller than for recreation so the range of alternatives is not as large. The goal is to make the range of alternatives wide enough (reasonably), and the BLM will identify the agency-preferred alternative. That does not mean that the preferred alternative will be the proposed RMP. The proposed RMP will likely be a combination of various components from each alternative for each resource.

## 7. Other Items Not on the Agenda
- None.

## 8. Action Items / Next Meeting
- Next meeting is Friday, June 25, 2010, from 9:00am to Noon at the BLM UFO, 2505 South Townsend Avenue, Montrose, Colorado.
- Contact Bruce Krickbaum with questions.
- Bruce will email the group when pertinent reports are posted on the Web site.
- ☐ Action: BLM (Bruce Krickbaum) will email the group the planning issues.
- ☐ Action (RAC Subgroup members): Think about the level of meeting formality for next time (e.g., should a quorum be used?).
- ☐ Action (Bruce Krickbaum): Submit summary of comments received on each resource to RAC Subgroup members.
- ☐ Action (Bruce Krickbaum): Send website link for community assessment to group.

| | |
|---|---|
| **From:** | bruce_krickbaum@blm.gov |
| **To:** | uformp@blm.gov |
| **Subject:** | Fw: Help Ensure that the Long-Term Management Plan for the Uncompahgre Plateau of Southwest Colorado Includes the Strong Provisions for the Protection of Wild Places, Wildlife Habitat, and Rivers. |
| **Date:** | Friday, June 04, 2010 4:18:25 PM |

Not sure if I forwarded this earlier or not.  Sitting in old email (read).

<><><><><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384

----- Forwarded by Bruce Krickbaum/MOFO/CO/BLM/DOI on 06/04/2010 04:17 PM -----

Syreeta Batiste
<syreeta_batiste@
yahoo.com>                                         To
            bruce_krickbaum@blm.gov
03/24/2010 02:57                                   cc
PM
                                    Subject
            Help Ensure that the Long-Term
            Management Plan for the Uncompahgre
            Plateau of Southwest Colorado
            Includes the Strong Provisions for
            the Protection of Wild Places,
            Wildlife Habitat, and Rivers.

Dear Mr. Krickbaum,

Thank you for the opportunity to comment on the Uncompahgre RMP revision.
The Uncompahgre Field Office encompasses some of Colorado's most beloved
wilderness-quality lands, wild rivers, and opportunities for quiet,
backcountry recreation. The resource area is also home to important and
imperiled wildlife, such as Gunnison sage grouse, that rely on large
intact tracts of habitat free from roads and other infrastructure.
I encourage BLM to emphasize resource protection in this RMP, providing
extensive unroaded areas where quiet-use recreationists can experience
solitude and natural soundscapes and viewsheds, and where wildlife and
wild rivers can thrive unimpeded by off-road vehicles or energy
development.

BLM_0105769

BLM should complete a comprehensive travel management plan as part of the RMP to ensure that planning is done at a landscape level, accounting for impacts of all uses. Lands with wilderness characteristics should be closed to motorized and mechanized use. Those lands, as well as potential wild and scenic river corridors, should be closed to all forms of energy development and transmission. Protecting these lands has the added benefit of helping protect wildlife habitat and cultural resources.

BLM should designate zones for renewable energy development in the RMP, and limit renewable energy projects to those zones. Any oil and gas development allowed under the RMP should be carefully constrained, subject to phased development that minimizes damage to unique natural features, essential wildlife habitat, and other sensitive areas. The RMP should impose strict limits on uranium and other mining to protect our land, air and water.

Please disregard the original petition sent by The Wilderness Society with my signature on the bottom of the petition because it included the issue of climate change, which is non-existent, based upon the sound evidence of truthful scientists, who have disproved the theory of global warming in the world.

Sincerely,
Syreeta Batiste

**From:**       bruce_krickbaum@blm.gov
**To:**         uformp@blm.gov
**Subject:**    Fw: BLM Uncompahgre Field Office Resource Management Plan Revision
**Date:**       Friday, June 04, 2010 4:16:25 PM
**Attachments:** UFO RMP comments Lyon.doc

----- Forwarded by Bruce Krickbaum/MOFO/CO/BLM/DOI on 06/04/2010 04:15 PM -----

Amanda
Clements/MOFO/CO/
BLM/DOI                                To
                        Bruce Krickbaum/MOFO/CO/BLM/DOI@BLM
03/23/2010 12:18                       cc
PM                      Ken Holsinger/MOFO/CO/BLM/DOI@BLM,
                        Melissa Siders/MOFO/CO/BLM/DOI@BLM,
                        Charles Sharp/MOFO/CO/BLM/DOI@BLM
                                    Subject
                        Fw: BLM Uncompahgre Field Office
                        Resource Management Plan Revision

----- Forwarded by Amanda Clements/MOFO/CO/BLM/DOI on 03/23/2010 12:18 PM -----

Peggy Lyon
<peggylyon@ourayn
et.com>                                To
                        CNHP Staff
03/17/2010 04:12        <CNHP_Staff@Mail.Colostate.edu>,
PM                      Rosalind B McClellan
                        <Mcclelr@Colorado.EDU>,
                        "amanda_clements@blm.gov"
                        <amanda_clements@blm.gov>
                                       cc

                                    Subject
                        BLM Uncompahgre Field Office
                        Resource Management Plan Revision

BLM_0105771

Hi--
I finally got around to writing some comments to BLM, and am attaching
them here.  Mostly, I addressed rare plant and vegetation issues, but it
would be great to get some
additional comments from other CNHP folks, e.g. zoology (Gunnison sage
grouse, Colorado cutthroad trout, etc) and ecology (riparian
communities).  It wouldn't need to be
long, but all comments are important.  They can be emailed to:
uformp@blm.gov

thanks--
Peggy

(See attached file: UFO RMP comments Lyon.doc)

BLM_0105772

Bureau of Land Management
Uncompahgre Field Office RMP
To:  RMP planning team
March 17, 2010

Dear team members:
Thank you for the opportunity to comment on the upcoming plan.  As the Western Slope
Botanist of Colorado Natural Heritage Program (CNHP), and a resident of Ridgway, this
plan is personally important to me.  My major interest is management of vegetation and
rare plants.  I would suggest that the following be considered in the plan:

**Clay-loving wild buckwheat (*Eriogonum pelinophilum*)**:  Expand the Fairview South
ACEC to the south to encompass all populations on BLM land.  Also add other areas of
the UFO that support the buckwheat, even if they are not contiguous with existing
ACECs.

**Payson's lupine (*Lupinus crassus*)**: Designate an ACEC or initiate other special
management to protect the populations of Payson's lupine in Paradox Valley.  Refer to
CNHP's Potential Conservation Areas and surveys to be conducted in 2010 for plants'
distribution.

**Continue to survey** for rare plants and update existing records.  Require private
contractors who conduct rare plant surveys to submit element occurrence records to
CNHP as part of their contract.

**Rivers:**  Pursue Wild and Scenic River designation, or failing national designation take
steps locally to protect the high quality riparian areas that were deemed eligible by the
study group that met in March, 2009.

**Vegetation management:**  Recognize the value and scarcity of old growth pinyon-
juniper woodlands, and refrain from treatments to set them back to an earlier seral stage.
Proceed cautiously with vegetation treatments, and require pre-and post-treatment
monitoring to measure the success of treatments.

**Off-road vehicle use**: Require all vehicles to stay on designated roads and trails, and
close excess roads and trails in the Escalante-Dominguez NCA.  Arrange to have better
enforcement of travel regulations.

**Non-native species:** Aggressively control weeds, especially Russian knapweed,
cheatgrass and tamarisk.  Make every effort to require re-seeding with only native
species.  Continue efforts to collect native seed in situ.

Yours truly,
Peggy Lyon

**James Bode**

| | |
|---|---|
| **From:** | Colorado Environmental Coalition <info@ourcolorado.org> on behalf of Ilsa Johansson <ijoutside@gmail.com> |
| **Sent:** | Tuesday, June 07, 2011 2:16 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | Protect the Dolores River Basin |

Jun 7, 2011

Bureau of Land Management Uncompahgre Field Office

Dear Uncompahgre Field Office,

Please prioritize protecting the wilderness characteristics of the Dolores River Basin when developing the new resources management plan for the Uncompahgre Field Office (UFO).

At the heart of the Dolores corridor, the Dolores River Canyon Wilderness Study Area and citizen recommended additions -- with towering colorful sandstone cliffs, river otter, peregrine falcon, and outstanding opportunities for remote wilderness experience -- must be managed for the protection of the area's vast wilderness characteristics.

In addition, please make sure to consider the following:
* The Sewemup Mesa Citizens' Wilderness Proposal (CWP) areas within the Uncompahgre field office, including Carpenter Flats and Beehive Canyon, help to define a cohesive landscape of diverse canyon ecosystems, and should be managed for their wilderness characteristics.

* The Dolores Corridor, including the Paradox Valley and its rich wildlife and cultural resources, should be managed in close cooperation with adjacent BLM Field Offices and private land owners. It is important that the river ecosystem be considered as a whole in order to institute management that maintains its unique qualities.
* The Dolores river and all its eligible tributaries should receive immediate, thorough, and enduring protection.  Previous findings of wild and scenic suitability for the Dolores River should be reaffirmed in the plan update.  Few streams boast the unique natural values--and extent of threats to those values--as are found along the Dolores River.
* Oil and gas leasing should be prohibited in the Dolores River Corridor, or should at a minimum maintain No Surface Occupancy Stipulations. Impacts of development within the corridor are not consistent with protection of outstandingly remarkable values or the existing Special Recreation Management Area Designation.

Finally, the revised management plan needs to address how uranium mining in the area will occur to ensure proper protections and prohibit leasing within the river corridor.  BLM must ensure that all state and federal laws are applied to any permitted mines. The BLM must also ensure that a viable long-term plan for dealing with any radioactive or contaminated materials as well as any other waste products is securely in place. All permitted mines must:
*prove that there will be no harm to both surface and ground water quality and quantity; *prove that the long-term ecological health of the area will not be jeopardized; *have viable reclamation plans in place before permits can be granted; and *have an adequate bonding mechanism in place sufficient enough to cover the entire cost of reclamation.

Thank you for this opportunity to participate!

Best

Ms. Ilsa Johansson

BLM_0105774

415 Mountain Village Blvd Unit 1141
Telluride, CO 81435-9384

BLM_0105775

NATIONAL SYSTEM OF PUBLIC LANDS    U.S. DEPARTMENT OF THE INTERIOR   **BUREAU OF LAND MANAGEMENT NEWS RELEASE**

**Release Date:** 10/06/09
**Contacts:** Erin Curtis, 970-244-3097

### Members Sought for Uncompahgre RMP Planning Group

**MONTROSE, Colo.** – The Bureau of Land Management Field Office in Montrose and the Southwest Colorado Resource Advisory Council are seeking members of the public interested in serving on an advisory group for the Uncompahgre Field Office Resource Management Plan.

Participants will serve as a subgroup under the Southwest Colorado Resource Advisory Council (RAC), providing input from all of the diverse interests within the field office. Specifically, the RAC is seeking the following:

- Three members who represent commercial uses or users such as livestock grazing, timber production, mining, oil and gas, realty/rights-of-ways, off-highway vehicle groups and commercial recreation such as guides and outfitters.

- Three members who represent environmental organizations, historic/cultural interests, wildlife and other conservation organizations, and dispersed/general recreation users.

Members should also be residents of communities that lie within the Uncompahgre Field Office area, including Delta, Montrose, San Miguel, Ouray and the North Fork of the Gunnison in Gunnison County.

The subgroup will provide feedback to the Southwest RAC about the formulation of the Field Office's Resource Management Plan. The subgroup will meet about once a month starting in January 2010.

The Southwest Colorado RAC is one of three advisory councils to BLM Colorado. Composed of 15 members appointed by the Secretary of the Interior, individuals serving in each RAC represent a broad range of public land interests, including environmental, local government, and commercial activity. The Southwest RAC advises the BLM's Uncompahgre and Gunnison Field Offices and the San Juan Public Lands Center.

Interested individuals should submit a letter of interest to the Bureau of Land Management, 2465 S. Townsend Avenue, Montrose, Colorado 81401 by November 6, 2009. For additional information, call Barb Sharrow, Field Manager, or Bruce Krickbaum, Planner, at 970-240-5300.

For more information on Colorado RACs, go to http://www.blm.gov/rac/co/co_index.htm.

The BLM manages more land - more than 245 million acres - than any other Federal agency. This land, known as the National System of Public Lands, is primarily located in 12 Western states, including Alaska. The Bureau, with a budget of about $1 billion, also administers 700 million acres of sub-surface mineral estate throughout the nation. The BLM's multiple-use mission is to sustain the health and productivity of the public lands for the use and enjoyment of present and future generations. The Bureau accomplishes this by managing such activities as outdoor recreation, livestock grazing, mineral development, and energy production, and by conserving natural, historical, cultural, and other resources on public lands.

--BLM--

2465 S. Townsend Ave,    Montrose, CO 81401

Last updated: 10-07-2009

USA.GOV | No Fear Act | DOI | Disclaimer | About BLM | Notices | Get Adobe Reader®
Privacy Policy | FOIA | Kids Policy | Contact Us | Accessibility | Site Map | Home

http://www.blm.gov/co/st/en/BLM_Information/newsroom/2009/members_sought_for0.html[8/13/2010 9:51:39 AM]

BLM_0105776



Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado  81401

June 2010









# ANALYSIS OF THE MANAGEMENT SITUATION
## *for the BLM* Uncompahgre Planning Area

BLM_0105777

BLM_0105778

# ANALYSIS OF THE
# MANAGEMENT SITUATION

## FOR THE

# BLM UNCOMPAHGRE
# PLANNING AREA



### PREPARED BY:
### UNITED STATES DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT
### UNCOMPAHGRE FIELD OFFICE, COLORADO
### JUNE 2010

### BARBARA SHARROW
### UNCOMPAHGRE FIELD MANAGER
### MONTROSE, COLORADO

BLM_0105779

# Table of Contents

ABBREVIATIONS AND ACRONYMS COMMONLY USED ........................... 9

CHAPTER ONE - INTRODUCTION ....................................... 11

1.1   PURPOSE FOR THE ANALYSIS OF THE MANAGEMENT SITUATION ..................... 12
1.2   PURPOSE AND NEED FOR THE RMP REVISION ..................... 13
1.3   OVERVIEW OF PLANNING AREA, RESOURCES, AND PROGRAMS..................... 14
      Table 1.1 - Land Status and Mineral Estate in the Planning Area.....................15
1.4   ELEMENTS DISCUSSED IN THIS AMS..................... 16
1.5   ORGANIZATION OF THIS AMS ..................... 17

CHAPTER TWO - AREA PROFILE ....................................... 18

RESOURCES ....................................... 19

2.1.1   CLIMATE, AIR QUALITY, AND NOISE ..................... 20
        Table 2.1 - Climate Summary from Stations within the Planning Area.............21
        Table 2.2 - Average Annual Air Pollutant Emissions 1996-2001...........24
        Table 2.3 - Noise Terminology ..................... 26
        Table 2.4 - Typical Noise Levels (dBA) ..................... 28
2.1.2   GEOLOGY ..................... 29
2.1.3   SOIL RESOURCES ..................... 36
        Table 2.5 - Fragile Soils in the Planning Area.....................38
        Figure 2.1 - Colorado Public Land Health Standard 1 .....................39
        Table 2.6 - LHA Soil Summary Ratings for the Planning Area .....................41
2.1.4   WATER RESOURCES ..................... 48
        Table 2.7 - Major Hydrologic Units in the Planning Area .....................48
        Table 2.8 - Annual Precipitation in the Planning Area.....................49
        Table 2.9 - Hydrologic Soil Group Ratings for the Planning Area .....................50
        Table 2.10 - Colorado 303(d) List of Impaired Waters in the UFO ...........52
        Table 2.11 - State-Monitored UFO Waters with Suspected Impairments..........52
        Figure 2.2 - Colorado Public Land Health Standard 5 .....................53
        Table 2.12 - Consumptive Water Rights in the Planning Area by Source...........55
        Table 2.13 - Stream Reaches Protected by Instream Flow Rights.....................56
        Table 2.14 - Land Health Standard 5 Summary Rating for the Planning Area..58
        Table 2.15 - Aquatic Macroinvertebrates in Planning Area Streams[1]...........60
        Figure 2.3 - Longitudinal Variation in Aquatic Macroinvertebrate on San Miguel River.62
        Table 2.16 - Public Water Sources with Potential Influence in Planning Area...65
2.1.5   VEGETATIVE COMMUNITIES ..................... 72
        Figure 2.4 - Colorado Public Land Health Standard 3 .....................73
        Figure 2.5 - Colorado Public Land Health Standard 2 .....................74
        Table 2.17 - Vegetation Communities in the Planning Area.....................75
        Table 2.18 - Major Vegetation Issues in the Planning Area.....................80
        Table 2.19 - Noxious Weeds in the Planning Area.....................82

4   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105780

2.1.6 FISH AND WILDLIFE ........ 94
*Table 2.20 - Key Fish and Wildlife Species of the UFO........96*
*Table 2.21 - Birds of Conservation Concern in the Planning Area........97*
2.1.7 SPECIAL STATUS SPECIES ........ 106
*Table 2.22 - Federally Listed Animal and Plant Species[1] ........108*
2.1.8 WILD HORSE AND BURRO ........ 124
2.1.9 WILDLAND FIRE ECOLOGY AND MANAGEMENT ........ 125
2.1.10 CULTURAL AND HERITAGE RESOURCES........ 133
*Table 2.24 - Cultural Periods........135*
2.1.11 PALEONTOLOGICAL RESOURCES........ 139
2.1.12 VISUAL RESOURCES........ 142
*Table 2.25 - Visual Resource Inventory Classes for the Planning Area........143*
2.1.13 WILDERNESS CHARACTERISTICS........ 146

RESOURCE USES........ 148

2.2.1 LIVESTOCK GRAZING MANAGEMENT ........ 149
*Table 2.26 - Status of Allotments in Meeting Public Land Health Standards..150*
2.2.2 FOREST AND WOODLAND PRODUCTS........ 152
*Table 2.27 - UFO Forest and Woodland Products sold 1998-2008........153*
2.2.3 ENERGY AND MINERALS........ 157
*Table 2.28 - Coal Leasing Within the Planning Area ........158*
*Figure 2.6 - Stratigraphic Relationship of Mesaverde Group Units........161*
2.2.4 RECREATION........ 171
*Table 2.29 - Recreation Visits by Activity 2005-2008........174*
2.2.5 TRAVEL AND TRANSPORTATION MANAGEMENT ........ 176
*Table 2.30 - Acreage for OHV Designations within the Planning Area ........179*
*Table 2.31 - BLM Road Maintenance Levels........181*
2.2.6 UTILITY CORRIDORS AND COMMUNICATION SITES........ 185
*Table 2.32 - Communications Sites in the UFO ........185*
2.2.7 LAND TENURE ........ 188
2.2.8 LAND USE AUTHORIZATIONS........ 190
2.2.9 WITHDRAWALS........ 193
*Table 2.33 - Current Withdrawals in the Planning Area by Type ........193*

SPECIAL DESIGNATIONS ........ 195

2.3.1 AREAS OF CRITICAL ENVIRONMENTAL CONCERN ........ 196
*Table 2.34 - ACECs in the Planning Area........197*
2.3.2 NATIONAL SCENIC BYWAYS........ 198
2.3.3 WILD AND SCENIC RIVERS........ 200
2.3.4 WILDERNESS AREAS & WILDERNESS STUDY AREAS........ 202
*Table 2.35 - Wilderness Recommendations in the Planning Area........202*
2.3.5 SPECIAL RECREATION MANAGEMENT AREAS........ 204

**SOCIAL AND ECONOMIC CONDITIONS AND CHARACTERISTICS** ................................... **205**

2.4.1        TRIBAL INTERESTS ....................................................................... 206
2.4.2        PUBLIC SAFETY .......................................................................... 211
2.4.3        SOCIAL & ECONOMIC CONDITIONS ................................................ 214

