## Mountain Shrub

The mountain shrub vegetation type occurs at elevations ranging from 7,000-9000 feet, and makes up a significant proportion of the planning area. Birchleaf mountain mahogany, Utah serviceberry, and Gambel oak are prominent components. Soils, slope aspect, and fire history influence the character and distribution of this vegetation type, resulting in several diverse communities. These communities are distinguished by one or a combination of the prominent shrub species, along with one or more of the following species: black chokecherry *(Prunus virginiana)*, mountain big sage *(Artemisia tridentata vaseyena)*, wild crabapple *(Peraphyllum ramosisissimum)*, Fendlerbush *(Fendlera rupicola)*, roundleaf snowberry *(Symphoricarpos rotundifolius)*, Utah juniper *(Juniperus osteosperma)*, Rocky Mountain juniper *(Juniperus scopulorum)*, and Colorado pinyon *(Pinus edulis)*. Common herbaceous species include elk sedge *(Carex geyeri)*, Letterman's needlegrass *(Acnatherum lettermanii)*, Kentucky bluegrass *(Poa pratensis)*, muttongrass *(Poa fendleriana)*, Sandberg bluegrass *(Poa secunda)*, bottlebrush squirreltail *(Elymus elymoides)*, western wheatgrass *(Pascopyrum smithii)*, slender wheatgrass *(Elymus trachycaulus)*, and nodding brome *(Bromus anomalus)*. Forbs are numerous, with many species. Among the most widespread and dominant are western yarrow *(Achillea millefolium)*, lupine *(Lupinus* spp.), biscuitroot *(Lomatium* spp.), and aspen peavine *(Lathyrus lanzwertii)*.

## Pinyon-Juniper

The pinyon-juniper vegetation type occurs between 5,800 and 7,500 feet, and occupies more of the planning area than any other vegetation type. The pinyon-juniper woodland is dominated by Utah juniper and Colorado pinyon in varying proportions depending on soil, slope aspect, and elevation. There is typically a sparse and variable understory that may contain remnant shrubs like Wyoming big sagebrush *(Artemisia tridentata wyomingensis)*, birchleaf mountain mahogany, Utah serviceberry, snakeweed *(Gutierrezia sarothrae)*, yucca *(Yucca harrimaniae)*, potato cactus *(Opuntia fragilis)*, muttongrass, Indian ricegrass *(Achnatherum hymenoides)*, and bottlebrush squirreltail. Primary forbs in this type are western tansy mustard *(Descurainia pinnata)*, scarlet globemallow *(Sphaeralcea coccinea)*, rock goldenrod *(Petradoria pumila)*, lobeleaf groundsel *(Packera multilobata)*, and numerous species of Penstemon, Arabis, Astragalus, Lomatium, Erigeron, and Machaeranthera.

## Riparian

The riparian vegetation type extends from the lowest to highest elevations within the planning area. Although small in area, it is a significant type because of its productive and diverse plant communities. Within the broad category of riparian vegetation are many distinct, interwoven plant communities. Among the most widespread are communities dominated by narrowleaf cottonwood *(Populus angustifolia)* above 5,800 feet in elevation, and Fremont cottonwood *(Populous fremontii)* below. These are distinguished by various associated shrubs and trees, including thinleaf alder *(Alnus tenuifolia)*, blue spruce *(Picea pungens)*, Douglas fir, sandbar willow *(Salix exigua)*, skunkbush sumac *(Rhus trilobata)*, Wood's rose *(Rosa woodsii)*, and red osier dogwood *(Cornus sericea)*. Some willow-dominated

78      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105854

communities are also present, with sandbar willow occurring alone or in combination with strapleaf willow *(Salix ligulifolia)*, or other willow species. Thinleaf alder forms a common community along the water's edge of many streams. Shrub-dominated communities are found along some higher stream terraces, including skunkbush sumac, seep willow *(Baccharis salicina)*, New Mexico privet *(Forestiera pubescens)*, and silver buffaloberry. Small pockets of scouringrush horsetail *(Equisetum hyemale)* can be found at lower elevations. Ephemeral and lower elevation drainages are often dominated by black greasewood *(Sarcobatus vermiculatus)* and alien tamarisk *(Tamarix chinensis)*. Detailed descriptions of these communities can be found in the Field Guide to the Wetland and Riparian Plant Associations of Colorado (CNHP 2003).

## Sagebrush

The sagebrush type is widespread and occupies a significant portion of the planning area. This vegetation type typically occurs on deeper soils at elevations ranging from 5,000 to 7,500 feet. The sagebrush community is dominated by Basin big sagebrush *(Artemisia tridentata tridentata)* at the lowest elevations, Wyoming big sagebrush at mid elevations, and mountain big sagebrush at the highest elevations. Black sagebrush *(Artemisia nova)* also occurs as a dominant shrub on some soils across this elevation range. The sagebrush type can also occur on steeper, rockier sites, where it is usually successional to woodland types and has resulted from removal of the tree canopy by fire or other natural disturbances. Snakeweed, Utah serviceberry, rabbitbrush (genus *Ericamera* or *Chrysothamnus*), and four-wing saltbush *(Atriplex canescens)* can be secondary shrubs in the sagebrush vegetation type. The sagebrush vegetation type contains a variable understory that can include western wheatgrass, galleta grass *(Pleuraphis jamesii)*, bottlebrush squirreltail, Indian ricegrass *(Achnatherum hymenoides)*, blue grama *(Bouteloua gracilis)*, Sandberg bluegrass, muttongrass, needleandthread grass *(Heterostipa comata)*, prairie junegrass *(Koeleria macrantha)*, and many forbs. Among the most prominent are scarlet globemallow *(Sphaeralcea coccinea)* and longleaf phlox *(Phlox longifolia)*.

## Salt-Desert Shrub

The salt-desert shrub vegetation type commonly occurs on saline and other droughty soils in the driest portions of the planning area below 6,000 feet. The following shrubs characterize this drought-tolerant vegetation type: shadscale *(Atriplex confertifolia)*, Gardner saltbush *(Atriplex gardneri)*, mat saltbush *(Atriplex corrugata)*, black greasewood, four-wing saltbush, black sagebrush *(Artemisia nova)*, winterfat *(Krascheninnikovia lanata)*, snakeweed, and prickly pear cactus *(Opuntia polycantha)*. These occur in varying amounts, and in various combinations depending on the soil type and disturbance history of the area. Native grasses in this vegetation type include western wheatgrass, galleta grass, bottlebrush squirreltail, Salina wildrye *(Leymus salinus)*, and Indian ricegrass on better condition sites. Many different forbs occur, with some of the most common including wild buckwheats (Eriogonum spp.), wild onions (Alium spp.), and biscuitroots (Lomatium and Cymopterus spp.)

JUNE 2010                    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  79
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105855

Vegetation problems identified during the LHAs relate to the indicators listed above. Problems occurred throughout the planning area, and were not clearly associated with a particular region. Table 2.18 lists the major vegetation problems in order of prevalence. The column indicating the percentage of the planning area affected represents a high estimate, including lands where problems are widespread or serious, as well as lands where problems are isolated, localized, or minor.

**TABLE 2.18 - MAJOR VEGETATION ISSUES IN THE PLANNING AREA**

| IDENTIFIED PROBLEM OR ISSUE | PERCENTAGE AFFECTED |
|---|---|
| **UPLAND** | |
| Not enough cool season perennial grass | 44% |
| Exotic plants in community | 40% |
| Not enough perennial forbs | 40% |
| Low plant diversity in community | 25% |
| Shrubs in low vigor | 21% |
| Not enough warm season perennial grass | 16% |
| Browse shrubs heavily hedged | 12% |
| Noxious weeds within or nearby community | 10% |
| Plant spacing too great | 7% |
| **RIPARIAN** | |
| Not enough riparian vegetation to protect banks | 17% |
| Riparian plant root structure will not withstand flooding | 17% |
| Streamside plants are not wetland species | 15% |
| Riparian vegetation in poor vigor | 13% |
| Riparian vegetation does not have diverse age classes | 12% |
| Riparian vegetation not supplying enough woody debris | 11% |
| Riparian vegetation does not have diverse composition | 11% |
| Riparian vegetation not establishing on point bars | 8% |

80          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105856

## NOXIOUS WEEDS

### Weed Control Guidance and Programs

A June 2007 programmatic EIS, *Vegetation Treatments using Herbicides on Bureau of Land Management Lands in 17 Western States,* discusses how herbicides will be applied to BLM-administered lands, including mitigation measures, standard operating procedures, and analysis of active and inactive ingredients by herbicide. The UFO subsequently created an Integrated Weed Management program for control of weeds on the Colorado Noxious Weed List and on the BLM National List of Invasive Weed Species of Concern within the Uncompahgre Field Office.

The BLM coordinates with counties and other entities in and around the planning area in implementing the Integrated Weed Management program. This cooperative effort supports the Integrated Weed Management program and promotes the success of Early Detection/Rapid Response, and the treatment and re-treatment of small and large patches of noxious weeds. A coordinated strategy means that there are more people looking for and treating noxious weeds in a strategic manner on public lands. Support for Integrated Weed Management comes from executive orders, legislation, and strategic documents, including:

- Colorado Noxious Weed Act 8 CCR 1203-15 (2003)
- Presidents Executive Order 13112 (1999)
- Federal Noxious Weed Act of 1974, Public Law 93-692
- BLM Partners Against Weed Plan (BLM's strategic plan)
- Colorado Governor's Executive Order D 00699
- UFO Weed Management Strategy (2007)
- Record of Decision Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (September 2007)

### Systematic Weed Surveys

Since 2001, the UFO has completed a systematic weed survey on about 70% (or 473,000 acres) of the planning area. Thus far, 6,600 associated noxious weed infestations affecting 8,600 acres have been identified. The estimate is conservative and not comprehensive, as the entire planning area has not been surveyed, much of the survey is linear, and part of the survey was completed over ten years ago.

The average size of an infestation patch is 1.3 acres, making it relatively small and easy to treat using . This patch size supports the LHA finding that noxious weeds have not become a prominent feature in most of the planning area, and presents an opportunity to continue this trend. Large patches of weeds will need to be treated for years to come, and linear infestations always pose a threat due to ease of seed transportation, whether along a trail, road, irrigation ditch, or stream/river. The UFO will continue to survey for about 40 weed species, including all weeds on the Colorado Noxious Weed list and the BLM species of

JUNE 2010             BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          81
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105857

concern. The UFO has noxious weed species from all categories of the Colorado list and several from the BLM list. Table 2.19 lists some of the most troublesome weeds in the UFO, along with associated data.

**TABLE 2.19 - NOXIOUS WEEDS IN THE PLANNING AREA**

| WEED SPECIES | LISTING | NUMBER OF INFESTATIONS | ACRES INFESTED | AVERAGE INFESTATION (BY ACRE) | POTENTIAL AVERAGE RATE OF SPREAD % |
|---|---|---|---|---|---|
| Russian knapweed *Acroptilon repens* | State Noxious BLM Concern | 1,920 | 2,280.0 | 1.2 | 8-14% |
| Spotted knapweed *Centaurea maculosa* | State Noxious BLM Concern | 85 | 725.0 | 8.5 | 10-24% |
| Diffuse knapweed *Centaurea diffusa* | State Noxious BLM Concern | 26 | 31.0 | 1.2 | 16% |
| Oxeye daisy *Chrysanthemum leucanthemum* | State Noxious BLM Concern | 35 (does not include San Miguel River watershed) | 115.0 | 3.3 | |
| Yellow toadflax *Linaria vulgaris* | State Noxious BLM Concern | 2 | 5.0 | 5.0 | 8-29% |
| Dalmation toadflax *Linaria dalmatica* | State Noxious BLM Concern | 1 | 1.0 | 1.0 | 8-29% |
| Purple loosestrife *Lythrum salicaria* | State Noxious BLM Concern | 8 | 4.0 | 0.5 | 15% |
| Hoary Cress (Whitetop) *Cadaria draba* | State Noxious BLM Concern | 340 | 288.0 | 1.0 | 11-18% |
| Absinth wormwood *Artemisia absinthium* | State Noxious | 4 | 2.0 | 0.5 | |
| Yellow starthistle *Centaurea solstitialis* | State Noxious BLM Concern | 4 | 20.0 | 10.0 | 13-17% |
| Sulfur cinquefoil *Potentilla recta* | State Noxious BLM Concern | 2 | 2.0 | 1.0 | |
| Canada thistle *Cirsium arvense* | State Noxious BLM Concern | 1,253 | 1,264.0 | 1.0 | 10-12% |
| Bull thistle *Cirsium vulgare* | State Noxious BLM Concern | 399 | 296.0 | 1.0 | |
| Musk thistle *Carduus nutans* | State Noxious BLM Concern | 659 | 1,104.0 | 1.5 | 12-22% |
| Russian olive *Elaeagnum angustifolia* | State Noxious BLM Concern | 24 | 7.5 | 0.5 | |
| Tamarisk *Tamarix* spp. | State Noxious BLM Concern | 907 | 1,508.0 | 1.7 | 12% |

82   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0105858

| WEED SPECIES | LISTING | NUMBER OF INFESTATIONS | ACRES INFESTED | AVERAGE INFESTATION (BY ACRE) | POTENTIAL AVERAGE RATE OF SPREAD % |
|---|---|---|---|---|---|
| Chinese clematis *Clematis orientalis* | State Noxious BLM Concern | 2 | 2.0 | 0.3 | |
| Jointed goatgrass *Aegilops cylindrica* | State Noxious BLM Concern | 6 | 11.0 | 1.8 | 14% (traits similar to cheatgrass) |
| Burdock *Arctium minus* | State Noxious BLM Concern | 113 | 222.0 | 2.0 | |
| Plumeless thistle *Carduus acanthoides* | State Noxious BLM Concern | 5 | 5.3 | 1.0 | |
| Chicory *Cichorium intybus* | State Noxious BLM Concern | 18 | 7.3 | 0.4 | |
| Field bindweed *Convolvulus arvensis* | State Noxious BLM Concern | 73 | 133.0 | 1.8 | |
| Hounds tongue *Hieracium cynoglossoides* | State Noxious BLM Concern | 63 | 83.5 | 1.3 | |
| Leafy spurge *Euphorbia esula* | State Noxious BLM Concern | 1 | 89.0 | 89.0 | 12-16% |
| Halogeton *Halogeton glomeratus* | State Noxious BLM Concern | 47 | 90.0 | 1.9 | |
| Scotch thistle *Onopordum acanthium* | State Noxious BLM Concern | 2 | 0.4 | 0.2 | |
| Siberian elm *Ulmus pumila* | State Noxious BLM Concern | 4 | 5.6 | 1.4 | |
| Common mullein *Verbascum thapsus* | State Noxious BLM Concern | 263 | 58.0 | 0.3 | |

**NOTE: Data for the planning area is not comprehensive.**

LHA data reveals the current scope of the weed establishment on uplands: 92% of the 2,170 upland sites evaluated had no noxious weeds, 6% had small infestations, and only 1.5% had noxious weeds as a dominant part of the vegetation. LHA data also shows that 37% of upland sites had no exotics, 21% had isolated growth, 29% had exotics growing within native vegetation, while 12% had exotics dominating a plant community.

## Treating Problem Weeds

Approximately 970 UFO weed treatments have been conducted on BLM lands, not including those done by the county. Of these, about 75% were carried out with herbicide or a combination of herbicide, mechanical, and manual treatments. The majority of the most troublesome weeds in the planning area are perennial, and the most effective option for

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          83
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105859

long-term success and eradication is continued implementation of Early Detection and Rapid Response, as well as the application of herbicides on small infestations.

### Herbicides

The appropriate use of approved herbicides in moderation:

- reduces the cost of treatment
- insures a reduction in infestation size
- potentially eradicates weeds in a location
- reduces herbicide use in native systems (compared with having to treat large patches over several years)
- promotes land health.

### Biological Controls

There are several biological controls (using living organisms) in development that may help with some of the more troublesome weed species. For instance, biological agents to control Russian knapweed are currently being tested, and may be released in 2011. As biological controls become more available, they could be used in conjunction with chemical and mechanical treatments. Some biological agents currently approved for release are effective against certain weed species in the planning area, including Canada, musk, bull and scotch thistles, field bindweed, Dalmatian toadflax, spotted knapweed, puncturevine, and tamarisk.

The size of infestation and type of noxious weed drives whether or not to use a biological control agent. Noxious weed patches need to be of a large enough size to support the biological agent, the noxious weed can't be on a state directive not to let the plant flower and reproduce, and there must be state and federal consensus that there will always be a small/medium amount of the weed present in the ecosystem. *Diorhabda elongata* (known as the Tamarisk Leaf Beetle) is a prime example of a biological control agent being used in riparian areas, which enables a small amount of tamarisk to remain, but not enough to compromise the ecosystem.

## Other Common Exotic Species

Other common weedy exotic species in the planning area which are not considered noxious include cheatgrass *(Bromus tectorum)*, annual wheatgrass *(Eremopyrum triticeum)*, clasping pepperweed *(Lepidium perfoliatum)*, Russian thistle *(Salsola tragus)*, filaree *(Erodium cicutarium)*, burr buttercup *(Ceratocephala testiculata)*, spreading wallflower *(Erysimum repandum)*, blue mustard *(Chorispora tenella)*, and European madwort *(Alyssum simplex)*.

## TRENDS

Vegetation trends and forecasts are discussed separately for various vegetation indicators.

84          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105860

## NOXIOUS WEEDS AND EXOTIC SPECIES

### Spread of New and Existing Weed Species

Noxious weeds continue to increase at alarming rates across the western United States. The UFO is no exception, with creeping perennials like hoary cress, oxeye daisy, Russian knapweed, and spotted knapweed spreading at rates of 8- 24% per year (Weed Science Society of America 2005). Evidence of this spread includes the recent appearance of noxious weed species that were previously absent from this area:

- yellow star thistle near Colona and Paonia, and along P12 Road in Montrose County
- spotted knapweed along Highway 90
- diffuse knapweed in an old woodcut
- jointed goatgrass along county roads
- absinth wormwood in and around Ouray
- meadow knapweed in the Owl Creek Pass area
- oxeye daisy throughout riparian areas in the San Miguel and upper North Fork watersheds.

The BLM also has anecdotal evidence that existing populations of noxious weeds have spread and increased in size. However, LHA data indicates that noxious weeds have not yet become a dominant feature of vegetation within the planning area. Systematic weed surveys support the idea that weeds spread at alarming rates if not controlled. This spread will continue to threaten native systems, slowly compromising native vegetation and altering these systems until they can no longer support native plant, aquatic, or wildlife populations.

### Competition with Native Vegetation

Other exotic species are increasing within native vegetation. Estimates from a sampling of 190 twenty to thirty-year old trend studies on BLM lands in the planning area, indicate that 46% had no exotic species, either at the time the study was initiated, or at the last reading of the study, while 40% had increasing levels of exotics, and 14% had declines in exotics. This has generally been substantiated and further clarified by LHA data. There is concern that some winter annuals like cheatgrass have the potential to overtake native vegetation, alter fuel and fire regimes, and ultimately displace entire native communities as has happened in other ecoregions. There is little evidence that this is happening on a large scale yet, as we have not experienced dramatic increases in fire frequency or fires fueled by invasive annuals. Some cheatgrass-fueled burns have occurred, indicating that it is happening in localized areas.

### Landscape Disturbances

Many weed invasions are tied to disturbances on the landscape. Based on partially completed road and weed inventories, about 58% of travel routes in the planning area have noxious weed infestations within 15 feet, while an estimated 70% of ponds have noxious


BLM_0105861

weeds associated with them. Weeds are also commonly found in riparian areas and drainages, with 46% of riparian areas sampled having exotic or noxious species at some level within native vegetation. Past vegetation treatments have included seeding of non-native species, contributing to high levels of undesirable plants such as crested wheatgrass. Based on observation, the scale of disturbances infested with exotic annuals is probably even greater.

It is likely that noxious weeds and exotic plants will continue to stay at high levels and increase in some locations in the planning area. Development trends on private lands, increasing recreation use, increasing mineral and oil and gas development, irrigation ditches, wildlife corridors, and sustained livestock grazing are all factors that will promote weeds and exotic species to the detriment of native plant communities.

The phenomenon of climate change is also likely to favor weeds over natives, as mountain climates move upward in elevation and desert southwest climates move into western valleys, causing disruptions in native plant communities (Ray et al 2008). However, the risk that exotics and noxious weeds will overtake native vegetation across substantial amounts of the planning area seems unlikely over the next twenty years due to active an integrated weed management program.

## HEALTH OF NATIVE PLANT COMMUNITIES

### Spatial Distribution, Diversity, and Density

Plant community distribution and the health of constituent species show a weak upward trend on public lands in the planning area. Soil and climate largely determine whether a plant community can grow on a particular site (known as site potential). Data from recent LHAs indicates that appropriate plant communities occur on appropriate sites in the planning area. However, the amount of land supporting native plant communities in the region has declined, resulting in the reduced spatial distribution and frequency of native vegetation within the planning area. The majority of this decline is due to changes in land use and the development of private lands.

On 5% of public lands in the planning area, the loss of native plant communities is the result of past vegetation treatments in which native species were supplanted by introduced exotic grasses and forbs. An estimated additional 2% of this area has converted to exotic weed infestations through poorly revegetated fires and disturbances such as heavy OHV use and grazing. These converted areas on public land are being reduced over time, as natural successional processes return native vegetation to treated areas. In addition, many historic treatment locations are being retreated and seeded with native species in small patches, as are large disturbances such as wildfires.

Within plant communities, there is some indication that diversity, composition, and frequency are degraded, and may pose a threat to sustainability of native species in some areas. LHA data shows that 25% of 2,170 upland sites evaluated had low native plant

86  **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105862

diversity, while 31% had plants spaced too far apart. These affected communities may not be as resistant to changing conditions, disturbances, or weed invasions. Over time, this lack of resiliency equates with decreased sustainability.

