Approximately 200 feet of coal-bearing strata is present in a 1,000-foot thick interval that originally was thought to be equivalent to the Mesaverde Group, but was later designated as the Fruitland Formation. Because it is mostly concealed by heavy vegetation, landslides, talus, and glacial deposits, the outcrop of the coal-bearing interval has not been mapped in detail. The Fruitland contains one laterally extensive coal bed that is about 20-40 feet thick, and three to five coal beds that are about 5–13 feet thick, and is mostly sub-bituminous. The beds of coal are gently inclined and known to have faults. While mining historically occurred in a few locations along the outcrop, and exploration drilling was conducted in the early 1980s, currently there is no mining activity.

## FLUID MINERALS: OIL AND GAS

Oil and gas exploration and development are expected to continue within the North Fork area, as well as the Mailbox Park and Wray Mesa areas in the western portion of Montrose County.

### Geophysical Exploration

Depending upon the demand for and global supply of natural gas, exploration interest is expected to continue to be strong, although perhaps not as great as in past years due to the global financial crisis. The BLM can expect an average of one to two proposed geophysical exploration projects per year in the planning area over the typical twenty-year life expectancy of the RMP.

## OTHER LEASABLE MINERAL RESOURCES: POTASH

In the western portion of the planning area, the northern and central portions of the Paradox Basin appear to have the highest potential for potash development. The oldest sedimentary formation outcrops in the center of the Paradox Valley. During the Late Carboniferous Period (approximately 300 million years ago), sediments filled accommodation space created by the rapidly subsiding Paradox Basin. Thousands of feet of evaporites, carbonates, and black shale constitute the Hermosa Formation (See Figure 2-1). The flow of these evaporitic rocks formed prominent structural anticlines and fractures in overlying sediments. At depth, these Pennsylvanian strata, particularly the Paradox Member, are potential hosts to potash deposits (Wengerd 1958).

## RENEWABLE ENERGY

Potential solar, biomass, wind, and geothermal resources occur in various locations and forms within the planning area.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          167

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105943

# LOCATABLE MINERALS

## CURRENT LEVEL OF USE

Rock formations within the planning area are primarily sedimentary and form a large portion of the historic Uravan Mineral Belt, a significant source for deposits of the strategic locatable minerals uranium and vanadium. In addition, placer gold deposits occur along the San Miguel River below Telluride, Colorado.

## CURRENT CONDITIONS

### URANIUM-VANADIUM

Uranium is designated as a strategic locatable mineral. In recent years, interest in uranium exploration and development had been increasing along with the price. However, the recent economic downturn has caused a decrease in activity. Numerous companies are exploratory drilling for uranium-vanadium in the planning area portion of the Uravan Mineral Belt, while a few operations have undertaken underground bulk sampling excavations. Currently there are twenty-nine active plans of operations or mining notices within the planning area.

### PLACER GOLD

The other locatable mineral resource use is gold placer mining along the San Miguel River in western Montrose County. The activity is centered on Pinon, Colorado, and east of Nucla, with placer mining claims locate upstream from this location. Independent operators and mining clubs both use up to a 3-inch suction dredge to extract gold from the river bed. This activity is considered casual use and does not require BLM authorization. The UFO tracks this activity by requiring the operators to submit a notification of use. In 2008, the UFO received over 50 notices.

## FORECAST

When uranium-vanadium prices went up, interest in uranium exploration in the planning area increased dramatically, as did the level of uranium mining claims being staked. Presently however, the prices of these two commodities have fallen significantly, as the global financial crisis has diminished the perceived demand. Uranium demand is being controlled by

168          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105944

speculative forecasts of future nuclear power plant operations in India and China. Future activity will depend upon the global financial and energy demand situation.

Activity of placer operations depends upon the price of gold. As recently as July 2008, the price of gold has been at historic highs with a subsequent significant decrease due to the global financial crisis. It is anticipated that as the price fluctuates, so will the activity level. In the short term, the UFO can expect robust though relatively diminished activity until gold prices rise.

# KEY FEATURES

The location of uranium and vanadium resources is within the historic uranium mining area designated as the Uravan Mineral Belt, western Montrose County. The host rock for this resource is the Salt Wash Member of the Jurassic-age Morrison Formation (Map 2-1).

The Jurassic Morrison Formation contains various members, but not all are present in the UFO. The Morrison Formation is host to extensive uranium deposits. The Salt Wash Member, particularly in its upper part, is the most prolific uranium-producing horizon in the Morrison Formation, and hosts small to large uranium deposits in channel sandstones (Wood 1968; Woodward-Clyde 1982; Gloyn and others 1995). This member consists of brown, lenticular, fluvial sandstone interbedded with red mudstone, and thin gray limestones at its base. It varies from 0 to 550 feet thick (Hintze 1988). The youngest member of the Morrison Formation is the Brushy Basin Member. It varies from 200 to 440 feet thick and consists of brown, bentonitic mudstone and brown, conglomeratic sandstone (Hintze 1988). The bentonite was derived from voluminous amounts of volcanic ash that was carried to the depositional sites by north and northwesterly flowing paleo-streams (Turner-Peterson and others 1986).

As shown in Map 2-21 on page 588, the primary active placer gold deposits lie in gravel deposits within the San Miguel River upstream from Nucla for approximately seven miles.

# SALABLE MINERALS

# CURRENT CONDITIONS

## SAND AND GRAVEL

Sand and gravel provide raw materials for most construction and paving activities. Sand and gravel deposits are found along the San Miguel, Uncompahgre, and Gunnison Rivers, and

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          169
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105945

their major tributary valleys. Other sources include glacial wash, and widespread colluvial deposits at the base of rock outcrops, and alluvial fans.

# FORECAST

With the projected increase in uranium and oil and gas activities over the next 20 years, the need for additional sand and gravel resources for road improvements and other construction-related activities will likely increase.

# KEY FEATURES

There are six county gravel pits, two rock, rip-rap sites, two fill locations and one clay area scattered over the UFO. In addition, there is a moss rock sales area.

170    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105946

# 2.2.4 ☀ Recreation

## BACKGROUND

Management of recreation is guided by BLM regulations and policies, federal and state laws, current and emerging trends in public demand for recreational activities and opportunities, and an area's physical and natural surroundings. Current management direction is based on objectives in RMPs and RMP amendments, activity level plans, and recreation management guidance, including 43 CFR 8340, Subchapter H on Recreation (Parts 8342 and 8364), Appendix C on Resource Uses in the Land Use Planning Handbook (H-1601-1), Part C - Recreation and Visitor Services, and the BLM Recreation Permit Administration Handbook (H-2930-1). The intent of the various laws, policy, and guidelines is to meet public demand for outdoor land-based recreation opportunities, while preventing or minimizing adverse impacts to the natural and cultural elements of public lands in Colorado.

## CURRENT LEVEL OF USE

### RECREATION MANAGEMENT AREAS

Recreation Management Areas are the primary means of managing recreational use on BLM land. Public land is designated as either a Special Recreation Management Area (SRMA) or an Extensive Recreation Management Area. Area recreation includes opportunities to hunt, fish, whitewater raft, canoe, kayak, camp, hike, backpack, mountain bike, horseback ride, rock climb, ride off-highway vehicles (OHV), photograph, and view wildlife.

#### Extensive Recreation Management Areas

Because Extensive Recreation Management Areas include all public lands not within a SRMA or other specially designated area, these areas make up the majority of recreation opportunities on BLM lands in the planning area. Recreation in such areas is non-specialized, dispersed, and does not require intensive management. Recreation may not be the primary management objective in these areas, and recreational activities are subject to few restrictions. The principal recreation setting consists of minimally developed, resource-dependent, recreational opportunities subject to custodial management. This type of setting is typical of an area that is largely undeveloped, and where nature-based recreation predominates.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          171
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105947

## Special Recreation Management Areas

BLM policy requires that concentrated recreation use areas be designated as SRMAs through the RMP process. SRMAs are areas where more intensive recreation management is needed, and where recreation is a principal management objective requiring a recreation investment. These areas often have high levels of recreation activity or contain valuable natural resources. The BLM issues Special Recreation Permits (SRPs) for commercial outfitters to operate and events to be held in a SRMA. The planning area contains two SRMAs: the San Miguel River SRMA and the Dolores River SRMA.

### San Miguel River SRMA

An amendment to the San Juan/San Miguel RMP designated 32,641 acres of public land as the San Miguel SRMA in February 1993. The predominant recreation uses in the San Miguel River SRMA include whitewater rafting, kayaking, fishing, camping, picnicking, hiking, mountain biking, and motorized vehicle sightseeing. BLM visitor patrols recorded approximately 24,260 visitor use days from October 1, 2007 through September 30, 2008. These visits were associated with annual rafting, fishing, camping, and hunting trips within the San Miguel River corridor. During the summer, the majority of campers are first-time visitors who spend at least two to four days in the area. About half of these visitors spend some time fishing during their stay. Camping use peaks during the fall hunting and spring river seasons, and many of these visitors return every year for a stay of seven days. Camping use occurs on developed and dispersed designated sites along the river corridor. Thirteen river rafting outfitters currently operate under provisional SRPs, which will be evaluated as part of this RMP.

### Dolores River SRMA

The Dolores River SRMA extends from McPhee Dam to Bedrock, Colorado. The area is co-managed with the BLM Dolores Field Office. The UFO portion extends from the Dolores Field Office boundary to Bedrock. The Dolores River SRMA provides recreation activities and settings that are unique for BLM-administered lands in the region. In most years, the Dolores River provides boatable flows from the end of April through mid-June.

## TRACKING RECREATION VISITS

The BLM uses the Recreation Management Information System to track and report recreation visitation. The system enables BLM employees to estimate recreation participation in 65 types of recreation activities recorded at BLM sites and areas, based on registrations, permit records, observations, and professional judgment. Visitation is estimated by number of participants as well as visitor days. Participants are the actual number of people who take part in a recreational activity. A visitor day is a recreation unit of measure commonly used by federal agencies, and represents an aggregate of twelve visitor hours at a site or area. Table 2.29 displays the Recreation Management Information System figures for the planning area for fiscal years 2006 through 2008.

172          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105948

It is important to note that the visitation figures shown in the table are estimates. Many areas lack direct visitation monitoring facilities, such as traffic counters or visitor registers. Direct monitoring by BLM staff must focus on areas of greatest use or conflict, with the result that more remote locations within the planning area may not receive adequate monitoring. In addition, many popular trails and use areas are not designated, making it difficult to accurately determine the amount of recreational use these areas receive. Therefore, the numbers recorded for specific activities in specific areas may not accurately reflect level of use, and the origin of changes in use patterns (such as a change in numbers or types of non-local users) are difficult to determine.

## Popular Recreation Activities

During the past three years, participation in some recreational activities has substantially increased. As shown in Table 2.29, more recreationists participate in OHV travel than any other activity. Based on number of participants or visitor days, other popular recreation activities include camping, picnicking, hunting, non-motorized travel, pleasure driving, and non-motorized boating. Increased recreation use within the planning area is attributed to population growth, marketing, and healthier lifestyles. Recreation activities are common throughout the year. OHV use has become one of the fastest growing activities. Consequently, management actions based on OHV use levels from twenty years ago are often inadequate. Due to its significance, OHV use is more thoroughly addressed in the Travel and Transportation section.

Elk, mule deer, small game, bears, and mountain lions are hunted throughout the planning area. Fishing is popular on the Lower Gunnison, Uncompahgre, San Miguel, and Dolores rivers. The fall hunting and spring river seasons are the busiest times of year. The CDOW manages hunting, primarily through licensing and law enforcement. The CDOW issues, and Colorado State Park Rangers help to enforce, state rules and regulations. In addition, the BLM requires SRPs for all commercial outfitters operating within the planning area.

## RECREATION PERMITS

### Special Recreation Permits

SRPs are issued for five types of use – commercial, competitive, vending, individual, or group use in special areas, as well as organized group activities and events. The BLM issues SRPs for noncommercial use in certain special areas, including wilderness, rivers, and the backcountry, and in other areas where it is determined that resources require special protective management and control measures, or a permit system for individual use would achieve management objectives.

Commercial SRPs are issued to outfitters, guides, vendors, recreation clubs, and commercial competitive event organizers that provide recreational opportunities or services not employing permanent facilities. SRPs for competitive and organized group events are also included in this category. SRPs may be issued for ten years or less, with annual renewal. The permits are issued to manage visitor use, protect natural and cultural resources, and

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    173
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105949

accommodate commercial recreational uses. In 2008, the BLM issued approximately fifty SRPs for use within the planning area.

The BLM also requires non-commercial recreation use permits for individual use of fee-site campgrounds and other uses such as large noncommercial group activities, although none have been issued for the planning area thus far.

## DEVELOPED RECREATION SITES

The UFO currently has twenty developed recreation sites. As defined in the Colorado Standards for Public Land Health Guidelines for Recreation Management, developed recreation sites incorporate amenities such as roads, parking areas, and facilities, to protect the resource and support the recreation user in his or her pursuit of activities, experiences, and benefits. This visitor use infrastructure is a management tool that can minimize resource impacts, concentrate use, and reduce visitor conflicts.

**TABLE 2.29 - RECREATION VISITS BY ACTIVITY 2005-2008**

| Source:  RMIS Report #20 | OCTOBER 1, 2005 - SEPTEMBER 30, 2006 | | OCTOBER 1, 2006 - SEPTEMBER 30, 2007 | | OCTOBER 1, 2007 - SEPTEMBER 30, 2008 | |
|---|---|---|---|---|---|---|
| ACTIVITY | PARTICI- PANTS | VISITOR DAYS | PARTICI- PANTS | VISITOR DAYS | PARTICI- PANTS | VISITOR DAYS |
| Boating/Motorized | 3,701 | 416 | 3,617 | 592 | 2,513 | 325 |
| Boating/Non-Motorized | 28,321 | 12,145 | 27,295 | 11,443 | 33,430 | 14,047 |
| Camping & Picnicking | 62,046 | 53,310 | 61,690 | 53,141 | 65,733 | 56,255 |
| Driving for Pleasure | 72,841 | 16,971 | 74,896 | 17,538 | 80,080 | 18,939 |
| Fishing | 16,120 | 7,340 | 15,908 | 6,814 | 17,772 | 7,709 |
| Hunting | 89,323 | 50,417 | 92,671 | 52,210 | 98,628 | 55,318 |
| Interpretation, Education, & Nature Study | 47,666 | 13,583 | 48,152 | 13,568 | 44,319 | 2,445 |
| Non-Motorized Travel | 62,614 | 21,886 | 65,609 | 23,065 | 69,631 | 24,614 |
| OHV Travel | 205,054 | 78,894 | 211,730 | 81,601 | 227,725 | 87,699 |
| Snowmobile & Other Motorized Travel | 9,459 | 4,656 | 9,760 | 4,807 | 10,523 | 5,186 |
| Specialized Motor Sports, Events & Activities | 9,021 | 6,014 | 9,321 | 6,214 | 10,071 | 6,714 |
| Specialized Non-Motor Sports, Events & Activities | 74,440 | 21,369 | 75,093 | 21,093 | 79,672 | 22,262 |
| Swimming & Other Water Based Activities | 14,246 | 4,749 | 13,890 | 4,630 | 14,307 | 4,769 |
| Winter/Non-Motorized Activities | 9,108 | 3,021 | 9,409 | 3,122 | 10,161 | 3,372 |
| **TOTAL** | **703,960** | **294,771** | **719,041** | **299,838** | **764,565** | **309,654** |

174        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105950

# FORECAST

## INCREASED USE AND DEMAND FOR RECREATIONAL OPPORTUNITIES

Indicators for measuring trends in recreation include visitor use levels, user conflict levels, impacts to resources, and compliance with commercial authorizations. Concentrated camping use is increasing across the planning area during the fall hunting season, as well as in spring and summer. The impacts include rock fire rings, user-created routes, littering, soil compaction and vegetation loss at campsites, and vandalism of signs. As OHV use continues to increase, potential user conflicts and impacts to wildlife, archeological resources, soil, and vegetation are likely to increase. The need for active OHV management and management tools is becoming increasingly obvious. Overall recreation use, especially motorized-based, is likely to increase. In addition, interpretive opportunities at cultural sites are likely to increase. Additional SRMAs may be prescribed in order to address increasing and conflicting uses and thus minimize resource impacts, and address safety issues and user conflicts. These SRMAs would also address recreational demands in gateway communities. It would be beneficial for the BLM to coordinate with counties and communities to assist in identifying recreational opportunities that local users would enjoy.

# KEY FEATURES

Hunting, fishing, rafting, and OHV use are the predominant recreational activities throughout the planning area. Recreation in the planning area is managed primarily through licensing, permit fees, and enforcement of federal regulations. Human population projections predict increases within Colorado, which are likely to translate into increased recreational uses and pressures.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          175

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105951

## 2.2.5 ☀ Travel and Transportation Management

# BACKGROUND

### COMPREHENSIVE TRAILS AND TRAVEL MANAGEMENT

Travel and transportation are an integral part of virtually every activity that occurs on BLM-administered public lands. Recreation, management of livestock, wildlife, and commodity resources, rights-of-way, access to private inholdings, maintenance of electronic sites, and the day-to-day management and monitoring of the UFO all rely on effective travel management planning.

Comprehensive trails and travel management is the proactive management of public access, natural resources, and regulatory needs to ensure that all aspects of road and trail system planning and management are considered. This includes resource management, road and trail design, maintenance, and recreation and non-recreational uses of the roads and trails. In this context, travel activities incorporate access needs and the effects of all forms of travel, both motorized and non-motorized.

Comprehensive trails and travel planning means providing clear and specific direction on the proper levels of land and water access for all modes of travel. Travel management objectives serve as the foundation for appropriate travel and access prescriptions.

**Federal Regulations**

43 CFR 8342.1 designation criteria states that:

> The authorized officer shall designate all public lands as either open, limited, or closed to off-road vehicles. All designations shall be based on the protection of the resources of the public lands, the promotion of the safety of all the users of the public lands, and the minimization of conflicts among various uses of the public lands.

**National Guidance**

On a national level and in response to increasing demand for trails recreation on public lands, the BLM first developed an OHV strategy and then a mountain bike strategy. These strategies emphasize that the BLM should be proactive in seeking travel management solutions that conserve natural resources while providing for ample recreation opportunities (BLM 2007).

