# 3.1.11  ☀  *Paleontological Resources*

## MANAGEMENT OBJECTIVES

Current management direction is based on paleontology resource management direction, including H-8270-1- Paleontological Resources Management Handbook, H-1601-1-Land Use Planning Handbook, Appendix C, I. Natural, Biological, and Cultural Resources, Part H-Paleontology.

### UNCOMPAHGRE BASIN RMP

- Protective measures will be developed as this resource is discovered. Little is known about this resource in this area.  As information is obtained, specific management will be identified.

### SAN JUAN/SAN MIGUEL RMP

Objectives for managing paleontological resources are not identified in this plan.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

- Paleontological resources will be inventoried and appropriate protective measures will be developed if necessary; protective measures will be developed as this resource is discovered.  As information is obtained, specific management will be identified.

### SAN JUAN/SAN MIGUEL RMP

Decisions for managing paleontological resources are not identified in this plan.

264      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106040

# 3.1.12 ☀ *Visual Resources*

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- Public lands will be managed under current visual resource management classifications and guidelines.

### SAN JUAN/SAN MIGUEL RMP

- Objectives for managing visual resources are not identified in this plan.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

**Management Unit 1**
- Manage under VRM Class III, except for Escalante Canyon which will be Class II to protect its scenic qualities.

**Management Unit 2**
- Manage under VRM Class III to protect its-scenic qualities while permitting some intrusion.

**Management Units 3,5,7,9,10,13, and 16**
- Manage under the existing VRM classifications as no changes were deemed necessary.

**Management Units 14 and 15**
- Manage under VRM Class I to protect the area's scenic qualities.

**Management Unit 8**
- Manage under VRM Class IV to allow substantial change.

### SAN JUAN/SAN MIGUEL RMP

**Common to All Areas**
- Establish site-specific visual quality objectives and design guidelines for landscape development projects during activity planning.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          265
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106041

**Area C (Recreation)**

- Preserve scenic values, enhance viewing opportunities and increase variety, where appropriate.

**Area D (Wilderness)**

- Establish visual Class I low contrast design standards for Dolores River Canyon WSA.

266  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106042

# 3.1.13 ☀ *Wilderness Characteristics*

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

Objectives for managing wilderness are not identified in this plan.

### SAN JUAN/SAN MIGUEL RMP

- In the Dolores River Canyon, the objective will be to manage the area to preserve the wilderness values while allowing other resource uses only where such use will not cause damage to or loss of wilderness values.

**Area D (Wilderness)**
- Provide predominantly untrammeled, natural environments for the physical, biologic and social components of wilderness. The physical and biologic components are managed so that natural process are unimpeded by human activities or use. Natural processes, including naturally occurring fire, soil erosion, and insect and disease cycles, proceed unrestricted by man.  Emphasize high levels of solitude, few party encounters, and high opportunities for challenge, risk and self-reliance.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

- The Camel Back WSA and Adobe Badlands WSA (a total of 20,827 acres) would, be recommended as non-suitable for designation as wilderness.

- Manage the Camelback area with emphasis on riparian aquatic system management, wildlife habitat, and livestock grazing.

- Manage 8,783 acres of the Adobe Badlands WSA as an ONA/ACEC to protect the scenic qualities, and T&E plants; and to reduce active erosion. Manage the remainder of the Adobe Badlands, WSA (3,842 acres) as wildlife habitat.

- All Wilderness Study Areas (WSAs) will be managed to be consistent with the Wilderness Interim Management Policy until the final Congressional decision on wilderness designation or non-designation is made.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          267
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0106043

## SAN JUAN/SAN MIGUEL RMP

- Pending Congressional action, all WSAs will be managed under BLM's Interim Management Policy.

### General Guidelines

#### Area D (Wilderness)
- Manage any recommended WSAs per the Wilderness Act of 1964.

### Specific Management Direction

- Protect & interpret unique & significant values in the Dolores River Canyon WSA.

- Recommend the Dolores River Canyon WSA for wilderness designation.

### Wilderness Amendment (Colorado Wilderness Bill H.R. 631)

- The "Tabeguache Area" was congressionally designated in 1993 (7,748 acres within the Uncompahgre planning area)

268  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106044

# 3.2.1 ☀ Livestock Grazing Management

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- Suitable public lands will be available for livestock grazing use.
- Livestock utilization will be managed at current forage allocation levels until studies indicate adjustments are needed to achieve management objectives.
- New or additional available forage will be divided equally between livestock and wildlife. Existing livestock facilities will be maintained.
- Existing allotment management plans (AMPs) will be updated as needed and new AMPs will be developed.
- New livestock facilities and land treatment projects will be developed if needed to achieve AMP objectives.
- Vegetation condition and trend monitoring studies will be established and/or maintained.
- Maximum sustained livestock utilization levels of key forage species will be 50 percent.
- Allotment categorization will determine management and monitoring intensity.

### SAN JUAN/SAN MIGUEL RMP

#### General

The planning area is a complex ecosystem composed of plant and animal communities and basic soil types, all responsive in one way or another to natural processes such as rain, wind, sunlight, and man's activities. No single element in the range ecosystem is so readily managed and with such far reaching effects as is vegetation. Consequently, maintaining or improving the vegetation component of this ecosystem is the key to enhancing the resource values of the planning area to permit a balanced mix of uses to ensure sustained yield. The components of the rangeland program are familiar ones; they have been part of the program for some years. The main emphasis of the range program is considered in the following component.

#### Allotment Categorization

All grazing allotments in the planning area have been assigned to one of three management status "I", "M" or "C".   "I" is the most intensive management, with the objective of improving existing resource conditions, "M" less intensive management, with the objective of maintaining existing resource conditions, and "C" the least intensive or custodial management. Categories are based on present conditions such as potential for

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          269
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106045

improvement, whether other resource conflicts exist, and what opportunities exist for positive economic return on public investments. The management status category for an allotment may be changed when resource conditions change, or when new data becomes available.

# MANAGEMENT DECISIONS

## Uncompahgre Basin RMP

### Management Unit 1

- Public Lands within the management unit will be managed as "I" category, "M" category, and "C" category grazing allotments. Also, 2,109 acres that are presently unallotted for livestock use will be available for grazing application.

- This unit will be managed to improve vegetation conditions and forage availability for livestock grazing. Land treatment projects and other facilities designed to improve livestock forage and distribution will be developed.

- Intensive monitoring studies will be developed and maintained on all "I" and "M" category allotments.

- Existing AMPs will be updated as needed and new AMPs will be developed for allotments without plans.

- As additional forage becomes available, livestock will have priority for allocation.

- Relinquished, cancelled, or acquired livestock grazing permits will be reissued according to regulations.

### Management Unit 2

- Livestock grazing will continue at current forage allocation levels and seasons of use unless studies determine adjustments are needed.

- Livestock will have first priority for all additional forage made available as a result of livestock operator-funded rangeland improvement projects.

- Non-conflicting livestock management objectives, projects, and mitigation measures will be incorporated into new wildlife habitat management plans.

- Facility development and land treatment projects will be permitted if they would be compatible with wildlife habitat management objectives.

### Management Unit 3

- Non-conflicting livestock grazing management objectives, projects, and mitigating measures will be incorporated into new FMPs.

- Existing livestock projects will be maintained and new projects developed if they will not decrease the woodland base.

- No livestock projects will be permitted which would reduce the woodland base.

270  **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO** JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106046

## Management Unit 5

- Livestock grazing will be allowed except from March 20 to range readiness to protect plant species during the spring growth period, and to prevent soil disturbance when saturated soils are most vulnerable to damage.

- If the basal ground cover is less that the objectives identified in Table 3 (pg 18 of the RMP), livestock forage utilization will be managed at 35 percent of key forage species to increase basal ground cover.

- Additional forage  will be divided equally between livestock grazing and wildlife to provide forage for both resources.

## Management Unit 8

- Grazing use will continue in the management unit but construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use will not be permitted.

## Management Unit 9

- Livestock grazing use will be permitted in riparian zones except from March 1 through range readiness, during which time it would be eliminated to accelerate improvement of riparian vegetation.

- To improve the condition of riparian zones, management practices and principles will be established in activity plans. Utilization of 35 percent by weight of key forage species will be used as a general guidance for improvement; this may vary depending on the individual riparian system.

- Trailing use will be limited as much as possible and confined to established roads.

- Trailing livestock will not be permitted to bed in riparian zones unless absolutely necessary.

## Management Unit 10

- Wildlife will have first priority for any additional forage.

## Management Unit 13

- Livestock grazing will continue at current levels unless studies determine "threatened and endangered" plant species and unique plant associations or their potential habitats are being degraded.

## Management Unit 14

- The management unit will remain unallotted for livestock grazing use.

## Management Unit 15

- Livestock grazing will continue at current levels unless studies determine threatened and endangered plant species or their potential habitat are being degraded.

- If basal groundcover is less than 10 percent, livestock forage utilization will be managed at 35 percent utilization of key forage species.

- No additional forage allocations will be made.



- To protect scenic values, no new livestock improvement projects or maintenance of existing projects will be permitted.

## SAN JUAN/SAN MIGUEL RMP

### Area A (Livestock Management)

- Management direction will emphasize increasing forage and livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat and animal fiber production, and improving forage composition and watershed conditions.

- Significant investments may be made in livestock improvements which will be multiple use oriented (i.e., wildlife, watershed, etc.). Investments for other resources will be minimal, although resource management activities compatible with livestock production will continue.

- Fire will be utilized to enhance forage production.

- Manage suitable vegetation types for increased, sustained livestock production. One goal is to improve range condition and productivity on native rangeland.

- Use improved management systems such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems.

- Develop 71 AMPS (810,000 acres).

### Area B (Wildlife)

- Manage suitable vegetation types under low to moderate intensity for livestock production, with intent to utilize available forage and maintain forage vigor, while not degrading wildlife habitat.

- Constrain range treatment projects in size, layout and type with intent to enhance wildlife & livestock forage, vegetation & habitat diversity.

- Reduce number of livestock and change season-of-use where needed to provide sufficient forage for wildlife & to protect aquatic/riparian resources, especially on big game winter & spring ranges.

- Limit total utilization of forage species current year's growth. Livestock use should be limited where necessary to protect highly preferred species of plants.

- Maintain an overall cover/forage ratio of 40:60.  Limit width of vegetation openings to approximately 150 to 200 yards in big game winter ranges.

- In pinyon-juniper and shrub vegetation types, retain 35% to 40% of original cover when completing vegetation treatments.

### Area C (Recreation)

- Manage livestock under reduced intensity to utilize available forage & maintain plant vigor while not degrading recreation values.

272      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106048

- Do not attempt to maintain or improve forage composition and production through range vegetation treatments with the exception of prescribed fire where appropriate.
- Use "rustic" range improvements near developed recreation areas.
- Manage livestock grazing to make it compatible with recreation use.

**Area D (Wilderness)**
- Manage for improved range condition.
- Do not use vegetation manipulations to improve forage production. Emphasize primitive, natural material for water developments and range structures that are approved in wilderness management plan.

**Area E (Mineral Development)**
- Manage suitable vegetation types under moderate intensity for livestock production, with the intent to use available forage and maintain forage vigor.

**Area F (Cultural Resources)**
- When necessary, reduce or control livestock grazing to protect cultural resources.

**Area G (Natural Resource Management)**
- Manage vegetation so it maintains itself satisfactorily with a generally upward trend.

**Area H (Public Land Disposal)**
- Allow limited management of the rangeland to occur. Spend no public funds on rangeland improvements. Complete procedural notifications to grazing permittees.

**Area I (Wild Horses)**
- Manage livestock to reduce or eliminate conflicts with wild horses. Maintain forage in fair condition with an upward trend.  All livestock waters should be provided year round. Reduce numbers and/or season-of-use to eliminate forage competition. Assure that all range projects are compatible with wild horse use. Restrict licensing of domestic horses in wild horse areas.

**Area J (Forestry)**
- Allow livestock grazing on those areas and at times of the year when it will have no negative effects on timber management operations and objectives for the area.

**Area K (Soils & Water)**
- Manage suitable vegetation types under low to moderate intensity for livestock production with the intent to use available forage and maintain plant vigor.
- Reduce the number and/or season-of-use for livestock where needed to achieve soil and water program objectives.
- Maintain or improve range condition through soil and water improvements and diversifying the vegetation.

JUNE 2010                    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                273
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106049

**Area L (ACECs)**

- Manage livestock under low to moderate intensity to use available forage and maintain vigor while not degrading any present ACEC values.

- Develop and implement AMPS on "I" and "M" category allotments within ACECs. Consider cultural, mineral, wildlife, and recreation values during development.

## UNCOMPAHGRE BASIN AND SAN MIGUEL RMP AMENDMENTS

### Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado

- Colorado's rangeland health standards were developed to assess and protect ecological communities and their associated values. Standards are descriptions of the desired condition of the biological and physical components and characteristics of rangelands that are applied to management of all public land resources and uses. Guidelines are management approaches, methods, and practices intended to achieve established standards.

274  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106050

CHAPTER THREE – CURRENT MANAGEMENT DIRECTION

# 3.2.2 ☀ *Forest and Woodland Products*

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- Suitable commercial forest lands and pinyon-juniper woodlands will be managed for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory.

### SAN JUAN/SAN MIGUEL RMP

- Public land within forest management areas will be available for a full range of forest management activities. Major forest activity plans generally will be required prior to initiating those activities in such areas. Pending completion of the activity plan, timber and woodland stand treatments will be evaluated by an environmental assessment and implemented on a case-by-case basis. Forested areas within other emphasis areas will also be available for a full range of forest management activities; plans will be modified to be compatible with the management emphasis areas. Firewood harvesting will be permitted on most accessible forest land available for harvesting forest products.

### SAN MIGUEL RIVER ACEC AND SRMA AMENDMENT

- Manage the public lands within the San Miguel River Canyon and its tributaries as an Area of Critical Environmental Concern and Special Recreation Management Area.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

**Management Unit 1**
- Woodland harvest areas will be managed for increased forage production and will be compatible with AMPs.

**Management Unit 2**
- The management unit will be available for woodland product harvests.

- The forest resource will be managed to improve wildlife habitat.

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          275
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106051

- On 37,007acres of crucial deer and elk winter range, seasonal restrictions on harvest may be necessary from December 1 through April 30 to reduce stress on wintering deer and elk.

- Woodland harvest will be designed to increase forage production and will be compatible with wildlife habitat management objectives.

### Management Unit 3
- The forest resource will be intensively managed for woodland product harvest within sustained yield production limits to increase available woodland products.

- Forest Management Plans will be prepared, and if needed, plantations established to increase forest product availability.

### Management Units 5, 7, 8, 13, 15, and 16
- Manage for sustained yield production of forest products to meet current and future demands for woodland products.

### Management Units 9
- Closed to harvest protect riparian vegetation.

### Management Unit 10
- Design timber and woodland harvests to improve elk calving habitat.

- Skid trails and other roads will be closed and rehabilitated; main haul roads will remain available for public use.

### Management Unit 14
- Closed to harvest to protect their scenic values.

### Management Unit 16
- The reserved federal timber (123 acres) on 168 acres of land deeded to the Girl Scouts of America will be removed from the timber base and not considered for harvest.  The management and harvest of this timber would be inconsistent with use of the land as a Girl Scout camp.

## SAN JUAN/SAN MIGUEL RMP

### Area A (Livestock Management)
- Manage woodland products & timber to enhance range resources & for insect & disease control.

- Timber species should be managed at a stocking level that maintains moderate to high herbage production. Utilize woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clearcuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller.

276      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106052

- Provide reasonable opportunity to salvage forest products prior to & following range habitat improvement treatments.
- Provide legal & physical access to vegetation treatments to facilitate salvage of forest products when feasible.

### Area B (Wildlife)
- Manage forest lands to enhance wildlife resource. Plan wood product sales in wildlife areas to improve big game forage & other wildlife needs.
- Provide reasonable opportunity to salvage forest products prior to & following habitat improvement treatments.

### Area C (Recreation)
- Manage lands suitable for timber & woodland production to enhance recreational opportunities & to maintain healthy stand conditions.
- Allow no regulated sales of wood products in the Silverton SRMA, except to control disease & insect outbreaks where necessary.  Allow no sales of wood products in the Dolores River SRMA.

### Area D (Wilderness)
- Allow no harvesting of forest products. Available forest land will remain in the commercial forest lands base until the area has been designated as wilderness.

### Area E (Mineral Development)
- Allow for the sale or disposal of forest products or timber that may be lost in mineral development or that is needed for managing the resource.  Meet demand without degradation or conflict.

### Area F (Cultural Resources)
- Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety.

### Area G (Natural Resource Management)
- Provide a sustained yield of forest products consistent with land capability, suitability, protection needs, & other resource values.

### Area J (Forestry)
- Manage lands suitable for timber production.  Invest necessary funds to provide for intensive management of the forest resource.  Provide firewood, Christmas trees, & other wood products.
- Manage timber and woodland species on all available & capable lands with a combination of even & uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types & 40 acres in woodland types.  Regenerate all patch cuts, shelter wood, & selection harvest cuts, naturally or artificially, within 15 years. Continue management of all operable woodland & commercial saw timber in other emphasis areas.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          277
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106053

- Manage approx. 10,960* acres for intensive forest management.  Estimated allowable harvest would be 6.5 MMBF per decade.  Manage approx. 42,130* acres to provide woodland products (firewood, posts, poles, etc.).  Estimated allowable harvest would be 6.4 MMBF (12,800 cords) per decade.

