| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | minimization measures, perhaps in Appendix format. Acknowledge that measures may change in the future based on new information. |
| **Management Unit 7**<br>• Riparian/aquatic zones up to one-quarter mile wide will be protected. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures. | **Yes, in part:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. However, the language "up to one-quarter mile wide" is misleading. Do they mean a minimum of a one-quarter mile buffer? | |
| **Management Unit 9**<br>• The management unit will be managed to restore and enhance riparian vegetation along 40 miles of streams.<br>• Objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table will be incorporated into existing activity plans or developed in new riparian/ aquatic system management plans.<br>• Riparian Improvement Plans will be prepared and designed to accelerate the improvement of riparian vegetation.<br>• All areas will be intensively monitored for vegetation, aquatic habitat, and erosion conditions. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **All Emphasis Areas**<br>Protection, maintenance, and enhancement of the following:<br>• Wetland and riparian habitats<br>• Existing or potential fish habitat | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |

BLM_0106139

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Objectives to protect or improve aquatic and riparian habitat will become part of allotment management plan and habitat management plans. Develop needed habitat management plans and improvements for implementation (including monitoring plans). | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| • Management actions within flood plains and wetlands will include measures to preserve, protect, and, if necessary, restore their natural functions (as required by Executive Orders 11988 and 11990). | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| • Management techniques will be used to minimize degradation of aquatic and riparian habitats. Bridges and culvert installations will be designed to maintain adequate passages for fish. | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| • Fish stocking proposals will be evaluated, and recommendations will be made to the CDOW. | **Yes** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| **Multiple Emphasis Areas**<br>• The following riparian areas should be managed to improve aquatic and(or) riparian habitat; Roc, North Mesa, South Mesa, La Sal and Dry creeks; the East and West forks of Dry Creek Canyon; and Cross, Cow, Cahone, Hovenweep, and Bridge canyons. | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| • Improve aquatic and riparian habitat on these areas listed in priority order: the upper San Miguel River and its tributaries (44 miles), the upper Dolores River and its tributaries (30 miles), and the lower San Miguel River and its tributaries (20 miles). | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |

BLM_0106140

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area A**<br>• All perennial streams within the planning area that have the potential of providing quality fisheries or riparian habitat should receive special management consideration through the activity planning process to maintain, improve, or enhance resource conditions associated with aquatic and riparian habitat. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| **Emphasis Area B**<br>• Complete habitat improvements. Invest wildlife funds for structural improvements and vegetation restoration projects to improve high priority riparian habitat at the following drainages: Rock, North and South Mesa, La Sal, Dry Creeks (East and West Forks, Dry Creek Canyon); and Cross, Cow, Cahone, Hovenweep, and Bridge Canyons | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| • Improve or enhance aquatic/riparian habitat on the following priority areas:<br>-Upper San Miguel River and its tributaries (44 miles)<br>-Lower San Miguel and its tributaries (20 miles)<br>-Upper Dolores River (30 miles)<br>• Develop aquatic/riparian habitat management plans for these above three priority areas (including intensive monitoring plans). | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • A detailed plan with specific objectives is critical to ensuring that appropriate monitoring occurs. However, we should consider applying a timeframe commitment for completing the monitoring plan. |
| **Emphasis Area C**<br>• Improve fishery values on Dolores and San Miguel (including Beaver and Fall Creeks) rivers to improve recreation values. Also, improve recreation access to Beaver Creek and San Miguel River. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Coordinate and communicate with CDOW on these efforts. |
| **Emphasis Area D**<br>• Allow non-impairing aquatic/riparian improvements | **Yes:**<br>The decision meets the overall objective to maintain and | |

JUNE 2010      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      365
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106141

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| (Dolores River WSA). | enhance fish and wildlife habitats on public lands. | |
| **Emphasis Area J**<br>• Coordinate efforts on a case-by case basis to ensure aquatic/riparian resources are protected and, in some cases, improved. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| **Emphasis Area L**<br>• Invest wildlife funds for structural improvements and vegetation restoration projects to improve the following high priority riparian habitats: Cross, Cow, Cahone, Hovenweep, and Bridge canyons. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| **BIRDS** | | |
| **SAN JUAN-SAN MIGUEL RMP** | | |
| **All Emphasis Areas**<br>• Protection, maintenance, and enhancement of critical habitats for waterfowl and upland game birds. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| **Emphasis Area A**<br>• Allow CDOW to introduce Chukar. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | Uncertain whether this decision was implemented and CDOW still intends to introduce this species. |
| **Emphasis Area B**<br>• Maintain or improve habitat for migratory bird species of high federal interest. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • In accordance with the Migratory Bird Treaty Act and BLM Interim Guidance (IM No. 2008-050) for Executive Order 13186, the UFO evaluates and discloses proposed activity impacts on migratory bird populations and applies mitigation measures as necessary. |

BLM_0106142

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

- Current management applies a number of restrictions to protect wildlife. However, as with the Uncompahgre Basin Resource Area, not all of these are specifically provided for in the RMP. Instead, we base these decisions on laws (such as the Migratory Bird Treaty Act and ESA), policies (such as BLM Manual 6840), or the precept that we are applying measures which are consistent with the overall intent and objectives of the RMP. For the San Juan/San Miguel RMP, stipulations are provided in the Oil and Gas Leasing Amendment. These restriction periods are reiterated in the Seasonal Wildlife Restrictions table (see General Decisions above).

   The RMP language is vague in defining the types of activities (such as surface disturbance and human presence) to which the restrictions would apply. These standards should be codified in detail for all restrictions, stipulations, and mitigation pertaining to wildlife and fisheries. It is also important that these stipulation prescriptions be qualified by stating that they are based on our best and current knowledge of the resources and issues, are subject to change, and that a list of the most current stipulations can be obtained at the UFO administrative headquarters in Montrose, Colorado.

- Wildlife and fisheries restrictions (stipulations) are inconsistent or unidentified in the document. First, restrictions are inconsistent between the Uncompahgre Basin and San Juan/San Miguel resource areas. Second, prescribed seasonal restrictions are inconsistent with some of CDOW's recommended timeframes and terminology. For instance, for deer and elk habitats, the BLM applies the term "crucial" winter range. CDOW uses other categories such as "winter range," "severe winter range," and "winter concentration." Because the UFO bases its assessments and management prescriptions primarily on CDOW and other partner data, habitat nomenclature needs to be defined in relation to partner data and/or partner terminology needs to be applied. (Important: general "winter range" is ubiquitous in the resource area, and it does not make sense to restrict human activities at that extent or level)

- Restrictions are provided for bald eagles, peregrine falcons, and their habitats. However, no restrictions are provided or recommended for other raptors.

- In accordance with the Migratory Bird Treaty Act and BLM Interim Guidance (IM No. 2008-050) for Executive Order 13186, the UFO evaluates and discloses proposed activity impacts on migratory bird populations and applies mitigation measures as necessary. The RMP does not include this provision.

- The RMP does not prescribe conditions under which wildlife and fisheries restrictions/ stipulations may be waived, excepted, or modified.

- There are no references to landscape context for species conservation. A landscape approach should include a treatment/analysis of habitat cores (protected areas), core peripheries (restricted areas), and movement corridors to sustain biodiversity.

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        367
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106143

- Document appears to confuse resource objectives and decisions. The revised RMP should contain clear goals (indicating what we want to achieve overall), objectives (defining our measure of success), and decisions (identifying the specific actions we will take to accomplish our objectives).

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

- Codify specific mitigation measures, conditions of approval, and BMPs by species and/or taxa based on the best and most current scientific information. Identify specific publications, research, and other guidance upon which measures are based, and use terminology that is consistent with our sources. Consider direct, indirect, and residual impacts, and temporal and spatial factors. Identify which types of activities—based on timing, intensity, frequency, duration, and site context—will likely be subject to stipulations. This may be based on a decision tree or screen such that projects that have negligible or immeasurable impacts (such as patching a barbwire fence) are not subject to unnecessary restrictions and may proceed provided all other procedural requirements (including NEPA and Section 7 consultation) are addressed. Identify the specific circumstances under which exceptions or variances to seasonal and other restrictions would be granted, if at all. Include a prescription or protocol for handling exception and variance requests and include a stated commitment to coordinate and consult with CDOW on big game and, if necessary, on other species (including species of concern).

- The BLM will work with CDOW and other partners to improve our base knowledge of special status raptor nests and concentration areas across the planning area.

- Require development proponents to perform raptor nest inventories in potential nest habitat. When possible, inventories will allow for a full nesting sequence for investigation prior to project implementation.

- Prohibit disruptive land use activities within a one-quarter mile radius of active raptor nest sites during the period from nest territory establishment to dispersal of young. If nest status is undetermined (meaning that there is no established history of nest use), the buffer and restriction period would apply during the regular breeding season for the species of interest (as determined by a BLM biologist). Exception and modification provisions will provide flexibility in implementing the stipulations, and allow site-specific tailoring of prescriptions to ensure protection of identified values without unnecessarily hindering other land use activities. If the nest is inactive based on at least two consecutive years of surveys, the above seasonal restriction would not apply.

- Prohibit disruptive surface occupation or adverse habitat modification within one-eighth mile of functional nest sites of non-special status raptor species. Exception and modification provisions will provide flexibility in implementing the stipulations

368      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106144

and allow site-specific tailoring of prescriptions to ensure protection of identified values without unnecessarily hindering other land use activities.

- Develop and maintain a list of local species of concern based on the best and most current information. This list would likely include species not federally listed or identified by BLM as sensitive (such as burrowing owls, bighorn sheep, and white-tailed prairie dogs) that may require special management attention. Where applicable, these species will be analyzed and documented through NEPA.

- Identify and define specific overarching objectives for fish and wildlife and their habitats. The current plans appear to confuse resource objectives and decisions. These should be clearly defined as our overarching goals (what we want to achieve overall), objectives (how we plan to get there), and decisions (the specific actions we will take to accomplish our objectives).

-  Coordinate with CDOW to consider options for big game herd reductions where carrying capacities have been exceeded.

- In accordance with the Migratory Bird Treaty Act and BLM Interim Guidance (IM No. 2008-050) for Executive Order 13186, evaluate and disclose proposed project impacts on migratory bird populations and apply mitigation measures as necessary such that species and population viability are not negatively affected. Mitigation measures will rely heavily on protecting nesting raptors such that surrogate protection is afforded to bird communities across the landscape.

- To the extent possible, apply conservation measures provided in the 2009 UFO Migratory Bird Analysis Report.

- Base management on an ecological, landscape-level approach and include an analysis and prescription for habitat cores (protected areas), graduated peripheries (variegated levels of restricted areas), and movement corridors to sustain biodiversity. Previous management approaches by management unit or emphasis area, are predominantly commodity-driven and not compatible, over the long-term, with maintaining viable plant and animal communities.

- Define *routine maintenance* and identify triggers for analysis and biological clearance. Standard stipulations for feature maintenance should be considered. Routine maintenance for human developments (such as fences, communication sites, and roads) is generally allowed for in the various permit types. Given the extent and number of human developments across public lands and, consequently, the continuous maintenance of these features, there are untold impacts on wildlife, fish, and their habitats. Many of these activities may be in violation of ESA, FLPMA, BLM policy, and other guidance.

- Identify policies for imposing stipulations on projects that occur on split-estate or private lands that may occur as part of a connected action.

- For areas not meeting LHA standards, or meeting with problems, prescribe measurable goals for remediation. For example, each year, 1,000 acres of pinyon-

JUNE 2010              BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                           369
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106145

juniper habitat will be treated for recovery so that by 2020, approximately 15,000 acres of unhealthy pinyon-juniper will meet or trend toward desired conditions. Success will be systematically monitored and reported. Focus efforts on areas of relative ecological importance (see below).

- Vegetation treatments will be developed such that habitat quality takes precedence over quantity or total area treated. If we are confident high quality habitats will be achieved, that desired conditions will be achieved with minimal impact on species, treatments may be extended to cover more area. Whenever possible, multiple species will be considered in the design of habitat treatments.

- Road density objectives will be prescribed through travel management planning in areas of high ecological value (see below) or other sensitive areas.

- Apply no surface occupancy and timing limitation stipulations, where appropriate, to all permitted surface use activities through various use authorizations or leasing processes. These protective stipulations will be applied to surface use activities associated with existing land use authorizations, as mitigation measures, or conditions of approval during the NEPA process.

- Acquisition of water rights to meet minimum instream flow requirements of public land cold-water fisheries will be pursued in cooperation with the Colorado Division of Wildlife and the Colorado Division of Water Resources. The needs of other native fisheries will be considered as well.

- Include stipulations for Rocky Mountain bighorn sheep and pronghorn antelope crucial habitats, including parturition and winter types.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

Areas of high ecological value—areas where management should focus most of its enhancement, maintenance, and/or protection efforts—include the following vegetation and habitat types: riparian and wetlands, pinyon-juniper communities, sagebrush communities, raptor breeding habitats, and big game crucial winter range and production types.

370          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106146

# 4.1.7 ☀ *Special Status Species*

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

Population and habitat objectives, or desired future conditions, are poorly defined for wildlife, fish, and habitats. Perhaps the best model we have to describe desired future conditions are the broad criteria provided by the Colorado Standards for Public Land Health. Standard 4 on Special Status Species requires the following: Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhanced by sustaining healthy, native plant and animal communities. Indicators such as species diversity and resiliency are used to gauge our success at achieving these standards. When we have identified specific objectives (such as those based on recovery plans), long-term monitoring is often lacking, making it difficult to determine whether these standards are being achieved or we are making progress toward those goals.

The majority of land health problems in the planning area are thought to be caused by an array of past and present land use activities. (See the Trends subsection of Section 2.1.6.) FLPMA's multiple use mandate places considerable pressure on fish, wildlife, and habitats. Many values are conflicting, such as oil and gas development and wildlife habitat enhancement. Mitigation and restrictions for projects on public lands are, in reality, short-term measures that fail to remedy larger, landscape level problems such as habitat fragmentation and loss. Although necessary and beneficial, such measures are not as effective as proactive, enhancing, conservation efforts and planning. Nevertheless, current human activities and resource demands are expected to continue and likely increase. Viability and persistence of animal and fish populations will depend largely on the ability of a species to adapt and the ability of a landscape to recover in the face of these pressures.

Staffing, funding, and time limitations inhibit the ability to achieve objectives aimed at benefitting fish and wildlife. BLM biologists are tasked with evaluating and clearing nearly every project or action proposed on public lands. Over 80 species of concern or interest and their habitats occur across the planning area. Evaluating the impacts of multiple, concurrent projects, and effectively mitigating those impacts on resources, is a time-consuming and complex undertaking. In addition, such actions are subject to legislative provisions and rigorous procedure. These workloads are currently handled by one fulltime biologist and partial assistance from two other specialists.

Funding does not appear to be as problematic as staffing. While base funding is typically adequate and flex dollars are often awarded for select projects, staffing is not available in proportion. Additional, full-time biological help is crucial to improving our ability to achieve

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    371
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106147

our resource and program objectives. Current trends suggest these challenges will continue into the future.

