| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | resources. Based on the issues above, the UFO does not currently have the capacity in terms of staff, law enforcement, annual budget, or existing recreation facilities including trails) to adequately manage future resident recreation demand alone. | features. • Address recreational uses for the area and appropriate time for those uses. |
| **Management Unit 15** • Designated as an Outstanding Natural Area/ACEC to protect the area's threatened and endangered species and scenic qualities.  A management plan will be prepared to manage the area for its primitive, non-motorized recreational values. | **No** | Area is within the Adobe Badlands WSA. • Re-evaluate current objectives and determine if Outstanding Natural Area/ACEC designation is still necessary. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **Common to all Emphasis Areas:** • A wide range of outdoor recreation opportunities will continue to be provided for all segments of the public, commensurate with demand. • Trails and other means of public access will continue to be maintained and developed where necessary to enhance recreation opportunities and allow public use. • Developed recreation facilities receiving the heaviest use will receive first priority for operational and maintenance funds. • Sites that cannot be maintained to acceptable health and safety standards will be closed until deficiencies are corrected. | **Yes and No** | • Wording in most cases is adequate. Recreational objectives should be reevaluated and a range of alternatives developed with SRMA and Extensive Recreation Management Area options. |
| **Emphasis Areas A (Livestock Management) and K (Soil and Water)** • Manage for dispersed recreation as the primary recreation activity. • Permit yearlong, nonmotorized | **No** | • Reevaluate recreational objectives and develop alternatives with SRMA or Extensive Recreation Management Area options |

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| recreation activities throughout the area. | | |
| **Emphasis Area B (Wildlife)**<br>• Manage for dispersed recreation as the primary recreation activity.<br>• Permit yearlong, nonmotorized recreation activities throughout the area, except restrict recreation use to resolve people and wildlife conflicts, favoring wildlife in such cases. | **No** | • Readdress recreational objectives and develop alternatives with SRMA or Extensive Recreation Management Area options |
| **Emphasis Area C (Recreation)**<br>• Manage for a variety of recreation opportunities consistent with classifications determined in Recreational Opportunity Spectrum inventories.<br>• Provide necessary visitor management services and facilities required to meet recreation program goals.<br>• Manage the Dolores River as an SRMA for water-based recreation opportunities. | **Yes and No** | • Wording in most cases is good however recreational objectives need to be re-evaluated and a range of alternatives developed with SRMA and Extensive Recreation Management Area options. |
| **Emphasis Area D (Wilderness)**<br>• Allow opportunities for primitive and unconfined recreation activities featuring solitude; the chance to experience unmodified, natural ecosystems; and to travel cross-country in an environment where success or failure is directly dependent on ability, knowledge and initiative; but in a way to prevent deteriorating the wilderness resource.<br>• Manage recreation use to provide users with experiences | **Yes** | • Continue to manage WSAs and the Tabeguache Area for their wilderness characteristics and consistent with the Interim Management Policy and Guidelines for Lands Under Wilderness Review, pending congressional action. |

BLM_0106232

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| and psychological outcomes expected in wilderness/primitive setting.<br>• Control social & physical carrying capacity to provide such outcome.<br>• Establish site-specific visual quality objectives & design guide lines for landscape development projects during activity planning.<br>• Provide for primitive (nonmotorized) river running activities compatible with wilderness resource in the Dolores River Canyon WSA. | | |
| **Emphasis Area E (Mineral Development)**<br>• Provide recreation opportunities that do not conflict with mineral development. | No | • Readdress recreational objectives and develop alternatives with SRMA or Extensive Recreation Management Area options |
| **Emphasis Area F (Cultural Resources)**<br>• Make areas available for day use activities, where feasible. Construct public convenience developments such as restrooms, observation areas, or interpretative trails. | Yes | • Areas with high cultural concern should be limited to controlled day use activities |
| **Emphasis Area G (Resource Management)**<br>• Provide for dispersed types of recreation opportunities. Utilize sign, maps, etc., to help manage the dispersed use. | No | • Readdress recreational objectives and develop alternatives with SRMA or Extensive Recreation Management Area options |
| **Emphasis Area H (Public Land Disposal)**<br>• Provide for very limited dispersed recreation activity. | No | • Readdress recreational objectives and develop alternatives with SRMA or Extensive Recreation Management Area options |
| **Emphasis Area J (Forestry)**<br>• Manage for dispersed | No | • Readdress recreational objectives and develop |

BLM_0106233

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| recreation as the primary recreation activities. | | alternatives with SRMA or Extensive Recreation Management Area options |
| **Emphasis Area K (Soil and Water)**<br>• Manage for dispersed recreation as the primary recreation activity.<br>• Permit yearlong, nonmotorized recreation activities throughout the area. | No | • Readdress recreational objectives and develop alternatives with SRMA or Extensive Recreation Management Area options |
| SAN MIGUEL RIVER ACEC AND SRMA AMENDMENT | | |
| • Designation of public lands on the San Miguel River, including the tributary streams, from Deep Creek to the old town of Pinon, as an SRMA. | Yes | • Area should remain as a SRMA due to the amount of use that the corridor receives from recreationists. |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

### Objectives

Management of recreation is guided by BLM regulations and policy, a number of federal and state laws, current and emerging trends in public demand for activities and opportunities, and the physical and natural environment surround any given area. Current management direction is based on activity level plans and other recreation management direction, including 43 CFR 8340, Subchapter H, Recreation, Part 8342 and Part 8364; H-1601-1-Land Use Planning Handbook, Appendix C, II. Resource Uses, Part C - Recreation and Visitor Services; and BLM Recreation Permit Administration Handbook H-2930-1. The intent of the various laws, policy and guidelines is to meet public demand for outdoor land-based recreation opportunities, while preventing or minimizing adverse impacts to the natural and cultural elements of Colorado's public lands.

### Decisions

- The BLM works cooperatively with organizations, clubs, agencies, counties and communities to educate on recreation issues.
- For the past six years, Colorado State Parks has provided us with OHV grants through a Good Management Program that assist with employing a seasonal OHV crew during the spring, summer, and a portion of the fall.

458      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106234

- The BLM UFO has completed a Travel Management Amendment and EA document for the Dry Creek Area in which routes are designated for different types of uses.
- The UFO has completed a Travel Management Amendment and EA to limit travel to existing routes in almost all open areas in the field office and until further travel planning can be conducted.
- The UFO has implemented a Special Recreation Permit Policy by which all outfitters are required to abide if they wish to have a permit authorized.

## Issues and Challenges

Colorado's population has grown significantly in the past ten years, (Colorado State Demography Office 2007) and an increasing number of people are living near or seeking local public lands for a diversity of recreational opportunities. The region is truly a year-round place to live and work; as a result, public lands administered by the BLM are absorbing increasing recreational demand and use. The towns of Montrose, Delta, Paonia, Olathe, Telluride, Ridgway, Ouray, Cedaredge, Norwood, Naturita, and Nucla all have public lands within close proximity that are used as backyard recreation areas by local residents.

Due to the population growth of Western Colorado counties and the increase in recreational interest on BLM lands, the current RMPs are extremely outdated and have created a reactive management instead of proactive management for recreation.  There are also decisions within the RMPs that were never followed up on leaving the RMP under implemented. These decisions are outdated and not compatible with the existing conditions making it next to impossible to implement those decisions at this point in time.

# B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

The Colorado BLM recently recommended recreation guidelines designed to meet public land health standards. The guidelines provide tools, methods, and techniques that can be used by managers to maintain or meet the standards as they implement various programs on the public lands.

## SPECIAL RECREATION MANAGEMENT AREAS (SRMAS)

There are currently two SRMAs in the planning area. The UFO needs to review the existing SRMA designations to ensure compliance with BLM H-1601-1 - Land Use Planning Handbook guidance. Per the revised Land Use Planning Handbook, the UFO must identify a distinct, primary recreation-tourism market (destination, community or undeveloped) as well as a corresponding recreation management strategy for SRMAs.  If no distinct, primary recreation-tourism market can be identified, then the administrative identification of an SRMA should be removed.

Identification of new SRMAs are required during land use planning. Where recreation demand from a recreation-tourism market requires maintenance of setting character and/or

JUNE 2010         BLM UNCOMPAHGRE FIELD OFFICE, COLORADO         459
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0106235

production of associated activity, experience, and benefit opportunities/outcomes, the area should be identified and managed as an SRMA, rather than being custodially managed as an Extensive Recreation Management Area. Public lands within the planning area should be reviewed to determine if a distinct, primary recreation-tourism market requiring a corresponding and distinguishing recreation management strategy exists. The UFO should consider designating additional SRMAs in areas where the BLM and its partners determine that recreation demand from a recreation-tourism market exists.

## NATURAL RESOURCE SETTING PRESCRIPTIONS

### Recreation Opportunity Spectrum

The Recreation Opportunity Spectrum is based on the premise that a recreation opportunity is dependent on particular qualities found in nature, and it takes this premise and considers factors such as qualities found in recreational activities and qualities found in managerial direction. By combining these qualities in different ways, a variety of recreation opportunities is achieved. Variations on management and activities on the resource are usually expressed as a range of opportunities, from primitive to developed.

Recreation Opportunity Spectrum classes have not been defined for a majority of the planning area. A spectrum inventory and objective setting should be considered during RMP development to provide a better assessment tool for determining development impacts to recreation resources. Recreation spectrum classes would also provide the opportunity to help define visitor experiences. Recent application of other recreation management philosophies, such as a benefit-based recreation framework, could be considered for application in the EIS alternatives. The Recreation Opportunity Spectrum could also be used in conjunction with other strategies, such as establishing limits of acceptable change, described below, or along with the concept of focus areas, as described above.

### RECREATION MANAGEMENT

To alleviate conflict between users, focus areas could be implemented. A focus area would concentrate on a single primary use, while allowing other non-interfering uses. Focus areas would offer an improved opportunity to match recreation expectations and experiences. For example, an area might be designated for dirt biking and ATV use, although mountain biking would still be permitted.

### Developed Campgrounds and Day Use Sites

Infrastructure in developed sites could be redesigned to accommodate the recreation demands of growing populations. Hispanic recreation activity demands follow cultural traditions that make nature and family-oriented gatherings popular (National Recreation and Park Association 2007). Multilingual signage and large group sites could help prevent resource damage and conflicts with other users. Fees at developed recreation sites may need to be considered in order to help offset budget shortfalls.

460  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106236

## Cooperative Management

Current and predicted budget and staffing levels highlight the need to work more cooperatively with recreation-tourism partners.  BLM UFO, partners and communities have the opportunity to move beyond simple trail partnerships to cooperatively share resources, funding, staff and expertise to:

1. Appropriately direct activities such as climbing, boating, and camping/picnicking

2. Manage existing developed recreation sites to enhance the community's use of public land open spaces and facilities

3. Designate, construct and manage public shooting ranges

4. Improve on-the-ground law enforcement capabilities aimed at reducing:  illegal dumping, abandoned vehicles, hazmat sites, and other public health and safety related issues

5. Establish safety zones adjacent to town boundaries where the discharge of firearms for all purposes would be prohibited.

## RECREATION ADMINISTRATION

### Special Recreation Permits

Using a Limits of Acceptable Change process, the BLM could determine the optimum number of permittees and whether or not minimum and maximum commercial visitor days should be established throughout the UFO planning area including the San Miguel River Corridor.

### Consistency and Coordination with Other Plans

Outside of the San Miguel River SRMA, most "close to town" public lands are still custodially managed to offer a variety of dispersed recreational activities.  Communities seeking to: 1) diversify their economies through recreation tourism or 2) desiring to create social/community recreation benefits will need to support the UFO with: staff time, law enforcement, funding, and facility development to accommodate increases in visitation.

### Supplementary Rules

Pursuant to 43 CFR 8365.1-6 (Supplementary Rules), 43 CFR 8364.1 (Closure and restriction orders), and 8341.2 (Special rules) the BLM UFO must work with communities and partners to establish appropriate recreation use regulations that protect natural resources (i.e. operation of motor vehicles, seasonal recreation use restrictions, camping) and provide for the safety of visitors and property (i.e. discharge of firearms, fires) on public lands adjacent to communities.

### Mineral Withdrawals

All lands within SRMAs could be considered for withdrawal from mineral development. This would prevent conflicts with recreational use.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    461
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106237

## RECREATION MARKETING, INFORMATION, AND EDUCATION

The BLM UFO has opportunities to better achieve The BLM's Priorities for Recreation and Visitor Services (BLM 2003b), a service delivery plan for delivering benefits to the American people and their communities, specifically for: 1) connecting the visitor to natural and cultural resources, through enhanced interpretation, education and information; 2) improving the accuracy, appearance and consistency of visitor information; 3) emphasizing and improving outdoor ethics and stewardship through education; 4) education programs to highlight the relationship between natural resources and recreation use, including additional ranger staff, presentations, displays and brochures; 5) additional outreach to educate recreation users on regulations within the UFO; and 6) expanded website to advise on recreation opportunities and applicable restrictions.

### Marketing

Recreation and tourism are big business and significant economic drivers, identified as one of the top three industries within all twelve western states. Outdoor recreation, nature, adventure and heritage tourism are the fastest growing segments of the travel and tourism industry, and the BLM open spaces have it all (BLM 2003b).

The marketing, information, and education actions of the BLM UFO and their partners must be sympathetic to sensitive biological resources, susceptible cultural resources, local interests and needs, and political realities. A shotgun marketing approach in which SRMAs are marketed for the simple fact that they are SRMAs is not a responsible or effective approach.

The UFO has opportunities to:

- Work with tourism groups to better prepare visitors with appropriate information, user ethics and user expectations prior to their visit.
- Explain to BLM personnel and partners the difference between match-up marketing (which matches up people and the activities, experiences, and benefits they desire with the areas where those opportunities are provided) and promotional marketing.
- Determine recreation-tourism markets and market strategies for SRMAs, then work with partners to communicate with that audience.
- Help partners direct use to recreation areas where the land, infrastructure (including personnel, facilities, and trails), recreation providers (including outfitters and off-site businesses), and communities are able to and desire to accommodate people.
- Consider and recommend a national recreation area, national conservation area, or combination of the two. (Only Congress is authorized to designate such an area.)

### Tourism

Future recreation demand for outdoor recreation opportunities found on public lands presents a possibility for tourism to increase its contribution to the stability of the local and

462      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106238

regional economy. The UFO should identify opportunities to work actively with local communities to promote appropriate local recreation resources.

**Visitor Service Information**

There is a need for multicultural (Hispanic) interpretation and signing (regarding low impact camping, public land ethics, and solitude) and to provide administration or marketing regarding recreation opportunities for diverse populations.

## RECREATION MONITORING

Critical to making recreation decisions is the need for a means for tracking and evaluating visitor use, the condition of resources, and public demand. Apart from financial considerations, the monitoring challenge involves dealing with logistical problems associated with:

- size of the area
- number of access points
- relative ease of accessibility from private lands
- overall amount of visitor use
- wide-ranging types of visitor activities
- lack of recreation objectives in current planning documents
- limited amount of resources available to monitor use.

Realizing these difficulties, the BLM UFO still has opportunities to better achieve the BLM's Priorities for Recreation and Visitor Services (BLM 2003b) specifically in relation to: 1) improving the accuracy and consistency of BLM's visitor use data; 2) developing recreation experience/benefit attainment and visitor service satisfaction measures, and conduct surveys to support DOI/BLM output and outcome measures, evaluate performance and allocate resources; 3) developing social and environmental monitoring indicators and standards geared toward benefits-based management; and 4) monitoring the effectiveness of management and marketing actions implemented to deliver prescribed setting conditions and to produce the targeted experience and quality of life outcomes.

The key to improving the UFO's recreation monitoring is developing a well thought-out monitoring framework during the RMP revision for SRMAs (BLM 2005) and addressing monitoring strategies in-depth in SRMA implementation plans.  The UFO will also need to consider recreation monitoring of: visitor health and safety, user conflict and resource protection for ERMAs (BLM 2005).

**Limits of Acceptable Change**

A widely used management-monitoring technique in recreation is known as *limits of acceptable change*. Limits of acceptable change utilizes indicators with prescriptive standards based on recreation objectives to define acceptable limits. If the standards (acceptable limits) are exceeded, then the managing partners make predetermined management changes that will bring concerns (such as visitor impacts to natural and cultural

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          463
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106239

resources, the physical, social, and administrative natural resource recreation setting prescriptions, and the visitor's attainment of recreation outcomes) back within acceptable standards.

