**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



### TABLE 2.36 - LIVESTOCK GRAZING IN THE PLANNING AREA

| ALLOT-MENT # | ALLOTMENT NAME | BLM ACRES | OTHER ACRES | TOTAL ALLOT-MENT | % PUBLIC LAND FORAGE | STATUS CODE | ACTIVE AUMs | SUSPEND AUMs | TOTAL PERMIT AUMs | STOCK TYPE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0019 | CHAFFEE | 2,188 | 162 | 2,351 | 100 | C | 80 | 0 | 80 | cattle | 6/1 | 6/15 | 10/1 | 10/15 |
| 2660 | RADIO TOWER | 424 | 630 | 1,054 | 10 | C | 14 | 0 | 14 | cattle | 4/15 | 5/15 | 12/15 | 2/15 |
| 3277 | DELTA PIPELINE | 6,023 | 4 | 6,027 | 100 | C | 563 | 0 | 563 | sheep | 12/1 | 3/20 | | |
| 5000 | LOWER ROUBIDEAU CANYON | 572 | 120 | 692 | 100 | C | 24 | 0 | 24 | cattle | 5/15 | 5/16 | 11/30 | 12/1 |
| 5018 | CRAWFORD RESERVOIR | 260 | 0 | 260 | 100 | C | 24 | 0 | 24 | cattle | 5/2 | 10/29 | | |
| 5027 | ADOBE | 313 | 81 | 394 | 24 | C | 24 | 0 | 24 | cattle | 5/1 | 5/31 | | |
| 5028 | DOUG CREEK | 403 | 625 | 1,028 | 40 | C | 60 | 0 | 60 | cattle | 5/16 | 6/30 | | |
| 5029 | SPRING GULCH | 1,155 | 1,273 | 2,429 | 20 | C | 111 | 0 | 111 | cattle | 6/1 | 9/20 | | |
| 5034 | RAWHIDE - COFFEE POT | 1,246 | 5 | 1,251 | 20 | C | 33 | 0 | 33 | sheep | 5/16 | 5/29 | 10/1 | 11/5 |
| 5036 | BIG GULCH - 40 | 40 | 0 | 40 | 100 | C | 6 | 0 | 6 | sheep | 4/15 | 5/31 | | |
| 5040 | PINE RIDGE | 80 | 400 | 480 | 1 | C | 14 | 0 | 14 | cattle | 6/1 | 11/15 | | |
| 5041 | EAST GOULD RESERVOIR | 603 | 691 | 1,294 | 20 | C | 20 | 0 | 20 | cattle | 5/16 | 6/15 | | |
| 5043 | COLLINS | 201 | 766 | 967 | 10 | C | 10 | 0 | 10 | cattle | 5/16 | 6/15 | | |
| 5044 | BIG PASTURE | 202 | 1,821 | 2,023 | 5 | C | 15 | 0 | 15 | cattle | 5/16 | 6/15 | | |
| 5049 | SMITH FORK IND. | 462 | 207 | 670 | 100 | C | 6 | 0 | 6 | cattle | 5/1 | 6/1 | 6/1 | 7/1 |
| 5050 | ALLEN RESERVOIR | 212 | 486 | 698 | 29 | C | 39 | 0 | 39 | cattle | 6/1 | 6/30 | 10/15 | 10/30 |
| 5051 | RIM ROCK ALLOTMENT | 42 | 1,037 | 1,079 | 1 | C | 1 | 0 | 1 | cattle | 5/1 | 12/31 | | |
| 5052 | CUT OFF ALLOTMENT | 30 | 129 | 159 | 1 | C | 1 | 0 | 1 | cattle | 4/1 | 9/30 | | |
| 5501 | FLATIRON | 2,700 | 7 | 2,707 | 100 | C | 333 | 0 | 333 | cattle | 11/21 | 1/11 | | |
| 5502 | SANDY WASH | 7,257 | 161 | 7,418 | 100 | I | 707 | 213 | 920 | sheep | 12/1 | 3/15 | | |
| 5503 | GREEN | 754 | 298 | 1,052 | 100 | C | 39 | 88 | 127 | cattle | 5/1 | 6/30 | 10/10 | 1/10 |
| 5504 | ROATCAP | 2,811 | 181 | 2,992 | 100 | C | 264 | 0 | 264 | cattle | 5/1 | 7/30 | 10/10 | 1/10 |

BLM_0106328

APPENDIX A – LIVESTOCK GRAZING ALLOTMENTS

| ALLOT-MENT # | ALLOTMENT NAME | BLM ACRES | OTHER ACRES | TOTAL ALLOT-MENT | % PUBLIC LAND FORAGE | STATUS CODE | ACTIVE AUMs | SUSPEND AUMs | TOTAL PERMIT AUMs | STOCK TYPE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5505 | TRANSFER ROAD | 2,738 | 126 | 2,864 | 100 | C | 214 | 182 | 396 | cattle | 12/3 | 1/4 | | |
| 5506 | CUSHMAN | 6,651 | 53 | 6,704 | 100 | C | 728 | 0 | 728 | sheep | 12/15 | 3/15 | | |
| 5507 | PIPELINE | 10,187 | 22 | 10,209 | 100 | C | 600 | 0 | 600 | cattle | 5/15 | 6/30 | 10/10 | 1/9 |
| 5508 | GOVERNMENT SPRINGS | 2,218 | 0 | 2,218 | 100 | I | 125 | 0 | 125 | sheep | 5/1 | 5/30 | 10/19 | 11/30 |
| 5509 | COAL CREEK | 303 | 203 | 507 | 100 | C | 42 | 0 | 42 | cattle | 4/1 | 5/30 | | |
| 5510 | BALD HILLS | 270 | 1,296 | 1,566 | 7 | C | 22 | 1 | 23 | cattle | 6/1 | 11/9 | | |
| 5511 | SHAVANO MESA | 2,089 | 0 | 2,089 | 100 | C | 200 | 126 | 326 | sheep | 2/1 | 3/14 | | |
| 5512 | FRANKLIN MESA | 2,844 | 0 | 2,844 | 100 | C | 315 | 0 | 315 | cattle | 5/15 | 6/30 | 10/10 | 1/10 |
| 5513 | DRY CREEK BASIN | 6,172 | 0 | 6,172 | 100 | C | 385 | 0 | 385 | cattle | 5/15 | 6/30 | 10/10 | 1/9 |
| 5514 | EAST FORK DRY CREEK | 156 | 634 | 790 | 7 | C | 11 | 0 | 11 | cattle | 6/1 | 8/10 | 7/23 | 10/1 |
| 5515 | SOUTH PINEY | 4,822 | 0 | 4,822 | 100 | C | 184 | 0 | 184 | cattle | 5/15 | 6/30 | 10/10 | 1/8 |
| 5516 | PINEY ALLOTMENT | 3,738 | 973 | 4,711 | 85 | I | 373 | 31 | 404 | cattle | 6/1 | 10/5 | | |
| 5517 | SPRING CREEK | 448 | 62 | 510 | 100 | C | 59 | 0 | 59 | cattle | 5/31 | 10/16 | | |
| 5518 | DAVE WOOD ROAD | 2,635 | 5 | 2,639 | 100 | C | 144 | 125 | 269 | sheep | 5/9 | 6/8 | 11/1 | 12/31 |
| 5519 | SIMMS MESA | 9,322 | 0 | 9,322 | 100 | I | 450 | 0 | 450 | sheep | 5/1 | 5/30 | 10/19 | 11/30 |
| 5520 | LOWER HORSEFLY COMBINED | 6,606 | 154 | 6,760 | 100 | I | 307 | 0 | 307 | sheep | 5/1 | 5/30 | 10/19 | 11/30 |
| 5521 | HIGHWAY 90 | 6,002 | 202 | 6,204 | 97 | C | 313 | 695 | 1,008 | sheep | 4/15 | 6/3 | 2/8 | 2/28 |
| 5522 | BEAVER HILL | 6,014 | 0 | 6,014 | 100 | C | 576 | 0 | 576 | sheep | 5/8 | 6/15 | 10/1 | 2/28 |
| 5523 | HORSEFLY | 701 | 651 | 1,352 | 100 | C | 12 | 28 | 40 | cattle | 6/1 | 9/30 | | |
| 5525 | DRY CREEK PLACE | 132 | 170 | 302 | 2 | C | 17 | 0 | 17 | cattle/horse | 12/1 | 5/20 | | |
| 5528 | CHAFFEE GULCH | 605 | 141 | 746 | 40 | C | 106 | 0 | 106 | cattle | 5/16 | 6/30 | 10/16 | 11/30 |
| 5529 | LOG HILL | 3,784 | 616 | 4,400 | 81 | C | 189 | 27 | 216 | cattle/sheep | 5/1 | 6/11 | | |
| 5530 | TINKLER INDIVIDUAL | 2,158 | 456 | 2,614 | 100 | C | 20 | 0 | 20 | cattle | 5/1 | 6/30 | | |

BLM UNCOMPAHGRE FIELD OFFICE, COLORADO
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106329

**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



| ALLOT-MENT # | ALLOTMENT NAME | BLM ACRES | OTHER ACRES | TOTAL ALLOT-MENT | % PUBLIC LAND FORAGE | STATUS CODE | ACTIVE AUMS | SUSPEND AUMS | TOTAL PERMIT AUMS | STOCK TYPE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5533 | ONION LAKES | 466 | 0 | 466 | 100 | C | 30 | 0 | 30 | cattle/sheep | 7/1 | 8/1 | | |
| 5532 | BURRO RIDGE | 198 | 606 | 804 | 20 | C | 15 | 0 | 15 | cattle | 5/1 | 6/15 | | |
| 5534 | SHINN PARK/SOUTH CANAL | 5,487 | 25 | 5,512 | 100 | C | 288 | 28 | 316 | sheep | 12/1 | 1/11 | | |
| 5535 | CEDAR CREEK | 200 | 960 | 1,160 | 13 | C | 6 | 0 | 6 | cattle | 5/10 | 5/22 | | |
| 5537 | DRY CEDAR | 4,765 | 22 | 4,787 | 100 | M | 360 | 0 | 360 | sheep | 1/12 | 3/4 | | |
| 5538 | ROCK DITCH | 60 | 75 | 135 | 28 | C | 9 | 0 | 9 | cattle | 11/1 | 11/30 | | |
| 5540 | DRY GULCH | 5,504 | 500 | 6,004 | 100 | I | 250 | 0 | 250 | cattle | 5/1 | 5/30 | 10/1 | 11/1 |
| 5541 | DOWNING | 120 | 321 | 441 | 20 | C | 27 | 0 | 27 | cattle | 5/26 | 6/17 | 9/13 | 9/30 |
| 5546 | WATERDOG BASIN | 394 | 392 | 786 | 50 | C | 35 | 0 | 35 | cattle | 6/10 | 6/30 | | |
| 5547 | SLAGLE PASS | 287 | 329 | 616 | 20 | M | 30 | 0 | 30 | cattle | 7/1 | 10/10 | | |
| 5548 | WASHBOARD ROCK | 1,006 | 4,104 | 5,110 | 100 | C | 34 | 0 | 34 | cattle | 6/1 | 9/1 | | |
| 5549 | HIGH PARK | 1,457 | 677 | 2,134 | 75 | C | 60 | 0 | 60 | cattle | 7/1 | 8/31 | | |
| 5555 | TAYLOR DRAW | 636 | 479 | 1,115 | 6 | M | 18 | 0 | 18 | cattle | 4/26 | 6/15 | | |
| 5562 | HILLSIDE | 119 | 39 | 158 | 100 | C | 40 | 0 | 40 | cattle | 6/6 | 9/15 | | |
| 5563 | MOONSHINE PARK | 239 | 636 | 875 | 4 | C | 7 | 0 | 7 | cattle | 6/6 | 10/10 | | |
| 5566 | COW CREEK | 516 | 316 | 832 | 50 | C | 70 | 35 | 105 | cattle | 6/10 | 7/1 | | |
| 5568 | BALDY | 625 | 0 | 625 | 100 | I | 88 | 0 | 88 | cattle | 7/3 | 7/26 | | |
| 5569 | HAIRPIN | 837 | 5 | 842 | 2 | C | 18 | 0 | 18 | cattle | 7/1 | 8/25 | | |
| 5570 | CEDAR | 1,530 | 767 | 2,297 | 48 | I | 226 | 0 | 226 | cattle | 5/7 | 10/16 | | |
| 5575 | TAPPAN CREEK | 408 | 0 | 408 | 100 | C | 18 | 0 | 18 | sheep | 5/1 | 5/30 | 10/19 | 11/30 |
| 7007 | UNCOMPAHGRE BENCH | 5,214 | 160 | 5,374 | 96 | C | 329 | 64 | 393 | cattle | 11/15 | 1/1 | | |
| 7008 | TWENTY-FIVE MESA - SOUTH | 5,746 | 470 | 6,216 | 100 | I | 329 | 30 | 359 | cattle | 5/17 | 6/1 | 10/16 | 10/27 |
| 7063 | GRAVEL PIT | 979 | 182 | 1,161 | 34 | C | 43 | 0 | 43 | cattle | 5/25 | 6/5 | | |

**APPENDIX A – LIVESTOCK GRAZING ALLOTMENTS**

APPENDIX A – LIVESTOCK GRAZING ALLOTMENTS

| Allot-ment # | Allotment Name | BLM Acres | Other Acres | Total Allot-ment | % Public Land Forage | Status Code | Active AUMs | Suspend AUMs | Total Permit AUMs | Stock Type | Grazing Period Begin Date | Grazing Period End Date | Grazing Period Begin Date | Grazing Period End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7075 | LAVENDER | 1,305 | 2,469 | 3,774 | 100 | M | 31 | 0 | 31 | cattle | 3/1 | 2/28 | | |
| 7076 | HOUSER | 4,378 | 3,520 | 7,898 | 6 | I | 164 | 111 | 275 | cattle | 12/1 | 3/14 | | |
| 7200 | RIVER ALLOTMENT | 2,710 | 408 | 3,118 | 100 | C | 117 | 0 | 117 | cattle | 6/15 | 10/15 | | |
| 7201 | HOME RANCH | 1,025 | 5,700 | 6,725 | 5 | C | 79 | 0 | 79 | cattle | 10/1 | 7/1 | | |
| 7202 | UPPER MAVERICK DRAW | 493 | 1,433 | 1,926 | 10 | C | 6 | 69 | 75 | cattle | 11/15 | 12/14 | | |
| 7203 | NATURITA CANYON | 660 | 127 | 787 | 15 | C | 28 | 0 | 28 | cattle | 12/1 | 4/1 | | |
| 7204 | BEAVER RIM | 263 | 150 | 413 | 66 | C | 12 | 0 | 12 | horse | 6/6 | 7/5 | | |
| 7205 | LEOPARD CREEK | 321 | 404 | 725 | 5 | M | 12 | 0 | 12 | sheep | 6/1 | 7/15 | 10/1 | 11/1 |
| 7206 | MCKEE DRAW | 1,302 | 0 | 1,302 | 100 | C | 74 | 0 | 74 | cattle | 5/15 | 6/14 | 11/15 | 12/15 |
| 7207 | BIG BEAR CREEK | 484 | 313 | 797 | 5 | C | 20 | 0 | 20 | cattle | 6/1 | 11/1 | | |
| 7208 | UPPER MAILBOX ALLOTMENT | 717 | 41 | 758 | 73 | C | 176 | 0 | 176 | cattle | 5/1 | 6/14 | 12/1 | 12/30 |
| 7209 | HAMILTON MESA | 409 | 1,035 | 1,444 | 100 | C | 26 | 0 | 26 | cattle | 6/1 | 6/30 | 10/1 | 10/31 |
| 7210 | LITTLE MAVERICK DRAW | 292 | 231 | 523 | 60 | I | 30 | 0 | 30 | cattle | 1/15 | 2/28 | | |
| 7211 | LOWER BEAVER CANYON | 669 | 0 | 669 | 100 | C | 50 | 0 | 50 | cattle | 6/1 | 6/30 | | |
| 7213 | LOWER PINION | 210 | 581 | 791 | 3 | C | 3 | 0 | 3 | cattle | 5/15 | 6/1 | | |
| 7216 | LOWER ROC CREEK | 106 | 173 | 279 | 10 | I | 5 | 0 | 5 | cattle | 12/25 | 1/25 | | |
| 7218 | NORWOOD HILL ALLOTMENT | 189 | 160 | 349 | 15 | C | 9 | 0 | 9 | cattle | 10/1 | 11/30 | | |
| 7219 | BOLINGER DITCH | 123 | 120 | 243 | 15 | C | 8 | 0 | 8 | cattle | 6/1 | 9/10 | | |
| 7220 | WILLIAMS DITCH ALLOTMENT | 18 | 81 | 99 | 25 | C | 5 | 0 | 5 | cattle | 9/15 | 11/30 | | |
| 7222 | COVENTRY | 863 | 0 | 863 | 100 | C | 70 | 0 | 70 | cattle | 11/16 | 12/6 | | |
| 7223 | LITTLE BALDY | 1,398 | 1,910 | 3,308 | 20 | C | 175 | 0 | 175 | cattle | 5/16 | 7/15 | 10/1 | 11/14 |
| 7225 | OAK HILL | 42 | 650 | 692 | 4 | C | 5 | 0 | 5 | cattle | 6/1 | 11/1 | | |
| 7227 | REDVALE | 376 | 0 | 376 | 100 | C | 20 | 0 | 20 | cattle | 11/1 | 12/14 | | |

