**San Miguel County, Colorado**

# Firms by Industry (SIC)

The advantage of this data source is that it never has disclosure restrictions.  This source also releases data for hundreds of sectors (available on demand). The data on this page are from the US Census County Business Patterns, which unlike the REIS data, does NOT include proprietors, government, household services or railroad workers.  if available, we encourage you to look at employment and income data from BEA REIS starting on page 26 as well.

**Growth**
- Missing data prevent this ranking

**Decline**
- Missing data prevent this ranking



Number of Establishments by industry

<table>
<tr><td colspan="9">

**Firms by Industry**
</td></tr>
<tr>
<th></th><th>1977</th><th>Shr. of Total</th><th>1987</th><th>Shr. of Total</th><th>1997</th><th>Shr. of Total</th><th>New Firms 77-97</th><th>Shr of Tot</th><th>Change in Share of Total</th>
</tr>
<tr><td>Total</td><td>110</td><td></td><td>176</td><td></td><td>452</td><td></td><td>342</td><td></td><td></td></tr>
<tr><td>Agricultural Services</td><td>#N/A</td><td>#N/A</td><td>2</td><td>1.1%</td><td>12</td><td>2.7%</td><td>#N/A</td><td>#N/A</td><td></td></tr>
<tr><td>Mining</td><td>4</td><td>3.6%</td><td>2</td><td>1.1%</td><td>1</td><td>0.2%</td><td>-3</td><td>NA</td><td></td></tr>
<tr><td>Construction</td><td>17</td><td>15.5%</td><td>29</td><td>16.5%</td><td>73</td><td>16.2%</td><td>56</td><td>16.4%</td><td></td></tr>
<tr><td>Manufacturing</td><td>7</td><td>6.4%</td><td>3</td><td>1.7%</td><td>10</td><td>2.2%</td><td>3</td><td>0.9%</td><td></td></tr>
<tr><td>Trans., Comm., & Util.</td><td>3</td><td>2.7%</td><td>6</td><td>3.4%</td><td>19</td><td>4.2%</td><td>3</td><td>0.9%</td><td></td></tr>
<tr><td>Wholesale Trade</td><td>2</td><td>1.8%</td><td>2</td><td>1.1%</td><td>5</td><td>1.1%</td><td>3</td><td>0.9%</td><td></td></tr>
<tr><td>Retail Trade</td><td>42</td><td>38.2%</td><td>57</td><td>32.4%</td><td>122</td><td>27.0%</td><td>80</td><td>23.4%</td><td></td></tr>
<tr><td>Finance, Ins., & R. Estate</td><td>7</td><td>6.4%</td><td>19</td><td>10.8%</td><td>65</td><td>14.4%</td><td>58</td><td>17.0%</td><td></td></tr>
<tr><td>Services</td><td>24</td><td>21.8%</td><td>45</td><td>25.6%</td><td>140</td><td>31.0%</td><td>116</td><td>33.9%</td><td></td></tr>
<tr><td>Nonclassifiable</td><td>4</td><td>3.6%</td><td>11</td><td>6.3%</td><td>5</td><td>1.1%</td><td>1</td><td>0.3%</td><td>-20%    0%    20%</td></tr>
</table>

**Data ends in 1997 because the CBP switched to a different classification system (NAICS) in 1997.**

**Source: Census County Business Patterns**

BLM_0107279

## San Miguel County, Colorado       **Firms by Industry in 2005 (NAICS)**



Firms by Industry in 2005

### Firms by size and industry in 2005

| | Total | \multicolumn{9}{c|}{Number of Employees per Firm} |
| | | 1-4 | 5-9 | 10-19 | 20-49 | 50-99 | 100-249 | 250-499 | 500-999 | 1000 or more |
|---|---|---|---|---|---|---|---|---|---|---|
| Forestry, fishing, hunting, and ag. support | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mining | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Utilities | 4 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction | 120 | 75 | 25 | 15 | 3 | 2 | 0 | 0 | 0 | 0 |
| Manufacturing | 10 | 4 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| Wholesale trade | 5 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retail trade | 89 | 45 | 27 | 12 | 5 | 0 | 0 | 0 | 0 | 0 |
| Transportation & warehousing | 5 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Information | 12 | 7 | 2 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| Finance & insurance | 22 | 15 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Real estate & rental & leasing | 87 | 78 | 5 | 3 | 1 | 0 | 0 | 0 | 0 | 0 |
| Professional, scientific & technical services | 82 | 69 | 9 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| Management of companies & enterprises | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Admin, support, waste mgt, remed. Serv. | 39 | 28 | 6 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| Educational services | 10 | 5 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 |
| Health care and social assistance | 27 | 17 | 7 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arts, entertainment & recreation | 24 | 14 | 3 | 5 | 1 | 0 | 0 | 0 | 1 | 0 |
| Accommodation & food services | 79 | 29 | 9 | 17 | 21 | 2 | 0 | 1 | 0 | 0 |
| Other services (except public administration) | 34 | 26 | 5 | 2 | 0 | 0 | 1 | 0 | 0 | 0 |
| Unclassified establishments | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 655 | 425 | 110 | 75 | 37 | 5 | 1 | 1 | 1 | 0 |

**Source: Census County Business Patterns**

Demographic, Employment and Income Trends                          Page 17

BLM_0107280

## San Miguel County, Colorado

# Firms by Size

### Firms by Size

- The size category that grew the most was 1-4 employees.

- As a share of total, the size category that gained the most was 1-4 employees.

- In 2004, 93% of firms had fewer than 20 employees.



**Source: Census County Business Patterns**

Demographic, Employment and Income Trends

BLM_0107281

**San Miguel County, Colorado**

# Unemployment Trends

## Annual Average Unemployment Rate Compared to the State and the Nation

- In 2007, the unemployment rate was 3.1%, compared to 3.8% in the state and 4.6% in the nation.

- Since 1990, the unemployment rate varied from from a low of 3.0% in 2000 to a high of 7.1% in 1992



## Unemployment Rate Seasonality

- This graph illustrates the seasonal variation in the unemployment rate over the last three years.  In 2007, the unemployment rate varied from from a low of 2.1% in March 2007 to a high of 5.1% in May 2007



**Source: Bureau of Labor Statistics**

Demographic, Employment and Income Trends

Page 19

BLM_0107282

**San Miguel County, Colorado**　　　　　　　　　　　　　　**Commuting**

## Inflow & Outflows

- Commuting data suggests that San Miguel County, Colorado is an employment hub. (Income derived from people commuting into the county to work exceeds the income from people commuting out of the county.) The net difference represents 9.6% of total income in the county.



- A negative Net Residential Adjustment indicates in-commuting for work from other counties.



The Bureau of Economic Analysis (BEA) reports personal income in terms of location of residence. BEA calculates how much money is earned in the county by people living outside the county (Total Gross Earnings Outflow) and it calculates how much money is brought into the county by residents who work outside of the county (Total Gross Earnings Inflow).  Subtracting one from the other gives the Net Residence Adjustment.  The Inflow and Outflow trends indicate whether the county is closely tied to others in terms of commuting.

**Source: BEA REIS 2006 Table CA91**

BLM_0107283

## San Miguel County, Colorado     Agriculture (Busiuess Income)

Farm income figures presented on this page reflect income from farming *enterprises* (income of the business).  The term "farm" includes farming and ranching, but not agricultural services such as soil preparation services and veterinary services. in contrast, farm income figures presented in the next section reflect personal income earned by *individuals* (income of individuals, both proprietors and wage and salary employees) who work in farming and ranching.

Farm income of businesses differs from individual farm income because it also includes government payments, rent, the value of inventory change and production expenses.  In some areas, net farm income can be negative when production expenses exceed gross income.

### Gross Income, Expenses, and Net Income from Farming and Ranching

| All figures in thousands of 2006 dollars | 1970 | % of Gross Income | 1995 | % of Gross Income | 2006 | % of Gross Income | 70-06 Change in Share |
|---|---|---|---|---|---|---|---|
| Gross Income (Cash + Other) | 10,979 | | 5,006 | | 3,725 | | |
| Cash Receipts from Marketings | 9,976 | 91% | 4,215 | 84% | 2,929 | 78.6% | -12% |
| Livestock & Products | 9,311 | 85% | 3,648 | 73% | 2,645 | 71.0% | -14% |
| Crops | 665 | 6% | 566 | 11% | 284 | 7.6% | 2% |
| Other Income | 1,003 | 9% | 791 | 16% | 796 | 21.4% | 12% |
| Government Payments | 821 | 7% | 335 | 7% | 180 | 4.8% | -3% |
| Imputed Rent & Rent Received | 130 | 1% | 456 | 9% | 616 | 16.5% | 15% |
| Production Expenses | 9,004 | | 6,617 | | 6,139 | | |
| Realized Net Income (Income - Expenses) | 1,974 | | (1,611) | | (2,414) | | |
| Value of Inventory Change | 130 | 1% | 405 | 8% | 148 | 4.0% | 3% |
| Total Net Income (Inc. corporate farms) | 2,161 | | (1,206) | | (2,266) | | |

### Gross Income vs. Production Expenses

### Net Farm Income



**Source: BEA REIS 2006 CD Table CA45**

BLM_0107284

**San Miguel County, Colorado**   # Relative Performance Comparisons

## In the following pages (23 - 25) yon will learn about:

1. The degree of economic specialization of the county relative to the nation.

2. The year-to-year stability of personal income growth, comparing the county to the state and the nation.

3. The stability of personal income over time, comparing labor versus non-labor income.

4. If this is a county profile, numerous performance characteristics of the county (population growth, employment growth, employment stability, etc.) are used to compare the county to the median county in the country (a "benchmark").

BLM_0107285

## San Miguel County, Colorado

# Specialization

This page uses the sectoral composition of the U.S. economy as a benchmark for economic diversity and compares the local sector breakout to that of the nation. Communities that are heavily reliant on only a few industries may be economically vulnerable to disruptions. The aim of this page is to quantitatively measure the extent to which the sectoral breakout of the local economy mirrors that of the US, and if they are different to illustrate the major factors that are contributing to the differences.

San Miguel County, Colorado is specialized, with a specialization score of 597. By comparison, a county that is structured identically to the US would have a score of 0 (very diverse). The largest observed score in the U.S. is 3,441 (very specialized).

The sectors that most diverge from the US norm are:
- Over reliance on accommodation and food services (21.7% compared to 6.1% in the US)
- Under reliance on manufacturing (2.7% compared to 14.1% in the US)
- Over reliance on construction (16.2% compared to 6.8% in the US)
- Under reliance on health care and social assistance (3.3% compared to 11.2% in the US)

The figure below illustrates how the distribution of local employment by sector compares to the nation. The first bar chart compares the local area to the United States. The second bar chart subtracts one from the other to show where they differ. The closer the bars are to each other, the more the local economic structure is like that of the US.

## Sector Analysis (Sorted by Difference in Share)



| | Study Area | U.S. | Difference in Share |
|---|---|---|---|
| Accommodation and food services | 22% | 6% | 16% |
| Construction | 16% | 7% | 9% |
| Real estate and rental and leasing | 7% | 2% | 6% |
| Arts, entertainment, and recreation | 4% | 2% | 3% |
| Agriculture, forestry, fishing and hunting | 2% | 1% | 1% |
| Mining | 0% | 0% | 0% |
| Management of companies and enterprises | 0% | 0% | 0% |
| Professional, scientific, and technical services | 6% | 6% | 0% |
| Utilities | 1% | 1% | 0% |
| Information | 3% | 3% | 0% |
| Public administration | 4% | 5% | -1% |
| Retail trade | 11% | 12% | -1% |
| Transportation and warehousing | 3% | 4% | -1% |
| Finance and insurance | 4% | 5% | -1% |
| Other services (except public administration) | 3% | 5% | -1% |
| Admin & support & waste management services | 1% | 3% | -2% |
| Wholesale trade | 1% | 4% | -2% |
| Educational services | 4% | 9% | -4% |
| Health care and social assistance | 3% | 11% | -8% |
| Manufacturing | 3% | 14% | -11% |

San Miguel County, Colorado
United States

The above index uses a new improved methodology relative to earlier versions of EPS. It was calculated by summing the squares of the difference in shares between the local economy and the US for the 20 sectors.

**Source: Census 2000 SF3 Table P49.**

BLM_0107286

## San Miguel County, Colorado <span style="color:darkred">**Stability**</span>

### Stability vs. State and Nation

- Different regions can behave very differently during recessions and recoveries.

- Note: Below 0% means absolute decline. Above 0% means absolute growth, but at different rates.



### Labor vs. Non-Labor Income Stability

- Non-labor income sources can have a stabilizing effect on the economy and are sometimes, but not always, counter-cyclical to labor income.



**Source: BEA REIS 2006 Table CA30**

Relative Performance Comparisons

BLM_0107287

**San Miguel County, Colorado**

# Performance Comparisons



Benchmark = Median of all Counties in U.S.***

Compared to benchmark area, the county has:
← Less Than | More Than →

| | San Miguel County, Colorado | US Median |
|---|---|---|
| **Population Growth (Annualized rate, 1970-2006)** | 3.7% | 0.6% |
| **Employment Growth (Annualized rate, 1970-2006)** | 6.9% | 1.4% |
| **Personal Income Growth (Adjusted for Inflation, Annualized rate, 1970-2006)** | 7.2% | 2.2% |
| **Non-labor Income Share of Total in 2006** | 38.7% | 37.4% |
| **Median Age*** | 34.2 | 37.3 |
| **Per Capita Income (2006)** | $  47,142 | $  27,413 |
| **Average Earnings Per Job (2006)** | $  31,189 | $  30,604 |
| **Education Rate*** (% of population 25 and over who have a college degree) | 48.5% | 14.5% |
| **Education Rate*** (% of population 25 and over who have less than a high school diploma) | 6.4% | 21.0% |
| **Employment Specialization*** | 597 | 155 |
| **Rich-Poor Ratio*** (for each household that made over $100K, how many households made less than $30K) | 1.5 | 8.7 |
| **Housing Affordability in 2000** (100 or above means that the median family can afford the median house)* | 60 | 186 |
| **Change in Housing Affordability*** (% Change in index from 1990 to 2000)  Positive means the area is getting more affordable. | -2.6% | 10.3% |
| **Government share of Total employment** | 9% | 15% |
| **Unemployment Rate in 2007**** | 3.1% | 4.7% |

(5.00)  (3.00)  (1.00)   1.00   3.00   5.00
# of Standard Deviations from the Median

All data are from REIS except * are from 2000 US Census and ** is from Bureau of Labor Statistics.

***Median is the middle value of a list of numbers. This is different from mean (average), which is the sum of all the numbers in a list divided by the number of numbers in the list.

BLM_0107288

## San Miguel County, Colorado    **Employment and Income by Indnstry**

### In the following pages (28-32) you will learn about:

1. Long-term employment and personal income trends, from 1970 to 2006
2. How the structure of the economy has changed during the last three decades
3. How wages vary across different sectors in the economy.

Information for some industries and for some years may not be available from the U.S. Department of Commerce because of disclosure restrictions.

### What is a 'disclosure restriction'?

A disclosure restriction indicates that a gap exists in the data.  The U.S. Department of Commerce suppresses information to avoid disclosure of confidential information. Generally, the smaller the geographic level of analysis and the smaller the population of the county, the higher the chances that industry-specific information is suppressed and that disclosure restrictions will occur.

Our model to estimate the disclosure restrictions currently provides estimates for employment and income using the SIC classification method through 2000 for the western states only.

BLM_0107289

**San Miguel County, Colorado**                    **Read This First**

## Important Notes on the Industrial Classification Systems used by EPS

The U.S. Department of Commerce made a transition in how economic information is gathered and organized in 2001. The Standard Industrial Classification System (SIC) covered the period from 1970 to 2000; the North American Industrial Classification System (NAICS, pronounced "nakes") is used currently, for data from 2001 to the present.

Unfortunately the two systems are not backward comparable, so they are presented separately in EPS: 1970 to 2000 data are organized by SIC, and data beyond those years are organized by NAICS.

The most important change resulting from the shift to NAICS is the recognition of hundreds of new businesses in today's economy. NAICS divides the economy into 20 broad sectors rather than the SIC's 10 divisions. This is especially helpful in giving a more detailed breakdown of the fastest growth area in the country's economy – "services." For example, advanced technology related "service" industries (e.g., professional, scientific and technical services) are clearly differentiated from "in-person" services (e.g., health care) and low-wage services (e.g., accommodation and food services).

For data that are organized by SIC, EPS was designed to illustrate the complexity of the service economy. We use the term "Services and Professional" to underscore the important point that service occupations are a combination of high-paying and low-paying professions.

The transition to NAICS has alleviated the need to explain that "services" are actually a wide mix of low, medium, and high-wage industries.

## About Missing Data

This profile is organized so that all non-disclosed information is presented first. Employment and personal income by industry is presented last. For some rural counties, and for some industries, data gaps may occur. EPS has a built-in system for estimating data gaps through 2000 for the 11 contiguous western states (AZ, CA, CO, ID, MT, NM, NV, OR, UT, WA, WY). When estimates are used in the tables on pages 28 and 30, they are highlighted in bold red text. Estimates in the charts are shown as thin solid lines with no markers.

BLM_0107290

## San Miguel County, Colorado

# Employment (SIC)

**Data ends in 2000 because the BEA switched to a different classification system (NAICS) in 2001.**

### Growth

- The employment category whose share of total gained the most was services and professional, which went from 27.6% in 1970 to 70.4% in 2000.

### Decline

- The category whose share of total shrank the most was farm, which went from 19.5% in 1970 to 1.6% in 2000.



Employment History (by SIC)

Lines without markers are estimates.