**CHAPTER THREE - CURRENT MANAGEMENT DIRECTION** ................ **215**

               *Table 3.1  Relevant Plans and Amendments........................................216*
3.1.1        AIR QUALITY ............................................................................. 217
3.1.2        GEOLOGY .................................................................................. 218
3.1.3&4   SOIL AND WATER RESOURCES ....................................................... 219
               *Table 3.2 – Objectives for Ground Cover Percentage in Management Unit 5.220*
3.1.5        VEGETATIVE COMMUNITIES ........................................................... 229
3.1.6        FISH AND WILDLIFE ..................................................................... 238
               *Table 3.3  Seasonal wildlife restrictions...........................................247*
3.1.7        SPECIAL STATUS SPECIES ............................................................ 251
               *Table 3.4 – Special status species habitats and restrictions.................253*
3.1.8        WILD HORSE AND BURRO ............................................................ 258
3.1.9        WILDLAND FIRE ECOLOGY AND MANAGEMENT ................................. 260
3.1.10      CULTURAL AND HERITAGE RESOURCES ........................................... 262
3.1.11      PALEONTOLOGICAL RESOURCES .................................................... 264
3.1.12      VISUAL RESOURCES .................................................................... 265
3.1.13      WILDERNESS CHARACTERISTICS .................................................... 267
3.2.1        LIVESTOCK GRAZING MANAGEMENT ............................................... 269
3.2.2        FOREST AND WOODLAND PRODUCTS ............................................. 275
3.2.3        ENERGY AND MINERALS .............................................................. 279
3.2.4        RECREATION .............................................................................. 287
3.2.5        TRAVEL AND TRANSPORTATION MANAGEMENT ............................... 291
3.2.6        UTILITY CORRIDORS AND COMMUNICATIONS SITES .......................... 295
3.2.7        LAND TENURE ............................................................................ 299
3.2.8        LAND USE AUTHORIZATIONS ........................................................ 302
3.2.9        WITHDRAWALS .......................................................................... 305
3.3.1        AREAS OF CRITICAL ENVIRONMENTAL CONCERN ............................ 307
               *Table 3.5 – Management Objectives and Decisions for ACECs.........307*
3.3.2        SCENIC BYWAYS ........................................................................ 309
3.3.3        WILD AND SCENIC RIVERS ........................................................... 310
3.3.4        WILDERNESS AREAS AND WILDERNESS STUDY AREAS ................... 311
3.3.5        SPECIAL RECREATION MANAGEMENT AREAS................................... 313
3.4.1        TRIBAL INTERESTS ..................................................................... 314
3.4.2        PUBLIC SAFETY .......................................................................... 315
3.4.3        SOCIAL AND ECONOMIC CONDITIONS ............................................ 316

**CHAPTER FOUR - MANAGEMENT OPPORTUNITIES** ............................ **317**

4.1.1        AIR QUALITY ............................................................................. 318
4.1.2        GEOLOGY .................................................................................. 325

6        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105782

4.1.3&4   WATER AND SOIL RESOURCES ........................................................ 326
4.1.5   VEGETATION COMMUNITIES ............................................................. 336
4.1.6   FISH AND WILDLIFE ..................................................................... 346
4.1.7   SPECIAL STATUS SPECIES ............................................................... 371
4.1.8   WILD HORSE AND BURRO ............................................................... 388
4.1.9   WILDLAND FIRE ECOLOGY AND MANAGEMENT ............................... 389
4.1.10   CULTURAL AND HERITAGE RESOURCES ........................................... 396
4.1.11   PALEONTOLOGICAL RESOURCES ...................................................... 403
4.1.12   VISUAL RESOURCES ...................................................................... 406
4.1.13   WILDERNESS CHARACTERISTICS ..................................................... 409
4.2.1   LIVESTOCK GRAZING MANAGEMENT ................................................ 413
4.2.2   FOREST AND WOODLAND PRODUCTS ............................................... 428
4.2.3   ENERGY AND MINERALS ................................................................. 437
4.2.4   RECREATION .................................................................................. 454
4.2.5   TRAVEL AND TRANSPORTATION MANAGEMENT ................................ 465
4.2.6   UTILITY CORRIDORS AND COMMUNICATIONS SITES ........................ 476
4.2.7   LAND TENURE ............................................................................... 482
4.2.8   LAND USE AUTHORIZATIONS .......................................................... 485
4.2.9   WITHDRAWALS .............................................................................. 487
4.3.1   AREAS OF CRITICAL ENVIRONMENTAL CONCERN ............................ 491
4.3.2   NATIONAL SCENIC BYWAYS ............................................................ 493
4.3.3   WILD AND SCENIC RIVERS ............................................................. 495
4.3.4   WILDERNESS AREAS AND WILDERNESS STUDY AREAS ................... 496
4.3.5   SPECIAL RECREATION MANAGEMENT AREAS .................................... 499
4.4.1   TRIBAL INTERESTS ......................................................................... 500
4.4.2   PUBLIC SAFETY ............................................................................. 502
4.4.3   SOCIAL AND ECONOMIC CONDITIONS ............................................. 505

CHAPTER FIVE - CONSISTENCY/COORDINATION WITH OTHER PLANS.... 506

5.1   COUNTY AND CITY PLANS ............................................................... 508
5.2   STATE AGENCY PLANS .................................................................... 509
5.3   OTHER FEDERAL AGENCY PLANS ..................................................... 511
5.4   POTENTIAL COOPERATING AGENCIES ............................................... 512

CHAPTER SIX - SPECIFIC MANDATES ................................................. 513

6.1   LAWS, REGULATIONS, AND ORDERS ................................................. 514
6.2   MEMORANDUMS, BULLETINS, MANUALS, HANDBOOKS, AND NOTES .... 516
6.3   APPLICABLE COLORADO STATE LAWS AND REGULATIONS .................. 519
6.4   MEMORANDA AND AGREEMENTS ...................................................... 520
6.5   APPLICABLE PLANNING DOCUMENTS ................................................ 522

CHAPTER SEVEN - SCOPING REPORT SUMMARY ................................. 525

CHAPTER EIGHT - LIST OF PREPARERS ............................................... 526

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          7
                   *Analysis of the Management Situation*
                   *for the Uncompahgre Planning Area*



BLM_0105783

TABLE OF CONTENTS

**CHAPTER NINE - GLOSSARY**.................................................................. 527

**CHAPTER TEN - REFERENCES**............................................................... 540

**APPENDIX A - TABLE OF LIVESTOCK GRAZING ALLOTMENTS** ....................................... 551
     *Table 2.36 - Livestock Grazing in the Planning Area* ............................................ 552

**APPENDIX B - COLORADO PUBLIC LAND HEALTH STANDARDS** .................................... 561

**APPENDIX C - MAPS** .......................................................................................... 565
     *Map 1-1 Uncompahgre Planning Area* ............................................................ 566
     *Map 1-2 Land Cover Classification in the Uncompahgre Planning Area* ........ 567
     *Map 2-1 Geology of the Uncompahgre Planning Area* ..................................... 568
     *Map 2-2 Structural Elements of the Paradox Basin and Adjacent Areas* ....... 569
     *Map 2-3 Biotic Soil Crust Locations in the Uncompahgre Planning Area* ...... 570
     *Map 2-4 Saline and Selenium Enriched Soils in the Planning Area* ................. 571
     *Map 2-5 Wind Erosion Areas in the Uncompahgre Planning Area* ................. 572
     *Map 2-6 Soil Erosion Capacity in the Uncompahgre Planning Area* .............. 573
     *Map 2-7 Droughty Soil Rating Areas in the Uncompahgre Planning Area* ..... 574
     *Map 2-8 Flood Hazard Areas in the Uncompahgre Planning Area* ................. 575
     *Map 2-9 Major Hydrologic Units in the Uncompahgre Planning Area* ........... 576
     *Map 2-10 Annual Precipitation in the Uncompahgre Planning Area* .............. 577
     *Map 2-11 Distribution of Hydrologic Soil Groups in the Planning Area* ......... 578
     *Map 2-12 Riparian Functioning Condition Assessment of the Planning Area.* 579
     *Map 2-13 Cultural Resource Units in the Uncompahgre Planning Area* ......... 580
     *Map 2-14 Visual Resource Inventory of the Uncompahgre Planning Area* ..... 581
     *Map 2-15 Forest and Woodlands in the Uncompahgre Planning Area* .......... 582
     *Map 2-16 Geology of the Paradox Valley Uranium Belt (Uravan)* .................. 583
     *Map 2-17 Piceance Basin Structural Geology/Mesaverde Group Boundary* .. 584
     *Map 2-18 Oil and Gas Well Locations in the Uncompahgre Planning Area* ... 585
     *Map 2-19 Mesaverde Group Coal Thickness in Southern Piceance Basin* ...... 586
     *Map 2-20 Oil and Gas Leases in the Uncompahgre Planning Area* ................. 587
     *Map 2-21 Placer Gold Mining Claim Locations along the San Miguel River.* 588
     *Map 2-22 West-wide Energy Corridor through the Planning Area* ................. 589
     *Map 2-23 Withdrawn Lands in the Uncompahgre Planning Area* ................... 590
     *Map 2-24 ACECs in the Uncompahgre Planning Area* ...................................... 591
     *Map 2-25 Fairview Resource Natural Area/ACEC* ........................................... 592
     *Map 2-26 Needle Rock Outstanding Natural Area/ACEC* ............................... 593
     *Map 2-27 Adobe Badlands Outstanding Natural Area/ACEC* .......................... 594
     *Map 2-28 San Miguel ACEC/Special Recreation Management Area* .............. 595
     *Map 2-29 Density of Western Uranium Mines.* ..................................................... 596

8                  **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**         **JUNE 2010**
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105784

# *Abbreviations and Acronyms Commonly Used*

| ABBREVIATION/ ACRONYM | COMPLETE PHRASE |
|---|---|
| ACEC | area of critical environmental concern |
| AMP | allotment management plan |
| AMS | Analysis of the Management Situation |
| ATV | all-terrain vehicle |
| AUM | animal unit month |
| BLM | Bureau of Land Management |
| BMPs | best management practices |
| CCR | Colorado Code of Regulations |
| CDOW | Colorado Division of Wildlife |
| CDPHE | Colorado Department of Public Health and the Environment |
| CFR | Code of Federal Regulations |
| CWQCC | Colorado Water Quality Control Commission |
| DOE | Department of Energy |
| DOI | U.S. Department of the Interior |
| dv | deciview haze index |
| EA | environmental assessment |
| EIS | environmental impact statement |
| EPA | U.S. Environmental Protection Agency |
| ESA | Endangered Species Act |
| °F | degrees Fahrenheit |
| FLPMA | Federal Land Policy and Management Act |
| FMP | Fire Management Plan |
| FMU | Fire Management Unit |

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    9
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105785

ABBREVIATIONS AND ACRONYMS

| ABBREVIATION/ ACRONYM | COMPLETE PHRASE |
|---|---|
| FRCC | Fire Regime Condition Classification System |
| FWFMP | Federal Wildland Fire Management Policy |
| FWS | U.S. Fish and Wildlife Service |
| GGNCA | Gunnison Gorge National Conservation Area |
| GHG | greenhouse gases |
| GIS | Geographic Information Systems |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| LHA | Land Health Assessment |
| MOU | Memorandum of Understanding |
| n.d. | no date given |
| OHV | Off-Highway Vehicle |
| PSD | prevention of significant deterioration |
| ROW | right-of-way |
| SRMA | Special Recreation Management Area |
| SRP | Special Recreation Permit |
| TMP | travel management plan |
| UFO | Uncompahgre Field Office |
| U.S. | United States |
| USFS | U.S. Forest Service |
| USGS | U.S. Geological Survey |
| VOCs | volatile organic compounds |
| VRM | visual resource management |
| WRCC | Western Regional Climatic Center |
| WSA | Wilderness Study Area |
| WUI | wildland-urban interface |

10          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105786

# CHAPTER ONE
# Introduction

The United States (U.S.) Department of the Interior (DOI), Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) has initiated the process to develop a resource management plan (RMP) for the Uncompahgre Planning Area (planning area), superseding the two RMPs under which the area is currently managed. The Uncompahgre RMP will govern the use, protection, and enhancement of resources on BLM-administered public lands and federal mineral estate within the planning area by establishing broad land use plan decisions, including goals, objectives, desired outcomes, land use allocations, and standards and guidelines.

An Environmental Impact Statement (EIS) will be prepared as part of the RMP revision. An EIS is a document required by the National Environmental Policy Act for federal government agency actions "significantly affecting the quality of the human environment." A tool for decision making, an EIS describes the positive and negative environmental effects of a proposed agency action and cites alternative actions.

Areas within the planning area administered by other federal agencies, such as the U.S. Forest Service (USFS), U.S. Fish and Wildlife Service (FWS), National Park Service, and other state agencies, such as the Colorado State Land Board, are not the subject of this planning effort. In addition, planning decisions and descriptions in the RMP do not apply to private lands, with the exception of federal minerals that lie beneath private lands (known as split estate).

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    11
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105787

## 1.1 ☀ *Purpose for the Analysis of the Management Situation*

This Analysis of the Management Situation (AMS) is a summary document that describes the physical and biological characteristics and condition of resources within the planning area, provides a snapshot of how those resources are currently being managed, and identifies observable and measureable trends in resources and resource uses between past and present.

The AMS represents an early component of the planning process, providing a reference for how a given resource might behave in response to issues presented during RMP development, and should not be regarded as a comprehensive or detailed analysis of specific resources. It is intended to provide a framework from which to resolve planning issues through the development of alternatives.

12          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105788

## 1.2 ☀ *Purpose and Need for the RMP Revision*

Section 202(a) of FLPMA as amended (43 USC 1701 et seq.) requires the Secretary of the Interior to develop, maintain, and when appropriate, revise land use plans governing the use of public lands. Resource management planning provides the basis for evaluating and communicating public land uses. Using the principles of multiple use and sustained yield, the BLM seeks to maximize resource values for present and future generations.

The UFO currently operates under the guidance of two RMPs. The San Juan/San Miguel RMP was finalized in September 1985, and the Uncompahgre Basin RMP went into effect in July 1989. Since the dissolution of the Montrose District, the San Juan/San Miguel RMP has been in use by both the UFO and the San Juan Public Lands Center (of the BLM Dolores Field Office). The San Juan Public Lands Center is in the draft stages of revising the portion of the San Juan/San Miguel RMP that falls under their jurisdiction.

While the Gunnison Gorge National Conservation Area (GGNCA) lies within the UFO, a separate RMP was completed for this area in 2004. Approximately one-half of the newly designated Dominguez-Escalante National Conservation Area (NCA) lies within the UFO and will also operate under a separate RMP. The two NCAs will not be addressed within the Uncompahgre RMP.

BLM lands managed under the Uncompahgre Basin RMP (excluding those within the GGNCA and Dominguez-Escalante NCA) will be combined with lands managed under the San Juan/San Miguel RMP (excluding those within the BLM Dolores Field Office) to form the Uncompahgre Planning Area (planning area).

The planning area has experienced many changes since the two existing RMPs were first implemented. Management is becoming more complex due to the emergence of new issues of national significance, as well as heightened controversy surrounding certain existing issues. Increased oil, gas, and uranium activity, recreation demands, impacts from a growing population and urban interface, and pressures on wildlife and land health are among the many challenges to be addressed.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          13
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105789

# 1.3 ☀ *Overview of Planning Area, Resources, and Programs*

The planning area for the Uncompahgre RMP is comprised of the UFO, excluding the GGNCA and the Dominquez-Escalante NCA, and is bordered on the west by the BLM Moab Field Office (in Utah); on the north by the BLM Grand Junction Field Office and the Grand Mesa, Uncompahgre and Gunnison National Forest; on the east by the BLM Gunnison Field Office and Grand Mesa, Uncompahgre and Gunnison National Forest; and on the south by the BLM Dolores Field Office and the San Juan and Grand Mesa, Uncompahgre, and Gunnison national forests. Black Canyon of the Gunnison National Park and Curecanti National Recreation Area lie within the UFO boundary, as do four Colorado state parks. The planning area is shown in Map 1-1 on page 566.

The planning area lies within portions of the Southern Rocky Mountain and Colorado Plateau ecologic provinces. BLM lands within the planning area range from salt-desert shrub (at 4,701 feet) to alpine forest (at 11,449 feet). The area exhibits the varied topography, geology, soil, flora, and fauna of both provinces, including desert scrub, riparian, sagebrush parks, pinyon-juniper woodlands, mountain shrub, ponderosa pine, and spruce-fir forests. Map 1-2 on page 567 provides a land cover classification of vegetation within the planning area.

The planning area encompasses approximately 3,097,500 acres of federal, state, and private land in six southwestern Colorado counties: Montrose, Delta, Mesa, Gunnison, Ouray, and San Miguel. The population in several of these counties is expected to grow faster than the statewide average over the next 25 years, which will contribute to an expanding urban interface zone. Twenty-five distinct and diverse communities with very different economic bases, values, and resources lie within the planning area boundary, including high end resort communities, farm and ranching communities, coal mining towns, and others. Numerous homes and subdivisions are located within the wildland-urban interface (WUI).

In addition, the planning area is crossed by major power transmission lines that are critical for maintaining service to the entire western United States power grid. Mineral development is also expected to continue at a rapid pace over the next decade, adding to the complexity of managing public lands.

The planning area consists of 675,677 acres of BLM-administered public lands (including surface lands and minerals), as well as 669,309 acres of federal minerals under BLM lands, 1,270,401 acres of federal minerals under other federal land, and 294,952 acres of federal minerals under private, state, and city lands. See Table 1.1 for a complete overview of land status and mineral estate within the planning area.

14      **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105790

**TABLE 1.1 - LAND STATUS AND MINERAL ESTATE IN THE PLANNING AREA**

| SURFACE OWNERSHIP/MANAGEMENT | APPROXIMATE ACRES (WITHIN PLANNING AREA) | |
|---|---|---|
| BLM | 675,677 | |
| Forest Service | 1,249,066 | |
| National Park Service | 27,127 | |
| State (including Colorado Division of Wildlife) | 18,413 | |
| City | 885 | |
| Private | 1,126,330 | |
| **Planning Area** | **3,097,498** | |
| LAND AREA BY COUNTY | | |
| | BLM-Administered | Total Land Area |
| Montrose | 447,988 | 1,182,852 |
| Delta | 120,696 | 598,761 |
| San Miguel | 57,231 | 429,793 |
| Ouray | 24,461 | 344,386 |
| Gunnison | 13,352 | 426,779 |
| Mesa | 11,936 | 111,651 |
| Other Counties | 14 | 3,276 |
| BLM-ADMINISTERED FEDERAL MINERAL ESTATE | | |
| No Federal Minerals | 862,836 | |
| [1] All Federal Minerals | 2,140,718 | |
| Coal Only | 55,577 | |
| Oil and Gas Only | 10,996 | |
| Oil, Gas and Coal Only | 8,965 | |
| [2] Other | 18,406 | |
| Total Federal Mineral Estate | 2,234,662 | |
| Under BLM-administered Land | 669,309 | |
| Under Other Federal Lands (USFS, NPS) | 1,270,401 | |
| Under State, City, or Private Lands | 294,952 | |

[1] **All Federal Minerals - The federal government owns rights to all minerals (including coal, oil, gas, uranium, gravel, sand, moss rock)**
[2] **Other - The federal government owns rights to other minerals, either singly or a combination of other minerals. Other minerals includes uranium, moss rock, gravel, sand, and other minerals not listed in this table.**

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          15
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105791

## 1.4 ☀ *Elements Discussed in this AMS*

Planning area resources discussed in this AMS include air quality, geology, soil and water, vegetative communities, fish and wildlife, special status species, wild horses and burros, wildland fire ecology and fire management, cultural and heritage resources, paleontological resources, and wilderness characteristics.

Resource uses within the planning area include managing for livestock grazing, forest and woodland products, energy and minerals, recreation, travel and transportation, utility corridors, communications sites, land tenure, land use authorizations, and withdrawals.

In addition, special designations discussed in this AMS include areas of critical environmental concern, scenic byways, wild and scenic rivers, wilderness areas and wilderness study areas, and special recreation management areas.

Social and economic conditions and characterizations are also discussed, including tribal interests, public safety, and social and economic conditions.

16      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105792

# 1.5  ☀ *Organization of this AMS*

**Chapter Two** provides an area profile, which details the existing condition of resources, resource uses, special designations, and social and economic conditions within the planning area.

**Chapter Three** describes the current management direction (including objectives and decisions) prescribed by the prevailing RMPs and RMP amendments.

**Chapter Four** outlines the ability of current management direction to achieve desired conditions and address resource demands and describes management opportunities identified by resource specialists and through public scoping. This chapter provides the basis for formulating management alternatives.