However, the status of native species within communities appears to be improving over time. Evidence from the set of 190 trend studies indicates that more study sites had increases in native species richness (with 47% improving, 30% declining, and 16% having no change) and canopy cover (with 62% increasing, 33% declining, and 5% having no change) at the first or last reading.

### Impacts from Land Use Activities

Many land use activities have the potential to degrade native communities. Excessive grazing by livestock, big game, and even rabbits can reduce palatable plants and trample others. Physical disturbances associated with off-road travel and concentrated activities like woodcuts or rock collecting can damage plants. In addition, the alteration of normal drainage patterns associated with road development, and range or watershed improvement projects can degrade native plant communities. Invasive plant dominance arising from certain types of land use can drive out native plant species as well.

# FORECAST

The forecast for native plant communities in the greater region is of continued decline, in spite of some improvements on BLM lands in the last 30 years. Loss of native plant communities on private land is expected to continue, and increase over time. Much of the loss in and around the planning area stems from land development in response to a growing human population. This rapid growth increases the important role of public lands in preserving native plant communities.

## CONFLICTING NATIONAL INITIATIVES

Recent national initiatives threaten to reduce or degrade native plant communities on both private and BLM lands. These threats include efforts to protect surrounding private land from fire by treating (vegetative) fuels on BLM lands, incentives to convert cropland and rangelands to biofuels production, and mandates to increase energy development. In addition, proposed restrictions on fire rehabilitation practices would make it more difficult to rehabilitate native plant communities on burned lands, especially at lower elevations.

Climate change is likely to worsen these losses, mainly at the lower elevation range of each community type. The greatest loss of native plant communities on public lands is expected to occur in the lowest elevation areas, around wildland-urban interface zones, and in areas of intensive energy development.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          87

Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105863

## UPLAND PLANTS IN MIXED AGE CLASSES

### Distribution

For the most part, the distribution of age classes seems adequate for maintaining major upland plant species across the landscape, with no strong trends evident. LHA data confirms casual field observations that the majority (74%) of dominant native species are present in a range of age classes at evaluated sites. Only 5% of species found were limited to old age individuals at some sites, indicating problems with recruitment for those species at those sites, although there is no data regarding trend. The dominance of old age classes on some sites is probably due to plant community successional processes, and is normal at some level on the landscape.

### Effects of Fire Suppression

There are questions about the impacts of fire suppression, and whether or not it has caused abnormally high levels of old age classes. Wildfire is still occurring at a rate of just under 0.1% of BLM lands in the planning area burned each year. Vegetation management practices (such as rollerchops and prescribed burns) are conducted on another 0.1% of the planning area per year, resulting in younger age classes. With a 250-year fire frequency as some local pinyon dendrochronological studies have indicated (Eisenhart 2004, Shinneman 2006), approximately 0.4% of the vegetation would require treatment or fire annually. This suggests that the vegetation is gradually aging, although it is not substantially affected yet.

### Drought and Insect Infestations

Large-scale trends occurring regionally and beyond include drought-triggered tree and shrub die-offs, and large beetle, borer, and budworm infestations. Qualitative observations indicate that populations of trees and shrubs have sustained themselves despite the increased mortality, suggesting that age class distribution is adequate to sustain populations.

The forecast for the next 20 years is that vegetation will maintain a healthy, although slightly aging class distribution over the next 20 years. This trend is expected to continue over the next several decades, except where climate change causes shifts in elevation ranges of species.

## HABITAT CONTINUITY AND CORRIDORS

### Primary Causes of Fragmentation

Habitat fragmentation has been examined during the LHA process, and some trends are evident. Regionally, the topography and varied geology of the planning area causes a substantial background level of habitat fragmentation and isolation of habitats, particularly in the lowest and highest elevation areas. The pattern of land ownership and private land development has further fragmented this landscape, with native habitat converted into agricultural and residential development in the Uncompahgre and North Fork valleys, and to a lesser extent in the Norwood area and Paradox Valley. These factors have isolated large

88          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105864

areas of intact public land into three distinct habitat blocks: 1) from Grand Mesa down to Dry Creek on the east side of the Uncompahgre Plateau, 2) from northeast of Paradox Valley down to Third Park on the west side of the Uncompahgre Plateau, and 3) from southwest of Paradox Valley to the UFO boundary.

## Habitat Degradation

A more subtle fragmentation of habitat occurs within public lands in the planning area through the development of roads, pipelines, canals, and other disturbances. This type of fragmentation has brought in weeds and degraded habitat along corridors, so that areas of intact or suitable habitat for some plant species have become separated from one another. The scope of this fragmentation is evident in estimates of road density, which range from three to five miles of routes per square mile of public land in some parts of the planning area (BLM 2008). The trend in the past has been toward greater fragmentation with population growth, resulting from conversion of private lands from agricultural or range to residential use, and increased development of infrastructure and routes on BLM land. These trends are expected to continue, with additional conversion of private land to residential use, as well as development of land in the planning area, increasing the level of fragmentation at both the regional and local level.

## PHOTOSYNTHETIC ACTIVITY

### Warm and Cool Season Grasses

Indicators of maximal and efficient photosynthetic activity show overall weak improvements that include conflicting trends over the past 20-30 years. While inadequate cool season grass was identified in LHA data as the biggest problem, trend data shows substantial improvements over the past decades. Data from a set of 190 trend studies shows that perennial cool season grasses increased over the past 20-30 years in more areas than they declined (54% of studies showed increases, 34% had declines, and 12% had no perennial cool season grasses at either reading.) Warm season grasses were identified through LHA data as a lesser problem, but trends indicate that it is continuing to diminish on the landscape. Trend study data indicate that 15% of study areas increased in warm season cover, 25% declined, and 61% had no perennial warm season grasses at either reading of the study. Low levels of cool season grasses indicate shortcomings in photosynthesis during spring and fall growing periods, while low levels of warm season grasses reveal problems during summer months and the monsoonal period.

### Perennial Forbs and BSC

Perennial forbs and overall species richness tend to increase photosynthetic activity across the growing season, and trend data indicates these have both increased. Data for perennial forbs indicates generally increasing forb levels across the landscape (with studies showing 52% with increasing numbers, 28% with declining numbers, and 20% with no occurrence of perennial forbs at either reading). In addition, BSC provides photosynthesis during winter

JUNE 2010                    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    89
Analysis of the Management Situation
for the Uncompahgre Planning Area



BLM_0105865

months when snow cover is not too deep, and LHA data shows that BSC was present in 82% of units evaluated, but was fully expressed at only 21%.

## Summary of Findings

While no data is available to determine trends, a summary of existing data indicates that there are large areas of BLM land without plant communities that take full advantage of sunlight, but that there have been improvements over time. Physical disturbances, the spread of invasive cool season annuals and seeded species, and heavy grazing (especially on a specific plant species for the duration of its growing season) have been primary causes for reduced photosynthetic activity. Recent levels of these phenomena have been consistent with improving trends for forbs, species richness, and cool season grasses.

The forecast for indicators of photosynthetic activity is mixed. Climate change may disrupt the moderately improving trends shown on BLM lands over the past thirty years. Shifts in moisture patterns and increasing temperatures may be responsible for declines in warm season grasses. If monsoonal patterns change and moisture declines during summer months, it is likely that warm season grasses will also continue to decline. If spring and fall moisture dries out, we can expect to see reductions in cool season plants as well.

## PLANT LITTER ACCUMULATION AND DISTRIBUTION

Trends in plant litter indicate an increase in accumulation and contributions to soil health over the past 30 years. LHA data reveals that only 5% of units appear to have too little litter. Of 97 long-term trend studies evaluated for litter, 67% show increasing litter and only 27% show declining litter over the past 20-30 years. Litter accumulation is affected by grazing, wind and water erosion, and ground disturbing activities. To date, these activities generally appear to be consistent with an increase in litter. Invasive annuals have increased litter in some areas, and may disrupt natural litter and carbon cycles, as well as the proportion of organic matter. If current trends continue and invasive annuals increase, the forecast is for plant litter to continue to increase.

## SUCCESSIONAL STAGES AND PATTERNS

### Seral Stage Mosaics

Landscapes in the planning area display a variety of successional stages and patterns. Objectives describing the desired proportion and arrangement of seral stages have been established for the planning area. The current objectives describe desired seral stage mosaics suited to promote certain management objectives (such as controlling wildfire in wildland urban interface areas and improving mule deer winter range) in some areas, and objectives that would arise without fire suppression in other areas. The current vegetation mosaic for most of the landscape units has been evaluated, and some issues have been disclosed. In general, early seral (grass and forb dominated) vegetation is the most lacking stage, with 77% of units evaluated needing more. Early mid (shrub and grass dominated)

90        **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**    **JUNE 2010**
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105866

vegetation is lacking in 59% of units. Moreover, while late stage (mature tree and shrub) vegetation is too abundant in 55% of units, it is lacking in other units.

## Factors Affecting Seral Stage

The primary drivers for seral stage distribution are ecological site limitations restricting where woody species can grow, fire, drought, disease, insect infestations, and vegetation management practices that return vegetation to early stages. The trend has been toward fewer acres being affected by fire and vegetation treatments over the past 20 years, suggesting that vegetation seral stage is gradually advancing. If this trend continues, the BLM anticipates that the vegetation seral stages will increasingly be skewed toward older age classes. Large-scale initiatives to promote biofuels harvest, massive mining activity, or substantial changes in fire suppression policies could alter this trajectory, as could severe drought or disease outbreaks.

## RIPARIAN AND WETLAND VEGETATION

### Maintaining Riparian Health

While measured trends are not currently available, the indicators for riparian plants generally have been stable to improving. Native wetland plants tend to be desirable species, and indicate the presence of a high water table. Proper Functioning Condition data from 162 reaches indicates that 81% of sites have such species, and contained high vigor vegetation (USDI 2008). Grazing can drive channel downcutting, dewatering, and subsequent loss of desirable plants. There are very few streams with this problem in the planning area. Channel dewatering from upstream diversions associated with private water rights appears to be the biggest factor behind low vigor vegetation in the planning area. Nearly all of the streams and water sources involved are fully adjudicated, so there should be little change in water diversions in the future. The BLM has acquired some minimal instream flows for many of the larger streams to protect them from further dewatering.

Weeds, particularly tamarisk, are a significant problem in riparian areas, and in a few cases dominate the vegetation. While tamarisk control with herbicides has been conducted on a number of planning area streams, the tamarisk beetle (already established in the planning area) shows the greatest promise for providing long-term control. Control of this exotic should result in improved riparian vegetation vigor and composition, although the presence or establishment of other weeds would diminish this gain. The forecast for climate change, with projected earlier snowmelt, reduced precipitation, and warmer temperatures, may cause widespread reductions in riparian plant vigor that negates improvements from tamarisk control.

### Structure, Composition, Cover, and Density

While no measured trends are available, riparian vegetation in the planning area appears healthy overall, with generally stable conditions for streams, as well as some challenges along rivers. Proper Functioning Condition data indicates that there is appropriate age class

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          91
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105867

structure and species composition on 85% of the 162 reaches evaluated, and adequate riparian vegetation cover on 78% of reaches. Streambank vegetation on 75% of reaches studied has adequate root masses to withstand flooding. While grazing can cause reductions in riparian vegetation and diversity, few streams in the planning area have been affected.

Within the planning area, riparian issues typically involve dewatering from diversions associated with private water rights. Dewatering reduces the amount of riparian vegetation, which can cause streams to be less resilient to flood events, which in turn cause further erosion and loss of vegetation. Planning area rivers are primarily impacted by altered flow regimes tied to upstream reservoir management. The altered flow has resulted in noticeable changes in species composition, and the loss of young age classes of cottonwood and willow. These trends are expected to continue unless reservoir management shifts to a regimen that simulates spring flooding. If forecasts for climate change are accurate, widespread reductions in riparian plant vigor could ultimately affect riparian composition, reproduction, age class distribution, and streambank cover.

### Point Bar Colonization and Residual floodplain vegetation

While no measured trends are available, riparian vegetation in general appears to have healthy point bar colonization. Proper Functioning Condition data indicates that 88% of studied reaches had no problems with point bar colonization or with energy dissipation from either floodplain vegetation or channel characteristics. The few problem areas along reaches are attributable to excessive grazing, large fires in the watershed, or flood damage likely associated with water diversions as discussed above. The forecast for these indicators is similar to that discussed above.

# KEY FEATURES

The following factors should be considered when making allocation and management decisions related to vegetation.

## REGIONAL AND GLOBAL BIODIVERSITY

Areas of vegetation that contribute to biodiversity on a regional or global scale should be managed to maintain and/or enhance those high quality conditions. The Colorado Natural Heritage Program has surveyed the planning area, and identified areas contributing to state and global biodiversity (Lyon et al 1999 and 2000). Riparian areas are widely recognized for their important contributions to biodiversity in the arid West, and should be included in this group.

92  **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO** JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105868

## PRISTINE VEGETATIVE COMMUNITIES

Areas that support pristine or intact vegetation should be managed to maintain these qualities. Some of these have been identified by the Colorado Natural Heritage Program as being high quality examples of common vegetation communities. Data collected through LHAs will be helpful in identifying additional areas.

## SPECIES MIGRATION CORRIDORS

Corridors that allow for upward, downward, or transregional migration of species should be maintained or reestablished where possible, and managed for high levels of vegetation health. This will be particularly important, as part of a strategy to ensure that plant communities and species are able to survive the predicted effects of climate change.

## GENERAL MANAGEMENT FOR LAND HEALTH

All BLM lands should be managed to meet minimal levels of vegetation health as specified in the Colorado Land Health Standards. Areas not meeting standards should be specially managed to improve conditions. When determining uses of BLM lands, the BLM should employ BMPs in order to avoid unnecessary damage.

## CRITICAL WEED CONTAINMENT AREAS

Public lands should be managed to contain infestations of those weed species identified under the Colorado Weed Law. These would probably be dynamic and depend on the species and location of infestation, and mechanics of weed seed spread for that species.

JUNE 2010             BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    93
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105869

# 2.1.6 ☀ Fish and Wildlife

## INDICATORS

Fish and wildlife resources include big game, upland game, waterfowl, raptors, migratory birds, small mammals, reptiles, amphibians, and fish, as well as their habitats. Fish and wildlife indicators include direct measurement or indices of species composition, structure, diversity, and relative abundance of fish, wildlife, and habitats within the planning area, as well as distribution, pattern, and connectivity of populations and habitats. Each of these measurements reflects ecosystem function and sustainability.

### EMPHASIS ON HABITAT

The BLM works closely with the Colorado Division of Wildlife (CDOW) to manage habitat for fish and wildlife to achieve and maintain suitable habitat for wildlife within the planning area. CDOW is directly responsible for managing population levels while the BLM is responsible for managing fish and wildlife habitat quantity and quality in a condition that will sustain desired levels of species. Population data are tracked by CDOW for game animals and, increasingly, for key nongame species. For some species, the BLM assists CDOW in the collection of this information.

While CDOW is interested primarily in population dynamics and demographics, the principal indicator used by the BLM is habitat condition based on plant community attributes and a site's capacity to sustain native wildlife species. Within this framework, the BLM focuses on key animal species and their habitats. Indicators of habitat condition include plant species composition, cover, vigor, production, browse levels, and animal indices such as wildlife sign (including scat, tracks, and nests) and animal health.

### LAND HEALTH ASSESSMENTS

LHAs employ both quantitative and qualitative methods for evaluating Land Health Standards for wildlife and habitats. While all of the standards ultimately benefit wildlife and habitats, Standards 2, 3, and 5 specifically address wildlife, fish, and their habitats. Standard 2 addresses riparian and aquatic habitats, Standard 3 addresses wildlife communities and terrestrial habitats, and Standard 5 addresses water quality and aquatic condition. (Special Status Species fall under Standard 4 and are addressed in Section 2.1.7)

94      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105870

# CURRENT CONDITION

## HABITAT TYPES

Dominant habitat types in the planning area include tall and low shrublands, desert shrub, grassland, woodland, forest, and riparian/aquatic. Bare or sparsely vegetated habitats include rocks and cliffs, caves and mines, barren slopes, and water bodies. Vegetation communities vary based on precipitation, elevation, topography, slope, aspect, geology, soils, and other environmental variables. Habitat type is further distinguished by site-specific attributes such as vegetation cover, composition, and structure. Vegetation community composition and distribution across the planning area are described in detail in Section 2.1.5.

The planning area supports a variety of wildlife, including birds, small mammals, big game, carnivores, and reptiles. Some species are specialists that use a narrow or restricted range of habitats, while others are generalists that can occur across a broad range of habitat types. Depending on species requirements, animals may be present seasonally or year-round.

### Dominant Habitats in the Planning Area

*Sagebrush* provides important habitat for mule deer, sage grouse, and other sagebrush-dependent species such as the sage sparrow and Brewer's sparrow. *Salt desert shrub* provides habitat for pronghorn, winter range for mule deer and elk, and birds such as horned larks and Swainson's hawks. *Grasslands* provide habitat for northern harrier hawks, lark sparrows, and numerous other species. Pinyon-juniper *woodlands* and mixed mountain shrub communities provide habitat for bats, big game, ravens, and a variety of songbirds. *Forests* of cottonwood, aspen, Douglas-fir, and aspen provide good habitat for species that prefer timbered areas, such as black bears, Cooper's hawk, bald eagle, squirrels, flycatchers, and vireos. *Riparian and aquatic* habitats such as streams, rivers, and springs support warblers, raccoons, frogs, toads, and other species (Aquatic species are discussed below).

*Rock complexes* are inhabited by nesting swallows, swifts, golden eagles, and prairie falcons, along with many other bird species. These areas also provide important cover for large mammals such as bighorn sheep, mountain lions, and bobcats, and for small mammals such as ground squirrels, rabbits, and marmots. Numerous bat species roost, hibernate, and reproduce in rock crevices, caves, and mines across the planning area.

*Water bodies*, including rivers, perennial and intermittent streams, ponds, springs, and water diversions, provide habitat for fish, amphibians, and aquatic insects. Major river systems in the planning area include the Uncompahgre, Gunnison, San Miguel, and Dolores. Common riparian vegetation associations include cottonwood, willow, sedges, and grasses. Aquatic resources are described in further detail in Section 2.1.4 on Water Resources and Section 2.1.5 on Vegetation Communities.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        95
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105871

## KEY FISH AND WILDLIFE SPECIES

Table 2.20 lists species of high priority for BLM management efforts due to their economic value, regulatory status, high public interest, or other qualities. Special status species are discussed in Section 2.1.7.

**TABLE 2.20 - KEY FISH AND WILDLIFE SPECIES OF THE UFO**

| SPECIES OR GROUP | RATIONALE FOR KEY DESIGNATION |
|---|---|
| **BIRDS** | |
| Waterfowl and shorebirds | Economic and recreational value |
| Upland game birds | Economic and recreational value |
| Migratory birds | High interest and protected by law |
| Golden eagle | High interest and protected by law |
| Raptors | High interest, protected by law, top of food chain |
| **MAMMALS** | |
| Bighorn sheep | High economic and recreational value |
| Black bear | High interest, economic, and recreational value |
| Elk | High interest, economic, and recreational value |
| Moose | High interest, economic, and recreational value |
| Mountain lion | High interest, economic, and recreational value |
| Mule deer | High economic and recreational value |
| Pronghorn | High economic and recreational value |
| Gunnison and white-tailed prairie dogs | High interest, species declines, and listing petitions |
| River otter | High interest, economic value |
| Bats | High interest |
| **FISH** | |
| Rainbow, brown, and cutthroat trout | High interest, economic, recreational value |

### Birds

#### Waterfowl

Streams, rivers, reservoirs, ponds, canals, and associated riparian vegetation provide habitat for waterfowl and shorebirds. Canada goose, mallard, green-winged teal, common merganser, and American widgeon are a few of the more common game waterfowl species found in the area. Great blue herons, egrets, sandhill cranes, and other wading and shorebirds typically occur along major rivers, valleys, and irrigated fields.

#### Upland Game Birds

The quality of upland game bird habitat depends on the availability of mixed shrubby and herbaceous vegetation for nesting, brood rearing, foraging, and thermal cover. Riparian habitat plays an important role as a source of food, water, and cover for most upland birds. Blue grouse are widely distributed throughout the higher elevation woodlands and mountain

96      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105872

meadows. Merriam's turkeys use a variety of habitats, including riparian areas, mixed mountain shrub, and pinyon-juniper woodlands. Chukar partridges and Gambel's quail occur in rocky foothills, canyons, and valleys, primarily in the north and central portions of the planning area along the Uncompahgre-Gunnison River watershed. Mourning doves occupy a variety of habitats across the planning area. Ring-necked pheasants are common in and near agricultural and cultivated lands.

### Raptors

Raptors in the planning area include eagles, falcons, hawks, and owls. Golden eagles, red-tailed, ferruginous, Swainson's, and Cooper's hawks, peregrine and prairie falcons, and American kestrel are the most common diurnal species observed, while the nocturnal great horned owl occupies a variety of habitats in the planning area. Cliffs, rocky outcrops, and large trees provide suitable nesting habitat for many of these species. Because they are top (or apex) predators on the food chain, raptors are an important indicator of overall ecosystem health.

### Migratory Birds

The planning area supports a variety of migratory bird species, including Neotropical migrants. Recent studies and monitoring suggest that some of these populations are declining, due in part to land use and management practices and habitat loss and degradation. Common migratory birds include common raven, American crow, Virginia warbler, mountain bluebird, green-tailed towhee, sage sparrow, and Brewer's sparrow.