The BLM released the current version of the Land Use Planning Handbook (H-1601-1) in March 2005. Guidance on determining OHV designations during the planning process was incorporated into the Recreation Section (Appendix C, Section II C). As field offices implemented the guidance for RMP development, revision, or amendment, they identified a

176   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105952

need to clarify how to implement the guidance in the recreation section and introduce refinements to the existing process. IM Number 2004-005, Clarification of OHV Designations and Travel Management in the BLM Land Use Planning Process, emphasized policy and provided clarification and additional guidance for travel management decisions that will be part of RMP planning (BLM-WO-IM-2004-005).

## Modes of Travel

Visitors to public lands use roads and trails for a variety of recreational activities that involve various modes of travel. Motorized travel in the planning area ranges from standard passenger vehicles driving on maintained roads to OHVs operating on primitive roads and trails. OHVs include off-road motorcycles, all-terrain vehicles, utility terrain vehicles, jeeps, specialized 4x4 trucks, and snowmobiles. Mountain bikes are the predominant mechanized vehicle, while other modes of travel include cross-country skiing, snowshoeing, horseback riding, pack animal driving, hiking, boating, hang-gliding, paragliding, ballooning, and wheelchairs. The type and amount of use and the location of roads and trails influence physical, social, and administrative recreation setting and the overall quality of the recreation experience.

## History of Existing Route System

Many roads within the planning area were constructed to create access to public land improvements and projects for timber/vegetation management, gas and mineral development, range management, and various ROWs. Some of these roads are used by permittees to maintain improvements, such as livestock or wildlife ponds or fences. Numerous roads were not necessarily intended to be left behind or open for recreational use, but have become popular routes for visitors engaged in mechanized/motorized recreation activities.

The majority of mechanized and motorized routes were created or pioneered by public land users. Open travel designations that permit cross-country mechanized and motorized use, high levels of use, and improvements in vehicle technology have allowed public land users to gain access to and through more terrain. Routes are maintained primarily by the repeated passage of vehicles. These user-created routes are often rutted and eroded.

## Travel Designations

During the early 1980s, in response to Presidential Executive Orders 11644 and 11989, the BLM began assigning all public lands one of three OHV categories. Public lands within the planning area were designated as open, limited to existing or designated roads and trails, or closed to OHV use. Approximately 1.3 percent of the planning area is designated as open to OHV use, 90.3 percent is limited to existing or designated roads and trails, and 8.4 percent is closed. The designations are as follows:

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          177
*Analysis of the Management Situation
for the Uncompahgre Planning Area*


BLM_0105953

### Open

Available for OHV travel without restriction, based on an analysis determining that there are no compelling resource protection needs, user conflicts, or public safety issues to warrant limiting cross-country travel.

### Limited

OHV travel is limited to designated or existing roads and trails in order to protect resources. Restrictions may include the number or types of vehicles, time, season of use, use of existing roads and trails only, use of designated roads or trails, or licensed use only. The BLM may also impose other restrictions to protect resources.

### Closed

OHV travel is not allowed in areas designated as closed. Areas are closed in order to protect resources, ensure visitor safety, or reduce user conflicts.

### Temporary

Areas may be closed to OHV use temporarily in order to allow resources to recover or for other purposes.

# CURRENT CONDITIONS

Primary factors influencing the current state of travel management within the planning area include:

- Lack of comprehensive travel management planning that considers the relationships between various resources, authorized access, and recreation uses.
- Historic routes that predate planning for recreational opportunities.
- Unauthorized uses (including user-created routes) emanating from existing routes and impacting other resources.
- Subdivision of private property resulting in the creation of new access points to public lands.
- Routes/areas open to motorized use, but accessible only to adjacent landowners.
- Conflicts between recreational users.

## EMPHASIS ON MINIMIZING IMPACTS

In the current RMPs, OHV designations were made solely to limit impacts by protecting resources, preventing recreation conflicts, and protecting public safety. Recent travel management plans for specific areas have been intended to manage routes and route systems to provide specific recreation opportunities and experiences. However, this planning has focused on a relatively limited area. Table 2.30 summarizes the number of acres in the planning area with restrictions on OHV travel.

178     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105954

CHAPTER TWO - AREA PROFILE: RESOURCE USES

TABLE 2.30 - ACREAGE FOR OHV DESIGNATIONS WITHIN THE PLANNING AREA

| OHV DESIGNATION | ACRES | % OF PLANNING AREA |
|---|---|---|
| Closed | 55,623.42 | 8.4% |
| Designated to OHV Play Area | 8,510.29 | 1.3% |
| Limited to Designated Routes | 145,361.53 | 21.8% |
| Limited to Existing Yearlong | 420,088.85 | 63.1% |
| Limited to Existing with Seasonal Closure from 12/1 to 4/30 | 32,759.33 | 4.9% |
| Limited to Existing with Seasonal Closure from 5/1 to 6/15 | 3,386.49 | 0.5% |

Furthermore, even designated routes were not built with recreation experiences in mind. Most follow historic non-recreational routes (such as grazing, mining, or administrative) or were created by repeated cross-country OHV travel. Such trails typically do not provide a desirable recreation experience. The user-created routes in particular are often unsustainable and cause resource impacts. There are approximately 3,700 miles of routes in the planning area. Almost 98 percent of these routes are open to motorized travel.

## INCREASED OHV USE

As is the case throughout the West, OHV use has increased dramatically in the planning area since the RMPs currently in use were written in the 1980s. Lands with no previous history of user impacts now commonly experience impacts to natural and cultural resources, as well as significant impacts to recreation.

OHV use occurs nearly year-round, and for many users the act of driving or riding an OHV is the primary reason for their visit. Most of these visitors live within an hour's drive of the area and enjoy practicing their technical skills, using their equipment, and spending time with family and friends. During autumn, most parts of the planning area experience heavy OHV use by hunters.

## EFFECTS OF URBANIZATION AND INCREASED ACCESS

In addition to increased OHV use, urbanization of adjacent private lands has created additional non-motorized and motorized use and new expectations for recreation experiences. Many users recreate on BLM lands because the lands are close to home and provide a convenient place to exercise, relieve stress, and spend time with family and friends. New and evolving BLM land uses include "backyard" hiking, mountain biking, dog walking, rock climbing, fly-fishing, and OHV riding. Recreational boating (either to fly fish or to whitewater kayak or raft) occurs heavily on the San Miguel, Dolores, and Lower Gunnison rivers.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    179
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105955

At times, uses and expectations conflict with one another. Until recently, there has been very little demand, and consequently very few resources allocated, for non-motorized recreation travel. This type of use has increased in all of the public lands that border municipalities. The counties of Montrose, Delta, Ouray, San Miguel, Mesa, and Gunnison have all experienced rapid population growth, and the subdivision of private lands adjacent to BLM parcels has accompanied the growth. BLM lands are often isolated and provide limited public access. In these instances, enforcement of travel restrictions can be difficult, and motorized trespass from adjacent private land frequently occurs. Increasing high-density subdivision of private land is changing this scenario. Subdivisions are often designed to provide public access to BLM lands. A new community can offer welcome stewardship to adjacent public lands, while the resulting increased access can make BLM monitoring and management more efficient.

## COMPETING NON-RECREATIONAL USES

Finally, increased transportation demands for non-recreational uses (such as oil and gas exploration and development and livestock grazing) have greatly affected recreation travel in some areas. Recreation experiences can suffer when transportation systems for other uses are increased or created.

When the above factors are considered, it is apparent that there is a need for comprehensive travel management for all recreation uses, as well as close coordination with transportation planning for non-recreational uses.

## TRANSPORTATION FACILITIES AND ACCESS

The BLM transportation system represents one of the most critical aspects in effectively managing public lands. It provides public access and the infrastructure that supports uses ranging from recreation to commercial activity on public lands under BLM jurisdiction.

### Federal, State, and County Roads

A network of federal, state, and county roads provides access throughout the planning area. Numerous highways bisect the area, bringing traffic to the region from throughout the United States.

Traffic volume on the road network is highly variable. The highest volume counts are found on major roadways in or near the largest communities. State highways (50, 550, 141, 65, 133, 92, 145, and 62) carry the largest traffic volumes, followed by county roads.

### BLM Roads

BLM roads provide public and administrative (agency and permittee) access to public lands, through public lands, and to in-holdings of private land within the planning area. Reasonable administrative access is made available to the public for valid uses, such as mining claims, mineral leases, livestock grazing, and recreation. Most use of BLM roads would be described as casual.

180      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105956

Transportation planning is related to travel management. Travel management is the identification, through RMP planning, of areas where foot, pack stock, and mechanized and motorized vehicle travel is appropriate, restricted, or not allowed, depending on resource objectives and use considerations.

## ROAD SYSTEM MAINTENANCE

The BLM maintains roads under standards set forth in BLM 9100 series manuals, as well as RMPs. Road maintenance provides for resource protection, accommodation of users, and protection of the public's investment. BLM road maintenance levels are described in Table 2.31.

Road system maintenance has focused on maintaining major recreational access roads, which generally receive most of the traffic volume. The BLM engineering office annually maintains about 120 to 130 miles of road within the planning area, depending on road conditions and funding availability. Road maintenance generally consists of blading or grading, and is usually performed in the summer or fall. Additional corrective maintenance or water drainage work (such as installation of culverts, drains, or other water management devices) is performed as needed, such as after periods of heavy rainfall. Snow is not removed.

**TABLE 2.31 - BLM ROAD MAINTENANCE LEVELS**

| ROAD MAINTENANCE LEVELS | |
|---|---|
| **Level 1** | Assigned to roads where minimum maintenance is required to protect adjacent lands and resource values. These roads are no longer needed and are closed to traffic. The objective is to remove these roads from the transportation system. |
| **Level 2** | Assigned to roads where the management objectives require the road to be opened for limited administrative traffic. Typically, these roads are passable by high clearance vehicles. |
| **Level 3** | Assigned to roads where management objectives require the road to be open seasonally or year round for commercial, recreational, or administrative access. Typically, these roads are natural or aggregate surfaced but may include low use bituminous surfaced road. These roads have a defined cross section with drainage structures (e.g., rolling dips, culverts, or ditches). These roads may be negotiated by passenger cars traveling at prudent speeds. User comfort and convenience are not considered a high priority. |
| **Level 4** | Assigned to roads where management objectives require them to be open all year (except when closed or access is limited due to snow conditions) and which connect major administrative features (such as recreational sites, local road systems, and administrative sites) to county, state, or federal roads. Typically, these roads are single or double lane, aggregate or bituminous surface, with a higher volume of commercial and recreational traffic than administrative traffic. |
| **Level 5** | Assigned to roads where management objectives require the road to be open all year and are the highest traffic volume roads of the transportation system. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    181
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105957

## Functional Road Classification Types for BLM System Roads

In accordance with BLM Manual, Section 9113 (Roads), roads on BLM lands are classified as either *collector*, *local*, or *temporary*, based upon the amount of traffic movement. Collector roads (Level 4 or 5) generally provide access to large land tracts and are the major access routes into developed areas with relatively high average daily traffic rates. They usually connect with or are extensions of public road systems and are operated to support long-term land uses. Local roads (Level 4 or 3) normally serve a smaller area and have lower traffic volumes than collector roads. They connect with collectors or public road systems. In mountainous terrain, local roads may be single-lane with turnouts. Resource roads (Level 2) generally are point access or spur roads that connect with local or collector roads and carry low traffic volumes.

### Collector Roads (Level 4 or 5)

These BLM roads normally provide primary access to large blocks of land and connect with or are extensions of a public road system. They accommodate mixed traffic and serve many uses. They generally receive the highest volume of traffic of all roads in the BLM road system. User cost, safety, comfort, and travel time are primary road management considerations. Collector roads usually require application of the highest standards used by the BLM.

### Local Roads (Level 4 or 3)

These BLM roads normally serve a smaller area than collectors serve and connect to collectors or public road systems. Local roads receive lower volume, carry fewer traffic types, and generally serve fewer users. User cost, comfort, and travel time are secondary to construction and maintenance cost considerations. Low volume local roads in mountainous terrain, where operating speed is reduced by terrain, may be single-lane roads with turnouts. Environmental impacts are reduced because steeper grades, sharper curves, and lower design speeds than would be permissible on collector roads are allowable.

### Resource Roads (Level 2)

These BLM roads are spur roads that provide point access and connect to local or collector roads. They carry very low volume and accommodate only one or two types of use. Use restrictions are applied to prevent conflicts between users needing the road and users attracted to the road. The location and design of these roads are governed by environmental compatibility and minimizing bureau costs with minimal consideration for user cost, comfort or travel time.

## ENERGY DEVELOPMENT-RELATED TRANSPORTATION ISSUES

Road capacity, maintenance, and safety issues from gas development/mining-related traffic are an issue in the western and northeastern part of the planning area, where gas resources are being developed. A short-term increase in the volume of both heavy and light traffic

182      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105958

occurs during the construction, well drilling, and completion phases of developing gas resources.

Temporary conflicts (including a potential for delays, dust, road degradation and increased vehicle safety) occur during the construction/drilling phase and recompletion/work over activities. County roads also are affected by heavy equipment use, fugitive dust, and traffic-related noise. All associated impacts are lower after gas wells are in operation because traffic levels drop.

Many existing unimproved roads have been repaired and improved to accommodate the increase traffic and heavy equipment. Many new roads have also been created to facilitate gas production by providing access to the many gas wells. These new roads across public lands are often only open to gas development personnel for administrative vehicle access.

## AIRPORTS AND RAILROADS

Six public airports are located within the planning area. Montrose Regional Airport, located in the city of Montrose, and Telluride Regional Airport west of Telluride offer commercial service, while Nucla Hopkins Field near the town of Nucla and Blake Field near Delta provide general aviation services. In addition, North Fork Valley Airport near Paonia and Westwinds Airpark (Hawkins Field) near Delta operate with limited general aviation services.

One major rail line serves the planning area. The Union Pacific Railroad enters the planning area from the north along the Gunnison River, runs through the town of Delta and on to the coal mines near Somerset in Gunnison County. In addition, the Union Pacific runs intermittently from Delta to Montrose.

# FORECAST

## INCREASE IN DEMAND FOR RECREATION OPPORTUNITIES AND ACCESS

OHV use is expected to continue to increase, especially around Montrose, Delta, and Telluride. It will also likely increase in the western and northeastern portions of the Resource Area, where new routes are developed for oil and gas production/mining and new residents move to those areas. Use may become more concentrated in these areas as other places urbanize and motorized users look for areas with fewer recreation conflicts.

The unknown rate of growth of OHV use is due in part to the increased cost of the sport. As technology has increased, so too has the cost of equipment. An ATV or off-road motorcycle currently costs $5,000 to $10,000. A pickup truck, trailer, and hundreds of dollars of safety equipment are also needed. It could require spending tens of thousands of dollars for a family to enjoy this sport, thus limiting the number of participants. In addition, it is unknown how the future cost of gasoline will affect OHV use.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          183
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105959

The use of non-motorized vehicles close to urbanizing areas will grow as the population grows. It is expected that demand for hiking and mountain biking trails adjacent to all of the municipalities in the planning area will increase, as well as in areas close to major subdivisions outside of incorporated towns. In addition, the demand for floating and fishing access to the San Miguel River and lower Dolores River is expected to increase. It is expected that the subdividing of private property adjacent to BLM will continue. Continued collaboration between the BLM and municipalities/counties will help provide appropriate access during subdivision design and valuable stewardship once homes are occupied.

## INCREASE IN DEMAND FOR AND CONSTRUCTION OF NEW ROUTES

Construction of new routes for oil and gas development and mining is expected to increase in the western and northeastern portions of the planning area. While OHV recreationists are likely to use these routes, the routes are not designed to optimize recreation experiences. New routes might also conflict with existing OHV routes and current recreation experiences.

## INCREASE IN MAINTENANCE REQUIREMENTS AND EXPENSES

Maintenance costs are rising, and each year the BLM maintains fewer miles of BLM Roads. With flat federal budgets and rising fuel and equipment costs for contractors, it is likely that this trend will continue in the future.

# KEY FEATURES

BLM Colorado's Executive Order 11644 and CFR (43 CFR Part 8340) both require the BLM to designate all public lands as open, closed, or limited for OHV use. All OHV use must now be restricted to designated routes within limited areas, rather than designating areas as limited to existing routes. During the RMP revision, the UFO is tasked with identifying specific route designations, along with accompanying modes of travel.

There will be no motorized cross-country travel except in areas designated as open. Open areas will be limited to a size that can be realistically managed and is geographically identifiable, but large enough to offer a high quality motorized riding or driving opportunity for participants.

For areas with limited and open categories, managers may impose different types of restrictions, including vehicle numbers, types, use times or seasons, permitted use, existing routes, designated routes, and other limitations necessary to meet management objectives.

184        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                        JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105960

# 2.2.6 ☀ Utility Corridors and Communication Sites

## CURRENT LEVEL OF USE

### UTILITY CORRIDORS

Utility corridors are preferred routes that co-locate multiple linear utility rights-of-way and are generally located adjacent to existing highways or county roads. Utilities within these corridors may include gas and water pipelines, electric transmission and distribution powerlines and communication lines such as telephone or cable. The BLM encourages the placement of new rights-of-way within corridors, to the extent possible. However, factors such as origination, destination, purpose, compatibility, and saturation of an existing corridor may prevent or limit the routing of a new facility within an existing corridor. In general, the highways and major county roads within the planning area already have some type of utilities located adjacent to them.

Section 368 of the Energy Policy Act of 2005, Public Law 109-58 (H.R. 6), enacted August 8, 2005, directed the Secretaries of Agriculture, Commerce, Defense, Energy, and the Interior to designate under their respective authorities corridors on federal land in eleven western states for oil, gas and hydrogen pipelines and electric transmission and distribution facilities, or energy corridors. The West-Wide Energy Corridor Programmatic EIS designated corridors are shown in Map 2-22 on page 589.

### COMMUNICATION SITES

The BLM typically issues Communications Use Leases for communications facilities on public lands. The planning area currently has 28 authorized communications facilities (as shown in Table 2.32).