  *Only 6,993 acres of the suitable commercial timber base occur within the current decision area boundary and will be considered within the Uncompahgre RMP revision.

### Area K (Soils and Water)
- Manage forest products & woodlands to meet goals & objectives of the soil & water program for specific areas.

### Area L (ACECs)
- Manage lands suitable for timber & woodland production to enhance ACEC values & to maintain healthy stands.

## SAN MIGUEL RIVER ACEC AND SRMA AMENDMENT

- Approximately 20,166 acres of the San Miguel ACEC and 298 acres of the remainder of the SRMA would be closed to forest product disposal.

278        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106054

# 3.2.3 ☀ *Energy and Minerals*

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

Objectives for managing renewable energy resources, as well as Potash and other leasable minerals, are not identified in this plan.

**Leasable Minerals - Coal**

- Coal development will be considered on a site-specific basis after consultation with affected entities and formulation of mitigating measures.  Development of existing coal leases will continue, and unleased federal coal will be identified as acceptable for further coal leasing consideration with a minimum of multiple-use restrictions.

- Activities and land uses that are consistent with maintaining existing coal operations and the potential for coal development will be permitted.  Federal coal lands that are acceptable for further leasing consideration, acceptable for further leasing consideration with stipulations, or unacceptable for leasing will be identified and open for leasing if appropriate.

- Standard stipulations provide conditions for leasing. Analyses of a management unit could result in special stipulations and conditions that apply to federal surface and split-estate lands. Any special stipulations (i.e., seasonal closures) prescribed for a management unit will also apply to exploration drilling activities.

**Leasable Minerals - Fluid**

- Federal oil, gas, and geothermal estate on both federal surface and split-estate lands will be open to leasing with standard lease terms: Other conditions for leasing such as no surface occupancy and seasonal stipulations are assigned in each management unit prescription; special stipulations and conditions also apply to federal surface and split-estate lands.  Any special stipulations (i.e., seasonal closures) prescribed for a management unit will also apply to seismic and drilling activities.

**Locatable Minerals**

- All existing withdrawals that segregate federal mineral estate from location and entry under the general mining laws will be recommended for retention. Federal mineral estate in areas not under withdrawal will be open to entry and location.

**Mineral Materials**

- Federal mineral estate will be open to disposal of mineral materials.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    279
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106055

## SAN JUAN/SAN MIGUEL RMP

Objectives for managing renewable energy resources, as well as Potash and other leasable minerals, are not identified in this plan.

### Leasable Minerals - Coal

- Approximately 1,480 acres in the Nucla Known Recoverable Coal Resource Area (26.6 million tons) would be available for further consideration for coal leasing.

- 280 acres of Alluvial Valley Floor and Floodplains within the Nucla Known Recoverable Coal Resource Area were eliminated from all methods of mining.

- The priority of this Known Recoverable Coal Resource Area is based on 1983 coal data & indications of interest by industry. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations. These lands would be made available for future leasing only when the coal priority areas had been depleted or a significant demand was expressed that could not be met by the existing coal priority area.

### Leasable Minerals - Fluid

- As a general rule, public land is available for oil and gas leasing. In many areas, oil and gas leases will be issued without special lease stipulations. In highly sensitive areas, where special stipulations or information notices are not sufficient to protect important surface resource values, no surface occupancy stipulations will be implemented.  Stipulations and information notices are located in Appendix Two.

### Locatable Minerals

- All public land is open to mineral entry and development unless previously withdrawn (i.e., wilderness, administrative withdrawals, etc.). Mineral exploration and development on public land will be regulated under 43 CFR 3800 to prevent unnecessary and undue degradation of the land.

- Continue cooperative management to protect surface resources on the Department of Energy lease tracts.  Provide for necessary permits for sand and gravel.  Provide protective stipulations to protect the unique fossils in the Placerville area.

### Mineral Materials

- Applications for removing common variety mineral materials, including sand and gravel, will continue to be processed on a case-by-case basis. Stipulations to protect important surface values will be attached based on interdisciplinary review of each proposal.

280        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106056

## SAN JUAN/SAN MIGUEL RMP AMENDMENT

### Oil and Gas Leasing Amendment

- Facilitate orderly, economic, and environmentally-sound exploration and development of oil and gas resources using balanced multiple use management.

# MANAGEMENT DECISIONS

## UNCOMPAHGRE BASIN RMP

Decisions for managing renewable energy resources, as well as Potash and other leasable minerals, are not identified in this plan.

### Leasable Minerals - Coal

#### Standard Management Direction
- Federal coal estate will be identified as acceptable for further leasing consideration.

#### Management Units 1, 3, 7, 8, and 16
- Acceptable for further leasing consideration with no special restrictions.

#### Management Unit 2
- Federal coal estate will be open to leasing within crucial deer and elk winter range; seasonal stipulations on new road and facility construction may be necessary from December 1 through April 30 to reduce stress on wintering deer and elk.

#### Management Unit 5
- Open for further leasing consideration with possible restrictions on surface disturbing activities from March 1 through May 31 to prevent excessive erosion on wet saline soils

#### Management Unit 9
- May be acceptable for further leasing consideration on a site-specific basis after consultation with affected entities and formulation of mitigating measures designed to protect riparian vegetation.

#### Management Unit 10
- Acceptable for further leasing consideration with possible restriction on any disturbances from May 1 through June 15 to protect elk calving areas.

#### Management Unit 11
- Acceptable for further leasing consideration with possible restrictions on any disturbance from March 15 through June 30 to protect nesting waterfowl.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    281
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106057

### Management Units 13 and 14
- Acceptable for further leasing consideration with possible restrictions on surface disturbing activities to protect threatened, endangered, or unique species and their potential habitat, and to protect scenic values.

### Management Unit 15
- Closed to leasing to protect its scenic quality.

## Leasable Minerals - Fluid

### Management Units 1, 2, 3, 7, and 16
- Open to oil and gas leasing with seasonal stipulations from December 1 through April 30 on crucial deer and elk winter range and on bald eagle hunting habitat to protect crucial deer and elk winter range and bald eagle hunting habitat from disturbance.

### Management Unit 5
- Open to oil and gas leasing with seasonal stipulations on seismic and drilling from March 1 through May 31 to protect wet saline soils.

### Management Unit 6
- Closed to oil and gas leasing to protect its wilderness values.

### Management Units 8 and 9
- Open to oil and gas leasing with only standard stipulations.

### Management Unit 10
- Open to oil and gas leasing with seasonal stipulations from May 1 through June 15 to protect elk calving areas.

### Management Units 13,14, and 15
- Open to oil and gas leasing with a no surface occupancy stipulation to protect threatened and endangered species habitat and the areas scenic quality.

## Locatable Minerals

### Management Units 1, 2, 3, 5, 7, 8, 9, 10, 11, 15, and 16
- Open to mineral entry and location due to the lack of resource conflicts. Existing BLM and BOR withdrawals will be recommended for lifting as they are no longer needed.

### Management Unit 6
- Closed to protect its wilderness values.

### Management Units 13 and 14
- Closed to mineral entry and location. These units will be placed under a BLM protective withdrawal.

## Mineral Materials

### Management Units 1, 3, 7, 8, 10, and 16
- Open to mineral material disposal.

282      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106058

**Management Unit 2**
- Open to mineral material disposal with possible restrictions on surface disturbing activities from December 1 through April 30 on crucial deer and elk winter range to protect crucial deer and elk winter range from disturbance.

**Management Unit 5**
- Open to mineral material disposal with possible, restrictions on surface disturbing activities from March 1 through May 31 on wet saline soils to protect wet saline soils from rutting and erosion.

**Management Units 9, 13, 14, and 15**
- Closed to mineral material disposal.

### SAN JUAN/SAN MIGUEL RMP

Decisions for managing renewable energy resources are not identified in this plan.

**All Minerals**

**Areas A (Livestock Management), G (Natural Resource Management), J (Forestry), and K (Soil and Water)**
- Allow mineral development in all areas not withdrawn from entry.   Provide protective stipulations to limit impacts to livestock improvements or management practices.

**Area B (Wildlife)**
- Allow mineral development in all areas not withdrawn from entry.  Provide protective stipulations to limit impacts to wildlife habitat or species. Limit and/or provide protective stipulations for mineral development on habitat for T&E species.

- Continue present leasing stipulations with changes for wildlife winter ranges & eagle concentration areas as shown in the Resource Conservation Alternative.

**Area C (Recreation)**
- Manage mineral development to limit conflict with management of high recreational values. When possible, schedule activities so conflicts are minimized between recreational and mineral activities. Ensure site rehabilitation activities follow operating plans and address recreation management objectives.

- Provide for no surface occupancy stipulations for mineral leasing in the Dolores River SRMA (from the Bradfield Bridge to the confluence with Disappointment Creek and from Big Gypsum Valley to 1 mile above Bedrock).

**Area D (Wilderness)**
- Administer all mineral activity as required by Section 4(d) of the Wilderness Act of 1964. Deny issuance of any future mineral leases within the wilderness area.

**Area E (Mineral Development)**
- Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          283
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0106059

- Continue cooperative management to protect surface resources on 19,800 acres of Department of Energy lease tracts.
- Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case by-case basis in environmental documents.

**Area F (Cultural Resources)**
- Pursue withdrawal from mineral entry on any important cultural properties.
- In the event withdrawal is not made (& on areas not withdrawn), supervise the activities of claimants, lessees, & permittees to ensure minimum impacts on cultural values. Use no surface occupancy stipulations to protect important cultural values.

**Area H  (Public Land Disposal)**
- Continue to manage the mineral program for development. Retain all mineral rights unless an exception can be documented for transferring the mineral rights.
- Transfer all mineral rights with the surface unless: (1) mineral values can be documented to justify retaining the mineral rights, or (2) transferring the mineral rights is prevented by law or regulation.

**Area L (ACECs)**
- Manage mineral development to limit conflict with present ACEC values. When possible, schedule activities so conflicts are minimized and site rehabilitation is addressed within ACEC guidelines. Some mineral development may need to be limited or excluded for proper ACEC management.

## General Guidelines for All Areas

The following principles guide the BLM in managing mineral resources on public lands (per BLM Instruction Memorandum No. 84-568, dated June 28, 1984):

- Except for Congressional withdrawals, public lands shall remain open and available for mineral exploration and development unless withdrawal or other administrative action is clearly justified in the national interest.
- BLM actively encourages and facilitates the development by private industry of public land mineral resources so that national and local needs are satisfied and economically and  environmentally sound exploration, extraction, and reclamation practices are provided.
- BLM will process mineral patent applications, permits, operating plans, mineral exchanges, leases, and other use authorizations for public lands in a timely and efficient manner.
- BLM's land use plans and multiple use management decisions will recognize that mineral exploration and development can occur concurrently or sequentially with other resource uses. BLM further recognizes that land use planning is a dynamic process and decisions will be updated as new data are evaluated.

284      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106060

- Land use plans will reflect geologic, energy, and mineral values on public lands through more effective data assessment of those values.
- BLM will monitor salable and leasable mineral operations to ensure proper resource recovery and evaluation, production verification, diligence and inspection, and enforcement of the lease, sale, or permit terms. BLM will ensure receipt of fair market value for minerals commodities unless otherwise provided for by statute.
- BLM will maintain effective professional, technical, and managerial personnel knowledgeable in mineral exploration and development.

## Leasable Minerals - Coal

### Area E (Public Land Disposal)
- Allow coal leasing on 1,480 acres in the Nucla KRCRA

## Leasable Minerals - Fluid

### Area E (Public Land Disposal)
- Continue oil, gas, & CO2 operations throughout planning area (183,000 acres in areas designated as KGSs).

### Area F (Cultural Resources)
- Withdraw from mineral entry and provide for no surface occupancy stipulations for oil and gas leasing on Dolores Cave and Tabeguache Pueblo.  Provide for no surface occupancy stipulations for oil & gas leasing on Tabeguache canyons to protect cultural values.
- See  Appendix 2 of the San Juan/San Miguel RMP: Oil and Gas Lease Information Notices and Stipulations

## Leasable Minerals - Other

### Area E (Public Land Disposal)
- Continue sodium lease (120 acres).

## Locatable Minerals

### Area E (Public Land Disposal)
- Continue approved operations of 4,500 acres of hard rock mining under 43 CFR 3809 regulations.

## Mineral Materials

### Area E (Public Land Disposal)
- Continue sand & gravel operations (880 acres).

## SAN MIGUEL RIVER ACEC AND SRMA AMENDMENT

- Close the river bottom areas to the sale of sand and gravel.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                285
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106061

## OIL AND GAS LEASING AMENDMENT

- The Dolores River Canyon and Tabeguache Creek will not be leased. This is 37,323 acres of BLM-administered mineral estate within the San Juan/San Miguel Planning Area (See Map 2 and Table 1 of the RMP).

- BLM administered mineral estate within the San Juan/San Miguel Planning Area are open to oil and gas leasing and development, subject to the lease terms and (as applicable) lease stipulations noted in Appendix A of the RMP.

- No Surface Occupancy stipulations will be used to protect: coal mines where oil and gas development would be incompatible with the planned coal extraction; grouse, raptor, bald eagle, peregrine falcon, Mexican spotted owl, waterfowl and shorebird nests; special status plant species; sites within the Dolores River Canyon.

- Timing Limitation stipulations will be used to protect crucial habitat, nesting, fledgling and birthing areas (See Map 3 and Appendix A of the RMP).

- Controlled Surface Use stipulations will be used to protect: coal mines where the mining method or location is such that location of subsequent wells can avoid significant conflicts, riparian/wetland vegetation, and steep slopes (see Map 4 and Appendix A of the RMP).

- Lease Notices will be used to alert lessees to Class I and II Paleontological Areas and Sage Grouse nesting areas (see Appendix A of the RMP).

- Conditions of Approval will be applied to operational approvals (Applications for Permit to Drill and Sundry Notices) as determined necessary by the Authorized Officer to protect other resources and values within the terms, conditions and stipulations of the lease contract. A list of the most common conditions of approval is found in Appendices D and F of the Final Plan Amendment EIS. Further details of these decisions are provided in the Final Plan Amendment/EIS.

286      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106062

# 3.2.4 ☀ Recreation

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- Public lands will be managed for extensive and diverse recreational use.

### SAN JUAN/SAN MIGUEL RMP

- The primary management goal is to ensure the continued availability of outdoor recreation opportunities which the public seek and which are not readily available from other public or private entities. Secondary goals include protecting resources, meeting legal requirements for visitor health and safety, and mitigating resource user conflicts involving recreation.

- Recreation objectives are to provide dispersed and resource-dependent types of recreation opportunities such as cross-country skiing, hunting, hiking, boating, jeeping, and fishing and to deal with the limited number of situations which require special or more intensive types of recreation management. Decreases in nonrecreational outputs may occur. Investments will be concentrated in SRMAs and in those ERMAs where these recreation program goals apply.

- Management objectives would include major investments in facilities and visitor management. Where recreation is not the principal management objective, management direction will largely emphasize the provision of access and visitor information.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

**Management Unit 1**
- The BLM will manage recreation use in a manner that will minimize recreational impacts on interspersed and adjacent private land.

**Management Units 2, 3, 5, 7, 9, 10, 13, and 16**
- Managed for extensive recreational use to meet public demands for dispersed recreation.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          287
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



### Management Unit 8
- Open for ORV use.  Develop for intensive ORV use.
- Loading ramps and informational signs will be constructed.
- This management will provide ORV users an area with limited hazards.
- A minimum of restrictions will be placed on surface-disturbing activities that do not impede or endanger ORV recreationists.

### Management Unit 14
- Designated as an Outstanding Natural Area/ACEC to protect the areas scenic qualities. A management plan will be prepared.

### Management Unit 15
- Designated as an Outstanding Natural Area to protect the area's threatened and endangered species and scenic qualities.  A management plan will be prepared to manage the area for its primitive, non-motorized recreational use.

## SAN JUAN/SAN MIGUEL RMP

### Common to All Areas
- A wide range of outdoor recreation opportunities will continue to be provided for all segments of the public, commensurate with demand.
- Trails and other means of public access will continue to be maintained and developed where necessary to enhance recreation opportunities and allow public use.
- Developed recreation facilities receiving the heaviest use will receive first priority for operational and maintenance funds.
- Sites that cannot be maintained to acceptable health and safety standards will be closed until deficiencies are corrected.

### Areas A (Livestock Management) and K (Soil and Water)
- Manage for dispersed recreation as the primary recreation activity.
- Permit yearlong, nonmotorized recreation activities throughout the area.

### Area B (Wildlife)
- Manage for dispersed recreation as the primary recreation activity.
- Permit yearlong, nonmotorized recreation activities throughout the area, except restrict recreation use to resolve people and wildlife conflicts, favoring wildlife in such cases.

### Area C (Recreation)
- Manage for a variety of recreation opportunities consistent with classifications determined in Recreational Opportunity Spectrum (ROS) inventories.
- Provide necessary visitor management services and facilities required to meet recreation program goals.

288      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106064

- Manage the Dolores River as an SRMA for water-based recreation opportunities.