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **MULTIPLE SPECIES AND HABITATS** | | |
| **UNCOMPAHGRE BASIN RMP** | | |
| **All Management Units**<br>• Threatened and endangered species and unique plant associations will be inventoried and monitored where necessary to provide information to determine proper management. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | |
| • Clearances will be conducted on all proposed surface-disturbing activities, and the FWS will be consulted as required. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and is consistent with applicable laws and policies. | • Develop standard, species-specific survey protocols and mitigation measures or restrictions to protect and maintain wildlife, fish, and habitats.<br>• The San Juan-San Miguel RMP states that "no activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence." The revised RMP should include a similar statement of policy for T&E species.<br>• Policies on Section 7 consultation requirements, T&E management, and terminology should be made consistent with BLM Manual 6840. |
| • Measures designed to protect threatened and endangered species and their habitat will be required in all land use activity | **Yes** | |

372   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106148

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| plans. | | |
| (**Management Units 3, 5, 8, 9, 13, 14, 15 were specifically identified for this value**.)<br>• Supplemental releases and reintroduction of federal and state listed endangered, threatened, and candidate species may be authorized following environmental analysis and consultation with the FWS, CDOW, and other affected parties. | **Yes** | |
| **STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT IN COLORADO - AMENDS BOTH RMPS** | | |
| • Establish standards and criteria for healthy plant and animal communities, healthy riparian communities, and healthy aquatic resources<br>• Adopted standards 2-5 for terrestrial and aquatic resources<br>• As of 2008, all of the UFO has been evaluated according to these standards, appropriate management changes were implemented as necessary, and future evaluations will continue to monitor land health | **Yes** | |
| **LAND DISPOSAL AMENDMENT FOR THE UNCOMPAHGRE BASIN RMP** | | |
| • Acquire lands to improve and benefit public lands and resources.<br>• "In [land] exchanges, sensitive or critical habitats…would be acquired [where possible]. This would have a positive impact on public lands and resources as a whole." (The document contained no other references or decisions that might affect fish or wildlife resources.) | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and is consistent with applicable laws and policies. | • Stress greater importance and consideration for unique and rare habitats (such as sagebrush, pinyon-juniper, and salt-desert) |

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        373
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106149

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **GUNNISON TRAVEL ANALYSIS AREA TRAVEL RESTRICTION EA FOR PORTIONS OF THE UNCOMPAHGRE BASIN RESOURCE AREA** | | |
| • Reduce OHV-related impacts on terrestrial and aquatic wildlife and habitats.<br>• Restrict OHV (ATVs, motorcycles, and 4-WD vehicles) and mountain bike travel to existing, established routes within the planning area; i.e., eliminated authorized cross-country, off-route travel by motorized and mechanized vehicles to minimize impacts on biological resources | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • Implement methods for encouraging compliance and monitor management effectiveness. |
| **COLORADO OIL AND GAS LEASING AMENDMENT** | | |
| • Standardize oil and gas leasing, exploration, and development and mitigate impacts on wildlife and biological resources.<br>• Lease stipulations will be attached to mitigate impacts on wildlife and habitats<br>• On-sites will be conducted and biological surveys conducted by qualified individuals<br>• Conditions of Approval will be attached to Applications for Permit to Drill to mitigate impacts on wildlife and habitats | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. | • At the field office level, formulate and update BMPs and lease notices or stipulations and acquire approval/ signature from state office level, if necessary. |
| **UNCOMPAHGRE BASIN RMP** | | |
| **Management Unit 8**<br>• Prior to management of the area for ORV use, an inventory will be conducted to identify threatened and endangered plant populations.<br>• The OHV management unit's proposed boundary will be adjusted to exclude threatened and endangered plants. If plants or plant communities cannot be | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | |

374  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

JUNE 2010

BLM_0106150

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| excluded from the management unit, protective fencing or other measures will be implemented to protect the plants.<br>• The FWS will be consulted.<br>• Measures designed to protect threatened and endangered species and their habitat will be incorporated into all activity plans. | | |
| **Management Unit 13**<br>• The entire management unit is designated as the Fairview Research Natural Area/ACEC.<br>• Plant monitoring studies will be developed in cooperation with the Colorado Natural Areas.<br>• A management plan will be developed for this unit and intensive studies established to increase our basic knowledge about these threatened and endangered species.<br>• Program actions designed to improve habitat conditions will be initiated.<br>• Surface-disturbing activities will be restricted to protect threatened and endangered species and their potential habitat. | | |
| **Management Unit 14**<br>• Needle Rock Outstanding Natural Area/ACEC (although not specified in the RMP, the area harbors several rare and sensitive species, plants and animals)<br>• Measures designed to protect threatened and endangered species and their habitat will be incorporated into all activity plans. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | |
| **Management Unit 15** | **Yes:** | |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    375
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106151

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • The management unit contains populations of the threatened Uinta Basin hookless cactus and is potential habitat for the endangered clay-loving wild buckwheat and the candidate Montrose penstemon<br>• The Adobe Badlands Outstanding Natural Area/ACEC will be managed to protect its unique scenic qualities and threatened and endangered species' habitats, and to reduce active erosion.<br>• A management plan will be developed for this unit and intensive studies established to increase our basic knowledge about these threatened and endangered species.<br>• A complete inventory for threatened and endangered species will be conducted. Research and monitoring studies will be established. | The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies.<br>The Montrose (or Adobe) penstemon is no longer a candidate or special status species. | |
| *Implementation Priorities:*<br>1. Conduct a threatened and endangered species inventory of Management Unit 8 (completed).<br>2. Prepare a management plan for Management Unit 13 (completed).<br>3. Establish studies in Management Unit 13 (several studies ongoing).<br>4. Conduct a threatened and endangered species inventory in Management Unit 15 (several inventories conducted to date).<br>5. Conduct threatened and endangered species clearances on potential disposal tracts (Ongoing).<br>6. Continue general monitoring of threatened and endangered species. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | • Identify priorities for continuation, as well as new priorities for implementation (since many have been completed). |

376   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106152

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **All Emphasis Areas**<br>• All monitoring will be conducted according to BLM manuals and policies. A detailed wildlife monitoring plan for the planning area will be used. Monitoring for all wildlife species will be closely coordinated with the CDOW and the FWS. | **Yes** | |
| • No activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | • The San Juan-San Miguel RMP states that "no activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence." A similar statement of policy should be carried forward in the revised RMP.<br>• Policies on Section 7 consultation requirements, T&E management, and terminology should be made consistent with BLM Manual 6840. |
| • CDOW and the FWS will be consulted prior to implementing projects that may affect threatened and endangered species' habitat. If such a situation is determined through the BLM biologic assessment process, then consultation with the FWS will be initiated as per Section 7 of the Endangered Species Act of 1973, as amended. | **Yes and No:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. Consultation with CDOW is not required by law. | • Due to time and budget constraints, consultation with CDOW for T&E species should not be stipulated. Effects and mitigation on these species are adequately addressed through the Section 7 process and a projects' effects on species are tracked through other means, |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                              377
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106153

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | according to ESA (specifically, annual data requests for projects which underwent consultation for "may affect" situations) |
| • No activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence. | **Yes:** This specific language ensures that the purpose and intent of ESA is fulfilled, that BLM has complied with the law's purpose. It also avoids difficult decisions—i.e., we have sidebars. | • A similar statement of policy should be carried forward in the revised RMP. |
| • T&E species will be protected and the habitat generally enhanced through the implementation of habitat management plans. Key habitats identified in the RMP include raptor winter concentration areas; aquatic/ riparian; and threatened and endangered species habitat. Priority will generally be given to the development of a habitat management plan for T&E species. Development of habitat management plans for terrestrial and aquatic species will be closely coordinated with CDOW, the USFS, and where appropriate, the FWS. Project development will require input from all resource programs to assess impacts through the environmental process. | **Yes:** The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | • Develop standard, species-specific survey protocols and mitigation measures or restrictions to protect and maintain wildlife, fish, and habitats. • A detailed plan with specific objectives is critical to ensuring that appropriate monitoring occurs. However, we should consider applying a timeframe commitment for completing the monitoring plan. |
| • The BLM wildlife habitat management program will place special emphasis on, but is not limited to, the protection, maintenance, and enhancement of habitat for state or federally listed threatened and/or endangered species. | **Yes** | |

378    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106154

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Seasonal restrictions will continue to be applied where needed to mitigate the impacts of human activities on important seasonal wildlife habitat. The major types of seasonal special status wildlife habitat and the time periods when restrictions may be needed include the following:<br>○ Eagle winter concentration areas (12/1 - 4/15)<br>○ Sage grouse strutting grounds (3/15 - 5/15)<br>○ Peregrine falcon habitat (3/1 - 9/1) | **Yes and No:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies.<br><br>The seasonal restriction for peregrine falcon may not be appropriate under current management direction as this species was delisted in 1999. Other restrictions will be necessary, but may be less stringent.<br><br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands.<br><br>What is our threshold—surface disturbance? Does this stipulation apply to permitted area routine maintenance activities (such as ROWs)? Need to define under what circumstances the BLM would permit a variance, exception, or modification to these timing restrictions. For the bald eagle, which habitat types are we referring to—all winter range types except "general winter range" which is ubiquitous in the planning area? Winter concentration areas, severe winter range, and roosts for bald eagles should be addressed. The restriction period for bald eagles differs from CDOW's recommended buffer zones and seasonal restrictions. Temporal buffers are provided—but not spatial buffers (such as no surface occupancy around bald eagle or raptor nests). | • Develop standard, species-specific survey protocols and mitigation measures or restrictions to protect and maintain special status wildlife, fish, and habitats. Include other restrictions such as protection buffers, or "no surface occupancy."<br>• Improve consistency and certainty in the application of these stipulations. Identify those projects where these stipulations are not necessary. Define the threshold(s) for application of these stipulations. Define "routine" maintenance and determine whether the restriction periods apply under these circumstances. Consider application of a decision tree/screen to determine whether and how projects will be stipulated for big game, raptors, and other species.<br>• As we base BLM decisions largely on CDOW's species and habitat Geographic Information System models and maps, use terminology consistent with CDOW's.<br>• Address all other deficiencies and questions listed in the preceding column. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    379
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106155

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | • Need to bolster measures to protect sage grouse—buffer zones, site-specific relocation of developments (in order to protect sagebrush stands). |
| **Emphasis Area A**<br>• Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat.<br><br>• Maintain or improve habitat for sensitive plants, wildlife, and migratory bird species of high federal interest.<br><br>• Continue management of Paradox peregrine falcon eyries<br>• Continue management of bald eagle nests and winter eagle concentration areas. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies.<br><br>**Yes**<br><br><br><br>**Yes**<br><br>**Yes** | |
| **Emphasis Areas B, C, D**<br>• Reestablish river otters in the Dolores River. | **Yes** | |
| **Emphasis Area B**<br>• Continue to monitor and provide protection for endangered, candidate, and sensitive plant species in Paradox Valley and Spring Creek. | **Yes** | |
| **Emphasis Area C**<br>• Continue to provide necessary management for T&E species. | **Yes and No:**<br>Language is vague. | |
| **Emphasis Area D**<br>• Provide protection for sensitive plant species in the Coyote Wash area of Dolores Canyon. | **Yes:**<br>The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | |

380   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106156

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Permit fish and wildlife research or inventories. | **Yes** | |
| • Allow natural distribution and population of vegetation and wildlife species indigenous to area to maintain natural balance with each other, their habitats, and man. | **Yes** | |
| **Emphasis Areas E, I** <br> • Protect T&E species and maintain or improve their habitats. Provide for minimal investments to enhance key wildlife species. | **Yes** | |
| **Emphasis Area F** <br> Continue to manage T&E species habitat to protect species. | **Yes** | |
| **Emphasis Area G** <br> • Protect T&E species and maintain or improve their habitats. | **Yes** | |
| **Emphasis Area H** <br> • Provide for T&E species inventories and clearance prior to disposal. | **Yes** | |
| **Emphasis Area J** <br> • Protect T&E species and maintain or improve their habitats. Provide investments to enhance wildlife species which will benefit from uneven-aged timber management. | **Yes and No:** <br> The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands. The decision implies that timber needs and values will take precedence over wildlife habitat values. Both values should be attained across the area to the extent possible. | • Consider needs of species that select for even-aged timber stands. |
| **Emphasis Area K** <br> • Protect T&E and sensitive species habitat. | **Yes:** <br> The decision meets the overall objective to maintain and enhance fish and wildlife habitats on public lands and complies with applicable laws and policies. | |
| **Emphasis Area L** <br> • Manage important or critical | **Yes** | |

*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106157

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| habitat for T&E and sensitive species to maintain viable population levels. | | |
| **All Emphasis Areas** *Priorities for implementation* 1. Monitor, maintain, or improve sensitive habitats for threatened or endangered species. 2. Upon identification of an occupied habitat area or introduction of any T&E species into an area, a Habitat Management Plan would be initiated as funding is available. 3. Monitor, maintain or improve winter raptor concentration areas. | **Yes** | |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

### Both RMPs

- Current management applies a number of restrictions to protect wildlife, not all of which are specifically provided for in the RMPs. Instead, many of these decisions are based on laws (including the Migratory Bird Treaty Act and ESA), policies (such as BLM Manual 6840 - Special Status Species Management), or the precept that we are applying measures which are consistent with the overall intent and objectives of the RMP. Detailed codified standards should be developed for all restrictions, stipulations, and mitigation related to special status species. This would be best presented in an appendix or similar format. It is also important that these stipulation "prescriptions" be qualified by stating that they are based on our best and most current knowledge of the resources and issues, that they are subject to change, and that a list of the most current stipulations can be obtained at the UFO headquarters in Montrose, Colorado.

- Special status species restrictions (stipulations) are inconsistent or unidentified in the RMPs. Restrictions are inconsistent between the Uncompahgre Basin and San Juan/San Miguel resource areas. In addition, prescribed seasonal restrictions for some species (such as peregrine falcons) are inconsistent with some of CDOW's recommended timeframes and terminology. For instance, the BLM uses the term "crucial" winter range in reference to deer and elk habitats, while CDOW uses other categories (such as "winter range," "severe winter range," and "winter concentration"). Because the UFO bases its assessments and management

382          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106158

prescriptions primarily on CDOW and other partner data, define habitat nomenclature in relation to partner data and terminology.

- Restrictions are provided for bald eagles, peregrine falcons, and their habitats. Provide restrictions or recommended measures for other sensitive species such as ferruginous hawks, Gunnison prairie dogs, and sensitive reptiles.

- Neither RMP prescribes conditions under which wildlife and fisheries restrictions and stipulations may be waived, excepted, or modified.

- Prescribing wildlife and habitat stipulations (and other management approaches) by management unit or geographic area is short-sighted and inflexible. The approach is based on commodity production and fails to consider biological and ecological constraints. As the distribution and legal status of species changes constantly, apply stipulations to protect species resource-wide, as necessary and wherever conditions warrant.

- There are no references to landscape context for species conservation. A landscape approach should include a treatment and analysis of habitat cores (protected areas), core peripheries (restricted areas), and movement corridors to sustain biodiversity.

- Provide discussion related to ESA, the Migratory Bird Treaty Act, and other applicable laws and policies that provide the framework for special status species on UFO lands in the planning area.

- Policies on ESA Section 7 consultation requirements, T&E management, and terminology should be made consistent with BLM Manual 6840 (Special Status Species Management).

- Provide a more detailed description of resource divisions and management emphasis areas.

- Clearly define resource objectives and decisions with overarching goals (what we want to achieve overall), objectives (how we plan to get there), and decisions (the specific actions we will take to accomplish our objectives). Both RMPs appear to confuse these.

## Uncompahgre Basin RMP and Amendments

- The San Juan/San Miguel RMP states that "No activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence." The Uncompahgre Basin RMP does not include a similar statement of policy for T&E species.

- The RMP is not user and manager-friendly. Information must be searched out in multiple sections, and sometimes in obscure paragraphs. A quick reference should be created so that management prescriptions are actually implemented.

## San Juan/San Miguel RMP and Amendments

- Although more usable than the Uncompahgre Basin RMP, the San Juan/San Miguel RMP is not user or manager-friendly. Information must be searched out in multiple

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          383
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106159

sections, and sometimes in obscure paragraphs. A quick reference should be created so that management prescriptions are actually implemented.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

- Codify specific mitigation measures, conditions of approval, and BMPs for individual species and/or taxa based on the best and most current scientific information. Identify specific publications, research, and other guidance upon which measures are based and make terminology with sources as consistent as possible. Consider direct, indirect, and residual impacts, and temporal and spatial factors. Identify types of activities—based on timing, intensity, frequency, duration, and site context—that will likely be subject to stipulations. This may be based on a decision tree or screen such that projects that have negligible or immeasurable impacts (such as patching a barb-wire fence) are not subject to unnecessary restrictions and may proceed provided all other procedural requirements (such as NEPA and ESA Section 7 consultation) are addressed. Identify the specific circumstances under which exceptions or variances to seasonal and other restrictions would be granted, if at all. Include a prescription or protocol for handling exception and variance requests and include a stated commitment to coordinate and consult with CDOW for big game and, if necessary, other species (such as Colorado species of concern).

- The BLM will work with CDOW and other partners to improve our base knowledge of special status raptor nests and concentration areas across the UFO.

- Development proponents will be required to perform raptor nest inventories in potential nest habitat. When possible, inventories will allow for a full nesting sequence for investigation prior to project implementation.

- Disruptive land use activities will not be allowed within one-half mile radius of active raptor nest sites during the period from nest territory establishment to dispersal of young from nest. This measure applies to special status raptor species. Exception and modification provisions will provide flexibility in implementing the stipulations. They will also allow site-specific tailoring of prescriptions to ensure protection of identified values without unnecessarily hindering other land use activities.

- Disruptive surface occupation or adverse habitat modification will be prohibited within one-quarter mile of functional nest sites for non-special status raptor species. Exception and modification provisions will provide flexibility in implementing the stipulations. They will also allow site-specific tailoring of prescriptions to ensure protection of identified values without unnecessarily hindering other land use activities.

- Identify and define specific overarching objectives for special status species and their habitats. The current plans appear to confuse resource objectives and decisions. These should be clearly defined as to overarching goals (what we want to

384  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                               JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106160

accomplish overall), objectives (how we get there), decisions (specific actions we will take to accomplish our objectives).

- Base management on an ecological, landscape-level approach and include an analysis and prescription for habitat cores (protected areas), graduated peripheries (variegated levels of restricted areas), and movement corridors to sustain biodiversity. The previous approaches by management unit and emphasis area are predominantly commodity-driven and not compatible with maintaining viable plant and animal communities.

- "Routine maintenance" for human developments (fences, communication sites, roads, etc.) is generally allowed for in the various permit types. Given the extent and number of human developments across public lands and, consequently, the continuous maintenance of these features, there are untold impacts on wildlife, fish, and their habitats. Many of these activities may be in violation of ESA, FLPMA, BLM policy, and guidance. "Routine" needs to be defined and triggers for analysis and biological clearance should be considered. Standard stipulations for feature maintenance should be considered.

- Identify policies for imposing stipulations on projects which occur on split-estate or private lands that may occur as part of a connected action.

- For areas not meeting LHA standards, or meeting with problems, prescribe measurable goals for remediation: e.g., each year, 1000 acres of pinyon-juniper habitat will be treated for recovery so that by 2020, approximately 15000 acres of unhealthy PJ will be meeting or trending toward desired conditions. Success will be systematically monitored and reported. Focus efforts on areas of relative ecological importance (see below).