464   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106240

# 4.2.5 ☀ Travel and Transportation Management

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **General**<br>• Public lands will be open to off-road vehicle (ORV) use. *Note: see section 3.1.6 (Fish and Wildlife) for additional off-road vehicle decisions.* | No | • Current OHV designations are out-of-date and need to be readdressed. |
| **Management Unit 1**<br>• Public road access will be acquired into the Olathe Reservoir area for hunting and other recreational purposes. | No | • Wording needs to be taken out if easement has already been provided. |
| **Management Unit 2**<br>• Public access will be acquired into the McDonald Mesa, RoatcapJay Creek, Spaulding Peak/Dry Creek, Oak Mesa, and Oak Ridge areas for hunting and other recreational uses, wildlife habitat management, and timber and woodlands management. | No | • Reevaluate what access points are adequate and appropriate. |
| **Management Unit 3**<br>• Public access will be acquired into the Beaver Hills and Linscott Canyon areas for woodland harvest and recreation purposes.<br>• Use of ORVs for woodland management and harvest purposes will be authorized year-round. | Yes and No | • Incorporate the Dry Creek Travel Management Plan (TMP) and Field Office Wide TMP Amendments<br>• Access is still needed into Beaver Hills and Linscott Canyon. Reevaluate what other access points are adequate and appropriate. |
| **Management Unit 8**<br>• The management unit would be managed as open to ORV use. | Yes | • No changes necessary; appropriate area for Open designation |

General issues facing travel management include:
• Rapid regional population growth
• Changing population demographics
• Increasing dispersed OHV use for all seasons.
• Popularity of public lands as a "backyard" recreation destination for local communities.
• Adjacent private lands and in-holdings Access issues
• Economic and social value of recreation and tourism.
• Citizen desire for a greater role in the management of their public lands.
• Budget allocations, which are flat or decreasing despite aging facilities and increasing demands.
• Technological advances, such as ATVs and mountain bikes, as well as better outdoor equipment and clothing.
• New guidance set forth

BLM_0106241

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| | | within the LUP Handbook (H-1601-1) Appendix C. |
| **Management Unit 9**<br>• Public access will be acquired into the Terror Creek area for project development and recreation purposes.<br>• The Potter Creek road (five miles) and the Dry Fork of Escalante Creek road (two miles) will be closed, rehabilitated and removed from the transportation plan. A total of 680 acres in the Roubideau and Potter creeks will be closed to ORV use.<br>• Vehicle use in the remainder of the management unit will be limited to designated roads and trails yearlong. | Yes and No | • Incorporate the Dry Creek Travel Management Plan (TMP) and Field Office Wide TMP Amendments<br>• Reevaluate what access points are adequate and appropriate. |
| **Management Unit 10**<br>• Public access will be acquired into the Storm King and High Park areas for timber harvest and extensive recreation purposes.<br>• Open to ORV use except during the elk calving season when all roads will be closed.<br>• Access for maintenance of the existing communications site will be permitted at all times. | No | • Incorporate Field Office Wide TMP Amendments<br>• Reevaluate what other access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed. |
| **Management Unit 14**<br>• Vehicle use will be limited to designated roads and trails yearlong. | Yes | • OHV designation is appropriate for area. |
| **Management Unit 15**<br>• Closed to ORV use to protect the scenic qualities and to prevent accidental destruction of threatened and endangered plant species and their potential habitat. | Yes | • OHV designation is appropriate for area and management decision is consistent with the WSA IMP. |
| **Management Unit 16**<br>• Open to ORV use. | No | • Current OHV designations are out-of-date and need to be readdressed. |

BLM_0106242

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **Common to all Emphasis Areas**<br>• Public land within areas identified as open to motorized vehicle use generally will remain available for such use subject to existing laws and regulations.<br>• Public land within areas identified as limited to motorized vehicle use generally will receive priority attention. Major limited categories include: areas limited except for existing (or designated) roads (or ways) and trails, and other limitations as needed by management objectives.<br>• Public land within areas identified as closed to motorized vehicle use will be closed yearlong to all forms of motorized vehicle use.<br>• Exceptions may be allowed in WSAs based on applying BLM's Interim Management Policy (BLM Revised, July 12, 1983). | No | • Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office-Wide TMP Amendment |
| **Emphasis Area A (Livestock Management)**<br>• Allow motorized, off-road vehicle (ORV) use.<br>• Provide administrative access to public land to enhance management of the range resource.<br>• Provide maintenance of roads in the BLM transportation plan to minimum standards for user safety. | No | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office Wide TMP Amendments |
| **Emphasis Area B (Wildlife)**<br>• Provide administrative access to public land for managing wildlife habitat.<br>• Provide very little or no maintenance to roads.<br>• Close and reclaim any abandoned or poorly designed roads.<br>• Acquire public access where | No | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office-Wide TMP Amendments |

BLM_0106243

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| needed to allow wildlife-related recreation (including hunting and fishing in underutilized areas).<br>• Acquire administrative access to Roc Creek. | | |
| **Emphasis Area C (Recreation)**<br>• Provide public access to the public lands to enhance the recreation values.<br>• Provide a moderate level of maintenance on primary roads to promote user safety.<br>• Minimal levels of maintenance will be provided on secondary roads.<br>• Acquire and/or improve access to Beaver Creek for recreational pursuits. | **Yes and No** | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office Wide TMP Amendments |
| **Emphasis Area D (Wilderness)**<br>• Allow no motorized ORV use. | **Yes** | • OHV designation is appropriate for area and management decision is consistent with the WSA IMP. |
| **Emphasis Area E (Mineral Development)**<br>• Provide or maintain public access minimizing impacts to mineral development.<br>• Work with mineral developers to assure roads are maintained for public safety. | **No** | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office Wide TMP Amendments |
| **Emphasis Area F (Cultural Resources)**<br>• Provide administrative access to public land to enhance the management of the cultural resource.<br>• Provide public access to some of the cultural areas where public use will be managed.<br>• Provide maintenance of roads to a level of minimum standards for user safety.<br>• Close roads when necessary to | **Yes and No** | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office Wide TMP Amendments |

468   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106244

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| limit access to protect cultural values. | | |
| **Emphasis Area G (Natural Resource Management)**<br>• Provide administrative and public access, where possible.<br>• Maintain roads to a level of minimum standards for public safety. | No | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office Wide TMP Amendments |
| **Emphasis Area H (Public Land Disposal)**<br>• Acquire no access to these tracts unless an exception can be documented.<br>• Provide very little or no maintenance of roads.<br>• Reserve access rights across parcels when needed for public or resource management. | No | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office Wide TMP Amendments |
| **Emphasis Area J (Forestry)**<br>• Provide administrative and, where needed, public access to public land to enhance forest management.<br>• Provide necessary maintenance of roads to ensure timber management practices can occur as planned. | No | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office Wide TMP Amendments |
| **Emphasis Area K (Soil and Water)**<br>• Provide administrative access to public land to enhance management of the soil and water resource.<br>• Provide maintenance of roads or trails to reduce erosion. | No | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office-Wide TMP Amendments |
| **Emphasis Area L (ACECs)**<br>• Provide administrative and public access where needed for ACEC management. | No | • Reevaluate what access points are adequate and appropriate.<br>• Current OHV |

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    469
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106245

| Current Planning Decision | Is decision responsive to current issues? Remarks (rationale) | Options for change |
|---|---|---|
| • Maintenance will be provided on only those roads needed for management purposes. | | designations are out-of-date and need to be readdressed.<br>• Incorporate Field Office-Wide TMP Amendments |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

The current Uncompahgre Basin RMP does not address management decisions or objectives related to land use authorizations.

# B.  POTENTIAL NEW DECISIONS FOR THE RMP REVISION

## COMPREHENSIVE TRAVEL MANAGEMENT

Travel management in Colorado (BLM 2007) will be as follows:

- *Comprehensive* - Managers need to look at more than just OHVs to include all motorized and nonmotorized travel that occurs on public lands;
- *Multifunctional* - Broader participation from all functions from within the BLM is essential;
- *Collaborative* - Travel plans should be accomplished in a collaborative industry and community-based process;
- *Outcome-based* - Travel systems should be designed for transportation outcomes; and
- *Implemented* - Travel management implementation should be accomplished in a holistic approach that provides clear direction for access and recreation opportunities, while protecting sensitive areas. This includes signs, maps, education, maintenance, construction, reconstruction, planning, field presence, law enforcement, and monitoring.

## MANAGEMENT OPPORTUNITIES

Four primary opportunities for change exist for travel management, as follows:

1. Update Travel Management Areas by changing designations from open to limited to designated routes with the exception of the North Delta OHV Area;

2. Design a system of appropriate and sustainable routes that help achieve land use planning objectives and protect resources;

3. Design route systems that are fun, that provide challenge for different skill levels, that are multimodal when possible, and that have loops;

470    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106246

4. Comprehensive travel management planning should address all resource use aspects (such as recreational, traditional, casual, agricultural, commercial, and educational) and accompanying modes and conditions of travel on the public lands, not just motorized or OHV activities.

Acceptable modes of access and travel for each Travel Management Area should be identified. In developing these areas, the following will be considered:

- Consistency with all resource program goals and objectives
- Primary travelers
- Objectives for allowing travel in the area
- Setting characteristics that are to be maintained (including recreation opportunity system and VRM settings)
- Primary means of travel allowed to accomplish the objectives and to maintain the setting characteristics
- Choosing and developing individual roads and trails, rather than simply using inherited roads and trails. Most existing roads and trails on public lands were created over time, rather than being planned and constructed for specific activities or needs. Instead of a decision making process to decide which individual roads and trails should be closed or left open, consider a broader range of possibilities for management of individual roads and trails, including reroutes, reconstruction or new construction, and closures
- Determining needs for new public access points and working with communities and landowners to establish and manage those access points

## TRANSPORTATION FACILITIES AND ACCESS

Transportation-related linear features on BLM lands comprise one of the most significant issues facing the BLM, and are the focus of a concentrated investment of BLM resources to adequately identify, categorize, designate, operate, and maintain. The Roads and Trails Terminology Team, a joint effort between the National Recreation and Visitor Services Group, WO-250 (Recreation) and Protection and Response Group, WO-360 (Engineering) within the BLM, was chartered to address the BLM's approach to management of transportation-related linear features on public lands.

The Roads and Trails Terminology Report noted nine key recommendations under three objectives that were approved for implementation BLM-wide (BLM 2006).

**Objective 1:** Establish Terms and Definitions for Transportation Linear Features

1. Recommendation - Standardize the terms used for transportation assets within the BLM as "Road," "Primitive Road," and "Trail."
2. Recommendation - Shift "Maintenance Levels" to "Maintenance Intensity" and simplify the standards for consistency across all linear features.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          471
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106247

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

**Objective 2:**  Determine Appropriate Minimum National Data Standards and Electronic Storage Location for Linear Feature Data

1. Recommendation - Develop and formalize through published guidance the required minimum national data standard for all linear features that comprise the BLM transportation system assets.
2. Recommendation - Utilize the Facility Asset Management System as the BLM's official database for the management of transportation system assets.
3. Recommendation – Develop a Minimum National Data Standard for linear disturbances (asset) that incorporates national data requirements from Recreation and Engineering and provides a consistent set of guidance to the Field.

**Objective 3:**  Develop a Strategy to Align the Inventory and Management of Transportation Linear Features between Resource Management Programs

1. Recommendation - Recognize the Facility Asset Management System initial inventory as the BLM's transportation system.
2. Recommendation - Implement a BLM-wide policy that requires any change in the BLM's network of designated routes to occur through the land-use planning process or through subsequent implementation or activity level plans and EAs.
3. Recommendation - Standardize policy guidance for transportation planning to facilitate a consistent approach and process across the BLM.
4. Recommendation - The BLM should develop policy guidance to identify, track, monitor, prioritize, and fund the removal of unwanted transportation linear disturbances.

The UFO will need to accomplish several tasks during the RMP revision related to meeting the objectives of the "The Roads and Trails Terminology Report. For example:

1. The BLM UFO will need to amend our classification system from "Maintenance Levels" to "Maintenance Intensity." The implementation of primary transportation asset categories provides an opportunity to review and enhance current standards for determining maintenance levels, managed use standards, and other descriptive information utilized to describe and report on the BLM's assets. The new "Maintenance Intensity" levels include four primary "Maintenance Intensity" levels that allow for removal, low, medium, and high maintenance intensities irrespective of the type of route (road, primitive road, or trail) (BLM 2006). Maintenance Intensities provide a range of objectives and standards, from "identification for removal" through frequent and intensive maintenance. Maintenance Intensities provide consistent objectives and standards for the care and maintenance of BLM routes based on identified management objectives. Maintenance Intensities must be consistent with land-use planning management objectives (for example, natural, cultural, recreation setting, and visual). Maintenance Intensities provide operational guidance to field personnel on the appropriate intensity, frequency, and type of maintenance activities that should be undertaken to keep the route in acceptable condition and provide guidance for the minimum standards of care for the annual maintenance of a route. Maintenance Intensities do not describe route geometry, route types, types of use or other physical or managerial characteristics of the route. Those items are addressed as other descriptive attributes to a route.

472        **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**       JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106248

## Level 0

*Maintenance Description:* Existing routes that will no longer be maintained and no longer be declared a route. Routes identified as Level 0 are identified for removal from the Transportation System entirely.

*Maintenance Objectives:*
- No planned annual maintenance
- Meet identified environmental needs
- No preventive maintenance or planned annual maintenance activities

*Maintenance Funds:* No annual maintenance funds

## Level 1

*Maintenance Description:* Routes where minimum (low intensity) maintenance is required to protect adjacent lands and resource values. These roads may be impassable for extended periods of time.

*Maintenance Objectives:*
- Low (minimal) maintenance intensity
- Emphasis is given to maintaining drainage and runoff patterns as needed to protect adjacent lands. Grading, brushing, or slide removal is not performed unless route bed drainage is being adversely affected, causing erosion.
- Meet identified resource management objectives
- Perform maintenance as necessary to protect adjacent lands and resource values
- No preventive maintenance
- Planned maintenance activities limited to environmental and resource protection
- Route surface and other physical features are not maintained for regular traffic

*Maintenance Funds:* Maintenance funds provided to address environmental and resource protection requirements. No maintenance funds provided to perform preventive maintenance.

## Level 2

Reserved for possible future use.

## Level 3

*Maintenance Description:* Routes requiring moderate maintenance due to low volume use (seasonally or year-round for commercial, recreation, or administrative access). Maintenance intensities may not provide year-round access but are intended to generally provide resources appropriate to keep the route in use for the majority of the year.

*Maintenance Objectives:*
- Medium (Moderate) maintenance intensity
- Drainage structures will be maintained as needed. Surface maintenance will be conducted to provide a reasonable level of riding comfort at prudent speeds for the route conditions and intended use. Brushing is conducted as needed to improve

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    473
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106249

sight distance when appropriate for management uses. Landslides adversely affecting drainage receive high priority for removal otherwise, they will be removed on a scheduled basis.

- Meet identified environmental needs
- Generally maintained for year-round traffic
- Perform annual maintenance necessary to protect adjacent lands and resource values
- Perform preventive maintenance as required to generally keep the route in acceptable condition Planned maintenance activities should include environmental and resource protection efforts, annual route surface
- Route surface and other physical features are maintained for regular traffic

*Maintenance Funds:* Maintenance funds provided to preserve the route in the current condition, perform planned preventive maintenance activities on a scheduled basis, and address environmental and resource protection requirements.

## Level 4

Reserved for possible future use.

## Level 5

*Maintenance Description:* Routes for high (Maximum) maintenance due to year-round needs, high volume traffic, or significant use. Also may include routes identified through management objectives as requiring high Intensities of maintenance or to be maintained open on a year-round basis.

*Maintenance Objectives:*
- High (Maximum) maintenance intensity
- The entire route will be maintained at least annually. Problems will be repaired as discovered. These routes may be closed or have limited access due to weather conditions but are generally intended for year-round use.
- Meet identified environmental needs
- Generally maintained for year-round traffic
- Perform annual maintenance necessary to protect adjacent lands and resource values
- Perform preventive maintenance as required to generally keep the route in acceptable condition
- Planned maintenance activities should include environmental and resource protection efforts, annual route surface
- Route surface and other physical features are maintained for regular traffic

*Maintenance Funds:* Maintenance funds provided to preserve the route in the current condition, perform planned preventive maintenance activities on a scheduled basis, and address environmental and resource protection requirements.

474      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106250

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

2. The BLM UFO will need to recognize and update the Facility Asset Management System. The Facility Asset Management System will represent the "baseline" for the UFO's current transportation system and comprises the designated roads and trails within the BLM. Formal recognition of the Facility Asset Management System as the baseline will provide consistency between all BLM Programs.

3. The BLM UFO will need to implement a BLM-wide policy that requires any change in the BLM's inventory of designated roads, primitive roads, and trails to occur through the formal evaluation and designation process through one of four events:
   - ROD for an RMP/EIS or an Amendment or Revision of a RMP/EIS.
   - Decision Record for an Activity Plan, Plan Amendment/ EA.
   - Federal Register Notice Action (under the authority of 43 CFR 8341.2, 8364.1, 8365.1-6, or 9268.3) that has a follow-up land-use planning action and associated NEPA action.
   - Management decision of appropriate routes in an area that has been designated "open" to OHV use.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    475
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106251

# 4.2.6 ☀ Utility Corridors and Communications Sites

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| Public lands will be open to development of major utility facilities. Stipulations and mitigating measures will be developed on a case-by-case basis. | Yes<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | |
| **Management Units 1, 3, 8, 16**<br>• Open to development of major utility corridors with minimal stipulations. | **Yes:**<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | Management Unit 16 along Highway 133 to the FS boundary should consider including: Corridors one-quarter mile wide and located on each side of Colorado Highway 133 may be open to development of major utility facilities. The remainder of the area would be closed to major utility facilities to protect scenic values. See MU-7 below. |
| **Management Unit 2**<br>• Open to major utility development with possible restrictions, on construction activities: from December 1 through April 30 within crucial deer and elk winter range; to protect crucial deer and elk winter range from disturbance. | **Yes:**<br>Assuming current unit is still determined to be within crucial winter range. | Consider modifying with: "Project activities which create noise disturbance activities above average day-to-day noise levels are subject to big game winter timing limitations." |

BLM_0106252

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Management Unit 5**<br>• Open to major utility development with possible restrictions on surface disturbing activities from March 1 through May 31 to protect wet saline soils. | **Yes:**<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | |
| **Management Unit 7**<br>• Corridors one-quarter mile wide and located on each side of Colorado Highway 133 will be open to development of major utility facilities. The remainder of the area would be closed to major utility facilities except for those needed for coal development. | **Yes:**<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | • Decision should also apply to Highway 133 East and North of Management Unit 7 to the USFS boundary. |
| **Management Unit 9**<br>• Open to major utility development, except no surface disturbing activities which will have long-term adverse effects will be permitted; to protect riparian vegetation. | **Yes:**<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | |
| **Management Unit 10**<br>• Open to major utility development, except no surface disturbing activities will be permitted from May 1 through June 15 to protect elk calving. | **Yes:**<br>Assuming current unit is still determined to be within elk calving range. | • Consider modifying with: "Project activities which create noise disturbance above average day-to-day noise levels are subject to elk calving timing restrictions." |
| **Management Unit 15**<br>• The management unit will be closed to development of major utilities to prevent accidental destruction of listed species and unique plant associations, and/or to maintain its scenic qualities. | **Yes:**<br>Adobe Badlands WSA | |
| **Management Unit 13**<br>• Open to major utility development, except pipelines | **No:**<br>Fairview ACEC | Consider modifying with:<br>• The management unit will be closed to |

BLM_0106253

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| and any surface disturbance which would affect threatened or endangered plant species or their potential habitat. | | development of major utilities to prevent accidental destruction of listed species and unique plant associations, and/or to maintain its scenic qualities. |
| **Management Unit 14**<br>• The management unit will be closed to development of major utility facilities. | **Yes:**<br>Needle Rock ACEC | |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| **Emphasis Areas A, E, G, H, I, K**<br>• Major utility corridors would be allowed with protective stipulations to prevent or limit impacts to mineral development, water and soil, natural resources values or range management. | **Yes:**<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | |
| **Emphasis Area B**<br>• Major utility corridors would generally be excluded except on a case-by-case basis to protect wildlife. | **No:**<br>Area B encompasses a considerable amount of area within the planning unit. | • Rather than excluding the area, consider applying timing restrictions as mitigation to the construction phase of the project. |
| **Emphasis Area C**<br>• Major utility corridors would not be allowed. However, to protect recreation resources, allow major corridors to cross the Dolores River between Disappointment Creek and the Big Gypsum Valley Bridge if needed. | **No:**<br>As human development and energy needs increase, flexibility should be considered on a case-by-case basis. | • All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. |
| **Emphasis Area D**<br>• Allow no utility corridors and no new facilities except those authorized through Wilderness Act provisions. | **Yes:**<br>WSAs | |

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area F**<br>• Major utility corridors (powerlines of 115 kV and above and pipelines 6" in diameter and above) would generally not be allowed to protect the cultural resources natural setting. | **No:**<br>Is the 6+" diameter pipeline restriction still valid? | Consider modifying with: All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed to protect the cultural resources natural setting. |
| **Emphasis Area J**<br>Major utility corridors would generally not be allowed in commercial forests but would be allowed in woodland; exceptions could occur with specific analysis. | **Yes:**<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | |
| **Emphasis Area L**<br>Major utility corridors will be considered on a case-by-case basis. | **Yes:**<br>ACECs<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | Consider modifying with: Open to major utility development, except any surface disturbance which would affect threatened or endangered plant species, their potential habitat, riparian areas, areas with scenic value or other special management areas. |
| **Area L1 - ACEC**<br>Major utility corridors would not be allowed, with the exception of a major overhead electric transmission line across Beaver and Saltado Creeks. The selected corridor would allow one overhead transmission line which must be located within a ¼ mile from the existing 69 kV line and ½ mile from the Beef Trail Road crossing Beaver Creek. The line must span the riparian areas and visual impacts must be minimized. Stipulations will be developed on a specific project basis to protect natural and scenic values. | **Yes:**<br>The transmission line has not been constructed yet.<br>All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | |
| **Area C1 - SRMA** | **Yes:** | |

BLM_0106255

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| The area would be open to major utility corridors subject to VRM mitigation.  The area downstream of Horsefly Creek would be open to major utilities until construction and maintenance impacts to the riparian zone reach 5% of the total riparian acreage. | All projects would be analyzed on a case-by-case basis; stipulations and mitigation would be developed as needed. | |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

Neither RMP identifies management objectives for communication sites.