**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106331

**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



| ALLOT-MENT # | ALLOTMENT NAME | BLM ACRES | OTHER ACRES | TOTAL ALLOT-MENT | % PUBLIC LAND FORAGE | STATUS CODE | ACTIVE AUMS | SUSPEND AUMS | TOTAL PERMIT AUMS | STOCK TYPE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7230 | MUD SPRINGS | 3,954 | 242 | 4,196 | 94 | C | 593 | 0 | 593 | cattle | 5/1 | 6/1 | 12/9 | 2/28 |
| 7232 | BUCK | 133 | 63 | 196 | 40 | C | 47 | 0 | 47 | cattle/horse | 5/10 | 12/15 | | |
| 7233 | MIDDLE HAMILTON LEASE | 1,186 | 584 | 1,770 | 50 | C | 75 | 0 | 75 | cattle | 12/15 | 5/15 | | |
| 7234 | LOWER HAMILTON | 722 | 311 | 1,033 | 70 | C | 81 | 0 | 81 | cattle | 12/14 | 5/15 | | |
| 7235 | BRAMIER DRAW | 2,561 | 1,036 | 3,597 | 25 | C | 337 | 0 | 337 | cattle | 12/1 | 2/28 | | |
| 7300 | DRY PARK | 4,581 | 63 | 4,644 | 100 | I | 746 | 0 | 746 | cattle | 5/21 | 6/5 | 11/1 | 11/20 |
| 7301 | HORSEFLY COMMON | 879 | 0 | 879 | 100 | C | 50 | 0 | 50 | cattle | 5/20 | 6/2 | | |
| 7302 | UNCOMPAHGRE COMMON | 264 | 320 | 584 | 4 | C | 58 | 0 | 58 | cattle | 6/1 | 10/15 | | |
| 7303 | BARKELEW DRAW-COMMON | 5,935 | 1,079 | 7,014 | 100 | I | 562 | 0 | 562 | cattle | 5/1 | 6/16 | 10/15 | 11/14 |
| 14004 | SOUTH BRANCH | 823 | 224 | 1,046 | 65 | M | 101 | 0 | 101 | cattle | 6/4 | 6/30 | 10/15 | 10/29 |
| *14008 | 25 MESA - NORTH | 11,407 | 493 | 11,900 | 100 | I | 644 | 0 | 644 | cattle | 5/6 | 6/3 | 11/20 | 1/29 |
| 14010 | MONITOR MESA (Winter) | 15,749 | 186 | 15,934 | 100 | I | 533 | 640 | 1,173 | cattle | 5/16 | 6/1 | 10/16 | 12/1 |
| 14011 | LEE BENCH | 587 | 321 | 908 | 100 | C | 41 | 0 | 41 | cattle | 11/1 | 12/31 | | |
| 14012 | CANAL | 7,872 | 0 | 7,872 | 100 | I | 798 | 477 | 1,275 | sheep | 12/1 | 3/15 | | |
| 14013 | BEN LOWE | 5,496 | 0 | 5,496 | 100 | I | 410 | 352 | 762 | cattle | 5/21 | 5/31 | 10/16 | 12/2 |
| 14015 | WHITE RANCH | 530 | 352 | 882 | 2 | C | 10 | 0 | 10 | cattle | 4/1 | 6/15 | 10/15 | 12/15 |
| *14016 | WELLS GULCH | 16,885 | 140 | 17,025 | 100 | C | 2,366 | 0 | 2,366 | sheep | 12/1 | 3/21 | | |
| *14017 | ALKALI FLATS | 12,358 | 70 | 12,428 | 100 | C | 1,387 | 0 | 1,387 | sheep | 12/1 | 3/20 | | |
| 14019 | DEER BASIN - MIDWAY | 11,640 | 809 | 12,449 | 96 | C | 900 | 0 | 900 | sheep | 12/20 | 3/20 | | |
| *14020 | ANTELOPE | 2,605 | 170 | 2,775 | 100 | C | 67 | 0 | 67 | sheep | 3/1 | 4/30 | | |
| 14021 | POINT CREEK | 1,614 | 4,364 | 5,978 | 24 | C | 101 | 0 | 101 | sheep | 4/16 | 5/31 | 11/16 | 3/10 |
| 14022 | PETRIE MESA | 2,839 | 360 | 3,199 | 100 | C | 104 | 0 | 104 | sheep | 12/9 | 3/20 | | |
| 14023 | DIRTY GEORGE | 1,387 | 5 | 1,392 | 100 | C | 133 | 0 | 133 | cattle | 6/2 | 6/15 | 10/15 | 10/20 |

**APPENDIX A – LIVESTOCK GRAZING ALLOTMENTS**

BLM_0106332

APPENDIX A – LIVESTOCK GRAZING ALLOTMENTS

| Allot-ment # | Allotment Name | BLM Acres | Other Acres | Total Allot-ment | % Public Land Forage | Status Code | Active AUMs | Suspend AUMs | Total Permit AUMs | Stock Type | Grazing Period Begin Date | Grazing Period End Date | Grazing Period Begin Date | Grazing Period End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14025 | WARD CREEK DOUGHSPOON | 17,182 | 4,228 | 21,410 | 100 | I | 445 | 0 | 445 | cattle | 5/2 | 6/16 | 10/16 | 11/2 |
| 14502 | WILBANKS | 3,069 | 8 | 3,077 | 100 | C | 443 | 114 | 557 | cattle | 5/16 | 6/15 | 10/16 | 10/25 |
| 14503 | STINGLEY GULCH | 1,132 | 0 | 1,132 | 100 | C | 98 | 0 | 98 | cattle | 5/10 | 6/15 | | |
| 14504 | LEROUX CREEK | 598 | 169 | 767 | 34 | C | 32 | 0 | 32 | cattle | 5/25 | 7/10 | | |
| 14505 | JUNIPER KNOB | 590 | 0 | 590 | 100 | C | 18 | 0 | 18 | cattle | 4/1 | 5/31 | 10/16 | 10/31 |
| 14506 | OAK MESA | 846 | 575 | 1,421 | 17 | C | 51 | 0 | 51 | cattle | 5/11 | 7/15 | | |
| 14507 | ROATCAP - JAY CREEK | 9,435 | 3,190 | 12,625 | 100 | I | 955 | 242 | 1,197 | cattle | 5/20 | 7/20 | 11/1 | 12/15 |
| 14508 | FIRE MOUNTAIN CANAL | 118 | 5 | 123 | 100 | C | 10 | 0 | 10 | cattle | 4/1 | 5/31 | 11/15 | 12/15 |
| 14510 | WEST ROATCAP | 202 | 0 | 202 | 100 | C | 88 | 0 | 88 | cattle | 6/16 | 10/15 | | |
| 14511 | OVERLAND | 159 | 358 | 516 | 28 | C | 30 | 77 | 107 | cattle | 6/1 | 7/15 | 10/1 | 10/23 |
| 14512 | EAST ROATCAP IND. | 198 | 0 | 198 | 56 | C | 58 | 0 | 58 | cattle | 7/16 | 8/15 | 10/1 | 10/29 |
| 14513 | STEVENS GULCH COMMON | 4,765 | 1,352 | 6,117 | 100 | C | 73 | 0 | 73 | cattle | 5/1 | 10/31 | 9/29 | 10/5 |
| 14514 | UPPER TERROR CREEK | 554 | 223 | 777 | 42 | C | 59 | 0 | 59 | cattle | 6/1 | 9/30 | | |
| 14515 | WEST STEVENS GULCH | 1,670 | 803 | 2,473 | 70 | C | 168 | 0 | 168 | cattle | 5/1 | 10/31 | | |
| 14516 | HUBBARD CREEK | 1,716 | 201 | 1,917 | 100 | C | 45 | 0 | 45 | sheep | 5/1 | 10/31 | | |
| 14517 | COAL GULCH | 6,703 | 102 | 6,805 | 77 | C | 587 | 61 | 648 | sheep | 5/15 | 10/31 | | |
| 14519 | MUDDY CREEK | 438 | 1,035 | 1,473 | 10 | C | 16 | 0 | 16 | sheep | 5/16 | 6/30 | 10/1 | 11/15 |
| 14521 | STOCK DRIVEWAY | 120 | 221 | 341 | 28 | C | 32 | 0 | 32 | cattle | 6/1 | 10/15 | | |
| 14523 | WILLIAMS CREEK | 108 | 1,012 | 1,120 | 100 | C | 8 | 0 | 8 | cattle | 5/16 | 9/21 | | |
| 14524 | DEEP CREEK | 184 | 643 | 827 | 100 | M | 3 | 0 | 3 | cattle | 6/10 | 9/20 | | |
| 14525 | ANTHRACITE CREEK | 1,004 | 1,816 | 2,820 | 60 | M | 92 | 0 | 92 | cattle | 5/17 | 10/15 | | |
| 14527 | JUMBO MOUNTAIN | 4,942 | 962 | 5,904 | 99 | C | 119 | 0 | 119 | cattle | 5/10 | 9/8 | | |
| 14528 | OAK RIDGE COMMON | 3,645 | 89 | 3,734 | 100 | C | 417 | 0 | 417 | cattle | 5/10 | 6/15 | | |

**BLM Uncompahgre Field Office, Colorado**
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106333

JUNE 2010                    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    558
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



| ALLOT- MENT # | ALLOTMENT NAME | BLM ACRES | OTHER ACRES | TOTAL ALLOT- MENT | % PUBLIC LAND FORAGE | STATUS CODE | ACTIVE AUMS | SUSPEND AUMS | TOTAL PERMIT AUMS | STOCK TYPE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14530 | REYNOLDS/ MCDONALD | 4,252 | 26 | 4,278 | 100 | C | 274 | 176 | 450 | cattle | 5/1 | 5/15 | 10/1 | 10/3 |
| 14531 | POPP RANCH | 205 | 2,036 | 2,241 | 2 | C | 11 | 0 | 11 | cattle | 5/15 | 6/22 | 11/16 | 12/30 |
| 14532 | MCDONALD CREEK | 3,821 | 232 | 4,052 | 100 | C | 209 | 0 | 209 | sheep | 4/1 | 6/20 | 12/15 | 2/1 |
| 14534 | SOUTH OF TOWN | 3,836 | 4,356 | 8,192 | 100 | C | 369 | 0 | 369 | sheep | 4/1 | 6/20 | 12/15 | 2/1 |
| 14536 | WEST YOUNGS PEAK | 197 | 281 | 478 | 21 | C | 25 | 25 | 50 | cattle | 5/1 | 6/10 | | |
| 14537 | YOUNGS PEAK | 2,134 | 3 | 2,137 | 100 | C | 113 | 0 | 113 | cattle | 5/15 | 6/1 | | |
| 14540 | NORTH SADDLE PEAK | 209 | 451 | 660 | 90 | C | 20 | 0 | 20 | cattle | 6/15 | 7/11 | | |
| 14541 | SUNSHINE MESA | 42 | 177 | 219 | 5 | C | 5 | 0 | 5 | cattle | 5/15 | 9/14 | | |
| 14542 | NEEDLE ROCK | 41 | 82 | 123 | 33 | C | 8 | 0 | 8 | horse | 5/15 | 6/15 | | |
| 14544 | MILK CREEK | 98 | 0 | 98 | 100 | C | 13 | 0 | 13 | cattle | 5/16 | 6/29 | | |
| 14547 | SECTION 35 | 68 | 51 | 119 | 54 | M | 22 | 0 | 22 | cattle | 5/16 | 10/15 | | |
| 14548 | SOUTH DRY CREEK | 1,195 | 400 | 1,596 | 78 | C | 50 | 0 | 50 | cattle | 5/1 | 6/30 | 10/15 | 11/15 |
| 14549 | DRY CREEK | 1,799 | 0 | 1,799 | 100 | C | 133 | 0 | 133 | cattle | 5/15 | 6/20 | 10/16 | 10/20 |
| 14550 | LEROUX | 1,983 | 243 | 2,226 | 88 | C | 158 | 0 | 158 | cattle | 5/16 | 6/26 | | |
| 14551 | ASPEN DITCH | 400 | 0 | 400 | 100 | C | 57 | 0 | 57 | sheep | 12/4 | 12/9 | | |
| 16036 | BLUE CIMARRON | 80 | 1,369 | 1,449 | 5 | C | 40 | 0 | 40 | cattle or sheep | 5/10 | 5/25 | 10/1 | 10/15 |
| 17001 | MAILBOX PARK | 6,862 | 2,852 | 9,714 | 42 | M | 194 | 0 | 194 | cattle | 5/1 | 5/20 | 11/1 | 12/6 |
| 17003 | LEE LANDS | 860 | 1,256 | 2,116 | 15 | M | 70 | 0 | 70 | sheep | 6/1 | 7/15 | 9/15 | 10/28 |
| 17004 | DOLORES CANYON | 2,903 | 354 | 3,257 | 100 | I | 123 | 0 | 123 | cattle | 1/3 | 3/1 | | |
| 17010 | WICKSON DRAW | 3,513 | 606 | 4,119 | 81 | I | 305 | 0 | 305 | cattle | 4/15 | 5/20 | 11/20 | 11/28 |
| 17011 | LA SAL CREEK | 4,967 | 473 | 5,440 | 100 | C | 139 | 20 | 159 | cattle | 11/30 | 3/30 | | |
| 17012 | LION CANYON | 530 | 260 | 790 | 50 | M | 14 | 0 | 14 | cattle | 4/1 | 10/31 | | |
| 17014 | MESA CREEK CRMP | 93,188 | 7,065 | 100,253 | 99 | I | 4,255 | 0 | 4,255 | cattle | 3/1 | 6/6 | 10/25 | 2/28 |