### Employment by Industry
### Changes from 1970 to 2000

| | 1970 | % of Total | 2000 | % of Total | New Employment | % of New Employment | Change in Share |
|---|---|---|---|---|---|---|---|
| Total Employment | 786.0 | | 7,307.0 | | 6,521.0 | | |
| Wage and Salary Employment | 534.0 | 67.9% | 4,983.0 | 68.2% | 4,449.0 | 68.2% | |
| Proprietors' Employment | 252.0 | 32.1% | 2,324.0 | 31.8% | 2,072.0 | 31.8% | |
| Farm and Agricultural Services | 158.0 | 20.1% | 266.2 | 3.6% | 108.2 | 1.7% | |
| Farm | 153.0 | 19.5% | 118.0 | 1.6% | (35.0) | NA | |
| Ag. Services * | 5.0 | 0.6% | 148.2 | 2.0% | 143.2 | 2.2% | |
| Mining | 87.0 | 11.1% | 36.5 | 0.5% | (50.5) | NA | |
| Manufacturing (incl. forest products) * | 120.0 | 15.3% | 152.0 | 2.1% | 32.0 | 0.5% | |
| Services and Professional | 217.0 | 27.6% | 5,146.3 | 70.4% | 4,929.3 | 75.6% | |
| Transportation & Public Utilities | 21.0 | 2.7% | 83.0 | 1.1% | 62.0 | 1.0% | |
| Wholesale Trade | 5.0 | 0.6% | 66.3 | 0.9% | 61.3 | 0.9% | |
| Retail Trade | 85.0 | 10.8% | 1,344.0 | 18.4% | 1,259.0 | 19.3% | |
| Finance, Insurance & Real Estate | 62.0 | 7.9% | 1,406.0 | 19.2% | 1,344.0 | 20.6% | |
| Services (Health, Legal, Business, Others) | 44.0 | 5.6% | 2,247.0 | 30.8% | 2,203.0 | 33.8% | |
| Construction | 28.0 | 3.6% | 1,006.0 | 13.8% | 978.0 | 15.0% | |
| Government | 180.0 | 22.9% | 700.0 | 9.6% | 520.0 | 8.0% | |

Estimates for data that were not disclosed are bold and red in the above table.

*** Agricultural Services** include soil preparation services, crop services, etc.  It also includes forestry services, such as reforestation services, and fishing, hunting and trapping.  **Manufacturing** includes paper, lumber and wood products manufacturing.
**Source: BEA REIS 2006 CD Table CA25**

BLM_0107291

**San Miguel County, Colorado**

# Employment (NAICS)

## Growth
- Missing data prevent this ranking

## Decline
- Missing data prevent this ranking.



### Employment by Industry (NAICS)
### Changes from 2001 to 2006 Share of Total

| Category | 2001 | 2006 | 2006 Share of Total | New Jobs | Change in Share of Total (2006 - 2001) |
|---|---|---|---|---|---|
| Total employment | 7,530.0 | 8,594.0 | 100% | 1,064.0 | |
| Wage and salary employment | 5,089.0 | 5,370.0 | 62% | 281.0 | |
| Proprietors employment | 2,441.0 | 3,224.0 | 38% | 783.0 | |
| Farm proprietors employment | 107.0 | 106.0 | 1% | (1.0) | |
| Nonfarm proprietors employment | 2,334.0 | 3,118.0 | 36% | 784.0 | |
| Farm employment | 122.0 | 121.0 | 1% | (1.0) | |
| Nonfarm employment | 7,408.0 | 8,473.0 | 99% | 1,065.0 | |
| Private employment | 6,656.0 | 7,659.0 | 89% | 1,003.0 | |
| Forestry, fishing, related activities, and oth | #N/A | #N/A | #N/A | #N/A | |
| Mining | 46.0 | #N/A | #N/A | #N/A | |
| Utilities | #N/A | 15.0 | 0% | #N/A | |
| Construction | 1,214.0 | 1,405.0 | 16% | 191.0 | |
| Manufacturing | 133.0 | #N/A | #N/A | #N/A | |
| Wholesale trade | #N/A | 46.0 | 1% | #N/A | |
| Retail Trade | 592.0 | 616.0 | 7% | 24.0 | |
| Transportation and warehousing | #N/A | 86.0 | 1% | #N/A | |
| Information | 116.0 | 141.0 | 2% | 25.0 | |
| Finance and insurance | 215.0 | 208.0 | 2% | (7.0) | |
| Real estate and rental and leasing | 993.0 | 1,262.0 | 15% | 269.0 | |
| Professional and technical services | 441.0 | 540.0 | 6% | 99.0 | |
| Management of companies and enterprise | #N/A | 46.0 | 1% | #N/A | |
| Administrative and waste services | #N/A | 377.0 | 4% | #N/A | |
| Educational services | 63.0 | 104.0 | 1% | 41.0 | |
| Health care and social assistance | 158.0 | 250.0 | 3% | 92.0 | |
| Arts, entertainment, and recreation | 600.0 | 548.0 | 6% | (52.0) | |
| Accommodation and food services | 1,180.0 | 1,174.0 | 14% | (6.0) | |
| Other services, except public administratio | 458.0 | 558.0 | 6% | 100.0 | |
| Government and government enterprises | 752.0 | 814.0 | 9% | 62.0 | |
| Federal, civilian | 37.0 | 44.0 | 1% | 7.0 | |
| Military | 19.0 | 17.0 | 0% | (2.0) | |
| State and local | 696.0 | 753.0 | 9% | 57.0 | |
| State government | 11.0 | 5.0 | 0% | (6.0) | |
| Local government | 685.0 | 745.0 | 9% | 60.0 | |

**Source: BEA REIS 2006 CD Table CA25N**

Employment and Personal Income by Industry

BLM_0107292

**San Miguel County, Colorado**

# Personal Income (SIC)

**Data ends in 2000 because the BEA switched to a different classification system (NAICS) in 2001.**

## Growth

- The income category whose share of total gained the most was services and professional, which went from 23.6% in 1970 to 48.1% in 2000.

## Decline

- The category whose share of total shrank the most was manufacturing (incl. forest products), which went from 25.9% in 1970 to 2.3% in 2000.



Income History (by SIC)

Lines without markers are estimates.

Legend:
- Services and Professional
- Non-Labor Sources (investments, retirement, etc.)
- Construction
- Government
- Manufacturing (incl. forest products)
- Farm and Ag. Services
- Mining

## New Income by Type

| All figures in millions of 2005 dollars | 1970 | % of Total | 2000 | % of Total | New Income 1970 to 2000 | % of New Income | Change in Share |
|---|---|---|---|---|---|---|---|
| Total Personal Income* | 28.1 | | 265.1 | | 237.0 | | |
| Farm and Agricultural Services | 3.4 | 12.2% | 2.6 | 1.0% | (0.8) | NA | |
| Farm | 3.3 | 11.7% | (1.3) | -0.5% | (4.6) | NA | |
| Ag. Services | 0.1 | 0.5% | 3.9 | 1.5% | 3.8 | 2% | |
| Mining | 2.5 | 9.0% | 1.7 | 0.6% | (0.8) | NA | |
| Manufacturing (incl. forest products) | 7.3 | 25.9% | 6.2 | 2.3% | (1.1) | NA | |
| Services and Professional | 6.6 | 23.6% | 127.6 | 48.1% | 121.0 | 51% | |
| Transportation & Public Utilities | 0.8 | 3.0% | 4.3 | 1.6% | 3.5 | 1% | |
| Wholesale Trade | 0.1 | 0.5% | 2.0 | 0.8% | 1.9 | 1% | |
| Retail Trade | 2.8 | 10.0% | 30.8 | 11.6% | 28.0 | 12% | |
| Finance, Insurance & Real Estate | 0.7 | 2.4% | 35.4 | 13.4% | 34.8 | 15% | |
| Services (Health, Legal, Business, Oth.) | 2.2 | 7.8% | 55.1 | 20.8% | 52.9 | 22% | |
| Construction | 1.7 | 6.0% | 56.8 | 21.4% | 55.1 | 23% | |
| Government | 4.6 | 16.4% | 30.0 | 11.3% | 25.4 | 11% | |
| Non-Labor Income | 7.5 | 26.8% | 87.1 | 32.8% | 79.5 | 34% | |
| Dividends, Interest & Rent | 4.8 | 17.0% | 77.0 | 29.1% | 72.2 | 30% | |
| Transfer Payments | 2.8 | 9.8% | 10.0 | 3.8% | 7.3 | 3% | |

\* Estimates for data that were not disclosed are bold and red in the above table.

*The sum of the above categories do not add to total due to adjustments made for place of residence and personal contributions for social insurance made by the U.S. Department of Commerce.

**Source: BEA REIS 2006 CD Table CA05**

Employment and Personal Income by Industry

BLM_0107293

## San Miguel County, Colorado

# Personal Income (NAICS)

### Growth
- Missing data prevent this ranking

### Decline
- Missing data prevent this ranking.



| Income by Industry (NAICS) Changes from 2001 to 2006 Share of Total | | | | | |
|---|---|---|---|---|---|
| All figures in millions of 2006 dollars | 2001 | 2006 | 2006 Share of Total | New Income | Change in Share of Total (2006 – 2001) |
| Personal income | 266.9 | 341.3 | 100% | | 74.5 | |
| Wage and salary disbursements | 162.9 | 181.3 | 53% | | 18.4 | |
| Proprietors' income | 36.5 | 50.8 | 15% | | 14.3 | |
| Farm proprietors' | (2.6) | (2.3) | -1% | | 0.3 | |
| Nonfarm proprietor | 39.1 | 53.1 | 16% | | 14.0 | |
| Farm earnings | (2.3) | (1.9) | -1% | | 0.4 | |
| Nonfarm earnings | 230.7 | 269.9 | 79% | | 39.3 | |
| Private earnings | 198.5 | 232.1 | 68% | | 33.7 | |
| Forestry, fishing, related act., and oth | #N/A | #N/A | #N/A | | #N/A | |
| Mining | 1.5 | #N/A | #N/A | | #N/A | |
| Utilities | #N/A | 1.2 | 0% | | #N/A | |
| Construction | 46.5 | 50.1 | 15% | | 3.5 | |
| Manufacturing | 6.1 | #N/A | #N/A | | #N/A | |
| Wholesale trade | #N/A | 1.8 | 1% | | #N/A | |
| Retail Trade | 15.3 | 16.2 | 5% | | 0.9 | |
| Transportation and warehousing | #N/A | 2.2 | 1% | | #N/A | |
| Information | 3.7 | 5.4 | 2% | | 1.7 | |
| Finance and insurance | 8.9 | 8.6 | 3% | | (0.3) | |
| Real estate and rental and leasing | 26.1 | 35.0 | 10% | | 8.9 | |
| Professional and technical services | 14.8 | 20.7 | 6% | | 5.9 | |
| Management of companies & enterp. | #N/A | 0.2 | 0% | | #N/A | |
| Administrative and waste services | #N/A | 9.4 | 3% | | #N/A | |
| Educational services | 0.9 | 2.7 | 1% | | 1.8 | |
| Health care and social assistance | 4.3 | 6.6 | 2% | | 2.3 | |
| Arts, entertainment, and recreation | 21.5 | 17.9 | 5% | | (3.7) | |
| Accommodation and food services | 28.6 | 30.6 | 9% | | 2.1 | |
| Other services, except public admin. | 10.5 | 11.0 | 3% | | 0.5 | |
| Government and government enterp. | 32.2 | 37.8 | 11% | | 5.6 | |
| Federal, civilian | 2.6 | 3.2 | 1% | | 0.6 | |
| Military | 0.4 | 0.6 | 0% | | 0.2 | |
| State and local | 29.2 | 34.0 | 10% | | 4.7 | |
| State government | 0.5 | 0.4 | 0% | | (0.1) | |
| Local government | 28.7 | 33.6 | 10% | | 4.8 | |

**Source: BEA REIS 2006 CD Table CA05N**

BLM_0107294

## San Miguel County, Colorado
# Wages & Employment

**2006 Wages and Employment**



- Employment (Left Axis)   ▪ Wages (Right Axis)   ▪ State Wages (Right Axis)

- Of the major categories, the highest paying sector is financial activities. It accounts for 9.2% of total employment and pays $50,394 per year.

- Of the major categories that have data, the largest employment sector is leisure and hospitality. It accounts for 28.3% of total employment and pays $23,913 per year.

- Goods-producing employees (1,057 workers ) were paid an average of $42,691.

- Service-providing employees (3,183 workers ) were paid an average of $30,074.

- Note that these data do not include proprietors or the value of benefits.

- Wages in the public sector ($35,095) exceeded wages in the private sector ($33,218) by 5.6%.

| County Wages and Employment in 2006 | | | |
|---|---|---|---|
| | Employment | % of Total | Average Annual Wages |
| **Total Private & Public** | 5,025 | 100% | 33,513 |
| **Total Private** | 4,240 | 84% | 33,218 |
| **Goods-Producing** | 1,057 | 21% | 42,691 |
| Natural Resources and Mining | #N/A | #N/A | #N/A |
| Agriculture, forestry, fishing & hunting | #N/A | #N/A | #N/A |
| Mining | #N/A | #N/A | #N/A |
| Construction | 868 | 17% | 42,477 |
| Manufacturing (Incl. Forest Products) | #N/A | #N/A | #N/A |
| **Service-Providing** | 3,183 | 63% | 30,074 |
| Trade, Transportation, and Utilities | 511 | 10% | 27,375 |
| Information | 103 | 2% | 26,520 |
| Financial Activities | 391 | 8% | 50,394 |
| Professional and Business Services | 365 | 7% | 39,142 |
| Education and Health Services | 188 | 4% | 30,539 |
| Leisure and Hospitality | 1,423 | 28% | 23,913 |
| Other Services | 204 | 4% | 26,025 |
| Unclassified | #N/A | #N/A | #N/A |
| **Total Public** | 785 | 16% | 35,095 |
| Federal Government | 44 | 1% | 46,876 |
| State Government | 7 | 0% | 42,330 |
| Local Government | 734 | 15% | 34,329 |

Wages are shaded in green when they are more than 20% higher than the wages for all sectors and in red when they are less than 20% lower.

**Source: Bureau of Labor Statistics Quarterly Census of Employment and Wages (QCEW)**

BLM_0107295

## San Miguel County, Colorado  **Data Sources**

# Data Sources

The Economic Profile System was designed to focus on long-term trends at the county level.  We used this method and geographic scale for several reasons: (1) trend analysis provides a more comprehensive view of changes than spot data for select years, (2) the most reliable information on long-term employment and income trends is available at the county level, (3) communities within counties rarely function as economic units themselves, (4) even though in many areas the most accurate geographic scale to understand economic changes may be at the multi-county or regional level, county-level data is useful in the context of existing political jurisdictions, such as county commissions and planning departments.  The list below contains the World Wide Web sites and telephone numbers for the databases used in this report.

The list below contains the World Wide Web sites and telephone numbers for the databases used in this report:

- **Regional Economic Information System (REIS)**
  Bureau of Economic Analysis, U.S. Department of Commerce.
  http://bea.gov/bea/regional/data.htm
  Tel.202-606-9600

- **Quarterly Census of Employment and Wages (QCEW)**
  Bureau of Labor Statistics
  http://www.bls.gov/cew
  Tel. 202-691-6567

- **Local Area Unemployment Statistics (LAUS)**
  Bureau of Labor Statistics
  http://www.bls.gov/LAU
  Tel. 202-691-6392

- **1990 and 2000 U.S. Census**
  Bureau of Census
  http://www.census.gov
  Tel. 303-969-7750

- **County Business Patterns (CBP)**
  Bureau of the Census, U.S. Department of Commerce.
  http://www.census.gov/epcd/cbp/view/cbpview.html
  Tel 301-763-2580

- **County Business Patterns (Before 1986)**
  University of Virginia, Geospatial and Statistical Data Center:
  http://fisher.lib.virginia.edu
  Tel. 804-982-2630

Data Sources

**San Miguel County, Colorado** 

# Methods

## Use of Federal Rather than State Data Bases

Data from state agencies was not used for this profile. Many of the state and local sources of data do not include information on the self-employed or on the importance of non-labor income, such as retirement income and money earned from past investments.   In many counties this can result in the underestimation of employment and total personal income by at least one third.  The REIS disk of the Bureau of Economic Analysis contains the most robust data set and for this reason it was used as the primary source.

The only disadvantage of the REIS dataset is it's not as recent; 2005 is the latest for REIS, while state data sources provide data for as recent as 2006.  By providing long-term trends data, from 1970 to 2005, having the most recent data is less important than being able to discern where the county's economy has been, and the direction in which it has been headed in recent years.

## Industrial Classification Systems (SIC & NAICS)

The long-term historic industry data used in this profile are based on data that is organized by the U.S. Department of Commerce using the Standard Industrial Classification (SIC) system. In recent years, the  Department of Commerce has reorganized economic data according to a new system, called the North American Industry Classification System (NAICS, pronounced "nakes").  County Business Patterns started organizing their data using new NAICS in 1998, Census in 2000, and the Regional Economic Information System (REIS) in 2001.

The NAICS system is an improvement to the SIC system in several ways: first, businesses that use similar processes to produce goods or services are classified together.  Previously, under the SIC system, some businesses were classified on the basis of their production processes while others were classified under different principles, such as class of consumer.  Second, NAICS is a flexible system that will be updated every five years in order to keep pace with changes in the economy.   Third, the NAICS system recognizes the uniqueness and rising importance of the "information economy," and provides several new categories, such as cable program distributors and database and directory publishers.  Finally, and perhaps the most useful, the NAICS system provides seven sectors to better reflect services-producing businesses that were previously combined into one generic SIC division (the Services division).