**Chapters Five and Six** list other plans, mandates, and authorities necessary to consider and coordinate and comply with during the RMP revision.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    17
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105793

# CHAPTER TWO
# Area Profile

**The area profile describes the existing condition of resources, resource uses, special designations, and social and economic conditions within the planning area. This chapter incorporates information compiled at multiple levels to provide a context for the resources and their various uses. The information provided here becomes the basis for the Affected Environment chapter of the Uncompahgre Resource Management Plan (RMP) and Environmental Impact Statement (EIS).**

## THE AREA PROFILE CONTAINS FOUR SECTIONS:

❧ RESOURCES .......................................19

❧ RESOURCE USES ...................................148

❧ SPECIAL DESIGNATIONS ........................ 195

❧ SOCIAL AND ECONOMIC CONDITIONS ........ 205
   AND CHARACTERIZATIONS

18           BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105794



# *Resources*

## THE RESOURCES SECTION INCLUDES:

❧ **INDICATORS**
Identify factors that describe the condition of a resource

❧ **CURRENT CONDITION**
Describes the location, extent, and current condition of a resource within the planning area

❧ **TRENDS**
Describe the degree and direction of change in a resource between the present and some point in the past

❧ **FORECAST**
Describes predicted changes in the condition of a resource given current management

❧ **KEY FEATURES**
Describe features that guide land use allocation or management decisions

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    19
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105795

# 2.1.1 ☀ Climate, Air Quality, and Noise

## INDICATORS AND CURRENT CONDITION

This section describes existing air resource conditions in the planning area, focusing on climate, air quality, and noise.

### CLIMATE

The planning area is located in a high plateau continental region of mesas, mountains, and high desert. The climate is characterized by dry, sunny days and clear nights with extreme daily temperature changes. Table 2.1 provides a summary of weather records from seven National Cooperative Observer Network weather stations in the planning area compiled by the Western Regional Climatic Center.

Throughout much of the planning area, average daily winter temperatures range from a low of around 10° Fahrenheit (F) to a high of nearly 40° F. In summer, average daily temperatures range from around 50° F up to 90° F. Higher elevation locations are cooler, with extreme minimum temperatures approaching -40° F, while lower locations are warmer, with extreme maximum temperatures near 110° F.

Monthly precipitation is relatively uniform, with minimum precipitation typically occurring during June, followed by a period of maximum precipitation caused by summer convective thunderstorms. Higher elevation monthly precipitation is more uniform, but contains less moisture in mid-winter snow. Snowfall typically occurs from November through April (and October through May at higher elevations), with light accumulation. However, mountain snowpack can become quite deep, and remain well into spring. In general, total accumulated precipitation throughout the planning area was low in 2000, 2002, and 2003 (which were among the ten driest years on record), with 2006 and 2007 among the ten wettest years on record.

As determined by the Jay Remote Automatic Weather Station located about three miles north of Hotchkiss, Colorado, the regional prevailing wind direction (approximately 22 percent of the time) is from the west and west-southwest. Wind speed is typically highest during spring, but averages only 4.4 miles per hour annually. Calm conditions occur nearly 30% of the time.

20   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105796

TABLE 2.1 - CLIMATE SUMMARY FROM STATIONS WITHIN THE PLANNING AREA

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIMARRON, COLORADO (Elevation: 6,900 Feet) | | | | | | | Period of Record: 9/1951-12/2007 | | | | | | |
| Avg Maximum Temperature (°F) | 33.8 | 38.3 | 47.7 | 58.6 | 69.3 | 80.3 | 85.3 | 82.8 | 75.2 | 64.2 | 47.5 | 35.1 | 59.8 |
| Avg Min Temperature (°F) | 0.5 | 6.0 | 16.8 | 24.3 | 30.9 | 36.7 | 43.8 | 43.2 | 34.3 | 24.5 | 15.2 | 3.6 | 23.3 |
| Avg Total Inches Precipitation | 1.17 | 0.90 | 1.01 | 1.00 | 1.02 | 0.84 | 1.27 | 1.50 | 1.56 | 1.34 | 0.99 | 0.97 | 13.57 |
| Avg Total Snow Fall in Inches | 14.5 | 12.2 | 10.8 | 4.1 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | 7.7 | 13.6 | 64.2 |
| Avg Snow Depth in Inches | 5.0 | 6.0 | 2.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.0 | 1.0 |
| MONTROSE 2, COLORADO (Elevation: 5,690 Feet) | | | | | | | Period of Record: 10/1895-12/2007 | | | | | | |
| Avg Maximum Temperature (°F) | 37.8 | 43.9 | 53.0 | 62.4 | 72.5 | 83.2 | 88.5 | 85.7 | 77.9 | 65.7 | 50.3 | 39.2 | 63.3 |
| Avg Minimum Temperature (°F) | 13.5 | 19.7 | 26.6 | 34.0 | 42.2 | 49.7 | 55.6 | 53.9 | 45.7 | 35.0 | 23.9 | 15.2 | 34.6 |
| Avg Total Inches Precipitation | 0.57 | 0.53 | 0.72 | 0.86 | 0.87 | 0.53 | 0.86 | 1.25 | 1.12 | 1.04 | 0.66 | 0.65 | 9.67 |
| Avg Total Snow Fall in Inches | 6.6 | 4.5 | 3.8 | 1.9 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 2.8 | 6.9 | 27.4 |
| Avg Snow Depth in Inches | 1.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0 | 0 |
| NORWOOD, COLORADO (Elevation: 7,020 Feet) | | | | | | | Period of Record: 4/1924-12/2007 | | | | | | |
| Avg Maximum Temperature (°F) | 37.4 | 41.5 | 48.6 | 58.0 | 68.2 | 78.7 | 83.8 | 80.7 | 73.4 | 62.1 | 48.0 | 38.7 | 59.9 |
| Avg Minimum Temperature(°F) | 9.6 | 14.6 | 21.8 | 28.3 | 35.9 | 43.7 | 50.0 | 48.9 | 41.8 | 31.9 | 20.5 | 11.9 | 29.9 |
| Avg Total Inches Precipitation | 0.95 | 0.93 | 1.15 | 1.23 | 1.13 | 0.79 | 1.87 | 1.99 | 1.77 | 1.59 | 1.11 | 0.97 | 15.47 |
| Avg Total Snow Fall in Inches | 12.7 | 10.5 | 9.9 | 5.4 | 0.7 | 0.0 | 0.0 | 0.0 | 0.1 | 2.3 | 7.7 | 10.9 | 60.3 |
| Avg Snow Depth in Inches | 4.0 | 3.0 | 1.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0 | 2.0 | 1.0 |
| PAONIA 1 SW, COLORADO (Elevation: 5,580 Feet) | | | | | | | Period of Record: 1/1893-12/2007 | | | | | | |
| Avg Maximum Temperature (°F) | 38.6 | 45.0 | 53.7 | 63.0 | 73.1 | 83.6 | 89.2 | 86.4 | 77.9 | 66.6 | 52.3 | 40.3 | 64.1 |
| Avg Minimum Temperature (°F) | 13.8 | 20.4 | 27.5 | 33.9 | 41.6 | 49.2 | 56.0 | 54.6 | 46.7 | 36.5 | 26.0 | 16.2 | 35.2 |
| Avg Total Inches Precipitation | 1.22 | 1.19 | 1.49 | 1.37 | 1.37 | 0.77 | 1.08 | 1.31 | 1.52 | 1.63 | 1.28 | 1.32 | 15.56 |
| Avg Total Snow Fall in Inches | 12.1 | 9.0 | 6.4 | 2.3 | 0.2 | 0.0 | 0.0 | 0.0 | 0.1 | 0.7 | 4.7 | 11.7 | 47.2 |
| Avg Snow Depth in Inches | 4.0 | 2.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.0 | 1.0 |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          21
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105797

CHAPTER TWO - AREA PROFILE: RESOURCES

### PLANNING AREA CLIMATE SUMMARY (CONTINUED)

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RIDGWAY, COLORADO (Elevation: 7,000 feet)** | | | | | | | Period of Record: 5/1982-12/2007 | | | | | |
| Avg Maximum Temperature (°F) | 39.4 | 42.9 | 50.3 | 57.4 | 67.8 | 78.2 | 82.7 | 80.4 | 73.5 | 62.0 | 48.3 | 39.1 | **60.2** |
| Avg Minimum Temperature (°F) | 4.8 | 11.1 | 19.2 | 26.2 | 33.0 | 38.3 | 45.0 | 44.1 | 35.6 | 25.1 | 16.2 | 6.5 | **25.4** |
| Avg Total Inches Precipitation | 0.88 | 0.88 | 1.42 | 1.45 | 1.50 | 1.03 | 2.04 | 2.28 | 1.90 | 1.58 | 1.42 | 0.86 | **17.25** |
| Avg Total Snow Fall in Inches | 12.9 | 13.2 | 15.7 | 7.2 | 1.8 | 0.0 | 0.0 | 0.0 | 0.3 | 3.8 | 13.7 | 14.4 | **82.9** |
| Avg Snow Depth in Inches | 4.0 | 4.0 | 1.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0 | 3.0 | **1.0** |
| **TELLURIDE, COLORADO (Elevation: 8,800 feet)** | | | | | | | Period of Record: 12/1900-12/2007 | | | | | |
| Avg Maximum Temperature (°F) | 37.2 | 39.5 | 43.4 | 52.0 | 61.8 | 72.3 | 76.9 | 74.2 | 68.8 | 59.1 | 46.5 | 38.1 | **55.8** |
| Avg Minimum Temperature (°F) | 5.2 | 8.4 | 14.2 | 22.8 | 29.9 | 35.6 | 41.6 | 40.9 | 34.3 | 25.5 | 14.9 | 6.8 | **23.3** |
| Avg Total Inches Precipitation | 1.63 | 1.69 | 2.17 | 2.20 | 1.77 | 1.17 | 2.45 | 2.92 | 2.13 | 1.94 | 1.55 | 1.54 | **23.15** |
| Avg Total Snow Fall in Inches | 27.6 | 25.4 | 31.1 | 21.1 | 6.5 | 0.7 | 0.0 | 0.0 | 1.0 | 9.1 | 20.7 | 24.2 | **167.3** |
| Avg Snow Depth in Inches | 13.0 | 16.0 | 12.0 | 3.0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.0 | 8.0 | **5.0** |
| **URAVAN, COLORADO (Elevation: 5,010 feet)** | | | | | | | Period of Record: 11/1960-12/2007 | | | | | |
| Avg Maximum Temperature (°F) | 42.7 | 49.9 | 58.7 | 67.6 | 78.6 | 89.4 | 95.5 | 92.2 | 83.5 | 71.4 | 54.9 | 43.3 | **69.0** |
| Avg Minimum Temperature (°F) | 15.5 | 22.4 | 29.2 | 35.7 | 44.5 | 52.4 | 59.4 | 58.2 | 48.4 | 36.9 | 26.6 | 17.9 | **37.2** |
| Avg Total Inches Precipitation | 0.88 | 0.77 | 1.03 | 1.01 | 0.94 | 0.48 | 1.19 | 1.36 | 1.54 | 1.51 | 1.03 | 0.93 | **12.68** |
| Avg Total Snow Fall in Inches | 3.8 | 0.9 | 0.5 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.7 | 3.5 | **9.6** |
| Avg Snow Depth in Inches | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |

**(Western Regional Climate Center)**

## CLIMATE CHANGE

The temperature of Earth's atmosphere is regulated by a balance of radiation received from the sun, minus the amount of that radiation absorbed by the planet and atmosphere. In the atmosphere, greenhouse gases, keep the temperature of Earth warmer than it would be otherwise, and allow the planet to sustain life. While these gases and particles have occurred naturally for millennia, there has been an increase in their atmospheric concentration since the start of the industrial age, contributing to observed climate variability beyond the historic norm.

BLM_0105798

A 2007 U.S. Environmental Protection Agency (EPA) report indicates that increased atmospheric concentrations of greenhouse gases, as well as land use changes, are contributing to an increase in average global temperature or *global warming*. This warming is associated with climatic variability (commonly known as *climate change*) that exceeds the historic norm. Temperature changes and climactic variability are not evenly distributed across the globe. Models and observations indicate that average temperature increases in northern latitudes are greater than in other areas, and seasonal low temperatures are generally increasing faster than high temperatures.

According to the Colorado Water Conservation Board, temperatures in Colorado increased by approximately 2° F between 1977 and 2006. As reported in the 2007 Colorado Climate Action Plan developed by the state of Colorado, climate change effects within Colorado have included:

- shorter and warmer winters with a thinner snowpack and earlier spring runoff
- less precipitation overall with more falling as rain
- longer periods of drought
- more and larger wildfires
- widespread beetle infestations
- rapid spread of West Nile virus due to higher summer temperatures.

In relation to a 1950-1999 baseline, climate models project that Colorado will warm 2.5° F by 2025, and 4° F by 2050. The 2050 projection indicates that summers will warm by +5° F, and winters by 3° F (Colorado Water Conservation Board 2008). Future predicted climate change impacts on Colorado include:

- more frequent and longer lasting heat extremes that stress electrical utility demands
- longer and more intense wildfire seasons
- midwinter thawing and earlier melting of snowpack
- lower river flows in summer months
- water shortages for irrigated agriculture
- slower recharge of groundwater aquifers
- migration of plant and animal species to higher elevations
- more insect infestation in forests.

## AIR QUALITY

The federal and state governments have established ambient air quality standards for six criteria pollutants: carbon monoxide (CO), lead (Pb), nitrogen dioxide ($NO_2$), ozone ($O_3$), particulate matter smaller than 10 microns in effective diameter ($PM_{10}$), particulate matter smaller than 2.5 microns in effective diameter ($PM_{2.5}$), and sulfur dioxide ($SO_2$). The EPA also regulates emissions of oxides of nitrogen (NOx) and volatile organic compounds (VOCs). These compounds are precursors for producing photochemical smog (ozone) and



JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     23
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105799

secondary particulate matter. Ozone (including its NOx and VOC precursors), $PM_{2.5}$, and $SO_2$ are considered regional air pollutants, typically affecting air quality on a regional scale.

Pollutants such as CO and lead are considered local, typically accumulating close to their emission sources. $PM_{10}$ can be considered both a regional and local air pollutant, depending on the particular circumstance. In addition, long-range transport of $NO_2$, $PM_{10}$, $PM_{2.5}$, and $SO_2$ can contribute to regional visibility degradation, as well as atmospheric deposition at sensitive areas (such as national parks and wilderness areas) many miles downwind of individual emission sources.

## EXISTING AIR POLLUTANT EMISSIONS

Air quality in the planning area is affected primarily by emissions from agricultural, urban, and industrial sources, which are quantified on a countywide basis. Table 2.2 on the following page shows the average annual regional air pollutant emissions for five counties in and around the planning area (EPA 2008a).

**TABLE 2.2 - AVERAGE ANNUAL AIR POLLUTANT EMISSIONS 1996-2001**

| COUNTY | EMISSIONS (TONS PER YEAR) | | | | | |
|---|---|---|---|---|---|---|
| | CO | NOx | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | VOC |
| Delta | 15,745 | 1,715 | 5,563 | 1,307 | 135 | 1,849 |
| Gunnison | 15,698 | 1,063 | 3,210 | 1,294 | 108 | 1,817 |
| Montrose | 22,103 | 2,902 | 7,198 | 2,038 | 1,565 | 2,327 |
| Ouray | 4,509 | 320 | 1,126 | 321 | 24 | 540 |
| San Miguel | 6,051 | 515 | 1,851 | 609 | 33 | 687 |

NOTE: Most emissions are non-point and mobile sources; Delta County $PM_{10}$ and $PM_{2.5}$ emissions include an industrial storage/transport facility in operation since 1999; Montrose County NOx, $PM_{2.5}$, and $SO_2$ emissions include an electric utility facility. (EPA 2008a)

## EXISTING AIR QUALITY CONCENTRATIONS

Existing air quality conditions in the planning area can be characterized through use of monitoring data collected in the region. CO, $PM_{10}$, and $PM_{2.5}$ are the only air pollutants monitored within and near the planning area by the Colorado Department of Public Health and the Environment (CDPHE) Air Pollution Control Division. $PM_{10}$ is sampled in Delta and Telluride, Colorado and $PM_{2.5}$ is monitored in Grand Junction, Colorado. Lead, $NO_2$, ozone, and $SO_2$ have been measured in the Denver metropolitan area for several years by CDPHE. In addition, CDPHE began monitoring ozone in Cortez, Palisade, and Rifle, Colorado during

24      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105800

2008. As part of the Clean Air Status and Trends Network program (found online at <http://www.epa.gov/castnet/>), the EPA measures gaseous ozone and $SO_2$ at the Rocky Mountain Biological Laboratory in Gothic, Colorado. Over the course of the week, air is drawn at a controlled flow rate through a three-stage filter pack mounted atop a 10-meter tower to collect particulate and gaseous air pollutants.

$PM_{10}$ and $PM_{2.5}$ (including speciated chemistry, such as lead and SO2) are also sampled at the Aspen Mountain Ski Area (White River National Forest) by the Interagency Monitoring of Protected Visual Environments (IMPROVE) Program. IMPROVE helps federal land managers from the BLM, NPS, USFS, FWS, and EPA, and regional-state organizations protect visibility at 156 Class I Areas (national parks and wilderness areas) as required by the Clean Air Act.

Since most of the planning area is rural, actual air quality is likely to be cleaner than that measured in towns, and especially cleaner than the Denver metropolitan area. The entire planning area is classified as attainment or unclassified (with the exception of the Telluride $PM_{10}$ maintenance area), indicating current compliance with all applicable National Ambient Air Quality Standards. At one time Telluride was in violation of $PM_{10}$ air quality standards, primarily due to smoke emissions from local wood stoves. Those emissions have been reduced so that the town is now in compliance. However, proposed (direct or authorized use) BLM activities within the Telluride $PM_{10}$ maintenance area must be structured to comply with EPA General Conformity Regulations. None of the site-specific air quality monitoring stations has measured any exceedance of National Ambient Air Quality Standards in the past five years.

## AIR QUALITY-RELATED VALUES

In addition to stations within and outside the planning area, air quality-related values are monitored by the Clean Air Status and Trends Network, IMPROVE, the National Atmospheric Deposition Network/National Trends Network, and the Mercury Deposition Network. Mesa Verde National Park has the most complete program, including monitoring by each of these networks. Both Clean Air Status and Trends Network and National Atmospheric Deposition Network monitors are located at the Rocky Mountain Biological Laboratory in Gothic, Colorado. Another National Atmospheric Deposition Network sampler is located on Molas Pass in the San Juan National Forest. Additional IMPROVE monitors are located at the Aspen Mountain Ski Area in the White River National Forest and the Weminuche Wilderness Area in the San Juan National Forest.

Individual sensitive lake chemistry samples are taken primarily by the USFS. Sensitive lake chemistry sampling is conducted at three lakes in the Maroon Bells-Snowmass Wilderness Area, eleven lakes in the Weminuche Wilderness Area, and at one lake each in the Raggeds and West Elk wilderness areas.

JUNE 2010　　　BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  25
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105801

## Atmospheric Deposition Trends

According to the Gothic monitor, there appears to be a slight reduction in total (dry plus wet) sulfur deposition, but no strong trend in total nitrogen deposition. At Mesa Verde National Park, total sulfur deposition is decreasing, while total nitrogen is increasing. In addition, Mesa Verde showed an increase in total mercury deposition (EPA 2008b).

## Visibility Trends

IMPROVE groups visibility trends by *best days* (20 percent clearest), *mid days* (within 20 percent of the mean), and *worst days* (20 percent haziest) throughout the monitoring record. Higher optical extinction (haziest) conditions are reflected by higher values on the deciview haze index. Mid and best days at Mesa Verde National Park generally have not changed over time, while days classified as worst have degraded. In the Weminuche Wilderness Area, both mid and worst days have improved, with the best days remaining clean. In the White River National Forest, worst days have improved, with no strong trend in mid and best days. (Overall, the White River site has been clearer than other sites.)

## Sensitive Lake Chemistry

Both the U.S. Geological Survey (USGS) and the USFS periodically collect water quality samples from water bodies sensitive to atmospheric deposition. The primary indicator is acid-neutralizing capacity, which represents the ability of a water body to be acidified by precipitation containing sulfuric and nitric acids. Although no sensitive lakes are located in the planning area, several are located in nearby wilderness areas.