A subset of known and potentially occurring birds in the planning area, including their habitats and status, are listed in Table 2.21. This table is based on the FWS Birds of Conservation Concern 2008 List for the Southern Rockies/Colorado Plateau Region. (Note: several species of concern listed here are also addressed under special status species in Section 2.1.7)

**TABLE 2.21 - BIRDS OF CONSERVATION CONCERN IN THE PLANNING AREA**

| SPECIES | HABITAT DESCRIPTION | UFO RANGE AND STATUS[1] |
|---------|---------------------|-------------------------|
| Gunnison sage grouse *Centrocercus minimus* | Sagebrush communities (especially big sagebrush) for hiding and thermal cover, food, and nesting; open areas with sagebrush stands for leks; sagebrush-grass-forbs mix for nesting; wet meadows for rearing chicks | Year-round resident Breeding |
| American bittern *Botaurus lentiginosus* | Marshes and wetlands; ground nester | Spring/ summer resident Breeding confirmed in region Not within planning area |
| Bald eagle[2] *Haliaeetus leucocephalus* | Nests in forested rivers and lakes; winters in upland areas, often with rivers or lakes nearby | Fall/winter resident No confirmed breeding |
| Ferruginous hawk *Buteo regalis* | Open, rolling and/or rugged terrain in grasslands and shrub-steppe communities; also grasslands and cultivated fields; nests on cliffs and rocky | Fall/ winter resident Non-breeding |

JUNE 2010            BLM UNCOMPAHGRE FIELD OFFICE, COLORADO            97
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105873

CHAPTER TWO - AREA PROFILE: RESOURCES

| SPECIES | HABITAT DESCRIPTION | UFO RANGE AND STATUS[1] |
|---|---|---|
| | outcrops | |
| Golden eagle<br>*Aquila chrysaetos* | Open country, grasslands, woodlands, and barren areas in hilly or mountainous terrain; nests on rocky outcrops or large trees | Year-round resident<br>Breeding |
| Peregrine falcon[2]<br>*Falco peregrinus* | Open country near cliff habitat, often near water such as rivers, lakes, and marshes; nests on ledges or holes on cliff faces and crags | Spring/summer resident<br>Breeding |
| Prairie falcon<br>*Falco mexicanus* | Open country in mountains, steppe, or prairie; winters in cultivated fields; nests in holes or on ledges on rocky cliffs or embankments | Year-round resident<br>Breeding |
| Snowy plover[3]<br>*Charadrius alexandrines* | Sparsely vegetated sand flats associated with pickleweed, greasewood, and saltgrass | Spring migrant<br>Non-breeding |
| Mountain plover<br>*Charadrius montanus* | High plain, cultivated fields, desert scrublands, and sagebrush habitats, often in association with heavy grazing, sometimes in association with prairie dog colonies; short vegetation | Spring/fall migrant<br>Non-breeding |
| Long-billed curlew<br>*Numenius americanus* | Lakes and wetlands and adjacent grassland and shrub communities | Spring/fall migrant<br>Non-breeding |
| Yellow-billed cuckoo[4]<br>*Coccyzus americanus* | Riparian, deciduous woodlands with dense undergrowth; nests in tall cottonwood and mature willow riparian, moist thickets, orchards, abandoned pastures | Summer resident<br>Breeding |
| Flammulated owl<br>*Otus flammeolus* | Montane forest, usually open and mature conifer forests; prefers ponderosa pine and Jeffrey pine | Summer resident<br>Breeding |
| Burrowing owl<br>*Athene cunicularia* | Open grasslands and low shrublands often in association with prairie dog colonies; nests in abandoned burrows created by mammals; short vegetation | Summer/fall resident<br>Breeding |
| Lewis's woodpecker<br>*Melanerpes lewis* | Open forest and woodland, often logged or burned, including oak, coniferous forest (often ponderosa), riparian woodland, and orchards, less often in pinyon-juniper | Year-round resident<br>Breeding |
| Willow flycatcher[3]<br>*Empidonax traillii* | Riparian and moist, shrubby areas; winters in shrubby openings with short vegetation | Summer resident<br>Breeding |
| Gray vireo<br>*Vireo vicinior* | Pinyon-juniper and open juniper-grassland | Summer resident<br>Breeding |
| Pinyon jay<br>*Gymnorhinus cyanocephalus* | Pinyon-juniper woodlands | Year-round resident<br>Breeding |
| Juniper titmouse<br>*Baelophus griseus* | Pinyon-juniper woodlands, especially juniper; nests in tree cavities | Year-round resident<br>Breeding |
| Veery<br>*Catharus fuscescens* | Deciduous forests, riparian, shrubs | Possible summer resident observed in Gunnison County<br>Possible breeding |
| Bendire's thrasher<br>*Toxostoma bendirei* | Desert, especially areas of tall vegetation, cholla cactus, creosote bush and yucca; juniper woodlands | Known range outside planning area |

BLM_0105874

| SPECIES | HABITAT DESCRIPTION | UFO RANGE AND STATUS[1] |
|---|---|---|
| Grace's warbler<br>*Dendroica graciae* | Mature coniferous forests | Summer resident<br>Breeding |
| Brewer's sparrow<br>*Spizella breweri* | Sagebrush-grass stands; less often in pinyon-juniper woodlands | Summer resident<br>Breeding |
| Grasshopper sparrow<br>*Ammodramus savannarum* | Open grasslands and cultivated fields | Known range outside planning area |
| Chestnut-collared longspur<br>*Calcarius ornatus* | Open grasslands and cultivated fields | Spring migrant<br>Non-breeding |
| Black rosy-finch<br>*Leucosticte atrata* | Open country including mountain meadows, high deserts, valleys, and plains; breeds in alpine areas near rock piles and cliffs | Winter resident<br>Non-breeding |
| Brown-capped rosy-finch<br>*Leucosticte australis* | Alpine meadows, cliffs, and talus and high-elevation parks and valleys | Summer resident<br>Breeding |
| Cassin's finch<br>*Carpodacus cassinii* | Open montane coniferous forests; breeds/ nests in coniferous forests | Year-round resident<br>Breeding |

[1] **Assessment based on UFO files and Geographic Information System data, partner data, and local knowledge.**
[2] **ESA delisted species.**
[3] **Non-listed subspecies/population**
[4] **ESA candidate species**                                          **(Source: FWS 2008)**

## Reptiles

Several reptiles occur within the planning area, primarily in lower elevations and drier habitats, such as semidesert shrub, sagebrush, and pinyon-juniper woodlands. Consequently, reptile diversity is higher in the drier western portion of the planning area where these habitats are most common. Species that occur in the planning area include the gopher (bull) snake, western rattlesnake, western terrestrial garter snake, sagebrush lizard, fence lizard, plateau striped whiptail lizard, and collared lizard.

## Big Game

Elk and mule deer are the two most common big game species in the planning area, although bighorn sheep, pronghorn, black bear, and cougars are also present. Pronghorn occur in limited numbers in the northeast portion of the planning area near Delta, Colorado. Mule deer and elk occupy higher, often forested elevations during the summer and typically migrate to lower elevation mountain shrub, sagebrush, and agricultural valleys during the winter. BLM lands in the planning area provide the majority of winter range available to deer and elk. Critical winter ranges and calving/ fawning grounds are essential to the health and survival of elk and mule deer. Black bears prefer more mesic (moist) habitats and riparian areas. Mountain lion distribution generally coincides with high densities and concentrations of mule deer.

## Small Mammals


BLM_0105875

Common small mammal species include mountain cottontail rabbit, striped skunk, raccoon, ground squirrel, least chipmunk, pinyon mouse, and white-tailed prairie dog. White-tailed prairie dogs occur primarily in dry salt-desert and shrublands, agricultural areas, and disturbed sites along the Uncompahgre River Valley.

A variety of bats occurs in the region. The Yuma myotis is a bat species often associated with permanent water sources such as rivers or streams. Habitats include riparian, arid scrublands and deserts, and forests. These bats prefer to roost in buildings, bridges, cliff crevices, and trees, rather than mines or caves. Yuma myotis bats have been documented near Paradox Valley, as well as in the Gunnison Gorge and Dominguez Canyon areas, making their occurrence along other nearby major tributaries in the planning area likely.

### Furbearers

Coyotes, bobcats, raccoons, red foxes, and muskrats occur in all habitat types throughout the planning area, with coyotes being the most abundant. In the planning area, river otters are found in the San Miguel River, Dolores River, and Gunnison River, as well as major tributaries with abundant fish.

### Aquatic Species

Game fish include rainbow, brown, brook, and cutthroat trout. Non-game fish include carp, sculpin, dace, minnows, suckers, cottids, shiners, and sunfish. Amphibians occur exclusively or seasonally in most aquatic systems throughout the planning area. Commonly observed amphibians include the western chorus frog, tiger salamander, and Woodhouse toad.

# TRENDS

## WILDLIFE POPULATIONS

A Data Analysis Unit is a geographic area that represents the year-round range of a big game herd, and includes all of the seasonal ranges of a specific herd. Elk populations typically exceed, and deer populations typically fall short of, CDOW population targets for Data Analysis Units in the planning area. If management is effective, populations that exceed objectives are expected to become smaller and more in balance with available habitat, while those that fall below targeted levels are likely to increase.

Current trends for fish, amphibians, and other aquatic species are largely unknown. With the limited data available, it appears that most raptor populations are stable. However, a number of migratory bird and Neotropical passerine populations are declining across the planning area. Although data is lacking, other non-game populations, including furbearers, small mammals, and reptiles, are expected to be stable. Those wildlife species or populations thought to be at-risk or declining are monitored and tracked as special status species (as described in Section 2.1.7).

100       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105876

## DECLINING HABITAT

Wildlife diversity and abundance typically reflects the diversity, quality, and quantity of habitat. In general, habitats have declined over time. Possible causes include conversion of native vegetation to agricultural uses, noxious weed infestations, and increased recreational use of public lands. The effects of habitat decline vary for each species. While problems (such as poor browse conditions for wintering big game) are present in some areas, most of the planning area appears to be meeting land health objectives. Still, sagebrush and salt desert habitats, in particular, have been reduced in area and quality in the planning area and other regions across the United States. These sites are at risk due to overgrazing, cheatgrass and other weed invasions, pinyon-juniper conversions, and other factors. Wildlife that depend on these habitat types have declined in abundance and range. (See Section 2.1.7)

### Monitoring Results

Long-term, systematic monitoring of wildlife habitat conditions (such as with permanent transects) has not been conducted in most of the planning area. Currently, the best available information is derived from annual LHAs, including a limited number of vegetation transects in select areas. The entire planning area has been assessed using the land health methodology. Portions of each landscape were found to be meeting, meeting with problems, or failing to meet Land Health Standards. The following is a summary of the most common conditions observed in problem areas, along with the significance to wildlife and fish.

### 1. Low cover by perennial cool season and warm season grasses and forbs

Cover by desirable native species is lower than expected for a particular site's ecological potential. This problem is most evident at drier, low-elevation sites in the planning area. Low-elevation sites also sustain heavier concentrations of grazing wildlife and livestock, which may further reduce palatable native grasses. Among other benefits, healthy stands of native perennial grasses and forbs provide essential hiding and breeding cover and forage for a variety of wildlife species.

### 2. Low plant community diversity

Plant community diversity is lower than expected for a particular site's ecological potential. This problem is often observed in connection with other symptoms (such as weeds and overbrowsing). Typically, diverse plant communities or heterogeneous habitats are more resilient to disturbances and more productive, and provide habitat for a greater number of wildlife species and individuals than uniform or homogenous plant communities provide. Vegetation patches that vary in type, size, shapes, and juxtaposition across a landscape are typically desired so that multiple species benefit.

### 3. Low seral stage diversity

Seral stage refers to a specific period in the development, or succession, of the plant community. Seral stage influences structural and spatial diversity of plant assemblages.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          101
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105877

Typically, low seral stage diversity across a landscape (such as closed-canopy pinyon-juniper) provides relatively poor habitat from a multi-species standpoint.

### 4.  Low vegetation age-class diversity

Areas are dominated by an even-aged stand of vegetation (such as sagebrush) and some sites may be closed canopy and/or stagnant (such as lacking cover with understory grasses). Like plant community and seral stage diversity, a diverse age-class community or population is typically more resilient to environmental disturbances and provides habitat for a greater number of species than even-aged stands of vegetation. Age-class diversity also indicates that vegetation reproduction and/or recruitment is occurring, another indicator of land health.

### 5.  Excessive weeds and/or threat of invasion

Weeds, including cheat grass, other annuals, and noxious species, are at moderate to high levels in some areas and have invaded some undisturbed sites. In some cases, weed cover occurs at a level that poses an invasion risk, should a major disturbance (such as fire or drought) occur. Exotic and noxious weeds often displace native vegetation, typically resulting in degraded or unsuitable habitat.

### 6.  Pinyon-juniper encroachment

Pinyon juniper communities are expanding beyond their perceived or known historical range or are increasing in canopy cover. Pinyon-juniper encroachment can render habitat unsuitable or poor for some species (such as sage grouse) and may alter plant community productivity, particularly in the understory community.

### 7.  Habitat fragmentation, degradation, and loss

Road expansion, recreation, agriculture, and residential developments are increasing habitat fragmentation and degrading some habitats through the introduction of weeds. Disturbances may negatively impact one species and benefit another.

### 8.  Degraded or unsuitable habitat due to past vegetation treatments

Some vegetation treatments have resulted in poor or unsuitable habitat for wildlife. In the planning area, the most common example is the conversion of sagebrush communities to crested wheatgrass stands. Crested wheatgrass plantings create a monoculture that typically results in poor habitat structure and diversity for wildlife (with some exceptions such as big game) and contributes to declines in sagebrush obligate populations. In addition, cheatgrass, annuals, and/or noxious weeds have invaded a number of treatment areas. However, when done properly, sagebrush thinning can promote herbaceous production and forbs cover. Thus, some treatment areas in the UFO are recovering well and have apparently resulted in improved conditions for wildlife.

102      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105878

### 9. Overbrowsed shrubs and trees

Abnormal growth form, hedging, poor leader growth, high or conspicuous browse-line heights, and similar problems indicate overuse by wildlife and/or livestock. This problem is most evident where big game and livestock use overlap. Wild ungulates in particular have the ability to cause dramatic shifts in vegetation, which can impact birds, small mammals, and other wildlife. This may indicate an imbalance between big game numbers, livestock stocking rates, and animal distribution, and the capacity of a habitat to support these population levels.

### 10. Poor vigor of shrubs

Decadent plants, dead plants, poor leader growth, and marginal seed production are observed in some areas. These problems are often observed in association with heavy browsing and foraging damage by grazing animals. The health and persistence of native shrubs is critical to provide essential cover, food, and structural diversity for multiple wildlife species.

### 11. Loss and/or degradation of crucial habitats

Impacts from developments, weeds, recreation, and similar activities may result in short or long-term loss or degradation of crucial habitats, such as big game severe winter range and production areas.

### 12. Landscape and habitat connectivity problems

Roads, fences, trails, rangeland conversions, and other human developments may impede or prevent animal movement and migration.

### 13. Declining wildlife populations

Wildlife populations (such as Neotropical migratory birds) may be declining.

### 14. Overabundance or unwanted growth of wildlife populations

Some wildlife species are exceeding habitat carrying capacity and may be contributing to site degradation. Overpopulation may be inferred from both habitat condition and utilization indices (such as overbrowsing or hedging of shrubs, scat, and weed proliferation) and harvest/ population data collected by the CDOW.

### 15. Poor water quality, channelized streams, and poor or weedy riparian vegetation

Riparian habitat is crucial to the survival of species in arid environments. In addition, the condition of fish habitat is intrinsically linked to the condition of adjacent riparian habitat and stream channel characteristics. Among other benefits, riparian vegetation moderates water temperatures, prevents stream bank erosion, and provides cover for fish. Amphibian and aquatic invertebrate species richness and diversity are strongly correlated with water quality and hydrologic conditions.

The primary causes identified for failure to meet Standard 3 include:

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          103
Analysis of the Management Situation
for the Uncompahgre Planning Area



BLM_0105879

- Residual impacts from historic uses
- Old vegetation treatments or woodcuts
- Roads and road maintenance
- Fire suppression
- Livestock overgrazing
- Wildlife use, including excessive browsing by deer, elk, rabbits, and prairie dogs
- Wildland/urban/agricultural interface and associated activities; isolated BLM parcels
- OHV activity
- Recreation
- Recent fire
- Pipelines, canals, and other rights-of-way
- Livestock ponds
- Mining
- Water diversions, flow regulations, and augmented flows
- Dumping (such as trash and carcasses)

The primary causes identified for failure to meet Standard 2 (on Riparian Systems) include:

- Water diversions, flow regulations, and augmented flows
- Channelized streams
- Upstream water quality problems
- Residual impacts from historic use
- Old vegetation treatments or woodcuts
- Roads and road maintenance
- Livestock overgrazing
- Wildlife use, including excessive browsing by deer, elk, rabbits, and prairie dogs
- Wildland/urban/agricultural interface and associated activities; isolated BLM parcels
- Mining

Other potential causes for land health problems include:

- Drought or climate change
- Disease
- Oil and gas development
- Lack of keystone predators to control prey (including elk and deer) populations
- Sociopolitical challenges

Further discussion of land health trends and causal factors can be found in Section 2.2.5 on Vegetation.

104      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105880

# FORECAST

With improved management and time, areas currently not meeting standards are expected to improve. However, some degraded areas, such as those dominated by cheatgrass or other weeds, may continue in their present condition, or become worse. These vegetation changes will in turn affect the composition and size of wildlife communities. The effects of habitat decline vary for each species. The population and habitat of more common wildlife and fish species are expected to remain relatively stable, while some generalist species may increase. Small or rare species and habitats are at higher risk for declines. As demand for resource values increases, these trends are likely to continue into the future.

## POTENTIAL NEGATIVE IMPACTS

Oil and gas, coal, solar, and other energy-related projects have the potential to adversely impact wildlife habitat and populations. Other uses such as livestock grazing, water use, realty actions, and recreation may also have negative impacts. Streams could potentially be affected by development activities, resulting in increased sedimentation and adverse changes in water quality and aquatic habitat. To some extent, trends such as drought and disease are a result of natural factors, which may be beyond the control of management.

# KEY FEATURES

The BLM UFO will continue to focus management and protection efforts on key wildlife and fish species and their habitats (shown in Table 2.20). The CDOW has identified several crucial habitats for elk, deer, and other big game species in the planning area, including production areas, movement corridors, summer and severe winter range, and others. Changes in these areas, such as loss or degradation of habitat, fragmentation, or disturbance during crucial seasons, could have a disproportionate effect on populations by reducing carrying capacity during critical periods. Data on raptor nest locations and status in the planning area are limited, although efforts are being made to improve this knowledge base. Nests and crucial habitat for raptors will continue to be priority areas for conservation. Furthermore, migratory birds and, in particular, species of conservation concern will continue to be monitored across the planning area, and protection measures will be implemented as necessary for compliance with the Migratory Bird Treaty Act and BLM policies. Key habitats identified for restoration and protection include sagebrush, pinyon-juniper, salt-desert shrub, riparian aquatic habitats, aspen, and cliff and cave features.



BLM_0105881

# 2.1.7 ☀ Special Status Species

# INDICATORS

## SPECIAL STATUS SPECIES

Special status species are those animals and plants that:

- have been proposed for listing or officially listed as threatened or endangered
- are candidates for listing as threatened or endangered under the provisions of the Endangered Species Act (ESA)
- have been listed by a State in a category such as threatened or endangered, implying potential endangerment or extinction
- have been designated by each BLM State Director as sensitive.

Habitat loss, competition, predation, disease, and other factors are to blame for species decline and imperilment. Habitat loss or modification due to human activity is the greatest threat to ecosystems, particularly for species adapted to specific ecological niches. BLM land management practices are intended to sustain and promote species that are legally protected, and prevent species that are not yet legally protected from needing such protection.

## FOCUS ON HABITAT

Special status species indicators include population levels and density, breeding status, distribution and range, age class structure, and genetic diversity. Population and biological data for several special status species are tracked by the CDOW and Colorado Natural Heritage Program, and other partners, including the BLM, regularly assist with these studies. Both agencies focus primarily on population status and trends, while the BLM focuses its efforts on habitat management. The quantity and quality of preferred and suitable habitat, prey numbers, and threats to species are evaluated. Indicators of habitat condition include plant species composition, cover, vigor, production, browse levels, and other indices such as wildlife sign (including scat, tracks, and nests). The BLM also tracks conditions and restricts certain activities in critical breeding, foraging, and wintering areas and migration corridors.

## PUBLIC LAND HEALTH STANDARD FOUR

While each of the Public Land Health Standards ultimately benefits wildlife, plants, and habitats, Standard 4 specifically addresses special status wildlife and plant species and their habitats. This standard requires stabilizing and increasing the population of endemic and protected species in suitable habitats, and protecting suitable habitat for recovery. Other

106        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105882

indicators include all those listed for healthy plant and animal communities under Standard 3 and riparian systems under Standard 2, which are addressed in Section 2.1.6. LHAs employ both quantitative and qualitative methods for evaluating the Standards for wildlife and habitats.

# CURRENT CONDITION

Federal threatened and endangered species and designated critical habitat are managed by the FWS in cooperation with other federal agencies, with the ultimate goal of species recovery and viability. The BLM cooperates with the FWS to identify and manage critical habitat for listed species without habitat previously designated. Candidate species are managed to maintain viable populations in order to avoid listing. State of Colorado and BLM sensitive species are treated similarly. The BLM, the FWS, and the State of Colorado have developed formal and informal agreements to provide guidance on species management. Consultation is required on any action proposed by the BLM or another federal agency that "may affect" a listed species or critical habitat. Wildlife habitat types in the planning area are discussed under Current Conditions in Section 2.1.6 on Wildlife and Fish.

## FEDERAL ENDANGERED, THREATENED, PROPOSED AND CANDIDATE SPECIES

The ESA as amended (in 16 United States Code 1531-1534) mandates the protection of species listed as threatened or endangered of extinction and the habitats on which they depend. Section 7 of the ESA clarifies the responsibility of federal agencies to utilize their authority to carry out programs for the conservation of listed species. In addition, federal agencies must consult with the FWS to insure that any action authorized, funded, or carried out by the agency is "…not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of habitat of such species…"

### Federally Listed Species

The UFO refers to the most current Colorado county list provided on the FWS website (www.fws.gov/mountain-prairie/endspp/CountyLists/Colorado.pdf) to analyze the effects of proposed actions on threatened, endangered, and candidate species and designated critical habitat for these species. Twelve federally protected species potentially occur in the planning area (as shown in Table 2.22). Federally designated critical habitat for three of these species also occurs in the planning area. Some species are not known to occur in the planning area, yet are included in this analysis and all other project planning efforts due to historic occurrences in the area, adjacent known occurrences, a presence of suitable habitat, insufficient survey coverage, potential expansions or shifts in species ranges, and other factors. In accordance with BLM Manual 6840, Special Status Species Management, federal

JUNE 2010   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   107
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105883

candidate species are managed as BLM sensitive species in order to prevent the need for future listing of species. Candidate species are discussed in the following section, BLM sensitive species.