**TABLE 2.32 - COMMUNICATIONS SITES IN THE UFO**

| AREA NAME | NUMBER OF FACILITIES | LOCATION |
|---|---|---|
| Storm King | 8 | T47N/R7W/Sec 16 |
| Gobbler's Knob | 4 | T46N/R17W/Sec 12 |
| Jumbo Mountain | 3 | T13S/R91W/Sec 27 |
| Sheep Knob | 3 | T48N/R7W/Sec 1 |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                185
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105961

CHAPTER TWO - AREA PROFILE: RESOURCE USES

| AREA NAME | NUMBER OF FACILITIES | LOCATION |
|---|---|---|
| North Delta | 2 | T15S/R96W/Sec 7 |
| Young's Peak | 2 | T15S/R91W/Sec 31 |
| TV Hill | 2 | T13S/R91W/Sec 18 |
| Paradox Hill | 1 | T47N/R19W/Sec 17 |
| Baldy Mountain | 1 | T45N/R8W/Sec 36 |
| Club Mesa | 1 | T47N/R17W/Sec 5 |
| Oxbow Mine | 1 | T13S/R91W/Sec 13 |

# FORECAST

## UTILITY CORRIDORS

Use of utility corridors or the collocation of rights-of-way has become a more common practice within the BLM. As development in the planning area continues, for both energy and increased population related needs, the demand for and use of utility or energy corridors will increase accordingly. Highways and most county roads within the planning area will have some type of utilities located adjacent to them, as most already do. As existing corridors become saturated, new corridors will need to be designated.

## COMMUNICATION SITES

Demand for communication sites is anticipated to increase in the future, given the fast pace of technological advances and the boom in wireless networking. Whenever possible, new applicants will be encouraged to collocate their equipment on existing towers. Also to the extent feasible, any new facilities will be encouraged to co-locate their towers at existing sites with other towers. Ultimately, new communication sites for new facilities will need to be designated, as the existing sites become filled to capacity.

# KEY FEATURES

## UTILITY CORRIDORS

Areas with the highest demand potential for utility corridors would include corridors designated by the West-Wide Energy Corridor Programmatic EIS. In addition, existing

186  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105962

major roads as well as existing trans-regional pipelines and electric transmission powerlines would be areas targeted for development for designated utility corridors.

## COMMUNICATION SITES

Communication facilities are typically located at points of higher elevation within a general area and are often located adjacent to or near highways or well-traveled roads. Locations meeting these criteria will have the highest potential for increased demand.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    187
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105963

# 2.2.7 ☀ *Land Tenure*

## BACKGROUND

### LAND TRANSACTIONS

While public lands are typically retained in federal ownership, occasionally there are jurisdictional transfers between federal agencies. Land tenure adjustments are accomplished through acquisitions, exchanges, or sales.

Land may be acquired when it is in the public interest, provides resource protection, improves land management through consolidation, provides recreational opportunities, enhances wildlife habitat, provides access to public lands or waters, or preserves archaeological and historical resources.

Lands identified for disposal are typically small, isolated parcels that are difficult or uneconomical to manage, or will serve important public objectives such as community expansion and economic development. Exchanges are preferred over sales for disposal of public lands.

**Acquisitions:**  Lands may be acquired through purchase, easement, and donation or through a land exchange. Acquisitions must be consistent with the BLM mission and with applicable land use plans.

**Exchanges:**  An exchange must be determined to be in the public interest, and fully consider better federal land management and the needs of state and local people. It must be determined that the values and objectives of the lands being acquired will be greater than the values of the federal lands being conveyed.

**Sales:**  Public lands must be identified for disposal in a land use plan, or an amendment to the plan, before being offered for sale. Sales are typically conducted through the competitive bid process and cannot be sold at less than fair market value. Public lands that are classified, withdrawn, reserved or have special designations are not available for sale.

The Recreation and Public Purposes Act (R&PP) of 1926 was established as a means for state and local government or non-profit organizations to acquire public lands at reduced or no cost. The transferred land must be used for an established or specifically proposed public project, need, historic monument, or recreational purpose.

When in the public interest, it is the goal in land tenure adjustments to keep the surface and mineral estates together on both lands disposed of and acquired to benefit the future landowner's use and management of the land by avoiding the creation of split estate.

188        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105964

# CURRENT LEVEL OF USE

In the amended Uncompahgre Basin RMP, 10,353 acres of public lands scattered throughout the planning area were considered suitable for disposal. Non-federal lands would be considered for acquisition through exchange opportunities if such lands met established criteria and enhanced resource management.

In the San Juan/San Miguel RMP, various parcels of public lands were considered suitable for disposal. These tracts included small, unmanageable, isolated parcels of land with limited public value scattered throughout the area. Disposal would be accomplished through sales, exchanges or any other title transfer means.

The planning area has not had an aggressive program for disposal of public lands through sales, but has processed land exchanges to the extent possible, given staff and workload.

# FORECAST

The BLM will continue to negotiate land exchanges, acquisitions, easements, and potential sales within the planning area on a case-by-case basis as staff and priority workload allow. As opportunities present themselves, each prospect will be reviewed with careful consideration for public benefit.

# KEY FEATURES

Areas with anticipated higher potential for land tenure adjustments include inholdings or lands adjacent to specially designated areas such as ACECs, NCAs, Special Management Areas, WSAs, and existing or potential recreation sites. In addition, public lands interfacing with areas of increasing population growth may be targeted for potential land tenure adjustments.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    189
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105965

# 2.2.8 ☀ *Land Use Authorizations*

## BACKGROUND

### RIGHTS-OF-WAY (ROW)

A ROW grant is an authorization to use a specific piece of public land for a certain project, such as roads, pipelines, transmission lines, and communication sites. A ROW grant authorizes rights and privileges for a specific use of the land for a specific period. In general, a BLM ROW is granted for a term appropriate to the life of a project. Land use ROWs are authorized by grants, leases, or permits. A ROW authorizes the holder to construct, operate, maintain, and/or terminate a new or existing facility over, under, upon, or through public lands. Such authorizations are issued to businesses for commercial purposes and to private citizens for non-commercial purposes, and may be for energy or non-energy-related uses. Land use authorizations are issued to other federal, as well as state, county, and local agencies and governments.

A ROW is typically authorized through a grant, although sometimes a permit or lease may be issued. Permits are generally short-term authorizations (not to exceed three years) that have a negligible impact on the land (such as film permits, temporary storage areas, and beehives). Leases are usually long-term authorizations requiring a significant capital investment (such as communication sites).

Impacts to resources are considered when the BLM evaluates the routing or siting of a ROW. Land use authorizations contain special stipulations for surface reclamation, weed control, and other resource concerns. Additional mitigation stipulations (such as to protect cultural, plant, and wildlife resources) are applied on a case-by-case basis.

## CURRENT LEVEL OF USE

Public lands throughout the planning area are generally made available for all types of land use authorizations, which are analyzed and issued on a case-by-case basis. Certain lands within the planning area are or may be designated as areas to be avoided or excluded. Examples of designated areas include ACECs, NCAs, SMAs, SRMAs, and WSAs. Land use authorizations within designated areas generally are not allowed, and if allowed, are subject to stringent stipulations.

190          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105966

In the past several years, the BLM has processed an average of 25 land use authorizations per year within the UFO. Typical land use authorizations within the planning area currently include:

- Roads: including Federal and State highways (which may include material storage sites), RS2477 County road systems, as well as roads authorized for commercial or private use
- Oil, gas and water pipelines
- Other water facilities including irrigation ditches and canals
- Electrical powerlines, including transmission and distribution lines, and other related facilities such as substations
- Telephone lines
- Energy related facilities such as compressor stations
- Film permits
- Reservations to other federal agencies
- Temporary use or short term (less than three years) permits
- Railroads
- Communication sites (discussed in Section 2.2.6)

It is the BLM's responsibility to protect the public lands from trespass and encroachment through means of prevention, detection, and resolution. Land authorizations including grants, permits, and land exchanges have been issued to resolve trespass issues. Locations in the planning area where trespass is more likely to occur include areas where residential and commercial development interface with public lands. Trespass occurrences are known to exist and are continually being discovered within the planning area. They are pursued as time, personnel and priorities allow.

# FORECAST

Demand for land use authorizations in the planning area is anticipated to increase in correlation with future residential and commercial development and increasing population and energy demand needs. There is potential for land use authorizations for renewable energy projects (wind, solar, and geothermal), although the true potential for these resources within the planning area has yet to be determined.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          191
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105967

# KEY FEATURES

There is potential for an increase in land use authorizations within the planning area due to energy-related, residential, and commercial development, and public lands that interface with areas of increasing population and development.

192     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105968

# 2.2.9 ☀ *Withdrawals*

## CURRENT LEVEL OF USE

Withdrawals are formal actions that segregate or reserve federal land by statute or administrative order for public purposes. Withdrawals are often used to preserve sensitive environmental values, protect major federal investments in facilities or improvements, support national security, and provide for public health and safety. The majority of withdrawals issued prior to FLPMA remain in effect until they are specifically revoked. Since FLPMA was enacted, withdrawals typically have a term not to exceed 20 years, unless a term is specifically determined by the Secretary of the Interior based upon resource use. Map 2-23 (on page 590) shows the location of withdrawn lands in the planning area.

Withdrawals typically accomplish one or more of the following:

- Transfer total or partial jurisdiction of federal land between federal agencies, without the land leaving federal ownership.
- Close, segregate, or suspend federal land to operation of all or some of the public land laws and/or mineral laws (withdraw land from settlement, disposal, location, or entry).
- Dedicate federal land to a specific purpose.

TABLE 2.33 - CURRENT WITHDRAWALS IN THE PLANNING AREA BY TYPE

| TYPE OF WITHDRAWAL | HOLDER OF WITHDRAWAL | PURPOSE |
|---|---|---|
| Public Water Reserve | BLM CO State Office | Water Resource Protection |
| Power Site Reserve | BLM CO State Office | Power Site |
| Power Site Classification | BLM CO State Office | Power Site Classification |
| BLM Special Designation | BLM CO State Office | Tabeguache Special Mgmt Area |
| BLM Miscellaneous | BLM CO State Office | Administrative Site |
| BLM Miscellaneous | BLM UFO | Administrative Site |
| Reclamation | Bureau of Reclamation | Irrigation Projects |
| Department of Energy | Department of Energy | Energy Development |
| FERC | Grand Mesa Hydroelectric | Hydroelectric Site |
| BLM Miscellaneous | BLM UFO | Bat Roost Sites |
| NOTE: This table excludes withdrawals to the USFS | | |

BLM_0105969

# FORECAST

The majority of BLM withdrawals were issued between 1915 and 1966, at the time the withdrawal acts were passed. Withdrawals since 2000 have primarily been designated for creation of special management areas, developed recreation areas, and national conservation areas, and protection of threatened and endangered species or cultural sites. The lands program will continue to administer both new and existing withdrawals in accordance with FLPMA on a case-by-case, site-specific basis. If any existing withdrawals were revoked, the lands would be managed in accordance with the surrounding lands and the objectives of the management unit in which they are located.

# KEY FEATURES

Areas with anticipated high potential for withdrawals would include newly designated special management areas, national conservation areas, or recreational sites.

194   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105970



# Special

# Designations

## THE SPECIAL DESIGNATIONS SECTION:

- ❧ Identifies the locations and discusses the special values of existing special designations.

- ❧ Identifies areas meeting the relevance and importance criteria necessary for special designation consideration.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  195
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105971

# 2.3.1 ☀ *Areas of Critical Environmental Concern*

An Area of Critical Environmental Concern (ACEC) is defined in FLPMA, Section 103(a), as an area within BLM-administered public lands where special management attention is required to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards. BLM regulations for implementing the ACEC provisions of FLPMA are found in 43 CFR 1610.7-2(b).

*Special management attention* refers to management prescriptions developed during preparation of an RMP or RMP amendment expressly to protect the important and relevant values of an area from the potential effects of actions permitted by the RMP, including proposed actions deemed to be in conformance with the terms, conditions, and decisions of the RMP (BLM Manual 1613). Such management measures would not be necessary or prescribed if the critical and important features were not present.

To be designated as an ACEC, the area must meet criteria of relevance and importance found in 43 CFR 1610-7-2(a)(b), and as defined in BLM Manual 1613. To be eligible for designation as an ACEC, an area must meet criteria for both *relevance* and *importance*. An ACEC possesses significant historic, cultural, or scenic values, fish or wildlife resources (including habitat, communities, or species), natural processes or systems, or natural hazards. In addition, the significance of these values and resources must be substantial in order to satisfy the importance criteria.

Restrictions that arise from an ACEC designation are determined at the time the designation is made, and are designed to protect the values or serve the purposes for which the designation was made. Goals, standards, and objectives for each proposed ACEC will be identified, as well as general management practices and uses, including necessary constraints and mitigation measures. The RMP will identify a reasonable range of alternatives that will include current management for existing ACECs, as well as management for proposed ACECs.

The planning area has five ACECs, which were designated in the two existing RMPs (as shown in Map 2-24 on page 591). The size of each area and the values it is designed to protect are listed in Table 2.34. Current ACECs will be reevaluated as part of the RMP revision process, which will determine whether the relevance and importance of each ACEC are still present and require continued management attention; whether threats of irreparable damage to the values have been identified; and whether current management is sufficient to protect the values.

196   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105972

### TABLE 2.34 - ACECs IN THE PLANNING AREA

| NAME AND DESIGNATION | AREA (IN ACRES) | VALUES |
|---|---|---|
| Fairview Research Natural Area/ACEC (See Map 2-25 on page 592) | 213 | Fairview ACEC contains two tracts. The south tract is within the planning area. The north tract is within the GGNCA and will not be considered in the RMP. The ACEC has a large population of a listed endangered species and significant populations of a candidate species. |
| Needle Rock Outstanding Natural Area/ACEC (See Map 2-26 on page 593) | 83 | This site consists mainly of a volcanic geological structure with high-value scientific, interpretive, and scenic characteristics. |
| Adobe Badlands Outstanding Natural Area/ACEC (See Map 2-27 on page 594) | 6,383 | This area consists of Mancos shale hills and flats which, through wind and water erosion, have formed unique scenic formations. The area's soils are highly erodible and saline, resulting in high sediment loads and very saline runoff. The area also contains known and potential habitat for several endangered and threatened plant species. |
| San Miguel ACEC/Special Recreation Management Area (See Map 2-28 on page 595) | 22,841 | The primary emphasis is on the protection of unique, high quality riparian vegetation resources, the scenic values of the corridor, and preservation of relic riparian communities. The provision of quality recreation experiences while maintaining these riparian systems is the second major goal. |


BLM_0105973

# 2.3.2 ☀ National Scenic Byways

The National Scenic Byways Program was established under the Intermodal Surface Transportation Efficiency Act of 1991, and reauthorized in 1998 under the Transportation Equity Act for the 21st Century. The program recognizes certain roads as National Scenic Byways or All-American Roads based on their archaeological, cultural, historic, natural, recreational, and scenic qualities. All-American Roads must exhibit multiple intrinsic qualities. To be considered for inclusion in the program, a highway must provide safe passage for passenger cars year-round, be designated a State Scenic Byway, and have a current corridor management plan in place. Installation of off-site outdoor advertising (such as billboards) is not allowed along byways. Within the UFO, there is one All American Road and one National Scenic and Historic Byway.

## AMERICA'S BYWAYS

In the state of Colorado, eleven routes have been designated as part of America's Byways by the U.S. Department of Transportation. Two of these are within the planning area.

### San Juan Skyway

The San Juan Skyway was designated as an All-American Road in 1996. This 236-mile scenic byway travels southwest from Ridgway over Dallas Divide and along Leopard Creek on Highway 62. The loop joins Highway 145 near Placerville and continues past Mountain Village (just west of Telluride) through the San Juan National Forest to Cortez. From Cortez, the skyway heads east on Highway 160 to Durango, and then north along Highway 550, passing through Silverton and Ouray before returning to Ridgway.

### Grand Mesa Scenic and Historic Byway

In 1996, Colorado Highway 65 over Grand Mesa was designated as a National Scenic Byway. This 63-mile route begins in Cedaredge, heads north through Mesa, and ends at the junction with Interstate-70. A spur road on top of the mesa leads to Land's End.

## COLORADO SCENIC AND HISTORIC BYWAYS

The Colorado Scenic and Historic Byways program is a statewide partnership intended to provide recreational, educational, and economic benefits to Coloradans and visitors. This system of outstanding touring routes provides travelers with interpretation and identification of key points of interest and services, while protecting significant resources. Scenic and Historic Byways are nominated by local partnership groups and designated by the Colorado Scenic and Historic Byways Commission for their exceptional scenic, historic, cultural, recreational, and natural features. There are two Colorado Scenic Byways within the planning area.

198   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0105974

## Unaweep/Tabeguache Scenic Byway

This 133-mile southwest Colorado route begins in Placerville on Highway 145 and heads northwest through Naturita and Uravan. The byway continues on Highway 141 through Gateway, past the Gateway Canyons Resort, and ends in Whitewater.

## West Elk Loop

The 205-mile West Elk Loop begins in Carbondale, Colorado and travels south along Highway 133 through the towns of Redstone and Paonia. The route continues south and then east along Highway 92 towards the town of Gunnison. At Gunnison, the loop heads north along Highway 135 through Crested Butte and meets up once again with Highway 133, where it continues north back to Carbondale.

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        199
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105975

# 2.3.3 ☀ *Wild and Scenic Rivers*

The BLM UFO is conducting an inventory and analysis to determine the eligibility and suitability of rivers and streams in the planning area, as well as the portion of the Dominguez-Escalante National Conservation Area within the UFO, for inclusion in the National Wild and Scenic Rivers System. The evaluation is a required component of the RMP revision.

Prepared in September 2009, the **Draft Wild and Scenic River Eligibility Report for the Uncompahgre Planning Area** details river segments determined to be **eligible** for the Wild and Scenic Rivers System, as defined by the Wild and Scenic Rivers Act of 1968. These river segments will be carried forward to the Suitability Phase of the study as part of the RMP revision. The Eligibility Report also lists all rivers and streams within the planning area that were evaluated and found not to be eligible, along with supporting rationale. The Eligibility Report, including detailed maps of eligible river segments, is available on the Uncompahgre Planning webpage.

## DETERMINATION OF WILD AND SCENIC RIVER ELIGIBILITY

The initial step in determining eligibility was to generate an inventory of all rivers and streams within the evaluation area. Every known river with a perennial or intermittent flow regime was identified, using a variety of Bureau of Land Management and other data sources. Some waterways were further segmented based on differences in level of development, physiographic character, land status, or the existence of in-channel diversions or dams.

The river segments were then evaluated to determine whether they meet the dual criteria of being free-flowing and possessing one or more outstandingly remarkable values, as defined in the Wild and Scenic Rivers Act. Eligible segments were preliminarily classified as *wild*, *scenic*, or *recreational*, based on water quality and level of human development along the river corridor.