**Area D (Wilderness)**
- Allow opportunities for primitive and unconfined recreation activities featuring solitude; the chance to experience unmodified, natural ecosystems; and to travel cross-country in an environment where success or failure is directly dependent on ability, knowledge and initiative; but in a way to prevent deteriorating the wilderness resource.
- Manage recreation use to provide users with experiences and psychological outcomes expected in wilderness/primitive setting.
- Control social & physical carrying capacity to provide such outcome.
- Establish site-specific visual quality objectives & design guide lines for landscape development projects during activity planning.
- Provide for primitive (nonmotorized) river running activities compatible with wilderness resource in the Dolores River Canyon WSA.

**Area E (Mineral Development)**
- Provide recreation opportunities that do not conflict with mineral development.

**Area F (Cultural Resources)**
- Make areas available for day use activities, where feasible. Construct public convenience developments such as restrooms, observation areas, or interpretative trails.

**Area G (Natural Resource Management)**
- Provide for dispersed types of recreation opportunities.  Utilize sign, maps, etc., to help manage the dispersed use.

**Area H (Public Land Disposal)**
- Provide for very limited dispersed recreation activity.

**Area J (Forestry)**
- Manage for dispersed recreation as the primary recreation activities.

**Area K (Soil and Water)**
- Manage for dispersed recreation as the primary recreation activity.
- Permit yearlong, nonmotorized recreation activities throughout the area.

**Area L (ACECs)**
- Manage recreational opportunities according to ACEC guidelines.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          289
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



## SAN JUAN/SAN MIGUEL RMP AMENDMENTS

### San Miguel River ACEC and SRMA Amendment

- Designation of public lands on the San Miguel River, including the tributary streams, from Deep Creek to the old town of Pinon, as a Special Recreation Management Area.

### Recreation Management Guidelines to Meet Public Land Health Standards on Bureau of Land Management Lands in Colorado (2000)

In February 1997, Standards for Public Land Health in Colorado were approved by the Secretary of Interior and adopted as decisions in all of the BLM's RMPs. The standards describe natural resource conditions needed to sustain public land health and encompass upland soils, riparian systems, plant and animal communities, special, threatened, and endangered species, and water quality. The standards relate to all uses of the public lands, including recreational use. The recreation management guidelines are tools, methods, and techniques that can be used by managers to maintain or meet the standards as they implement various programs on the public lands. BLM Colorado has now recommended recreation guidelines designed to meet public land health standards. The recreation guidelines can be found on the Internet at http://www.co.blm.gov/rguideline/guidrv12.htm.

290  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106066

# 3.2.5 ☀ Travel and Transportation Management

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- In addition to the specific access needs identified in the management unit prescriptions, the access needs identified in the resource area's transportation plan will be acquired as opportunities arise.

### SAN JUAN/SAN MIGUEL RMP

- Travel planning, including the designation of areas open, limited, and closed to motorized vehicle access, will remain a priority for public land.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

**General**
- Public lands will be open to off-road vehicle (ORV) use. See Section 3.1.6 on Fish and Wildlife for additional off-road vehicle decisions.

**Management Unit 1**
- Public road access will be acquired into the Olathe Reservoir area for hunting and other recreational purposes.

- Public trail access will be acquired on the McCarty Trail in lower Escalante Canyon to provide additional access into the Dominguez Canyon WSA.

**Management Unit 2**
- Public access will be acquired into the McDonald Mesa, Roatcap, Jay Creek, Spaulding Peak/Dry Creek, Oak Mesa, and Oak Ridge areas for hunting and other recreational uses, wildlife habitat management, and timber and woodlands management.

**Management Unit 3**
- Public access will be acquired into the Beaver Hills and Linscott Canyon areas for woodland harvest and recreation purposes.

- Use of ORVs for woodland management and harvest purposes will be authorized year-round.

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        291
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106067

**Management Unit 8**
- The management unit would be managed as open to ORV use.

**Management Unit 9**
- Public access will be acquired into the Terror Creek area for project development and recreation purposes.
- The Potter Creek road (five miles) and the Dry Fork of Escalante Creek road (two miles) will be closed, rehabilitated and removed from the transportation plan.  A total of 680 acres in the Roubideau and Potter creeks will be closed to ORV use.
- Vehicle use in the remainder of the management unit will be limited to designated roads and trails yearlong.

**Management Unit 10**
- Public access will be acquired into the Storm King and High Park areas for timber harvest and extensive recreation purposes.
- Open to ORV use except during the elk calving season when all roads will be closed.
- Access for maintenance of the existing communications site will be permitted at all times.

**Management Unit 14**
- Vehicle use will be limited to designated roads and trails yearlong.

**Management Unit 15**
- Closed to ORV use to protect the scenic qualities and to prevent accidental destruction of threatened and endangered plant species and their potential habitat.

**Management Unit 16**
- Open to ORV use.

## SAN JUAN/SAN MIGUEL RMP

**Common to All Areas**
- Public land within areas identified as open to motorized vehicle use generally will remain available for such use subject to existing laws and regulations.
- Public land within areas identified as limited to motorized vehicle use generally will receive priority attention.  Major limited categories include: areas limited except for existing (or designated) roads (or ways) and trails, and other limitations as needed by management objectives.
- Public land within areas identified as closed to motorized vehicle use will be closed yearlong to all forms of motorized vehicle use.
- Exceptions may be allowed in WSAs based on applying BLM's Interim Management Policy (BLM Revised, July 12, 1983).

**Area A (Livestock Management)**
- Allow motorized, off-road vehicle (ORV) use.

292      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106068

- Provide administrative access to public land to enhance management of the range resource.
- Provide maintenance of roads in the BLM transportation plan to minimum standards for user safety.

### Area B (Wildlife)
- Provide administrative access to public land for managing wildlife habitat.
- Provide very little or no maintenance to roads.
- Close and reclaim any abandoned or poorly designed roads.
- Acquire public access where needed to allow wildlife-related recreation (including hunting and fishing in underutilized areas).
- Acquire administrative access to Roc Creek.

### Area C (Recreation)
- Provide public access to the public lands to enhance the recreation values.
- Provide a moderate level of maintenance on primary roads to promote user safety.
- Minimal levels of maintenance will be provided on secondary roads.
- Acquire and/or improve access to Beaver Creek for recreational pursuits.

### Area D (Wilderness)
- Allow no motorized ORV use.

### Area E (Mineral Development)
- Provide or maintain public access minimizing impacts to mineral development.
- Work with mineral developers to assure roads are maintained for public safety.

### Area F ( Cultural Resources)
- Provide administrative access to public land to enhance the management of the cultural resource.
- Provide public access to some of the cultural areas where public use will be managed.
- Provide maintenance of roads to a level of minimum standards for user safety.
- Close roads when necessary to limit access to protect cultural values.

### Area G (Natural Resource Management)
- Provide administrative and  public access, where possible.
- Maintain roads to a level of minimum standards for public safety.

### Area H (Public Land Disposal)
- Acquire no access to these tracts unless an exception can be documented.
- Provide very little or no maintenance of roads.
- Reserve access rights across parcels when needed for public or resource management.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          293
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106069

### Area J (Forestry)
- Provide administrative and, where needed, public access to public land to enhance forest management.
- Provide necessary maintenance of roads to ensure timber management practices can occur as planned.

### Area K (Soil and Water)
- Provide administrative access to public land to enhance management of the soil and water resource.
- Provide maintenance of roads or trails to reduce erosion.

### Area L (ACECs)
- Provide administrative and public access where needed for ACEC management.
- Maintenance will be provided on only those roads needed for management purposes.

*Note:*

Due to the number and diversity of communities/counties within the planning area, travel management decisions are highly controversial. Few comprehensive travel management plans have been completed for the UFO, leaving many areas under-implemented from prior RMP decisions. These factors alone suggest that the UFO will need to establish Travel Management Areas and continue travel management plans area by area instead of designating routes within the RMP revision.

294          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106070

# 3.2.6 ☀ Utility Corridors and Communications Sites

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

**Utility Corridors:**

- Public lands will be open to development of major utility facilities. Stipulations and mitigating measures will be developed on a case-by-case basis.

**Communications Sites:**

Objectives for managing communications sites are not identified in this plan.

### UNCOMPAHGRE BASIN RMP AMENDMENTS

**Utility Corridors:**

- The majority of public lands will be open to development of major utility facilities. Stipulations and mitigating measures will be developed on a case-by-case basis. The West-Wide Energy Corridor Programmatic EIS amended the plan to include the newly designated corridors.

### SAN JUAN/SAN MIGUEL RMP

**Utility Corridors:**

- Public land is generally made available for utility corridor development; applicants will be encouraged to locate new facilities within existing corridors to the extent possible.
- Deviations from existing corridors may be permitted based on type and need of proposed facility, conflicts with other resources including potential values and uses, and availability of alternate routes and/or mitigation measures.
- Public land within areas identified as unsuitable will not be available for corridors.

**Communications Sites:**

Objectives for managing communications sites are not identified in this plan.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    295
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106071

CHAPTER THREE – CURRENT MANAGEMENT DIRECTION

### SAN JUAN/SAN MIGUEL RMP AMENDMENTS

**Utility Corridors:**

- The ACEC is closed to major utility corridors, except as described below. The SRMA would be open to utility corridors as described below. The West-Wide Energy Corridor Programmatic EIS amended the plan to include the newly designated corridors.

# MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

**Management Units 1, 3, 8, 16**
- Open to development of major utility corridors with minimal stipulations.

**Management Unit 2**
- Open to major utility development with possible restrictions, on construction activities: from December 1 through April 30 within crucial deer and elk winter range; to protect crucial deer and elk winter range from disturbance,

**Management Unit 5**
- Open to major utility development with possible restrictions on surface disturbing activities from March 1 through May 31 to protect wet saline soils.

**Management Unit 7**
- Corridors one-quarter mile wide and located on each side of Colorado Highway 133 will be open to development of major utility facilities. The remainder of the area would be closed to major utility facilities except for those needed for coal development.

**Management Unit 9**
- Open to major utility development, except no surface disturbing activities which will have long-term adverse effects will be permitted; to protect riparian vegetation.

**Management Unit 10**
- Open to major utility development, except no surface disturbing activities will be permitted from May 1 through June 15 to protect elk calving.

**Management Unit 13**
- Open to major utility development, except pipelines and any surface disturbance which would affect threatened or endangered plant species or their potential habitat.

**Management Unit 14**
- The management unit will be closed to development of major utility facilities.

296      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106072

**Management Unit 15**
- The management unit will be closed to development of major utilities to prevent accidental destruction of listed species and unique plant associations, and/or to maintain its scenic qualities.

## SAN JUAN/SAN MIGUEL RMP

### Utility Corridors

#### Areas A, E, G, H, I, and K
- Major utility corridors would be allowed with protective stipulations to prevent or limit impacts to mineral development, water and soil, natural resources values or range management.

#### Area B (Wildlife)
- Major utility corridors would generally be excluded except on a case-by-case basis to protect wildlife.

#### Area C (Recreation)
- Major utility corridors would not be allowed.  However, to protect recreation resources, allow major corridors to cross the Dolores River between Disappointment Creek and the Big Gypsum Valley Bridge if needed.

#### Area D (Wilderness)
- Allow no utility corridors and no new facilities except those authorized through Wilderness Act provisions.

#### Area F (Cultural Resources)
- Major utility corridors (powerlines of 115 kV and above and pipelines 6" in diameter and above) would generally not be allowed to protect the cultural resources natural setting.

#### Area J (Forestry)
- Major utility corridors would generally not be allowed in commercial forests but would be allowed in woodland; exceptions could occur with specific analysis.

#### Area L (ACECs)
- Major utility corridors will be considered on a case-by-case basis.

## SAN JUAN/SAN MIGUEL RMP AMENDMENTS

### Utility Corridors

#### ACECs
- Major utility corridors would not be allowed, with the exception of a major overhead electric transmission line corridor across Beaver Creek and Saltado Creek.  The selected corridor would allow only one overhead transmission line which must be located within one quarter-mile from the existing 69 kV line and one half-mile from the Beef Trail Road crossing Beaver Creek. The line must span the

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    297
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106073

riparian areas and visual impacts must be minimized.  Stipulations will be developed on a specific project basis to protect natural and scenic values.

SRMAs

- The area would be open to major utility corridors subject to visual impact mitigation.  The area downstream of Horsefly Creek would be open to major utilities until construction and maintenance impacts to the riparian zone reach 5% of the total riparian acreage.

298   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106074

# 3.2.7 ☀ Land Tenure

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

- A total of 143 tracts of public land totaling 11,026 acres have been identified for further consideration for disposal through sale or exchange under the RMP.

### UNCOMPAHGRE BASIN RMP AMENDMENTS

- A total of 128 tracts of public land totaling 10,353 acres have been identified for consideration for disposal through sale or exchange under the RMP.

### SAN JUAN/SAN MIGUEL RMP

- Public land will be made available for land sales or exchanges.  Disposal may be accomplished by sale, exchange, State Indemnity Section or title transfer pursuant to any applicable federal authority.  Transfers to other public agencies will be considered where management efficiency would result.

- The required criteria for land ownership adjustments will be considered in environmental assessments prepared for specific adjustment proposals.

### SAN JUAN/SAN MIGUEL RMP AMENDMENTS

- Acquisition of lands will be considered when opportunities for riparian and recreation management will be enhanced.

- Land would be considered for disposal on a case-by-case basis.  The intent is to retain lands in public ownership; however, disposal that would enhance management goals and serve public interest may be considered.  Disposal could occur through exchange, boundary adjustment and the Recreation and Public Purposes Act.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          299
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106075

# MANAGEMENT DECISIONS

## UNCOMPAHGRE BASIN RMP

### Common to all Management Units
- Prior to disposal, resources within identified tracts will be managed according to the management prescription for the management unit in which they are located.
- Minimal funds, if any, will be spent on improvements on lands identified for disposal.
- When land is disposed, federal mineral estate will be conveyed with surface estate where it would be in the public interest.

### Management Unit 1
- Private lands, if available, may be acquired if they would improve livestock management.

### Management Unit 2
- Private lands, if available, may be acquired to increase crucial deer and elk winter range.

### Management Unit 7
- Private lands, if available, may be acquired to improve riparian management or to increase crucial deer and elk winter range.

### Management Unit 9
- Private lands, if available, may be acquired to improve riparian management.

### Management Unit 10
- Private lands, if available, may be acquired to expand elk calving areas and to improve extensive recreational opportunities.

## SAN JUAN/SAN MIGUEL RMP

- Dispose of approximately 21,700 acres of public lands throughout the planning area through sales, exchanges or any other title transfer means.

### *Implementation Priorities*

1. Take action on the exchange and sale proposals currently on file.
2. Dispose of the lands identified as suitable for transfer.

### Areas A, B, C, E, F, G, H, I, J, K, and L
- Allow for disposal of parcels of public land that are not significant or needed for cultural values, mineral development, water and soil, livestock, wildlife, wild horses, forestry, natural resources or recreation management.

300      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106076

- Acquire or exchange land and subsurface mineral estate when mineral development, cultural resources, water and soil, livestock, wildlife, forestry, natural resources, ACECs or recreation management opportunities will be enhanced.

### Area B (Wildlife)

- Acquire fishing easements on acreages associated with priority streams.

- Pursue exchange of public lands to enhance wildlife values in Dry Creek Basin with primary consideration given to CDOW; however, other opportunities to enhance wildlife values will not be dismissed.

### Area D (Wilderness)

- Acquire or exchange private lands and subsurface mineral estates within wilderness areas that will enhance wilderness values or manageability.

- Acquire easements between Bedrock and the northern boundary of the Dolores River Canyon WSA.

- Coordinate with the Dolores Downstream Site Selection Report, which recommended acquisition and development of a boating access site near Bedrock Bridge.

### Area L (ACECs)

- Disposal of isolated tracts not needed for future public land management and that do not contain important resource values may be accomplished after site-specific reviews on a case-by-case basis.

The current trend nationwide within the BLM is to accomplish land tenure adjustments through land exchanges. Land sales are generally avoided whenever possible, with the exception of parcels located within urban interface areas. It is therefore unlikely that public lands would be disposed of through sales in the near future.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    301
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106077

# 3.2.8 ☀ *Land Use Authorizations*

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

Objectives for managing land use authorizations are not identified in this plan.

### SAN JUAN/SAN MIGUEL RMP

The lands program is primarily concerned with the authorization of uses on public lands by others; including private parties, state, county, and other federal agencies. The objective is to ensure the compatibility of various multiple uses with the environmental protection of natural resources.

- The BLM will make every reasonable effort to authorize primary access to private landowners via Rights-of-Way (ROWs), when such access will not cause significant adverse impacts to other resources. While county road standards will be required when environmental impacts can in no other way be mitigated, the BLM will not grant additional ROWs when reasonable access already exists (unless there is a compelling public need).

### SAN JUAN/SAN MIGUEL RMP AMENDMENTS

- All land use authorizations would be designed to mitigate riparian system and recreational impacts.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP AND AMENDMENTS

Decisions for managing land use authorizations are not identified in this plan.

### SAN JUAN/SAN MIGUEL RMP

**Area A (Livestock Management)**
- Allow other land actions when there is a clear and significant public need; when they will result in minimal adverse impacts or when they will be beneficial to grazing management.