- Develop vegetation treatments such that habitat quality takes precedence over quantity or total area treated. If we are confident that high quality habitats will be achieved, and desired conditions will be achieved with minimal impact to a species, treatments may be extended to cover more area. Whenever possible, multiple species will be considered in the design of habitat treatments.

- Prescribe road density objectives through travel management planning in areas of high ecological value (see below) or other sensitive areas.

- Apply No Surface Occupancy and Timing Limitation stipulations, where appropriate, to all permitted surface use activities through various use authorizations or leasing processes. These protective stipulations will be applied to surface use activities associated with existing land use authorizations, as mitigation measures, or conditions of approval during the NEPA process.

- Pursue acquisition of water rights to meet minimum instream flow requirements of public land cold water fisheries in cooperation with CDOW and the Colorado Division of Water Resources. Special status fish needs will be considered.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          385

*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106161

- Depending on the proposed action and location, the seasonal restriction (December 1 through April 30) for wintering bald eagles may also be applied to CDOW-mapped or known "winter roosts," "winter forage," and "severe winter range" areas.

- Manage special status species in compliance with BLM Manual 6840 (Revised 2008).

- New information and species status changes (such as federal listing) may warrant future designation of protected or special management areas (such as critical habitat and ACECs). Such decisions are acknowledged as a possibility and should be provided for in this RMP revision.

- Surface disturbing activities will not occur within 200 meters of known federally protected or recognized plant populations, and 100 meters of known BLM sensitive plant populations. For smaller or less intensive construction (such as trail building and hand tool work) as determined by a BLM biologist, ground disturbing activities will not occur within 100 feet of known federally protected or recognized plant species, and 50 feet of known BLM sensitive species. These buffer standards may be modified (either contracted or expanded) according to site characteristics and concerns.

- Plant survey results and clearances are generally valid for a period of three years. Conduct new surveys after a three-year period to determine whether any sensitive plants have become established in the interim within the affected area(s). Any expansion of facilities and roads outside of existing disturbances would require additional surveys and clearances.

- Formulate other mitigation measures and design features for species to be incorporated into the revised RMP.

- In coordination with CDOW, the Colorado Natural Heritage Program, Colorado Natural Areas Program, and other partners, the BLM UFO will identify potential ACEC or other special management areas to enhance protection and recognition of desert shrub and shrub steppe communities. Focus species would include prairie dogs, burrowing owl, ferruginous and Swainson's hawks, kit fox, and special status and rare plants endemic to these areas (such as Lomatium concinnum, Eriogonum pelinophilum, Sclerocactus glaucus, and Penstemon retrorsus). One area under consideration is northwest of Delta, east of Highway 50, and adjacent to the recently designated Dominguez-Escalante NCA.

- The BLM UFO will consider expansion of the South Fairview ACEC to include core occurrences of Eriogonum pelinophilum.

- The BLM UFO will consider designation of a Coyote Gulch ACEC within the Dolores River WSA to protect and enhance Erigeron kachinensis, other endemic plants, peregrine falcons, and desert bighorn herds (a BLM sensitive species).

386      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106162

- The BLM UFO will consider designation of a Paradox Valley ACEC to protect Lupinus crassus, Pediomelum aromaticum, other endemic plants, and peregrine falcon and raptor habitats.

- The BLM will adjust the boundaries of existing ACECs and designate new ACECs to encompass Colorado Natural Heritage Program's Potential Conservation Area units.

- Consider ACECs to protect the greenback cutthroat trout and Canada lynx. (No specific areas have been identified yet.)

- The BLM UFO will consider special winter restrictions for recreation activities in known Canada lynx habitat.

- The BLM UFO will develop a contingency plan and policy statement for how the field office intends to manage for gray wolves in the area. Although the permanent establishment of wolves is unlikely, most experts agree that it is only a matter of time before we begin seeing more wolves in the Uncompahgre Plateau-San Juan Mountain region. This may or may not entail a NEPA-level document. It is possible that the plan will be fulfilled by other means such as a Memorandum of Understanding with the FWS, CDOW, and other partners. If appropriate, the memorandum would formally adopt State of Colorado wolf management strategies.

- Agree on and implement a feasible alternative for managing conflicts involving desert bighorn sheep and domestic sheep conflicts.

- Implement appropriate mitigation measures (seasonal and spatial) for desert bighorn sheep crucial habitats. Restrict surface disturbing activities in lambing areas from May 1 through July 15. Identify other crucial habitats and mitigation measures.

- Incorporate (Gunnison and White-tailed) Prairie Dog Conservation Strategy recommendations and/or specific measures as follows: Surface disturbing activities occurring over more than one acre would not be permitted in active prairie dog towns less than 10 acres in size. These activities would be relocated outside of active prairie dog towns. To protect prairie dog pups, surface disturbing activities within prairie dog colonies would not be permitted between April 1 and June 30.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

Areas of high ecological value—where management should focus most of its enhancement, maintenance, and/or protection efforts—include the following vegetation and habitat types:

- spruce-fir mixes
- canyon and river systems
- desert shrubland and Mancos Shale (Adobe) badlands
- riparian and wetlands including seeps and springs
- sagebrush communities.

JUNE 2010              BLM UNCOMPAHGRE FIELD OFFICE, COLORADO              387

*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106163

# 4.1.8 ☀ *Wild Horse and Burro*

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **Emphasis Area I**<br>• Remove all wild horses from the Naturita Ridge area. | **Yes:**<br>The Naturita Ridge HA is unsuitable for a healthy and viable wild horse herd.<br><br>The conflicts that were a challenge for the horse herd in 1985 continue to exist and have increased since that time. Additional fencing has further dissected the area, and the elk and mule deer herds, as well as livestock grazing, are still in place.<br><br>The herd numbers of elk have increased substantially since 1985.<br><br>The volume of public use on the area also continues to grow. | None |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Recommend that an alternative(s) in the Uncompahgre RMP re-affirm the 1985 San Juan/San Miguel RMP decision to close the Naturita Ridge HA.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

388  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106164

# 4.1.9 ☀ Wildland Fire Ecology and Management

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP FIRE AMENDMENT** | | |
| **All Management Units**<br>• Prescribed and planned ignitions throughout the unit will be allowed as a management tool. Prior to any ignitions, an environmental analysis, burn plan, and burning permit would be prepared or obtained. | **Yes:**<br>This statement holds true; we still require EAs, Burn Plans, and smoke permits prior to any ignition. | |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **Emphasis Area A (Livestock Management)**<br>• Continue and expand (where appropriate) the limited fire suppression plan to enhance vegetation conditions for livestock grazing. | **No:**<br>Revise to reflect current terminology as well as expanded to include prescribed fire and mechanical treatments. | • Utilize prescribed fire and mechanical treatments, as well as wildfires under appropriate conditions, to achieve resource objectives, including enhanced vegetation conditions for livestock management. |
| **Emphasis Area B (Wildlife)**<br>• Provide the level of protection from wildfire that will result in least total cost and will generally enhance wildlife management values. Use prescribed fire when possible to enhance wildlife habitat. | **No:**<br>'Least total cost' fire management is not an appropriate goal when wildlife is involved. (It is more applicable to Fire Management Officers and line managers.) | • Utilize prescribed fire and mechanical treatments, as well as wildfires under appropriate conditions, to restore and enhance degraded wildlife habitat and maintain properly functioning habitat.<br>• Protect important wildlife habitats from unusually severe and/or unusually large wildfires that may threaten long-term productivity and functionality. |
| **Emphasis Area C (Recreation)** | **No:** | • Utilize fire management |

BLM_0106165

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Utilize fire management techniques that maintain long-term recreation quality objectives. Suppression of wildfires will generally occur but prescribed fire will be allowed if it will meet or exceed recreation objectives. | We have a better understanding of the role of fire in the ecosystem and should be utilizing fire as a natural process on much of the landscape. Interpretation of fire activity on the landscape can create understanding by recreationists and gain support for the use of natural processes in maintaining and enhancing functional ecosystems. | strategies (wildfire management, prescribed fire, mechanical fuels management) that maintain and enhance long-term recreation objectives.<br>• Protect recreation infrastructure from wildfires through suppression of unwanted wildfires and through on-site fuels management.<br>• Interpret fire management activities to educate public land users, enhance visitor experiences, and gain support for land management activities. |
| **Emphasis Area D (Wilderness)**<br>• Perpetuate and maintain ecosystems within wilderness by natural occurrence of fire, insects, and disease. Suppression may be taken on man-caused fires, fires threatening human life and property, or fires that threaten to escape from wilderness to adjacent areas with more restrictive fire prescriptions. | **No:**<br>Consider permitting prescribed fires to be ignited within WSAs to help restore degraded areas and natural processes. | • Perpetuate, maintain, and restore ecosystems and ecosystem processes within wilderness, utilizing both wildfire and limited prescribed fire when appropriate.<br>• Suppression may be taken on human-caused fires, fires that threaten human life and property, fires that threaten to escape from wilderness to adjacent areas with sensitive resources, or fires that are unusually severe and large relative to the historic range of variability. (BLM policy currently states that suppression has to be taken on all human-caused fires even though the new guidance has some wiggle room here.) |
| **Emphasis Area E (Mineral Development)**<br>• Provide a level of protection from wildfire resulting in the least | **No:**<br>'Least total cost' statement may not be appropriate here. | • Provide a level of protection from wildfire resulting in the protection of mineral developments on public |

390   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106166

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| total cost and protection of mineral developments on the public lands. | | lands. |
| **Emphasis Area F (Cultural Resources)**<br>• Provide a level of protection on all fires that will protect the cultural resource values. | **Yes:**<br>Statement is adequate. | |
| **Emphasis Area G (Natural Resource Management)**<br>• Provide a level of protection from wildfire that will result in least total cost and will generally enhance resource conditions of the vegetation. Use prescribed fire when possible to enhance resource conditions. | **No:**<br>Natural resource management includes wildlife, range, forestry, soils, and watershed. Perhaps the category would better describe mosaic and natural processes if renamed "Landscape Level Ecological Function."<br><br>The statement should be reworded. The phrase "least total cost" does not belong here. | • Utilize prescribed fire and mechanical treatments, as well as appropriate management of wildfires, to maintain, enhance, and restore landscape scale vegetation and fuels mosaics within their historic range of variability.<br>• Utilize fire management strategies and tools to restore fire as a natural process across the greater interagency landscape.<br>• Protect high value vegetation mosaics (often associated with special status species) from unusually severe and/or unusually large wildfires that may threaten long-term productivity and functionality. |
| **Emphasis Area H (Public Land Disposal)**<br>• Provide for a limited level of fire management. Suppress wildfires which may be threatening adjacent private, state or Federal property. | **Yes:**<br>Adequate statement | Slight rewording:<br><br>Provide for a limited level of fire management. Suppress wildfires that threaten adjacent private, state, or federal property. |
| **Emphasis Area J (Forestry)**<br>• Provide a level of protection from wildfire that will result in least total cost and will enhance forest resources. Use prescribed fire when possible to enhance forest management objectives. | **No:**<br>'Least total cost' statement may not be appropriate here. | • Within pinyon-juniper woodlands and oak stands, utilize prescribed fire and mechanical treatments, as well as wildfires under appropriate conditions, to maintain and/or restore appropriate, and productive, |

BLM_0106167

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | vegetation mosaics and processes.<br>• In commercial timber types utilize prescribed fire and mechanical treatments, as well as wildfires under appropriate conditions, to manage and enhance stand health, resiliency, and long-term productivity.<br>• Protect important forest resources from unusually severe and/or unusually large wildfires that may threaten long-term productivity and functionality. |
| **Emphasis Area K (Soils and Water)**<br>Provide a level of protection from wildfire that will result in least total cost and will generally enhance soil and water values. Use prescribed fire when possible to enhance soil and water conditions. | **No:**<br>'Least total cost' statement may not be appropriate here. | • Utilize prescribed fire and mechanical treatments, as well as appropriate management of wildfires, to maintain, enhance, and restore soil and water values.<br>• Protect sensitive soils and watersheds from unusually severe and/or unusually large wildfires that may threaten soil and watershed condition. |
| **Emphasis Area L (ACECs)**<br>Use fire management techniques that maintain the ACEC values. Wildfire suppression would generally not occur unless needed to protect ACEC values. | **No:**<br>Needs to be reworded to consider a greater variety of fire management strategies aimed at enhancing and protecting ACEC values. | • Utilize fire management strategies and/or tools that protect, maintain, and enhance ACEC values.<br>• Implement fuels management projects on adjacent lands to help protect ACEC values where applicable and necessary.<br>• Use fire suppression tactics that do not degrade the ACEC values. |

392      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106168

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

The Uncompahgre Basin RMP and the San Juan/San Miguel Basin RMP provide general fire program direction. They state that conditional suppression, full suppression, and/or prescribed fires for resource enhancement or for fuel hazard reduction could occur throughout the UFO. They also allow for the use of Emergency Stabilization and Rehabilitation for resource enhancement.

Management objectives not specifically or fully addressed in either RMP include:

- **Human Life -** Protect the lives of both the public and firefighters. This is the single overriding priority in fire management.

- **Property and Resources -** Protect human communities, their infrastructure, and the natural resources on which they depend.

- **Communities -** Set priorities among human communities, other property, and natural resources based upon the values to be protected, human health and safety, and the costs of protection. Use the full range of options available to fire managers, including prescribed fire, multiple objective wildland fire management, mechanical fuels reduction, and public education to reduce the risk of wildfire to communities and property. Priority will be given to working with collaborators, communities, and homeowners to initiate efforts to protect private property and investments.

- **Ecosystem Sustainability -** Wherever possible, allow wildland fire to function as an essential ecological process and natural change agent in fire-dependent ecosystems.

- **Wildlife Component -** Protect, maintain, preserve, and/or restore habitats necessary for the conservation of species (including Special Status Species such as federally Threatened, Endangered, Proposed, and Candidate Species, BLM Sensitive Species and State Species of Concern), and the ecosystems upon which they depend, to maintain viable and diverse populations of native terrestrial and aquatic species.

- **Vegetation Component -** Improve ecosystem health and maintain or restore the range of ecological conditions in which native floral and herbaceous components thrived and evolved.

- **Cultural, Historical, and Paleontological -** Protect high value cultural, historical, and paleontological resources.

- **Designated Special Areas -** Protect the characteristics that warranted designation of ACECs, SRMAs, Wilderness Areas, WSAs, national monuments, and national conservation areas.

- Within the past decade, the use of naturally ignited fires to achieve resource benefits (previously known as *prescribed natural fire* or *wildland fire use for resource benefits*) has been added as a tool available to the planning area. The Uncompahgre Fire Management Plan contains specific direction on where wildfires can be used to

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO           393
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106169

achieve resource benefits, what objectives should be achieved through its use, and provides decision criteria to assist managers in choosing the appropriate management strategy for each wildfire ignition.

- Management is currently utilizing Fire Management Units (FMUs) and vegetation mosaics (polygons) to guide fire management activities. Neither FMUs nor vegetation mosaic polygons were addressed in previous RMPs.

- Wildland Urban Interface (WUI) has become a major issue in fire management over the past two decades, with many activities being designed and implemented to enhance protection of private lands, structures, and infrastructure. WUI was not addressed as a resource management issue in previous RMPs.

- Mechanical treatments with specific fuels management objectives were not addressed in previous RMPS and are currently being used in conjunction with prescribed fire to manage fuels and enhance vegetation mosaics throughout the UFO, with emphasis in WUI areas.

- A small, unstaffed single engine air tanker base has been established at the Montrose Airport over the past few years. This base is used only when fires are local, and a quick turnaround time is required to fill and return to a fire. As part of the safety plan for base operation of this tanker, a non-emergency load jettison area needs to be established. The purpose of this load jettison area is to allow an air tanker to off-load the retardant prior to landing if it needs to return to the airport. Most aircraft are not capable of landing with a full load of retardant. The RMP should analyze the establishment of a non-emergency load jettison area, probably within 3-5 miles east or southeast of the airport.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Managing all or parts of a wildfire to achieve desired resource objectives (formerly known as Wildland Fire Use for Resource Benefits) is not specifically addressed in previous RMPs and needs to be included in the new RMP. The Uncompahgre FMP contains specific direction on where the use of wildfires to achieve benefits to the resources can be used, under what conditions, and what objectives should be achieved through its use. The revised RMP should include greater analysis of fire management strategy in support of national fire policy and the current UFO FMP.

FMU mosaics and polygon mosaics are not identified as a goal (or desired future condition) for vegetation and fuels management in either current RMP. Mosaics should be described as a goal or desired future condition for vegetation and fuels management. The RMP should not include specific mosaics, but should support the concept of existing mosaics and their modification through adaptive management processes.

394  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106170

WUI was not emphasized in the existing RMPs. National Fire Policy emphasizes the protection of life, property, and infrastructure within the WUI through collaboration that increases both fuels management and suppression capability. Some emphasis should be placed on collaborative efforts between the BLM and local communities and other federal agencies aimed at decreasing risk in the WUI from wildfire through fuels management, cooperative fire suppression, and education of landowners and homeowners.

Neither RMP adequately addresses mechanical fuels treatment. Aspects of mechanical fuels treatment that should be considered in the new RMP include:

- reasons for utilizing mechanical fuels treatment relative to prescribed fire or wildfires to achieve resource benefits (such as WUI protection, vegetation mosaic restoration, and fuels modification in preparation for prescribed burning)
- types of mechanical tools to consider to achieve desired resource objectives (such as roller chopper, hydroaxe, fecon, brushmower, brushbeater, lawson aerator, chainsaws, or similar tools)
- desired ten-year-average acres for mechanical fuels treatment.