# B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

## UTILITY CORRIDORS

- Map, highlight or note the designated utility corridors in the West-Wide Energy Corridor PEIS. ROD signed on January 14, 2009.
- Consider designating additional areas for potential future utility corridors.
- Use as a default decision statement for the various management units: The majority of the public lands will be open to development for utility corridors; stipulations and mitigation measures will be developed on a case-by-case, site specific basis. Applicants will be encouraged to locate new facilities within existing corridors to the extent possible.

## COMMUNICATIONS SITES

Address and incorporate generally recommended criteria for authorization of communications sites within the overall planning area. Consider including the following:

- Whenever possible, applicants should co-locate equipment using available space on existing towers.
- If a new tower is needed, to the extent possible, applicants should co-locate new towers at sites with existing towers.
- All towers will be self-supporting. Guyed wires will only be allowed if proven to be necessary on a case-by-case basis.
- All towers shall be left unpainted if they are dull, galvanized steel unless painting is required per FAA guidelines.  All above ground equipment (not subject to safety requirements) including antennas and buildings; shall be painted a dull, non-glare

480  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106256

color which blends with the environment and is approved by the BLM; typically a dark grey is preferred.

- Towers will be designed to meet site specific wind and icing conditions.
- Anti-climb devices or removable steps will be recommended on towers to discourage unauthorized climbing.
- To avoid possible impacts to birds or bats, adhere to current FWS guidelines on siting, construction, operation and decommissioning of towers, <http://migratorybirds.fws.gov/issues/towers/comtow.html>
- Ensure all antennas and communication equipment meet American National Standards Institute, Federal Communications Commission, and BLM regulations, guidelines and standards concerning radiation and safety requirements.

JUNE 2010      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      481
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0106257

## 4.2.7 ☀ *Land Tenure*

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **All Management Units**<br>• Prior to disposal, resources within identified tracts will be managed according to current prescription for the management unit in which they are located.<br>• Minimal funds, if any, will be spent on improvements on lands identified for disposal.<br>• When land is disposed, federal mineral estate will be conveyed with surface estate where it would be in the public interest. | **Yes:**<br>Decision describes management focus until lands are disposed; states no unnecessary funds to be spent; expresses desire to avoid split estate if lands are disposed. | • Allow for disposal of lands, especially isolated tracts, which are not significant or needed in protecting resource values. |
| **Management Unit 1**<br>• Private lands, if available, may be acquired if they would improve livestock management. | **Yes:**<br>Allows for acquisition of lands to improve and support desired resource outcome. | • Allow for disposal of lands, especially isolated tracts, which are not significant or needed in protecting resource values. |
| **Management Unit 2**<br>• Private lands, if available, may be acquired to increase crucial deer and elk winter range. | **Yes:**<br>Allows for acquisition of lands to improve and support desired resource outcome. | • Allow for disposal of lands, especially isolated tracts, which are not significant or needed in protecting resource values. |
| **Management Unit 7**<br>• Private lands, if available, may be acquired to improve riparian management or to increase crucial deer and elk winter range. | **Yes:**<br>Allows for acquisition of lands to improve and support desired resource outcome. | • Allow for disposal of lands, especially isolated tracts, which are not significant or needed in protecting resource values. |
| **Management Unit 9**<br>• Private lands, if available, may be acquired to improve riparian management. | **Yes:**<br>Allows for acquisition of lands to improve and support desired resource outcome. | • Allow for disposal of lands, especially isolated tracts, which are not significant or needed in protecting resource values. |



BLM_0106258

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Management Unit 10**<br>• Private lands, if available, may be acquired to expand elk calving areas and to improve extensive recreational opportunities. | **Yes:**<br>Allows for acquisition of lands to improve and support desired resource outcome. | • Allow for disposal of lands, especially isolated tracts, which are not significant or needed in protecting resource values. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • Dispose of various parcels of public lands throughout the planning area through sales, exchanges or any other title transfer means.<br>  Priority 1: Take action on the exchange and sale proposals currently on file.<br>  Priority 2: Dispose of the lands identified as suitable for transfer. | **No:**<br>Disposal through sales is not likely.  Not aware of pending exchanges in planning area. | • Include decision describing current management focus until lands are disposed; state no unnecessary funds to be spent on parcels identified for disposal; express desire to avoid split estate if lands are disposed. |
| **Emphasis Areas A, B, C, E, F, G, H, I, J, K, L**<br>• Allow for disposal of parcels of public land that are not significant or needed for cultural values, mineral development, water and soil, livestock, wildlife, wild horses, forestry, natural resources or recreation management.<br><br>• Acquire or exchange land and subsurface mineral estate when mineral development, cultural resources, water and soil, livestock, wildlife, forestry, natural resources, ACECs or recreation management opportunities will be enhanced. | **Yes:**<br>Allows for disposal of lands that are not significant or necessary to protect resource values.<br><br><br><br><br>**Yes:**<br>Allows for acquisition of lands to improve and support desired resource outcome. | |
| **Emphasis Area B**<br>• Acquire fishing easements on acreages associated with priority streams. | **Yes:**<br>Increases recreation opportunities | • Allow for disposal of lands (especially isolated tracts) that are not significant or needed in protecting resource values. |

*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106259

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Pursue exchange of public lands to enhance wildlife values in Dry Creek Basin with primary consideration given to CDOW; however, other opportunities to enhance wildlife values will not be dismissed. | Uncertain whether this remains relevant criteria for planning unit. | |
| **Emphasis Area D**<br>• Acquire or exchange private lands and subsurface mineral estates within wilderness areas that will enhance wilderness values or manageability.<br><br>• Acquire easements between Bedrock and the northern boundary of the Dolores River Canyon WSA.<br><br>• Coordinate with the Dolores Downstream Site Selection Report, which recommended acquisition and development of a boating access site near Bedrock Bridge. | **Yes:**<br>Protects WSAs from development and avoids split estate issues within WSAs<br><br><br>**Yes:**<br>Increases recreation opportunities<br><br>Uncertain whether this remains relevant criteria for planning unit. | |
| **Emphasis Area L**<br>• Disposal of isolated tracts not needed for future public land management and that do not contain important resource values may be accomplished after site-specific reviews on a case-by-case basis. | **No:**<br>Should also allow for acquisition of lands to improve and support special management areas. | • Allow for acquisition of lands to improve and support special management areas. |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Acquisition of lands will be considered on a case-by-case basis when opportunities for resource improvements and management will be enhanced.

Disposal of lands will be considered on a case-by-case basis. The intent is to retain lands in public ownership; however, disposal that would enhance management goals and serve public interest may be considered. Disposal of isolated, hard to manage tracts, or lands within urban interface areas could best be achieved through land exchanges.

484   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106260

# 4.2.8 ☀ Land Use Authorizations

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

The Uncompahgre Basin RMP did not have any decisions regarding land use authorizations. The new RMP should specifically address these.

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • The BLM will make every reasonable effort to authorize primary access to private landowners (via FLPMA ROWs) when such access will not cause significant adverse impacts to other resources. County road standards will be required when the environmental impacts can in no other way be mitigated. However, the BLM will not grant additional ROWs when reasonable access already exists unless there is a compelling public need. | **Yes:** The BLM is required to allow reasonable access to private property if no other access is available. | • Consider changing to: "County road standards **may** be required…" |
| **Emphasis Areas A, B, C, E, F, G, H, I, J, K, L** <br> • Allow other land actions when there is a clear and significant public need; when they will result in minimal adverse impacts or when they (depending on the emphasis area) will be beneficial to cultural resources, natural resource values, water and soil, grazing, wild horses, forestry, wildlife, ACECs and recreation management, or won't limit mineral development. | Yes | • Land use authorizations will be allowed when there is a clear and significant public need, when they will result in minimal adverse impacts or when they will be beneficial to other resources. All projects would be analyzed on a case-by-case site specific basis; stipulations and mitigation measures would be developed as appropriate. |

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     485
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106261

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Emphasis Area D**<br>• Allow no new facilities except those authorized through Wilderness Act provisions. Remove any existing, nonconforming structures unless they are determined to be of cultural or historic value or necessary for administering the area. | **Yes** | • If nonconforming structures still exist within WSAs, then the BLM should identify a timeframe for removal. |
| **SAN MIGUEL RIVER ACEC AND SRMA AMENDMENT** | | |
| • Upgrades to the existing major electric transmission lines would be authorized within the San Miguel Canyon.  Authorizations, such as rights-of-way, would not be permitted in the relic riparian communities; elsewhere such actions would be restricted to only those with an overriding public need which will not create long-term visual impacts or damage to the riparian system. | **Yes:**<br>Allows for flexibility in future decisions while protecting the ACEC. | • Land use authorizations will be allowed when there is a clear and significant public need, when they will result in minimal adverse impacts or when they will be beneficial to other resources. All projects would be analyzed on a case-by-case site specific basis; stipulations and mitigation measures would be developed as appropriate. |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

The potential to permit or prohibit land use authorizations (such as rights-of-way) should be specifically addressed in the RMP. General determinations should be discussed as to restrictions, special stipulations, or mitigation measures that would typically be required to protect the natural resources of the unit.

Use as a default decision statement for the various management units:

The majority of public lands will be open to land use authorizations (such as rights-of-way). Stipulations and mitigation measures will be applied on a case-by-case, site specific basis. The intended outcome is to ensure the compatibility of multiple land uses with the protection and sustainability of natural resources.

486   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106262

# 4.2.9 ☀ Withdrawals

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| **Powersite Withdrawals**<br>• Existing powersite withdrawals will be maintained pending determination of potential. These lands will not be subject to further consideration for disposal. No significant long-term investments will be made on these lands unless the investment could be recovered prior to development. | **Yes:**<br>As energy needs and consumption increase, powersite withdrawals may become valuable resources to our nation. | • New and existing withdrawals will be administered in accordance with FLPMA on a case-by-case, site-specific basis. |
| **Management Unit 16**<br>• BOR withdrawals on Fruitland Mesa and along the Gunnison River downstream of Delta will be recommended for revocation to allow for mineral exploration and development, facilitate resource management, permit long-term land use planning, and allow for disposal of 806 acres of public land on Fruitland Mesa. | **Not sure:**<br>The Gunnison River downstream of Delta is now within the Dominguez Escalante NCA. Current plans for Fruitland Mesa are not known, and the disposal of 806 acres should be reviewed. Existing withdrawals may help protect sage grouse concerns. | • New and existing withdrawals will be administered in accordance with FLPMA on a case-by-case, site-specific basis. |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                          487
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106263

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| • Withdrawals on all other lands identified for disposal will be recommended for revocation. Portions of withdrawals which will be affected are those associated with 108 acres of the Paonia Project, 37 acres of the Gunnison/Arkansas Project, 72 acres of the Uncompahgre Valley Project and 25 acres along the East Canal. Federal mineral estate will be open to entry and location after the withdrawal is revoked. | **Not sure:** Current plans for these areas are unknown. | • New and existing withdrawals will be administered in accordance with FLPMA on a case-by-case, site-specific basis. <br> • Federal mineral estate may not be open for entry and location after the withdrawal is revoked, as determined on a case-by-case, site-specific basis. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • New withdrawals will be processed on a case-by-case basis using current guidance to determine if a formal withdrawal is needed. | **Yes:** Provides the flexibility to respond to a variety of circumstances. | |
| • By 1991 a review of other agency's withdrawals will be completed to determine if they should be continued, modified or revoked. Upon modification or revocation, part or all of the withdrawn land will revert to BLM management. | **No** | • Consider eliminating this decision. |
| • Minimize public land withdrawn from mining and mineral leasing. | **Yes:** Allows for increase in energy consumption and needs. | |
| • Where applicable, replace existing withdrawals with ROWs, leases, permits or cooperative agreements | **Yes:** This is the agency's current policy. | • New and existing withdrawals will be administered in accordance with FLPMA on a case-by-case, site-specific basis. |
| **Emphasis Areas A, B, C, E, F, G, J, K** <br> • Allow other land actions when there is a clear and significant public need, when they will result in minimal adverse impacts or when they will be beneficial to | **Yes:** Provides the flexibility to respond to a variety of circumstances. | • New and existing withdrawals will be administered in accordance with FLPMA on a case-by-case, site-specific basis. |

488    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106264

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| (depending on the emphasis area) mineral development, cultural resources, natural resource values, water and soil, grazing, forestry, wildlife, or recreation management. | | |
| **Emphasis Area D** <br>• Do not renew Federal Energy Regulatory Commission's powersite classifications on the Dolores River Canyon WSA when reviewed. | **Yes:** <br>Protection of the WSA | • If the opportunity allows, recommend revoking the Federal Energy Regulatory Commission's powersite classifications in the Dolores River Canyon WSA. |
| **Emphasis Areas L** <br>• Other land actions will be allowed only if they are designed to meet the ACEC management objective or when there is a clear and significant public need. | **Yes:** <br>Provides the flexibility to respond to a variety of circumstances. | • New and existing withdrawals will be administered in accordance with FLPMA on a case-by-case, site-specific basis. |

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

- The new plan should include a management objective essentially stating that the lands program will continue to administer both existing and new withdrawals in accordance with FLPMA regulations on a case-by-case, site-specific basis.

- Where applicable, authorize ROWs, leases, permits, or cooperative agreements instead of withdrawals. If existing withdrawals were revoked, the lands would likely be managed in accordance with the surrounding lands and objectives of the management unit in which they are located.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

New withdrawals will be processed on a case-by-case, site-specific basis using current guidance provided by FLMPA. Where applicable, authorize ROWs, leases, permits or cooperative agreements instead of withdrawals.

Withdrawals on recreation sites and facilities would be considered.

If existing withdrawals are modified or revoked, the lands will be managed in accordance with the surrounding lands and objectives of the management unit in which they are located.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          489
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106265

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

None identified.

490  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106266

# 4.3.1 ☼ Areas of Critical Environmental Concern

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **Fairview Research Natural Area/ACEC**<br>• Plant monitoring studies will be developed in cooperation with the Colorado Natural Areas Program and actions designed to improve habitat conditions initiated.<br>• Oil and gas leases will have a no-surface-occupancy stipulation, the area will be withdrawn from entry and location for locatable minerals and all surface-disturbing activities will be restricted to protect and enhance endangered species habitats. | **Yes and No:**<br>Management has been adequate to protect the endangered plant species within the ACEC. There appears to be a correlation between some level of disturbance and areas where clay-loving wild buckwheat does well. | • The phrase "all surface-disturbing activities will be restricted to protect and enhance endangered species habitats" should be modified to allow for management actions that may benefit sensitive plant species.<br>• Enlarge or change the Fairview ACEC boundary to include the largest and most productive population of clay-loving wild buckwheat (currently located outside of the ACEC south and west of South Fairview).<br>• Exclude ROWs, energy corridors, land exchanges, and similar land actions. |
| **Needle Rock Outstanding Natural Area/ACEC**<br>• The area will be managed to protect the scientific and scenic qualities of this site.<br>• Oil and gas leases will contain a no-surface-occupancy stipulation, the area will remain withdrawn from entry and location for locatable minerals, and<br>• The area will be managed under VRM Class I guidelines. | **Yes:**<br>Management has been adequate to protect the values within the ACEC. | |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          491
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106267

| Current Planning Decision | Is decision responsive to current issues? Remarks (rationale) | Options for Change |
|---|---|---|
| **Adobe Badlands Outstanding Natural Area/ACEC**<br>• The area will be managed to protect its unique scenic qualities, improve threatened and endangered species habitat, and reduce active erosion.<br>• Oil and gas leases will contain a no-surface-occupancy stipulation; forage utilization will be limited if necessary to reduce erosion rates; and the area will be protected from surface-disturbing activities which would degrade scenic qualities or accelerate erosion. | **Yes:**<br>Management has been adequate to protect the unique values within the ACEC. | • Enlarge the Adobe Badlands boundary to include the entire WSA.<br>• Exclude ROWs, energy corridors, land exchanges, and similar land actions. |
| **San Miguel ACEC/SRMA**<br>• Protection of the unique riparian resources, protection of scenic values, and recreation management. | **Yes:**<br>Management has been adequate to protect the unique riparian resources and scenic values within the ACEC. | |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Evaluate ACEC nominations for relevance and importance, and consider these in the RMP.

## C. AREAS OF RELATIVE IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

492  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106268

# 4.3.2 ☀ National Scenic Byways

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

The Uncompahgre Basin and San Juan/San Miguel RMPs do not specifically address management decisions for scenic byways.

Management direction for scenic byways traversing the UFO is set by the respective byway committees. BLM staff is actively involved in the management of scenic byways within the UFO and represents BLM interests through participation in meetings and other activities. These committees consist of public and private sector recreation and tourism providers who share ideas about marketing potential and resource protection.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

The BLM is a member of the Colorado National Scenic Byway Committee and will continue to work with this group on interpretive planning and implementation, and to ensure that byway management objectives and BLM management objectives are compatible.

Consider areas visible from scenic byways for higher Visual Resource Management ratings.

## C. AREAS OF RELATIVE IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

### All American Road - San Juan Skyway

The San Juan Skyway was designated as an All-American Road in 1996. This 236-mile scenic byway travels southwest from Ridgway over Dallas Divide and along Leopard Creek on Highway 62. The loop joins Highway 145 near Placerville and continues past Mountain Village (just west of Telluride) through the San Juan National Forest to Cortez. From Cortez, the skyway heads east on Highway 160 to Durango, and then north along Highway 550, passing through Silverton and Ouray before returning to Ridgway.

### All American Road - Grand Mesa Scenic and Historic Byway

In 1996, Colorado Highway 65 over Grand Mesa was designated as a National Scenic Byway. It is one of ten America's Byways in Colorado. This 63-mile route begins in Cedaredge, heads north through Mesa, and ends at the junction with Interstate-70. A spur road on top of the mesa leads to Land's End.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        493

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106269

**Unaweep/Tabeguache Scenic Byway**

This 133-mile southwest Colorado route begins in Placerville on Highway 145 and heads northwest through Naturita and the former uranium/vanadium mining town of Uravan. The byway continues on Highway 141 through Gateway, past the Gateway Canyons Resort, and ends in Whitewater.