APPENDIX A – LIVESTOCK GRAZING ALLOTMENTS

BLM_0106334

APPENDIX A – LIVESTOCK GRAZING ALLOTMENTS

| Allot-ment # | Allotment Name | BLM Acres | Other Acres | Total Allot-ment | % Public Land Forage | Status Code | Active AUMs | Suspend AUMs | Total Permit AUMs | Stock Type | Grazing Period Begin Date | Grazing Period End Date | Grazing Period Begin Date | Grazing Period End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17018 | MAVERICK DRAW ALLOTMENT | 2,015 | 158 | 2,173 | 100 | C | 73 | 0 | 73 | cattle | 2/12 | 3/14 | | |
| 17020 | ROC CREEK ALLOTMENT | 1,310 | 472 | 1,782 | 66 | I | 28 | 8 | 36 | cattle | 11/15 | 12/15 | | |
| 17021 | RAWLINGS INDIVIDUAL | 377 | 22 | 399 | 100 | C | 18 | 0 | 18 | cattle | 5/1 | 10/31 | | |
| 17022 | BURN CANYON | 2,317 | 807 | 3,124 | 56 | C | 91 | 0 | 91 | cattle | 5/15 | 6/14 | 12/20 | 2/28 |
| 17023 | NORTH WICKSON DRAW | 1,148 | 5,055 | 6,203 | 5 | C | 30 | 0 | 30 | cattle | 11/15 | 6/1 | | |
| 17024 | LILLYLANDS-WEST | 2,532 | 830 | 3,362 | 100 | C | 224 | 0 | 224 | cattle | 1/15 | 3/29 | | |
| 17027 | COKE OVENS | 7,552 | 379 | 7,931 | 100 | C | 224 | 0 | 224 | cattle | 2/15 | 4/15 | | |
| 17030 | PARK ALLOTMENT | 1,039 | 1,805 | 2,844 | 43 | C | 68 | 0 | 68 | cattle | 10/15 | 6/1 | | |
| 17031 | TABEGUACHE CREEK | 18,318 | 1,002 | 19,320 | 95 | C | 660 | 0 | 660 | cattle | 5/1 | 6/1 | 10/16 | 12/20 |
| 17032 | SAWTOOTH | 24,007 | 1,140 | 25,147 | 88 | I | 488 | 0 | 488 | cattle | 1/9 | 4/30 | | |
| 17033 | BUCKEYE | 809 | 0 | 809 | 100 | C | 48 | 0 | 48 | cattle | 6/5 | 8/4 | 8/5 | 10/5 |
| 17035 | NATURITA RIDGE | 9,413 | 321 | 9,735 | 100 | C | 440 | 0 | 440 | cattle | 12/15 | 2/28 | | |
| 17037 | DAVIS MESA ALLOTMENT | 4,051 | 0 | 4,051 | 100 | I | 250 | 0 | 250 | cattle | 12/3 | 4/15 | | |
| 17042 | DOBY CANYON | 2,628 | 0 | 2,628 | 100 | C | 12 | 25 | 37 | cattle | 5/1 | 5/31 | | |
| 17044 | LION CREEK BASIN | 5,299 | 12 | 5,311 | 100 | C | 350 | 0 | 350 | cattle | 5/15 | 6/14 | 10/1 | 12/10 |
| 17048 | RAY MESA | 23,131 | 32 | 23,163 | 100 | M | 802 | 0 | 802 | cattle | 5/15 | 6/14 | 10/1 | 12/10 |
| 17060 | BEAVER CANYON | 803 | 0 | 803 | 100 | M | 50 | 0 | 50 | cattle | 6/1 | 6/30 | | |
| 17061 | BIG BUCKTAIL | 5,339 | 8 | 5,347 | 100 | C | 150 | 0 | 150 | cattle | 5/15 | 6/4 | | |
| 17062 | PARKWAY | 1,132 | 0 | 1,132 | 100 | C | 35 | 0 | 35 | cattle | 5/13 | 5/28 | | |
| 17078 | FEEDLOT | 261 | 412 | 673 | 7 | C | 13 | 0 | 13 | cattle | 3/1 | 5/31 | 11/1 | 2/28 |
| 17079 | RIVER | 1,395 | 1,422 | 2,817 | 5 | C | 22 | 0 | 22 | cattle | 3/1 | 5/31 | 11/1 | 2/28 |
| 17080 | ROWHER CANYON | 669 | 197 | 866 | 75 | C | 30 | 0 | 30 | cattle | 3/1 | 5/31 | 11/1 | 2/28 |
| 17081 | SWAIN BENCH | 3,083 | 57 | 3,140 | 100 | C | 23 | 0 | 23 | cattle | 3/6 | 5/31 | 11/1 | 2/28 |

BLM UNCOMPAHGRE FIELD OFFICE, COLORADO
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106335

JUNE 2010

**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*



560

| ALLOT-MENT # | ALLOTMENT NAME | BLM ACRES | OTHER ACRES | TOTAL ALLOT-MENT | % PUBLIC LAND FORAGE | STATUS CODE | ACTIVE AUMS | SUSPEND AUMS | TOTAL PERMIT AUMS | STOCK TYPE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE | GRAZING PERIOD BEGIN DATE | GRAZING PERIOD END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17082 | NYSWANGER | 3,492 | 62 | 3,554 | 100 | C | 1 | 56 | 57 | cattle | 5/1 | 5/15 | | |
| 17085 | POCKET IND. | 1,322 | 0 | 1,322 | 100 | C | 5 | 0 | 5 | cattle | 5/10 | 5/14 | 11/13 | 11/20 |
| 17100 | CARPENTER RIDGE-COMMON | 7,064 | 0 | 7,064 | 100 | I | 265 | 0 | 265 | cattle | 5/15 | 6/19 | 10/6 | 11/12 |
| 17101 | EAST PARADOX COMMON | 15,003 | 2,393 | 17,396 | 100 | I | 1,254 | 853 | 2,107 | cattle | 12/18 | 2/28 | | |
| 17102 | SUNRISE GULCH | 1,540 | 1,304 | 2,844 | 37 | C | 63 | 0 | 63 | cattle | 1/2 | 2/22 | | |
| 17103 | THIRD PARK COMMON | 3,857 | 14 | 3,871 | 100 | M | 391 | 210 | 601 | cattle | 11/22 | 1/5 | | |
| 17105 | SECOND PARK | 771 | 4,291 | 5,062 | 4 | C | 40 | 0 | 40 | cattle | 12/1 | 4/30 | | |
| 17106 | TUTTLE DRAW | 1,330 | 57 | 1,387 | 25 | C | 39 | 0 | 39 | cattle | 5/1 | 5/31 | | |
| 17107 | COAL CANYON | 5,295 | 190 | 5,485 | 100 | C | 60 | 102 | 162 | cattle | 5/1 | 5/31 | | |
| 17199 | BROAD CANYON | 1,759 | 1,657 | 3,416 | 50 | C | 80 | 0 | 80 | cattle | 1/1 | 4/2 | | |
| 17213 | FAR AWAY ALLOTMENT | 366 | 0 | 366 | 100 | C | 30 | 0 | 30 | cattle | 5/16 | 6/15 | 9/1 | 10/1 |
| 17253 | ALDER CREEK | 40 | 4,500 | 4,540 | 5 | C | 10 | 0 | 10 | cattle | 6/1 | 10/15 | | |
| **TOTALS** | | **628,754** | **124,775** | **753,530** | | | **38,200** | **5,291** | **43,491** | | | | | |

**(\*) Grazing allotments with an asterisk straddle the management boundary line (which is also the planning area division) between the UFO and the Dominguez-Escalante National Conservation Area. These allotments and the acreage respective to each planning area are:**

| Grazing Allotment | Approximate Acreage: | Within the UFO | Within the D-E |
|---|---|---|---|
| **14008 - 25 Mesa North** | | **6,277** | **5,623** |
| **14016 - Wells Gulch** | | **10,505** | **6,520** |
| **14017 - Alkali Flats** | | **8,961** | **3,467** |
| **14020 - Antelope** | | **996** | **1,179** |

**APPENDIX A – LIVESTOCK GRAZING ALLOTMENTS**

BLM_0106336

APPENDIX B – COLORADO PUBLIC LAND HEALTH STANDARDS



# Appendix B - Colorado Public Land Health Standards

JUNE 2010     **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**     561
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106337

# *Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado*

Developed in 1997, the BLM Colorado Standards for Public Land Health describe the conditions necessary to sustain public land health in relation to a landscape's potential. The standards are applied on a landscape scale and are applicable to all public land uses.

## STANDARD 1

Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.

**Indicators:**

- Expression of rills, soil pedestals is minimal.
- Evidence of actively-eroding gullies (incised channels) is minimal.
- Canopy and ground cover are appropriate.
- There is litter accumulating in place and is not sorted by normal overland water flow.
- There is appropriate organic matter in soil.
- There is diversity of plant species with a variety of root depths.
- Upland swales have vegetation cover or density greater than that of adjacent uplands.
- There are vigorous, desirable plants.

## STANDARD 2

Riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100-year floods. Riparian vegetation captures sediment, and provides forage, habitat and bio-diversity. Water quality is improved or maintained. Stable soils store and release water slowly.

**Indicators:**

- Vegetation is dominated by an appropriate mix of native or desirable introduced species.
- Vigorous, desirable plants are present.


BLM UNCOMPAHGRE FIELD OFFICE, COLORADO
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

JUNE 2010

BLM_0106338

- There is vegetation with diverse age class structure, appropriate vertical structure, and adequate composition, cover, and density.
- Streambank vegetation is present and is comprised of species and communities that have root systems capable of withstanding high streamflow events.
- Plant species present indicate maintenance of riparian moisture characteristics.
- Stream is in balance with the water and sediment being supplied by the watershed ( e.g., no headcutting, no excessive erosion or deposition).
- Vegetation and free water indicate high water tables.
- Vegetation colonizes point bars with a range of age classes and successional stages.
- An active floodplain is present.
- Residual floodplain vegetation is available to capture and retain sediment and dissipate flood energies.
- Stream channels with size and meander pattern appropriate for the stream's position in the landscape, and parent materials.
- Woody debris contributes to the character of the stream channel morphology.

## STANDARD 3

Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential. Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations, and ecological processes.

### Indicators:

- Noxious weeds and undesirable species are minimal in the overall plant community.
- Native plant and animal communities are spatially distributed across the landscape with a density, composition, and frequency of species suitable to ensure reproductive capability and sustainability.
- Plants and animals are present in mixed age classes sufficient to sustain recruitment and mortality fluctuations.
- Landscapes exhibit connectivity of habitat or presence of corridors to prevent habitat fragmentation.
- Photosynthetic activity is evident throughout the growing season.
- Diversity and density of plant and animal species are in balance with habitat/landscape potential and exhibit resilience to human activities.
- Appropriate plant litter accumulates and is evenly distributed across the landscape.

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     563
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106339

- Landscapes composed of several plant communities that may be in a variety of successional stages and patterns.

## STANDARD 4

Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhanced by sustaining healthy, native plant and animal communities.

**Indicators:**

- All the indicators associated with the plant and animal communities standard apply.
- There are stable and increasing populations of endemic and protected species in suitable habitat.
- Suitable habitat is available for recovery of endemic and protected species.

## STANDARD 5

The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and anti-degradation requirements set forth under State law as found in (5 CCR 1002-8), as required by Section 303(c) of the Clean Water Act.

**Indicators:**

- Appropriate populations of macroinvertebrates, vertebrates, and algae are present.
- Surface and ground waters only contain substances (e.g. sediment, scum, floating debris, odor, heavy metal precipitates on channel substrate) attributable to humans within the amounts, concentrations, or combinations as directed by the Water Quality Standards established by the State of Colorado (5 CCR 1002-8).

564      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106340

APPENDIX C – MAPS



# Appendix C - Maps

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          565
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106341



**MAP 1-1  UNCOMPAHGRE PLANNING AREA**

566   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106342

**APPENDIX C – MAPS**



**MAP 1-2  LAND COVER CLASSIFICATION IN THE UNCOMPAHGRE PLANNING AREA**

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          567
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106343

**APPENDIX C – MAPS**



(Green 1992)

**MAP 2-1  GEOLOGY OF THE UNCOMPAHGRE PLANNING AREA**

568        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106344

**APPENDIX C – MAPS**



**(Modified from Kelley 1958)**

**MAP 2-2  STRUCTURAL ELEMENTS OF THE PARADOX BASIN AND ADJACENT AREAS**

JUNE 2010        **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**      569
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106345



**MAP 2-3  BIOTIC SOIL CRUST LOCATIONS IN THE UNCOMPAHGRE PLANNING AREA**

570       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO       JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106346



**MAP 2-4  SALINE AND SELENIUM ENRICHED SOILS IN THE PLANNING AREA**

JUNE 2010      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO           571
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106347

**APPENDIX C – MAPS**



**MAP 2-5  WIND EROSION AREAS IN THE UNCOMPAHGRE PLANNING AREA**

572   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106348

**APPENDIX C – MAPS**



**MAP 2-6  SOIL EROSION CAPACITY IN THE UNCOMPAHGRE PLANNING AREA**

JUNE 2010            BLM UNCOMPAHGRE FIELD OFFICE, COLORADO            573
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106349



**MAP 2-7  DROUGHTY SOIL RATING AREAS IN THE UNCOMPAHGRE PLANNING AREA**

574      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106350

APPENDIX C – MAPS



**MAP 2-8 FLOOD HAZARD AREAS IN THE UNCOMPAHGRE PLANNING AREA**

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  575
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106351

APPENDIX C – MAPS



**MAP 2-9  MAJOR HYDROLOGIC UNITS IN THE UNCOMPAHGRE PLANNING AREA**

576      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106352



**MAP 2-10  ANNUAL PRECIPITATION IN THE UNCOMPAHGRE PLANNING AREA**

JUNE 2010        BLM UNCOMPAHGRE FIELD OFFICE, COLORADO        577
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106353



**MAP 2-11  DISTRIBUTION OF HYDROLOGIC SOIL GROUPS IN THE PLANNING AREA**

578    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO    JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106354

**APPENDIX C – MAPS**



**MAP 2-12  RIPARIAN FUNCTIONING CONDITION ASSESSMENT OF THE PLANNING AREA**

JUNE 2010   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   579
Analysis of the Management Situation
for the Uncompahgre Planning Area

BLM_0106355



**MAP 2-13  CULTURAL RESOURCE UNITS IN THE UNCOMPAHGRE PLANNING AREA**

BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106356



**MAP 2-14  VISUAL RESOURCE INVENTORY OF THE UNCOMPAHGRE PLANNING AREA**

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     581
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106357

**APPENDIX C – MAPS**



**MAP 2-15  FOREST AND WOODLANDS IN THE UNCOMPAHGRE PLANNING AREA**

582   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106358

**APPENDIX C – MAPS**



**MAP 2-16  GEOLOGY OF THE PARADOX VALLEY URANIUM BELT (URAVAN)**

JUNE 2010          **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**          583
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106359

## APPENDIX C – MAPS



(USGS 2002)

**MAP 2-17  PICEANCE BASIN STRUCTURAL GEOLOGY AND MESAVERDE GROUP BOUNDARY**

584     **BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**     JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106360



**MAP 2-18  OIL AND GAS WELL LOCATIONS IN THE UNCOMPAHGRE PLANNING AREA**

- **North Fork Area in upper right**
- **West End Area in lower left**

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          585
*Analysis of the Management Situation
for the Uncompahgre Planning Area*



BLM_0106361

## APPENDIX C – MAPS



**MAP 2-19  MESAVERDE GROUP COAL THICKNESS IN SOUTHERN PICEANCE BASIN**

586   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106362

APPENDIX C – MAPS



**MAP 2-20  OIL AND GAS LEASES IN THE UNCOMPAHGRE PLANNING AREA**

- **Blue** = Unit Agreement Areas
- **Green stippling** = Non-producing Leases
- **Red stippling** = Producing Leases

JUNE 2010       BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  587
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106363



**MAP 2-21   PLACER GOLD MINING CLAIM LOCATIONS ALONG THE SAN MIGUEL RIVER**
**(Geocommunicator 2008)**

588   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106364



**MAP 2-22  WEST-WIDE ENERGY CORRIDOR THROUGH THE PLANNING AREA**

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          589
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106365



**MAP 2-23  WITHDRAWN LANDS IN THE UNCOMPAHGRE PLANNING AREA**

590      BLM UNCOMPAHGRE FIELD OFFICE, COLORADO      JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106366

**APPENDIX C – MAPS**



**MAP 2-24  ACECS IN THE UNCOMPAHGRE PLANNING AREA**

JUNE 2010          BLM UNCOMPAHGRE FIELD OFFICE, COLORADO                    591
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106367