This new system allows the data user to differentiate more clearly between what was previously often lumped under the general heading of "services," into categories such as arts and entertainment; education;  professional, scientific and technical services; health care and social assistance, among others.

Arguably the most important change of NAICS is the recognition of hundreds of new businesses in the economy.  NAICS divides the economy into 20 broad sectors rather than the SIC's 10 divisions as seen in the table on the following page.   Creating these additional sector-level groupings allows NAICS to better reflect key business activities, as well as chronicle their changes.

## SIC Divisions vs. NAICS Sectors

| SIC Divisions | NAICS Sectors |
|---|---|
| • Agriculture, Forestry, and Fishing | • Agriculture, Forestry, Fishing and Hunting |
| • Mining | • Mining |
| • Construction | • Construction |
| • Manufacturing | • Manufacturing |
| • Transportation, Communications, and Public | • Utilities |
|  | • Transportation and Warehousing |
| • Wholesale Trade | • Wholesale Trade |
| • Retail Trade | • Retail Trade |
|  | • Accommodation and Food Services |
| • Finance, Insurance, and Real Estate | • Finance and Insurance |
|  | • Real Estate and Rental and Leasing |
| • Services | • Information |
|  | • Professional, Scientific, and Technical Services |
|  | • Administrative and Support and Waste |
|  | • Management and Remediation Services |
|  | • Educational Services |
|  | • Health Care and Social Assistance |
|  | • Arts, Entertainment, and Recreation |
|  | • Other Services (except Public Administration) |
| • Public Administration | • Public Administration |
| • None (previously, categories within each division) | • Management of Companies and Enterprises |

Methods

BLM_0107297

**San Miguel County, Colorado**     

## Non-Labor Income

Non-labor income is a mix of Dividends, Interest, and Rent (money earned from investments), and Transfer Payments (government payments to individuals). Private pension funds (e.g., 401(K) plans) are not counted as part of transfer payments.

Some data sources, such as "Section 202" data available from state unemployment insurance records and reported by the Bureau of Labor Statistics, do not report non-labor income. The Bureau of Economic Analysis (BEA), on the other hand, tracks non-labor income. In order to understand the actual growth (labor and non-labor) of personal income, the REIS/BEA data set must be used, and this is what was used for this profile.  From REIS table CA05, we added together the following two categories to derive non-labor income: "Dividends, interest, and rent" and "Personal current transfer receipts."

## Disclosure Gaps

Some data, such as employment and income figures in counties with small economies, are not available because of confidentiality restrictions. In order to protect information about individual businesses, data are sometimes suppressed or, in the case of the publication County Business Patterns, a range of values are given instead of a specific value. Generally, the smaller the geographic level of analysis or the smaller the economy under examination the higher the chances that industry-specific information will be suppressed.

Where disclosure gaps exist, there are a few ways to handle the gaps.  One approach is to use a built-in system within EPS for estimating data gaps through 2000 for the 11 contiguous western states  (AZ, CA, CO, ID, MT, NM, NV, OR, UT, WA, WY). In order to calculate the estimates, we first estimated gaps in the County Business Patterns data by using the firms by size information.  Then we used these County Business Patterns data to estimate the gaps in the REIS data.  Finally, we scaled the estimates up or down to force known identities. There is an option in EPS to show either these estimates or not.  When these estimates are shown, annotations were made in the profile documenting where estimates were used.

## Aggregated Profiles

The Economic Profile System has an option to allow you to aggregate data from multiple counties into one profile.  The majority of the data in the profiles are summed in the aggregate profile.  For some data points, however, the data are averaged.  In order to do this, EPS has to replace some of the data in the raw data tables with formulae.  For example, the aggregate unemployment rate for a group of counties is calculated from the sum of the unemployed divided by the sum of the labor force.  This results in a proportionally weighted average, where larger counties are given more weight then smaller counties.

The Economic Profile System interpolates the medians from the data that are available.  When the Census releases data expressed as a median, they also release the number of observations that fall in the full range of categories, or "brackets".  For example, median age is interpolated from the number of people in each age bracket.  EPS aggregates the number of people in each bracket, and then interpolates the median from the aggregated data.  In some cases, the Census have more detailed brackets than we do in the EPS databases so the interpolations in aggregated EPS profiles are rough estimates.

## Adjustments from Current to Real Dollars

Because a dollar in the past was worth more than a dollar today, data reported in current dollar terms should be adjusted for inflation. The U.S. Department of Commerce reports personal income figures in terms of current dollars.  All income data in this profile were adjusted to real (or constant) 2005 dollars using the Consumer Price Index, except the Income Distribution information on page 5 of the profile.

Methods

BLM_0107298

**San Miguel County, Colorado**  **Methods**

## Unemployment Rate

Unemployment is generally available as seasonally unadjusted or adjusted, and there is an advantage to using adjusted data.  From the Bureau of Labor Statistics web site (http://stats.bls.gov/lauseas.htm), an explanation of why adjusted figures should be used, whenever possible:  "Over the year, the size of the Nation's labor force, the levels of employment and unemployment, and other measures of labor market activity undergo sharp fluctuations due to seasonal events including changes in weather, harvests, major holidays, and the opening and closing of schools. Because these seasonal events follow a more or less regular pattern each year, their influence on statistical trends can be eliminated by adjusting the statistics from month to month. These adjustments make it easier to observe the cyclical, long term trend, and other non-seasonal movements in the series."

Unadjusted numbers were used in this profile in order to obtain an annual average and because county-level data are not available in adjusted format from the Bureau of Labor Statistics web site.  This may introduce some error in counties where the size of the workforce fluctuates seasonally, such as tourist destination areas.

## Farm Income

Note that farm income figures on page 21 are not the same as the figures on pages 30 & 31. The figures on page 21 reflect income from farming *enterprises* (farm proprietors and corporate income), while the farm income on pages 30 & 31 is personal income earned by *individuals* (both proprietors, and wage and salary employees) who work in farming.

## Specialization Index

The index was calculated by summing the squares of the difference in shares between the local economy and the US for the 20 sectors.

The specialization index was calculated as:

$$SPECIAL_{it} = \sum_{j=1}^{n} ((EMP_{ijt}/EMP_{it}) - (EMP_{usjt}/EMP_{ust}))^2$$

Where,  $SPECIAL_{it}$ = specialization of economy in county i in year t

$EMP_{ijt}$ = employment in industry j in county i in year t

$EMP_{it}$ = total employment in county i in year t

$EMP_{usjt}$ = employment in industry j in US in year t

$EMP_{ust}$ = total employment in US in year t

$n$ = number of industries

This index is commonly used as a measure of industrial specialization in the economy.  Counties with a high specialization index can also be described as not being economically diverse.

Methods

BLM_0107299

**San Miguel County, Colorado**   **Glossary**

## Income

- Total Personal Income = private earnings, income from government and government enterprises, dividends, interest, and rent, and transfer payments plus adjustments for residence minus personal contributions for social insurance.

- Wage and salary = monetary remuneration of employees, including employee contributions to certain deferred compensation programs, such as 401K plans.

- Other labor income = payments by employers to privately administered benefit plans for their employees, the fees paid to corporate directors, and miscellaneous fees.

- Proprietors' income = income from sole proprietorships, partnerships, and tax-exempt cooperatives. A sole proprietorship is an unincorporated business owned by a person. A partnership is an unincorporated business association of two or more partners. A tax-exempt cooperative is a nonprofit business organization that is collectively owned by its members.

## Transfer Payments

- Transfer payments = payments to persons for which they do not render current services.  As a component of personal income, they are payments by government and business to individuals and nonprofit institutions.

- Retirement & disab. insurance benefit payments = Old-Age, Survivors, and Disability Insurance payments (Social Security), Railroad Retirement and Disability payments, Federal Civilian Employee & Disability Payments, Military Retirement, and State and Local Government Employee retirement payments.

- Medical payments = Medicare, public assistance medical care and CHAMPUS payments.

- Income maintenance (welfare) = Supplemental Security Income (SSI), Aid to Families with Dependent Children (AFDC), Food Stamps, and Other Income Maintenance Payments, such as emergency assistance, foster care payments and energy assistance payments.

- Unemployment insurance benefit payments = unemployment compensation for state and federal civilian employees, unemployment compensation for railroad workers, and unemployment compensation for veterans.

- Veterans benefits = primarily compensation to veterans for their disabilities and payments to their survivors.

- Federal education and training assistance = Job Corps payments, interest payments on Guaranteed Student Loans, federal fellowship payments, and student assistance for higher education.

- Other government payments = compensation of survivors of public safety officers and compensation of victims of crime. In Alaska this item includes Alaska Permanent Fund payments.

- Payments to nonprofit institutions = payments for development and research contracts. For example, it includes payments for foster home care supervised by private agencies.

- Business payments to individuals = personal-injury liability payments, cash prizes, and pension benefits financed by the Pension Benefit Guarantee Corporation.

## Mean, Median and Modes

- Mean = The sum of a list of numbers, divided by the total number of numbers in the list.

- Median = "Middle value" of a list. The smallest number such that at least half the numbers in the list are no greater than it. If the list has an odd number of entries, the median is the middle entry in the list after sorting the list into increasing order. If the list has an even number of entries, the median is equal to the sum of the two middle (after sorting) numbers divided by two. The median can be estimated from a histogram by finding the smallest number such that the area under the histogram to the left of that number is 50%.

- Mode = For lists, the mode is the most common (frequent) value. A list can have more than one mode. For histograms, a mode is a relative maximum ("bump").

BLM_0107300

# Guiding Principles for Reasonable, Practical, and Defensible Economic Analyses

## John Thompson, Montana State Office

BLM_0107301

# 1. Use professional/scientific integrity

(40 CFR 1502.24).  The analysis should meet:

- CEQ's requirement for rigorous and objective analysis,

-  Hard look doctrine that has emerged from NEPA case law

- Agency internal guidelines for economic analysis.

- The economic analysis should be prepared and reviewed by a qualified and experienced economist.

**2. Understand how economic analysis fits into the RMP process**.
Guidance is available from:

- BLM course 1610-12 (Social and Economic Aspects of Planning)
- BLM/FS course 1610-11 (Economic Impact of Federal Natural Resource Management Decisions)
- H-1601-1, Appendix D (Social Science Consideration in Land Use Planning Decisions)

Economist should:

- Understand BLM land uses that contribute to local economic impacts
- Know BLM Land Use Planning Handbook H-1601-1, especially Appendix C (Program/Resource-Specific Decision Guidance) for each BLM resource/program and
- Appendix D (Social Science Considerations in Land Use Planning Decisions)
- Clarify what data are needed from other resource specialists at each step of the planning process and when those data need to available to the economist.

BLM_0107303

# 3. Conduct meaningful and relevant community economic workshops.

- Identify land uses that influence economic activity, e.g. employment, income, response coefficients

- Identify relevant economic /demographic trends

- Clarify proposals, initiatives, and developments that influence BLM land uses or economic activity

- Define the economic study area

- Identifying additional issues, data sources, relevant studies, and appropriate contacts

- Introduce EPS

- Validate economic indicators.

BLM_0107304

Workshop success depends on:

- Promoting/Marketing the workshop adequately
- Knowing the local economy and BLM land uses
- Relating  BLM land uses and BLM management decisions
- Scheduling after relevant BLM land use data are available for economic analysis
- Reviewing best practices for Economic Strategies Workshops Compiled at the Social Science Workshop (2005)

BLM_0107305

# 4.  **Use a template and Appendix D**.  Review and learn from other RMPs and EISs.

Check economic:

- Issues
- Assumptions
- Methodology
- Cause and effect relationships
- Indicators

Learn from other's experience, avoid mistakes, and build on a solid template.

**5.   Base the economic analysis on credible and consistent RESOURCE data.**

Request resource data from ID team members

**<span style="color:red">EARLY</span>** and **<span style="color:red">OFTEN</span>**.

Resource specialists should:

- Understand what the economist expects from them
- See what data were used in other RMPs
- Understand analysis  limitations if data are not provided
- Use professional/scientific integrity
- Work with the economist to determine appropriate data
- Know if the economist gets resource data directly from other sources

**6.  Base the economic impact analysis on credible economic methodology.**

- Local Economic Impact Analysis:

- **Input/Output analysis**, e.g., IMPLAN/FEAST (local employment, income, economic diversity, response coefficients, economic stability, dependency on BLM land uses)

- **Public Revenues**, e.g., FEAST (federal revenues, state/local revenues)

- **Other**, e.g., economic stability, economic dependency, economic diversity, and economic growth

BLM_0107308

Non-Market Valuation Analyses:

- **Market Price Method** (*Estimates economic values for products/services that are bought and sold in commercial markets), e.g. consumer surplus associated with the difference between the price of a private AUM and the BLM grazing fee.*

- **Productivity Methods** (*Estimate the value of contributions to the production of commercially marketed goods), e.g. water quality affects the cost of purifying municipal drinking water. The economic benefits of improved water quality can be measured by decreased cost of providing clean drinking water.*

- **Hedonic Pricing Method** (*Estimates how management could affect market price of other goods), e.g. commonly applied to variations in housing prices associated with environmental quality such as air pollution, water pollution, or noise.*

- **Travel Cost Method** (*Estimates economic values of sites or ecosystems used for recreation), e.g. "willingness to pay" to visit a site/or preserve an ecosystem can be based on the number of trips that people make at different travel costs.*

Non-Market Valuation Analyses cont.:

- **Damage Cost Avoided, Replacement Cost, and Substitute Cost Methods** *(Estimate the value of avoided damages, costs of replacing ecosystem services, or costs of providing substitute services), e.g. valuing erosion protection by measuring cost of removing eroded sediment from downstream areas.*

- **Contingent Valuation Method** *(Estimates the "non-use" values or "willingness to pay" for specific environmental services, based on a hypothetical scenario), e.g. what is the value of protecting a remote site?  Few people actually visit the site; but what would be their "willingness to pay" to preserve the site.*

- **Contingent Choice Method** *(Estimates value by asking people to make tradeoffs among ecosystem characteristics).  Does not ask "willingness to pay"; this is inferred from tradeoffs.*

- **Benefit Transfer Method** *(Estimates values by transferring existing benefit estimates from studies already completed for another location or issue), e.g. estimates the values of land tenure adjustment and recreation developments that will provide additional recreation opportunities.*

**7. Provide a comparative analysis of impacts among alternatives.** *Environmental impacts, including economic impacts, of all alternatives should be presented in comparative form (CEQ 1502.14 and 1502.16(d).*

*Based on:*

- *Reasonably Foreseeable Development (RFD) scenario*

- *Reasonably Foreseeable Future Actions (RFFA)*

BLM_0107311

## Table 2.  Summary Comparison of Impacts

| Economics | | | | |
|---|---|---|---|---|
| | Alternative A | Alternative B | Alternative C | Alternative D |
| Agricultural and Livestock Use | BLM would continue to provide about 17 percent of the total livestock forage needs in the PA and economic dependency of livestock producers on BLM forage would remain unchanged.  **About 760 operators would continue to have grazing permits on 1,030 allotments.  Less than half of the farms/ranches in the Planning Area would hold grazing permits.  Since the amount of authorized use would remain unchanged, dependency on BLM forage for each county would also remain relatively unchanged.  The economic dependency of individual livestock producers on BLM forage would also remain unchanged and BLM forage would continue to provide a critical element of some livestock producers' complement of grazing, forage, and hay production.  Livestock grazing would support approximately 110 jobs and $2.34 million in labor and proprietor's income (Table 4-8).  Farm/ranch related labor and proprietor's income would continue to account for approximately one percent of total income in the eight-county study area and less than three percent of employment.**  Annual federal revenues from livestock grazing fees would be about $476,000 annually, of which about $70,000 would be distributed to the counties.  The difference between market prices for livestock grazing and the fee charged by the BLM represents an annual consumer surplus to the grazing permittees of an estimated $5.19 million. | | | |
| Minerals Development (common) | Federal minerals leased for oil/gas exploration, development, and production would increase from 1.629 million acres to about 2.178 million acres when areas deferred from leasing are available after RMP revision.  Annual leasing revenues would increase from $3.5 million to $4.4 million.  About 70 percent of federal natural gas production would occur in Phillips County and almost 70 percent of federal oil production would occur in Toole County.  The amount of sand/gravel produced (about 38,500 short tons per year) and associated royalties (about $16,000) would remain unchanged.  Minerals related activities would be the largest contributor to local employment and income of all major BLM land/mineral uses. | | | |
| Minerals Development | Federal oil/gas production would increase by 3.7 % over current levels. Annual production of 18.93 million MCF of natural gas, 174,000 bbl of oil, 38,500 short tons of sand / gravel, and 65,000 short tons of bentonite would support **about 1,020 local jobs and $61.7 million in income.** Total annual federal revenues from mineral leasing, production, and sales would be about $28.2 million; of which about $11.9 million would be distributed to the state and counties. Net residential property sales could be reduced by an average of 22% if a well is drilled near the property when it is being sold. | Federal oil/gas production would increase by 3.6 % over current levels. Annual production of 18.91 million MCF of natural gas, 174,000 bbl of oil, 38,500 short tons of sand / gravel, and 65,000 short tons of bentonite would support **about 1,020 local jobs and $63.8 million in income.** Total annual federal revenues from mineral leasing, production, and sales would be about $28.1 million; of which about $11.8 million would be distributed to the state and counties. Residential property sales would least likely be affected because wells would not be drilled within 0.25 miles of residential property. | Federal oil/gas production would increase by 4.2 % over current levels. Annual production of 19.02 million MCF of natural gas, 175,000 bbl of oil, 38,500 short tons of construction sand / gravel, and 65,000 short tons of bentonite would support about **1,030 local jobs and $64.3 million in income.** Total annual federal revenues from mineral leasing, production, and sales would be about $28.3 million; of which about $12.0 million would be distributed to the state and counties.  Residential property sales would be affected less than with Alternative A or D because wells would not be drilled within 500 feet of residential property. | Federal oil/gas production would increase by 4.6 % over current levels. Annual production of 19.09 million MCF of natural gas, 175,000 bbl of oil, 38,500 short tons of construction sand / gravel, and 65,000 short tons of bentonite would support **about 1,040 local jobs and $64.7 million in income.** Total annual federal revenues from mineral leasing, production, and sales would be about $28.4 million; of which about $12.0 million would be distributed to the state and counties. Effects on residential property sales would be similar to Alternative A. |

**8. Anticipate developments that will influence BLM land uses and economic indicators.**

**9. Establish a network of contacts to discuss the economic analysis.**

**10. Coordinate with adjacent offices to ensure consistency.**

**11. Keep good records.**

# 12.  Have a contingency plan.

- *Reimbursable and Advance Collection Agreement through an Intra-Governmental Order (IGO).*

*Contacts are:*

- *__BLM__- Delilah Jordahl, Social Scientist, Bureau of Land Management, Division of Resource Services, National Operations Center;*

- *__FS TEAMS Enterprise__- Barbara Ott, Social Scientist, FS TEAMS Enterprise;*

- *__USGS__- Lynne Koontz, Economist, Policy Analysis & Science Assistance Program, Fort Collins Science Center.*

BLM_0107314

## 13.  What does a good job look like?

- Social and Economic Aspects of Planning Course (1610-12),

- Economic Impact of Federal Natural Resource Management Decisions (Course 1610-11),

- Review other RMPs,

- Ask other economists.