### NOISE

**TABLE 2.3 - NOISE TERMINOLOGY**

| TERM | DEFINITION |
|---|---|
| **A-Weighted Decibel (dBA)** | An overall frequency-weighted sound level in decibels that approximates the frequency response of the human ear |
| **Community Noise Equivalent Level (CNEL)** | The energy average of the A-weighted sound levels occurring during a 24-hour period with 5 dB added to the A-weighted sound levels occurring during the period from 7:00 p.m. to 10:00 p.m. and 10 dB added to the A-weighted sound levels occurring during the period from 10:00 p.m. to 7:00 a.m. |
| **Day-Night Level (Ldn)** | The energy average of A-weighted sound levels occurring during a 24-hour period, with 10 dB added to the A-weighted sound levels occurring during the period from 10:00 p.m. to 7:00 a.m. |
| **Sound** | A disturbance created by a vibrating object, which, when transmitted by pressure waves through a medium such as air, is capable of being detected by a receiving mechanism, such as the human ear or a microphone |

26       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105802

## Measuring Sound

Noise is unwanted sound, including sound that is loud, unpleasant, unexpected, or otherwise undesirable. Sound measurement equipment has been designed to adjust the actual sound pressure to correspond with human hearing. A-weighted correction factors de-emphasize very low and very high frequencies of sound in a manner similar to the response of the human ear. Therefore, the A-weighted decibel (dBA) is a good correlation to a human's subjective reaction to noise. The dBA measurement is based on a logarithmic scale of sound pressure. Assuming 60 dBA is the noise level experienced in normal conversation with two people standing five feet apart, a noise of 50 dBA would be half as loud, and a noise of 70 dBA would be twice as loud. For humans, a change in sound level of 3 dB is generally just noticeable when the intruding noise is of a similar character to the background noise (such as an increase in existing traffic noise), and a change of ±5 dB would clearly be noticeable. However, when the intruding noise is of a different character than the background noise (such as a motorcycle within existing car traffic), a noise level increase of less than 1.0 dBA could be discernible.

## Noise Levels in the Planning Area

The planning area is sparsely populated, with few major towns or industrial facilities. Although ambient noise level measurements are not available, locations such as the planning area typically have relatively low noise levels, in the range of 35 to 50 dBA, depending on wind conditions. As described below, noise levels near roadways, businesses, industrial and construction sites can be considerably louder than natural background levels. Within the planning area, it is anticipated that most noise would occur near major roadways, within communities, and close to industrial operations (especially natural gas pipeline compressor stations.) However, current inventories regarding the types, locations, and ambient noise levels are not currently available.

## Noise Sources in the Planning Area

Common sources of noise in the planning area are likely to include:

- vehicular traffic (including the use of off-highway vehicles) on roadways
- recreational use of off-highway vehicles (OHVs)
- stationary equipment used for fluid minerals (oil and gas) exploration and development, including compressors and pumping stations
- heavy trucks hauling supplies to, and removing products and waste from, remote oil and gas wells.

Other noise sources in the planning area include non-motorized recreational use, noise from natural sources (such as wildlife, wind, and thunder), equipment from private agricultural activities, and aircraft overflights. Noise from traffic can vary widely depending on the volume, speed, and size of vehicles. Motorcycles and off-road recreational vehicles traveling on unpaved roads and trails generally produce lower hourly-average noise levels, but the short-term peak noise can be high and disruptive to nearby recreationists and

JUNE 2010  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    27
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105803

wildlife. Noise from ATVs and other motorized recreational vehicles varies greatly depending on the age, condition, make, and model. Table 2.4 provides examples of noise levels generated by common sources in the planning area.

TABLE 2.4 - TYPICAL NOISE LEVELS (dBA)

| NOISE SOURCE | AVERAGE NOISE | RANGE OF NOISE |
|---|---|---|
| Ambulance siren (100 feet) | 100 | 95-105 |
| Motorcycle (25 feet) | 90 | 85-95 |
| Typical construction site | 85 | 80-90 |
| Single truck (25 feet) | 80 | 75-85 |
| Urban shopping center | 70 | 65-75 |
| Single car (25 feet) | 65 | 60-70 |
| Within 100 feet of a highway | 60 | 55-65 |
| Normal conversation (5 feet apart) | 60 | 57-63 |
| Residential area during day | 50 | 47-53 |
| Recreational area | 45 | 40-50 |
| Residential area at night | 40 | 37-43 |
| Rural area during day | 40 | 37-43 |
| Rural area at night | 35 | 32-37 |
| Quiet whisper | 30 | 27-33 |
| Threshold of hearing | 20 | 17-23 |
| Data Source: (Crocker and Kessler 1982) | | |

28   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105804

# 2.1.2 ☀ *Geology*

## INDICATORS

Geologic resources are defined through descriptions of the surficial and bedrock geology and stratigraphy of the planning area. Geologic information is used to evaluate the potential development of mineral resources, as well as to regulate land uses based upon slope stability and accessibility issues. Several geologic type localities and areas of paleontologic significance occur within the planning area.

## CURRENT CONDITION

### SURFICIAL AND BEDROCK GEOLOGY

Much of the planning area lies within the Colorado Plateaus physiographic province, which is characterized by dissected plateaus with strong relief. Surface geology consists mainly of sedimentary rocks ranging in age from Paleozoic (230-600 million years) to Cenozoic (present to 63 million years). Map 2-1 (on page 568) depicts the generalized surface geology. Paleozoic and Mesozoic sedimentary rocks are most common in the western third of the planning area, while Mesozoic and Cenozoic sedimentary rocks dominate the northern and central portions. Cretaceous shales are common in the northern and central part of the area, and are generally less resistant to erosion than rocks in the Uncompahgre Plateau.

The structural geology of the planning area consists of the following main features presented from southwest to northeast. Map 2-2 (on page 569) presents the major geologic structures within the western portion of the planning area. Paradox Basin synclines and anticlines transition into the uplifted Uncompahgre Plateau. The Montrose Syncline lies toward the northeast, while the Gunnison Uplift lies to the east. The southern portion of the Piceance Basin lies to the north of these two features.

The northern portion of the planning area lies within the southern Piceance Basin in western Colorado. The Piceance is a broad, southeast-northwest trending structural and topographic basin bordered by the White River Uplift to the east, the West Elk Mountains to the southeast and south, the Uncompahgre Uplift to the southwest, the Douglas Creek Arch to the west-northwest, the Yampa Plateau to the north, and the Axial Basin Uplift to the northeast (Dunn 1972).

The Piceance Basin encompasses 3,900 square miles of exposed Tertiary rocks. The Tertiary-Cretaceous contact forms a nearly continuous outcrop along the basin margins.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          29
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105805

The basin is asymmetric, with gently dipping beds along the southwest flank and steeply dipping beds along the northeast flank, which form the Grand Hogback. The axis of the basin parallels the Grand Hogback in the central part of the basin, while in the northern and southern portions of the basin, the axis is bifurcated due to basinward-plunging anticlinal features (Dunn 1972).

Deposition of sediments into this region began with downwarping of the Piceance Basin floor during the Cretaceous, and continued through the Eocene. Low stream gradients and moderate uplift of the marginal mountains prevented significant erosion of the basin's perimeter. This sequence of events resulted in the deposition of the Wasatch, Green River, and Uinta formations in and around a series of landlocked lakes (Bradley 1964). The Tertiary Wasatch Formation is one of the main surface formations along the northern planning area boundary.

The planning area contains stratified rock units ranging in age from late Paleozoic through middle Tertiary. The following discussion of the stratigraphy describes the rock units from youngest to oldest.

## Tertiary

### Igneous

Several Laramide-age intrusive igneous rock units are located around the planning area. One unit is found in the northeast corner, while others are located towards the southern boundary. These Late Cretaceous-Early Tertiary rocks are generally of granitic composition.

### Wasatch Formation

The sedimentary Tertiary section consists of the Wasatch Formation (Paleocene-Eocene), which unconformably overlies the Cretaceous Mesaverde Group throughout the basin. The Wasatch Formation may reach a maximum thickness of 5,500 feet, making this the thickest Tertiary stratigraphic sequence in the planning area. In the southern and eastern portion of the basin, the Wasatch Formation has been subdivided from top to bottom into the Shire, Molina, and Atwell Gulch members. The Shire Member has variegated siltstone, claystone, and sandstones. The Molina Member is dominated by massive, cross-stratified sandstone. The basal Atwell Gulch Member is composed of variegated siltstone and claystone (Donnell 1961).

### Basal Conglomerate

The base of the Tertiary section is comprised of a conglomerate formerly called the Ohio Creek Formation, which overlies the Upper Cretaceous Williams Fork (Hunter Canyon) Formation of the Mesaverde Group.

## Cretaceous

Cretaceous-age rocks are extensive in the area. Thicknesses range from 6,000 to 10,000 feet. The Cretaceous section is characterized by complex interfingering of marine and continental strata. The environments of deposition were mainly marine in the eastern part

30    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0105806

of the Piceance Basin and mainly continental in the western part. Nine principal marine transgressions and regressions have been recognized. The seas were mostly transgressive in the early Cretaceous and early parts of the Late Cretaceous, and then mostly regressive throughout the remaining portion of the Late Cretaceous (Kellogg 1977). Cretaceous units are exposed at the surface and incised by numerous canyons in the UFO.

From youngest to oldest, Cretaceous rocks consist of the Mesaverde Group, Mancos Shale, Dakota Sandstone, and the Burro Canyon Formation.

### Mesaverde Group

The Mesaverde Group overlies the Mancos Shale and consists of in descending order: Hunter Canyon Formation, Mount Garfield Formation (Rollins Member, Cozzette Member, and Corcoran Member), and Sego Sandstone (Johnson 1979). The Hunter Canyon Formation and the upper part of the Mount Garfield Formation consist of fluvial channel-formed sandstone that is locally conglomeratic and interbedded with siltstone, claystone, and carbonaceous shale. The members of the Mount Garfield Formation consist of laterally extensive marine sandstone interbedded with paludal organic rich shale, carbonaceous claystone, and coal. The Cozzette Member also contains marine shale. The Sego Sandstone consists of laterally extensive marine sandstone.

### Mancos Shale

A thick interval of Mancos Shale, interbedded with natural gas-producing sandstones and sandy siltstones overlies the Dakota Sandstone.

### Dakota Sandstone

The Dakota Sandstone varies from 30 to 150 feet thick and consists of brown and yellow fluvial sandstone and conglomerate as well as interbedded green, gray, and black mudstones (Hintze 1988). Some of the sandstones are interbedded with siltstone, claystone, and thin coal seams. These coal seams are commonly impure, bony, and discontinuous. The ash content reaches 30% in many of these coals and individual bed thicknesses range from two to 15 feet (Gloyn and others 1995). Sandstone from this formation may also be locally suitable for building or aggregate for road construction and maintenance.

### Burro Canyon Formation

The Burro Canyon Formation is the basal Cretaceous unit found in the area, and varies from 50 to 180 feet thick (Hintze 1988). It consists of brown and gray fluvial sandstone and conglomerate in its lower half, while thin beds of dense gray limestone and variegated green and purple mudstones comprise its upper half (Gloyn and others 1995). It interfaces with the underlying Morrison Formation, but is unconformably overlain by the Dakota Sandstone.

## Jurassic

Jurassic sediments in the planning area were deposited in a variety of continental environments, ranging from eolian (massive wind-blown sandstone) to fluvial (interbedded sandstone, shale, and siltstone) to lacustrine (freshwater limestone). From youngest to

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    31
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105807

oldest, these sediments comprise the Morrison Formation, the San Rafael Group, and the Glen Canyon Group (Hintze 1988).

### Morrison Formation

While the Jurassic Morrison Formation consists of various members, not all are present in the planning area. The Morrison Formation is host to extensive uranium deposits. The Salt Wash Member, particularly its upper portion, is the most prolific uranium-producing horizon in the Morrison, and hosts small to large uranium deposits in channel sandstones (Wood 1968; Woodward-Clyde 1982; Gloyn and others 1995). This member consists of brown lenticular fluvial sandstone interbedded with red mudstone, and with thin gray limestone at its base. It varies from zero to 550 feet thick (Hintze 1988). The youngest member of the Morrison Formation is the Brushy Basin Member. It ranges from 200 to 440 feet thick and consists of brown, bentonitic mudstone and brown, conglomeratic sandstone (Hintze 1988). The bentonite is derived from a voluminous amount of volcanic ash, carried to depositional sites by north and northwesterly flowing paleo-streams (Turner-Peterson and others 1986).

### San Rafael Group

Within the planning area, the San Rafael Group includes the Entrada Sandstone, and Wanakah Formation (Hintze 1988). The Entrada Sandstone is recognized as a predominantly non-marine, cross-stratified sandstone and siltstone. The Wanakah Formation (formally known as the Curtis and Summerville formations) ranges up to 200 feet thick (O'Sullivan 1996). The lower part of the formation consists of thin-bedded red mudstone and gray and yellow sandstone, while the upper portion is a marine glauconitic sandstone (Gloyn and others 1995).

### Glen Canyon Group

In the planning area, the Jurassic Glen Canyon Group consists of Wingate Sandstone, the Kayenta Formation, and Navajo Sandstone. The Wingate consists of massive, gray-orange to red-brown, eolian, cross-bedded sandstone. It overlies the Chinle Formation unconformably and varies from approximately 250 to 650 feet thick (Hintze 1988). The Kayenta Formation varies from 0 to 340 feet thick, thinning to the southeast (Hintze 1988; Gloyn and others 1995). It is a very fine to fine-grained, irregularly bedded, locally conglomeratic, fluvial sandstone, siltstone, and shale. It also contains beds of mudstone and lacustrine limestone (Gloyn and others 1995).

### Triassic

Lower Triassic-age sediments in the planning area are characterized by thick, red, clastic sequences deposited in a variety of near-shore environments (Gloyn and others 1995). The Chinle Formation rests unconformably on the Moenkopi Formation.

32      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105808

### Chinle Formation

The Chinle Formation's depositional regime ranged from fluvial, floodplain, and lacustrine continental environments (Woodward-Clyde 1982). The formation consists of red, brown, and gray sandstone, conglomerate, and red, purple, and green-gray mudstone (Hahn and Thorson 2002). These deposits form distinctive upper red and lower green units. In Utah, the Moss Back and Shinarump Members of this formation are host to a large number of uranium deposits that have supported small to medium-sized mining operations in the past (Wood 1968; Gloyn and others 1995).

### Moenkopi Formation

The Moenkopi Formation consists of chocolate-colored, fluvial, deltaic, and coastal deposits that include silty, micaceous shale interbedded with sandstone and limestone.

## Pennsylvanian - Permian

### Cutler Formation

The Cutler Formation is a red shale, siltstone, and arkosic sandstone and conglomerate exposed southeast of the Uncompahgre Plateau along Cutler Creek near Ouray and west of Telluride, Colorado. Later workers subdivided the Cutler into a coarse arkosic member near the Uncompahgre Plateau, and a number of the fine-grained members in the Paradox Basin. The Cutler Formation is of late Pennsylvanian to Permian age, and based on stratigraphic relationships and vertebrate fossils, was deposited as an alluvial fan complex along the western margin of the ancestral Uncompahgre Uplift (Wengerd 1958).

## Pennsylvanian

### Hermosa Formation

The oldest sedimentary formation is found in the western portion of the planning area. Here the Hermosa Formation outcrops in the center of the Paradox Valley. During Pennsylvanian time, sediments filled accommodation space created by the rapidly subsiding Paradox Basin. Thousands of feet of evaporites, carbonates, and black shale constitute the Hermosa. Flowage of these evaporitic rocks formed prominent structural anticlines and fractures in overlying sediments. At depth, these Pennsylvanian strata, particularly the Paradox Member, are potential hosts to potash deposits (Wengerd 1958).

## Precambrian

The oldest rocks are located within entrenched drainages in the planning area near the crest of the Uncompahgre Plateau, and within the Black Canyon of the Gunnison and Gunnison Gorge National Conservation Area. These exposures are Precambrian basement rock of granite, quartzitic gneiss, mica schist, amphibolite, and migmatite. In places, granodiorite has intruded these ancient metamorphic rocks. In addition, many light-colored dikes and irregular masses of coarse-grained pegmatite form a conspicuous network of igneous intrusions throughout the canyon areas (Kellogg 2004).

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          33
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105809

## GEOLOGIC HAZARDS

Unstable slopes occur on hillsides and cliffs, and in areas that are susceptible to landslides, mudflows, rockfalls, or accelerated creep of slope-forming materials. Unstable slopes occur naturally and are widespread in the planning area. Most unstable slopes consist of weathered sedimentary strata and/or recent colluvium deposits that move downhill due to gravity. Unstable slopes can be active or inactive. Slope failure can be initiated by natural events or human actions. Natural factors contributing to slope instability include weathering and erosion, changes in the hydrologic characteristics of a hillside, loss of vegetation cover, earthquakes, and the slow natural deterioration of slope strength. Artificial factors that can undermine slope strength include cut and fill operations, blasting, vehicular traffic, excessive irrigation, the alteration of surface drainages, and the removal of vegetation cover.

### Mass Movement

Mass movement is a dynamic process that can be activated by earthquakes, rapid snowmelt, intense rainstorms, or gravity. Whereas mass movement plays a major role in the evolution of a hillslope by modifying slope morphology and transporting material from the slope to the valley, it also poses a potential natural hazard. The ability to predict the location and volume of transported mass on potentially unstable slopes is critical in assessing mass movement hazards and hillslope evolution. A promising approach is to examine the relationship of area, volume, length, height, and width of existing movements through ratio quantification (Regmi et al 2008).

The Paonia-McClure Pass area of western Colorado has a zone of mass movement. A technical study using aerial photographs and field surveys mapped 683 movement features covering approximately 600 square kilometers. The area of movement is classified as 29% debris flows, 26% rockslides, 23% debris slides, 15% soil slides, and 7% highway and forest road-influenced landslides (Regmi et al 2008). Future hazard analysis will produce landslide hazard zone maps that the BLM can use in planning efforts.

## TRENDS

An increased understanding of area geology can be expected as more knowledge is gained through oil and gas exploration and drilling, as well as from geologic mapping.

## FORECAST

The gathering of additional subsurface geologic information should continue at a rapid pace over the next decade in relation to oil, gas, coal, and uranium-vanadium exploration and

34   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0105810

development. The BLM, USGS, and Colorado Geological Oil and Gas Conservation Commission will contribute new information to the geologic understanding of the area.

# KEY FEATURES

Sound geologic information is critical for effective planning for development of mineral resources. Some areas have been identified as having multiple mineral deposits located at varying subsurface depths. For example, areas designated for potential coal or uranium development also include natural gas reserves. The mineral resources are located closer to the surface and are underlain by natural gas-producing strata. Different operators may pursue development of both of these resources independently. Geologic information should be gathered and shared to improve planning for development of other mineral resources and natural gas production. Two key locales include the North Fork area, where coal, coal bed methane, and natural gas production co-exist, and the west end of Montrose County, where uranium and natural gas may occur together.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          35
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105811

# 2.1.3 ☀ *Soil Resources*

## INDICATORS

Soils within the planning area are largely a product of the local geologic parent material, climatic conditions, and topographic position on the landscape. Sedimentary sandstone and shale formations occupy much of the area's surface geology.

### SOIL COMPOSITION

The inter-bedded sandstone and shale units of the Dakota and Morrison formations dominate the surface over much of the planning area, and weather to produce sandy and fine sandy loam textured soils. Mancos Shale is the primary shale formation, which characteristically weathers to produce fine-textured, silty clay loam soils. Additionally, the Mancos Shale is a marine-deposited evaporite—a sediment resulting from the evaporation of ancient water bodies—and as a result, often contains excessive levels of selenium (a non-metallic chemical element) and a variety of dissolvable salts, both of which can degrade water quality in receiving streams when mobilized by wind or water processes.

Deeper soils with little rock content are typically found within the interior portion of mesa tops and alluvial valleys, while shallow rocky soils are found along mesa rims and the side slopes of canyons. Classified according to soil order, the soils commonly found within the planning area include:

- *Aridisols* (from dry climate regimes) and *Entisols* (with very limited soil development), found primarily in low-elevation, more arid portions of the planning area, and containing little organic matter throughout their vertical profile
- *Alfisols* (with high levels of subsoil development) and *Mollisols* (with darkened, organic matter enriched surfaces), which are predominant at higher elevations.

### SOIL SURVEYS

A soil survey describes the characteristics of the soils in a given area, usually as a survey unit within a county within a county. Soils are classified according to a standardized system, and soil boundaries are plotted on a map, using aerial photographs as a base. Soil surveys help to make predictions about how a particular soil might behave, as well as its potential uses. The information collected in a soil survey aids in evaluating and predicting the effects of various land uses on the environment when developing land use plans. Order 3 soil surveys have been completed for the planning area, which describe and assess soil resources down to the phases of a soil series and delineations on the ground ranging from six to 640 acres.

36    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105812

Three surveys conducted by the U.S. Department of Agriculture Natural Resources Conservation Service describe soil resources in the planning area: *Soil Survey of Paonia Area, Colorado* (including parts of Delta, Gunnison, and Montrose counties), *Soil Survey of Ridgway Area, Colorado* (including parts of Delta, Montrose, Gunnison and Ouray counties), and *Soil Survey of San Miguel Area, Colorado* (including parts of Dolores, Montrose and San Miguel counties). Two public land parcels within the planning area have not been surveyed. Soils in a 12,000-acre parcel adjoining USFS lands along the northern planning area boundary on the west side of the Uncompahgre Plateau in Mesa County have been field surveyed but not yet compiled and finalized into a soil survey report. The second parcel is 1,000 to 1,500 acres, and is located in the vicinity of High Park Lake in the Big Cimarron drainage. An issue limiting access to this area has prevented field work necessary to complete the survey.