**TABLE 2.22 - FEDERALLY LISTED ANIMAL AND PLANT SPECIES[1]**

| SPECIES | FEDERAL STATUS | DESIGNATED CRITICAL HABITAT IN PLANNING AREA |
|---|---|---|
| *Gila elegans* Bonytail | Endangered | NO |
| *Gila cypha* Humpback chub | Endangered | NO |
| *Xyrauchen texanus* Razorback sucker | Endangered | YES |
| *Ptychocheilus lucius* Colorado pikeminnow | Endangered | YES |
| *Oncorhynchus clarki stomias* Greenback cutthroat trout | Threatened | NO |
| *Mustela nigripes* Black-footed ferret | Endangered | NO |
| *Lynx canadensis* Canada lynx | Threatened | NO |
| *Strix occidentalis* Mexican spotted owl | Threatened | NO |
| *Empidonax traillii extimus* Southwestern willow flycatcher | Endangered | NO |
| *Eriogonum pelinophilum* Clay-loving wild buckwheat | Endangered | YES |
| *Sclerocactus glaucus* Colorado hookless cactus | Threatened | NO |
| *Boloria acrocnema* Uncompahgre fritillary butterfly | Endangered | NO |

### Colorado River Endangered Fishes

The Gunnison, Uncompahgre, Dolores, and San Miguel Rivers all flow through the planning area into the Upper Colorado River system, which supports extant populations of these species. Within the planning area, **Colorado pikeminnow** occur in the Gunnison River and the lower reaches of the Uncompahgre River close to the confluence near Delta, Colorado. Recent data also suggests this species may occur in portions of the Dolores River. Historically, **razorback suckers** occurred as far upstream as the Gunnison and Uncompahgre River confluence. Today only small populations can be found in the Colorado River and in the Gunnison River upstream of the confluence (outside of the planning area). **Bonytail** once occurred in the Gunnison River and some likely occurred in the northwest corner of the planning area near Delta, Colorado. Today, no known populations occur in Colorado. The historical range of the **humpback chub** is similar to that of the pikeminnow. While this species may still be found in the lower portions of the Gunnison River near the

BLM_0105884

mouth, most occur in the Colorado River downstream of Grand Junction. This species likely does not occur in the planning area.

### Greenback Cutthroat Trout (Oncorhynchus clarki stomias)

Habitat for the greenback includes cold-water streams and lakes with adequate spawning habitat (in gravelly riffles), often with shading cover. Young typically shelter in shallow backwaters. Greenbacks are a close relative of the Colorado River cutthroat trout, a BLM sensitive species found in similar habitats in the region. Distinguishing the two species is difficult and often impossible based on physical (phenotypic) characteristics alone. Recent genetic samples and tests have identified several Colorado cutthroat populations as having greenback cutthroat lineage. Therefore, consultation under Section 7 of the Endangered Species Act (ESA) is an interim measure until genetic and taxonomic issues are resolved. To date, known greenback populations in the planning area are few, and range is restricted to relatively short stream segments. Ongoing genetic testing could result in the identification of additional greenback cutthroat populations in the planning area.

### Black-footed Ferret (Mustela nigripes)

While Gunnison and white-tailed prairie dog colonies occur in the planning area, according to inventory data, none of the prairie dog sites currently meets the habitat requirements needed to support black-footed ferrets: prairie dog colonies greater than 200 acres with a density of greater than eight burrows per acre. While there have been no sightings of black-footed ferrets in the region for at least 30 years (Bio-Logic 2004), historic records suggest that black-footed ferrets once occurred in the Uncompahgre and Gunnison River Valleys. Prairie dog numbers and distribution fluctuate largely as a result of sylvatic plague outbreaks and colony die-offs. Other threats include rangeland conversions, extermination or poisoning efforts, urban development, and recreational shooting.

### Canada Lynx (Lynx canadensis)

Between 1999 and 2007, 218 lynx were released in the San Juan Mountains of southwestern Colorado. Many of the released animals remained within the core release area. Reproduction was first documented in 2003 with subsequent successful reproduction in 2004-2006. However, no successful dens were documented in 2007 or 2008. The first successful reproduction by a female lynx born in Colorado from introduced parents occurred in 2006. Snowshoe hare and red squirrel are the primary prey of lynx in this region. Preferred habitat for Canada lynx includes spruce-fir forests. This habitat type occurs at higher elevations or in mesic microsites (with north aspects, drainages, and cirques) and is limited in the planning area. Lynx likely move and disperse through upper-elevation BLM lands, and possibly at lower elevations, but are not known to reside in these areas. CDOW closely tracks and monitors lynx movements, and several research projects are underway to evaluate and guide reintroduction efforts.

JUNE 2010 BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  109
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0105885

### Mexican Spotted Owl (Strix occidentalis)

Although widely variable by region and population, typical habitat for this species includes deep canyons with dense old growth conifers with high canopy cover and stand density. Mexican spotted owls are not known to occur within the planning area, although small, isolated areas of suitable habitat may be present in the west and north portions of the planning area. In the last twenty years, numerous Mexican Spotted Owl surveys have been conducted in the canyons, larger tributaries, and drainages of the Dolores and San Miguel, all with negative results. The nearest known occurrences are to the west around Moab, Utah, to the south near Mesa Verde National Park, and to the east around Canon City, Colorado.

### Southwestern Willow Flycatcher (Empidonax traillii extimus)

Breeding habitats include riparian tree and shrub communities along rivers, wetlands, and lakes. Individuals winter in brushy grasslands, shrubby clearings or pastures, and woodlands, usually near water. In Colorado, historic and current breeding range includes the extreme southwest portion of the state. Although suitable habitat occurs in the region, the planning area is outside the current known range for the species.

### Clay-loving Wild Buckwheat (Eriogonum pelinophilum)

Clay-loving wild buckwheat is confined to whitish alkaline, clay soils and soils of the Mancos Shale adobe badlands in Montrose and Delta counties, Colorado. Over 24 known occurrences of this buckwheat have been recorded. Sites range from one acre to over 200 acres and contain anywhere from 100 to over 10,000 individuals. Based on recent surveys, the total estimated population is likely more than 230,000 individuals.

### Colorado Hookless Cactus (Sclerocactus glaucus)

Habitat for the Colorado hookless cactus (formerly called Uinta Basin hookless cactus) includes rocky hills, mesa slopes, and alluvial benches in desert shrub communities at elevations from 4,500 to 6,000 feet. Within the planning area, this species occurs primarily north of Montrose, Colorado, in the lower Uncompahgre River and Gunnison River valleys, with most subpopulations occurring near the city of Delta, Colorado. The Uinta Basin Recovery Plan estimated that 15,000 individual plants occur in the Gunnison River population. Recent surveys near Delta, Colorado, suggest total population size and distribution may be much larger than originally thought.

### Uncompahgre Fritillary Butterfly (Boloria acrocnema)

The Uncompahgre fritillary butterfly occurs in the San Juan Mountains above 12,000 feet on moist, alpine slopes with extensive snow willow stands. Habitat is limited and no known populations occur in the planning area. The greatest known controllable threat is collecting by butterfly enthusiasts. Climatological patterns, disease, parasitism, predation, and trampling of larvae by humans and livestock are other possible threats.

110  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105886

This butterfly's distribution is restricted to two verified areas (inhabited by three colonies) and possibly an additional two small colonies in the San Juan Mountains and southern Sawatch Range in Gunnison, Hinsdale, and Chaffee counties in southwestern Colorado. The type locality is on Mount Uncompahgre in the Big Blue Wilderness, Hinsdale County, Colorado, and occurs on land managed by the USFS. A second colony also occurs on Mount Uncompahgre near the type locality. The only other known colony is the Redcloud Peak population discovered in 1982 on land managed by the BLM Gunnison Field Office. Despite numerous attempts to locate additional colonies, none has been verified.

**TABLE 2.23 - SENSITIVE SPECIES KNOWN TO OCCUR AND POTENTIALLY OCCURRING IN THE PLANNING AREA**

| COMMON NAME | SCIENTIFIC NAME |
|---|---|
| **FISH** | |
| Roundtail chub | *Gila robusta* |
| Bluehead sucker | *Catostomus discobolus* |
| Flannelmouth sucker | *Catostomus latipinnis* |
| Colorado River cutthroat trout | *Oncorhynchus clarki pleuriticus* |
| **MAMMALS** | |
| Desert bighorn sheep | *Ovis canadensis nelsoni* |
| Gunnison's prairie dog | *Cynomys gunnisoni* |
| White-tailed prairie dog | *Cynomys leucurus* |
| Kit fox | *Vulpes macrotis* |
| Allen's (Mexican) big-eared bat | *Idionycteris phyllotis* |
| Big free-tailed bat | *Nyctinomops macrotis* |
| Spotted bat | *Euderma maculatum* |
| Townsend's big-eared bat | *Corynorhinus townsendii* |
| Fringed myotis | *Myotis thysanodes* |
| **BIRDS** | |
| Bald eagle | *Haliaeetus leucocephalus* |
| American peregrine falcon | *Falco peregrinus anatum* |
| Western yellow-billed cuckoo | *Coccyzus americanus* |
| Northern goshawk | *Accipter gentilis* |
| Ferruginous hawk | *Buteo regalis* |
| Burrowing owl | *Athene cunicularia* |
| Gunnison sage grouse | *Centrocercus minimus* |
| Columbian sharp-tailed grouse | *Tympanuchus phasianellus columbianus* |
| Long-billed curlew | *Numenius americanus* |
| White-faced ibis | *Plegadis chihi* |
| American white pelican | *Pelecanus erythrorhynchos* |
| Brewer's sparrow | *Spizella breweri* |
| Black swift | *Cypseloides niger* |

JUNE 2010   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   111
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0105887

| COMMON NAME | SCIENTIFIC NAME |
|---|---|
| **REPTILES and AMPHIBIANS** | |
| Longnose leopard lizard | *Gambelia wislizenii* |
| Midget faded rattlesnake | *Crotalus viridis concolor* |
| Milk snake | *Lampropeltis triangulum taylori* |
| Northern leopard frog | *Rana pipiens* |
| Canyon treefrog | *Hyla arenicolor* |
| Boreal toad | *Anaxyrus boreas boreas* |
| **PLANTS** | |
| Grand Junction milkvetch | *Astragalus linifolius* |
| Naturita milkvetch | *Astragalus naturitensis* |
| San Rafael milkvetch | *Astragalus rafaelensis* |
| Sandstone milkvetch | *Astragalus sesquiflorus* |
| Gypsum Valley cateye | *Cryptantha gypsophila* |
| Fragile (slender) rockbrake | *Cryptogramma stelleri* |
| Kachina daisy (fleabane) | *Erigeron kachinensis* |
| Montrose (Uncompahgre) bladderpod | *Lesquerella vicina* |
| Colorado (adobe) desert parsley | *Lomatium concinnum* |
| Paradox Valley lupine | *Lupinus crassus* |
| Dolores skeleton plant | *Lygodesmia doloresensis* |
| Eastwood monkey-flower | *Mimulus eastwoodiae* |
| Paradox (aromatic Indian) breadroot | *Pediomelum aromaticum* |
| **INVERTEBRATES** | |
| Great Basin silverspot butterfly | *Speyeria nokomis nokomis* |

## BLM SENSITIVE SPECIES

BLM sensitive species may include Colorado State endangered, threatened, and special status species, BLM sensitive species, recently delisted species, and plant species ranked as critically imperiled (G1 or S1) or imperiled (G2 or S2) by the Colorado Natural Heritage Program. Sensitive species known to occur and potentially occurring in the planning area are listed in the table above.

### Fish

#### *Roundtail Chub (Gila robusta)*

Roundtail chub habitats include warm to cool waters with rocky runs and rapids, and pools in creeks, streams, and rivers. Some reservoirs also harbor this species. Habitat features include cobble-rubble, sand-cobble, or sand-gravel substrate. The chub occurs in warm-water watersheds at lower elevations across the UFO, including the Lower Gunnison River downstream of the North Fork, Dolores River, and San Miguel River.

112      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105888

### Bluehead Sucker (Catostomus discobolus)

While blueheads typically inhabit cool rivers and mountain streams, they are occasionally found in lakes and warm, turbid streams. Most occupied sites have moderate to fast flowing water above rubble-rock substrate. In the UFO, the species occurs in the lower Dolores River, lower San Miguel River, and lower Gunnison River watersheds.

### Flannelmouth Sucker (Catostomas latipinnis)

Habitats for the flannelmouth sucker include rivers and creeks free of major impoundments and barriers. In the planning area, the species is known to occur in the lower Dolores, lower Gunnison, and lower San Miguel river watersheds.

### Colorado River Cutthroat Trout (Oncorhynchus clarki pleuriticus)

This trout requires cool, clear water and well-vegetated streambanks for cover and bank stability, along with instream cover in the form of deep pools, boulders, and logs. Populations thrive in higher-elevation streams and lakes. A number of discrete populations occur across the planning area in mid- to high-elevation stretches and major tributaries of the Gunnison, North Fork of the Gunnison, Uncompahgre, San Miguel, and Dolores rivers.

## Mammals

### Desert Bighorn Sheep (Ovis canadensis nelsoni)

Important habitat requirements for the desert bighorn include escape terrain and areas with high visibility, with good forage sources and reliable water sources nearby. Terrain is typically rough, rocky, and broken by canyons and washes, with steep slopes being used for lambing and predator avoidance and cliff overhangs for shade on hot days. Desert bighorn utilize grass and shrub types, generally avoiding areas of dense vegetation and poor visibility. Water distribution can influence patterns of home range for some herds. In the UFO, desert bighorn sheep occur along the Lower Dolores River corridor and in the area around Roubideau Creek-Camelback Wilderness Study Area (WSA), including portions of the Dominguez-Escalante NCA. The Dominguez-Escalante-Roubideau herd is currently the largest in the state of Colorado.

### Gunnison's Prairie Dog (Cynomys gunnisoni)

Gunnison's prairie dog habitats include level to gently sloping grasslands and semi-desert and montane shrublands, at elevations from 6,000 to 12,000 feet. Although historically present in the Uncompahgre River Valley and surrounding areas, this species now occurs primarily in the south and west portions of the planning area. A twelve-month finding by the FWS on a petition to list the Gunnison's prairie dog under the ESA determined that the species is not threatened or endangered throughout all of its range. However, the northeastern portion of the current range, located in central and south-central Colorado and north-central New Mexico, represents a significant portion of the range where the species is warranted for listing. At this time, federal listing is precluded by higher priority actions.

JUNE 2010      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      113
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105889

Only populations within the montane range of this species are being considered for listing at this time due largely to the relatively high threat of sylvatic plague at these elevations. Due to moist conditions more conducive to the flea vector, plague outbreaks appear to be more detrimental to populations within the montane range than colonies within the drier, low elevation prairie range. In the state of Colorado, montane areas account for approximately 80% of the prairie dog's available habitat, and 40% of its occupied habitat. Based on current information, no known occurrences of Gunnison's prairie dogs occur within the montane range on BLM lands within the planning area. However, one small colony occurs on private lands within the montane range near the town of Ridgway, Colorado. Genetic testing is underway to examine the differences, if any, between prairie and montane subpopulations.

### White-tailed Prairie Dog (Cynomys leucurus)

Prairie dog habitats include level to gently sloping grasslands and semi-desert grasslands typically from 5,000 to 10,000 feet in elevation. Within the planning area, colonies are concentrated along the lower valleys of the Uncompahgre, Gunnison, and North Fork of the Gunnison rivers and adjacent lowlands. White-tailed prairie dog range converges with that of Gunnison's prairie dog in the upper Uncompahgre River valley region in Ouray County. Generally, most colonies east of the Uncompahgre Plateau are white-tailed, while colonies west of the plateau are Gunnison's prairie dogs (subpopulations). Genetic testing is underway to determine whether there is evidence of hybridization between these two species.

### Kit Fox (Vulpes macrotis)

Kit foxes occupy sparsely covered, semi-desert shrublands of saltbrush, shadscale, and greasewood. Suitable habitat extends from north of Montrose to Grand Junction, Colorado. Kit foxes spend most of their days in scattered dens or burrows, which are very important for raising young and avoiding predators such as coyotes. Listed as endangered by CDOW, the kit fox is considered one of the state's most vulnerable animals, with only about 100 in residence. Studies are underway to determine the presence of this species in the planning area. Although thought to occur here in limited numbers, their true status is uncertain at this time.

### Allen's (Mexican) Big-eared Bat (Idionycteris phyllotis)

Habitats for Allen's big-eared bat include mountainous, wooded areas (such as ponderosa pine, pinyon-juniper, and oak brush), riparian woodlands (such as cottonwood), and low-elevation deserts. This bat is typically found near rock and cliff features, and is frequently observed along streams or over ponds. Although not yet observed in the planning area, echolocation calls identified as being made by Allen's big-eared bat were recorded during recent surveys in the Paradox Valley. Suitable habitat for this species occurs across the planning area.

114          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105890

### Big Free-tailed Bat (Nyctinomops macrotis)

Habitats for the big free-tailed bat include rocky areas in rugged country, shrubland deserts, and woodlands. The species roosts in cliff and cave crevices, and occasionally in tree cavities. Big free-tailed bats have been documented along the Dolores River in Montrose County. Recent surveys in the Paradox Valley recorded echolocation call sequences consistent with that of big free-tailed bats. The species is likely to occur across the planning area wherever suitable habitat is present.

### Townsend's Big-eared Bat (Corynorhinus townsendii)

Townsend's big-eared bats commonly occur in mesic habitats characterized by coniferous and deciduous forests, but occupy a broad range of other habitats, including sagebrush steppes, juniper woodlands, and mountain shrub communities. Maternity and hibernation typically occur in caves and mine shafts. Maternity roosts for Townsend's big-eared bats were documented at Hieroglyphic Canyon west of Uravan and at Joe Davis Hill Project along the Dolores River. Roosting sites occur at several mines in the Dolores and San Miguel Canyons. Surveys in the Paradox Valley recorded echolocation call sequences consistent with that of Townsend's big-eared bats. The species is likely to occur across the planning area wherever suitable habitat is present.

### Spotted Bat (Euderma maculatum)

Spotted bats inhabit desert to montane coniferous stands, including open ponderosa pine, pinyon-juniper woodland, and canyon bottoms, open pastures, and hayfields. Roost site characteristics are poorly known for this species, but limited observations suggest that spotted bats roost singly in crevices, characteristically with rocky cliffs and surface water. Spotted bats were documented through call identification during surveys in the Gunnison Gorge and Black Canyon National Monument. This bat is also expected to occur in other major canyons in western Montrose County near the Utah border.

### Fringed Myotis (Myotis thysanodes)

Habitats for the fringed myotis include desert, grasslands, and woodlands. Common vegetation associations may include ponderosa pine, pinyon/juniper, greasewood, saltbush, and scrub oak. The species roosts in caves, mines, rock crevices, buildings, and other protected sites, and has been documented in several mines in Montrose and San Miguel counties. Recent surveys in the Paradox Valley region recorded echolocation call sequences consistent with that of the fringed myotis. Suitable habitat occurs throughout the planning area.

## Birds

### Bald Eagle (Haliaeetus leucocephalus)

Bald eagles concentrate near rivers, lakes, and adjacent uplands. In the planning area, most birds are observed along the Uncompahgre, San Miguel, and Gunnison Rivers. Although an active nest was recently recorded in Delta County, nests and breeding pairs are apparently

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          115
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105891

limited in the area. CDOW has identified winter forage, winter concentration, and roosts in the planning area. The bald eagle was removed from ESA federal listing in July 2007. Management of eagles and their habitat is guided by the delisting monitoring plan for five years, and the species is protected by the Bald and Golden Eagle Protection Act and Migratory Bird Treaty Act.

### Peregrine Falcon (Falco peregrinus anatum)

Peregrine falcons occupy open, rugged terrain, typically on cliffs or similar features near water. Nests are often on cliff faces and, rarely, in trees. Peregrines and their habitat occur throughout the planning area, with the greatest concentration along the Dolores River in the Paradox Valley. Peregrine falcons were removed from ESA federal listing in 1999, and are currently managed under the delisting monitoring plan.

### Western Yellow-billed Cuckoo (Coccyzus americanus)

Habitats for the cuckoo include extensive cottonwood galleries and riparian willow thickets with dense undergrowth. Suitable habitat occurs across the planning area, primarily at lower elevations. This species had not been reported in the region since the late 1980s until surveys in 2008 and 2009 detected and documented this species on private land near the North Fork of the Gunnison River. Breeding was also confirmed in the area. Recent data indicate that the species may also occur along the San Miguel River watershed, but this has not been confirmed. Recent sightings have been reported on private land along the Uncompahgre River south of Montrose, Colorado.

### Northern Goshawk (Accipter gentilis)

In the western United States, goshawk habitats include coniferous forest and mature aspen woodlands, often on north-facing slopes. Northern goshawks typically nest in large blocks of forested habitats above 7,000. Nesting has been confirmed on adjoining U.S. Forest Service lands and is possible on higher elevation BLM lands in the UFO.

### Ferruginous Hawk (Buteo regalis)

Habitats for the ferruginous hawk include open landscapes in grassland, shrubland, and juniper-pinyon woodland types. This species is often observed near prairie dog colonies and other rodent populations, their primary prey base. Based on the limited data available, the species is entirely migratory in the planning area, with birds overwintering and generally moving north in the early spring. Breeding and nesting by this species has not been reported. However, suitable habitat is abundant, particularly along the lower Uncompahgre and Gunnison River Valleys, and active nests may be identified during future surveys.