## DRAFT ELIGIBILITY RESULTS

During the inventory phase, 174 river segments were identified for review. After evaluating these river segments, 23 rivers separated into 34 segments, were determined to be free-flowing and possessed one or more outstandingly remarkable values necessary for Wild and Scenic Rivers eligibility. In addition, the San Juan Public Lands Draft Land Management Plan identifies a segment of the Dolores River as eligible. The northernmost 11.8-mile downstream portion of this segment is managed and will be evaluated by the UFO during the Suitability Phase, resulting in 35 eligible river segments.

200           BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105976

Management constraints were not considered during the eligibility phase, but will be assessed during the suitability analysis. A final determination of suitability will be issued in the RMP Record of Decision.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    201
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105977

CHAPTER TWO - AREA PROFILE: SPECIAL DESIGNATIONS

# 2.3.4 ☀ Wilderness Areas & Wilderness Study Areas

## WILDERNESS STUDY AREAS

Under FLPMA, wilderness preservation is part of the BLM's multiple use mandate, and wilderness is recognized as part of a spectrum of resource values to be considered during land use planning. Under the wilderness review program, existing designated wilderness study areas (WSAs) are managed in accordance with the BLM's Interim Management Plan. The status of these WSAs will not change as a result of the Uncompahgre RMP revision.

WSAs contain wilderness characteristics and are managed to preserve those values until Congress either designates them as wilderness or releases them for other uses. This applies to the four WSAs that lie all or partially within the planning area: Camel Back (10,402 acres), Adobe Badlands (10,425 acres), Dolores River Canyon (13,354 acres within the UFO), and Sewemup (1,803 acres within the UFO).

With the passage of FLPMA in 1976, Congress directed the BLM to inventory, study, and recommend public lands under its jurisdiction for wilderness designation. In 1991, the BLM issued a Record of Decision that included wilderness recommendations for WSAs throughout the state of Colorado.

TABLE 2.35 - WILDERNESS RECOMMENDATIONS IN THE PLANNING AREA

| WSA | ACRES IN PLANNING AREA RECOMMENDED FOR WILDERNESS |
|---|---|
| Camelback | 0 |
| Adobe Badlands | 0 |
| Dolores River Canyon | 13,354 |
| Sewemup | 1,803 |

## Camelback WSA

The Camelback WSA is located nine miles southwest of Delta and 20 miles northwest of Montrose, adjacent to the Uncompahgre National Forest. It contains 10,402 acres of BLM-administered public land, all within the planning area. The BLM did not recommend Camelback WSA for wilderness designation in the 1991 Wilderness Study Report. The entire area is closed to motorized and mechanized travel.

BLM_0105978

## Adobe Badlands WSA

The Adobe Badlands WSA is located three miles northwest of Delta, and contains 10,425 acres of BLM public land, all within the planning area. The area is surrounded by both public and non-public lands, and the northern boundary is contiguous with the Grand Mesa National Forest. The WSA was recommended as not suitable for wilderness designation in the Wilderness Study Report.

Approximately 6,783 acres in the southern two-thirds of the area is managed as an Outstanding Natural Area and Area of Critical Environmental Concern to protect scenic values, threatened and endangered plants, and reduce active erosion. The area is closed to motorized travel. Approximately 1,927 acres in the northern portion is managed for deer and elk winter range. Motorized travel is restricted to designated roads and trails from December 1 through April 30. Motorized travel is restricted yearlong to designated roads and trails on 1,715 acres of highly erodible saline soils along the western and northern boundary of the WSA.

## Dolores River Canyon WSA

The Dolores River Canyon WSA is located 18 miles west of Naturita and is surrounded by BLM land. The area contains 28,668 acres of public land (with the northernmost 13,354 acres in the planning area). Approximately 29,415 acres (including an additional 947 acres from outside the WSA boundary) were recommended for wilderness designation by the BLM in the San Juan/San Miguel RMP. This WSA is closed to motorized travel.

## Sewemup Mesa WSA

The Sewemup Mesa WSA is located south of Gateway, west of Highway 141, approximately 15 miles northwest of Uravan. The southwest portion is adjacent to Manti-LaSalle National Forest. The WSA contains 19,140 acres of public land (with the southernmost 1,803 acres in the planning area). Of the entire WSA, approximately 18,835 acres were recommended by the BLM as suitable for wilderness designation and 305 acres were recommended as non-wilderness. The entire suitable area is closed to motorized travel.

## SPECIAL DESIGNATION

## Tabeguache Area

The Tabeguache Area is located on the west-central side of the Uncompahgre Plateau, approximately seven miles north of Nucla and adjacent to the Uncompahgre National Forest. The Colorado Wilderness Act (H.R. 631) passed by Congress in 1993, designated 17,240 acres consisting of 7,748 acres of the BLM Tabeguache WSA (within the planning area) and 9,492 acres of land in the Uncompahgre National Forest (adjacent to the WSA) as the Tabeguache Area. Under the new law, the Tabeguache Area must be managed by the BLM and USFS in order to maintain the area's "presently existing wilderness character and potential for inclusion in the National Wilderness Preservation System." The entire Tabeguache Area is closed to motorized and mechanized travel.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    203
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105979

# 2.3.5 ☀ Special Recreation Management Areas

Special Recreation Management Areas are discussed in Recreation Section 2.2.4 beginning on page 171.

204          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105980



# 2.4

# Social and Economic Conditions and Characteristics

## THE SOCIAL AND ECONOMIC CONDITIONS AND CHARACTERIZATIONS SECTION INCLUDES:

**TRIBAL INTERESTS**
Identifies Tribes with interests in the planning area.

**PUBLIC SAFETY**
Identifies areas or conditions where public safety is an issue.

**SOCIAL AND ECONOMIC CONDITIONS**
Presents the baseline socio-economic report.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          205
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105981

# 2.4.1 ☀ Tribal Interests

## BACKGROUND

The BLM has traditionally viewed its responsibility toward Native American concerns and tribal interests within the narrow scope of consultation on specific issues, typically involving development and individual NEPA actions on public lands. The BLM is mandated to consult with Native American tribes concerning the identification of cultural values, religious beliefs, and traditional practices of Native American people that may be affected by actions on federal lands. The 1989 RMP does not contain any specific decisions or guidance relating to tribal interests.

The BLM has developed several sets of guidelines for consulting with Native American groups and evaluating cultural resources, with an emphasis on traditional use values. BLM manuals 8160 and H-8160-1 provide consultation requirements and procedural guidance to ensure that the consultation record demonstrates, "that the responsible manager has made a reasonable and good faith effort to obtain and consider appropriate Native American input in decision making" (BLM 2002). BLM Handbook H-8110 offers guidelines for determining authorized uses of a cultural resource, including considerations for traditional use values.

## INDICATORS

As part of the cultural resource management planning program, the UFO (in cooperation with the Grand Junction and Glenwood Springs field offices) has initiated consultation in connection with the Ute Ethnohistory Project. A series of face-to-face consultations and field visits were conducted with representatives of the Northern Ute Tribe (inhabiting the Uintah and Ouray Reservation in Utah), and the Ute Mountain Ute Tribe. Representatives of the Southern Ute Tribe also participated in the initial planning stages.

The project has thus far produced a report that will serve as the foundation for addressing tribal interests during the upcoming RMP. Titled "Perspectives on Ute Ethnohistory in West Central Colorado" (Dominguez Archaeological Research Group 2009), the report identifies the following key issues in the continued identification and protection of tribal interests:

- Legal, social, scientific and religious points of view attach(ed) to cultural resources on public lands. Each of those perspectives must be considered, in good faith, in land management planning, policy and programs.
- The traditional and historical culture of the Utes is based in nature and places deeply-held values on the living landscapes that were home to their ancestors. Their

206   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105982

spiritual and emotional connections to their Colorado homelands remain strong and are growing.

- Consultation and partnership with the Utes is vitally important to BLM's planning and cultural resource management decisions in its efforts to keep pace with increasing development and population pressures on public lands in the project area.
- Cultural programs that provide opportunities for Ute people – including elders, families, and young people --- to widely participate in and contribute to cultural resources research and preservation efforts are of immense benefit to all heritage stakeholders.
- Partnership and collaboration requires information parity. Much work is needed to improve information flow between tribal and agency cultural resource departments.
- Meaningful and effective tribal consultation, as well as informed land management decision-making, requires more than narrowly focused archaeological site information. Landscape-scale inventories, including environmental, ethnohistorical, and ethnographic contexts, are generally lacking in the project area.
- Consultation processes are inconsistent across both tribal and agency cultural programs. Past efforts to clarify and improve communication and procedural protocols, including those undertaken in the course of this project, should be continued and expanded.

A number of recent trends in cultural heritage preservation and cultural resource management, and within the disciplines of archaeology, anthropology, and history, are beginning to address past shortcomings in regard to Native American culture and history. This project is a good beginning toward integrating and applying these new ways of understanding to the challenges of preserving and protecting Ute heritage on the public lands of Colorado.

The report examines these themes in some detail, looks at how they may apply to current and future BLM planning activities, and recommends future actions that the BLM can take to more fully integrate Ute heritage concerns into cultural programs (Ott 2009).

# CURRENT CONDITION

Present practices in the protection of tribal interests are limited to project and site specific Native American consultations. Tribal leaders and historians generally view the process of consultation in its entirety as one in which representatives of Sovereign Nations meet to discuss and resolve potential conflicts. From tribal perspectives, most issues center on the appropriate use and protection of landscapes and places. The BLM's approach has been far narrower, and places emphasis on specific sites, with the goal of protection of tribal interests in the framework of archaeological resources. The resulting miscommunications are frequently frustrating to all parties concerned.

JUNE 2010   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   207
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105983

Places (as opposed to sites) of traditional cultural importance to Native American people may include:

- locations associated with traditional beliefs (such as tribal and human origins, oral tales and tribal history, religious and ceremonial practices, and past or present significance and use)
- ancestral habitation and burial sites
- trails
- areas where food, mineral, and water resources possessing healing powers or used for subsistence may be obtained.

Some of these locations may also be regarded as sacred by particular Native American tribes or individuals. Under the framework of existing laws (including the National Historic Preservation Act of 1966, the American Indian Religious Freedom Act of 1978, Executive Order 13007 regarding Indian Sacred Sites, and the Native American Graves Protection and Repatriation Act of 1990), the BLM must take into account the effects of federally linked projects or land uses on these types of locations.

The planning area is not contiguous with any current tribal lands, nor have any trust assets or resources been identified by tribes. Portions of the planning area in San Miguel and southern Ouray counties are within lands covered by the Brunot Treaty of 1873, though none of the provisions of that agreement or the subsequent Colorado DOW/Southern Ute Tribe Memorandum of Understanding are administered by the BLM.

The BLM and area tribes currently have not entered into any programmatic agreements, memoranda of understanding, or joint plans. The UFO has invited the Southern Ute Indian Tribe, the Northern Ute Indian Tribe, and the Ute Mountain Ute Tribe to become cooperating agencies during the RMP revision process. To date, none of the tribes has signed a memorandum of understanding with the BLM to become a cooperating agency.

# TRENDS

During previous consultation, the Ute Tribes have indicated that the UFO is part of their ancestral homeland, thereby increasing the potential of traditional cultural properties and sacred sites. At present, the Ute Tribes have identified several sacred/religious sites and special use sites. Continuing consultation with Native American tribes will help redevelop traditional ties to the landscape, and identify and protect sacred and traditional use areas.

Native American consultation on both a programmatic and project-specific basis continues to identify traditional cultural properties, sacred/religious sites, and special use areas through letters, phone calls, and on-site visits. Field site visits have been conducted to share the results of compliance projects when sites affiliated with the Ute tribes are recorded.

208  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105984

Native American heritage considerations are just being discovered through consultation with the Ute tribes. The BLM perspective of managing significant cultural resources as distinct properties differs from that of traditional tribal leaders who view cultural resources as part of a larger heritage setting. The following management practices are seen as important for the UFO to continue in managing tribal interests within the planning area:

- Continue consultation with Ute tribal members to identify traditional areas of importance.
- Continue programs to redevelop traditional ties to the landscape, and identify and protect sacred and traditional use areas.
- Designate heritage areas as ACECs or special management areas to meet the BLM's commitment to the Ute tribes to recognize areas to manage as traditional landscapes and protect cultural resources holistically by focusing on community stewardship.

# FORECAST

The UFO will continue to consult with Native American tribes to identify traditional cultural properties, sacred/religious sites, and special use areas within the planning area. Consultation will expand from the current practice of sending informational letters, to a program that includes written communication, face-to-face meetings, and programmatic agreements. Letters requesting comments and input will continue to be sent to the Southern Ute, Ute Mountain Ute, and Northern Ute tribes. Phone contact will be made to confirm tribal interest in providing comments and input, and consultation with interested tribes will continue throughout the planning process. If tribally sensitive areas are identified through the notification or consultation process, concerns will be addressed through planning. The UFO will protect and preserve Native American cultural and sacred sites, and access to these sites whenever possible, and will take no action that would adversely affect these areas or locations without consulting the appropriate tribes.

## UTE ETHNOHISTORY PROJECT

The Ute Ethnohistory Project is a long-term partnership and research project with the Ute tribes dedicated to identifying areas and sites of cultural and religious importance to the Ute people. The project was initiated by the BLM in 2007 during early scoping for the RMP revision. It involved presentations to the three Ute Councils. This project actively involves Ute cultural resource staff and traditional leaders in identifying issues and concerns. To date, one of the major issues is conserving heritage landscapes. These are large areas that embody not only physical cultural sites, but also have natural environmental conditions relatively unaffected by the change in cultural use over the past 100 years that could be used by Ute tribal members for field workshops and resource gathering areas. The Ute

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          209
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105985

Ethnohistory Project will continue throughout the RMP revision process. As sensitive heritage areas are identified through the Native American notification or consultation process, their concerns will be addressed through the RMP revision process. The BLM is obligated to protect and preserve Native American cultural and sacred sites and Native American access to these sites, but that is only possible through better communication between the BLM and tribes.

210   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105986

# 2.4.2 ☀ *Public Safety*

Visitor safety is a high priority for the UFO. The BLM is required to address abandoned mines, target shooting, unexploded ordnance, mass movement, hazardous waste, and other public hazards. The primary concern for public safety within the planning area is the illegal use, storage, and disposal of hazardous materials.

## MAJOR SAFETY CONCERNS IN THE PLANNING AREA

### Abandoned Mines

The Abandoned Mine Lands Program is a national and state BLM safety priority, with an emphasis on ensuring public safety and protecting watersheds from hazardous materials and mine drainage. At the field office level, the program's role is to identify and characterize inactive mine sites, inventory hazards or potential hazards to human health, safety, and the environment, and store data in a national or state database. Specific sites may be closed or remediated in order to protect human health or the environment.

There are over 400 documented abandoned uranium mines in the planning area (Buria 2008). Abandoned mines and prospects are found throughout the planning area. Workers conducting natural resource extraction and development may encounter hazardous, abandoned mine sites. In addition, visitors often find abandoned mines and prospects attractive to explore and may be exposed to hazards at these sites. Features that could pose public safety hazards at abandoned mine sites include open and unstable shafts, adits, drifts, pits, tailings, wells, or other excavations, dilapidated, unstable, or collapsed buildings and other structures, mining implements, construction debris, and hazardous or toxic materials.

The uranium mining industry began in the 1940s, primarily to produce uranium for weapons and later for nuclear fuel. Although there are about 4,000 mines with documented production, a database compiled by EPA, with information provided by other federal, state, and tribal agencies, includes 15,000 mine locations with uranium in 14 western states. Most of those locations are found in Colorado, Utah, New Mexico, Arizona, and Wyoming, with about 75% of those on federal and tribal lands (as shown in Map 2-29 on page 596).

The majority of these sites were conventional (open pit and underground) mines. The mining of uranium ores by both underground and surface methods produces large amounts of bulk waste material, including bore hole drill cuttings, excavated top soil, barren overburden rock, weakly uranium-enriched waste rock, and subgrade ores (or protore). At some abandoned mine sites, ore enriched with uranium was left on site when prices fell, while transfer stations at some distance from remote mines may contain residual radioactive soil and rock without any visible facilities to mark their location. While most pose minimal

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          211
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105987

risk to the public, since radiation exposure is likely to be short and intermittent (involving visitation and recreation), they may pose other physical safety risks (BLM 2008).

According to the Colorado Division of Reclamation, Mining and Safety, approximately 23,000 abandoned mines are located in Colorado, and of those, only 6,127 have been made safe by this state agency.

## Target Shooting

While there are no designated target shooting areas within the planning area, target shooting is generally allowed on public lands. The planning area has several unofficial shooting areas in old barrow pits, gravel pits, and other disturbed areas where there is a history of such use. Cleanup of targets, shell casings, and trash is required. Due to public safety concerns, shooting is specifically prohibited at developed recreation sites and in other posted areas.

## Unexploded Ordnance

The amount of unexploded ordnance within the planning area is unknown. Areas in and around northwest Delta where inherent ordnance dangers exist require continued regulated access, close monitoring, and notification of users. In public access areas, any identified unexploded ordnance reported would be cleared and disposed of according to applicable U.S. Army policies and procedures.

## Hazardous Materials

There are no approved hazardous waste disposal facilities within the planning area. Hazardous material is defined as any material that, because of its quantity, concentration, or physical or chemical properties, may pose a real hazard to human health or the environment. Hazardous materials include flammable, combustible, toxic, poisonous, infectious, and corrosive materials, oxidizers, aerosols, biohazards, and compressed gases.

Hazardous materials may legitimately be brought onto BLM-administered lands during authorized weed and insect control or resource development projects. Hazardous materials used for weed and insect control include herbicides, algaecides, and pesticides. The general types of hazardous materials that may be present during resource development projects include, but are not limited to, petroleum products (fuels and lubricants), solvents, surfactants, paints, explosives, batteries, acids, biocides, gases, and antifreeze. Many hazardous material incidents involve illegal disposal of hazardous materials on public lands. These types of materials include, but are not limited to, petroleum products, household wastes, paints, biocides, and methamphetamine manufacturing wastes. The majority of illegal dumping activity within the planning area involves solid waste, which is problematic regardless of whether hazardous materials are involved.

## Mass Movement

Unstable slopes occur on hillsides or cliffs, or in areas that are susceptible to landslides, mudflows, rock falls, or accelerated creep of slope-forming materials. Unstable slopes occur

212   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105988

naturally and are widespread in the planning area. Most unstable slopes consist of weathered sedimentary strata and/or recent colluvium deposits that move downhill due to gravity. Unstable slopes can be active or inactive. Slope failure can be initiated by a change of conditions, either natural or man induced. Natural factors contributing to slope instability include weathering and erosion, changes in the hydrologic characteristics of the hillside, loss of vegetation cover, earthquakes, and the slow natural deterioration of slope strength. Artificial factors that can undermine slope strength include cut and fill operations, alteration of surface drainages, removal of vegetation cover, excessive irrigation, blasting, and vehicular traffic.