302    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106078

**Area B (Wildlife)**
- Allow other land actions when there is a clear and significant public need; when they will result in minimal adverse impacts or when they will be beneficial to wildlife.

**Area C (Recreation)**
- Allow other land actions when there is a clear and significant public need.  Other land actions will be allowed if they are designed to meet the established recreation management objectives.

**Area D (Wilderness)**
- Allow no new facilities except those authorized through Wilderness Act provisions. Remove any existing, nonconforming structures unless they are determined to be of cultural or historic value or necessary for administering the area.

**Area E (Mineral Development)**
- Allow other land actions as long as they don't limit mineral development, or when there is a clear and significant public need.

**Area F (Cultural Resources)**
- Allow other land actions when there is a clear and significant public need; when they will result in minimal adverse impacts or when they will be beneficial to cultural resource management.

**Area G (Natural Resource Management)**
- Allow other land actions to occur with appropriate stipulations, or when there is a clear and significant public need.

**Area H (Public Land Disposal)**
- Allow other land actions to proceed, especially when there is a clear and significant public need.

**Area J (Forestry)**
- Allow other land actions when they will result in minimal adverse impacts, when they will be beneficial to forest management, or when there is a clear and significant public need.

**Area K (Soil and Water)**
- Allow other land actions when they will result in minimal adverse impacts, when they will be beneficial to soil and water management, or when there is a clear and significant public need.

**Area L (ACECs)**
- Other land actions will be allowed only if they are designed to meet the ACEC management objective or when there is a clear and significant public need.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          303

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106079

## SAN JUAN/SAN MIGUEL RMP AMENDMENTS

ACECs
- Upgrades to existing major electric transmission lines would be authorized within the San Miguel Canyon.

- Authorizations, such as ROWs, would not be permitted in relic riparian communities; elsewhere such actions would be restricted to only those with an overriding public need which will not create long-term visual impacts or damage to the riparian system.

304 — BLM UNCOMPAHGRE FIELD OFFICE, COLORADO — JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106080

# 3.2.9 ☀ Withdrawals

## MANAGEMENT OBJECTIVES

### UNCOMPAHGRE BASIN RMP

Objectives for managing withdrawals are not identified in this plan.

### SAN JUAN/SAN MIGUEL RMP

- New withdrawals will be processed on a case-by-case basis using current guidance to determine if a formal withdrawal is needed.

- By 1991, a review of withdrawals by other agencies will be completed to determine if they should be continued, modified or revoked.  Upon modification or revocation, part or all of the withdrawn land will revert to BLM management.

- Minimize public land withdrawn from mining and mineral leasing.

- Where applicable, replace existing withdrawals with ROWs, leases, permits or cooperative agreements.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

**Power site Withdrawals**

- Existing power site withdrawals will be maintained pending determination of potential.  These lands will not be subject to further consideration for disposal. No significant long-term investments will be made on these lands unless the investment could be recovered prior to development.

**Management Unit 16**
- The BOR withdrawals on Fruitland Mesa and along the Gunnison River downstream of Delta will be recommended for revocation to allow for mineral exploration and development, facilitate resource management, permit long-term land use planning and allow for disposal of 806 acres of public land on Fruitland Mesa.

- Withdrawals on all other lands identified for disposal will be recommended for revocation.  Portions of withdrawals which will be affected are those associated with 108 acres of the Paonia Project, 37 acres of the Gunnison/Arkansas Project, 72

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          305
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106081

acres of the Uncompahgre Valley Project and 25 acres along the East Canal.  Federal mineral estate will be open to entry and location after the withdrawal is revoked.

## SAN JUAN/SAN MIGUEL RMP

### Areas A, B, C, E, F, G, I, J, and K
- Allow other land actions when there is a clear and significant public need, when they will result in minimal adverse impacts or when they will be beneficial to (depending on the emphasis area) mineral development, cultural resources, natural resource values, water and soil, grazing, forestry, wildlife, or recreation management.

### Area D (Wilderness)
- Do not renew Federal Energy Regulatory Commission's (FERC) power site classifications on the Dolores River Canyon WSA when reviewed.

### Areas L (ACECs)
- Other land actions will be allowed only if they are designed to meet the ACEC management objective or when there is a clear and significant public need.

306      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106082

# 3.3.1 ☀ Areas of Critical Environmental Concern

TABLE 3.5 - MANAGEMENT OBJECTIVES AND DECISIONS FOR ACECS

| NAME AND DESIGNATION | MANAGEMENT OBJECTIVES AND DECISIONS |
|---|---|
| **Fairview Research Natural Area/ACEC** | **Management Objectives**<br><br>• Plant monitoring studies will be developed in cooperation with the Colorado Natural Areas Program and actions designed to improve habitat conditions initiated.<br><br>**Management Decisions**<br><br>• Oil and gas leases will have a no-surface-occupancy stipulation, the area will be withdrawn from entry and location for locatable minerals and all surface-disturbing activities will be restricted to protect and enhance endangered species habitats. |
| **Needle Rock Outstanding Natural Area/ACEC** | **Management Objectives**<br><br>• The area will be managed to protect the scientific and scenic qualities of this site.<br><br>**Management Decisions**<br><br>• Oil and gas leases will contain a no-surface-occupancy stipulation, the area will remain withdrawn from entry and location for locatable minerals, and the area will be managed under VRM Class I guidelines. |
| **Adobe Badlands Outstanding Natural Area/ACEC** | **Management Objectives**<br><br>• The area will be managed to protect its unique scenic qualities, improve threatened and endangered species habitat, and reduce active erosion.<br><br>**Management Decisions**<br><br>• Oil and gas leases will contain a no-surface-occupancy stipulation; forage utilization will be limited if necessary to reduce erosion rates; and the area will be protected from surface-disturbing activities which would degrade scenic qualities or accelerate erosion. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          307
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106083

| NAME AND DESIGNATION | MANAGEMENT OBJECTIVES AND DECISIONS |
|---|---|
| **San Miguel ACEC/SRMA** | **Management Objectives**<br><br>• Protection of the unique riparian resources, protection of scenic values, and recreation management<br><br>**Management Decisions**<br><br>• Management decisions are located in Appendix A of the San Juan/San Miguel RMP Amendment for the San Miguel River ACEC and SRMA |

308        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106084

## 3.3.2 ☀ Scenic Byways

Objectives and decisions for managing scenic byways are not identified in either plan.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    309
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106085

### 3.3.3 ☀ *Wild and Scenic Rivers*

Objectives and decisions for managing wild and scenic rivers are not identified in either plan.

A Wild and Scenic River (WSR) study was not completed during the Uncompahgre Basin RMP or the SanJuan/San Miguel RMP. A Wild and Scenic River Eligibility report, and later a Suitability report, is being completed as part of the Uncompahgre RMP revision as per the Land Use Planning Handbook, Appendix C. The BLM will assess all eligible river and stream segments to determine which are eligible.

310    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106086

CHAPTER THREE – CURRENT MANAGEMENT DIRECTION

# 3.3.4 ☀ Wilderness Areas and Wilderness Study Areas

## MANAGEMENT OBJECTIVES

Objectives for managing wilderness and wilderness study areas are not identified in either plan, and the UFO does not manage any congressionally designated wilderness areas.

## MANAGEMENT DECISIONS

### UNCOMPAHGRE BASIN RMP

- Recommended 20,827 acres (10,402 in Camel Back WSA and 10,425 in the Adobe Badlands WSA) as preliminarily nonsuitable for wilderness designation under Section 603 of FLPMA. These areas will be managed under Interim Management Policy and Guidelines for Lands Under Wilderness Review, pending congressional action.

- Manage the Camelback area with emphasis on riparian/aquatic system management, wildlife habitat, and livestock grazing. Close the entire area to ORV use. Manage 6,783 acres of the Adobe Badlands WSA as an outstanding natural area/ACEC to protect the scenic qualities and T&E plants, and to reduce active erosion. Manage the remainder of the Adobe Badlands WSA (3,642 acres) as wildlife habitat.

**Management Unit 6**
- Recommended as suitable for wilderness designation to protect its wilderness characteristics.

JUNE 2010           BLM UNCOMPAHGRE FIELD OFFICE, COLORADO              311
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106087

## SAN JUAN/SAN MIGUEL RMP

- Recommended 28,539 acres (13,354 acres in UFO planning area) in the Dolores River Canyon WSA as preliminarily suitable for wilderness designation (under Section 603 of FLPMA), pending mineral survey.

- Recommended 74,844 acres (only the first two are in the planning area) as preliminarily non-suitable for wilderness designation under Section 603 of FLPMA: 913 in Dolores River Canyon; 7,908 in Tabeguache Creek; 9,040 in Cahone Canyon; 12,742 in Cross Canyon; 19,562 in McKenna Peak; 7,129 in Menefee Mountain; 11,287 in Squaw/Papoose Canyon; and 6,303 in Weber Mountain. These areas will be managed under Interim Management Policy and Guidelines for Lands Under Wilderness Review, pending congressional action.

## SAN JUAN/SAN MIGUEL RMP AMENDMENT

### The Colorado Wilderness Act (H.R. 631)

- The Tabeguache Area (17,240 acres; 7,748 acres of BLM Tabeguache WSA) was designated by Congress in 1993 as the "Tabeguache Area." The Tabeguache Area must be managed by the BLM and USFS so as to maintain the area's "presently existing wilderness character and potential for inclusion in the National Wilderness Preservation System."

## GRAND JUNCTION RESOURCE AREA RMP (REVISED JANUARY 1987)

- Recommended 18,835 acres (1,803 acres in the Uncompahgre planning area) in Sewemup Mesa WSA as preliminarily suitable for wilderness designation (under Section 603 of FLPMA), pending mineral survey.

- Recommended 305 acres in Sewemup Mesa WSA as preliminarily non-suitable for wilderness designation under Section 603 of FLPMA.

- These areas will be managed under Interim Management Policy and Guidelines for Lands Under Wilderness Review, pending congressional action.

312        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106088

# 3.3.5 ☀ *Special Recreation Management Areas*

Special Recreation Management Areas are addressed in Section 3.2.4 on Recreation.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          313
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106089

# 3.4.1 ☀ Tribal Interests

Objectives and decisions for managing tribal interests are not identified in either plan.

Current management practices follow applicable laws and guidelines regarding Native American consultation and religious concerns.

To date, UFO management practices have treated Tribal Interests as a subset of Cultural Resources, and management decisions are made as part of the Section 106 process. See Section 3.1.10 on Cultural and Heritage Resources for additional information.

314   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106090

## 3.4.2 ☀ *Public Safety*

Objectives and decisions for managing public safety are not identified in either plan.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        315
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106091

### 3.4.3 ☀ Social and Economic Conditions

The Social and Economic Conditions Section will be completed following release of the baseline socio-economic report.

316       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106092

# CHAPTER FOUR
# Management Opportunities

Chapter Four provides an analysis of the ability of current management direction to achieve desired resource conditions and address resource demands. BLM resource specialists have identified potential management opportunities, which will serve as a starting point for formulating alternatives for the RMP.

The process of identifying management opportunities involves considering alternatives to and improvements in existing management in response to changing resource conditions and uses, new information, and deficiencies in current practices, as well as from issues raised and suggestions gathered through internal and external scoping.

## THIS CHAPTER INCLUDES THE FOLLOWING SECTIONS:

&#x273a; **ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS**

&#x273a; **POTENTIAL NEW DECISIONS FOR THE RMP REVISION**

&#x273a; **AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT (IF APPLICABLE)**



# 4.1.1 ☀ Air Quality

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS MANAGEMENT RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| • Present air quality standards will be adhered to throughout the entire planning area. This is required by law.<br>• Assist other agencies in obtaining baseline air quality data.<br>• Incorporate mitigation into any project proposal which would degrade air quality. | **Yes and No:**<br>Air Resource Management conditions are currently appropriate for rural conditions, and are anticipated to remain appropriate into the future. Without significant increases of industrial or minerals development, future Air Resource Management conditions are anticipated to remain appropriate. | • BLM activities (either directly or through use authorizations) will comply with all applicable local, state, and federal air quality laws, regulations, and standards.<br>• The BLM will incorporate appropriate mitigation measures into all project proposals predicted to cause significant adverse air quality impacts.<br>• The BLM will assist in obtaining air quality data. |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Change the decision to read as written above under *Options for Change*.

### AIR QUALITY

The BLM must analyze the potential effects of BLM and BLM-authorized activities on air quality as part of the planning, environmental review, and decision-making processes.

In addition, the BLM will manage public lands in a manner that minimizes (to the extent practicable) air quality impacts from criteria hazardous air pollutants, as well as other physical or chemical contaminants with the potential to significantly harm air quality-related values (including visibility, atmospheric deposition, and impacts to flora and fauna). Site-specific requirements may be imposed where significant air quality impacts would otherwise occur.

318   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106094

Specific BLM requirements include:

- All BLM actions (either directly or through use authorizations) must comply with applicable air quality laws, statutes, regulations, standards, and implementation plans; and

- Within EPA-designated nonattainment and maintenance areas, the BLM will demonstrate that its actions (either directly or through use authorizations) will conform with applicable air quality requirements, before such actions are initiated.

- The BLM will apply the principle of multiple use, recognizing the need to protect air quality and atmospheric values.

- BLM activities (either directly or through use authorizations) will comply with all applicable local, state, and federal air quality laws, regulations, and standards. The BLM will incorporate appropriate mitigation measures into all project proposals predicted to cause significant adverse air quality impacts. The BLM will assist in obtaining air quality data.

## NOISE

Although the BLM currently has no formal goals or objectives regarding noise, it is the general practice that noise levels generated by direct or authorized activities will not significantly inhibit the use or enjoyment of the Public Lands by authorized users or natural resource uses. Site-specific requirements may be imposed where significant noise impacts (such as to residences, recreation areas, and wildlife habitat) would otherwise occur.

### MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

#### Anticipated Future Conditions

Future climate and air quality conditions could be affected by regional climate changes, as well as regional transport of air pollutants. Future air quality conditions could also be affected by relatively small emission sources operating within the planning area (such as wildfire management, oil and gas development, and recreational activities), as well as continued increases in regional population growth and regional industrial activity. Discussions of these future conditions are provided in the following sections.

#### Natural Factors Causing Change in the Resource and Resource Use

If repeated drought (which has occurred in the past) continues, then annual precipitation would continue to be well below normal, affecting vegetation growth, water flows, and the likely increase in windblown dust and wildfires. Wildfires resulting from lighting strikes will continue to impact air quality, and could affect sensitive receptors. It is unlikely natural sources of noise would result in any significant noise impacts.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          319

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106095

## Emissions from Recreational Activity

The BLM has authority over the locations where motorized recreational activity is allowed within the Planning Area. Tailpipe and fugitive dust emissions from passenger vehicles, motorcycles, and OHVs can affect air quality in the immediate vicinity of the roads, trails, and campgrounds where those vehicles operate. It is anticipated that localized air quality impacts (such as in and around camping areas) caused by individual vehicle exhaust will improve due to reduced emissions through improved technology (such as the EPA's new emissions standards for off-highway motorcycles, ATVs, and snowmobiles), although these improvements could be offset due to increased numbers of vehicles. However, increased fugitive dust from vehicle use on unpaved roads is likely to increase with increasing total vehicle numbers. Vehicular traffic, recreational use of motorized vehicles, and other vehicle use will continue to generate noise within the planning area.

## Emissions from Mineral Exploration and Extraction

Solid minerals activities (such as sand and gravel operations) and liquid mineral exploration, extraction, processing, and transport have traditionally occurred on a limited basis within the planning area, and the BLM has issued leases for future liquid mineral resource development. Activities may include geophysical exploration, the drilling of test wells, and construction of well pads and access roads, and the drilling, completion, testing, and operating. Typical air pollutant emissions include vehicle and equipment exhaust, fugitive dust from road use and exposed soils, testing venting and/or flaring, small wellhead engines, heaters, separators, and tanks. Most noise impacts are due to intermittent vehicle use and well-site equipment operations.

## Prevention of Significant Deterioration

In order to prevent areas from deteriorating up to the level of the NAAQS, the Clean Air Act lays out provisions for the Prevention of Significant Deterioration (PSD). A classification system was established that identifies the amount of additional air quality degradation (increments) allowed above legally established baseline levels. PSD Class I areas have the greatest limitations, with little additional degradation allowed.

Mandatory federal PSD Class I areas (primarily consisting of large national parks and wilderness areas) were identified when the Clean Air Act was August 7, 1977 and cannot be redesignated. Remaining areas in the nation (outside nonattainment and maintenance areas) are designated as PSD Class II areas, where moderate deterioration and controlled growth are allowed. The Clean Air Act also established procedures by which PSD Class II areas could be redesignated as Class I, or as Class III (where a greater amount of deterioration would be allowed). To date, very few PSD Class II tribal lands have been redesignated as Class I, and no areas have been redesignated as Class III.