A small, unstaffed single engine air tanker (SEAT) base has been established at the Montrose Airport over the past few years. This base is used only when there are local fires and SEATs require a quick turnaround time to fill and return to a fire. As part of the safety plan for base operations, a non-emergency load jettison area needs to be established. The purpose of this load jettison area is to allow an air tanker to off-load retardant prior to landing if it needs to return to the airport. Most aircraft are not capable of landing with a full load of retardant. The RMP should analyze the establishment of a non-emergency load jettison area, probably within 3-5 miles east or southeast of the airport.

Fire management terminology continues to evolve. Previous nomenclatures should be modified. Terminology should be updated to current national standards and may need to include less nomenclature and more flexible descriptive elements.

New information and management direction pertaining to Emergency Stabilization and Rehabilitation and Burned Area Emergency Response should be developed.

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        395
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106171

## 4.1.10 ☀ *Cultural and Heritage Resources*

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **Cultural Resources**<br>• Cultural and historical sites will be inventoried. Clearances and mitigation for cultural resources will be required for all surface-disturbing activities throughout the planning area. | **Yes:**<br>The existing management decision is mandated by law, and the proposed response is sufficient to meet the requirements of Section 106 of the National Historic Preservation act. | None needed |
| • Measures will be designed to protect cultural sites, and will be incorporated into all activity plans. | **No:**<br>The decision is not adequate to meet current conditions. While meeting the requirements of Section 106 of the National Historic Preservation Act, it does not address Section 110 of that act, nor does it consider the increasingly intensive public use of the lands. | Expand the decision to include actions meeting the requirements of both section 106 and section 110. Specific actions should include:<br>• Development of a Cultural Resource Management Plan emphasizing interpretation and education, public involvement, and a research agenda geared toward an understanding of the peoples and places important in our past.<br>• Current management practice focusing on individual site-specific responses should be replaced with a broader understanding of the past recognizing that cultural resource sites |

BLM_0106172

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | are components of a larger, more landscape-based system.<br>• Creation of archaeological districts composed of resources in specific themes. |
| **Management Unit 1**<br>• Conduct a Class III cultural inventory on 5,800 acres between Highway 90 and Sandy Wash to identify the presence of cultural resources and determine the areas' cultural significance. | **No:**<br>The current decision has not been fully implemented. Some inventory in the unit has been conducted, and the results have been used as indicated, however, the requirement has never been fully funded, and has little utility in influencing management decision. | • Require more specific landscape inventories under section 110, consistent with research, education, and interpretation priorities as outlined in Chapter 3 and in the Issues and Opportunities sections below. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • Cultural resources will continue to be inventoried and evaluated as part of project level planning. Recommendations will be generated from the evaluations and will consider all impacts to the proposed projects and the important cultural resources in the affected areas. Stipulations will be attached to assure that projects are compatible with management objectives for cultural resources. Avoidance will continue to be the primary measure used. | **No:**<br>The current decision is in conformance to existing law, but is not responsive to existing state protocol agreements or current management objectives. In addition, the response generated by this decision is a reactive one in which cultural resources are managed on a site by site and project by project basis without regard to the needs of the resource or the requirements of the Cultural Resource program. | • Update planning decision to conform to state protocol, laws, and objectives. Cultural resource planning should be implemented as a management objective rather than only as a response to the management needs of other resources. |
| **Areas A (Livestock Management), B (Wildlife), E (Mineral Development), F (Cultural Resources), J (Forestry), K (Soils and Water), and L (ACECs)**<br>• Protect and manage important cultural resource properties. | **No:**<br>The current decision is too limited to provide adequate guidance. New laws and regulations in all areas require updated management guidance. | • Expand and update guidance to conform to existing laws, regulations, and objectives. |
| **Area C (Recreation)**<br>• Develop and protect suitable | **No:**<br>The decision is too limited in | • Develop and implement decisions as to use |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          397
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106173

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| cultural resource properties for public enjoyment through such practices as interpretive signing, stabilization, etc. | scope to provide adequate direction. | categories and types of properties suitable for public use and interpretation. Identify sites and areas for interpretation, stabilization, research, protection, or other appropriate uses. |
| **Area D (Wilderness)**<br>• Allow no development of cultural resources (other than stabilization) for recreation purposes. Allow use of cultural resource properties for religious or research purposes only when such use will not degrade wilderness values. | **Yes** | |
| **Area G (Natural Resource Management)**<br>• Manage cultural resource properties in accordance with applicable laws, regulations, and public interest. | **No:**<br>The current decision is too limited to provide adequate guidance. New laws and regulations in all areas require updated management guidance. | • Expand and update guidance to conform to existing laws, regulations, and objectives. |
| **Area H (Public Land Disposal)**<br>• Provide cultural resource inventories and clearances so disposal of tracts can occur. Pending disposal, manage the cultural resources under present laws and regulations. | **Yes** | |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

### Objectives

- Protect the cultural and historical resources in the area from accidental or intentional destruction and give special protection to high value cultural resource sites.

- Preserve and protect significant cultural resources and ensure they are available for appropriate uses by present and future generations through inventory and evaluation, and the classification of these resources into use categories: scientific, conservation, traditional, public, experimental, or discharged from management.

398      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106174

- When surface disturbing activities (such as mineral development, range improvements, recreation site development, and ROWs) threaten cultural resources, the cultural resources program provides support by evaluating cultural resource sites through Section 106 consultation. Relying on the reactive nature of Section 106 preserves resources from direct effects, but also results in the decline of cultural sites due to natural deterioration, decay, incidental damage, and vandalism.

- Policy changes have also been made in the BLM cultural resource management program since the earlier MFP/RMP efforts. Management guidance in BLM Manual 8130 Section 13 is not in the existing MFPs/RMP.

- Additionally, cultural resource sites are not allocated to use categories as required in BLM Manual 8110, Section 4.

- The existing land use plans address a portion of the required components, but are silent on several other key policy requirements such as the Native American Graves Protection and Repatriation Act, the 1992 amendments to the National Historic Preservation Act, and Executive Order 13007, and do not have specific resource management goals and actions that address these directives.

### Decisions

- All federal undertakings, as defined by 36 CFR 800, are subject to review of cultural resources and require adequate cultural inventories within the area of potential effect. The purpose of the inventory is to identify and evaluate cultural resources (using 36 CFR 60 criteria of properties) that may be affected by the proposed undertaking. The level of inventory is determined by the National Programmatic Agreement between the BLM, Advisory Council on Historic Preservation and the National Council of State Historic Preservation Officers (1997), Colorado BLM/State Historic Preservation Officer/BLM protocol (1998), policy, and federal laws.

- Additionally, all new cultural resources are allocated according to their nature and relative preservation value (BLM Manual 8110.4). These include scientific use, conservation for future use, traditional use, public use, experimental use, and discharged from management.

## B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

The cultural resources program provides support by evaluating cultural resource sites through Section 106 consultation. Relying on the reactive nature of Section 106 preserves resources from direct effects but also results in the decline of cultural sites due to natural deterioration, incidental damage, and vandalism. Additionally, there have been policy changes in the BLM cultural resource management program since completion of the 1989 RMP. Management guidance contained in BLM Manual 8130.13 is not present in the existing

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          399
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0106175

RMP. Additionally, allocation of cultural resource sites to use categories, as required in BLM Manual 8110.4, is ongoing, but most of the previously recorded sites have not been assigned to use categories. The existing RMPs address a portion of the required components, but are silent on several other key policy requirements.

The RMPs were developed before the Native American Graves Protection and Repatriation Act, the 1992 amendments to the National Historic Preservation Act of 1969, and Executive Order 13007, and do not have specific resource management goals and actions that address these and other directives. Additionally, the National Programmatic Agreement between the BLM, Advisory Council on Historic Preservation and the National Council of State Historic Preservation Officers (1997), Colorado BLM/State Historic Preservation Officer Protocol (1998), and BLM Colorado Handbook Guidelines (currently being revised) all have helped streamline cultural resource procedures not covered in the RMPs.

Increasing public use of the land for recreation and resource casual use has put cultural resources in jeopardy. Increased access to an area has been proven to increase the potential for vandalism and illicit collection. Inadvertent or secondary impacts to sites have increased with the increased demand for dispersed recreation opportunities, especially in the more accessible Urban Interface areas.

Increasing use and misuse of open travel management areas have also put cultural resources in jeopardy. Damage to historic properties along and between established trails has become a regular occurrence.

The RMP revision process could provide for the development of a proactive cultural resources management framework that incorporates changes in BLM policy and law. This planning effort can provide guidance for the cultural resources program and a framework for the inventories by allocating cultural resources to use categories and establishing criteria for management of sites yet to be identified. Use allocations could also provide a framework for priority cultural resource areas or site types. This could allow managers to "know in advance how to respond to conflicts that arise between specific cultural resources and other land uses" (BLM-M-8110).

## POTENTIAL NEW DECISIONS

- Conduct comprehensive study of known archaeological districts and landscapes.
- Promote Interpretation, Education and Public Involvement in the cultural resource protection program as a historic preservation option.
- Expand the inventory of BLM-administered lands as required under section 110 of the National Historic Preservation Act. Use the RMP revision process to develop a proactive cultural resource management framework that incorporates changes in BLM policy and law and archaeological theory;
- Protect sites by developing and implementing additional stipulations on all new ground-disturbing activities based on assigned use categories to enhance cultural resource management decisions to protect cultural resources;

400    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106176

- Inventory proposed project areas before permitting project. Take measures to protect and preserve any eligible and significant cultural resource found.
- Maintain or improve the cultural resource Geographic Information System database;
- Use the Class I effort to guide the cultural resources program and provide a framework for a Cultural Resources Management Plan. Develop high, medium, and low sensitivity areas for locating cultural resources, allocating cultural resources to use categories, and establishing criteria for management of sites yet to be identified. This Class I could also provide a framework for priority cultural resource areas or site types. This could allow managers to "know in advance how to respond to conflicts that arise between specific cultural resources and other land uses";
- Development of a Cultural Resource Management Plan (CRMP) emphasizing interpretation and education, public involvement, and a research agenda focusing on an understanding of the peoples and places important in our past. Current management practice focusing on individual site-specific responses should be replaced with a broader understanding of the past recognizing that cultural resource sites are components of a larger, more landscape-based system;
- Salvage or mitigate additional cultural properties and features, such as subsistence or habitation structures, to provide needed data to fill in gaps in the cultural context within the FO. This data could increase the confidence level for management decisions involving cultural resources, as to whether the resource should be conserved or placed in the discard use category;
- Emphasize the importance of Geographic Area Plans and large block inventories early in the planning stages for project development, especially for energy development projects. These large inventories have greatly improved the ability of the developer/operator and the BLM to cooperate as to the best placement of facilities while protecting cultural resources;
- Continuing work with partners on research projects.
-  Continuing consultation with Native American tribes to help redevelop traditional ties to the landscape and identify and protect sacred and traditional use areas.
- Creation of archaeological districts composed of resources in specific themes, including but not limited to;
    o San Miguel River Historic mining district
    o Uravan Uranium Mining district
    o Uncompahgre Rock Art District
    o Escalante Canyons Rock Art District
    o Gunnison River Corridor Heritage District
    o Old Spanish Trail
    o Dominguez/Escalante Historic Trail
    o Ute Historic Trail
    o Mailbox Park Wickiup Villages
    o Brushy Ridge Wickiup Villages

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                401
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106177

o   Paradox Valley Rock Art District

A Class I overview is being developed to comply with Manual H-1601-1, Manual Section 8110, and WO IM 202-101 and to update the current cultural resource Geographic Information System database.  The overview will accomplish the following:

- Synthesize all of the previous archaeological and historical work;
- Outline the prehistory and history as currently understood;
- Identify data gaps in our knowledge;
- Develop management recommendations for site types; and
- Develop sensitivity maps (high, medium, low) based on the potential to find cultural resources by geographical area.

The information will be used to define and evaluate the nature and distribution of property types, the historic and prehistoric contexts of properties of special significance, the uses to which property types may be assigned, the threats to site integrity, and the strategies for resource management and protection.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

### Sites and areas of Principal Interest:

- Escalante Bridge Rock art Complex
- Gunnison River Corridor (including Escalante Bridge
- Palmer Gulch and Leonard's Basin)
- Dry Creek Basin (ACEC potential)
- Paradox Valley and the Dolores River Canyon
- Uravan Mining District
- Escalante and Dominguez Canyons
- Brushy Ridge Wickiup Villages
- Mailbox Park Wickiup Villages
- San Miguel River Historic Mining District
- Roubidoux Canyon
- Metate Gulch
- Old Spanish Trail
- Ute Trail
- Dominguez/Escalante Trail

402      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106178

# 4.1.11 ☀ *Paleontological Resources*

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Uncompahgre Basin RMP**<br>• Paleontological resources will be inventoried and appropriate protective measures will be developed if necessary; protective measures will be developed as this resource is discovered. As information is obtained, specific management will be identified. | **No:**<br>The existing management decision is incomplete and does not reflect either current knowledge or current laws and regulations. | • Require specific landscape inventories under provisions of the H-8270-1 Handbook, consistent with research, education, and interpretation priorities as outlined in Chapter 3 and in the Potential New Decisions section below.<br>• Expand the decision to include actions meeting the requirements of BLM IM 2008-009 and Handbook H-8270-1. Specific actions should include: Development of a Paleontological Resource Management Plan emphasizing interpretation, education, and public involvement |

### MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

• Develop and maintain a Paleontological Resource database similar in scope to the Cultural Resource database. Develop a Potential Fossil Yield Classification coverage map for the UFO based on known geological surface indicators.

• Inventory projects for paleontological resources in areas of high paleontological values, using the Potential Fossil Yield Classification of lands as a planning tool, before project approval. Take measures to protect any significant paleontological resources found.

• Promote a program of research based inventory on the UFO, beginning with lands in the Potential Fossil Yield Classification Class 5 category.

• Implement protection and preservation measures when deteriorating conditions are found.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        403
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106179

Existing management inadequately addresses the study, use, and protection of paleontological resources. This planning effort will need to address the management of paleontological resources, including their scientific, educational, recreational and consumptive use values. This could be accomplished through programmatic decisions providing direction to the paleontology program, as well as land use stipulations or restrictions to protect these values.

Past and current management practices have had little appreciable effect on paleontological resources. There have been no reported instances of damage to paleontological resources resulting from implementation of RMP management decisions. The paleontological resources management section of the RMPs are directed entirely at gathering data for the purpose of creating management plans, which has not been systematically attempted.   In addition, BLM policy for managing paleontological resources has been updated since completion of the RMP. Changes in paleontological resources management policy and increases in paleontological resource data should be incorporated into the revised RMP.

Decisions for inventory and management of paleontological resources should be determined based on fossil diversity, distribution, and reasons for their importance to science. Priority areas for inventory could be identified, along with future research needs.

Develop and maintain a Paleontological Resource database similar in scope to the Cultural Resource database. Develop a Potential Fossil Yield Classification coverage map for the UFO based on known geological surface indicators.

Inventory projects for paleontological resources in areas of high paleontological values, using the Potential Fossil Yield Classification of lands as a planning tool, before project approval. Take measures to protect any significant paleontological resources found.

Promote a program of research-based inventory in the planning area, beginning with lands in the Potential Fossil Yield Classification class five category.