**West Elk Loop**

The 205-mile West Elk Loop begins in Carbondale, Colorado and travels south along Highway 133 through the towns of Redstone and Paonia. The route continues south and then east along Highway 92 towards the town of Gunnison. At Gunnison, the loop heads north along Highway 135 through Crested Butte and meets up once again with Highway 133, where it continues north back to Carbondale.

494          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106270

# 4.3.3 ☀ *Wild and Scenic Rivers*

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

The Uncompahgre Basin RMP and the San Juan/San Miguel RMP do not contain any decisions regarding Wild and Scenic Rivers.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

A Draft Wild and Scenic River Eligibility Report for the planning area was completed in September 2009, and public comments were received through March 29, 2010. A Final Eligibility Report will incorporate those comments, along with a determination of which river segments will continue forward to the suitability phase. A Wild and Scenic River Suitability Report will be prepared as part of the Uncompahgre RMP revision. Depending on the suitability determination, the BLM could recommend to Congress one or more segments for Wild and Scenic River designation.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    495
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106271

## 4.3.4☀ *Wilderness Areas and Wilderness Study Areas*

### A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| **UNCOMPAHGRE BASIN RMP** | | |
| • Recommend 20,827 acres (10,402 in Camel Back WSA and 10,425 in Adobe Badlands WSA) as preliminarily nonsuitable for wilderness designation under Section 603 of FLPMA.<br>• These areas will be managed under Interim Management Policy and Guidelines for Lands Under Wilderness Review, pending congressional action. | **Yes and No:** Management decision is consistent with the Interim Management Policy. | No change is needed for the Adobe Badlands WSA, although designation of the Camel Back WSA should be revisited. |
| **SAN JUAN/SAN MIGUEL RMP** | | |
| • Recommended 28,539 acres (13,354 acres in UFO planning area) in Dolores River Canyon WSA as preliminarily suitable for wilderness designation (under Section 603 of FLPMA), pending mineral survey. | **Yes:** Management decision is adequate. | No change necessary. Mineral survey should be located (if one was completed). |
| • Recommend 74,844 acres (only the 1st two are in the Uncompahgre planning area) as preliminarily nonsuitable for wilderness designation under Section 603 of FLPMA: 913 in Dolores River Canyon; 7,908 in Tabeguache Creek; 9,040 in Cahone Canyon; 12,742 in | **Yes and No:** Management decision is consistent with the Interim Management Policy. | Revisit recommendation for nonsuitable wilderness designations. |

BLM_0106272

CHAPTER FOUR – MANAGEMENT OPPORTUNITIES

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| Cross Canyon; 19,562 in McKenna Peak; 7,129 in Menefee Mountain; 11,287 in Squaw/Papoose Canyon; and 6,303 in Weber Mountain.<br>• These areas will be managed under Interim Management Policy and Guidelines for Lands Under Wilderness Review, pending congressional action. | | |
| SAN JUAN/SAN MIGUEL RMP AMENDMENT (THE COLORADO WILDERNESS ACT) | | |
| The Tabeguache Area (17,240 acres; 7,748 acres of BLM Tabeguache WSA) was designated by Congress in 1993 as the "Tabeguache Area." The Tabeguache Area must be managed by the BLM and USFS so as to maintain the area's "presently existing wilderness character and potential for inclusion in the National Wilderness Preservation System." | Yes<br>Management decision is consistent with legislation mandated by Congress | No changes necessary |
| GRAND JUNCTION RMP | | |
| Recommended 18,835 acres (1803 acres in the Uncompahgre planning area) in Sewemup Mesa WSA as preliminarily suitable for wilderness designation (under Section 603 of FLPMA), pending mineral survey.<br><br>Recommended 305 acres in Sewemup Mesa WSA as preliminarily nonsuitable for wilderness designation under Section 603 of FLPMA.<br><br>These areas will be managed under Interim Management Policy and Guidelines for Lands Under Wilderness Review, pending congressional action. | Yes<br>Management decision is consistent with<br>IMP. | No change necessary. Mineral survey should be located (if one was completed). |

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          497
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106273

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

- No objectives were identified in the 1989 Uncompahgre Basin RMP.
- All WSAs that fall within the UFO boundary (except the Camelback WSA) are open for mechanized use.
- The Adobe Badlands WSA falls within Management Units 15, 2, and 5, and the Camel Back WSA falls within Management Units 1, 2, 3, and 9. Some of these management units have decisions that do not conform to the Wilderness Interim Management Policy. These decisions consist of travel management, visual resource management, and overall management decisions.
- Although addressed in the Grand Junction RMP, a portion of the Sewemup WSA falls within the planning area and should be addressed in the Uncompahgre RMP.

# B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

Except for the Adobe Badlands WSA, the current management of WSAs within the planning area has been adequate to protect the wilderness characteristics of those areas. However, increased urbanization and recreation uses have created some problem areas that threaten wilderness characteristics. Increased monitoring by recreation and law enforcement staff may help to alleviate some of these problems. This issue should be addressed in the revised RMP through route designations, travel management decisions, restoration and rehabilitation efforts in order to continue to protect the wilderness characteristics of these WSAs.

In addition, the revised RMP should reflect BLM guidance requiring that all WSAs be managed as VRM Class I areas.

Because none of the WSAs has been formally withdrawn from mineral entry (as identified in the 1989 RMP), the potential for mineral entry could further threaten wilderness characteristics. The RMP revision provides the UFO with an opportunity to review mineral entry status.

498  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106274

## 4.3.5 ☀ *Special Recreation Management Areas*

Special Recreation Management Areas are addressed in the Recreation Section.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          499

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106275

# 4.4.1 ☀ Tribal Interests

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

The Uncompahgre Basin RMP and the San Juan/San Miguel RMP do not contain any decisions regarding Tribal Interests.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

### MANAGEMENT OBJECTIVES NOT ADEQUATELY ADDRESSED

The existing land use plans do not address recent legislative requirements, including the Native American Graves Protection and Repatriation Act, 1992 amendments to the National Historic Preservation Act, and Executive Order 13007 regarding Indian Sacred Sites, and do not have specific resource management goals that address these directives.

While the RMPs do not contain specific guidance relating to tribal interests, as part of the cultural resource program, the UFO has engaged in Native American consultation to identify traditional cultural properties, sacred/religious sites, and special use areas. Letters to the Southern Ute, Ute Mountain Ute, and Northern Ute tribes have been sent asking for their comments and input. Phone contact is routinely made to confirm tribes' interest in commenting and input, and consultation with interested tribes will continue throughout the planning process. If tribally sensitive areas are identified or become known through the Native American notification or consultation process, their concerns are currently addressed through site and project specific modification and/or mitigation. Current UFO management objectives are to protect and preserve Native American cultural and sacred sites and Native American access to these sites whenever possible. The UFO will take no action that would adversely affect these areas or location without consulting the appropriate Native Americans.

The BLM is mandated to consult with Native American tribes concerning the identification of cultural values, religious beliefs, and traditional practices of Native American people that may be affected by actions on federal lands. The BLM has developed several sets of guidelines for consultation with Native American groups and evaluation of cultural resources with an emphasis on traditional use values. BLM Manuals 8160, *Native American Coordination and Consultation,* and H-8160-1, *General Procedural Guidance for Native American Consultation*, provide consultation requirements and procedural guidance to ensure that the consultation record demonstrates, "that the responsible manager has made a reasonable

500   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106276

and good faith effort to obtain and consider appropriate Native American input in decision making" (H8160-1, 2002:4).

BLM Handbook H-8110 on *Evaluating Cultural Resources* offers guidelines for management considerations when allocating cultural resources to use categories, including considerations for traditional use values.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                501
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106277

# 4.4.2 ☀ Public Safety

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

The Uncompahgre Basin RMP and the San Juan/San Miguel RMP do not contain any decisions regarding public safety management.

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

A decision to the effect that we will abide by the National Contingency Plan (40-CFR 300) and other applicable laws is recommended. The National Contingency Plan has its own procedures for items addressed in NEPA and other laws (such as ESA and the Archeological Resources Protection Act), along with a strict public participation process.

Public safety is managed according to BLM policy. Management of hazardous materials, substances, and waste, including storage, transportation, and spills, will be conducted in compliance with 29 CFR 1910, 49 CFR 100-185, 40 CFR 100-400, specifically 40 CFR 300, Comprehensive Environmental Response Compensation and Liability Act, Resource Conservation and Recovery Act, Superfund Amendment Reauthorization Act, Toxic Substances Control Act, Clean Water Act, and other Federal and State regulations and policies regarding hazardous materials management.

All hazmat response in the planning area is conducted in accordance with the local plan and the National Contingency Plan. For general hazmat response, no other management decisions are necessary as we are obligated by law to respond in accordance with the National Contingency Plan.

The UFO responds to illegal dumping of materials through law enforcement, hazardous materials response procedures, and contractor personnel. Any response to hazardous materials incidents is in conformance with approved BLM plans and procedures conforming to federal and state guidelines.

All lessees, permittees, and operators on land within the planning area comply with all laws and regulations pertaining to hazardous materials.

The UFO will adhere to the Hazardous Materials Incident Contingency Plan. Periodically review the plan, and periodically update the plan as needed to maintain compliance with all applicable laws and regulations that pertain to hazardous materials (adaptive management).

A decision on the method to dispose of uranium mill tailings:

502  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106278

To provide for the disposal, long-term stabilization, and control of uranium mill tailings in a safe and environmentally sound manner and to minimize or eliminate radiation health hazards to the public, Congress enacted the Uranium Mill Tailings Radiation Control Act of 1978 (UMTRCA). This Act established two programs to protect the public and the environment from uranium mill tailings. Under Title I, DOE was charged with completing surface reclamation at 24 inactive uranium mill tailings piles. Under Title II, cleanup is occurring at 16 uranium recovery facilities currently licensed by the NRC.

Beyond the authority of UMTRCA, EPA has authority to protect the public and the environment from exposures to both the hazardous and toxic characteristics of uranium mining overburden, which are classified as "Technologically Enhanced Naturally Occurring Radioactive Material" (TENORM). EPA frequently extends this authority to individual states, or federal land management agencies, which regulate the environmental impacts under clean water and clean air laws. These organizations also have a general authority to protect people and the environment from the adverse effects of mining activities (BLM, 2008).

## MANAGEMENT ISSUES NOT ADEQUATELY ADDRESSED

### Hazardous Materials Response

Hazmat Response is exempt from NEPA. This could be very controversial but our solicitors have said they would not defend us if we used NEPA to address hazmat site remediation in place of the National Contingency Plan. The plan has its own procedures that address the same stuff addressed in NEPA and other laws (Endangered Species, Archeological Resources Protection Act, etc.) must be addressed, along with a strict public participation process. In view of this, a statement in the RMP to the effect that we will abide by the National Contingency Plan (40-CFR 300) and other applicable laws is the best way to address this.

Public safety is managed according to BLM policy. Management of hazardous materials, substances, and waste, including storage, transportation, and spills, will be conducted in compliance with the Comprehensive Environmental Response Compensation and Liability Act, the Resource Conservation and Recovery Act, Superfund Amendment Reauthorization Act, Toxic Substances Control Act, Clean Water Act, and 29 CFR 1910, 49 CFR 100-185, 40 CFR 100-400, as well as other federal and state regulations and policies regarding hazardous materials management.

The reference to 40 CFR, part 300, National Oil and Hazardous Substances Pollution Contingency Plan is particularly significant. Local Hazmat Contingency Plans are tiered to, and directed by this National Contingency Plan. All hazmat response in the planning area is conducted in accordance with the local plan and the National Contingency Plan. For general hazmat response, no other management decisions are necessary as we are obligated by law to respond in accordance with the National Contingency Plan.

The UFO has available the Hazardous Materials Incident Contingency Plan. The plan is periodically reviewed and updated by the UFO hazmat coordinator and safety officer as

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    503
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106279

needed to maintain compliance with all applicable laws and regulations pertaining to hazardous materials.

### Illegal Dumping of Hazardous Materials

The UFO responds to illegal dumping of materials through law enforcement, hazardous materials response procedures, and contractor personnel. Any response to hazardous materials incidents is in conformance with approved BLM plans and procedures conforming to national and state guidelines. The UFO ensures that lessees, permittees, and operators on land within the planning area comply with all laws and regulations pertaining to hazardous materials.

### Uranium Mill Tailings

To provide for the disposal, long-term stabilization, and control of uranium mill tailings in a safe and environmentally sound manner and to minimize or eliminate radiation health hazards to the public, Congress enacted the Uranium Mill Tailings Radiation Control Act of 1978. This Act established two programs to protect the public and the environment from uranium mill tailings. Under Title I, the Department of Energy was charged with completing surface reclamation at 24 inactive uranium mill tailings piles. Under Title II, cleanup is occurring at 16 uranium recovery facilities currently licensed by the NRC.

The EPA has authority beyond that of the Act to protect the public and the environment from exposures to both the hazardous and toxic characteristics of uranium mining overburden, which are classified as "Technologically Enhanced Naturally Occurring Radioactive Material." The EPA frequently extends this authority to individual states or federal land management agencies, which regulate the environmental impacts under clean water and clean air laws. These organizations also have a general authority to protect people and the environment from the adverse effects of mining activities (BLM 2008).

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

504  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106280

# 4.4.3 ☀ *Social and Economic Conditions*

To be completed by EMPSI.

## A. ABILITY OF CURRENT MANAGEMENT DIRECTION TO ACHIEVE DESIRED FUTURE CONDITIONS AND ADDRESS RESOURCE DEMANDS

| CURRENT PLANNING DECISION | IS DECISION RESPONSIVE TO CURRENT ISSUES? REMARKS (RATIONALE) | OPTIONS FOR CHANGE |
|---|---|---|
| Inset decision language and or description. You can paste decisions you listed in Chapter 3 into this column. | (Y/N) | Describe why the decision is/is not adequate. | Insert options for changing management. As appropriate, include decisions from other jurisdictions that warrant consideration. |

## B. POTENTIAL NEW DECISIONS FOR THE RMP REVISION

None Identified.

## C. AREAS OF RELATIVE ECOLOGICAL IMPORTANCE TO GUIDE LAND USES AND MANAGEMENT

None identified.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          505
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106281

# CHAPTER FIVE
# Consistency and Coordination with Other Plans

According to guidance found in 43 CFR 1610, BLM RMPs and amendments must be consistent, to the extent practical, with officially approved or adopted resource-related plans of state and local governments, other federal agencies, and tribal governments, so long as the guidance and RMPs are also consistent. BLM RMPs must also be consistent with the purposes, policies, and programs of FLPMA and other federal laws and regulations applicable to public lands, including federal and state pollution control laws (see 43 CFR 1610.3-2 (a)).

If these other entities do not have officially approved or adopted resource-related plans, then BLM RMPs must, to the extent practical, be consistent with their officially approved and adopted resource-related policies and programs. This consistency will be accomplished so long as BLM RMPs incorporate the policies, programs, and provisions of public land laws and regulations and federal and state pollution control laws (see 43 CFR 1610.3-2 (b)).

506    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106282

Before the BLM approves the proposed RMP decisions, the Governor of Colorado has sixty days in which to identify inconsistencies between the proposed plan and state plans and programs, and to provide written comments to the BLM State Director.  The BLM and the state may mutually agree on a shorter review period satisfactory to both.  If the Governor does not respond within this period, it is assumed that the proposed RMP decisions are consistent.

If the Governor recommends changes in the proposed plan that were not raised during the public participation process, the BLM State Director shall provide the public with an opportunity to comment on the recommendations (per 43 CFR 1610.3-2 (e)). This public comment opportunity will be offered for thirty days, and may coincide with the thirty-day comment period for the Notice of Significant Change. If the BLM State Director does not accept the Governor's recommendations, then the Governor has thirty days to appeal in writing to the national BLM Director (per 43 CFR 1610.3-2(e)).

County, town, and state agency, and other federal agency plans for neighboring areas or cross-jurisdictional purposes are further discussed in the following sections. Plans listed or discussed in the following sections should be consulted as applicable during development of the RMP.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          507
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106283

CHAPTER FIVE – CONSISTENCY AND COORDINATION

# 5.1 ☀ County and City Plans

- City of Montrose Comprehensive Plan (2008)
- Conceptual Trail System Plan for Ridgway, Colorado
- Delta County Master Plan (2007)
- Gunnison County Comprehensive Plan
- Gunnison County Land Use Resolution (2006)
- Gunnison County Temporary Regulations for Oil and Gas Operations (2003)
- Mesa County Community growth and development plans
- Mesa County Weed Plan
- Mesa County Weed Plan for Oil and Gas
- Mesa County Comprehensive Energy Plan
- Montrose County Master Plan (Draft 2010)
- Ouray Community Plan (2004)
- Ouray County Land Use Code (2008)
- Ouray County Master Plan (1999)
- San Miguel County Master Plan
    - San Miguel County Comprehensive Development Plan (Amended 2008)
    - San Miguel County Open Lands Plan
    - San Miguel County Trails Master Plan
    - Telluride Regional Area Master Plan
    - Wright's Mesa Master Plan
- Town of Cedaredge Master Plan (2005)
- Town of Ridgway 2009 Community Survey Final Report
- Town of Ridgway Comprehensive Plan (2000)
- Town of Norwood Watershed Protection District Regulations (2008)
- Town of Norwood Major Streets and Future Land Use Plan



BLM_0106284

## 5.2  ☀ *State Agency Plans*

| DOCUMENT NAME: | COLORADO DIVISION OF WILDLIFE STRATEGIC PLAN |
|---|---|
| Date: | 2010-2020 |
| Purpose: | It is the policy of the state of Colorado that the wildlife and their environment are to be protected, preserved, enhanced, and managed for the use, benefit, and enjoyment of the people of this state and its visitors. It is further declared to be the policy of this state that there shall be provided a comprehensive program designed to offer the greatest possible variety of wildlife-related recreational opportunity to the people of this state and its visitors and that, to carry out such program and policy, there shall be a continuous operation of planning, acquisition, and development of wildlife habitats and facilities for wildlife-related opportunities [C.R.S. 33-1-101 (1)]. CDOW's mission is to perpetuate the wildlife resources of the state and provide people the opportunity to enjoy them. CDOW's Strategic Plan defines values and expectations, consistent with the Division's mission, that form a roadmap for wildlife management in the coming years. In addition, the Strategic Plan provides a foundation for policy analysis and priority setting for current wildlife management issues and for unforeseen issues that will inevitably arise over the five-year period covered by the Strategic Plan. |
| Common, Dependent, and Interdependent Resources: | Specific plan objectives for CDOW Fish, Wildlife, and Habitats Program include the following:<br>• Protect, restore and enhance habitat for fish and wildlife.<br>• Manage proactively to prevent and control fish and wildlife diseases and introductions of invasive species to protect fish and wildlife populations.<br>• Ensure the long-term viability of native fish and wildlife and strive to maintain the broadest representation of the diversity of native wildlife in suitable habitats across the state.<br>• Maintain healthy and viable game and sport fish populations sufficient to meet the demand for hunting, fishing and trapping, while minimizing landowner conflicts. |
| Planning Implications: | The BLM should work with CDOW to evaluate and coordinate oil and gas management actions that may conflict with the priority items listed above. |
| DOCUMENT NAME: | COLORADO COMPREHENSIVE WILDLIFE CONSERVATION STRATEGY (2005) |
| Purpose: | Catalogs the current status of many Colorado wildlife species, threats to the habitats upon which they depend, and an articulation of strategies that can be employed to lessen those threats. It is based upon the best available science, the collective judgment of many Colorado scientists, and also reflects the interests and concerns of citizens with a stake in Colorado wildlife conservation.<br>It reflects the fundamental goal of CDOW and the state as a whole, which is to secure wildlife populations such that they do not require protection via |