**APPENDIX C – MAPS**




**Uncompahgre Field Office**

**Bureau of Land Management**
**U.S. Department of the Interior**



**MAP 2-25  FAIRVIEW RESOURCE NATURAL AREA/ACEC**

592   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106368

**APPENDIX C – MAPS**

 

## Uncompahgre Field Office
### Bureau of Land Management
### U.S. Department of the Interior



**MAP 2-26  NEEDLE ROCK OUTSTANDING NATURAL AREA/ACEC**

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          593
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106369

**APPENDIX C – MAPS**

 

**Uncompahgre Field Office**

**Bureau of Land Management**
**U.S. Department of the Interior**



**MAP 2-27  ADOBE BADLANDS OUTSTANDING NATURAL AREA/ACEC**

594   BLM UNCOMPAHGRE FIELD OFFICE, COLORADO   JUNE 2010
*Analysis of the Management Situation
for the Uncompahgre Planning Area*

BLM_0106370

**APPENDIX C – MAPS**

 

## Uncompahgre Field Office

**Bureau of Land Management**
**U.S. Department of the Interior**



**MAP 2-28  SAN MIGUEL ACEC/SPECIAL RECREATION MANAGEMENT AREA**

JUNE 2010    BLM UNCOMPAHGRE FIELD OFFICE, COLORADO  595
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106371



## Western Uranium Mine Density By Hydrologic Unit Code

### Legend

HUCs >100 U mines

HUCs 51-100 U mines

HUCs 11-50 U mines

HUCs 6-10 U mines

HUCs 1-5 U mines

In the MAS/MILS Database the Upper Dolores (CO), San Miguel (CO), and Lower Dolores (CO) Hydrologic Unit Codes (HUCs) Each Have > 300 Uranium Mines

Miles
500

(EPA 2006)

**MAP 2-29  DENSITY OF WESTERN URANIUM MINES**
**(Using MAS/MILS Database Portion of Uranium Location Database )**

596  BLM UNCOMPAHGRE FIELD OFFICE, COLORADO     JUNE 2010
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106372

**APPENDIX C – MAPS**



# BLM UNCOMPAHGRE FIELD OFFICE, COLORADO
## *Analysis of the Management Situation*
## *for the Uncompahgre Planning Area*
## JUNE 2010

JUNE 2010     BLM UNCOMPAHGRE FIELD OFFICE, COLORADO          597
*Analysis of the Management Situation*
*for the Uncompahgre Planning Area*

BLM_0106373

Uncompahgre Field Office
Resource Management Plan Revision
RAC Sub-group Contact List

Shelby Bear
DMEA
PO Box 910
Montrose, CO  81402
(w) 970-240-1238
(h) 970-874-1364
e-mail: sbear@dmea.com

Robbie Baird LeValley
Colorado State University Extension
525 Dodge Street
Delta, CO 81416
(w)970-874-2195
(h) 970-872-3280
e-mail: Robbie.levalley@colostate.edu

Steven D. Weist
Oxbow Mining
3737 Hwy 133
PO Box 535
Somerset, CO  81434
(w) 970-929-6461
(h) 970-856-3777
email: Steve.weist@oxbow.com

Walt Blackburn



**RAC Liaison:**

John Reams
Western Small Miner's Assoc.
31527 Hwy 141
PO Box 644
Naturita, CO  81422
(w) 970-865-2886
(h) 970-865-2397
e-mail: John@reams-construction.com

Peter Mueller
PO Box 3140
Telluride, CO  81435
(w) 970.728.5291
(h) 970-369-4348
Email: pmueller@tnc.org
Environmental
Term ends: August 20, 2012

Bill Day



William Ela



Public-at-Large
Term ends: August 20, 2010

Richard Durnan

Kathy Welt

1/14/2021

**From:** bruce_krickbaum@blm.gov
**To:** sbear@dmea.com; Steve.weist@oxbow.com; John@reams-construction.com; billday@paonia.com; rich@richdurnanphoto.com; Robbie.levalley@colostate.edu; Wblack8709@msn.com; pmueller@tnc.org; silvers1@tds.net; tkctew@yahoo.com; Barbara_Sharrow@blm.gov; dave_kauffman@blm.gov; Deborah_Magee@blm.gov; Bruce_Krickbaum@co.blm.gov; Angie Adams; Kate Wynant; bbott68@gmail.com; UFO AR
**Subject:** RAC Subcommittee Meeting Minutes 5-27-2010
**Date:** Monday, June 14, 2010 3:56:56 PM
**Attachments:** RMP RAC_SG Mtng 1_2010-05-27_minutes.pdf

Hello RAC (sub-committee) members,

I have attached the finalized minutes from the 1st meeting we held on May 27.
Thank you to those who commented on the draft minutes.

Reminder: The next RAC (subcommittee) meeting will be on Friday, June 25, at 9:00 AM (9:00 - noon).  The meeting will be at the Holiday Inn Express (Peregrine
Room), in Montrose.

The schedule for the subsequent three meetings is:
-Friday, July 23, 2010; 9 a.m.– noon
-Friday, August 20, 2010; 9 a.m.– noon
-Friday, October 1, 2010; 9 a.m.– noon

Thank you, Bruce

<><><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384

(See attached file: RMP RAC_SG Mtng 1_2010-05-27_minutes.pdf)

BLM_0106375



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



# RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #1
## Thursday, May 27, 2010 (9:00 AM – 12:00 PM)

### Meeting Location:
### Holiday Inn – Jordan Room A
### 1391 S. Townsend Avenue, Montrose, CO

**Attendees:** Angie Adams (EMPSi), Lori Armstrong (BLM Southwest Colorado District Manager), Shelby Bear, Robbie Baird-LeValley, Walt Blackburn, Bill Day, Richard Durnan, William Ela, Bruce Krickbaum (BLM Uncompahgre Field Office), John Reams, Barb Sharrow (BLM Uncompahgre Field Office), Steven Weist, Kate Wynant (EMPSi)

**Handouts:** Agenda, Uncompahgre RMP Planning Units map, Microsoft PowerPoint presentation slides, Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup, Planning Issue Statements, Highlights of the Resource Management Planning Process to Date, Preliminary Summary of Scoping Results, Uncompahgre RMP Newsletter #1 (December 2009)

1. **Welcome** (Barb Sharrow, Bruce Krickbaum, Angie Adams)
   - Barb Sharrow welcomed everyone and thanked them for coming. Angie Adams mentioned housekeeping items (restroom locations, put cell phones on vibrate, brief breaks, snacks).
   - This is a subgroup of the Bureau of Land Management (BLM) Southwest Resource Advisory Council (RAC). Two members of this RAC Subgroup sit on the RAC. The subgroup essentially does the work for the RAC and the RAC itself advises the BLM.
   - We are excited about this plan. Since 1984 and 1989 when the current plans were written, there are a lot of things in the landscape that have changed. There are many things that have been put off and restrict us from making decisions and moving forward on projects. Thank you for your time and your passion for the public lands. There are a number of Resource Management Plans (RMPs) in progress in Colorado right now for BLM, and we are starting after them. Other plans are Craig (nearly winding up), San Juan (on the tail end), and Colorado River Valley (formerly Glenwood Springs) and Kremmling, which are working on a plan together and should publish a draft soon. Grand Junction is also working on their plan. Hopefully we can learn from these plans.
   - We just finished our scoping period, and based on the input that other plans have received, we expected about 600 unique substantive comments. We ended up getting over 2,000 unique comments, which does not count more than once the comments repeated in form letters. We know that we have a lot of interested people in what we do on public lands. You are representing a lot of those people and those groups.
   - Your role is primarily to help the BLM develop a reasonable range of alternatives to consider in the RMP. You [RAC Subgroup] want to make sure that we [BLM] did not miss anything. We tried to get a regional diversity on the RAC Subgroup. There are some folks from the North Fork, but some from the West End and also around here [Montrose].

BLM_0106376

- The RAC members' role is to help participate in dialogue and bring information from the RAC to the subgroup and vice-versa. The RAC will make a formal recommendation to the BLM.

## 2. Introductions (all)

- Barb Sharrow introduced Bruce Krickbaum. He is the planner and can be contacted with any questions. Bruce thanked everyone for coming and their continued interest in the process.
- Bruce Krickbaum introduced Angie Adams and Kate Wynant, contractors with Environmental Management and Planning Solutions, Inc. (EMPSi), the contractor firm hired to help the BLM with the plan. The BLM is involved in reviewing and revising, as needed, all reports or studies done by EMPSi. All work, reports, and studies done by EMPSi are ultimately the BLM's products.
- Attendees introduced themselves and the interests they represent.

## 3. Project Overview (Angie Adams) *(note: Project Overview information was relayed via a Microsoft PowerPoint slideshow which was also included as a handout. Information here builds on information in the slideshow and does not include the slideshow itself)*

- This RMP revision will replace the San Juan/San Miguel RMP (1985) and the Uncompahgre Basin RMP (1989) and their subsequent amendments. The San Juan/San Miguel RMP covers the Dallas Divide and west. Portions of the RMP also include lands now managed by the San Juan Public Lands Center. The Uncompahgre Basin RMP covers the Dallas Divide and east.
  - *Question:* Why do two RMPs encompass this area? *Answer:* there have been boundary changes. We used to be the Uncompahgre District and the San Juan/San Miguel District. Now districts are broken down into field offices.
- Per the Federal Land Policy and Management Act (FLPMA):
  - This plan will establish criteria for when disposal will be appropriate.
  - The mandate of multiple use and sustained yield is one of the BLM's biggest mandates or missions.
  - *Comment:* It does not look like there is anything about recreation in FLPMA. *Answer:* It is in Section 102.8.
  - This plan will evaluate areas of critical environmental concern (ACEC). There are some in the field office already and they are being reviewed again for the presence of relevance and importance criteria. The BLM is also considering other areas as ACECs.
  - Multiple Use: this is not a black and white process, and the multiple use mandate adds to the gray area.
- RMP Planning area: Includes all acres regardless of ownership (approximately 3.1 million acres).
- RMP Decision area: Includes BLM surface (675,700) and federal mineral estate (2.2 million acres). Excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas. A separate RMP will be written for the Dominguez-Escalante National Conservation Area. An RMP for the Gunnison Gorge National Conservation Area was signed in 2004.

## 4. RMP Planning Effort (Angie Adams) *(note: RMP Planning Effort information was relayed via a PowerPoint slideshow which was also included as a handout. Information here builds on information in the slideshow and does not include the slideshow itself)*

- Why do we plan? The RMP speaks to desired outcomes for the landscape, not on-the-ground decisions (implementation level).
- What decisions will be made in the RMP?
  - Decisions identify lands that are open or closed to certain uses (e.g., livestock grazing, energy development).
  - Broad-scale planning effort that sets the stage for future projects.

BLM_0106377

- Conceptual planning process and BLM documents
  - Frame the problem and gather information
    - Pre-plan: What are we going to do, what are some issues, etc. completed by BLM.
    - Analysis of the Management Situation: Underway and will be on website in June 2010. Documents what is out there now, what are the trends, problems, issues, ideas for solving issues, and opportunities for management changes. It sets the stage for alternatives and existing conditions.
    - Scoping report: Will be available in July 2010. We have an internal draft that has the numbers break-down of comments received.
  - Develop possible solutions
    - Draft RMP/ Draft Environmental Impact Statement (EIS): Will be published for 90-day public review and then revised.
    - Proposed RMP/Final EIS: Will be published for 30-day public review and protest.
  - Make decisions
    - Approved RMP/Record of Decision (ROD).
    - Implementation and monitoring occur after the ROD is issued. The current (1985 and 1989) RMPs are in place until the ROD for the revised RMP is signed.
- RMP Guts and Goo
  - RMP is framed by the vision and the planning criteria. Planning criteria are open for comment during scoping. They set the ground rules and define a decision space but are mostly things that tell the BLM to follow the law.
    - Action: BLM (Bruce Krickbaum) to send the group the planning issues.
  - Planning Issues: we are very close to finalizing the planning issues. Handout (Planning Issue Statements) describes questions to be address, management concerns, etc.
    - Planning issues drive the alternatives and dictate how alternatives are shaped. If it is not broken, do not fix it.
    - Identification of planning issues. Internal BLM, scoping, stakeholders, cooperating agencies, tribes, etc. Comments received during scoping are categorized by planning issues, policy or administrative issues, issues outside the scope of the RMP, and issues that have already been addressed but need to be better communicated (for example, the Dry Creek travel management plan has been completed although commenters may not know). Only those planning issues are carried forward for consideration during the RMP process.
    - Scoping Results:
      - Most comments had to do with Issue #1, then Issue #3, then Issue #2 (see PowerPoint handout).
      - Top resource categories of concern are special designation areas, energy and minerals, and recreation.
      - *Question:* Where do form letters fit in? *Answer:* They are acknowledged in the scoping report where the report indicates the number of each form letter that was received. The numbers of form letters received are not counted more than once in the total number of letters reported. Specific comments repeated in form letters are not counted more than once in the number of unique comments reported. However, where a form letter submitter adds unique comments to the form letter that are different in content and meaning from the form letter comments, those unique comments are counted in the number of unique comments reported in the scoping report.
  - Planning Units (also see Uncompahgre RMP Planning Units map handout). These are draft. It acknowledges that resources and community interests are different in different parts of the planning area. Once we get into alternatives development, we may realize that the planning units need to be adjusted.

BLM_0106378

- o Goals are broad scale and apply to all alternatives because there are different ways of getting to that goal. We will have different goals between resource programs, but they will be the same across alternatives.
- o Objectives are specific (tier) to the goals. They do not have to be common to all alternatives. Objectives are SMART (specific, measurable, achievable, realistic, time-fixed).
- o Actions tier to the objectives. "Actions" are allocations, management actions, and monitoring actions.
- BLM 9-step Planning Process. We are at Step 4 (Analysis of the Management Situation), but we are not nearly half-way through. The preferred alternative may be selected at the Draft RMP stage (Step 7). Step 7 also includes the publication and revision of the Draft RMP/Draft EIS and the Proposed RMP/Final EIS.
- Planning process to date (also see Highlights of the Resource Management Planning Process to Date handout)
  - o Community Assessment (2008-2009): BLM went to 22 communities in planning area and invited community leaders to talk with BLM about their relationship with public lands and what they hope to see in the RMP. We will continually refer back to this.
  - o Tribal consultation has been underway for a couple of years and is ongoing.
  - o Scoping
  - o Visual resource inventory was completed in 2009.
  - o Economic workshops: BLM invited comminutes to talk with BLM about public lands from an economic perspective
  - o Recreation focus groups: Held in spring 2010, they asked folks about the current recreation conditions and desired future conditions in planning area.
  - o Class I paleontological resources overview and class I cultural overview
  - o Coal potential report: Discusses the current condition and potential. It will be posted on the Web site in June.
  - o Renewable energy potential report: Similar to the coal report it discusses the current condition and potential for renewable energy. It will be posted on the Web site in June.
  - o Wild and Scenic Rivers eligibility report: It will be available on the Web site in June. Following eligibility the BLM will conduct suitability which is a different level of decision making.
  - o ACEC evaluation report: It is underway and expected to wrapped up in June.
  - o None of these documents make any decisions; we are just gathering data.
  - o *Question*: Are these things you (EMPSi) are doing or that the BLM is doing? *Answer*: We (EMPSi) are responsible for the coal and renewable energy reports, scoping report, and economic workshops. The BLM is doing some things in-house (ACEC report, tribal consultation, and recreation focus groups). Other reports the BLM has contracted to other firms. The BLM is involved in reviewing and revising, as needed, all reports or studies done by other firms, including EMPSi. All work, reports, and studies done by any contractors/firms are ultimately the BLM's products.
- Alternatives Development
  - o What are the issues? Is there a need for change? If there is not a need for change, current management can be carried forward. Just because an RMP is being revised does not mean that everything needs to change. If there is a need for change, we can create a range of alternatives.
  - o The RAC Subgroup should help the BLM think outside the box and make sure we [BLM] are not missing anything in the alternatives development process. If there is a need for change, we can create a range of alternatives to address options.
- National Environmental Policy Act (NEPA)

BLM_0106379

- o NEPA tell us that we must look at a range of alternatives so that the decision-maker can make informed decisions. It does not tell us what decision to make, but gives us procedures for coming to those decisions.
- o The EIS provides the analysis of the impacts of what would happen if a set of actions are implemented.
- o *Question:* Why are we (RAC Subgroup) developing a range of alternatives if the BLM is developing alternatives? *Answer:* It is all interconnected. The BLM will start meeting to develop alternatives and bring ideas and drafts to the group throughout the process. The RAC Subgroup is not going to develop alternatives separately from BLM. The BLM will bring the group highlights to see what the BLM is missing from the alternatives throughout the process. The group will have the opportunity to contribute to the alternatives.
- Planning Challenges (Bruce Krickbaum)
  - o Diverse landscape and human uses. Some use the land more for recreation versus energy development. Different vegetation structures and land forms.
  - o Lack of information. Someone will always think we need more info. As mentioned, we have done lots of reports in preparation for this RMP so that we can make the right decisions. There might be data that we wish we had and that will have to be an issue we have to overcome.
  - o Competing interests and values: off-highway vehicle use versus no off-highway vehicle use; energy development versus no energy development.
  - o Multiple jurisdictions: multiple counties, multiple agencies to contend with.
  - o Growing urban interface: fire and how we deal with that, also growing demand for recreation. Lots of private land leads to lots of urban interface challenges.
  - o Rising recreation: competing recreation uses throughout the field offices. Seems like each year there is a new use and a new area getting use.
  - o Changing demographics: new ideas, new values, new expectations.
- How long will it take to complete the plan?
  - o The goal is to have the ROD complete in the summer or fall of 2013.
  - o Draft RMP/EIS will be released to the public in spring of 2012, but this group will see it before then. You will also see bits and pieces throughout the process.
- *Question:* Will there be continuity between the Grand Junction Field Office? *Answer:* Yes, we hope so. We will be looking at their plan to make sure decisions are compatible.