# Best Practices for Social Analysis

**BLM National Planning Conference**

**Portland, Oregon – March 2009**

**Rob Winthrop**

**Presented by John Cossa**

**Bureau of Land Management, Washington, D.C.**

16

BLM_0107316

# #1: Define the social context

BLM_0107317

# #1

- **In a land use plan involving energy development, Alternative A is projected to yield 75 fewer jobs over a given period than Alternative B.**

- **Is the difference significant? What do you need to know to answer the question?**

18

# #2: Distinguish social and economic effects

BLM_0107319

# #2

- **In eastern Oregon (rural and sparsely populated), the cost of double-walled underground storage tanks required by EPA reportedly forced a number of gas stations to close.**

- **What are the potential economic impacts? What are the potential social impacts?**

20

BLM_0107320

# #3: Understand relevant aspects of social organization

BLM_0107321

# #3

- **In the Pacific Northwest, intense competition over commercial mushroom gathering (sometimes including violence between groups of gatherers) can pose a significant land management challenge.**

- **What would you need to know to foster more sustainable harvesting practices?**

22

BLM_0107322

# #4: Emphasize relevance over precision

BLM_0107323

# #4

- **"To be scientifically sound, socio-economic data should be quantitative whenever possible."**

- **Do you agree? Why?**

BLM_0107324

# #5: Use your local knowledge

BLM_0107325

# #5

- **What potential socio-economic impacts would you examine in analyzing the effects of a 20 percent reduction in AUMs across a planning area?**

26

BLM_0107326

# #6: Recognize affected groups and communities outside a planning area

BLM_0107327

# #6

- **The Fun-Time Field Office includes a sand dune that serves as a major OHV recreational area.  Is this relevant to the socio-economic "affected environment"?**

BLM_0107328

# #7: Look for indirect effects

BLM_0107329

# #7

- **The Boomtown Field Office anticipates that a proposed oil and gas field development will require an additional 850 workers.  What non-economic questions should the county commissioners be asking?**

BLM_0107330

# #8: Examine the interaction of social and economic variables.

BLM_0107331

# #8

- **The Birkenstock Field Office may designate a large area bordering local communities for conservation uses, with no surface occupancy for mineral development.**

- **How might local environmental attitudes affect support for this decision?**

- **How might these attitudes affect the economic impacts of this decision?**

BLM_0107332

[Soc analysis – RW – Plan conf 1-23-09.ppt]

BLM_0107333

Case No. 1:20-cv-02484-MSK    Document 59-9    filed 04/28/21    USDC Colorado    pg 56 of 112

BLM_0107334



Home > Business Environment > Labor Force

## Labor Force

### Montrose County Labor Force

View the current Labor Force Data for Montrose County.

Labor Force
Industry Base
Major Employers
Taxes
Infrastructure
Montrose Air Service
Primary Employer Definition
Business Assistance / Incentives
Applying for Government Contracts / Grants
Agriculture Today





DOWNLOAD DEMOGRAPHIC PACKET
INVESTOR DIRECTORY
NEWS/PROJECTS

### Industry Base--2008

| Industry Sector | # of Jobs | #of Establishments | Total Wages YTD | Average Annual Wage |
|---|---|---|---|---|
| Government | 3,206 | 63 | $120,020,846 | $39,663 |
| Retail Trade | 2,324 | 188 | $59,904,290 | $25,776 |
| Healthcare and Social Assistance | 1,591 | 133 | $48,851,286 | $30,705 |
| Construction | 1,426 | 300 | $54,424,722 | $38,166 |
| Manufacturing | 1,325 | 71 | $39,416,768 | $29,749 |
| Accommodations and Food Services | 1,192 | 89 | $17,072,209 | $14,322 |
| Professional and Technical Services | 537 | 143 | $22,075,497 | $41,109 |
| Transportation and Warehouse | 523 | 63 | $14,685,806 | $28,080 |
| Wholesale Trade | 510 | 81 | $20,782,579 | $40,750 |
| Administration and Waste Services | 498 | 59 | $11,980,432 | $24,057 |
| Other Services | 410 | 91 | $12,665,032 | $30,890 |
| Finance and Insurance | 402 | 71 | $17,190,227 | $42,762 |
| Real Estate, Rental, and Lease | 326 | 71 | $11,191,440 | $34,330 |
| Agriculture, Forestry, and Fishing | 229 | 36 | $5,783,981 | $25,258 |
| Utilities | 217 | 8 | $13,267,195 | $61,139 |
| Information | 206 | 21 | $6,598,749 | $32,033 |
| Mining | 179 | 14 | $12,453,739 | $69,574 |
| Arts, Entertainment and Recreation | 178 | 18 | $3,706,027 | $20,820 |
| Educational Services | 32 | 4 | $460,951 | $14,405 |
| Management of Companies | 25 | 9 | $3,583,151 | $143,326 |
| **# of Jobs** | **15,156** | | | |
| **# of Establishments** | | **1,462** | | |
| **Total Wages** | | | **$496,114,928** | |
| **Average Wage--2008** | | | | **$32,734** |

### Montrose County Major Employers

| Major Employers | # of Employees |
|---|---|
| Montrose County School District | 850 |
| Montrose Memorial Hospital | 557 |
| Montrose County | 430 |
| Wal-Mart Supercenter | 380 |
| Volunteers of America | 350 |
| Russell Stover Candies | 345 |
| City Market | 210 |
| City of Montrose | 188 |
| Community Options | 160 |
| Home Depot | 120 |

BLM_0107335

Case No. 1:20-cv-02484-MSK   Document 59-9   filed 04/28/21   USDC Colorado   pg 58 of 112

| | |
|---|---|
| Delta Montrose Electric Association | 118 |
| Target | 110 |
| JC Penney | 100 |
| Gordon Composites | 99 |
| Western Skyways | 74 |
| Rocky Mountain Steel | 70 |
| WeatherPort Corporation-Olathe | 68 |
| Tri State Generation - Nucla | 59 |
| West End Public Schools | 55 |
| Wells Fargo Bank | 51 |
| Safeway | 45 |
| Best Sign Systems | 42 |

**Montrose EDC**
100 Tessitore Court, Suite A
Montrose, CO 81401
Ph: 1(800) 270-0211

BLM_0107336

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    20100721_SE_Rpt_Ref_Montrose_Measures.xlsx

BLM_0107337

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    20100721_SE_Rpt_Ref_Ouray_Measures4.xlsx

BLM_0107338



*Sonoran Institute*

# PROSPERITY IN THE 21ST CENTURY WEST

## THE ROLE OF PROTECTED PUBLIC LANDS

BLM_0107339

*Sonoran Institute*

# PROSPERITY IN THE 21ST CENTURY WEST

## THE ROLE OF PROTECTED PUBLIC LANDS

By Ray Rasker,
Ben Alexander,
Jeff van den Noort,
and Rebecca Carter

A Publication of the Sonoran Institute
July 2004

BLM_0107340

## ACKNOWLEDGMENTS

In the spring of 2003, the Sonoran Institute took up an important question: what is the relationship between how public lands are managed in the Western United States and the economic health of neighboring communities?  At the time, only bits and pieces of this question had been answered. No one had looked at all public lands in the West (including National Parks, Forests, Wildlife Refuges, Monuments, Conservation Areas, and Bureau of Land Management lands), and all counties containing public lands. And no one had studied how the conservation or industrialization of these lands had influenced local economies.  Above all, no one had developed a system to compare counties facing different economic conditions and opportunities.  Since the age-old debate over "jobs versus the environment" is so polarized – and so vital to the West's future – it was clear that this question needed some serious attention.

The impact of public land management decisions on the economic health of neighboring communities is both subtle and complex. To examine these relationships, this study applied an unprecedented set of filters. Results were submitted to several rounds of intensive peer review. What emerged is a compelling and important set of findings that belie the old mythology that conservation is incompatible with economic prosperity.  In fact, the opposite is true: protected natural places are vital economic assets for those local economies in the West that are prospering the most. But the degree to which a community can benefit from the designation of a new National Park, Wilderness area or similar protection depends largely on additional factors, such as access to airport and the education of its workforce.  In short, those communities that understand and capitalize on these factors and their relationships will be much more likely to prosper.

We are very grateful for the support of the LaSalle Adams Fund, whose generosity and confidence in the Sonoran Institute has allowed us to create our SocioEconomics Program, which has quickly emerged as the premier program for researching and explaining the changing economy of the West and its relationship to the management of public lands and ecological health.  The Henry P. Kendall Foundation and the Brainerd Foundation have also played a critical role by helping to create and nurture the Sonoran Institute's SocioEconomics Program.

I also want to acknowledge the team at the Sonoran Institute whose hard work and passion for the West and its people are unmatched.  The researchers and authors are: Ray Rasker, Ben Alexander, Jeff van den Noort, and Rebecca Carter.  This report was an exemplary group effort.

I am also grateful to Patty Hernandez and Erin Quinn for their detailed maps and GIS analysis, Jenny McCune for her meticulous editing, and to Caroline Seaman and Patrick Holmes for their research assistance.  I'd also like to thank Pete Morton, Priscilla Salant, and Paul Lorah for their rigorous review and helpful comments on earlier drafts.  Eric Sorenson and Jon Catton were instrumental in helping us pare down a substantive research report into this shorter, popularized version.  For the detailed report, entitled "Public Lands Conservation and Economic Well-Being," please visit **www.sonoran.org**

Finally, we would like to thank the numerous people we have encountered and learned from during our travels to all corners of the West. Your love of the land and your passion for place are inspiring. We wish you the best as you balance your economic needs with your quality of life and the health of this magnificent landscape.

Luther Propst
Executive Director, Sonoran Institute

ii

BLM_0107341



BLM_0107342



# TABLE OF CONTENTS

EXECUTIVE SUMMARY ..................................................................................... 1

INTRODUCTION ................................................................................................... 2

THE NEW ECONOMIC DRIVERS IN THE WEST ........................................ 4
    Lifestyle ............................................................................................................ 4
    Retirement and investment ................................................................................ 5
    Protected public lands ....................................................................................... 6

THE BIG PICTURE: THE WEST HAS CHANGED DRAMATICALLY .......... 7
    With a few exceptions, the West is not resource dependent ............................... 7
    The rural West ................................................................................................... 7
    Resource dependent states grow the slowest .................................................... 10
    Counties dependent on high-wage producer services grow fastest ..................... 12
    The changing economy of the West - summary findings .................................... 13

COUNTIES WITH PROTECTED PUBLIC LANDS OR CLOSE
TO PROTECTED LANDS GROW THE FASTEST ....................................... 15
    Other assets also influence economic growth .................................................... 15
    Tourism and transportation infrastructure help diversify the economy ............. 18
    There are downsides to economic growth .......................................................... 19

NOT ALL COUNTIES BENEFIT EQUALLY FROM PROTECTED LANDS .... 20
    Metro/Commutershed counties ......................................................................... 21
    Non-Metro counties with airports ..................................................................... 21
    Non-Metro counties without airports ................................................................ 22
    The importance of protected public lands to economic development - summary findings .......... 23

CASE STUDY - DOES PROTECTION OF PUBLIC LANDS HELP LOCAL ECONOMIES? .......... 24
    THE GRAND STAIRCASE-ESCALANTE NATIONAL MONUMENT ...................... 24
    The economy of Garfield and Kane counties grew substantially
    after the designation of the monument ............................................................. 26
    Garfield County ................................................................................................ 26
    Kane County ..................................................................................................... 27
    Real estate values continue to rise ................................................................... 28
    New migrants bring vibrancy to the economy ................................................... 29

CASE STUDY - WHO WILL BENEFIT, AND WHO WILL NOT,
FROM A NEW WILDERNESS AREA? ........................................................... 31
    THE PROPOSED NEW BOULDER WHITE CLOUDS WILDERNESS ...................... 31
    Blaine County is ideally positioned to benefit from wilderness ......................... 32
    Custer County needs to diversify ...................................................................... 33
    Ideas for diversifying the economy of Custer County ........................................ 34
    Custer County is not Sun Valley - use affordable housing to attract people ...... 34
    Benefit from new wilderness legislation ........................................................... 35

OBSERVATIONS AND RECOMMENDATIONS ........................................... 36

LITERATURE CITED ........................................................................................ 37

ABOUT SONORAN INSTITUTE .................................................................... 38

BLM_0107343



# EXECUTIVE SUMMARY

We initiated this study to establish whether protected public lands in the West play a positive or negative role in the economic health of adjacent communities. Building on previous studies, we employed additional layers of geographic and economic analysis. We discovered that Wilderness, National Parks, National Monuments, and other protected public lands, set aside for their wild land characteristics, can and do play an important role in stimulating economic growth - and the more protected, the better.

We also found that there are many other important pieces of the economic development puzzle, and that not all communities benefit equally from protected lands. Access to metropolitan areas, via road and air travel, is also extremely important, yet some rural communities are remote and isolated. The education of the workforce, the arrival of newcomers, and a number of other factors allow some areas to flourish and to take advantage of protected lands as part of an economic development strategy. Communities without these economic assets, in spite of being surrounded by spectacular scenery, tend to struggle.

We explored in detail how the economy of the West has changed, and looked into the idea that the West's competitive advantage in a global marketplace is its unique landscape and quality of life. Historic dependence on resource extraction industries, like mining, oil and gas development and the wood products industry, turn out to have the slowest long-term growth rates. Diverse economies - especially those with high-end service industries like finance, real estate and business services - grow the fastest. We then show how some areas of the West - those with easy access to larger markets and with nearby protected public lands - are ideally positioned to attract these types of industries and therefore stay competitive in the global economy. Those communities that are not diverse, isolated, without nearby protected lands and highly specialized in resource extraction are the most vulnerable to global competition.

In short, this study identifies factors that are vital for economic success in the West and describes the critical contributing role of protected public lands.

THIS REPORT IS A POPULARIZED AND SHORTER VERSION OF A FULL STUDY ENTITLED, "PUBLIC LANDS CONSERVATION AND ECONOMIC WELL-BEING," WHICH IS AVAILABLE FROM WWW.SONORAN.ORG

BLM_0107344

Sue Fearon, who with her husband owns Escalante Canyon Outfitters in Boulder, Utah, lives on the edge of the Grand Staircase-Escalante National Monument. After the Monument was declared in 1996, they saw their business more than double in the first two years.

*"Shining the national spot light on this area was important in so many ways," she says. "People came, some stayed, and they all helped transform this town of Boulder into what it is today. Sometimes I think about the Boulder we started this business in; the one with three rooms to rent, one cafe and one pay phone; and then I think about what greets our clients today. It has been an amazing transformation."*

*—Sue Fearon*



## INTRODUCTION

*"The economic health of Blaine County depends on wilderness and roadless areas that provide for high-quality recreation opportunities."*
—Sarah Michael, County Commissioner,
Blaine County, Idaho

*"All Americans, not just residents of Utah, will pay dearly in the long run for the unnecessary federal environmental extremism that sets up unreasonable roadblocks to productive uses of natural resources."*
—Alarik Myrin,
Utah State Senate, commenting on President Clinton's decision to create the Grand Staircase-Escalante
National Monument.

The vast expanses of open space are the defining characteristic of the West. More than half the region's land is in public ownership and managed by the Bureau of Land Management, U.S. Forest Service, National Park Service, and U.S. Fish and Wildlife Service. In mountainous regions, some counties are 80 percent publicly owned and in states like Arizona and Nevada, that number is as high as 90 percent.

It is no surprise then that another distinguishing characteristic of the West is the heated debate over how these lands should be managed. Some people prefer that public lands be set aside and protected for their scenic and recreational values. Others prefer they be used for resource extraction, in the form of oil and gas development, mining, and logging. These debates - between preservation or extractive uses of public lands - are most passionate in the rural West, where jobs are few and space is plentiful.

BLM_0107345

A typical example is playing itself out in Utah. When the Grand Staircase-Escalante National Monument was established in 1996, local reaction was negative, even hostile. President Bill Clinton and Interior Secretary Bruce Babbitt were hung in effigy in the town of Escalante, and residents in Kanab released black balloons in symbolic mourning. Over time, some have grudgingly accepted the new Monument. Others have embraced it as their economic salvation, hoping hordes of tourists, and eventually new businesses and residents, will flock to some of the most economically depressed towns in rural Utah.