## FRAGILE SOILS

For the purposes of this RMP, *fragile soils* include soils with a high potential for supporting biological soil crust, soils with elevated levels of salinity (dissolvable salts) and/or selenium, soils prone to erosion by wind or water, and soils prone to impacts from drought conditions.

The local climate, landscape position, land uses, and soil properties largely dictate the density and composition of vegetation cover over most of the planning area. Vegetation cover and plant litter are important components for maintaining a healthy soil surface. At higher elevations in the planning area, mountain shrub and ponderosa pine vegetation communities provide soil surface cover, usually at relatively high densities. At lower elevations, pinyon-juniper and sagebrush communities dominate coarser-textured, non-saline soils, while salt desert shrub communities occur on saline, shale-derived soils.

### Biological Soil Crust (BSC)

In lower elevation areas with sparse plant cover, BSC provides another important soil cover component. BSC is comprised of a complex mosaic of green algae, lichens, mosses, cyanobacteria, and other bacteria (BLM 2001), and serves many beneficial functions to protect and enhance soil productivity, including acting as a stabilizer to inhibit erosion of surface soils. BSC is most prevalent in portions of the planning area that receive below 14 inches of annual precipitation, and on terrain with less than a 25% slope. In areas receiving higher than 14 inches of annual precipitation, competition from vascular plants reduces the occurrence of BSC, and on terrain with greater than a 25% slope, erosional forces act to minimize the establishment of BSC. While soil texture and chemistry can also be factors in determining the density and composition of BSC communities, field inventories to define these differences have not been completed, and were not used to identify soils having a high potential for BSC. Within the planning area, approximately 254,853 acres of soil have been identified as having a high potential for supporting BSC (as shown in Table 2.5 and Map 2-3 on page 570).

JUNE 2010                    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    37
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105813

## Saline Soils

Map 2-4 (on page 571) shows the occurrence of 107,175 acres of saline geologic units (primarily of Mancos Shale and the Paradox Formation) in the planning area. Saline soils are commonly coincident with these strata. However, salinity concentrations in the surface soils vary according to site-specific topography, local climate, and the geologic member that weathered to produce the soil. Shale in steep badland areas generally exhibits higher surface salinity concentrations than valley fill or outwash, shale-derived soils. Within badland areas, southerly and westerly hill slope aspects have higher surface salinity levels than more northerly aspects. Salinity concentrations also tend to be higher in more arid portions of the planning area.

## Wind and Water-Eroded Soils

As shown in Table 2.5, the potential for soil erosion from wind or water action varies across the planning area. While less than 1% of soils in the planning area have a high potential to be eroded through wind action, about 18% have high potential for erosion by water, due to steep topography and the physical characteristics of the soil. Known as the "K" or erodibility factor, it represents both the susceptibility of soil to erosion, as well as the rate of runoff. Map 2-5 on page 572 shows areas susceptible to wind erosion, while Map 2-6 on page 573 shows areas susceptible to water erosion.

## Drought-Affected Soils

Drought-affected soils have a low capacity to retain water in the root zone of the soil profile (calculated as a soil depth of 40 inches or a limiting layer). Within the planning area, approximately 15% of soils have a high potential to be affected by drought conditions as shown in Table 2.5 and Map 2-7 on page 570. The criteria used to determine these fragile soil delineations were developed in 2008 by William Ypsilantis.

**TABLE 2.5 - FRAGILE SOILS IN THE PLANNING AREA**

| SOIL ATTRIBUTE | LOW POTENTIAL | MODERATE POTENTIAL | HIGH POTENTIAL |
|---|---|---|---|
| Wind Erosion | 249,749 | 375,942 | 1,125 |
| Water Erosion | 285,898 | 140,389 | 120,406 |
| Drought Affected | 207,122 | 319,283 | 100,429 |
| Saline | | | 107,175 |
| Biological Soil Crust | | | 254,853 |

**Total acreage within and between each soil attribute and under BLM management varies as a result of the specific set of soil units rated by the Natural Resources Conservation Service.**

38          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105814

## COLORADO STANDARDS FOR PUBLIC LAND HEALTH

BLM Colorado finalized *Standards for Public Land Health and Guidelines for Livestock Grazing in Colorado* in March 1997. The BLM applies these standards to public lands on a landscape scale to help describe a landscape's potential, various uses, and the conditions needed to sustain land health. The five Colorado Standards (shown in Appendix A) are described in two parts: 1) A statement that describes conditions relating to the potential of a landscape, followed by 2) a series of indicators that help define the standard and are observable on the land. *Colorado Land Health Standard 1* identifies the characteristics and standards for healthy soil resources.

> **FIGURE 2.1 - COLORADO PUBLIC LAND HEALTH STANDARD 1**
>
> Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.
>
> **Indicators:**
> - Expression of rills and soil pedestals is minimal
> - Evidence of actively eroding gullies (eroding channels) is minimal.
> - Canopy and ground cover are appropriate.
> - There is litter accumulating in place and is not sorted by normal overland water flow.
> - There is appropriate organic matter in the soil.
> - There is a diversity of plant species with a variety of root depths.
> - Upland swales have vegetation cover or density greater than that of adjacent uplands.
> - There are vigorous, desirable plants.

Beginning in 1998, the BLM directed its field offices to assess all public lands within their jurisdiction against these standards over a ten-year period. The findings are documented in annual reports known as *land health assessments* (LHA). BLM staff completed the first ten-year cycle of LHAs for the UFO during the winter of 2008-2009. Soil results for the planning area are summarized in Table 2.6 in the Current Conditions section. Site-specific soil evaluations for each LHA are on file at the Montrose Public Lands Center.

The BLM has developed guidelines or Best Management Practice (BMPs) for both recreational activities (BLM 2000) and livestock grazing (BLM 1997) to help achieve conditions expressed by the land health standards. LHA findings and livestock management guidelines are used to develop terms and conditions for grazing permit renewals, with the

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          39
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105815

intention of achieving healthier soil resources where problem areas exist. Some of the more common conditions used to benefit soils include:

- Manage livestock to prevent the establishment of invasive weeds (many invasive weeds are annual plants that provide poor soil surface protection).

- Conduct regular use supervision checks (allowing for quick identification and action to reverse livestock management problems).

- Defer livestock use for the first two years following vegetation treatments.

- Limit grazing use to 50% of annual forage production.

- Limit grazing duration to fifteen days on spring and summer pastures.

- Require permittees to submit actual use grazing records within fifteen days of off date. (Actual use can vary significantly from permitted use, and knowing actual use will allow for improved livestock management in the future.)

- Limit grazing to spring or fall use, and preferably alternate the season of use in successive years.

- Manage ongoing recreational activities in the UFO, including outcomes from draft travel management plans, in accordance with established recreation guidelines (BLM 2000). Recreation guidelines for achieving healthy soils include:

  o Manage recreational activities to maintain sufficient vegetation on upland areas to protect the soil from wind and water erosion and to buffer temperature extremes.

  o Minimize disturbances and manage recreation use in riparian areas to protect vegetation, fragile soils, springs, and wetlands.

  o Plan and locate routes, trails, and developments away from riparian and wetland areas, and highly erosive soils.

  o Reduce stream crossings to the minimal number dictated by topography. Reduce sedimentation and compaction associated with stream crossings.

BMPs to benefit soil health are also found in the *San Juan/San Miguel Resource Management Plan* Oil and Gas Plan Amendment, Controlled Surface Use Stipulations, which include:

Prior to surface disturbance on slopes of or greater than 40 percent, an engineering/ reclamation plan must be approved by the Authorized Officer. Such plans must demonstrate how the following will be accomplished:

- Site productivity will be restored.

- Surface runoff will be adequately controlled.

- Off-site areas will be protected from accelerated erosion such as drilling, gullying, piping, and mass wasting.

40      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105816

- Surface-disturbing activities will not be conducted during extended wet periods
- Construction will not be allowed when soils are frozen.

# CURRENT CONDITIONS

## LAND HEALTH ASSESSMENTS

Soil resources on lands within the planning area were rated in one of three categories based upon Land Health Standard 1: 1) Meeting the standard, 2) Meeting the standard with problems, or 3) Not meeting the standard. The soil rating for each LHA unit is shown in Table 2.6 below.

The *meeting the standard with problems* category implies that less than half of the assessment sites within a soil polygon had a soil indicator rating of less than satisfactory, but overall, the soil condition in the polygon was meeting the standard.

The most common soil indicators resulting in rankings of *meeting the standard (but) with problems* or *not meeting the standard* were:

- high levels of bare-exposed soil surface
- low densities of live-perennial plant basal cover
- low amounts of plant litter cover
- high levels of annual-invasive weed species
- the presence of gullied (incised) stream channels.

The causal factors for not meeting the soil standard were also numerous, but often were determined to be caused by:

- poor follow-up management of vegetation treatments
- historic livestock grazing
- historic wildfire suppression
- proximity to private lands.

**TABLE 2.6 - LHA SOIL SUMMARY RATINGS FOR THE PLANNING AREA**

| LAND HEALTH ASSESSMENT[1] | YEAR | AREA SOILS (IN ACRES) | | |
|---|---|---|---|---|
| | | Meeting | Meeting but with Problems | Not Meeting |
| East Paradox | 1999 | 70,354 | 6,115 | 1,559 |
| North Delta | 2002 | 39,896 | 30,132 | 1,554 |
| Mesa Creek | 2004 | 59,931 | 50,507 | 1,005 |
| Roubideau | 2005 | 45,905 | 45,186 | 9,616 |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          41
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105817

| LAND HEALTH ASSESSMENT[1] | YEAR | AREA SOILS (IN ACRES) | | |
|---|---|---|---|---|
| | | Meeting | Meeting but with Problems | Not Meeting |
| Norwood | 2006 | 82,971 | 15,768 | 730 |
| North Fork | 2007 | 31,833 | 28,399 | 1,472 |
| Colona | 2008 | 39,754 | 8,864 | 2,394 |
| West Paradox | 2009 | 53,281 | 15,240 | 0 |
| TOTAL ACRES | | 423,925 | 200,211 | 18,330 |

[1]Gunnison Gorge National Conservation Area was surveyed in 2001, but is not part of the planning area.

## SALINITY AND SELENIUM

The Colorado River Basin Salinity Control Act (Colorado River Water Quality Office, Bureau of Reclamation) directs the BLM to minimize salt contributions to the Colorado River system from BLM-administered lands. The UFO has been managing some areas dominated by Mancos Shale to minimize salinity yields since the early 1980s. The Elephant Skin Wash Salinity Control Pilot Project was implemented by the BLM in 1984, in what was then part of the UFO. The project site is now managed as part of the Gunnison Gorge National Conservation Area (GGNCA). The purpose of the project was to test the effectiveness of off-channel storage structures in capturing and retaining salinity, and preventing it from entering larger receiving streams. Two of four sites targeted for structures were completed and maintained into the early 1990s, at which time monitoring data was compiled and evaluated. Conclusions from this effort were that although the structures were effective at capturing and retaining salinity, the initial project cost and required, frequent maintenance exceeded the salinity benefits. Additionally, sites suitable for structural projects are limited, and without routine monitoring and treatment, invasive weeds become a problem.

Most recent salinity management efforts in the UFO have concentrated on non-structural controls, such as managing soil surface-disturbing activities such as livestock grazing and OHV use to minimize salinity yields. Additionally, potential salinity yields from realty actions such as land exchanges are assessed and minimized. Recently completed LHAs identify areas where soils are meeting (but) with problems or not meeting Public Land Health Standard 1 (as shown in Table 2.6). The LHAs also identify causal factors for less than satisfactory soil ratings, and specify actions needed to correct problem areas. Adding terms and conditions to grazing permit renewals has been the most commonly used tool aimed at improving surface conditions on saline soils.

The Gunnison Basin Selenium Task Force is a group of private, local, state, and federal interests committed to finding ways to reduce selenium in affected waterways in the Gunnison Basin, while maintaining the economic viability and lifestyle of the Lower

42  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105818

Gunnison River basin of Western Colorado. The *Water Resources* section of this AMS explains the water quality implications of excessive selenium levels in the Gunnison Basin. Since high concentrations of selenium occur in Mancos Shale and soils derived from this formation, land management practices and actions that reduce soil surface disturbance and deep-water percolation minimize the yield of selenium offsite, much like salinity management. The UFO has been coordinating with the Selenium Task Force to develop BMPs to minimize selenium yields from management activities on public lands.

## FLOOD HAZARD AREAS AND CONTROL MEASURES

### Prime or Unique Farmlands and Residential Development

Four categories of farmlands are federally regulated by the U.S. Department of Agriculture under the Farmland Protection Policy Act: (1) Prime farmlands, (2) Unique farmlands, (3) Farmlands of statewide importance, and (4) Farmlands of local importance. Impacts from federal actions on public lands to farmlands identified as prime or unique are required to be analyzed and disclosed to the public during development of an RMP/EIS. In addition, the USDA delineates *important farmlands* as those having soils that support the crops necessary for the preservation of the nation's domestic food and other supplies, specifically the capacity to preserve high yields of food, seed, forage, fiber, and oilseed with minimal agricultural amendment of the soil, adequate water, and a sufficient growing season.

There are no farmlands of national or statewide importance on public lands within the planning area. However, according to a 1980 report by the Soil Conservation Service, irrigated and prime irrigated lands of statewide importance occur in the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins, most of which are situated at low elevations on valley floors. In several locations, tributaries that drain onto these farmlands have their headwaters on public lands within the planning area. Historically, flood events originating on public lands within the planning area have resulted in damage to farmland and associated canals and laterals operated by the Uncompahgre Valley Water Users Association.

Within the planning area, two flood control retention structures are located in the Shavano Valley and in the Roatcap drainage west of Olathe. These structures currently function to help mitigate flood damage to valley bottom farmland. Although these two facilities provide flood protection for their respective drainages, other drainages in the planning area remain free flowing. The soil surface and hydrologic condition of these watersheds influences the amount of runoff and sediment produced during flood events. A recent effort by Montrose County and the Colorado Geological Survey to identify flood/debris flow hazard areas on private lands in eastern Montrose County was conducted in part to help assess future land use proposals. Map 2-8 (on page 575) shows flood hazard areas within the planning area.

Population growth and the subdividing and development of historic farmland and rangeland along the lower boundaries of the planning area have created an additional and progressively increasing problem, especially in the Uncompahgre Valley. Occasionally, residential

JUNE 2010            BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    43
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105819

developments occur in outwash areas or on alluvial fans, and may experience rare flood and debris events of high magnitude from intermittent drainages with headwaters on public land. Since most of these flood hazard areas have not been identified as floodplains, the county land use department has allowed such development to occur. The recent identification of these areas should aid Montrose County in making land use decisions with this flood potential in mind, and provide the BLM with locations of high priority watersheds that should be managed in the future to meet Public Land Health Standards.

# TRENDS AND FORECAST

Effectiveness monitoring of areas reveals that soil problems will be an important part of the adaptive management approach, ensuring that land management actions are appropriate for a particular site. At present, guidelines for both recreation and livestock grazing are used to develop appropriate site management activities. LHAs identify causal factors (including activities in addition to grazing and recreation) responsible for soils not meeting Public Land Health Standard 1. In the future, management guidelines or BMPs should be developed for all significant land use activities that have the potential to prevent soils from meeting Public Land Health Standards.

While BMPs for mineral and energy development activities help to minimize soil surface disturbance, projected increases in both uranium (concentrated in the western portions of the planning area) and natural gas extraction (concentrated in the northeastern and western portions of the planning area) indicate that there is potential for additional soil disturbance and accelerated rates of erosion.

## BLACK SHALE TERRAINS

A five-year scientific research effort conducted in the GGNCA by the USGS in partnership with the BLM and Bureau of Reclamation has resulted in a broad array of scientific findings about Mancos Shale. The primary focus was to assess how soil surface-disturbing activities affect physical, chemical, and biological processes on the diverse terrain. The research included examining and describing the stratigraphy and chemistry of individual members of the Mancos Shale, soil chemistry (including salinity and selenium), hill slope erosion processes, and area botany, as well as completing a rainfall/runoff analysis in a variety of landscape positions. Although the research was conducted in the GGNCA, the intent of the effort was to identify attributes of Mancos Shale that were applicable to similar black shale landscapes outside of the GGNCA. These areas could include all or portions of public land in the planning area dominated by Mancos Shale (as shown in Map 2-1 on page 568). Soil resources are not depicted for the GGNCA, which operates under its own RMP.

Ongoing and future land management actions aimed at reducing salinity, selenium, and erosion emanating from areas dominated by Mancos Shale include:

44      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105820

- developing and implementing BMPs from the BLM/USGS Mancos Shale research findings applicable to livestock management, recreation management (e.g. location and limitations of OHV use areas), rights-of-way, and other surface disturbing activities
- continuing efforts to locate, assess, and remove hundreds of non-functional, eroding earthen check dams in Mancos Shale areas north of Delta
- continuing to identify and minimize potential salinity and selenium yield increases from future land uses that could occur on exchanged or disposed of parcels of BLM-administered land.
- continuing to collaborate and coordinate salinity and selenium management activities with both the Colorado River Basin Salinity Control Forum and the Gunnison Basin Selenium Task Force.

## TRAVEL MANAGEMENT PLANNING

Soil resources across the planning area should benefit from the ongoing preparation and implementation of travel management plans (TMP). Both the Dry Creek and UFO-wide TMPs propose to eliminate open, off-route travel with motorized and mechanized vehicles. With current and projected increases in OHV use in the planning area, eliminating off-route use would benefit the condition of soil surfaces, protective vegetation, and soil supports such as BSC. While limiting OHV use to existing travel routes as proposed in the UFO-wide TMP would provide some protection to soil resources, the Dry Creek TMP will provide an even greater benefit by identifying designated OHV routes. Not only will some existing routes be closed and rehabilitated, but a trail maintenance plan and seasonal restrictions will be implemented when drought or excessively wet conditions occur. Benefits to resources will be realized by enforcing allowed uses on designated routes, implementing more intensive site management of rock crawling areas, and promoting ethics of responsible land use through public education programs.

## PREDICTED CHANGES IN CLIMATE

Many prominent climatologists are predicting some change to the near term future climate of Colorado. A recent report, **Climate Change in Colorado 2008**, analyzes past and present climate data, and makes a forecast that southwestern Colorado will experience warmer temperatures in the coming decades. The report summarizes potential issues for land and water managers in response to the forecast, concluding that increasing temperatures would:

- raise evapotranspiration by plants
- lower soil moisture
- alter growing seasons
- alter disturbances such as wildland fire and insect outbreaks
- shift existing plant communities to higher elevations.

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     45
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105821

Although difficult to predict, impacts to the health of the soil surfaces could occur from a changing climate, and could include reduced vigor of native plant communities that provide needed soil surface protection, higher levels of bare, exposed surface soil, and higher densities of annual invasive weed species (which are unreliable for providing a protective soil cover). These changes could affect most if not all of the soil resources in the planning area, but would likely be most pronounced for the drought-affected soils shown in Map 2-7 (on page 574).

# KEY FEATURES

## FUTURE PLANNING CONSIDERATIONS

Several soil-related issues in the planning area should be considered in future land management planning, including land management activities where soil surface disturbance could result in onsite loss of plant productivity and off-site water quality impacts from sediment.

### Minimize Erosion and Concentrations of Selenium and Salinity

Some soil units have a higher erosion capacity than others, typically resulting from physical characteristics of the soil and landscape position. Map 2-6 on page 573 shows the location of soils throughout the planning area that have either a low, moderate, or high capacity to erode from water. Most Mancos Shale soil units have high erosion potential, but also contain excessive levels of salinity and selenium, which can be transported to local streams and rivers from deep-water percolation and the same processes that erode these soils. Selenium is a Gunnison Valley/Grand Valley water quality issue due to its potential impact on the reproductive capacity of certain warm water, native fishes. Salinity is a Colorado River Basin-wide water quality issue that impacts many water uses (including irrigation, industrial, and municipal) primarily in the lower Colorado River basin.

### Reduce Disturbance of BSC

Impacts to the soil surface can also disturb and reduce the occurrence of BSC, an important erosion protection component of soils throughout the planning area. Map 2-3 (on page 570) shows locations within the planning area with potential for BSC. BSC are most prolific on soils that receive less than 14 inches of annual precipitation and have a high component of sand in their texture. However, the USGS/BLM research effort found a significant BSC component on soils derived from Mancos shale, including the harsh environment of south aspect hill slopes. The BSC potential of affected soils should be assessed in future management decisions regarding activities such as livestock grazing, OHV use, and realty actions to minimize impacts where possible.