### Burrowing Owl (Athene cunicularia)

Burrowing owls are primarily found in grasslands and mountain parks, usually in or near prairie dog towns. The burrowing owl also uses well-drained steppes, deserts, prairies, and agricultural lands. Burrowing owls require abandoned rodent burrows (typically prairie dog) for shelter and nesting. Abandoned prairie dog colonies eventually become unsuitable for

116            **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**      JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105892

burrowing owls due to the collapse of burrow systems. Although uncommon, the species has been observed during breeding season in recent years (2007-2009) in the northeastern (Delta County) and southwestern (San Miguel County) portions of the planning area.

### Gunnison Sage Grouse (Centrocercus minimus)

The Gunnison sage grouse is found in sagebrush communities, adjacent riparian meadows, and mixed mountain shrub communities with a diversity of understory grasses and forbs. Sagebrush provides essential cover and forage throughout the year. Three distinct Gunnison sage grouse populations occur wholly or partially within the planning area: 1) Crawford (west of Crawford, Colorado), 2) Cerro Summit-Cimarron-Sims Mesa (east and south of Montrose, Colorado), and 3) San Miguel (near Basin, Colorado). The San Miguel population occurs predominantly south of the planning area on lands managed by the BLM Dolores Field Office and Uncompahgre National Forest. However, historic habitat and sagebrush stands occur on adjacent UFO lands in San Miguel County, and there may be opportunities for improving habitat and local distribution. The species is currently under status review by the FWS to determine whether federal listing under the ESA is warranted.

### Columbian Sharp-tailed Grouse (Tympanuchus phasianellus columbianus)

Sharp-tailed grouse prefer deciduous shrub or woodland communities with native grasses and perennial forbs. In Colorado, serviceberry provides critical winter food and cover. Grasses and forbs provide nesting cover and brood-rearing habitat. Other habitat types include sagebrush, Gambel oak, and aspen. Although sharp-tailed grouse historically occurred in the region, the species has not been reported in the area since it was observed in the Dominguez-Escalante region in 1994.

### Long-billed Curlew (Numenius americanus)

Curlew habitats include lakes, ponds, wetlands, and adjacent grassland and shrub communities. This species has been documented as a migrant, but is not known to nest in the planning area.

### White-faced Ibis (Plegadis chihi)

The white-faced ibis occurs in shallow ponds and lake margins, irrigated hay, and wet meadows. The species is known to occur in the planning area, primarily along the lower Uncompahgre and Gunnison river valleys, and breeding is possible according to Breeding Bird Survey data.

### American White Pelican (Pelecanus erythrorhynchos)

Habitats for the pelican include rivers, lakes, reservoirs, estuaries, bays, and open marshes, as well as inshore marine habitats. Pelicans typically rest, roost, and locate their nests on islands or peninsulas (natural or dredge spoils) in brackish or freshwater lakes, or on ephemeral islands in shallower wetlands. Pelicans have been observed on the lower Gunnison River, although nesting has not been confirmed.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    117
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105893

### Brewer's Sparrow (Spizella breweri)

Brewer's sparrow habitats include sagebrush communities and other shrublands, such as mountain mahogany and rabbitbrush. Migrants can be observed in wooded, brushy, and weedy riparian, agricultural, and urban areas. The species occasionally occurs in pinyon-juniper woodlands. Primary breeding habitat includes sagebrush-dominated communities. Brewer's sparrows occur in suitable habitats throughout the planning area.

### Black Swift (Cypseloides niger)

Active black swift nesting colonies occur adjacent to the planning area in the following areas: Ouray County, the towns of Telluride and Silverton, Black Canyon of the Gunnison River National Park, West Elk Wilderness, and Raggeds Wilderness. Most colonies are located on higher elevation USFS lands, although the species may also forage on adjacent BLM lands. There are unconfirmed reports of black swifts within the Dominguez-Escalante NCA planning area.

## Reptiles and Amphibians

### Longnose Leopard Lizard (Gambelia wislizenii)

Habitats for this lizard include lowland desert and semidesert areas with scattered shrubs or other low plants (such as sagebrush), especially in areas with abundant rodent burrows. Reported locations in the planning area include lowlands such as the Paradox and Uncompahgre valleys.

### Midget Faded Rattlesnake (Crotalus viridis concolor)

The distribution of this rattlesnake species appears to be limited by the availability of rocky outcrops, which support many of their survival needs, including refuge and hibernacula. In the planning area, the species has been documented along the lower Gunnison, Dolores, and San Miguel rivers and tributaries.

### Milk Snake (Lampropeltis triangulum taylori)

Habitats for the milk snake vary from desert scrub to grassland to scrub oak to pinyon-juniper, at elevations from 4,000 to 7,500 feet. Throughout most of their range, milk snakes are most often found in gravelly or sandy soils, and they typically do not inhabit areas with thick clay or hardpan. Known occurrences in the planning area include areas along the Uncompahgre and Gunnison river valleys. The species is also likely to occur in western portions of the planning area.

### Northern Leopard Frog (Rana pipiens)

The northern leopard frog inhabits springs, slow streams, marshes, bogs, ponds, canals, flood plains, reservoirs, and lakes. Sites usually contain perennial water and aquatic vegetation. In the summer, the species is often observed in wet meadows and fields. Within the planning area, the species has been reported along the San Miguel, Uncompahgre, and Dolores rivers and major tributaries.

118  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105894

### Canyon Treefrog (Hyla arenicolor)

The canyon treefrog requires temporary or permanent pools for breeding, typically in rocky canyons and streams. Because the species is primarily terrestrial, it is also found in arroyos and streambeds in pinyon-juniper communities. Several historical sightings occur within the planning area, primarily in the lower San Miguel and Dolores river watersheds. Most known populations occur in neighboring BLM field offices, including Grand Junction and Dolores.

### Boreal Toad (Anaxyrus boreas boreas)

The boreal toad is a state endangered species not known to occur in the planning area. However, the species has been documented in Ouray County, south of the planning area. Limited habitat may occur at higher elevation BLM lands (above 7,500 feet) within the planning area, near lakes, ponds, meadows, and wetlands. Formerly widespread and common, boreal toads are now scarce except in localized areas.

## Plants

### Grand Junction Milkvetch (Astragalus linifolius)

Habitat for this milkvetch includes sparsely vegetated sites, often within the Chinle and Morrison formations and selenium-bearing soils, in pinyon-juniper and sagebrush communities at 4,800 to 6200 feet in elevation. Plants often occur on rocky slopes and in canyons. Based on current knowledge, the species is confined to the east side of the Uncompahgre Plateau. One occurrence along the west side of the plateau has been reported, but this is believed to be a misidentification of the species.

### Naturita Milkvetch (Astragalus naturitensis)

Habitat for the Naturita milkvetch includes the cracks and ledges of sandstone cliffs and flat bedrock areas with shallow soil development, within pinyon-juniper woodlands at elevations of 5,000 to 7,000 feet. This species occurs on mesas adjacent to the Dolores River and its tributaries in Montrose and San Miguel Counties, including portions of the BLM Dolores Field Office. Recent surveys have found additional populations in region, including a population in the Dominguez-Escalante NCA area in the GJFO, and the species appears to be more abundant than originally thought.

### San Rafael Milkvetch (Astragalus rafaelensis)

San Rafael Milkvetch habitat includes sandy clay gulches at the foot of sandstone outcrops, or among boulders along dry watercourses, and on gullied hills and washes in seleniferous soils at 4,500 to 5,300 feet in elevation. The species occurs in the Dolores River canyon, on side slopes, and tributary drainages near Uravan, Nucla, and Roc Creek.

### Sandstone Milkvetch (Astragalus sesquiflorus)

Habitat for this milkvetch includes sandstone rock ledges, slickrock fissures, cliff talus, and sometimes, sandy washes at 5,000 to 5,500 feet in elevation. This species is found in the Dolores River canyon near Uravan and in the Paradox Valley area.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    119
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105895

### Gypsum Valley Cateye (Cryptantha gypsophila)

This cateye species is confined to scattered gypsum outcrops and grayish-white, often lichen-covered, soils of the Paradox Member of the Hermosa Formation at elevations from 5,200 to 6,500 feet. It is often the dominant plant at these sites. Although suitable habitats are present, particularly in the Paradox Valley region, no populations have been found in the planning area. Several known populations occur in neighboring BLM field offices.

### Fragile (slender) Rockbrake (Cryptogramma stelleri)

Habitat for the fragile rockbrake includes cool, moist, sheltered calcareous cliff crevices and rock ledges, typically in coniferous forest or other boreal habitats. Known populations occur within the planning area, but are restricted to higher elevation lands administered by the USFS.

### Kachina Daisy (Erigeron kachinensis)

This species of daisy occurs in wet, seasonally flooded sites and in the shallow caves or hanging gardens of red sandstone cliffs at 4,800 to 8,400 feet in elevation. One population occurs within the planning area in Coyote Wash near the Dolores River. Populations also occur along the Dolores River south and north of the UFO in the Grand Junction and Dolores Field Offices. Suitable habitat is present in the Dolores River vicinity and other similar areas in the UFO, and future surveys will likely discover additional occurrences.

### Montrose Bladderpod (Lesquerella vicina)

This bladderpod species occurs in sandy-gravel soil comprised mostly of sandstone fragments over Mancos Shale adobe soils, primarily in pinyon-juniper woodlands or pinyon-juniper and salt desert scrub mixed communities at 5,800 to 7,500 feet in elevation. The species occurs less often in sandy soils in sagebrush steppe communities. Distribution centers on the Uncompahgre River Valley in south Montrose County and north Ouray County, with most occurrences near the town of Montrose. However, outlying subpopulations persist near Escalante Canyon just south of the Delta County line, and north to the Peach Valley area in GGNCA in Montrose County.

### Colorado Desert Parsley (Lomatium concinnum)

This species of parsley prefers barren adobe soils derived from Mancos Shale in shrub-dominated communities including sagebrush, shadscale, or scrub oak at 4,300 to 7,300 feet in elevation. The species is found along the lower Uncompahgre and Gunnison River valleys in Montrose, Delta, and Ouray counties.

### Paradox Valley Lupine (Lupinus crassus)

Paradox Valley lupine is typically found in or near pinyon-juniper or juniper woodland at 5,000 to 5,800 feet in elevation, on shales, quaternary alluvium, and other sparsely vegetated soils. The species is often found in drainages in the Paradox Valley near Nucla and Naturita.

120      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105896

### Dolores Skeleton Plant (Lygodesmia doloresensis)

Habitat for the Dolores skeleton plant includes juniper-shrub or juniper-grassland communities in reddish-purple alluvial soils derived from sandstone outcrops at 4,000 to 5,500 feet in elevation. Most plants occur along benches between canyon walls and the river in juniper, shadscale, or sagebrush communities. Distribution includes the Dolores River Valley near Gateway, Colorado, (in the Grand Junction Field Office), and Grand County, Utah. Although not confirmed, this species potentially occurs along the Dolores River corridor within the planning area.

### Eastwood Monkey-flower (Mimulus eastwoodiae)

The Eastwood monkey-flower occurs exclusively in hanging gardens in the shallow alcoves or horizontal cracks of sandstone canyon walls at 4,700 to 5,800 feet in elevation. Several subpopulations occur in a series of seep alcoves along Escalante Canyon in Delta County (Dominguez-Escalante NCA). Several other locations occur just outside the UFO along the Dolores River.

### Paradox Breadroot (Pediomelum aromaticum)

This breadroot species prefers open pinyon-juniper, sagebrush, and shadscale communities in sandy or clay soils on adobe hills or in dry washes at 4,800 to 5,700 feet in elevation. This plant is often found alongside the Paradox Valley lupine. (See description above.) The distribution of this breadroot is concentrated in the Paradox Valley of western Montrose County, although additional occurrences have been found along the Dolores River and its tributaries.

### Invertebrates

### Great Basin Silverspot Butterfly (Speyeria nokomis nokomis)

The Great Basin silverspot butterfly is found in arid, streamside meadows and open seepage areas, typically with an abundance of the northern bog violet (Viola nephrophylla) upon which this species depends. The colonies of the silverspot are often isolated. Historic records indicate that this species occurred somewhere in the Paradox Valley, although the exact location is uncertain, and habitats do not appear suitable in that area. A known population occurs in the Grand Junction Field Office in the Unaweep Canyon area, north of the UFO.

# TRENDS

By definition, the populations, and often habitats, of all special status wildlife species have historically suffered downward trends. However, due to protection and recovery efforts, some populations (such as peregrine falcon and bald eagle) are stabilizing. Management efforts by the FWS, CDOW, BLM, and others have reversed the downward trend for a

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        121
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105897

number of these populations. Nevertheless, none of the populations are thought to be near their historic levels, and most remain biologically insecure, regardless of their legal status.

Current and future threats include habitat loss and fragmentation, poaching, predation, disease, invasive species, and others. Habitat degradation and loss are caused by, or exacerbated by, historic overgrazing, oil and gas development, mining, water diversions, recreation, agriculture, residential development, and other human activities. Natural processes such as fire, drought, vegetation type conversions, and climate change may also contribute to landscape changes over time. It is not known which species will be able to adapt to these changes and persist over time. Pinyon-juniper, riparian, sagebrush, and salt-desert shrub have been determined to be at-risk habitats and harbor many of our special status and rare species.

## LHA Observations

Healthy plant communities typically translate into healthy habitats for fish and wildlife. Therefore, most sites that met Standard 3 (for Healthy Native Plant and Animal Communities) were also found to meet Standard 4 (for Special Status Species). However, because special status species are typically restricted in their range and have narrower habitat requirements, achieving Standard 3 does not necessarily guarantee that Standard 4 will be met. Conversely, an area may have failed to meet Standard 3 but met Standard 4 simply because no special status species or habitat occur in an area. Where a site failed to meet, or fell short, of land health standards, the problems entailed one or more of those identified for common fish and wildlife. Refer to the Trends subsection of Fish and Wildlife in Section 2.1.6 for a list of the most common land health problems observed across the planning area and a description of causal factors.

# Forecast

The future of most special status wildlife species within the planning area depends on the degree to which threats can be eliminated or ameliorated, and populations and their habitat can be restored and protected. With time and improved management practices, areas currently not meeting land health standards are expected to improve. However, some degraded areas, such as those dominated by cheatgrass or other weeds, may continue in their present condition, or possibly become worse. As demand for resource values increases, these trends are likely to continue into the future.

Oil and gas, coal, and solar resources, and energy-related projects have the potential to adversely impact wildlife habitat and populations. Other uses such as livestock grazing, water use, realty actions, and recreation may also have negative impacts. Streams could potentially be affected by development activities, resulting in increased sedimentation and adverse changes in water quality and aquatic habitat. To a degree, some trends are a result of natural

122    BLM Uncompahgre Field Office, Colorado    June 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105898

factors, such as drought and disease, and may be beyond management's control. Conservation efforts can be improved by obtaining more complete information on the biology and distribution of special status wildlife species within the planning area, as well as by monitoring these populations.

# KEY FEATURES

The UFO will continue to focus management and protection efforts on special status species and their habitats (listed in Tables 2.22 and 2.23). Key features and areas include core populations, historic habitats, occupied and suitable habitats (particularly those near known populations), federally designated critical habitats, and important landscape connectivity features such as movement corridors. Key habitats include plant ACECs (discussed in Section 2.3.1), perennial streams, riparian and wetland vegetation, sagebrush, pinyon-juniper, salt desert shrub, cliff and cave features, Mancos Shale, and other rare, unique, or diverse habitats. The UFO will continue to improve its knowledge base of the distribution and status of these species across the planning area and will develop and apply standardized protection measures to enhance the conservation and recovery of these species.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    123
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105899

# 2.1.8 ☀ Wild Horse and Burro

## CURRENT CONDITION

The UFO manages one Herd Area located in the Naturita Ridge area, south of the town of Naturita. Through analysis and decision of the 1985 San Juan/San Miguel RMP, all wild horses in this area were removed. The Herd Area continues to be closed to wild horses.

## TRENDS

Following the passage of the Wild Horse and Burro Act of 1971, it was estimated that the Naturita Ridge wild horse herd roamed an area of 63,000 acres. Nearly 10,000 acres of their estimated range at that time was private land. The analysis for the 1985 San Juan/San Miguel RMP and EIS estimated the roaming area for the herd had diminished to 9,300 acres of public land and 330 acres of private land. In 1984, the herd population was estimated at seventeen.

Factors supporting the decision to close out the population on Naturita Ridge included the segmentation of the area by private land and pasture fences, conflicts with private land uses, elk herds, and livestock. In addition, the population was not large enough to sustain a viable genetic base.

## FORECAST

The RMP revision will include analyzing the reaffirmation of the 1985 San Juan/San Miguel RMP decision to close the Naturita Ridge herd area.

124    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105900

# 2.1.9 ☀ Wildland Fire Ecology and Management

## BACKGROUND

### FEDERAL WILDLAND FIRE MANAGEMENT POLICY (FWFMP)

The FWFMP was developed by the secretaries of the departments of Interior and Agriculture in 1995 in response to dramatic increases in the frequency, size, and catastrophic nature of wildland fires in the United States. The 2001 Review and Update of the 1995 FWFMP consists of findings, guiding principles, policy statements, and implementation actions, and replaces the 1995 FWFMP. Known as the 2001 FWFMP, this update directs federal agencies to achieve a balance between fire suppression to protect life, property, and resources, and fire use to regulate fuels and maintain healthy ecosystems. The FWFMP provides nine guiding principles fundamental to the success of the federal wildland fire management program and the implementation of review recommendations. These umbrella principles compel each agency to review its policies to ensure compatibility. BLM policies are reflected in the fire management planning process and this plan.

The FWFMP identifies the following guiding principles:

- Firefighter and public safety is the first priority in every fire management activity
- The role of wildland fire as an essential ecological process and natural change agent will be incorporated into the planning process
- Fire management plans (FMPs), programs, and activities support RMPs and their implementation
- Sound risk management is a foundation for all fire management activities
- Fire management programs and activities are economically viable, based on values to be protected, costs, and land and resource management objectives
- FMPs and activities are based on the best available science
- FMPs and activities incorporate public health and environmental quality considerations
- Federal, state, tribal, local, interagency, and international coordination and cooperation are essential
- Standardization of policies and procedures among federal agencies is an ongoing objective.

### The National Fire Plan

The Secretaries of Interior and Agriculture initiated a National Fire Plan in 2000 to address the principles outlined in the FWFMP. The National Fire Plan is a nationally coordinated

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          125
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105901

effort to protect communities and natural resources from the harmful effects of increasing wildland fire occurrence and severity in the United States. The National Fire Plan establishes the overarching purpose and goals, which are articulated and carried forward through the 10-Year Comprehensive Strategy (USDA and USDI 2002), the Cohesive Strategy for Protecting People and Sustaining Natural Resources, and other supporting documents.

## Unit Fire Management Plans

Under the FWFMP, every unit (such as a field office) within a federal land management agency that has vegetation capable of sustaining wildland fire is required to prepare an FMP. The FMP is a strategic plan that outlines a program for managing wildland and prescriptive vegetation treatments. The foundation of the FMP is a unit's land use plan. FMPs are dynamic documents that are reviewed annually and updated whenever better information is available. The plan is supplemented by operational plans, such as preparedness plans, dispatch plans, prescribed fire plans, and prevention plans. Development of this collaborative FMP is an essential implementation task and performance measure for accomplishing the goals of the National Fire Plan and the 10-Year Comprehensive Strategy. The FMP is the on-the-ground operational framework by which the Montrose Interagency Fire Management Unit implements national direction for wildland fire suppression, wildland fire use, fuels treatment, emergency stabilization and rehabilitation, and community assistance and protection programs. (See Section 3.1.8 on Wildland Fire Ecology.)

# INDICATORS

## FIRE REGIME CONDITION CLASSES

National and State BLM fire policy requires current and desired resource conditions related to fire management be described in terms of three condition classes and five fire regimes. The Fire Regime Condition Classification System measures the extent to which vegetation departs from reference conditions (or how the current vegetation differs from a particular reference condition). Departures from reference condition could be a result of changes to key ecosystem components such as vegetation characteristics, fuel composition, fire frequency, fire severity, and pattern, as well as other associated disturbances, such as insects and disease mortality. The classification system is used to categorize existing ecosystem conditions and to determine priority areas for treatment as mandated by national direction.

*Fire Regime Condition Class 1:* "…fire regimes in this condition class are within historical ranges. Thus, the risk of losing key ecosystem components from the occurrence of fire remains relatively low. Maintenance management such as prescribed fire, mechanical treatments, or preventing the invasion of non-native weeds, is required to prevent these lands from becoming degraded."

126        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105902

*Fire Regime Condition Class 2:* "Fire regimes on these lands have been moderately altered from their historical range by either increased or decreased fire frequency. A moderate risk of losing key ecosystem components has been identified for these lands. To restore their historical fire regimes, these lands may require some level of restoration as through prescribed fire, mechanical or chemical treatments, and the subsequent reintroduction of native plants."

*Fire Regime Condition Class 3:* "These lands have been significantly altered from their historical range. Because fire regimes have been extensively altered, risk of losing key ecosystem components from fire is high. Consequently, these lands are on the verge of the greatest risk of ecological collapse. To restore their historical fire regimes before prescribed fire can be utilized to manage fuel or obtain other desired benefits, these lands may require multiple mechanical or chemical restoration treatments, or reseeding."

## Inadequacies of the Fire Regime Condition Classification System

The Fire Regime Condition Classification System may not be an appropriate indicator for Wildland Urban Interface (WUI) areas, since WUI areas may be maintained in an altered vegetative state (with more early seral present than under reference conditions) in order to protect life and property. This is probably also true for those polygons with other significant resource needs, such as deer and elk winter range and sage grouse habitats.