Within the UFO, there is an area of mass movement in the Paonia-McClure Pass area. Here the Cretaceous Mesa Verde Group and Tertiary Wasatch Formations have resistant sandstone units overlying weaker, more easily erodible shale, siltstone and mudstone units. These weaker units are easily weathered and eroded, undercutting the more competent sandstone. This differential weathering causes the sandstone to slide and fall once its underlying support is removed.

In general, mass movement is a dynamic process that can be activated by earthquakes, rapid snowmelt, intense rainstorms, or gravity. Whereas mass movement plays a major role in the evolution of a hillslope by modifying slope morphology and transporting material from the slope to the valley, it also poses a potential natural hazard. Prediction of the location and volume of transported mass on potentially unstable slopes is an important issue in the assessment of mass movement hazards and hillslope evolution. A promising approach is to examine the relationships of area, volume, length, height, and width of existing movements through ratio quantification (Regmi et al 2008).

A technical study mapped 683 movement features in the Paonia to McClure Pass area of western Colorado from aerial photographs and field surveys. The area covers approximately 600 kilometers[2]. The total area of movement was classified as debris flows (29%), rockslides (26%), debris slides (23%), soil slides (15%), and forest road and highway-influenced landslides (7%). (Regmi, et al, 2008) Future hazard analysis studies will produce landslide hazard zone maps that BLM can use in its planning process.

Flood/debris flow hazards are discussed under Soil Resources in Section 2.1.3.

JUNE 2010                    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    213
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0105989

## 2.4.3 ☀ Social & Economic Conditions

The BLM UFO will make the Social and Economic Baseline Assessment Report available on the Uncompahgre planning webpage at www.UFORMP.com as soon as it is finalized.

214          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105990

# CHAPTER THREE
# Current Management Direction

This chapter describes the current management direction provided by the existing RMPs and amendments (shown in Table 3.1). This current management becomes the basis for the No Action Alternative in the new RMP/Environmental Impact Statement (EIS). Management direction from these RMPs determined to be still valid may be carried forward to the Uncompahgre RMP as an element of one or more action alternatives.

Current management direction addresses resources, resources uses, special designations, and social and economic conditions and characterizations in the planning area.

## THE CURRENT MANAGEMENT DIRECTION CHAPTER INCLUDES:

### ✍ MANAGEMENT OBJECTIVES

Identify objectives from existing RMPs, amendments, and other relevant mandates

### ✍ MANAGEMENT DECISIONS

Identify decisions made and actions taken based upon existing RMPs, amendments, and other relevant mandates

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    215
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105991

TABLE 3.1  RELEVANT PLANS AND AMENDMENTS

| DOCUMENT TITLE | YEAR | DESCRIPTION |
|---|---|---|
| San Juan/San Miguel RMP | 1985 | Current RMP guiding management actions in the San Juan Resource Area and portions of the Uncompahgre Basin Resource Area |
| Uncompahgre Basin RMP | 1989 | Current RMP guiding management actions in the Uncompahgre Basin Planning Area |
| Oil and Gas Leasing Amendment | 1991 | Amends the San Juan/San Miguel RMP to require lease stipulations, lease notices, and conditions of approval for field operations on all new oil and gas leases and new operations on existing leases |
| Fire Management Amendment | 1992 | Amends the Uncompahgre Basin RMP to allow the use of fire as a management tool on all public lands in the planning area, subject to site-specific environmental analysis and approved burn plans |
| San Miguel River Area of Critical Environmental Concern (ACEC) and Special Recreation Management Area (SRMA) Amendment | 1993 | Amends the San Juan/San Miguel RMP to establish an SRMA for the management of recreation resources and within that, an ACEC for the protection of unique riparian resources and scenic values |
| Land Disposal Amendment | 1994 | Amends the Uncompahgre Basin RMP to classify public lands in the planning area (excluding special management retention areas) into one of two categories for disposal or multiple use management purposes |
| Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado | 1997 | Amends both RMPs to establish standards and guidelines for improving and sustaining soil productivity, riparian function, water quality, plant density and diversity, and wildlife habitat on public lands using a landscape approach |
| Gunnison Interim Travel Management Amendment | 2001 | Amends the Uncompahgre Basin RMP to prohibit cross-country, off-route travel using motorized or mechanical vehicles and limit use to existing road and trails |

216   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105992

# 3.1.1 ☀ *Air Quality*

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- Present air quality standards will be adhered to throughout the entire planning area. This is required by law.

### SAN JUAN/SAN MIGUEL RMP

Objectives and decisions for managing air quality are not identified in this plan.

## MANAGEMENT DECISIONS

- Activities and projects on public land will comply with applicable local, state, and federal air quality regulations. Mitigation to minimize air quality degradation will be incorporated into project proposals as appropriate.

*Implementation Priorities*

1. Assist other agencies in obtaining baseline air quality data.
2. Incorporate mitigation into any project proposal which would degrade air quality.

### SUPPORT

Support will be needed from the State of Colorado Department of Health Air Pollution Control Division, the U.S. Environmental Protection Agency, the USFS and the National Park Service.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          217

*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0105993

## 3.1.2 ☀ Geology

Objectives and decisions for managing geological resources are not identified in either plan. Geologic resources are managed according to BLM policies.

218          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0105994

CHAPTER THREE – CURRENT MANAGEMENT DIRECTION

# 3.1.3/3.1.4  ☼  *Soil and Water Resources*

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- Water quality and erosion conditions will continue to be monitored throughout the planning area to establish baseline conditions, identify problem areas, and to measure changes due to management actions.   Measures designed to minimize erosion and water quality deterioration will be required in the site specific plans for surface-disturbing land use activities.

- Management Units: 1, 2, 3, 7, 8, 9, 10, 13, 14, and 15 are available for erosion and salinity control objectives, and projects which do not conflict with the primary objectives of each of these management units.

### SAN JUAN/SAN MIGUEL RMP

- Soil and water resources will continue to be evaluated in activity planning or on a case-by-case basis as part of project level planning. Such an evaluation will consider the significance of the proposed projects and the sensitivity of soil and water resources in the affected areas. Stipulations will be attached as appropriate to ensure compatibility of projects to soil and water resource management. Soils will be managed to maintain productivity and to minimize erosion.

- Water quality will be maintained or improved in accordance with State and Federal laws and approved standards, including consultation with State agencies on proposed projects that may significantly affect water quality. Management actions on public land within municipal watersheds will be designed to protect water quality and quantity. Management activities in aquatic and riparian areas will be designed to maintain or, where possible, improve riparian habitat condition. Roads and utility corridors will avoid aquatic and riparian areas to the extent practicable.

JUNE 2010           BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                219
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105995

# MANAGEMENT DECISIONS

## UNCOMPAHGRE BASIN RMP

### Management Unit 1
- Non-conflicting (does not conflict with the objective of the management unit) erosion control objectives, projects, and mitigating measures will be incorporated into new and existing allotment management plans (AMPs).

- In-channel structures and land treatment projects designed to reduce runoff and soil erosion will be developed.

### Management Unit 2
- Non-conflicting erosion control objectives, projects, and mitigation measures will be incorporated into new wildlife habitat management plans.

- Land treatment and erosion control projects will be permitted if they are compatible with wildlife habitat management objectives.

### Management Unit 3
- Non-conflicting erosion control objectives, projects, and mitigating measures will be incorporated into new forest management plans (FMPs).

- Existing erosion control projects will be maintained and new projects developed if they will not decrease the woodland base.

### Management Unit 5
- Management Unit 5, totaling 24,177 acres, consists of Mancos shale hills commonly known as the "adobes". The management unit will be managed to reduce salinity loads in the Upper Colorado River Basin.

- In-channel structures and land treatment projects designed to reduce runoff, erosion, and sedimentation will be developed, and surface protection measures will be implemented.

- Forage utilization will be managed to achieve the basal ground cover objectives identified in Table XX.

TABLE 3.2 - OBJECTIVES FOR GROUND COVER PERCENTAGE IN MANAGEMENT UNIT 5

| RANGE SITE | LOCATION | PERCENT BASAL GROUND COVER |
|---|---|---|
| Stony salt desert | North of Delta | 10% |
| Clayey salt desert | South of Hotchkiss | 10% |
| Salt flats | South of Hotchkiss | 7% |
| Clayey salt desert | Bone Mesa | 10% |

220    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105996

- Surface disturbing activities will be curtailed from March 1 through May 31 when saturated soils are most vulnerable to damage.
- Activities and other land uses which are consistent with maintaining the soil and vegetative conditions necessary to reduce erosion and salt contributions to the river basin will be permitted.
- To protect highly saline soils, vehicle use in the entire management unit will be limited to designated roads and trails yearlong.

**Management Unit 9**
- Non-conflicting erosion control and water quality improvement objectives and projects will be incorporated into new riparian/aquatic system management plans.

**Management Unit 10**
- Stipulations designed to maintain soil stability and prevent soil slumping will be incorporated into plans for all surface disturbing land use activities.

**Management Unit 15**
- Erosion and salinity control measures will not utilize structures or land treatments which would alter scenic values.

**Management Unit 16**
- Unit will not be available for any project development due to the low potential economic return.

*Implementation Priorities*

1. Maintain existing water quality and erosion monitoring studies;
2. Determine existing basal ground cover (an indicator of soil erosion potential) on:
   o Management Unit 15
   o Management Unit 5
3. Develop Watershed Management Objectives on Management Unit 5
4. Implement Watershed Management

## UNCOMPAHGRE BASIN RMP AMENDMENTS

### Uncompahgre Basin Wilderness Environmental Impact Statement (1989)

Adobe Badlands WSA (CO-030-370B) - No Wilderness Alternative (Proposed Action). Under the Proposed Action, all 10,425 acres of the Adobe Badlands WSA are being recommended as nonsuitable for wilderness designation. The area would be divided in to three management units. One unit would be 1,715 acres and managed as a Salinity Control Unit (Unit C) with seasonal restrictions on ORV use, grazing, oil and gas leasing, and mineral activities to control active erosion and salinity contributions.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          221
*Analysis of the Management Situation
for the Uncompahgre Planning Area*


BLM_0105997

## Gunnison Travel Interim Restrictions

On March 28, 2001, a travel management plan was finalized for portions of the UFO. The Environmental Assessment (EA) was titled Gunnison Travel Interim Restrictions." The purpose and need for the proposed action in the EA was, in part, to maintain soil and water quality. Under the Purpose and Need, the EA states that the goal of maintaining and restoring healthy ecosystems and watersheds is not being met. The EA was also intended to bring the area into compliance with the Colorado Public Land Health Standards to ensure healthy upland soils, and water quality meets minimum Colorado water standards.

Uncompahgre Basin RMP Management Units amended by this travel plan for soil and water resources are as follows:

### Management Unit 5

- Description of the OHV designation in the unit in the Uncompahgre Basin RMP dated July 1989: Off-Road Vehicles. To protect high saline soils, vehicle use in the entire management unit will be limited to designated roads and trails.

- Description of the proposed amendment to the above language: On approximately 1,329 acres of public lands on highly saline soils in the part of the unit located east or north of Colorado Highways 62 and 92 in Montrose, Delta, and Gunnison Counties, off-route, off highway use by wheeled, motorized or non-motorized mechanical vehicles, including mountain bikes, will be prohibited yearlong. Use by wheeled, motorized or non-motorized mechanical vehicles will be permitted for camping, picnicking, and forest gathering only 300 feet either side of existing established routes or trails as long as that use does not result in resource damage. The use of motorized vehicles will not be permitted cross-country or off existing established routes to retrieve game.

- Vehicle use on public lands in the remainder of the unit in the UFO will be limited to designated roads and trails yearlong to protect these highly saline soils.

### Management Unit 9

- Description of the OHV designation in the unit in the Uncompahgre Basin RMP on Off-Road Vehicles dated July 1989. A total of 680 acres in Roubideau and Potter creeks will be closed to ORV use. Vehicle use in the remainder of the management unit will be limited to designated roads and trails yearlong.

- Description of the Proposed Amendment to the above language: On approximately 726 acres of public lands in riparian areas in the part of the unit located north of Colorado Highways 62 and 92 in Montrose, Delta, and Gunnison Counties off-route, off-highway use by wheeled, motorized or non-motorized mechanical vehicles, including mountain bikes, will be prohibited yearlong.

- Use by wheeled, motorized or non-motorized mechanical vehicles will be permitted for camping, picnicking, and forest product gathering only within 300 feet either side of existing established routes or trails as long as that use does not result in resource

222    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0105998

damage. The use of motorized vehicles will not be permitted cross-country or off existing established routes to retrieve game.

- On public lands in the remainder of the unit in the UFO, off road vehicle use will be limited to designated roads and trails year long, with the exception of a total of 680 in Roubideau and Potter creeks, which will remain closed to ORV use.

**Management Unit 16**
- Description of the OHV designation in the unit in the Uncompahgre Basin RMP dated July 1989: Off-Road Vehicles. Public lands within the management unit will be open to ORV use.

- Description of the Proposed Amendment to the above language: On approximately 12,748 acres of public lands in that part of the unit located east or north of Colorado Highways 62 and 92 in Montrose, Delta, and Gunnison Counties, off route, off-highway use by wheeled, motorized or non-motorized mechanical vehicles, including mountain bikes, will be prohibited year long. Use by wheeled, motorized or non-motorized mechanical vehicles will be permitted for camping, picnicking, and forest product gathering only within 300 feet either side of existing established routes or trails as long as that use does not result in resource damage. The use of motorized vehicles will not be permitted cross-country or off existing established routes to retrieve game. This limitation of use is to protect resources, including soils and watershed values.

- The remainder of the public lands in management unit 16 is outside of the affected area and will remain open to ORV use.

## Uncompahgre Basin RMP Amendment - Project Design Criteria BLM Programmatic Consultation for Resource Management Plan Implementation 3/13/06

These criteria apply to both the Uncompahgre Basin RMP and the San Juan/San Miguel RMP.

BLM has defined conservation measures discussed in the Consultation Initiation letter (February 2006) as Project Design Criteria. These include actions that the BLM is currently implementing or can commit to implementing immediately that will reduce or minimize adverse effects to threatened and endangered species resulting from BLM actions. The subsets of these actions that have implications for soil and water resource management are as follows:

## Colorado River Endangered Fishes

*Project Design Features*

All new pipelines and other controlled surface uses that cross or affect any critical or occupied habitat of the Colorado River fishes will adhere to the following stipulations:

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          223
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0105999

- No work in the active river channel will take place between July 1 and September 30.  This will avoid adverse affects from sedimentation during spawning and when larval fishes are drifting in the river channel;
- After construction, the stream bed will be returned to pre-construction contours;
- A spill/leak contingency plan will be developed.

## Preble's Meadow Jumping Mouse

*Project Design Features*

- Require the use of erosion controls (such as silt fence, erosion blankets, hay bales, mulching, tackifiers, and surface roughening) on all projects within, adjacent to, or upstream from Preble's habitat to control erosion and sedimentation problems. Photo or biodegradable erosion blankets that will not entangle Preble's and other wildlife should be used where appropriate. Exposed surfaces should be minimized.

## Greenback Cutthroat Trout

*Project Design Features*

Require that measures be taken to minimize impacts to water quality and riparian and aquatic habitats during construction activities in occupied Greenback habitat. These measures include:

- the use of erosion controls and construction fencing on all projects within, adjacent to, or upstream from Greenback habitat to control erosion and sedimentation problems;
- the minimization of exposed surfaces; the avoidance of known spawning sites or backwaters; restrict the timing of all BLM-authorized activities occurring in occupied Greenback spawning habitat on a site-specific basis in consultation with the Fish and Wildlife Service; construction project personnel will be responsible for monitoring erosion control effectiveness and modifying control techniques as needed (especially after precipitation events); the maintenance and repair of erosion controls throughout project completion and site recovery; and develop spill/leak contingency plans for pipelines constructed in occupied Greenback habitat.
- avoiding aerial application of chemical fire retardant or foam, and excluding fire fighting-surface disturbing activities (such as fire lines) within 300 feet of any body of water that may be occupied Greenback habitat, except where human safety is involved.

## Colorado Public Land Health Standards

The Uncompahgre Basin RMP is amended to include the standards for public land health and guidelines for livestock grazing management dated November 1996. Existing RMP decisions modified or replaced by adoption of standards for public land health and guidelines for livestock grazing management, include:

224      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106000

The first sentence of the second paragraph under Management Unit 8 was modified, by adding, "Commensurate with public land health standards" so that it reads, "The management unit will be managed as open to OHV use, commensurate with public land health standards."

This modification is needed to assure consistency with Colorado land health standards. The soil and water public land health standards include the following:

*Standard 1:* Up/and soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.

**Indicators:**
- Expression of rills and soil pedestals is minimal.
- Evidence of actively-eroding gullies (incised channels) is minimal.
- Canopy and ground cover are appropriate.
- There is litter accumulating in place and is not sorted by normal overland water flow.
- There is appropriate organic matter in soil.
- There is diversity of plant species with a variety of root depths.
- Upland swales have vegetation cover or density greater than that of adjacent uplands.
- There are vigorous, desirable plants.

*Standard 5:* The water quality of all water bodies, including groundwater where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and antidegradation requirements set forth under State law as found in (5 CCR 1002-81, as required by Section 303(c) of the Clean Water Act.

**Indicators:**
- Appropriate populations of macroinvertebrates, vertebrates, and algae are present.
- Surface and ground waters only contain substances (such as sediment, scum, floating debris, odor, and heavy metal precipitates on channel substrate) attributable to humans within the amounts, concentrations, or combinations as directed by the Water Quality Standards established by the State of Colorado (5 CCR 1002-8).

## SAN JUAN/SAN MIGUEL RMP

- Protect water quality in aquifers used for domestic and municipal purposes in the Tabeguache Creek watershed.

JUNE 2010            BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        225
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106001

- Manage defined acreage in Paradox Valley and Dry Creek Basin to reduce erosion and sediment yield.

- Develop watershed management plans for all accelerated erosion, salinity, riparian, and other water quality improvement areas detailing specific management goals and actions.

- All monitoring will be conducted according to BLM policy and manuals, subject to available funding and personnel.