In addition to establishing PSD increments, the U.S. Congress established the National Visibility Goal of "the prevention of any future, and the remedying of any existing

320  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106096

impairment of visibility, in mandatory class I areas which impairment results from manmade air pollution." PSD Class I areas in and around the planning area include:

- Black Canyon of the Gunnison Wilderness Area
- Maroon Bells - Snowmass Wilderness Area
- West Elk Wilderness Area
- La Garita Wilderness Area
- Weminuche Wilderness Area
- Mesa Verde National Park
- Arches National Park
- Canyonlands National Park

Under Colorado law, the following federal PSD Class II areas (based on their boundaries as of August 7, 1977) in and around the planning area are subject to the same annual, 24-hour, and three-hour sulfur dioxide increments as those for the federal PSD Class I areas listed above:

- Black Canyon of the Gunnison National Monument (excluding the PSD Class I Wilderness Area)
- Gunnison Gorge Recreation Area (boundary as of October 27, 1977)
- Colorado National Monument
- Uncompahgre Mountain Primitive Area
- Wilson Mountain Primitive Area

As a federal land management agency, the BLM has an "affirmative responsibility to protect the air quality and related values (including visibility)" of PSD Class I areas that it administers, and to consider whether a proposed major emitting facility would have an adverse impact on those values.

Certain uses of BLM-administered public lands may require a state air quality permit. Compliance with such permits should be a term and condition of BLM authorization, including the actions necessary to determine compliance.

## BLM Air Resource Management Manual

***BLM Air Resource Management Manual MS-7300*** sets forth the authority, policy, objectives, program structure, roles, and responsibilities for the BLM's Air Resource Management Program (including climate, climate change, air quality, visibility, smoke management, and noise). The manual addresses multiple use management responsibilities under FLPMA, and responsibilities under other authorities, including the Clean Air Act, that impact BLM management of air resources on public lands. The manual also describes the roles of the EPA, state, and local air quality regulatory agencies in addressing air resources.

The manual describes the legal authorities, management, and office responsibilities, program structures and functions, references, and a glossary of terms. Specific policies include:

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          321
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0106097

## General

The BLM recognizes air (air quality, climate, and climate change) as a valuable natural and public resource that needs to be protected through prudent management and appropriate mitigation. BLM activities, programs, and projects will be managed at an appropriate scale, consistent with BLM planning objectives, and in compliance with applicable laws. All BLM activities, programs, and projects will comply with applicable provisions of the Clean Air Act, FLPMA, NEPA, and other applicable air regulations, implementation plans, laws, standards, and directives.

The BLM will consult and coordinate with applicable regulatory agencies on the management of existing and future PSD increment consumption to provide for the protection of air quality, while accomplishing the BLM core mission. The BLM will coordinate, as appropriate, with federal, tribal, state, and local agencies responsible for or affected by air resource management. Coordination will occur on all appropriate resource management plans, NEPA documents, proposed rule changes affecting air quality, and revisions to state implementation plans. The BLM will develop, maintain, and/or acquire the knowledge and technical skills necessary to accomplish the objectives and adhere to the policies of the air resource management program.

## AIR QUALITY

The BLM will review its use authorizations requiring air quality permits on a periodic basis to confirm that the authorized parties possess the necessary permits and will take appropriate actions to enforce BLM permit conditions. If BLM has information pertaining to violation of Federal or state air quality laws, it will provide that information to the appropriate enforcement agency. BLM activities, projects, and programs within designated nonattainment or maintenance areas must comply with applicable general and transportation conformity regulations.

Consistent with the BLM's multiple-use mandate, BLM actions and use authorizations will comply with appropriate direction in the Clean Air Act "to preserve, protect, and enhance the air quality in national parks, national wilderness areas, national monuments, national seashores, and other areas of special national or regional natural, recreational, scenic, or historic value." The BLM will consider the potential effects of BLM projects, programs, activities, and BLM-authorized activities on air quality at both the planning and the project level. Where appropriate and geographically applicable, managers should use other Federal and State agency air quality data to aid in the analysis of BLM-authorized activities. Visibility is an air resource value that may be affected by air quality. Where BLM activities, programs, and projects or BLM-authorized activities have the potential to impact visibility, the BLM will evaluate the extent of the potential impact and consider mitigation.

322  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106098

## NOISE

When BLM programs, projects, and/or use authorizations have the potential to affect existing noise resources (including public health and safety, wildlife, cultural heritage, wilderness, wildland/urban interface areas, and other special management areas), the BLM will consider noise and its potential impacts on the public and the environment, as well as any appropriate mitigation measures, during the planning and authorization review process. This is especially important when land use proposals include high volumes of motorized vehicles or mechanized equipment. However, the BLM Safety and Occupational Health Program is responsible for assessing exposure to potentially high noise-producing work operations and activities (BLM Handbook H-1112-2).

## SMOKE MANAGEMENT

BLM smoke management and planning activities will comply with applicable federal, state, and local smoke management programs, regulations and standards, and the BLM will conduct smoke management and planning activities in cooperation with regulatory agencies, other federal agencies, and Tribal governments to collectively reduce public health and welfare impacts of smoke. The BLM will plan the application of prescribed fire and wildland fire use in advance, including preparing prescribed fire burn plans and obtaining necessary air quality permits, consistent with applicable regulations and prescribed fire planning and implementation procedures guidance. The BLM will assist air quality regulatory agencies in the siting and operation of emergency episode air quality monitoring stations when necessary to assess smoke impacts from prescribed fire, wildland fire use, or wildfire.

### EPA Interim Air Quality Policy on Wildland and Prescribed Fires

On May 15, 1998, the EPA established an Interim Air Quality Policy on Wildland and Prescribed Fires, which outlines how to achieve national clean air goals while enhancing the quality of wildland ecosystems by increasing the use of fires to achieve resource benefits. The EPA especially urged state air quality regulatory agencies to develop and implement at least basic smoke management programs, establishing procedures and requirements for minimizing emissions and managing smoke dispersion. In addition, the EPA intends to exercise its discretion not to redesignate an area as nonattainment if the evidence is convincing that fires managed for resource benefits caused or significantly contributed to violations of particulate matter standards.

## NOISE

Unlike climate and air quality, there are no national programs designed to address noise. Most noise monitoring is conducted on an ad hoc, site-specific basis, without long-term data. Key areas of interest are aircraft and highway noise in residential areas and parklands. Additional information is available at Natural Sounds

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    323
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106099

(<http://www.nature.nps.gov/naturalsounds/>) and the non-profit Noise Pollution Clearinghouse (<http://www.nonoise.org/>).

**Anticipated Foreseeable Condition of the Resource/Use**

It is not anticipated that air pollution emissions, or the noise generated from the combination of natural and management-related factors will increase significantly over past levels. No foreseeable significant change in the level of traffic for recreational use or mineral exploration or extraction is anticipated.

**Regional Conditions**

Emissions from existing recreational and mineral developments operating within the planning area contribute a relatively small fraction of the total regional emissions that affect air quality. Therefore, BLM actions are unlikely to significantly affect the overall regional air quality or noise conditions. However, there are indications that regional population growth and expanded industrial operations could degrade regional air quality.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

324  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106100

# 4.1.2 ☀ *Geology*

## A.  ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

The existing RMPs do not discuss Geologic resources.

## B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Geologic resources should continue to be managed according to national BLM policy.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                325
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106101

# 4.1.3/1.4    *Water and Soil Resources*

## A.  ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Uncompahgre Basin RMP**<br>• Water quality and erosion conditions will continue to be monitored throughout the planning area to establish baseline conditions, identify problem areas, and to measure changes due to management actions.<br>**San Juan/San Miguel RMP**<br>• Develop watershed management plans for all accelerated erosion, salinity, riparian, and other water quality improvement areas detailing specific management goals and actions.<br>• Manage selected acres in the following watersheds to reduce erosion and sediment yield: the Paradox Valley and Dry Creek Basin. | **Yes:**<br>The LHA process includes assessing and monitoring water quality and soil erosion potential, identifying problem areas, and recommending corrective actions. Public land health Standards #1 and 5 requires BLM to manage for healthy soils and water quality that meets state water standards. | • Continue with effectiveness monitoring of LHA areas and adjust management actions to achieve desired conditions. |
| **UNCOMPAHGRE BASIN RMP** | | |
| **Management Units 1, 2, 3, 7, 8, 9, 10, 13, 14, and 15**<br>• Are available for erosion and salinity control objectives, and projects which do not conflict with the primary objectives of each of these management units.<br>**Management Unit 5**<br>Totals 24,177 acres and contains Mancos shale hills known as the Adobes.<br>• The unit will be managed to reduce salinity loads in the Upper Colorado River Basin. In-channel structures and land treatment projects designed to reduce runoff, erosion, and sedimentation will be developed, and surface protection measures will be implemented. | **No** | • Managing the soil for adequate watershed cover and a healthy soil surface is more effective at controlling salinity and selenium than are structural projects. These conditions are assessed with the LHA process and follow-up effectiveness monitoring. |

BLM_0106102

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • The unit will be managed to reduce salinity loads in the Upper Colorado River Basin. Forage utilization will be managed to achieve the basal ground cover objectives identified in Table 3 for the RMP. | **Yes:** Although the target basal cover objectives were never incorporated into activity level plans, the recently completed LHA identified areas where basal cover is below potential. Terms and conditions incorporated into grazing permits should allow for improved cover conditions. | • Continue with effectiveness monitoring of LHA areas and adjust management actions to achieve desired conditions. To ensure healthy soil surface conditions may evaluate in addition to basal cover, total plant cover, plant litter, and biological soil crusts. |
| **Final Wilderness Environmental Impact Statement for Uncompahgre Basin Resource Area** Adobe Badlands WSA - No Wilderness Alternative (Proposed Action) • All 10,425 acres of the Adobe Badlands WSA are being recommended as non-suitable for wilderness designation. The area would be divided in to three management units. One unit would be 1,715 acres and managed as a Salinity Control Unit (Unit C) with seasonal restrictions on ORV use, grazing, oil and gas leasing, and mineral activities to control active erosion and salinity contributions. | **Yes:** Reducing salinity yields from public lands in the UFO is still a priority issue and is directed by Congress in the Colorado River Basin Salinity Control Act. Since the preparation of the Wilderness EIS, selenium concentrations in the lower Gunnison River has become a priority issue, with land management control efforts being similar to those for salinity. | • Managing soil surface disturbing activities to maintain a healthy soil surface and adequate watershed cover has become one of the more preferred strategies for salinity and selenium reduction efforts. The recently completed LHAs and continued effectiveness monitoring is a tool to assess degree of success in salinity and selenium management efforts. |
| **GUNNISON INTERIM TRAVEL MANAGEMENT AMENDMENT** | | |
| On March 28, 2001a travel management plan was finalized for portions of the UFO. The purpose and need for the proposed action is, in part, to maintain soil and water quality. Under Purpose and Need, the EA states that the goal of maintaining and restoring healthy ecosystems and watersheds is not being met. The EA was also intended to bring the area into compliance with Colorado Public Land Health Standards to ensure healthy upland soils, and water quality meets minimum Colorado water standards. **Management Unit 5** | **Yes:** With increased population growth and few travel restrictions on public lands, soil surface and watershed cover disturbance is increasing, resulting in soil loss and higher sediment yields. On soil derived from Mancos shale, accelerated salinity and selenium yields are water quality issues. | • Continue ongoing efforts to prepare and implement travel management plans in the UFO. • Develop BMPs from USGS research results to better manage surface disturbing uses on Mancos shale. • Close Range Photographic Monitoring is a valuable tool to assess |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          327
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106103

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Off-Road Vehicles: To protect high saline soils, vehicle use in the entire management unit will be limited to designated roads and trails.<br><br>**Management Unit 9**<br>• Off-Road Vehicles: A total of 680 acres in Roubideau and Potter creeks will be closed to ORV use. Vehicle use in the remainder of the management unit will be limited to designated roads and trails yearlong.<br><br>**Management Unit 16**<br>• On approximately 12,748 acres of public lands in that part of the unit located east or north of Colorado Highways 62 and 92 in Montrose, Delta, and Gunnison Counties, off route, off-highway use by wheeled, motorized or non-motorized mechanical vehicles, including mountain bikes, will be prohibited year long. Use by wheeled, motorized, or non-motorized mechanical vehicles will be permitted for camping, picnicking, and forest product gathering only within 300 feet either side of existing established routes or trails as long as that use does not result in resource damage. The use of motorized vehicles will not be permitted cross-country or off existing established routes to retrieve game. This limitation of use is to protect resources, including soils and watershed values. | | effectiveness of implemented actions. |
| **PROJECT DESIGN CRITERIA - BLM PROGRAMMATIC CONSULTATION FOR RESOURCE MANAGEMENT PLAN IMPLEMENTATION** | | |
| **Uncompahgre Basin and San Juan/San Miguel Resource Areas**<br><br>• The BLM has defined conservation measures discussed in the Consultation Initiation letter (of February 2006) as Project Design Criteria. These measures include actions the BLM is currently implementing or can commit to implementing immediately, that will reduce or minimize adverse effects to | **Yes:**<br>As stated in the conservation letter, many of the project design criteria involve actions to promote healthy riparian and stream channel conditions by minimized ground surface disturbance and installing features to retain pollutants such as | • In addition to the subject design criteria, additional design features and related actions are contained in the Range-Wide Conservation Agreement and Strategy for Roundtail Chub (*Gila robusta*), Bluehead |

328        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106104

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| threatened and endangered species resulting from BLM actions. The subsets of these actions have implications to improved soil and water resource management. | sediment. These actions help promote surface water quality that meets both Public Land Health Standard 5 and Colorado Water Quality Standards. | Sucker (*Catostomus discobolus*), and Flannelmouth Sucker (*Catostomus latipinnis*), and BLM Technical Note 423, Hydraulic Considerations for Pipelines Crossing Stream Channels. Both of these data sources recommend actions that would provide additional protection to the riverine environment. |

### STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT IN COLORADO

| | | |
|---|---|---|
| • **Standard 1:** Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.<br>• **Standard 5:** The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and antidegradation requirements set forth under State law as found in (5 CCR 1002-81, as required by Section 303(c) of the Clean Water Act. | **Yes:** Colorado Public Land Health Standards have been incorporated into BLM RMPs by amendment, where BLM policy is to strive to meet these standards across public lands. | • The ten LHAs completed for public lands across the UFO have assessed and identified areas that meet and fail to meet soil and water health standards. Causal factors and recommended actions are included in the LHAs for problem areas.<br>• Future effectiveness monitoring will assess the degree of success of implemented actions and allow adjustments to be made to management actions to achieve desired conditions. |

### SAN JUAN/SAN MIGUEL RMP

| | | |
|---|---|---|
| • Protect water quality in aquifers used for domestic and municipal purposes in the Tabeguache Creek watershed. | **Yes:** Source water area protection is required by the Clean Water Act. | Additional source water areas have been established and delineated, and are discussed in Chapter 2 of Water |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          329
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106105

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | Resources, along with management implications for the BLM. |

### OIL AND GAS PLAN AMENDMENT

| | | |
|---|---|---|
| • Prior to surface disturbance on slopes of, or greater than, 40 percent, an engineering/reclamation plan must be approved by the Authorized Officer. Such plans must demonstrate how the following will be accomplished:<br>a) Site productivity will be restored.<br>b) Surface runoff will be adequately controlled.<br>c) Off-site areas will be protected from accelerated erosion such as drilling, gullying, piping, and mass wasting.<br>d) Surface-disturbing activities will not be conducted during extended wet periods<br>e) Construction will not be allowed when soils are frozen. | **Yes:**<br>It is BLM policy to manage surface disturbing activities to minimize both impacts to the soil surface and the receiving hydrologic systems. | • Controlled surface use stipulations and guidelines in the BLM Gold Book provide for designing and managing oil and gas activities that minimize impacts to both the soil and water resources. |

### SAN MIGUEL RIVER ACEC AND SRMA AMENDMENT

| | | |
|---|---|---|
| **Area L1- Area of Critical Environmental Concern**<br>• Maintain soil productivity, minimize man-caused erosion, and strive to achieve adequate vegetation for watershed protection and plant vigor. Maintain or improve water quality and quantity for multiple-use resource needs. Secure sufficient water rights to provide for recreation and riparian management needs. | **Yes:**<br>The San Miguel River is one of a few remaining free flowing, large drainages in Colorado. The San Miguel River has many high value natural resources, including, riparian, aquatic, cultural, and scenic and recreation. Managing this riverine system for healthy resource conditions, which includes adequate river flow and water quality is a high priority. | • Instream flow water rights have been secured for the San Miguel River from the South Fork to Horsefly Creek. River survey data has been collected and analyzed to make recommendations for instream flow water rights on remaining reaches of the San Miguel River. A San Miguel River Instream Flow Assessment, in draft, identifies flow needs to satisfy the various resource values associated with the river system. Channel stabilization and |

330    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106106

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | enhancement projects are ongoing to provide channel stability, boater safety, and fishery protection. The Federal Energy Regulatory Commission relicensing of the Ames Hydroelectric facility contains conditions that will improve aquatic and riparian habitat conditions on the San Miguel River. |

## B. POTENTIAL NEW SOIL AND WATER RESOURCE DECISIONS FOR THE RMP REVISION

Develop a UFO-wide drought management strategy, identifying both conditions that define drought and actions that will be implemented when drought conditions occur.

Included droughty soils in priority areas identified and discussed in the Soil Section of Chapter 2.

The potential for the occurrence of and impacts to BSC should be considered in future EAs for land management activities across the UFO. Chapter 2 of the Soils Section identifies public lands with the highest potential to support BSC. BMPs to manage for BSC health are contained in BLM Technical Reference 1760-2, Biological Crusts: Ecology and Management, 2001.