Implement protection and preservation measures when deteriorating conditions are found.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

### Sites and Localities of Principal Interest:

- Young Egg Locality
- San Miguel Mesozoic Flowering Plant site
- Placerville Permian Vertebrate Locality
- Dry Creek Basin
- Dry Mesa Quarry and environs
- Camel Back area
- Dolores Canyon Triassic Fish Locality
- Uravan Area

404        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106180

- Cottonwood Canyon and Roubideau Narrows

JUNE 2010                BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                405
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106181

# 4.1.12 ☀ *Visual Resources*

## A.  ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | | OPTIONS FOR CHANGE |
|---|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | | |
| • Public lands will be managed under current visual resource management classifications and guidelines. | No | Guidelines are out of date; there have been changes in the landscape, scenic byway designations,  and public perception and expectations since the RMPs were completed.  Also, newer guidelines are in place since the last RMPs.  The landscape inventoried for visual resources in the 1989 RMP planning area has undergone many changes on both public and private lands due to increased urbanization pressures and energy-related actions. As the state sees expected increases in both resident populations in tourism, scenic values and visual open space will become more important. Current VRM objectives have been maintained in some areas, while other areas are experiencing land use modifications that are becoming moderate to evident. Sensitive viewshed preservation will continue to compete with other land use allocation decisions and management activities for urban development infrastructure needs, energy development, recreation uses, and other surface use activities.  An updated VRM  inventory for UFO RMP planning area has been conducted in coordination with adjacent | • Reevaluate and assign VRM classes for all lands within the RMP planning area. |
| **Management Unit 1** • Manage under VRM Class III. | No | | • Reevaluate and assign VRM classes that are compatible with those areas |
| **Management Unit 2** • Manage under VRM Class III to protect its-scenic qualities while permitting some intrusion. | No | | • Part of Unit 2 includes the Adobe Badlands WSA which needs to be managed under a Class I.  The rest of the unit reevaluate and assign compatible VRM classes |
| **Management Units 3,5,7,9,10,13, and 16** • Manage under the existing VRM classifications as no changes were deemed necessary. | No | | • Reevaluate and assign compatible VRM classes |
| **Management Units 14, and 15** • Manage under VRM Class I to protect the area's scenic qualities. | Yes and No | | • Continue to manage the Adobe Badlands as Class I but need to reevaluate unit 14 and assign VRM class |

BLM_0106182

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | communities and other local, state, and federal agencies. This assessment will look at viewsheds that have been deemed important throughout the RMP planning area to ensure that the plan looks at what communities and other local, state, and federal agencies deem as being visually and aesthetically important through a data-gathering exercise. In addition, current VRM Classes from the 1989 RMP has data defects and will be updated within those sensitive viewsheds to ensure that VRM class boundaries reflect real world conditions. The inventory and assessment is available and will be used as part of this planning process. | (Class II at minimum) |
| **Management Unit 8**<br>• Manage under VRM Class IV to allow substantial change. | **Yes:**<br>This VRM class is appropriate for an Open OHV area with utility lines going through the heart of it. | • Continue to manage the North Delta OHV area as a Class IV |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • Establish site-specific visual quality objectives and design guidelines for landscape development projects during activity planning. | **Yes:**<br>The current decision is appropriate to meet visual resources goals and objectives. | Need to assign compatible VRM classes |
| **Area C (Recreation)**<br>• Preserve scenic values, enhance viewing opportunities and increase variety, where appropriate. | **Yes:**<br>The current decision is appropriate to meet visual resource goals and objectives within the Dolores River Canyon WSA. | • Need to assign compatible VRM classes |
| **Area D (Wilderness)**<br>• Establish visual Class I low contrast design standards for Dolores River Canyon WSA. | **Yes:**<br>The current decision is appropriate to meet visual resource goals and objectives within the WSA | • Need to establish the VRM Class I in RMP Revision |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    407
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106183

# B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

- Manage all Wilderness areas, Wilderness Study Areas and other congressionally designated areas (i.e. Tabeguache Area) as Class I.

- Manage and design all BLM resource uses, management activities, and other implementation decisions to meet VRM objectives established in the land use plan.

- Utilize visual resource design techniques and best management practices to mitigate the potential for short and long term impacts.

- Oil and gas development and mining should conform to BLMs Visual Resource Management BMPs and visual resource design techniques.

- Contrast ratings are required for all major projects proposed on public lands that fall within VRM Class I, II, III areas which have high sensitivity levels (see Handbook H-8341-1 for contrast-rating procedures).

- In accordance with the BLM Manual H-1601-1 Land Use Planning Handbook, VRM

- classes will need to correlate with recreation management objectives and prescriptions that have been set for recreation management zones in every SRMA.

- Reevaluate and assign VRM classes for all lands within the RMP planning area.

- Final VRM objectives and boundaries will result from and reflect all resource allocation decisions made in the RMP planning area. For example some areas currently are experiencing impacts where the activities are not discretionary, such as valid existing rights. These impacts must be allowed, after due effort to minimize effects on visual values, to be consistent with those valid existing rights.

- Weigh all resource allocation decisions so as not to create conflicts managing the very values that the management plan seeks to foster.

- Have VRM Opportunities revolve around the integration of this program with the others resources and resource uses to be addressed in the management alternatives. Opportunities for management integration between VRM and other resources and uses could include the following:
  - Vegetation Manipulation (Fire, mechanical treatment, chemical treatment, etc.)
  - Recreation (especially OHV use)
  - Oil and gas development
  - Mineral extraction (establishment of new gravel pits will likely be considered as development increases and with limitation of extraction on adjacent lands, as well as coal and other mineral extraction)
  - Utility corridors
  - Transportation networks

Other opportunities that exist are special designations such as ACECs (Visual ACECs to preserve the scenic viewshed could be considered in the EIS alternatives) or managing the viewsheds of existing or potential scenic byways and backways.

408      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106184

## 4.1.13 ☀ *Wilderness Characteristics*

### A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| • The Camel Back WSA and Adobe Badlands WSA (a total of 20,827 acres) would, be recommended as non-suitable for designation as wilderness. | **Yes:** These decisions are part of the Wilderness EIS. | |
| • Manage the Camelback area with emphasis on riparian aquatic system management, wildlife habitat, and livestock grazing. | **No:** Need to identify objectives for the area and consider additional public proposals. | • Protect wilderness characteristics in Camel Back WSA until the final Congressional decision on wilderness or non-wilderness designation is made.<br>• Evaluate areas possessing wilderness characteristics<br>• and consider limiting or withdrawing oil and gas/mining activities in areas<br>• demonstrating wilderness character.  Identify<br>• allowable uses and surface restrictions to avoid potential adverse effects. |
| • Manage 8,783 acres of the Adobe Badlands WSA as an ONA/ACEC to protect the scenic qualities, and T&E plants; and to reduce active erosion. Manage the remainder of the Adobe Badlands, WSA (3,842 acres) as wildlife habitat. | **No:** The Adobe Badlands WSA was not addressed as a whole unit within the management decisions. | • Need to consider the WSA as a whole and evaluate wilderness characteristics in relation to management direction. |
| • All Wilderness Study Areas (WSAs) will be managed to be consistent with the Wilderness | **Yes** | |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          409
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106185

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| Interim Management Policy until the final Congressional decision on wilderness designation or non-designation is made. | | |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • Pending Congressional action, all WSAs will be managed under BLM's Interim Management Policy. | **Yes** | |
| Area D (Wilderness) General Guidelines | | |
| • Manage any recommended WSAs per the Wilderness Act of 1964. | **Yes** | |
| Specific Management Direction | | |
| • Protect & interpret unique & significant values in the Dolores River Canyon WSA. | **Yes** | |
| • Recommend the Dolores River Canyon WSA for wilderness designation. | **Yes:** This decision is part of the Wilderness EIS. | |
| Objectives | | |
| • Provide predominantly untrammeled, natural environments for the physical, biologic and social components of wilderness.  The physical and social components are managed so that natural process and unimpeded by human activities or use.  Natural process, including naturally occurring fire, soil erosion, and insect and disease cycles, proceed unrestricted by man.  Emphasize high levels of solitude, few party encounters, and high opportunities for challenge, risk and self-reliance. | **No:** Review public proposals for additional areas that may contain wilderness characteristics and need to reevaluate the objectives wanted for those areas. | • Evaluate areas possessing wilderness characteristics and consider limiting or withdrawing oil and gas/mining activities in areas demonstrating wilderness character • Identify allowable uses and surface restrictions to avoid potential adverse effects. Reevaluate the objectives for the area. |
| • In the Dolores River Canyon, the objective will be to manage the area to preserve the wilderness | **Yes** | |

410     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106186

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| values while allowing other resource uses only where such use will not cause damage to or loss of wilderness values. | | |
| **WILDERNESS AMENDMENT TO THE SAN JUAN/SAN MIGUEL RMP** | | |
| The Tabeguache Area was congressionally designated in 1993 (7,748 acres within the Uncompahgre planning area) | **Yes:** This is a congressionally designated area | There will not be any changes proposed. |

### MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

- No wilderness objectives were identified in the 1989 Uncompahgre Basin RMP.

- All WSAs that fall within the planning area except for the Camelback WSA are open for mechanized use.

- The Adobe Badlands WSA falls within three management units (Management Unit 15, 2, and 5) and the Camel Back WSA falls within four management units (Management Unit 1, 2, 3, 9), and some of these management units have decisions which do not conform with the Wilderness Interim Management Policy. These decisions consist of travel management, visual resource management, and overall management decisions.

The Sewemup WSA partially falls within the planning area. Although addressed in the Grand Junction RMP, there is no mention of it in the San Juan/San Miguel RMP.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

The current management of the Tabeguache Area and 4 WSAs in the UFO has been minimally adequate to protect the wilderness characteristics of those areas. However, some problem areas have recently developed. Increased OHV use throughout the field office has begun to threaten the wilderness characteristics of WSAs. The revised RMP will need to address this issue through route designations and travel management decisions for these areas in order to continue to protect the wilderness characteristics of the WSAs and Tabeguache Area. Additional public proposals will need to be considered for wilderness characteristics and the Sewemup Mesa WSA portion in our field office will need to be addressed and coordinated with Grand Junction Field Office . Additionally, the revised RMP will need to address BLM guidance, which requires that all WSAs be managed as VRM Class I areas.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          411
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106187

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

The Colorado's Canyon County Wilderness Proposal provides a write-up for ecological values of their proposals which can be found on-line at http://canyoncountrywilderness.org/values.htm.

412  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106188

# 4.2.1 ☀Livestock Grazing Management

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

Livestock management in the Uncompahgre Field Office for the most part has been working well under the 1989 Uncompahgre Basin RMP and the 1985 San Juan/Miguel RMP, **amended** in 1997 to include the Standards for Public Land Health and Guidelines for Public Land Grazing.

Livestock management under the 1989 Uncompahgre Basin RMP was based on information, direction, and decisions provided in the Uncompahgre Basin Area Grazing Management Final Environmental Statement with modifications through the allotment categorization process. This process categorized the allotments into varying management intensities: "I" the most intensive management, with the objective of improving existing resource conditions, "M" less intensive management, with the objective of maintaining existing resource conditions, and "C" the least intensive or custodial management. These classifications were directed for livestock grazing management and need to be updated and possibly expanded to other disciplines in the revised RMP.  The updated classifications need to be dynamic in nature to address changes in management of public lands; for example, an allotment may be classified as a "C" allotment but if it has critical habitat for a species recently listed on the threatened and endangered list this would reclassify this allotment into an "I" allotment regardless of size, grazing management or other public land uses.  Therefore the classification process would support a way to prioritize segments of land in terms of management complexity.

In addition, Land Health Assessments have been completed for the entire field office. These assessments coupled with long term vegetation data, and the Guidelines for livestock grazing have supported changes in grazing management during the permit renewal process.  Grazing permits have been renewed over the past 10 years and have incorporated changes in management during that process and included additions to the permit stipulations. Continuing use of adaptive management techniques and using livestock in a constructive manner would allow for livestock to be an asset in rangeland management and meeting land health standards.  For example livestock may be used to keep lek areas open, reduce fuel loading, and could be used for reseeding projects through hoof action.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO           413
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106189

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **Management Unit 1**<br>• Public Lands within the management unit will be managed as "I" category, "M" category, and "C" category grazing allotments. | **Yes:**<br>Allotment categories I, M and C are working and give guidance to on the ground and to management decisions. | • Allotments I, M, and C should be dynamic in nature and reflect the concerns for an allotment (such as recently listed species and oil and gas exploration). May require a change in allotment management intensity. |
| **Management Unit 1**<br>• Also, 2,109 acres that are presently unallotted for livestock use will be available for grazing application. Relinquished, cancelled, or acquired livestock grazing permits will be reissued according to regulations. | **Yes:**<br>Acres unallotted (vacant of a permittee) will be dynamic across years as permittees come and go. | • Make vacant allotments available for grazing applications (and not mention acres, as this will be dynamic across years).<br>• Maintain allotment information in a case file and do not delete from the system due to vacant status. |
| **Management Unit 1**<br>• This unit will be managed to improve vegetation conditions and forage availability for livestock grazing. Land treatment projects and other facilities designed to improve livestock forage and distribution will be developed. | **Yes:**<br>These are larger landscape areas that support the rural local ranching community. Without these landscapes, there could be economic impacts that have a social impact to rural life styles. If the BLM were to reduce their role in supporting grazing systems, the permittee would need to find other private or public lands to hold their cattle while forage is being grown, or they would need to reduce their total livestock numbers. Buying and shipping forage from outside sources (a feedlot scenario) is not considered economical because of the costs. In many cases, reductions in total livestock numbers would also make some family-owned businesses uneconomical which could be a causal factor in the sale of the family ranch/farm. | • Continue to support the rural ranching community through sound resource decisions including improving areas for livestock grazing. For example retreatment of chained areas to increase forage production while leaving differing age structure of vegetation and seeding with native species to support the native system. May need to tweak management unit.<br>• Suggest limiting vegetation treatments for livestock to cases where we can meet multiple management objectives, because of the cost of treatment and maintenance, and because of the ecological costs (such as increased weeds |


BLM_0106190

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | Permittees within the planning area are dependent on BLM-administered rangelands. | and soil compaction). Allow many formerly treated areas to revert to original vegetation. |
| **Management Unit 1** Intensive monitoring studies will be developed. Intensive monitoring studies will be established and maintained on all "I" and "M" category allotments. | **Yes:** These studies support grazing management and strategy changes when needed. Utilization studies promote proper grazing techniques and are one tool permittees can incorporate easily within their grazing strategy. | • Work with permittees to perform utilization studies or at least photo plots/apparent trends which will promote them in taking an active role in vegetation management. |
| **Management Unit 1** • Existing allotment management plans will be updated as needed and new plans will be developed for allotments without plans. | **Partially:** Some allotment management plans have been implemented, some require updating, and some allotments that don't have plans could use at least an activity plan to meet objectives. | • Throughout the BLM, most allotment management plans require updating, but a total overhaul may not be necessary if small activity plans were used as amendments to existing plans and created for allotments without plans. This would have to occur as time allows. They do promote a systematic approach to allotment management. |
| **Management Unit 1** • As additional forage becomes available, livestock will have priority for allocation. | **Yes and No:** While the BLM has been doing some treatments in the field office, the range staff is not aware of any additional forage allocations. | • Retain so that areas where large wildland fires change the landscape dramatically and have the potential to increase forage availability for many years. • Additional forage must be allocated cautiously. Total forage available within an allotment must be considered prior to allocating additional forage and only when consistent with maintaining land health and compatible with other resource objectives, including maintaining high levels of ecological health. For instance, over the |

BLM_0106191

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | years, has forage been lost because of additional shrubs or trees?  Is there really forage in excess of the amount originally allocated? |
| **Management Unit 2**<br>• Livestock grazing will continue at current forage allocation levels and seasons of use unless studies determine adjustments are needed.<br>• Livestock will have first priority for all additional forage made available as a result of livestock operator-funded rangeland improvement projects.<br>• Non-conflicting livestock management objectives, projects, and mitigation measures will be incorporated into new wildlife habitat management plans.<br>• Facility development and land treatment projects will be permitted if they would be compatible with wildlife habitat management objectives. | **No:**<br>In part of this management unit there is an increase in oil and gas activity. The grazing program needs to be able to be flexible to better manage around these changes.  In another part of this unit, big game management (deer for the most part) is essential and the moving of grazing dates and grazing allocations need to be reviewed for best management for livestock and wildlife. | • Tweak or break out portions of this unit, depending upon objectives and use demands.<br>• In portions of the unit, wildlife should have the highest priority for additional forage, while in other areas livestock or a straight split should be considered.<br>• Allow livestock facilities for better livestock management, which could reduce wildlife/livestock conflicts.<br>• Land treatments should follow recommendations in the 2003 Dry Creek/Spring Creek Vegetation Management Strategy unless other direction comes forward. |
| **Management Unit 3**<br>• Non-conflicting livestock grazing management objectives, projects, and mitigating measures will be incorporated into new FMPs.<br>• Existing livestock projects will be maintained and new projects developed if they will not decrease the woodland base. | **No:**<br>Decision was designed to intensively manage for forest and woodland production. Given market direction, this is no longer a valid decision. Allotments associated with this management unit are integral parts of the rural ranching community and should be managed for multiple use, with the direction on maintaining the livestock forage base. | • Support these as multiple use areas with an emphasis on maintaining the grazing base through sound resource decisions. Re-treat old chainings with the objectives of maintaining the forage base while promoting a diverse age class of vegetation, and re-seeding with native species. |
| **Management Unit 5**<br>• Livestock grazing will be allowed except from March 20 | **Yes:**<br>Unit 5 is located North of Delta where the lower portion of this | • The basal ground cover suggestion made in the 1989 RMP was never |

416   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106192

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| to range readiness to protect plant species during the spring growth period, and to prevent soil disturbance when saturated soils are **most vulnerable to damage.** <br> • If the basal ground cover is less that the objectives identified in Table 3, which is 10 % for the area  livestock forage utilization will be managed at 35 percent of key forage species to increase basal ground cover | management unit contains soils that are saline and highly erodible. Restricting grazing to no later than March 20 will reduce the amount of use by livestock during a critical growing season if a grazing strategy is not in place, but more importantly during a time the soils are saturated from spring snowmelt which has the potential to increase compaction of soil and increase soil erosion. | implemented. An LHA was completed for the area and recommendations for livestock grazing management were made. <br> • Livestock grazing in the area should be dynamic to meet the needs of producers, while providing protection when soils have the potential to be wet. Practices might include rotational grazing and moving to higher areas where soils are drier and less erosive. |
| **Management Unit 8** <br> • Grazing use will continue in the management unit but construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use will not be permitted. | **Yes** | • This is an open OHV area. An LHA has been completed for the area and management recommendations made. |
| **Management Unit 9** <br> • Livestock grazing use will be permitted in riparian zones except from March 1 through range readiness, during which time it would be eliminated to accelerate improvement of riparian vegetation. <br> • To improve the condition of riparian zones, management practices and principles will be established in activity plans. Utilization of 35 percent by weight of key forage species will be used as a general guidance for improvement; this may vary depending on the individual riparian system. Trailing use will be limited as much as possible and confined to established roads. | **No:** <br> This does not take into account the complexity of riparian systems. Livestock management may differ for each system depending upon capability of the system, and objectives set. | • Livestock grazing should be consistent with maintaining a high level of riparian health, and in most cases, allotments should be managed to discourage significant grazing in riparian areas. Grazing strategies for riparian zones should consider livestock distribution and grazing intensity within an allotment. <br> • Range readiness should not be set by dates and should include a period in the fall when willows receive protected from livestock herbivory. <br> • Establish riparian pastures where possible. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    417
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106193