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106285

| DOCUMENT NAME: | COLORADO DIVISION OF WILDLIFE STRATEGIC PLAN |
|---|---|
| | federal or state listing regulations. It also fulfills the requirements of the State Wildlife Grants program *(Title IX, Public Law 106-553 and Title 1, Public Law 107-63)* by addressing the eight elements stipulated in that legislation. |
| **Common, Dependent, and Interdependent Resources:** | Landscapes, habitats, and wildlife do not recognize jurisdictional boundaries. |
| **Planning Implications:** | Any proposed activities on lands involving wildlife must be coordinated with regional partners. |

Rangewide Conservation Strategy for 3 sensitive fishes (3SPP range-wide conservation agreement and strategy published pdf at S:\Biological_Resources\TESpecies\Guidance)

510   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106286

# 5.3 ☀ *Other Federal Agency Plans*

- BLM Moab Field Office, Final RMP (2008)

- BLM Monticello Field Office, Final RMP (2008)

- BLM Gunnison Field Office, Final RMP (1993)

- Black Canyon of the Gunnison National Monument and Curecanti National Recreation Area (1997)

- Grand Mesa, Uncompahgre and Gunnison National Forest Plan (1983)

- Grand Mesa, Uncompahgre and Gunnison National Forest Plan revision (temporarily suspended)

- Colorado River Basin Salinity Control Program (Colorado River Basin Salinity Control Act, Public Law 93-320, June 1974)

- Curecanti National Recreation Area Resource Protection Study/EIS (2008)

- San Juan Public Lands Center Draft RMP (Draft revision pending)

JUNE 2010       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO              511
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106287

# 5.4 ☀ Potential Cooperating Agencies

| AGENCY |
|---|
| Bureau of Reclamation, Western Colorado Area Office |
| City of Montrose |
| Colorado Department of Natural Resources, Southwest Region |
| Colorado River Water Conservation District |
| Delta County |
| Gunnison County |
| Montrose County |
| Ouray County |
| San Miguel County |
| Town of Cedaredge |
| Town of Hotchkiss |
| Town of Mountain Village |
| Town of Norwood |
| Town of Nucla |
| Town of Olathe |
| Town of Orchard City |
| Town of Paonia |
| Town of Ridgway |
| U.S. Fish and Wildlife Service, Western Colorado Ecological Services Field Office |
| U.S. Forest Service, Grand Mesa, Uncompahgre and Gunnison NF |

512        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0106288

# CHAPTER SIX
# Specific Mandates

The foundation of public land management is in the mandates and authorities provided in laws, regulations, and executive orders. The BLM planning process (as described in 43 CFR 1600) is authorized and mandated through two important laws: the Federal Land Policy and Management Act of 1976 and the National Environmental Policy Act of 1969.  In addition to these acts, several other acts, Instructional Memorandums, information bulletins, manuals, and handbooks give direction and authority to the BLM. The following are some of the documents that direct the management of public lands and resources in the Uncompahgre Planning Area.

## THE SPECIFIC MANDATES CHAPTER CONSISTS OF FIVE SECTIONS:

- ❧ LAWS, REGULATIONS, AND ORDERS
- ❧ INSTRUCTION MEMORANDUMS, INFORMATION BULLETINS, MANUAL SECTIONS, HANDBOOKS, AND TECHNICAL NOTES
- ❧ APPLICABLE COLORADO STATE LAWS AND REGULATIONS
- ❧ MEMORANDA AND AGREEMENTS
- ❧ APPLICABLE PLANNING DOCUMENTS

JUNE 2010                BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                513
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106289

# 6.1 ☀ Laws, Regulations, and Orders

- 2009 Implementation Strategy for the Federal Wildland Fire Policy
- American Indian Religious Freedom Act (49 United States Code (USC) 47125 et sequens)
- Appropriations Act of 1952, McCarran Amendment
- Archaeological Resources Protection Act of 1979, as amended (16 USC 470)
- Classification of Multiple Use Act of September 1964, in accordance with 43 CFR 2400
- Clean Air Act of 1955 (42 USC §§ 7401-7671q.)
- Clean Water Act of 1987, as amended (33 USC 1251)
- Colorado River Basin Salinity Control Act of 1974
- Endangered Species Act of 1973, as amended (16 USC 1531 et sequens)
- Executive Order 11288 (water quality management and pollution abatement plans)
- Executive Order 11644 (Use of Off-Road Vehicles on the Public Lands)
- Executive Order 11738 (Enforce the Clean Air Act and the Clean Water Act in the procurement of Goods, Materials, and Services)
- Executive Order 11987 (Exotic Flora and Fauna)
- Executive Order 13007 (Indian Sacred Sites)
- Executive Order 13084 (Consultation and Coordination with Indian Tribal Governments)
- Federal Cave Resources Protection Act of 1988 (16 USC 4301 et sequens)
- Federal Land Policy Management Act of 1976 (43 USC 1701 et sequens)
- Federal Noxious Weed Act of 1974, as amended (7 USC 2814)
- Federal Water Pollution Control Act (commonly known as the Clean Water Act), as amended (33 USC 1251-1387)
- Federal Wildland Fire Management Policy (1995)
- Fish and Wildlife Coordination Act (16 USC 661 et sequens)
- Healthy Forests Restoration Act of 2003
- Historic Sites Act of 1935 (16 USC 461)
- Migratory Bird Conservation Act of 1929, as amended (16 USC 715)
- Migratory Bird Treaty Act of 1918, as amended (16 USC 703-712)
- Mining and Mineral Policy Act of 1970 (30 USC 181 et sequens)

514      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106290

CHAPTER SIX – SPECIFIC MANDATES

- National Ambient Air Quality Standards (40 CFR 50.4-50.12)
- National Environmental Policy Act of 1969 (42 USC 4321 et sequens)
- National Historic Preservation Act, as amended (16 USC 470)
- Native American Graves Protection and Repatriation Act, as amended (25 USC 3001 et sequens)
- Noise Control Act of 1972 (42 USC 4901 et sequens)
- Noxious Weed Control Act of 2004 (Public Law 108-412)
- Oil and Gas Onshore Orders
- Onshore Oil and Gas Leasing Reform Act of 1987 (30 USC 181 et sequens)
- Public Rangelands Improvement Act of 1978 (43 USC 869 et sequens)
- Recreation and Public Purposes Act of 1926, as amended (43 USC 869 et sequens)
- Review and Update of the 1995 Federal Wildland Fire Management Policy (2001)
- The R&PP Amendment Act of 1988
- The Sikes Act of 1974, as amended (16 USC 670 et sequens)
- Soil and Water Resources Conservation Act of 1977 (16 USC 2001)
- Surface Mining Control and Reclamation Act of 1977 (30 USC 1201 et sequens)
- Taylor Grazing Act of 1934 (43 USC 315)
- The Common Varieties of Mineral Materials Act of 1947
- The Mineral Leasing Act of 1920
- The Mineral Leasing Act for Acquired Lands of 1947
- The Multiple Use Mining Act of 1955
- The Organic Administration Act of 1897
- The Surface Mining Control and Reclamation Act of 1977
- The United States Mining Laws of 1872
- Title CFR 43 (Public Lands, Interior), Parts 2100, 2200, 2300, 2700, 2800, 2900, 3100, 3200, 3400, 3500, 3600, and 3800
- Water Resources Development Act of 1974
- Wild and Scenic Rivers Act, as amended (16 USC 1271 et sequens)
- Wilderness Act, as amended (16 USC 1131 et sequens)

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          515
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0106291

## 6.2  ☀ *Memorandums, Bulletins, Manuals, Handbooks, and Notes*

- BLM-H-1601-1 (Land Use Planning)
- BLM-H-1790-1 (NEPA Handbook)
- BLM-H-2100-1 (Acquisitions)
- BLM-H-2200 (Land Exchanges)
- BLM-H-3042-1 (Solid Mineral Reclamation)
- BLM-H-3150-1 (Onshore Oil and Gas Geophysical Exploration)
- BLM-H-3160-5 (Inspection and Enforcement Documentation and Strategy Development)
- BLM-H-3420-1 (Competitive Coal Leasing)
- BLM-H-3600-1 (Mineral Materials)
- BLM-H-3720-1 (Abandoned Mine Land Program Policy)
- BLM-H-3809-1 (Surface Management)
- BLM-H-4180-1 (Wilderness Inventory and Study Procedures)
- BLM-H-8410-1 (Visual Resource Inventory)
- BLM-H-8550-1 (Interim Management Policy and Guidelines for Lands Under Wilderness Review)
- BLM-H-9214-1 (Prescribed Fire Management)
- BLM-M-1613 (Areas of Critical Environmental Concern)
- BLM-M-2200 (Land Exchanges)
- BLM-M-2881 (Mineral Leasing Act – General)
- BLM-M-3600 (Mineral Materials Disposal)
- BLM-M-3720 (Abandoned Mine Land Program Policy)
- BLM-M-3800 (Mining Claims Under the General Mining Laws)
- BLM-M-4180 (Rangeland Health Standards)
- BLM-M-6840 (Special Status Species Management)
- BLM-M-7150 (Provides guidance in the conduct of maintenance of water utilization and development, water quality, water yield and timing, and water rights)

516  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106292

CHAPTER SIX – SPECIFIC MANDATES

- BLM-M-7300 (Air Resource Management Manual)
- BLM-M-8100 (Cultural Resource Management)
- BLM-M-8270 (Paleontological Resource Management)
- BLM-M-8340 (OHV Management)
- Colorado IB 2003-020 (Travel Management Guidelines)
- Colorado IM 2007-020 (Comprehensive Travel Management Planning and OHV Designations)
- IB 98-116 (Clean Water Action)
- IB 2002-101 (Cultural Resource Information)
- IM 78-410 (Protection of Wetlands and Riparian Areas)
- IM 78-523 (Compliance with BLM Interim Floodplain Management Procedures)
- IM 87-261 (Implementation of the Riparian Area Management Policy)
- IM 99-085 (Federal Multi-Agency Source Water Agreement)
- IM 99-123 (Reporting to the Colorado River Salinity Control Forum)
- IM 2002-174 (Oil and Gas Leasing Stipulations)
- IM 2003-127 (Integration of the Energy Policy and Conservation Act Inventory Results into Land Use Planning and Energy use Authorizations)
- IM 2003-158 (Memorandum of Understanding (MOU) between BLM and the Animal and Plant Health Inspection Service Addressing the Management of Grasshoppers and Mormon Crickets)
- IM 2003-226 (Fire Program Analysis System – Development of Fire Management Objectives)
- IM 2004-005 (Clarification of OHV Designations and Travel Management in the BLM Land Use Planning Process)
- IM 2005-006 (Solar Energy Development Policy)
- IM 2005-008 (Black-tailed, White-tailed, and Gunnison Prairie Dog Conservation Update)
- IM 2008-014 (Clarification of Guidance and Integration of Comprehensive Travel and Transportation Management Planning into the Land Use Planning)
- IM 2009-043 (Wind Energy Development Policy)
- Interagency Standards for Fire and Fire Aviation Operations (The Red Book) (2010)
- Interagency Prescribed Fire Planning and Implementation Procedures Guide ( July 2008)
- Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (commonly referred to as The Gold Book)

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          517
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



- Technical Notes 346: Erosion condition classification system
- Technical Notes 364: 1980-82 salinity status report: results of Bureau of Land Management studies on public lands in the Upper Colorado River Basin
- Technical Notes 369: Considerations in rangeland watershed monitoring
- Technical Notes 373: Diffuse-source salinity Mancos shale terrain
- Technical Notes 405: A framework for analyzing the hydrologic conditions of watersheds

518       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       JUNE 2010
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0106294

# 6.3 ☀ *Applicable Colorado State Laws and Regulations*

- Colorado Air Quality Control Commission, Regulation Number 9, Open Burning, Prescribed Fire, and Permitting, 5 CCR, 1001-11
- Colorado Water Quality Control Act
- Colorado Sound Law
- Colorado OHV Act
- Colorado OHV Regulations
- Colorado Oil and Gas Conservation Act, CRS § 34-60-100, et seq.
- Colorado Snowmobile Act
- Colorado Recreation Trails Act
- Colorado Revised Statues - Title 37, Water and Irrigation
- Colorado Surface Coal Mining Reclamation Act, 34-33-101 ET SEQ., C.R.S. 1973 As Amended
- Primary Drinking Water Regulations - 5 CCR 1003-1 (amended January 2005; effective March 2005)
- Regulation 31 - The Basic Standards and Methodologies for Surface Water (amended August 2005; effective December 2005 and December 2007)
- Regulation No. 39 - Colorado River Salinity Standards (adopted May 1980; amended 1982 and 1997)
- Regulation No. 41- The Basic Standards for Groundwater
- Regulation No. 42 - Site Specific Water Quality Classifications and Standards For Groundwater
- Regulation No. 93 - Section 303(d) List Water Quality Limited Segments Requiring TMDLs (adopted March 2006)
- Regulation No. 94 - Colorado's Monitoring and Evaluation List (adopted March 2006)
- Title 34 Mineral Resources Article 32, Colorado Mined Land Reclamation Act
- Title 34 Mineral Resources Article 32.5, Colorado Mined Land Reclamation Act for the Extraction of Construction Materials

JUNE 2010            BLM UNCOMPAHGRE FIELD OFFICE, COLORADO            519
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106295

# 6.4 ☀ *Memoranda and Agreements*

- Federal Coal Management Programmatic Memorandum of Agreement among the BLM, Office of Surface Mining, DOI, USGS, and the Advisory Council on Historic Preservation

- Interagency Memorandum of Understanding (MOU) between the BLM and U.S. Department of Agriculture (60F26045-48) (May 1995)

- Interagency MOU between the BLM UFO, Grand Junction Field Office, San Juan Public Lands Center, and Department of Energy for Uranium Lease Tract Projects (April 2010)

- Interagency MOU between the BLM and the Bureau of Reclamation to work together in developing a written Implementation Plan for the Selenium Management Program and to participate in the implementation under a future agreement. (NOTE: to be signed May 2010)

- Interagency Agreement between the Bureau of Reclamation and the BLM (March 1983)

- Inter-office Service Level Agreement between the BLM UFO, Grand Junction Field Office, and San Juan Public Lands Center for Uranium Lease Tract Projects (April 2010)

- Master MOU with the FWS (December 1986)

- MOU for Coordination and Enhancement of Services to and by the Outfitting Industry in Colorado on National Forest System, BLM and State Public Lands  (2007)

- MOU between the Colorado's Outfitters Association and the USDI, Bureau of Land Management, Colorado (2006)

- MOU between Colorado Mountain Club and the USDI Bureau of Land Management, Colorado State Office (2008)

- MOU between the Colorado Off-Highway Vehicle Coalition and the COHVCO Foundation and the USDI Bureau of Land Management, Colorado State Office (2005)

- MOU between International Mountain Bicycling Association and Bicycle Colorado and the USDI Bureau of Land Management, Colorado State Office (2005)

- MOU between USDI Bureau of Land Management, Colorado State Office and Colorado River Outfitters Association and Colorado State Parks (2007)

- MOU between USDI Bureau of Land Management and The Access Fund (2005)

520  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106296

- MOU between USDI Bureau of Land Management, USDA Forest Service and US Fish and Wildlife Service and Federal Lands Hunting, Fishing, and Shooting Sports Roundtable (2006)
- MOU between USDI Bureau of Land Management and The Corps Network (2008)
- Rangeland Programmatic Memorandum of Agreement among the BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers
- State Protocol Agreement between the Colorado State Director of the Bureau of Land Management and the Colorado State Historic Preservation Officer regarding the Manner in which the Bureau of Land Management will meet its Responsibilities under the National Historic Preservation Act and the National Programmatic Agreement (1998)

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                521
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106297

# 6.5 ☀ *Applicable Planning Documents*

## LAND USE PLANS AND AMENDMENTS

- Environmental Assessment of Gunnison Travel Interim Restrictions for Portions of Gunnison, Hinsdale, Delta, Montrose, and Saguache Counties, Colorado (August 2000)

- Resource Management Plan Amendment/Environmental Assessment for the Uncompahgre Field Office Dry Creek Travel Management Plan (December 2009)

- Resource Management Plan Amendment/Environmental Assessment for the Uncompahgre Field Office Travel Management Plan (February 2010)

- San Juan-San Miguel Resource Management Plan and Final Environmental Impact Statement, Montrose District, Colorado and San Juan Resource Area and Uncompahgre Basin Resource Area (September 1985)

- San Juan-San Miguel Resource Management Plan Amendment on the Proposed Action Alternative of the Colorado Oil and Gas Leasing and Development Final Environmental Impact Statement, January 1991, Montrose District, San Juan/San Miguel Planning Area (October 1991)

- San Juan-San Miguel Resource Management Plan Amendment for the San Miguel River ACEC and SRMA (February 1993)

- Uncompahgre Basin Resource Management Plan and Record of Decision (July 1989)

- Uncompahgre Basin Resource Management Plan Amendment for the Uncompahgre Basin Planning Area to allow the use of fire through prescribed and planned ignitions on all 483,037 acres within the Uncompahgre Basin Planning Area (EA No. CO-030-U-92-20) (June 1992)

- Uncompahgre Basin Resource Management Plan Amendment Decision Record and Finding of No Significant Impact to amend the existing land disposal decision in the Uncompahgre Basin Resource Management Plan (Environmental Assessment CO-034-94-23) (September 1994)

- Uncompahgre Basin Resource Management Plan and San Juan/San Miguel Resource Management Plan Amendment to Adopt Standards for Public Land Health and Guidelines for Livestock Grazing Management (March 1997)

522      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106298

## ACTIVITY LEVEL PLANS

- Approved Resource Management Plan Amendments/Record of Decision for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States (January 2009)
- Final Vegetation Treatments using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement (June 2007)
- Wind Energy Development Programmatic Environmental Impact Statement and Associated Land Use Plan Amendments (December 2005)
- Resource Management Plan Amendments for Geothermal Leasing in the Western United States (December 2008)
- Solar Energy Development Programmatic Environmental Impact Statement to develop and implement agency-specific programs that would facilitate environmentally responsible utility-scale solar energy development in six western states (Scheduled for release in Fall 2010)
- Uncompahgre Field Office Fire Management Plan (2004) (2008 pending)