## 5. Public Outreach

- Scoping Summary (Kate Wynant) (see Preliminary Summary of Scoping Results handout)
  - o *Question:* How does the meeting attendance play into the planning units? *Answer:* The planning units were developed prior to scoping and were based on issues identified during community assessment.
  - o *Question:* Will we be told what the issues are to get that kind of attendance? *Answer:* Yes. There are also some hot-button issues going on in January 2010 that brought a lot of people out to the scoping meetings. There are lots of things going on in the North Fork such as oil and gas and coal.
  - o In Hotchkiss, there were a lot of people at that meeting about one issue (Jumbo Mountain). Also, a citizens group that has formed over concerns of oil and gas development affecting drinking water.
  - o Angie Adams: I would encourage folks to look at the community assessment, which is available at www.uformp.com. It gives details on issues identified in the various communities. This helped form the planning units.
  - o *Comment:* There should be some coordination with the Forest Service on what is going on. There should not be a road on BLM that is gated when you get to Forest Service. *Response:* There will be coordination, as the Forest Service is a Cooperating Agency.

BLM_0106380

However travel management decisions will be made in a travel management plan [not part of this RMP].

- o *Question:* Will the BLM Washington office review this? *Answer:* Yes. Each of the three phases [Draft RMP/Draft EIS, Proposed RMP/Final EIS, and ROD/RMP] will be reviewed by Washington. They will all first be reviewed by the field office, then the Colorado State Office, and then the Washington Office.

## -- Public Comments / Questions --

- The Public Outreach discussion was paused for public comments and questions at 11:00am. No members of the public were present.
- As a reminder to the RAC Subgroup, you represent the public, and these meetings are advertised and are open to the public.

## 5. Public Outreach *(continued)*

- Cooperating Agencies (Angie Adams)
  - o Federal, state, county, local, and tribal agencies with special expertise or jurisdiction in the planning area and have interest in cooperating signed memorandums of understanding with the BLM. More than 40 agencies were invited. To date 19 have accepted: 3 federal (US Fish and Wildlife Service, Bureau of Reclamation, and National Park Service), 1 state (Colorado Department of Natural Resources, which includes Colorado Division of Wildlife, state parks, Colorado Natural Heritage Program, state forest service, reclamation division, and mining and safety), 5 counties (Delta, Gunnison, Montrose, Ouray, and San Miguel), and 10 cities and towns (Montrose, Cedaredge, Hotchkiss, Mountain Village, Norwood, Nucla, Olathe, Orchard City, Paonia, and Ridgway). The Colorado Water Conservation Board has verbally accepted, but a Memorandum of Understanding has not been signed. No tribes have signed on as cooperators but consultation sometimes satisfies their need. Barb: we have been consulting with them for two years on this project. We have taken field trips to get their input.
  - o The Cooperating Agencies are meeting this afternoon and we will tell them about you. We will take your and the Cooperating Agencies' input, and there will be transfer back-and-forth between the two groups and the BLM.

## 6. RAC Subgroup Functions, Charter, and Role *(Angie Adams)* (see Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup handout)

- We take input from both groups and the public, but the BLM is ultimately responsible for making decisions.
- The Southwest RAC advises the BLM on a variety of issues in southwestern Colorado. The RAC Subgroup is a sanctioned group that advises the BLM via the Southwest RAC. The RAC Subgroup represents a broad range of issues. The RAC Subgroup takes info back to the Southwest RAC to make recommendations to the BLM.
- Some topics at some meetings might not be as personally interesting to you, but it is important that you are here and learn so that in the end the recommendations are sound. There will be an education component so that everyone can understand the resource topics.
- As participants in the RAC Subgroup you are formally recognized under the Federal Advisory Committee Act. You cannot send a replacement to sit in your place because you have been appointed by the Southwest RAC. The public may attend meetings and are encouraged to do so, but the discussion and voting only occurs among subgroup members. The public can ask questions and make comments during the specific public comment period during the meeting (11:00am).
- You need to decide if you want to hold formal meetings with a quorum or not.

BLM_0106381

- ☐ Action (RAC Subgroup members): Think about the level of meeting formality for the next meeting.
- Southwest RAC members on the RAC Subgroup report to the Southwest RAC to ensure that the BLM has adequately addressed the concerns of the members and that your interest is somewhere in the range of alternatives.
- Page 3 of handout (Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup) lists the dates for the first five meetings. Meetings are scheduled for Friday mornings. Need to make sure this is okay with everyone.
  - o Friday mornings are fine for everyone.
- Bruce: The June, July, August, and October 2010 meetings follow the alternatives development workshops that will be held internally by the BLM.
- If a member has a scheduling conflict, then they do not attend that meeting and do not represent the interests of the group at that meeting. If you are unable to attend, please notify Bruce Krickbaum.
- We expect to meet with the group 13 or 14 times throughout a two-year period. After January 2011, we are tentatively scheduled to meet in March, May, June, July, and October 2011, and then in January, March, and April 2012.
- Issues of interest to Cooperating Agencies: There is a list of approximately 26 resource topics that the BLM considers in the RMP revision. We want to focus our efforts on the expertise of this group. Some resources have less decision space than others, for example, cultural resources are generally protected by federal laws so the space for making decisions and range of alternatives is small. The group preliminarily identified the following issues:
  - o Transmission lines (growth in residential): how to incorporate those issues into a plan
  - o Travel management/off-highway vehicle use
  - o Recreation/quiet use
  - o Special designation areas
  - o Oil and gas
  - o Mining
  - o Lands and realty
  - o Special status species
  - o Weeds
  - o Livestock grazing
- *Comment:* It would be helpful to see the scoping comments because we are supposed to be representing the public and not only our own personal interests. Access to summary information, similar to summary of livestock grazing comments, would be helpful to direct discussion.
  - ☐ Action (Bruce Krickbaum): Submit summary of comments received on each resource to RAC Subgroup members.
  - ☐ Action (Bruce Krickbaum): Send link to community assessment to RAC Subgroup members.
- *Question:* Do you (BLM) already have an agenda for what will be discussed at the alternatives workshops? *Answer:* No, not yet. But there are resources that need to be addressed before others as these are resources that others react to (such as special management areas).
- *Comment:* It would also help to know about other pending decisions that might impact this plan. *Answer:* These might include sage-grouse and other threatened and endangered species decisions (prairie dogs); perhaps oil and gas as a reaction to the Gulf Coast oil spill; and air quality (regarding air quality, we do not have concrete direction from either the BLM or the US Environmental Protection Agency on what to do to address impacts. The issue is how to model the impacts from certain resource uses, especially coal, oil and gas, and uranium).
- *Question:* What are visual resources? *Answer:* This is related to viewshed, which is becoming more of an issue as people move into certain areas and value visual resources.

BLM_0106382

- *Question:* How much detail will we be getting into in the alternatives? *Answer:* Some RAC subgroups on other BLM RMPs have focused only on one thing and have gotten very detailed. Others want more of a variety and might spend less time in order to cover what is of interest.
- Barb Sharrow: We already know that wild and scenic rivers is a big issue. People have asked if there can be a separate stakeholder group for wild and scenic rivers (one for the San Miguel River and one for the Dolores River). What we will probably do is have the stakeholder group work and then present their findings and progress to this RAC Subgroup.
- The range of alternatives can vary by resource. For example, the decision space for cultural resources is smaller than for recreation so the range of alternatives is not as large. The goal is to make the range of alternatives wide enough (reasonably), and the BLM will identify the agency-preferred alternative. That does not mean that the preferred alternative will be the proposed RMP. The proposed RMP will likely be a combination of various components from each alternative for each resource.

## 7. Other Items Not on the Agenda
- None.

## 8. Action Items / Next Meeting
- Next meeting is Friday, June 25, 2010, from 9:00am to Noon at the BLM UFO, 2505 South Townsend Avenue, Montrose, Colorado.
- Contact Bruce Krickbaum with questions.
- Bruce will email the group when pertinent reports are posted on the Web site.
- ☐ Action: BLM (Bruce Krickbaum) will email the group the planning issues.
- ☐ Action (RAC Subgroup members): Think about the level of meeting formality for next time (e.g., should a quorum be used?).
- ☐ Action (Bruce Krickbaum): Submit summary of comments received on each resource to RAC Subgroup members.
- ☐ Action (Bruce Krickbaum): Send website link for community assessment to group.

BLM_0106383



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado



## RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #1

### Thursday, May 27, 2010 (9:00 AM – 12:00 PM)

**Meeting Location:**
**BLM Uncompahgre Field Office**
**2465 S. Townsend Avenue, Montrose, CO**

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|---|---|---|---|---|---|
| Adams | Angie | | EMPSi 3775 Iris Ave, Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Bear | Shelby | | DMEA PO Box 910 Montrose, CO 81402 | sbear@dmea.com | w: 970-240-1238 h: 970-874-1264 |
| Baird-LeValley | Robbie | | Colorado State Univ. Extension 525 Dodge Street Delta, CO 81416 | robbie.levalley@colostate.edu | w: 970-874-2195 h: 970-872-3280 |
| Blackburn | Walt | | 1751 Clearview Drive Delta, CO 81416 | wblack8709@msn.com | h: 970-874-8709 c: 970-260-4181 |
| Day | Bill | | 28478 Highway 92 Hotchkiss, CO 81419 | billday@paonia.com | 970-872-3216 |
| Durnan | Richard | | PO Box 2065 Ridgway, CO 81432 | rich@richdurnanphoto.com | w: 970-316-2580 h: 970-318-0231 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | dave_kauffman@blm.gov | 970-240-5340 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | bruce_krickbaum@blm.gov | 970-240-5384 |
| Mueller | Peter | | PO Box 3140 Telluride, CO 81435 | pmueller@tnc.org | w: 970-728-5291 h: 970-369-4348 |
| Reams | John | | Western Small Miner's Assoc. 31527 Hwy 141 PO Box 644 Naturita, CO 81422 | john@reams-construction.com | w: 970-865-2886 h: 970-865-2397 |
| Sharrow | Barb | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | barbara_sharrow@blm.gov | 970-240-5315 |
| Weist | Steven D. | | Oxbow Mining 3737 Hwy 133 PO Box 535 Somerset, CO 81434 | steve.weist@oxbow.com | w: 970-929-6461 h: 970-856-3777 |

BLM_0106384

Resource Advisory Council Subgroup Meeting #1                                    Thursday, May 27, 2010

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|-----------|------------|---------|---------|--------|-------|
| William | Ela | WME | 30507 L Road Hotchkiss, CO 81419 | silvers1@tds.net | h: 970-872-3334 |
| Wynant | Kate | KW | EMPSi 3775 Iris Ave, Ste 1A Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |

BLM_0106385

U.S. Department of the Interior
Bureau of Land Management

# BLM Uncompahgre Field Office Resource Management Plan Revision

| 6:00 - 6:15 p.m. | Sign In & Welcome |
| 6:15 - 6:30 p.m. | BLM Presentation |
| 6:30 - 8:00 p.m. | Open House |

1

BLM_0106386



# Uncompahgre Field Office

## Draft Resource Management Plan/Draft Environmental Impact Statement (RMP/EIS)

**BLM Open House Meetings**

**June 2016**

BLM_0106387

**U.S. Department of the Interior**
**Bureau of Land Management**

## Why do we need a RMP?

*The BLM's multiple-use mission mandates that we manage public land resources for a variety of uses, such as energy development, livestock grazing, recreation, and timber harvesting, while protecting a wide array of natural, cultural, and historical resources.*

- Current plan was finalized in 1985/1989; time for an update.

- The purpose of the Uncompahgre RMP is to provide broad-scale direction for the management of public lands and resources administered by the BLM Uncompahgre Field Office.

- Establishes a framework for the management of public lands.

- Uses Best Available Science to analyze current conditions, and potential impacts.

- 50,000 foot view  where we determine allocations for resources such as grazing, recreation, conservation, and minerals.



U.S. Department of the Interior
Bureau of Land Management

## Navigating the Draft RMP

### Chapter I. Introduction
Summarizes the proposed action, purpose and need, and decisions to be made in the RMP/EIS

### Chapter 2. Alternatives
Describes and compares the proposed decisions

### Chapter 3. Affected Environment
Presents existing biological, physical, and socioeconomic resources that could be affected

### Chapter 4. Environmental Consequences
Evaluates the impacts of the alternatives on the human and natural environment projected to occur from implementation

### Glossary
Provides definitions for important terms used in the RMP/EIS

### Maps
Maps are in Appendix A

http://www.uformp.com

BLM_0106389



## Uncompahgre Planning Area

- 675,800 surface acres
- 971,220 acres mineral estate
- 295,420 acres split estate

BLM_0106390

**U.S. Department of the Interior**
**Bureau of Land Management**

## Public Involvement

- Public Scoping – Initiated in February 2010

- Ten Cooperating Agency Meetings

    - 18 cooperators including  U.S. Fish & Wildlife Service, Bureau of Reclamation, U.S. Forest Service, Colorado Department of Natural Resources, Delta Conservation District, five counties and eight communities

- Ten BLM Southwest District Resource Advisory Council (RAC) Sub-Group Meetings

- Presented draft Alternatives to the RAC Sub-group and Cooperating Agencies for review and comment

- Tribal Consultation with Southern Ute, Ute Mountain Ute, Northern Ute tribes

- Coordination with Stakeholders

- 90 day public review and comment on the Draft RMP/EIS




BLM_0106391



U.S. Department of the Interior
Bureau of Land Management

## Alternatives

**ALTERNATIVE A (NO ACTION) –** Alternative A, referred to as "No Action," is the continuation of present management based on management decisions in the 1985 San Juan/San Miguel RMP and 1989 Uncompahgre Basin RMP.