Today, a proposed new Wilderness Area in central Idaho - the Boulder White Clouds Wilderness - is being heralded by some as critical to the well-being of the economy. Early this year more than 130 business leaders in Idaho sent letters to Congressman Mike Simpson in support of the wilderness proposal. Others in the West see just the opposite; that "increased federal intervention" will stifle an economy dependent on public lands for natural resources like timber and minerals. Pat Davison, an accountant, business adviser, and candidate for governor of Montana, said, at a recent forum for gubernatorial candidates, that Montanans must "take back their state" from environmental extremists blocking development of Montana's coal, oil and gas, timber and precious metals. (As reported by Mike Dennison, Tribune Capitol Bureau, January 1, 2004.)

In the following pages we describe how the economy of the West has changed and explore the role of traditional resource extractive sectors. Then we show the findings of a comprehensive analysis exploring the relationship between protected public lands (Map 1), in the form of Wilderness, National Parks, etc., and the health of the local economy.

This is followed by two detailed case studies: a before-and-after economic analysis of the Grand Staircase-Escalante National Monument and an exploration of whether communities in Central Idaho are likely to benefit from the proposed Boulder White Clouds Wilderness. We conclude with observations and recommendations for communities in the West that want to find ways to grow and diversify their economies.

**MAP 1: PROTECTED PUBLIC LANDS IN THE WESTERN UNITED STATES.**



BLM_0107346



## THE NEW ECONOMIC DRIVERS IN THE WEST

Research shows that the West's economy is driven by peoples' decision about where they want to live, a rapid rise in retirement and investment income, and the increased attractiveness of communities surrounded by protected public lands.

### LIFESTYLE

In the past decade, a widening body of research has shown that amenities, such as environmental quality, a slower pace of life, low crime rates, scenery, recreational opportunities, or "quality of life" for short, are influencing peoples' decision to live and to do business in rural areas. Fuguitt and Beale (1996) found that telecommunications technology has allowed businesses to operate far from urban centers, in scenic rural areas with a high quality of life.  Power (1991) demonstrated that these "footloose entrepreneurs" bring their businesses with them when they locate to areas like the Greater Yellowstone region. (See also Cromartie and Wardwell, 1999; Nelson, 1999.)

A new theory of economic development has emerged, shifting from "jobs first, then migration," to "migration first, then jobs" (Whitelaw 1992; Whitelaw and Niemi 1989).  As the theory goes, people first decide where they want to live, and then create jobs for themselves in their new location. In turn, the in-migration of people seeking a higher quality of life stimulates the local economy. For example, the construction industry benefits as the demand grows for new homes. Local retailers learn to cater to the tastes of these new arrivals, selling everything from espresso and mountain bikes to new homes. When retirees with nest eggs - both seniors and early retirees - move to a rural town, they in turn fuel other sectors, such as the health industry (both health care and health clubs). In

sum, the influx of new people with ideas, experience, and investment income into high-amenity areas stimulates new growth that goes beyond lower-wage, economically vulnerable tourism jobs.

A study by McGranahan entitled "Natural Amenities Drive Population Change" (1999) compared population growth rates of U.S. counties and found the highest growth occurred in counties with amenities that included a warm climate, mountains, and the presence of rivers, streams and lakes.

Shumway and Otterson (2001) found that the greatest number of new migrants to the West are in what they call "New West" counties, characterized by their recreational nature, scenic amenities, proximity to national parks or other federal lands, and a preponderance of service-based economies.  They concluded that in the New West, the importance of mineral, cattle, and lumber production is dwarfed by an economy that is now based on "a new paradigm of the amenity region, which creates increased demands for amenity space, residential and recreational property, second homes, and environmental protection." (page 501).

However, the importance of amenities is not limited to newcomers. Johnson and Rasker (1995), in a survey of business owners in the northern portion of the Greater Yellowstone area, found that amenities were more important as a magnet to keep locals from leaving than as a lure for newcomers.  These amenities included recreation opportunities such as ski areas and wildlife viewing, social amenities such as low crime rates and the friendliness of the town, and environmental amenities such as scenery.

BLM_0107347

The Grand Staircase-Escalante National Monument has attracted a number of new migrants.

_____

*"The Monument provides activities normally associated with university towns that are now available to all of us in this remote area."*

—Peter Gillespie



**RETIREMENT AND
INVESTMENT INCOME**

The growth of many communities comes largely from retirees and people with investment earnings who, when they move to the rural West, help stimulate other sectors of the economy, most notably home construction and health care. Peter Gillespie and his wife Agi, after twenty years of visiting the town of Kanab and its surrounding public lands, decided to move there from California, after "looking for that 'perfect spot' to build a home for life after our first professions," Peter says. "A big draw is the opportunity to study the archeology and anthropology of the Grand Staircase-Escalante National Monument."

People like the Gillespies are increasingly common. In Kane County, in which most of the 1.9 million-acre National Monument sits and takes up more than half of the county's land base, nearly three-fourths of the net growth in personal income in the last 30 years has been from retirement funds, money from past investments, and other "non-labor" sources. In the rural West one out of every two new dollars in personal income in the last thirty years has been from these types of sources. The traditional staples of the rural economy - farming, ranching, mining, energy development and the wood products industry - make up only eight percent of all personal income. (U.S. Department of Commerce, Bureau of Economic Analysis, 2001).

As our Grand Staircase-Escalante National Monument case study demonstrates, these trends are typical of many scenic areas in the West. Once public lands are protected, the economy grows and diversifies, and in ways that are very different from the past. While traditional forms of employment - mining, ranching logging, and working in lumber mills - are in decline, retirement and investment income are rising rapidly. So is personal income from those who work in a variety of service related industries, from business and financial services, to hotels and retail stores.

5

BLM_0107348

  

**PROTECTED PUBLIC LANDS**

Several researchers have focused specifically on the role protected public lands play as a driver of growth of population, jobs and personal income. Their important findings are summarized in the detailed version of this report, which is available at **www.sonoran.org**

**This study builds on that foundation of previous research by examining:**

- Every county in the West
- Critical differences between isolated counties and those connected to metropolitan areas
- Important distinctions in how public lands are managed

An important finding of previous research has been a differentiation between the growth in low-wage service industries, like lodging and recreational services, and high-wage services such as engineering, real estate, finance and business services. This latter category is also known as the "producer services" - those closely tied to the production of goods. For example, engineering services are used in manufacturing, while architectural, financial and real estate services are used for construction. While many areas in the West are scenic, with abundant wildlife and free-flowing rivers, researchers have found that areas that also have an educated workforce and ready access to larger markets via air travel and highways are poised to have growth in the high-wage producer services (Beyers, et. al. 1995; Hansen et. al., 2002).

**This study, therefore, adds an important element to previous research by showing:**

- The importance of protected public lands relative to other variables that need to be in place for economic growth.
- What needs to be in place to be able to attract the higher-wage service industries.

Before we address the findings of our analysis, and how these lessons can help communities prosper, it is essential that we look further at how the West has fundamentally changed.

6

BLM_0107349



## THE BIG PICTURE: THE WEST HAS CHANGED DRAMATICALLY

*"We have turned our backs on what brought us here - the high-paying jobs. We are a natural resource economy whether we like it or not."*
—Representative Denny Rehberg of Montana quoted in the Daily Inter Lake,"Rehberg: Extracting natural resources will help economic woes." By Alan Choate, April 15, 2004.

When federal agencies set aside public land for conservation, the local response is often negative, even hostile. Much of the concern is driven by a commonly held view that the West still depends on public lands for timber, minerals, oil and gas resources. From this point of view, public lands and resource development is the lifeblood of rural communities, and curtailing resource extraction hurts the well-being of rural people.

### WITH A FEW EXCEPTIONS, THE WEST IS NOT RESOURCE DEPENDENT

In the West - defined in this study as the 11 western mainland states of Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming - mining, logging, and oil and gas development have historically played a significant role in economic development. In a very real sense, our identity, sense of place, culture, architecture and even fashion have been shaped by these industries. However, today these industries provide few jobs. They have not been a significant source of new jobs or personal income in the last three decades.

This doesn't mean that resource industries should disappear. They can be an important part of an increasingly diverse economy. In some communities, and for some families, resource extraction will continue to be important. But these are the exceptions. Local leaders in the West who understand that enormous shifts have taken place will be much better positioned to help their communities thrive in the 21st Century's changing economy.

### THE RURAL WEST

Most of the concern over the economic impacts of conservation of public lands comes from rural areas (Map 2). But while it is commonly believed that these areas depend on resource industries, personal income from employment in mining, oil and gas development, logging, and the lumber and wood products, these industries represent less than 5 percent of total personal income in 2000. Along with farming and ranching, the traditional resource staples of the rural West represent 8 percent of total personal income (Figure 1). This is down from 20 percent in 1970. (U.S. Department of Commerce, Bureau of Economic Analysis, 2001).

BLM_0107350



**MAP 2: METROPOLITAN AND NON-METROPOLITAN (RURAL) AREAS OF THE WEST.**



Source: U.S. Department of Commerce, Regional Economic Information System; Bureau of Economic Analysis (BEA), Washington, D.C., 2001.

Note: Metropolitan counties as defined by the Office of Management and Budget and used by the U.S. Department of Commerce. All counties without metropolitan areas are defined by BEA as non-metropolitan.

**FIGURE 1: PERSONAL INCOME FROM AGRICULTURE, THE WOOD PRODUCTS INDUSTRY AND MINING IN THE RURAL WEST COMPARED TO THE REST OF THE ECONOMY, 2000.**



Source: U.S. Department of Commerce, Regional Economic Information System, Bureau of Economic Analysis, Washington, D.C., 2001.

8



Meanwhile, the biggest source of real income growth, accounting for half of net growth since 1970, has been "non-labor income." This is also referred to as money earned from investments and transfer payments like retirement benefits, health care and disability insurance payments, Medicare and Medicaid and welfare.

The second biggest source of growth in the rural West has been service-related industries, accounting for more than one in three new dollars of net growth (Figure 2). Jobs in these industries are a mix that includes high-wage occupations in health, engineering, and business services, but also relatively low-wage occupations such as those found in restaurants and hotels.

Since most of the growth in the rural West is in services, the success of rural communities depends in large part on their ability to go beyond lower-paid tourism jobs and attract higher wage services. Public lands draw people employed in business services, engineering, finance, real estate, and other high-wage service sectors. But such workers also need ready access to larger population centers, as too much isolation, even when surrounded by spectacular scenery, can be a detriment to economic growth.

**FIGURE 2: GROWTH IN PERSONAL INCOME IN THE RURAL WEST, 1970 TO 2000, BY SOURCE.**



Source: U.S. Department of Commerce, Regional Economic Information System, Bureau of Economic Analysis, Washington, D.C., 2001.

BLM_0107352



**RESOURCE DEPENDENT STATES GROW THE SLOWEST**

In rural towns, the promise of good jobs in logging, mining and energy development can be a powerful deterrent to the conservation of public lands. In parts of the West, such as the eastern slope of Colorado and western Wyoming, there has been a large upsurge in employment, personal income, and county and state tax revenues from these activities. But history tells us this trend, if not accompanied by diversification, in the long run, leads to the opposite of economic growth.

It turns out there is an inverse relationship between resource dependence and economic growth; the more dependent a state's economy is on personal income earned from people who work in the resource extractive industries, the slower the growth rate of the economy as a whole (Figure 3).
The fastest growing states - Arizona, Colorado, and Utah - are among the least resource dependent.  Annual real personal income in Arizona grew five percent in the last three decades, yet only one percent of personal income in the state is from people who work in mining, logging, or oil and gas development.

The two slowest growing states, in terms of real growth of personal income, 1970 to 2000, were Montana and Wyoming. These were among the most dependent on resource extractive industries.

Historically, the most resource-dependent state in the West is Wyoming, with more than 10 percent of total personal income from these industries. Yet, growth in Wyoming's economy over the last three decades has been near the bottom of the pack, with real personal income growing by less than 3 percent.  The second slowest growth in personal

**FIGURE 3:  THE RELATIONSHIP BETWEEN A STATE'S DEPENDENCE ON RESOURCE SECTORS AND PERSONAL INCOME GROWTH, 1970 TO 2000.**





Sources: U.S. Department of Commerce,; Regional Economic Information System, Bureau of Economic Analysis, Washington, D.C. 2001: Bureau of the Census. 2000.

10

BLM_0107353

income is in Montana, which is also the third most resource dependent state, at 3.5 percent.

Such figures come as no surprise. Economic diversity is good for the economy. Specialization, with heavy dependence on resource extraction industries, is not.



What is striking - and worrisome - is that the dependence on what should be high-wage jobs in mining, oil, gas, and the wood products industry has not resulted in overall growth m personal income.  Worse, the opposite seems to be occurring.  Possible reasons for this are that boom periods, especially in oil and gas development, can serve as a strong distraction from the need to stimulate other industries and, by so doing, diversify and stabilize the economy.

If handled correctly, resource development can serve as an opportunity. Ideally, a growing resource-dependent community would invest in transportation infrastructure like roads and airports, as well as educational facilities. Instead, we all too often see situations like Custer County, Idaho, where decades of dependence on mining has left the community impoverished, with low education rates and without easy access to larger markets.



BLM_0107354



## COUNTIES DEPENDENT ON HIGH-WAGE PRODUCER SERVICES GROW FASTEST

Counties that depend to a larger extent on producer services, like engineering and finance, almost tripled in size in the last three decades. In contrast, slowest growing counties depended on "transformative" industries like agriculture, logging, and mining, and manufacturing, where a raw material is extracted and "transformed" into a finished product (Figure 4).

Put differently, the fastest growth in the West has occurred where the predominant occupation is a white collar job. The slowest growth has been where the economy depends on what can be harvested or dug up.

Furthermore, few counties are resource dependent. Three counties - less than 1 percent of all counties in the West - derive more than a fifth of their employment from mining, oil, gas, and energy development.

If a different definition of resource dependence is used, then the number of truly dependent counties is still relatively small. For example, if resource dependence is defined as the number of counties in the West with more than 10 percent employment in mining (including oil and gas), then in 2000, there were 23 such counties, or 5.6 percent of all counties in the West. In other words, even an exaggerated definition of dependency yields few counties whose economy can be described by those terms.

**FIGURE 4: COUNTY GROWTH RATES OF REAL PERSONAL INCOME, 1970 TO 2000, COMPARING ABOVE AVERAGE DEPENDENCE ON DIFFERENT INDUSTRIES.**



**DEFINITIONS:**

**Producer services**
These include engineering and management services, finance and real estate, and are generally higher wage industries.

**Consumer Services**
Includes many of the relatively low-wage sectors, often related to tourism, such as hotels and lodging, amusement, and recreation. Also includes repair services, which can be higher wage.

**Retail Trade**
Retail sales, includes sales associates, managers and owners of retail stores.

**Wholesale Trade**
Distribution of durable and non-durable goods

**Government**
State, local, federal and military

**Distributive**
Involved in the distribution of goods and information, this includes transportation and public utilities, as well as telecommunications.

**Social Services**
A mix of high-wage and low -wages services, includes health services as well as in-person and social services.

**Transformative**
Industries where raw material is extracted and/or transformed into a finished product. This includes manufacturing (including lumber and wood products) construction, agriculture, and mining.

Source: U.S. Department of Commerce, Regional Economic Information System, Bureau of Economic Analysis, Washington, D.C., 2001.

BLM_0107355

*"The economic health of Blaine County depends on wilderness and road-less areas that provide for high-quality recreation opportunities."*

—Sarah Michael, County Commissioner, Blaine County, Idaho



## THE CHANGING ECONOMY OF THE WEST - SUMMARY FINDINGS

In the last three decades, the West has changed significantly:

### THE ECONOMY IS MORE DIVERSE

The traditional staples of the Wests' economy – mining, logging, oil and gas development, and agriculture – are still part of the economy, but they have been joined by a number of new industries and sources of income. A mix of high-wage and low-wage services industries, plus retirement and investment income, have helped the West move away from resource industry dependence.

### DECLINE OF TRADITIONAL RESOURCE EXTRACTIVE INDUSTRIES

Several factors have slowed resource industries: improved efficiency requiring less labor, competition, a slump in world markets for certain commodities, and a movement to produce in low-cost areas of the world. These industries are still important, but it is unlikely that they will be the source of many new jobs in the future.

### SPECIALIZATION IN RESOURCE-BASED INDUSTRIES TO DECLINE

States and counties that depend the most on resources also grow the slowest. By being specialized, they are vulnerable to the booms and busts of rising and falling commodity prices on the global stage.

### GROWTH IN SERVICE INDUSTRIES, BUT NOT ALL SERVICES ARE THE SAME

A significant amount of new wealth in the West is created by engineers, architects, researchers, designers, managers, and other occupations labeled as "services." However, the type of service industry in a county is important. Counties that depend more on producer services, like engineering and management services, see faster personal income growth than counties that depend on consumer services like hotels and recreation services.

### INCREASE IN NON-LABOR INCOME

Investment income, combined with pensions and age-related assistance from the federal government, are the single largest source of income for many rural communities.

BLM_0107356

PROPOSED BOULDER WHITE CLOUDS WILDERNESS



BLM_0107357

## COUNTIES WITH PROTECTED PUBLIC LANDS OR CLOSE TO PROTECTED LANDS GROW THE FASTEST

The pages that follow show in brief the findings of a comprehensive analysis between the growth of the local economy and how public lands are managed. A number of statistical techniques were used, all with similar results. The correlations shown in the figure below do not imply a direct cause and effect relationship. Rather, they are used to show the relative importance of various factors to economic growth.