46      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105822

**Minimize Flood Potential**

Additionally, many small, low order drainages throughout the planning area discharge from public onto private lands—commonly farm or rangeland, but occasionally residential developments. Future management of these watersheds should consider minimizing the flood potential by maintaining adequate watershed cover (vegetation, vegetation litter, and BSC) and a healthy soil surface.

**Minimize Drought Impacts**

Soils with low water holding capacity and high potential for impact from dry and droughty conditions constitute approximately 15% of the UFO (as shown in Map 2-7 on page 574). During drought conditions, land uses in these areas should be modified in order to minimize impacts to vegetation and soil surfaces. These areas should also be a priority when monitoring for drought-impacted resources.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    47
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105823

# 2.1.4 ☀ Water Resources

## INDICATORS

### WATER QUANTITY

The planning area includes portions of seven major hydrologic units (as shown in Table 2.7 below and Map 2-9 on page 576). Over 66% of the planning area is within the Lower Gunnison, San Miguel, and Uncompahgre river basins.

**TABLE 2.7 - MAJOR HYDROLOGIC UNITS IN THE PLANNING AREA**

| HYDROLOGIC UNIT | 4TH LEVEL HUC[1] | BLM ACRES | PERCENTAGE OF AREA |
|---|---|---|---|
| Lower Dolores River | 14030004 | 55,681 | 8% |
| Upper Dolores River | 14030002 | 95,999 | 14% |
| San Miguel River | 14030003 | 211,790 | 31% |
| North Fork Gunnison River | 14020004 | 59,084 | 9% |
| Uncompahgre River | 14020006 | 127,916 | 19% |
| Lower Gunnison River | 14020005 | 108,208 | 16% |
| Upper Gunnison River | 14020002 | 15,841 | 2% |

[1]**HUC – Hydrologic Unit Code developed by the U.S. Water Resources Council to delineate and catalog the drainage basins of the United States.**

### Climate

The planning area is situated within portions of two ecoregions: the Colorado Plateaus and the Southern Rockies (EPA 2005). About 90% of BLM-managed public land in the planning area lies within the Colorado Plateaus Ecoregion. Most area streams originating in this ecoregion exhibit intermittent or ephemeral flow regimes, due to the semi-arid climate. Many higher order streams that headwater at high elevations in the Southern Rockies Ecoregion exhibit perennial flow. Additionally, much of the planning area in the Colorado Plateaus Ecoregion is dominated by sedimentary sandstones and shales, which characteristically intercept stream flow, resulting in a losing stream (a stream that gradually loses flow as it progresses downstream). Stream flow records for a number of planning area streams are on file at the Montrose Public Lands Center.

The annual precipitation over the planning area varies from less than eight inches on lands around Delta, Colorado to more than 25 inches on higher elevation lands at the headwaters

48      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0105824

of the North Fork of the Gunnison, Uncompahgre, and San Miguel River Basins. Table 2.8 below and Map 2-10 (on page 577) show public land distribution across the planning area by amount of annual precipitation. The data indicates that 68% of the planning area receives 15 inches or less of precipitation annually, and less than 0.5% of the area receives more than 25 inches.

TABLE 2.8 - ANNUAL PRECIPITATION IN THE PLANNING AREA

| FOURTH LEVEL HYDROLOGIC UNITS | ANNUAL PRECIPITATION (IN INCHES) | | | | |
|---|---|---|---|---|---|
| | <10 | 10 - 15 | >15 - 20 | >20 - 25 | >25 |
| Lower Dolores River | | 43,091 | 8,820 | 3,496 | 274 |
| Upper Dolores River | | 87,180 | 8,750 | | |
| San Miguel River | | 156,482 | 36,417 | 18,261 | 631 |
| North Fork Gunnison River | | 10,336 | 40,078 | 7,240 | 1,430 |
| Uncompahgre River | | 68,915 | 55,792 | 3,137 | 72 |
| Lower Gunnison River | 18,366 | 69,334 | 17,372 | 2,440 | 517 |
| Upper Gunnison River | | 1581 | 11254 | 2694 | 312 |
| Total Acres | 18,366 | 436,919 | 178,483 | 37,268 | 3,236 |

Source: PRISM Group at Oregon State University. June 2006.

## Runoff and Flood Potential

Large drainages with headwaters at higher elevations experience high flows from spring snowmelt, which can last for several weeks. Baseflow in these drainages occurs from late summer through February or March. In all area drainages, high magnitude, short duration floods can occur in summer months due to high intensity, short duration precipitation events associated with southwest monsoonal airflow. The frequency and magnitude of these events is highly variable from year to year. Localized flooding from these events can be significant in ephemeral channels, as floodwaters commonly contain large amounts of accumulated vegetation debris and sediment. Additionally, watershed characteristics such as size, shape, slope, orientation, watershed cover condition, and soils can affect the magnitude of flood peaks produced by localized summer storms.

Planning area soils have been evaluated by the Natural Resources Conservation Service for their capacity to infiltrate water, and categorized into one of four Hydrologic Soil Groups (as shown in Map 2-11 on page 578 and Table 2.9). Category A and B soil groups have higher infiltration capacities and produce low amounts of runoff during storm events, while the inverse occurs with categories C and D. Over 73% of planning area soils falls into Categories C and D, having high runoff potential.

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    49
Analysis of the Management Situation
for the Uncompahgre Planning Area



BLM_0105825

**TABLE 2.9 - HYDROLOGIC SOIL GROUP RATINGS FOR THE PLANNING AREA**

| HYDROLOGIC SOIL GROUP | DESCRIPTION | BLM ACRES |
|---|---|---|
| A | Soils having a high infiltration rate even when thoroughly wetted (estimated range of water infiltration 1.00 – 8.30 inches/hour) | 1,564 |
| B | Soils have a moderate infiltration rate when thoroughly wetted (estimated range of water infiltration 0.50 – 1.00 inches/hour) | 169,767 |
| C | Soils have a slow infiltration rate when thoroughly wetted (estimated range of water infiltration 0.17 – 0.50 inches/hour) | 115,841 |
| D | Soils have a very slow infiltration rate when thoroughly wetted (estimated range of water infiltration 0.02 – 0.17 inches/hour) | 339,645 |

**Source: Natural Resources Conservation Service**

High magnitude flood events commonly originate from public lands on the eastern side of the Uncompahgre Plateau, due to the northeast drainage orientation, direction of storm travel, and soils with high runoff potential, as well as small watershed size and linear shape, which allow for rapid runoff concentration. Map 2-8 on page 575 shows areas of private land along the boundary with public land in eastern Montrose County that experience flooding, some of which originates on public lands. This flooding situation and related issues are further addressed in the preceding Soils section of this AMS.

Floodplains along some reaches of higher order rivers, such as the San Miguel, Dolores, Uncompahgre, North Fork of the Gunnison, and Lower Gunnison, are mapped by the Federal Emergency Management Agency. In reaches that are not incised, lower order streams without a delineated floodplain are commonly considered to include the extent of the riparian zone bordering the channel. The floodplain width on these streams is partially determined by the degree of valley confinement, but even at downstream locations within the planning area, floodplains typically extend less than 50 feet from active channel banks.

## Water Rights

Water on public lands managed by the BLM is protected by several means. The State of Colorado produces monthly resumes listing all new applications for water rights. These resumes are reviewed by BLM staff to ensure that waters on public land are not impacted. In some cases, legal opposition to water rights is filed with the state through the U.S. Department of Justice in order to minimize or prevent harm to resources. Additionally, in cases where valid and existing rights-of-way involve privately held water rights on public lands, terms and conditions are commonly implemented to protect resources and values.

## WATER QUALITY

## Federal and State Guidelines

The Colorado Water Quality Control Act gives authority to the Colorado Water Quality Control Commission (CWQCC) to classify and assign numeric standards to state waters.

50        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105826

State waters are classified according to present beneficial uses, or beneficial uses that may be reasonably expected in the future. Beneficial use classifications include aquatic life, recreation, agriculture, and various uses of water supplies. Numeric standards are assigned in order to define allowable concentrations of various parameters under the following categories: physical and biological, inorganic and metals. Water quality classifications and numeric standards for surface and downstream receiving waters in the planning area are contained in the Commission's Regulation No. 35, *Classifications and Numeric Standards for Gunnison and Lower Dolores River Basins* (CWQCC 2007). It is BLM policy that agency projects shall meet or exceed water quality standards established by the State of Colorado for all water bodies located on or influenced by BLM-administered lands.

Surface waters where water quality standards are not being met are identified on Colorado's 303(d) list of impaired waters or on the Monitoring and Evaluation list (CWQCC 2008). The Monitoring and Evaluation list identifies river and stream segments that are suspected of being impaired, but existing data is insufficient to make an absolute determination. Several stream segments within the planning area appear on both lists (as shown in Tables 2.10 and 2.11).

Compliance with the Clean Water Act requires Colorado to prioritize 303(d) listed waters, and prepare a Total Maximum Daily Load Assessment calculating the maximum quantity of a pollutant that may be added to a water body from all sources, including point sources, nonpoint sources, and natural background sources, without exceeding the applicable water quality criteria for that pollutant. The assessment quantifies the amount of a pollutant that an impaired water body can assimilate from future sources without violating applicable water quality standards.

In addition to state water quality classifications and numeric standards, all surface waters in Colorado are subject to *The Basic Standards and Methodologies for Surface Water* (CWQCC 2007), which states in part that: state surface waters shall be free from substances attributable to human-caused point or nonpoint source discharge in amounts, concentrations or combinations that:

- can settle to form bottom deposits (such as silt and mud) detrimental to the beneficial uses.
- are harmful to the beneficial uses or toxic to humans, animals, plants, or aquatic life.
- produce a predominance of aquatic life.

The intention of this narrative standard is to address and prohibit water quality degradation from excessive sediment, nutrients, or toxic compounds.



JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    51
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105827

### TABLE 2.10 - COLORADO 303(D) LIST OF IMPAIRED WATERS IN THE UFO

| WATER SOURCE | IMPAIRMENT | PRIORITY |
|---|---|---|
| Gunnison River, Uncompaghre River to Colorado River | Selenium | High |
| North Fork of Gunnison from Black Bridge above Paonia to confluence with Gunnison River | Selenium | High |
| Leroux Creek, Jay Creek | Selenium | High |
| Big Creek, Short Draw | Selenium | High |
| Cottonwood Creek, Big Gulch | Selenium | High |
| Uncompaghre River, Red Mountain Creek to Montrose | Cadmium, Copper, and Iron | High |
| Uncompaghre River, La Salle Road to Confluence Park | Selenium | High |
| Uncompaghre River, Confluence Park to Gunnison River | Selenium | High |
| Tributaries to Uncompaghre River, South Canal to Gunnison River | Selenium | High |
| Dolores River from Little Gypsum Valley bridge to Colorado/Utah border | Iron | High |
| Sweitzer Lake | Selenium and Dissolved Oxygen | High |

### TABLE 2.11 - STATE-MONITORED UFO WATERS WITH SUSPECTED IMPAIRMENTS

| WATER SOURCE | SUSPECTED IMPAIRMENT |
|---|---|
| Gunnison River from confluence with Uncompaghre River to Colorado River | Sediment |
| Tongue Creek and Ward Creek | Selenium |
| Surface Creek, Coal Gulch, Hawksnest Creek, Gribble Gulch, and Cottonwood Creek (tributary to North Fork of Gunnison) | Iron |
| Ridgway Reservoir | Temperature/Dissolved Oxygen |
| Uncompaghre River Highway 90 to confluence with Gunnison River | Sediment |
| Billy Creek, Onion Creek, and  Alkali Creek (tributary to Uncompahgre River) | Selenium |
| Dry Creek Watershed (from East and West Forks to Coalbank Canyon Creek) | Sediment |

52       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105828

## BLM Colorado Standards for Public Land Health

In March 1997, the BLM Colorado finalized *Standards for Public Land Health and Guidelines for Livestock Management*. The standards were developed to describe conditions needed to sustain health of the landscape, and were intended to apply to all uses of public land. The five Colorado standards contain two parts: 1) a statement describing the conditions of a landscape's potential, followed by 2) a series of indicators that help to define the standard, and are observable on the land. Colorado Public Land Health Standard 5 pertains to water quality:

---

### FIGURE 2.2 - COLORADO PUBLIC LAND HEALTH STANDARD 5

The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and antidegradation requirements set forth under State law as found in 5 Code of Colorado Regulations (CCR) 1002-81, as required by Section 303(c) of the Clean Water Act.

**Indicators:**

- Appropriate populations of macroinvertebrates, vertebrates, and algae are present.
- Surface and ground waters contain only substances (such as sediment, scum, floating debris, odor, and heavy metal precipitates on channel substrate) attributable to humans, within amounts, concentrations, or combinations directed by Water Quality Standards established by the State of Colorado (5CCR 1002-8).

---

### *Best Management Practices*

Guidelines or BMPs have been developed by the BLM to help achieve conditions expressed by the land health standards for both recreational activities (BLM 2000) and livestock grazing (BLM 1997). LHA findings and livestock management guidelines have been used to develop terms and conditions for grazing permit renewals, with the intention of achieving healthier water resources where present problem areas occur. Some of the more common stipulations used to benefit water resources include:

- Manage livestock to prevent the establishment of invasive weeds (many of which are annual plants that provide poor watershed surface protection).
- Conduct regular reviews and inspections of grazing permit conditions (allowing for quick identification and action to reverse livestock management problems).
- Defer livestock use for the first two years on vegetation treatments.
- Limit grazing use to 50% of annual forage production.
- Limit grazing duration to fifteen days on spring and summer pastures.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          53
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105829

- Require permittees to submit actual use grazing records within fifteen days of off date. (Actual use can vary significantly from permitted use, and knowing actual use will allow for improved livestock management in the future.)
- Limit grazing use to spring or fall, and preferably alternated in successive years.
- Manage ongoing recreational activities in the UFO, including outcomes from draft travel management plans in accordance with recreation guidelines (BLM 2000). Recreation guidelines to achieve and maintain healthy water resources include:
- Manage recreational activities to maintain sufficient vegetation on upland areas to protect the soil from water erosion.
- Minimize disturbances and manage recreation use in riparian areas to protect vegetation, fragile soils, springs, and wetlands.
- Plan and locate routes, trails, and developments away from riparian and wetland areas, and highly erosive soils.
- Reduce stream crossings to the minimal number dictated by the topography. Reduce sedimentation and compaction associated with stream crossings.
- BMPs that benefit water resources also occur in the San Juan/San Miguel RMP Oil and Gas Plan Amendment, Controlled Surface Use Stipulations, including the following stipulation:
- Prior to surface disturbance on slopes of, or greater than, 40 percent, an engineering/reclamation plan must be approved by the Authorized Officer. Such plans must demonstrate how the following will be accomplished:
- Site productivity will be restored.
- Surface runoff will be adequately controlled.
- Off-site areas will be protected from accelerated erosion such as drilling, gullying, piping, and mass wasting.
- Surface-disturbing activities will not be conducted during extended wet periods
- Construction will not be allowed when soils are frozen.

# CURRENT CONDITION

## WATER QUANTITY

When the United States sets aside public land, it also implicitly reserves sufficient water to satisfy the purposes for which the reservation was created. Both reservations made by presidential executive order and those made by act of Congress have implied reserved rights. The date of priority of a federal reserved right is the date the reservation was established. In 1952, the McCarren Amendment returned substantial power for managing water to the states, resulting in the BLM being served by Colorado to join in state water adjudications. The Colorado Supreme Court recognizes water uses on public lands dating back to land acquisitions in the late 1800s.

54          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105830

The BLM pursues legal and valid water rights from various sources in amounts necessary to achieve resource management objectives throughout the planning area (as shown in Table 2.12). Common uses include domestic, wildlife, livestock, fire suppression, and recreation. The BLM applies to the state for both ground and surface water rights, which are administered by the Colorado Division of Water Resources.

**TABLE 2.12 - CONSUMPTIVE WATER RIGHTS IN THE PLANNING AREA BY SOURCE**

| WATER SOURCE TYPE | NUMBER[1] |
|---|---|
| Ditches | 2 |
| Wells | 1 |
| Federal Appropriative Water Rights | 47 |
| Springs | 120 |
| Reservoirs | 15 |

[1]**Water source data comes from a UFO water source inventory database.**

Approximately 64 of 161 spring water rights in the planning area are federal reserved water rights claimed under Public Water Reserves No. 107. The purpose of this 1926 executive order was to reserve natural springs and water holes yielding amounts in excess of homesteading requirements. The order states that "legal subdivision(s) of public land surveys which is vacant, not appropriated, unreserved public land and contains a spring or water hole, and all land within one quarter of a mile of every spring or water be reserved for public use."

**Livestock Tanks**

In addition to water rights, the BLM applies to the State of Colorado for permits to construct livestock water tanks (ponds). Livestock tanks are permitted through the Colorado Division of Water Resources and typically have storage capacities of less than one acre-foot. They are required to be located on intermittent or ephemerally flowing channels, and typically contain water only after snowmelt or large precipitation events. BLM records show between 375 and 600 existing livestock tanks in the UFO. However, because many livestock tanks were constructed prior to state permit filings or being cataloged in BLM databases, the actual number is considered to be much higher. Many of the tanks are poorly maintained or non-functional, and cause accelerated levels of erosion and sedimentation. Invasive weed species commonly become established on areas disturbed by livestock tanks, which can degrade watershed conditions.

**Instream Flow**

Instream flow water rights to protect aquatic resources are secured for a number of streams in the planning area (as shown in Table 2.13). While only the Colorado Water

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          55
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105831

Conservation Board can hold an instream flow water right in Colorado, BLM staff makes recommendations to the state for candidate streams and provides the channel surveys and assessments necessary for quantifying the flow. Instream flow water rights are secured to protect habitat for both warm and cold water fish species, and can vary in amount throughout the year.

**TABLE 2.13 - STREAM REACHES PROTECTED BY INSTREAM FLOW RIGHTS**

| HUC[1] | STREAM[2] | CASE NUMBER | REACH LENGTH (IN MILES) | RECOMMENDING PARTY |
|---|---|---|---|---|
| 14020004 | Anthracite Creek | 06CW230 | 8.0 | other |
| 14030003 | Upper Beaver Creek | 84CW439 | 4.6 | BLM |
| 14030003 | Lower Beaver Creek | 93CW268 | 10.6 | BLM |
| 14020002 | Cimarron River | 84CW398 | 3.7 | other |
| 14030003 | Cottonwood Creek | 05CW149 | 3.2 | BLM |
| 14020006 | East Fork Dry Creek | 05CW151 | 10.0 | BLM |
| 14020002 | Gunnison River | 92CW107 | 28.9 | other |
| 14020002 | Gunnison River | 03CW265 | 28.9 | other |
| 14030003 | Horsefly Creek | 05CW215 | 5.2 | BLM |
| 14030002 | La Sal Creek | 02CW271 | 6.0 | BLM |
| 14030004 | Mesa Creek | 06CW168 | 2.0 | BLM |
| 14020004 | North Fork Gunnison River | 84CW400 | 6.2 | other |
| 14030004 | North Fork Mesa Creek | 02CW274 | 5.9 | BLM |
| 14020002 | North Fork Smith Fork | 05CW203 | 9.4 | other |
| 14020005 | Potter Creek | 04CW161 | 9.0 | BLM |
| 14030004 | Roc Creek | 02CW275 | 10.0 | BLM |
| 14020005 | Roubideau Creek | 04CW162 | 14.4 | BLM |
| 14030003 | Saltado Creek | 93CW267 | 8.3 | BLM |
| 14030003 | San Miguel River (Upper) | 84CW429 | 8.4 | other |
| 14030003 | San Miguel River (Mid) | 02CW277 | 24.1 | BLM |
| 14030003 | Specie Creek | 02CW279 | 3.2 | BLM |
| 14020006 | Spring Creek | 04CW163 | 5.5 | BLM |
| 14020006 | West Fork Dry Creek | 05CW155 | 5.9 | BLM |

[1]**4th level Hydrologic Unit Code - see Table 2.7 above for the corresponding drainage basin.**
[2]**Some stream reaches include segments of land not managed by the BLM.**

**Groundwater and Aquifers**

56  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105832

Groundwater in the planning area ranges from local, unconsolidated aquifers to extensive, bedrock (consolidated) aquifers, and is most common in coarse sedimentary rock formations. The unconsolidated aquifers are most common in alluvial deposits along perennial watercourses and on higher elevation mesa tops. Water yields in these aquifers can vary seasonally and in response to long term climatic variations. The more extensive, bedrock aquifers are often interrupted by deeply incised topography over much of the planning area. The bedrock aquifers typically have lower water yields and are higher in dissolved salts compared with water contained in unconsolidated aquifers. Groundwater recharge typically originates from higher elevations, and is limited by a semi-arid climate over much of the planning area.