Because there is some subjectivity to the process, as well as issues with scale, the UFO staff has not wholly embraced the Fire Regime Condition Classification System and has performed only a cursory examination of vegetation types within the planning area. Based on the analysis conducted by the BLM fire ecologist and fuels specialists, most of the vegetation types within the planning area were identified as belonging to Condition Class 2.

## Fire Size

Another indicator of possible changes to fire regimes, including changes in vegetation, is the number of large fires that have occurred in the past 15 years. Beginning in about 1993, numerous large fires ignited on southern and southwestern aspects, primarily in pinyon-juniper vegetation, and moved upward into ponderosa pine. These fires ranged from hundreds of acres to 5,000 acres in size, with the largest burning over 31,000 acres. Although historically rare, this type of fire may have been part of the prehistoric fire regime. While there were no large fires within the planning area during 2006, 2007, or 2008, the 800-acre Grammar Fire occurred in 2009. The trend is somewhat uncertain, given the continuity of vegetation types in the absence of significant disturbance over the past 120 years, coupled with changes in climate, as well as other unknown factors. The increasing incidence of larger fires should be considered when planning both fire and fuels management activities, as well as resource management actions.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          127
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105903

# CURRENT CONDITION

## UFO FIRE MANAGEMENT PLAN

The UFO FMP was written and approved in 1998, and has undergone three revisions in order to incorporate national policy changes, as well as minor changes gained through experience. The plan addresses wildland fire use for resource benefits over a large part of the planning area. In addition, the plan outlines constraints on fire management activities as needed to protect natural and cultural resources. Numerous management polygons were developed for the plan, with emphases on Wildland Urban Interface (WUI), winter range for deer and elk, and sage grouse habitat. In addition, polygons were designated for fire exclusion, as well as the use of fire as a natural process.

Vegetation mosaics were identified that best characterize a desired future condition in terms of a range of variability in seral stage (early, early mid, mid, and late) and patch size (in acres). Mosaics have been helpful in designing and planning mechanical fuels reduction treatments and, to some extent, prescribed burns, but have been of limited value for analyzing and managing Wildland Fire Use events which sometimes burn larger and hotter than is ideal (such as deer winter range). **Wildland Fire Use** is the management of naturally ignited fires to achieve resource benefits, where fire is seen as a major component of a healthy ecosystem.

The FMP is a primary document supporting the development of vegetation treatment projects for fuels management, to enhance ecosystem processes, and for wildlife, range, or watershed enhancement. FMPs for Black Canyon of the Gunnison NP, the USFS, and the BLM Gunnison Field Office are similar in direction to the UFO FMP, allowing for seamless management of fire and fuels across jurisdictional boundaries.

### Fire Management Units (FMUs)

In the next few years, an effort will be made to integrate each local agency's FMP into a single Montrose Interagency Fire Management Unit FMP. The Montrose Interagency Fire Management Unit contains 17 smaller FMUs delineated by similar vegetation type and natural processes. FMUs are designed to help describe fire history, fire ecology, and suppression needs and constraints on a landscape scale. FMUs describe the vegetation and fuels situation, as well as some of the more significant land management issues within each area, making them extremely useful in managing wildland fire across the landscape, and as part of the Fire Planning Analysis budget process. Thirteen of the 17 FMUs include lands managed by the UFO. The current UFO FMP (2008 revision) includes a description of these FMUs (available online at www.UFORMP.com).

128    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105904

## WILDLAND URBAN INTERFACE (WUI)

*WUI* is defined as those areas in which undeveloped wildlands meet or intermix with human development, ranging from communities and subdivisions to isolated structures and infrastructure (such as communication sites and powerlines). WUI is an issue throughout much of the planning area. These areas present a management challenge, not just from a fire perspective, but also with regard to wildlife habitat, travel management, recreation, watersheds, and exotic species. Continuing collaboration with the Colorado State Forest Service, county and community leaders, industry representatives, and homeowners associations is essential in order to mitigate some of these issues, particularly regarding fuels management and fire suppression. Over the past eight years, numerous fuel management projects involving extensive acreage within the planning area have been designed and implemented in WUI areas.

## FIRE SUPPRESSION

The UFO has a moderate fire suppression load, which can range from as low as 30-40 fires per year with a few hundred acres burned to 70-90 fires per year, with several thousand acres burned. As part of the larger Montrose Interagency Fire Management Unit, fires are managed across jurisdictional boundaries as needed, sometimes including prioritization of suppression needs. The majority of fires and acres burned occur in the pinyon-juniper vegetation community, where fuels are typically more available than in lower grassland communities that may be grazed or impacted by drought. Fires also occur in grassland, desert shrub, oakbrush, ponderosa pine, and occasionally in spruce/fir/aspen vegetation, although the acres burned tends to be lower in these communities. Wildland Fire Use fires are designated 5-10 times each season within the UFO depending on the forecasted ability of the fire to meet desired resource objectives through a naturally occurring fire. Wildland Fire Use acres burned range from 10-20 acres per year to 2,000-3,000 acres per year.

## FUEL MANAGEMENT OBJECTIVES

### Prescribed Fire

Prescribed fires are implemented regularly with 4-5 burns each year totaling approximately 600-1,000 acres. The majority of burns are located in previous mechanical treatments with the objective of reducing dead and down fuels and maintaining a mosaic of earlier seral stages across the landscape. The majority of burns in recent years have been implemented in WUI areas in order to keep fuel loadings and continuity low so that subsequent wildfires would burn with reduced intensity and resistance to control.

### Mechanical Fuel Reduction

Mechanical fuel reduction treatments are aimed primarily at reducing fuel loadings and future fire behavior with secondary objectives of improving wildlife habitat, range, and watershed conditions. Tools used for mechanical treatment include roller choppers, hydro-

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                                  129
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105905

axes, brush beaters, hand crews, and small timber sales. Between 1,500 and 4,900 acres of mechanical treatment are implemented each year within the UFO.

# TRENDS

## CHALLENGES FOR THE FIRE PROGRAM

### Wildland Urban Interface

WUI areas have been increasing dramatically throughout the planning area over the past two decades. Many large pieces of private land adjacent to BLM lands have been subdivided, while smaller acreages within larger pieces of contiguous BLM land are also being developed. Many of these subdivisions contain 35 to 40-acre parcels, while others contain three to ten-acre parcels. Development has slowed due to the current large-scale economic downturn, but this slowdown is expected to be temporary, and subdividing of large blocks of private land is expected to continue into the near future. Additional WUI infrastructure includes powerlines, pipelines, and communications sites, as well as some recreation and energy sites. Much of the UFO fuel management budget is being used to plan and implement fuel treatments within the WUI, with the objective of reducing risk to these values. Many of the more intensive and costly fire suppression actions occur within and adjacent to the expanding WUI.

### Invasive Plants

Exotic species are a growing concern in fire management. (See Section 2.1.5 on Vegetation Communities and Noxious Weeds.) Most fire management activities are either surface or vegetation disturbing and subsequently, the impacts from these activities include increased susceptibility to exotic species. The most significant, widespread, and persistent threat is the invasion of cheatgrass (*Bromus tectorum*) into disturbed areas. The potential impact of exotic species invasions, as well as mitigation measures that must be followed in order to reduce, or if possible, eliminate the risk, are carefully considered in planning for mechanical and prescribed burn treatments, as well as Wildland Fire Use events. Rehabilitation of the impacts from large wildfires is primarily aimed at quickly reestablishing native vegetation that can compete with invasive species. Regular monitoring of treatments, as well as treating exotic species in and near treatments, is the key to maintaining healthy landscapes.

### Smoke Impacts

Smoke management, primarily from prescribed burning, is always an issue. With increasing population and the changing demographics of the communities, the aesthetic impacts of smoke cannot be ignored. Although no known violations of National Ambient Air Quality Standards from prescribed burning have occurred within the planning area, fire managers and burn bosses typically manage smoke based on aesthetic issues and public perception, which can be more restrictive than air quality standards. Because tourism, and consequently,

130  **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO** **JUNE 2010**
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105906

Visual Resource Management (VRM) is very important to communities within and adjacent to the planning area, this community aspect cannot be ignored. The fire program continues to work with the State's Air Pollution Control Division to find ways to increase our ability to burn more acres each year. These relationships are critical for maintaining and improving our ability to utilize fire as a management tool.

## BENEFITS MAKE PRESCRIBED FIRE WORTH THE EFFORT

Given the trends outlined above, the continued and increased use of prescribed fire as a management tool will take extraordinary effort on the part of fire managers, education specialists, resource specialists, and line management. While each of the trends alone presents a challenge, when combined the task for fire and resource personnel becomes significant. Although this increasing difficulty can make it tempting to replace prescribed burns with solely mechanical treatments, the ecological impacts of each are very different, as are the longevity of the treatments. The use of prescribed fire in the planning area as both a fuels and resource management tool is well worth supporting and pursuing, as well as for both the on-site ecological processes and as a landscape scale disturbance mechanism; its use should continue to be a priority.

## A CHANGING CLIMATE

Climate change is a difficult issue to quantify. Research indicates that changes are occurring (Global Climate Change Impacts in the US, 2009) and fire management seems to be readily impacted by minor changes in climate, both in the frequency, intensity, and size of fires but also in the vegetative recovery of burned areas. As fires are managed, as Wildland Fire Use is designated, and as prescribed burns and mechanical treatments are planned and implemented, it will continue to be important to maintain resiliency and redundancy across the landscape so that the ecological system can adjust to changes in climate. The latest global and local research and recommendations should be read and understood to better understand the management of natural resources in a changing climate.

## A SHRINKING FIRE BUDGET

Because future budgets cannot be forecast, it is important to maintain flexibility within the fire program so that resources can be shifted to those emphasis areas that are being funded, while maintaining the long-term capability to perform all aspects of the fire management job.

# FORECAST

As the WUI expands, exotic species increase and invade new areas, the public perception of air quality changes demographically, and budgets remain static or shrink, the complexity of managing wildland fire and fuels within the planning area will continue to increase. It will be

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                131
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105907

essential to educate the public, hire and retain high quality employees with progressive ideas, and use adaptive management. Fire suppression will continue to be the most acceptable task performed by the fire program, with mechanical fuels treatments following close behind. The most difficult task will continue to be the implementation of landscape-scale prescribed burns for fuels reduction and vegetation management, as well as the management of naturally ignited fires for resource benefits.

132          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                 JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105908

CHAPTER TWO - AREA PROFILE: RESOURCES

# 2.1.10 ☀ *Cultural and Heritage Resources*

## INDICATORS

The term *cultural resource* refers to historic or architectural objects, sites, structures, or places with potential public and scientific value, including locations of traditional cultural, ethnic, or religious significance to a specific social or cultural group. Cultural resources are located, classified, ranked, and managed through a system of identifying, protecting, and utilizing them for public benefit. Fragile and irreplaceable, cultural resources represent an integral part of American heritage. Cultural resources have a definite location of human activity, occupation, or use identified through field inventories, historical documentation, or oral evidence (BLM Manual 8110). Archaeological resources are a subset of cultural resources that include any material remains of human life or activities that are at least 50 years old, and are of archaeological interest (as defined in 43 CFR 7.3). Native American religious concerns, a critical element noted in Appendix 5 of the BLM NEPA handbook, will be addressed in Section 2.4 on Social and Economic Conditions.

Prehistoric or historic cultural resource sites, structures, or objects listed in or eligible for listing in the National Register of Historic Places are managed as directed by 36 CFR 800, Protection of Historic and Cultural Properties. These regulations stipulate that cultural resources must be assessed for integrity of location, design, setting, materials, workmanship, feeling, and association. A property may be considered eligible for listing on the National Register if it retains sufficient integrity of these elements and meets certain criteria outlined in National Register Bulletin 15 (NPS 1997). As listed in 36 CFR Part 60, Historic Properties (including prehistoric and historic archaeological sites and places considered important to Native Americans) must meet a specific set of criteria:

> *The quality of significance in American history, architecture, archeology, engineering, and culture is present in districts, sites, buildings, structures, and objects that possess integrity of location, design, setting, materials, workmanship, feeling, and association, and:*
> - That are associated with events that have made a significant contribution to the broad patterns of our history
> - That are associated with the lives of persons significant in our past
> - That embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    133
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105909

- That have yielded, or may be likely to yield, information important in prehistory or history (NPS 1997).

## ASSESSING RESOURCE CONDITIONS

The condition of a cultural resource is assessed through field observation, inventory, and project review. The primary indicator is whether the characteristics that would qualify a resource for National Register of Historic Place listing, or the cultural values of an area important to Native American or other traditional communities, have been lost or diminished. These characteristics can be affected by physical destruction, damage, neglect, alteration, isolation, transfer, sale, or lease of a resource, or alteration of the resource setting. Specific indicators include the extent or intensity of natural weathering, erosion, wildfire, ground disturbance, grazing, recreation use, and unauthorized collection, intrusion, and vandalism. This loss affects the completeness and accuracy of the scientific information that can be derived from a resource, the aesthetic, historic, or interpretive value of a resource, and the importance of a resource in maintaining social and cultural traditions.

Over the past five decades, various large and small cultural projects have been conducted in the planning area. Range improvement projects, wildland fire rehabilitation, recreation projects, realty actions, oil and gas development, and minerals extraction (including uranium and coal) continue to expand the number of inventories completed and cultural resources identified.

### Cultural Resource Units

For ease of discussion in this AMS, the cultural resources staff has divided the planning area into four cultural resource units (as shown in Map 2-13 on page 580):

#### Uncompahgre Unit

The Uncompahgre unit encompasses lands along the northeastern flank of the Uncompahgre Plateau in Ouray, Montrose, Delta, and Mesa counties, including the Dry Creek Basin, Roubideau Canyon, Escalante Canyon, Little Dominguez and the adobe badland flanks of Grand Mesa north of Delta. Existing data indicates that the unit covers some 498, 952 acres, of which 29, 937 acres (6%) have been surveyed. There are 655 survey reports and 1,968 recorded sites in the Uncompahgre Plateau unit.

#### North Fork Unit

The North Fork unit includes all BLM-administered public lands situated north and east of the Gunnison Gorge NCA. The unit encompasses some 433,809 acres, of which 6,507 acres (1.5%) have been surveyed. There are 227 survey reports and 94 recorded sites in the North Fork unit.

#### Ouray Unit

The Ouray unit is generally characterized by higher elevations and less intensive use. The unit extends alone the eastern margin of the UFO from Ouray on the south to the Black

134  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105910

Canyon on the north, and includes some 520,270 acres of which 6,234 acres (1.2%) have been inventoried. There are 134 Survey reports and 165 recorded sites.

### West End Unit

The West End encompasses all BLM-administered lands in the western half of the UFO, including lands on the southern flank of the Uncompahgre Plateau, the San Miguel River drainage, Paradox Valley and the Dolores River canyons south of Gateway. The unit covers some 631,287 acres, of which 48,609 acres (7.7%) have been inventoried. There are 1,320 survey reports and 2,536 recorded sites in the West End.

**TABLE 2.24 - CULTURAL PERIODS**

| ERA | TIME PERIOD | CULTURAL ADAPTATION |
|---|---|---|
| Paleo Indian | Before 7000 BC | • Big-game subsistence patterns<br>• No dated sites from this period, although projectile points have been recovered<br>• Sites are significant due to their scarcity |
| Archaic | 7000 BC – AD 1 | • Hunting and gathering lifestyle likely, with well-established seasonal rounds for resource procurement<br>• Projectile points and camps have been found and further discoveries are likely |
| Formative | AD 1 – AD 1250 | • Introduction of bow and arrow, ceramics, and farming with associated sedentary lifestyle and population growth<br>• More permanent settlements and associated cultural resources remain from these cultures<br>• Scientific uncertainty remains concerning their origin and disappearance<br>• Identification of additional sites would be scientifically beneficial<br>• Formative Era sites in the planning area are associated with both Anasazi and Gateway cultures in the West End and with the Fremont complex |

JUNE 2010       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       135
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105911

| ERA | TIME PERIOD | CULTURAL ADAPTATION |
|---|---|---|
| Post-Formative | AD 1250 – AD 1600 | • Return to hunting-gathering traditions with limited use of ceramics and horticulture<br>• expansion of the historically known Numic (Ute, Paiute, Shoshone and Comanche) and Athabaskan (Navajo and Apache) peoples<br>• Diagnostic artifacts include small unnotched or sidenotched projectile points and Ute Intermountain Tradeware ceramics<br>• Later traits include equestrian rock art motifs, European trade goods, wickiups, and a possible increase in the use of obsidian<br>• Identification of additional sites would benefit further research |
| Historic | Post AD 1600 | • Euro-American settlement patterns associated with agriculture, homesteading, limited ranching, farming, minerals development, and transportation |
| Multiple | Any | • Multi-component sites occupied over at least two identifiable time periods within the same geographical boundaries (such as Anasazi site with Historic campsite) |
| Unknown Aboriginal | Unknown | • Unknown Aboriginal sites with prehistoric type artifacts<br>• Lack diagnostic materials making assignment to a specific prehistoric time period impossible |

# CURRENT CONDITION

Cultural resources include prehistoric and historic archaeological and architectural structures, features, and objects, as well as Native American traditional cultural and religious properties. Prehistoric properties include lithic scatters, quarries, temporary camps, extended camps, wickiups, hunting/kill/butchering sites, processing areas, tree scaffolds, rock shelters, formative era stone structures, caves, rock art panels, trails, and isolated finds. Historic properties include homesteads, trails and roads, irrigation ditches, reservoirs, mining sites, corrals, line camps, cabins, trash scatters, and isolated finds. Together these properties represent human use of the area by Native American and Euro-American cultures, covering a timeframe from the Paleo-Indian period (11,500 BC) through the present. (Table 2.24 provides a description of these cultural periods.)

136   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105912

During consultation, the Ute Tribes have indicated that the UFO encompasses part of their ancestral homeland, thereby increasing the potential of traditional cultural properties and sacred sites. At present, the Ute Tribes have identified several sacred/religious sites and special use areas.

# TRENDS

Factors influencing cultural resource trends include the presence and condition of cultural sites, landscapes, or places of traditional use. The current condition of cultural resources in the planning area is highly variable due to the diversity of terrain, geomorphology, access, visibility, and past and current land use patterns. Adherence to Section 106 of the National Historic Preservation Act and the BLM policy of avoiding impacts to cultural resources provides for the continued identification and preservation of cultural resource sites. Few research-based surveys or Class II inventories have been conducted, and much of the information used to help identify the characteristics of the planning area is generally based only on where disturbance has previously occurred, rather than where sites are likely to occur. Most surveys conducted in the planning area comply with Section 106, meaning that the surveys are conducted as needed to identify cultural resources in a project-specific context and generally are not statistically valid samples of a region.

## DECLINE IN SITE CONDITIONS

In general, site conditions are considered to be declining, mainly due to natural erosional processes, increased casual use of public lands, and limited site monitoring and protection. Exposed sites and associated artifacts, features, and structures are easily disturbed by natural elements such as wind and water erosion, deterioration, decay, animal and human intrusion, and development and maintenance activities. Vandalism to sites and cultural artifacts (such as unauthorized digging and pot hunting) has been documented, and is illegal under the Archaeological Resources Protection Act. Archaeological and historic sites are also known to be deteriorating from a variety of causes. Collectively, these agents have adversely affected many known cultural resources.

Conditions have remained stable for cultural resources identified through compliance activities associated with Section 106 and the *State Protocol Agreement between the Colorado BLM and the Colorado State Historic Preservation Office*. Although realty actions and energy and mineral activities continue to be conducted in proximity to cultural resources, potential impacts are avoided or mitigated under current NEPA guidelines and management measures. In these cases, the trend is toward a desired condition of conservation and protection. Qualitative observations indicate a downward trend in condition for recorded and unrecorded cultural resources not associated with formal surface disturbing management proposals. Illegal removal of artifacts, ground disturbance associated with

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    137
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105913

recreational activity, limited law enforcement, livestock operations, and a trend toward more intensive use of public lands all contribute to this trend.

# FORECAST

Based on current management practices, the potential for cultural resources being illegally removed or damaged will increase because of projected increases in recreational and commercial usage, and limited law enforcement presence. Cultural resources are known to be deteriorating from a variety of causes. Collectively, these agents have adversely affected many known and undiscovered cultural resources. This trend will likely continue due to the continued development of private lands adjacent to BLM lands, the increased use by recreationalists, development for energy, mining, communication, and other associated activities that require the use of Federal lands. Developing management actions to identify and protect sensitive areas and traditional cultural properties will help alleviate damage to cultural resources and places of Native American concern.

138    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105914

# 2.1.11 ☀ *Paleontological Resources*

## INDICATORS

Paleontological resources constitute a fragile and non-renewable scientific record of the history of life on Earth. BLM policy is to manage paleontological resources for scientific, educational, and recreational values, and protect or mitigate these resources from adverse impacts. In order to accomplish this goal, paleontological resources must be professionally identified and evaluated, and paleontological data must be considered as early as possible in the decision-making process.

Paleontological resources are managed according to the **BLM Manual, Section 8270 - Paleontological Resource Management** and **BLM Handbook (H-8270-1) General Procedural Guidance for Paleontological Resource Management.**

Resource condition is assessed through field observations, paleontological reports, commercial site reports, and project reviews. The primary resource indicator is whether the characteristics that make a fossil locality or feature important for scientific use have been lost or diminished. Natural weathering, decay, erosion, improper collection, and vandalism can remove or damage those characteristics that make a paleontological resource scientifically important.

## CURRENT CONDITIONS

Paleontological resources are integrally associated with the geologic rock units (such as formations, members, or beds) in which they are located. If extensive excavation of a certain formation in one geographic area results in significant paleontological resources, excavations throughout the extent of the formation have the potential to produce fossil material as well. Although numerous fossil localities are known within the planning area, few have been formally documented and fewer have been extensively studied. Efforts to fully inventory fossil resources have been spotty and limited in scope.

### POTENTIAL FOSSIL YIELD CLASSIFICATION SYSTEM

The potential for paleontological resources is currently identified using two indicators: The BLM Fossil Class Condition system, and the newer Potential Fossil Yield Classification system. While the BLM Condition has been used most extensively, recent BLM guidelines encourage use of the more precise Potential Fossil Yield Classification system, which is currently used by the UFO.