## SAN JUAN/SAN MIGUEL RMP AMENDMENTS

### Colorado Public Land Health Standards

The San Juan San Miguel RMP is amended to include the standards for public land health and guidelines for livestock grazing management dated November 1996. Existing RMP decisions modified or replaced by adoption of standards for public land health and guidelines for livestock grazing management include:

- *Page 26 of Final RMP:* Modify the second sentence under Management Guidance for Area A by adding: "Contingent on meeting public health standards" so that it reads: *Emphasis is on increasing forage, red meat and animal fiber production, and improving forage composition and watershed conditions, contingent on meeting public land health standards.*

  *Rationale:* This objective is modified to assure consistency with public land health standards.

- *Page 27 of Final RMP:* Modify livestock management, specific management direction by replacing 77 Allotment Management Plans (AMPs) on 810,000 acres with "where needed" so that it reads: *Develop AMPs where needed.*

  *Rationale:* Developing 71 AMPs is probably not realistic considering the limited resources of the BLM, and setting a specific number of AMPs is inconsistent with the prioritization process described for implementing standards and guidelines.

- *Page 33 of Final RMP:* Modify the second paragraph under Management Guidance for Area C by adding, "contingent on developments being able to meet public land health standards" so it reads,' The primary management goal is to ensure the continued availability of outdoor recreation opportunities which the public seek and which are not readily available from other public or private entities, contingent on developments being able to meet public land health standards."

  *Rationale:* This goal is modified to ensure consistency with public land health standards.

The soil and water public land health standards for Colorado include the following:

*Standard 1:* Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and

226      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106002

permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.

**Indicators:**
- Expression of rills and soil pedestals is minimal.
- Evidence of actively-eroding gullies (incised channels) is minimal.
- Canopy and ground cover are appropriate.
- There is litter accumulating in place and is not sorted by normal overland water flow.
- There is appropriate organic matter in soil.
- There is diversity of plant species with a variety of root depths.
- Upland swales have vegetation cover or density greater than that of adjacent uplands.
- There are vigorous, desirable plants.

*Standard 5:*  The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and antidegradation requirements set forth under State law as found in (5 CCR 1002-81, as required by Section 303(c) of the Clean Water Act.

**Indicators:**
- Appropriate populations of macroinvertebrates, vertebrates, and algae are present.
- Surface and ground waters only contain substances (e.g. sediment, scum, floating debris, odor, heavy metal precipitates 'on channel substrate) attributable to humans within the amounts, concentrations, or combinations as directed by the Water Quality Standards established by the State of Colorado (5 CCR 1002-8).

## Oil and Gas Leasing

### *Controlled Surface Use Stipulations*

- Prior to surface disturbance on Slopes of, or greater than, 40 percent, an engineering/reclamation plan must be approved by the Authorized Officer. Such plans must demonstrate how the following will be accomplished:
    - Site productivity will be restored.
    - Surface runoff will be adequately controlled.
    - Off-site areas will be protected from accelerated erosion such as drilling, gullying, piping, and mass wasting.
    - Surface-disturbing activities will not be conducted during extended wet periods.
    - Construction will not be allowed when soils are frozen.

JUNE 2010  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  227
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106003

- For the protection of perennial water impoundments and streams, and/or riparian/wetland vegetation zones, activities associated with oil and gas exploration and development including roads, transmission lines, storage facilities, are restricted to an area beyond the riparian vegetation zone.

- **Exceptions:**  This stipulation may be excepted subject to an on-site impact analysis with consideration given to degree of slope, soils, importance to the amount and type of wildlife and fish use, water quality, and other related resource values.

- This stipulation will not be applied where the Authorized Officer determines that relocation up to 200 meters can be applied to protect the riparian system during well sighting.

## San Miguel River ACEC and SRMA Amendment

### *Management Guidance for Area L1 – Area of Critical Environmental Concern*

- Maintain soil productivity, minimize man-caused erosion and strive to achieve adequate vegetation for watershed protection and plant vigor. Maintain or improve water quality and quantity for multiple-use resource needs. Secure sufficient water rights to provide for recreation and riparian management needs.

- Where possible, facility development will be located outside the 100-year floodplain.

228      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106004

# 3.1.5 ☀ *Vegetative Communities*

## MANAGEMENT OBJECTIVES

Objectives for managing noxious weeds are not identified in either RMP.

### UNCOMPAHGRE BASIN RMP

- Riparian zones and aquatic habitats will be inventoried and monitored where necessary to provide information to determine proper management. Vegetation conditions and streambank cover will be maintained or improved. Measures designed to minimize site-specific riparian and aquatic deterioration will be required in site specific plans for surface disturbing land use activities.

Other objectives pertaining to vegetation are found in the Threatened and Endangered Species, Wildlife Habitat, Livestock Grazing, Forestry, and Fire Management sections.

### UNCOMPAHGRE BASIN RMP AMENDMENTS

**Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado**

*Standard 2:* Riparian systems associated with both running and standing water, function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100-year floods. Riparian vegetation captures sediment, and provides forage, habitat and biodiversity. Water quality is improved or maintained. Stable soils store and release water slowly.

*Standard 3:* Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitats' potential. Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations, and ecological processes.

Other objectives pertaining to vegetation are listed under the Threatened and Endangered Species, Soil Resources, and Water Resources sections.

**Fire Management Amendment**

Objectives pertaining to vegetation are listed under the Fire Management section.

JUNE 2010　　　　BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  229
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106005

## SAN JUAN/SAN MIGUEL RMP

Objectives pertaining to vegetation are listed under the Livestock Grazing Management and Wildlife Management sections.

## SAN JUAN/SAN MIGUEL RMP AMENDMENTS

### Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado

See the previous Uncompahgre Basin RMP Amendments section for a full listing of objectives.

### San Miguel River ACEC and SRMA Amendment

Within the ACEC, the primary emphasis is on the protection of unique, high quality, riparian vegetation resources and the scenic values of the corridor, and the preservation of relic riparian communities.

Within the Special Recreation Management Area, recreation is identified as the principal management objective. The primary goal of management in this area is to continue to provide a quality recreation experience, with diverse recreation opportunities, while protecting the riparian and scenic values of the San Miguel River Canyon and its tributaries.

# MANAGEMENT DECISIONS

## UNCOMPAHGRE BASIN RMP

### Management Unit 1
- The management unit will be managed to improve vegetation conditions and forage availability for livestock grazing.

- Other management decisions pertaining to vegetation are listed under the following sections: Wildlife Habitat, Forestry and Fire Management.

### Management Unit 2
- The management unit will be managed to improve the areas' capabilities to support wintering deer, elk, and bighorn sheep populations.

- Other management decisions pertaining to vegetation are listed under the following sections: Livestock Grazing, Wildlife Habitat, Forestry and Fire Management.

### Management Unit 3
- The management unit will be managed for sustained yield production of the woodland resource within the allowable cut restrictions determined by the TPCC inventory.

230      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106006

- Other management decisions which pertain to vegetation are listed under the following sections: Wildlife Habitat, Livestock Grazing, and Fire Management.

**Management Unit 5**
- The management unit will be managed to reduce salinity loads in the Upper Colorado River Basin.

- Other management decisions pertaining to vegetation are listed under the following sections: Livestock Grazing, and Fire Management.

**Management Unit 7**
- Riparian/aquatic zones up to one-quarter mile wide will be protected. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures.

- Other management decisions pertaining to vegetation are listed under the following sections: Wildlife Habitat, Forestry, Access, and Fire Management.

- Vehicle use in the riparian zones associated with Bear and Roatcap creeks will be limited to designated roads and trails yearlong.

**Management Unit 8**
- The management unit will be managed as open to ORV use.

- Other management decisions pertaining to vegetation are listed under the following sections: Livestock Grazing, and Fire Management.

**Management Unit 9**
- The management unit will be managed to restore and enhance riparian vegetation along 40 miles of streams.

- Objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table will be incorporated into existing activity plans or developed in new riparian/aquatic system management plans.

- All areas will be intensively monitored for vegetation, aquatic habitat, and erosion conditions.

- Other management decisions pertaining to vegetation are listed under the following sections: Wildlife Habitat, Forestry, Livestock Grazing, and Fire Management.

**Management Unit 10**
- The management unit will be managed to enhance its use as an elk calving area.

- Other management decisions pertaining to vegetation are listed under the following sections: Forestry and Fire Management.

**Management Unit 13**
- The entire management unit is designated as the Fairview Research Natural Area/Area of Critical Environmental Concern (RNA/ACEC).

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    231
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106007

- Plant monitoring studies will be developed in cooperation with the Colorado Natural Areas Program.
- Other management decisions pertaining to vegetation are listed under the following sections: Livestock Grazing, and Fire Management.

**Management Unit 14**

- The entire management unit is designated as the Needle Rock Outstanding Natural Area/Area of Critical Environmental Concern (ONA/ACEC).
- Other management decisions pertaining to vegetation are listed under the following sections: Livestock Grazing, and Fire Management.

**Management Unit 15**

- The entire management unit is designated as the Adobe Badlands Outstanding Natural Area/Area of Critical Environmental Concern (ONA/ACEC).
- Other management decisions pertaining to vegetation are listed under the following sections: Threatened and Endangered Species, Wildlife Habitat, Livestock Grazing, and Fire Management.

**Management Unit 16**

- In general, the public lands in Management Unit 16 (48,422, acres) will be managed according to the policy assumptions and standard resource program management guidance developed for the RMP.
- Other management decisions pertaining to vegetation are listed under the following sections: Forestry and Fire Management.

## UNCOMPAHGRE BASIN RMP AMENDMENTS

### Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado

- Native plant species and natural revegetation are emphasized in the support of sustaining ecological functions and site integrity. Where reseeding is required, on land treatment efforts, emphasis will be placed on using native plant species. Seeding of non-native plant species will be considered based on local goals, native seed availability and cost, persistence of non-native plants and annuals and noxious weeds on the site, and composition of non-natives in the seed mix.
- Natural occurrences such as fire, drought, flooding, and prescribed land treatments should be combined with livestock management practices to move toward the sustainability of biological diversity across the landscape, including the maintenance, restoration, or enhancement of habitat to promote and assist the recovery and conservation of threatened, endangered, or other special status species, by helping to provide natural vegetation patterns, a mosaic of successional stages, and vegetation corridors, and thus minimizing habitat fragmentation.

- Other management decisions pertaining to vegetation are listed under the Livestock Grazing section.

## Fire Management Amendment

- Management decisions pertaining to vegetation are listed under the Fire Management section.

## SAN JUAN/SAN MIGUEL RMP

- Objectives to protect or improve aquatic and riparian habitat will become part of AMPS and habitat management plans.

- Management actions within flood plains and wetlands will include measures to preserve, protect, and, if necessary, restore their natural functions (as required by Executive Orders 11988 and 11990). Management techniques will be used to minimize degradation of aquatic and riparian habitats. Bridges and culvert installations will be designed to maintain adequate passages for fish.

- Improve aquatic and riparian habitat on these areas listed in priority order: the upper San Miguel River and its tributaries (44 miles), the upper Dolores River and its tributaries (30 miles), and the lower San Miguel River and its tributaries (20 miles). Develop needed habitat management plans and improvements for implementation (including monitoring plans).

- Other management decisions pertaining to vegetation are listed under the Livestock Grazing and Wildlife Management sections.

### Area A (Emphasis on Livestock Management)
- All perennial streams within the planning area that have the potential of providing quality fisheries and/or riparian habitat (approx. 400 mi have been identified) should receive special management consideration through the activity  planning process & monitoring systems to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat.

- Other management decisions pertaining to vegetation for this unit are listed under the Wildlife Management, Forestry and Fire Sections.

### Area B (Emphasis on Wildlife)
- Invest wildlife funds for structural improvements & vegetation restoration projects to improve high priority riparian habitat at the following drainages: Roc, North & South Mesa and La Sal Creeks.

- Improve or enhance aquatic/riparian habitat on the following priority areas: -Upper San Miguel River & its tributaries (44 miles), -Upper Dolores River (30 miles), -Lower San Miguel & its tributaries (20 miles). Develop aquatic/riparian habitat management plans for these three priority areas (including intensive monitoring plans).

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    233
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106009

- Other management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

### Area C (Emphasis on Recreation)
- Management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

### Area D (Emphasis on Wilderness)
- Allow non-impairing aquatic/riparian improvements & introduction or reintroduction of bighorn sheep & river otters into the Dolores River Canyon WSA.

- Other management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

### Area E (Emphasis on Mineral Development)
- Management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

### Area F (Emphasis on Cultural Resources)
- Apply for water rights & protect riparian zones on springs associated with cultural sites.

- Other management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

### Area G (Emphasis on Natural Resource Management)
- Management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

### Area H (Emphasis on Public Land Disposal)
- Management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

### Area J (Emphasis on Forestry and Wood Products)
- Coordinate efforts on a case-by-case basis to ensure aquatic/riparian resources are protected & in some cases, improved.

- Other management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

### Area K (Emphasis on Soils and Water)
- Management decisions pertaining to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry, Soils and Water and Fire Sections.

234      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                     JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106010

## SAN JUAN/SAN MIGUEL RMP AMENDMENTS

### Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado

- Native plant species and natural revegetation are emphasized in the support of sustaining ecological functions and site integrity. Where reseeding is required, on land treatment efforts, emphasis will be placed on using native plant species. Seeding of non-native plant species will be considered based on local goals, native seed availability and cost, persistence of non-native plants and annuals and noxious weeds on the site, and composition of non-natives in the seed mix.

- Natural occurrences such as fire, drought, flooding, and prescribed land treatments should be combined with livestock management practices to move toward the sustainability of biological diversity across the landscape, including the maintenance, restoration, or enhancement of habitat to promote and assist the recovery and conservation of threatened, endangered, or other special status species, by helping to provide natural vegetation patterns, a mosaic of successional stages, and vegetation corridors, and thus minimizing habitat fragmentation.

- Other management decisions pertaining to vegetation are listed under the Livestock Grazing section.

### San Miguel River ACEC and SRMA Amendment

- Within the ACEC: Restoration of disturbed sites will be accomplished with species native to the sites. The use of trees and shrubs will be required, if appropriate to the site.

- Damaged riparian areas in the ACEC will receive top priority for restoration and management compared to other areas within the SRMA.

- To protect riparian and aquatic systems within the SRMA, instream flow needs will be determined and filed with the State Water Conservation Board.

- Other management decisions which pertain to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Forestry and Fire Sections.

- Within the SRMA: The riparian systems of the San Miguel River, Leopard Creek, and Fall Creek will be maintained in good condition. Restoration efforts would also be undertaken on Fall Creek, if feasible.

- Work with the highway department to prevent further damage to these systems from road maintenance and construction.

- To protect the riparian and aquatic systems within the SRMA, instream flow needs will be determined and filed with the State Water Conservation Board.

- Other management decisions which pertain to vegetation for this unit are listed under the Livestock Grazing, Wildlife Management, Minerals, Forestry and Fire Sections.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          235
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106011

## Oil and Gas Leasing Amendment

While there are no specific management decisions pertaining to vegetation or riparian areas, standard permit stipulations do apply.

## OTHER AUTHORITY AND GUIDANCE

### Vegetation Treatments using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement (2007)

The BLM has put into place several measures to reduce the spread of noxious weeds and exotics. In June 2007, Vegetation Treatments using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement was completed. This document contains direction as to how herbicides will be applied to BLM-administered lands, and includes mitigation measures, standard operating procedures, and analysis of active ingredient/inactive ingredients by herbicide.

### UFO Integrated Weed Management Program (2007)

The UFO created an Integrated Weed Management (IWM) Program for control of noxious weeds on the Colorado Noxious Weed List and BLM Species of Concern within the UFO in 2007. The BLM cooperates with counties and other entities in implementing IWM. This cooperation supports the IWM program and promotes the success of Early Detection Rapid Response, and the treatment and re-treatment of small and larger patches of noxious weeds. With a coordinated strategy, there are more people looking for and treating noxious weeds in a strategic manner on public lands. Integrated Weed Management is supported by the following executive orders, legislation, and strategy documents:

- Colorado Noxious Weed Act 8 CCR 1203-15 (2003)
- Presidents Executive Order 13112 (1999)
- Federal Noxious Weed Act of 1974 P.L. 93-692
- BLM Partners Against Weed Plan (BLM's strategic plan)
- Colorado Governor's Executive Order D 00699
- UFO Weed Management Strategy (2007)
- Record of Decision on Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (September 2007)

### UFO Fire Management Plan

The UFO has implemented fire management policies to keep fire on the landscape where feasible. The foundation for this is in the Uncompahgre Field Office Fire Management Plan. This plan includes vegetation mosaic objectives which describe desired future conditions of vegetation in terms of proportions of successional stages within a given area. These objectives are important to help coordinate fire management together with other vegetation projects to achieve desired vegetation conditions at a landscape level. Two activity plans for vegetation treatments have been developed based on this approach.

236    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106012

## CDOW Habitat Partnership Program

The UFO has managed vegetation in some areas with the intent of holding big game away from private lands. The Habitat Partnership Program, which is associated with the Colorado Division of Wildlife and has the mission of reducing game damage on private lands, has been the primary mechanism for accomplishing this. The program has also been an important source of funding for BLM projects.

In order to implement the Colorado Public Land Health Standards, it has been BLM policy to write stipulations into ten-year grazing permits that mandate best range management practices. These include: requiring short duration grazing during the growing season; no spring and fall use in the same year; no more than 30% use on native woody species in riparian areas; no more than 50% use on palatable species in the dormant season; striving to have occasional year-long rest for grazing areas; striving to vary timing of grazing in different use areas; and resting treatments or seeded areas for two growing seasons.

The BLM has helped fund natural area inventory work by the Colorado Natural Heritage Program and by The Nature Conservancy. These efforts have resulted in identification of important areas for biodiversity conservation. The BLM acknowledges these areas as valuable and strives for a higher level of protection in some of its activities. The Dry Creek Travel Management Plan is one such protective measure.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                237
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106013

# 3.1.6 ☀ Fish and Wildlife

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- Wildlife forage allocations will remain at current levels until studies determine adjustments are needed to achieve management directives. Additional forage allocations will be divided equally between wildlife and livestock grazing.
- Wildlife habitat monitoring studies will be established and/or maintained on all crucial winter ranges.
- The planning area will be open to land treatments [for wildlife] and project facility development. Existing wildlife facilities and land treatments will be maintained.
- Supplemental releases and reintroduction of native or naturalized fish and wildlife species (excluding federal or state listed endangered, threatened, or candidate species) may be authorized by the District Manager following environmental analysis.
- Riparian zones and aquatic habitats will be inventoried and monitored where necessary to provide information to determine proper management.
- Vegetation conditions and streambank cover will be maintained and improved.
- Measures designed to minimize site-specific riparian and aquatic deterioration will be required in site specific plans for surface-disturbing land use activities.