During the spring of 2009, an inventory of BSC was conducted by Jessie Salix (Vernal FO Botanist) in the Paradox Valley, at the request of the UFO hydrologist. The target area was immediately southeast of the Dolores River, within sections 22, 23, 26, and 27, T. 48 N., R 18 W., N.M.P.M. The soils in this vicinity are derived from the Paradox Formation, and are highly gypsiferous. These soils tend to support a higher than normal density and species diversity of BSC. The inventory resulted in the documentation of the occurrence of *Lecanora gypsicola* and *Gypsoplaca macrophylla,* two species of BSC that are somewhat rare and typically found only on gypsiferous soils. The identification of these species was verified by Dr. Larry St. Clair, a Lichenologist at Brigham Young University. Dr. St. Clair conveyed to Jessie Salix that he felt the lichens were in need of protection because 1) they occur exclusively on gypsiferous soils, a limited habitat that is commonly mined, and 2) Dr. St. Clair has observed these two species on less than half of the gypsiferous sites he has

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    331
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106107

inventoried. The Paradox site supporting these two BSC species should be reviewed and measures taken to provide adequate protection.

Develop and implement a strategy to inventory, assess, and routinely maintain stock ponds. In addition to restored water storage capacity, maintenance should concentrate on minimizing sources of accelerated erosion (such as spillways) and controlling invasive weed establishment. Livestock water tank permits should be secured through the Colorado Division of Water Resources for all existing and future livestock ponds.

UFO land management actions aimed at reducing salinity, selenium, and erosion yields from areas dominated by Mancos shale should  include:

- developing BMPs from the BLM/USGS Mancos shale research findings that could be applied to livestock management, recreation management (e.g. location and limitations of OHV use areas), rights-of-ways, and other surface disturbing activities

- continuing the ongoing effort to locate, assess, and remove the hundreds of non-functional, eroding earthen check dams in the Mancos shale areas north of Delta

- continuing to identify and minimize potential salinity and selenium yield increases from future land uses that could occur on exchanged or disposed parcels of public land

- continuing to collaborate and coordinate salinity and selenium management activities with both the Colorado River Basin Salinity Control Forum and the Gunnison Basin Selenium Task Force.

Soil resources across the UFO would benefit from the continued preparation and implementation of travel management plans, in which some existing routes are closed and rehabilitated, trail maintenance plans and public education programs (promoting ethics of responsible land use) are implemented, and allowed uses and seasonal restrictions (when conditions are excessively wet or droughty) are enforced.

UFO staff should remain educated about and trained in current Emergency Stabilization and Rehabilitation Policy, which benefits water resources in addition to soil resources. Funding to treat wildland fire impacts will become more competitive and restrictive. In addition, reviewing and updating the Normal Year Fire Rehabilitation Plan EA every five years would improve the efficiency of the emergency stabilization and rehabilitation process at the field office level, and allow new science to be incorporated into such plans.

UFO staff should continue to perform effectiveness monitoring on areas identified in LHAs as having soil or water problems will be an important part of the "adaptive management" process to ensure that land management actions are appropriate for the site. The soil erosion monitoring process "Close Range Photographic Monitoring" developed by the BLM National Science and Technology Center with assistance from the UFO should be used in selected situations where assessing and quantifying soil disturbance from land management activities is an important issue.

332      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106108

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

An inventory and assessment of, and maintenance program for the numerous small earthen structures (including stock ponds, contour furrows, and check dams) in the UFO would benefit soil and water resources. Many of these structures are actively eroding, adding excess sediment to local surface waters. Intensive management. could improve the natural hydrologic function of small drainages that have been altered by structures. Invasive weed establishment is also an issue on many existing structures. There are several databases that identify some of the existing facilities, but additional ground inventory would be necessary for a comprehensive program. The emphasis should be on structures derived from Mancos shale, rather than on soils (which are addressed under a different recommended action).

UFO staff must remain informed regarding climate change and its potential implications to resources. Resource monitoring using well-documented standard methods will be important for long-term future resource evaluations and comparisons with present conditions.

At present, guidelines for both recreation and livestock grazing are used to develop appropriate site management activities. LHAs identify causal factors responsible for water quality not meeting Public Land health Standards 1 or 5, which include activities in addition to grazing and recreation. In the future, management guidelines or BMPs should be developed for all significant land use activities that have the potential to degrade soil surface conditions or water quality.

With increasing water demand locally, statewide, and regionally (in the Colorado River Basin), and potential climate changes, obtaining, maintaining, and protecting water rights needed to meet management objectives on public land will be increasingly important. Water rights or permits should be secured for all water sources on public lands, including livestock ponds, wells, seeps, and springs for wildlife (flora and fauna), livestock, fire suppression and recreation uses. It is essential to review the Colorado water court resume and oppose water right applications when necessary to protect water resources on public lands.

Instream flow water rights should be quantified and recommended to the Colorado Water Conservation Board as soon as possible, as increasing water demands over time will make these more difficult to obtain. Many UFO streams have instream flow protection. Pursue protection for reaches of the San Miguel that remain unprotected. The San Miguel River Instream Flow Assessment (presently in draft and awaiting flow analysis from CDOW) should prove useful in quantifying needed flows and defining beneficial uses. Existing instream flow rights on some UFO streams may need to be enlarged.

The UFO should become more involved with assisting the Colorado Water Conservation Board in monitoring instream flows to ensure that these water rights are administered to provide benefits in accordance with state law.

As the region continues to grow, source water areas that provide domestic and municipal waters will become more common in the UFO. As source water areas are assessed for potential pollution sources and protection plans developed, the UFO must be a key player in collaborating with water users to ensure that public land management actions are compatible with source water area protection plans.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    333
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106109

Local fire districts have made recent requests to the BLM to install dry fire hydrants on UFO-managed stream reaches. The UFO fire staff anticipates additional such requests and must establish a procedure for processing them that includes survey and design specifications for dry hydrant installation, as well as a requirement for the applicant to acquire a BLM right-of-way. The BLM would need to apply to the Colorado Division of Water Resources for a well permit under the category of fire suppression, which provides for an exemption from state administration.

Identify areas that need additional water developments for land management activities such as wildlife and livestock. Additional water supplies could replace or augment existing, natural water sources located in fragile areas such as riparian zones, erodible or saline soils.

Where stream or river flows are lower than what is needed to protect riverine values (such as below Highline Diversion on the San Miguel River), pursue win/win proposals with water users. An example would be the CC Ditch (in which a channel-wide cement weir diverts water into the ditch and delivers it to the town of Nucla) in the San Miguel Basin, where the diversion of late summer low flows is likely to affect aquatic fauna. Piping or sealing the canal could provide substantial water savings, part of which could be shared with the river.

Where streams with potential fisheries (such as warm water spawning habitat on mainstem tributaries to the San Miguel, Dolores, and Lower Gunnison rivers) are affected by physical barricades (such as dams and diversions), pursue win/win proposals with water users. An example would be the concrete dam on Lower Tabeguache Creek.

Collaborate with Montrose County on management of flood/debris hazard areas. In several locations in the UFO, especially along the sides of the Uncompahgre Valley floor, flash floods of significant magnitude commonly occur. The origin of the floods is typically on low order drainages on public lands. With increased growth in the county, development on these flood prone areas is a public health and safety issue. The county has the responsibility to properly zone and regulate development on these flood prone areas, while the BLM needs to manage the flood water source areas to minimize the potential for accelerated hydrologic response.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

Locate,  maintain, and monitor "relic or reference areas", including existing livestock and wildlife exclosures to document natural conditions as a means of comparison for soils experiencing soil surface disturbing management activities. Having these data would prove valuable in making management decisions under the principles of "Adaptive Management."

Within the planning area, many low order tributary streams (such as Roubideau and Mesa creeks) in both the Gunnison and Dolores river basins are important for warm-water fish spawn habitat. These fishes typically spawn in the spring and need sufficient flow and channel for successful reproduction to occur. Most UFO-managed streams with habitat potential

334       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106110

have some level of instream flow protection, but need to be managed to ensure adequate physical access for migrating fish. The Range-Wide Conservation Agreement and Strategy for Roundtail Chub (*Gila robusta)*, Bluehead Sucker (*Catostomus discobolus)*, and Flannelmouth Sucker (*Catostomus latipinnis*), is a good data source that describes needed habitat conditions and impacts to avoid. Especially with future ROW applications that potentially affect these stream systems, stipulations need to be imposed to protect the warm water fish habitat.

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        335
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106111

# 4.1.5 ☀ Vegetation Communities

**Information regarding existing Forest/Woodland decisions is included in the Forest and Woodland Product Section.**

## RANGELANDS

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **Management Unit 12:** This unit is designated as the Escalante Canyon ACEC. This designation will enhance management and protection of the listed plant species and unique plant associations. | **Yes:** This designation better protects the rare plant communities found here. | Maintain this designation. |
| **Management Unit 12:** <br>• Plant monitoring studies will be developed and activities designed to improve these plants' habitat conditions will be initiated. | **Yes:** Should be more clearly worded and expanded to describe: <br>• monitoring adequate to detect changes or threats <br>• special projects to restore habitat or repair damage will be implemented | Change wording to be more specific. |
| **Management Unit 12:** <br>• Surface disturbing activities will be restricted. | **Yes:** Cite use of NEPA process to prevent, mitigate or modify activities which threaten | Change wording to be more specific. |
| **Management Unit 13:** <br>• The entire management unit is designated as the Fairview Research Natural Area/ACEC. | **Yes:** This designation better protects the rare plant communities found here. | Maintain this designation. Add the need to prevent damage to and repair damaged habitat |
| **Management Unit 13:** <br>• Plant monitoring studies will be developed in cooperation with the Colorado Natural Areas Program. | **Yes:** Should be more clearly worded to describe monitoring adequate to detect changes or threats, | Change wording to be more specific. |

BLM_0106112

| CURRENT PLANNING DECISION | RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT IN COLORADO** | | |
| • Native plant species and natural revegetation are emphasized in the support of sustaining ecological functions and site integrity. Where reseeding is required, on land treatment efforts, emphasis will be placed on using native plant species. Seeding of non-native plant species will be considered based on local goals, native seed availability and cost, persistence of non-native plants and annuals and noxious weeds on the site, and composition of non-natives in the seed mix. | **Yes and No:** This comprehensively describes a revegetation policy that should apply to most areas, but there should be stricter limitations requiring natives from local or regional sources in special areas like outstanding natural areas, ACECs, WSAs, WAs, and areas that are notable for being pristine or making important contributions to biodiversity. Additionally, this should apply to all revegetation, not just land treatments. | • Make more restrictive to natives only in areas that have important vegetation attributes. Apply to all revegetation activities, including mitigation revegetation triggered from other public land activities. |
| • Natural occurrences such as fire, drought, flooding, and prescribed land treatments should be combined with livestock management practices to move toward the sustainability of biological diversity across the landscape, including the maintenance, restoration, or enhancement of habitat to promote and assist the recovery and conservation of threatened, endangered, or other special status species, by helping to provide natural vegetation patterns, a mosaic of successional stages, and vegetation corridors, and thus minimizing habitat fragmentation. | **Yes:** This should be expanded in the RMP revision by describing the desired future condition for each unit in terms that are more concrete. This could be done generally by stating "desire to restore vegetation mosaic that would occur if natural processes were fully intact", or desire to restore mosaic that is within HRV but skewed to favor some particular management issue or resource", or by stating proportions and patch sizes of seral stages. | • Increase specificity of wording, and incorporate as part of desired future condition for each subunit in plan area. |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

- Vegetation has not been identified as a specific emphasis area or resource as have other resources (such as wildlife habitat, soil and water, and livestock management). This has made it difficult to develop a cohesive vision for managing for vegetation health and sustainability. With the exception of riparian areas, vegetation is largely described relative to sustaining the uses, and no desired future conditions are provided.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          337
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106113

- Some of the RMP decisions have not been carried out. These include comprehensive route designations and OHV closures in the San Miguel ACEC, the redrawing of allotments in the San Miguel ACEC to exclude non-grazable areas, and identification of riparian pastures and management. Reasons for not implementing these decisions likely include a lack of resources, competing priorities, and failure to delegate.

- The forage allocation process between livestock and wildlife does not appear to have been fully implemented. Furthermore, livestock grazing preferences do not seem consistent with carrying capacity on every permit. There may be a problem with managing vegetation in this manner.

- Decisions to maintain past treatments/improvements for wildlife and livestock should not be an across the board policy.

- The RMP should indicate more than general requirements to monitor. All monitoring should be clearly tied to objectives, management trigger points should be identified, and additional information needs should be identified.

## Integrated Weed Management

The BLM has put into place several measures to reduce the spread of noxious weeds and exotics. In June 2007, Vegetation Treatments using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement was completed. This document contains direction as to how herbicides will be applied to BLM-administered lands, and includes mitigation measures, standard operating procedures, and analysis of active ingredient/inactive ingredients by herbicide.

The UFO created an Integrated Weed Management (IWM) Program for control of noxious weeds on the Colorado Noxious Weed List and BLM Species of Concern within the Uncompahgre Field Office in 2007. BLM cooperates with the counties and other entities in implementing IWM. This cooperation supports the IWM program and promotes the success of Early Detection Rapid Response, and the treatment and re-treatment of small and larger patches of noxious weeds. With a coordinated strategy, there are more people looking for and treating noxious weeds in a strategic manner on public lands. Integrated Weed Management is supported by the following executive orders, legislation, and strategy documents:

- Colorado Noxious Weed Act 8 CCR 1203-15 (2003)
- Presidents Executive Order 13112 (1999)
- Federal Noxious Weed Act of 1974 P.L. 93-692
- BLM Partners Against Weed Plan (BLM's strategic plan)
- Colorado Governor's Executive Order D 00699
- UFO Weed Management Strategy (2007)
- Record of Decision on Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (September 2007)

338  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106114

The UFO has implemented fire management policies to keep fire on the landscape where feasible. The foundation for this is in the UFO Fire Management Plan. This plan includes vegetation mosaic objectives, which describe desired future conditions of vegetation in terms of proportions of successional stages within a given area. These objectives are important to help coordinate fire management together with other vegetation projects to achieve desired vegetation conditions at a landscape level. Two activity plans for vegetation treatments have been developed based on this approach.

The UFO has managed vegetation in some areas with the intent of holding big game away from private lands. The Habitat Partnership Program, which is associated with the Colorado Division of Wildlife and has the mission of reducing game damage on private lands, has been the primary mechanism for accomplishing this. The program has also been an important source of funding for BLM projects.

In order to implement the Colorado Public Land Health Standards, BLM policy has required ten-year grazing permits to include stipulations mandating range BMPs. Stipulations include:

- requiring short duration grazing during the growing season
- no spring and fall use in the same year
- no more than 30% use on native woody species in riparian areas
- no more than 50% use on palatable species in the dormant season
- striving to have occasional year-long rest for grazing areas
- striving to vary timing of grazing in different use areas
- resting treatments or seeded areas for two growing seasons.

The BLM has helped fund natural area inventory work by the Colorado Natural Heritage Program and by The Nature Conservancy. These efforts have resulted in identification of important areas for biodiversity conservation. The BLM acknowledges these areas as valuable and strives for a higher level of protection in some of its activities. The Dry Creek Travel Management Plan is one such protective measure.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

- Additional special area designations in order to protect pristine or biodiverse woodlands, rangelands, riparian sites, corridors, and cores.
- Change how standards are incorporated into RMP—list meeting standards as part of general management for all units. Should management units specify the degree of meeting, meeting with problems, or exceeding standards?—or is there a better way to establish targets for conditions.
- Add mosaic objectives or somehow articulate desired future vegetation conditions that describe Historic Range of Variability (HRV), disturbance/recovery/successional processes, and provide some idea of proportions.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          339
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



- Describe the extent to which natural processes should be managed in each management unit—e.g. fire, insect, disease processes. Add direction that management-related disturbances include design criteria to restore/simulate natural processes. Perhaps this could be handled as part of the desired future condition for subunits.

- Add upland vegetation section/direction so that vegetation is viewed as a value, not simply as something that supports uses. Vegetation desired future conditions should be stated. Restoration of damaged communities should be a management action. Priorities for restoration should be discussed. Fire rehab and vegetation treatments should be addressed.

- Include definition of reclamation success, other reclamation requirements.

- Address use of seed for revegetation (including native non-local source, native local-source, and nonnative seed) and incorporate seed law requirements.

- Add a weed section providing guidance to the weed program. Cite the need to comply with Colorado Weed Law and noxious weed categories A, B, and C.

- Add carbon sequestration as a woodland/rangeland value. Desired future conditions should include a reference to carbon sequestration values.

- Add direction that vegetation monitoring be designed to: 1) capture information useful for tracking long term as well as regional ecological trends, and/or 2) detect changes relative to project/program objectives which will trigger management responses, and/or 3) collect data to determine project effectiveness, and/or 4) answer questions about basic ecological/ biological processes.

- Add disturbance thresholds for each management unit e.g. no more than 10% of this unit may be disturbed at any one time by the combination of all activities.