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Trailing livestock will not be permitted to bed in riparian zones unless absolutely necessary. | | • Set periodic rest dates for spring and fall use.<br>• Develop upland water to keep livestock up and away from riparian areas, as well as using supplements away from riparian areas.<br>• When necessary, trailing (not drifting) should be allowed through riparian pastures. |
| **Management Unit 10**<br>• Does not address livestock management. | **No:**<br>There are livestock grazing allotments in this management unit. | • Grazing occurs on four allotments in the unit. An LHA was completed, and the condition of the area has improved. Address livestock grazing, and current management that is effective. |
| **Management Units 12 and 13**<br>• Livestock grazing will continue at current levels unless studies determine "threatened and endangered" plant species and unique plant associations or their potential habitats are being degraded. | **Yes:**<br>Both of these units contain T and E and sensitive plant species. Current and restrictive management seems to be working. Unit 13 is designated as the Fairview Research Natural Area/ACEC. A portion of the Shinn Park allotment south of the canal contains the endangered *Eriogonum pelinophilum* (clay-loving buckwheat). The BLM is coordinating with Colorado Natural Heritage Program on a monitoring program to evaluate grazing use. At some level, grazing may be beneficial to the establishment and persistence of the plant population. Unit 12 is designated as the Escalante Canyon ACEC. | • Add the monitoring program to a portion of the Shinn Park allotment. |
| **Management Unit 14**<br>• The management unit will remain unallotted for livestock grazing use. | **Yes** | Carry forward the decision from the 1989 RMP. |

418   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106194

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Management Unit 15**<br>• Livestock grazing will continue at current levels unless studies determine threatened and endangered plant species or their potential habitat are being degraded.<br>• If basal groundcover is less than 10 percent, livestock forage utilization will be managed at 35 percent utilization of key forage species.<br>• No additional forage allocations will be made.<br>• To protect scenic values, no new livestock improvement projects or maintenance of existing projects will be permitted. | **No:**<br>Basal ground cover of 10% (as recommended in the 1989 RMP) has never been implemented. An LHA has been completed for the area and livestock management recommendations have been made. Livestock distribution is a key component of grazing management. Without additional livestock improvement projects (especially involving water), appropriate grazing distribution will not be promoted. | • New livestock facilities should be sought as needed for the appropriate distribution and management of livestock.<br>• New facilities should be placed so as not to reduce scenic values. (For example, when not visible to the public, a small water catchment may be more appropriate than a pond.) |
| SAN JUAN/SAN MIGUEL RMP | | |
| **Emphasis Area A (Livestock Management)**<br>• Management direction will emphasize increasing forage and livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat and animal fiber production, and improving forage composition and watershed conditions. | **Yes:**<br>On a sustained yield basis using sound grazing management strategies that emphasize land health objectives. | Maintain current AUMs while improving range condition. This will enhance land health values, while maintaining important grazing areas for the agriculture communities. |
| • Significant investments may be made in livestock improvements which will be multiple use oriented (i.e., wildlife, watershed, etc.). Investments for other resources will be minimal, although resource management activities compatible with livestock production will continue. | **Yes:**<br>All livestock improvements should have multiple use objectives in the design. | |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          419
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106195

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Dispersed recreation opportunities will continue. <br> • Woodland products and timber will be made available. | **Yes:** <br> Although all effort should be made to emphasize range etiquette. | • Would be to go to emphasis areas to reduce impact to land health values and grazing operations. Range etiquette should still apply. |
| • Maintain or improve wildlife habitat through interdisciplinary design of range improvement projects and diversity of native vegetation types. | **Yes:** <br> Same as above multiple use design. | |
| • Fire will be utilized to enhance forage production. | **Yes:** <br> Not only forage production, but overall land health and management objectives. | • Fire will be used to promote land health objectives and maintain current AUM levels. |
| • Manage suitable vegetation types for increased, sustained livestock production. One goal is to improve range condition and productivity on native rangeland. <br> • Use improved management systems such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems. <br> • Develop 71 allotment management plans (on 810,000 acres). | **Yes:** <br> Livestock production remains an important economic component of communities within the planning area. Sound management of natural resources will continue to be critical to supporting livestock production. | The availability of BLM resources directed primarily at increases in forage, red meat, and animal fiber production has decreased in recent years, and this trend does not appear likely to change. Investments in resource management activities compatible with livestock production should be increased, rather than continue at current levels. |
| **Emphasis Area B (Wildlife)** <br> • Manage suitable vegetation types under low to moderate intensity for livestock production, with intent to utilize available forage and maintain forage vigor, while not degrading wildlife habitat. Constrain range treatment projects in size, layout and | **Yes/No:** <br> Although progress has been made, many opportunities continue to exist on UFO grazing lands to "improve range condition and productivity on native rangeland." The decision to develop large numbers of allotment management plans is not responsive to current issues. Recently completed LHAs | • Look for additional opportunities to implement the UFO Fire Use Plan. Pursue more opportunities to piggyback on to other resource management activities (such as wildlife habitat improvement projects) compatible with livestock production. |

420      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106196

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| type with intent to enhance wildlife and livestock forage, vegetation and habitat diversity. <br>• Reduce number of livestock and change season-of-use where needed to provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges. <br>• Limit total utilization of forage species current year's growth. Livestock use should be limited where necessary to protect highly preferred species of plants. Maintain an overall cover/forage ratio of 40:60. Limit width of vegetation openings to approximately 150 to 200 yards in big game winter ranges. <br>• In pinyon-juniper and shrub vegetation types, retain 35% to 40% of original cover when completing vegetation treatments. | have identified resource related issues caused by livestock grazing practices. These issues have been addressed in terms and conditions contained in new term grazing permits.  The need to spend significant amounts of range staff time on traditional allotment management plans has been reduced. | Achieve improvements to livestock grazing management by implementing LHA recommendations through the permit renewal process, as opposed to developing traditional allotment management plans. |
| **Emphasis Area C (Recreation)** <br>• Manage livestock under reduced intensity to utilize available forage and maintain plant vigor while not degrading recreation values. <br>• Do not attempt to maintain or improve forage composition and production through range vegetation treatments with the exception of prescribed fire where appropriate. <br>• Use "rustic" range improvements near developed recreation areas. <br>• Manage livestock grazing to make it compatible with | **Yes:** <br>Recreation activities such as mountain biking and rock climbing have increased significantly on UFO lands that have historically been used primarily by grazing permittees and miners. <br>The occurrence of minor conflicts between these types of public land users has increased in recent years. | • Take additional steps to educate recreational users of grazing land about the livestock grazing program. For example, livestock are typically present on public lands for a relatively short period of time and recreation use of a particular area could be planned around that period of time. |

JUNE 2010       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       421
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106197

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| recreation use. | | |
| **Emphasis Area D (Wilderness)**<br>• Manage for improved range condition. Do not use vegetation manipulations to improve forage production. Emphasize primitive, natural material for water developments and range structures that are approved in wilderness management plan. | **Yes:**<br>There has been little change in the status of wilderness lands or policy in the planning area since this decision was made. | None |
| **Emphasis Area E (Mineral Development)**<br>• Manage suitable vegetation types under moderate intensity for livestock production, with the intent to use available forage and maintain forage vigor. | **Yes** | • Improve communication between energy companies operating on grazing lands and BLM range staff and grazing permittees on impacts (including increased traffic, fence damage, and gates left open). |
| **Emphasis Area F (Cultural Resources)**<br>• When necessary, reduce or control livestock grazing to protect cultural resources. | **Yes:**<br>Since the 1985 RMP, the number of cultural resource inventories conducted on UFO lands has increased significantly and many new sites have been identified. The potential for livestock grazing to damage cultural resources is still relevant. | • Important cultural resources are often identified on grazing allotments. The location of those resources should be provided to range staff and grazing permittees whenever possible. |
| **Emphasis Area G (Natural Resource Management)**<br>• Manage vegetation so it maintains itself satisfactorily with a generally upward trend. | **No:**<br>This decision is covered by other decisions. | Do not carry this decision forward. |
| **Emphasis Area H (Public Land Disposal)**<br>• Allow limited management of the rangeland to occur. Spend no public funds on rangeland improvements. Complete procedural notifications to grazing permittees. | **Yes:**<br>This decision is still relevant as the UFO continues to dispose of land and conduct land trades. | • Stipulate that UFO lands staff keep the range staff and grazing permittees aware of land disposal activities. |

422    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106198

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area I (Wild Horses)**<br>• Manage livestock to reduce or eliminate conflicts with wild horses. Maintain forage in fair condition with an upward trend.  All livestock waters should be provided year round. Reduce numbers and/or season-of-use to eliminate forage competition. Assure that all range projects are compatible with wild horse use. Restrict licensing of domestic horses in wild horse areas. | **No:**<br>The wild horse and burro management area within the planning area was eliminated with the San Juan/San Miguel RMP. | • Range decisions for wild horse areas are not necessary. |
| **Emphasis Area J (Forestry and Wood Products)**<br>• Allow livestock grazing on those areas and at times of the year when it will have no negative effects on timber management operations and objectives for the area. | **Yes:**<br>The UFO sells firewood, Christmas trees, landscape transplants, posts and poles, and may be selling saw logs as a component of the fuels reduction program. The decision remains relevant. | • Range staff and grazing permittees should be informed about forestry activities and timeframes. |
| **Emphasis Area K (Soils and Water)**<br>• Manage suitable vegetation types under low to moderate intensity for livestock production with the intent to use available forage and maintain plant vigor.<br>• Reduce the number and/or season-of-use for livestock where needed to achieve soil and water program objectives.<br>• Maintain or improve range condition through soil and water improvements and diversifying the vegetation. | **Yes/No:**<br>LHAs have identified areas where soil and water resource conditions do not meet public land health standards or meet standards with problems. Where grazing is a causative factor, actions to address the problem must be taken. | None |
| **Emphasis Area L (ACECs)**<br>• Manage livestock under low to moderate intensity to use available forage and maintain vigor while not degrading any | **Partially:**<br>The planning area contains several ACECs. The decision to avoid degradation of ACEC values caused by livestock grazing is still | • As time allows, complete smaller activity plans for I and M category allotments that direct where additional range improvements are |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          423
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106199

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| present ACEC values.<br>• Develop and implement AMPS on "I" and "M" category allotments within ACECs. Consider cultural, mineral, wildlife, and recreation values during development. | valid.<br>Allotment management plans for I and M category allotments are not necessary. However, smaller activity plans would help to guide where additional range improvements are needed. | needed to promote grazing strategies and proper grazing distribution. |
| **Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado**<br>Colorado's rangeland health standards were developed to assess and protect ecological communities and their associated values. Standards are descriptions of the desired condition of biological and physical components and characteristics of rangelands that are applied to management of all public land resources and uses. Guidelines are management approaches, methods, and practices intended to achieve established standards. | **Yes:**<br>LHAs have been conducted on most allotments in the planning area. Grazing management is addressed, and terms and conditions are specified in new grazing permits. | None. |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

- Livestock Management under the guidance of the Uncompahgre Basin and San Juan/San Miguel RMPs has been adequate and working  effectively for the most part. However, with more types of use, demands from the public, and emerging resource issues (such as the Gunnison sage grouse and noxious weeds), changes in livestock management are necessary.

## B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Since the existing RMPs were approved, many changes have occurred inside and outside of the range program. These changes warrant updating the livestock grazing portion of the range program in the revised RMP. The potential updating will direct appropriate livestock grazing management strategies in the future. Possible changes include but are not limited to the following recommendations:

424   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106200

- Range infrastructure should be maintained. This includes ponds, stock tanks, catchments, water pipelines, springs, fences, cattleguards, corrals.

- The value of installing fences, pipelines, troughs, catchments, and other water developments should be considered in relation to improving riparian areas, distribution of livestock, special habitats like sage grouse areas, and providing additional water for wildlife away from drainage areas.

- Due to increased oil and gas in the North Fork area, increased interest in uranium in the west end, increased recreational use, the spread of noxious weeds, presence of sage-grouse habitat, presence of threatened and endangered species, and wildlife concerns, use agreements may be needed to address potential conflicts.

- Review the status of allotments that are currently not allotted (vacant of permittee). Allotments not in use (such as Duckett Draw) should be visited to determine whether they should remain available for grazing, combined into adjacent allotments, put into grass banks, put into an allotment rotation, or considered unsuitable for livestock grazing.

- Big game and livestock should be managed to reduce conflicts with forage resources. This could include use dates, type of livestock, and grazing strategies. For example, sheep and deer are in direct competition with one another in the mid-winter grazing period, so moving pastures or changing grazing dates may be necessary.

- Identify areas where certain grazing periods may not be appropriate based on environmental conditions or conflicts with other resources or uses. For example, spring use of the Adobes may be inappropriate due to wet soil conditions and the primary plant growing season.

- Document minimum rest requirements for land treatments and fire rehabilitation projects.

- Develop direction to address weeds around new and existing range projects, and after maintenance of existing projects.

- Develop allotment management plans, or activity plans designed to serve as the functional equivalent of allotment management plans. For example, permit renewal EAs don't consider additional the water needs of an allotment; such plans would help to focus management decisions.

- Update allotment boundaries and associated grazing information for each allotment including season of use, number and type of livestock, percent public land and active AUMs as well as suspended AUMs. Leave suspended AUMs on the permit to show the history of suspension and why suspended. For example, Roubideau un-allotted area on hog bench area crosses a creek and cuts permittee off from private land and limits riparian pastures, thereby putting additional pressure on the lower riparian area.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                425
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106201

- Administrative access for maintaining range improvements should be acknowledged and maintained. Perhaps permittees should assist with mapping range improvements.

- When rangeland manipulation is necessary, BMPs, including biological processes, fire, and intensive grazing, will be considered where appropriate.

- To eliminate, minimize, or limit the spread of noxious weeds, only hay cubes, hay pellets, or certified weed-free hay will be fed on BLM lands.

- Seeding of new and maintained range improvements will occur to reduce or eliminate the opportunity for noxious weed establishment. Seed with native species as much as possible.

- Continue to update the Grazing Advisory Board on conditions and grazing issues.

- Describe how public lands will be managed to become as sustainable and economically viable as possible for livestock production:  including grazing strategies, water developments, vegetation treatment, maintenance of old treatments, changes in season of use, or other grazing management practices.

- If additional forage comes available, describe how to allocate between wildlife, livestock, and watershed maintenance (land health improvement), and in what order.

- A disclaimer that all land within an allotment is not necessarily grazable, and carrying capacity and AUMs were not calculated using these areas.

- Discuss with the planning team: combining the Camelback area into the Winter Monitor Mesa allotment as the closure cuts the permittee off from private land and does not allow for maximum management of riparian area, placing greater pressure on the lower Roubideau riparian area. This also gives greater management to upland areas. Reason it was taken out of the grazing base in prior decision (after RMP) was due to the thought Big Horn Sheep would need solitude; that does not seem to be the case as they ignore humans in the area and seem not to be bothered by livestock when they are in the same area. This allotment would not be converted to domestic sheep grazing to deter the spreading of disease from domestic sheep.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

T&E plant locations: Fairview Research Natural Area/ACEC and Escalante ACEC.

Table 2.36 in Appendix A summarizes UFO grazing allotments, along with acres, animal units per month(s), a general grazing schedule, and management status code. The grazing schedule provides the time period(s) within which grazing is authorized to occur, but actual use is typically not for the full duration of the period. Many areas are managed for a 14-day use period per grazing area and are grazed only once during the year. Schedules that show two use periods are those managed for a rotation system where the grazing generally occurs 1) in the spring time or fall/winter, and 2) with a scenario where multiple pastures are available for grazing so that pasture used in one season will have no use for the following season(s).