## ENDANGERED SPECIES RECOVERY PLANS

- Black-Footed Ferret Recovery Plan (1978)
- Bonytail Chub Recovery Plan FWS (September 1990)
- Colorado Squawfish Recovery Plan (1991)
- Determination of Critical Habitat for the Colorado River Endangered Fishes: Razorback Sucker, Colorado Pikeminnow, Humpback Chub, and Bonytail Chub FWS (March 1994)
- Determination that the Bonytail Chub (Gila elegans) is an Endangered Species FWS (April 1980)
- Dudley Bluffs Bladderpod and Dudley Bluffs Twinpod Recovery Plan (1993)
- Endangered and Threatened Wildlife and Plants; the Razorback Sucker Determined To Be an Endangered Species FWS (October 1991)
- Endangered Species List - 1967 FWS (Colorado Pikeminnow, Humpback chub) (March 1967)
- Final Recovery Plan, Southwestern Willow Flycatcher (2002)
- Gray Wolf Recovery Plan (1987)
- Humpback Chub Recovery Plan FWS (September 1990)
- Incorporate the Canada Lynx Conservation Assessment and Strategy into Colorado Resource Management Plans (March 2002)
- Mexican Spotted Owl Recovery Plan (1995)

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          523
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106299

- Razorback Sucker Recovery Plan FWS (1998)
- Recovery Goals: Amendment and Supplement to the Bonytail Chub Recovery Plan FWS (August 2002)
- Recovery Goals: Amendment and Supplement to the Colorado Squawfish (pikeminnow) Recovery Plan FWS (August 2002)
- Recovery Goals: Amendment and Supplement to the Humpback Chub Recovery Plan FWS (August 2002)
- Recovery Goals: Amendment and Supplement to the Razorback Sucker Recovery Plan FWS (August 2002)

## HABITAT PLANS

- BLM National Sage-Grouse Habitat Conservation Strategy (November 2004)

## RECREATION MANAGEMENT PLANS

- San Miguel Watershed Plan (1998)

## OTHER POLICY AND GUIDING DIRECTION

- Designation Order; San Miguel County, CO; Establishments of 7 Day Camping Limit on Public Lands Within San Miguel and Montrose Counties (March 1995)
- Colorado Policy on Cultural Clearances for Travel Planning (Addendum 1 to the Colorado Protocol: Section 106 Requirements for Comprehensive Travel and Transportation Management Planning)
- Recreation Management Guidelines to Meet Public Land Health Standards on Bureau of Land Management Lands in Colorado (2000)
- National OHV Strategy
- National Mountain Bike Strategy
- Federal Wildland Fire Management Policy and Program Review - Final Report (December 1995)
- Review and Update of the 1995 Federal Wildland Fire Management Policy (January 2001)
- Interagency Strategy for the Implementation of Federal Wildland Fire Management Policy (June 2003)
- Interagency Wildland Fire Use Implementation Procedures Reference Guide (May 2007)
- Interagency Prescribed Fire Planning and Implementation Procedures Guide (July 2008)

524  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106300

# CHAPTER SEVEN
# Scoping Report Summary

**When it is finalized, the Scoping Report will be available online at www.UFORMP.com.**

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          525
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106301

CHAPTER EIGHT – LIST OF PREPARERS

# CHAPTER EIGHT
# List of Preparers

| NAME | DISCIPLINE | RESPONSIBILITY |
|---|---|---|
| **BLM Colorado State Office—** | | |
| Scott Archer | Air Quality Specialist | Air Quality |
| **BLM Uncompahgre Field Office—** | | |
| Bruce Krickbaum | Planning & Environmental Coordinator | RMP/EIS Project Manager |
| Debbie Burch | Range Conservationist | Livestock Grazing |
| Amanda Clements | Ecologist | Vegetation |
| Desty Dyer | Mining Engineer | Coal |
| Robert Ernst | Geologist | Geology & Minerals |
| Glade Hadden | Archaeologist | Cultural & Paleontological Resources |
| Ken Holsinger | Biologist | Forestry & Fuels |
| Dan Huisjen | Fire Ecologist | Wildland Fire |
| Julie Jackson | Outdoor Recreation Planner | Recreation, Travel, & Special Designations |
| Kurt Kubik | Range Conservationist | Livestock Grazing |
| Jeff Litteral | Hydrologist | Soils & Water |
| D. Maggie Magee | Technical Writer/Editor | Report Editing & Formatting |
| Dennis Murphy | Hydrologist | Soils & Water |
| Teresa Pfifer | Lands & Minerals Staff Supervisor | Lands |
| Linda Reed | Realty Specialist | Lands |
| Lynae Rogers | Range Conservationist | Livestock Grazing & Invasive Species |
| Amy Sharp | Outdoor Recreation Planner | Recreation |
| Charles Sharp | Wildlife Biologist | Wildlife & Special Status Species |
| Barbara Sharrow | Field Manager | Report Review |
| Kirk Sherrill | Geographical Information Systems Specialist | Mapping & Spatial Analysis |
| Melissa Siders | Biology Staff Supervisor | Wildlife & Special Status Species |
| David Sinton | Geographical Information Systems Lead | Mapping & Spatial Analysis |
| Dean Stindt | Range Conservationist | Livestock Grazing |
| Thane Stranathan | Natural Resource Specialist | Oil & Gas |

526   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106302

# CHAPTER NINE
# Glossary

**Actual Use -** The number of animal unit months consumed by livestock based on the numbers of livestock and grazing dates submitted by the livestock operator and confirmed by periodic field checks by the BLM.

**Air Pollution -** The contamination of the atmosphere by any toxic or radioactive gases and particulate matter as a result of human activity.

**Allotment -** An area of land in which one or more livestock operators graze their livestock. Allotments generally consist of BLM lands, but may also include other federally managed, state owned, and private lands. An allotment may include one or more separate pastures. Livestock numbers and periods of use are specified for each allotment.

**Allotment Management Plan (AMP) -** A concisely written program of livestock grazing management, including supportive measures, if required, designed to attain specific management goals in a grazing allotment. An AMP is prepared in consultation with the permittees, lessees, and other affected interests. Livestock grazing is considered in relation to other uses of the range and to renewable resources, such as watershed, vegetation, and wildlife. An AMP establishes seasons of use, the number of livestock to be permitted, the range improvements needed, and the grazing system.

**Analysis of the Management Situation (AMS) -** Assessment of the current management direction. It includes a consolidation of existing data needed to analyze and resolve identified issues, a description of current BLM management guidance, and a discussion of existing problems and opportunities for solving them.

**Area of Critical Environmental Concern (ACEC) –** An area within public lands where special management attention is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards (from H-6310-1, Wilderness Inventory and Study Procedures).

**Atmospheric Deposition -** Air pollution produced when acid chemicals are incorporated into rain, snow, fog or mist and fall to the earth. Sometimes referred to as "acid rain" and comes from sulfur oxides and nitrogen oxides, products of burning coal and other fuels and from certain industrial processes. If the acid chemicals in the air are blown into areas where

JUNE 2010 | BLM UNCOMPAHGRE FIELD OFFICE, COLORADO | 527
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



BLM_0106303

the weather is wet, the acids can fall to Earth in the rain, snow, fog or mist. In areas where the weather is dry, the acid chemicals may become incorporated into dusts or smokes.

**Animal Unit Month (AUM) -** The amount of forage needed by an "animal unit" (AU) grazing for one month. The animal unit in turn is defined as one mature 1,000-pound cow and her suckling calf.

**Big Game -** Indigenous ungulate wildlife species that are hunted, such as elk, deer, bison, bighorn sheep, and pronghorn antelope.

**Candidate species -** Species for which the FWS has sufficient information on their status and threats to support proposing for listing as endangered or threatened under the ESA but for which issuance of a proposed rule is currently precluded by higher priority listing actions. Separate lists for plants, vertebrate animals, and invertebrate animals are published periodically in the Federal Register.

**Casual Use -** Activities involving practices that do not ordinarily cause appreciable disturbance or damage to the public lands, resources or improvements and, therefore, do not require a right-of-way grant or temporary use permit (43 CFR 2800). Any short term noncommercial activity which does not cause appreciable damage or disturbance to public lands, their resources or improvements, and which is not prohibited by closure of the lands to such activities (43 CFR 2920). Casual use generally includes the collecting of geochemical, rock, soil, or mineral specimens using hand tools, hand panning, and non-motorized sluicing. It also generally includes use of metal detectors, gold spears, and other battery-operated devices for sensing the presence of minerals, and hand battery-operated dry washers. Casual use does not include use of mechanized earth-moving equipment, truck-mounted drilling equipment, suction dredges, motorized vehicles in areas designated as closed to off-road vehicles, chemicals, or explosives. It also does not include occupancy or operations where the cumulative effects of the activities result in more than negligible disturbance.

**Cheatgrass -** Cheatgrass is an annual grass that forms tufts up to two feet tall. The leaves and sheaths are covered in short, soft hairs. Cheatgrass invades rangelands, pastures, prairies, and other open areas, and has the potential to completely alter ecosystems it invades. It can completely replace native vegetation and change fire regimes and is most problematic in areas of the western United States with lower precipitation levels.

**Clean Air Act of 1963 and Amendments -** Federal legislation governing air pollution control.

**Closed -** Generally denotes that an area is not available for a particular use or uses; refer to specific definitions found in law, regulations, or policy guidance for application to individual programs. For example, 43 CFR 8340.0-5 sets forth the specific meaning of "closed" as it relates to off-highway vehicle use, and 43 CFR 8364 defines "closed" as it relates to closure and restriction orders (from H-1601-1, BLM Land Use Planning Handbook).

528    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106304

**Condition Class (Fire Regimes) -** Fire Regime Condition Classes are a measure describing the degree of departure from historical fire regimes, possibly resulting in alterations of key ecosystem components such as species composition, structural stage, stand age, canopy closure, and fuel loadings. One or more of the following activities may have caused this departure: fire suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plant species, introduced insects or disease, or other management activities.

**Conditions of Approval -** Conditions or provisions (requirements) under which an Application for a Permit to Drill or a Sundry Notice is approved.

**Critical Habitat -** An area occupied by a threatened or endangered species on which are found physical and biological features (1) essential to the conservation of the species, and (2) which may require special management considerations or protection.

**Designated roads and trails -** Specific roads and trails identified by the BLM (or other agencies) where some type of motorized vehicle use is appropriate and allowed either seasonally or year-round.

**Disposal -** Transfer of public land out of federal ownership to another party through sale, exchange, Recreation and Public Purposes Act, Desert Land Entry or other land law statutes.

**Easement -** A right afforded a person or agency to make limited use of another's real property for other purposes.

**Eligibility -** Qualification of a river for inclusion into the National Wild and Scenic Rivers System through the determination that it is free-flowing and, with its adjacent land area, possesses at least one river-related value considered to be outstandingly remarkable (from M-8351, BLM WSR Policy and Program).

**Endangered Species -** Any species which is in danger of extinction throughout all or a significant portion of its range (from M6840, Special Status Species Manual).

**Environmental Impact Statement (EIS) -** A detailed statement prepared by the responsible official in which a major Federal action which significantly affects the quality of the human environment is described, alternatives to the proposed action provided, and effects analyzed (from BLM National Management Strategy for OHV Use on Public Lands).

**Extensive Recreation Management Area -** Areas in which significant recreation opportunities and problems are limited and explicit recreation management is not required. Minimal management actions related to the Bureau's stewardship responsibilities are adequate in these areas.

**Federal Land Policy and Management Act of 1976 (FLPMA) -** Public Law 94-579, October 21, 1976, often referred to as the BLM's "Organic Act," which provides the majority of the BLM's legislated authority, direction policy and basic management guidance.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          529
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106305

**Fire Suppression -** All work activities connected with fire extinguishing operations, beginning with discovery of a fire and continuing until the fire is completely out.

**Fluid Minerals -** Oil, gas, coal bed natural gas, and geothermal resources.

**Functioning at Risk -** (1) Condition in which vegetation and soil are susceptible to losing their ability to sustain naturally functioning biotic communities. Human activities, past or present, may increase the risks. Rangeland Reform Final EIS at 26. (2) Uplands or riparian-wetland areas that are properly functioning, but a soil, water, or vegetation attribute makes them susceptible to degradation and lessens their ability to sustain natural biotic communities. Uplands are particularly at risk if their soils are susceptible to degradation. Human activities, past or present, may increase the risks (Rangeland Reform Draft EIS Glossary). SEE ALSO Properly Functioning Condition and Nonfunctioning Condition (from H-4180-1, BLM Rangeland Health Standards Manual).

**Grazing Preference -** The total number of AUMs on public land apportioned and attached to base property owned or controlled by a lessee.

**Habitat -** An environment which meets a specific set of physical, biological, temporal or spatial characteristics that satisfy the requirements of a plant or animal species or group of species for part or all of their life cycle.

**Heavy Metal -** Heavy metals occur naturally in the ecosystem, with large variations in concentration. In modern times, anthropogenic sources of heavy metals (pollution) have been introduced to the ecosystem. Motivations for controlling heavy metal concentrations in gas streams are diverse. Some of them are dangerous to health or to the environment, some may cause corrosion, and some are harmful in other ways.

**Herd Management Area -** Public land under BLM jurisdiction that has been designated for special management emphasizing the maintenance of an established wild horse or burro herd.

**Integrated Pest Management -** The use of all appropriate weed control measures, including fire, as well as mechanical, chemical, biological, and cultural techniques, in an organized and coordinated manner on a site-specific basis.

**Intermittent Stream -** An intermittent stream is a flowing system under normal weather conditions. During the dry season and throughout minor drought periods, these streams will not exhibit flow. Geomorphologic characteristics are not well defined and are often inconspicuous. In the absence of external limiting factors (pollution, thermal modifications, etc.), biology is scarce and adapted to the wet and dry conditions of the fluctuating water level.

**K factor -** A soil erodibility factor used in the universal soil loss equation that is a measure of the susceptibility of soil particles to detachment and transport by rainfall and runoff. Estimation of the factor takes several soil parameters into account, including: soil texture, percent of sand greater than 0.10 mm, soil organic matter content, soil structure, soil

530          **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106306

permeability, clay mineralogy, and coarse fragments. K factor values range from .02 to .64, the greater values indicating the highest susceptibilities to erosion.

**Late Season -** Fall or late summer grazing.

**Land Classification -** When, under criteria of 43 CFR 2400, a tract of land has potential for either retention for multiple use management or for some form of disposal, or for more than one form of disposal, the relative scarcity of the values involved and the availability of alternative means and sites for realization of those values will be considered. Long-term public benefits will be weighed against more immediate or local benefits. The tract will then be classified in a manner which will best promote the public interest.

**Land tenure adjustments -** Ownership or jurisdictional changes to improve the manageability of BLM lands and their usefulness to the public. The BLM has numerous authorities for repositioning lands into a more consolidated pattern, disposing of lands, and entering into cooperative management agreements. These land pattern improvements are completed primarily through the use of land exchanges, but also through land sales, jurisdictional transfers to other agencies, and through the use of cooperative management agreements and leases.

**Land use allocation -** The identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions. (from H-1601-1, BLM Land Use Planning Handbook).

**Land use plan -** A set of decisions that establish management direction for land within an administrative area, as prescribed under the planning provisions of FLPMA; an assimilation of land-use-plan level decisions developed through the planning process outlined in 43 CFR 1600, regardless of the scale at which the decisions were developed. The term includes both RMPs and MFPs. (from H-1601-1, BLM Land Use Planning Handbook).

**Laramide Orogeny -** The Laramide Orogeny (Greek word for mountain building) was a period of mountain building in western North America which began during the Late Cretaceous period, 70 to 80 million years ago, and ended 35 to 55 million years ago. The major feature that was created by this orogeny was the Rocky Mountains, but evidence of this period is found from Alaska to Mexico and as far east as the Black Hills. The phenomenon is named for the Laramie Mountains of eastern Wyoming.

**Leasable Minerals -** Those minerals or materials subject to lease by the federal government under the Mineral Leasing Act of 1920. They include coal, phosphate, asphalt, sulphur, potassium, sodium minerals, oil and gas, as well as geothermal resources.

**Lease -** Section 302 of FLPMA provides BLM with authority to issue leases for the use, occupancy, and development of public lands. Leases are issued for purposes such as a commercial filming, advertising displays, commercial or noncommercial croplands, apiaries, livestock holding or feeding areas not related to grazing permits and leases, harvesting of native or introduced species, temporary or permanent facilities for commercial purposes (does not include mining claims), residential occupancy, ski resorts, construction equipment

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          531
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106307

storage sites, assembly yards, oil rig stacking sites, mining claim occupancy if the residential structures are not incidental to the mining operation, and water pipelines and well pumps related to irrigation and non-irrigation facilities. The regulations establishing procedures for the processing of these leases and permits are found in 43 CFR 2920.

**Lek -** An area where certain bird species (such as sage-grouse) assemble to carry on display and courtship behavior.

**Limited -** Designated areas and trails where the use of off-road vehicles is subject to restrictions, such as limiting the number or types or vehicles allowed, dates and times of use (seasonal restrictions), limiting use to existing roads and trails, or limiting use to designated roads and trails. Under the designated roads and trails designation, use would be allowed only on roads and trails that are signed for use. Combinations of restrictions are possible, such as limiting use to certain types of vehicles during certain times of the year (from BLM National Management Strategy for OHV Use on Public Lands).

**Locatable Minerals -** Minerals subject to exploration, development, and disposal by staking mining claims as authorized by the Mining Law of 1872, as amended. This includes deposits of gold, silver, and other uncommon minerals not subject to lease or sale.

**Maintenance Action -** A minor adjustment to a land use plan that does not require an amendment.

**Mineral -** Any naturally formed inorganic material, solid or fluid inorganic substance that can be extracted from the earth, any of various naturally occurring homogeneous substances (as stone, coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained for man's use, usually from the ground. Under Federal laws, considered as locatable (subject to the general mining laws), leasable (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

**Mineral Entry -** The filing of a claim on public land to obtain the right to any locatable minerals it may contain.

**Mineral Estate -** The ownership of minerals, including rights necessary for access, exploration, development, mining, ore dressing, and transportation operations.

**Mineral Materials -** Materials such as sand and gravel and common varieties of stone, pumice, pumicite, and clay that are not obtainable under the mining or leasing laws. but that can be acquired under the Materials Act of 1947, as amended.

**Mining Claim -** A parcel of land that a miner takes and holds for mining purposes, having acquired the right of possession by complying with the Mining Law and local laws and rules. A mining claim may contain as many adjoining locations as the locator may make or buy. There are four categories of mining claims: lode, placer, mill site, and tunnel site.