**ALTERNATIVE B –** Alternative B emphasizes improving, rehabilitating, and restoring resources and sustaining the ecological integrity of habitats.

**ALTERNATIVE B.1 –** Alternative B.1 is a partial alternative submitted by community members in the North Fork Valley.  It is specific to oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River.

**ALTERNATIVE C –** Appropriate and allowable uses and restrictions would emphasize maximizing utilization of resources, while mitigating impacts on land health.

**ALTERNATIVE D (PREFERRED ALTERNATIVE) –** The BLM's Preferred Alternative emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape.

U.S. Department of the Interior
Bureau of Land Management

## Resource Highlights from Draft RMP/EIS

**Each resource is evaluated and a plan is proposed to manage for each of the following resources amongst the alternatives (A-D).**

Highlighted Resources:

- Special Designations for Conservation
- Recreation
- Trails and Travel Management
- Livestock Grazing
- Coal Leasing
- Oil & Gas Leasing
- Land & Realty





BLM_0106393



U.S. Department of the Interior
Bureau of Land Management

## Wild & Scenic Rivers (WSR)

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| **29 Eligible Segments (154.1 miles)** | | | | |
| **Suitable Segments** | - | 29 | 0 | 16 |
| **Total Miles of Segment – Suitable** | - | 154.1 | 0 | 104.6 |





BLM_0106394



U.S. Department of the Interior
Bureau of Land Management

## Areas of Critical Environmental Concern (ACEC)

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| # of Existing | 5 | 4 | 4 | 4 |
| # of New | - | 11 | 0 | 4 |
| Total Number of ACECs | 5 | 15 | 4 | 8 |
| Total Acres | 30,000 | 215,840 | 29,440 | 51,320 |





BLM_0106395

**U.S. Department of the Interior**
**Bureau of Land Management**

## Recreation and Visitor Services

- BLM land use plans designate *Special Recreation Management Areas* (SRMAs) and **Extensive Recreation Management Areas** (ERMAs).

- **SRMAs** are areas where recreation is the principle management focus.

- **ERMAs** are areas where the BLM protects recreational activities and associated recreational settings but not the quantity or quality of opportunities.

- In areas not designated as SRMAs or ERMAs, the BLM does not protect either recreational opportunities or recreational settings.

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| SRMA:  Number<br>Acres | 2<br>49,320 | 11<br>244,050 | 0 | 7<br>124,400 |
| ERMA:  Number<br>Acres | 0 | 0 | 12<br>215,880 | 4<br>73,310 |

U.S. Department of the Interior
Bureau of Land Management

## Lands With Wilderness Characteristics

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| **Number of areas managed for wilderness characteristics** | - | 7 | 0 | 3 |
| **Total acres** | - | 42,150 | 0 | 18,320 |

| A | B | C | D |
|---|---|---|---|
| None | • Adobe Badlands WSA Adjacent (6,180 acres)<br>• Camel Back WSA Adjacent  (6,950 acres)<br>• Dolores River Canyon WSA Adjacent (550 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Roc Creek (5,480 acres)<br>• Lower Tabeguache/Campbell Creek (11,060 acres)<br>• Shavano Creek (4,900 acres) | None | • Camel Back WSA Adjacent (6,950 acres)<br>• Dry Creek Basin (7,030 acres)<br>• Roc Creek (4,340 acres). |

BLM_0106397

**U.S. Department of the Interior**
**Bureau of Land Management**

## Trails & Travel Management

- Uncompahgre Field Office completed an RMP amendment in 2009, which limited travel to existing routes.

- Also completed travel management planning with route designations on over 111,000 acres which is about 16% of the RMP planning area.

- These decisions will be carried forward in the preferred alternative.

- After the RMP is finalized, the field office will initiate comprehensive travel management planning for the entire field within five years.

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| **Open (to Cross-Country Motorized, Mechanized)** | **8,560** (1.3%) | **0** | **16,070** (2.4%) | **0** |
| **Limited to Designated Routes** | **611,090** | **560,830** | **614,560** | **617,240** |
| **Closed to Motorized Travel** | **56,150** (8.3%) | **114,970** (17%) | **45,170** (6.7%) | **58,560** (8.7%) |



U.S. Department of the Interior
Bureau of Land Management

## Livestock Grazing

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| **Acres Open to Livestock Grazing** | **658,540** | **510,070** | **647,900** | **611,560** |
| **Acres Closed to Livestock Grazing** | **17,260** | **165,730** | **27,900** | **64,240** |
| **Animal Unit Months Available** | **38,364** | **29,862** | **37,926** | **36,424** |



BLM_0106399

**U.S. Department of the Interior**
**Bureau of Land Management**

## Potential Coal Resources

- The planning area includes four coal fields: Tongue Mesa, Grand Mesa, Nucla-Naturita and Somerset.
- There is one active underground coal mine on federal mineral estate, one that is idle, and one in full reclamation.

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| Coal Potential | 245,990 | 426,590 | 426,590 | 426,590 |
| Acceptable for Coal Leasing | 145,270 | 323,350 | 408,390 | 374,450 |
| Closed to Coal Leasing | 580 | 1,910 | 1,910 | 1,910 |
| Unsuitable for Coal Leasing | 110 | 2,460 | 2,460 | 2,460 |
| Unacceptable for Coal Leasing | 580 | 98,870 | 13,830 | 47,770 |

BLM_0106400

U.S. Department of the Interior
Bureau of Land Management

## Potential Oil & Gas Resources

- About 12.5 percent (over 114,000 acres) of the planning area is currently leased including 35 federal wells that were drilled over the past 20 years.

- Based on the Reasonable Forseeable Development, there is a projected 418 BLM-managed wells over the next 20 years, and 1,271 wells in planning area.



|  | BLM Surface | Split-Estate | Total (Decision Area) |
|---|---|---|---|
| **Total Federal Fluid Mineral Estate** | 675,800 | 240,230 | 916,030 |
| **Total leased area** | 76,920 | 37,470 | 114,390 |

**U.S. Department of the Interior**
**Bureau of Land Management**

## Potential Oil & Gas Resources, continued

| Alternative | A | B | B.1 | C | Preferred (D) |
|---|---|---|---|---|---|
| **Open to Leasing** | **871,810** 95.2% | **696,450** 76.0% | **609,360** 66.5% | **871,810** 95.2% | **865,970** 94.5% |
| **Closed to Leasing** | **44,220** 4.8% | **219,580** 24.0% | **306,670** 33.5% | **44,220** 4.8% | **50,060** 5.5% |
| | | | | | |
| Open, with No Surface Occupancy (NSO)    (% of Open) | 25,610 2.9% | 452,930 65.0% | 404,690 66.4% | 22,300 2.6% | 238,140 27.5% |
| Open, with Controlled Surface Use (CSU)    (% of Open) | 119,860 13.7% | 238,010 34.2% | 199,170 32.7% | 457,120 52.4% | 333,330 38.5% |
| Open, with Timing Limitations (TL)    (outside of NSO areas) | 484,930 | 243,520 | 204,670 | 566,280 | 626,380 |

U.S. Department of the Interior
Bureau of Land Management

## North Fork Alternative

|  | Alternative B.1 | Alternative B | Alternative D (Preferred) |
|---|---|---|---|
|  | Acres | Acres | Acres |
| Federal Fluid Minerals (BLM surface and split estate) | 139,540 | 139,540 | 139,540 |
| Closed to Leasing | 104,750 (75%) | 16,500 (11.8%) | 3,160 (2.2%) |
| Open to Leasing | 34,790 (25%) | 123,040 (88.2%) | 136,380 (97.7%) |
| Of Open, acres with No Surface Occupancy (NSO) | 27,280 (78.4% of open) | 76,270 (62% of open) | 33,270 (24.4% of open) |
| Of Open, acres with CSU | 1,380 (4% of open) | 46,640 (37.9% of open) | 56,970 (41.8% of open) |

BLM_0106403

**U.S. Department of the Interior**
**Bureau of Land Management**

# Rights of Way & Land Disposal

## Rights of Way

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| ROW Exclusion | 85,080 (12.6%) | 431,040 (63.8%) | 44,550 (6.6%) | 53,700 (8%) |
| ROW Avoidance | 0 | 195,460 (28.9%) | 210,390 (31.1%) | 276,500 (40.9%) |

## Land Disposal

| Alternative | A | B | C | Preferred (D) |
|---|---|---|---|---|
| Lands Identified for Disposal | 9,850 | 2,650 | 9,850 | 1,930 |

BLM_0106404

U.S. Department of the Interior
Bureau of Land Management

## Estimated Timeline

Notice of Intent
February 2010

Public Scoping
Feb/March 2010

Develop Administrative
Draft RMP/EIS
April 2010 – Nov 2013

Develop Administrative
Draft RMP/EIS with
North Fork Alternative and
with Sage Grouse consideration
Dec 2013 – Sept 2015

90-day Public Review
* June 3, 2016 – November 1,
2016

We are here

Proposed RMP/Final EIS
(Notice of Availability (NOA))
Summer 2017

30-day Protest Period
and
Governor's Consistency
Review (Fall 2017)

Resolve Protests
Fall 2017

Record of Decision (ROD)
and Approved RMP
Spring 2018

BLM_0106405



**U.S. Department of the Interior**
**Bureau of Land Management**

## Substantive Comments

**Substantive comments** address one of more of the following:

- Question with a reasonable basis, the accuracy of, methodology for, or assumptions used in the environmental analysis
- Present new information relevant to the analysis
- Present reasonable information concerning the draft alternatives and/or cause changes or revisions in one or more alternatives

Comments that are **not** considered substantive include the following:

Commenting is not a form of "voting" on an alternative Comments containing only opinions or preferences will not receive a formal response Comments that don't pertain to the project area or the project Comments that take the form of vague, open-ended questions

BLM_0106406

**U.S. Department of the Interior**
**Bureau of Land Management**

## Ways to Comment / More Information

**Ways to Comment\***

<u>Tonight</u>:

Submit written comments in the comment box

<u>After the meeting by Nov. 1, 2016</u>:

E-mail:

uformp@blm.gov

Submit written comments to:

Mail: RMP comments

Bureau of Land Management

2465 South Townsend Avenue

Montrose, CO  81401

Fax: 970-240-5367

**For more Information**

- Project website:

  http://www.uformp.com

- Additional copies of document:

  - Visit your local library

  - Stop by the BLM Uncompahgre Field Office, Montrose, CO

  - Phone: 970-240-5300

  - Visit the BLM CO State office, Lakewood, CO

\*Before including your address, phone number, email, or other personally identifiable information in your comment, be aware that your entire comment—including your personally identifiable information—may be made publicly available at any time.  While you can request in your comment to have your personally identifiable information withheld from public review, we cannot guarantee that we will be able to do so.



U.S. Department of the Interior
Bureau of Land Management

## What Happens to My Comments?

- **Substantive comments** and information submitted will be considered, summarized and addressed in the Proposed RMP/Final EIS, which is the next phase of the planning process.

- All timely comments will be considered, but the BLM can best use your comments and information if received by **September 1, 2016**



| | |
|---|---|
| **From:** | bruce_krickbaum@blm.gov |
| **To:** | Barbara_Sharrow@blm.gov; dave_kauffman@blm.gov; Deborah_Magee@blm.gov; Angie Adams; Kate Wynant; bbott68@gmail.com; Aschroeder@usbr.gov; kjensen@cj.montrose.co.us; renzo.delpiccolo@state.co.us; shansen@deltacounty.com; MPelletier@gunnisoncounty.org; swhite@montrosecounty.net; lpadgett@ouraycountyco.gov; lynn@mtngeogeek.com; daves@sanmiguelcounty.org; pat@cedaredgecolorado.com; MSe1047096@aol.com; gsparks@mtnvillage.org; mjreagan@fone.net; norwoodparker@centurytel.net; sharold@ci.olathe.co.us; davidvarley@kaycee.net; townofpaonia@tds.net; jcoates@town.ridgway.co.us; Collin_Ewing@fws.gov; tkrandallparker@fs.fed.us; lbroyles@fs.fed.us; segfahlt@gmail.com; Bruce_Krickbaum@co.blm.gov; UFO AR; Valori_Armstrong@blm.gov |
| **Subject:** | Meeting Notes 05-27-2010 |
| **Date:** | Tuesday, June 15, 2010 9:11:05 AM |
| **Attachments:** | UFO RMP CA Mtng 1 2010-05-27 minutes.pdf |

Hello Cooperating Agency Representatives.

I have attached the finalized minutes from our first Cooperating Agency meeting.
Thank you to those who replied with comments.  Please review the minutes prior
to the next meeting; this is especially important for those who did not attend
the first meeting (we will not take time to re-visit old business).

Also, this is a reminder that the next meeting will be held on Thursday June 24 at
1:00 PM (1:00 - 4:00).  The meeting location has changed; the meeting will be held
at the Holiday Inn Express (Jordan Room A), which is the same location as the last
meeting.

Several agencies did not attend the first meeting.  If you did not attend the first meeting,
and do not attend the second, we will take that as an indication that your agency is
no longer interested in participating.  If you are missing each of the first two meetings,
but still intend to participate, please let me know via email.  (A couple of agencies have
contacted me regarding missing the first meeting, and their interest in participating further.)

If you think you will miss a meeting, please send me an email so we will know who and how
many to expect.  We anticipate a total of 13 meetings, although there could be more.
Please note that we will not review topics discussed at a previous meeting for the sake
of anyone who missed.  The tight schedule, and the amount of material to cover in
a three-hour meeting, does not allow this.

At the June 24 meeting (and all future meetings), representatives will be asked to sit
toward the front of the room, at seats reserved for representatives.  If others from the
agency should happen to show up, they will be asked to sit at the rear.

Also, we expect only agency representatives to participate in discussions.

BLM_0106409

Thank you, and I look forward to seeing you next Thursday.

--Bruce

<><><><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384
      (See attached file: UFO RMP CA Mtng 1_2010-05-27 minutes.pdf)


PLEASE NOTE: This message, including any attachments, may include
privileged, confidential and/or inside information. Any distribution or use
of this communication by anyone other than the intended recipient is
strictly prohibited and may be unlawful. If you are not the intended
recipient, please notify the sender by replying to this message and then
delete it from your system.



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401

# COOPERATING AGENCY MEETING #1

## Thursday, May 27, 2010 (9:00 AM – 12:00 PM)

## Meeting Location:
### Holiday Inn – Jordan Room A
### 1391 S. Townsend Avenue, Montrose, CO

**Attendees:** Angie Adams (EMPSi), Lori Armstrong (BLM Southwest Colorado District Manager), Garry Baker (City of Montrose), Jen Coates (Town of Ridgway), Renzo DelPiccolo (Colorado Department of Natural Resources, Southwest Region), Gary Ellis (Montrose County), Collin Ewing (US Fish and Wildlife Service, Western Colorado Ecological Services Field), Susan Hansen (Delta County), Scott Harold (Town of Olathe), Ronald Henderson (Montrose County), Kerwin Jensen (City of Montrose), Bruce Krickbaum (BLM Uncompahgre Field Office), Patricia Means (Town of Cedaredge), Mitch Meier (Town of Cedaredge), Lynn Padgett (Ouray County), Mike Pelletier (Gunnison County), Dave Schneck (San Miguel County), Greg Sparks (Town of Mountain Village), Barb Sharrow (BLM Uncompahgre Field Office), Steve White (Montrose County), Brian Wilson (Montrose County), Kate Wynant (EMPSi)

**Handouts:** Agenda, Uncompahgre RMP Planning Units map, Microsoft PowerPoint presentation slides, BLM Expectations of Cooperating Agencies, Functioning of the Cooperating Agencies and Resource Advisory Council Subgroup, A Desk Guide to Cooperating Agency Relationships (2005), Planning Issue Statements, Highlights of the Resource Management Planning Process to Date, Preliminary Summary of Scoping Results, Uncompahgre RMP Newsletter #1 (December 2009)

1. **Welcome** (Barb Sharrow, Bruce Krickbaum, Angie Adams)
   - Barb Sharrow welcomed everyone and thanked them for coming. Angie Adams mentioned housekeeping items (restroom locations, put cell phones on vibrate, brief breaks, snacks).