Unprotected public lands that are immediately adjacent to protected lands have the greatest influence on economic growth (Figure 5). The more public lands a county has, or the closer it is to protected lands, the faster the economic growth. These are lands that are not likely to be used for resource extraction because of their close proxim-

ity to Wilderness, National Parks and other protected public lands. More likely, the fast growth is driven by the fact that many ski areas are found on this type of land, and with ski areas come airports, educated people, and a high percentage of employment in the relatively higher-wage producer services, like finance, real estate and business services.

The slowest growth occurs in counties with public lands that are unprotected and not close to protected areas. These are more likely to be used for resource extraction.

### OTHER ASSETS ALSO INFLUENCE ECONOMIC GROWTH

We are often led to believe, through the media and from our own elected officials,

**FIGURE 5: TYPES OF PUBLIC LANDS AND THE GROWTH OF PERSONAL INCOME, 1970 TO 2000.**



"Protected public lands contribute to economic growth...

BLM_0107358



that the management of public lands is the lifeblood of local economies. The reality is more compli-cated. While protected public lands play an important role there are many other variables that impact whether the economy grows or not.

The importance of a variety of factors to economic growth are listed below. Figure 6 below shows how they rank in relative importance compared to how public lands are managed.

### FIGURE 6: HOW PUBLIC LANDS AND OTHER FACTORS INFLUENCE INCOME GROWTH IN THE WEST.



"...but, other assets are vital."

BLM_0107359



Factors that are positively associated with real growth of personal income from 1970 to 2000 are:

**ADDS TO GROWTH**

| | |
|---|---|
| Producer services | The percentage of the workforce in the county employed in the relatively high-wage producer services (engineering, design, management, finance, etc.). |
| Educational attainment | The percentage of the population with a college degree or higher. |
| Airport | The presence of an airport with daily commercial flights to major hubs, and more than 25,000 passengers per year. |
| Ski resort | Presence of a ski resort in the county. (Some have more than one.) |
| Arts, entertainment, food | Percent of county workforce employed in arts, entertainments, recreation, accommodation and food services - a proxy for the arts. |
| Mountains | The presence of mountains, measured as variation in elevation for each county. |

Several factors are important to economic growth. How public lands are managed, indicated in red in Figure 6, is important: unprotected lands that are distant from protected areas, and therefore more likely to be used for resource extraction, are the least likely to add to economic growth. Lands that are protected or close to protected lands are more likely to boost personal income growth.

Other factors also stimulate the economy of the West. The higher the proportion of workers in a county employed in the high-wage producer services, the faster the growth. Education, the presence of an airport, a ski area, the arts, and mountains are also important. Dependence on transformative, resource extractive industries, distance to cities, lack of diversity, and relatively fewer newcomers are all detriments to growth.

Factors that are negatively associated with growth of personal income are:

**DETRACTS FROM GROWTH**

| | |
|---|---|
| Driving distance to city | Driving distance to the nearest metropolitan area. The longer the drive, the lower the income growth. |
| Economic specialization | Heavy dependence on a few industries - the opposite of diversification. |
| Transformative industries | The proportion of the workforce employed in forestry, fishing, mining, oil and gas development, construction, and manufacturing, including lumber and wood products. |
| Percent of population born in state | As a measure of the degree of in-migration. The higher the proportion born in state, the lower the proportion in in-migrants from other states. |

Slow economic growth or economic decline is closely associated with: distance to larger markets; economies that are not diverse and that rely on industries like agriculture, manufacturing and mining; and that have a high proportion of native-born – in other words, few newcomers.

BLM_0107360

## TOURISM AND TRANSPORTATION INFRASTRUCTURE HELP DIVERSIFY THE ECONOMY

*"Almost all the people who have opened new businesses here in the last 25 years came here as visitors and stayed because they loved it. That's what I did."*

—Rhonda Fitzgerald, inn owner,
Whitefish, Montana
*Western Montana Business Journal*, Spring 2004

Counties with ski areas have more than one-third of their public lands in the category "unprotected, close to protected areas." This explains in large part why this is the category of public lands management most closely associated with growth in personal income in the last thirty years. Nearly three-fourths of the counties with ski areas also have commercial airports offering daily access to larger markets.

The presence of ski areas is also closely associated with employment in the producer services, which in turn is related to the percentage of people in the county with a university education or higher.

But this does not mean ski area economies are "resort towns" with transient populations.

We found that their economies tend to be diverse and growing, with stable populations holding down jobs in finance, insurance, real estate, engineering, architecture and business services. Compared to other counties in the West, counties with ski areas have higher growth in personal income, higher home values, higher median family income, a larger percent of the workforce employed in producer services, and more educated populations.

The economy of the West has been evolving. Typically, counties in the West started out depending on public lands for timber, minerals or farming. Eventually tourists discovered the area. The tourism industry, especially if it involved a ski area, lobbied for federal and state expenditures to expand the roads and airports so more tourists could visit. That led the economy to grow beyond a dependence on resource industries and tourism. It attracted footloose entrepreneurs, including those in the producer services, retirees, investment income and real estate development. Resource extraction has not disappeared, but it is now just one of many different sectors in a diverse economy.

**FIGURE 7:  THE EVOLUTION OF ECONOMIES IN THE WEST.**



18

BLM_0107361



Meanwhile, the role of public lands has shifted from providing resources to providing resources and opportunities for recreation. Most recently, public lands have provided a setting for gateway communities to bill themselves as attractive places to live and do business. The key element in this progression is increased access via roads and airports.

An important competitive advantage for many rural communities is that they can use the same amenities that attract tourists as a way to attract businesses to relocate. David Snepenger and other researchers at Montana State University (1995) have found that one out of four business owners who migrated to the northern portion of the Greater Yellowstone region came there first as a tourist. This is an often-overlooked aspect of tourism. With the eventual expansion of the airport, tourism stimulates the development of travel infrastructure that leads the community into a further transition to a more diverse economy.

## THERE ARE DOWNSIDES TO ECONOMIC GROWTH

Economic growth that is stimulated by environmental amenities and made possible because of airports can sometimes lead to more growth than a community can handle.

Local residents often cite the loss of open space, ranches and farms; an increase in the cost of living (especially housing); and the rising cost of providing schools, roads and other services associated with a booming population. These changes can polarize communities in the West, pitting old-timers against newcomers, but that doesn't have to be the case.

The key is community-wide involvement in planning. While some gateway communities may look suspiciously upon zoning and other traditional growth-management tools as infringements on private property rights, many also have come to realize that planning and zoning can protect land values, traditional uses and the assets that drew residents in the first place.



BLM_0107362



## NOT ALL COUNTIES BENEFIT EQUALLY FROM PROTECTED LANDS

There is not a single "West." There are three distinct "Wests" and they are determined by how urban it is and to which degree it is rural. These three types are shown on Map 3:

**Metro/Commutershed**



Red counties contain metropolitan areas and counties within an hour's drive of the metropolitan area.

**Non-metro with Airport**



Dark orange counties are non-metro, but have airports with daily commercial flights to major hubs and metropolitan areas.

**Non-metro without Airport**



Gray counties are more than an hour from metropolitan areas and don't have significant air travel.

**MAP 3: THE THREE TYPES OF "WEST."**



COUNTY CLASSIFICATION
- Metro/Commutershed
- Non-metro with Airport
- Non-metro without Airport
- Major Cities
- Airports (Enplanements >25,000/yr.

BLM_0107363





## METRO/COMMUTERSHED COUNTIES

In metropolitan areas, there is so much else going on in the economy that the presence of a Wilderness, National Park, National Monument or other protected lands seems to have little (measurable) impact on growth.

## NON-METRO COUNTIES WITH AIRPORTS



Rural counties that are within an hour's drive of a mid-sized airport benefit from the presence of public lands. Indeed, the more public lands, the faster the growth of personal income (Figure 8). Public lands that are unprotected, but close to protected areas, are also closely associated with economic growth. Protected lands are more strongly associated with growth in personal income than those lands that are unprotected and distant from protected areas and therefore more likely to be used for resource extraction.

From 1970 to 2000, real per capita income for rural and connected counties that contained protected public lands grew 75 percent faster than connected rural counties without protected lands.

**FIGURE 8: HOW PUBLIC LANDS AND OTHER FACTORS INFLUENCE INCOME GROWTH IN CONNECTED RURAL COUNTIES.**



21

BLM_0107364



### NON-METRO COUNTIES WITHOUT AIRPORTS

Protected lands have the greatest influence on economic growth in rural isolated counties that lack easy access to larger markets. From 1970 to 2000, real per capita income in isolated rural counties with protected lands grew more than 60 percent faster than isolated counties without any protected lands.

As in other types of counties, educational attainment, ski areas, and employment in the producer services, arts, and entertainment are also important. Relatively more important than other county types is the presence of mountains. The driving distance to cities is positively related to income growth. This may be because one of the attractive features of some rural areas is their remoteness. However, the presence of newcomers and economic diversification, as with the rest of the West, has helped fuel economic growth.

As a group, these counties did not grow as fast as the non-metro counties with airports.

**FIGURE 9: HOW PUBLIC LANDS AND OTHER FACTORS INFLUENCE INCOME GROWTH IN CONNECTED RURAL COUNTIES.**



BLM_0107365

  

**THE IMPORTANCE OF PROTECTED PUBLIC LANDS TO
ECONOMIC DEVELOPMENT - SUMMARY FINDINGS**

• The presence of public lands in the West is a significant driver of economic growth.

• Lands that are unprotected but close to protected lands contribute significantly to economic growth.

• Lands that are unprotected and distant from protected areas, and therefore more likely to be used for resource development, contribute very little to economic growth.

• Many counties with ski areas are on lands that are unprotected, but close to protected areas. The presence of a ski area, and consequently daily commercial air service, is also tied closely with economic growth, particularly in the form of finance, real estate and other relatively high-wage services.

• Protected lands in the form of Wilderness, National Parks, and National Monuments go hand in hand with economic growth though some counties fare better than others.

• In counties with metropolitan areas or within the metro commutershed, protected lands have little measurable impact on growth.

• Protected areas are the most strongly tied to growth in counties that are remote and isolated.

• While public lands are important for growth, other factors are even more important, including the proportion of the workforce employed in producer services, arts and entertainment; the presence of a ski area and commercial airport; the education of the workforce; and the presence of mountains.

• The more diverse an economy, the faster it will grow. The more specialized, the slower it will grow, especially if the specialization is in mining, oil and gas development, logging, wood products manufacturing, or other resource extractive sectors.

• Distance from markets is a detriment to economic development. Despite advances in telecommunications, the key to economic development is a ready ability to travel to larger population centers.

• The influx of newcomers is closely tied to economic growth.



23



GRAND STAIRCASE – ESCALANTE NATIONAL MONUMENT

24

BLM_0107367



*"It's big country out there. With a topo map and a beat-up jeep - or better yet, a backpack - there's still solitude to be found, adventure with the smell of danger, and the wonder of a raw, unfinished, and awesomely beautiful world."*
—William B. Smart,
(www.ut.blm.gov/monument)

## CASE STUDY - DOES PROTECTION OF PUBLIC LANDS HELP LOCAL ECONOMIES?

### THE GRAND STAIRCASE-ESCALANTE NATIONAL MONUMENT

The Grand Staircase-Escalante National Monument was designated in 1996 during the Clinton Administration. It sits in one of the most rugged and beautiful corners of the country, but the Monument also contains one of the largest unexploited deposits of coal in the nation. That had some residents looking forward to the promise of high-paying resource jobs. They did not like the idea of creating a monument when a mine would do.

Tempers flared when a Dutch company withdrew its proposal for a coal mine, linking the monument designation to bureaucratic hurdles. A simultaneous sharp decline in Asian economies, plus expensive transportation costs, likely played a significant role in the company's decision. More recently some county officials protested the "pro-conservation attitude" of the current Monument director by removing road signs from the Monument and asked for his resignation.

Despite the headline-grabbing controversies, many citizens of Kanab and Escalante recognize new economic advantages that have become apparent since the Monument became official. Local opinion about the Monument has varied from continued resentment to grim acceptance, to the beginnings of enthusiasm about the influx of tourists (and their money) into nearby towns. At recent public meetings in Kanab and Escalante, several local business people expressed optimism about their community's ability to benefit from the influx of tourism dollars and the increased exposure that Monument designation has brought. They have also noted that a

greater Bureau of Land Management (BLM) presence has brought steady, well-paying jobs and boosted the local economy.

Grand Staircase-Escalante National Monument encompasses approximately 1.8 million acres, 14 percent of the land base in Garfield County and 53 percent of Kane County. Since the Monument is a significant portion of the land base, and because initial reaction was so negative, a before–and–after picture helps to shed light on the impact of the Monument on the economy.

**MAP 4: GARFIELD AND KANE COUNTIES IN UTAH, AND THE GRAND STAIRCASE-ESCALANTE NATIONAL MONUMENT.**



25

BLM_0107368

## THE ECONOMY OF GARFIELD AND KANE COUNTIES GREW SUBSTANTIALLY AFTER THE DESIGNATION OF THE MONUMENT

### GARFIELD COUNTY

Since the designation of the Grand Staircase-Escalante National Monument, Garfield County has seen significant growth in personal income from retirement, investments and other non-labor sources, a variety of service industries, and from people employed in various government agencies. Labor earnings and average wages per job have increased substantially, unemployment rates have declined, and real estate values have gone up.

Since 1970, almost three out of four new dollars of personal income are from retirement, transfer payments, investment and other non-labor sources (Figure 10). Income from services and professional industries - a mix of low-wage and high-wage occupations - doubled, more than making up for losses in mining, oil and gas development, farming, and ranching. These two categories of personal income now account for more than three-fourths of personal income in Garfield County. Together with personal income from people employed in government, these three sources of income constitute the entire local economy.

Moreover, the economy of Garfield County continued to grow after the designation of the Monument. In the four years before

the designation of the Monument, personal income from labor grew, in real terms, by 14 percent. In the four years after the designation of the Monument, real labor income grew by more than 18 percent. While real average earnings per job fell by more than 6 percent in the four years prior to the existence of the monument, average earnings per job grew by seven percent in the four years after (U.S. Department of Commerce, Bureau of Economic Analysis, 2001).

Garfield County's unemployment rate remains high, but it declined from 12.4 percent in 1995 to 9.2 percent by 2001, a period during which the Monument was designated (Figure 11).

### FIGURE 11: UNEMPLOYMENT RATES FOR GARFIELD COUNTY, UTAH, 1988 TO 2001.



Source: Bureau of Labor Statistics, U.S. Department of Commerce, 2002.

**FIGURE 10: PERSONAL INCOME BY SOURCE, 1970 TO 2000, GARFIELD COUNTY, UTAH.**




Source: U.S. Department of Commerce, Regional Economic Information System, Bureau of Economic Analysis, Washington, D.C., 2001.

26

**KANE COUNTY**

Kane County has also grown substantially since the designation of the Monument. There has been a significant rise in non-labor income sources, personal income from service industries, and government employment, as well as construction and manufacturing.

Since 1970, more than a third of net growth in personal income has come from non-labor sources. Employment in the service and professional sector contributed another third of the income growth; government, 17 percent; and construction, 11 percent. Together, these three sources represent almost 90 percent of net growth in personal income from 1970 to 2000, and more than 80 percent of the current economy in the county.

Some of the traditional sources of income are still present in the post-Monument designation economy, but today they are very small contributors. For example, there still is farming and ranching, but this sector contributes only two percent of total personal income. By 2000, mining, including oil and gas development, was virtually non-existent in Kane County.



**FIGURE 12: PERSONAL INCOME BY SOURCE, 1970 TO 2000, KANE COUNTY, UTAH.**

Source: U.S. Department of Commerce, Regional Economic Information System, Bureau of Economic Analysis, Washington, D.C., 2001.



**FIGURE 13: UNEMPLOYMENT RATES FOR KANE COUNTY, UTAH, 1988 TO 2001.**

Source: Bureau of Labor Statistics, U.S. Department of Commerce, 2002.

The Monument designation does not appear to have hurt the economy, even if it did seal off the option of coal mining. In the four years prior to the designation of the Monument, real labor income grew by a little more than 27 percent. After designation real labor income grew by more than 33 percent. Before designation average earnings per job, in real terms, declined by over 22 percent. After designation it grew by more than 18 percent.

Unemployment has gone down, too, from 8.7 percent in 1995 to 3.5 percent in 2001.

27

BLM_0107370



## REAL ESTATE VALUES CONTINUE TO RISE



Real estate values give yet another indicator of the economy's strength and how much people want to live in the area. In both Escalante and Kanab, the communities most impacted by the designation of the Monument, the mean value of a home has risen substantially since 1996 (Figure 14). The median value of a home in Escalante rose from $69,432 in 1990 to more than $100,000 in 2000, a 45 percent rise, in real terms. In Kanab the mean value of a home dropped by 13 percent from 1980 to 1990, before the Monument designation. From 1990 to 2000, it rose by 23 percent.  The mean value of a home in 1990, before the designation of the Monument, was a little more than $86,000.  This rose to more than $106,000 by 2000.

These trends dispel the argument that the Monument designation - setting aside public lands for protection against development - would result in economic decline and spawn only low-paying tourism jobs and hurt real estate values.

**FIGURE 14:  CHANGES IN HOUSING VALUES FOR ESCALANTE AND KANAB, UTAH.  (DOLLAR VALUES ADJUSTED TO 2000)**



Note: 1990 data is for the Escalante subdivision, an area larger than the town of Escalante, for which only 2000 data was available. Source: Decennial Census of Population and Housing. U.S. Department of Commerce, Bureau of the Census, 2000.