## WATER QUALITY

Achieving high quality water is an important component to an effective water resource management program to ensure both on and offsite water uses are satisfied. The water quality of the UFO surface waters are assessed and monitored by several means. LHAs conducted over the most recent 10-year period, assessed water quality against BLM Colorado Land Health Standard 5. Data assessed for LHAs includes water chemistry, bacteriological analyses, density, and composition of aquatic macroinvertebrates, and the potential for accelerated levels of sediment, salinity, selenium. UFO land management actions also consider potential affects to water quality-impaired rivers and streams on the Colorado's 303(d) and Monitoring and Evaluations lists.

The BLM uses Land Health Standard 5 for water quality to rate watercourses within the planning area in three categories: *meeting the standard*, *meeting the standard with problems*, and *not meeting the standard*. Table 2.14 (on the following page) shows the ratings for stream miles within each LHA unit. The potential for streams to experience accelerated levels of sediment was the most common cause for not meeting the standard. The sediment yield entering streams from any given watershed in the planning area is difficult to quantify, as much of the sediment is derived from uplands and is detached and transported during intense, short duration rainfall events during summer months. In order to assess the potential for an area to introduce accelerated levels of sediment into receiving streams, surrogate indicators (such as upland soil surface conditions) were used in place of water quality analyses. The specific surrogate indicators used for assessing water quality include the amount of bare soil surface, live plant basal coverage, and the degree of soil pedestal formation. In areas where no more than two of these three indicators showed problems, the meeting but with problems rating applied.

Because soil surface indicators were used for the water quality assessment, the causal factors for not meeting the water quality standard would be the same as those described in the soils; poor follow-up management on vegetation treatments, historic livestock grazing, historic wildfire suppression, and proximity to private lands.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          57
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



**TABLE 2.14 - LAND HEALTH STANDARD 5 SUMMARY RATING FOR THE PLANNING AREA**

| STANDARD 5 WATER QUALITY (STREAMS IN MILES) | | | |
|---|---|---|---|
| **LHA** | **MEETING STANDARD** | **MEETING (BUT) WITH PROBLEMS** | **NOT MEETING STANDARD** |
| Colona | 22.2 | 16.4 | 5.6 |
| East Paradox | 11.8 | 36.9 | 0 |
| Roubideau | 91.7 | 24.2 | 8.2 |
| Norwood | 92.0 | 22.3 | 15.5 |
| North Fork | 43.2 | 13.8 | 1.9 |
| North Delta | 50.2 | 19.7 | 0 |
| Mesa Creek | 95.1 | 50.8 | 0 |
| West Paradox | 16.1 | 9.7 | 7.0 |
| TOTAL MILES | 422.3 | 193.8 | 38.2 |

## Primary Water Quality Issues

The primary water quality issues for the waters in the planning area include elevated levels of sediment, salinity, and selenium.

### Sediment

There are many sources for excessive sediment loading of surface waters on public lands. Soil surface-disturbing activities have the potential to accelerate the rate of soil erosion, which is strongly correlated with sediment production. Excess sediment has both on and off site impacts, lowering soil productivity at its source and affecting downstream uses of water, including instream riverine values.

### Salinity and Selenium

Salinity and selenium are yielded from areas dominated by Mancos Shale and can be accelerated by the same processes that increase sediment, but additionally can be mobilized and transported by deep water percolation from activities such as irrigation and land development, especially in more arid portions of the planning area. Selenium is a Gunnison Basin issue, as elevated levels are suspected in causing reproductive failure of select species of warm water fishes in the Lower Gunnison River. Salinity is a Colorado River Basin issue and affects many water uses, especially in the Lower Basin and Mexico. In 2009, the FWS issued a Programmatic Biological Opinion under the Endangered Species Act (ESA), requiring a selenium management program for which the UFO is a participatory agent. The UFO will sign a Memorandum of Understanding with the Bureau of Reclamation to assist with developing a long-range plan for the program.

58      **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105834

### Other Water Quality Issues

Other less widespread water quality issues include excessive heavy metal loading, radium isotopes Ra-226 and Ra-228, and biological pathogens. Little of the planning area is directly affected by metal pollutants. Heavy or toxic metal issues affecting water quality are primarily associated with high elevation, hard rock mining areas in the San Juan Mountains. Ra-226 and Ra-228 are occasionally elevated in waters associated with the Uravan Mineral Belt, especially water discharges from uranium mine and waste rock areas.

Biologic pathogens, including several types of bacteria and protozoan, potentially occur in water bodies in the planning area, and can increase in relation to the density and activities of warm-blooded animals, including humans. As part of the LHA process, several UFO streams with primary contact recreation activities were monitored for Fecal and *Esherichia coliform* bacteria concentrations. There is a strong correlation between these bacteria and the occurrence of other pathogens. Based on a limited number of samples per site (usually one or two samples collected in spring or summer months), none of the sampled streams exceeded state criteria for bacteria as defined in **The Basic Standards and Methodologies for Surface Water**. However, because of the temporal and spatial variability of bacteria in surface waters, a more intensive sampling regime would be required to determine conclusively whether planning area streams comply with state criteria for bacteria. Overall, the data show that bacterial concentrations are highest in planning area waters during warm months and following rainfall events that produce runoff.

### Macroinvertebrates and Stream Health

Aquatic macroinvertebrate population density and composition are used as another tool to assess stream health in the planning area. Macroinvertebrates are good indicators of water quality and overall stream health, as there are many relatively immobile species in the stream environment. Many aquatic invertebrates are sensitive to pollutants and, because of their year-round presence in a stream, are susceptible to intermittent flow changes and discharges of pollutants.

Instream factors controlling the composition and abundance of stream invertebrates include:

- water flow rate and velocity
- water chemistry
- channel substrate size
- concentration of suspended solids
- winter processes such as river icing
- composition and density of aquatic and riparian vegetation

Twenty-six sites along perennial watercourses throughout the UFO were inventoried for aquatic macroinvertebrate composition and density during a ten-year period between 1998 and 2007. Table 2.15 provides a summary of invertebrate metrics for planning area streams in relation to average values within the Colorado Plateau Ecoregion. Some of the monitoring sites were sampled during water years 2000 and 2002, which experienced

JUNE 2010       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       59
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105835

CHAPTER TWO - AREA PROFILE: RESOURCES

extremely warm and dry climatic conditions. These extreme conditions could have significantly altered both the abundance and species composition of aquatic macroinvertebrates as a result of reduced water flow, increased water temperature, and higher levels of total dissolved solids.

Many higher order streams in the planning area are significantly dewatered during the irrigation season, which can restrict the invertebrate population of a watercourse. An example of the impact of stream dewatering on aquatic macroinvertebrate populations can be seen in Figure 2-3, which shows the longitudinal variation in aquatic macroinvertebrates in the San Miguel River. The results show that the water sample taken at the San Miguel River above Pinon has the lowest overall health rating of four San Miguel sites (lowest abundance of preferred macroinvertebrates, and the highest number of disturbance-tolerant macroinvertebrates). The values at the Pinon site reflect channel dewatering caused by the upstream CC Ditch Diversion. All aquatic macroinvertebrate data for waters in the planning area are on file at the Montrose Public Lands Center.

TABLE 2.15 - AQUATIC MACROINVERTEBRATES IN PLANNING AREA STREAMS[1]

| STREAM | LATITUDE | LONGITUDE | SAMPLE NUMBER | TOTAL[2] ABUNDANCE | EPT[3] TAXA | EPT[3] ABUNDANCE | INTOLERANT[4] ABUNDANCE | TOLERANT[4] ABUNDANCE |
|---|---|---|---|---|---|---|---|---|
| Cow Creek | 38.1491 | 107.6444 | 1 | 789 | 13 | 645 | 39 | 0 |
| Dry Creek | 38.5353 | 108.0644 | 2 | 3,135 | 6 | 1,830 | 0 | 0 |
| Hubbard Creek | 38.9333 | 107.5186 | 1 | 63 | 6 | 23 | 7 | 0 |
| La Sal Creek Lower | 38.2785 | 108.9328 | 1 | 293 | 8 | 258 | 11 | 0 |
| La Sal Creek Upper | 38.3234 | 108.9856 | 1 | 858 | 12 | 380 | 39 | 3 |
| Leroux Creek | 38.8789 | 107.7850 | 1 | 2,004 | 17 | 772 | 23 | 0 |
| Lion Canyon | 38.3334 | 109.0553 | 1 | 430 | 10 | 261 | 32 | 1 |
| Maverick Draw | 38.2256 | 108.5061 | 1 | 3,522 | 2 | 397 | 0 | 0 |
| Mesa Creek | 38.4508 | 108.8225 | 1 | 1,297 | 2 | 20 | 1 | 0 |
| Minnesota Creek | 38.8625 | 107.5411 | 1 | 394 | 11 | 81 | 16 | 0 |
| Monitor Creek | 38.6217 | 108.2089 | 2 | 5,112 | 4 | 1,916 | 0 | 8 |
| Naturita Creek | 38.1475 | 108.3353 | 1 | 61,279 | 3 | 21,798 | 0 | 88 |
| Naturita Creek | 38.1594 | 108.4033 | 2 | 2,436 | 4 | 542 | 0 | 1 |
| Naturita Creek | 38.2244 | 108.5047 | 2 | 7,197 | 4 | 665 | 3 | 0 |
| North Fork Mesa Creek | 38.5036 | 108.7903 | 1 | 3,358 | 7 | 178 | 0 | 0 |

60   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105836

CHAPTER TWO - AREA PROFILE: RESOURCES

| STREAM | LATITUDE | LONGITUDE | SAMPLE NUMBER | TOTAL² ABUNDANCE | EPT³ TAXA | EPT⁴ ABUNDANCE | INTOLERANT⁵ ABUNDANCE | TOLERANT⁶ ABUNDANCE |
|---|---|---|---|---|---|---|---|---|
| Potter Creek | 38.6339 | 108.1944 | 3 | 2,270 | 5 | 1,001 | 1 | 5 |
| Roatcap Creek | 38.8833 | 107.6436 | 1 | 3 | 0 | 0 | 0 | 0 |
| Roubideau Creek above Potter Creek | 38.6378 | 108.1936 | 3 | 1,475 | 5 | 827 | 0 | 1 |
| San Miguel River at Tabeguache Ck | 38.3578 | 108.7083 | 1 | 23 | 3 | 4 | 3 | 0 |
| San Miguel River below Beaver Creek | 38.1060 | 108.1866 | 2 | 8,201 | 22 | 6,480 | 2,758 | 0 |
| San Miguel River near mouth | 38.3881 | 108.7872 | 2 | 884 | 8 | 397 | 46 | 0 |
| San Miguel River above Pinon | 38.2496 | 108.3867 | 2 | 1,308 | 13 | 392 | 46 | 0 |
| San Miguel River above Placerville | 38.0060 | 108.0459 | 2 | 11,753 | 19 | 7,574 | 3,683 | 0 |
| San Miguel River above Tabeguache | 38.3392 | 108.7015 | 4 | 2,520 | 5 | 848 | 48 | 0 |
| South Fork Mesa Creek | 38.4500 | 108.8028 | 1 | 355 | 5 | 27 | 1 | 0 |
| Spring Creek | 38.3808 | 107.9539 | 3 | 2,306 | 10 | 431 | 35 | 0 |
| Williams Creek | 38.9733 | 107.3350 | 1 | 4,169 | 9 | 2,208 | 257 | 5 |

1. Values in RED rate higher than the average of 524 samples at 245 sites across the Colorado Plateaus Ecoregion. Tolerant Abundance rates with lower values are higher.
2. Number of invertebrates per 0.74 square meters of stream bottom.
3. Number of invertebrate families within orders Ephemeroptera (mayflies), Plecoptera (stoneflies), and Tricoptera (caddisflies)
4. Total number of invertebrates within orders Ephemeroptera (mayflies), Plecoptera (stoneflies), and Tricoptera (caddisflies)
5. Total number of invertebrates rated as intolerant to pollution.
6. Total number of invertebrates rated as tolerant to pollution.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    61
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105837

CHAPTER TWO - AREA PROFILE: RESOURCES

**FIGURE 2.3 - LONGITUDINAL VARIATION IN AQUATIC MACROINVERTEBRATE ON SAN MIGUEL RIVER**



Summer 2000

## Selenium

The most widespread impairment to area water quality is excessive selenium. Elevated levels of selenium have been shown to cause reproductive failure and deformities in fish and aquatic birds. The stream segments in Table 2.10 are on the 2008 Colorado 303(d) list of impaired waters and include reaches of, or receive drainage from, public lands within the planning area. In July 1997, the CWQCC amended the Classifications and Numeric Standards for the Gunnison and Lower Dolores River Basins (Regulation No. 35). These amendments included the adoption of new standards for selenium and the adoption of temporary modifications for selenium standards in four segments of the basin. These segments are now included in the Colorado 303(d) list.

The Colorado Water Quality Control Division has prepared a draft Total Maximum Daily Load, which identifies both point and non-point sources of selenium loading and establishes safe levels of selenium for the Gunnison River Basin. Developed under Section 303(d) of the Clean Water Act, these are pollutant-specific, identify pollution sources and a waterbody's capacity to assimilate pollutants, and allocate assimilative capacity among those sources.

62  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105838

Selenium loading of waters on planning area lands primarily originates from diffuse, non-point sources associated with natural runoff and erosion process. Assessments made by the local National Resources Conservation Service office determined that areas dominated by Mancos shale in its natural state contain up to 34 times the concentration of selenium in comparison to similar irrigated lands. On public lands, accelerated yields of selenium can occur from activities that result in soil surface disturbance and increased runoff and erosion. Management of surface disturbing land uses such as livestock and OHV use on Mancos Shale dominated areas has been to apply stipulations, or terms and conditions that reduce accelerated selenium yields.

Another process resulting in excessive yields of selenium is the application of added amounts of water from activities such as agricultural irrigation and land developments (including golf courses and septic systems). Adding water to unaltered Mancos Shale commonly results in deep water percolation through the shale, and the dissolving and transporting of selenium to receiving streams. Management actions in the planning area that could result in accelerated selenium yields from deep-water percolation include rights-of-way involving open water sources (such as irrigation ditches and canals), and land sales or exchanges that involve lands dominated by Mancos Shale. Once land is transferred from public to private ownership, future land uses allowed by local governments could result in accelerated selenium yields. These land actions are assessed through the NEPA process, during which potential impacts are identified and mitigated where possible.

## Salinity

Accelerated levels of salinity in surface waters are also an issue for the planning area. The processes that cause salinity loading of waters are similar to those discussed above for selenium. As with selenium, areas dominated by Mancos Shale have the highest potential to yield dissolvable salts to surface waters. The State of Colorado develops and adopts water quality standards for salinity as part of a seven-state Colorado River Basin Salinity Control Forum. The Forum gathers and reviews information relevant to the complex problem of salinity standards and implementation of controls by the basin states. Through this basin-wide effort, Colorado works with the other basin states and the federal government to manage salinity and its effects.

The BLM is mandated by the Colorado River Basin Salinity Control Act (Colorado River Water Quality Office) to manage lands to minimize salinity yields to surface waters. Because of the semi-arid climate throughout much of the planning area, most of the salinity yielded from public lands is episodic, and only occurs during rainfall events that produce runoff. Maintaining adequate watershed cover and healthy soil surface conditions are important for minimizing runoff, sediment, and salinity from areas dominated by Mancos Shale. Through the LHA process, the BLM has identified areas where watershed conditions are less than adequate, and developed corrective actions.

The stream segments in Table 2.11 (on page 52) are on the 2008 Colorado Monitoring and Evaluation List of waters suspected of being water quality impaired and either include

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    63
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105839

reaches of, or receive drainage from, public lands within the planning area. As sufficient water quality data is collected and analyzed for these stream reaches, they will ultimately be either removed from the Monitoring and Evaluation List or transferred to the 303(d) of impaired waters. While on the Monitoring and Evaluation List, the BLM recognizes the potential water quality impairment and manages lands draining into these streams to minimize further water quality degradation.

## SOURCE WATER PROTECTION OF PUBLIC WATER SUPPLIES

While the BLM has no statewide policy for managing public water supplies or source water areas, the agency is required to comply with the Safe Drinking Water Act. In 1996, the Safe Drinking Water Act was amended to include requirements that each state develop a Source Water Assessment and Protection Program to ensure safe public drinking water supplies. Spearheaded by the Colorado Water Quality Control Division, the BLM, along with other agencies and citizen groups, is involved in developing the program. The first phase of the plan is to assess all public water supplies to identify existing and potential pollution sources. Following the assessment phase, a Protection Phase plan is developed in a collaborative effort involving state and local governments, water providers, and citizens to identify actions to address the problems and risks identified in the assessments. As Protection Plans are completed for public water supply areas on public lands in the planning area, it is anticipated that agreements will be prepared between the BLM and water providers to ensure that BLM management activities provide adequate protection of public water supplies.

### Source Water Area - Assessment Phase

The Water Quality Control Division has completed initial source water assessments for over 1700 public water systems in Colorado. Table 2.16 (on page 65) lists public water supplies, including assessment reports for counties with lands in the planning area. The Assessment Phase involves understanding where each public water system's source water comes from, the potential contaminant sources that threaten the water source(s), and how susceptible each water source is to potential contamination. A high, medium, or low ranking of risk is identified for each potential source of contamination. Assessment results are provided as a starting point for public water suppliers to evaluate a system's potential contaminant risks, and develop protection plans to minimize these risks.

The state has established buffer zones to categorize the distance from a potential source of contamination to the drainage network and water supply intake. The drainage network includes all perennial, intermittent, and ephemeral tributaries to the stream segment on which the intake is located. The State distinguishes between three zones of distance from the source to the drainage network; the premise being that the further away a source is from the intake, the lower the contamination risk (SWAP 2000). *Near-field* and *far-field* areas are used to identify potential risks of contamination from activities within a watershed. Similar zone concepts were applied to groundwater and reservoir sources as described in

64      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105840

the Source Water Assessment Methodologies for both surface and ground water (CDPHE 2004).

- *Zone 1* is defined as either a 1,000-foot wide band on each side of a stream, lake, or shallow alluvial aquifer (where groundwater is under the influence of surface water) or the 100-year floodplain. Land use activities in Zone 1 occur closest to the drainage network, and are of greatest concern to the quality of public water supplies.

- *Zone 2* extends one-quarter mile (1,320 feet) beyond each side of the boundaries for Zone 1; moreover, zones 1 and 2 constitute a 2,320-foot buffer on each side of the stream, lake, or alluvial aquifer.

- *Zone 3* encompasses the remainder of the source water area up to the watershed boundary, and has the lowest contamination risk of the three zones.

- *Near-Fields and Far-Fields* define the source water or watershed area *near* (within) or *far* (outside of) a 15-mile radius of a water supply, with activities in near areas presenting a higher risk to a water supply than far areas.

**TABLE 2.16 - PUBLIC WATER SOURCES WITH POTENTIAL INFLUENCE IN THE PLANNING AREA**

| NAME | PUBLIC WATER SYSTEM ID NUMBER | WATER SOURCE[1] | COUNTY |
|---|---|---|---|
| Bowie Mine #2 | 215202 | Surface | Delta |
| Camp Cedaredge | 215166 | Ground | Delta |
| Crawford Mesa Water Authority | 115189 | Ground | Delta |
| Gunnison River Pleasure Park | 215325 | Ground | Delta |
| Hotchkiss, Town of | 115352 | Surface | Delta |
| Lazear Domestic Water Commission | 115467 | Ground | Delta |
| Paonia, Town of | 115601 | Ground | Delta |
| Sunshine Mesa Domestic Water Commission | 115725 | Ground | Delta |
| Beaver Lake Campground | 326140 | Ground | Gunnison |
| Crystal Meadows Resort Inc | 226189 | Ground | Gunnison |
| Curecanti NRA Ponderosa RA | 326009 | Ground | Gunnison |
| Erickson Springs Campground | 326502 | Ground | Gunnison |
| Mountain Coal Company, LLC | 226838 | Surface | Gunnison |
| Silver Jack Campground | 326710 | Ground | Gunnison |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          65
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105841

| NAME | PUBLIC WATER SYSTEM ID NUMBER | WATER SOURCE[1] | COUNTY |
|---|---|---|---|
| Fruitland Domestic Water Commission | 115288 | Surface | Montrose |
| Cimarron Inn | 243176 | Ground | Montrose |
| Curecanti – East Portal | 326011 | Ground | Montrose |
| Earls Subdivision Water Commission | 143233 | Ground | Montrose |
| Elk Ridge Restaurant | 257505 | Ground | Montrose |
| Millard's Mobile Home Park | 143510 | Ground | Montrose |
| Naturita, Town of | 143533 | Surface | Montrose |
| Nucla, Town of | 143559 | Surface | Montrose |
| Project 7 Water Authority | 143621 | Surface | Montrose |
| Riverwood Subdivision Water Commission | 143676 | Ground | Montrose |
| Spring View Trailer Park | 143719 | Ground | Montrose |
| Sunrise Trailer Park | 143725 | Ground | Montrose |
| The River Meadows | 143505 | Ground | Montrose |
| Tri State G and T Nucla Station | 243185 | Surface | Montrose |
| Ouray - Switzerland KOA | 246452 | Ground | Ouray |
| Ouray, City of | 146588 | Ground | Ouray |
| Ilium Valley Water System | 157250 | Ground | San Miguel |
| Norwood Water Commission | 157500 | Surface | San Miguel |
| Sawpit, Town of | 15770 | Ground | San Miguel |
| Telluride Regional Airport | 257050 | Ground | San Miguel |

[1]Indicates whether a water source is *ground* (typically from a well or spring source) or *surface* (typically from the diversion of a stream or reservoir).