JUNE 2010　　　BLM UNCOMPAHGRE FIELD OFFICE, COLORADO　　　139
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105915

The probability for finding paleontological resources can be broadly predicted by the geologic units present at or near the surface. Therefore, geologic mapping is useful for assessing a location's potential for paleontological resources.

Using the Potential Fossil Yield Classification system, geologic units are classified based on the relative abundance of vertebrate fossils or significant invertebrate or plant fossils and their sensitivity to adverse impacts, with higher numbered classes indicating a higher potential. This classification is applied to the geologic formation, member, or other distinguishable unit, preferably at the most detailed mappable level. It is not applicable to specific paleontological localities or small areas within units. While widely scattered fossils or localities may occur within a geologic unit, the relative abundance of significant localities determines the class assignment.

The Potential Fossil Yield Classification system is meant to provide baseline guidance for predicting, assessing, and mitigating paleontological resources. The classification should be considered at an intermediate point in the analysis, and should be used to assist in determining the need for further mitigation assessment or actions. Descriptions of the Potential Fossil Yield Classification classes can be found in BLM IM# 2000-009.

### Classification for the Planning Area

Vertebrate fossils or scientifically significant invertebrate fossils are known or can reasonably be expected to occur in the planning area. The probability for impacting these fossils is high. On-the-ground surveys will typically be necessary prior to authorizing any surface disturbing activities. On-site monitoring may be necessary during construction activities.

# TRENDS

Qualitative observation indicates that the condition has remained stable for paleontological resources protected or mitigated through the permitting process and other standard operating procedures (such as pre-disturbance clearance) associated with federal management actions. In these cases, the trend has been toward conservation.

For resources not associated with direct management actions, the trend has been slightly downward. The primary contributors to this trend include unauthorized collection of fossils, limited law enforcement resources, and ground disturbance associated with recreational activities.

140  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105916

# FORECAST

Projected increases in commercial and recreational use may increase the risk of damage and unauthorized collection in areas where paleontological resources are present. Management actions to identify and protect sensitive areas or to mitigate impacts to paleontological resources would reduce the nature and degree of these impacts.



BLM_0105917

# 2.1.12 ☀ Visual Resources

## INDICATORS

The scenic quality of the planning area is of national significance and an important part of the local and state economy. Many people live and play in the planning area because of its remoteness and visual qualities. The visual setting is an important part of local lifestyles, and for most travelers, the scenery or visual resource is an important part of their visit. Five special management areas, two Scenic Byways, and one All American Road occur within the planning area. Both tourists and local residents drive across this landscape expecting to see open mountain vistas, rushing water, forested slopes, and vast rolling sagebrush-covered lands.

The BLM Visual Resource Management (VRM) system is a way to identify and evaluate these scenic values in order to determine appropriate levels of management. VRM is a tool to identify and map essential landscape settings to meet public preferences and recreational experiences today and into the future. The VRM system helps to ensure that actions taken on public lands today will benefit the visual qualities associated with the landscapes, while protecting these visual resources for years to come.

### VISUAL RESOURCE INVENTORY

A Visual Resource Inventory of the planning area was completed in September 2009 according to guidelines in BLM Manual Handbook H-8410-1 – Visual Resource Inventory. The inventory consisted of three components: 1) Scenic Quality Evaluation, 2) Sensitivity Level Analysis, and 3) Delineation of Distance Zones.

### VISUAL RESOURCE CLASSES

Based on the three inventory components, lands in the planning area were placed into one of four Visual Resource Classes (as shown in Map 2-14 on page 581 and in Table 2.25 on the following page). These class assignments are informational and provide the basis for considering visual values during the RMP process. They do not establish management direction and are not used as a basis for constraining or limiting surface-disturbing activities, but are considered a baseline for existing conditions.

### Class Objectives

Objectives for each of the four Visual Resource Classes are as follows:

142        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105918

### Class I

The objective of this class is to preserve the existing character of the landscape. This class provides for natural ecological changes; however, it does not preclude very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention.

### Class II

The objective of this class is to retain the existing character of the landscape. The level of change to the characteristic landscape should be low. Any changes must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape.

### Class III

The objective of this class is to partially retain the existing character of the landscape. The level of change to the characteristic landscape should be moderate. Management activities may attract attention, but should not dominate the view of the casual observer. Changes should repeat the basic elements found in the predominant natural features of the characteristic landscape.

### Class IV

The objective of this class is to provide for management activities that require major modification of the existing character of the landscape. The level of change to the characteristic landscape can be high. These management activities may dominate the view and be the major focus of viewer attention. However, every attempt should be make to minimize the impact of these activities through careful location, minimal disturbance, and repeating the basic elements.

**TABLE 2.25 - VISUAL RESOURCE INVENTORY CLASSES FOR THE PLANNING AREA**

| VISUAL RESOURCE CLASS | ACRES | PERCENTAGE |
|---|---|---|
| I | 44,920 | 2.44% |
| II | 691,442 | 37.60% |
| III | 567,829 | 30.88% |
| IV | 534,881 | 29.08% |
| TOTALS | 1,839,072 | 100.00% |

## VISUAL RESOURCE MANAGEMENT

The assignment of VRM classes is ultimately based on management decisions made during the RMP process, which must take into consideration the value of visual resources. During the process, inventory class boundaries can be adjusted as necessary to reflect these

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    143
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105919

resource allocation decisions. The goal of VRM is to minimize the visual impacts of all surface-disturbing activities, regardless of the class to which an area is assigned.

# CURRENT CONDITION

Cumulative impacts to the landscape have resulted from increases in recreation and tourism, vehicular travel, and the number of roads and trails, as well as sightseers attracted to the area for its extraordinary scenic qualities. Additional impacts have resulted from an expanding urban interface due to population increase, the development of utility corridors, oil and gas exploration and development, seismic exploration, vegetation management, and other land use disturbances. Oil and gas development and exploration, commercial filming, rights-of-way, utility corridors, and range improvements can all be sources of visual resource conflict.

The increasing number of roads and travel networks in use within the planning area is having an indirect effect on visual resources. Area networks include highways, paved and gravel county roads, dirt roads (two-tracks), foot, equestrian, mountain bike, and OHV trails, railroads, and river corridors. As a result, seldom seen zones no longer exist, most areas are within three to five miles of a travel route, foreground/middle ground views are increasing, and changes in visual sensitivity have occurred (BLM 2009). The increased use of two-track roads and routes is creating conditions that allow users to expand surface disturbances and impact visual resources.

# TRENDS

Public lands in the planning area are highly fragmented. The landscape is experiencing a high degree of human modification due to urban development (and its associated infrastructure and uses) and energy development. Management of multiple resources on public lands can alter scenic resources. With an increased amount of urban development throughout the resource area on adjacent private lands, increased management activities are also occurring on public lands. Growing pressure is being placed on visual resources due to activities such as oil and gas extraction, fire management, utility corridors, roads and trails, recreation activities, communication sites, pipelines, livestock grazing, and water tanks. Public concern is also on the rise regarding preservation of the visual and scenic qualities associated with open space and scenic backgrounds for recreation and in residential areas.

In response to growing concern from local communities, the current condition of visual resources is being assessed for major transportation corridors, population centers, and other scenic viewsheds to assess how the BLM can best manage these sensitive viewsheds and corridors.

144   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105920

Tourism also plays a major role in the economy of western Colorado, and much of the planning area is viewed en route to or from major tourist destination areas, such as Telluride. As the population of Colorado grows, more visitors will be attracted to the natural landscapes of our public lands. In addition, a high demand is being placed on scenic resources near population centers.

# FORECAST

During the RMP revision, current visual resource management will be evaluated to ensure compliance with guidelines established by the BLM, and help to better manage the visual resources of the planning area for the future. In addition, the BLM must consider updated VRM information when conducting future land health assessments.

JUNE 2010            BLM UNCOMPAHGRE FIELD OFFICE, COLORADO            145

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105921

# 2.1.13 ☀ *Wilderness Characteristics*

## INDICATORS

The BLM will complete a review of BLM-administered public lands within the planning area to determine whether or not they possess one or more wilderness characteristics (such as naturalness and outstanding opportunities for solitude and for primitive and unconfined recreation). Areas with wilderness character can be identified by the BLM or through external nominations by the public. Both methods require the same type of review to determine whether the area has wilderness characteristics. Information provided by the public concerning resources and other values will be considered along with all other resource information during the planning process. New information may be considered through the National Environmental Policy Act (NEPA) process as appropriate. The BLM will continue to manage public lands according to existing land use plans while new information (including new resource assessments, wilderness inventory areas, or citizen proposals) will be considered as part of the land use planning effort.

## CURRENT CONDITION

In 1994, Colorado conservationists presented the BLM with a bound volume entitled *Conservationists' Wilderness Proposal for BLM Lands*, which included a compilation of numerous citizen wilderness inventories and an area-by-area justification for each. The proposal included locations within the planning area. In 2001 and 2007, citizen's groups again presented the BLM with a compilation of numerous citizen wilderness inventories and area-by-area justifications for each citizen's wilderness proposal on BLM lands. Currently, the proposal includes five locations within the planning area, including Norwood Canyon and all existing WSAs, along with some additions.

## TRENDS

During the RMP process, the BLM will analyze whether any BLM-administered public lands outside of the current WSAs possess wilderness characteristics.

146   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105922

# FORECAST

The BLM has authority under Section 201 of the Federal Land Policy and Management Act
to inventory public land resources and other values, including wilderness characteristics.
Wilderness characteristics may be considered in land use planning when the BLM
determines that those characteristics are reasonably present, of sufficient value and need,
and are practical to manage. The revised RMP could delineate areas with wilderness
characteristics and prescribe goals, objectives, and management actions that would maintain
those characteristics.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    147
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105923



# 2.2

# *Resource Uses*

## THE RESOURCE USES SECTION INCLUDES:

### ❧ CURRENT LEVEL OF USE OR CURRENT CONDITIONS
Discusses the current level and locations of resource use, or describes the location, extent, and current condition of resource use

### ❧ FORECAST
Describes the anticipated demand for use

### ❧ KEY FEATURES
Describes the areas with a high potential for use

148  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105924

# 2.2.1 ☀ *Livestock Grazing Management*

## CURRENT LEVEL OF USE

Currently 628,754 acres (93%) of BLM-administered public land within the planning area are allocated for livestock grazing. The public range is permitted at a level of 43,491 Animal Unit Months (AUMs) of forage. An **AUM** is equal to the approximate amount of forage needed to sustain one cow, five sheep, or five goats for a month. The permitted level includes 38,200 active AUMs and 5,291 suspended use AUMs. Permittees paid to use 29,219 AUMs of forage in 2008. Table 2.36 (in Appendix A on page 552) details grazing allotments, acreages, permitted AUMs, and grazing periods within the planning area.

Over the past five years, billed use has averaged 65% of total permitted use. This difference can be attributed to a number of variables. Seasonal variations in precipitation and temperature result in more or less available forage from one year to the next. Drought conditions have required a reduction in grazing use in order to maintain good range conditions. Permittees may also opt for voluntary non-use for a variety of reasons, resulting in AUMs that are available but not used. In addition, grazing is typically deferred in an area for two years following land treatments and fire rehabilitation projects, accounting for lower use levels.

There are 46,923 acres (7%) of BLM-administered public land within the planning area not allocated for livestock use. In addition, a small number of permits have been voluntarily relinquished and the allotments are considered vacant.

Within the planning area, there are 203 allotments and 135 permittees. The allotments vary in size from 40 to 92,198 acres, with grazing allocations ranging from one to 4,800 AUMs in each allotment. In 2009, 85% of the allotment permits were for cattle, with sheep and horse grazing accounting for the remaining 15%. Individual operators graze animals on 188 allotments, while the remaining fifteen are common allotments grazed by two or more operators.

Grazing within the planning area occurs throughout the year, with much of the use concentrated during spring and fall months. Spring and fall allotments are typically located adjacent to U.S. Forest Service land, and are utilized for short periods prior to "on" dates and after "off" dates for higher elevation summer allotments on national forest land. Summer use allotments are commonly found at higher elevations in the North Fork of the Gunnison River area. Winter use allotments are primarily located in the west end of Montrose and San Miguel Counties, at lower elevations associated with a semi-arid climate.

All grazing permits include terms and conditions regarding management of the allotment. In some cases, allotment management plans have been developed, which provide details about

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO            149
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105925

the location, amount, and timing of permitted grazing use, and incorporate allotment-specific planned grazing systems.

Most allotments in the planning area contain portions that are only slightly used or not used at all by livestock due to topography, distance from water, limitations caused by natural barriers, or for other reasons. Rangeland improvement projects, water developments in particular, have been implemented within the UFO to better distribute livestock grazing.

Many other uses take place within UFO grazing allotments, such as recreation, wildlife, energy development, mining, and utility easements. Resources requiring special management attention, such as threatened and endangered species, Special Recreation Management Areas, wilderness areas, and Areas of Critical Environmental Concern, also occur within grazing allotments.

LHAs conducted in the planning area between 1998 and 2009 identified causal factors in instances where Public Land Health Standards were not met or were met with problems. Table 2.26 below summarizes the status of grazing allotments in relation to Public Land Health Standards.

### TABLE 2.26 - STATUS OF ALLOTMENTS IN MEETING PUBLIC LAND HEALTH STANDARDS

| DESCRIPTION | # OF ALLOTMENTS | ACRES |
|---|---|---|
| **Upland Soils, Healthy Plant and Animal Communities, and T&E\* Species Standards** | | |
| Total number of allotments assessed | 75 | 630,568 |
| Allotments meeting standards with problems and/or NOT meeting standards, with livestock grazing identified as the cause | 35 | 32,425 |
| Allotments meeting standards with problems and/or NOT meeting standards, with causes other than livestock grazing identified | 125 | 315,458 |
| **Riparian and Water Quality Standards** | | |
| Total number of allotments assessed | 151 | 714 |
| Allotments meeting standards with problems and/or NOT meeting standards, with livestock grazing identified as the cause | 12 | 44 |
| Allotments meeting standards with problems and/or NOT meeting standards, with causes other than livestock grazing identified | 41 | 81 |
| **\*T&E = Threatened and Endangered Species** | | |

# FORECAST

As grazing permits within the planning area become available for whatever reason, there is considerable interest among area livestock producers to acquire them. There is also

150    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105926

interest in acquiring grazing authorization for lands not currently allocated for grazing. The anticipated demand for grazing on BLM lands within the planning area is expected to continue into the near future.

# KEY FEATURES

Elevation plays a significant role in determining which areas have a high potential for use during different grazing seasons. The higher elevations and associated precipitation zones offer higher levels of forage production and are more likely to have perennial livestock water supplies. These areas have a higher potential for summer grazing. Lower elevation ranges are drier, receive less snow, and have a higher potential for winter use. Middle elevation ranges are more suited to spring and fall use.

Larger, contiguous tracts of BLM land have a higher potential for livestock grazing use than smaller tracts adjacent to and sometimes surrounded by private lands. Many smaller, isolated tracts are currently authorized for grazing, but can create management challenges, such as difficulties in accessing these areas and controlling livestock due to lack of fencing.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    151
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105927

# 2.2.2 ☀ *Forest and Woodland Products*

## CURRENT LEVEL OF USE

BLM forests and woodlands are managed under the principles of multiple use, sustained yield, and environmental quality protection in accordance with FLPMA and the Colorado Standards for Public Land Health. Values and uses associated with forests, such as timber production, recreation, aesthetics, water quality, wildlife habitat, and wilderness, are managed through an ecologically based program that emphasizes biological diversity, sustainability, and long-term forest health.

### FOREST RESOURCES

The BLM manages approximately 5,300 acres of forested land within the planning area (as shown in Map 2-15 on page 582). Commercial species include ponderosa pine, Douglas fir, Engelmann spruce, subalpine fir, and aspen. Historically, the primary commercial species were ponderosa pine, Engelmann spruce, and aspen. The annual allowable harvest from suitable commercial forested lands established for the San Juan/San Miguel decision area is 14.5 thousand cubic feet. Annual allowable harvests for the Uncompahgre Basin decision area were to be developed as needed, but due to funding constraints and low demand, were never established. Harvest levels over the past decade have averaged less than 36 hundred cubic feet of forest products per year. This figure is significantly less than annual sustainable harvest limits within the resource area. In Colorado, the low harvest levels have coincided with a reduction in national forest timber harvests and consequent closures and/or very low levels of capacity at the few remaining sawmills since the late 1970s through the early 1990s. Table 2.27 on the following page shows the number of forest products sold in the UFO from 1998 to 2008.

### WOODLAND RESOURCES

In addition to commercial forestlands, approximately 107,000 acres of woodland within the planning area are suitable for harvest, consisting mainly of pinyon pine, juniper, and Gambel oak (as shown in Map 2-15 on page 582). The annual allowable harvest established for woodlands in the San Juan/San Miguel decision area is 10.2 thousand cubic feet. Annual allowable woodland harvests for the Uncompahgre Basin decision area were not established. The average annual firewood harvest for the past decade has been 230 cords per year across the entire resource area, which is well below sustainable harvest limits. The present demand for fuelwood has been steady and limited almost exclusively to pinyon and juniper. Currently, the collecting of other woodland species, including gamble oak, is not permitted within the planning area, except on a case-by-case basis when other management

152          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105928

objectives are desired. There are known cases of fuelwood and post and pole removal by the public without permits; however, the level of use has been difficult to document and quantify. Realistically this level of use equates to an additional 10-15% of known use (or approximately 23-35 cords per year) which, when combined with known harvest levels, still equates to less than sustainable harvest limits.

## CHRISTMAS TREES AND TRANSPLANTS

Special forest products, including posts, poles, Christmas trees, and transplants, are sold commercially or by the individual item. Seasonal Christmas tree harvesting by local residents is also a common use of woodland resources, with an average of 514 trees sold per year. Pinyon pine and juniper are the only species currently permitted for Christmas tree harvest within the planning area. The annual harvest of Christmas trees has fluctuated over the past ten years, with the greatest demand occurring in 2004 and the lowest demand occurring in 2008. The harvest of transplants has been minimal, reflecting public and commercial demand. Fewer than sixty transplant permits are sold annually, with a preference for pinyon used in the emerging trend of xeriscape landscaping.

**TABLE 2.27 - UFO FOREST AND WOODLAND PRODUCTS SOLD 1998-2008**

| FISCAL YEAR | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fuelwood Cords # | 285 | 167 | 309 | 126 | 262 | 199 | 224 | 192 | 291 | 214 | 254 |
| Fuelwood Volume | 232 | 136 | 252 | 103 | 214 | 162 | 183 | 157 | 237 | 174 | 207 |
| Revenue | $2,850 | $1,400 | $2,440 | $976 | $1,966 | $1,592 | $1,680 | $1,562 | $2,220 | $1,752 | $1,270 |
| Round-wood[1] | 33 | 11 | 16 | 20 | 22 | 25 | 16 | 19 | 79 | 150 | 3 |
| Revenue | $1,501 | $395 | $1,452 | $759 | $1,082 | $1,140 | $601 | $776 | $494 | $182 | $863 |
| Christmas Trees # | 607 | 625 | 603 | 438 | 463 | 289 | 673 | 636 | 580 | 374 | 370 |
| Revenue | $3,269 | $3,362 | $2,412 | $2,728 | $2,963 | $1,788 | $3,438 | $2,601 | $2,008 | $1,827 | $3,700 |
| Boughs (pounds) | | | | | | | 1,000 | | | 4,000 | |
| Revenue | | | | | | | $16 | | | $16 | |
| Transplant # | | 6 | 62 | 14 | 55 | 242 | 32 | 32 | 20 | 15 | |
| Revenue | | $24 | $252 | $56 | $260 | $512 | $144 | $128 | $80 | $68 | |
| TOTAL YEARLY REVENUE | $7,620 | $5,181 | $6,556 | $4,519 | $6,271 | $5,032 | $5,878 | $5,066 | $4,802 | $3,845 | $5,833 |

[1]Roundwood includes both saw timber and all non-saw timber and fuelwood products sold which are convertible to cubic feet such as posts, poles, and house logs.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        153
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105929

## FOREST INVENTORIES

Given the minimal demand for pinyon-juniper products and relatively small volume contained within stands of commercially viable saw timber in the planning unit, labor-intensive stand inventories have not been utilized. Straight area calculations have traditionally been used to calculate allowable harvest limits under sustained yield principles. Harvest limits are calculated using the following equation:

$$\frac{\text{Stand Acres}}{\text{Return Interval/Regeneration Time + Re-establishment Lag}} \times \textbf{Productive Capability} = \textbf{Sustainable Harvest}$$

An extensive inventory of the planning area, known as the Timber Production Capability Classification, was conducted in the late 1970s through 1980s in order to identify the various species present within a given stand and calculate the stand's production capabilities, as well as to map the stand on a 1:24,000 scale (commonly known as 7.5-minute quadrangle maps). Given current BLM funding and the decrease in demand for forest products from 1970-1989 levels, these inventories, and the straight area calculations used to determine sustainable allowable cuts, remain valid and germane.

## MANAGEMENT OBJECTIVES AND PRACTICES

The primary focus of forest management practices in the UFO from the early 1950s through the early 1980s was to provide forage for livestock and big game species. These objectives were achieved through the practice of chaining and roller chopping, primarily in pinyon-juniper woodlands, and then seeding with non-native forage species. This practice was applied to approximately 35,000 acres of pinyon-juniper woodland within the planning area. Although the woodlands are lightly stocked, these treated acres are still considered part of the woodland base. These management objectives and practices have continued through the 1990s to the present.

While the emphasis had been on moving towards or maintaining pinyon-juniper woodlands in an early seral state for forage production, there has been a shift in the last decade toward a landscape approach for managing these treatment areas. For example, a percentage of the early seral woodlands within the Spring Creek and Dry Creek watersheds will be allowed to mature, while the remaining pinyon-juniper sites will be managed as early seral, with restoration of the native herbaceous and woody shrub component. Similar approaches could be utilized across the resource area to restore greater ecological integrity to forest and woodland communities.