### UNCOMPAHGRE BASIN RMP AMENDMENTS

**Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado**

- Establish standards and criteria for healthy plant and animal communities, healthy riparian communities, and healthy aquatic resources

**Fire Management Amendment**

- Improve the UFO's ability to use fire as a management tool to enhance deer and elk habitat, especially winter range and other crucial habitats.

**Land Disposal Amendment**

- Acquire lands to improve and benefit public lands and resources.

**Gunnison Travel Analysis Area Travel Restriction EA (2000)**

- Reduce OHV-related impacts on terrestrial and aquatic wildlife and habitats

238      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106014

**Oil and Gas Leasing Amendment**

- Standardize oil and gas leasing, exploration, and development and mitigate impacts on wildlife and biological resources

### SAN JUAN/SAN MIGUEL RMP

- Compliance with the Federal Lands Policy Management Act of 1976 (FLPMA) to maintain and enhance fish and wildlife habitats on public lands.
- Protection, maintenance, and enhancement of the following:
  - o Critical habitats for big game, upland game birds, and waterfowl
  - o Crucial habitats for nongame species of special interest or concern to state and other federal agencies
  - o Wetland and riparian habitats
  - o Existing or potential fish habitat
- Continue to evaluate fish and wildlife habitat on a case-by-case basis as a part of project level planning.
- Attach stipulations as appropriate to assure that projects are compatible with management objectives established in the RMP for fish and wildlife habitat.
- Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Such projects will be identified through habitat management plans or coordinated resource management plans. Key habitats include big game winter range; winter raptor concentration areas; aquatic/ riparian habitats; bighorn sheep habitat; pronghorn antelope habitat.
- Seasonal restrictions will continue to be applied where they are needed to mitigate impacts of human activities on important seasonal wildlife habitat.

### SAN JUAN/SAN MIGUEL RMP AMENDMENTS

**Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado**

- Establish standards and criteria for healthy plant and animal communities, healthy riparian communities, and healthy aquatic resources

**Oil and Gas Leasing Amendment**

- Standardize oil and gas leasing, exploration, and development and mitigate impacts on wildlife and biological resources

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    239
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106015

# MANAGEMENT DECISIONS

## UNCOMPAHGRE BASIN RMP

### Standard Decisions (where appropriate)

- To protect bald eagles, all oil and gas development activities will only be allowed in these areas from May 1 through November 30.
- Disturbances will be minimized from December 1 through April 30 on crucial deer and elk winter range.
- Disturbances will be minimized in elk calving areas from May 1 through June 15.
- Oil and gas development activities will only be allowed in waterfowl habitats from July 1 through March 14.

### Decisions by Management Unit

Note: Refer to other resource sections for management decisions that influence or affect wildlife and fish resources (such as seasonal restrictions on oil and gas activities, soil and water resources).

#### Management Unit 1

- Non-conflicting wildlife habitat management objectives, projects, and mitigating measures will be incorporated into new and existing range allotment management plans.
- Existing wildlife habitat projects will be maintained.
- Bighorn sheep may be transplanted into the Winter Mesa area if they will not conflict with livestock. The objective would be to reestablish this species in historically occupied habitat,  increase total population numbers, and ensure species viability in the region.
- Land treatment projects designed to improve livestock forage will be developed.  As additional forage becomes available, livestock will have priority for allocation; additional forage will be available for wildlife only if not needed by livestock.
- Wildlife will have first priority for all additional forage made available as a result of rangeland improvement projects designed to improve wildlife habitat funded by non-BLM sources.
- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.
- Riparian vegetation will, at a minimum, be maintained or preferably improved.
- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.

240        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106016

**Management Unit 2**

- The management unit will be managed to improve the areas' capabilities to support wintering deer, elk, and bighorn sheep populations.

- Habitat management plans will be developed and land treatment projects and other facilities will be designed to improve the quality and quantity of winter habitat.

- Wildlife will have first priority for all additional forage made available as a result of BLM habitat improvement projects.

- All other land uses will be permitted if they do not degrade the areas' winter range capabilities.

- Habitat in the Camel Back-Roubideau Creek area will be available for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity.

- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.

- Riparian vegetation will, at a minimum, be maintained or preferably improved.

- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.

**Management Unit 3**

- Non-conflicting wildlife habitat management objectives, projects, and mitigating measures will be incorporated into new and existing forest management plans (area identified as a productive pinyon-juniper woodland important to wildlife and livestock).

- Existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base.

- Habitat trend studies will be established on crucial deer and elk winter range.

- Additional forage will be divided equally between wildlife and livestock.

- Supplemental releases and reintroduction of wildlife species may be authorized to increase numbers.

- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.

- Riparian vegetation will, at a minimum, be maintained or preferably improved.

- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.

**Management Unit 5**

- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.

- Riparian vegetation will, at a minimum, be maintained or preferably improved.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          241

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106017

- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.
- Existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base.
- Habitat trend studies will be established on crucial deer and elk winter range.
- Additional forage will be divided equally between wildlife and livestock.
- Supplemental releases and reintroduction of wildlife species may be authorized to increase numbers.

**Management Unit 7**
- Riparian/aquatic zones up to one-quarter mile wide will be protected. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures.
- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.
- Riparian vegetation will, at a minimum, be maintained or preferably improved.
- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.
- Wildlife will have priority for forage allocations on crucial deer and elk winter range (1,730 acres).

**Management Unit 8**
- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.
- Riparian vegetation will, at a minimum, be maintained or preferably improved.
- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.
- Existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base.
- Habitat trend studies will be established on crucial deer and elk winter range.
- Additional forage will be divided equally between wildlife and livestock.
- Supplemental releases and reintroduction of wildlife species may be authorized to increase numbers.

**Management Unit 9**
- The management unit will be managed to restore and enhance riparian vegetation along 40 miles of streams.
- Objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table

242      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106018

will be incorporated into existing activity plans or developed in new riparian/ aquatic system management plans.

- Riparian Improvement Plans will be prepared and designed to accelerate the improvement of riparian vegetation.

- All areas will be intensively monitored for vegetation, aquatic habitat, and erosion conditions.

- Non-conflicting wildlife habitat management objectives, projects, and mitigating measures will be incorporated into new management plans for riparian/ aquatic systems.

- Existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base.

- Habitat trend studies will be established on crucial deer and elk winter range.

- Additional forage will be divided equally between wildlife and livestock.

- Supplemental releases and reintroduction of wildlife species may be authorized to increase numbers.

**Management Unit 10**
- The management unit will be managed to enhance its use as an elk calving area.

- Any disturbance during the calving season (May 1 through June 15) will be limited as much as possible.

- Habitat in elk calving areas will be improved, and wildlife will have first priority for allocation of new forage.

- A habitat management plan will be prepared to improve elk calving habitat.

- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.

- Riparian vegetation will, at a minimum, be maintained or preferably improved.

- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.

**Management Unit 13**
- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.

- Riparian vegetation will, at a minimum, be maintained or preferably improved.

- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.

- Existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base.

- Habitat trend studies will be established on crucial deer and elk winter range.

- Additional forage will be divided equally between wildlife and livestock.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          243
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106019

- Supplemental releases and reintroduction of wildlife species may be authorized to increase numbers.

**Management Unit 14**
- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.

- Riparian vegetation will, at a minimum, be maintained or preferably improved.

- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.

- Existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base.

- Habitat trend studies will be established on crucial deer and elk winter range.

- Additional forage will be divided equally between wildlife and livestock.

- Supplemental releases and reintroduction of wildlife species may be authorized to increase numbers.

**Management Unit 15**
- Wildlife forage allocations will remain at current levels.  No additional forage allocations will be made.

- Existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base.

- Habitat trend studies will be established on crucial deer and elk winter range.

- Additional forage will be divided equally between wildlife and livestock.

- Supplemental releases and reintroduction of wildlife species may be authorized to increase numbers.

- To protect scenic values, no new habitat improvement projects or maintenance of existing projects will be permitted.

- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.

- Riparian vegetation will, at a minimum, be maintained or preferably improved.

- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.

**Management Unit 16**
- Habitat, vegetation and other resource studies will be minimal.

- Riparian and aquatic systems will continue to be inventoried and monitored per BLM policy.

- Riparian vegetation will, at a minimum, be maintained or preferably improved.

- Measures designed to mitigate adverse riparian impacts will be required for all surface-disturbing activities.

244       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106020

*Implementation Priorities*

Note: Refer to other resource sections for priority implementation decisions that influence wildlife and fish resources.

1. Establish and maintain monitoring studies on crucial deer and elk winter range to determine habitat condition and trend.
2. Cooperate with CDOW on reintroduction of desert bighorn sheep into the Camelback area.
3. Prepare habitat management plans for the following areas:
4. Baldy Peak
5. Jumbo Mountain-McDonald Mesa
6. Grand Mesa
7. Uncompahgre Plateau
8. Billy Creek
9. Management Unit 10
10. Incorporate the Gunnison Forks Habitat Management Plan into the Gunnison Gorge Range Allotment Management Plan.

## UNCOMPAHGRE BASIN RMP AMENDMENTS

**Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado**

- Adopted the standards for terrestrial and aquatic resources (Standards 2-5 relate to wildlife and fish resources)

- As of 2008, all of the UFO has been evaluated according to these standards, appropriate management changes were implemented as necessary, and future evaluations will continue to monitor land health

**Fire Management Amendment**

- A central aspect of this administrative action was to improve the UFO's ability to use fire as a management tool to enhance deer and elk habitat, especially winter range and other crucial habitats. The EA amended the RMP to allow the use of fire through prescribed and planned ignitions on all 483,037 acres within the planning area. Prior to the amendment, only about 25% of the planning area had fire identified as an acceptable and usable management tool.

**Land Disposal Amendment**

- "In [land] exchanges, sensitive or critical habitats…would be acquired [where possible]. This would have a positive impact on public lands and resources as a whole." (The document contains no other references or decisions that might affect fish or wildlife resources.)

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          245
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106021

## Gunnison Travel Analysis Area Travel Restriction EA (2000) (for portions of the Uncompahgre Basin resource area)

- Restricted OHV (ATVs, motorcycles, and 4-WD vehicles) and mountain bike travel to existing, established routes within the planning area; i.e., eliminated authorized cross-country, off-route travel by motorized and mechanized vehicles to minimize impacts on biological resources

## Oil and Gas Leasing Amendment

- Lease stipulations will be attached to mitigate impacts on wildlife and habitats
- On-sites will be conducted and biological surveys conducted by qualified individuals
- COA's will be attached to APD's to mitigate impacts on wildlife and habitats

## SAN JUAN-SAN MIGUEL RMP

## Standard Decisions

- Sufficient forage and cover will be provided for wildlife on their seasonal habitat. Forage and cover requirements will be incorporated into AMPS and will be specific to primary wildlife use areas. Generally, range improvements will be designed to achieve both wildlife and range objectives.
- A goal of this land use plan (subject to the availability of manpower and funds to complete necessary wildlife habitat improvements) will be to manage the habitat for current levels of deer and elk (20,000 and 1,600, respectively). Monitoring the vegetative resource may indicate wildlife reductions may be needed in localized areas to maintain use within the carrying capacity. The reductions may be shared with domestic livestock depending on monitoring results.
- Manage for 300 head of pronghorn antelope and allow for reintroducing (not to exceed a total of 300) bighorn sheep in the Dolores River Canyon.
- Complete necessary improvements and habitat management plans necessary for implementation.
- The following riparian areas should be managed to improve aquatic and(or) riparian habitat; Roc, North Mesa, South Mesa, La Sal and Dry creeks; the East and West forks of Dry Creek Canyon; and Cross, Cow, Cahone, Hovenweep, and Bridge canyons.
- Objectives to protect or improve aquatic and riparian habitat will become part of AMPS and habitat management plans. Develop needed habitat management plans and improvements for implementation (including monitoring plans).
- Management actions within flood plains and wetlands will include measures to preserve, protect, and, if necessary, restore their natural functions (as required by Executive Orders 11988 and 11990).

246      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106022

- Management techniques will be used to minimize degradation of aquatic and riparian habitats. Bridges and culvert installations will be designed to maintain adequate passages for fish.
- Wildlife reintroductions and fish stocking proposals will be evaluated, and recommendations will be made to the CDOW.
- Improve aquatic and riparian habitat on these areas listed in priority order: the upper San Miguel River and its tributaries (44 miles), the upper Dolores River and its tributaries (30 miles), and the lower San Miguel River and its tributaries (20 miles).
- Development of habitat management plans for key species and their related habitat will occur over the term of the plan. Completion of these plans will be dependent upon need, availability of funding, and manpower. Several key habitats in which plans might be developed include: big game winter ranges; aquatic/ riparian habitats; bighorn sheep habitat; and pronghorn antelope habitat. Development of habitat management plans for terrestrial and aquatic species will be closely coordinated with CDOW, the U.S. Forest Service, and where appropriate FWS. Project development will require input from all resource programs to assess impacts through the environmental process.
- All monitoring will be conducted according to BLM manuals and policies. A detailed wildlife monitoring plan for the planning area will be used. Monitoring for all wildlife species will be closely coordinated with the CDOW.
- Seasonal restrictions will continue to be applied where they are needed to mitigate the impacts of human activities on important seasonal wildlife habitat. The major types of seasonal wildlife habitat and the time periods when restrictions may be needed are provided in Table 3.3.

**TABLE 3.3  SEASONAL WILDLIFE RESTRICTIONS**

| HABITAT | RESTRICTED PERIOD |
|---|---|
| Elk and mule deer winter range | December 1 - April 15 |
| Elk calving grounds | May 1 - July 15 |

## Decisions by Management Unit

Note: Refer to other resource sections for management decisions that influence or affect wildlife and fish resources (such as seasonal restrictions on oil and gas activities, soil and water resources).

### Area A (Livestock Management)
- All perennial streams within the planning area that have the potential of providing quality fisheries or riparian habitat should receive special management consideration

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO           247
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106023

- through the activity planning process to maintain, improve, or enhance resource conditions associated with aquatic and riparian habitat.
- Allow CDOW to introduce Chukar and to expand pronghorn herds. Other game species would be allowed if site specific analysis indicates that significant conflicts with livestock will not occur.
- In all vegetation types, 5% to 15% of the existing vegetation should be maintained as leave strips or islands interspersed throughout the project areas to maintain dispersed, ecologic communities for wildlife.

**Area B (Wildlife)**
- Manage big game for the following numbers of animals, subject to monitoring results and availability of funds and personnel to implement needed improvements:
- 20,000 mule deer
- 1,600 elk
- 300 antelope
- 300 big horn sheep
- Maintain or improve habitat for migratory bird species of high federal interest.
- Complete habitat improvements. Invest wildlife funds for structural improvements and vegetation restoration projects to improve high priority riparian habitat at the following drainages: Rock, North and South Mesa, La Sal, Dry Creeks (East and West Forks, Dry Creek Canyon); and Cross, Cow, Cahone, Hovenweep, and Bridge Canyons
- Reestablish river otters in the Dolores River.
- Improve or enhance aquatic/riparian habitat on the following priority areas:
- Upper San Miguel River and  its tributaries (44 miles)
- Lower San Miguel and its tributaries (20 miles)
- Upper Dolores River (30 miles)
- Develop aquatic/riparian habitat management plans for these above three priority areas (including intensive monitoring plans).

**Area C (Recreation)**
- Allow for introduction of bighorn sheep and river otters in Dolores River.
- Improve fishery values on Dolores and San Miguel (including Beaver and Fall Creeks) rivers to improve recreation values. Also, improve recreation access to Beaver Creek and San Miguel River.

**Area D (Wilderness)**
- Allow non-impairing aquatic/riparian improvements and introduction or reintroduction of bighorn sheep & river otters into the Dolores River Canyon WSA.
- Permit fish and wildlife research or inventories.

248  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106024

**Area E (Mineral Development)**
- Provide for minimal investments to enhance key wildlife species.

**Area F (Cultural Resources)**
- Protect and maintain wildlife habitat. Where feasible, complete wildlife habitat improvements to enhance wildlife viewing in association with cultural values.

**Area G (Natural Resource Management)**
- Manage all other habitat [non-T&E types] to provide satisfactory conditions.

**Area I (Wild Horses)**
- Provide minimal investments to enhance key wildlife species.

**Area J (Forestry)**
- Provide investments to enhance wildlife species which will benefit from uneven-aged timber management.
- Coordinate efforts on a case-by case basis to ensure aquatic/riparian resources are protected and, in some cases, improved.

**Area K (Soil and Water)**
- Maintain or improve wildlife habitat through interdisciplinary design of water or vegetation improvements and maintenance of diversity of vegetation.  Allow wildlife habitat improvements compatible with the goals of the soil and water program for specific areas.

**Area L (ACECs)**
- Maintain species of special importance to maintain viable population levels.
- Invest wildlife funds for structural improvements and vegetation restoration projects to improve the following high priority riparian habitats: Cross, Cow, Cahone, Hovenweep, and Bridge canyons.

*Implementation Priorities*

1. Monitor, maintain or improve crucial winter ranges for pronghorn antelope, elk, and mule deer focusing initially on the "I" and "M" category grazing allotments.
2. Monitor, maintain or improve known, active fisheries habitat. This effort will focus initially on the San Miguel and Dolores rivers and their major tributaries.
3. Monitor, maintain or improve winter raptor concentration areas.
4. Maintain all existing wildlife habitat improvement facilities. This effort will focus on guzzlers, exclosures, and vegetation treatments.
5. Maintain or improve riparian habitat to good or excellent ecological condition, utilizing acceptable grazing systems and fencing where needed.
6. Initiate development of new wildlife habitat management plans and related enhancement projects.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    249
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106025

## SAN JUAN-SAN MIGUEL RMP AMENDMENTS

**Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado**

- Adopted the standards for terrestrial and aquatic resources (Standards 2-5 relate to wildlife and fish resources)

- As of 2008, all of the UFO has been evaluated according to these standards, appropriate management changes were implemented as necessary, and future evaluations will continue to monitor land health

**Oil and Gas Leasing Amendment**

- Lease stipulations will be attached to mitigate impacts on wildlife and habitats

- On-sites will be conducted and biological surveys conducted by qualified individuals

- Conditions of Approval will be attached to Applications for Permit to Drill to mitigate impacts on wildlife and habitats

250  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106026

# 3.1.7 ☀ Special Status Species

## BACKGROUND

Special status plant and animal species are either listed as endangered or threatened or are proposed or candidate species for listing under the ESA, or those species designated by the BLM State Director as sensitive (BLM Manual 6840. Rel. 6-121). Section 7 of the ESA requires that BLM land managers ensure that any action authorized, funded, or carried out by the BLM is not likely to jeopardize the continued existence of any threatened or endangered species and that it avoids any appreciable reduction in the likelihood of recovery of affected species. Consultation is required on any action proposed by the BLM or another federal agency that may affect a listed species or jeopardize or modify critical habitat. The BLM Special Status Species Policy outlined in BLM Manual 6840 is to conserve listed species and the ecosystems on which they depend and to ensure that actions authorized or carried out by the BLM are consistent with the conservation needs of special status species and do not contribute to the need to list any of these species.