- Add success criteria for control of weeds during reclamation or other activity that generates weeds. Incorporate weed control responsibilities into each program that generates weeds so that projects include funding for long-term associated weed control.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

Some of the areas of relative ecological importance include:

- Mancos shale communities
- Sagebrush communities
- Aspen/oak interface, savanna oak

340      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106116

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

## RIPARIAN AND WETLANDS

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? (REMARKS/RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **Management Unit 7:** Riparian/aquatic zones up to one-quarter mile wide will be protected. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures. | **Yes:** Riparian protections are customarily applied in nearly all decisions, and projects, across the plan area, this decision should be broadened to reflect this. | Expand this decision to apply to all riparian areas throughout plan area. |
| **Management Unit 7:** Vehicle use in the riparian zones associated with Bear and Roatcap creeks will be limited to designated roads and trails yearlong. | **Yes:** Limiting vehicles to designated trails reduces road and travel impacts in riparian areas. | This should be expanded to apply to all roads in riparian areas in the planning area. |
| **Management Unit 9:** The management unit will be managed to restore and enhance riparian vegetation along 40 miles of streams. | **Yes and No:** Where riparian areas are damaged, they need to be restored in order to meet Land Health Standard 2. | Expand this decision to apply to all riparian areas throughout plan area, but may not need to delineate them as emphasis areas. |
| **Management Unit 9:** Objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table will be incorporated into existing activity plans or developed in new riparian/ aquatic system management plans. | **Yes and No:** Riparian objectives are desirable but the activity planning approach has not been customarily used. | Incorporate objectives and projects to improve or restore species diversity, streambank cover and stability, and instream structure as part of mitigation for riparian-impacting projects, and as part of all landscape or watershed plans throughout the plan area. |
| **Management Unit 9:** All areas will be intensively monitored for vegetation, aquatic habitat, and erosion conditions. | **Yes and No:** Riparian area monitoring is occurring throughout the planning area. Requirements for monitoring should be tied | • Expand this decision to apply to all riparian areas throughout planning area. Include management objectives (such as meeting Colorado Public Land Health |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          341
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106117

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? (REMARKS/RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | to management objectives, termed "adequate to detect…" as opposed to intensive, and specify when a change in management should be triggered. | Standard 2). |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **General Management** Objectives to protect or improve aquatic and riparian habitat will become part of AMPS and habitat management plans. | **Yes and No:** Riparian objectives are desirable but the activity planning approach has not been customarily used. | • Incorporate objectives and projects to improve or restore species diversity, streambank cover and stability, and instream structure as part of mitigation for riparian-impacting projects, and as part of all landscape or watershed plans throughout the plan area. |
| **General Management** Management actions within flood plains and wetlands will include measures to preserve, protect, and, if necessary, restore their natural functions (as required by Executive Orders 11988 and 11990). Management techniques will be used to minimize degradation of aquatic and riparian habitats. Bridges and culvert installations will be designed to maintain adequate passages for fish. | **Yes:** Riparian protections are customarily applied in nearly all decisions, and projects, across the plan area. | • Carry this decision forward. |
| **General Management and Emphasis Area B (Wildlife)** Improve aquatic and riparian habitat on these areas listed in priority order: the upper San Miguel River and its tributaries (44 miles), the upper Dolores River and its tributaries (30 miles), and the lower San Miguel River and its tributaries (20 miles). Develop needed habitat management plans and improvements for implementation (including monitoring plans). | **Yes and No:** Riparian habitat improvements are desirable where natural conditions are degraded. Priorities may have changed for areas needing restoration. | • Make this decision more general to allow for changes in priority areas based on partnerships, critical resource damage, presence of watershed/landscape plans, or opportunities. |
| **Emphasis Area A (Livestock** | **Yes and No:** | • Broaden decision to become |

342     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106118

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? (REMARKS/RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Management)** All perennial streams within the planning area that have the potential of providing quality fisheries and/or riparian habitat (approx. 400 mi have been identified) should receive special management consideration through the activity planning process and monitoring systems to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat. | This equates to Uncompahgre Basin RMP Management Unit 9, also seems redundant to general management direction. Riparian objectives are desirable but the activity planning approach has not been customarily used. | part of general management direction. Incorporate objectives and projects to improve or restore species diversity, streambank cover and stability, and instream structure as part of mitigation for riparian-impacting projects, and as part of all landscape or watershed plans throughout the plan area. |
| **Emphasis Area B (Wildlife)** Invest wildlife funds for structural improvements & vegetation restoration projects to improve high priority riparian habitat at the following drainages: Roc, North & South Mesa, and La Sal Creeks. | **Yes and No:** Riparian habitat improvements are desirable where natural conditions are degraded. Priorities may have changed for areas needing restoration. | • Make this decision more general to allow for changes in priority areas based on partnerships, critical resource damage, presence of watershed/landscape plans, or opportunities. |
| **Emphasis Area D (Wilderness)** Allow non-impairing aquatic/riparian improvements … into the Dolores River Canyon WSA. | **Yes:** Riparian habitat improvements are desirable where natural conditions are degraded. | • Carry this decision forward. |
| **Emphasis Area F (Cultural Resources)** Apply for water rights & protect riparian zones on springs associated with cultural sites. | **Yes:** These would protect the cultural values from spring developments associated with non-BLM claims to the water rights. | • Carry this decision forward if any of these springs are located in the planning area. |
| **Emphasis Area J (Forestry and Wood Products)** • Coordinate efforts on a case-by-case basis to ensure aquatic/riparian resources are protected & in some cases, improved. | **Yes and No:** Combine with general management direction when riparian avoidance, mitigation, or rehab is required for other activities. | • See SJSMRMP Area A for recommendation. |
| SAN MIGUEL RIVER **ACEC** AND **SRMA** AMENDMENT | | |
| • Within the ACEC: Restoration of disturbed sites will be accomplished with species native to the sites. The use of trees and | **Yes:** This should include guidance that natural processes should be | • Carry this decision forward, along with guidance to work with natural processes (like flooding) in accomplishing |

BLM_0106119

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? (REMARKS/RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| shrubs will be required, if appropriate to the site. | allowed to restore areas if possible. | restoration |
| • Damaged riparian areas in the ACEC will receive top priority for restoration and management compared to other areas within the SRMA. | **Yes and No:** Priorities may have changed for areas needing restoration. | • Make this decision more general to allow for changes in priority areas based on partnerships, critical resource damage, and the presence of watershed/landscape plans or opportunities. |
| • To protect riparian and aquatic systems within the SRMA, instream flow needs will be determined and filed with the State Water Conservation Board. | **Yes:** Include flows to maintain riparian values as well as fish. | • Make decision more specific to add flows needed to maintain riparian values. |
| • Within the SRMA: The riparian systems of the San Miguel River, Leopard Creek, and Fall Creek will be maintained in good condition. Restoration efforts would also be undertaken on Fall Creek, if feasible. | **Yes:** This is covered with Land Health Standard 2. | • This decision should be folded into general management direction, which should include directives that all riparian areas meet standard 2. |
| • Work with the highway department to prevent further damage to these systems from road maintenance and construction. | **Yes:** This could be broadened into a general directive on how to improve management of ROWs where they impinge on riparian areas. Decision should include counties as well as the highway department. | • This decision should be folded into general management direction, which should include directives that ROWs be managed to minimize damage to resources through education, collaboration, permit and construction terms, or permit renewals. |
| • To protect the riparian and aquatic systems within the SRMA, instream flow needs will be determined and filed with the State Water Conservation Board. | **Yes:** Include flows to maintain riparian values as well as fish. | • Make decision more specific to add flows needed to maintain riparian values. |

## B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

• Consider expanding San Miguel ACEC to encompass more of the river.

• Designate additional special riparian areas and corridors (such as Colorado Natural Heritage Program Potential Conservation Areas).

344      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106120

- Give rivers special emphasis for restoration and management-San Miguel, Dolores, Lower Gunnison.

- Change how standards are incorporated into RMP -- see 4.5.1.B, above.

- Add riparian/wetland section/direction. Vegetation desired future conditions should be stated. Restoration of damaged communities should be a management action. Priorities for restoration should be discussed. Flow regimes and instream flow protections should be addressed. Include direction to restore/simulate natural processes.

- Add direction or a section addressing how weeds should be managed in riparian areas.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

- Areas with intact hydrologic regimes
- Canyon bottoms with "wall to wall" riparian zones
- Areas with rare riparian plant communities
- Major river systems

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          345

*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106121

## 4.1.6 ☀ Fish and Wildlife

### A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

Population and habitat objectives, or desired future conditions, are poorly defined for wildlife, fish, and habitats. Perhaps the best model we have to describe desired future conditions are the broad criteria provided by the Colorado Standards for Public Land Health. Standard 3 (Plants and Animals) requires the following: "Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential. Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations, and ecological processes." Indicators such as species diversity and resiliency are used to gauge our success at achieving these standards. In many cases, the desired future conditions still elude us and, thus, it is difficult to measure our success at achieving those goals. Where we have identified specific objectives (e.g., a population target of so many animals or plants), long-term monitoring is often lacking, and it is difficult to determine whether these standards are being achieved or, if they are not, whether we are trending toward those goals.

The majority of land health problems in the planning area are thought to be caused by an array of land use activities, both past and present (see the Trends subsection, Section 2.1.6). FLPMA's multiple use mandate places considerable pressure on fish, wildlife, and habitats. Many values are conflicting, such as oil and gas development and wildlife habitat enhancement. Mitigation and restrictions applied for projects on public lands are often seen as a panacea but are, in reality, short-term measures that fail to remedy larger, landscape level problems such as habitat fragmentation and loss. Although necessary and beneficial, such measures are not as effective as proactive, enhancing, conservation efforts and planning. Nevertheless, human activities and resource demand are expected continue into the future and will likely increase. Viability and persistence of animal and fish populations will depend largely on species' ability to adapt and the landscapes' ability to recover in the face of these pressures.

Staffing, funding, and time limitations inhibit management's ability to achieve objectives aimed at benefiting fish and wildlife. BLM biologists are tasked with evaluating and clearing nearly every project or action proposed on public lands. Over 80 species of concern or interest and/or their habitats occur across the UFO. Evaluating the impacts of multiple, concurrent projects, and effectively mitigating those impacts on resources, is a time-consuming and

346   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0106122

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

complex undertaking. Additionally, such actions are subject to legislative provisions and rigorous procedure. These workloads are currently handled by one full time biologist and partial assistance from two other specialists. Funding does not appear to be as problematic as staffing. Base funds are typically adequate and flex dollars are often awarded for select projects. Still, wildlife staffing is not proportionate to our annual budget, or we do not have adequate funds to hire additional, full-time biological help—which is crucial to improving our ability to achieve our resource and program objectives. Current trends suggest these challenges will continue into the future.

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **MULTIPLE SPECIES AND HABITATS** | | |
| **UNCOMPAHGRE BASIN RMP** | | |
| **All Management Units**<br>• The planning area will be open to land treatments (for wildlife) and project facility development. Existing wildlife facilities and land treatments will be maintained. | **No**<br>The decision is too broad-brushed and generic. Not all areas are appropriate for land treatment or facility development, and not all land treatments or facilities should be maintained (some should be restored and/or discontinued). Add verbiage to read "Where appropriate, …" | • Delineate areas where treatments and facilities/ improvements will be restricted and minimal (wilderness cores, wilderness buffers, movement corridors) and areas where treatments will be liberal or extensive. Determine which specific types of treatments will be allowed in WSAs and wilderness areas.<br>• Identify or acknowledge treatment areas in need of repair or ecological restoration (ponds, guzzlers, crested wheatgrass plantings). Prescribe an approach for remediation of these sites.<br>• Treatment objectives will be based on quality effectiveness and benefit for multiple species, or focal species, as opposed to mere quantity or acreage of habitat treated. |
| **Management Units 3, 5, 8, 9, 13, 14, 15** | **Yes, in part**<br>Other areas should be | |

BLM_0106123

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Supplemental releases and reintroduction of native or naturalized fish and wildlife species may be authorized by the District Manager following environmental analysis. | considered for reintroduction if the need arises. | |

**STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT IN COLORADO**

| | | |
|---|---|---|
| • Establish standards and criteria for healthy plant and animal communities, healthy riparian communities, and healthy aquatic resources<br>• Adopted the standards (2-5) for terrestrial and aquatic resources<br>• As of 2008, the entire UFO has been evaluated according to these standards, appropriate management changes were implemented as necessary, and future evaluations will continue to monitor land health | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • For areas not meeting standards, or meeting with problems, prescribe measurable goals for change: e.g., every year, 1000 acres of pinyon-juniper habitat will be treated for recovery so that by 2020, approximately 15000 acres of unhealthy PJ will be meeting or trending toward desired conditions; AND success will be monitored and systematically reported |

**LAND DISPOSAL AMENDMENT**

| | | |
|---|---|---|
| **All Management Units**<br>• Acquire lands to improve and benefit public lands and resources.<br>• "In [land] exchanges, sensitive or critical habitats…would be acquired [where possible]. This would have a positive impact on public lands and resources as a whole." (The document contained no other references or decisions that might affect fish or wildlife resources.) | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • New management direction should stress greater importance and consideration for unique and rare habitats (such as sagebrush, pinyon-juniper, and salt-desert). |

**GUNNISON TRAVEL ANALYSIS AREA TRAVEL RESTRICTION EA**

| | | |
|---|---|---|
| **Portions of the Uncompahgre Basin Resource Area**<br>• Reduce OHV-related impacts on | **Yes:**<br>The decision meets the overall objective to maintain and | • Implement methods for encouraging compliance and monitor management |

348   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106124

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| terrestrial and aquatic wildlife and habitats.<br>• Restricted OHV (ATVs, motorcycles, and 4-WD vehicles) and mountain bike travel to existing, established routes within the planning area (and eliminate authorized cross-country, off-route travel by motorized and mechanized vehicles to minimize impacts on biological resources) | enhance fish and wildlife habitats on public lands. | effectiveness. |
| **STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT IN COLORADO** | | |
| **Portions of the Uncompahgre Basin Resource Area**<br>• Standardize oil and gas leasing, exploration, and development and mitigate impacts on wildlife and biological resources.<br>• Lease stipulations will be attached to mitigate impacts on wildlife and habitats<br>• On-sites will be conducted and biological surveys conducted by qualified individuals<br>• Conditions of Approval will be attached to Applications for Permit to Drill to mitigate impacts on wildlife and habitats | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • At the field office level, formulate and update BMPs and lease notices or stipulations and acquire approval/ signature from state office level, if necessary. |
| **Management Unit 1**<br>• Non-conflicting wildlife habitat management objectives, projects, and mitigating measures will be incorporated into new and existing range allotment management plans. | **No:**<br>This decision suggests that grazing decisions and needs will take precedence over wildlife habitat values. This is not consistent with the intent of FLPMA or our public land health standards. | • Revise to state that wildlife habitat management objectives, projects, and mitigating measures will be incorporated into range allotment management plans and permits such that both uses/values are achieved to the extent possible. |
| **Management Unit 1**<br>• Existing wildlife habitat projects will be maintained. | **No:**<br>Projects should be evaluated on a case-by-case basis to determine whether they should | • Delineate areas where treatments and facilities/ improvements will be restricted and minimal |

BLM_0106125

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | be maintained, improved, or discontinued and restored.<br><br>The decision is too broad and generic. Not all areas are appropriate for land treatment or facility development, and not all land treatments or facilities should be maintained (some should be restored and/or discontinued). Add verbiage to read, "Where appropriate…" | (such as wilderness cores, wilderness buffers, movement corridors) and areas where treatments will be liberal and extensive.<br>• Identify specific types of treatments allowed in WSAs and wilderness areas.<br>• Identify or acknowledge treatment areas in need of repair or ecological restoration (ponds, guzzlers, crested wheatgrass plantings). Prescribe an approach for remediation of these sites.<br>• Treatment objectives will be based on quality effectiveness and benefit for multiple species, or focal species, as opposed to mere quantity or acreage of habitat treated. |
| **Management Unit 3, 5, 8, 9, 13, 14, 15**<br>• Non-conflicting wildlife habitat management objectives, projects, and mitigating measures will be incorporated into new and existing forest management plans (units were identified as productive woodland important to both wildlife and livestock). Existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base. | **Yes, in part:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Note that under some circumstances, woodland base may be of secondary importance in order to protect or sustain wildlife populations. |
| **Management Unit 15**<br>• To protect scenic values, no new habitat improvement projects or maintenance of existing projects will be permitted. | **Yes, in part:**<br>Need to assess whether this decision is still appropriate under future management direction. | |

BLM_0106126

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Management Unit 16**<br>• Habitat, vegetation and other resource studies will be minimal. | **No:**<br>Need to assess whether this decision is still appropriate under future management direction. | • Is the unit predominantly private land? What was the reasoning behind this decision? |
| **All Management Units**<br>*Priorities for Implementation*<br>• Establish and maintain monitoring studies on crucial deer and elk winter range to determine habitat condition and trend.<br>• Cooperate with CDOW on reintroduction of desert bighorn sheep into the Camelback area.<br>• Prepare habitat management plans for the following areas.<br>   o Baldy Peak<br>   o Jumbo Mountain-McDonald Mesa<br>   o Grand mesa<br>   o Uncompahgre Plateau<br>   o Billy Creek<br>   o Management Unit 10<br>• Incorporate the Gunnison Forks Habitat Management Plan into the Gunnison Gorge Range Allotment Management Plan. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | • Since many of these priorities have been completed, identify new priorities or priorities for continuation. |
| **All San Juan/San Miguel Emphasis Areas**<br>• Compliance with FLPMA to maintain and enhance fish and wildlife habitats on public lands.<br><br>• Protection, maintenance, and enhancement of crucial habitats for nongame species of special interest or concern to state and other federal agencies. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands.<br><br>**Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Improve recognition and management consideration for non-status species—i.e., state species of management concern or others not federally listed or listed as BLM sensitive species. These could be identified as "species of local concern." |
| • Continue to evaluate fish and wildlife habitat on a case-by-case basis as a part of project level | **Yes:**<br>The decision meets the overall objective to maintain and | |