426    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106202

The allotment acres shown may not all be suitable for livestock grazing. These unusable acres were not calculated into grazing/carrying capacity or base, but are included in allotment totals due to the nature of the landscape.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    427
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106203

# 4.2.2 ☀ *Forest and Woodland Products*

## A.  ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| UNCOMPAHGRE BASIN RMP | | |
| **Management Unit 3**<br>• The forest resource will be intensively managed for woodland product harvest within sustained yield production limits to increase available woodland products.<br>• Forest management plans will be prepared, and if needed, plantations established to increase forest product availability. | **No:**<br>The site is predominately pinyon-juniper, so forest products are mainly posts, poles, and firewood. The demand does not appear to be present in the Crawford area. It would appear that the area is now more valued for recreational and scenic values given the demographic (unless scoping identifies the need for the area). | • Allow for small designated cutting units to meet local demand and achieve other resource objectives such as ecological, wildlife, and fuels. |
| **Management Unit 10**<br>• Design timber and woodland harvests to improve elk calving habitat. Skid trails and other roads will be closed and rehabilitated; main haul roads will remain available for public use. | | |
| **Management Units 5 7,8,11,13,15, and 16**<br>• Manage for sustained yield production of forest products to meet current and future demands for woodland products. | **No:**<br>The Uncompahgre Basin RMP addresses the implementation of these basic forestry practices only in portions of the planning area. | |

428          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106204

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Management Unit 1**<br>• The forest resource will be managed to increase livestock forage. | **Yes/No:**<br>While these decisions speak to managing forest and woodland resources to support other resource uses/values, the decisions fall short of defining objectives for what percentage of the resource should be allocated to forage production, given the large acreage of woodlands that were converted to early seral to provide forage production through chaining. | |
| **Management Unit 2**<br>• The forest resource will be managed to improve wildlife habitat with possible restrictions on surface-disturbing activities from December 1 through April 30 on crucial deer and elk winter range to protect crucial deer and elk winter range and its use from disturbance. Woodland harvest will be designed to increase forage production and will be compatible with wildlife habitat management objectives. | **Yes/No:**<br>While these decisions speak to managing forest and woodland resources to support other resource uses/values, the decisions fall short of defining objectives for what percentage of the resource should be allocated to forage production, given the large acreage of woodlands that were converted to early seral to provide forage production through chaining. | • Add mosaic objectives or somehow articulate desired future vegetation conditions that describe HRV, disturbance/recovery/successional processes, and provide some idea of proportions.<br>• Decisions are needed that would manage all activities within forest and woodland communities for health, composition, and diversity (considering density, basal area, canopy cover, age class, stand health, and understory) and to provide late successional vegetation while accommodating multiple uses. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    429
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106205

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Management Unit 6**<br>• will not be available for woodland harvest except for insect or disease control efforts to protect its wilderness-values. | **No:**<br>Since the BLM is mandated to manage WSAs to maintain wilderness character, it is unlikely that any decision could be signed that would allow for the harvest of forest products within these areas and still retain wilderness character. Insects and disease are natural processes that should be allowed to occur within a wilderness setting. | • Allow no harvesting of forest products within WSAs. Withdraw all forest and woodlands from consideration for forest and woodland product sales and do not consider in the forest base until Congress issues a decision on WSAs. |
| • Management Units 9, 12, and 14 are closed to harvest.<br>• Management Unit 9 is, closed to protect riparian vegetation.<br>• Management Units 12 and 14 are closed to protect their scenic values. | **No:**<br>Standing and downed woody debris as well as actively growing forest cover are beneficial to riparian systems, forest products presence in riparian systems add sinuosity to systems and aid in sediment retention. | • Suggest withdrawing the sale or disposal of forest and woodland products from all riparian systems within the decision area. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **Emphasis Area G**<br>• Provide a sustained yield of forest products consistent with land capability, suitability, protection needs, & other resource values.<br>**Emphasis Area A**<br>• Utilize woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clearcuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller. | **Yes:**<br>The plan decision is the basis for modern forestry practices and is somewhat responsive to current issues. | • Carry forward the decision with some modification for all actions involving forest and woodland communities within the planning area, excluding mining and oil & gas activities which are not necessarily compatible with managing for healthy forest and woodland systems.<br>• Add language regarding public land health standards for upland vegetation communities specific to forest and woodland communities that all actions would be subject to. |

430      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106206

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Areas A, B, & C:**<br>• Manage woodland products & timber to enhance range resources & for insect & disease control.<br>• Manage forest lands to enhance wildlife resource. Plan wood product sales in wildlife areas to improve big game forage & other wildlife needs.<br>• Manage lands suitable for timber & woodland production to enhance recreational opportunities & to maintain healthy stand conditions. | **Yes/No:**<br>While these decisions speak to managing forest and woodland resources to support other resource uses/values, the decisions fall short of defining objectives for what percentage of the resource should be allocated to forage production, given the large acreage of woodlands that were converted to early seral to provide forage production through chaining. | • Add mosaic objectives or somehow articulate desired future vegetation conditions that describe HRV, disturbance/recovery/succes sional processes, and provide some idea of proportions.<br>• Decisions are needed that would manage all activities within forest and woodland communities for health, composition, and diversity (considering density, basal area, canopy cover, age class, stand health, and understory) and to provide late successional vegetation while accommodating multiple uses. |
| **Emphasis Area D**<br>• Allow no harvesting of forest products. Available forest land will remain in the commercial forest lands base until the area has been designated as wilderness. | **No:**<br>Since the BLM is mandated to manage WSAs to maintain wilderness character it is unlikely that any decision could be signed that would allow for the harvest of forest products within these areas and still retain wilderness character. Insects and disease are natural processes that should be allowed to occur within a wilderness setting. | • Allow no harvesting of forest products within WSAs. Withdraw all forest and woodlands from consideration for forest and woodland product sales and do not consider in the forest base until Congress issues a decision on WSAs. |

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    431
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106207

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area E**<br>• Allow for the sale or disposal of forest products or timber that may be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict. | **No:**<br>All forest products that will not be used in the reclamation process must be purchased from the government as a condition on the permit. A decision is necessary for how forest residues will be managed during the construction phase. "Meet demand without degradation or conflict." Is a bit vague. | • Require that all forest products removed in the construction of mining and oil and gas development be purchased from the government as a term and condition of approval.<br>• Such activities should be planned and implemented in such a manner as to maintain stand continuity while also considering other resource values.<br>• Require specific details of how activities will not degrade or conflict with forest and woodland communities i.e. require that reclamation objectives be achieved that would allow for disturbed areas to achieve the climax community through natural successional processes. |
| **Emphasis Area F**<br>• Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety. | **Yes/No** | • Regarding transplants, without appropriate mitigations there can be substantial impacts to cultural resources. Suggest identifying previously cleared areas for such activities or require NEPA compliance before issuing permits for tree digging.<br>• Land Health Standards should be considered as well when deciding on forest management activities. |
| **Emphasis Area K**<br>• Manage forest products & woodlands to meet goals & objectives of the soil & water program for specific areas. | **Yes** | • Perhaps limitations should be established on forest management activities in areas where such activities cannot be mitigated such as sensitive soils, landslide areas or overly steep slopes. |

432     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106208

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area L**<br>• Manage lands suitable for timber & woodland production to enhance ACEC values & to maintain healthy stands. | **No:**<br>Given the unique or rare resource values for which a given ACEC is designated it is difficult to think that these values would be compatible with the management of forest and woodland product sales, with the exception of the Sage grouse ACEC on the North Rim. | • With the exception of the Gunnison Sage grouse ACEC, all ACECs will be withdrawn from forest and woodland product sales to maintain the values for which the ACEC has been designated.<br>• With exception criteria for those cases when a project may be necessitated. |
| **Emphasis Area A & J**<br>• Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clearcuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller.<br>• Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types & 40 acres in woodland types. Regenerate all patch cuts, shelterwood, & selection harvest cuts, naturally or artificially, within 15 years.<br>• Manage timber and woodland species on all available & capable lands with a combination of even & uneven-age systems. Continue management of all operable woodland & commercial sawtimber in other emphasis areas. | **Yes:**<br>Given wildlife management objectives, climate trends, and lifespan of aspen management needs to occur at the stand level as the decision somewhat attempts to address, additional considerations are needed to manage aspen in today's environment. | • Treatments proposed for aspen should be conducted at the stand scale, a full range of management opportunities should be available, and fencing to protect regeneration should be considered post treatment.<br>• Treatments should be conducted to address forest health issues such as Sudden Aspen Decline utilizing the best available science to drive prescription and extent. |

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    433
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106209

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area A**<br>• Timber species should be managed at a stocking level that maintains moderate to high herbage production. | **No:**<br>This practice has been widely utilized throughout the planning area to the detriment to both timber and woodland resources. Chaining and other treatments of intact large stands (as well as other vegetation communities) for the purpose of forage production, often resulting in sites overstocked with introduced herbaceous species that outcompete native herbaceous species and disrupt natural successional processes, resulting in upland vegetation sites not meeting public land health standards. | • Add mosaic objectives or somehow articulate desired future vegetation conditions that describe HRV, disturbance/recovery/successional processes, and provide some idea of proportions.<br>• Manage all activities within forest and woodland communities for health, composition, and diversity (considering density, basal area, canopy cover, age class, stand health, and understory) and provide late successional vegetation while accommodating multiple uses. |
| **Emphasis Areas A & B**<br>• Provide reasonable opportunity to salvage forest products prior to & following range habitat improvement treatments.<br>• Provide legal & physical access to vegetation treatments to facilitate salvage of forest products when feasible.<br>• Provide reasonable opportunity to salvage forest products prior to & following habitat improvement treatments. | **Yes/No:**<br>Stewardship authority allows the bureau to sell forest treatment byproducts to offset cost of treatment.<br><br>Where byproducts from treatment are not economical this practice will always be conducted. | • Decisions that speak to stewardship authority may be necessary to clarify and support project level decisions utilizing stewardship authority. Otherwise decision is fine as written. |
| **Emphasis Area C**<br>• Allow no regulated sales of wood products in the Silverton SRMA, except to control disease & insect outbreaks where necessary.  Allow no sales of wood products in the Dolores River SRMA. | **No:**<br>The Silverton and Dolores SRMAs are both outside of the planning area. | • Do not carry decision forward. |

434   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106210

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area J**<br>• Manage lands suitable for timber production.  Invest necessary funds to provide for intensive management of the forest resource.  Provide firewood, Christmas trees, & other wood products.<br>• Manage approx. 10,960* acres for intensive forest management. Estimated allowable harvest would be 6.5 MMBF per decade. Manage approx. 42,130* acres to provide woodland products (tirewood, posts, poles, etc.). Estimated allowable harvest would be 6.4 MMBF (12,800 cords) per decade.<br>• *Only 6,993 acres of the suitable commercial timber base occur within the current decision area boundary and will be considered within the Uncompahgre RMP revision. | **No:**<br>Current BLM Colorado funding does not begin to approach the funding needs necessary to approach achievement of this decision.<br>Demand for saw timber in Colorado is virtually nonexistent and any specific cut objectives would be impossible to meet. | • A variety of funding mechanisms should be utilized to manage lands suitable for timber production. Management should be conducted to maintain stands within historic range of natural variability, within accepted fire regimes and condition classes, and to meet public land health standards. If products from such activities can generate revenue to offset these costs, then stewardship opportunities should be pursued.<br>• All harvests commercial or personal use should be conducted in such a manner to achieve forest health objectives and sustainable yield objectives. |
| **SAN MIGUEL ACEC AMENDMENT** | | |
| • Approximately 20,166 acres of the San Miguel ACEC and 298 acres of the remainder of the SRMA would be closed to forest product disposal. | **No:**<br>Given the unique or rare resource values for which a given ACEC is designated, it is difficult to think that these values would be compatible with the management of forest and woodland product sales, with the exception of the Sage grouse ACEC on the North Rim. | • With the exception of the Gunnison Sage grouse ACEC, all ACECs will be withdrawn from forest and woodland product sales to maintain the values for which the ACEC has been designated.<br>• With exception criteria for those cases when a project may be necessitated. |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

• Within the Uncompahgre Basin RMP, Management Unit 3 calls for no projects to be implemented that would remove or take away from the existing forestry base. Numerous projects have been implemented since the inception of the National Fire Plan within the management unit that have removed a substantial amount of the

BLM_0106211

forest base to provide fuel breaks for manmade developments and to restore vegetation mosaics to more closely resemble the historic range of natural variability.

- Current management within these areas more closely resembles a multiple use approach by managing for multiple resource values while also attempting to restore cover type mosaics with varying age class distributions and disturbance regimes.

## B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

- The Healthy Forest Restoration Act required agencies to consider forest management practices that "fully maintain, or contribute toward the restoration of, the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health, and retaining the large trees contributing to old-growth structure."  As such, decisions are needed that would define what old-growth is and how would it be managed.

- Consider old growth or biodiverse forest and woodland sites as avoidance areas for ROWs.

- Currently the resource area prohibits the sale and removal of Gamble oak and ponderosa pine outside of specific emphasis areas and management units although no decision appears to support this. Recommend a decision supporting this or remove the stipulation.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

Areas which are of relative ecological importance would likely have broad reaching benefits to other resources as well.   Some areas which are of relative ecological importance include:

- Old growth woodlands
- Pristine woodland communities
- Long term pinyon woodland study sites
- Ecologically intact and/or biodiverse woodland sites for both the pinyon-juniper cover type and the Gamble Oak woodlands.

436      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106212

# 4.2.3 ☀ Energy and Minerals

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

The following decisions are applicable to all minerals within the San Juan/San Miguel Resource Area.

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **Emphasis Areas A (Livestock Management), G (Natural Resource Management), J (Forestry), K (Soil and Water )**<br>• Allow mineral development in all areas not withdrawn from entry.<br>• Provide protective stipulations to limit impacts to livestock improvements or management practices. | **Yes and No:**<br>Decisions need to be applied to all new units within the planning area. | • All areas not withdrawn from entry will be open for mineral development.<br>• Provide protective stipulations to limit impacts to livestock improvements and manage to limit impacts to wildlife and wildlife habitats, and not impact T&E species.<br>• Limit activities during seasonal closures and in eagle concentration areas.<br>• Limit conflicts with management of high recreation values.<br>• Provide for "no surface occupancy" stipulations for mineral leasing in all SRMAs. |
| **Emphasis Area B (Wildlife)**<br>• Allow mineral development in all areas not withdrawn from entry. Provide protective stipulations to limit impacts to wildlife habitat or species.<br>• Limit and/or provide protective stipulations for mineral development on habitat for T&E species.<br>• Continue present leasing stipulations with changes for wildlife winter ranges & eagle concentration areas as shown in the Resource Conservation Alternative. | | |
| **Emphasis Area C (Recreation)**<br>• Manage mineral development to limit conflict with management of high recreational values. When possible, schedule activities so conflicts are | | |

BLM_0106213

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| minimized between recreational and mineral activities. Ensure site rehabilitation activities follow operating plans and address recreation management objectives.<br>• Provide for no surface occupancy stipulations for mineral leasing in the Dolores River SRMA (from the Bradfield Bridge to the confluence with Disappointment Creek and from Big Gypsum Valley to 1 mile above Bedrock). | | |
| **Emphasis Area D (Wilderness)**<br>• Administer all mineral activity as required by Section 4(d) of the Wilderness Act of 1964. Deny issuance of any future mineral leases within the wilderness area. | **Yes** | |
| **Emphasis Area E (Mineral Development)**<br>• Allow mineral development on all areas not specifically excluded from development.  Provide protective stipulations to limit impacts to other resource values.<br>• Continue cooperative management to protect surface resources on 19,800 acres of Department of Energy lease tracts.<br>• Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case by case basis in environmental documents. | **Yes** | |
| **Emphasis Area F (Cultural)**<br>• Pursue withdrawal from mineral entry on any important cultural properties.<br>• In the event withdrawal is not made (and on areas not withdrawn), supervise the activities of claimants, lessees, and permittees to ensure minimum impacts on cultural values.<br>• Use no surface occupancy stipulations to protect important cultural values. | **Yes** | • Apply to entire planning area. |

438   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106214

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area H (Public Land Disposal)**<br>• Continue to manage the mineral program for development. Retain all mineral rights unless an exception can be documented for transferring the mineral rights.<br>• Transfer all mineral rights with the surface unless 1) mineral values can be documented to justify retaining the mineral rights, or 2) transferring the mineral rights is prevented by law or regulation. | **No** | • Mineral rights within the planning area will be retained by the federal government, unless the mineral interest is determined not to be of value to the government. |
| **Emphasis Area L (ACEC)**<br>• Manage mineral development to limit conflict with present ACEC values. When possible, schedule activities so conflicts are minimized and site rehabilitation is addressed within ACEC guidelines. Some mineral development may need to be limited or excluded for proper ACEC management. | **Yes** | • Apply to all ACECs within planning area. |
| **General Guidelines for All Emphasis Areas**<br>The following principles will guide the BLM in managing mineral resources on public lands (per BLM instruction Memorandum No. 84-568, dated June 28, 1984):<br>• Except for Congressional withdrawals, public lands shall remain open and available for mineral exploration and development unless withdrawal or other administrative action is clearly justified in the national interest.<br>• The BLM actively encourages and facilitates the development by private industry of public land mineral resources so that national and local needs are satisfied and economically and environmentally sound exploration, extraction, and reclamation practices are provided. | **Yes and No** | • Except for Congressional withdrawals, public lands shall remain open and available for mineral exploration and development unless withdrawal or other administrative action is clearly justified in the national interest.<br>• Mineral resources will be managed in accordance with national policies and BLM guidance. Management will adapt to changes in policy and guidance. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          439
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106215

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • The BLM will process mineral patent applications, permits, operating plans, mineral exchanges, leases, and other use authorizations for public lands in a timely and efficient manner.<br>• BLM land use plans and multiple use management decisions will recognize that mineral exploration and development can occur concurrently or sequentially with other resource uses. BLM further recognizes that land use planning is a dynamic process and decisions will be updated as new data are evaluated.<br>• Land use plans will reflect geologic, energy, and mineral values on public lands through more effective data assessment of those values.<br>• The BLM will monitor salable and leasable mineral operations to ensure proper resource recovery and evaluation, production verification, diligence and inspection, and enforcement of the lease, sale, or permit terms. The BLM will ensure receipt of fair market value for minerals commodities unless otherwise provided for by statute.<br>• The BLM will maintain effective professional, technical, and managerial personnel knowledgeable in mineral exploration and development. | | |