**Mitigation -**
(a) Avoiding an impact altogether by not taking a certain action or parts of an action.

532    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                     JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106308

(b) Minimizing an impact by limiting the degree or magnitude of the action and its implementation.
(c) Rectifying an impact by repairing, rehabilitating, or restoring the affected environment.
(d) Reducing or eliminating an impact over time by preservation and maintenance operations during the life of the action.
(e) Compensating for an impact by replacing or providing substitute resources or environments.

**Multiple Use -** Managing public lands and their various resource values so that they are utilized in a combination that will best meet the present and future needs of the American people. Making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to changing needs and conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including, but not limited to, recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output.

**National Wild and Scenic Rivers System -** A system of nationally designated rivers and their immediate environments that have outstanding scenic, recreational, geologic, fish and wildlife, historic, cultural, and other similar values and are preserved in a free-flowing condition. The system consists of three types of streams: (1) **recreational** - rivers or sections of rivers that are readily accessible by road or railroad and that may have some development along their shorelines and may have undergone some impoundments or diversion in the past, (2) **scenic** - rivers or sections of rivers free of impoundments with shorelines or watersheds still largely undeveloped but accessible in places by roads, and (3) **wild** - rivers or sections of rivers free of impoundments and generally inaccessible except by trails, with watersheds or shorelines essentially primitive and waters unpolluted.

**No Surface Occupancy (NSO) -** No Surface Occupancy can be used in one way to define a NSO area where no surface-disturbing activities of any nature or for any purpose would be allowed. For example, construction or the permanent or long-term placement of structures or other facilities for any purpose would be prohibited in an NSO area. No surface occupancy can also be used as a stipulation or mitigation requirement for controlling or prohibiting selected land uses or activities that would conflict with other activities, uses, or values in a given area. When used in this way, the stipulation or mitigation requirement is applied to prohibit one or more specific types of land and resource development activities or surface uses in an area, while other—perhaps even similar—types of activities or uses (for other purposes) would be allowed. For example, protecting important rock art relics from destruction may require closing the area to the staking of mining claims and surface

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    533
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106309

mining, off-road vehicle travel, construction or long-term placement of structures or pipelines, powerlines, general purpose roads, and livestock grazing. Conversely, the construction of fences to protect the rock art from vandalism or from trampling or breakage by livestock, an access road or trail, and other visitor facilities to provide interpretation and opportunity for public enjoyment of the rock art would be allowed. Further, if there were interest in development of leasable minerals in the area, leases for oil and gas, coal, and so forth, could be issued with a "no surface occupancy" stipulation or mitigation requirement for the rock art site, which would still allow access to the leasable minerals from adjacent lands and underground. The term "no surface occupancy" has no relationship or relevance to the presence of people in an area.

**Nonfunctioning Condition -** (1) Condition in which vegetation and ground cover are not maintaining soil conditions that can sustain natural biotic communities. (2) Riparian-wetland areas are considered to be in nonfunctioning condition when they don't provide adequate vegetation, landform, or large woody debris to dissipate stream energy associated with high flows and thus are not reducing erosion, improving water quality, or other normal characteristics of riparian areas. The absence of a floodplain may be an indicator of nonfunctioning condition.

**Objective -** A description of a desired condition for a resource. Objectives can be quantified and measured and, where possible, have established timeframes for achievement.

**Off-highway vehicle (OHV) -** Any motorized vehicle capable of, or designed for, travel on or immediately over land, water, or other natural terrain, excluding: (1) any non-amphibious registered motorboat: (2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; (3) any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved; (4) vehicles in official use; and (5) any combat or combat support vehicle when used for national defense.

**Open -** Designated areas and trails where off-road vehicles may be operated, subject to operating regulations and vehicle standards set forth in BLM Manuals 8341 and 8343, or an area where all types of vehicle use is permitted at all times, subject to the standards in BLM Manuals 8341 and 8343.

**Outstandingly Remarkable Values -** Values among those listed in Section 1(b) of the Wild and Scenic Rivers Act: "scenic, recreational, geological, fish and wildlife, historical, cultural, or other similar values...." Other similar values which may be considered include ecological, biological or botanical, paleontological, hydrological, scientific or research values.

**Ozone -** A faint blue gas produced in the atmosphere from chemical reactions of such sources as burning coal, gasoline and other fuels, and chemicals found in products including solvents, paints, hairsprays, etc.

**Perennial Stream -** Perennial streams carry flowing water continuously throughout the year, regardless of weather conditions. It exhibits well-defined geomorphologic characteristics and in the absence of pollution, thermal modifications, or other man-made

534      **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**   **JUNE 2010**
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106310

disturbances has the ability to support aquatic life. During hydrological drought conditions, the flow may be impaired.

**Permitted Use -** The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease, and expressed in Animal Unit Months.

**Planning Area -** A geographic area for which land use and resource management plans are developed and maintained.

**Prescribed Burn/Fire -** Controlled application of fire to wildland fuels in either their natural or modified state under specified environmental conditions that allow the fire to be confined to a predetermined area and at the same time to produce the fire intensity and rate of spread required to attain planned resource management objectives.

**Prevention of Significant Deterioration (PSD) -** An air pollution permitting program intended to ensure that air quality does not diminish in attainment areas.

**Properly Functioning Condition -** (1) An element of the Fundamental of Rangeland Health for watersheds, and therefore a required element of state or regional standards and guidelines under 43 CFR § 4180.2(b). (2) Condition in which vegetation and ground cover maintain soil conditions necessary to sustain natural biotic communities. Riparian wetland areas are functioning properly when adequate vegetation, landform, or large woody debris is present to dissipate stream energy associated with high water flows, thereby reducing erosion and improving water quality; filter sediment, capture bed load, and aid floodplain development; improve floodwater retention and groundwater recharge; develop root masses that stabilize streambanks against cutting action; develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses; and support greater biodiversity. The functioning condition of riparian-wetland areas is influenced by geomorphic features, soil, water, and vegetation. (4) Uplands function properly when the existing vegetation and ground cover maintain soil conditions capable of sustaining natural biotic communities. The functioning condition of uplands is influenced by geomorphic features, soil, water, and vegetation.

**Public land -** Land or interest in land owned by the United States and administered by the Secretary of the Interior through the BLM without regard to how the United States acquired ownership, except lands located on the Outer Continental Shelf, and lands held for the benefit of Indians, Aleuts, and Eskimos.

**Rangeland Health -** The degree to which the integrity of the soil and ecological processes of rangeland ecosystems are sustained.

**Reasonable Foreseeable Development (RFD) Scenario -** The prediction of the type and amount of oil and gas activity that would occur in a given area. The prediction is based on geologic factors, past history of drilling, projected demand for oil and gas, and industry interest.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                535
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106311

**Recreation and Public Purposes Act (of 1926) -** The Recreation and Public Purposes Act provided for the lease and sale of public lands determined valuable for public purposes. The objective of the Recreation and Public Purposes Act is to meet the needs of State and local government agencies and non-profit organizations by leasing or conveying public land required for recreation and public purpose uses. Examples of uses made of Recreation and Public Purposes lands are parks and greenbelts, sanitary landfills, schools, religious facilities, and camps for youth groups. The act provides substantial cost-benefits for land acquisition and provides for recreation facilities or historical monuments at no cost.

**Recreation Opportunity Spectrum -** A continuum used to characterize recreation opportunities in terms of setting, activity and experience opportunities. The spectrum covers a range of recreation opportunities from primitive to urban. With respect to river management planning, the Recreation Opportunity Spectrum represents one possible method for delineating management units or zones.

**Recreational River -** A river or section of river that is readily accessible by road or railroad, that may have some development along its shoreline, and that may have undergone some impoundment or diversion in the past.

**Resource Management Plan (RMP) -** A land use plan as prescribed by the Federal Land Policy and Management Act that establishes, for a given area of land, land-use allocations, coordination guidelines for multiple-use, objectives, and actions to be achieved.

**Right-of-Way (ROW) -** Means the public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require rights-of-way over, upon, under, or through such lands.

**Riparian Area -** A form of wetland transition between permanently saturated wetlands and upland areas. Riparian areas exhibit vegetation or physical characteristics that reflect the influence of permanent surface or subsurface water. Typical riparian areas include lands along, adjacent to, or contiguous with perennially and intermittently flowing rivers and streams, glacial potholes, and the shores of lakes and reservoirs with stable water levels. Excluded are ephemeral streams or washes that lack vegetation and depend on free water in the soil.

**Rock Art -** Petroglyphs (carvings) or pictographs (paintings) created on natural rock surfaces by native people and depicting their history and culture.

**Rotation -** Regular change in grazing between pastures in an allotment for a permitted period.

**Salable Minerals -** Common mineral varieties such as sand and gravel found on public lands and used mainly for construction. Salable minerals are disposed of by sales to the public or free-use permits to government agencies or nonprofit organizations.

536  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106312

**Scenic Byway -** Highway route with a roadside or corridor of special aesthetic, cultural, or historic value. An essential part of the highway is its scenic corridor. The corridor may contain outstanding scenic vistas, unusual geologic features, or other natural elements.

**Scenic River -** A river or section of river that is free of impoundments and whose shorelines are largely undeveloped but accessible in places by roads.

**Season of Use -** The time during which livestock grazing is permitted on a given range area, as specified in a grazing lease.

**Sensitive Species -** Species designated as sensitive by the BLM State Director, including species that are under status review, have small or declining populations, live in unique habitats, or require special management. BLM Manual 6840 provides policy and guidance for managing special status species.

**Special recreation management area (SRMA) -** A public land unit identified in land use plans to direct recreation funding and personnel to fulfill commitments made to provide specific, structured recreation opportunities (including activities, experiences, and benefits). The BLM recognizes three distinct types of SRMAs: community-based, intensive, and undeveloped big open.

**State Implementation Plan -** A detailed description of the programs a state will use to carry out its responsibilities under the Clean Air Act. State implementation plans are a collection of regulations used by a state to reduce air pollution.

**Surface-disturbing Activities (or Surface Disturbance) -** The physical disturbance and movement or removal of land surface and vegetation. These activities range from the very minimal to the maximum types of surface disturbance associated with such things as off-road vehicle travel or use of mechanized, rubber-tired, or tracked equipment and vehicles; some timber cutting and forest silvicultural practices; excavation and development activities associated with use of heavy equipment for road, pipeline, power line and other types of construction; blasting; strip, pit, and underground mining and related activities, including ancillary facility construction; oil and gas well drilling and field construction or development and related activities; range improvement project construction; and recreation site construction.

**Threatened Species -** Any species which is likely to become endangered within the foreseeable future throughout all or a significant portion of its range.

**Total Maximum Daily Load -** An estimate of the total quantity of pollutants (from point, nonpoint, and natural sources) allowed into waters without exceeding applicable water quality criteria.

**Traditional Cultural Property -** A property that derives significance from traditional values associated with it by a social and/or cultural group such as an Indian tribe or local community. A traditional cultural property may qualify for the National Register if it meets the criteria and criteria exceptions in 36 CFR 60.4.

JUNE 2010         BLM UNCOMPAHGRE FIELD OFFICE, COLORADO         537
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106313

CHAPTER NINE – GLOSSARY

**Valid Existing Rights -** Any legitimate lease established prior to a new authorization, change in land designation, or in regulation.

**Visibility (Air Quality) -** A measurement of the ability to see and identify objects at different distances.

**Visitor Day -** Twelve visitor hours that may be aggregated by one or more persons in single or multiple visits.

**Visitor Use -** Visitor use of a resource for inspiration, stimulation, solitude, relaxation, education, pleasure, or satisfaction.

**Visual Resource Management (VRM) Classes -** Visual resource management classes define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands based on scenic quality, sensitivity level, and distance zones. Each class has an objective which prescribes the amount of change allowed in the characteristic landscape. (from H-1601-1, BLM Land Use Planning Handbook). The four classes are described below:

- Class I provides for natural ecological changes only. This class includes primitive areas, some natural areas, some wild and scenic rivers, and other similar areas where landscape modification activities should be restricted.
- Class II areas are those areas where changes in any of the basic elements (form, line, color, or texture) caused by management activity should not be evident in the characteristic landscape.
- Class III includes areas where changes in the basic elements (form, line, color, or texture) caused by a management activity may be evident in the characteristic landscape. However, the changes should remain subordinate to the visual strength of the existing character.
- Class IV applies to areas where changes may subordinate the original composition and character; however, they should reflect what could be a natural occurrence within the characteristic landscape.

**Volatile Organic Compounds (VOCs) -** Volatile organic chemicals that produce vapors readily; at room temperature and normal atmospheric pressure. Volatile organic chemicals include gasoline, industrial chemicals such as benzene, solvents such as toluene and xylene, and tetrachloroethylene (perchloroethylene, the principal dry cleaning solvent).

**Wild River -** A river or section of river that is free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and waters unpolluted. Wild rivers represent vestiges of primitive America.

**Wilderness -** A congressionally designated area of undeveloped federal land retaining its primeval character and influence, without permanent improvements or human habitation, that is protected and managed to preserve its natural conditions and that (1) generally appears to have been affected mainly by the forces of nature, with human imprints

538  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106314

substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least 5,000 acres or is large enough to make practical its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historic value.

**Wilderness Characteristics -** Wilderness characteristics include size, the appearance of naturalness, outstanding opportunities for solitude or a primitive and unconfined type of recreation. They may also include ecological, geological, or other features of scientific, educational, scenic, or historical value. However Section 2(c) of the Wilderness Act of 1964 has been updated by IM- 2003-195, dated June 20, 2003. Indicators of an area's naturalness include the extent of landscape modifications; the presence of native vegetation communities; and the connectivity of habitats. Outstanding opportunities for solitude or primitive and unconfined types of recreation may be experienced when the sights, sounds, and evidence of other people are rare or infrequent, in locations where visitors can be isolated, alone or secluded from others, where the use of the area is through non-motorized, non-mechanical means, and where no or minimal developed recreation facilities are encountered.

**Wilderness Study Area (WSA) -** A designation made through the land use planning process of a roadless area found to have wilderness characteristics as described in Section 2(c) of the Wilderness Act of 1964.

**Wildland Fire -** Any fire, regardless of ignition source, that is burning outside of a prescribed fire and any fire burning on public lands or threatening public land resources, where no fire prescription standards have been prepared.

**Wildland-Urban Interface (WUI) -** An area within or adjacent to an at risk community that has been identified by a community in its wildfire protection plan or, for areas that do not have such a plan, an area extending; 1) ½ mile from the boundary of an at risk community, or 2) 1 ½ miles when other criteria are met (such as a sustained steep slope or a geographic feature aiding in creating an effective fire break) or is condition class III land, or 3) is adjacent to an evacuation route.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          539
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106315

# CHAPTER TEN
# References

## AIR QUALITY

### Bureau of Land Management

1998    Safety and Health for Field Operations Handbook, BLM Manual Handbook 1112-2. Available online at: http://www.blm.gov/wo/st/en/info/regulations/ Instruction_Memos_and_Bulletins/blm_handbooks.html

### Colorado Department of Public Health and the Environment - Air Pollution Control Division

2004    Colorado 2003 Air Quality Data Report. Available online at: <http://www.colorado.gov/airquality/documents/2003AnnualDataReport.pdf>

2005    Colorado 2004 Air Quality Data Report. Available online at: <http://www.colorado.gov/airquality/documents/2004AnnualDataReport.pdf>

2006    Colorado 2005 Air Quality Data Report. Available online at: <http://www.colorado.gov/airquality/documents/2005AnnualDataReport.pdf>

2007    Colorado 2006 Air Quality Data Report. Available online at: <http://www.colorado.gov/airquality/documents/2006AnnualDataReport.pdf>

2008    Colorado 2007 Air Quality Data Report. Available online at: <http://www.colorado.gov/airquality/documents/2007AnnualDataReport.pdf>

### Community Collaborative Rain, Hail and Snow Network

2009    Maps-Station Number Maps-Colorado. Available online at: <http://www.cocorahs.org/Maps/ViewMap.aspx?type=stations>

### Crocker, M. J. and F.M Kessler

1982    Noise and Noise Control Volume II. CRC Press, Inc. Boca Raton, Florida.

### Environmental Protection Agency

1998    Interim Air Quality Policy on Wildland and Prescribed Fires. Available online at: <www.epa.gov/ttncaaa1/t1/memoranda/firefnl.pdf>

2007    Climate Change - Science - State of Knowledge (Last modified: December 20, 2007). Available online at: <http://www.epa.gov/climatechange/science/stateofknowledge.html>

2008a   AirData: Access to Air Pollution Data. Available online at: <http://www.epa.gov/air/data/index.html>

2008b   Clean Air Status and Trends Network – Download Data. Available online at:

540        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106316

<http://www.epa.gov/castnet/data.html>

2009    National Ambient Air Quality Standards (Last Modified: February 20, 2009). Available online at: <http://www.epa.gov/air/criteria.html>

**Goddard Institute for Space Studies**

2008    Visibility Information Exchange Web System - Data & Metadata - Metadata Browser. Available online at: <http://vista.cira.colostate.edu/views/Web/MetadataBrowser/MetadataBrowser.aspx>

2009    Datasets and Images - Annual Mean Temperature Change for Three Latitude Bands (Last modified: January 9, 2009). Available online at: <http://data.giss.nasa.gov/gistemp/graphs/>

n.d.    Interagency Monitoring of Protected Visual Environments (IMPROVE), http://vista.cira.colostate.edu/improve/

**Intergovernmental Panel on Climate Change**

2007    Climate Change 2007: Synthesis Report (Summary for Policymakers). Cambridge University Press. Cambridge, England and New York, New York. Available online at: <http://www.ipcc.ch/pdf/assessment-report/ar4/syr/ar4_syr_spm.pdf>

**National Academy of Sciences**

2008    Understanding and Responding to Climate Change - Highlights of National Academies Reports - 2008 Edition. Available online at: <http://dels.nas.edu/dels/rpt_briefs/climate_change_2008_final.pdf>

**National Climatic Data Center**

2008    Climatological Data - Colorado - August 2008 - Volume 113, Number 08 - ISSN 0145-050. Available online at: <http://www7.ncdc.noaa.gov/IPS/cd/cd.html>

**U.S. Department of the Interior and Department of Agriculture**

1995    Federal Wildland Fire Management Policy and Program Review - Final Report

2001    Review and Update of the Federal Wildland Fire Management Policy. Available online at: <http://www.nwcg.gov/branches/ppm/fpc/archives/fire_policy/history/index.htm>

2003    Interagency Strategy for the Implementation of Federal Wildland Fire Management Policy

2008    Interagency Prescribed Fire Planning and Implementation Procedures Guide

**U.S. Forest Service**

2008    Chemistry of Lakes, Streams, Bulk Deposition, and Ambient Ozone Monitoring on and near National Forests - Data Access. Available online at: <http://www.fs.fed.us/ARMdata/>

**United States Geological Survey**

2008    National Water Information System - Water Quality Data for the Nation - Field/Lab Samples. Available online at: <http://nwis.waterdata.usgs.gov/usa/nwis/qwdata>

**Western Regional Climatic Center**

2009a    Historical Climate Information - Western U.S. Historical Climate Summaries - New

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        541

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106317

Selection Tool - Western US COOP Station Map - Period of Record Data Tables - Monthly Tabular Data. Available online at: <http://www.wrcc.dri.edu/coopmap/>

2009b   Historical Climate Information - Western U.S. Historical Climate Summaries - New Selection Tool - Western US COOP Station Map - Temperatures - Daily Extremes and Averages. Available online at: <http://www.wrcc.dri.edu/coopmap/>

2009c   WRCC Projects-RAWS Data-RAWS USA Climate Archive-Wind Rose Graph and Tables. Available at: <http://www.raws.dri.edu/index.html>

2009d   WRCC Projects-RAWS Data-RAWS USA Climate Archive-Station Maps and Data-Colorado. Available online at: <http://www.raws.dri.edu/wraws/coF.html>

## GEOLOGY

**Bradley, W.H.**

1964   Geology of Green River Formation and Associated Eocene Rocks in Southwestern Wyoming and Adjacent Parts of Colorado and Utah. U.S. Geological Survey Professional Paper 496-A. In: Steigers 1999.