2. **Introductions** (all)
   - Barb Sharrow introduced Bruce Krickbaum. He is the planner and can be contacted with any questions. Bruce thanked everyone for coming and their continued interest in the process.
   - Bruce Krickbaum introduced Angie Adams and Kate Wynant, contractors with Environmental Management and Planning Solutions, Inc. (EMPSi), hired to help the BLM with the plan.
   - Attendees introduced themselves and the agencies they represent.

3. **Project Overview** (Angie Adams) *(note: Project Overview information was relayed via a Microsoft PowerPoint slideshow which was also included as a handout. Information here builds on information in the slideshow and does not include the slideshow itself.)*
   - Role of the Cooperating Agencies. It is important that you know why you are here. You can read about Cooperating Agencies in the desk guide (handout). Your role is to help BLM identify issues, provide data that you have access to (GIS or otherwise), review materials, provide comments on those materials, serve as an extension of the BLM review team, and

BLM_0106411

bring your expertise/jurisdiction to the table up front. This is a big time commitment. We will have 13-14 meetings over the next couple of years, and the meetings will come in cycles where there are a few and then a lull. When you have reviews, you will likely get less than a month; sometimes documents are 30 pages, but other times they are 300 pages. Please make sure the same representative comes to all meetings; it helps with continuity. It is important for you to talk to your constituents and bring ideas back. If you decide that you do not want to participate, there will still be opportunities for your review.

- This RMP revision will replace the San Juan/San Miguel RMP (1985) and the Uncompahgre Basin RMP (1989) and their subsequent amendments. The San Juan/San Miguel RMP covers the Dallas Divide and west. Portions of the RMP also include lands now managed by the BLM San Juan Public Lands Center. The Uncompahgre Basin RMP covers the Dallas Divide and east.
- Per the Federal Land Policy and Management Act (FLPMA):
  - This plan will establish criteria for when land disposal will be appropriate.
  - The mandate of multiple use and sustained yield is one of the BLM's biggest mandates or missions.
  - This plan will evaluation areas of critical environmental concern (ACEC). There are some in the field office already, and they are being reviewed again for the presence of relevance and importance criteria. The BLM is also considering other areas as ACECs.
  - Multiple Use: this is not a black and white process, and the multiple use mandate adds to the gray area.
- RMP Planning area: Includes all acres regardless of ownership (approximately 3.1 million acres).
- RMP Decision area: Includes BLM surface (675,700) and federal mineral estate (2.2 million acres). Excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas. A separate RMP will be written for the Dominguez-Escalante National Conservation Area. An RMP for the Gunnison Gorge National Conservation Area was signed in 2004.

4. **RMP Planning Effort** (Angie Adams) *(note: RMP Planning Effort information was relayed via a PowerPoint slideshow which was also included as a handout. Information here builds on information in the slideshow and does not include the slideshow itself.)*
  - Why do we plan? The RMP speaks to desired outcomes for the landscape, not on-the-ground decisions (implementation level).
  - What decisions will be made in the RMP?
    - Decisions identify lands that are open or closed to certain uses (e.g., livestock grazing, energy development).
    - Broad-scale planning effort that sets the stage for future projects.
  - Conceptual planning process and BLM documents
    - Frame the problem and gather information
      - Pre-plan: What are we going to do, what are some issues, etc. completed by BLM.
      - Analysis of the Management Situation: Underway and will be on website in June 2010. Documents what is out there now, what are the trends, problems, issues, ideas for solving issues, and opportunities for management changes. It sets the stage for alternatives and existing conditions.
      - Scoping report: Will be available in July 2010. We have an internal draft that has the numbers break-down of comments received.
    - Develop possible solutions
      - Draft RMP/ Draft Environmental Impact Statement (EIS): Will be published for 90-day public review and then revised.
      - Proposed RMP/Final EIS: Will be published for 30-day public review and protest.
    - Make decisions
      - Approved RMP/Record of Decision (ROD).

BLM_0106412

- ▪ Implementation and monitoring occur after the ROD is issued. The current (1985 and 1989) RMPs are in place until the ROD for the revised RMP is signed.
- *Question:* Will the EIS cover the whole area? How specific is it? *Answer:* Land use planning is a landscape-level EIS and will cover the whole thing but it might not talk about specific areas.
- We need this groups help to make sure the alternatives are reasonable and that each groups' viewpoint is within the range.
- During 90-day public review of the Draft RMP, BLM may need help from the Cooperating Agencies to respond to comments.
- The Proposed RMP/Final EIS can be a variety of actions from each alternative for each resource.
- RMP Guts and Goo
  - o RMP is framed by the vision and the planning criteria. Planning criteria are open for comment during scoping. They set the ground rules and define a decision space but are mostly things that tell the BLM to follow the law.
  - o Planning Issues: Define the problem. What do we need to fix? These are identified early on in the process and refined during scoping and in the AMS. If there is not a problem, we do not need to change it. Handout (Planning Issue Statements) describes questions to be address, management concerns, etc.
    - ▪ Planning issues drive the alternatives and dictate how alternatives are shaped. If it is not broken, do not fix it.
    - ▪ Identification of planning issues: Internal BLM, scoping, stakeholders, cooperating agencies, tribes, etc. Comments received during scoping are categorized by planning issues, policy or administrative issues, issues outside the scope of the RMP, and issues that have already been addressed but need to be better communicated (for example, the Dry Creek travel management plan has been completed although commenters may not know). Only those planning issues are carried forward for consideration during the RMP process.
    - ▪ The six planning issues cover most every topic that BLM administers (see Planning Issue Statements handout).
    - ▪ Scoping Results:
      - o Most comments had to do with Issue #1, then Issue #3, then Issue #2 (see PowerPoint handout for details).
      - o Top resource categories of concern are special designation areas (specifically wild and scenic rivers), energy and minerals, and recreation.
  - o Planning Units (also see Uncompahgre RMP Planning Units map handout): These are draft. It acknowledges that resources and community interests are different in different parts of the planning area. These are draft planning units and were a result of the community assessment. We can refine them as we go.
  - o Goals are broad scale and apply to all alternatives because there are different ways of getting to that goal. We will have different goals between resource programs but they will be the same across alternatives.
  - o Objectives are specific (tier) to the goals. They do not have to be common to all alternatives. Objectives are SMART (specific, measurable, achievable, realistic, time-fixed).
  - o Actions tier to the objectives. "Actions" are allocations, management actions, and monitoring actions.
- BLM 9-step Planning Process. We are at Step 4 (Analysis of the Management Situation), but we are not nearly half-way through. The preferred alternative may be selected at the Draft RMP stage (Step 7). Step 7 also includes the publication and revision of the Draft RMP/Draft EIS and the Proposed RMP/Final EIS.

BLM_0106413

- *Comment:* It looks like you have it all figured out. *Answer:* The procedure and process we must follow is figured out; it is a requirement. Shaping management has not started yet. No decisions have been made.
- *Question:* What if I want to add issues? *Answer:* Scoping has ended. You should let us know now if we missed any issues so that we can make sure it gets folded in to alternatives development.
- Planning process to date (also see Highlights of the Resource Management Planning Process to Date handout)
  - Community Assessment (2008-2009): BLM went to 22 communities in planning area and invited community leaders to talk with BLM about their relationship with public lands and what they hope to see in the RMP. We will continually refer back to this.
  - Tribal consultation has been underway for a couple of years and is ongoing.
  - Scoping
  - Visual resource inventory was completed in 2009.
  - Economic workshops: BLM invited comminutes to talk with BLM about public lands from an economic perspective
  - Recreation focus groups:  Held in spring 2010, they asked folks about the current recreation conditions and desired future conditions in planning area.
  - Class I paleontological resources overview and class I cultural overview
  - Coal potential report:  Discusses the current condition and potential. It will be posted on the Web site in June.
  - Renewable energy potential report:  Similar to the coal report it discusses the current condition and potential for renewable energy. It will be posted on the Web site in June.
  - Wild and Scenic Rivers eligibility report:  It will be available on the Web site in June. Following eligibility the BLM will conduct suitability which is a different level of decision making.
  - ACEC evaluation report:  It is underway and expected to wrapped up in June.
  - None of these documents make any decisions; we are just gathering data.
- *Question:* What does eligibility and suitability mean in relationship to wild and scenic rivers? *Answer:* First streams are evaluated to determine if they meet criteria of being free-flowing and if they have outstandingly remarkable values. The suitability phase asks another question and applies other criteria to determine if wild and scenic river designation is the best way to manage the river and protect values associated with the river. The alternatives have to consider a situation where all segments are suitable, an instance where no segments are suitable, and everything in between.
- *Comment:* This is an important issue to Montrose County. *Response:* We understand and, as we have seen in the scoping comments, this is a big issue. We encourage you to learn about the process so that you understand the process.
- Alternatives Development
  - What are the issues? Is there a need for change? If there is not a need for change, current management can be carried forward. Just because an RMP is being revised does not mean that everything needs to change. If there is a need for change, we can create a range of alternatives to address options.
  - Cooperating Agencies should help the BLM think outside the box and make sure BLM is not missing anything in the alternatives development process. Want to make sure that there is a reasonable range of alternatives.
- National Environmental Policy Act (NEPA)
  - It is a procedural act. It does not tell agencies what to do but it tells them how to go through a process to come to an informed decision. The process is public. It includes analysis of impacts that would result from implementing a set of alternatives.

BLM_0106414

- o The EIS provides the analysis of the impacts of what would happen if a set of actions are implemented.
- At the end of each of the internal BLM Interdisciplinary (ID) Team alternatives development workshops, we will give you outcomes and ideas. The alternatives will consider all public comments received. We will solicit input and information from the Cooperating Agencies and Resource Advisory Council (RAC) Subgroup and then make sure it is incorporated into the alternatives to make sure that we are not missing something.
- *Question:* During wild and scenic rivers suitability, if Montrose County is opposed to designation, would our opposition alone preclude it from designation? *Answer:* Our first draft document will have a variety of alternatives. For wild and scenic rivers, one alternative will say that everything is suitable, one alternative will say none are suitable. The other alternatives will look at something in between. The BLM does not have the flexibility to take segments off the table and not evaluate them at all. Wild and scenic river evaluation is required by the Wild and Scenic Rivers Act of 1969 as passed and amended by Congress.
- Planning Challenges (Bruce Krickbaum)
  - o Diverse landscape and human uses. Some use the land more for recreation versus energy development. Different vegetation structures and land forms.
  - o Lack of information. Someone will always think we need more info. As mentioned, we have done lots of reports in preparation for this RMP so that we can make the right decisions. There might be data that we wish we had and that will have to be an issue we have to overcome.
  - o Competing interests and values: off-highway vehicle use versus no off-highway vehicle use; energy development versus no energy development.
  - o Multiple jurisdictions: multiple counties, multiple agencies to contend with.
  - o Growing urban interface: fire and how we deal with that, also growing demand for recreation. Lots of private land leads to lots of urban interface challenges.
  - o Rising recreation: competing recreation uses throughout the field offices. Seems like each year there is a new use and a new area getting use.
  - o Changing demographics: new ideas, new values, new expectations.
- How long will it take to complete the plan?
  - o The goal is to have the ROD complete in the summer or fall of 2013.
  - o Draft RMP/EIS will be released to the public in spring of 2012, but this group will see it before then. You will also see bits and pieces throughout the process.
- *Question:* Will we get an opportunity to review a draft scoping report? *Answer:* No. There is not much to review, as the scoping report just displays the comments received and statistical information about them; no analysis is done. As such, there is not anything to comment on.
- *Question:* Are the planning issues specific to this field office? *Answer:* Yes. If the issue statements document is missing something, BLM needs to know now.
- *Question:* Are the planning issues specific to planning units? *Answer:* No. Some things will only apply to certain areas (e.g., issues regarding Mancos shale will only apply where there is Mancos shale).
- *Comment:* Crawford and Mayer should be part of Unit 1.
- *Comment:* Norwood is not much different than Redvale. Maybe the divider line should be moved south so that Norwood is part of Unit 5.
- *Comment:* I think you should run that suggestion by San Miguel County Commissioners, because there is a lot of interconnectedness between Norwood and San Miguel County.

## 5. Public Outreach
- Scoping summary (Kate Wynant) (see Preliminary Summary of Scoping Results handout)
- RAC Subgroup:

BLM_0106415

- The RAC Subgroup is a subgroup of the Southwest RAC. The Southwest RAC is a sanctioned group that advises the BLM on land management decisions. The Subgroup is a sanctioned group by the Southwest RAC with seven individuals representing different interests (coal mining, recreation, etc.) and also a variety of geographic locations. There are also two members of the Southwest RAC on the subgroup that help facilitate and act as liaisons between the Southwest RAC and RAC Subgroup.
  - Their primary mission is to make sure the BLM has a reasonable range of alternatives.
  - The RAC Subgroup meetings are open to the public and advertised.
- There have been several entities that have requested to form a stakeholder group to address wild and scenic rivers. This would not be the BLM's process, but BLM would ask that they meet BLM's RMP revision timeframes, and that they bring their ideas to the Cooperating Agencies and RAC Subgroup. There will likely be one group for the San Miguel River and one group for the Dolores River.
- *Question:* What alternatives can we give you if there are so many sideboards that do not allow for alternatives? *Answer:* The BLM has to meet laws, which form the sideboards. We cannot propose an alternative that would violate a law. For some resources (wild and scenic rivers, for example), the range is really big. For others, it is smaller because regulations require us to do certain things. For example, under all alternatives, certain areas will be closed to oil and gas leasing because regulations say that they must. Beyond that, alternatives could vary by how many acres are open and closed to oil and gas leasing. One alternative might have more stipulations (restrictions) on oil and gas leasing than others.

6. **Cooperating Agency Involvement** (Bruce Krickbaum) (see BLM Expectations of Cooperating Agencies handout)
   - Information in this room is pre-decisional and is not for public dissemination. It is confidential.
   - The assigned Cooperating Agency representative shall attend all meetings. The assigned representative shall be the one speaking for the agency, as they will have attended all of the meetings and have the information from the past.
   - The Cooperating Agencies will get to review decision documents. Other documents agencies will not review are those that are baseline inventories and report existing information.
   - Reviews need to be completed on time. BLM receives money allocated by Congress for these plans and are funded for the proposed schedule.
   - BLM also will hold some internal meetings but will share results of those meetings with the Cooperating Agencies.
   - Cooperating Agencies may help review or prepare responses to public comments on the Draft and Proposed RMPs that are within your area of expertise.
   - BLM expects that Cooperating Agencies would not protest the final plan because we have been working together through the process.
   - *Question:* Will we review documents electronically? *Answer:* You can do either. The concern with electronic that it is easy to send to others outside of the Cooperating Agencies. We trust that you will keep documents internal. If you feel like you cannot do this, it is better not to participate in this process. You will still be able to review the document during public review periods, and your comments will be considered equally.
   - *Question:* How can I represent my constituents and not share information? *Answer:* There is a difference between talking to your constituents and asking what they want to see in a passive manner, and sending documents and asking for feedback.
   - *Question:* What about when I need to share information with heads of other departments? *Answer:* Make sure things are stamped with "internal working draft," "do not distribute," "not for public release," etc. It is exciting that we have so many Cooperating Agencies in the

BLM_0106416

process, but it also means a larger group to keep everything internal and release it to the public.