28

BLM_0107371

*"Our geographic isolation can't shield our local economy from global trends. We must become aware and responsive. In the urban environment, people expect - even seek out - career change, technological innovation, economic adaptation, and creative marketing."*

—Susan Hand



### NEW MIGRANTS BRING VIBRANCY TO THE ECONOMY

Susan Hand, co-owner and manager of the Willow Canyon Outdoor Company, a combination bookstore, coffee shop, outdoor outfitter, and clothing store, is one of the people bringing new vibrancy to the town of Kanab:

"About a decade ago, our family was ready to escape the crowding and fast pace of San Diego. We had two small children and a pretty good idea of the sort of business we wanted to run. With a list of related criteria, we set off through the southwest to find a new home. Though we loved the red rock canyons and had old friends in Kanab, we expected to just pass through this little town on our way somewhere else. Serendipity, but here I am. I love our town, and I can't imagine leaving the magic of the canyons now.

We survived those first lean years. For our struggling new business, the creation of the Grand Staircase-Escalante National Monument meant expanded opportunity and new customers. The administrative headquarters provided employment to over 50 professionals (in a town of less than 5,000 people), and the national publicity spawned interest among travelers.

I was surprised when our community expressed disdain for the Monument. But, like most western towns, our history is steeped in extractive industry, and the Monument obliterated the hope for a new coal mine. Moreover, the local lumber mill had just closed down, and endangered California condors were being released along the Vermilion Cliffs as part of a controversial reintroduction program. Our town blamed the government and environmentalists  - and all those people (from somewhere else) who don't understand 'our way of life.'"

BLM_0107372



PROPOSED BOULDER WHITE CLOUDS WILDERNESS

BLM_0107373

## CASE STUDY - WHO WILL BENEFIT, AND WHO WILL NOT, FROM A NEW WILDERNESS AREA?

### THE PROPOSED NEW BOULDER WHITE CLOUDS WILDERNESS

An important discussion is currently underway in Idaho regarding the potential Wilderness designation of the Boulder-White Clouds Mountains (Map 5). At 800 square miles, the region is the largest unprotected roadless area in the lower 48 states. Wilderness designation would place limits on motorized recreation, mining, and road building, but would continue to allow traditional uses like hiking, hunting, fishing, and grazing.

The pending Wilderness designation offers a unique chance to ask: who benefits – and who does not – from Wilderness designation? The short answer is that there is no evidence that designating Wilderness will harm the economy, though some areas and residents will thrive more than others. Blaine County is better situated to profit. Two of its towns, Ketchum and Sun Valley, feature diversified and growing economies, a ski resort, an educated workforce, and both have relatively easy access to major population centers via air travel. All this makes it is easy for these towns, as part of their economic development strategies, to woo people seeking a high quality of life. By contrast,

*"A big selling point for us is natural environment. Like national parks, undisturbed wilderness is a quality our visitors and residents alike enjoy and support."*

*"The quality of life offered by the experience of wild lands attracts people who want to move to our community. It attracts tourism visitors and it also attracts people who appreciate it so much they decide to relocate their businesses here, which in turn helps diversify our economy."*

—Carol Waller
Executive Director Sun Valley Chamber





MAP 5: BLAINE AND CUSTER COUNTIES, IDAHO, NEAR THE PROPOSED BOULDER WHITE CLOUDS (BWC) WILDERNESS.

31

BLM_0107374

Custer County and the towns of Challis and Mackay, do not have these elements in place. A new Wilderness area is not enough to stimulate growth and by itself does not guarantee economic prosperity.

## BLAINE COUNTY IS IDEALLY POSITIONED TO BENEFIT FROM WILDERNESS

In Blaine County, response to the Wilderness proposal is overwhelmingly positive. Last December, Blaine County Commissioners unanimously supported wilderness designation for the Boulder-White Clouds (BWC). In January 2004, more than 130 businesses came out in favor of the wilderness proposal.

Blaine County has what is needed to take advantage of protected public lands. It is economically diverse, and much of its service industry growth is in high-wage sectors like finance, engineering and business services. It also has an airport and an educated workforce. The ski resort and the booming real estate market have been huge contributors to the local economy.

The Sun Valley/Ketchum Chamber and Visitors Bureau has passed a resolution supporting the creation of the Boulder White Clouds Wilderness. "Areas like Sun Valley and Ketchum are attractive refuges for people, especially urban folks who appreciate gateway communities surrounded by undisturbed lands," says Carol Waller, executive director of the chamber.

In the last three decades, more than 42 percent of the growth in personal income in Blaine County was in the services and professional sectors, and nearly as much growth was in non-labor income sources, including retirement and money earned from investments. During that time, the growth of the economy has been fast and steady, with few up and downs (Figure 15).

Meanwhile, Blaine County has added a mix of low-wage and high-wage jobs to its economy. Producer services added more than $83 million in real personal income. Personal income from the relatively low-wage consumer services added $66 million in real terms.

**FIGURE 15: PERSONAL INCOME BY MAJOR CATEGORY, BLAINE COUNTY, IDAHO, 1970 TO 2000.**



Source: U.S. Department of Commerce, Bureau of Economic Analysis, Regional Economic Information System, Bureau of Economic Analysis, Washington, D.C., 2001.

BLM_0107375

*"If the Boulder White Clouds money comes in the right amount and is used in the right way, this bill could be our salvation," says Lin Hintze, a County Commissioner in Custer County, who expresses guarded optimism for the wilderness bill. "If we can position Mackay as a gateway to this proposed wilderness we might be able to benefit from increased visitation and some of those people might see what a great place we have here and decide to relocate their families and businesses."*

—Lin Hintze
Custer County Commissioner



The county has grown beyond a dependence on the low-wage sectors normally associated with tourism, and attracted other sectors, such as business, engineering, legal, and financial services. In effect, Blaine County has evolved beyond just a resort or tourist economy and created a diverse, almost urban economy in a rural setting. It has grown beyond the label of "resort community."

But like many high growth areas in the West, it has a new set of problems, like high housing costs. According to the U.S. Bureau of the Census, the mean value of occupied homes in Ketchum, Idaho, in real terms, rose 63 percent, from $309,540 in 1990 to $503,300 in 2000. Yet building more homes, and hoping this will drive down prices, is a double-edged sword. Unsightly or sprawling residential development can undermine the very resources that make the county attractive.

## CUSTER COUNTY'S ECONOMY NEEDS TO DIVERSIFY

On the other side of the mountains lies Custer County and the towns of Challis and Mackay. Decades of heavy dependence on mining have left these communities impoverished, with low education rates, little economic diversification and no access to larger population centers. Most of the recent growth in services has been in the form of low-wage jobs. In these communities, the idea of designating a significant portion of National Forest lands as Wilderness is unpopular without provisions for economic development. Even among those who favor conservation there is an understanding that protecting scenic areas alone is not enough to guarantee prosperity.

In contrast to Blaine County, Custer County has specialized in one industry: mining. As the fortunes of the mining industry went up and down, other sectors trailed along (Figure 16). It wasn't until the late 1990s that despite declines in mining,

### FIGURE 16: PERSONAL INCOME BY MAJOR CATEGORY, CUSTER COUNTY , IDAHO, 1970 TO 2000



Source: U.S. Department of Commerce, Bureau of Economic Analysis, Regional Economic Information System, Bureau of Economic Analysis, Washington, D.C., 2001.

BLM_0107376



other sources of income began to grow, most notably in services industries, construction and non-labor income. The roller coaster ride of the last three decades may finally be coming to an end.

Over the last three decades, only 20 percent of the growth in personal income, in real terms, was from the services and professional sector. Mining, traditionally a large employer and the source of relatively high-paying jobs, contributed 15 percent of net new income in the last 30 years.

Non-labor sources accounted for half of real personal income growth; government accounted for another 16 percent. In 2000, three times as much income came from non-labor income sources than agriculture, mining, and manufacturing combined.

Unlike Blaine County, Custer County has seen growth primarily in the low-wage service sectors. From 1990 to 2000, personal income from employment in consumer services like hotels and recreation services grew by 41 percent. Social services, especially health, grew by 49 percent. At the same time, personal income from producer services fell by 4 percent, a loss of more than $139 million. Particularly alarming was the loss from business services, engineering, and management services.

The only bright spot in terms of relatively high-wage service industry growth has been the increase in income from government employment. State and local government accounted for 65 percent of government jobs in 2000.

### IDEAS FOR DIVERSIFYING THE ECONOMY OF CUSTER COUNTY

The good news is the fortunes of the county are no longer strictly hitched to the well-being of the mining industry, and therefore at the mercy of globally determined price trends.

The bad news is: decades of heavy dependence - and an apparent lack of reinvesting mining profits into the community - has left the county impoverished. According to the 2000 Census, 13 percent of individuals in Challis live below the poverty line, two-thirds of households earned less than $30,000 per year and only one percent earned more than $100,000. In contrast, in Ketchum, only 30 percent of households earn less than $30,000, and 20 percent of households earn more than $100,000 per year. (U.S. Bureau of the Census 2000, Rasker and Alexander 2003).

One key element to economic growth is education. In Challis 18 percent of residents 25 years and older have a college degree. By comparison, more than half the residents 25 years in older in Ketchum have a college degree (U.S. Bureau of the Census 2000, Rasker and Alexander 2003).

In spite of these problems, residents of Custer County can capitalize on several important opportunities.

### CUSTER COUNTY IS NOT SUN VALLEY -USE AFFORDABLE HOUSING TO ATTRACT PEOPLE

One of Custer County's competitive advantages may lie in the fact that it is not Sun Valley. According to the last census the median value of a home in 2000 in Challis was $73,500 and in Mackay it was $74,600. That's a fraction of the cost of a home in Ketchum ($503,000).

One strategy for these communities is to attract "equity refugees." These are people on fixed incomes, often at retirement age, who decide to cash in their equity, most often a home in a larger city, and move to the country for a quieter, simpler, and less expensive lifestyle. In Custer County, retirement and disability insurance benefit payments already total $7.1 million, which is larger than income earned in agriculture ($3 million), about the same size as mining ($7 million), and much larger than manufacturing ($1 million). (U.S. Department of Commerce, Bureau of Economic Analysis, 2001).

BLM_0107377

*"I like the idea of linking Wilderness designation with economic development investments,"* Gilliam says. *"Already our all-volunteer emergency services are taxed to the limit, in part due to demands from out-of-area users who enjoy our rivers and public lands. With a new Wilderness we'll see more visitation and demand for local services will increase. The proposed Wilderness Bill will and should help us deal with these impacts."*

*"Here in Custer County, we are definitely a gateway to the surrounding public lands. We still have work to do determining where we'd like our communities to go. The Boulder White Clouds Wilderness bill is an opportunity to initiate a thoughtful discussion on where we want to go, and how to market who we are and want to become."*

—Gynni Gilliam,
Director of Lemhi/Custer
Economic Development Corp.

## BENEFIT FROM NEW WILDERNESS LEGISLATION

Although specific legislation has not been drafted, Congressman Mike Simpson is considering a bill that would designate the Boulder White Clouds as a Wilderness. The bill – to be called the Central Idaho Economic Development and Recreation Act – would also include approximately $10 million in economic development for Custer County. In a more controversial component of the proposed bill, Custer County would be allowed to sell up to 16,000 acres of federal land as summer home sites or rangeland. The hope is that it will bolster the county's tax base.

If all goes well for Custer County, and locals are able to use the new wilderness legislation as a way to protect their quality of life and attract people and business, they must then prepare for the next stage in development – growth management. New challenges include the breaking up of ranches – and therefore important scenery and wildlife habitat – for residential subdivisions, the rising costs of providing infrastructure like roads and sewers, and the rising costs of housing. "We have a better idea of what we don't want to become than what we want to become," says Gilliam. "We don't want to become another Sun Valley or Jackson Hole. We don't want to look like Eddie Bauer when we're done."





BLM_0107378

# OBSERVATIONS AND RECOMMENDATIONS

There are not too many places left in the world where you can earn a decent living and in less than an hour after work find yourself casting a fishing line in a blue-ribbon trout stream, or hiking through a forest unchanged from the days of Lewis and Clark. Such experiences are central to the West's quality of life. They set it apart from the rest of the world and give the region a clear competitive advantage in the global marketplace.

For decades now, the Western experience has been fueling a major transformation of the region's economic landscape. It also continues to ignite the debate over resource development versus preservation. But that debate is driven largely by a misunderstanding of what spurs economic growth today, and what it will take to succeed in the future.

The keys to success, if we want to have a diverse and vibrant economy, certainly must include a clean environment, spectacular scenery, and recreational opportunities. As Sarah Michael, a Blaine County Commissioner says, "The Blaine County economy depends on wild places. The reason people live here and move here is because we're surrounded by five mountain ranges and numerous roadless areas and wild places. It's rare to live in a community with the cultural amenities we have and yet be surrounded by pristine wild lands. They are a tremendous asset for us."

These vast expanses of open lands are our fundamental asset. They define the West. They are something the rest of the world does not have. And as our analysis shows, the more pubic lands a county has, the faster its economy grows. If the land is in protected status, or immediately next to protected lands, then the growth is even faster.

Unfortunately not all communities are positioned to benefit equally from protected public lands in the same way. Their success charts on a bell curve. Small, rural communities that are isolated see some growth from protected public lands but for the most part there is so little going on in the economy that the protection of public lands is not enough to ensure prosperity. On the other side of the bell curve, metropolitan counties have so many factors influencing growth that the role of public lands is drowned out.

In the middle of the bell curve are the counties that most easily benefit from protected lands. They are rural, but connected to larger population centers. They have an educated workforce employed in engineering, management consulting, finance, and other knowledge-based service industries. They often have a ski area and entrepreneurs who live there can readily board an airplane to visit their clients. These are the counties that are best positioned to take advantage of protected public lands strategy as an important element to economic development.

The West is a diverse place, with communities in different stages of development. In a recent article in the Arizona Republic (May 2, 2004), Joseph Reaves summarized the development of the West as follows: "The Old West never existed - at least not in the way we pretend. The Wild West is more Hollywood than history. And the New West was a highborn notion that never quite found a home on the range." The West now faces the challenge of harnessing its competitive advantage in a way that protects the quality of its natural spaces while creating an economy where all are given an equal chance of succeeding in what is truly a global labor market.

The next West should keep its options open. Mining, logging, and other forms of resource development - and let us include home building in the list of resource industries - are appropriate and necessary engines of the economy. But their impact on the land can be substantial. As natural amenities help drive economic growth, activities that use natural resources must be carried out at the right pace, right scale and in the right places. In other words, sound development leaves the environment healthy and resilient. There is evidence that this can be done, but any honest assessment has to conclude that we're still a ways off from doing it right.

A good place to start is to develop a shared vision for your community, inventory your assets, learn about your economy, identify your competitive advantage and then protect and nourish these assets. To stay competitive, we need to continually evolve and adapt. As Wallace Stegner wrote: "A Westerner is less a person than a continuing adaptation. The West is less a place than a process."

BLM_0107379

## LITERATURE CITED

Beyers, W.B., D.P. Lindahl, and E. Hamill. 1995. "Lone Eagles and Other High Fliers in the Rural Producer Services." Paper presented at the Pacific Northwest Regional Economic Conference, May 1995, Missoula, Montana.

Cromartie, J.B. and J.M. Wardwell. 1999. "Migrants Settling Far and Wide in the Rural West." Rural Development Perspectives. 14(2), 2-8.

Fuguitt, G.V. and C.L. Beale. 1996. "Recent Trends in Nonmetropolitan Migration: toward a New Turnaround?" Growth and Change. Vol. 27: 156-174.

Hansen, AJ; Rasker, R; Maxwell, B; Rotella, JJ; Johnson, JD; Parmenter, AW; Langner, L; Cohen, WB; Lawrence, RL; and Kraska, MPV. 2002. "Ecological Causes and Consequences of Demographic Change in the New West." Bioscience. Vol. 52 (2): 151-162.

Johnson, J.D. and R. Rasker. 1995. "The Role of Economic and Quality of Life Values in Rural Business Location." Journal of Rural Studies. Vol. 11(4): 405-416.

McGranahan, D.A. 1999. "Natural Amenities Drive Population Change." Food and Rural Economics Division, Economic Research Service, U.S. Department of Agriculture. Report 781, 1-24.

Nelson, P.B. 1999. "Quality of Life, Nontraditional Income, and Economic Growth: New Development Opportunities for the Rural West." Rural Development Perspectives. 14(2), 32-37.

Power, T. M. 1991. "Ecosystem Preservation and the Economy of the Greater Yellowstone Area." Conservation Biology. 5(3), 395-404.

Rasker R. and B. Alexander. 2003. "Working Around the White Clouds: County and Community Profiles Surrounding Idaho's Boulder, White Cloud, and Pioneer Mountains." Sonoran Institute. Bozeman, Montana.

Shumway J.M. and S.M. Otterstrom . 2001. "Spatial Patterns of Migration and Income Change in the Mountain West: The Dominance of Service-Based, Amenity-Rich Counties." Professional Geographer. Vol. 53(4): 492-502.

Snepenger D., J. Johnson and R. Rasker. 1994.

"Travel Stimulated Entrepreneurial Migration." Journal of Travel Research. Vol. 34(1): 40-44.

U.S. Department of Commerce, Bureau of the Labor Statistics. 2002. http://www.bls.gov/

U.S. Department of Commerce, Bureau of Economic Analysis. 2001. Regional Economic Information System., Washington, DC

U.S. Department of Commerce, Bureau of the Census. 2000. Decennial Census of Population and Housing.

Whitelaw, E. 1992. "Oregon's Real Economy." Old Oregon. Winter: 31-33.