Within the planning area, the Source Water Assessment area for surface water totals 480,104 acres of public land, while the Source Water Assessment area for groundwater totals 22,101 acres. These figures may change when public water suppliers complete a source water protection plan. A confidentiality agreement to withhold the spatial information of public water systems from public disclosure exists between the BLM and the CDPHE, Water Quality Control Division, due to homeland security concerns.

66        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105842

**Source Water Areas - Protection Plan Phase**

The second phase of a SWAP is the protection plan phase. Protection plans are collaboratively developed by cities, towns, and municipalities to further identify drinking water protection measures, and involve stakeholders in the process. This phase is voluntary, but the state strongly encourages municipalities to develop plans. Currently, there are no known, completed protection plans that affect public lands in the planning area, although the Town of Norwood has formulated a draft plan. However, as protection plans are completed, land use activities on affected public lands would be managed to provide adequate protection to public water supplies in coordination with public water supply managers.

## UFO COORDINATION AND COLLABORATION WITH PARTNERS

The UFO continues to coordinate and collaborate with several external groups in managing soil and water resources within the planning area. The UFO has been active in the San Miguel Watershed Coalition since its inception in the early 1990s, and assisted in preparing and implementing the coalition's watershed plan. The coalition's accomplishments include:

- securing an instream flow water right on a 24-mile reach of the San Miguel River
- collecting survey data to allow instream flow recommendations on other river reaches
- preparing a draft San Miguel Instream Flow Water Needs Assessment
- implementing two in-channel river stabilization projects in the San Miguel near Placerville, Colorado, requiring close coordination with the Colorado Department of Transportation
- plans to improve fish migration and boater safety for the Highline Canal Diversion, and represent the coalition on the ongoing Ames Hydroelectric Power Plant, Federal Energy Regulatory Commissions relicensing process.

Other outreach efforts include:

- participating in the local Water Roundtable for the Gunnison Basin, a state-based effort to identify, coordinate, and collaborate on water issues throughout the state
- providing water resources education to local public schools (including 15 years of presentations to over 6,000 students at the Children's Water Festival)
- collaborating with the USGS during the Mancos Shale research effort, which will benefit future management of Mancos Shale areas in the planning area.
- participating in a watershed coalition group formed in the Uncompahgre Valley
- participating in the development of a watershed action plan for the Uncompahgre River through the Uncompahgre Watershed Planning Partnership.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          67
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105843

# TRENDS AND FORECAST

Future land management actions and resource conditions that would reduce salinity, selenium and sediment yields from areas dominated by Mancos Shale are discussed under the Trends and Forecast section for Soil Resources.

## EFFECTIVENESS MONITORING

Effectiveness monitoring of areas identified as having impaired water quality during LHAs will be an important part of the "adaptive management" process to ensure that land management actions are appropriate for the site. At present, guidelines for both recreation and livestock grazing are used to develop appropriate site management activities. LHAs help to reveal causal factors responsible for water quality not meeting Public Land health Standard 5, which include activities in addition to grazing and recreation.

## BEST MANAGEMENT PRACTICES

BMPs for mineral and energy development, livestock grazing, recreation, and other activities help to minimize water quality degradation, and should be developed for all significant land use activities with potential for degrading water quality.

## TRAVEL MANAGEMENT PLANNING

Water resources throughout the planning area should benefit from the implementation of TMPs. Both the Dry Creek and UFO-wide TMPs propose to eliminate open, off-route travel by motorized vehicles. Given current and projected increases in OHV use in the planning area, eliminating off-route use would benefit water quality primarily by reducing potential sources of sediment.

The UFO-wide plan proposes to limit OHV use to existing travel routes, which would provide some benefits to water resources, while the Dry Creek plan, by designating routes, will provide even greater water quality protection. In addition, some existing routes will be closed and rehabilitated. Benefits to water quality and stream channel stability will be further enhanced by:

- implementing a trail maintenance plan and seasonal restrictions when conditions are excessively wet or droughty
- enforcing allowed uses along designated routes
- implementing more intensive site management of rock crawling areas
- implementing public education programs to promote responsible land use ethics.

68      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105844

## PREDICTED CHANGES IN CLIMATE

Many prominent climatologists are predicting some change to the near term, future climate of Colorado. An analysis of past and present climate data in the 2008 report **Climate Change in Colorado** leads climatologists to forecast warmer temperatures in southwestern Colorado over the upcoming decades. The report summarizes potential issues for land and water managers given the forecast. Potential issues and impacts affecting resources in the planning area include:

- Rising temperatures could raise evapotranspiration by plants, reduce soil moisture, and alter growing seasons, requiring adjustments to vegetation-based programs such as livestock management.

- Earlier runoff could complicate prior appropriation systems and interstate water compacts, affecting which rights holders and irrigation operations receive water.

- Increased water temperatures and changes in precipitation patterns could affect aquatic resources on public lands and downstream water uses.

- Increasing temperature and soil moisture changes could shift mountain habitats toward higher elevations, requiring the BLM to alter management of species dependent upon these habitats.

- Stream temperatures are expected to increase as the climate warms, which could have direct and indirect effects on aquatic ecosystems, including the spread of instream non-native species and diseases to higher elevations, and the potential for non-native plant species to invade riparian areas. Changes in streamflow intensity and timing may also affect riparian ecosystems.

- Changes in reservoir water storage affect river recreation activities; changes in streamflow intensity and timing will continue to affect rafting directly and trout fishing indirectly.

Changes in long-term precipitation and soil moisture can affect groundwater recharge rates, which could diminish spring and well discharge rates on public lands needed to support a variety of resources.

# KEY FEATURES

The following key features are seen as critical to effectively manage water resources on public lands within the planning area. In addition, key features for reducing salinity, selenium, and sediment yields from areas dominated by Mancos Shale are discussed under Key Features for Soil Resources in Section 2.1.3.

- Secure water rights or permits for all water sources on public lands, including ponds, wells, seeps, and springs for flora, fauna, livestock, fire suppression, and

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          69
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105845

recreation uses. The importance of obtaining, maintaining, and protecting the water rights necessary to effectively accomplish management objectives on public lands will increase in response to projected changes in climate and increasing water demand locally and throughout the Colorado River Basin.

- Quantify and recommend instream flow water rights to the Colorado Water Conservation Board as soon as possible, as increasing water demands will make these more difficult to obtain.

- Monitor and manage instream flow water rights to provide the intended benefits. As an example, many tributaries of the Lower Gunnison, San Miguel, and Dolores rivers provide habitat to warm water fishes for spring spawning. When year-round instream flow rights cannot be obtained, fisheries can benefit from high flow periods in the spring.

- Assist the board in monitoring instream flows to ensure that these water rights are administered to provide the intended instream flow benefits in accordance with state law. Many planning area streams with instream flow water right protections are relatively small tributaries, with few having stream flow monitoring gages. Even though the board is the primary instream flow water right holder, they have little capacity to monitor the hundreds of streams statewide, especially those without stream gages. Additionally, to claim injury to an instream flow water right requires proof by the board that upstream out-of-priority water uses are occurring.

- Manage river projects and rights-of-way to preserve channel conditions protecting aquatic habitat. The BLM is a signatory to the Colorado River Fish and Wildlife Council's *Range-Wide Conservation Agreement and Strategy for Roundtail Chub (Gila robusta), Bluehead Sucker (Catostomus discobolus), and Flannelmouth Sucker (Catostomus latipinnis)*, an inter-agency effort to define both the impacts to, and fish habitat needs for, subject streams.

- As landscape units are revisited for effectiveness monitoring, assess livestock water facilities and implement appropriate follow-up actions. The UFO has approximately 600 recorded livestock ponds/reservoirs, along with a number that have not been recorded. Historically, the UFO has been remiss at adequately maintaining many of these facilities. Reliable water sources have been a priority for maintenance, while those deemed unreliable often become sources of accelerated sediment yield and vectors for invasive weed establishment.

- Ensure that current and future livestock grazers obtain necessary permits and comply with Colorado's Livestock Tank policy. This will provide a level of protection for livestock water use on public lands, even as water demand increases regionally in the future.

- Collaborate with public water supply providers and water users during assessments for potential pollution sources and development of source water area protection plans to ensure that management actions are compatible. As population in the

70          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105846

region continues to grow, domestic and municipal water sources will become more common in the planning area.

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        71
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105847

# 2.1.5 ☀ *Vegetative Communities*

## INDICATORS

Vegetative communities are complex and interdependent groups of plant species that capture energy, cycle nutrients, fix carbon, and influence the atmosphere, water, and soil. They are a critical component of, and contribute valuable services to, a healthy ecosystem. Healthy communities are self-perpetuating, and resilient to change. In addition, they provide for many of the more commonly recognized resource uses on public lands, including livestock grazing, wildlife habitat, recreation, and scenic qualities.

The following indicators for evaluating the health of vegetative communities were identified in the 1997 BLM Colorado Public Land Health Standards:

- Noxious weeds and undesirable species are minimal in the overall plant community
- Native plant communities are spatially distributed across the landscape with a density, composition, and frequency of species suitable to ensure reproductive capability and sustainability
- Plants are present in mixed age classes sufficient to sustain recruitment and mortality fluctuations
- Landscapes exhibit connectivity of habitat or presence of corridors to prevent habitat fragmentation
- Photosynthetic activity is evident throughout the growing season
- Diversity and density of plant species are in balance with habitat/landscape potential and exhibit resilience to human activities
- Appropriate plant litter accumulates and is evenly distributed across the landscape
- Landscapes are composed of several plant communities that may be in a variety of successional stages and patterns

The following indicators relate to riparian and wetland vegetation:

- Vigorous, desirable plants are present
- There is vegetation with diverse age class structure, appropriate vertical structure, and adequate composition, cover, and density
- Streambank vegetation is present and is comprised of species and communities that have root systems capable of withstanding high streamflow events
- Plant species present indicate maintenance of riparian moisture characteristics
- Vegetation indicates high water tables
- Vegetation colonizes point bars with a range of age classes and successional stages

72      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105848

- Residual floodplain vegetation is available to capture and retain sediment and dissipate flood energies

# CURRENT CONDITION

## BLM COLORADO STANDARDS FOR LAND HEALTH

As part of implementing the **BLM Colorado Standards for Public Land Health**, BLM employees conducted LHAs in ten landscape units across the UFO between 1999 and 2008, in which they assessed the current condition of vegetation and overall land health.

---

### FIGURE 2.4 - COLORADO PUBLIC LAND HEALTH STANDARD 3

Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential. Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuation and ecological processes.

**Indicators:**

- Noxious weeds and undesirable species are minimal in the overall plant community.
- Native plant and animal communities are spatially distributed across the landscape with a density, composition, and frequency of species suitable to ensure reproductive capability and sustainability.
- Plants and animals are present in mixed age classes sufficient to sustain recruitment and mortality fluctuations.
- Landscapes exhibit connectivity of habitat or presence of corridors to prevent habitat fragmentation.
- Photosynthetic activity is evident throughout the growing season.
- Diversity and density of plant and animal species are in balance with habitat/landscape potential and exhibit resilience to human activities.
- Appropriate plant litter accumulates, and is evenly distributed across the landscape.
- Landscapes composed of several plant communities that may be in a variety of successional stages and patterns.

---

## Healthy Plant Species and Communities

The planning area was assessed for adherence to Land Health Standard 3:

- 45% was rated as fully meeting the standard

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          73
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105849

- 38% met the standard, with some problems
- 13% had problems of enough significance to not meet the standard
- The remaining 4% was not assessed or was not classified as upland.

---

### FIGURE 2.5 - COLORADO PUBLIC LAND HEALTH STANDARD 2

Riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100-year floods. Riparian vegetation captures sediment, and provides forage, habitat, and bio-diversity. Water quality is improved or maintained. Stable soils store and release water slowly.

**Indicators:**

- Vegetation is dominated by an appropriate mix of native or desirable introduced species.
- Vigorous, desirable plants are present.
- There is vegetation with diverse age class structure, appropriate vertical structure, and adequate composition, cover, and density.
- Streambank vegetation is present and is comprised of species and communities that have root systems capable of withstanding high streamflow events.
- Plant species present indicate maintenance of riparian moisture characteristics.
- Stream is in balance with the water and sediment being supplied by the watershed (e.g., no headcutting, no excessive erosion, or deposition).
- Vegetation and free water indicate high water tables.
- Vegetation colonizes point bars with a range of age classes and successional stages.
- An active floodplain is present.
- Residual floodplain vegetation is available to capture and retain sediment and dissipate flood energies.
- Stream channels with size and meander pattern appropriate for the stream's position in the landscape, and parent materials.
- Woody debris contributes to the character of the stream channel morphology.

---

## Riparian Vegetation

Riparian vegetation along nearly all of the streams in the planning area was evaluated for adherence to Land Health Standard 2. Of approximately 449 miles of perennial and intermittent streams in the planning area evaluated:

- 67% were rated as fully meeting the standard



BLM_0105850

- 26% met the standard, with some problems
- 6% did not meet Standard 2
- The remaining 1% have not been evaluated.

A vegetative community is commonly described according to the individual plant species of which it is composed. Over 1,100 plant species occur in and near the planning area. Of these, more than 1,000 species are native. These species range in distribution from widespread to extremely localized, and in abundance from scarce to extremely common. LHA data enables us to estimate that over 40% of the plant species in the planning area could be considered scarce, while less than 10% could be considered extremely common. Those that are particularly scarce or rare are discussed under the Special Status Species section.

Additional species of concern are those that are nonnative in origin, with invasive and highly competitive characteristics. A number of these exist in the planning area and compete with native vegetation for space, light, and limited nutrients. When an individual species is identified as a substantial economic threat, it is designated by the State of Colorado as a noxious species or by the BLM as a species of concern. Both exotic and noxious weeds are further discussed in the weed section below.

Vegetation in the planning area can also be described in terms of assemblages of native species, and classified based on ecoregions, which are large geographic areas sharing similar patterns of climate, elevation, and geology. The majority of the planning area falls into the Colorado Plateaus Ecoregion, with the remainder in the Southern Rockies Ecoregion (EPA 2005). These are further subdivided based upon topography and landform. Table 2.17 provides the acreages of ecoregion subdivisions on BLM lands within the planning area, and the proportions of each vegetation community within them. A description of each of the major vegetation communities follows.

TABLE 2.17 - VEGETATION COMMUNITIES IN THE PLANNING AREA

| ECOREGION | ECOREGION SUBDIVISION | TOTAL ACRES | VEGETATION COMMUNITY | % OF SUBDIVISION |
|---|---|---|---|---|
| Colorado Plateaus | Sedimentary Mid-Elevation Forests and Shrublands | 601,249 | Grass-Forb | 10 |
| | | | Montane Forest | 2 |
| | | | Mountain Shrub | 2 |
| | | | Pinyon-Juniper | 61 |
| | | | Riparian | 1 |
| | | | Sagebrush | 19 |
| | | | Salt-Desert Shrub | 4 |
| | | | Unvegetated | 1 |
| | Shale and Sedimentary Basins | 101,951 | Grass-Forb | 29 |
| | | | Pinyon-Juniper | 20 |
| | | | Riparian | 0.5 |

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     75
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105851

| ECOREGION | ECOREGION SUBDIVISION | TOTAL ACRES | VEGETATION COMMUNITY | % OF SUBDIVISION |
|---|---|---|---|---|
| | | | Sagebrush | 18 |
| | | | Salt-Desert Shrub | 30 |
| | | | Unvegetated | 3 |
| Southern Rockies | Sedimentary Mid-Elevation Forests and Shrublands | 57,172 | Grass-Forb | 4 |
| | | | Montane Forest | 10 |
| | | | Mountain Shrub | 42 |
| | | | Pinyon-Juniper | 22 |
| | | | Riparian | 1 |
| | | | Sagebrush | 7 |
| | | | Subalpine Forest | 12 |
| | | | Unvegetated | 2 |
| | Sedimentary Subalpine Forests | 8,079 | Alpine | 1 |
| | | | Grass-Forb | 8 |
| | | | Montane Forest | 11 |
| | | | Mountain Shrub | 16 |
| | | | Pinyon-Juniper | 3 |
| | | | Sagebrush | 0.5 |
| | | | Subalpine Forest | 56 |
| | | | Unvegetated | 5 |
| | Volcanic Subalpine Forests | 1,488 | Alpine | 11 |
| | | | Grass-Forb | 1 |
| | | | Montane Forest | 6 |
| | | | Mountain Shrub | 1 |
| | | | Sagebrush | 1 |
| | | | Subalpine Forest | 74 |
| | | | Unvegetated | 6 |
| | Volcanic Mid-Elevation Forests and Shrublands | 90 | Grass-Forb | 2 |
| | | | Montane Forest | 84 |
| | | | Mountain Shrub | 11 |
| | | | Sagebrush | 3 |
| | Alpine Zone | 13 | Alpine | 30 |
| | | | Subalpine Forest | 3 |
| | | | Unvegetated | 66 |

BLM_0105852

## VEGETATION TYPES WITHIN THE PLANNING AREA

### Alpine

Alpine vegetation is typically found above 11,000 feet in elevation. It is defined as vegetation that occurs above the elevation at which forests can grow, and is shaped by the harsh growing conditions of cold, long winters, heavy snows, and intensive solar radiation found in high mountains. Alpine vegetation occurs in only a tiny fraction of the planning area. It is characterized by low growing shrubs like arctic willow *(Salix arctica)*, numerous sedge (genus *Carex*) species, grasses such as alpine bluegrass *(Poa alpina)*, and a variety of highly specialized forb species.

### Grass-Forb

The grass-forb vegetation type is a significant component of the planning area, and occurs across a range of elevations. In some cases, it is related to soil characteristics, while in others it is a result of disturbances such as fire, avalanche, or drought, and is a successional stage to other vegetation types. The dominant grasses and forbs are dependent primarily upon elevation and secondarily upon soil type, and are made up of species found in each of the different vegetation types described below.

### Subalpine Forest

The subalpine forest vegetation type occupies only a minor portion of the planning area above 9,500 feet elevation. Engelmann spruce *(Picea engelmannii)* and subalpine fir *(Abies lasiocarpa)* characterize this vegetation type. Aspen may be present in some areas as well, but is typically successional to the spruce and fir. The understory in this vegetation type is generally sparse and dominated by sedges, whortleberry *(Vaccinium myrtillus)* and arnica *(Arnica cordifolia)*. Mountain brome *(Bromus marginatus)*, Thurber fescue *(Festuca thurberi)*, slender wheatgrass *(Elymus trachycaulus)*, wild strawberry *(Fragaris* spp.), and an abundance of other forbs may occur where the tree canopy lets light through.

### Montane Forest

The montane forest vegetation type generally occurs between 7,500 and 9,500 feet in elevation, and makes up a small component of the planning area. This vegetation type typically includes ponderosa pine *(Pinus ponderosa)*, Douglas fir, *(Pseudotsuga menziesii)*, and aspen *(Populus tremuloides)*, both singularly and in combination with one another. Soils and fire history influence where and in what combinations these species occur. They also influence the understory vegetation. Many of the mountain shrub species are also found in montane forest. The more common species include birchleaf mountain mahogany *(Cercocarpus montanus)*, Utah serviceberry *(Amelanchier utahensis)*, Gambel oak *(Quercus gambelii)*, Rocky Mountain juniper *(Juniperus scopulorum)*, black chokecherry *(Prunus virginiana)*, and roundleaf snowberry *(Symphoricarpos rotundifolius)*. The herbaceous component is generally sparse, but contains many of the same grasses and forbs found in the mountain shrub vegetation type described below.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          77
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105853