With implementation of the National Fire Plan, the BLM has conducted numerous fuel treatments in the planning area to manage previously untreated stands through mechanical thinning or prescribed burning. Such efforts represent an attempt to restore areas of

154   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105930

woodland and forest that have experienced an increase in numbers of trees per acre or crown closure due to past management practices, such as fire exclusion and grazing. The objective of the treatments has been to minimize fire danger by reducing stocking rates and the continuity of forest canopy.

# FORECAST

## FOREST HEALTH

Forest and woodlands in Colorado have been affected by drought, insects, and disease. Pinyon ips, mountain pine, spruce bark, and balsam fir beetles have all been increasing in population. Within the planning area, aspens are in varying stages of growth, although overall stands are declining. Many stands are on marginal sites exhibiting signs of a relatively unknown phenomenon called Sudden Aspen Decline Syndrome (Colorado State Forest Service 2005).

### Fluctuations in Tree Density

Concerns about tree invasion causing major land health problems are lessening in light of recent drought. In addition, recent research on pinyon dendrochronology and stand structure on the Uncompahgre Plateau indicates that many woodland stands have experienced density increases followed by density declines over the past several centuries, apparently linked to climate fluctuations (Eisenhart 2004).

Two prolonged wet periods over the past century have likely contributed to increases in tree density, both within woodlands and through invasion into new communities. Land management practices such as livestock grazing may enhance tree establishment as well, with young trees sprouting in woodland chainings from the mid 20th century. However, the drought has recently killed many of these young regenerating pinyon trees in parts of the landscape, with tree death in some areas as high as 90%. Because there is no evidence that frequent fire in shrub communities has repelled tree invasions, the effects of fire repression cannot be implicated thus far.

## DEMAND FOR FOREST PRODUCTS

### Saw Timber

Recent government initiatives, including the National Fire Plan, Healthy Forest Restoration Act, and Healthy Forest Initiative have called for the treatment of forests and woodlands to reduce fire and insect threats and improve overall forest health, while also providing incentives for local community-based business development of forest products. Despite these initiatives, the demand for saw timber within Colorado and eastern Utah remains low, and is expected to continue at this level into the foreseeable future.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          155
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105931

**Fuelwood**

The demand for fuelwood has remained steady over the last decade, and this trend is expected to continue, along with fluctuations in response to oil and natural gas price fluctuations. This is due, in part, to strict air quality regulations that deter wood burning within major population centers in the region, and the fact that fuelwood is more readily obtained on adjoining USFS-managed lands. Posts and poles account for approximately 75-90% of all roundwood

 sales within the planning area over the past decade. This trend can be expected to remain constant, as modestly priced manufactured posts and poles enter the region, due in part to landscape-scale pest epidemics damaging forests throughout the intermountain west.

As communities along the Western Slope continue to grow, and water resources become more stretched, it is reasonable to expect that xeriscaping and xerogardening trends will accelerate, increasing the demand for native transplant trees from public lands. While difficult to project, as community planners impose water restrictions and promote green community development, the demand for water-conserving transplants can be expected to parallel community growth.

# KEY FEATURES

- Identify characteristics (indicators) to describe healthy forest conditions (i.e. desired outcomes) for forest/woodland types found within the planning area (also see Vegetation).
- Identify the suite of possible management actions (including appropriate harvest, reforestation, and forest development methods), and associated BMPs, that can be applied to meet desired outcomes.

156  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105932

# 2.2.3 ☀ *Energy and Minerals*

## BACKGROUND

Mineral and energy resources are discussed in subsections describing fluid and non-fluid leasable, locatable, and salable minerals. (Solar and wind energy projects are discussed in Section 2.2.8 under Land Use Authorizations.)

A *leasable mineral* refers to a mineral or mineral commodity acquired on federal land, or through a federally retained mineral interest on private land in the United States through the Mineral Leasing Act of 1920, as amended, the Geothermal Steam Act of 1970, as amended, or the Acquired Lands Act of 1947, as amended. Acquisition of leasable minerals requires applying for and obtaining a government lease, along with a permit or permits to mine or explore. Examples of leasable minerals include oil, gas, coal, oil shale, sodium, potash, and phosphate. Geothermal energy is an example of a renewable energy-related leasable resource.

A *locatable mineral* refers to a mineral or mineral commodity on federal land acquired through the General Mining Law of 1872, as amended. Acquisition of locatable minerals is done by staking a mining claim (location) over a deposit, and then acquiring the necessary permits to explore or mine. Locatable minerals include base and precious metal ores, ferrous metal ores, and certain classes of industrial minerals. Examples include, but are not limited to, gold, silver, platinum, copper, lead, zinc, magnesium, nickel, tungsten, bentonite, barite, feldspar, uranium, and uncommon varieties of sand, gravel, and dimension stone. Uncommon variety minerals are deposits that have distinct and special properties, making them commercially valuable for use in manufacturing, industrial, or processing operations.

A *salable mineral* refers to a mineral commodity on federal land sold by the federal government through a sales contract. The applicable statute is the Mineral Materials Sale Act of 1947, as amended. Salable minerals are generally common varieties of construction materials and aggregates, such as, sand, gravel, cinders, roadbed, and ballast material. Common variety minerals do not have a distinct, special value beyond normal use. On federal lands, such minerals are considered salable and are disposed of through sales or special permits to local governments.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          157
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105933

# LEASABLE MINERALS

## CURRENT LEVEL OF USE

### COAL

Three active subsurface coal mines holding federal coal leases and one active surface mine expressing future interest in federal coal operate within the planning area. The three subsurface mines are in a region locally known as the North Fork Valley. The operations will be extracting and selling federal and fee (privately held) coal at about a 9 to 1 ratio until around 2011, when federal coal will constitute 100% of extraction and sales. Federal coal production is expected to range from 14 million to 18 million tons per year and yield an average of $38 million in royalties each year. The UFO coordinates the leases with the Grand Mesa, Uncompahgre, and Gunnison national forests, as much of the federal coal underlies USFS-managed lands. The surface mine extracts fee coal at a location near the town of Nucla, Colorado, with potential for expanding into federal coal under fee and/or BLM-administered surface lands.

Some areas with federal coal resources involve split estate. Some areas with privately held surface and federal coal have, or have the potential for, improvements that include houses and subdivisions.

The following table shows the current coal lease serials, controlling company, and leased acres within the planning area:

**TABLE 2.28 - COAL LEASING WITHIN THE PLANNING AREA**

| COMPANY | LEASE SERIAL | ACRES |
|---|---|---|
| Bowie Resources | D-036955 | 280 |
| Bowie Resources | C-25079 | 311 |
| Bowie Resources | COC53356 | 522 |
| Bowie Resources | C-27432 | 1,014 |
| Bowie Resources | COC61209 | 3,954 |
| Bowie Resources | C-37210 | 5,037 |
| Mountain Coal Company | COC67011 | 680 |
| Mountain Coal Company | COC54558 | 1,012 |
| Mountain Coal Company | C-0117192 | 1,283 |

CHAPTER TWO - AREA PROFILE: RESOURCE USES

| COMPANY | LEASE SERIAL | ACRES |
|---|---|---|
| Mountain Coal Company | COC67232 | 1,517 |
| Mountain Coal Company | D-044569 | 1,662 |
| Mountain Coal Company | COC56447 | 2,919 |
| Mountain Coal Company | C-1362 | 4,996 |
| Oxbow Mining | COC53510 | 1,467 |
| Oxbow Mining | COC61357 | 4,795 |
| **TOTAL** | **15 leases** | **31,449** |

About 8,800 of the 31,449 acres leased have remaining coal reserves. If no other leases are obtained, the longest mine life would be expected to end in about 2020.

## FLUID MINERALS: OIL AND GAS

The Energy Policy and Conservation Act Amendments of 2000 (Public Law 106-469) directed the DOI to inventory oil and natural gas resources beneath federal lands. The act also directed the DOI to identify the extent and nature of any restrictions to their development. Executive Order 13212 (May 2001) states that "…agencies shall expedite their review of permits and take other action as necessary to accelerate the completion of [energy-related projects] while maintaining safety, public health, and environmental protections. The agencies shall take such actions to the extent permitted by law and regulation, and where appropriate." As a result, the Departments of the Interior, Agriculture, and Energy released a report entitled *Scientific Inventory of Onshore Federal Lands' Oil and Gas Resources and Reserves and the Extent and Nature of Restrictions or Impediments to their Development* (referred to as the Energy Policy Conservation Act Inventory) in January 2003.

Based on the Energy Policy Conservation Act Inventory, the BLM designated seven Energy Policy Conservation Act focus areas in which to concentrate BLM efforts and resources to meet the President's National Energy Policy. The BLM is integrating the results of the Energy Policy Conservation Act Inventory into RMPs and reasonably foreseeable development scenarios.

Four companies are currently active in oil and gas exploration and production drilling in the North Fork area. Natural gas exploration and production is modestly active in the western portion of Montrose County in the Mailbox Park, Hamilton Creek, and Wray Mesa areas. Recent geophysical exploration operations have been conducted in the Mailbox Park area.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    159
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105935

## Oil and Gas Profile for the Planning Area

The Mesaverde is a USGS-identified Total Petroleum System that extends into the Piceance Basin. As shown in  on page 584, the northern and central portion of the planning area is within the Piceance Basin, the eastern half of a greater geologic basin known as the Uinta-Piceance Basin. Most of the hydrocarbon production in the planning area is natural gas, with very little associated oil, natural gas liquids, or water. Gas production derives from formations of the Mesaverde Group. Map 2-20 on page 587 shows current oil and gas leases in the planning area.

### Northern Portion of the UFO

The largest natural gas development activity is concentrated in the North Fork Area, located in the northern portion of the UFO south of Grand Mesa. The area is situated within the southern part of the Piceance Basin, known to have high potential for the occurrence and development of natural gas resources.

The Mesaverde Group is the source rock in the North Fork gas field area. Map 2-17 on page 584 shows the structural geology of the Piceance Basin in relation to the Uinta Basin, as well as the Mesaverde Group boundary in relation to western Colorado and the planning area.

In the Piceance Basin, the base of the Mesaverde Total Petroleum System is placed at the base of the lowest coal zone in the Williams Fork Formation (at the top of the Rollins and Trout Creek Sandstone members). Coal and carbonaceous shale source rocks in the Mesaverde Group accumulated in mires, swamps, and marshes associated with deltaic and coastal plain environments in a generally west to east pro-gradational depositional system. The primary coal-bearing intervals become increasingly younger and rise stratigraphically from west to east across the Uinta-Piceance Province (as shown in Map 2-19 on page 586). Thicker coal accumulations typically overlie marine and marginal marine sandstone successions in the lower part of the Mesaverde Group (USGS 2002).

In the Piceance Basin, the most important coal-bearing interval is the Cameo-Fairfield coal group in the lower part of the Williams Fork Formation. This coal group is present in the subsurface throughout most of the basin. Some of the more important local designations, found in part of or the entire interval, include (in ascending order) the Cameo-Wheeler, South Canyon, and Coal Ridge coal zones. Total cumulative coal thickness in the Cameo-Fairfield coal group varies from near zero in the extreme southeastern part of the Piceance Basin to greater than 180 feet in the northeastern corner (as shown in Map 2-19 on page 586). Throughout most of the basin, however, the zone contains from 20 to 80 feet of total net coal (USGS 2002).

Isotopic evidence also supports the concept that the vertical migration of gases was more important than lateral migration. Gases are isotopically distinctive in each of the three areas of the Piceance Basin. The differences are related primarily to variations in thermal maturity in the underlying Cameo-Fairfield group, the likely source for gas in all three areas. Long-

160  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                              JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105936

term lateral migration would tend to eliminate the distinctiveness of the gases in the three areas and eliminate the close correlation between isotopic compositions and thermal maturities in the underlying source rocks. Furthermore, lateral migration would likely be inhibited by the lenticular nature of the predominantly fluvial sandstone reservoirs in the Mesaverde Total Petroleum System (USGS 2002).



**FIGURE 2.6 - STRATIGRAPHIC RELATIONSHIP OF MESAVERDE GROUP UNITS**

Producing and potential reservoir rocks are primarily fluvial channel sandstone beds in the Mesaverde Group, and overlying the Fort Union and Wasatch Formations in the Piceance Basin. Fluvial sandstone reservoir units are predominantly lenticular. The sediments were deposited by various streams that flowed into the Uinta-Piceance Province during the Late Cretaceous and early Tertiary. The bulk of gas production in the Mesaverde Total Petroleum System is from sandstone reservoirs in the Mesaverde Group and Wasatch Formation. In most of the Piceance Basin, Mesaverde Group reservoirs range from 20 to 60 feet thick, and have porosities varying from less than 5 percent to greater than 8 percent (USGS 2002).

There are significant differences in the distribution of sandstone reservoirs in the Mesaverde Total Petroleum System between the Uinta and Piceance Basins. In the Piceance Basin, the Upper Cretaceous interval is much thicker and contains more sandstone reservoirs (USGS 2002).

As Map 2-19 (on page 586) shows, the Mesaverde Group coal and sandstone units provide source and reservoir rock in the UFO portion of the southern Piceance Basin. This is

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                161
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105937

proven by the target units that various applications for permit to drill show. Member units of the Mesaverde Group that are targets for drilling include the South Canyon Coal (seam V), Cameo Coal, Cozzette, and Corcoran Sandstone units. In the North Fork area, the Wasatch Formation is at the surface and therefore not a target for gas production. Well depths generally range to approximately 5,000 feet.

### Western Portion of the Planning Area

The Mailbox Mesa, Hamilton Creek, and Wray Mesa areas in portions of Montrose and San Miguel counties west of Telluride are presently being explored for natural gas resources. The economic potential for this area will be reflected in the Reasonably Foreseeable Development Scenario being developed in conjunction with the RMP. No USGS oil and gas assessment has been conducted for this area.

Map 2-1 (on page 568) shows the generalized geology of the planning area. The surface formations of the northern portion are noticeably dominated by Cretaceous sedimentary units of Mancos Shale and the Mesaverde Group along with the Tertiary Wasatch Formation, whereas the western portion is comprised primarily of Jurassic Morrison Formation and Early Cretaceous Dakota Sandstone. Whereas northern drill rigs collar in the Wasatch, western rigs set up on these much older sediments. Target formations are older, and generally much deeper. Total depth of wells in the west end tends to be around 10,000 feet versus the 5,000 foot depths of the North Fork gas wells. The geologic structure regime is different also. Where the North Fork wells are in the Piceance Basin, west end wells are in the Paradox Basin. Figure 2.6 shows the stratigraphic relationship between formations in the Paradox Basin. Target formations for gas are the Cutler Formation and various members of the Hermosa Group. Map 2-2 (on page 569) shows the northwest trend of several folds that make up the Paradox Basin in the UFO.

## Geophysical Exploration

Recent increases in natural gas prices have elevated interest in exploratory gas drilling. To more efficiently drill, companies may conduct geophysical exploration projects to better define targets and to site drill pad locations. Companies generally employ seismic geophysical studies, either as a two-dimensional or three-dimensional survey, to better understand the subsurface geologic conditions. The projects involve drilling seismic source blast holes and running lines of receiver instruments to record the reflected seismic wave data. These shot holes are usually drilled either by a helicopter-supported method or by low-impact buggy-mounted drilling equipment. In fiscal year 2008, there were two geophysical permits issued for the Mailbox Mesa area. One project was primarily conducted on USFS lands, with a BLM access road used for a receiver line, and the other involved both shot lines and receiver lines on BLM lands.

162  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105938

## OTHER LEASABLE MINERALS: POTASH

Within the planning area, there is potential for potash deposits at depth in the Paradox Member of the Hermosa Formation.

## RENEWABLE ENERGY

There are no permit applications or current leases for concentrated solar, wind generation, biomass, or geothermal energy production within the planning area.

The planning area has been assessed for renewable energy potential (Dahle and others 2003). Although state of Colorado policies and financial incentives are classified as favorable for renewable energy development, the UFO does not rank nationally among the top 25 BLM field offices with potential. However, the UFO is within an area regarded as having potential for geothermal resources. Of the 800,861 acres of public land in the planning area, 130,462 are designated as closed to geothermal leasing (BLM and USFS 2008a).

# FORECAST

## COAL

Stable demand for coal resources is expected, with the rate of production dependent upon economic conditions and development of alternative energy resources. Subsurface mining operations in the North Fork Valley are expected to continue extracting and selling federal coal at about the current rate. The potential for continued exploration of federal coal in all known coal areas could result in additional leasing and mining beyond 2020, in particular with expansion to the west along Grand Mesa from north of Paonia to west of Cedaredge.

## FLUID MINERALS: OIL AND GAS

Demand for oil and gas resources is expected to remain stable, depending upon economic conditions and the development of alternative energy sources. A Reasonable Foreseeable Development report will project future activity in the planning area.

### Natural Gas Field Development

Development is expected to continue in portions of the North Fork, where significant natural gas reserves are currently being developed. Most of the existing wells occur on federal mineral, split estate lands. Although drilling of proven reserves will continue, there is much interest by the industry in technically recoverable coal bed methane natural gas of the Mesaverde Group. These potential resources were identified by the USGS and displayed in the Energy Policy Conservation Act study. Future drilling leases within the North Fork must comply with constraints addressed in the Uncompahgre RMP.

JUNE 2010  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  163
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105939

Increased drilling may also occur on USFS lands since only about half of the available lands are currently leased. It is projected that much of this drilling would occur during the latter half of the RMP's life.

## Unitization

Unitization provides for the exploration and development of an entire geologic structure or area by a single operator, so that drilling and production may proceed in the most efficient and economic manner, regardless of surface and mineral estate ownership. There are 27 units and participating areas within the planning area, involving 556,341 acres. Twelve units in the North Fork area involve 204,973 acres of land, and 15 units in the western portion involve 351,368 acres (LR2000 2009). Much of the split estate land is within the Grand Mesa National Forest.

## Communitization

Communitization provides for the pooling of lands, when separate tracts under federal and Indian lands cannot be independently developed and operated in conformity with an established well-spacing program. Used extensively within the planning area, there are currently 143 communitization agreements involving more than 47,029 acres. Communitized gas production primarily occurs in the Mesaverde/Williams Fork Formation and the Cozzette Member of the Iles Formation. There are 142 agreements in the western portion of the planning area involving 46,869 acres, and one agreement for the North Fork area involving 160 acres. All of the agreements involve areas classified as having high potential for the occurrence of oil and gas.

## Spacing

In the state of Colorado, the current spacing requirement for wells greater than 2,500 feet deep is 40 acres (with 600-foot setbacks from the lease line), but spacing can be increased or decreased depending on geologic and reservoir characteristics. The Colorado Oil and Gas Conservation Commission uses the term *default spacing*, with modifications occurring through cause orders.

Adjustments are intended to maximize production of the resource while minimizing surface disturbance and expense. In a case involving production from the Williams Fork Formation, ten-acre spacing has been justified and approved. Currently the Wasatch Formation is producing natural gas on 160-acre spacing. Tight sands, compartmentalized geologic structures, and reservoir characteristics may increase the demand for tighter spacing of reservoir formations in the future (other than in the Williams Fork). In addition, it will be necessary to revise spacing regulations in order to accommodate new drilling and production technology and techniques. Map 2-18 (on page 585) shows the location of oil and gas wells throughout the planning area.

164      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105940

## OTHER LEASABLE MINERALS: POTASH

Along with other natural resources, potash has experienced a rise in commodity prices to historic levels. Should these levels remain stable, there will be continued interest in the potash potential of the western portion of the planning area.

## RENEWABLE ENERGY

As part of the RMP effort, a Renewable Energy Potential report containing information from various sources will help determine the true potential for development of renewable energy resources within the planning area.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                165
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105941

# KEY FEATURES

## COAL

### Grand Mesa/Somerset Coal Field

Coal deposits in the planning area are primarily found in rock layers of the Mesaverde Group, with less significant resource deposits found in the Upper Cretaceous Dakota and Fruitland formations. These rock units were deposited in continental and nearshore marine environments along the western margin of an ancient interior seaway. The Mesaverde Group is confined to a region along the north side of the Gunnison River and North Fork of the Gunnison River, under the southern flank of Grand Mesa and extending east up Anthracite Creek to Kebler Pass and south up Minnesota Creek and Coal Creek. Known as the Grand Mesa/Somerset coal field, the area hosts three active mines.

The lowest sandstone member of the Mesaverde Group is the Rollins Sandstone, which marks the base of the coal members. There are as many as six coal seams in intervals above the Rollins Sandstone conventionally labeled A through F from bottom to top. Typically, only two of the seams are of mineable thickness at a given location. The coal is primarily extracted for consumption in electrical power generation, although some can be sold to the steel industry as metallurgical coal.

Mining activities take place in the eastern extent of the North Fork of the Gunnison River valley. The Bowie No. 2 Mine and Elk Creek Mine are located on the north side of the river, while the West Elk Mine is located on the south side of the river.

### Nucla-Naturita Coal Field

Although the Dakota Sandstone has a wide distribution throughout the planning area, coal in this formation is typically not substantial enough to be mineable, except in areas on the west end of Montrose County near the town of Nucla. Known as the Nucla-Naturita coalfield, the area has one active mine currently operating under fee coal.

The Dakota Sandstone is often exposed as the top or near top layer on mesas ranging from west of the Uncompahgre River south of Montrose to the lower San Miguel basin near Paradox. The lower section contains the Dakota coal seam, which varies from being carbonaceous shale to bituminous coal. The coal is produced in one location near the town of Nucla from a surface mining operation that has potential for expanding operations from fee to federal coal reserves.

### Tongue Mesa Coal Field

Coal in the Fruitland Formation is confined to an isolated area under Cimarron Ridge extending from Cerro Summit south to Owl Creek Pass in the Uncompahgre National Forest. Known as the Tongue Mesa coal resource, this area has no active mining.

166     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105942