BLM policy is intended to ensure the survival of those plants that are rare or uncommon, either because they are restricted to specific uncommon habitat or because they may be in jeopardy due to human or other actions. Per BLM policy, species proposed for federal listing are to be managed with the same level of protection provided for threatened and endangered species. The policy for federal candidate species and BLM sensitive species is to ensure that no action that requires federal approval should contribute to the need to list a species as threatened or endangered. Other management direction is based on RMP management objectives, activity level plans, and other aquatic habitat and fisheries management direction.

Note: Only those management objectives and decisions that apply specifically to special status species are listed in this section. For decisions that benefit wildlife or fish resources as a whole and indirectly benefit or affect special status species or habitats (such as terrestrial habitat improvement), refer to Section 3.1.6 on Fish and Wildlife.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    251
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106027

# MANAGEMENT OBJECTIVES

## UNCOMPAHGRE BASIN RMP

- Threatened and endangered species and unique plant associations will be inventoried and monitored where necessary to provide information to determine proper management.
- Clearances will be conducted on all proposed surface-disturbing activities, and the FWS will be consulted as required.
- Measures designed to protect threatened and endangered species and their habitat will be required in all land use activity plans.
- Supplemental releases and reintroduction of federal and state listed endangered, threatened, and candidate species may be authorized following environmental analysis and consultation with the FWS, CDOW, and other affected parties.

### UNCOMPAHGRE BASIN RMP AMENDMENTS

**Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado**

- Establish standards and criteria for healthy threatened, endangered, and sensitive plant and animal communities and habitats

**Land Disposal Amendment**

- Acquire lands which contain crucial and rare habitats to improve and benefit public lands and resources.

**Gunnison Travel Analysis Area Travel Restriction EA (2000)**

- Reduce OHV-related impacts on special status species and habitats

**Oil and Gas Leasing Amendment**

- Standardize oil and gas leasing, exploration, and development and mitigate impacts on special status species and habitats

## SAN JUAN-SAN MIGUEL RMP

- No activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence.
- CDOW and the FWS will be consulted prior to implementing projects that may affect threatened and endangered species' habitat. If such a situation is determined through the BLM biologic assessment process, then consultation with the FWS will be initiated as per Section 7 of the Endangered Species Act of 1973, as amended.

252   **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**  JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106028

- Threatened and endangered species will be protected and the habitat generally enhanced through the implementation of habitat management plans. Key habitats identified in the RMP include raptor winter concentration areas; aquatic/ riparian; and threatened and endangered species habitat. Priority will generally be given to the development of a habitat management plan for threatened and endangered species.

- The BLM wildlife habitat management program will place special emphasis on, but is not limited to, the protection, maintenance, and enhancement of habitat for state or Federally listed threatened and/or endangered species.

- Seasonal restrictions will continue to be applied where they are needed to mitigate the impacts of human activities on important seasonal wildlife habitat. The major types of seasonal special status wildlife habitat and the time periods when restrictions may be needed are provided in Table 3.4.

**TABLE 3.4 - SPECIAL STATUS SPECIES HABITATS AND RESTRICTIONS**

| HABITAT | RESTRICTION PERIOD |
|---|---|
| Eagle winter concentration areas | December 1 - April 15 |
| Sage grouse strutting grounds | March 15 - May 15 |
| Peregrine falcon habitat | March 1 - September 1 |

## SAN JUAN/SAN MIGUEL RMP AMENDMENTS

### Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado

- Establish standards and criteria for healthy plant and animal communities, healthy riparian communities, and healthy aquatic resources

### Oil and Gas Leasing Amendment

- Standardize oil and gas leasing, exploration, and development and mitigate impacts on wildlife and biological resources

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          253
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106029

# MANAGEMENT DECISIONS

## UNCOMPAHGRE BASIN RMP

### Standard Decisions (where appropriate)

- Clearances and mitigation for threatened and endangered species will be required for all surface-disturbing activities throughout the planning area.

### Decisions by Management Unit

Note: Refer to other resource sections, including Fish and Wildlife Section 3.1.6, for additional management decisions that influence or affect wildlife and fish resources (such as terrestrial habitat improvements, seasonal restrictions on oil and gas activities, and soil and water resources).

#### Management Unit 1-3, 5, 7, 9, 10, 16
- Measures designed to protect threatened and endangered species and their habitat will be incorporated into all activity plans.

#### Management Unit 8
- Prior to management of the area for ORV use, an inventory will be conducted to identify threatened and endangered plant populations.
- The OHV management unit's proposed boundary will be adjusted to exclude threatened and endangered plants. If plants or plant communities cannot be excluded from the management unit, protective fencing or other measures will be implemented to protect the plants.
- The FWS will be consulted.
- Measures designed to protect threatened and endangered species and their habitat will be incorporated into all activity plans.

#### Management Unit 13
- The entire management unit is designated as the Fairview Research Natural Area/Area of Critical Environmental Concern (RNA/ ACEC).
- Plant monitoring studies will be developed in cooperation with the Colorado Natural Areas.
- A management plan will be developed for this unit and intensive studies established to increase our basic knowledge about these threatened and endangered species.
- Program actions designed to improve habitat conditions will be initiated.
- Surface-disturbing activities will be restricted to protect threatened and endangered species and their potential habitat.

254  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106030

**Management Unit 14**
- Needle Rock Outstanding Natural Area/ Area of Critical Environmental Concern (although not specified in the RMP, the area harbors several rare and sensitive species, plants and animals)
- Measures designed to protect threatened and endangered species and their habitat will be incorporated into all activity plans.

**Management Unit 15**
- The management unit contains populations of the threatened Uinta Basin hookless cactus and is potential habitat for the endangered clay-loving wild buckwheat and the candidate Montrose penstemon (Montrose, or the Adobe, penstemon is no longer a candidate or special status species).
- The Adobe Badlands Outstanding Natural Area/ Area of Critical Environmental Concern  will be managed to protect its unique scenic qualities and threatened and endangered species' habitats, and to reduce active erosion.
- A management plan will be developed for this unit and intensive studies established to increase our basic knowledge about these threatened and endangered species.
- A complete inventory for threatened and endangered species will be conducted. Research and monitoring studies will be established.

*Implementation Priorities*

1. Conduct a threatened and endangered species inventory of Management Unit 8 (completed).
2. Prepare a management plan for Management Unit 13 (completed).
3. Establish studies in Management Unit 13 (several studies ongoing).
4. Conduct a threatened and endangered species inventory in Management Unit 15 (completed).
5. Conduct threatened and endangered species clearances on potential disposal tracts (ongoing).
6. Continue general monitoring of threatened and endangered species.

## UNCOMPAHGRE BASIN RMP AMENDMENTS

### Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado
- Adopted the standards for terrestrial and aquatic resources (Standards 2-5 relate to wildlife and fish resources)
- As of 2008, all of the UFO has been evaluated according to these standards, appropriate management changes were implemented as necessary, and future evaluations will continue to monitor land health.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    255
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106031

## Land Disposal Amendment

- In [land] exchanges, sensitive or critical habitats…would be acquired [where possible]. This would have a positive impact on public lands and resources as a whole. (The document contained no other references or decisions that might affect special status species or resources.)

## Gunnison Interim Travel Management Amendment

- Restricted OHV (including ATVs, motorcycles, and 4-WD vehicles) and mountain bike travel to existing, established routes within the planning area; i.e., eliminated authorized cross-country, off-route travel by motorized and mechanized vehicles to minimize impacts on biological resources

## Oil and Gas Leasing Amendment

- Lease stipulations will be attached to mitigate impacts on special status species and habitats

- On-sites will be conducted and biological surveys conducted by qualified individuals

- COA's will be attached to Applications for Permit to Drill to mitigate impacts on special status species and habitats

- ESA Section 7 will be conducted for "may affect" situations.

## SAN JUAN-SAN MIGUEL RMP

## Standard Decisions

- The FWS will be consulted prior to implementing projects that may affect threatened and endangered species. If such a situation is determined through the BLM biologic assessment process, then consultation with the FWS will be initiated as per Section 7 of the Endangered Species Act of 1973, as amended.

- No activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence.

- Stipulations will be attached as appropriate to assure that projects are compatible with management objectives established in the RMP for special status species and habitats.

- Development of habitat management plans for key species and their related habitat will occur over the term of the plan. Completion of these plans will be dependent upon need, availability of funding, and manpower. Several key habitats in which plans might be developed include: winter raptor concentration areas; aquatic/ riparian habitats; and threatened and endangered (T&E) species habitat. Priority will generally be given to the development of a habitat management plan for T&E species. Development of habitat management plans for terrestrial and aquatic species will be closely coordinated with CDOW, the U.S. Forest Service, and where appropriate

256      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106032

FWS. Project development will require input from all resource programs to assess impacts through the environmental process.

- All monitoring will be conducted according to BLM manuals and policies. A detailed wildlife monitoring plan for the planning area will be used. Monitoring for all wildlife species will be closely coordinated with the CDOW and the FWS.

## Decisions by Management Unit

Note: Refer to other resource sections, including the Fish and Wildlife Section 3.1.6, for management decisions that influence or affect wildlife and fish resources (such as terrestrial habitat improvement, seasonal restrictions on oil and gas activities, and soil and water resources).

### Area B (Wildlife)
- Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat.
- Maintain or improve habitat for sensitive plants, wildlife, and migratory bird species of high federal interest.
- Continue management of Perins Peak and Paradox peregrine falcon eyries
- Continue management of bald eagle nests and winter eagle concentration areas.
- Reintroduce river otters in the upper Dolores River.
- Continue to monitor and provide protection for endangered, candidate, and sensitive plant species in Paradox Valley and Spring Creek.

### Area C (Recreation)
- Continue to provide necessary management for T&E species.
- Allow reintroduction of river otters in the upper Dolores River.

### Area D (Wilderness)
- Allow reintroduction of  river otters in the upper Dolores River Canyon WSA.
- Provide protection for sensitive plant species in the Coyote Wash area of Dolores Canyon.
- Permit fish and wildlife research or inventories.
- Allow natural distribution and population of vegetation and wildlife species indigenous to area to maintain natural balance with each other, their habitats, and man.

### Area E (Mineral Development)
- Protect T&E species and maintain or improve their habitats. Provide for minimal investments to enhance key wildlife species.

### Area F (Cultural Resources)
- Continue to manage T&E species habitat to protect species.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          257
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106033

**Area G (Natural Resource Management)**
- Protect T&E species and maintain or improve their habitats.

**Area H (Public Land Disposal)**
- Provide for T&E species inventories and clearance prior to disposal.

**Area I (**
- Protect T&E species and maintain or improve their habitats. Provide for minimal investments to enhance key wildlife species.

**Area J (Forestry)**
- Protect T&E species and maintain or improve their habitats. Provide investments to enhance wildlife species which will benefit from uneven-aged timber management.

**Area K (Soil and Water)**
- Protect T&E and sensitive species habitat.

**Area L (ACECs)**
- Manage important or critical habitat for T&E and sensitive species to maintain viable population levels.

*Implementation Priorities*

1. Monitor, maintain or improve sensitive habitats for threatened or endangered species.
2. Upon identification of an occupied habitat area or introduction of any T&E species into an area, a Habitat Management Plan would be initiated as funding is available.
3. Monitor, maintain or improve winter raptor concentration areas.

### SAN JUAN-SAN MIGUEL RMP AMENDMENTS

**Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado**

- Adopted the standards for terrestrial and aquatic resources (Standards 2-5 relate to wildlife and fish resources)
- As of 2008, all of the UFO has been evaluated according to these standards, appropriate management changes were implemented as necessary, and future evaluations will continue to monitor land health

**Oil and Gas Leasing Amendment**

- Lease stipulations will be attached to mitigate impacts on wildlife and habitats
- On-sites will be conducted and biological surveys conducted by qualified individuals
- COA's will be attached to APD's to mitigate impacts on wildlife and habitats
- ESA sec.7 will be conducted for "may affect" situations

## 3.1.8 ☀ *Wild Horse and Burro*

258      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106034

# MANAGEMENT OBJECTIVES

## SAN JUAN/SAN MIGUEL RMP

- The Naturita Ridge Herd Area will continue to be managed as closed to wild horse herds.

# MANAGEMENT DECISIONS

## SAN JUAN/SAN MIGUEL RMP

- Manage for approximately 50 wild horses in the Spring Creek area.
- Remove all wild horses from the Naturita Ridge area.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    259
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106035

# 3.1.9 ☀ Wildland Fire Ecology and Management

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE RMP FIRE AMENDMENT

- Allow the use of fire through prescribed and planned ignitions on all areas within the Uncompahgre Basin Planning Area.

### SAN JUAN/SAN MIGUEL RMP

Objectives for wildland fire management are not identified in this plan.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

**Fire Management Amendment**

- Any fire that occurs in a fire use category area before a prescribed burn plan is approved, or that is not in the limits of the prescription, or that threatens life or property will be suppressed as a conditional suppression area fire.
- On all units, prescribed and planned ignitions throughout the unit will be allowed as a management tool.  Prior to any ignitions, an environmental analysis, burn plan, and burning permit would be prepared or obtained.

### SAN JUAN/SAN MIGUEL RMP

**Area A (Livestock Management)**
- Continue and expand (where appropriate) the limited fire suppression plan to enhance vegetation conditions for livestock grazing.

**Area B (Wildlife)**
- Provide the level of protection from wildfire that will result in least total cost and will generally enhance wildlife management values.  Use prescribed fire when possible to enhance wildlife habitat.

**Area C (Recreation)**
- Utilize fire management techniques that maintain long-term recreation quality objectives.  Suppression of wildfires will generally occur but prescribed fire will be allowed if it will meet or exceed recreation objectives.

260     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106036

**Area D (Wilderness)**
- Perpetuate and maintain ecosystems within wilderness by natural occurrence of fire, insects, and disease.  Suppression may be taken on man-caused fires, fires threatening human life and property, or fires which threaten to escape from wilderness to adjacent areas with more restrictive fire prescriptions.

**Area E (Mineral Development)**
- Provide a level of protection from wildfire resulting in the least total cost and protection of mineral developments on the public lands.

**Area F (Cultural Resources)**
- Provide a level of protection on all fires that will protect the cultural resource values.

**Area G (Natural Resource Management)**
- Provide a level of protection from wildfire that will result in least total cost and will generally enhance resource conditions of the vegetation.  Use prescribed fire when possible to enhance resource conditions.

**Area H (Public Land Disposal)**
- Provide for a limited level of fire management.  Suppress wildfires which may be threatening adjacent private, state or Federal property.

**Area J (Forestry)**
- Provide a level of protection from wildfire that will result in least total cost and will enhance forest resources.  Use prescribed fire when possible to enhance forest management objectives.

**Area K (Soils and Water)**
- Provide a level of protection from wildfire that will result in least total cost and will generally enhance soil and water values.  Use prescribed fire when possible to enhance soil and water conditions.

**Area L (ACECs)**
- Use fire management techniques that maintain the ACEC values.  Wildfire suppression would generally not occur unless needed to protect ACEC values.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    261
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106037

# 3.1.10  ☀  *Cultural and Heritage Resources*

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- Cultural Resources. Cultural and historical sites will be inventoried. Clearances will be conducted on sites of all proposed surface disturbing activities. Measures designed to protect cultural and historical resources will be developed in consultation with the Advisory Council on Historic Preservation and the State Historic Preservation Officer and will be required in all land use activity plans.

### SAN JUAN/SAN MIGUEL RMP

- Cultural resources will continue to be inventoried and evaluated as part of project level planning.  Recommendations will be generated from the evaluations and will consider all impacts to the proposed projects and the important cultural resources in the affected areas.  Stipulations will be attached to assure that projects are compatible with management objectives for cultural resources. Avoidance will continue to be the primary measure used.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

**Common to All Units**
- Clearances, and mitigation for cultural resources will be required for all surface-disturbing activities throughout the planning area. This is required by. law.

- Measures will be designed to protect cultural sites, and will be incorporated into all activity plans; this is required by law.

**Management Unit I**
- Conduct a Class III cultural inventory on 5,800 acres between Highway. 90 and Sandy Wash to identify the presence of cultural resources and determine the areas' cultural significance.

262    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106038

## SAN JUAN/SAN MIGUEL RMP

**Areas A (Livestock Management), B (Wildlife), E ( Mineral Development), F (Cultural Resources), J ( Forestry), K (Soils and Water), and L (ACECs)**
- Protect and manage important cultural resource properties.

**Area C (Recreation)**
- Develop and protect suitable cultural resource properties for public enjoyment through practices such as interpretive signing and stabilization.

**Area D (Wilderness)**
- Allow no development of cultural resources (other than stabilization) for recreation purposes.  Allow use of cultural resource properties for religious or research purposes only when such use will not degrade wilderness values.

**Area G (Natural Resource Management)**
- Manage cultural resource properties in accordance with applicable laws, regulations and public interest.

**Area H (Public Land Disposal)**
- Provide cultural resource inventories and clearances so disposal of tracts can occur. Pending disposal, manage the cultural resources under present laws and regulations.

## Consultation

The BLM continues Native American consultation to identify any traditional cultural properties, sacred/religious sites, or special use areas through letters, phone calls, and on-site visits. Consulting partnerships have been established and should be continued and expanded, with the Northern Ute Tribe, Southern Ute Tribe and Ute Mountain Ute Tribe. If any areas are identified or become known through the Native American notification or consultation process, their concerns are addressed through the planning process.  The BLM would like to protect and preserve Native American cultural and sacred sites and Native American access to these sites whenever possible. The BLM will take no action that would adversely affect these areas or locations without consultation with the appropriate Native American tribes.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        263
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106039