BLM_0106127

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| planning. | enhance fish and wildlife habitats on public lands. | |
| • Attach stipulations as appropriate to assure that projects are compatible with management objectives established in the RMP for fish and wildlife habitat. Seasonal restrictions will continue to be applied where they are needed to mitigate impacts of human activities on important seasonal wildlife habitat. | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Develop standard, species-specific survey protocols and mitigation measures or restrictions to protect and maintain wildlife, fish, and habitats. |
| • Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Such projects will be identified through habitat management plans or coordinated RMPs. Key habitats include big game winter range; winter raptor concentration areas; aquatic/ riparian habitats; bighorn sheep habitat; pronghorn antelope habitat. Development of habitat management plans for terrestrial and aquatic species will be closely coordinated with CDOW, the USFS, and where appropriate FWS. Project development will require input from all resource programs to assess impacts through the environmental process. | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Revise the description of key habitats to include general types (such as sagebrush, pinyon-juniper, and salt-desert shrub) and other at-risk communities. |
| • All monitoring will be conducted according to BLM manuals and policies. A detailed wildlife monitoring plan for the planning area will be used. Monitoring for all wildlife species will be closely coordinated with the CDOW. | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • A detailed plan with specific objectives is critical to ensuring that appropriate monitoring occurs. However, we should consider applying a timeframe commitment for completing the monitoring plan. |
| • Sufficient forage and cover will be provided for wildlife on their | **Yes:** The decision meets the overall | |

352    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106128

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| seasonal habitat. Forage and cover requirements will be incorporated into AMPS and will be specific to primary wildlife use areas. Generally, range improvements will be designed to achieve both wildlife and range objectives.<br><br>• Wildlife reintroductions will be evaluated, and recommendations will be made to CDOW. | objective to maintain and enhance fish and wildlife habitats on public lands.<br><br><br><br><br>**Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| **STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT IN COLORADO** | | |
| **All Emphasis Areas**<br>• Establish standards and criteria for healthy plant and animal communities, healthy riparian communities, and healthy aquatic resources<br><br><br><br><br><br><br><br><br><br><br><br><br><br>• Complete necessary improvements and habitat management plans necessary for implementation. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands.<br><br>Adopted the standards for terrestrial and aquatic resources (Standards 2-5 relate to wildlife and fish resources). As of 2008, all of the UFO has been evaluated according to these standards, appropriate management changes were implemented as necessary, and future evaluations will continue to monitor land health.<br><br>**Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • For areas not meeting standards, or meeting with problems, prescribe measurable goals for change (such as every year, 1,000 acres of pinyon-juniper habitat will be treated for recovery so that by 2020, approximately 15,000 acres of unhealthy pinyon-juniper will be meeting or trending toward desired conditions) AND success will be monitored and systematically reported. |
| **OIL AND GAS LEASING AMENDMENT** | | |
| **Portions of the San Juan-San Miguel Resource Area**<br>• Standardize oil and gas leasing, exploration, and development and mitigate impacts on wildlife and biological resources. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • At the field office level, formulate and update BMPs and lease notices or stipulations and acquire approval/ signature from state office level, if |

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     353
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106129

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Lease stipulations will be attached to mitigate impacts on wildlife and habitats<br>• On-sites will be conducted and biological surveys conducted by qualified individuals<br>• Conditions of Approval will be attached to Applications for Permit Drill to mitigate impacts on wildlife and habitats. | | necessary. |
| **Emphasis Area A**<br>• Allow CDOW to introduce other game species if site-specific analysis indicates that significant conflicts with livestock will not occur.<br><br>• In all vegetation types, 5% to 15% of the existing vegetation should be maintained as leave strips or islands interspersed throughout the project areas to maintain dispersed, ecologic communities for wildlife. | **No:**<br>This decision suggests that grazing decisions and needs will take precedence over wildlife habitat values. This is not consistent with the intent of FLPMA or our public land health standards.<br><br>**Yes and No:**<br>5-15% strips would fail to meet the habitat requirements and survival factors of some species. | • Both uses and values should be achieved to the extent possible.<br><br>• Apply greater latitude and range to produce standards that are more flexible and allow for multiple species enhancement across an area. |
| **Emphasis Area D**<br>• Permit fish and wildlife research or inventories. | **Yes:**<br>The decision meets the overall objective to increase our base knowledge in order to maintain and enhance fish and wildlife habitats on public lands. | |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **Emphasis Areas E and I**<br>• Provide for minimal investments to enhance key wildlife species. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Manage so that both extractive and biological values are attained to the greatest extent possible. |
| **Emphasis Area F**<br>• Protect and maintain wildlife habitat. Where feasible, complete wildlife habitat improvements to enhance wildlife viewing associated with cultural values. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |

354    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106130

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area J**<br>• Provide investments to enhance wildlife species that benefit from uneven-aged timber management. | **Yes and No:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands.<br><br>Consider needs of species that select for even-aged timber stands. The decision implies that timber needs and values will take precedence over wildlife habitat values. Both values should be attained across the area to the extent possible. | |
| **Emphasis Area K**<br>• Maintain or improve wildlife habitat through interdisciplinary design of water or vegetation improvements and maintenance of diversity of vegetation. Allow wildlife habitat improvements compatible with the goals of the soil and water program for specific areas. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| **Emphasis Area L**<br>• Maintain species of special importance to maintain viable population levels. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Improve recognition and management consideration for non-status species. Identify species of management concern and others not federally listed or listed as BLM sensitive species as *species of local concern.* |
| **All Emphasis Areas**<br>*Priorities for implementation*<br>• Monitor, maintain, or improve crucial winter ranges for pronghorn antelope, elk, and mule deer focusing initially on the "I" and "M" category grazing allotments.<br>• Monitor, maintain, or improve known, active fisheries habitat. This effort will focus initially on the San Miguel and Dolores rivers and their major tributaries. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | • As many of these objectives have been completed, identify new priorities for implementation and identify those for continuation. |

JUNE 2010            BLM UNCOMPAHGRE FIELD OFFICE, COLORADO            355
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106131

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Monitor, maintain, or improve winter raptor concentration areas.<br>• Maintain all existing wildlife habitat improvement facilities. This effort will focus on guzzlers, exclosures, and vegetation treatments.<br>• Maintain or improve riparian habitat to good or excellent ecological condition, utilizing acceptable grazing systems and fencing where needed.<br>• Initiate development of new wildlife habitat management plans and related enhancement projects. | | |
| **BIG GAME** | | |
| **UNCOMPAHGRE BASIN RMP** | | |
| **Management Units 3, 5, 8, 9, 13, 14, 15**<br>• Wildlife forage allocations will remain at current levels until studies determine adjustments are needed to achieve management directives. Additional forage allocations will be divided equally between wildlife and livestock grazing. | **No:**<br>The decision does not prescribe when or where these studies would take place. Dividing additional forage allocations equally between wildlife and livestock ignores site context—i.e., is the area particularly important for big game, such as crucial winter range? In addition, current range conditions and trends suggest that many areas are exceeding carrying capacity (although it is unclear whether this is due to wildlife or livestock). | • Establish or reestablish a coordination plan and team with CDOW to prescribe management changes that would enhance range conditions and bring use levels back to carrying capacity. |
| **Management Unit 15**<br>• Wildlife forage allocations will remain at current levels. No additional forage allocations will be made. | **No:**<br>Need to assess whether this decision currently meets objectives for maintaining and enhancing wildlife habitats on public lands. | |
| **Management Units 3, 5, 8, 9, 13, 14, 15**<br>• Wildlife habitat monitoring studies will be established and/or maintained on all crucial winter | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. The | • Establish or reestablish a coordination plan and team with CDOW to prescribe management changes that would |

356   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106132

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| ranges. | verbiage should be modified to read "…on all crucial winter range types." | enhance range conditions and bring use levels back to carrying capacity. Work with CDOW on habitat monitoring and data sharing. |
| **All Management Units**<br>• Disturbances will be minimized from December 1 through April 30 on crucial deer and elk winter range. | **No:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands, but leaves the following questions unanswered:<br>• What is our threshold—surface disturbance?<br>• Does this stipulation apply to permitted area routine maintenance activities (such as ROWs)?<br>• Under what circumstances would we permit a variance, exception, or modification to these timing restrictions? The need to consult with CDOW on big game timing exceptions is not specified.<br>• Which habitat types are we referring to—all winter range types except "general winter range" which is ubiquitous in the planning area? These terms should be made consistent with CDOW's since we base our decisions largely on their species/ habitat Geographic Information System models and maps.<br>• How will we treat winter concentration areas, severe winter range, and roosts for bald eagles? The seasonal restriction period for deer and elk differs from that of the San Juan/San Miguel Resource Area (Dec.1 | • Improve consistency and certainty in the application of these stipulations. Identify those projects where these stipulations are not necessary. Define the threshold(s) for application of these stipulations. Define "routine" maintenance and determine whether the restriction periods apply under these circumstances. Consider application of a decision tree/screen to determine how projects will be stipulated (if at all) for big game, raptors, and other species.<br>• Address all the other deficiencies and questions listed in the preceding column.<br>• Develop protective measures for bighorn sheep and pronghorn. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          357
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106133

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | through April 15). The restriction period for bald eagle differs from that of the CDOW's recommended buffer zones and seasonal restrictions.<br>• Temporal buffers are provided—what about spatial buffers (such as no surface occupancy around bald eagle or raptor nests). | |
| **All Management Units (Unit 10 was specifically identified for this value)**<br>• Disturbances will be minimized in elk calving areas from May 1 through June 15. | **No:**<br>See comments above. | See comments above. |
| **Management Unit 1, 2**<br>• Bighorn sheep may be transplanted into the Winter Mesa area (Unit 1) if they will not conflict with livestock. The objective would be to reestablish this species in historically occupied habitat, increase total population numbers, and ensure species viability in the region. Habitat in the Camel Back-Roubideau Creek area (Unit 2) will be available for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Management actions will continue to maintain and enhance current desert bighorn populations and consider future reintroductions. Include coordination with CDOW. |
| • Land treatment projects designed to improve livestock forage and winter range will be developed. As additional forage becomes available, livestock will have priority for allocation; additional forage will be available for wildlife only if not needed by livestock. | **No:**<br>This decision implies that grazing decisions and needs will take precedence over wildlife habitat values. This is not consistent with the intent of FLPMA or our public land health standards. (see comments) | • If so determined, livestock improvements will be developed and the area will be managed primarily for livestock *provided public land health standards are achieved for plant and animal communities.* |
| • Wildlife will have first priority for all additional forage made available as a result of rangeland | **No:**<br>Again, this decision suggests that grazing decisions and needs | • Regardless of funding source or otherwise, both uses and values are to be |

BLM_0106134

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| improvement projects designed to improve wildlife habitat funded by non-BLM sources. | will take precedence over wildlife habitat values. This is not consistent with the intent of FLPMA or our public land health standards. | achieved to the extent possible *provided public land health standards are achieved for plant and animal communities*. |
| **Management Unit 2**<br>• The management unit will be managed to improve the areas' capabilities to support wintering deer, elk, and bighorn sheep populations. All other land uses will be permitted if they do not degrade the areas' winter range capabilities. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Management for big game values should not result in detrimental or deleterious conditions for non-game species. |
| **Management Unit 7**<br>• Wildlife will have priority for forage allocations on crucial deer and elk winter range | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Management for big game values should not result in detrimental or deleterious conditions for non-game species. |
| **Management Unit 10**<br>• The management unit will be managed to enhance its use as an elk calving area.<br>• Habitat in elk calving areas will be improved, and wildlife will have first priority for allocation of new forage.<br>• A habitat management plan will be prepared to improve elk calving habitat. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Management for big game values should not result in detrimental or deleterious conditions for non-game species. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **All Emphasis Areas**<br>• Protection, maintenance, and enhancement of critical habitats for big game. Seasonal restrictions will continue to be applied where they are needed to mitigate the impacts of human activities on important seasonal wildlife habitat. The major types of seasonal wildlife habitat and the time periods when restrictions may be needed include elk and mule deer | **No:**<br>While the decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands, the following questions remain unanswered:<br>• What is our threshold—surface disturbance?<br>• Does this stipulation apply to permitted area routine maintenance activities (such | • Management for big game values should not result in detrimental or deleterious conditions for non-game species.<br>• Improve consistency and certainty in the application of these stipulations. Identify those projects where these stipulations are not necessary. Define the threshold(s) for |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    359
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106135

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| winter range (December 1-April 15) and elk calving grounds (May 1-July 15). | as ROWs)? <br>• Under what circumstances would we permit a variance, exception, or modification to these timing restrictions? Consultation with CDOW on big game timing exceptions should be specified. <br>• Which habitat types are we referring to—all winter range types except "general winter range" which is ubiquitous in the planning area? These terms should be made consistent with CDOW's since we base our decisions largely on their species/ habitat Geographic Information System models and maps. <br>• How will we treat winter concentration areas, severe winter range, and roosts for bald eagles? The seasonal restriction period for deer and elk differs from that of the Uncompahgre Basin RMP area (December 1-April 30). The restriction period for bald eagle differs from that of the CDOW's recommended buffer zones and seasonal restrictions. | application of these stipulations. Define *routine maintenance* and determine whether the restriction periods apply under these circumstances. Consider application of a decision tree/screen to determine how projects will be stipulated (if at all) for big game, raptors, and other species. <br>• Address all the other deficiencies and questions listed in the preceding column. |
| • A goal of this land use plan (subject to the availability of funds and workforce needed to complete wildlife habitat improvements) will be to manage the habitat for current levels of deer and elk (20,000 and 1,600, respectively). Vegetative resource monitoring may indicate that wildlife reductions are needed in localized areas to maintain use within the carrying capacity. The | **Yes:** <br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Coordinate with CDOW to set feasible population objectives within natural carrying capacity. |

360        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106136

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| reductions may be shared with domestic livestock depending on monitoring results. | | |
| **Multiple Emphasis Areas**<br>• Manage for 300 head of pronghorn antelope and allow for reintroducing (not to exceed a total of 300) bighorn sheep in the Dolores River Canyon. | **Yes and No:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Communicate with CDOW to determine whether the herd size goal is still within reason and whether reductions or augmentations are necessary. |
| **Emphasis Area A**<br>• Allow CDOW to expand pronghorn herds. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands.<br><br>Uncertain whether this decision was implemented and CDOW still intends to augment/expand this herd. | |
| **Emphasis Area B**<br>• Manage big game for the following numbers of animals, subject to monitoring results and availability of funds and personnel to implement needed improvements:<br>○ 20,000 mule deer<br>○ 1,600 elk<br>○ 300 antelope<br>○ 300 big horn sheep | **Yes and No:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Communicate with CDOW to determine whether the herd size objectives are still within reason and whether reductions or augmentations are necessary. |
| **Emphasis Areas C, D**<br>• Allow for introduction of bighorn sheep along Dolores River. | **Yes and No:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Communicate with CDOW to determine whether the herd size goal is still within reason and whether reductions or augmentations are necessary. |
| **UNCOMPAHGRE BASIN FIRE MANAGEMENT AMENDMENT** | | |
| **All Management Units**<br>• Improve the UFO's ability to use fire as a management tool to enhance deer and elk habitat, especially winter range and other crucial habitats. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    361
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106137

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • A central aspect of this action was to improve the UFO's ability to use fire as a management tool to enhance deer and elk habitat, especially winter range and other crucial habitats. The EA amended the RMP to allow the use of fire through prescribed and planned ignitions on all 483,037 acres within the planning area. Prior to the amendment, only about 25% of the planning area had fire identified as an acceptable and usable management tool. | | |

## FISH AND RIPARIAN

### UNCOMPAHGRE BASIN RMP

| | | |
|---|---|---|
| **Management Units 1, 2, 3, 5, 7, 8, 9, 10, 13, 14, 15, 16**<br>• Riparian zones and aquatic habitats will be inventoried and monitored where necessary to provide information to determine proper management. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Include example protocols for these assessments (such as proper functioning condition), perhaps in Appendix format. Acknowledge that protocols may change based on new information. |
| **Management Units 1, 2, 3, 5, 7, 8, 9, 10, 13, 14, 15, 16**<br>• Riparian vegetation conditions and streambank cover will be maintained and improved. | **Yes**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • The decision falls short of providing a firm, quantifiable objective. What percentage of the planning area should meet these standards/criteria and by what time? In addition, some sites require maintenance and not improvement. |
| **Management Units 1, 2, 3, 5, 7, 8, 9, 10, 13, 14, 15, 16**<br>• Measures designed to minimize site-specific riparian and aquatic deterioration will be required in site-specific plans for surface-disturbing land use activities. | **Yes**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Include a reference to the Colorado Public Land Health Standards.<br>• Include minimization measures or a list of recommended measures for management consistency and efficacy. Include standard |

BLM_0106138