## B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

440      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106216

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

## LEASEABLE MINERALS - COAL

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| • Identify those areas within the Paonia/Somerset, Cimarron Ridge, and Bookcliffs coal areas which would be suitable for further leasing consideration. Determine areas as suitable for further coal leasing consideration where coal development could result in conflicts with water needs and/or water rights. Categorize lease areas with consideration for potential development problems and management conflicts. 83,334 acres of Federal coal estate in the Paonia/Somerset Cimarron Ridge and Bookcliffs coal areas are identified | **No:** The Dakota Coal field needs to be included in the RMP amendment. (See 2 below.) Refinement by either addition or omission of known coal reserve acres needs to be accomplished based on modern data concerning the reserves as to mineability or unsuitability for mining. | • The SanJuan/San Miguel RMP of 1984 has Dakota Coal field data and management planning decision. (See 2 below.) Add or reduce available coal resource acres as appropriate. |
| • Allow mineral development on all areas not specifically excluded from development. • Provide protective stipulations to limit impacts to other resource values. | **No:** The priority of these areas was determined based on 1983 coal data & indications of interest by industry. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations. These lands would be made available for future leasing only when the coal priority areas had been depleted or a significant demand was expressed that could not be met by the existing coal priority area. | • Allow coal exploration and leasing in the Nucla Coal Field. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          441
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106217

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Standard Management Direction:**<br>• Federal coal estate will be identified as acceptable for further leasing consideration. | Yes | |
| **Management Units 1, 3, 7, 8, 16**<br>• Acceptable for further leasing consideration with no special restrictions. | No | • Based on the Coal Potential Report, evaluate areas where coal resources should be considered for future leasing, and areas that should be excluded.<br>• Enforce seasonal restrictions for wildlife and other resource considerations as needed. |
| **Management Unit 2**<br>• Federal coal estate will be open to leasing within crucial deer and elk winter range; seasonal stipulations on new road and facility construction may be necessary from December 1 through April 30 to reduce stress on wintering deer and elk. | | |
| **Management Unit 5**<br>• Open for further leasing consideration with possible restrictions on surface disturbing Activities: from March 1 through May 31 to prevent excessive erosion on wet saline soils. | | |
| **Management Unit 9**<br>• May be acceptable for further leasing consideration on a site-specific basis after consultation with affected entities and formulation of mitigating measures designed to protect riparian vegetation. | | |
| **Management Unit 10**<br>• Acceptable for further leasing consideration with possible restriction on any disturbances from May 1 through June 15 to protect elk calving areas. | | |
| **Management Unit 11** | | |

442    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106218

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Acceptable for further leasing consideration with possible restrictions on any disturbance from March 15 through June 30 to protect nesting waterfowl. | | |
| **Management Units 12, 13, 14**<br>• Acceptable for further leasing consideration with possible restrictions on surface disturbing activities to protect threatened, endangered, or unique species and their potential habitat, and to protect scenic values. | | |
| **Management Unit 15**<br>• Closed to leasing to protect its scenic quality. | | |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • Allow coal leasing on 1,480 acres in the Nucla Known Recoverable Coal Resource Area. | **No:**<br>Change wording. | • Allow coal exploration and leasing in the Nucla coal field. |
| • 280 acres of Alluvial Valley Floor/Floodplains within the Nucla Known Recoverable Coal Resource Area were eliminated from all methods of mining.<br>• The priority of this Known Recoverable Coal Resource Area is based on 1983 coal data and indications of interest by industry. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations.  These lands would be made available for future leasing only when the coal priority areas had been depleted or a significant demand was expressed that | | |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    443
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106219

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| could not be met by the existing coal priority area. | | |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Evaluating areas where coal resources need to be considered for future leasing and areas where coal resources are currently managed for leasing that should be excluded.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

## LEASEABLE MINERALS - FLUID

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | ARE DECISIONS RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **Management Units 1,2,3,7, and 16**<br>• Open to oil and gas leasing with seasonal stipulations from December 1 through April 30 on crucial deer and elk winter rangeland on bald eagle hunting habitat to protect crucial deer and elk winter range and bald eagle hunting habitat from disturbance.<br>**Management Unit 5**<br>• Open to oil and gas leasing with seasonal stipulations from March 1 through May 31 to protect wet saline soils. | **Yes:**<br>Decisions limit and restrict oil and gas activities to protect other resources. | It would be advantageous to include/address mitigation measures/BMPs supported by specialists which are applied to respective areas of NEPA analysis related to surface disturbance associated with energy development. i.e. reclamation success standards for both interim and final reclamation, adaptation of seed mixes to match surrounding native populations of value, |

444   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106220

| CURRENT PLANNING DECISION | ARE DECISIONS RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Management Unit 6**<br>• Closed to oil and gas leasing to protect its wilderness values.<br>**Management Units 8 and 9**<br>• Open to oil and gas leasing with only standard stipulations.<br>**Management Unit 10**<br>• Open to oil and gas leasing with seasonal stipulations from, May 1 through June 15 to protect elk calving areas.<br>**Management Unit 11**<br>• Open to oil and gas, leasing with seasonal stipulations from March 15 through June 30 to protect nesting waterfowl, and from December 1 through April 30 on bald eagle hunting habitat to protect bald eagle hunting habitat from disturbance.<br>**Management Units 12,13,14, 15**<br>• Open to oil and gas leasing with a no surface occupancy stipulation to protect threatened and endangered species habitat and the areas scenic quality. | | incorporate performance based standards in respect to reclamation, incorporate a database which tracks disturbances permitted, actual disturbance, then reduction of disturbance through different phases of reclamation.<br><br>It would also be advantageous to outline how split/estate lands are managed by BLM UFO indifferent to public lands, but also incorporate private landowner in respect to surface use, protection and reclamation success.  There are multitude of measures in which similarities exist across all oil and gas activities in the UFO such as; livestock protection, wildlife protection, slope stabilization, pits left open over winter, invasive and noxious weed monitoring and control (both prior to disturbance and during the life of the energy related disturbance).  One of the most difficult issues to address when using performance standards is attempting to add the factor of time to the equation.  Each of the energy types that the UFO oversees have different time periods in which to permit, perform the activity, produce, and finally reclaim. But, there are certain BMPs which could be incorporated in a timely manner which would increase the opportunity for stabilization, and reclamation success of |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    445
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106221

| CURRENT PLANNING DECISION | ARE DECISIONS RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | these disturbance activities. Such an undertaking will have to separate, but address surface use, reclamation standards, monitoring, data and reporting standards useful to the UFO, in each of the following:  1) 1872 mining law projects such as uranium exploration, 2) 3160 Oil and Gas related both on federal lands and on Private surface/ Federal mineral estate and potential differences may exist based on geographic location, 3) Sand and Gravel surface use/reclamation, 4) pipeline reclamation, 5) road construction, maintenance and reclamation. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| As a general rule, public land is available for oil and gas leasing. In many areas, oil and gas leases will be issued without special lease stipulations. In highly sensitive areas, where special stipulations or information notices are not sufficient to protect important surface resource values, no surface occupancy stipulations will be implemented.  Stipulations and information notices are located in Appendix Two. **Emphasis Area E (Public Land Disposal)** • Continue oil, gas, & CO2 operations throughout planning area (183,000 acres in areas designated as KGSs). **Emphasis Area F (Cultural)** • Withdraw from mineral entry and provide for no surface occupancy stipulations for oil and gas leasing on Dolores Cave and Tabeguache | | |

446        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106222

| CURRENT PLANNING DECISION | ARE DECISIONS RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| Pueblo.  Provide for no surface occupancy stipulations for oil & gas leasing on Tabeguache canyons to protect cultural values.<br>See Appendix 2 of the San Juan/San Miguel RMP: Oil and Gas Lease Information Notices and Stipulations. | | |

## OIL AND GAS LEASING AMENDMENT

| | | |
|---|---|---|
| • The Dolores River Canyon and Tabeguache Creek  will not be leased. This is 37,323 acres of BLM-administered mineral estate within the San Juan/San Miguel Planning Area (see Map 2 and Table 1 ).<br>• BLM administered mineral estate within the San Juan/San Miguel Planning Area are open to oil and gas leasing and development, subject to the lease terms and (as applicable) lease stipulations noted in Appendix A of the RMP.<br>• No Surface Occupancy stipulations will be used to protect: coal mines where oil and gas development would be incompatible with the planned coal extraction; grouse, raptor, bald eagle, peregrine falcon, Mexican spotted owl, waterfowl and shorebird nests; special status plant species; sites within the Dolores River Canyon.<br>• Timing Limitation stipulations will be used to protect crucial habitat, nesting, fledgling and birthing areas (see Map 3 and Appendix A of the RMP).<br>• Controlled Surface Use stipulations will be used to protect: coal mines where the mining method or location is such that location of subsequent wells can avoid significant conflicts, riparian/wetland vegetation, and steep slopes (see Map 4 and Appendix A of the RMP).<br>• Lease Notices will be used to alert | | |

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        447
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0106223

| CURRENT PLANNING DECISION | ARE DECISIONS RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| lessees to Class I and II Paleontological Areas and Sage Grouse nesting areas (see Appendix A of the RMP). <br> • Conditions of Approval will be applied to operational approvals (Applications for Permit to Drill and Sundry Notices) as determined necessary by the Authorized Officer to protect other resources and values within the terms, conditions and stipulations of the lease contract. A list of the most common conditions of approval is found in Appendices D and F of the Final Plan Amendment EIS. Further details of these decisions are provided in the Final Plan Amendment/EIS. All leasing stipulations referred to above and included in this decision are provided in Appendix A. | | |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

None identified.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

448    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106224

# OTHER LEASEABLE MINERALS

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| The UB RMP and the SJ-SM RMP does not specifically reference other leasable mineral resources. | **No:** There is no leasable minerals management decision for potash in either RMP. | In coordination with GJFO and the SJPLC, in addition to Moab and Monticello FOs, potash should be included in the Uncompahgre RMP. |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

To manage for leasable potash proposals in the Paradox Basin area of the UFO certain management decisions could be included in the RMP based upon location and other resource conflicts.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

# RENEWABLE ENERGY RESOURCES

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| Management decisions for Solar, Geothermal, Wind, and Biomass Renewable Energy Resources were not | **No:** Renewable energy resource projects proposed in the next 15 years are likely to involve lands within the planning area. 43 CFR 3204 allows for direct use non-competitive geothermal leasing | Incorporate management decisions in the Uncompahgre RMP to address which areas will be open for renewable |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    449
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106225

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| addressed in either RMP. | for non-energy producing applications that could involve BLM or split estate lands. | energy leasing on BLM or split estate lands. |

## B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Geothermal energy resources decisions on BLM and / or split estate lands.  Wind and solar energy decisions.

## C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

## LOCATABLE MINERALS

## A.  ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| • All existing withdrawals that segregate federal mineral estate from location and entry under the general mining laws will be recommended for retention. Federal mineral estate in areas not under withdrawal will be open to entry and location.<br>**Management Units 1, 2, 3, 5, 7, 8, 9, 10, 11, 15, 16**<br>• Open to mineral entry and location due to the lack of resource conflicts. Existing BLM and Bureau of Reclamation withdrawals will be recommended for lifting as they are no longer needed.<br>**Management Unit 6**<br>• Closed to protect its wilderness values.<br>**Management Units 12, 13, 14** | **Yes:**<br>The Uncompahgre Basin RMP decisions have served their purpose of allowing minerals activities where they are most likely to be productive while preserving and protecting other resources as defined by their respective management objectives. | No change recommended. |

450      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106226

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Closed to mineral entry and location. These units will be placed under a BLM protective withdrawal. | | |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • Management direction will emphasize mineral development on the public lands. Mineral values indicate significant reserves of valuable minerals are present and development is either currently ongoing or will occur within the near future. Other resource uses will occur to the extent they are compatible with mineral development. Limited expenditures of public resources will be used on developing the present land resources. Livestock grazing will continue, wildlife habitat will be maintained where feasible, and cultural resources will receive the protection currently afforded by law.<br>• All public land is open to mineral entry and development unless previously withdrawn (such as wilderness and administrative withdrawals). Mineral exploration and development on public land will be regulated under 43 CFR 3800 to prevent unnecessary and undue degradation of the land.<br>• Continue cooperative management to protect surface resources on DOE lease tracts. Provide for necessary permits for sand and gravel.  Provide protective stipulations to protect the unique fossils in the Placerville area.<br>**Area E  (Public Land Disposal)**<br>• Continue approved operations of 4,500 acres of hard rock mining under 43 CFR 3809 regulations. | **Yes:**<br>The management decisions have served their purpose of allowing minerals activities where they are most likely to be productive while preserving and protecting other resources as defined by their respective management objectives. | No change recommended. |

## B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

For locatable minerals, revising or modifying the big game, deer / elk winter range timing limitations in certain locations could be considered.

Revegetation seeding requirements could be defined to allow for site specific adjustments.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          451
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

# MINERAL MATERIALS

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **Management Units 1, 3, 7, 8, 10, 16**<br>• Open to mineral material disposal.<br>**Management Unit 2**<br>• Open to mineral material disposal with possible restrictions on surface disturbing activities from December 1 through April 30 on crucial deer and elk winter range to protect crucial deer and elk winter range from disturbance.<br>**Management Unit 5**<br>• Open to mineral material disposal with possible, restrictions on surface disturbing activities from March 1 through May 31 on wet saline soils to protect wet saline soils from rutting and erosion.<br>**Management Units 9, 12, 13, 14, 15**<br>• Closed to mineral material disposal.<br>**Management Unit 11**<br>• Open to mineral material disposal with possible restrictions on any disturbance from March 15 through June 30 to protect nesting waterfowl. | **Yes:**<br>Salable minerals is a discretionary use program. It is not a mineral right given by law as the locatable minerals program is by account of the 1872 Mining Law. Therefore it is managed by decisions based upon impacts on other resources. The management decisions currently in place by the UB and SJ-SM RMP's present adequate decision making guidance as it pertains to saleable minerals. | No change is recommended. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • The seven generic guidance principals shown in the "All Minerals" section | **Yes:**<br>Salable minerals are a | No change is |

BLM_0106228

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| apply.<br>• Applications for removing common variety mineral materials, including sand and gravel, will continue to be processed on a case-by-case basis. Stipulations to protect important surface values will be attached based on interdisciplinary review of each proposal.<br>**Area E  (Public Land Disposal)**<br>• Continue sand & gravel operations (880 acres). | discretionary use program and not a mineral right provided by the 1872 Mining Law (as are locatable minerals). Therefore, salable minerals are managed by decisions based upon impacts on other resources. Management decisions currently in place through the UB and SJ-SM RMP's present adequate decision making guidance as it pertains to salable minerals. | recommended. |
| **SAN JUAN/SAN MIGUEL ACEC AMENDMENT** | | |
| • Close the river bottom areas to the sale of sand and gravel. | | |

# B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Cease sales of moss rock to the public for landscaping purposes. Processing of moss rock applications is not cost effective, and the removal of moss rock contributes to a denuding of native rock in areas of the UFO.

# C.  AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

Areas where moss rock is sold are becoming stripped of native rock. Continuation of this activity will lead to a loss of wildlife habitat and deter from the natural appearance of the landscape.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                453
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106229

# 4.2.4 ☀Recreation

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | | OPTIONS FOR CHANGE |
|---|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | | |
| **Management Unit 1**<br>• The BLM will manage recreation in a manner that minimizes recreational impacts on interspersed and adjacent private land. | No | General issues facing recreation managers include:<br>• Rapid regional population growth<br>• Changing population demographics (US Census Bureau 2002).<br>• Increasing dispersed recreation use, both summer and winter.<br>• Popularity of public lands as a "backyard" recreation destination for local communities.<br>• Adjacent private lands and in-holdings.<br>• Economic and social value of recreation and tourism.<br>• Citizen desire for a greater role in the management of their public lands.<br>• Budget allocations, which are flat or decreasing despite aging facilities and increasing demands.<br>• Technological advances, such as ATVs and mountain bikes, as well as better outdoor equipment and clothing.<br>• Integrating recreation use with sustainable management of other | • Readdress recreational objectives and develop alternatives with SRMA or Extensive Recreation Management Area options. |
| **Management Units 2, 3, 5, 7, 9, 10, 13, and 16**<br>• Managed for extensive recreational use to meet public demands for dispersed recreation. | No | | • Readdress recreational objectives and develop alternatives with SRMA or Extensive Recreation Management Area options. |
| **Management Unit 8**<br>• Open for ORV use.  Develop for intensive ORV use.<br>• Loading ramps and informational signs will be constructed.<br>• This management will provide ORV users an area with limited hazards.<br>• A minimum of restrictions will be placed on surface-disturbing activities that do not impede or endanger ORV recreationists. | Yes | | • North Delta OHV Area should remain an Open Area due to manageability, county support, and past management however will require additional facilities and information to warn users of the dangers of the area. |
| **Management Unit 14**<br>• Designated as an Outstanding Natural Area/ACEC to protect the areas scenic qualities.  A management plan will be prepared. | Yes | | • Continue to manage the Needle Rock area as an Outstanding Natural Area/ACEC to protect the area and its scenic and geological |

BLM_0106230