**Donnell, J.R.**

1961   Tertiary Geology and Oil Shale Resources of the Piceance Creek Basin Between the Colorado and White Rivers, Northwestern Colorado. U.S. Geological Survey Bulletin 1082-L. In: Steigers 1999.

**Dunn, Hal**

1972   The Piceance Basin and Axial Basin Uplift. In Geologic Atlas of the Rocky Mountain Region. Rocky Mountain Association of Geologists. Colorado: Hirschfeld Press.

**Gloyn, R.W., Morgan, C.D., Tabet, D.E., Bickett, R.E., Tripp, B.T., and Lowe, Mike**

1995   Mineral, energy, and ground water resources of San Juan County, Utah: Utah Geological Survey Special Study 86, 24 p.

**Green, G.N.**

1992   The Digital Geologic Map of Colorado in ARC/INFO Format: U.S. Geological Survey Open-File Report 92-0507, 9 p.

**Hahn, G. and Thorson, J.P.**

2002   Geology of the Lisbon Valley sandstone-hosted disseminated copper deposits, San Juan County, Utah: unpublished manuscript.

**Hintze, L.F.**

1988   Geologic History of Utah: Brigham Young University Geology Studies Special Publications 7, 202 p.

**Johnson, R.C**

1979   Cross-section B-B' of Upper Cretaceous and Lower Tertiary Rocks, Northern Piceance Creek Basin, Colorado. U.S. Geological Survey Miscellaneous Field Investigations Report MF-1129B, 2 sheets.

542      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106318

**Kelley, V.C.**

1958a    Tectonics of the region of the Paradox Basin, in Sanborn, A.F., ed., Guidebook to the Geology of the Paradox Basin: Intermountain Association of Petroleum Geologists, p.31–38.

1958b    Tectonics of the Black Mesa region of Arizona, in Anderson, R.Y., and Harshbarger, J.W., eds., Guidebook of the Black Mesa Basin, Northeastern Arizona: New Mexico Geological Society, p. 137–144.

**Kellogg, Harold E**

1977    Geology and Petroleum of the Mancos B Formation, Douglas Creek Arch Area, Colorado and Utah. In Veal, Harry K., ed., Exploration Frontiers of the Central and Southern Rockies, Colorado: Rocky Mountain Association of Geologists.

**Kellogg, K.S.**

2004    The geologic story of Gunnison Gorge National Conservation Area: U.S. Geological Survey Professional Paper 1699.

**Molenaar, C.M.**

1987    Correlation Chart - Paradox Basin and vicinity, in Campbell, J.A., editor, Geology of Cataract Canyon and vicinity: Four Corners Geological Society, 10th Field Conference, page 17.

**O'Sullivan, R.B.**

1996    Comparison of the Middle Jurassic San Rafael Group at Church Rock and at Bluff in Southeastern Utah, in Huffman, A.C., Lund, W.R., and Godwin, L.H., editors, 1996, Geology and Resources of the Paradox Basin: Utah Geological Association and Four Corners Geological Society Guidebook 25, pp. 191-196.

**Regmi, Netra, Giardino, John R., and Vitek, John D.**

2008    Spatial Distribution of Mass Movement In the Paonia-McClure Pass Area, Colorado, USA, Geological Society of America Abstracts with Programs, Vol. 40, No. 6, p. 465.

**Turner-Peterson, C.E., Santos, E.S., and Fishman, N.S., editors**

1986    A basin analysis case study: the Morrison Formation, Grants Uranium Region, New Mexico: American Association of Petroleum Geologists, AAPG Studies in Geology No. 22, 388 p.

**Wengerd, S.A. and Matheny, M.L.**

1958    Pennsylvanian system of the Four Corners region, American Association of Petroleum Geologists Bulletin, v. 42, no. 9, p. 2048-2106.

**Wood, H.B.**

1968    Geology and exploitation of uranium deposits in the Lisbon Valley area, Utah in Ridge, J.D., editor, Ore deposits of the United States, 1933-1967: American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc, p. 770-789.

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  543
*Analysis of the Management Situation for the Uncompahgre Planning Area*

BLM_0106319

**Woodward-Clyde Consultants**

1982    Geologic Characterization Report for the Paradox Basin Study Region Utah Study Areas, Vols. II and III, Elk Ridge: Prepared for Battelle Memorial Institute, ONWI-290.

## SOIL AND WATER RESOURCES

**Bureau of Land Management**

1984    Environmental Assessment for the Elephant Skin Wash, Salinity Control Project, EA# CO-030-U84-27.

1997    Environmental Assessment for Standards for Public Land Health and Guidelines for Livestock Grazing Management, Colorado.

2000    Recreation Guidelines to Meet Public Land Health Standards on Bureau of Land Management Managed Lands, Colorado.

2001    Biological Soil Crusts: Ecology and Management, Technical Reference 1730-2.

2007    Hydraulic Considerations for Pipelines Crossing Stream Channels. BLM Technical Note 423, April.

**Bureau of Reclamation**

1984    Colorado River Water Quality Office, Colorado River Basin Salinity Control Act, Public Law 93-320 June 24, 1974, as amended by Public Law 98-569, October 30, 1984, Denver, Colorado.

**Colorado Department of Public Health and Environment**

2004    Source Water Assessment Methodologies for Surface and Ground Waters, prepared for the Colorado Water Quality Control Division by Eneco Tech Inc.

2006    PRISM Group at Oregon State University. United States Average Monthly or Annual Precipitation, 1971 - 2000. Corvallis, Oregon, USA

**Colorado Water Quality Control Commission**

2007a    Basic standards and Methodologies for Surface Water - Regulation #31 (5CCR-1002-31)

2007b    Classification and Numeric Standards for Gunnison and Lower Dolores Basins - Regulation # 35 (5CCR-1002-35)

2008a    Colorado Monitoring and Evaluation List, April - Regulation # 94 (5CCR 1002- 94)

2008b    303(d), Water Quality Limited Segments Requiring Total Maximum Daily Load (TMDLs), Regulation # 93(5CCR 1002-93)

**Natural Resources Conservation Service**

n.d.    Hydrologic Soil groups, Web Soil Survey website: http://websoilsurvey.nrcs.usda.gov/app/

**U.S. Department of Agriculture Soil Conservation Service and Colorado State University**

1980    Important Farmlands of Colorado, State Summary and Map, Special Series 17.

**544**        **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**    **JUNE 2010**
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106320

CHAPTER TEN – REFERENCES

**Utah Department of Natural Resources**

1996    Safe Drinking Water Act. Amendments to the Safe Drinking Water Act, Public Law 104-182, 104th Congress.

2006    Range-Wide Conservation Agreement and Strategy for Roundtail Chub (*Gila robusta*), Bluehead Sucker (*Catostomus discobolus*), and Flannelmouth Sucker (*Catostomus latipinnis*), prepared for the Colorado River Fish and Wildlife Council, by the Utah Department of Natural resources, Division of Wildlife Resources, Publication Number 06-18.

**Western Water Assessment (University of Colorado at Boulder and the National Oceanic and Atmospheric Administration)**

2008    Climate Change in Colorado. A Synthesis to Support Water Resources Management and Adaptation, A report for the Colorado Water Conservation Board.

**Ypsilantis, William**

2008    Vulnerability to degradation, unpublished.  A National Cooperative Soil Survey interpretation.

## VEGETATION

**Bureau of Land Management**

1993    Process for Assessing Proper Functioning Condition. TR 1737-9. 51pp.

1997    Colorado Public Land Health Standards. Amendment to the Uncompahgre Basin and San Juan/San Miguel RMPs.

1999-    Uncompahgre Field Office Land Health Assessments. Unpublished.
2009

2008a    Draft Resource Management Plan Amendment/Environmental Assessment for the Uncompahgre Field Office Dry Creek Travel Management Plan.

2008b    Unpublished Proper Functioning Condition data.

**Colorado Natural Heritage Program**

2003    Field Guide to the Wetland and Riparian Plant Associations of Colorado. Colorado State University.

**Eisenhart, Karen**

2004    Historic Range of Variability of Pinyon-Juniper Woodlands in Pinon-Juniper Woodlands of Western Colorado. PhD Dissertation submitted to the University of Colorado.

**Environmental Protection Agency**

2005    Level III and IV Ecoregions of Colorado, Edition: v1. Geospatial Data Presentation Form: vector digital data. Available online at: <ftp://ftp.epa.gov/wed/ecoregions/co/co_eco.zip>.

**Lyon, Peggy and J Sovell**

2000    A Natural Heritage Assessment San Miguel and Western Montrose Counties, Colorado. Colorado Natural Heritage Program. Ft. Collins, CO.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          545

*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106321

**Lyon, P., T. Stephens, J. Siemers, D. Culver, P. Pineda, and J. Zoerner**

1999    The Uncompahgre River Basin: a natural heritage assessment. Colorado Natural Heritage Program. Fort Collins, CO.

**Ray, Andrea, J Barsugli, and K Averyt**

2008    Climate Change in Colorado: A synthesis to support water resources management and adaptation. CU-NOAA Western Water Assessment.

**Shinneman, Doug**

2006    PhD thesis on restoration opportunities for sagebrush and pinyon-juniper communities on the Uncompahgre Plateau. University of Wyoming.

**The Nature Conservancy**

2002a    Southern Rocky Mountains: An Ecoregional Assessment and Conservation Blueprint. Version 1.0

2002b    A Conservation Assessment of the Colorado Plateau Ecoregion.

## FISH AND WILDLIFE

**Cornell Lab of Ornithology**

n.d.    All about birds: bird guide. < http://www.allaboutbirds.org/guide/> Accessed 05/15/2009.

**Fish and Wildlife Service**

2008    Birds of Conservation Concern 2008. United States Department of Interior, Fish and Wildlife Service, Division of Migratory Bird Management, Arlington, Virginia. 85 pp. Available online at <http://www.fws.gov/migratorybirds/>.

**San Juan Institute of Natural and Cultural Resources**

n.d.    Colorado Breeding Bird Atlas. Fort Lewis College, Durango, Colorado. <http://www.cobreedingbirdatlasii.org/> Accessed: 05/15/2009.

## WILDLAND FIRE ECOLOGY AND MANAGEMENT

**Bureau of Land Management**

2002    Fire Management Plan, Uncompahgre Field Office, Montrose, CO.

**Thomas R. Karl, Jerry M. Melillo, and Thomas C. Peterson, (eds.)**

2009    Global Climate Change Impacts in the United States. Cambridge Press.

## CULTURAL RESOURCES

**Bureau of Land Management**

2004    BLM Manual Section 8110, Evaluating Cultural Resources.

546        **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106322

## PALEONTOLOGICAL RESOURCES

**Bureau of Land Management**

1998    Manual Section 8270 - Paleontological Resource Management and BLM Handbook (H-8270-1) General Procedural Guidance for Paleontological Resource Management.

2007    Washington Office Instruction Memorandum 2008-009, Potential Fossil Yield Classification System for Paleontological Resources on Public Lands.

## LIVESTOCK GRAZING

**Bureau of Land Management and U.S. Forest Service**

2003    Dry Creek/Spring Creek Vegetation Management Strategy, Volume I.

## FOREST AND WOODLAND PRODUCTS

**Colorado Department of Natural Resources, Colorado State Forest Service**

2005    Report on the Health of Colorado's Forests. Available online at: <http://www.dnr.state.co.us>.

**Eisenhart, Karen**

2004    Historic Range of Variability of Pinyon-Juniper Woodlands in Pinon-Juniper Woodlands of Western Colorado. PhD Dissertation submitted to the University of Colorado.

## UTILITY CORRIDORS AND COMMUNICATION SITES

**Bureau of Land Management**

n.d.    LR2000 Land & Mineral Legacy Rehost 2000 System. Available online at: <http://www.blm.gov/lr2000/>

**Department of Energy, Bureau of Land Management, U.S. Forest Service, and Department of Defense**

n.d.    West-Wide Energy Corridor Designation Programmatic Environmental Impact Statement project website. Available online at: <http://corridoreis.anl.gov/>

## ENERGY AND MINERALS

**Bureau of Land Management and U.S. Forest Service**

2000    LR2000, August 17, 2000, Case Information Data Results for Oil and Gas Unitization and Communitization Agreements.

2008a   Final Programmatic Environmental Impact Statement for Geothermal Leasing in the Western United States.

2008b   Geocommunicator, Mining claim query. http://www.geocommunicator.gov/blmMap/Map.jsp?MAP=MC

**Dahle, D., Kirby, M., Heimiler, D., Farhar, B., and Owens, B.**

2003    Assessing the Potential for Renewable Energy on Public Lands, DOE - National

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          547
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106323

Renewable Energy Laboratory, DOI – BLM.

**Gloyn, R.W., Morgan, C.D., Tabet, D.E., Bickett, R.E., Tripp, B.T., and Lowe, Mike**

1995    Mineral, energy, and ground water resources of San Juan County, Utah: Utah Geological Survey Special Study 86, 24 p.

**Hintze, L.F.**

1988    Geologic History of Utah: Brigham Young University Geology Studies Special Publications 7, 202 p.

**Turner-Peterson, C.E., Santos, E.S., and Fishman, N.S., editors**

1986    A basin analysis case study: the Morrison Formation, Grants Uranium Region, New Mexico: American Association of Petroleum Geologists, AAPG Studies in Geology No. 22, 388 p.

**U.S. Geological Survey**

2002    Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Utah and Colorado, Compiled by USGS Uinta-Piceance Assessment Team, U.S. Geological Survey Digital Data Series 69-B.

**Wengerd, S.A. and Matheny, M.L.**

1958    Pennsylvanian system of the Four Corners region, American Association of Petroleum Geologists Bulletin, v. 42, no. 9, p. 2048-2106.

**Wood, H.B.**

1968    Geology and exploitation of uranium deposits in the Lisbon Valley area, Utah in Ridge, J.D., editor, Ore deposits of the United States, 1933-1967: American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc, p. 770-789.

**Woodward-Clyde Consultants**

1982    Geologic Characterization Report for the Paradox Basin Study Region Utah Study Areas, Vols. II and III, Elk Ridge: Prepared for Battelle Memorial Institute, ONWI-290.

## RECREATION

**Bureau of Land Management**

2005    Land Use Planning Handbook - BLM Handbook H-1601-1. Internet Web site: http://www.blm.gov/nhp/200/wo210/landuse_hb.pdf.

## TRAVEL AND TRANSPORTATION MANAGEMENT

**Bureau of Land Management**

2005    Land Use Planning Handbook H-1601-1. Available online at: <http://www.blm.gov/pgdata/etc/medialib/blm/wo/Information_Resources_Management/policy/blm_handbook.Par.38665.File.dat/h1601-1.pdf.>

2007    Travel Management in Colorado: Colorado. BLM Travel Management. Available online at: <http://www.blm.gov/co/st/en/BLM_Programs/recreation/tm/Background.html>

548        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106324

## WILD AND SCENIC RIVERS

**Bureau of Land Management**

1992    Wild and Scenic Rivers-Policy and Program Direction for Identification, Evaluation, and Management. BLM Manual 8351. Rel. 8-61. Washington DC.

Wild and Scenic Rivers Act, Public Law 90-542, as amended.

## SCENIC BYWAYS

**Colorado Department of Transportation**

2010    "Colorado Scenic Byways: Overview." www.coloradobyways.org. http://www.coloradodot.info/travel/scenic-byways

n.d.     http://www.byways.org.

## WITHDRAWALS

**Bureau of Land Management**

n.d.     LR2000 Land & Mineral Legacy Rehost 2000 System. Available online at: <http://www.blm.gov/lr2000/>

2008    Bureau of Land Management Monticello Field Office Record of Decision and Approved Resource Management Plan. Available online at: http://www.blm.gov/ut/st/en/fo/monticello/planning/Monticello_Resource_Management_Plan.html

2009    Dave Sinton, Geographic Information System data, Uncompahgre Field Office.

## TRIBAL INTERESTS

**Bureau of Land Management**

1990    Manual 8160, Native American Coordination and Consultation.

1994    H-8160-1 - General Procedural Guidance for Native American Consultation.

**Ott, Richard**

1990    Native American Graves Protection and Repatriation Act of 1990, as amended.

1996a   Executive Order 13007– Indian Sacred Sites, dated May 24, 1996.

1996b   American Indian Religious Freedom Act of 1978. August 11, 1978 (Public Law 95-341, 42 U.S.C. 1996 and 1996a).

2006    National Historic Preservation Act of 1966, as amended.

2009    "Perspectives on Ute Ethnohistory in West Central Colorado," Dominguez Archaeological Research Group, pg 2-3.

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          549
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106325

## PUBLIC SAFETY

**Bureau of Land Management, Environmental Protection Agency, Mine Safety and Health Administration, National Park Service, Office of Surface Mining, U.S. Forest Service, U.S. Geological Survey, and U.S. Army Corps of Engineers**

2008      Abandoned Mine Lands Portal, website: http://www.abandonedmines.gov/.

**Buria, Bernard**

2008      Personal Communications with BLM UFO Environmental Protection Specialist Bernard Buria.

**Colorado Division of Reclamation, Mining and Safety**

2006      "Abandoned Mine Safety." Available online at: <http://mining.state.co.us/Abandoned%20Mines.htm>. Accessed on 16 Dec 2008.

**Colorado Geological Survey**

2004      Mudslides and Debris Flows. Colorado Geological Survey webpage. Denver, Colorado. Available online at: http://geosurvey.state.co.us/Default.aspx?tabid=172

**Environmental Protection Agency**

2006      Uranium Location Database Compilation, EPA Document 402-R-05-009, Figure 3. http://www.epa.gov/radiation/tenorm/pubs.html#uraniumdatabase

**Regmi, Netra, Giardino, John R., and Vitek, John D.**

2008      Spatial Distribution of Mass Movement In the Paonia-McClure Pass Area, Colorado, USA, Geological Society of America Abstracts with Programs, Vol. 40, No. 6, p. 465.

550      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106326



# Appendix A - Table of Livestock Grazing Allotments

BLM_0106327