- *Question:* When you say protest are you talking about the protesting the process that we are going through? *Answer:* At the end we will come out with a Proposed RMP that can be protested. We would hope that, at that stage, we have had enough coordination that Cooperating Agencies would not protest. Protests are formal opposition to decisions (i.e., people objecting to a certain decision in the plan). The protestor has to have standing (i.e., been involved in the process, cannot just show up at the end) to have a valid protest. If you are getting an idea that your agency, including elected officials, are not agreeing with the process and where things are going, it is better that you do not attend the meetings.

- What does the group expect, and what are the ground rules? The point is for us to be efficient and productive. For example, the RAC Subgroup has a specific time for non-members to make comments and ask questions. Otherwise non-members should be silent members.
  - o *Comment:* One idea is not backtracking. *Response:* That is why it is important that the same person comes to the meeting each time. However, if BLM is meeting internally for three days and then BLM presents info to Cooperating Agencies, that will not be the last time the Cooperating Agencies can talk about an issue.
  - o *Question:* How do we deal with issues that seem to side-track us so that we can keep moving forward? *Answer:* Angie as the facilitator needs help to identify when we are getting side-tracked, but also we know that sometimes side discussions have merit and we might agree to put that topic on the next agenda so that we have a time to discuss it.
  - o *Comment:* When someone has an idea that they want to discuss, they need to be able to talk about it at some point. *Response:* Sometimes things are pertinent that day and sometimes things are better discussed at a later date.

- We will send out draft meeting minutes and ask for your comments before they are finalized. We will give you a deadline, usually about one week later. Once minutes are finalized, they are the official record of that meeting.

- *Comment:* To clarify, I could take information that we discuss here to commissioners and people and get feedback, and then bring it back to the group here. *Answer:* Yes.

- Issues of interest to Cooperating Agencies: There is a list of approximately 26 resource topics that the BLM considers in the RMP revision. We want to focus our efforts on the expertise of this group. Some resources have less decision space than others, for example, cultural resources are generally protected by federal laws so the space for making decisions and range of alternatives is small. The group preliminarily identified the following issues:
  - o Montrose: just finished putting together results of focus meetings. We found out that taxpayers in Montrose County are concerned about economic development. For BLM that means refining the recreation availability surrounding Montrose County. We would like to see recreation to continue to be available. We want to make Montrose a tourist destination. Also concerned about reasonable resource extraction. Water is essential; need to make sure we have an adequate supply.
  - o Along those lines, second-most discussed issue was travel management
  - o Oil and gas leasing, sales that may be coming up and future development
  - o Specific management of San Miguel River corridor
  - o Livestock grazing
  - o Coal
  - o Wildlife
  - o Special status species
  - o Vegetation: all aspects
  - o Land tenure/access/inholdings

BLM_0106417

- o Recreation (dispersed recreation, trail building, jeeping and off-highway vehicle use, trail building for mountain bikes)
- o Special recreation management areas
- o Split-estate lands
- o Wild and scenic rivers
- o Heritage tourism – interpretation and protection of cultural resources
- o Fire management
- o Alternative energy
- o Utilities
- o Air quality
- Next meeting we will discuss some of these topics. There will be a learning component to future meetings to understand sideboards and what decisions can be made.

## 7. Other Items Not on the Agenda
- None.

## 8. Action Items / Next Meeting
- Next meeting is Thursday, June 24, 2010, from 1:00–4:00 pm at the BLM UFO, 2505 South Townsend Avenue, Montrose, Colorado.
- Contact Bruce Krickbaum with questions.
- Bruce will email the group when pertinent reports are posted on the Web site.

BLM_0106418



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado



## COOPERATING AGENCY MEETING #1

### Thursday, May 27, 2010 (1:00 – 4:00 PM)

**Meeting Location:**
**BLM Uncompahgre Field Office**
**2465 S. Townsend Avenue, Montrose, CO**

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Adams | Angie | AMA | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Brauneis | George | | Town of Hotchkiss | PO Box 369 Hotchkiss, CO 81419 | mse1047096@aol.com | 970-872-3663 |
| Broyles* | Levi | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 2250 Highway 50 Delta, CO 81416 | lbroyles@fs.fed.us | 970-527-4131 |
| Clifton | Greg | | Town of Ridgway | PO Box 10 Ridgway, CO 81432 | gclifton@town.ridgway.co.us | 970-626-5308 ext. 12 |
| Coats* Coates | Jen | Jen | Town of Ridgway | PO Box 10 Ridgway, CO 81432 | jcoates@town.ridgway.co.us | 970-626-5308 ext. 15 |
| DelPiccolo | Renzo | RDP | Colorado Department of Natural Resources, Southwest Region | 2300 S. Townsend Ave. Montrose, CO 8401 | renzo.delpiccolo@state.co.us | 970-252-6000 243 |
| Ewing | Collin | CE | US Fish & Wildlife Service Western Colorado Ecological Services Field | 764 Horizon Drive South Annex A – Bldg. B Grand Junction, CO 81506 | collin_ewing@fws.gov | 970-243-2778 ext. 18 |
| Hansen | Susan | CRH | Delta County Board of County Commissioners | 501 Palmer St, #227 Delta, CO 81416 | shansen@deltacounty.com | 970-874-2102 |
| Harold | Scott | JK | Town of Olathe | PO Box 789 Olathe, CO 81425 | sharold@ci.olathe.co.us | 970-323-5601 |

Cooperating Agency Meeting #1                                                                                              Thursday, May 27, 2010

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Kauffman | Dave | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | dave_kauffman@blm.gov | 970-240-5340 |
| Jensen | Kerwin | KJ | City of Montrose | 433 South First Street<br>Montrose, CO 81401 | kjensen@ci.montrose.co.us | 970-240-1478 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | bruce_krickbaum@blm.gov | 970-240-5384 |
| Long | William | | Town of Nucla | PO Box 486<br>554 Main Street<br>Nucla, CO 81424 | segfahlt@gmail.com | 970-497-2707 |
| Padgett | Lynn | | Ouray County Board of County Commissioners | PO Box C<br>Ouray, CO 81427 | lpadgett@ouraycountyco.gov | 970-417-9901 |
| Pelletier | Mike | | Gunnison County | 200 E. Virginia<br>Gunnison, CO 81230 | mbirnie@gunnisoncounty.org | 970-641-0248 |
| Peterson | Barbara | | Town of Paonia | PO Box 460<br>Paonia, CO 81428 | townofpaonia@tds.net | 970-527-4101 |
| Randall-Parker | Tamera K. | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 2250 Highway 50<br>Delta, CO 81416 | tkrandallparker@fs.fed.us | 970-240-5415 |
| Reagan | Joe | | Town of Norwood | PO Box 528<br>Norwood, CO 81423 | mjreagan@fone.net<br>norwoodparker@centurytel.net | 970-327-4873<br>970-327-4288 |
| Schneck | Dave | | San Miguel County Board of County Commissioners | PO Box 1170<br>Telluride, CO 81435 | daves@sanmiguelcounty.org | 970-728-0447 |
| Schroeder | Alan | | Bureau of Reclamation, Western Colorado Area Office | 2764 Compass Drive<br>Grand Junction, CO 81506 | aschroeder@usbr.gov | 970-248-0690 |
| Sharrow | Barb | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | barbara_sharrow@blm.gov | 970-240-5315 |
| ~~Sluski~~ MEANS | ~~Anthony~~ PATRICIA | | Town of Cedaredge | PO Box 398<br>Cedaredge, CO 81413 | patricia~~tony~~@cedaredgecolorado.com | 970-856-~~3123~~ 5001 |
| Sparks | Greg | | Town of Mountain Village | 455 Mountain Village Blvd, Ste A<br>Mountain Village, CO 81435 | gsparks@mtnvillage.org | 970-369-6404 |

BLM_0106420

Cooperating Agency Meeting #1

Thursday, May 27, 2010

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|-----------|-----------|---------|-------------|---------|--------|-------|
| Varley | David | | Town of Orchard City | 9661 2100 Road Austin, CO 81410 | davidvarley@kaycee.net | 970-835-3403 |
| White | Steve | ✳ | Montrose County Board of County Commissioners | 161 S. Townsend Ave. Montrose, CO 81401 | swhite@montrosecounty.net | 970-252-4510 ✳ 4550 |
| Wilson* | Brian | | Montrose County Board of County Commissioners | 161 S. Townsend Ave. Montrose, CO 81401 | bwilson@montrosecounty.net | 970-252-7000 |
| Wynant | Kate | WN | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |
| ELLis, Gary | | HE | Montrose BOCC | (Guest) | gellis@montrosecounty.net | |
| Baker, Garry | | gb | City of Montrose | 107 S. Cascade Ave. Montrose, CO 81401 | gbaker@cityofmontrose.org | 970-956-3123 |
| Meier, Mitch | | | Town of Cedaredge | 235 W. Main St Cedaredge, co 81413 | mmeier@cedaredgecolorado.com | |
| Padgett, Lynn | | | Ouray County | 544 Busted Boiler Lane Montrose CO 81432 | lynn@mtngeogeek.com alt: lpadgett@ouraycountyco.gov | |
| Schneck, Dave | | | SanMiguel County | P.O. Box 1130 Telluride, CO 81435 | Daves@sanmiguelcounty.org | 9707280444 |
| Pelletier, Mitre | | MP | Gunnison County | 200 E. Virginia Ave. Gunnison, CO 81230 | mpelletier@gunnisoncounty.org | 970-641-7645 |
| Henderson, Ronald D. | | | Montrose BOCC | 161 S. Townsend | rhenderson@montrosecounty.net | |

*Alternate

BLM_0106421

## James Bode

| | |
|---|---|
| **From:** | bruce_krickbaum@blm.gov |
| **Sent:** | Thursday, June 17, 2010 3:59 PM |
| **To:** | rob@wserc.org; andrearobinsong@wserc.org |
| **Subject:** | WCC/WSERC Scoping Comments on BLM UFO RMP (for ACECs) |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Rob,

BLM Uncompahgre is trying to wrap up the draft ACEC relevance and importance evaluation.  You (WSERC and WCC) submitted comments regarding several proposed ACECs.  I need clarification on two nominations you submitted.

Specifically, please provide additional boundary description for the following two proposed ACECs (if you are able, a map would be very useful):

1)  Tabeguache Pueblo and Tabeguache Caves.  We know where the cave and Pueblo are, but what is the boundary of the proposed ACEC?  You wrote: These contain important archaeological sites that show a relationship between the Fremont and Anasazi cultures.
There is some evidence of farming (corn production).

2)  Lower Uncompahgre Plateau Area. There are many scattered  important archaeological sites that include archaic to Ute occupation in the 1880s, e.g. the Harris Site, rock art sites, and wickiups.

It would be most helpful if the information can be provided by June 24.


Thank you,  Bruce

<><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384




| | | |
|---|---|---|
| "Rob peters" <rob@wserc.org> | | |
| | | To |
| 03/29/2010 11:17 PM | <UFORMP@blm.gov> | |
| | | cc |

BLM_0106422

Subject
WCC/WSERC Scoping Comments on BLM
UFO RMP

Please accept these attached scoping comments from Western Colorado Congress and the Western Slope
Environmental Resource Council.

Rob Peters, Executive Director, WSERC
970 527-5307 x 201
 [attachment "WCC-WSERC UFO RMP comments FINAL.doc" deleted by Bruce Krickbaum/MOFO/CO/BLM/DOI]

BLM_0106423

| | |
|---|---|
| **From:** | Barbara_Sharrow@blm.gov |
| **To:** | Mr. Bruce Krickbaum; Kate Wynant |
| **Subject:** | Fw: News Release: BLM Uncompahgre Resource Management Plan Advisory Group to Meet |
| **Date:** | Wednesday, June 23, 2010 5:52:22 PM |
| **Attachments:** | pic13826.jpg |

----- Original Message -----
From: Deanna Masterson
Sent: 06/22/2010 12:43 PM MDT
  Subject: News Release: BLM Uncompahgre Resource Management Plan Advisory Group to Meet

(Embedded image moved to file: pic13826.jpg)
June 22, 2010
Contact: Deanna Masterson, Public Affairs Specialist, 303-239-3671

    BLM Uncompahgre Resource Management Plan Advisory Group to Meet

MONTROSE, Colo. — A public advisory group that will provide recommendations
to the Bureau of Land Management Uncompahgre Field Office as it revises its
Resource Management Plan will meet this week.

The subgroup of the BLM's Southwest Colorado Resource Advisory Council will
meet on Friday, June 25, at the Holiday Inn Express in Montrose.

The meeting will be held from 9 a.m. to noon, and a public comment period
is scheduled for 11 a.m. Agenda items include:

• Summary of Comments from Draft Scoping Report
• Discussion of Alternatives Development
• Review of Decisions to be Made in the RMP

The Southwest Colorado RAC subgroup is composed of area residents
representing diverse interests within the Uncompahgre Field Office. The
seven-member subgroup will provide recommendations to the BLM Southwest
Colorado RAC regarding development and implementation of the public lands
within the field office.

The Southwest Colorado RAC is one of three advisory councils to BLM
Colorado. Composed of 15 members appointed by the Secretary of the
Interior, individuals serving in each RAC represent a broad range of public
land interests, ranging from environmental to local government to
commercial activity. For more information on Colorado RACs, go to
www.blm.gov/co and select Resources, then Resource Advisory Councils.

                    ## BLM ##


*******************************************
Deanna Masterson
BLM Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215

303-239-3671

BLM_0106425

| | |
|---|---|
| **From:** | Barbara_Sharrow@blm.gov |
| **To:** | Mr. Bruce Krickbaum; Kate Wynant |
| **Subject:** | Fw: News Release: BLM Uncompahgre Resource Management Plan Advisory Group to Meet |
| **Date:** | Wednesday, June 23, 2010 5:52:22 PM |
| **Attachments:** | pic13826.jpg |

----- Original Message -----
From: Deanna Masterson
Sent: 06/22/2010 12:43 PM MDT
  Subject: News Release: BLM Uncompahgre Resource Management Plan Advisory Group to Meet

(Embedded image moved to file: pic13826.jpg)
June 22, 2010
Contact: Deanna Masterson, Public Affairs Specialist, 303-239-3671

  BLM Uncompahgre Resource Management Plan Advisory Group to Meet

MONTROSE, Colo. — A public advisory group that will provide recommendations
to the Bureau of Land Management Uncompahgre Field Office as it revises its
Resource Management Plan will meet this week.

The subgroup of the BLM's Southwest Colorado Resource Advisory Council will
meet on Friday, June 25, at the Holiday Inn Express in Montrose.

The meeting will be held from 9 a.m. to noon, and a public comment period
is scheduled for 11 a.m. Agenda items include:

• Summary of Comments from Draft Scoping Report
• Discussion of Alternatives Development
• Review of Decisions to be Made in the RMP

The Southwest Colorado RAC subgroup is composed of area residents
representing diverse interests within the Uncompahgre Field Office. The
seven-member subgroup will provide recommendations to the BLM Southwest
Colorado RAC regarding development and implementation of the public lands
within the field office.

The Southwest Colorado RAC is one of three advisory councils to BLM
Colorado. Composed of 15 members appointed by the Secretary of the
Interior, individuals serving in each RAC represent a broad range of public
land interests, ranging from environmental to local government to
commercial activity. For more information on Colorado RACs, go to
www.blm.gov/co and select Resources, then Resource Advisory Councils.

                    ## BLM ##


*******************************************
Deanna Masterson
BLM Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215

303-239-3671

BLM_0106427

# Wilderness Characteristics

## Brief Overview

  

BLM_0106428

# Wilderness Definition

"A wilderness, in contrast with those areas where man and his own works dominate the landscape, is hereby recognized as an area where the earth and its community of life are untrammeled by man, where man himself is a visitor who does not remain. An area of wilderness is further defined to mean in this Act an area of undeveloped Federal land retaining its primeval character and influence, without permanent improvements or human habitation, which is protected and managed so as to preserve its natural conditions and which (1) generally appears to have been affected primarily by the forces of nature, with the imprint of man's work substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least five thousand acres of land or is of sufficient size as to make practicable its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historical value."

BLM_0106429