Whitelaw, E.W. and E.G. Niemi. 1989. "Migration, Economic Growth, and Quality of Life." Proceedings: Pacific Northwest Regional Economic Conference. April 26 - 28. Corvallis, Oregon.

BLM_0107380

  

## ABOUT THE SONORAN INSTITUTE

A nonprofit organization established in 1990, the Sonoran Institute brings diverse people together to accomplish their conservation goals.

The Sonoran Institute works with communities to conserve and restore important natural landscapes in western North America, including the wildlife and cultural values of these lands. The lasting benefits of the Sonoran Institute's work are healthy landscapes and vibrant communities that embrace conservation as an integral element of their quality of life and economic vitality.

Through community stewardship, the Sonoran Institute contributes to a day when:

• Healthy landscapes, including native plants and wildlife, diverse habitat, open spaces, clean air, and water extend from northern Mexico to Western Canada.

• People embrace stewardship as a fundamental value by caring for their communities, economies, and natural landscapes.

• Resilient economies support strong communities, diverse opportunities for residents, productive working landscapes, and stewardship of the natural world.

Sonoran Institute web site: **www.sonoran.org**

## SONORAN INSTITUTE

DESIGN:
IXTLA VAUGHAN
WWW.GETIDESIGN.COM

PHOTOS:
LIN ALDER
JOHN BYORTH
ALLEN GILBERG
RAY RASKER

PRINTED ON RECYCLED PAPER

BLM_0107381



## SONORAN
## INSTITUTE

7650 E. Broadway Blvd.
Suite 203
Tucson, Arizona 85710
(520) 290-0828

Phoenix Office
4835 E. Cactus Road
Suite 270
Scottsdale, Arizona 85254
(602) 393-4310

Northwest Office
201 S. Wallace Avenue
Bozeman, Montana 59715
(406) 587-7331

Sonoran Institute web site:
**www.sonoran.org**

BLM_0107382

BLM_0107383

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    20100721_SE_Rpt_Ref_SanMiguel_Measures5.xlsx

Case No. 1:20-cv-02484-MSK   Document 59-9   filed 04/28/21   USDC Colorado   pg 106 of
112
Poverty Thresholds for 2008 by Size of Family and Number of Related Children Under 1...    Page 1 of 2

**U.S. Census Bureau**

## Poverty

Poverty Main    Overview    Publications    Definitions    Thresholds    Microdata Access
Related Sites    FAQ

**Poverty Thresholds for 2008 by Size of Family and Number of Related Children Under 18 Years**

| Size of family unit | Weighted average thresholds | Related children under 18 years | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | None | One | Two | Three | Four | Five | Six | Seven | Eight or more |
| One person (unrelated individual) | 10,991 | | | | | | | | | |
| Under 65 years | 11,201 | 11,201 | | | | | | | | |
| 65 years and over | 10,326 | 10,326 | | | | | | | | |
| Two people | 14,051 | | | | | | | | | |
| Householder under 65 years | 14,489 | 14,417 | 14,840 | | | | | | | |
| Householder 65 years and over | 13,030 | 13,014 | 14,784 | | | | | | | |
| Three people | 17,163 | 16,841 | 17,330 | 17,346 | | | | | | |
| Four people | 22,025 | 22,207 | 22,570 | 21,834 | 21,910 | | | | | |
| Five people | 26,049 | 26,781 | 27,170 | 26,338 | 25,694 | 25,301 | | | | |
| Six people | 29,456 | 30,803 | 30,925 | 30,288 | 29,677 | 28,769 | 28,230 | | | |
| Seven people | 33,529 | 35,442 | 35,664 | 34,901 | 34,369 | 33,379 | 32,223 | 30,955 | | |
| Eight people | 37,220 | 39,640 | 39,990 | 39,270 | 38,639 | 37,744 | 36,608 | 35,426 | 35,125 | |
| Nine people or more | 44,346 | 47,684 | 47,915 | 47,278 | 46,743 | 45,864 | 44,656 | 43,563 | 43,292 | 41,624 |
| SOURCE:  U.S. Census Bureau. | | | | | | | | | | |

[PDF] or ⬛ denotes a file in Adobe's Portable Document Format. To view the file, you will need the Adobe® Acrobat® Reader ⬛ available **free** from Adobe.

Contact the Demographic Call Center Staff at 301-763-2422 or 1-866-758-1060 (toll free) or visit ask.census.gov for further information on Poverty Statistics.

BLM_0107384

Case No. 1:20-cv-02484-MSK    Document 59-9    filed 04/28/21    USDC Colorado    pg 107 of 112

*Source: U.S. Census Bureau, Housing and Household Economic Statistics Division*

| **Poverty Main** | **Overview** | **Publications** | **Definitions** | **Thresholds** | **Microdata Access** |
| **Related Sites** | **FAQ** | | | | |

**Census Bureau Links:**  Home · Search · Subjects A-Z · FAQs · Data Tools · Catalog · Census 2010 · Quality · Privacy Policy · Contact Us

USCENSUSBUREAU

*Helping You Make Informed Decisions*

Page Last Modified: September 29, 2009

BLM_0107385



U.S. Census Bureau
**American FactFinder**

FACT SHEET

## Delta County, Colorado

**2006-2008 American Community Survey 3-Year Estimates -** what's this?
**Data Profile Highlights:**

> **NOTE:** Although the American Community Survey (ACS) produces population, demographic and housing unit estimates,
> it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the
> population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

| Social Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Average household size | 2.52 | (X) | 2.61 | +/-0.08 | map |
| Average family size | 2.99 | (X) | 3.20 | +/-0.11 | |
| Population 25 years and over | 21,498 | | | +/-208 | |
| High school graduate or higher | (X) | 83.5 | 84.5% | (X) | map |
| Bachelor's degree or higher | (X) | 18.2 | 27.4% | (X) | map |
| Civilian veterans (civilian population 18 years and over) | 3,053 | 12.9 | 10.1% | +/-319 | map |
| With a Disability | (X) | (X) | (X) | (X) | |
| Foreign born | 1,185 | 3.9 | 12.5% | +/-251 | map |
| Male, Now married, except separated (population 15 years and over) | 7,197 | 58.3 | 52.2% | +/-606 | |
| Female, Now married, except separated (population 15 years and over) | 7,417 | 59.0 | 48.2% | +/-545 | |
| Speak a language other than English at home (population 5 years and over) | N | N | 19.6% | N | map |
| Household population | 29,625 | | | +/-490 | |
| Group quarters population | (X) | (X) | (X) | (X) | |

| Economic Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| In labor force (population 16 years and over) | 14,391 | 58.3 | 65.2% | +/-690 | map |
| Mean travel time to work in minutes (workers 16 years and over) | 24.1 | (X) | 25.3 | +/-3.1 | map |
| Median household income (in 2008 inflation-adjusted dollars) | 40,994 | (X) | 52,175 | +/-2,424 | map |
| Median family income (in 2008 inflation-adjusted dollars) | 49,352 | (X) | 63,211 | +/-3,444 | map |
| Per capita income (in 2008 inflation-adjusted dollars) | 20,813 | (X) | 27,466 | +/-1,067 | map |
| Families below poverty level | (X) | 9.8 | 9.6% | (X) | |
| Individuals below poverty level | (X) | 11.7 | 13.2% | (X) | map |

| Housing Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Total housing units | 13,202 | | | +/-196 | |
| Occupied housing units | 11,762 | 89.1 | 88.0% | +/-432 | |
| Owner-occupied housing units | 8,104 | 68.9 | 67.1% | +/-492 | |
| Renter-occupied housing units | 3,658 | 31.1 | 32.9% | +/-460 | |
| Vacant housing units | 1,440 | 10.9 | 12.0% | +/-372 | |
| Owner-occupied homes | 8,104 | | | +/-492 | map |
| Median value (dollars) | 188,700 | (X) | 192,400 | +/-12,733 | map |
| Median of selected monthly owner costs | | | | | |
| With a mortgage (dollars) | 1,172 | (X) | 1,508 | +/-91 | map |
| Not mortgaged (dollars) | 311 | (X) | 425 | +/-24 | |

| ACS Demographic Estimates - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Total population | 30,319 | | | ***** | |

BLM_0107386

| | | | | | |
|---|---|---|---|---|---|
| Male | 15,079 | 49.7 | 49.3% | +/-127 | |
| Female | 15,240 | 50.3 | 50.7% | +/-127 | |
| Median age (years) | 41.9 | (X) | 36.7 | +/-0.9 | map |
| Under 5 years | 1,719 | 5.7 | 6.9% | +/-59 | |
| 18 years and over | 23,755 | 78.4 | 75.5% | ***** | |
| 65 years and over | 6,020 | 19.9 | 12.6% | +/-149 | |
| One race | 29,775 | 98.2 | 97.8% | +/-236 | |
| White | 27,918 | 92.1 | 74.3% | +/-472 | map |
| Black or African American | 224 | 0.7 | 12.3% | +/-128 | map |
| American Indian and Alaska Native | 116 | 0.4 | 0.8% | +/-94 | map |
| Asian | 162 | 0.5 | 4.4% | +/-105 | map |
| Native Hawaiian and Other Pacific Islander | 0 | 0.0 | 0.1% | +/-158 | map |
| Some other race | 1,355 | 4.5 | 5.8% | +/-467 | map |
| Two or more races | 544 | 1.8 | 2.2% | +/-236 | map |
| Hispanic or Latino (of any race) | 3,997 | 13.2 | 15.1% | ***** | |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

Explanation of Symbols:
'***' - The median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
'*****' - The estimate is controlled. A statistical test for sampling variability is not appropriate.
'N' - Data for this geographic area cannot be displayed because the number of sample cases is too small.
'(X)' - The value is not applicable or not available.

The letters PDF or symbol indicate a document is in the Portable Document Format (PDF). To view the file you will
need the Adobe® Acrobat® Reader, which is available for **free** from the Adobe web site.



**U.S. Census Bureau**
*American FactFinder*

FACT SHEET

## Mesa County, Colorado

**2006-2008 American Community Survey 3-Year Estimates - what's this?**
**Data Profile Highlights:**

NOTE: Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the **official estimates of the population** for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

| Social Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Average household size | 2.46 | (X) | 2.61 | +/-0.03 | map |
| Average family size | 2.94 | (X) | 3.20 | +/-0.05 | |
| Population 25 years and over | 93,536 | | | +/-213 | |
| High school graduate or higher | (X) | 89.0 | 84.5% | (X) | map |
| Bachelor's degree or higher | (X) | 23.5 | 27.4% | (X) | map |
| Civilian veterans (civilian population 18 years and over) | 14,920 | 14.0 | 10.1% | +/-905 | map |
| With a Disability | (X) | (X) | (X) | (X) | |
| Foreign born | 5,335 | 3.8 | 12.5% | +/-874 | map |
| Male, Now married, except separated (population 15 years and over) | 30,310 | 55.6 | 52.2% | +/-1,361 | |
| Female, Now married, except separated (population 15 years and over) | 31,021 | 53.6 | 48.2% | +/-1,170 | |
| Speak a language other than English at home (population 5 years and over) | 10,556 | 8.2 | 19.6% | +/-1,095 | map |
| Household population | 135,780 | | | +/-1,844 | |
| Group quarters population | (X) | (X) | (X) | (X) | |

| Economic Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| In labor force (population 16 years and over) | 73,221 | 66.3 | 65.2% | +/-1,317 | map |
| Mean travel time to work in minutes (workers 16 years and over) | 20.6 | 20.6 | 25.3 | +/-0.9 | map |
| Median household income (in 2008 inflation-adjusted dollars) | 51,930 | (X) | 52,175 | +/-1,482 | map |
| Median family income (in 2008 inflation-adjusted dollars) | 61,749 | (X) | 63,211 | +/-2,074 | map |
| Per capita income (in 2008 inflation-adjusted dollars) | 26,580 | (X) | 27,466 | +/-960 | |
| Families below poverty level | (X) | 7.4 | 9.6% | (X) | |
| Individuals below poverty level | (X) | 11.8 | 13.2% | (X) | map |

| Housing Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Total housing units | 58,607 | | | +/-757 | |
| Occupied housing units | 55,117 | 94.0 | 88.0% | +/-907 | |
| Owner-occupied housing units | 38,999 | 70.8 | 67.1% | +/-950 | |
| Renter-occupied housing units | 16,118 | 29.2 | 32.9% | +/-883 | |
| Vacant housing units | 3,490 | 6.0 | 12.0% | +/-608 | |
| Owner-occupied homes | 38,999 | | | +/-950 | map |
| Median value (dollars) | 213,500 | (X) | 192,400 | +/-4,598 | map |
| Median of selected monthly owner costs | | | | | |
| With a mortgage (dollars) | 1,317 | (X) | 1,508 | +/-36 | map |
| Not mortgaged (dollars) | 312 | (X) | 425 | +/-16 | |

| ACS Demographic Estimates - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Total population | 138,641 | | | ***** | |

| | | | | | |
|---|---|---|---|---|---|
| Male | 67,982 | 49.0 | 49.3% | +/-302 | |
| Female | 70,659 | 51.0 | 50.7% | +/-302 | |
| Median age (years) | 36.9 | (X) | 36.7 | +/-0.3 | map |
| Under 5 years | 9,342 | 6.7 | 6.9% | +/-179 | |
| 18 years and over | 106,740 | 77.0 | 75.5% | ***** | |
| 65 years and over | 21,019 | 15.2 | 12.6% | +/-101 | |
| One race | 134,910 | 97.3 | 97.8% | +/-574 | |
| White | 123,397 | 89.0 | 74.3% | +/-1,087 | map |
| Black or African American | 915 | 0.7 | 12.3% | +/-302 | map |
| American Indian and Alaska Native | 1,634 | 1.2 | 0.8% | +/-575 | map |
| Asian | 843 | 0.6 | 4.4% | +/-191 | map |
| Native Hawaiian and Other Pacific Islander | 137 | 0.1 | 0.1% | +/-142 | map |
| Some other race | 7,984 | 5.8 | 5.8% | +/-1,058 | map |
| Two or more races | 3,731 | 2.7 | 2.2% | +/-574 | map |
| Hispanic or Latino (of any race) | 16,342 | 11.8 | 15.1% | ***** | |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

Explanation of Symbols:
'***' - The median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
'*****' - The estimate is controlled. A statistical test for sampling variability is not appropriate.
'N' - Data for this geographic area cannot be displayed because the number of sample cases is too small.
'(X)' - The value is not applicable or not available.

---

The letters PDF or symbol 🔒 indicate a document is in the Portable Document Format (PDF). To view the file you will
need the Adobe® Acrobat® Reader, which is available for **free** from the Adobe web site.

BLM_0107389



**U.S. Census Bureau**

*American FactFinder*

---

FACT SHEET

---

## Montrose County, Colorado

**2006-2008 American Community Survey 3-Year Estimates - what's this?**
**Data Profile Highlights:**

> **NOTE:** Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

| Social Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Average household size | 2.46 | (X) | 2.61 | +/-0.06 | map |
| Average family size | 2.99 | (X) | 3.20 | +/-0.12 | |
| Population 25 years and over | 26,764 | | | +/-212 | |
| High school graduate or higher | (X) | 85.7 | 84.5% | (X) | map |
| Bachelor's degree or higher | (X) | 21.2 | 27.4% | (X) | map |
| Civilian veterans (civilian population 18 years and over) | 4,146 | 13.8 | 10.1% | +/-518 | map |
| With a Disability | (X) | (X) | (X) | (X) | |
| Foreign born | 2,621 | 6.7 | 12.5% | +/-601 | map |
| Male, Now married, except separated (population 15 years and over) | 9,768 | 63.3 | 52.2% | +/-678 | |
| Female, Now married, except separated (population 15 years and over) | 8,946 | 55.5 | 48.2% | +/-636 | |
| Speak a language other than English at home (population 5 years and over) | N | N | 19.6% | N | map |
| Household population | 38,906 | | | +/-329 | |
| Group quarters population | (X) | | (X) | (X) | |

| Economic Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| In labor force (population 16 years and over) | 19,716 | 63.5 | 65.2% | +/-711 | map |
| Mean travel time to work in minutes (workers 16 years and over) | 19.8 | (X) | 25.3 | +/-1.8 | map |
| Median household income (in 2008 inflation-adjusted dollars) | 46,046 | (X) | 52,175 | +/-2,371 | map |
| Median family income (in 2008 inflation-adjusted dollars) | 51,659 | (X) | 63,211 | +/-3,688 | map |
| Per capita income (in 2008 inflation-adjusted dollars) | 24,298 | (X) | 27,466 | +/-1,506 | map |
| Families below poverty level | (X) | 7.8 | 9.6% | (X) | |
| Individuals below poverty level | (X) | 11.1 | 13.2% | (X) | map |

| Housing Characteristics - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Total housing units | 17,170 | | | +/-138 | |
| Occupied housing units | 15,804 | 92.0 | 88.0% | +/-427 | |
| Owner-occupied housing units | 11,182 | 70.8 | 67.1% | +/-537 | |
| Renter-occupied housing units | 4,622 | 29.2 | 32.9% | +/-562 | |
| Vacant housing units | 1,366 | 8.0 | 12.0% | +/-390 | |
| Owner-occupied homes | 11,182 | | | +/-537 | map |
| Median value (dollars) | 196,700 | (X) | 192,400 | +/-10,076 | map |
| Median of selected monthly owner costs | | | | | |
| With a mortgage (dollars) | 1,282 | (X) | 1,508 | +/-66 | map |
| Not mortgaged (dollars) | 334 | (X) | 425 | +/-26 | |

| ACS Demographic Estimates - show more >> | Estimate | Percent | U.S. | Margin of Error | |
|---|---|---|---|---|---|
| Total population | 39,345 | | | ***** | |

BLM_0107390