

Figure 9. Isopach map of net coal in the Coal Ridge coal zone. Net coal represents all beds > 1 ft thick (Hettinger, et al., 2004).

19

BLM_0107520



Figure 10.  Isopach map of net coal in the Cameo-Fairfield coal group east of long 107°15'W.  Net coal represents all beds > 1 ft thick (Hettinger, et al., 2004).

20

BLM_0107521

# V.  Coal Resource Potential (geologic occurrence)

GMUG is considered to have coal resource potential in areas where underlying strata (1) are likely to have accumulated in a coal-forming environment, and (2) the potential coal-bearing rocks are less than 3,500 ft deep (Fig. 11). As summarized in this report, coal-bearing strata are either known or are likely to be in the Dakota Formation, Fruitland Formation, Mesaverde Formation, or Mesaverde Group. Areas of high coal resource potential have nearby outcrop or drill hole data that substantiate the presence of coal. Areas of moderate coal resource potential do not have drill hole or outcrop data to substantiate the presence of coal; however, data in adjacent areas indicate that coal is likely to be present. Areas of low coal resource potential have no information to substantiate the presence of coal; however, the presence of coal is inferred from regional data.

## *Methods*

Gross coal resources were estimated using a modified methodology based on that of Wood and others (1983), by which, all coal in the ground in beds greater than 1 ft thick and under less than 3,500 ft of overburden are reported. The term "original resource" refers to coal in the ground prior to mining. More deeply buried coal is reported as other occurrences of non-resource coal. **This report does not attempt to estimate coal reserves which are that subset of the resource that can be economically produced at the present time**. Coal resources were estimated by multiplying the volume of coal by the average density of coal (Wood and others, 1983, p. 36).

For this portion of this report,  an average density of 1,800 short tons per acre-ft for bituminous coal is used. Coal tonnages are reported within overburden categories of 0–500, 500–1,000, 1,000–2,000, and 2,000–3,000 ft. Overburden was determined by subtracting elevations at the base of the specified coal interval from surface elevations; the difference therefore represents the maximum overburden on the specified coal interval. Elevations at the base of the Cameo-Fairfield coal group and Cameo-Wheeler coal zone were determined from a structure contour map of the top of the Rollins Sandstone Member (Hettinger and others, 2000). Similarly, elevations at the base of the South Canyon and Coal Ridge coal zones were determined from structure contour maps that represent the base of those respective coal zones. Maximum overburden thicknesses on the Cameo-Wheeler, South Canyon, and Coal Ridge coal zones are shown in Figures 12,13,14 respectively, and the maximum overburden thickness on the base of the Cameo-Fairfield coal group east of long 107°15' W. is shown in Figure 15.

21



Figure 11. Areas within GMUG showing the potential for coal deposits to exist (Hettinger, et al., 2004).

22

BLM_0107523



Figure 12. Isopach map over overburden on base of Cameo-Wheeler coal zone (Hettinger, et al., 2004).

23

BLM_0107524



Figure 13.  Isopach map over overburden on base of South Canyon coal zone (Hettinger, et al., 2004).

24

BLM_0107525



Figure 14.  Isopach map over overburden on base of Coal Ridge coal zone (Hettinger, et al., 2004).

25

BLM_0107526



Figure 15.  Isopach map over overburden on base of Cameo-Fairfield coal group east of long 107°15'W (Hettinger, et al., 2004).

26

BLM_0107527

### Coal Resource Potential of the Dakota Sandstone

There are two problems in trying to determine the coal resource potential of the Dakota Sandstone. The first problem is that few data are available for Dakota coal in the GMUG. The presence of coal in the Dakota must therefore be inferred from adjacent areas where the Dakota has been described. The second problem is that the Dakota Sandstone and underlying Jurassic strata have been mapped as a single unit at many localities in the Gunnison and Uncompahgre National Forests, and presence of the Dakota is not certain in those areas. Based on published geologic maps, the Dakota is definitely present where mapped separately from the underlying Burro Canyon Formation, and it is likely to be present below areas where younger sedimentary rocks have been mapped at the surface.

The GMUG has either a moderate, low, or no resource potential for coal in the Dakota Sandstone (Fig 11A). The Uncompahgre National Forest has a low to moderate coal resource potential in areas underlain by the Dakota Sandstone. Although few data are available to substantiate the presence of coal in the forest, the occurrence of mineable coals outside of the forest (near the towns of Nucla and Norwood) indicates that isolated deposits of mineable coal might also be in the forest. The Dakota Sandstone has a low coal resource potential in a small part of the Grand Mesa National Forest. The Dakota is 5,000 and 6,000 ft deep in that area, and its low resource potential is based on outcrop data that show the Dakota to contain a few thin coal beds about 10 mi outside the forest along the Gunnison River.

**Any Dakota coal that might be present in the Grand Mesa National Forest would not have current mining (development) potential because it is at depths that exceed the physical or economic limits of present-day mining techniques**. The Dakota Sandstone has no coal resource potential in the remaining part of the Grand Mesa National Forest because it is more than 6,000 ft deep. Available data indicate that the Dakota does not contain coal where it is exposed in the vicinity of the Gunnison National Forest, and therefore this forest is not considered to have resource potential for Dakota coal.

### Coal Resource Potential of the Fruitland Formation

The Uncompahgre National Forest has a moderate to high resource potential for coal where it is underlain by the Fruitland Formation in the Tongue Mesa coal field (Fig. 11B). The area is given a high resource potential because it is known to contain thick beds of subbituminous coal; the area is also assigned a moderate resource potential because coal bed continuity could not be determined, owing to poor exposure and structural complexities. Coal beds were mined locally in the Tongue Mesa coal field between the 1890's and 1940's (Dickinson, 1987a, 1987b, 1988), and there has been some interest to develop the coal since that time (Hornbaker and others, 1976; Dickinson, 1987a, 1987b, 1988). Although the area has a moderate to high resource potential, Hornbaker and others (1976) thought that the coal in the Tongue Mesa area could not compete with better coal in the Somerset field.

BLM_0107528

## *Coal Resource Potential of the Mesaverde Formation*

The Grand Mesa and Gunnison National Forests have a high coal resource potential where the Cameo-Fairfield coal group is at depths of less than 3,000 ft (Fig. 11B). This regionally extensive coal group is in the Mesaverde Group and Mesaverde Formation; it contains as much as 97 ft of net coal, and has individual coal beds as thick as 30 ft within the forest areas. Cameo-Fairfield coal has been mined at several coal fields located in and adjacent to the forests. About 150 million short tons have been produced since the late 1800's.

The area of high coal resource potential in the Grand Mesa and Gunnison National Forests (Fig. 11B) is estimated to contain about 38 billion short tons of coal in the Cameo-Fairfield coal group, as determined for Area 1 (Fig. 4). This large resource figure does not represent mineable reserves, which are a subset of the resource that could be economically produced at the present time (see Section VIII). Coal in the Cameo-Fairfield would have to be mined using underground methods, and technological and geologic restrictions preclude much of the resource from being economically mined. For example, only 37 percent (14 billion short tons) of the coal resource is at depths (less than 3,000 ft) favorable for longwall mining. Some coal would be precluded from mining because the beds are too thin, thick, or steeply inclined. Additional coal would also be restricted from mining because the beds might be discontinuous, left in the ground as pillars for roof support, or bypassed due to mining of adjacent strata.

### *Coal Resource Breakdown of the Cameo-Fairfield Coal Group (A-F seams)*

Based on information from the USGS, Area 1 has an original coal resource of about 14 billion short tons in the Cameo-Fairfield coal group. **This total represents coal beds more than 1 ft thick and under less than 3,500 ft of overburden.** The resource figure does not include coal folded over the flanks of laccoliths or buried beneath laccoliths. Approximately 20 percent of the resource is in the Grand Mesa National Forest, and 80 percent of the resource is in the Gunnison National Forest.

Area 1 also contains about 58 billion short tons of non-resource coal in the Cameo-Fairfield group that is covered by 3,000–11,500 ft of overburden. Non-resource coal is defined by coal seams which are too thin, or of such quality (low BTU, or high sulfur/mercury), to make them uneconomical to mine. Approximately 76 percent of the non-resource coal is in the Grand Mesa National Forest, and 24 percent is in the Gunnison National Forest. Coal tonnages are reported by reliability and overburden categories for each coal zone in the Cameo-Fairfield group where it is located west of long 107°15' W. (Tables 2,3,4 respectively), and tonnages are reported for the entire Cameo-Fairfield coal group where it is located east of long 107°15' W. (Table 5).

BLM_0107529

Within the Tables below, Identified resources are located less than 3 mi from a coal measurement (data point from an exploration drill-hole), and Hypothetical resources are located more than 3 mi from a coal measurement.

**Table 2. Original Coal Resources (in millions of tons) in the Cameo-Wheeler coal zone (Area 1).**

| Forest | Reliability | Overburden | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | |
| Grand Mesa | Identified | 140 | 130 | 420 | 940 | 1600 |
| | Hypothetical | 78 | 94 | 290 | 440 | 900 |
| **Grand Mesa Total** | | **210** | **220** | **710** | **1400** | **2700** |
| Gunnison | Identified | 940 | 820 | 2200 | 2600 | 6900 |
| | Hypothetical | 80 | 15 | 0 | 200 | 300 |
| **Gunnison Total** | | **1000** | **830** | **2200** | **2800** | **7100** |
| **Grand Total** | | **1200** | **1100** | **2900** | **4100** | **10000** |

**Table 3. Original Coal Resources (in millions of tons) in the South Canyon coal zone (Area 1).**

| Forest | Reliability | Overburden | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | |
| Grand Mesa | Identified | 0 | 0 | 0 | 0 | 0 |
| | Hypothetical | 0 | 0 | 0 | .47 | 0.47 |
| **Grand Mesa Total** | | **0** | **0** | **0** | **.47** | **0.47** |
| Gunnison | Identified | 180 | 350 | 840 | 740 | 2100 |
| | Hypothetical | .2 | 2.5 | 20 | 59 | 80 |
| **Gunnison Total** | | **180** | **350** | **860** | **790** | **2200** |
| **Grand Total** | | **180** | **350** | **860** | **790** | **2200** |

**Table 4. Original Coal Resources (in millions of tons) in the Coal Ridge coal zone (Area 1).**

| Forest | Reliability | Overburden | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | |
| Grand Mesa | Identified | 0 | 0 | 0 | 0.27 | 0.27 |
| | Hypothetical | 0 | 0 | .18 | 5.8 | 6 |
| **Grand Mesa Total** | | **0** | **0** | **.18** | **6.1** | **7** |
| Gunnison | Identified | 170 | 230 | 670 | 540 | 1600 |
| | Hypothetical | .96 | .82 | .22 | 38 | 40 |
| **Gunnison Total** | | **170** | **230** | **670** | **580** | **1600** |
| **Grand Total** | | **170** | **230** | **670** | **586** | **1607** |

BLM_0107530

**Table 5.  Original Coal Resources (in millions of tons)
in the Cameo-Fairfield coal group east of 107°15'W. (Area 1).**

| Reliability | Overburden | | | | Total |
|---|---|---|---|---|---|
| | 0-500 | 500-1,000 | 1,000-2,000 | 2,000-3,000 | |
| Identified | 160 | 160 | 63 | 51 | 434 |
| Hypothetical | 160 | 64 | 160 | 100 | 484 |
| Grand Total | 320 | 224 | 223 | 151 | 918 |

**The large gross coal resource figures reported for Area 1 must be regarded with
caution because it does not reflect economic, land-use, environmental, technological,
and geologic restrictions that affect the availability and recoverability of coal.** The
coal would have to be mined using underground methods, and technological and
economical constraints generally limit current longwall mining to (1) depths of less than
3,000 ft, (2) beds more than 3.5 ft thick, and (3) strata inclined by less than 12°;
additionally, only about 14 ft of coal can be mined even if the bed is of greater thickness
(Timothy J. Rohrbacher, oral commun., 1996).

An estimated 14 billion short tons of coal in Area 1 meets favorable underground mining
criteria regarding depth of burial (less than 3,000 ft), and only a fraction of that coal
could be mined economically because many beds are either less than 3.5 ft thick or more
than 14 ft thick, and because many localities in the vicinity of the Crested Butte and
Carbondale coal fields are steeply inclined. Additional coal would also be restricted from
mining because it might be in beds that are discontinuous, left in the ground as pillars for
roof support, or bypassed due to mining of adjacent strata.

*Area 1 - Cameo-Wheeler Coal Zone, or A,B,and C seams*  The Cameo-Wheeler
zone has an original coal resource of 10 billion short tons in Area 1 (Table 2) where the
coal is covered by less than 3,000 ft of overburden (Fig. 12).  Approximately 5.2 billion
short tons are under less than 2,000 ft of overburden.

*Area 1 - South Canyon Coal Zone, or D and E seam*  The South Canyon zone has
an original coal resource of approximately 2.2 billion short tons in Area 1 (Table 3).
Approximately 1.4 billion short tons are under less than 2,000 ft of overburden. The
South Canyon contains an additional 3.8 billion short tons of non-resource coal in Area 1.

*Area 1 - Coal Ridge Coal Zone, or F seam*  The Coal Ridge coal zone has an
original coal resource of approximately 1.6 billion short tons in Area 1 (Table 4) where
the coal is covered by less than 3,000 ft of overburden (Fig. 14). Approximately 1.1
billion short tons are under less than 2,000 ft of overburden. The Coal Ridge contains an
additional 1.8 billion short tons of non-resource coal in Area 1.

BLM_0107531

*Area 1 - Coal Resources of the Cameo-Fairfield Coal Group East of Long 107°15' W.*

Area 1 has an original resource of 918 million short tons of coal in the Cameo-Fairfield coal group where it is located east of long 107°15' W. (Table 5). The coal resource is distributed across the lower, middle, and upper coal zones. This resource figure is tenuous because of the complex geology and paucity of coal measurements in the area. Additionally, the resource figure does not include coal that is folded over the flanks of laccoliths or that is buried beneath laccoliths in the region. Maximum overburden on the Cameo-Fairfield coal group east of long 107°15' W. is shown in Figure 15. Approximately 767 million short tons are under less than 2,000 ft of overburden.

# VI.  Historic Mining and Production

## Historic Mining

Historic coal mining on the GMUG occurred within several coalfields; the Carbondale, Somerset, Crested Butte, Baldwin, and Grand Mesa coalfields.

Historic (and recent) underground coal mining occurred in the Carbondale Coalfield. Actual mining occurred in the portion of the Carbondale field that underlies the White River NF, and some exploration activities occurred on the GMUG in upper Muddy Creek Basin.   Evidence of abandoned drill roads and drill pads are still visible on the south and western flanks of Huntsman Ridge.

Historic coal mining activity in the Somerset coalfield occurred east of Crawford, along FR 710 near Beaver Reservoir, and in the East Fork of Minnesota Creek, Navajo Creek, Coal Creek, Kauffman Creek, and Cliff Creek drainages.  The majority of the coal mining activity has occurred along the North Fork of the Gunnison River between the Towns of Paonia and Somerset.  Coal mining has occurred in the North Fork Valley since the late 1800's.  Numerous mines have operated historically in the area including the Hawksnest, Oliver mines, Edwards, US Steel, Bear mines, Blue Ribbon, King, and Farmers.

Coal mining also occurred in the past in the Crested Butte coalfield. According to the BLM, there is anthracite coal west of Ohio Pass.  The patent inholdings in the vicinity of the old ghost town Floresta, were initiated by virtue of anthracite coal patents.  A small mining town existed there, and apparently mining was fairly extensive.  The CGS found evidence of historic abandoned coal operations in Ohio Creek basin at the north end of Anthracite Mesa.  The CGS also inventoried abandoned coal operations above the town of Gothic, in Baxter Gulch on the northwest flank of Whetstone Mountain, and in the Baldwin coalfield in Carbon Creek, in Washington Gulch, and in the Owens Creek drainage.

Historic underground coal mining also occurred in the Grand Mesa coalfield on lands within the GMUG in the early 1900s.  The Colorado Geological Survey (CGS) reported two abandoned coal mines in the Kannah Creek basin on the western flank of Grand Mesa. The CGS reported little remains of the mining operations in 1996.

BLM_0107532

The CGS also found a small coal mine in the Dakota sandstone in the Bilk Creek drainage in the San Miguel basin .

**Historic Production**

Coal has been produced from the southern part of the Piceance Basin since the late 1800's, and about 110 mines have operated at various times along the margin of the study area. Historic production compiled by the Colorado Geological Survey (Eakins and Coates, 1998) indicate that about 176 million short tons of coal have been mined from Gunnison (99), Pitkin(30), Delta (21), Mesa (18), and Garfield (8) Counties. These production figures reflect the cumulative coal mined from the southern part of the Piceance Basin because no significant amounts of coal have been mined elsewhere in the counties.

A summary of mining activity in the southern Piceance Basin prior to 1977 was compiled by Murray and others (1977). Their study indicates that about 84 million short tons of coal were mined from the southern Piceance Basin from 1864 through 1976. Most of the coal was mined from the Cameo-Fairfield coal group.

A survey of production records indicates about 94.2 million short tons of coal has been produced from 31 mines between January 1977 and December 1997. Production records examined include (1) the September 1998 COALdat database (Resource Data International, Inc., 1998); (2) the Diskette user's handbook (MSHA, 1996); (3) Keystone Coal Industry Manuals (1978 through 1998); and (4) summaries of mineral industry activities in Colorado (Colorado Division of Mines, 1977 through 1980). These sources indicate that between 1.9 and 8.6 million short tons of coal were produced annually from the southern part of the Piceance Basin during the period from 1/1977 to 12/1997. Only six mines were producing coal at the end of 1997; these include the Bowie No. 1 (Orchard Valley mine), Bowie No. 2 mine, McClane Canyon mine, Roadside North Portal, Sanborn Creek mine, and West Elk (Mt. Gunnison) mine. The Sanborn Creek and West Elk (Mt. Gunnison) mines produced 1.6 million and 5.6 million short tons of coal, respectively, in 1997.

# VII.  Current Mining Operations and Production

Current operations within the GMUG are the Bowie #2 Mine operated by Bowie Resources Ltd., the Elk Creek Mine operated by Oxbow Mining Inc., and the West Elk Mine operated by the Mountain Coal Company, L.L.C (Fig. 16).  All of these operations operate within the Somerset Coal Field (Fig. 3).  Coals within this field are within the Cameo-Fairfield coal group, and are located within the Bowie Shale member and the Paonia Shale member of the Mesaverde Formation (Fig. 5).  Coal beds within these geologic units have been broken down into 6 major beds, A through F (Fig. 17).  Because coal beds in Colorado are highly lenticular and their minable thicknesses vary over a relatively short distance it is difficult to group the 6 identified coal beds in Fig. 17 into the coal zones within the Cameo-Fairfield Coal Group (Cameo-Wheeler, South Canyon, and Coal Ridge, see Fig. 5).

BLM_0107533



Figure 16. Location of active coal mines in GMUG.

33

BLM_0107534



Figure 17. Generalized stratigraphic section showing coal beds in the Somerset area (Rohrbacher, et al., 2000).

BLM_0107535

By examining cross-sections developed from drill holes throughout the region a rough correlation can be made. The coal beds labeled A-F in Fig. 17 match up as follows:

A, B, C seam = Cameo-Wheeler Coal Zone
D, E seam = South Canyon Coal Zone
F = Coal Ridge Coal Zone

Once again, it's important to stress that coal seam and interburden thickness can vary dramatically over a relatively short lateral extent. These correlations are the best match, when comparing available non-proprietary data.

Currently the Bowie #2 mine operates within the B seam and the D seam. The Elk Creek Mine in the past has mined the C, B, and D seams; currently it mines the B seam. The West Elk Mine, previously mined the F seam, however current mining is the B seam. West Elk Mine also has plans for E seam mining.

# VIII.  Identification of Areas with Potential for Coal Development During Plan Life and Reserve Estimates

This report was prepared to aid in identifying areas with coal development potential on the GMUG in support of the Forest Plan revision underway in 2006. The following development potential estimates are for the plan life of 10 to 15 years beginning in about 2006, and are based on the most current available resource and development information.

**Identification of Areas with Potential for Coal Development During Plan Life**

For the purposes of defining for the Forest Plan which areas on the GMUG have coal development potential, the evaluation used the following criteria:

a.  areas with high potential for coal resource occurrence,
b.  existing coal activity is occurring,
c.  areas where the overburden is 3,500 feet or less
d.  assumes advances in mining technology could occur
e.  assumes coal prices and high coal quality will continue the demand for area coal

Based on these criteria, the areas shown on Figure 18 could be carried forward for further consideration for coal leasing in the Forest Plan. This area surrounds the currently active coal operations in the North Fork Valley, in the Somerset Coalfield, and an area to the west of existing operations north of the North fork of the Gunnison River into the grand Mesa Coalfield . The area identified contains known coal resources in the Mesaverde Formation and Group. The boundary as show in Fig. 18 has an overburden cut-off at 3,500 feet (rather than the 3,000 feet cited by USGS). This increased overburden limit is considered to allow for improvements in technology and mining techniques. As new equipment and techniques are employed, the depths to which longwall operations are safe and manageable are likely to increase.

35

BLM_0107536

On the south side of the North Fork of the Gunnison River, the area with potentially developable coal reserves is defined by the river on the north, the West Elk Wilderness boundary to the south, Coal Creek to the east, and the coal outcrop on the west.

The estimated area on the GMUG having a high potential for coal development is 45,280 acres (Fig. 18). This acreage is broken into three separate polygons (A, B, C). The acreage breakdown of the individual polygons is as follows:

| Polygon ID | Acreage |
|---|---|
| A | 24,780 |
| B | 4,675 |
| C | 15,825 |

*Other areas on the GMUG where coal resource potential exists but where additional info is needed:*

Snowshoe Mesa in the Somerset Coalfield. This area lies to the east of Coal Creek and south of the North Fork of the Gunnison River in the North Fork. The coal companies currently operating on the GMUG acknowledge the potential for anthracite coal resources in this area. According to BLM, there is uncertainty as to the presence of mineable coal due seam splits and economic viability of mining thinner seams. Viability of these reserves needs further evaluation.

*Other areas on the GMUG where coal resource potential exists, but development potential unlikely in planning period (BLM, 2004):*

Crested Butte Coalfield. This field was historically developed by small mines servicing a local market. The coal seams were generally five feet and less in thickness. The remaining reserve base of anthracite coal is not believed to be sufficient to support a modern coal mining operation.

Carbondale Coalfield. The Carbondale field produced mainly coking coals. The former Mid-Continent Mine and other historic workings depleted the known reserves. Therefore, no activity is expected in this area.

Grand Mesa Coalfield (west of Leroux Creek). BLM believes that low coal quality in the Grand Mesa coalfield, along with deep overburden and inaccessibility to coal handling and transportation facilities will preclude activity in this area during the life of the Forest Plan.

BLM_0107537



Figure 18. Map showing Area of with potentially developable coal.

37

BLM_0107538

<u>Tongue Mesa coalfield</u>.  Coals in the Fruitland formation occur as part of the Tongue Mesa field.  Small "dog hole" mines were opened along the coal outcrop.  BLM issued a license to mine on private surface with federal minerals in the field that was last used in 1996.  The Tongue Mesa field is heavily faulted, is in a remote area with limited access. Therefore, no activity is expected in this area.

**Reserve Estimates for Area with Development Potential**

*Gross Reserve Estimates*

The majority of currently active coal operations on the GMUG are within the Somerset quadrangle. In 2000, the USGS published a report on the coal reserves within the Somerset quad (Rohrbacher et al., 2000), this report is summarized below in Table 6. It provides a gross estimate of the coal reserves in the vicinity of the West Elk, Elk Creek, and Bowie #2 mines.

**Table 6.  Summary of original, mined, and available coal resources within the Somerset 7.5' Quadrangle as of 1998** (Rohrbacher et al., 2000, after Eakins et al., 1998) (numbers in millions of tons)

| Resource Category | Lower B | B | C | Lower D | D | E | Total |
|---|---|---|---|---|---|---|---|
| Original coal resource | 95.2 | 1202.5 | 417.6 | 280.7 | 666.4 | 425.4 | 3087.8 |
| Coal Mined or lost during mining | 0.0 | 222.6 | 25.6 | 0.0 | 5.3 | 21.9 | 275.4 |
| Remaining coal | 95.2 | 979.9 | 392.0 | 280.7 | 661.1 | 403.5 | 2812.4 |
| Land-use restrictions | 0.0 | 0.1 | 0.2 | 0.9 | 0.4 | 0.3 | 1.9 |
| Technological restrictions | 36.4 | 198.3 | 0.9 | 175.9 | 72.8 | 0.3 | 484.6 |
| Available coal resource | 58.8 | 781.5 | 390.9 | 103.9 | 587.9 | 402.9 | 2325.9 |

Given that Table 6 reflects data as of 1998 it would be a fair estimate that available coal resources within the Somerset 7.5' Quadrangle is still over 2.2 billion short tons. However it is important to recognize that these numbers are total for all coal beds greater than 2.3 ft thick.  **Only a fraction of that coal could be mined economically because many beds are either less than 3.5 ft thick or more than 14 ft thick (range favorable for longwall operations).**  Additional coal would also be restricted from mining because of discontinuous beds, left in the ground as pillars for roof support, or bypassed due to mining of adjacent strata.

*Refined Reserve Estimates*

Although the USGS has published many reports calculating the reserves in and around the GMUG, a more refined reserve estimate is needed to reflect the reserves within the area highlighted in Figure 18.

In Hettinger, 2000, the USGS included spreadsheet data containing lithologic logs of explorations hole in the Somerset quadrangle.  Also included in this report were GIS

38

layers showing thickness of net coal and overburden.  This coal resource data was "clipped" to the area having a high potential for coal development.  Using GIS allowed the summation of coal reserves only for the area with high potential for coal development.  When totaled, the amount of coal reserves for all coal beds (any thickness) is approximately 3025 million tons.  However, this estimate, due to the fact it contains all coal beds and has no land-use restrictions is not realistic.  Since the USGS typically studies large regions with dispersed exploration logs, they typically extrapolate coal bed thickness over large areas.  Therefore, their estimates of coal reserves are typically high.

Therefore, an estimation of recoverable and mineable coal reserves for the area identified in Figure 18 will be done using a method accepted by BLM.  BLM recommend assuming a thickness of mineable coal for the area to be 20 feet (to account for multiple seams of mineable thickness), a value of 1,830 tons per acre per foot of height.  Using these parameters, the area in Figure 18 contains an estimated 1.65 billion tons of mineable coal, equating to 829 million tons of recoverable coal.

## IX.  Compliant and Super-Compliant Coal Reserves

 The existing coal production from mines operating on federal leases within the GMUG produce Clean Air Act 'compliant' and 'super-compliant' coal, meaning the coal quality meets or exceeds standards of the Act for clean burning coal (i.e. 'compliant' coal contains between 1.0 and 1.2 pound of sulfur dioxide per million Btu, whereas 'super-compliant' coal contains less than 1.0 lbs of sulfur dioxide per million Btu).  The Energy Policy Act of 2005 contains provisions (Section 437) for the Secretary of Interior, in consultation with the Secretary of Agriculture to inventory coal resources, including identifying areas where resources of compliant and super-compliant coal exist.  As of March 2006, this inventory process had not been formally initiated by the Secretary of Interior.

Recognizing that currently developed coal resources within the GMUG meet Clean Air Act standards, available USGS data was reviewed to generally assess where compliant and super-compliant coal resources may exist on the GMUG.

According to data presented by Affolter (2000),  the five coalfields on the GMUG contain the range of non-compliant to super-compliant coals.  All of the coalfields contain some reserves that would at least be compliant coal.

## X.  Production Estimates

In 2005, according to the Colorado Division of Minerals and Geology, the Bowie mines, the Elk Creek Mine, and the West Elk Mine collectively produced a total of 16,221,235 tons of coal, which was over 40% of coal produced from all Colorado coal mines.

According to the Department of Energy's *2004 Annual Energy Outlook with Projections to 2025*, the demand for western low-sulfur coal (like what is found in the Somerset area on the GMUG) is likely to increase annually by 2.2 percent.  BLM forecasts that 5 to 10

BLM_0107540

% of coal reserves in the Somerset coalfield will be recovered over the next 10 to 15 years.

Although demand for coal is projected to increase, yearly production at the mines is likely to remain the close to the existing rate of approximately 16 million tons per year. Production outputs are determined through several factors. One of these factors is the rail-line, a spur off the main-line in Delta, CO, operated by Union Pacific which hauls the coal. This spur-line's sole purpose is supporting the 3 mines in the Somerset area. At the present time it is unlikely that the rail-line itself, due to train availability, could support an increase in mine production. Other limits include physical bottlenecks at the mine facilities such as conveyor and train load-out capacities. Another factor affecting production is the amount of coal that is allowed to be stockpiled at the individual mine sites.

# XI.  Summary

The Grand Mesa, Uncompahgre, and Gunnison National Forests contains several geologic formations that contain coal, or have a high potential for the geologic occurrence of coal within five currently recognized coalfields; the Carbondale, Crested Butte, Somerset, Grand Mesa, and Tongue Mesa. Based on evaluation completed by the USGS, the lands within the GMUG considered to have coal resource potential are in areas where underlying strata are likely to have accumulated in a coal-forming environment, and the potential coal-bearing rocks are less than 6,000 ft deep. The coal resources on the GMUG occur primarily in the Upper Cretaceous Dakota Formation, Mesaverde Formation and Group, and the Fruitland Formation.

Using input and information from BLM, the GMUG estimates that coal development would occur in an area generally surrounding existing operations in the Somerset coalfield and into eastern portions of the Grand Mesa coalfield in the next 10 to 15 years. This area encompasses about 45,280 acres and contains an estimated 829 million tons of recoverable coal reserves.

Currently the 3 mines in the Somerset area collectively produce ~16 million tons of coal per year. This production rate will likely remain stable and could increase slightly over the next 10 to 15 years.

BLM_0107541

# References Cited

Affolter, Ronald H.  2000.  Quality Characterization of Cretaceous Coal from the Colorado Plateau Coal Assessment Area. USGS Professional Paper 1625-B, Chapters B and G.

Collins, B.A., 1976, Coal deposits of the Carbondale, Grand Hogback, and southern Danforth Hills coal fields, eastern Piceance Basin, Colorado: Colorado School of Mines Quarterly, v. 71, no. 1, 138 p.

Dickinson, R.G., 1987A, Geologic map of the Buckhorn Lakes quadrangle, Gunnison, Montrose, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1642, scale 1:24,000.

Dickinson, R.G., 1987B, Geologic map of the Washboard Rock quadrangle, Gunnison, Montrose, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1643, scale 1:24,000.

Dickinson, R.G., 1988, Geologic map of the Courthouse Mountain quadrangle, Gunnison, Hinsdale, and Ouray Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-1644, scale 1:24,000. map of the South Mamm Peak quadrangle, Garfield and Mesa Counties, Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF-2113, scale 1:24,000.

Dunrud, C.R., 1989A, Geologic map and coal stratigraphic framework of the Cedaredge area, Delta County, Colorado: U.S. Geological Survey Coal Investigations Map C-116, scale 1:50,000.

Eakins, W., 1986, Coal resources of the Dakota Sandstone, southwestern Colorado: Colorado Geological Survey Open-File Report 86-1A, 77 p.

Eakins, W., and Coates, M.M., 1998, Focus: Colorado Coal, in Colorado Geological Survey Rock Talk, v. 1, no. 3, 6 p.

Erdmann, C.E., 1934, The Book Cliffs coal field in Garfield and Mesa Counties, Colorado: U.S. Geological Survey Bulletin 851, 150 p.

Fisher, D.J., Erdmann, C.E., and Reeside, J.B., Jr., 1960, Cretaceous and Tertiary formations of the Book Cliffs, Carbon, Emery, and Grand Counties, Utah, and Garfield and Mesa Counties, Colorado: U.S. Geological Survey Professional Paper 332, 80 p.

Gaskill, D.L., and Godwin, L.H., 1966a, Geologic map of the Marble quadrangle, Gunnison and Pitkin Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map GQ-512, scale 1:24,000.

BLM_0107542

Gaskill, D.L., and Godwin, L.H., 1966b, Geologic map of the Marcellina Mountain
quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic
Quadrangle Map GQ-511, scale 1:24,000.

Gaskill, D.L., Godwin, L.H., and Mutschler, F.E., 1967, Geologic map of the Oh-Be-
Joyful quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic
Quad-rangle Map GQ-578, scale 1:24,000.

Gaskill, D.L., Coleman, S.M., DeLong, J.E., Jr., and Robinson, C.H., 1986, Geologic
map of the Crested Butte quadrangle, Gunnison County, Colorado: U.S.
Geological Survey Geo-logic Quadrangle Map GQ-1580, scale 1:24,000.

Gaskill, D.L., DeLong, J.E., Jr., and Cochran, D.M., 1987, Geologic map of the Mt.
Axtell quadrangle, Gunnison County, Colorado: U.S. Geological Survey Geologic
Quadrangle Map GQ-1604, scale 1:24,000.

Godwin, L.H., 1968, Geologic map of the Chair Mountain quadrangle, Gunnison and
Pitkin Counties, Colorado: U.S. Geological Survey Geologic Quadrangle Map
GQ-704, scale 1:24,000.

Goolsby, S.M., Reade, N.S., and Murray, D.K., 1979, Evaluation of coking coals in
Colorado: Department of Natural Resources Colorado Geological Survey
Resource Series 7, 72 p.

Haines, D.V., 1978, Core-hole drilling and coal analysis report for nine holes drilled
during 1977 in the Nucla coal field, Montrose County, Colorado: U.S. Geological
Survey Open-File Report 78-899, 37 p.

Hettinger, R.D., Roberts, L.N.R., and Gognat, T.A., 2000, Investigations of the
distribution and resources of coal in the southern part of the Piceance Basin,
Colorado, *in* Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.H., eds., Geo-
logic assessment of coal in the Colorado Plateau; Arizona, Colorado, New
Mexico, and Utah: U.S. Geological Survey Professional Paper 1625-B, Chapter
O, CD-ROM.

Hettinger, R.D., Roberts, L.N.R., Kirschbaum, M.A., 2004, Chapter M, Coal Resources
and Coal Resource Potential, *in* Bankey, V., ed., Resource Potential and Geology
of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and
Vicinity, Colorado, 2004, U.S. Geological Survey Bulletin 2213.

Hornbaker, A.L., Holt, R.D., and Murray, K.D., 1976, Summary of coal resources in
Colorado, 1975: Colorado Geo-logical Survey Special Publication 9, 17 p.

BLM_0107543

Johnson, R.C., 1989, Geologic history and hydrocarbon potential of Late Cretaceous-age, low-permeability reservoir, Piceance Basin, western Colorado: U.S. Geological Survey Bulletin 1787-E, p. E1–E51.

Kirschbaum, M.A., and Biewick L.R.H., 2000, Chapter B—A Summary of the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah *in* Kirschbaum, M.A., Roberts, L.N.R., and Biewick L.R.H., eds., National Coal Resource assessment Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah, USGS Professional Paper, 1625-B. Disc 1 and 2, Ver. 1.0.

Landis, E.R., 1959, Coal resources of Colorado, *in* Contributions to economic geology 1957: U.S. Geological Survey Bulletin 1072-C, p. 131–232.

Lee, W.T., 1912, Coal fields of Grand Mesa and the West Elk Mountains, Colorado: U.S. Geological Survey Bulletin 510, 237 p.

Murray, D.K., 1980, Coal in Colorado, *in* Kent, H.C., and Porter, K.W., eds., Colorado Geology: Rocky Mountain Association of Geologists, p. 205–216.

Murray, D.K., 1981, Upper Cretaceous (Campanian) coal resources of western Colorado, *in* Epis, R.C., and Callender, J.F., eds., Western Slope Colorado—Western Colorado and eastern Utah: New Mexico Geological Society Guidebook, 32nd Field Conference, p. 233–239.

Murray, D.K., Fender, H.B., and Jones, D.C., 1977, Coal and methane gas in the southeastern part of the Piceance Creek Basin, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists, 1977 Symposium, p. 379–405.

Rohrbacher, T.J, Molnia, C.L., Osmonson, L.M., Carter, M.D., Eakins, W., Hoffman, G.K., Tabet, D.E., Schultz, J.E., Scott, D.C., Teeters, D.D., Jones, G.E., Quick, J.C., Hucka, B.P., and Hanson, J.A., 2000, Chapter F—Coal Availability, Recoverability, and Economic Evaluations of Coal Resources in the Colorado Plateau: Colorado, New Mexico, and Utah, *in* Kirschbaum, M.A., Roberts, L.N.R., and Biewick L.R.H., eds., National Coal Resource assessment Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah, USGS Professional Paper, 1625-B. Disc 1 and 2, Ver. 1.0.

Toenges, A.L., Dowd, J.J., Turnbull, L.A., Davis, J.D., Smith, H.L., and Johnson, V.H., 1949, Reserves, petrographic and chemical characteristics, and carbonizing, properties of coal occurring south of Dry Fork of Minnesota Creek, Gunnison County, near Paonia, Colo., and the geology of the area: U.S. Bureau of Mines Technical Paper 721, 48 p.

BLM_0107544

Toenges, A.L., Turnbull, L.A., Davis, J.D., Reynolds, D.A., Parks, B.C., Cooper, H.M., and Abernethy, R.F., 1952, Coal deposit, Coal Creek District, Gunnison County, Colo.: Reserves, coking properties, and petrographic and chemical characteristics: U.S. Bureau of Mines Bulletin 501, 83 p.

Tremain, C.M., Hornbaker, A.L., Holt, R.D., and Ladwig, L.R., 1996, Summary of coal resources in Colorado: Colorado Geological Survey Department of Natural Resources Special Publication 41, 19 p.

Wood, G.H., Jr., Kehn, T.M., Carter, M.D., and Culbertson, W.C., 1983, Coal resource classification system of the U.S. Geological Survey: U.S. Geological Survey Circular 891, 65 p.

Woodruff, E.G., 1912, The coal resources of Gunnison Valley, Mesa and Delta Counties, Colorado, *in* Campbell, M.R., ed., Contributions to economic geology 1910—Part II, Mineral fuels: U.S. Geological Survey Bulletin 471, p. 565–573.

Young, R.G., 1960, Dakota Group of Colorado Plateau: American Association of Petroleum Geologists Bulletin, v. 44, no. 2, p. 156–194.

BLM_0107545

# National Visitor Use Monitoring Results
## USDA Forest Service
# National Summary Report

### Data collected through FY 2007
### _Last updated 28 October 2008_

BLM_0107546

BLM_0107547

# INTRODUCTION

## Scope and purpose of the National Visitor Use Monitoring program

The National Visitor Use Monitoring (NVUM) program provides reliable information about recreation visitors to national forest system managed lands at the national, regional, and forest level. Information about the quantity and quality of recreation visits is required for national forest plans, Executive Order 12862 (Setting Customer Service Standards), and implementation of the National Recreation Agenda. To improve public service, the agency's Strategic and Annual Performance Plans require measuring trends in user satisfaction and use levels. NVUM information assists Congress, Forest Service leaders, and program managers in making sound decisions that best serve the public and protect valuable natural resources by providing science based, reliable information about the type, quantity, quality and location of recreation use on public lands. The information collected is also important to external customers including state agencies and private industry. NVUM methodology and analysis is explained in detail in the research paper entitled: <u>Forest Service National Visitor Use Monitoring Process: Research Method Documentation;</u> English, Kocis, Zarnoch, and Arnold; Southern Research Station; May 2002 (<u>http://www.fs.fed.us/recreation/programs/nvum</u>).

In 1998 a group of research and forest staff developed a recreation sampling system (NVUM) that provides statistical recreation use information at the forest, regional, and national level. Several Forest Service staff areas including Recreation, Wilderness, Ecosystem Management, Research and Strategic Planning and Resource Assessment were involved in developing the program. From January 2000 through September 2003 every national forest implemented this methodology and collected visitor use information. Using a five year rotation, every national forest will collect information a second time from October 2004 through September 2009.

Before the surveys begin, each forest stratifies all recreation sites and areas into five basic categories called "site types": Day Use Developed Sites (DUDS), Overnight Use Developed Sites (OUDS), Designated Wilderness Areas (Wilderness), General Forest Areas (GFA), and View Corridors (VC). Only the first four categories are considered "true" national forest recreation visits and are included in the visit estimates. Each site was given a rating of very high, high, medium, low, or no use for the likelihood of finding recreational visitors leaving a site or area for the last time (last exiting recreation use) for each day of the year. Each day on which a site or area is open is called a site day. Site day is the basic sampling unit for the survey. Results of this forest categorization are shown in Table 1.

A map showing all General Forest Exit locations and View Corridors was prepared and archived with the NVUM data for use in future sample years. NVUM also provided training materials, equipment, survey forms, funding, and the protocol necessary for the forest to gather visitor use information.

## Definition of Terms

NVUM has standardized measures of visitor use to ensure that all national forest visitor measures are comparable. These definitions are basically the same as established by the Forest Service in the 1970s, however the application of the definition is stricter. Visitors must pursue a recreation activity physically located "on" Forest Service managed land in order to be counted. They cannot be passing through; viewing from non-Forest Service managed roads, or just using restroom facilities. The NVUM basic use measurements are ***national forest visits*** and ***site visits***. NVUM provides estimates of both types of visits and statistics measuring the precision of the estimates. These statistics include the error rate and

associated confidence interval widths at the 90 percent confidence level.   The NVUM methodology categorizes recreation facilities and areas into specific site types and use levels in order to develop the sampling frame.  Understanding the definitions of the variables used in the sample design and statistical analysis is important in order to interpret the results.  Following are the definition of the important terms used in this report.

*National forest visit* - the entry of one person upon a national forest to participate in recreation activities for an unspecified period of time.  A national forest visit can be composed of multiple site visits.

*Site visit* - the entry of one person onto a national forest site or area to participate in recreation activities for an unspecified period of time.

*Recreation trip* – the duration of time beginning when the visitor left their home and ending when they return to their home.

*Confidence level*  -- defines the degree of certainty that a range of values contains the true value of what is being estimated.  For example, a 90% confidence level refers to the range of values within which the true value will fall 90% of the time.  Higher confidence levels necessarily cover a larger range of values.

*Confidence interval width* - defines the reliability of the visit estimates.  The confidence level defines the desired level of certainty.  The size of the interval that is needed to reach that level of certainty is the confidence interval width.  The confidence interval width is expressed as a percent of the visitation estimate and defines the upper and lower bounds of the confidence interval.  The smaller the confidence interval, the more precise is the estimate.  A 90 percent confidence level is very acceptable for most social science applications.   For example:  In 2004, the Forest Service reported that there were about 204 million national forest visits plus or minus 3 percent at the 90 percent confidence level.  So we are 90 percent certain that the true number of national forest visits lies between 198 million and 210 million.

*Site day* - a day that a recreation site or area is open to the public for recreation purposes.

*Site types* -- stratification of a forest recreation site or area into one of five broad categories as defined in the paper: Forest Service National Visitor Use Monitoring Process: Research Method Documentation, May 2002, English et al.  The categories are Day Use Developed sites (DUDS), Overnight Use Developed Sites (OUDS), General Forest Areas (GFA), Wilderness (WILD).  Two other categories were also developed but not used in the final site visit estimates.  These were View Corridors and Off-Forest Recreation Activities.  For details see the methods paper (English et al).

*Proxy* – information collected at a recreation site or area that is related to the amount of recreation visitation received.  The proxy information must pertain to all users of the site and it must be one of the proxy types allowed in the NVUM pre-work directions (fee receipts, fee envelopes, mandatory permits, permanent traffic counters, ticket sales, and daily use records).

*Nonproxy* – a recreation site or area that does not have proxy information.  At these sites a 24-hour traffic count is taken to measure total use for one site day at the sample site.

*Use level* - for proxy or nonproxy sites, each day that a recreation site or area was open for recreation, the site day was categorized as very high, high, medium or low last exiting recreation traffic, or no use.  No Use was defined as either administratively closed or having zero expected last exiting use.  For example Sabino Picnic Area (a DUDS nonproxy site) is no use for 120 days, has high last exiting recreation use on open weekends (70 days) and medium last exiting recreation use on open midweek days (175 days).  This

accounts for all 365 days of the year at Sabino Picnic area.  This process was repeated for every developed site and area on the forest.

BLM_0107550

## VISITATION ESTIMATES

This document reports national and regional totals for visitation and visitor characteristics.  Forest-level results will be posted as they are available on the National Visitor Use Monitoring web page:  www.fs.fed.us/recreation/programs/nvum/.   Table 1 displays the number of national forest visits and site visits by site type for the National Forest System.  The site visit estimate includes the Wilderness site visits.   Table 2 shows the number of National Forest Visits in each Forest Service region.

**Table 1.**  National visitation estimate for the National Forest System, for fiscal year 2007.

| Visit Type | Visits (thousands) | 90% confidence interval width (%) |
|---|---|---|
| Total Estimated Site Visits | 206,291 | 3.2 |
| Designated Wilderness Visits[a] | 6,358 | 7.6 |
| Total Estimated National Forest Visits | 178,625 | 3.4 |

[a] Designated Wilderness visits are included in the Site Visits estimate.

**Table 2.**  Regional visitation estimates for the National Forest System, for fiscal year 2007.

| Region | National Forest Visits (1000s) | 90% Confidence interval, as % of visits |
|---|---|---|
| 01 | 11,265 | 10.9 |
| 02 | 31,025 | 6.9 |
| 03 | 20,502 | 16.8 |
| 04 | 21,315 | 8.8 |
| 05 | 28,702 | 6.0 |
| 06 | 20,495 | 6.3 |
| 08 | 25,867 | 10.9 |
| 09 | 17,033 | 9.4 |
| 10 | 2,421 | 17.1 |
| TOTAL | 178,625 | 3.4 |

BLM_0107551

Most people who recreate on National Forests have that forest as the primary destination for their recreation trip. For others, the visit to the forest was a secondary destination, or a side trip for a non-recreation trip. Figure 1 displays the proportion of visits made on several trip purposes.

**Figure 1.** Purpose of trip on which National Forest visit was made, for fiscal year 2007.



BLM_0107552

# DESCRIPTION OF THE RECREATION VISIT

## Demographics

Descriptions of forest recreational visits were developed based upon the characteristics of interviewed visitors (respondents) and expanded to the national forest visitor population.   Tables 3 through Table 5 provide basic demographic information regarding Gender, Race/Ethnicity, and Age, respectively.   Figure 2 provides information about self reported travel distance from home to the recreation site.   Table 6 shows origin locations for foreign visitors.

**Table 3.**  Percent of National Forest Visits by gender, fiscal year 2007.

| Gender | National Forest Visits (%) |
|--------|---------------------------|
| Female | 33.1 |
| Male | 66.9 |
| Total | 100.0 |

**Table 4.**  Percent of National Forest Visits by race and ethnicity, fiscal year 2007.

| Race/Ethnicity[a] | National Forest Visits (%) |
|-------------------|---------------------------|
| American Indian/Alaska Native | 1.8 |
| Asian | 1.8 |
| Black/African American | 0.8 |
| Native Hawaiian or other Pacific Islander | 0.6 |
| White | 94.5 |
| | |
| Spanish, Hispanic, or Latino | 4.2 |
| | |

BLM_0107553

**Table 5.** Percent of National Forest Visits by age class, fiscal year 2007.

| Age | National Forest Visits (%) |
|---|---|
| Under 16 | 18.9 |
| 16-19 | 3.1 |
| 20-29 | 12.7 |
| 30-39 | 16.4 |
| 40-49 | 20.0 |
| 50-59 | 16.2 |
| 60-69 | 9.4 |
| 70 and over | 3.5 |
| Total | 100.2 |

**Figure 2.** Distribution of National Forest visits by travel distance categories, fiscal year 2007.



BLM_0107554

**Table 6.** Percent of National Forest Visits by origin for foreign visitors, fiscal year 2007.

| ORIGIN | PERCENT OF NF VISITS |
|---|---|
| Asia | <0.1 |
| Canada | 0.4 |
| Europe | 0.8 |
| Mexico | <0.1 |
| South America | 0.1 |
| Some other origin | 0.2 |

BLM_0107555

## Visit Descriptions

Characteristics of the recreation visit such as length of visit, types of sites visited, activity participation and visitor satisfaction with forest facilities are often important aspects of visitation.  The average national forest visit length of stay and average site visit length of stay by site type is displayed in Table 7.  Since the average values displayed in Table 7 may be influenced by a small number of people staying a very long time, median values are also shown.  Figure 3 shows the distribution of visit durations for National Forest visits, and visits to Wilderness areas.

Many visitors to National Forests only go to one location on that visit (Table 8).  Some visitors do go to more than one recreation site or area during their national forest visit and the average site visits per national forest visit is shown.  Also displayed is the average people per vehicle for those on a recreation visit.

Visitors were asked how often they visit this national forest for all recreational activities, and how often for their primary activity. Table 9 summarizes the percent of visits that are made by those in each frequency category for this National Forest.

**Table 7.** Visit duration for National Forest visits, fiscal year 2007.

| Visit Type | Average Duration (hours) | Median Duration (hours) |
|---|---|---|
| Site Visit | 12.5 | 3.0 |
| Day Use Developed | 3.7 | 2.3 |
| Overnight Use Developed | 43.9 | 39.2 |
| Undeveloped Areas | 13.5 | 3.0 |
| Designated Wilderness | 15.0 | 3.9 |
| National Forest Visit | 23.1 | 4.4 |

BLM_0107556

**Figure 3**. Distribution of National Forest and Wilderness visits by duration categories, fiscal year 2007.



**Table 8.** Other visit characteristics for National Forest recreation visits, fiscal year 2007.

| Characteristic | |
|---|---|
| Percent of recreational visitors who visit just one National Forest site during their entire National Forest Visit | 91.5% |
| Average number of national forest sites visited during each National Forest Visit | 1.2 |
| Average Group size | 2.6 |

BLM_0107557

**Table 9.** Percent of National Forest Visits by annual visit frequency, fiscal year 2007.

| Number of Reported Annual Forest Visits | Percent of National Forest Visits | |
|---|---|---|
| | All Activities | Main Activity |
| 1 – 5  times per year | 43.50 | 55.98 |
| 6 – 10 times per year | 12.85 | 12.71 |
| 11 – 15 times per year | 8.25 | 6.49 |
| 16 – 20 times per year | 5.54 | 4.66 |
| 21 – 25 times per year | 3.93 | 2.97 |
| 26 – 30 times per year | 4.03 | 2.97 |
| 31 – 35 times per year | 0.72 | 0.78 |
| 36 – 40 times per year | 2.47 | 1.78 |
| 41 – 50 times per year | 4.66 | 3.09 |
| 51 – 100 times per year | 7.14 | 4.87 |
| 101 – 200 times per year | 3.90 | 2.31 |
| 201 – 300 times per year | 1.89 | 0.93 |
| Over 300 times per year | 1.11 | 0.45 |

## Activities

In the second round of NVUM data collection, a new question about activity participation was asked. After identifying their main recreational activity, visitors were asked how many hours they spent participating in that main activity during this national forest visit.  Because most national forest visitors participate in several recreation activities during each visit, it is more than likely that other visitors also participated in this activity, but did not identify it as their main activity. For example, on one national forest 63 % of visitors identified viewing wildlife as a recreational activity that they participated in during this visit, however only 3% identified that activity as their main recreational activity. The information on average hours viewing wildlife is only for the 3% who reported it as a main activity.   Table 10 displays activity participation results.

BLM_0107558

**Table 10.** Activity participation for National Forest recreation visits, fiscal year 2007.

| Activity | % of visitors who participated in this activity[a] | % indicating as their primary activity[b] | Average hours spent in primary activity[c] |
|---|---|---|---|
| Developed Camping | 9.1 | 3.6 | 45.0 |
| Primitive Camping | 4.2 | 0.9 | 33.7 |
| Backpacking | 2.6 | 0.9 | 32.7 |
| Resort Use | 2.1 | 0.4 | 36.7 |
| Picnicking | 10.1 | 1.8 | 3.0 |
| Viewing Natural Features | 51.0 | 13.4 | 3.5 |
| Visiting Historic Sites | 7.1 | 0.5 | 2.7 |
| Nature Center Activities | 6.2 | 0.4 | 2.6 |
| Nature Study | 7.0 | 0.1 | 8.9 |
| Relaxing | 38.0 | 6.7 | 18.5 |
| Fishing | 12.2 | 7.0 | 7.1 |
| Hunting | 9.1 | 8.0 | 13.2 |
| OHV Use | 4.6 | 1.9 | 7.4 |
| Driving for Pleasure | 23.7 | 4.6 | 2.9 |
| Snowmobiling | 3.0 | 2.6 | 4.9 |
| Motorized Water Activities | 3.3 | 1.2 | 5.8 |
| Other Motorized Activity | 0.5 | 0.1 | 5.1 |
| Hiking / Walking | 39.6 | 16.5 | 3.8 |
| Horesback Riding | 1.3 | 0.7 | 5.5 |
| Bicycling | 3.9 | 2.0 | 2.9 |
| Non-motorized Water | 2.9 | 1.4 | 5.4 |
| Downhill Skiing | 15.4 | 14.8 | 9.1 |
| Cross-country Skiing | 3.2 | 2.4 | 3.1 |
| Other Non-motorized | 6.6 | 2.5 | 3.5 |
| Gathering Forest Products | 4.4 | 1.1 | 3.8 |
| Viewing Wildlife | 40.1 | 2.3 | 6.0 |
| Motorized Trail Activity | 3.9 | 1.2 | 5.0 |
| Some Other Activity | 5.8 | 2.9 | 4.5 |
| No Activity Reported | 5.0 | 5.7 | |

[a] Survey respondents could select multiple activities so this column may total more than 100%.

National Visitor Use Monitoring Project
September 2008

BLM_0107559

[b]Respondents were asked to select one activity as their main one. Some selected more than one, so this column may total more than 100%.

[c]Computed only for those who indicated the activity was the main activity on their visit.

BLM_0107560

- 15 -

## Use of constructed facilities and designated areas

About one-third of recreation visitors interviewed were asked about the facilities and special designated areas they used during their visit.  Results are displayed in Table 11.

**Table 11.**  Reported National Forest visitor use of constructed facilities, fiscal year 2007.

| FACILITY/ Area | Percent of NF visits including use of this item (%) |
|---|---|
| Developed Swimming Site | 6.3 |
| Scenic Byway | 24.2 |
| Museum / Visitor Center | 7.0 |
| Designated OHV Area | 6.1 |
| Forest Roads | 16.4 |
| Interpretive Displays | 5.9 |
| Information Sites | 5.9 |
| Developed Fishing Site | 6.2 |
| Motorized Single Track Trail | 3.6 |
| Motorized Dual Track Trails | 6.3 |
| None of these | 32.0 |

BLM_0107561

# ECONOMIC INFORMATION

Many people are interested in the impact of National Forest recreation visits on the surrounding local economy. To estimate the total spending associated with recreation use, three pieces of information are needed: an overall visitation estimate, the proportion of visits in a series of visitor types, and the average spending profiles for each of the visitor types. Multiplying the three gives a total amount of spending by a particular type of visitor. Summing over all visitor types gives total spending. About one-third of the NVUM surveys included questions about trip-related spending within 50 miles of the site visited. For the first round of sampling, spending data were analyzed at Michigan State University by Dr. Daniel Stynes and Dr. Eric White. Results are in the report "Spending Profiles of National Forest Visitors: NVUM four-year report", available at http://www.fs.fed.us/recreation/programs/nvum/NVUM4YrSpending.pdf. Analysis of spending data for the second round will commence after all the data for that round are collected. For now, only round 1 spending profiles are available.

## Spending Segments

The spending that occurs on a recreation trip is greatly influenced by the type of trip taken. For example, visitors on overnight trips away from home typically have to pay for some form of lodging (e.g., hotel/motel rooms, fees in a developed campground) while those on day trips do not. In addition, visitors on overnight trips generally purchase more food during their trip in restaurants or grocery stores than visitors on day trips. Visitors who have not traveled far from home usually spend less than visitors traveling longer distances, especially on items such as fuel and food. Analysis of spending patterns has shown that a good way to construct segments of the visitor market with consistent spending patterns is the following seven groupings:
1. local visitors on day trips,
2. local visitors on overnight trips staying in lodging on the national forest,
3. local visitors on overnight trips staying in lodging off the national forest, and
4. non-local visitors on day trips,
5. non-local visitors on overnight trips staying in lodging on the national forest,
6. non-local visitors on overnight trips staying in lodging off the forest,
7. non-primary visitors.

Local visitors are those who travel less than 50 road miles from home to the recreation site and non-local visitors are those who travel greater than 50 road miles. Non-primary visitors are those for whom the primary purpose of their trip is something other than recreating on that national forest. Table 12 shows the national distribution of visits by spending segment.

**Table 12.** Percent of National Forest Visits by Spending Segment, fiscal year 2007.

| | Non-local Segments | | | Local Segments | | | Non-Primary | Total |
|---|---|---|---|---|---|---|---|---|
| | Day | Overnight on NF | Overnight off NF | Day | Overnight on NF | Overnight off NF | | |
| Percent of National Forest Visits | 13.9 | 10.4 | 15.7 | 41.6 | 2.7 | 0.9 | 14.8 | 100.0 |

BLM_0107562

## Spending Profiles

National average spending profiles for each segment can be found in Table 5 of the Stynes and White report noted above.   It is essential to note that these spending profiles are in dollars spent per **party**. Obtaining per-visit spending is accomplished by dividing the spending for each segment by the average people per party for the segment found in Appendix Table A-3 of that report.

## Total Direct Spending

Total direct spending made within 50 miles of the forest and associated with national forest recreation is calculated by combining estimates of per-visit spending averages from the spending profiles with estimates of the number of national forest visits in the segment. The number of visits in the segment equals the percentage in Table 12 times the number of National Forest visits reported in Table 1 of this report.

## Other Information

There are several other economic aspects of the trips on which the recreation visits to the forest are made. These are summarized in Table 13.  The first aspect relates to total amount spent by the recreating party on the trip.  This includes spending not just within 50 miles of the forest, but anywhere.  The table shows both the average and the median.  Another set describes the overall length of the trips on which the visits are made.   The table shows the percent of the visits that were made on trips where the person stayed away from home overnight (even though the forest visit may be just a day visit), and the average total nights away from home and nights spent within 50 miles of the forest.  For those spending one or more nights in or near the forest, the table shows the percentage that selected each of a series of lodging options.   Together, these results help show the context of overall trip length and lodging patterns for visitors to the forest. These data are only available for Round 2 data.

BLM_0107563

**Table 13.** Visitor Trip Information, fiscal year 2007.

| Item | |
|---|---|
| Average total trip spending per visiting party | $583.00 |
| Median total trip spending per visiting party | $70.00 |
| Percent of visits that occur on trip with an overnight stay away from home | 43.5 |
| Percent of visits that occur on trip with an overnight stay within 50 miles of the visited forest | 39.3 |
| For overnight visits, average number of nights within 50 miles of the forest | 4.8 |
| **For those staying overnight within 50 miles of the forest, Percent indicating each type of Lodging** | . |
| NF campgrounds ON the national forest | 19.8 |
| Camping in undeveloped areas of the national forest | 12.2 |
| Cabins, lodges, hotels or huts ON the national forest | 6.4 |
| Other public campgrounds (Park Service, BLM, State, other) | 2.6 |
| Private campgrounds NOT on the national forest | 2.4 |
| Rented home, condo, cabin, lodge or hotel NOT on the nf | 37.9 |
| Private home of friend or relative | 13.1 |
| Home, cabin, or condo visitor owns | 9.3 |
| Other | 1.6 |

BLM_0107564

## Household Income

Beginning in the second round of data collection, respondents were asked to report a general category for their total household income. Only very general categories were used, to minimize the intrusive nature of the question. Results help indicate the overall socio-economic status of visitors to the forest, and are found in Table 14.

**Table 14.** Household income of National Forest recreation visits. Fiscal year 2007.

| Household Income Categories | Percent of visits from the income category |
| --- | --- |
| Under $25,000 | 10.3 |
| $25,000 to $49,999 | 23.3 |
| $50,000 to $74,999 | 23.1 |
| $75,000 to $99,999 | 17.4 |
| $100,000 to $149,999 | 15.4 |
| $150,000 and up | 10.5 |

## Substitute behavior

Visitors were asked to select one of several substitute choices, if for some reason they were unable to visit this national forest (Figure 4). Choices included going somewhere else for the same activity they did on the current trip, coming back to this forest for the same activity at some later time, going someplace else for a different activity, staying at home and not making a recreation trip, going to work instead of recreating, and a residual 'other' category. Most often, visitors indicate that their substitute behavior choice is activity driven (going elsewhere for same activity) and a smaller percentage indicate they would come back later to this national forest for the same activity. Round 2 of data collection added an additional question for visitors: for those visitors who said they would have gone somewhere for recreation they were asked how far from their home this alternate destination was. These results are shown in Figure 5.

BLM_0107565

**Figure 4.**   Substitute behavior choices of National Forest visitors, fiscal year 2007.

 

BLM_0107566

**Figure 5.** Reported distance visitors would travel to alternative recreation locations, fiscal year 2007 .



BLM_0107567

# SATISFACTION INFORMATION

An important element of outdoor recreation program delivery is evaluating customer satisfaction with the recreation setting, facilities, and services provided.  Satisfaction information helps managers decide where to invest in resources and to allocate resources more efficiently toward improving customer satisfaction.  Satisfaction is a core piece of data for national- and forest-level performance measures.  To describe customer satisfaction, several different measures are used.   Starting in Round 2, all recreation visitors were asked to provide an overall rating of their visit to the national forest, on a 5-point Likert scale.  For both rounds, about one-third of visitors interviewed on the forest rated their satisfaction with fourteen elements related to recreation facilities and services, and the importance of those elements to their recreation experience.  Visitors were asked to rate the specific site or area at which they were interviewed.  Visitors rated both the importance and performance (satisfaction with) of these elements using a 5-point scale.  The Likert scale for importance ranged from not important to very important.  The Likert scale for performance ranged from very dissatisfied to very satisfied.  Although the satisfaction ratings specifically referenced the area where the visitor was interviewed, the survey design does not usually have enough responses for any individual site or area on the forest to present information at a site level.  Rather, the information is generalized to overall satisfaction within the three site types: Day Use Developed (DUDS), Overnight Use Developed (OUDS), General Forest Areas, and on the forest as a whole.

The satisfaction responses are analyzed in several ways.  First, a graph of overall satisfaction for Round 2 is presented in Figure 5.  Next, two aggregate measures were calculated from the set of individual elements.  The satisfaction elements most readily controlled by managers were aggregated into four categories:  developed facilities, access, services, and visitor safety.  The site types sampled were aggregated into three groups: developed sites (includes both day use and overnight developed sites), dispersed areas, and designated Wilderness.   The first aggregate measure is called "Percent Satisfied Index (PSI)", which is the proportion of all ratings for the elements in the category where the satisfaction ratings had a numerical rating of 4 or 5. Conceptually, the PSI indicator shows the percent of all recreation customers who are satisfied with agency performance.  The agency's national target for this measure is 85%.  It is usually difficult to consistently have a higher satisfaction score than 85% since given tradeoffs among user groups and other factors.   Table 15 displays the aggregate PSI scores for this forest for both rounds of NVUM.

Another aggregate measure of satisfaction is called "Percent Meet Expectations (PME)".  This is the proportion of satisfaction ratings in which the numerical satisfaction rating for a particular element is equal to or greater than the importance rating for that element.    This indicator tracks the congruence between the agency's performance and customer evaluations of importance.  The idea behind this measure is that those elements with higher importance levels must have higher performance levels.  Figure 6 displays the PME scores by type of site.

An Importance-Performance Analysis (IPA) (Hudson, et al, Feb 2004) was calculated for the importance and satisfaction scores.  A target level of importance and performance divides the possible set of score pairs into four quadrants.  For this work, the target level of both was a numerical score of 4.0.  Each quadrant has a title that helps in interpreting responses that fall into it, and that provides some general guidance for management.  These can be described as:

1.  Importance at or above 4.0, Satisfaction at or above 4.0:  **Keep up the good work**.  These are items that are important to visitors and ones that the forest is performing quite well;

BLM_0107568

2.  Importance at or above 4.0, Satisfaction under 4.0:  **Concentrate here**.  These are important items to the public, but performance is not where it needs to be.  Increasing effort here is likely to have the greatest payoff in overall customer satisfaction;

3.  Importance below 4.0, Satisfaction above 4.0:  **Possible overkill**.  These are items that are not highly important to visitors, but the forest's performance is quite good.  It may be possible to reduce effort here without greatly harming overall satisfaction;

4.  Importance below 4.0; Satisfaction below 4.0:  **Low Priority**.  These are items where performance is not very good, but neither are they important to visitors.  Focusing effort here is unlikely to have a great impact.

The numerical scores for visitor satisfaction and importance for each element by site type, and the sample sizes for each are presented in Appendix A (Tables A1 – A4).  Note that if an element had fewer than 10 responses no analyses are performed, as there are too few responses to provide reliable information.

Finally, in Round 2 visitors were asked about their overall satisfaction with and the importance of road condition and the adequacy of signage.  Figures 7a and 7b show the results.

**Figure 5**.  Percent of National Forest visits by overall satisfaction rating, fiscal year 2007.



BLM_0107569

**Table 15.** National Forest visitation Percent Satisfaction Index[a] scores for aggregate categories, fiscal year 2007.

| Items Rated | Satisfied Survey Respondents (%) | | |
|---|---|---|---|
| | Developed Sites[b] | Undeveloped Areas (GFAs) | Designated Wilderness |
| Developed Facilities (includes restroom cleanliness and facility condition) | 84.9 | 81.6 | 78.6 |
| Access (includes parking availability, parking lot condition, road condition and trail condition) | 86.1 | 81.4 | 87.2 |
| Services (includes availability of information, signage, employee helpfulness) | 82.5 | 76.0 | 76.4 |
| Perception of Safety | 94.8 | 92.9 | 95.8 |

[a] This is a composite rating. It is the proportion of satisfaction ratings scored by visitors as good/satsified or very good/very satisfied. It is computed as the percentage of all ratings for the elements within the grouping that are at or above the target level, and indicates the percent of all visits where the person was satisfied with agency performance.

[b] This category includes both Day Use and Overnight Use Developed Sites.

**Figure 6**. Percent Meets Expectations scores for National Forest visits by type of site, fiscal year 2007.




**Table 16.** Importance – Performance ratings for satisfaction elements, Day Use Developed Sites, Sherwood National Forest (National Visitor Use Monitoring ZRND1YR and QRND2YR data

| ITEM | Day Use Developed Sites | Overnight Use Developed Sites | General Forest Area | Designated Wilderness |
|------|------|------|------|------|
| Restroom cleanliness | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Developed facility condition | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Possible Overkill |
| Condition of environment | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Employee helpfulness | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Interpretive display | Possible Overkill | Possible Overkill | Low Priority | Possible Overkill |
| Parking availability | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Possible Overkill |
| Parking lot condition | Keep up the Good Work | Keep up the Good Work | Possible Overkill | Possible Overkill |
| Rec. info. available | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Road condition | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Feeling of safety | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Scenery | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Signage adequacy | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Trail condition | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |
| Value for fee paid | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work | Keep up the Good Work |

* Indicates fewer than 10 people responded, so no information is provided due to small sample size.

**Figure 7a.** Overall Satisfaction with Road Condition and Signage Adequacy, fiscal year 2007.



**Figure 7b.** Overall Importance ratings for Road Condition and Signage Adequacy, fiscal year 2007.



- 27 -

## Crowding

Visitors rated their perception of how crowded the recreation site or area felt to them. Such perceptions must consider the type of site the visitor was using, since in a designated Wilderness 20 people may seem quite crowded, while at a ski area or swimming beach 250 people may seem quite unused. Table 17 shows the distribution of responses for each site type. Crowding was reported on a scale of 1 to 10 where 1 denotes hardly anyone was there, and a 10 indicates the area was perceived as overcrowded.

.

**Table 17.** National Forest visitor perceptions of crowding by site type, fiscal year 2007.

| Perception of Crowding by Site Types (Percent site visits %) | | | | |
|---|---|---|---|---|
| **Crowding Rating** | Day Use Developed Sites[c] | Overnight Use Developed Sites | Undeveloped Areas (GFAs) | Designated Wilderness Areas |
| 10  Overcrowded | 1.6 | 3.3 | 1.6 | 0.8 |
| 9 | 2.7 | 6.3 | 2.2 | 2.4 |
| 8 | 6.1 | 9.2 | 3.7 | 3.4 |
| 7 | 7.0 | 8.4 | 4.5 | 4.8 |
| 6 | 13.5 | 13.7 | 10.0 | 9.5 |
| 5 | 14.6 | 14.9 | 12.1 | 14.0 |
| 4 | 13.6 | 9.9 | 11.5 | 13.8 |
| 3 | 14.8 | 9.9 | 16.6 | 16.0 |
| 2 | 15.9 | 16.9 | 21.5 | 22.0 |
| 1  Hardly anyone there | 10.3 | 7.5 | 16.4 | 13.3 |

BLM_0107573

## Disabilities

Providing barrier-free facilities for recreation visitors is an important part of facility and service planning and development.  In round two of data collection, a specific question asked visitors if anyone in their group had a disability.  If they responded yes, the visitor was then asked if the facilities at the sites they visited were accessible for this person (Table 18).

**Table 18.**  Accessibility for National Forest visits by persons with disabilities, fiscal year 2007.

| Item | Percent |
|------|---------|
| % of visitors interviewed with group member having a disability | 7.6 |
| Of this group, percent who said facilities at site visited were accessible | 79.2 |

BLM_0107574

## WILDERNESS VISIT DEMOGRAPHICS

Visits to Wilderness are sometimes made by a particular subset of the overall visitor population.  In this section, tables are presented that describe the demographic characteristics of those who visit designated wilderness on this forest.  Table 19 shows the gender breakdown, Table 20 the racial and ethnicity distribution, and Table 21 the age composition.

**Table 19.**  Gender distribution of visits to National Forest Wilderness, fiscal year 2007.

| Gender | % of National Forest Visits |
|--------|------------------------------|
| Female | 36.6 |
| Male | 63.4 |
| Total | 100.0 |

BLM_0107575

**Table 20.** Race/Ethnicity distribution of visits to National Forest Wilderness, fiscal year 2007.

| Race/Ethnicity[a] | National Forest Visits (%) |
|---|---|
| American Indian/Alaska Native | 1.2 |
| Asian | 2.2 |
| Black/African American | 0.7 |
| Native Hawaiian or other Pacific Islander | 0.2 |
| White | 95.6 |
| | |
| Spanish, Hispanic, or Latino | 3.2 |
| | |

[a] The race/ethnicity questions were not asked identically in rounds 1 and 2.  Due to OMB requirements in round 2, "Spanish, Hispanic or Latino" was presented in a separate question because it is an ethnicity not a race. In round 2 respondents first stated whether they were of this ethnicity, then in a separate question were asked which ones of the racial categories they felt applied to them.  Respondents could choose more than one racial group.  "Other" was allowed in round 1 but OMB required its removal  in round 2.

BLM_0107576

**Table 21.** Age distribution of visits to National Forest Wilderness, fiscal year 2007.

| Visitor Characteristics | % of National Forest Visits |
|---|---|
| Under 16 | 9.3 |
| 16-19 | 3.1 |
| 19-29 | 15.6 |
| 30-39 | 17.6 |
| 40-49 | 21.0 |
| 50-59 | 20.5 |
| 60-69 | 9.8 |
| 70 and over | 3.1 |
| Total | 100.0 |

BLM_0107577

# Appendix A.  Detailed Satisfaction Results

BLM_0107578

**Table A-1.** Satisfaction of National Forest recreation visitors at Developed Day Use sites, fiscal year 2007.

| ITEM | Percent Poor | Percent Fair | Percent Average | Percent Good | Percent Very Good | Avg Rating | Mean Importance |
|---|---|---|---|---|---|---|---|
| Restroom cleanliness | 3.2 | 4.7 | 12.5 | 28.3 | 51.3 | 4.2 | 4.4 |
| Developed facility condition | 0.5 | 1.7 | 8.3 | 27.6 | 61.9 | 4.5 | 4.3 |
| Condition of environment | 0.7 | 1.7 | 4.9 | 26.7 | 65.9 | 4.6 | 4.7 |
| Employee helpfulness | 0.4 | 0.8 | 5.4 | 20.9 | 72.5 | 4.6 | 4.5 |
| Interpretive displays | 1.7 | 3.8 | 20.0 | 27.6 | 47.0 | 4.1 | 3.9 |
| Parking availability | 2.0 | 4.2 | 8.6 | 22.3 | 62.9 | 4.4 | 4.2 |
| Parking lot condition | 1.8 | 2.4 | 10.2 | 26.9 | 58.7 | 4.4 | 4.0 |
| Rec. info. availability | 1.7 | 4.0 | 13.9 | 28.4 | 52.0 | 4.3 | 4.1 |
| Road condition | 1.3 | 3.3 | 9.6 | 32.2 | 53.6 | 4.3 | 4.2 |
| Feeling of safety | 0.4 | 1.0 | 3.7 | 20.1 | 74.9 | 4.7 | 4.6 |
| Scenery | 0.1 | 0.8 | 2.0 | 12.5 | 84.6 | 4.8 | 4.6 |
| Signage adequacy | 1.2 | 3.7 | 10.9 | 28.6 | 55.6 | 4.3 | 4.2 |
| Trail condition | 0.5 | 1.9 | 8.5 | 28.0 | 61.1 | 4.5 | 4.4 |
| Value for fee paid | 1.9 | 7.7 | 10.2 | 27.0 | 53.2 | 4.2 | 4.5 |

*Scale is: Poor = 1   Fair = 2   Average = 3   Good = 4   Very good = 5
** Scale is: 1= not important   2= somewhat important   3=moderately important   4= important   5 = very important

- 34 -

**Table A-2.** Satisfaction of National Forest recreation visitors at Developed Overnight sites, fiscal year 2007.

| ITEM | Percent Poor | Percent Fair | Percent Average | Percent Good | Percent Very Good | Avg Rating | Mean Importance |
|---|---|---|---|---|---|---|---|
| Restroom cleanliness | 2.3 | 4.7 | 12.6 | 23.6 | 56.8 | 4.3 | 4.5 |
| Developed facility condition | 0.8 | 2.6 | 7.8 | 32.5 | 56.4 | 4.4 | 4.3 |
| Condition of environment | 0.7 | 1.7 | 5.1 | 25.2 | 67.3 | 4.6 | 4.7 |
| Employee helpfulness | 1.7 | 1.6 | 5.4 | 17.7 | 73.7 | 4.6 | 4.5 |
| Interpretive displays | 2.5 | 5.2 | 23.8 | 27.3 | 41.2 | 4.0 | 3.9 |
| Parking availability | 1.4 | 3.3 | 8.5 | 24.1 | 62.7 | 4.4 | 4.2 |
| Parking lot condition | 1.2 | 2.3 | 9.9 | 25.3 | 61.2 | 4.4 | 4.0 |
| Rec. info. availability | 3.8 | 8.9 | 15.3 | 28.4 | 43.6 | 4.0 | 4.1 |
| Road condition | 3.0 | 4.7 | 10.9 | 35.3 | 46.2 | 4.2 | 4.2 |
| Feeling of safety | 0.2 | 0.8 | 5.0 | 20.2 | 73.8 | 4.7 | 4.6 |
| Scenery | 0.4 | 0.8 | 1.9 | 16.1 | 80.8 | 4.8 | 4.7 |
| Signage adequacy | 2.4 | 4.4 | 11.9 | 25.4 | 56.0 | 4.3 | 4.3 |
| Trail condition | 0.9 | 2.5 | 5.9 | 36.5 | 54.2 | 4.4 | 4.3 |
| Value for fee paid | 1.8 | 3.0 | 8.7 | 25.8 | 60.7 | 4.4 | 4.5 |

*Scale is:  Poor = 1   Fair = 2   Average = 3   Good = 4   Very good = 5
** Scale is: 1= not important   2=somewhat important   3=moderately important   4= important   5 = very important

**Table A-3.** Satisfaction of National Forest recreation visitors in General Forest Areas, fiscal year 2007.

| ITEM | Percent Poor | Percent Fair | Percent Average | Percent Good | Percent Very Good | Avg Rating | Mean Importance |
|------|------|------|------|------|------|------|------|
| Restroom cleanliness | 3.9 | 6.5 | 12.9 | 27.1 | 49.6 | 4.1 | 4.2 |
| Developed facility condition | 1.9 | 1.8 | 10.4 | 32.4 | 53.5 | 4.3 | 4.1 |
| Condition of environment | 1.3 | 2.8 | 5.9 | 27.6 | 62.3 | 4.5 | 4.7 |
| Employee helpfulness | 1.3 | 1.9 | 8.5 | 19.9 | 68.4 | 4.5 | 4.3 |
| Interpretive displays | 3.4 | 6.4 | 22.5 | 27.9 | 39.8 | 3.9 | 3.8 |
| Parking availability | 2.4 | 4.1 | 9.7 | 24.5 | 59.3 | 4.3 | 4.0 |
| Parking lot condition | 2.4 | 4.0 | 11.1 | 27.4 | 55.2 | 4.3 | 3.8 |
| Rec. info. availability | 3.8 | 6.3 | 17.9 | 31.5 | 40.5 | 4.0 | 4.0 |
| Road condition | 3.0 | 7.5 | 13.1 | 33.6 | 42.8 | 4.1 | 4.1 |
| Feeling of safety | 0.4 | 1.5 | 5.2 | 22.9 | 70.0 | 4.6 | 4.5 |
| Scenery | 0.3 | 0.9 | 3.4 | 15.7 | 79.8 | 4.7 | 4.6 |
| Signage adequacy | 3.9 | 6.8 | 12.0 | 32.4 | 44.9 | 4.1 | 4.1 |
| Trail condition | 1.0 | 4.3 | 11.0 | 30.6 | 53.1 | 4.3 | 4.3 |
| Value for fee paid | 3.0 | 3.1 | 9.1 | 23.2 | 61.6 | 4.4 | 4.2 |

*Scale is: Poor = 1   Fair = 2   Average = 3   Good = 4   Very good = 5
** Scale is: 1= not important   2= somewhat important   3=moderately important   4= important   5 = very important

BLM_0107581

**Table A-4.** Satisfaction of National Forest Wilderness Visitors, fiscal year 2007.

| ITEM | Percent Poor | Percent Fair | Percent Average | Percent Good | Percent Very Good | Avg Rating | Mean Importance |
|------|------|------|------|------|------|------|------|
| Restroom cleanliness | 5.4 | 8.4 | 13.8 | 22.8 | 49.6 | 4.0 | 4.0 |
| Developed facility condition | 1.3 | 1.0 | 11.5 | 28.8 | 57.3 | 4.4 | 3.9 |
| Condition of environment | 0.3 | 1.4 | 3.2 | 20.8 | 74.4 | 4.7 | 4.8 |
| Employee helpfulness | 0.9 | 0.9 | 5.7 | 14.2 | 78.3 | 4.7 | 4.3 |
| Interpretive displays | 4.3 | 6.1 | 19.8 | 29.9 | 39.9 | 4.0 | 3.6 |
| Parking availability | 0.7 | 4.6 | 8.2 | 19.6 | 67.0 | 4.5 | 3.9 |
| Parking lot condition | 0.8 | 2.3 | 9.1 | 22.4 | 65.5 | 4.5 | 3.5 |
| Rec. info. availability | 1.8 | 5.2 | 16.9 | 29.7 | 46.3 | 4.1 | 4.1 |
| Road condition | 1.6 | 3.9 | 10.6 | 34.6 | 49.3 | 4.3 | 4.0 |
| Feeling of safety | 0.4 | 0.5 | 3.2 | 19.4 | 76.4 | 4.7 | 4.4 |
| Scenery | 0.0 | 0.4 | 2.0 | 10.9 | 86.7 | 4.8 | 4.7 |
| Signage adequacy | 2.7 | 8.0 | 15.0 | 27.4 | 46.8 | 4.1 | 4.2 |
| Trail condition | 0.9 | 3.0 | 6.2 | 30.2 | 59.6 | 4.4 | 4.4 |
| Value for fee paid | 1.9 | 2.2 | 6.1 | 16.2 | 73.6 | 4.6 | 4.3 |

*Scale is:  Poor = 1   Fair = 2   Average = 3   Good = 4   Very good = 5
** Scale is: 1= not important   2= somewhat important   3=moderately important   4= important   5 = very important

BLM_0107582



**US Department of the Interior**
**Bureau of Land Management**
**Uncompahgre Field Office, Colorado**

Resource Management Plan Revision and
Environmental Impact Statement



*SOCIOECONOMIC BASELINE ASSESSMENT*
*REPORT*

*FINAL*
**JULY 2010**



BLM_0107583

BLM_0107584

# TABLE OF CONTENTS

Chapter                                                                             Page

EXECUTIVE SUMMARY ............................................................................................. ES-1
1. INTRODUCTION ................................................................................................ 1-1
   1.1 Socioeconomic Study Area Overview ................................................................. 1-2
2. REGIONAL DEMOGRAPHICS AND ECONOMIC CONTEXT ............................................. 2-1
   2.1 Study Area Demographics .................................................................................. 2-2
      2.1.1 Population and Migration .......................................................................... 2-2
      2.1.2 Age .......................................................................................................... 2-2
      2.1.3 Social Indicators ...................................................................................... 2-2
      2.1.4 Language, Place of Birth, and Ethnicity ..................................................... 2-3
      2.1.5 Household Characteristics ........................................................................ 2-4
      2.1.6 Income Distribution and Poverty Level ...................................................... 2-4
      2.1.7 Employment of Residents ......................................................................... 2-5
   2.2 County Summaries ............................................................................................. 2-6
      2.2.1 Delta ........................................................................................................ 2-6
      2.2.2 Gunnison .................................................................................................. 2-7
      2.2.3 Mesa ........................................................................................................ 2-7
      2.2.4 Montrose .................................................................................................. 2-8
      2.2.5 Ouray ....................................................................................................... 2-8
      2.2.6 San Miguel ................................................................................................ 2-9
   2.3 Local Economic Activity Affected by Public Land Uses ........................................ 2-9
      2.3.1 Activities Directly Impacted by UFO BLM Management ............................. 2-9
      2.3.2 Non-market Values .................................................................................. 2-10
      2.3.3 Market and Commodity Values ................................................................ 2-11
3. SOCIAL CONDITIONS ........................................................................................ 3-1
   3.1 Study Area Counties and Communities ............................................................... 3-1
   3.2 Affected Groups and Individuals ........................................................................ 3-2
      3.2.1 Ranchers and Livestock Grazing Lessees .................................................. 3-2
      3.2.2 Private Landowners .................................................................................. 3-2
      3.2.3 Minerals and Oil and Gas Leaseholders .................................................... 3-2
      3.2.4 Renewable Energy Leaseholders .............................................................. 3-3
      3.2.5 Right-of-way Holders ............................................................................... 3-3
      3.2.6 Recreational Users ................................................................................... 3-3
      3.2.7 Outfitters ................................................................................................. 3-4
      3.2.8 Individuals and Groups Who Prioritize Resource Protection ...................... 3-4
      3.2.9 Individuals and Groups Who Prioritize Resource Use ................................ 3-4
4. ECONOMIC STRATEGY WORKSHOPS .................................................................... 4-1
   4.1 Economic Trends and Long-term Visions ............................................................ 4-1
   4.2 Role of Public Lands in Local Communities ......................................................... 4-2
      4.2.1 Connection Between BLM Lands and Local Communities ........................... 4-2
      4.2.2 Recommendations for BLM Management Direction .................................... 4-2
5. ENVIRONMENTAL JUSTICE .................................................................................. 5-1
   5.1 Low-income Populations ..................................................................................... 5-1

# TABLE OF CONTENTS (continued)

Chapter                                                                                      Page

5.2      Minority Populations ........................................................................................5-1
5.3      Native American Populations ...........................................................................5-2
5.4      Environmental Justice Populations and RMP Analysis........................................5-2

**6.     ECONOMIC IMPACT ANALYSIS STRATEGY ............................................ 6-1**

6.1      Introduction ....................................................................................................6-1
6.2      Key Issues Related to BLM Management Identified by Geographic Location ...............6-1
6.3      Key Indicators for Analysis...............................................................................6-3
6.4      Analytical Methods to be Used ........................................................................6-3
          6.4.1   Economics........................................................................................6-4
          6.4.2   Social Conditions ..............................................................................6-4

**7.     CONCLUSION .......................................................................................... 7-1**

**8.     LIST OF PREPARERS.................................................................................. 8-1**

**9.     REFERENCES ............................................................................................. 9-1**

# FIGURES

                                                                                      Page

1-1      Uncompahgre RMP Planning Area.....................................................................1-3
1-2      Planning Units for the Uncompahgre RMP Planning Area ..................................1-5

# TABLES

                                                                                      Page

1-1      Land Status in the Uncompahgre RMP Planning Area .........................................1-2
1-2      Land Status for Lands within the Uncompahgre RMP Planning Area by County.......................1-4
2-1      BLM UFO Receipts Fiscal Year 2008 .............................................................2-10
2-2      Trends in Visitation (2008–2009) ..................................................................2-12
2-3      Activities of Visitors to the UFO (Fiscal Year 2009) .......................................2-12
2-4      Hunting and Fishing Economic Contributions (2007) .....................................2-14
2-5      Mineral Estate Materials  in the Planning Area ...............................................2-15
2-6      Annual Production and Employment for Coal Mines in the UFO .....................2-17
2-7      Oil and Gas Production within the Study Area.................................................2-17
2-8      Study Area Federal Mineral Lease Revenues (Fiscal Year 2009)......................2-19
2-9      Cost of Replacing BLM-administered Public Lands Grazing with Private Grazing....................2-21
2-10    Study Area PILT Fiscal Year 2009..................................................................2-21

# APPENDICES

A        Study Area Demographic and Economic Data
B        Economic Workshop Records

BLM_0107586

| ACRONYMS AND ABBREVIATIONS | Full Phrase |
|---|---|
| AUM | animal unit month |
| BLM | United States Department of the Interior, Bureau of Land Management |
| CDOW | Colorado Division of Wildlife |
| DOE | United States Department of Energy |
| decision area | lands within the planning area that are administered by the United States Department of the Interior, Bureau of Land Management and are the subject of the Uncompahgre RMP revision |
| EIS | environmental impact statement |
| NCA | National Conservation Area |
| PILT | payment in lieu of taxes |
| planning area | all lands, regardless of ownership, within the United States Department of the Interior, Bureau of Land Management, Uncompahgre Field Office, Colorado, excluding the Dominguez-Escalante and Gunnison Gorge National Conservation Areas |
| public lands | lands administered by the United States Department of the Interior, Bureau of Land Management |
| RMP | resource management plan |
| socioeconomic study area | all lands, regardless of ownership, within the six counties (Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel) in which the planning area is located |
| UFO | United States Department of the Interior, Bureau of Land Management, Uncompahgre Field Office, Colorado |
| US | United States |
| US Forest Service | United States Department of Agriculture, Forest Service |

BLM_0107587

This page intentionally left blank.

BLM_0107588

# EXECUTIVE SUMMARY

The United States (US) Department of the Interior, Bureau of Land Management (BLM), Uncompahgre Field Office (UFO) is preparing a resource management plan (RMP) to revise management direction for BLM-administered (public) lands. The UFO is responsible for the management and stewardship of approximately 675,760 surface acres of BLM-administered land and 2,140,720 million acres of subsurface federal mineral estate within the Uncompahgre RMP planning area in southwestern Colorado. The planning area excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas. This report has been prepared to support the RMP process and builds upon other outreach efforts, including the Community Assessment of the Uncompahgre Planning Area (BLM 2009).

The objectives of this report are to:

1.  Compile and document the socioeconomic conditions of the planning area, which encompasses six counties: Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel;

2.  Summarize the results of six socioeconomic workshops the BLM held with local communities in March 2010;

3.  Assess the relationship between the management of BLM lands and local communities on both a Field Office-wide scale and local level;

4.  Document input from communities on how management could be revised; and

5.  Outline methods to be used in the RMP process for assessing potential impacts to social and economic conditions.

## BACKGROUND OF SOCIOECONOMIC ANALYSIS IN THE PLANNING AREA

Analysis of social and economic conditions and the relation to public lands is required as a component of the RMP revision process as defined in Appendix D of BLM Handbook H-1601-1, Land Use Planning Handbook (BLM 2005). The BLM UFO has implemented a series of outreach efforts over the last two years to better understand the economic and social relationships between local communities and public lands. The UFO began the process in 2008 by conducting a community assessment to gather input from counties, cities, towns, and local organizations on

BLM_0107589

their views of BLM-managed lands and BLM management practices (BLM 2009). The UFO hosted 22 meetings throughout the planning area as part of this process. Social and economic input was also solicited during the public scoping period for the RMP, which included seven meetings in January and February 2010. In March 2010, the BLM hosted six additional meetings focused exclusively on the socioeconomic conditions of the planning area; these workshops are described below.

## SUMMARY OF ECONOMIC STRATEGY WORKSHOPS

On March 9, 10, 16, and 17, 2010, the UFO hosted six economic strategies workshops in Montrose, Delta, Hotchkiss, Ridgway, Norwood, and Naturita, Colorado. In total, 90 citizens, local government representatives, and local interest group representatives attended the workshops. These workshops provided an opportunity for stakeholders from local communities to participate in the planning process. Attendees discussed economic trends in the region, viewed current and historical socioeconomic data, and developed visions for the economic future of their communities. The attendees also discussed how BLM management of public lands is tied to the economy in local communities and in the region as a whole.

Workshop participants identified important current land uses of public lands as they relate to the local economy. Key uses identified include the following:

- Recreation is seen as a critical driver of the economy for some areas. In Ridgway, participants noted the importance of four-wheel-drive vehicle use in Ouray and the surrounding area. In other areas, nonmotorized recreation has more of an emphasis. Representatives from Olathe in Montrose County and Ridgway in Ouray County noted the importance of recreation for local residents.

- Big game hunting is important for local residents as subsistence hunting, and as a local economic driver attracting destination tourists and providing income to local outfitters. Many of the accessible hunting areas are on public lands.

- Livestock grazing represents another important historical and current use of public lands. Workshop participants in Norwood stated the importance of continued access to public lands for grazing to support the local economy.

- Workshop participants, notably those representing western Montrose County, discussed the importance of mining, particularly for uranium, on public lands for the local economy. Extraction of fossil fuel resources was also noted.

- Quality of life is an important contribution of public lands. Workshop participants noted the importance of public lands in preserving open space, providing ecosystem services, and providing local recreational areas. These features may attract new sources of income to the area in the form of retirees, telecommuters, and sole proprietors.

Workshop participants were also asked how the BLM can partner with the community to help it reach its potential. Specific BLM management actions or directions were identified that would help communities reach the desired outcomes or expectations for public lands in the region. In general, workshop participants urged the BLM to recognize the unique needs of the different

planning area regions and stated that a one-size-fits-all management approach would not be appropriate. Recommended actions are summarized as follows:

- Emphasize collaboration with the local community, government, and interest groups. Engage key community leaders in the process.

- Determine what land uses are best suited to support local community needs for economic growth, while preserving quality of life.

- Work with the local communities to foster and support locally appropriate income-producing work, whether from quiet or motorized recreation, livestock grazing, or mineral and fossil fuel extraction.

- Maintain the public lands in a healthy state, and recognize the contribution of public lands to clean air and water and wildlife habitat.

- Keep access to public lands open for livestock grazing, hunting, and fishing.

- Recognize the importance of public land resources for the economic livelihood of some planning area communities.

- Engage local livestock permittees and the ranching community in the RMP revision process.

- Keep user fees low.

## PLANNING AREA SOCIOECONOMIC PROFILE

The UFO is segmented by its abundant natural resources and the diversity of people who reside within its geographic boundaries. Results from the economic strategies workshops held in March 2010 show that communities value the existing features of the natural landscape but also want to diversify economic opportunities and expand potential employment growth. Residents have a strong relationship with public lands and use it for a variety of experiences, such as recreation, nonconsumptive activities (e.g., open space views and western cultural landscapes), and resource extraction. However, how people view and interact with public lands varies within the planning area.

The planning area encompasses portions of six counties (**Figure 1-1**, Uncompahgre RMP Planning Area); however, county boundaries tend not to reflect the diversity of socioeconomic conditions within them due to natural topography boundaries and proximity to public lands. Therefore, this report uses the socioeconomic units (**Figure 1-2**, Planning Units for the Uncompahgre RMP Planning Area) delineated in the Community Assessment report (BLM 2009) and expands on the findings for these areas. While some issues may apply to more than one region, each socioeconomic unit displays common features in landscape and socioeconomic environment. Key issues identified for the different socioeconomic units are presented below.

**Socioeconomic Unit 1.** This unit encompasses the communities of Bowie, Paonia, and Somerset and contains land in Gunnison and Delta Counties. Coal mining represents a key component of the economy in this unit, as do oil and gas development and agriculture. Recreational use of land is important for local area residents. The key issues are providing the

BLM_0107591

continued access to public lands for traditional agricultural and extractive resource uses while preserving the quality of life for local residents.

**Socioeconomic Unit 2.** This unit encompasses the communities of Austin, Cedaredge, Crawford, Hotchkiss, and Orchard City and contains land in Delta, Montrose and Gunnison County. Issues in this unit relate to growing the economy in concert with the natural landscape. Utilization of public land and enhancing environmental values while preserving open space is also important. The key issue is finding the balance that allows residents to retain a lifestyle that meets their needs and provides recreational opportunities for visitors to the area.

**Socioeconomic Unit 3.** This unit encompasses the communities of Delta, Montrose, and Olathe and contains land in Delta, Mesa, and Montrose Counties. The economy in this area is oriented toward agriculture, mining, and timber production. The area also contains geological features that provides recreational opportunities for the local population and attracts visitors. The community of Delta along the US Highway 50 corridor is within easy commuting distance of Grand Junction, the regional center for western Colorado. The key issue for the Delta area is providing maximum public land access for local residents and extracting resources for continued community economic support, while preserving ecologic features that attract visitors to the area.

Like the community of Delta, Montrose lies along the US Highway 50 corridor and is the largest city within the Uncompahgre RMP planning area. The regional airport also provides Montrose ready access to areas outside the planning area. Also, the majority of county population resides within eastern Montrose County and thus gives the area an urban economic feel. Though there is less dependency on public lands for economic stability within the urban setting, access to public lands within the UFO attracts visitors to the recreational economic activities, which provides economic opportunities. The key issue in this unit is providing continued access to public lands for an area with a growing population center and increasing importance as a regional destination.

**Socioeconomic Unit 4.** This unit encompasses the communities of Mountain Village, Norwood, Ouray, Placerville, Ridgway, Sawpit, and Telluride and contains land primarily in Ouray and San Miguel Counties. The eastern portion of the unit is located in Ouray County and eastern San Miguel County. This area is destination oriented and takes advantage of unique geologic features and remote access. Economic opportunities are limited to those activities that fit the landscape. Retaining local businesses and developing tourist- and recreation-oriented activities are important aspects of economic growth. Retirees and self proprietors make a significant contribution to the local economy. The main issue is maintaining the landscape in its "old west" setting, while providing a "new west" economic structure.

The western portion of Socioeconomic Unit 4 is located in the area surrounding the town of Norwood in western San Miguel County. Agriculture represents a significant portion of the local economy. A number of residents commute to Telluride to work in the accommodation sector. Water is a limiting resource, which severely restricts development within the Norwood area. Hunting and fishing provide seasonal economic activity. The main issues are access to public lands for livestock grazing and hunting.

**Socioeconomic Unit 5.** This unit encompasses the communities of Naturita, Nucla, Redvale, and Paradox and contains land primarily in western Montrose County. Agriculture and mining represent significant portions of the area economy. Uranium mining is particularly significant, which has lead to boom/bust cycles throughout the past 40 years. Some residents commute from Naturita and Nucla to Telluride for work in the accommodation sector. The remoteness of the area requires travel to Montrose, Delta, or Grand Junction for all major shopping activities. The main issue is making available public land resources for livestock grazing and extractive uses.

## ECONOMIC AND SOCIAL INDICATORS FOR LAND USE PLANNING

Key economic and social indicators have been identified based on a review of literature and input received during the community assessment meetings (BLM 2009), pubic scoping process in early 2010, and economic strategy workshops in March 2010. These indicators are provided as a basis for assessment in the RMP process.

Important general social and economic indicators for local communities include employment by job sector, personal income, population change, housing affordability, and ethnic and racial makeup of the area. Indicators specific to public lands include recreational use (including hunting and fishing visitor days, as well as motorized and nonmotorized recreational use), livestock grazing as measured in animal unit months, and energy development and production, particularly for coal, oil and gas, and uranium mining. Right-of-way and other land use information are also important to examine.

In addition to the indicators listed above, social and economic impacts on key groups with a vested interest in local public land management are important. Results from the economic analysis will be applied in measuring the social impacts to determine impacts of different planning alternatives on groups. Important groups that have been identified in the planning area include:

- Ranchers and livestock grazing lessees;
- Private landowners;
- Minerals and oil and gas leaseholders;
- Renewable energy leaseholders;
- Right-of-way holders;
- Recreational users;
- Outfitters;
- Individuals and groups who prioritize resource protection; and
- Individuals and groups who prioritize resource use.

BLM_0107593

This page intentionally left blank.

BLM_0107594

# CHAPTER 1
# INTRODUCTION

The United States (US) Department of Interior, Bureau of Land Management (BLM), Uncompahgre Field Office (UFO) is preparing a resource management plan (RMP) to provide land use management direction for BLM-administered (public) land and federal subsurface mineral estate. The UFO is responsible for the management and stewardship of approximately 675,760 surface acres of BLM-administered land and 2,140,720 million acres of subsurface federal mineral estate within the Uncompahgre RMP planning area in southwestern Colorado. The planning area excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas.

The Uncompahgre RMP will update and replace the current plans that were developed in 1985 (BLM 1985) and 1989 (BLM 1989). Since completion of the previous RMPs, Colorado has undergone many changes that affect the management of public lands. As part of the RMP process, the BLM is engaging local communities to better understand the relationship between public land management and socioeconomic conditions. Also, as part of the process, the BLM will analyze the impacts to the human environment, including social and economic conditions. This report has been prepared to support the RMP process and builds upon other outreach efforts, including the Community Assessment of the Uncompahgre Planning Area (BLM 2009).

The objectives of this report are to do the following:

1. Compile and document the socioeconomic conditions of the planning area, which encompasses six counties: Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel;

2. Summarize the results of six economic strategy workshops the BLM held with local communities in March 2010 (see **Chapter 4,** Economic Strategy Workshops).

3. Assess the relationship between the management of BLM lands and local communities on both a Field Office wide scale and local level;

4. Document input from communities on how management could be revised; and

5. Outline methods to be used in the RMP process for assessing potential impacts to social and economic conditions.

BLM_0107595

The information presented herein has been researched and validated through a variety of sources, including literature review of published and unpublished documents; review of data from the BLM, partners, and other state and federal agencies; statistical data sources; and responses received through the public scoping process and during economic strategy workshops held in the planning area in March 2010. This report was prepared pursuant to Appendix D of the BLM Handbook H-1601-01, Land Use Planning Handbook (BLM 2005) and BLM Instruction Memorandum 2002-167, Social and Economic Analysis.

## 1.1   SOCIOECONOMIC STUDY AREA OVERVIEW

The UFO is responsible for the management and stewardship of approximately 675,760 surface acres of BLM-administered land within the Uncompahgre RMP planning area in southwestern Colorado. The planning and decision areas exclude the Gunnison Gorge and Dominguez-Escalante National Conservation Areas (NCA). In addition to BLM lands, other federal and state-owned lands are present in the planning area (**Figure 1-1**, Uncompahgre RMP Planning Area). An overall breakdown of land status of the planning area is shown in **Table 1-1**, Land Status in the Uncompahgre RMP Planning Area. The acres of public lands in each county are shown in **Table 1-2**, Land Status for Lands within the Uncompahgre RMP Planning Area by County. In addition to making land use decisions for the surface estate of public lands, the RMP will provide allocation decisions on over 2.2 million acres of subsurface federal mineral estate in the planning area. The BLM has the delegated authority to allocate leasing on the federal mineral estate that is under other surface ownership (such as United States Department of Agriculture, Forest Service [US Forest Service], private, or State lands); these lands are termed "split estate." Refer to **Table 1-3**, Federal Mineral Estate in the Uncompahgre RMP Planning Area.

### Table 1-1
### Land Status in the Uncompahgre RMP Planning Area

| Surface Ownership | Approximate Acres (in planning area) |
|---|---|
| BLM | 675,760 |
| US Forest Service | 1,248,390 |
| National Park Service | 27,130 |
| US Fish and Wildlife Service | 80 |
| State (including Colorado Division of Wildlife [CDOW]) | 20,110 |
| City | 680 |
| Private | 1,125,350 |
| *Total* | *3,097,500* |

Source: BLM 2010a

The planning area includes a diverse range of natural landscapes and social and economic conditions, ranging from urban areas and bedroom communities to mountain towns and small agricultural communities. BLM lands and management have an important presence in the area. While the acreage and influence of the Uncompahgre RMP planning area are discussed in this report, it should be noted that some counties in the RMP planning area overlap into other BLM Field Office boundaries (e.g., Mesa County is within both the UFO and the Grand Junction Field Office).

BLM_0107596



SOURCE: BLM 2010a

*Uncompahgre Field Office*
*Planning Area*



*No warranty is made on the accuracy, reliability and completeness of these data for individual use or aggregate use with other data. Spatial data may not meet National Map Accuracy Standards. This information may be updated without notification.*

Figure 1-1

BLM_0107597

**Table 1-2**
**Land Status the Uncompahgre RMP Planning Area by County**

| Surface Ownership | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel | Total |
|---|---|---|---|---|---|---|---|
| BLM | 120,700 | 13,400 | 11,900 | 448,000 | 24,500 | 57,200 | 675,700 |
| US Forest Service | 189,200 | 338,800 | 94,100 | 328,400 | 126,400 | 169,900 | 1,246,800 |
| National Park Service | 0 | 0 | 0 | 27,100 | 0 | 0 | 27,100 |
| State (including CDOW) | 3,500 | 10 | 200 | 3,200 | 4,700 | 6,700 | 18,300 |
| City | 100 | 0 | 0 | 400 | 200 | 200 | 900 |
| Private | 285,200 | 74,500 | 5,400 | 375,600 | 188,800 | 195,700 | 1,125,200 |
| *Total** | *598,700* | *426,700* | *111,600* | *1,182,700* | *344,600* | *429,700* | |

Source: BLM 2010a

*All acres rounded to nearest 100 acres. Acres are approximate only and do not equal totals in Table 1-1 due to rounding differences and approximately 3,100 acres of the planning area in San Juan County.

**Table 1-3**
**Federal Mineral Estate in the Uncompahgre RMP Planning Area**

| Surface Ownership | Acres |
|---|---|
| BLM | 669,380 |
| Other Federal Lands (US Forest Service, National Park Service) | 1,270,400 |
| Private, State or City | 295,000 |
| *Total Federal Minerals* | *2,234,780* |

Source: BLM 2010a

County borders often fail to represent the social and economic communities that have formed, which is particularly relevant for this planning area due to the area's natural topography that creates geographic barriers between different regions. In an attempt to classify these social communities in the planning area, the BLM has delineated socioeconomic units representing different segments of the planning area (**Figure 1-2,** Planning Units for the Uncompahgre RMP Planning Area). These units were defined as a result of a comprehensive community assessment that the BLM conducted in late 2008 (BLM 2009). Boundaries for planning units may be amended based on public input throughout the RMP process. These units include the following:

- **Socioeconomic Unit 1.** The communities in this unit (Bowie, Paonia, and Somerset) have strong economic ties and social relationships with coal mining, oil and gas extraction, and agriculture. The socioeconomic and political characteristics of residents in this unit are very diverse, and there is mix of multigenerational and new residents. Residents choose to live here because of the strong sense of community, natural resource based jobs, good quality of life, access to federal lands (BLM and US Forest Service), recreational opportunities, and the scenic beauty of the landscapes. Several active oil and gas and coal leases are located on the public lands in this unit.

BLM_0107598



LEGEND:

| | |
|---|---|
| Uncompahgre Field Office Boundary | BLM |
| Management Unit Boundary | Forest Service |
| Gunnison Gorge Planning Area | NPS |
| Cities | Private |
| Counties | State |
| WSA | BLM Wilderness |
| Forest Service Wilderness | |
| NPS Wilderness | |

SOURCE: BLM 2010a

*Socioeconomic Units in the Planning Area*

*No warranty is made on the accuracy, reliability and completeness of these data for individual use or aggregate use with other data. Spatial data may not meet National Map Accuracy Standards. This information may be updated without notification.*

Figure 1-2

BLM_0107599

- **Socioeconomic Unit 2.** The communities in this unit (Austin, Cedaredge, Crawford, Hotchkiss, and Orchard City) have an economic relationship with agriculture and mining, as well as ties to the City of Delta. Many residents in the northern part of the unit commute to the City of Delta or are retirees, which has increased socioeconomic diversity. Communities adjacent to BLM and US Forest Service lands view themselves as gateway communities for outdoor recreation and want to maximize their economic potential as such. Residents value their access to public lands, the sense of community, good quality of life, recreational opportunities, and the scenic beauty of the landscapes.

- **Socioeconomic Unit 3.** The communities in this unit (Delta, Montrose, and Olathe) are more tied to urban economies, agriculture, and recreation. Like the other units, people in this unit live here for the good quality of life, access to public lands, and sense of community, recreation opportunities, and scenery. However, economically, this region is less directly dependent on federal lands for economic stability. There is a greater diversity in socioeconomic characteristics and demographics.

- **Socioeconomic Unit 4.** The communities in this unit (Mountain Village, Norwood, Ouray, Placerville, Ridgway, Sawpit, and Telluride) have all experienced some level of transformation from an "old west" to a "new west" economic structure. It is likely that Telluride has served as a catalyst for this transformation. Of all the units, this unit contains the most communities dominated by newer residents (either by population or by influence). In general, residents that move into this unit are attracted to the region for scenery, recreation, and the "western feel." Therefore, it is not surprising that recreation, open space, and viewshed and watershed protection are important to local residents, as are non-extractive historic uses, such as livestock grazing. Based on census data, this region is economically prosperous, although much of the money may come from outside the region (e.g., second home owners and retirees). The diversity of socioeconomic conditions varies greatly between communities, from relatively homogenous conditions around Telluride to highly diverse conditions in Norwood, which has characteristics of both Socioeconomic Units 4 and 5.

- **Socioeconomic Unit 5.** The communities in this unit (Naturita, Nucla, Redvale, and Paradox) are all unique but share a long and common history of livestock grazing, locatable mineral mining, and leasable energy activity on public lands. Of all the units, this unit has the strongest economic dependence on public lands. For example, the boom and bust cycle of uranium mining is very evident in these communities. Overall, this unit is economically depressed with many social issues. Communities are supportive of resource extraction and use of public lands in an environmentally sustainable manner for economic gain (including recreational uses). The isolation and social independence of this part of the planning area is a prime value of the people who live here, as is access to public lands and the scenery.

As noted above, this report documents conditions in the socioeconomic study area, which includes all lands in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties. The study area includes a diverse range of natural landscapes and social and environmental

BLM_0107600

conditions. This report aims to identify the key social and economic issues in the study area and determine the factors influenced by BLM land management.

BLM_0107601

This page intentionally left blank.

BLM_0107602

# CHAPTER 2
# REGIONAL DEMOGRAPHICS AND ECONOMIC CONTEXT

Local and regional demographic characteristics and economies are affected by public land uses within the planning area. Similarly, social structure and values within the region influence the demand for recreation and other opportunities provided by public lands, as well as the acceptability of proposed land management decisions. In addition, economic and demographic statistics are primarily reported by county. For these reasons, demographic, economic, and social data are presented for the socioeconomic study area, which includes all lands within the six counties that primarily comprise the planning area. A state context is provided for comparison when available, and more-detailed descriptions of individual counties and municipalities are presented as appropriate.

Information reported for all six counties may include demographics that fall outside the planning area. It is likely that the counties containing the most public land within the planning area or the most intensively used public land would be most affected by changes in resource management. Similarly, the counties with the most public land acreage are likely to be the most affected by funding to states and counties through federal payments in lieu of taxes (PILT) and uses of the public lands. Tables presenting socioeconomic information by county and for the study area as a whole, where appropriate, are included in **Appendix A**, Study Area Demographic and Economic Data.

Information was collected from several sources, including Headwater Economics' Economic Profile System (Headwaters Economics 2010), US Census Bureau, US Bureau of Economic Analysis, Colorado Department of Local Government, and other data for Delta, Gunnison, Mesa, Montrose, Olathe, and San Miguel Counties and the State of Colorado. Current, historic, and forecast population statistics, age distribution, housing, and education level are the demographic data provided. Economic characteristics discussed include employment levels and industries, major employers, income, government revenues and expenditures, and dependence on BLM resources. Data in **Appendix A** represents the most current information available to the greatest extent possible. It should be noted that for counties with a population under

BLM_0107603

20,000, most US Census data is collected for the decennial Census only; therefore, data more recent than 2000 is limited for Gunnison, Ouray, and San Miguel Counties.

## 2.1  STUDY AREA DEMOGRAPHICS

### 2.1.1  Population and Migration

The study area total population was 245,075 in 2008, with populations ranging from 4,703 in Ouray County to 144,440 in Mesa County. Population density varied from less than 5 people per square mile in Gunnison County to approximately 34 people per square mile in Mesa County in 2000. Overall, the population density for all counties in the study area remains less than the Colorado average (41.9 people per square mile).

**Appendix A**, **Table A-1**, Study Area Population Totals (1980–2008), shows that total population increased dramatically in all six study area counties since 1980, with the highest growth rates occurring from 1990 to 2000. From 1980 to 1990, growth was relatively slow or stagnant for most counties. Overall population in the study area increased 8.3 percent. In the 1990s, growth in the study area was over 30 percent, with San Miguel County experiencing a more than 80 percent population increase. In the 2000s, the area experienced a 21-percent growth rate. Over the same periods, the state population increased by 31 percent and 17 percent, respectively. Since 1980, the most rapid increase in population has occurred in Ouray (144 percent) and San Miguel (144 percent) Counties, while growth in Gunnison (43 percent) and Delta (49 percent) Counties has been lower than the state rate of 73 percent. It should be noted that despite the rapid growth, total population density remains low in the study area.

Population growth in the area is expected to continue over the next few decades, particularly in the current population centers along major travel arteries. **Appendix A**, **Table A-2**, Study Area Population Projections (2010–2030), shows population projections to 2030. In-migration of people from other Colorado regions and throughout the West is the likely source of much of the anticipated population growth. Feedback from planning area community workshops held in March 2010 indicates that people are often drawn to the area for lack of crowds and outdoor opportunities. In San Miguel County, over 73 percent of the current population was born outside the state of Colorado. Increasing population will continue to add pressure on area public lands as residents seek recreational activities close to home. Population growth is therefore likely to intensify conflicts between users public land resources. Growth through the state and the region may also result in an increased number of people traveling to planning area public lands as a recreation destination.

### 2.1.2  Age

The median age of residents in the six study area counties ranges from 35.7 in Gunnison County to 43.7 in Ouray County. On the whole, the study area population is older than the state; only Gunnison County falls below the state average of 35.8 for median age. (Colorado Division of Local Government, State Demography Office 2010). **Appendix A**, **Table A-3**, Study Area Estimated Age of Population (2008), shows the age structure for each county.

### 2.1.3  Social Indicators

Social characteristics and attitudes within the planning area are affected by the surrounding demographic and economic trends. Changes in regional industry sectors or local population

influx for example, can change the predominant lifestyles and attitudes of the local residents. Social indicators, including education level, crime rate, and marriage status, are important measures and can be provide valuable information on the impact of economic changes in a community such as boom and bust cycles in employment or a regional economic down-turn.

### Education

Education level of local residents is often tied to other socioeconomic factors including employment and income levels. In the study area, there is a wide range of educational attainment. Gunnison, San Miguel, and Ouray Counties have high proportions of the population who have obtained at least a high school diploma or equivalent (94, 94, and 93 percent, respectively). In contrast, the percent of the population meeting this education level was below the state average of 87 percent in Delta (80 percent), Montrose (81 percent), and Mesa (85 percent) Counties. Similarly, Gunnison, San Miguel, and Ouray Counties had larger populations than the state average (22 percent) with bachelor's degrees, while all other counties in the study area fell below the state average. Refer to **Appendix A**, **Table A-4**, Study Area Education Attainment for Population 25 Years and Older (2008).

### Crime Rate

Crime rates are one indicator of the social well-being of a community. Increased crime rates are often tied to disruptions such as local loss of jobs or population changes. Crime rates, particularly for the study area's rural counties, are very low. Refer to **Appendix A**, **Table A-5**, Study Area Crime Rates (2008). Crime rates, especially violent crimes, for all counties other than Mesa were significantly lower than the state average.

### Marital Status

Like crime rates, marital status can be an important indicator of the well-being and quality of life. Marital status varies by county, falling in a range around the state average for most categories. The percent of the population that has never married is lowest in Delta County (15 percent) and highest in Gunnison County (42 percent), which is likely correlated with the age of the population. The married population ranges from a high of 66 percent married in Ouray County to a low of 45 percent married in San Miguel County. Divorce rate is lowest in Gunnison County at 8 percent and highest in Delta County (12 percent). Refer to **Appendix A**, **Table A-6**, Study Area Marital Status for Population 15 Years and Older (2000).

### 2.1.4   Language, Place of Birth, and Ethnicity

### Language Spoken at Home

The primary language spoken at home is one indicator of the diversity of an area. In the study area, the percent of the population that speaks English ranges from a low of 88 percent in Montrose County to a high of 94.3 in Ouray County (US Census Bureau 2000). Percentage of homes that spoke languages other than English ranges from a high of 12 in Montrose County to a low of 5.7 in Ouray County. The majority of these homes speak Spanish Refer to **Appendix A**, **Table A-7**, Language Spoken at Home (2000).

### Place of Birth

The place of birth of current community residents provides important information about migration into a community. More than 90 percent of all study area residents were born in the

BLM_0107605

US. When the state of birth is examined, however, differences between counties appear. There is a large range for state of birth in the different study area counties; approximately 53 percent of Montrose County residents were born in Colorado, while only 26 percent of San Miguel County residents are native Coloradans (**Appendix A**, **Table A-8**, Place of Birth). Place of birth compared to current residence can have important social implications for communities, as it impacts the ties that residents have to the community and the region.

### *Ethnicity*
Study area race and ethnicity data are discussed in **Section 5.2,** Minority Populations.

### 2.1.5   Household Characteristics
The number of housing units in the study area increased since 2000 for all counties, ranging from a 14-percent increase in Delta County to a more than 38-percent increase for Ouray County (**Appendix A**, **Table A-9**, Study Area Household Characteristics). Housing vacancy rates in the study area are extremely high for some counties, with rates close to 50 percent of housing units, notably Gunnison, Ouray, and San Miguel Counties. Based on 2000 Census data, the majority of the vacant housing units, including 90 percent in Gunnison, 48 percent in Ouray, and 80 percent in San Miguel Counties, are second homes used for seasonal, recreational, or occasional use. Refer to **Appendix A**, **Table A-10**, Vacant Housing Unit Information (2000).

Between 1990 and 2000, the cost of study area housing increased, and the percentage of the median income level necessary to purchase the median house also increased. Housing prices for all counties other than Ouray and San Miguel remained relatively affordable. The housing affordability index, which is calculated based on a 20 percent down payment and no more than 25 percent of a family's income going toward mortgage payments, was close to or above 100 in Delta, Gunnison, Mesa, and Montrose Counties in 2000, indicating that the median family can afford the median house. However, in Ouray and San Miguel Counties, housing remained out of the median family's reach. Household affordability is described in **Appendix A**, **Table A-11**, Study Area Household Affordability.

### 2.1.6   Income Distribution and Poverty Level

### *Income Distribution*
The study area population represents a wide range of income levels. Overall median household income was $51,500 for the study area in 2008. Among the counties in the study area, median household income in 2008 was highest in San Miguel County ($61,074) and lowest in Delta County ($40,994) (US Census Bureau 2009a). Per capita income follows similar trends for 2000 but is not available for all counties for 2008. (**Appendix A**, **Table A-12**, Study Area Income Distribution).

### *Income Source*
Income is derived from two major sources: (1) labor earnings or income from the workplace; and (2) non-labor income including dividends, interest, and rent (collectively often referred to as money earned from investments) and transfer payments (payments from governments to individuals; age-related, including Medicare, disability insurance payments, and retirements). Labor income is the main source of income for all study area counties. However, non-labor income from rent, dividends, and other sources provides a significant percent of income for

some counties. Ouray and Delta Counties have the highest percent of personal income contributed by non-labor income at 46 and 43 percent, respectively, which is well above the state average of 28 percent (**Appendix A**, **Table A-13**, Study Area Labor and Non-labor Income Distribution). The high contribution of non-labor income in these counties is likely related to high numbers of retirees and contributions from investment income, particularly in the case of Ouray County.

One segment of labor income of note is proprietors' income, defined as income received by businesses that are operated by their owners, including wage, rent, and profit payments. In the study area, non-farm proprietor's income comprises from 14 percent of labor income in Delta County to 26 percent of labor income in Ouray County. Farm proprietors' income is negative for all counties, indicating that costs and debt associated with farming are higher than income received. Refer to **Appendix A**, **Table A-14**, Proprietor Income. Since 1970, non-farm proprietors' income has increased, while farm proprietor's income has generally decreased throughout the study area (Headwaters Economics 2010).

### Income Inflow and Outflow

Data collected for personal income may not accurately reflect the money available in a local community if a high percent of area workers live outside of the county. Inflow of earnings from those commuting into study area counties was compared to outflow of earning from those commuting out of the counties to work. For Gunnison and San Miguel Counties, there is a negative net residential adjustment; income derived from people commuting into the county to work exceeds the income from people commuting out of the county. In Delta and Mesa Counties a positive net residential adjustment is observed, indicating that these counties may act as bedroom communities. Income derived from people commuting out of the county to work exceeds the income from people commuting into the county. For other counties in the planning area, commuting does not appear to have a significant effect, as inflow of income and outflow of income are approximately equal. Refer to **Appendix A**, **Table A-15**, Study Area Income Inflow and Outflow.

Additional loss of income from the local economy, or leakage, is likely to occur in some study area communities due to lack of retail stores, particularly in small towns in Ouray and San Miguel Counties as well as western Montrose County. Refer to **Chapter 6**, Economic Strategy workshops, for further information.

### Poverty Level

The percent of people below the poverty level in 2008 ranged from 12 percent in Gunnison County to 7 percent in Ouray County. Most study area counties experienced a reduction in people below the poverty level between 2000 and 2008; however, these levels may have increased in the recent economic downturn in 2008. Poverty levels are further discussed in **Section 5.1**, Low-income Populations.

### 2.1.7   Employment of Residents

Employment can be viewed as a key economic indicator, as patterns of growth and decline in a region's employment are largely driven by economic cycles and local economic activity. Employment patterns are shown for the six study area counties in **Appendix A**, **Table A-16**, Study Area Employment Characteristics (2007).

BLM_0107607

Based on these 2007 data, government employment, retail services, and construction are major sectors of employment throughout the study area. Accommodation and food services are important sectors in Gunnison, Ouray, and San Miguel Counties, as is real estate and rental and leasing. Health care is a significant employment sector Mesa and Montrose Counties. Additional information is provided by county in **Section 2.3**, County Summaries. Note that employment statistics may have changed significantly since the economic downturn in 2008. Trends for employment sectors since the 1970s are demonstrated in **Appendix A**, **Figures A-1** to **A-6**. Service and government jobs have increased for all counties, while the role of agriculture has remained flat or decreased.

It should be noted that for some industries average annual wages are higher than others. In the study area data is not available for all sectors for all counties, however highest average annual wages are typically seen in the government sector and natural resources extraction, particularly in mining. Average wage per job numbers are typically lower in the hospitality sector and in agriculture (Headwaters Economics 2010). Average wage per salary across all sectors is shown in **Appendix A**, **Table A-17**, Study Area Average Annual Wage. Data for proprietors is not included in this analysis.

Unemployment levels in the study area for 2009 ranged from a low of 5 percent in Ouray County to a high of 8 percent in Mesa County based on preliminary data. In 2009, the Colorado annual unemployment rate was just under 8 percent, which is up from almost 5 in 2008. The national unemployment rate was 9 percent in 2009 (US DOL BLS 2010a). Refer to **Appendix A**, **Table A-18**, Study Area Unemployment Levels by County, for additional information, including historical data.

## 2.2 COUNTY SUMMARIES

The following section provides brief summaries of the demographic and economic trends for each of the six study area counties. Refer to **Appendix A**, Study Area Demographic and Economic Data, for complete demographic and economic data tables.

### 2.2.1 Delta

Delta County has important agricultural lands and is home to the study area's second-largest city, Delta. Within the planning area, Delta is the second largest city. Delta County's wide range of elevation from 4,758 feet to 11,396 feet allows for secluded valleys. The area is regionally known for fruit growing, including cherries, apples, peaches, and grapes. Delta County has shown steady growth in the number of farms between 1987 and 1997 (Delta Area Development Inc 2010a). The North Fork Valley in particular, including the towns of Hotchkiss, Paonia, and Crawford, has become known for wine and produce production. Locally, coal mining is also an important industry. Major private employers in the area include the West Elk and Bowie Coal Mining companies. Delta County Memorial Hospital is an additional major employer in the county (Delta Area Development Inc. 2010b).

The population of Delta County was estimated to be 32,600 in 2008, a more than 13-percent increase since 2000. Since 1970, population growth has generally been slower than the state but has outpaced the nation (Headwaters Economics 2010). Population density is 24 people per square mile, compared to 42 for Colorado as a whole (US Census Bureau 2000). Median per capita income for the county was $20,813 in 2008, and 12 percent of people fell below the

BLM_0107608

poverty level. Unemployment rates in the county have ranged from a high of 7 percent in 1990 to a low of 4 percent in 2007. Unemployment in 2009 was 7 percent (US Bureau of Labor Statistics 2010a). Delta County is generally faster than the state and the nation at recovering from economic downturns (Headwaters Economics 2010).

Delta County contains approximately 120,700 acres of planning area public lands, not including additional acres in the Gunnison Gorge NCA, which is excluded from the planning area. In addition, the county contains two state parks, Crawford and Sweitzer Lake, and portions of the Grand Mesa National Forest (189,201 acres in the planning area). The county is also home to a portion of one national trail, Old Spanish National Historic Trail and two national scenic byways, the West Elk Loop Scenic Byway and the Grand Mesa Scenic and Historic Byway.

## 2.2.2   Gunnison

Gunnison County is dominated by a mountain landscape and is home to a variety of recreational opportunities on BLM-administered and US Forest Service lands that dominate the county. Population density is only 4 people per square mile, the lowest in the study area, compared to 42 for Colorado as a whole (US Census Bureau 2000). The population of Gunnison County was estimated to be 15,259 in 2008, a 9-percent increase since 2000. The county has the lowest median age in the study area and a high level of people who have obtained bachelor's degrees or higher. Median per capita income for the county was $21,407 in 2000, and 12 percent of people fell below the poverty level in 2008. Unemployment rates in the county have ranged from a high of 7 percent in 1990 to a low of 3 percent in 2000. Unemployment in 2009 was 5 percent (US Bureau of Labor Statistics 2010a). Gunnison County is generally faster than the state and the nation at recovering from economic downturns (Headwaters Economics 2010). Western State College in Gunnison is a major employer. Other important sectors of employment include the accommodations industry and construction.

Gunnison County contains approximately 13,400 acres of BLM-administered lands in the planning area. Paonia State Park is found within the county. In addition, the county contains lands from the Gunnison and White River National Forest (338,845 acres in the planning area), including the Mt. Crested Butte alpine ski area. The county contains a portion of one national scenic byway, the West Elk Loop Scenic Byway.

## 2.2.3   Mesa

Mesa County is the most populous county in the study area with a population of 144,440 in 2008. Population density is 35 people per square mile, compared to 42 for Colorado as a whole (US Census Bureau 2000). Mesa County represents the only county considered non-rural in the study area and contains the largest city in the area, Grand Junction. It should be noted, however, that the planning area excludes Grand Junction and the surrounding metropolitan area. Median per capita income for the county was $26,580, and median household income $51,930, in 2008, and 10 percent of people fell below the poverty level. Unemployment rates over the past two decades in the county have ranged from a low of 3 percent in 2007 to a high of 8 percent in 2009 (US Bureau of Labor Statistics 2010a). Important private employers in the county include St. Mary's Hospital, City Market, and Mesa State College (Colorado Department of Labor and Employment 2006). Employment sectors of importance include construction, especially that related to oil and gas development, retail, and health services.

BLM_0107609

The majority of BLM-administered lands in the county, including McInnis Canyons NCA and almost one-half of the newly created Dominguez-Escalante NCA, are lands administered under the BLM's Grand Junction Field Office or other management. A total of 11,900 acres of BLM-administered land in Mesa County is included in the planning area. In addition, the county contains three state parks, Highline, James M. Robb, and Vega. The county also contains land from three national forests, the Grand Mesa, Uncompahgre, and White River, totaling 94,100 acres. The county is also home to a portion of one national trail, Old Spanish National Historic Trail, and three national scenic byways, the Dinosaur Diamond Prehistoric National Scenic Byway, the Grand Mesa Scenic and Historic Byway, and the Unaweep/Tabeguache Scenic and Historic Byway.

### 2.2.4   Montrose

Montrose County is the second-most populous county in the study area with a population of 41,302 in 2008, an increase of 24 percent since 2000. Population density is 15 people per square mile, compared to 42 for Colorado as a whole (US Census Bureau 2000). Montrose County contains the second-largest city in the study area and the largest city within the planning area, Montrose, a regional hub. Montrose is the most ethnically diverse county in the study area with a significant Hispanic/Latino population. Median per capita income for the county was $24,298, and median household income $51,659, in 2008, and 11 percent of people fell below the poverty level. Unemployment rates in the county have ranged from a low of under 4 percent in 2000 and again in 2007 to a high of 8 percent in 2009 (US Bureau of Labor Statistics 2010a). Major private county employers include Montrose County Memorial Hospital, retailers such as Wal-Mart and Home Depot, Volunteers of America, and Russell Stover Candies, as well as Delta Montrose Electric Association (Montrose Economic Development Committee 2010). Agriculture is also locally important to the economy.

The majority of Montrose County is under federal land management. Montrose County contains over 448,000 acres of BLM-administered lands in the planning area and additional acres in a portion of the Gunnison Gorge NCA, which is excluded from the planning area. In addition, the county contains portions of three national forests, including the Gunnison, Manti-La Sal, and Uncompahgre, totaling 328,400 acres. The county also contains the Black Canyon of the Gunnison National Park and a portion of the Curecanti National Recreation Area. The county is also home to a portion of one national trail, Old Spanish National Historic Trail, and two national scenic byways, the West Elk Loop Scenic Byway and the Unaweep/Tabeguache Scenic and Historic Byway.

### 2.2.5   Ouray

Ouray County was formed on January 18, 1877 and has a rich history of mining and today has a local economy focused on tourism and recreation. Ouray County is the smallest county in the study area with a population of 4,703 in 2008. Population density is 7 people per square mile, compared to 42 for Colorado as a whole (US Census Bureau 2000). Median household income for the county was $59,725 in 2008, the second-highest in the study area, and 8 percent of people fell below the poverty level. Housing prices have increased in median value and decreased in affordability over the past decades (Headwaters Economics 2010). Unemployment rates in the county have ranged from a low of 2.6 percent in 1990 to a high of 9.7 percent in 1990. Unemployment in 2009 was 5 percent (US Bureau of Labor Statistics 2010a). Major

BLM_0107610

employment sectors are accommodations, real estate, and construction. Non-labor income and sole proprietors also provide significant contributions to the local economy.

Ouray County contains approximately 24,500 acres of BLM-administered lands in the planning area, and additional acres in the Gunnison Gorge NCA, which is excluded from the planning area. Ridgway State Park is within the county. In addition, the county contains 126,400 acres of the Uncompahgre National Forest. The county contains a portion of one national trail, the Bear Creek National Recreation Trail, and two national scenic byways, the San Juan Skyway National Scenic Byway and the Alpine Loop National Scenic Back County Byway.

### 2.2.6   San Miguel

San Miguel County was founded in 1883. The area has a long history of mining and employment based in natural resource extraction. Today there is a dichotomy in the local social and economic structure in the communities. Agriculture in the west end of the county has long been valued and still plays an important role in the local economy, as does uranium mining. Recreation and tourism are increasingly dominating the economy, particularly in the area around Telluride and Mountain Village.

San Miguel County had a population of 7,771 in 2008. Population density is 5 people per square mile, compared to 42 for Colorado as a whole (US Census Bureau 2000). San Miguel County has the highest per capita and median household income in the study area, likely influenced by the residents of Telluride and Mountain Village in particular. Housing prices in this county are highest and least affordable in the planning area (Headwaters Economics 2010). Unemployment rates in the county have ranged from a low of 3 percent in 2000 to the high of 6 percent in 2009 (US Bureau of Labor Statistics 2010a). Major employment sectors include the accommodations industry, retail, real estate, and construction in the Telluride area, with agriculture and mining locally significant in other parts of the county.

San Miguel County contains approximately 57,200 acres of BLM-administered lands in the planning area. In addition, the county contains 169,900 acres of the Uncompahgre National Forest in the planning area. The county contains a portion of one national trail, Old Spanish National Historic Trail, and two national scenic byways, the San Juan Skyway National Scenic Byway and the Unaweep/Tabeguache Scenic and Historic Byway.

## 2.3   LOCAL ECONOMIC ACTIVITY AFFECTED BY PUBLIC LAND USES

Local economies realize direct and indirect benefits from expenditures and revenues generated by a variety of activities in the BLM UFO decision area. Activities that tend to have the greatest economic influence include recreation, mining and energy resource development, and livestock grazing. Public lands managed by the UFO cover approximately 2.4 percent of total land area in the six-county study area. Activities that are directly and indirectly impacted by BLM management decisions are discussed in the sections below.

### 2.3.1   Activities Directly Impacted by UFO BLM Management

The BLM collects revenues from recreational and commercial activities that take place on the nearly 8.4 million acres of public land that it administers in Colorado, and these revenues are redirected back to the state and county governments. These revenues are collected from facilities, such as fees from campgrounds, from BLM recreation permits (special, competitive,

BLM_0107611

organized group activity, and event use permits), mining leases and mineral revenues, grazing fees, and timber sales. **Table 2-1**, UFO Receipts (Fiscal Year 2008), shows the revenues collected by the BLM UFO in 2008. Additional revenues are collected from royalty payments for oil and gas and minerals extraction; royalties are discussed further in **Section 2.4.2**, Market and Commodity Values.

**Table 2-1**
**UFO Receipts (Fiscal Year 2008)**

| Resource | Total |
|---|---|
| Recreation fees | $27,795 |
| Grazing Fees | $36,380 |
| Right-of-way | $53,443 |
| Salable Mineral Materials | $13,792 |
| Forestry | $6,253 |

Source: BLM 2010b

### 2.3.2   Non-market Values

Some of the most important socioeconomic factors associated with planning area BLM-administered lands are the non-market values offered by public lands management. Non-market values are the benefits derived by society from the uses or experiences that are not dispensed through markets and do not require payment. There are unique and sensitive natural and cultural resources on public lands. These values enhance the quality of life and enjoyment of place, thereby improving regional and local economic conditions. Proximity to undeveloped natural lands and the resources they harbor, including scenic vistas and recreational and wildlife viewing opportunities, add non-market value to the area. Some studies indicate that the importance of non-market values of federal lands are increasing in the west as the role of resource extraction decreases. Rasker et al. (2004) found that only three percent of western counties were classified as resource-extraction driven.

*Open Space: Enhancement Value and Attracting Non-labor Income*

Open space is an important contributor to quality of life for communities adjacent to public lands providing scenic views, recreational opportunities, and other benefits. Social benefits that local residents derive from open space are discussed further in **Chapter 6**, Economic Strategy Workshops. In addition to the quality-of-life values cited by the workshop participants, these non-market resources may provide indirect economic benefits. Enhancement value is the tendency of open space to enhance the property value of adjacent properties. Public lands in the Uncompahgre RMP planning area may provide enhanced value to adjacent private parcels. Open space is generally seen as an enhancement value, especially if the open space lands are not intensively developed for recreation purposes (Fausold and Lilieholm 1996). While the impact is difficult to quantify due to the different types and uses of open space, an increase of 20 percent in value for property adjoining open space has been cited in one review of parks and open spaces across the county as a reasonable estimate based on a review of tax assessment studies (Crompton 2000).

BLM_0107612

Additionally, open space may attract new residents who in turn bring new sources of income to the area. Communities adjacent to public lands offer a high level of natural amenities that often attract retirees and others with non-labor sources of income, as well as sole proprietors and telecommuters who bring income from other regions into the local economy. These new residents, in turn, spur economic development. Residents who rely on non-labor income become both a pool of customers and clients for new business and a potential source of investment capital (Haefele et al. 2007).

### Ecosystem Services

Ecosystem services are those goods that an ecosystem provides for human use. Examples include provision of fresh water and air, regulation of wastes, control of climate, formation of soil, and protection from natural hazards. Recent models have been created to assess the economic benefits of ecosystem services so that these economic values can be incorporated into the planning process. A study based in the Pike San Isabel National Forest of Colorado's Front Range determined the total value of ecosystem services to be $2,208 per acre per year in 2008 dollars (Bacigalupi 2010).

### Hunting and Fishing

Hunting and fishing play an important role for some local communities as a recreational activity, as well as a method of providing subsistence food. Public lands in the UFO RMP planning area provide opportunities for hunting and fishing, and the preservation of open space provides enhanced wildlife habitat, especially for big game species.

### 2.3.3    Market and Commodity Values

### Recreational Use

Planning area public lands provide recreational opportunities for both local residents and tourists from outside the area, and these recreational opportunities represent an important contribution. Planning area public lands support a variety of land, water, and snow activities, including camping, hiking, horseback riding, mountain biking, cross-country skiing, rock climbing, off-road vehicle driving, and target shooting. Local rivers and streams offer ample opportunities for boating and cold water fishing and attract high visitation from across the state and nationally. Migrating and resident wildlife provide plentiful opportunities for observation, photography, and hunting when visitation in the area peaks.

The BLM collects recreation data by recreational activity for each field office with BLM's Recreational Management Information System. It is estimated that the UFO receives around 396,000 visits per year. **Table 2-2**, Trends in Visitation (2008–2009), provides data for the study area. The Recreational Management Information System data includes information for the entire UFO, including Gunnison Gorge and Dominguez-Escalante NCAs, which are not included in the RMP planning area. Visitor numbers are estimates. Based on Recreation Management Information System data, the most popular of activities in the UFO are off-highway-vehicle use, driving for pleasure, big-game hunting, fishing, camping, and mountain biking. Participant numbers for all activities are shown in **Table 2-3**, Activities of Visitors to the UFO (Fiscal Year 2009). Much of the recreation in the UFO occurs at developed recreation sites in and along the San Miguel and Dolores Rivers.

BLM_0107613

**Table 2-2**
**Trends in Visitation (2008–2009)\***

| Data | 2008 | 2009 |
|------|------|------|
| Visits | 374,159 | 396,340 |

Source: BLM 2010c
\*Includes data for entire UFO including Dominguez-Escalante NCA, and Gunnison Gorge NCA which are not included in the RMP planning area.

**Table 2-3**
**Activities of Visitors to the UFO (Fiscal Year 2009)\***

| Activity | Participants |
|----------|-------------|
| **Boating (motorized)** | |
| Boat Launching | 5,727 |
| Power Boating | 694 |
| *Total* | *6,421* |
| **Boating (nonmotorized)** | |
| Canoe/Kayaking | 8,286 |
| Row/Float/Raft | 32,462 |
| *Total* | *40,748* |
| Camping and Picnicking | |
| Camping | 57,097 |
| Picnicking | 10,409 |
| *Total* | *67,506* |
| **Driving For Pleasure** | 83,243 |
| **Hunting and Fishing** | |
| Fishing – Freshwater | 18,734 |
| Hunting – Big Game | 77,759 |
| Hunting – Small Game | 23,214 |
| Hunting – Upland Bird | 123 |
| Hunting – Waterfowl | 4 |
| *Total* | *119,834* |
| **Interpretation, Education, and Nature Study** | |
| Environmental Education | 7,801 |
| Nature Study | 1,001 |
| Viewing – Cultural Sites | 1,387 |
| Viewing – Other | 2,245 |
| Viewing – Scenery/Landscapes | 3,711 |
| Viewing – Wildlife | 2,768 |
| Viewing – Interpretive Exhibits | 26,663 |
| *Total* | *45,576* |
| **Nonmotorized Travel** | |
| Backpacking | 502 |
| Bicycling – Mountain | 43,145 |
| Hiking/Walking/Running | 14,052 |
| Horseback Riding | 14,087 |
| *Total* | *71,786* |

BLM_0107614

**Table 2-3** *(continued)*
**Activities of Visitors to the UFO (Fiscal Year 2009)\***

| Activity | Participants |
|---|---|
| **Nonmotorized Travel – Winter** | |
| Skiing – Cross-country | 10,486 |
| **Motorized Travel** | |
| Off-highway-vehicle–All-terrain-vehicle | 82,040 |
| Off-highway-vehicle – Cars/Trucks/SUVs | 113,775 |
| Off-highway-vehicle – Motorcycle | 38,895 |
| Snowmobiling | 10,855 |
| *Total* | *245,576* |
| **Specialized Motor Sports, Events, and Activities** | |
| Rock Crawling – Four-wheel drive | 10,394 |
| **Specialized Non-motor Sports, Events, and Activities** | |
| Hang-gliding/Parasailing | 173 |
| Climbing – Mountain/Rock | 9,799 |
| Archery | 6,340 |
| Photography | 18,803 |
| Racing – Foot | 38 |
| Rockhounding/Mineral Collection | 115 |
| Social Gathering/Festival/Concert | 23,394 |
| Staging/Comfort Stop | 441 |
| Target Practice | 23,360 |
| *Totals* | *82,463* |
| **Water Sports** | |
| Swimming/Water Play | 14,594 |

Source: BLM 2010c
\*Includes data for entire UFO including Dominguez-Escalante NCA, and Gunnison Gorge NCA which are not included in the planning area.

In addition to visitor information, the UFO collects information on special recreation permits issued in the planning area. The BLM requires special recreation permits for commercial uses, competitive events, organized groups, and recreation use within certain special areas in the UFO, including rivers, backcountry, and camping areas. Most special recreation permits issued by the UFO are for river activities and upland hunting outfitting.

The UFO currently issues approximately 50 commercial permits, which include guided fishing, white water rafting, vehicle shuttles, big and small game hunting, mountain lion hunting, horseback trail riding, jeep and motorcycle touring, camping, archery tournaments, and mountain bike riding. Fifteen percent of special recreation permit fees are expended on program administration, with the remainder going toward visitor services, monitoring, and maintenance. The BLM received $27,795 from special recreation permit fees in fiscal year 2008 (see **Table 2-1**, UFO Receipts (Fiscal Year 2008)).

BLM_0107615

Recreational activity has important economic value both in terms of the satisfaction it provides local residents and the economic activity it generates for the regional economy. In terms of economic activity, recreation generates additional spending in the local economy that supports jobs and income. Economic stimulus occurs as non-residents to the area spend money in the local economy that generates additional spending by local residents. This assumes that if local residents were not participating in recreation they probably would have spent their money on something else in the region's economy. Thus, expenditures by local residents are seen as a shifting of dollars from one sector to another within the local economy and not a net gain to the region. Outdoor recreation in general is important to the region both in terms of satisfaction to residents and economic stimulus for the regional economy.

In addition the recreation data presented for the UFO in the table above, it is likely that recreation on BLM lands not considered in the RMP and on other federal and state lands in and around the study area contributes to the local economy. Notable areas for recreation outside of the planning area include the Black Canyon of the Gunnison National Park, Dominguez-Escalante NCA, Gunnison Gorge NCA, and the Curecanti National Recreation Area.

Recreational use of public lands contributes to the local economy through expenditures of visitors and employment of local residents in the service sectors. A 2008 study by CDOW found that hunters and anglers spent an estimated $1.0 billion on trip expenses and sporting equipment in Colorado in 2007. Watchable wildlife contributions for activities more than one mile from home were estimated at $703 million. Direct and indirect expenditures, as well as the estimated number of jobs created for counties in the planning area, are shown in **Table 2-4**, Hunting and Fishing Economic Contributions (2007).

**Table 2-4**
**Hunting and Fishing Economic Contributions (2007)**

| County/State | Direct Expenditures[1] ($1000) | Total Impact[2] ($1000) | Jobs Created[3] |
|---|---|---|---|
| Delta County | 16,310 | 27,840 | 297 |
| Gunnison County | 31,180 | 53,140 | 615 |
| Mesa County | 43,980 | 76,100 | 813 |
| Montrose County | 17,150 | 29,180 | 320 |
| Ouray County | 2,110 | 3,440 | 37 |
| San Miguel County | 10,090 | 17,380 | 227 |
| Colorado | 1,076,310 | 1,843,310 | 20,614 |

Source: CDOW 2008
[1]Direct: Trip and equipment expenditures and CDOW expenditures in support of these activities.
[2]Total: Direct expenditures plus secondary spending by businesses and households (multiplier effects).
[3]Jobs created includes job creation from direct and secondary expenditures.

Expenditures per visitor for multiple activities can also be estimated by applying the average visitor spending levels developed by the US Forest Service for its National Visitor Use

Monitoring Reports, which were $57.15 for the average overnight visitor and $19.02 for the average day-use visitor (US Forest Service 2008).

Employment in recreation and tourism is not collected as a separate industry category; therefore, data on jobs generated are estimates only. Jobs are generally reflected in the accommodation services and retail trade sectors. Together, those industries account for approximately 20 percent of the jobs in the study area (US Department of Commerce, Bureau of Economic Analysis 2009). It should be noted that not all of this employment is related to travel and recreation and that other industrial sectors may also contribute jobs. Furthermore, some of this employment is likely related to the other federal lands in the area, notable US Forest Service lands, although the BLM contribution is expected to be significant.

### Mineral and Energy Resources

The BLM manages all facets of environmental review and leasing on over 2.2 million acres of federal mineral estate within the Uncompahgre RMP decision area. In addition to federal minerals underlying BLM lands, the BLM is also responsible for administering federal mineral estate underlying lands managed by other agencies, such as the US Forest Service and the National Park Service, or on reserved mineral estate underlying private lands. The breakdown of mineral estate resources are shown in **Table 2-5**, Mineral Estate Materials in the Planning Area. Generally, mineral estate management programs include locatable minerals (e.g., metals and gypsum), leasable minerals (e.g., fluid leasable such as oil and gas and geothermal, and solid leasable such as coal), and saleable mineral materials (e.g., common varieties of sand and gravel, clay, and rock). The economic contributions of different categories of resources in the UFO are examined in depth below. Renewable energy is discussed in a separate section immediately following.

**Table 2-5**
**Mineral Estate Materials**
**in the Planning Area**

| | |
|---|---|
| All Federal Minerals | 2,140,720 |
| Coal Only | 55,580 |
| Oil and Gas Only | 11,000 |
| Oil, Gas, and Coal Only | 8,970 |
| Other | 18,410 |
| *Total Federal Minerals* | *2,234,680* |

Source: BLM 2010a

*Locatable Minerals*

Uranium and placer gold are the primary mineral resources found in the Uncompahgre RMP planning area. The uranium-rich Salt Wash Member of the Morrison Formation outcrops in numerous locations associated with the Uravan Mineral Belt as it passes through western Montrose County. The UFO has over 20 exploration projects currently open, ranging from exploratory drilling to bulk sampling of historic underground mine workings. The US Department of Energy (DOE), Office of Legacy Management currently administers the US DOE's Uranium Leasing Program, managing 32 lease tracts containing approximately 25,000

BLM_0107617

acres, all located within the Uravan Mineral Belt in southwestern Colorado (BLM 2010f). These public lands are withdrawn to the DOE for the management of uranium and vanadium resources. DOE has the jurisdiction for these resources, and the surface management of other resources like grazing and recreation is under the BLM jurisdiction. The DOE land use plan is managed under the authority and in accordance with 10 CFR 760 in cooperation with the BLM and the State of Colorado (BLM 2010f). Contributions of mining sector employment in the study area are discussed under leasable minerals, below. No figures are available for specific employment of uranium mining; however, recent analysis of economic contributions of uranium in Montrose County suggests that the opening of the proposed Pinyon Ridge uranium processing mill alone would support over 300 direct, indirect, and induced jobs in construction and between 500 to 600 jobs in mill operations (Economic and Planning Systems 2010)

Placer gold deposits occur in the San Miguel River where they are often worked by recreational panning and dredging groups on several active placer mining claims after the seasonal spring runoff replenishes the resource.

*Leasable Minerals – Oil, Gas, and Coal*
In Colorado, federal lands provide significant contributions to the nation's energy supply, accounting for 20 percent of the oil and 11 percent of the natural gas produced statewide. Coal mines in the UFO are shown in **Table 2-6**, Annual Production and Employment for Coal Mines in the UFO. The UFO currently manages several active federal coal leases related to three coal mines in the North Fork Valley near Paonia in an area known as the Sommerset coal field. The Bowie #2, West Elk and Elk Creek mines are actively producing underground coal mines with a combined annual production of 13,950,859 tons in 2008 and 11,801,437 tons in 2009. Employment for the three mines totaled 948 miners in 2008 and 974 in 2009 (Colorado Division of Reclamation Mining and Safety 2010). A fourth active mine within the planning area, the New Horizon Mine located near Nucla, is strip mining coal from privately owned mineral estate for use at the local power plant. Annual production from the New Horizon Mine in 2008 and 2009 was 403,230 and 373,758 tons, respectively and the mine provided employment for 23 people in 2008 and 2009 (Colorado Division of Reclamation Mining and Safety 2010). The four mines in the planning area produced 44.4 percent of the coal in Colorado in 2008 and 42.6 percent of the coal in 2009. The BLM estimates that coal development would occur in an area generally surrounding existing operations in the Sommerset coal field and into eastern portions of the Grand Mesa coal field in the next 20 years. This area encompasses about 45,280 acres and contains an estimated 829 million tons of recoverable coal reserves (US Forest Service 2006). Currently, the three mines in the Sommerset area collectively produce 12 to 16 million tons of coal per year. This production rate will likely remain stable and could increase slightly over the next 20 years. The active strip mine in the Nucla-Naturita area will exhaust its current permit in 2013, but if other areas in the region with known coal resource are available for mining, the rate of 350,000 to 420,000 tons of coal per year could be mined for the next 20 years to continue to feed the Nucla Station FBC power plant (BLM 2010f).

Other mineral resources include the potential for leasable phosphate deposits associated with the Paradox Member of the Hermosa Group Formation in Paradox Valley.

BLM_0107618

**Table 2-6**
**Annual Production and Employment for Coal Mines in the UFO**

| Company Name | Mine Name | Yearly Coal Production (tons) | | Average Number of Miners Employed | |
|---|---|---|---|---|---|
| | | 2009 | 2008 | 2009 | 2008 |
| Bowie Resources, LLC | Bowie No. 2 | 1,212,977 | 2,861,938 | 297 | 263 |
| Mountain Coal Company | West Elk | 4,885,581 | 5,861,704 | 350 | 375 |
| Oxbow Mining, LLC | Elk Creek | 5,702,879 | 5,227,217 | 327 | 310 |
| Western Fuels Colorado, ALLC | New Horizon | 373,758 | 403,230 | 23 | 23 |
| | Total | 12,175,195 | 14,354,089 | 997 | 971 |

Source: Colorado Division of Reclamation Mining and Safety 2010

Historical oil and gas production for the study area was obtained from the Colorado Oil and Gas Conservation Commission. Refer to **Table 2-7**, Oil and Gas Production within the Study Area. It should be noted that while Mesa County is a major oil and gas-producing county in

**Table 2-7**
**Oil and Gas Production within the Study Area[1]**

| County | Oil Production (barrels) | | | | | Natural Gas Production (million cubic feet) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2005 | 2006 | 2007 | 2008 | 2009 |
| Delta | 857 | 74 | 149 | 8 | 7 | 353 | 47 | 10 | 10 | 5 |
| Gunnison | 86 | 2,239 | 1,809 | 1,926 | 979 | 4 | 520 | 1,066 | 1,198 | 872 |
| Mesa | 20,194 | 38,437 | 64,719 | 120,933 | 88,553 | 10,281 | 15,040 | 27,766 | 36,949 | 25,519 |
| San Miguel | 13,583 | 9,673 | 5,629 | 5,249 | 3,027 | 20,777 | 24,489 | 17,775 | 14,034 | 8,399 |
| Total | 34,720 | 50,423 | 72,306 | 128,116 | 92,566 | 31,415 | 40,096 | 46,617 | 52,191 | 34,795 |

Source: Colorado Oil and Gas Conservation Commission 2010
[1]No production recorded for Ouray and Montrose Counties

Colorado, the majority of this county falls outside of the planning area and is therefore not likely to be significantly impacted by management decisions in the UFO.

County employment figures indicate for oil, gas, and coal extraction are included in the employment for mining industries category. This category varies from 5.9 percent of county employment in Gunnison County to 3.5 percent in Delta County. Refer to **Appendix A, Table A-16**, Study Area Employment Characteristics (2007). It should be noted that data for Montrose, Ouray, and San Miguel Counties were suppressed to avoid disclosing proprietary information. Additional jobs for this industry are also reflected in construction numbers and other fields that are connected to the exploration and development of resources. Estimates can be made for the economic contributions based on the production of levels reported. Based on data in **Table 2-7**, at an average composite price of $62.02 per barrel and 92,566 barrels produced, total contributions of oil production in the study area would have been close to

BLM_0107619

$5,740,943 in Fiscal Year 2009. At an average well-head price of $3.71 per thousand cubic feet and 34,795,000 thousand cubic feet sold, total gas sales from wells in the study area would have been approximately $129,089,450 in 2009 (Colorado Oil and Gas Conservation Commission 2010). As previously noted, this figure includes all production in the study area.

Coal production contributions for the UFO area BLM mines in 2009, for a total production of 12,175,195 tons and a price of $32.20 per ton, are estimated at $397,763,620 (US Energy Information Administration 2010).

*Saleable Minerals*
Sand and gravel deposits located throughout the planning area are primarily extracted for use as road base. In 2009, $13,792 of receipts were paid to the UFO for gravel sales.

*Renewable Energy*
The study area contains potential resources for renewable energy production including geothermal, solar (photovoltaic applications and concentrating solar power applications) wind, and biomass (BLM 2010g). There is some potential that geothermal and solar resources will be developed on a commercial scale in the next 20 years. No commercial-scale renewable energy projects currently exist within the UFO on BLM-administered lands. There are no pending leases or right-of-way applications in the UFO for renewable resource use. Two developed hot springs are located in the planning area, but are located off of public land.

*Royalties*
Royalties to the state and county provide an additional economic benefit of mineral resource extraction. Federal mineral lease revenues are collected by the Minerals Management Service of the Department of the Interior. Approximately 50 percent of the revenues are transferred to the Colorado State Treasurer. This portion, in turn, is distributed to counties, cities, and school districts based on senate bill 08-218. Two factors determine the allocation of federal mineral lease revenue to each county pool for further distribution, 1) The proportion of residents in the county employed in mineral extraction to the total employed statewide, and 2) The proportion of the moneys credited to the mineral leasing fund generated in the county to the total generated statewide (Colorado Division of Local Government 2009).

Revenues from mineral resources extraction in the UFO provide benefits to local communities. Royalties from UFO Coal extraction alone totaled over $32.9 million in 2009. The contribution of federal mineral extraction directly to study area communities is shown in the distribution of federal mineral lease revenues to study area counties and select municipalities (**Table 2-8**, Study Area Federal Mineral Lease Revenues (Fiscal Year 2009)). Additional funds are distributed directly to area school districts. It should be noted that majority of Mesa and Gunnison counties fall outside of the planning area and federal mineral lease revenues are therefore not likely to be significantly impacted by management decisions in the UFO.

**Agriculture and Livestock Grazing**
Agriculture has traditionally been an important industry in the study area and continues to be important today. There were 4,551 farms totaling 1,364,562 acres in the study area in 2007 (US Department of Agriculture, National Agricultural Statistical Service 2007). Agricultural data are

**Table 2-8**
**Study Area Federal Mineral Lease**
**Revenues (Fiscal Year 2009)**

| County/ Municipality | Total |
|---|---|
| Delta County | $814,079 |
| City of Delta | $212,057 |
| Town of Paonia | $66,218 |
| Town of Hotchkiss | $37,556 |
| Town of Cedaredge | $54,138 |
| Town of Crawford | $16,185 |
| Gunnison County | $882,155 |
| Mesa County | $2,323,554 |
| Montrose County | $113,947 |
| City of Montrose | $48,270 |
| Town of Nucla | $3,837 |
| Town of Naturita | $5,179 |
| Town of Olathe | $5,409 |
| Ouray County | $234 |
| Town of Ouray | $33 |
| Town of Ridgeway | $40 |
| San Miguel County | $334,132 |
| Town of Telluride | $54,282 |
| Town of Norwood | $65,372 |
| Town of Sawpit | $811 |
| Town of Ophir | $3,369 |

Source: Colorado Division of Local Government 2009

represented in **Appendix A, Table A-19**, Study Area Agricultural Data. BLM management actions have the potential to influence farming due to the purchase of farmland.

Livestock grazing on public land continues to be important to local economies within the UFO. In the planning area, 628,754 acres (93 percent) of BLM-administered public land are allocated for livestock grazing. Over the past five years, billed use has averaged 65 percent of total permitted use (BLM 2010e). Livestock grazing, grazing authorizations, and livestock uses are measured in animal unit months (AUMs). An AUM is the amount of dry forage required to sustain one "animal unit" for one month; this equates to a forage allowance of 26 pounds per day. For authorization calculation purposes, an animal unit is one cow and her calf, one horse, or five sheep or goats. Depending on the composition and weight of animals in the herd, actual forage use may vary. The BLM-administered range n the planning area is permitted at a level of 43,491 AUMs of forage. This figure includes 38,200 active AUMs and 5,291 AUMs of suspended use. Permittees paid to use 29,219 AUMs of forage in 2008 (BLM 2010e). In 2009, 85 percent of the allotment permits were for cattle, with sheep and horse grazing accounting for the remaining 15 percent. Individual operators graze animals on 188 allotments, while the remaining 15 are common allotments grazed by two or more operators (BLM 2010d). In the project area, spring and fall allotments, typically located adjacent to US Forest Service land, see the most

BLM_0107621

concentrated use. Summer use allotments are commonly found in the North Fork of the Gunnison River area, and winter use allotments are primarily located in the west end of Montrose and San Miguel Counties at lower elevations (BLM 2010e).

The BLM calculates federal grazing fees annually in March based on a formula that is calculated using the 1966 base value of $1.23 per AUM for livestock grazing on public lands in western states. Annual adjustments are based on three factors: current private grazing land lease rates, beef cattle prices, and the cost of livestock production. The federal grazing fee for 2010 is $1.35 per AUM. The grazing fee has been at this level since 2007 (BLM 2010d).

Generally, there is a correlation between ranch land values and federal grazing permits, with ranches that hold such permits having a higher value. This value is based on the premise that the permit's value reflects, at least to some extent, the capitalized difference between the grazing fee and the competitive market value of federal forage. It also reflects the requirement for the permittee to hold private base property to which the federal permitted use is attached, giving the base property holder priority for renewal over other potential applicants. This value is recognized by lending institutions during a loan process and by the Internal Revenue Service when a property transfer occurs.

Permit values fluctuate based on market forces but generally depend on the number of AUMs and other terms of the lease or permit. Permit values may vary widely, depending on the location and the estimated average value of replacement forage. In 2008, the average fee per AUM on private lands in Colorado was $14.50 (US Department of Agriculture, National Agricultural Statistical Service 2010). Based on 38,200 active AUMs in the planning area, the total annual grazing value of all traditional leases would be approximately $553,900. Under the current federal rate of $1.35 per AUM, the comparative total annual grazing fee would be $51,570, more than $500,000 less than the private grazing fee for all authorized grazing in the planning area. In addition, the average cost of pasture land in Colorado is $1,350 per acre, which is greater than the national average of $1,160 per acre (US Department of Agriculture, National Agricultural Statistical Service 2007). An acre of rangeland in fair condition can produce about 170 pounds of forage per acre. At approximately 170 pounds of dry forage per acre and 680 pounds of dry forage per AUM, about 4 acres would be required per AUM. The cost of pasture land per AUM would be $5,400.

**Table 2-9**, Cost of Replacing Public Lands grazing with Private Grazing, shows the theoretical private costs of replacing the AUMs within the planning region by paying grazing fees to private landowners or purchasing replacement pasture land. In all cases, private costs far exceed the costs to ranchers of using BLM lands. Private grazing, however, would provide an economic benefit to private landowners in the area whose land would be utilized for pasture.

Livestock grazing on public land continues to be important to local economies within Colorado. **Appendix A, Table A-19**, Study Area Agricultural Data, presents the value of livestock sales for 2007, the year of the most recent Census of Agriculture.

BLM_0107622

**Table 2-9**
**Cost of Replacing BLM-administered Public Lands**
**Grazing with Private Grazing**

| AUM Replacement Method | Private Costs | Amount above Costs on BLM Lands |
|---|---|---|
| Grazing fees | $553,900 | $502,330 |
| Pasture land | $206,280,000 | $206,228,430 |

Source: US Department of Agriculture, National Agricultural Statistical Service 2010, 2007

***Local Government Revenues***

*Payments in Lieu of Taxes*
PILT are federal payments to local governments that help offset losses in property taxes due to nontaxable federal lands within their boundaries. Congress appropriates PILT annually, and the

BLM administers disbursement to individual counties. PILT are determined according to a formula that includes population, the amount of federal land within the county, and offsets for certain federal payments to counties, such as timber, mineral leasing, and grazing receipts. PILT payments are transferred to state or local governments, as applicable, and are in addition to other federal revenues, including those from grazing fees. The study area counties received over $5.6 million in PILT in 2009 (**Table 2-10**, Study Area PILT Fiscal Year 2009).

**Table 2-10**
**Study Area PILT Fiscal Year 2009**

| Location | PILT Amount |
|---|---|
| Delta County | $187,170 |
| Gunnison County | $574,135 |
| Mesa County | $2,273,111 |
| Montrose County | $1,946,682 |
| Ouray County | $344,483 |
| San Miguel County | $290,445 |
| Study Area Total | $5,616,026 |
| Colorado | $28,660,622 |

Source: US Department of the Interior 2010

BLM_0107623

This page intentionally left blank.

BLM_0107624

# CHAPTER 3
# SOCIAL CONDITIONS

The UFO encompasses a geographically and socioeconomically varied region. The population is diverse from multigenerational families to newcomers. Regardless of their longevity to the region, most residents have a strong connection to public lands and the surrounding National Forests and view them as playing a role in their personal quality of life. For local residents, these lands provide economic opportunities, recreation, open space, a connection to the western historic landscape, and other intangible benefits.

Current social issues related to public land management in the planning area include increased demand of public land use for recreation and continued importance of the local oil and gas, coal, and uranium industries. Additional social themes identified include a desire to preserve undeveloped areas of the UFO and the need to allow access for traditional land uses such as hunting and livestock grazing. This chapter describes the communities and interest groups whose social or economic interests are tied to public lands.

## 3.1   STUDY AREA COUNTIES AND COMMUNITIES

As discussed in **Chapter 1**, Introduction, the socioeconomic study area contains communities with diverse social and economic values. Socioeconomic planning units were created in an attempt to group areas with similar resources and values. Additional information on geographic communities is discussed below. Groups and individuals who have similar values but may not represent a physical community or region are discussed in **Section 3.2**, Affected Groups and Individuals.

The socioeconomic study area is generally of rural character. The largest cities within the planning area are Montrose (population 17,834 in 2008) and Delta (population 8,325 in 2008). The largest city in the region is Grand Junction in Mesa County (population 55,189 in 2008), which is included in the socioeconomic study area but is outside of the Uncompahgre RMP planning area. In total, approximately 245,000 people reside within the socioeconomic study area.

The communities next to BLM-administered public lands are an important component of the planning area's socioeconomic makeup. Communities near larger parcels of public land within

BLM_0107625

the planning area include Cedaredge, Crawford, Delta, Hotchkiss, Montrose, Naturita, Norwood, Nucla, Olathe, Orchard City, Paonia, Ridgway, and Telluride. Residents in these communities commonly recreate on public lands and benefit directly from the visitation and tourism associated with public lands.

Many communities in the planning area are dependent on natural resources for their economic livelihood, including everything from passive non-consumptive uses (e.g., boating on the San Miguel River) to traditional resource extraction (e.g., Naturita and Nucla are particularly dependant on coal and uranium mining).

## 3.2   AFFECTED GROUPS AND INDIVIDUALS

In addition to those living within the planning area, there are specific groups to whom management of public lands is of particular interest. These include private livestock grazing lessees and area ranchers, mineral estate owners, oil and gas leaseholders, and renewable energy leaseholders. In addition, there is growing interest in public land use within the planning area for recreation, so recreational visitors constitute an additional interest group. Furthermore, special interest groups and individuals who represent resource conservation or resource use perspectives constitute additional groups with an interest in planning area public lands management. Refer to **Chapter 4**, Economic Strategy Workshops, and to the previously completed Community Assessment of the Uncompahgre Planning Area (BLM 2009) for more information on the social values of affected groups and individuals.

### 3.2.1   Ranchers and Livestock Grazing Lessees

Ranching is an important part of the planning area's history, culture, and economy. Ranchers face such challenges as fluctuating livestock prices, increasing equipment and operating costs, fluctuating water availability, and changing federal regulations. Additional income sources are often necessary to continue ranching, and ranchers or their family members may also work in other sectors of the economy. Livestock grazing is a historical use of public lands in the UFO and continues to be important to the way of life in the region despite the decreasing contribution to the economy over the past 20 years (Headwaters Economics 2010).

### 3.2.2   Private Landowners

Much of the land within the planning area (1.1 million acres) is privately owned. Neighboring landowners adjacent to public lands are an important group to consider in the planning process. On the boundary between community and public lands, wildland-urban interface issues are important to consider in the planning process. The wildland-urban interface is defined as a geographical area where two diverse systems meet and affect each other, giving rise to conflicts between societal values and expectations concerning the management of natural resource systems. Issues in the wildland-urban interface include wildfire protection, recreational access, and land health, particularly related to the spread of invasive species. Additional planning issues of importance to private landowners include rural lifestyle preservation.

### 3.2.3   Minerals and Oil and Gas Leaseholders

Mineral estate leases cover the various extractable minerals found within the planning area, including oil and gas, coal, and uranium resources. Details of the contributions of these resources are discussed in **Chapter 2**, Regional Demographics and Economic Context. Leaseholders are particularly interested in keeping restrictions on leasing minimal in order to

BLM_0107626

keep and costs and delays of production low. Leaseholders involved in the economic strategy workshops held in March 2010 stated the importance of recognizing valid existing rights of those who hold mineral claims and leases.

In split estate situations, the surface and subsurface rights (such as the right to develop minerals) for a piece of land are owned by different parties. Mineral rights are considered dominant, meaning that they take precedence over other property rights, including those associated with surface ownership. However, the mineral owner must show due regard for the interests of the surface estate owner, and occupy only those portions of the surface that are reasonably necessary to develop the mineral estate. The BLM's split estate policy only applies to situations where the surface rights are in private ownership and the rights to development of the mineral resources are publicly held and managed by the federal government. Split estate owners have a unique interest in BLM management direction and would be interested in management that allowed for mineral extraction that provided opportunities for continued surface use.

### 3.2.4   Renewable Energy Leaseholders

Due to increasing fossil fuel prices and federal incentives for renewable energy development, interest in non-traditional energy leasing opportunities on public lands is of increasing importance. Renewable energy resources available in the planning area include solar, biomass, wind, and direct use geothermal. Renewable energy leaseholders would be interested in management direction that supports development of these resources in a timely, cost-efficient manner.

### 3.2.5   Right-of-way Holders

The UFO currently manages approximately 2,500 rights-of-way for land uses such as roads, power lines, natural gas pipelines, water lines, telephone lines, communication sites, and ditches and canals on public land. Right-of-way holders are primarily concerned with continued access to right-of-way lands. Requests for rights-of-way are likely to increase in the next 20 years due to increased growth and development on private land, and the interface of private and urban land with public land. As energy development continues, energy rights-of-way, such as electric transmission lines and natural gas pipelines are likely to increase in importance.

### 3.2.6   Recreational Users

Recreational visitors to the planning area include both local residents and destination visitors from communities outside the planning area. Approximately 245,000 people live within the six county study area, and many of these residents utilize public lands for recreation activities such as off-highway vehicle use, horseback riding, hiking, mountain biking, camping, fishing, and hunting. In addition, the planning area has become a destination for visitors, particularly for big game hunting and fishing, as well as motorized and nonmotorized recreation. Rapid community growth within the planning area and in the region has led to an increased importance of public lands as open space and for recreation use. As discussed in **Section 2.2,** the population of the socioeconomic study area is expected to continue to increase over the next 20 years; therefore, the importance of recreation on public lands is likely to increase. Access, delineation of recreation types (e.g., quiet or passive recreation vs. motorized or intensive recreational opportunities), and sustainability are important to this user group.

BLM_0107627

### 3.2.7   Outfitters

Local recreational outfitters represent another important group with an economic interest in the management of public lands. Outfitters include retailers and guides who provide services for activities such as river rafting, hunting and fishing expeditions, and four-wheel-drive tours of the area. Outfitters, like all recreations users, have a vested interest in keeping access to public lands open and user fees low.

### 3.2.8   Individuals and Groups Who Prioritize Resource Protection

Various individuals and groups at the local, regional, and national levels are interested in how the BLM manages public lands. Many of their concerns regard wildlife, water quality, and visual quality. They value public lands for wildlife, recreation, education, scenic qualities, wilderness, and open space, among other aspects. Participants in the March 2010 economic strategy workshops, as well as non-profit organizations with a stake in wildland preservation, have cited the importance of including an assessment of the non-market benefits provided by public lands in the socioeconomic analysis for the RMP/Environmental Impact Statement (EIS). Non-market benefits include ecosystems services (such as clean air and water), as well as the values of open space for the local community. While there are individuals who prioritize resource protection throughout the planning area, this group has a particularly strong presence in the Planning Unit 4.

### 3.2.9   Individuals and Groups Who Prioritize Resource Use

Many individuals and groups are concerned about limitations being put on the availability of public lands for commercial uses, such as mineral and energy development and livestock grazing. They indicate that public lands should be managed to be as productive as possible and that the survival of local economies and local communities depend upon resource-use industries. Comments received from participants in the March 2010 economic strategy workshops emphasized the importance of public land resource use for the local economy of some regions of the planning area, most notably those in western Montrose and San Miguel Counties in the Planning Units 1, 2, and 5. In particular, these commenters favored the development of energy resources including coal, oil and gas, and uranium for economic and social benefits. The importance of continued livestock grazing access was also noted for these areas.

BLM_0107628

# CHAPTER 4
# ECONOMIC STRATEGY WORKSHOPS

On March 9, 10, 16, and 17, 2010, the UFO hosted six economic strategies workshops in Montrose, Delta, Hotchkiss, Ridgway, Norwood, and Naturita, Colorado. In total, 90 citizens, local government representatives, and local interest group representatives attended the workshops. The purpose of these workshops was to obtain input on how local populations interact with public lands. The BLM intends to complete a collaborative, community-based RMP that reflects careful consideration of the local and regional factors unique to the Uncompahgre RMP planning area. To this end, these workshops provided an opportunity for stakeholders from local communities to participate in the planning process. Attendees discussed economic trends in the region and developed visions for the economic future of their communities. The attendees also discussed how BLM management of public lands is tied to the economy in local communities and in the region as a whole. Detailed records of the workshops, including notes and record of attendees, are included in **Appendix B**, Economic Workshop Records.

## 4.1   ECONOMIC TRENDS AND LONG-TERM VISIONS

At the workshops, current and historical socioeconomic data were provided for study area socioeconomic conditions by county. Sources of data include the Headwaters Economic Profile System, US Census Bureau, Colorado State Demography Office, and other local sources. Data were presented for demographics, employment sectors, unemployment, housing, and income. Natural resource economic data for the study area, including those for agricultural and oil and gas production, were presented. BLM land ownership and specific contributions to the local economies, such as receipts from coal, were also discussed.

To determine what the workshop participants envision for the local economy over the next 20 years, community potential evaluations were completed in small groups at each of the six workshop locations. These forms attempted to capture the desired long-term conditions for planning area communities. Workshop participants first rated each item on the form individually from 1 to 3 in importance for the local economy, with three begin the highest importance. Participants then discussed their ratings in small groups to reach a consensus rating. The results of the small groups were then discussed with the larger group, and comments on the rating and desired conditions for the community were noted. Group consensus forms, as well as discussion

BLM_0107629

Case No. 1:20-cv-02484-MSK   Document 59-11   filed 04/28/21   USDC Colorado   pg 111 of 228

4. Economic Strategy Workshops

notes, are included for each workshop in **Appendix B**. Input from each workshop location has been consolidated and is represented in **Table 4-1**, Summary of Community Potential Evaluations. It should be noted that this exercise represents only one method of input from the communities; the consensus community potential evaluations are not likely to represent all the views of all participants and do not attempt to predict BLM management direction.

## 4.2   ROLE OF PUBLIC LANDS IN LOCAL COMMUNITIES

### 4.2.1   Connection Between BLM Lands and Local Communities

Workshop participants discussed specific uses of public lands. The current and desired future uses varied by community. Desired future conditions are explored in the community potential evaluations discussion (**Section 4.1**, above). Key points from discussions of current uses of public lands are included below. Recreation is seen as a critical driver of the economy for some areas. In Ridgway, participants noted the importance of four-wheel-drive vehicle use in Ouray and the surrounding area. In other areas, nonmotorized recreation has more of an emphasis. Public lands play an important role in both motorized and nonmotorized recreation for planning area communities. Representatives from Olathe in Montrose County and Ridgway in Ouray County noted the importance of recreation for local residents. Hunting and fishing represent another important use of BLM lands in local communities. Big game hunting in particular attracts destination tourists and provides income to local outfitters. Many of the accessible hunting areas are on BLM land. Livestock grazing represents another important historical and current use of public lands. Workshop participants in Norwood stated the importance of continued access to public lands for grazing to support the local economy. Workshop participants representing Nucla and Naturita discussed the importance of mining, particularly for uranium, on BLM lands for the local economy. Extraction of fossil fuel resources was also noted for Montrose County. Overall, many workshop participants noted that socioeconomics of local communities are inseparable from management of BLM lands due to the quality of life benefits and economic resources that these lands provide.

### 4.2.2   Recommendations for BLM Management Direction

Workshop participants were asked how the BLM can partner with the community to help it reach its potential. Specific BLM management actions or directions were identified that would help communities reach the desired outcomes or expectations for public lands in the region. Many workshop participants urged the BLM to recognize the unique needs of the different planning area regions and stated that a one-size-fits-all management approach would not be appropriate. Recommended actions are summarized as follows:

- Emphasize collaboration with the local community, government, and interest groups. Engage key community leaders in the process.

- Determine what land uses are best suited to support local community needs for economic growth, while preserving quality of life.

- Work with the local communities to foster and support locally appropriate income-producing work, whether from quiet or motorized recreation, livestock grazing, or mineral and fossil fuel extraction.

4-2                      *Uncompahgre Resource Management Plan Revision and EIS*                      July 2010
                              *Socioeconomic Baseline Assessment Report*

BLM_0107630

**Table 4-1**
**Summary of Community Potential Evaluations**

| Item | Ouray County | San Miguel County | Delta County | North Fork Valley (Delta County) | Nucla-Naturia (Western Montrose County) | Norwood (Western San Miguel County) | Montrose County | AVERAGE FOR STUDY AREA |
|---|---|---|---|---|---|---|---|---|
| Agriculture | 2.7 | 2.5 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 2.9 |
| Forest Products | 1.3 | 2.0 | 2.3 | 2.7 | 2.8 | 2.0 | 2.3 | 2.2 |
| Mining – Coal | 1.0 | NA | 3.0 | 2.8 | 3.0 | 2.3 | 2.3 | 2.4 |
| Mining – Uranium | 1.0 | 1.5 | 1.3 | 1.2 | 3.0 | 3.0 | 2.3 | 1.9 |
| Mining – Hard Rock/Minerals | 1.8 | 1.5 | 1.7 | 1.3 | 3.0 | 2.0 | 1.3 | 1.8 |
| Energy – Oil and Gas | 1.1 | 1.5 | 1.7 | 1.8 | 3.0 | 3.0 | 2.7 | 2.1 |
| Energy – Renewable | 3.0 | 2.0 | 2.3 | 2.7 | 1.5 | 2.0 | 2.0 | 2.2 |
| Environmental Restoration | 2.9 | 2.5 | 1.7 | 2.7 | 2.5 | 2.0 | 2.5 | 2.4 |
| Business Retention/Expansion | 2.6 | 2.5 | 2.3 | 3.0 | 3.0 | 2.3 | 2.8 | 2.6 |
| Local Retail Industry | 2.0 | 2.5 | 2.3 | 3.0 | 3.0 | 1.3 | 3.0 | 2.5 |
| Entrepreneurship Development | 2.6 | 2.5 | 3.0 | 2.3 | 2.5 | 1.7 | 2.8 | 2.5 |
| Business Recruitment | 2.0 | 2.0 | 2.0 | 2.0 | 2.3 | 2.0 | 2.5 | 2.1 |
| Local/Regional Tourism | 3.0 | 3.0 | 3.0 | 2.7 | 1.5 | 2.0 | 3.0 | 2.6 |
| Pass-through Visitor Services | 2.3 | 2.0 | 2.3 | 2.3 | 1.5 | 1.3 | 2.3 | 2.0 |
| Destination Tourism | 3.0 | 3.0 | 1.3 | 2.0 | 1.5 | 1.7 | 3.0 | 2.2 |
| Cultural Tourism | 2.9 | 2.5 | 2.7 | 2.3 | 2.0 | 1.3 | 2.5 | 2.3 |
| Transportation Hub/Warehousing | 1.0 | NA | 1.7 | 1.0 | 1.0 | 1.0 | 2.5 | 1.4 |
| Attracting Retirees | 2.1 | 1.5 | 2.0 | 1.7 | 1.5 | 1.3 | 1.8 | 1.7 |
| Attracting Lone Eagles (telecommuters or sole proprietors) | 2.5 | 2.5 | 2.3 | 2.7 | 1.0 | 1.3 | 2.0 | 2.0 |
| Telecommunications Business | 1.5 | NA | 1.7 | 2.0 | 2.5 | 1.0 | 1.8 | 1.7 |
| Health Care | 2.0 | 2.5 | 3.0 | 2.7 | 3.0 | 1.7 | 3.0 | 2.5 |
| Bedroom Community | 1.6 | 1.0 | 1.3 | 1.0 | 1.5 | 1.7 | 1.0 | 1.3 |
| Attract/Retain Government Offices | 1.4 | 2.0 | 2.0 | 2.7 | 2.0 | 2.0 | 2.3 | 2.0 |
| Categories Added by Workshop Participants | | | | | | | | |
| Recreation | 3.0 | 3.0 | | | | | 3.0 | |
| Small Manufacturing | 2.0 | | | | 2.0 | | | |
| Craft Brewing/Distilling | 3.0 | | | | | | | |
| Other: Local Direct Market Agriculture | 3.0 | | | | | | | |
| Hunting/Fishing | 3.0 | | | | | | | |
| Service Jobs | 3.0 | | | | | | | |
| Cottage Industry | | | | 3.0 | | | | |
| Sand/Gravel | | | | 2.0 | | | | |
| Ecosystem Maintenance | | | | 3.0 | | | | |
| Construction | | | | | 3.0 | | | |

**Table 4-1** (continued)
**Summary of Community Potential Evaluations**

| Item | Ouray County | San Miguel County | Delta County | North Fork Valley (Delta County) | Nucla-Naturia (Western Montrose County) | Norwood (Western San Miguel County) | Montrose County | AVERAGE FOR STUDY AREA |
|---|---|---|---|---|---|---|---|---|
| Higher Education | | | | | | | 3.0 | |

Ranking System: 3= very important to local economy, 2= somewhat important for local economy, 1= low importance for local economy
NA: Category for which workshop participants determined there was no potential in the community due to lack of resources or other constraints

- Maintain the public lands in a healthy state and recognize the contribution of public lands to clean air and water and wildlife habitat.

- Keep access to public lands open for livestock grazing, hunting, and fishing.

- Recognize the importance of public land resources for the economic livelihood of some planning area communities.

- Engage local livestock permittees and the ranching community in the RMP revision process.

- Keep user fees low.

Complete economic strategies workshop records are included in **Appendix B**, Economic Workshop Records.

*Uncompahgre Resource Management Plan Revision and EIS*
Socioeconomic Baseline Assessment Report

BLM_0107632

# CHAPTER 5
# ENVIRONMENTAL JUSTICE

Executive Order 12898, Federal Actions to Address Environmental Justice in Minority Populations and Low-income Populations, requires that federal agencies identify and address any disproportionately high and adverse human health or environmental effects of their programs, policies, and activities on minority and low-income populations. The BLM has recently developed an instruction memorandum (2002-164) containing guidance for evaluating environmental justice issues in land use planning. Environmental justice refers to the fair treatment and meaningful involvement of people of all races, cultures, and incomes with respect to the development, implementation, and enforcement of environmental laws, regulations, programs, and policies. It focuses on environmental hazards and human health to avoid disproportionately high and adverse human health or environmental effects on minority and low-income populations. Low-income populations are defined as persons living below the poverty level based on total income of $10,991 for an individual and $22,025 for a family household of four for 2008 data (US Census Bureau 2009b). Black/African American, Hispanic, Asian and Pacific Islander, American Indian, Eskimo, Aleut, and other non-White persons are defined as minority populations.

## 5.1   LOW-INCOME POPULATIONS

The study area is characterized by a diverse range of incomes. San Miguel and Ouray Counties overall had the lowest percentage of persons below the poverty level at 7.6 and 8.2 percent, respectively. Mesa County, with 10.2 percent of individuals below poverty, was also below the state rate of 11.2 percent. Delta (11.1 percent) and Montrose (11.7) Counties were near the state poverty rate, while Gunnison County was estimated to be slightly higher than the state rate at 12.0 percent of persons below poverty. All counties in the study area were below the national rate of 13.2 percent. See **Appendix A, Table A-11**, Income Distribution, for details of study area counties.

## 5.2   MINORITY POPULATIONS

The social and economic context of the study area varies among the six counties. **Appendix A, Table A-20**, Study Area Population by Race/Ethnicity, describes the estimated 2008 racial and ethnic composition of the study area. In 2008, approximately 71 percent of Colorado's population was identified as White and not of Hispanic or Latino origin. People of Hispanic or

BLM_0107633

Latino descent (of any race) were the largest minority group and accounted for 20 percent of the total state population (US Census Bureau 2008). In the study area as a whole, approximately 87 percent of the total population was identified as White of non-Hispanic/Latino origin in 2008. Hispanics/Latinos were the largest minority population, accounting for almost 13 percent of the total study area population.

**Appendix A, Table A-20**, Study Area Population by Race/Ethnicity, shows that Montrose County was the most diverse county in the planning area with approximately 21 percent of the population of Hispanic/Latino origin, slightly higher than the state level. All other counties in the project area had fewer people who identified themselves as Hispanic/Latino, ranging from almost 6 percent in Ouray County to almost 14 percent in Mesa County.

Other races represent a significantly smaller segment of the population. A total of 3,632 people, or 1.5 percent of the study area population, identified themselves as American Indian or Alaskan Native, while 2,283 persons (0.9 percent) identified themselves as Black or African American, and 2,250 (0.9 percent) as Asian.

## 5.3 NATIVE AMERICAN POPULATIONS

Data in **Appendix A, Table A-20**, Study Area Population by Race/Ethnicity, indicate that Native Americans (and Alaskan Natives) account for a small percentage of the study area population. Members of the Navajo Nation, Northern Ute, Southern Ute, and Ute Mountain Ute Indian Tribes traditionally have lived in and around the study area. A total of 3,632 individuals, or 1.5 percent of the study area population, identify themselves as Native American or Alaskan Native.

Policies established in 2006 by the BLM and US Forest Service, in coordination with federal tribes, ensure access by traditional native practitioners to area plants. The policy also ensures that management of these plants promotes ecosystem health for public lands. The BLM is encouraged to support and incorporate into their planning traditional native and native practitioner plant-gathering of plants for traditional use.

## 5.4 ENVIRONMENTAL JUSTICE POPULATIONS AND RMP ANALYSIS

Due to the low percentage of individuals in minority groups or low income populations in the planning area overall, it is not likely that considerations for environmental justice populations will require modification of RMP alternatives or mitigation measures. Impacts on regional and local environmental justice populations will be addressed in the RMP/EIS following standards and guidelines set forth in Executive Order 12898 and BLM instruction memorandum 2002-164.

# CHAPTER 6
# ECONOMIC IMPACT ANALYSIS STRATEGY

## 6.1   INTRODUCTION

The UFO is segmented by its abundant natural resources and the diversity of people who reside within its geographic boundaries. Results from the economic strategies workshops held in March 2010 depict communities who wish to retain existing features of the natural landscape while diversifying economic opportunities and expanding potential employment growth. While some issues may apply to more than one region, each socioeconomic unit displays common features in landscape and socioeconomic environment. Issues identified for the different socioeconomic units are presented below.

## 6.2   KEY ISSUES RELATED TO BLM MANAGEMENT IDENTIFIED BY GEOGRAPHIC LOCATION

Socioeconomic issues are drawn from the Community Assessment of the Uncompahgre Planning Area (BLM 2009) and results from the economic strategies workshops. These issues are not intended to be a list of issues, but rather provide a theme for evaluating each unit individually and in looking at the collective impacts by alternative BLM management actions (see **Figure 1-2**, Planning Units for the Uncompahgre RMP Planning Area, for a map of socioeconomic units).

**Socioeconomic Unit 1.** Socioeconomic unit 1 includes portions of the North Fork Valley and has issues closely related to those discussed in Socioeconomic Unit 2, below. Information for this unit was also collected at the Montrose economic workshop. Coal mining represents a key component of the economy in this unit as do oil and gas development and agriculture. Recreational use of land is important for local area residents. The key issues are the continued access to public lands for traditional agricultural and extractive resource uses while preserving the quality of life for local residents.

**Socioeconomic Unit 2.** This unit is centered around the North Fork Valley. Information was collected at the Hotchkiss Economic Workshop. Issues relate to growing the economy in concert with the natural landscape. Utilization of public land and enhancing environmental values while preserving open space is also important. The key issue is finding the balance that allows

BLM_0107635

residents to retain a lifestyle that meets their needs and provides recreational opportunities for visitors to the area.

**Socioeconomic Unit 3.** This unit encompasses Delta County and eastern Montrose County which have similar characteristics but have some unique issues. Information for the region was collected at the Delta and Montrose economic strategy workshops. The economy in this area is oriented toward agriculture, mining, and timber production. The area also contains geological features that provides recreational opportunities for the local population and attracts visitors. The community of Delta along the US Highway 50 corridor is within easy commuting distance of Grand Junction, the regional center for western Colorado. The key issue for the Delta area is providing maximum public land access for local residents and extracting resources for continued community economic support, while preserving ecologic features that attract visitors to the area.

Like the community of Delta, Montrose lies along the US Highway 50 corridor and is the largest city within the Uncompahgre RMP planning area. The regional airport also provides Montrose ready access to areas outside the planning area. Also, the majority of county population resides within eastern Montrose County and thus gives the area an urban economic feel. Though there is less dependency on public lands for economic stability within the urban setting, access to public lands within the UFO attracts visitors to the recreational economic activities, which provides economic opportunities. The key issue is providing continued access to public lands for an area with a growing population center and increasing importance as a regional destination.

**Socioeconomic Unit 4.** This unit has two main components with unique social and economic issues. The eastern portion of the unit is located in Ouray County and eastern San Miguel County. Economic data was collected at the Ridgway Economic Workshop. This area is destination oriented and takes advantage of unique geologic features and remote access. Economic opportunities are limited to those activities that fit the landscape. Retaining local businesses and developing tourist- and recreation-oriented activities are important aspects of economic growth. Retirees and self proprietors make a significant contribution to the local economy. The main issue is maintaining the landscape in its "old west" setting, while providing a "new west" economic structure.

The western portion of Socioeconomic Unit 4 is located in the area surrounding the town of Norwood in western San Miguel County. Information for this area was collected at the Norwood economic workshop. Agriculture represents a significant portion of the local economy. A number of residents commute to Telluride to work in the accommodation sector. Water is a limiting resource, which severely restricts development within the Norwood area. Hunting and fishing provides seasonal economic activity. The main issues are access to public lands for livestock grazing and hunting.

**Socioeconomic Unit 5.** Socioeconomic unit 5 is located in Western Montrose County, information was collected at the Naturita Economic Workshop. Agriculture and mining represent significant portions of the area economy. Uranium mining is particularly significant, which has lead to boom/bust cycles throughout the past 40 years. Residents commute from Naturita and Norwood to Telluride for work in the accommodation sector. The remoteness of

BLM_0107636

the area requires travel to Montrose, Delta, or Grand Junction for all major shopping activities. The main issue is making available public land resources for livestock grazing and extractive uses.

## 6.3   KEY INDICATORS FOR ANALYSIS

Key indicators that will be used in the socioeconomic impact analysis in the EIS are listed below. Changes to these indicators will be measured based on BLM management alternatives proposed in the EIS.

### Public Land Contributions

- Recreation Use

- Hunting and Fishing Visitor Days and/or Visitor Use Numbers

- Other Recreation Visitor Days and/or Visitor Use Numbers

- Grazing Animal Unit Months

- Energy Development and Production

- Oil Production (barrels)

- Gas Production (millions of cubic feet)

- Coal Production (millions of tons)

- Other Minerals (salables, other leasable, locatables)

- Environmental/Ecological Restoration (acres)

- Land Use and Rights-of-way (acres)

- Ecosystem services

### Social and Economic Contributions

- Population (growth projections)

- Changing Demographics (selected indicators)

- Employment (numbers by sector)

- Income (personal income)

- Ethnic and Racial Characteristics of the Region

- Subsistence Contributions

- Open space (land enhancement value and attracting non-labor income)

## 6.4   ANALYTICAL METHODS TO BE USED

The study area will be broken down using a tiered approach: (1) a six-county study area; (2) the RMP planning area; and (3) the five socioeconomic units as appropriate. Data, where available, will be broken down in the same configuration. Community level data will be provided if available and if they add meaning to the analysis. One to five years will represent the short term analysis spectrum. The long-term analysis will make assessments through the planning horizon of 20 years.

BLM_0107637

### 6.4.1   Economics

Through the use of a regional input-output multipliers (such as the US Bureau of Economic Analysis' Recreation Management Information System II), an assessment of impacts to selected industrial sectors of the economy will be evaluated. These multipliers will be applied to changes in final demand resulting from the differing BLM management alternatives in the RMP. The results will measure the change in the level of output, employment, and income for those industrial sectors impacted by each action. Impacts will be measured by category and cumulatively in a regional setting.

### 6.4.2   Social Conditions

Results from the economic analysis will be applied in measuring the social impacts. A narrative discussion of the impacts to communities and groups that results from a change to baseline conditions will measure social change. The analysis will be sensitive to those who are in vulnerable groups (e.g., environmental justice populations) that may be impacted.

BLM_0107638

# CHAPTER 7
# CONCLUSION

Large variations in the study area, particularly between the UFO planning units, make generalizations about the study area's social and economic conditions complex. Due to the large acreage of public lands in many study area counties, the overall contribution of public lands to local economies may be significant. Influence of public lands at the local level is especially important, particularly in locations where public lands provide a source of employment, such as ranching or energy production, or a significant contribution to quality of life for local residents, such as recreational activities availability or open space preservation. As such, local citizens' concerns, as reflected in the economic strategy workshops will be analyzed during development of the Uncompahgre RMP.

BLM_0107639

This page intentionally left blank.

BLM_0107640

# CHAPTER 8
# LIST OF PREPARERS

An interdisciplinary team of resource specialists from the BLM UFO and contractors Environmental Management and Planning Solutions, Inc. (EMPSi) and Martin Economics prepared this socioeconomic baseline report.

| Name | Role/Responsibility |
|---|---|
| **BLM, Uncompahgre Field Office** | |
| Bruce Krickbaum | RMP Project Manager |
| Barbara Sharrow | Field Manager |
| **BLM, Division of Resource Services, National Operations Center** | |
| Delilah Jordahl | Social Scientist |
| **Contractor – EMPSi** | |
| Angie Adams | Project Manager |
| David Batts | Task Manager |
| Zoe Ghali | Research and primary author; Economic workshop participant |
| **Contractor – Martin Economics** | |
| John Martin | Reviewer; Economic workshop facilitator |

BLM_0107641

This page intentionally left blank.

BLM_0107642

# CHAPTER 9
# REFERENCES

Bacigalupi, T. 2010. Ecosystem Services: their Value and Place in Land Use Planning. Wild Connections. Wildland Connections. Florissant, CO.

(BLM) US Department of the Interior, Bureau of Land Management. 1985. San Juan/San Miguel Planning Area Resource Management Plan. Montrose District, CO. September 1985.

_____. 1989. Uncompahgre Basin Resource Management Plan and Record of Decision. Montrose District, CO.

_____. 2005. Handbook H-1601-1—Land Use Planning Handbook. BLM, Washington, DC. March 11, 2005. 161 pp.

_____. 2009. Community Assessment of the Uncompahgre Planning Area. BLM, Uncompahgre Field Office, Montrose, CO. 224 pp.

_____. 2010a. Land Status and mineral estate GIS data. BLM, Uncompahgre Field Office, Montrose, CO. Unpublished data. March 2010.

_____. 2010b. Fiscal Year 2009 Receipts Data. BLM, Uncompahgre Field Office, Montrose, CO. Unpublished data. March 2010.

_____. 2010c. Recreation Management Information System (RMIS), a BLM recreation database. Data from Fiscal Year 2008–2009 RMIS data. BLM, Uncompahgre Field Office, Montrose, CO. Unpublished data. Retrieved April 7, 2010.

_____. 2010d. BLM and Forest Service Announce 2010 Grazing Fee. Internet Web site: http://www.blm.gov/ca/st/en/info/newsroom/2010/january/WO0915_2010Grazing_Fees.html. Last updated January 29, 2010. Accessed on February 2, 2010.

_____. 2010e. Managing for Livestock and Against Weeds. Scoping Fact sheet. BLM, Uncompahgre Field Office, Montrose, CO. January 2010.

_____. 2010f. UFO Coal Resource and Development Potential Report. Prepared by Buckhorn Geotech for BLM, Uncompahgre Field Office, Montrose, CO. April 2010.

BLM_0107643

_____. 2010g. UFO Renewable Potential Report. Prepared by EMPSi for BLM for BLM, Uncompahgre Field Office, Montrose, CO. Final report available April 2010.

Colorado Division of Local Government 2009. Federal Mineral Lease and State Severance Tax Direct Distribution. Internet Web site: http://dola.colorado.gov/dlg/fa/dd/history.html#data. Accessed July 13, 2010.

Colorado Division of Local Government, State Demography Office. 2010. State Demography Office Home Page. Internet Web site: http://www.dola.state.co.us/demog/index.html. Accessed February 9, 2010.

Colorado Department of Labor and Employment 2006. Understanding the Colorado Economy — Mesa County. Labor Market Information. Colorado Department of Labor and Employment. Summer 2006.

Colorado Division of Reclamation Mining and Safety. 2010. County Operator Mining Data. 2010. Monthly Coal Summary Reports. Internet Web site: http://mining.state.co.us/Coal%20Reports.htm. Accessed April 20, 2010.

CDOW (Colorado Division of Wildlife). 2008. The Economic Impacts of Hunting, Fishing and Wildlife Watching in Colorado. Prepared for CDOW by BBC Research Consulting, Denver, CO. September 26, 2008.

Colorado Oil and Gas Conservation Commission. 2010. Colorado Oil and Gas information System. Internet Web site: http://cogcc.state.co.us/cogis/. Accessed January 19, 2010.

Crompton, J.L. 2000. The Impact of Parks and Open Space on Property Values and the Property Tax Base. National Recreation and Park Association, Ashburn, VA.

Delta Area Development Inc. 2010a. Major Employers in Delta County. Internet Web Site: http://www.deltaareadevelopment.org/major_employers.php. Accessed April 13, 2010.

_____. 2010b Agricultural Info. Internet Web Site: http://www.deltaareadevelopment.org/major_agriculture.html. Accessed April 21, 2010.

Economic and Planning Systems 2010. Montrose County Socio-Economic Impacts: Community Presentation. March 10, 2010.

Fausold, C.J. and R.J. Lilieholm. 1996. The economic value of open space. Land Lines 8(5):1–4. September 1996.

Haefele, M., P. Morton, and N. Culver. 2007. Natural Dividends: Wildland Protection and the Changing Economy of the Rocky Mountain West. Washington, D.C. The Wilderness Society.

Headwaters Economics. 2010. Economic Profile System (EPS) Socioeconomic Profiles produced for Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties. Internet Web site: http://www.headwaterseconomics.org/eps/. Data for Economic Profile System accessed on February 22, 2010.

Montrose Economic Development Committee. 2010. Labor Force. Internet Web Site: http://www.montroseedc.org/index.aspx?NID=83. Accessed April 15, 2010.

BLM_0107644

Rasker, R.B., Alexander, J. van den Noort, and R. Carter. 2004. Public Lands Conservation and Economic Well Being. The Sonoran Institute, Tucson, AZ.

US Bureau of Labor Statistics. 2010a. Unemployment Data. Internet Web site: http://data.bls.gov/PDQ/servlet/SurveyOutputServlet. Accessed January 27 2010.

_____. 2010b. Quarterly Census of Employment and Wages. Internet Web Site: http://data.bls.gov/cgi-bin/dsrv. Accessed April 21 2010.

US Census Bureau. 2000. 2000 Census Summary Data (SF1, SF2). Internet Web site: http://www.census.gov/prod/cen2000. Accessed on February 11, 2010.

_____. 2008. Population Division. Annual Estimates of the Resident Population by Sex, Race Alone or in Combination, and Hispanic Origin for Counties in Colorado. File: 7/1/2008 County Characteristics Resident Population Estimates. Internet Web Site: http://www.census.gov/popest/estimates.html. Accessed on January 27, 2010.

_____. 2009a. American Community Survey Data 2006–2008. Internet Web Site: http://www.census.gov/acs/www/. Accessed on January 21, 2010.

_____. 2009b Poverty Thresholds for 2008. Internet Web Site: http://www.census.gov/hhes/www/poverty/threshld/thresh08.html. Accessed April 21, 2010.

US Department of Justice. 2008. 2008 Crime in the United States. Federal Bureau of Investigation. Criminal Justice Information Division. Internet Web site: http://www.fbi.gov/ucr/cius2008/documents/index.html. Accessed on April 8, 2010.

US Department of Agriculture, National Agricultural Statistical Service. 2007. 2007 Agricultural Census County Summary Highlights – Colorado. Last updated December 2009. Internet Web site: http://www.agcensus.usda.gov/Publications/2007/Full_Report/Volume_1,_Chapter_2_County_Level/Colorado/st08_2_001_001.pdf. Accessed on January 24, 2009.

_____. 2010. 17 State Grazing Fees per Animal Unit. Internet Web Site: http://www.nass.usda.gov/Charts_and_Maps/Grazing_Fees/gf_am.asp. Last updated January 2009. Accessed January 19, 2010.

US Forest Service (US Department of Agriculture, Forest Service). 2006. Coal Resource and Development Potential Report: Grand Mesa, Uncompahgre, and Gunnison National Forests. 44 p.

_____. 2008. National Visitor Use Monitoring Results, National Summary Report. Last updated October 2008.

US Department of Commerce, Bureau of Economic Analysis 2009. Regional Economic Information System Data from tables Ca25N, Ca30, Ca1-3, and Ca05N. Updated April 2009. Internet Web site: http://www.bea.gov/regional/index.htm#state. Accessed January 19 and April 20 2010.

US Department of the Interior. 2010. Payment in Lieu of Taxes (PILT) Payment by States Data for Fiscal Year 2009. Internet Web site: http://www.nbc.gov/pilt/pilt/states.cfm. Accessed January 19, 2010.

BLM_0107645

US Energy Information Administration 2009. Colorado Energy Profile. Internet Web Site: http://tonto.eia.doe.gov/state/state_energy_profiles.cfm?sid=CO. Accessed February 2, 2010.

*Uncompahgre Resource Management Plan Revision and EIS*
Socioeconomic Baseline Assessment Report

BLM_0107646

# Appendix A
## Study Area Demographic and Economic Data

BLM_0107647

This page intentionally left blank.

BLM_0107648

# APPENDIX A
# STUDY AREA DEMOGRAPHIC AND ECONOMIC DATA

### Table A-1
### Study Area Population Totals (1980–2008)

| Location | 1980 | 1990 | 1980–1990 Percent Change | 2000 | 1990–2000 Percent Change | 2008 * | 2000–2008* Percent Change | 1980–2008* Percent Change |
|---|---|---|---|---|---|---|---|---|
| Delta County | 21,225 | 20,980 | -1.15% | 27,834 | 32.7% | 32,600 | 13.5% | 48.9% |
| Gunnison County | 10,689 | 10,273 | -3.89% | 13,956 | 35.9% | 15,259 | 9.3% | 42.5% |
| Mesa County | 81,530 | 93,145 | 14.2% | 116,255 | 24.8% | 144,440 | 24.2% | 77.2% |
| Montrose County | 24,323 | 24,423 | 0.3% | 33,423 | 36.9% | 41,302 | 23.5% | 69.6% |
| Ouray County | 1,925 | 2,295 | 19.2% | 3,742 | 63.0% | 4,703 | 25.7% | 144.3% |
| San Miguel County | 3,192 | 3,653 | 14.4% | 6,594 | 80.5% | 7,771 | 17.9% | 143.5% |
| *Study Area Total* | *142,913* | *154,769* | *8.3%* | *201,813* | *30.4%* | *245,075* | *21.4%* | *71.5%* |
| State | 2,889,733 | 3,294,394 | 14.0% | 4,301,261 | 30.6% | 5,011,390 | 16.5% | 73.4% |

Source: Colorado Division of Local Government, State Demography Office. 2010
* 1980, 1990, 2000 census data, 2008 population estimates

### Table A-2
### Study Area Population Projections (2010–2030)

| County | 2010 | 2015 | 2020 | 2025 | 2030 |
|---|---|---|---|---|---|
| Delta | 32,737 | 37,356 | 43,227 | 49,410 | 54,772 |
| Gunnison | 15,366 | 16,394 | 17,766 | 18,966 | 20,018 |
| Mesa | 150,430 | 165,428 | 184,592 | 201,613 | 227,617 |
| Montrose | 43,218 | 49,417 | 56,638 | 64,010 | 71,042 |
| Ouray | 4,946 | 5,748 | 6,430 | 6,671 | 6,833 |
| San Miguel | 8,165 | 9,507 | 10,952 | 12,489 | 13,920 |
| State | 5,171,798 | 5,632,137 | 6,186,161 | 6,718,452 | 7,227,385 |

Source: Colorado Division of Local Government, State Demography Office. 2010

**Table A-3**
**Study Area Estimated Age of Population (2008)**

| Location | 19 and Under | 20–34 | 35–44 | 45–64 | 65–84 | 85+ | Median Age |
|---|---|---|---|---|---|---|---|
| Delta County | 7,898 | 5,385 | 3,685 | 8,691 | 5,135 | 801 | 41.9 |
| Gunnison County | 4,079 | 3,362 | 2,530 | 4,052 | 1,116 | 120 | 35.7 |
| Mesa County | 38,962 | 30,543 | 18,131 | 36,221 | 18,088 | 2,499 | 36.5 |
| Montrose County | 11,436 | 7,578 | 5,281 | 10,618 | 5,518 | 868 | 38.2 |
| Ouray County | 1,074 | 767 | 590 | 1,581 | 636 | 52 | 43.7 |
| San Miguel County | 1,631 | 1,523 | 1,771 | 2,511 | 298 | 30 | 38.6 |
| *Study Area Total* | *65,080* | *49,158* | *31,988* | *63,674* | *30,791* | *4,370* | |
| State | 1,399,784 | 1,051,374 | 745,292 | 1,321,080 | 437,390 | 56,407 | 35.8 |

Source: Colorado Division of Local Government, State Demography Office. 2010

**Table A-4**
**Study Area Education Attainment for Population 25 Years and Older (2000)**

| Location | Less than 9th Grade | 9th to 12th Grade; No Diploma | High School Graduate or Equivalent | Some College, No Degree | Associate Degree | Bachelor Degree | Graduate or Professional Degree |
|---|---|---|---|---|---|---|---|
| Delta County | 6.9% | 13.0% | 34.0% | 23.7% | 4.8% | 12.5% | 5.1% |
| Gunnison County | 2.6% | 3.2% | 17.8% | 28.7% | 4.0% | 31.5% | 12.0% |
| Mesa County | 4.6% | 10.4% | 30.4% | 25.7% | 7.0% | 14.6% | 7.3% |
| Montrose County | 7.3% | 12.0% | 33.4% | 23.8% | 4.8% | 13.3% | 5.4% |
| Ouray County | 2.3% | 4.4% | 21.6% | 28.3% | 6.5% | 23.5% | 13.4% |
| San Miguel County | 2.5% | 3.9% | 15.1% | 25.6% | 4.6% | 36.6% | 12.0% |
| State | 4.9% | 8.2% | 23.2% | 24.0% | 7.0% | 21.6% | 11.1% |

Source: US Census Bureau 2000

**Table A-5**
**Study Area Crime Rates (2008)**
**Crimes per 1000 People**

| Location | Violent Crime | Murder | Forcible rape | Robbery | Aggravated Assault | Property Crime | Burglary | Larceny-theft | Motor Vehicle theft |
|---|---|---|---|---|---|---|---|---|---|
| Delta County | 0.52 | 0.00 | 0.15 | 0.03 | 0.64 | 4.85 | 1.35 | 3.28 | 0.21 |
| Gunnison County | 1.24 | 0.00 | 0.07 | 0.00 | 1.18 | 1.24 | 0.07 | 1.05 | 0.13 |
| Mesa County | 1.20 | 0.01 | 0.22 | 0.10 | 0.87 | 9.65 | 2.67 | 6.20 | 0.78 |
| Montrose County | 0.68 | 0.00 | 0.12 | 0.00 | 0.56 | 4.36 | 1.45 | 2.47 | 0.44 |

BLM_0107650

A. Study Area Demographic and Economic Data

**Table A-5** (continued)
**Study Area Crime Rates (2008)**
**Crimes per 1000 People**

| Location | Violent Crime | Murder | Forcible rape | Robbery | Aggravated Assault | Property Crime | Burglary | Larceny-theft | Motor Vehicle theft |
|---|---|---|---|---|---|---|---|---|---|
| Ouray County | 2.13 | 0.00 | 0.00 | 0.00 | 2.13 | 5.53 | 1.06 | 4.26 | 0.21 |
| San Miguel County | 0.26 | 0.00 | 0.00 | 0.00 | 0.26 | 7.18 | 1.92 | 5.13 | 0.13 |
| State | 3.38 | 0.03 | 0.42 | 0.67 | 2.26 | 28.08 | 5.64 | 19.74 | 2.70 |

Numbers represent total crimes as reported by Sheriff's office or county police department
Source: US Department of Justice 2008

**Table A-6**
**Marital Status for population over 15 years old (2000)**

| Location | Never Married (%) | Now Married (%) | Separated (%) | Widowed (%) | Divorced (%) |
|---|---|---|---|---|---|
| Delta County | 15.1 | 64.2 | 1.2 | 8.1 | 11.5 |
| Gunnison County | 42.4 | 45.7 | 1.1 | 3.2 | 7.6 |
| Mesa County | 21.8 | 58.8 | 1.4 | 6.6 | 11.4 |
| Montrose County | 18.4 | 60.8 | 1.1 | 7.8 | 11.5 |
| Ouray County | 17.8 | 65.7 | 0.9 | 4.1 | 11.4 |
| San Miguel County | 41.1 | 44.5 | 2.2 | 1.9 | 10.4 |
| State | 27.0 | 55.6 | 1.6 | 4.7 | 11.0 |

Source: US Census Bureau 2000

**Table A-7**
**Language Spoken at Home (2000)**

| Location | English Only (%) | Language Other Than English (%) | Speak English less than "very well" (%) | Spanish Speaking (%) | Speak English less than "very well" (%) | Other Indo-European Language (%) | Speak English less than "very well" (%) | Asian and Pacific Island Languages (%) | Speak English less than "very well" (%) |
|---|---|---|---|---|---|---|---|---|---|
| Delta County | 89.7 | 10.3 | 4.4 | 8.3 | 4.0 | 1.7 | 0.3 | 0.3 | 0.1 |
| Gunnison County | 93.4 | 6.6 | 2.7 | 4.2 | 1.9 | 2.3 | 0.9 | 0.1 | 0.0 |
| Mesa County | 92.0 | 8.0 | 2.8 | 6.0 | 2.3 | 1.5 | 0.3 | 0.3 | 0.2 |
| Montrose County | 88.4 | 11.6 | 5.4 | 10.0 | 4.9 | 1.1 | 0.3 | 0.1 | 0.0 |

BLM_0107651

A. Study Area Demographic and Economic Data

**Table A-7** *(continued)*
**Language Spoken at Home (2000)**

| Location | English Only (%) | Language Other Than English (%) | Speak English less than "very well" (%) | Spanish Speaking (%) | Speak English less than "very well" (%) | Other Indo-European Language (%) | Speak English less than "very well" (%) | Asian and Pacific Island Languages (%) | Speak English less than "very well" (%) |
|---|---|---|---|---|---|---|---|---|---|
| Ouray County | 94.3 | 5.7 | 1.4 | 4.0 | 1.2 | 1.6 | 0.2 | 0.2 | 0.0 |
| San Miguel County | 89.2 | 10.9 | 4.5 | 7.4 | 4.3 | 3.0 | 0.2 | 0.1 | 0.0 |
| State | 84.9 | 15.1 | 6.7 | 10.5 | 5.1 | 2. | 0.7 | 1.6 | 0.8 |

Source: US Census Bureau 2000

**Table A-8**
**Place of Birth (2000)**

| Location | Born in US (%) | Born in Colorado (%) | Born in Other State (%) | Born Outside US (% Native or Naturalized Citizen) | Born outside US (% not US Citizen) |
|---|---|---|---|---|---|
| Delta County | 95.3 | 51.2 | 48.2 | 1.6 | 3.1 |
| Gunnison County | 95.8 | 38.8 | 59.9 | 2.3 | 1.9 |
| Mesa County | 96.5 | 50.6 | 48.8 | 1.8 | 3.0 |
| Montrose County | 94.0 | 52.5 | 47.0 | 1.9 | 5.6 |
| Ouray County | 95.9 | 32.1 | 67.0 | 2.7 | 3.2 |
| San Miguel County | 92.0 | 26.0 | 73.3 | 2.0 | 6.0 |
| State | 90.1 | 44.9 | 53.6 | 4.0 | 5.9 |

Source: US Census Bureau 2000

**Table A-9**
**Study Area Household Characteristics**
**2000–2008 Comparison**

| | | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County |
|---|---|---|---|---|---|---|---|
| Average Household Size (persons) | 2008 | 2.43 | 2.29 | 2.46 | 2.50 | 2.37 | 2.17 |
| | 2000 | 2.43 | 2.30 | 2.47 | 2.52 | 2.36 | 2.18 |
| Total Housing Units | 2008 | 14,100 | 10,931 | 61,589 | 17,257 | 2,970 | 6,333 |
| | 2000 | 12,374 | 9,135 | 48,427 | 14,202 | 2,146 | 5,197 |

*Uncompahgre Resource Management Plan Revision and EIS*
Socioeconomic Baseline Assessment Report

BLM_0107652

**Table A-9** (continued)
**Study Area Household Characteristics**
**2000–2008 Comparison**

| | | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County |
|---|---|---|---|---|---|---|---|
| Housing Units Percent Change 2000–2008 | | 13.9% | 19.7% | 27.2% | 21.5% | 38.4% | 21.9% |
| Occupied Housing Units | 2008 | 12,617 | 6,228 | 57,092 | 16,238 | 1,975 | 3,567 |
| | 2000 | 11,058 | 5,649 | 45,823 | 13,043 | 1,576 | 3,015 |
| Vacant Housing Units | 2008 | 1,483 | 4,703 | 4,497 | 1,019 | 995 | 2,766 |
| | 2000 | 1,316 | 3,486 | 2,604 | 1,159 | 570 | 2,182 |

Source: US Census Bureau 2000, Colorado Division of Local Government, State Demography Office 2010

**Table A-10**
**Vacant Housing Unit Information (2000)**

| | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County |
|---|---|---|---|---|---|---|
| Total | 1,316 | 3,486 | 2,604 | 1,159 | 570 | 2,182 |
| For rent | 16.0% | 3.9% | 29.8% | 23.6% | 6.7% | 11.2% |
| For sale | 15.3% | 2.4% | 21.6% | 18.2% | 9.8% | 1.9% |
| Rented or sold, not occupied | 11.0% | 1.3% | 9.4% | 7.1% | 7.4% | 1.7% |
| For seasonal, recreational, or occasional use | 35.2% | 89.6% | 19.5% | 16.7% | 47.9% | 79.8% |
| For migrant workers | 2.6% | 0.1% | 0.7% | 0.9% | 0.2% | 0.0% |
| Other vacant (including foreclosures) | 20.0% | 2.7% | 19.0% | 33.4% | 28.1% | 5.3% |

Source: US Census Bureau 2000

**Table A-11**
**Study Area Income Distribution**

| Income (2008) | | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County |
|---|---|---|---|---|---|---|---|
| Median Household Income | 2008 | $40,994 | $43,621* | $51,930 | $51,659 | $59,725* | $61,074* |
| | 2000 | $32,785 | $36,916 | $35,864 | $35,234 | $42,019 | $48,514 |
| Per Capita Income | 2008 | $20,813 | NA | $26,580 | $24,298 | NA | NA |
| | 2000 | $17,152 | $21,407 | $18,715 | $17,158 | $24,335 | $35,329 |

BLM_0107653

**Table A-11** (continued)
**Study Area Income Distribution**

| Income (2008) | | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County |
|---|---|---|---|---|---|---|---|
| Persons Below | 2008 | 11.7% | 12.0%* | 10.2% | 11.1% | 7.6%* | 8.2%* |
| Poverty Level | 2000 | 12.1% | 15.0% | 19.5% | 12.6% | 7.2% | 10.4% |
| Families Below | 2008 | 9.8% | NA | 7.4% | 7.8% | NA | NA |
| Poverty Level | 2000 | 8.5% | 6.0% | 7.0% | 8.9% | 6.0% | 6.6% |

Source: US Census Bureau 2000, 2009
*model estimate
NA= data not available for this county
Data from 2000 census in 1999 dollars
Data from 2006–2008 estimates in 2008 dollars

**Table A-12**
**Study Area Labor and Non-labor Income (2007)**

| County | Personal Income Total (millions of $) | Labor income (net earnings) | | Non-labor income (including dividends, interest, rent, personal transfer receipts) | |
|---|---|---|---|---|---|
| | | Millions of $ | Percent of Personal Income Total | Millions of $ | Percent of Personal Income Total |
| Delta | 821 | 466 | 56.8% | 355 | 43.2% |
| Gunnison | 484 | 310 | 64.0% | 174 | 36.0% |
| Mesa | 4,503 | 2,942 | 65.3% | 1,561 | 34.7% |
| Montrose | 1,146 | 715 | 62.4% | 430 | 37.6% |
| Ouray | 183 | 98 | 53.7% | 85 | 46.3% |
| San Miguel | 373 | 232 | 62.2% | 140 | 37.8% |
| *Study Area Total* | *7,510* | *4,763* | *63.4%* | *2,746* | *36.6%* |
| *Colorado* | *199,483* | *143,723* | *72.0%* | *55,761* | *28.0%* |

Source: US Department of Commerce, Bureau of Economic Analysis 2009
Percentages do not add to 100% due to adjustments for social security, residence and other factors made by the BEA.

**Table A-13**
**Proprietor Income (2007)**

| Location | Earnings by Place of Work ($1000) | Wage and Salary Disbursements ($1000) | Supplements to Wages and Salary Disbursements ($1000) | Proprietors' income ($1000) | |
|---|---|---|---|---|---|
| | | | | Non Farm | Farm |
| Delta County | 399,467 | 284,228 | 66,582 | 57,029 | -8,372 |
| | | 71.2% | 16.7% | 14.3% | -2.1% |
| Gunnison County | 404,710 | 290,098 | 65,142 | 57,943 | -8,473 |
| | | 71.7% | 16.1% | 14.3% | -2.1% |

BLM_0107654

A. Study Area Demographic and Economic Data

**Table A-13** *(continued)*
**Proprietor Income (2007)**

| Location | Earnings by Place of Work ($1000) | Wage and Salary Disbursements ($1000) | Supplements to Wages and Salary Disbursements ($1000) | Proprietors' income ($1000) | |
|---|---|---|---|---|---|
| | | | | Non Farm | Farm |
| Mesa County | 3,169,811 | 2,374,509 | 500,614 | 293,041 | 1,647 |
| | | 74.9% | 15.8% | 9.2% | 0.1% |
| Montrose County | 807,769 | 526,060 | 115,883 | 169,531 | -3,705 |
| | | 65.1% | 14.3% | 21.0% | -0.5% |
| Ouray County | 83,138 | 53,497 | 11,448 | 21,346 | -3,153 |
| | | 64.3% | 13.8% | 25.7% | -3.8% |
| San Miguel County | 301,697 | 208,322 | 41,095 | 54,689 | -2,409 |
| | | 69.1% | 13.6% | 18.1% | -0.8% |
| Colorado | 159,490,031 | 110,857,632 | 24,441,883 | 24,022,620 | 167,896 |
| | | 69.5% | 15.3% | 15.1% | 0.1% |

Source: US Department of Commerce, Bureau of Economic Analysis 2009, Table CA 30
All state and local area dollar estimates are in current dollars (not adjusted for inflation).
Farm proprietors' income consists of the income that is received by the sole proprietorships and the partnerships that operate farms. It excludes the income that is received by corporate farms.

**Table A-14**
**Study Area Income Inflow and Outflow (2007)**

| Location | Outflow of Earnings ($1000) | Inflow of Earnings ($1000) |
|---|---|---|
| Delta County | $24,978 | $136,268 |
| Gunnison County | $66,971 | $13,198 |
| Mesa County | $60,190 | $191,344 |
| Montrose County | $78,836 | $67,397 |
| Ouray County | $26,035 | $34,354 |
| San Miguel County | $45,299 | $5,250 |

Source: Us Department of Commerce, Bureau of Economic Analysis 2009

**Table A-15**
**Study Area Employment Characteristics (2007)**

| Industry | County Employment Totals | | | | | |
|---|---|---|---|---|---|---|
| | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel |
| Farm employment | 1,408 | 311 | 1,998 | 1,383 | 87 | 120 |
| | 8.8% | 2.3% | 2.3% | 5.6% | 2.7% | 1.4% |
| Forestry, fishing, related activities | 356 | 72** | 299 | 386 | * | * |
| | 2.2% | .5% | .3% | 1.6% | * | * |

BLM_0107655

**Table A-15** (continued)
**Study Area Employment Characteristics (2007)**

| Industry | County Employment Totals | | | | | |
|---|---|---|---|---|---|---|
| | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel |
| Mining | 552 | 784+ | 3,425 | * | * | * |
| | 3.5% | 5.9% | 3.9% | * | * | * |
| Utilities | 72 | 66 | 234 | 226 | * | 15 |
| | 0.5% | 0.5% | 0.3% | 0.9% | * | .2% |
| Construction | 1,566 | 1,714 | 9,054 | 3,298 | 619 | 1,469 |
| | 9.8% | 12.8% | 10.4% | 13.5% | 18.8% | 16.9% |
| Manufacturing | 828 | 135 | 3,743 | 1,595 | 60 | 163 |
| | 5.2% | 1.0% | 4.3% | 6.5% | 1.8% | 1.9% |
| Wholesale trade | 356 | 91 | 2,768 | 613 | 33 | 49 |
| | 2.2% | .7% | 3.2% | 2.5% | 1.0% | .6% |
| Retail trade | 1,990 | 1,319 | 11,006 | 2,794 | 291 | 618 |
| | 12.5% | 9.9% | 12.6% | 11.4% | 8.9% | 7.1% |
| Transportation and warehousing | 195 | 184 | 3,239 | 797 | * | 76 |
| | 1.2% | 1.4% | 3.7% | 3.3% | * | .9% |
| Information | 198 | 130 | 1,147 | 280 | 41 | 159 |
| | 1.2% | 1.0% | 1.3% | 1.1% | 1.3% | 1.8% |
| Finance and insurance | 444 | 349 | 3,551 | 676 | 97 | 199 |
| | 2.8% | 2.6% | 4.1% | 2.8% | 3.0% | 2.3% |
| Real estate and rental and leasing | 836 | 1,164 | 4,717 | 1,384 | 302 | 1,180 |
| | 5.2% | 8.7% | 5.4% | 5.6% | 9.2% | 13.6% |
| Professional, scientific, and technical services | 679 | 676 | 4,286 | 1,203 | 204 | 544 |
| | 4.3% | 5.1% | 4.9% | 2.3% | 6.2% | 6.3% |
| Management of companies and enterprises | 43 | 15 | 134 | 40 | * | 39 |
| | 0.3% | 0.1% | 0.2% | .2% | * | 0.5% |
| Administrative and waste services | 646 | 458 | 4,649 | 992 | * | 352 |
| | 4.0% | 3.4% | 5.3% | 4.1% | * | 4.1% |
| Educational services | * | 229 | 608 | 121 | * | 121 |
| | * | 1.7% | 0.7% | 0.5% | * | 1.4% |
| Health care and social assistance | * | 445 | 9,921 | 2,062 | * | 258 |
| | * | 3.3% | 11.3% | 8.4% | * | 3.0% |
| Arts, entertainment, and recreation | 239 | 919 | 1,868 | 428 | 108 | 608 |
| | 1.5% | 6.9% | 2.1% | 1.8% | 3.3% | 7.0% |
| Accommodation and food services | 846 | 1,687 | 6,574 | 1,431 | 555 | 1,131 |
| | 5.3% | 12.6% | 7.5% | 5.8% | 16.9% | 13.0% |
| Other services, except public administration | 991 | 749 | 4,885 | 1,572 | 171 | 519 |
| | 6.2% | 5.6% | 5.6% | 6.4% | 5.2% | 6.0% |
| Government and government enterprises | 2461 | 1,847 | 9,374 | 3,041 | 374 | 839 |
| | 15.4% | 13.8% | 10.7% | 12.4% | 11.4% | 9.7% |
| **Total Employment** | **15,983** | **13,361** | **87,453** | **24,517** | **3,287** | **8,674** |

Source: US Department of Commerce, Bureau of Economic Analysis 2009
*Disclosure suppression of data, total employment for counties reflects BEA estimate of this number
**Data from 2005, 2007 data suppressed
+Data from 2006, 2007 data suppressed

BLM_0107656

**Note for Figures A-1 to A-6**
Source: Headwaters Economics 2010. Graphs represent US Bureau of Economic Analysis SIC data. Note that BEA switched to a different classification system (NAICS) system in 2001. Services and Professional includes: Transportation and Public Utilities, Wholesale trade, Retail trade, Finance Insurance and

**Figure A-1**
**Employment Characteristics**
**Long term trends for Delta County**
**1970–2000**

**Figure A-2**
**Employment Characteristics**
**Long term trends for Gunnison County**
**1970–2000**



BLM_0107657

A. Study Area Demographic and Economic Data



**Figure A-3**
**Employment Characteristics**
**Long term trends for Mesa County**
**1970–2000**

**Figure A-4**
**Employment Characteristics**
**Long term trends for Montrose County**
**1970–2000**

BLM_0107658

**Figure A-5**
**Employment Characteristics**
**Long term trends for Ouray County**
**1970–2000**

**Figure A-6**
**Employment Characteristics**
**Long term trends for San Miguel County**
**1970–2000**

A. Study Area Demographic and Economic Data

### Table A-16
### Average Annual Wage (2008)

| County/State | Average Annual Wage |
|---|---|
| Delta County | $30,079 |
| Gunnison County | $31,180 |
| Mesa County | $32,418 |
| Montrose County | $39,246 |
| Ouray County | $30,452 |
| San Miguel County | $38,475 |
| Colorado | $46,614 |

Source: US Bureau of Labor Statistics 2010b

### Table A-17
### Study Area Unemployment Levels by County
### Not Seasonally Adjusted

| Year | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel |
|---|---|---|---|---|---|---|
| 1990 | 7.0% | 7.3% | 5.9% | 6.3% | 9.7% | 5.1% |
| 1995 | 5.9% | 6.1% | 5.3% | 5.6% | 4.9% | 4.0% |
| 2000 | 3.7% | 2.7 % | 3.3% | 3.7% | 2.6% | 3.0% |
| 2005 | 5.1% | 4.0% | 5.0% | 4.8% | 3.5% | 4.3% |
| 2006 | 4.1% | 3.2% | 4.0% | 4.1% | 3.2% | 3.5% |
| 2007 | 3.4% | 2.9% | 3.3% | 3.7% | 3.0% | 3.2% |
| 2008 | 4.4% | 3.6% | 3.9% | 5.0% | 3.7% | 4.0% |
| 2009* | 6.6% | 5.0% | 8.1% | 8.2% | 5.4% | 6.1% |

Source: US DOC BLS. 2010a
* Preliminary data, through November 2009

### Table A-18
### Study Area Agricultural Data

| Data | Delta | Gunnison | Mesa | Montrose | Ouray | San Miguel | Total Study Area | Colorado |
|---|---|---|---|---|---|---|---|---|
| Number of farms | 1,294 | 217 | 1,767 | 1,045 | 105 | 123 | 4,551 | 4,551 |
| Acreage in farms | 252,530 | 173,679 | 372,511 | 321,056 | 93,839 | 150,947 | 1,364,562 | 1,364,562 |
| Market value of agricultural products sold ($1,000) | 46,800 | 10,731 | 61,230 | 67,160 | 613 | 3,350 | 189,884 | 76,743 |
| Livestock poultry and products ($1,000) | 26,642 | 8,927 | 30,969 | 43,908 | 2,991 | 2,696 | 116,133 | 37,054 |
| Crops including nursery and greenhouse crops ($1,000) | 20,158 | 1,804 | 30,262 | 23,252 | 613 | 654 | 76,743 | 4,551 |

Source: US Department of Agriculture, National Agricultural Statistical Service 2007

BLM_0107660

**Table A-19**
**Study Area Population by Race/Ethnicity (2008 estimate)**

| Population | Delta County | Gunnison County | Mesa County | Montrose County | Ouray County | San Miguel County | Study Area Total | Colorado |
|---|---|---|---|---|---|---|---|---|
| Hispanic or Latino ethnicity of any race | 4229 | 982 | 17,606 | 7,198 | 236 | 685 | 30936 | 997062 |
| | 13.5% | 6.4% | 13.8% | 21.2% | 5.7% | 9.0% | 12.6% | 20.2% |
| **Not Hispanic or Latino, by Race** | | | | | | | | |
| White | 26,239 | 14,751 | 122,470 | 39,376 | 4,252 | 7,391 | 214,479 | 3,506,772 |
| | 83.5% | 90.2% | 79.3% | 79.3% | 91.8% | 88.2% | 87.3% | 71.0% |
| Black or African American | 229 | 148 | 1,591 | 291 | 3 | 21 | 2283 | 187,959 |
| | 0.7% | 1.0% | 0.7% | 0.7% | 0.1% | 0.1% | 0.9% | 3.8% |
| American Indian or Alaskan Native | 471 | 216 | 2,044 | 702 | 99 | 100 | 3,632 | 36,957 |
| | 1.5% | 1.4% | 1.7% | 1.7% | 2.1% | 1.1% | 1.5% | 0.8% |
| Asian | 225 | 152 | 1,410 | 327 | 15 | 121 | 2,250 | 125,778 |
| | 0.7% | 1.0% | 0.8% | 0.8% | 0.3% | 1.2% | 0.9% | 2.6% |
| Native Hawaiian and Other Pacific Islander | 17 | 5 | 255 | 20 | 2 | 6 | 305 | 5,040 |
| | 0.1% | 0.0% | 0.1% | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% |

Source: US Census Bureau 2008
Note: The sum of the five race groups adds to more than the total population because individuals may report more than one race.

BLM_0107661

This page intentionally left blank.

BLM_0107662

# Appendix B
## Economic Workshop Records

BLM_0107663

This page intentionally left blank.

BLM_0107664

# APPENDIX B
# ECONOMIC WORKSHOP RECORDS

**ECONOMIC STRATEGY WORKSHOP ATTENDEES**

**DELTA WORKSHOP NOTES**
**DELTA COMMUNITY POTENTIAL EVALUATION**

**HOTCHKISS WORKSHOP NOTES**
**HOTCHKISS COMMUNITY POTENTIAL EVALUATION**

**MONTROSE WORKSHOP NOTES**
**MONTROSE COMMUNITY POTENTIAL EVALUATION**

**NATURITA WORKSHOP NOTES**
**NATURITA COMMUNITY POTENTIAL EVALUATION**

**NORWOOD WORKSHOP NOTES**
**NORWOOD COMMUNITY POTENTIAL EVALUATION**

**RIDGWAY WORKSHOP NOTES**
**RIDGWAY COMMUNITY POTENTIAL EVALUATION**

BLM_0107665

**Table B-1**
**Economic Strategy Workshop Attendees**

| Last Name | First Name | Affiliation |
|---|---|---|
| **Montrose, CO, March 9, 2010** | | |
| Bagnara | Kristine | City of Montrose Planning Commission |
| Baker | Gary | City of Montrose |
| Baldus | John | |
| Carter | Sue | Nuvemco |
| Ellis | Gary | Montrose County |
| Files | Ralph | |
| Free | Jim | |
| Fyock | Lee | Gunnison Energy Corporation |
| Garver | Gary | City of Montrose |
| Goldman | Andy | City of Montrose |
| Hanson | Jim | |
| Harold | Scott | City of Olathe |
| Henderson | Ronald | |
| Jensen | Kerwin | City of Montrose |
| Kinsey | Lana | Montrose County Planning Commission |
| Lutner | Linda | San Miguel County |
| Murphy | Dennis | Montrose County Planning Commission |
| Randall Parker | Tammy | US Forest Service |
| Reams | John | Western Small Miners Association |
| Robinsong | Andrea | |
| Sanford | Eric | SG |
| Scuderi | Kristin | Montrose County |
| Smith | Jesse | Montrose County |
| Sondergard | Jedd | |
| Sopsic | Jenni | Montrose Association of Commerce and Tourism |
| Swowda | Willie | |
| Trounce | Wayne | City of Olathe |
| White | David | Montrose County |
| White | Steve | Montrose County |
| Wilson | Brian | Montrose County |
| **Delta, CO, March 10, 2010** | | |
| Austin | Jim | |
| Axchly | Doug | |
| Bentley | Roger | |
| Cedarberg | Nelson | |
| Disner | Dick | Delta County Planning |
| Ewing | Collin | United Stated Department of the Interior, Fish and Wildlife Service |
| Hepler | Kelli | Delta County Tourism |
| Hirschfeld | Con | |
| Johnson | Bob | |
| Means | Pat | Town of Cedaredge |
| Meier | Mitch | Town of Cedaredge |
| Rogers | Missy | |
| Simonson | Kaye | Mesa County Planning |

BLM_0107666

**Table B-1** *(continued)*
**Economic Strategy Workshop Attendees**

| Last Name | First Name | Affiliation |
|---|---|---|
| Sorenson | Brian | |
| Sowell | Erick | Delta County Planning |
| Varley | David | Orchard City |
| Wilson | Mike | |
| **Hotchkiss, CO, March 10, 2010** | | |
| Allen | Ross | |
| Burritt | Brad | Western Slope Environmental Resource Council |
| Carter | Sue | Nuvemco |
| Crank | Bill | North Fork River Improvement Association |
| Crank | Gloria | North Fork Chamber of Commerce |
| Hansen | Susan | |
| Kooniz | Wendell | |
| LeValley | Robbie | Permittee in Hotchkiss |
| Debra | Littlefield | |
| Marlin | Littlefield | |
| Maki | Sheila | Town of Hotchkiss |
| Nicholoff | Robin | |
| Owens | Mike | Town of Hotchkiss |
| Prendergast | Tony | Town of Paonia |
| Welt | Kathy | Resource Advisory Council |
| Wiitanen | Monica | Delta County Planning Commission |
| **Ridgway, CO, March 16, 2010** | | |
| Clifton | Greg | Town of Ridgway |
| Crane | Kelly | |
| May | Joan | San Miguel County |
| McIntosh | Sue | |
| Meinert | Keith | Ouray County |
| Padgett | Lynn | Ouray County |
| Page | Ed | Colorado State University Extension |
| Reichard | Gordon | |
| Risch | Bob | |
| Sparks | Greg | |
| Steele | Bill | Public Lands Partnership |
| Stephenson | Jim | |
| Szilagyi | Paul | Nuvemco |
| Williams | Dee | |
| Willits | Pat | |
| **Naturita, CO, March 17, 2010** | | |
| Craig | Richard | Town of Nucla |
| Daniels | Chris | Nucla-Naturita Area Chamber of Commerce |
| Henson | Yvette | Colorado State University Extension |
| Lear | Debra | Town of Naturita |
| Pierce | Christina | Town of Nucla |
| Reams | Dianna | Western Small Miners Association |
| Sonnenberg | Jeff | Town of Nucla |

*Uncompahgre Resource Management Plan Revision and EIS*
Socioeconomic Baseline Assessment Report

BLM_0107667

**Table B-1** *(continued)*
**Economic Strategy Workshop Attendees**

| Last Name | First Name | Affiliation |
|-----------|-----------|-------------|
| Szilagyi | Paul | Nuvemco |
| Warner | Marty | |
| **Norwood, CO, March 17, 2010** | | |
| Bray | Lance | Bray Ranches |
| Bray | Zandon | Bray Ranches |
| Reagan | Joe | Town of Norwood |

BLM_0107668



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
## ECONOMIC WORKSHOPS

Delta, Colorado – Wednesday, March 10 (9:00 AM – 12:00 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1. Welcome

2. Introductions and Logistics

| **Workshop Attendees** | | |
|---|---|---|
| Barbara | Sharrow | BLM Uncompahgre Field Office (UFO), Field Office Manager |
| Bruce | Krickbaum | Planning & Environmental Coordinator and RMP project lead |
| Bill | Bottomly | West Slope Mediation and Facilitation, LLC |
| Zoe | Ghali | Environmental Management and Planning Solutions, Inc. (EMPSi) |
| John | Martin | Martin Economics |
| Jim | Austin | |
| Doug | Axchly | |
| Roger | Bentley | |
| Nelson | Cedarberg | |
| Dick | Disner | Delta County Planning |
| Collin | Ewing | US Fish and Wildlife Service |
| Kelli | Hepler | Delta County Tourism |
| Con | Hirschfeld | |
| Bob | Johnson | |
| Pat | Means | Town of Cedaredge |
| Mitch | Meier | Town of Cedaredge |
| Missy | Rogers | |
| Kaye | Simonson | Mesa County Planning |
| Brian | Sorenson | |
| Erick | Sowell | Delta County Planning |
| David | Varley | Orchard City |
| Mike | Wilson | |

BLM_0107669

3.  Community Economic Profile
    - How communities function
      *The static rain barrel model was presented as a model of a simple economy. In this model, water represents economic prosperity. Leakages out of the local economy occur due to purchasing goods outside of the area or when high school graduates leave the area. Input can occur when people bring investment income, transfer receipts, or income from other sources to the area. The key to economic prosperity locally is to retain or capture as many dollars as possible in the local economy.*

    - Snapshot of the data and identification of data sources
      *Data were provided for study area socioeconomic conditions by county. Sources of data include that from the Headwaters Economic Profile System,, US Census Bureau, Colorado State Demography Office, and other local sources. Data were presented for population and future population projection, age of population, and racial and ethnic background of residents. Information on employment sectors, long-term employment trends, unemployment numbers, and commuting was also provided. Income, poverty, and housing affordability were also discussed. Natural resource economic data for the area, including agricultural and oil and gas production data were presented. BLM land ownership and specific contributions to the local economy, such as receipts from coal, were discussed. Refer to the economic workshop Microsoft PowerPoint presentation for additional details.*

    - Review of the data

    - Community feedback on the data
      - ✓ *People who work in Delta may commute to Grand Junction or Montrose, and others may commute to Gunnison for coal-related jobs.*
      - ✓ *Participant question: How is seasonal movement accounted for, for example the migrant worker population? Response John Martin (Martin Economics): Housing data represents a static point in time; therefore, people who move seasonally would have been counted at their residence at the time of the Census.*
      - ✓ *Major crops: Corn and organic crops bring in money; there are also some wineries in the North Fork Valley.*
      - ✓ *Oil: A participant recommended checking the data source to see if data is in barrels or thousands of barrels.*
      - ✓ *Why is the government getting bigger? Services, schools, etc. grow as communities grow. Government may grow to 25% of national gross domestic product as opposed to 18% or so previously.*

4.  Overview of Community Assessment Results
    *Bill Bottomly provided an overview of community assessment report and referred participants to the project web site ([www.uformp.com](www.uformp.com)) for further information.*

5.  Group Discussions
    - How do you perceive your community?
    - What do you want your community to be?
    - Break into groups and complete community potential evaluation

6.  Summary of Group Discussions and Community Potential Evaluation'

---

BLM_0107670

*Refer to the community potential evaluation forms for more details. Comments on the forms include the following:*

- ✓ *Please continue to allow resource use (forest products, coal, uranium). We do not want to see resources locked up.*
- ✓ *Renewable resources include hydropower, solar, and self-sustaining coal plants by re-burning methane produced.*
- ✓ *Environmental Restoration: The importance of cutting aspen with sudden aspen death in order to maintain the local aspen population was discussed. Aspen represent an important tourist draw.*
- ✓ *Business recruitment: There is a problem with people/businesses recruited into the area then leaving when not successful.*
- ✓ *Destination tourism: Wineries play a role because tourist come into the area, eat local food, etc. Cultural tourism includes Fort Uncompahrge.*
- ✓ *Transportation: This is important in Montrose, which is the hub. It is less important for Delta, as it is between Grand Junction and Montrose, but it may be increasing in importance due to lack of strict building codes or zoning regulations.*
- ✓ *Health care: Montrose is the hub, but medical facilities are also located in Delta.*
- ✓ *Attract/retain government offices: This can bring extra wealth to the community. It often represents the only source of stable income in the community, as opposed to boom and bust cycles in the oil and gas industry, for example. Others do not think the amount of money that the employees bring into the community offsets the taxes paid.*

7. How does the BLM fit in with your community?
   - ✓ *Barbara Sharrow (BLM) discussed the BLM role in business expansion, particularly for recreation-related business such as outfitters, river recreation, etc.*
   - ✓ *Some participants are concerned with use of public land infringing on private land (i.e., if a river runs through private land, use of river would impact private land).*
   - ✓ *One participant says that we can do without the BLM in the community. Others say that people are brought here for the public lands.*
   - ✓ *Barbara Sharrow (BLM ) response: In 1976 Congress decided that it was important that public lands be retained and managed. Therefore, the land use plan is important for the local communities.*
- How does the use of public land fit into community objectives?
   - ✓ *Participants feel that private and US Forest Service lands play a larger role in Delta than BLM lands do.*
   - ✓ *Barbara Sharrow (BLM) discussed the potential link between recreation on BLM lands and local retailers.*
- What can BLM do to partner with your community (county, etc.) to reach its potential?
   - ✓ *User fees should not be allowed on BLM land because fees are already paid via taxes.*
   - ✓ *Many people in the workshop do not want to see government grow and would like to see BLM managed without higher fees. Workshop participants feel strongly about government being too big. They suggest that the US Forest Service and BLM be combined and still have enforcement.*
   - ✓ *Does the BLM need to enhance opportunities in the local area?*

8. Summary of Workshop and Questions of BLM Representative(s)

9. Complete Workshop Evaluation

BLM_0107671

10. What Is Next and Project Contacts
- Project website: [www.uformp.com](www.uformp.com)
- Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

BLM_0107672

## COMMUNITY POTENTIAL EVALUATION

### What do attendees want your community to be in the future?

Workshop participants ranked each item listed below as High (3), Medium (2), or Low (1) in importance for future of their local community economy. This activity was done first individually by attendees, second within small groups to facilitate discussion, and lastly by averaging across all groups. Community for this exercise was defined as location of residence or employment. All groups at this workshop represented Delta County. Results for the community potential evaluations of groups were discussed, and comments are included in workshop notes. This form represents the results for groups at this workshop and an average for the communities represented. Overall results are discussed in **Chapter 4**, Socioeconomic Workshops.

Communities A, B, and C: Individuals are from Delta County

|  | Group | | | Community |
|---|---|---|---|---|
|  | **A** | **B** | **C** | **Delta County average** |
| Agriculture | 3 | 3 | 3 | 3.0 |
| Forest Products | 2 | 2 | 3 | 2.3 |
| Mining – Coal | 3 | 3 | 3 | 3.0 |
| Mining – Uranium | 1 | 2 | 1 | 1.3 |
| Mining – Hard Rock/Minerals | 2 | 2 | 1 | 1.7 |
| Energy – Oil and Gas | 1 | 2 | 2 | 1.7 |
| Energy – Renewable | 2 | 2 | 3 | 2.3 |
| Environmental Restoration | 2 | 1 | 2 | 1.7 |
| Business Retention/Expansion | 3 | 3 | 1 | 2.3 |
| Local Retail Industry | 3 | 3 | 1 | 2.3 |
| Entrepreneurship Development | 3 | 3 | 3 | 3.0 |
| Business Recruitment | 1 | 2 | 3 | 2.0 |
| Local/Regional Tourism | 3 | 3 | 3 | 3.0 |
| Pass-through Visitor Services | 3 | 2 | 2 | 2.3 |
| Destination Tourism | 2 | 2+ | 2 | 1.3 |
| Cultural Tourism | 3 | 2 | 3 | 2.7 |
| Transportation Hub/Warehousing | 1 | 1 | 3 | 1.7 |
| Attracting Retirees | 2 | 2 | 2 | 2.0 |
| Attracting Lone Eagles (telecommuters or sole proprietors) | 2 | 2 | 3 | 2.3 |
| Telecommunications Business | 2 | 2 | 1 | 1.7 |
| Health Care | 3 | 3 | 3 | 3.0 |

BLM_0107673

| | | | | |
|---|---|---|---|---|
| Bedroom Community | 1 | 2 | 1 | 1.3 |
| Attract/Retain Government Offices | 3 | 2 | 1 | 2.0 |

BLM_0107674



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
## UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS**

Hotchkiss, Colorado – Wednesday, March 10, 2010 (2:00 – 5:00 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1.  Welcome

2.  Introductions and Logistics

| Workshop Attendees | | |
|---|---|---|
| Bruce | Krickbaum | BLM Uncompahgre Field Office (UFO), Planning & Environmental Coordinator and RMP project lead |
| Bill | Bottomly | West Slope Mediation and Facilitation, LLC |
| Zoe | Ghali | Environmental Management and Planning Solutions, Inc. (EMPSi) |
| John | Martin | Martin Economics |
| Ross | Allen | |
| Brad | Burritt | Western Slope Environmental Resource Council |
| Sue | Carter | Nuvemco |
| Bill | Crank | North Fork River Improvement Association |
| Gloria | Crank | North Fork Chamber of Commerce |
| Susan | Hansen | |
| Wendell | Kooniz | |
| Robbie | LeValley | Permittee in Hotchkiss |
| Littlefield | Debra | |
| Littlefield | Marlin | |
| Sheila | Maki | Town of Hotchkiss |
| Robin | Nicholoff | |
| Mike | Owens | Town of Hotchkiss |
| Tony | Prendergast | Town of Paonia |
| Kathy | Welt | Resource Advisory Council |
| Monica | Wiitanen | Delta County Planning Commission |

3.  Community Economic Profile
    - How communities function

*The static rain barrel model was presented as a model of a simple economy. In this model, water represents economic prosperity. Leakages out of the local economy occur due to purchasing goods outside of the area or when high school graduates leave the area. Input can occur when people bring investment income, transfer receipts, or income from other sources to the area. The key to economic prosperity locally is to retain or capture as many dollars as possible in the local economy.*

- Snapshot of the data and identification of data sources
  *Data were provided for study area socioeconomic conditions by county. Sources of data include that from the Headwaters Economic Profile System, US Census Bureau, Colorado State Demography Office, and other local sources. Data were presented for population and future population projection, age of population, and racial and ethnic background of residents. Information on employment sectors, long-term employment trends, unemployment numbers, and commuting was also provided. Income, poverty, and housing affordability were also discussed. Natural resource economic data for the area, including agricultural and oil and gas production data were presented. BLM land ownership and specific contributions to the local economy, such as receipts from coal, were discussed. Refer to the economic workshop Microsoft PowerPoint presentation for additional details.*

- Review of the data

- Community feedback on the data
  - ✓ *Participant question: How is the location of where people live reflected in employment data? Response John Martin (Martin Economics): Employment data show where people work only. Look at commuting data for a reflection of where people live in relation to work.*
  - ✓ *A few seasonal vendors live in Delta and take wares to Crested Butte in the summer.*
  - ✓ *Participant question: Is all agriculture income non-labor?*
    *Response John Martin (Martin Economics): If you have your own ranch, yes; but any laborer's wages would be counted as labor income.*
  - ✓ *Some participants feel that per capita income seems low for Delta County.*
  - ✓ *Housing: Does vacancy information  includes rental properties? How about second homes?*
  - ✓ *Nucla and Powderhorn are possible coal mines on private lands.*
  - ✓ *Participant question: Where do fees for gold panning fall in terms of BLM receipts? There is a $175 annual fee to initiate, as well as a maintenance fee. Look into where these fees are included.*
  - ✓ *Payments in Lieu of Taxes: Can the BLM find more info on how this  is calculated and the role of severance taxes? This would be important for some counties, in particular, Mesa County.*
  - ✓ *Participant comment on planning units: The line between planning  units 1 an 2 may not be in the right place. All of the North Fork Valley should be in same unit. It is thought of as one social/economic unit that works with the three local chambers of commerce (Crawford, Paonia, and Hotchkiss). The current planning unit line spits Hotchkiss and Paonia. Suggest that the BLM moves the line to south to so that all three communities are in the same planning unit.*

4. Overview of Community Assessment Results
   *Bill Bottomly provided an overview of community assessment report and referred participants to the project web site (www.uformp.com) for further information.*

5. Group Discussions
- How do you perceive your community?
- What do you want your community to be?
    Break into groups and complete community potential evaluation
    *The focus of the small group discussions was the North Fork Valley.*

6. Summary of Group Discussions and Community Potential Evaluation
    *Refer to the community potential evaluation forms for group summaries. Specific comments from the forms and discussion by the participants are as follows:*

- ✓ *Forestry products were rated lower by one group because they do not want to see clear cutting in the area.*
- ✓ *Coal: One group rated this 2.5 due to an uncertainty about coal mine existence in the future, as the resource may be deleted or new regulations may limit use.*
- ✓ *Uranium: This was rated higher primarily due to the west end of Montrose County.*
- ✓ *Hard rock: Some groups included sand and gravel in hard rock and others did not. This point should be clarified on the evaluation forms.*
- ✓ *Oil and Gas: Groups rated this area lower because they do not want the community overrun by energy development. They are concerned about boom and bust cycles.*
- ✓ *Renewable: Hydropower, biomass, and solar were discussed. Bruce Krickbaum (BLM) comment: Less than 50 acres in the planning area are rated suitable for wind power development.*
- ✓ *Environmental restoration: There is a difference between restoration (pick a point in time and restore to that condition) and reclamation (not to the same level; not ecology focused). Participants considered this more from a natural resource perspective than an economic perspective. The North Fork Valley is economically and socially dependant on healthy lands.*
- ✓ *Role of BLM in retail/business: Some resources on BLM land are well suited for entrepreneurs, for example wood for woodworking. There is a small amount of pine nut gathering.*
- ✓ *Tourism: The majority of tourism is passing through. There is not that much to do in the local area. Hunting and fishing are the main reasons for destination tourism in the area. Cultural tourism has potential in the form of ranching and mine tours (heritage tourism).*
- ✓ *Retirees: Participants feel that they do not need more retirees in the area. The problem with retirees is medical issues. Health care is in Delta and Montrose, not in the North Fork Valley. Retirees are already here, and we do not need to attract more.*
- ✓ *Lone eagles: Ranchers and farmers were defined as sole proprietors here, which influenced the high rating for this category. One small group had business owners as participants; they think that if they can do it, then others should also have the opportunity.*
- ✓ *Health care: One group thinks that it is important but not something that the area should work on.*
- ✓ *Government: Local government, a county annex, and a US Forest Service office in Paonia were considered in the high ranking. This is an important part of the local economy.*
- ✓ *Added categories:*
    *– Cottage industry: Delta County has several industries in people's homes. Some could employ additional people. It is often a transition industry when trying out a new business.*
    *– Ecosystem maintenance: Public lands provide environmental maintenance (e.g., clean air and water). Ecosystem maintaince examines management of the whole ecosystem rather than single species management. BLM's role in ecosystem maintenance is to monitor the*

BLM_0107677

*health of the land at the landscape level . BLM should consider the effectiveness of the Endangered Species Act (ie. managing at the species level) as compared to managing at the ecosystem level.*

7.  How does the BLM fit in with your community?
    *   How does the use of public land fit into community objectives?
        ✓   *Public lands are very important for the local community.*

    *   What can BLM do to partner with your community (county, etc.) to reach its potential?
        ✓   *Renewable energy development is an important area in which partnerships could be formed.*
        ✓   *Livestock grazing probably impacts a larger amount of acres than any other single industry in the areas. In the past the BLM has gone to great lengths to work with agriculture industry to determine the future impacts etc. This seems to have changed recently as livestock grazing has taken a second seat to recreational use. This is a conflict with these issues in some cases. All has to be continually discussed and considered in the planning process. Consider ways that both uses can be allowed but hot conflicting with each other*
        ✓   *Suggestion- BLM need to keep coming to the table, participating in local meeting of local government as well as interest groups. One participant suggest that BLM attend quarterly meetings of local communities.*

        <u>Other information sources:</u>
        ✓   *Study of US Forest Service and BLM allotments looked at the number of acres of private land held plus leased land, which totals 50%. This was done by Colorado State University and the US Forest Service during the Grand Mesa, Uncompahgre, and Gunnison National Forests' planning process in 2002 and 2005. A workshop participant committed to emailing this study to the BLM.*
        ✓   *The IMPLAN model as applied to socioeconomic modeling does not consider non-economic values. See the study "Ecosystem Services – their value and use in public land planning," which was provided by a workshop participant.*
        ✓   *Participant comment: If IMPLAN is used, then information would need to be regionalized (for example, no automobile production here). Most models use secondary data due to cost and complications of doing a primary study. Does IMPLAN account for negative influences of any actions (e.g., pollution from a coal mine)? If not, then BLM should use a different source or supplement information obtained with models.*

8.  Summary of Workshop and Questions of BLM Representative(s)

9.  Complete Workshop Evaluation

10. What Is Next and Project Contacts
    *   Project website: [www.uformp.com](www.uformp.com)
    *   Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

BLM_0107678

## COMMUNITY POTENTIAL EVALUATION

### What do attendees want your community to be in the future?

Workshop participants ranked each item listed below as High (3), Medium (2), or Low (1) in importance for future of their local community economy. This activity was done first individually by attendees, second within small groups to facilitate discussion, and lastly by averaging across all groups. Community for this exercise was defined as location of residence or employment. All groups at this workshop represented the North Fork Valley in Delta County. Results for the community potential evaluations of groups were discussed, and comments are included in workshop notes. This form represents the results for groups at this workshop and an average for the communities represented. Overall results are discussed in **Chapter 4**, Socioeconomic Workshops.

Groups A, B, and C: Individuals are from the North Fork Valley (Hotchkiss/Paonia)

|  | Group | | | Community |
|---|---|---|---|---|
|  | A | B | C | North Fork Valley average |
| Agriculture | 3 | 3 | 3 | 3.0 |
| Forest Products | 3 | 3 | 2 | 2.7 |
| Mining – Coal | 3 | 3 | 2.5 | 2.8 |
| Mining – Uranium | 1 | 1.5 | 1 | 1.2 |
| Mining – Hard Rock/Minerals | 2 | 1 | 1 | 1.3 |
| Energy – Oil and Gas | 2 | 2 | 1.5 | 1.8 |
| Energy – Renewable | 2 | 3 | 3 | 2.7 |
| Environmental Restoration | 2 | 3 | 3 | 2.7 |
| Business Retention/Expansion | 3 | 3 | 3 | 3.0 |
| Local Retail Industry | 3 | 3 | 3 | 3.0 |
| Entrepreneurship Development | 3 | 2 | 2 | 2.3 |
| Business Recruitment | 2 | 2 | 2 | 2.0 |
| Local/Regional Tourism | 3 | 2 | 3 | 2.7 |
| Pass-through Visitor Services | 2 | 2 | 3 | 2.3 |
| Destination Tourism | 2 | 2 | 2 | 2.0 |
| Cultural Tourism | 3 | 2 | 2 | 2.3 |
| Transportation Hub/Warehousing | 1 | 1 | 1 | 1.0 |
| Attracting Retirees | 1 | 2 | 2 | 1.7 |
| Attracting Lone Eagles (telecommuters or sole proprietors) | 3 | 2 | 3 | 2.7 |
| Telecommunications Business | 2 | 2 | 2 | 2.0 |

BLM_0107679

| | | | | |
|---|---|---|---|---|
| Health Care | 3 | 3 | 2 | 2.7 |
| Bedroom Community | I | I | I | I.0 |
| Attract/Retain Government Offices | 3 | 2 | 3 | 2.7 |
| Other: Cottage Industry | 3 | | | 3 |
| Other: Sand/Gravel | | | 2 | 2 |
| Other: Ecosystem Maintenance | | 3 | | 3 |

BLM_0107680

 

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT

UNCOMPAHGRE FIELD OFFICE

## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS

Montrose, Colorado – Tuesday, March 9, 2010 (1:30–4:30 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1. Welcome

2. Introductions and Logistics

> *Barbara Sharrow (BLM) Provided intro to socioeconomics workshops: This workshop represents a new method of public involvement to aid in socioeconomic data gathering  and assist in the RMP  planning process*

> *John Martin (Martin Economics, workshop facilitator) John provided overview and agenda.*

## Workshop Attendees

| | | |
|---|---|---|
| Barbara | Sharrow | BLM Uncompahgre Field Office (UFO), Field Office Manager |
| Bruce | Krickbaum | Planning & Environmental Coordinator and RMP project lead |
| Bill | Bottomly | West Slope Mediation and Facilitation, LLC |
| Zoe | Ghali | Environmental Management and Planning Solutions, Inc. (EMPSi) |
| John | Martin | Martin Economics |
| Kristine | Bagnara | City of Montrose Planning Commission |
| Gary | Baker | City of Montrose |
| John | Baldus | |
| Sue | Carter | Nuvemco |
| Gary | Ellis | Montrose County |
| Ralph | Files | |
| Jim | Free | |
| Lee | Fyock | Gunnison Energy Corporation |
| Gary | Garver | City of Montrose |
| Andy | Goldman | City of Montrose |
| Jim | Hanson | |
| Scott | Harold | City of Olathe |

BLM_0107681

| Ronald | Henderson | |
| Kerwin | Jensen | City of Montrose |
| Lana | Kinsey | Montrose County Planning Commission |
| Linda | Lutner | San Miguel County |
| Dennis | Murphy | Montrose County Planning Commission |
| Tammy | Randall Parker | US Forest Service |
| John | Reams | Western Small Miners Association |
| Andrea | Robinsong | |
| Eric | Sanford | SG |
| Kristin | Scuderi | Montrose County |
| Jesse | Smith | Montrose County |
| Jedd | Sondergard | |
| Jenni | Sopsic | Montrose Association of Commerce and Tourism |
| Willie | Swowda | COA |
| Wayne | Trounce | City of Olathe |
| David | White | Montrose County |
| Steve | White | Montrose County |
| Brian | Wilson | Montrose County |

3. Community Economic Profile
- How communities function

  *The static rain barrel model was presented as a model of a simple economy. In this model, water represents economic prosperity. Leakages out of the local economy occur due to purchasing goods outside of the area or when high school graduates leave the area. Input can occur when people bring investment income, transfer receipts, or income from other sources to the area. The key to economic prosperity locally is to retain or capture as many dollars as possible in the local economy.*

- Snapshot of the data and identification of data sources

  *Data were provided for study area socioeconomic conditions by county. Sources of data include that from the Headwaters Economic Profile System, US Census Bureau, Colorado State Demography Office, and other local sources. Data were presented for population and future population projection, age of population, and racial and ethnic background of residents. Information on employment sectors, long-term employment trends, unemployment numbers, and commuting was also provided. Income, poverty, and housing affordability were also discussed. Natural resource economic data for the area, including agricultural and oil and gas production data were presented. BLM land ownership and specific contributions to the local economy, such as receipts from coal, were discussed. Some highlights of the data are included below. Refer to the economic workshop Microsoft PowerPoint presentation for additional details.*

  ✓ *Population: There was little growth in the population from 1980 to 1990 and has been much more growth from the 1990s to present day. This has been due in part to in-migration and natural resources extraction.*

  ✓ *Age: Most counties in the area are populated by older (older average age) residents than the rest of the state.*

  ✓ *Ethnicity/Origin: Mesa and Montrose Counties are more diverse. The significant minority group is Hispanic/Latino.*

  ✓ *Major industries include government, construction, transportation, and agriculture for some counties.*

  ✓ *Unemployment: The rate is lower than the national average.*

BLM_0107682

✓ *Location of work to residence: Delta and Ouray have the highest commuting rates.*
✓ *Income: There is labor and non-labor income. High non-labor income is prevalent in Delta and Ouray Counties. This may be due to the high numbers of entrepreneurs and retirees.*
✓ *Per capita income: Other than Ouray and San Miguel Counties, per capita income is about 85% of the national average. Ouray and San Miguel Counties are above the state average.*
✓ *Household income needed to buy a house: This is increasing, especially in certain counties. There is a high vacancy rate in San Miguel and Gunnison Counties because of investment properties.*
✓ *Natural resources:*
   *– Agriculture: Delta, Mesa, and Montrose Counties are higher.*
   *– Coal: There is a coal plant in Montrose County that is not shown because it is not on BLM land.*

4. Overview of Community Assessment Results
*Bill Bottomly provided an overview of community assessment report and referred participants to the project web site (www.uformp.com) for further information.*

5. Group Discussions
   • How do you perceive your community?
   • What do you want your community to be?
   • Break into groups and complete community potential evaluation
   *The boundaries for the community potential evaluation were future desired conditions.*

6. Summary of Group Discussions and Community Potential Evaluation
   *See the results of the community potential evaluation forms for details from the small group discussions. The participants at this workshop were from across Montrose County, as well as a few from San Miguel and Delta Counties. Groups that formed for small group discussion included Montrose County, the North Fork Valley, and San Miguel County. The differences between these groups was noted in the following discussion:*
   ✓ *Agriculture was rated high for all groups.*
   ✓ *Local retail was rated high for all groups.*
   ✓ *Tourism was ranked high by all groups: it is good for the community as long as does not result in an influx of people moving to the area.*
   ✓ *Destination tourism: Areas need something else to attract people. From the Montrose airport, approximately 80% of people are leaving the community; in summer this number is closer to 50%.*
   ✓ *Recreation: more could be developed for some areas with activities such as bicycling races, etc.*
   ✓ *Cultural tourism: Opportunities noted in the area include the Ute Museum, Dominguez Canyon, ghost towns, mining towns, and the Southwest Colorado heritage program. Delta County has a dinosaur recovery site, but it is not publicized due to fear of disturbance.*
   ✓ *Lone eagles: These are viewed differently in the different communities.*
   ✓ *Government: This is viewed differently in different communities.*
   *Question: Does BLM have fees for different uses of public lands?*
   *Response from John Martin (Martin Economics): The BLM does have special areas with fees where you pay at the trailhead. A participant suggested that the BLM simplify fee collection.*

---

BLM_0107683

*Comment: A large number of people live in the area due to recreation opportunities, but it is not covered on the community potential evaluation. The same applies to higher education, which brings in more degrees and money to the local economy.*

7. How does the BLM fit in with your community?
   *Note: Follow-up information gathered via email from workshop participants after the workshops is also included verbatim.*
   - How does the use of public land fit into community objectives?

     ✓ *Socio-economic impacts of Montrose County on the BLM, and the BLM on Montrose County, are deeply intertwined and in fact, inseparable both as to the lifestyle we enjoy as well has several business ramifications using the resources of the BLM on the West and East flanks of the Uncompahgre National Forest. Montrose County has not fully arrived at its practical potential as a legitimate recreational playground for the local population. Montrose County can be a destination recreational site for the traveling USA, World, public, seeking that which they cannot find anywhere but in Montrose County BLM Lands. Public and US Forest Service lands account for 74+% of the land mass in Montrose County. The BLM and Montrose County have valuable properties including: Mineral sources, biomass sources, recreational opportunities, , ecological preservation & continuance of flora and fauna, scenic Vistas, Grazing for domestic and wild creatures, water Management for Montrose, role in County's transportation plan (connectivity of the East and West portions of Montrose County), Catastrophe fire mitigation, AND much more*

     ✓ *Resources on public lands are important.. Our security as a nation is also tied to these very concepts. To put a price on these values is not possible, their value is immeasurable for obvious reasons. To create jobs that originate in Montrose County have a much larger multiplier impact than those that don't, but secondary jobs are an essential contributor.*

     ✓ *Montrose County is definitely different from Ouray and San Miguel Counties in what we have to offer geologically as well as the socio-economic differences. How Montrose County, BLM, and the National Forest work with these differences will make ALL THE DIFFERNCE to the Nation and the County Residents in enjoying the lifestyle available here.*

     ✓ *Montrose County has a large amount of BLM, which limits land available for residential or commercial development (pros and cons; frankly, my opinion is that some of these limits are good).*

     ✓ *The City of Montrose is committed to the economic development of this community. People often think that public land recreation helps attract tourists. That may be, but I believe the main benefit of nearby public land recreation is attracting and retaining companies and employees. Many of the people I know would not live here if public land weren't available for hiking, biking, and motorized recreation. The Peach Valley area, Spring Creek Canyon, Dry Creek Canyon, etc. give people a quick dose of solitude and fun just outside the city limits.*

     ✓ *The town of Olathe's main economy is agricultural related. We pride ourselves on being the place for those types of jobs. We also feel our small town is affordable to those in related industries that do not require college degrees and thus higher annual salaries. That being said, most of our citizens both in town and in the surrounding area don't have the economic status to take large out of state and out of country vacations or trips. They rely on our local activities and destinations for their leisure time. BLM and National Forests are a very large part of this activity. I have heard from many locals that use trails and areas for*

BLM_0107684

*their personal "getaways". This includes all-terrain vehicle, horse and foot traffic. As you know from other meetings and public input, often these different uses have different viewpoints on "how" to use these public lands. Continue to develop those resources and let the Town know when there is going to be public meetings about changes and we will get the word out!*

- What can BLM do to partner with your community (county, etc.) to reach its potential?
    - ✓ *Many people are here for the open space views and the outdoor activities. The more that the BLM can work with the local municipalities to foster and support income-producing work (whether guided fly-fishing, gold-panning, hiking, unique eco-tourism, gem stone mining...), the more people will value BLM.*
    - ✓ *All the communities (in the area) enjoy the open space that the public lands provided out their backdoor. The more the BLM can work with the counties and communities in providing access to these close in parcels the higher lifestyle values can be achieved. This means that some of these parcels are no longer multiple use. The open space will need to be withdrawn from minerals other commodity type outputs. Work with the local recreation districts or communities to adopt these parcels for outdoor classrooms.*
    - ✓ *My experience has been that it's very difficult to get significant numbers of people engaged in meetings, discussion groups, etc. People do get engaged if they see a direct impact to them. Yet many are cynical of the politicians. It's important that key leaders and stakeholders participate, yet they need to demonstrate that they listen.*
    - ✓ *The BLM lands are very important to the Uncompahgre Plateau Project in looking at landscape restoration objectives. Health native plant communities provide for multi outputs. We have and continue to loss the carrying capacity of the land.*
    - ✓ *The heavy woody overstory vegetation continues to reduce the carrying capacity for wildlife, livestock and water yield. etc. Much of the mountain shrub/pinyon-juniper country is so thick one can't ride thru it on a horse or crawl thru on foot. BLM needs to be more aggressive in creating the mosaic serial stages across the landscape. Invasive species management is a given. The synergy between the BLM and Uncompahgre Plateau Project is excellent. We just need to continue to make it happen.*
    - ✓ *Woody Biomass should be higher on the BLM's economic radar screen. If the Nucla power plant coverts to using some woody biomass (it is closer than you think) the opportunity to accomplish resource objectives will be right out your back door. Need to jump on board with our biomass assessment study. The need for Native Plants to follow treatments will come next and then comes the need for good seed storage. The Uncompahgre Plateau Project has a project under way to bring all the agencies together to accomplish a seed warehouse facility. Can the BLM become a partner?*
    - ✓ *An all season road from the West of Montrose County to the East would enhance recreational and commercial ventures in all of the BLM and Private Lands in Montrose County. The BLM Lands in Montrose County will contribute to a strong national, state, and local economy through the holistic use of the resources available now and soon to be in the future.*
    - ✓ *Mission critical communications is key to the partnership between Montrose county and the BLM. Mutual recognition of the value of a closely communicated relationship would and is a powerful tool. Working together, we can mutually promote and direct the activity that takes place on the BLM Lands in Montrose County to the benefit of the largest portion of*

BLM_0107685

*potential participants. Montrose County can be most especially helpful to the BLM by working in and with the private sector promoting communication and information.*

✓ *The possible designation of Wild And Scenic Rivers on the San Miguel as it flows through Montrose County would be a huge blow to maintaining the agricultural/ranching flavor found there as well as impairing municipal and commercial growth and/or maintenance in that area of Montrose County.*

✓ *The BLM should initiate communications with the City of Montrose and other economic development organizations to discuss the options and look into the feasibility of recreation development options. It seems to me that most local officials aren't aware of the possibilities. I've noticed other communities have extensively developed nearby BLM lands for trails and other recreation pursuits, and have marketed these lands effectively. Information describing the experiences of successful communities would be very helpful.*

✓ *I think BLM's first responsibility is maintaining the public lands as best you can in a healthy natural state for the benefit of wildlife and natural values. High rankings on the community assessment form for agriculture should not be interpreted by BLM as justifying grazing on the public lands to the detriment of wildlife and other natural values. The same would be true of recreation etc.*

✓ *I would appreciate keeping Olathe on your list as an interested party as I think we have a lot of traffic that comes through Olathe to get to Public lands. Going both east and west from Olathe to get to those public lands. We want to make sure the traveling public knows that Olathe has gas stations, convenience stores, a great hardware store with needed camping, fishing and RVing supplies, a grocery store for all their needs and some excellent restaurants. If we can help in any way with signage or displays or anything along that line, we welcome your input.*

<u>Additional Sources of Information:</u>

✓ *Another source is the school districts. They can tell you that over 50% of school children are on free and reduced lunch and that Olathe loses X percent of their population during winter months. School district information is current (the gap is that it doesn't cover the retiree population).*

✓ *Montrose County is completing our own socio-economic study which will be available soon which Montrose County will gladly provide a copy.*

8. Summary of Workshop and Questions of BLM Representative(s)

9. Complete Workshop Evaluation

10. What Is Next and Project Contacts
   - Project website: www.uformp.com
   - Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

BLM_0107686

## COMMUNITY POTENTIAL EVALUATION

**What do attendees want your community to be in the future?**

Workshop participants ranked each item listed below as High (3), Medium (2), or Low (1) in importance for future of their local community economy. This activity was done first individually by attendees, second within small groups to facilitate discussion, and lastly by averaging across all groups. Community for this exercise was defined as location of residence or employment. All groups at this workshop represented Montrose County with some discussion of the planning area at large in group D. Results for the community potential evaluations of groups were discussed, and comments are included in workshop notes. This form represents the results for groups at this workshop and an average for the communities represented. Overall results are discussed in **Chapter 4**, Socioeconomic Workshops.

Community A: Montrose County
Community B: Montrose County
Community C: Montrose County
Community D: Montrose County and the planning area

|  | | Group | | | Community |
|---|---|---|---|---|---|
|  | **A** | **B** | **C** | **D** | **Montrose County Average** |
| Agriculture | 3 | 3 | 3 | 3 | 3.0 |
| Forest Products | 3 | 2 | 2 | 2 | 2.3 |
| Mining – Coal | 2 | 2 | 2 | 3 | 2.3 |
| Mining – Uranium | 3 | 3 | 2 | 1 | 2.3 |
| Mining – Hard Rock/Minerals | 1 | 1 | 2 | 1 | 1.3 |
| Energy – Oil and Gas | 1 | 2 | 2 | 2 | 1.8 |
| Energy – Renewable | 2 | 2 | 2 | 2 | 2.0 |
| Environmental Restoration | 3 | 2 | 2 | 3 | 2.5 |
| Business Retention/Expansion | 3 | 3 | 3 | 2 | 2.8 |
| Local Retail Industry | 3 | 3 | 3 | 3 | 3.0 |
| Entrepreneurship Development | 3 | 3 | 2 | 3 | 2.8 |
| Business Recruitment | 3 | 2 | 3 | 2 | 2.5 |
| Local/Regional Tourism | 3 | 3 | 3 | 3 | 3.0 |
| Pass-through Visitor Services | 3 | 3 | 2 | 1 | 2.3 |
| Destination Tourism | 3 | 3 | 3 | 3 | 3.0 |
| Cultural Tourism | 3 | 2 | 2 | 3 | 2.5 |
| Transportation Hub/Warehousing | 3 | 3 | 3 | 1 | 2.5 |
| Attracting Retirees | 2 | 2 | 2 | 1 | 1.8 |
| Attracting Lone Eagles (telecommuters or sole proprietors) | 3 | 3 | 1 | 1 | 2.0 |
| Telecommunications Business | 2 | 2 | 2 | 1 | 1.8 |

BLM_0107687

| | | | | | |
|---|---|---|---|---|---|
| Health Care | 3 | 3 | 3 | 3 | 3.0 |
| Bedroom Community | 1 | 1 | 1 | 1 | 1.0 |
| Attract/Retain Government Offices | 2 | 3 | 3 | 1 | 2.3 |
| Other: Higher Education | | | 3 | | 3 |
| Other: Recreation | | | | 3 | 3 |

BLM_0107688



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT

UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS

Naturita, Colorado – Wednesday, March 17, 2010 (2:30 – 5:30 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1. Welcome

2. Introductions and Logistics

| Workshop Attendees | | |
|---|---|---|
| Bruce | Krickbaum | Planning & Environmental Coordinator and RMP project lead |
| Bill | Bottomly | West Slope Mediation and Facilitation, LLC |
| Zoe | Ghali | Environmental Management and Planning Solutions, Inc. (EMPSi) |
| John | Martin | Martin Economics |
| Richard | Craig | Town of Nucla |
| Chris | Daniels | Nucla-Naturita Area Chamber of Commerce |
| Yvette | Henson | Colorado State University Extension |
| Debra | Lear | Town of Naturita |
| Christina | Pierce | Town of Nucla |
| Dianna | Reams | Western Small Miners Association |
| Jeff | Sonnenberg | Town of Nucla |
| Paul | Szilagyi | Nuvemco |
| Marty | Warner | |

3. Community Economic Profile
- How communities function
  *The static rain barrel model was presented as a model of a simple economy. In this model, water represents economic prosperity. Leakages out of the local economy occur due to purchasing goods outside of the area or when high school graduates leave the area. Input can occur when people bring investment income, transfer receipts, or income from other sources to the area. The key to economic prosperity locally is to retain or capture as many dollars as possible in the local economy.*

BLM_0107689

- Snapshot of the data and identification of data sources
  *Data were provided for study area socioeconomic conditions by county. Sources of data include that from the Headwaters Economic Profile System, US Census Bureau, Colorado State Demography Office, and other local sources. Data were presented for population and future population projection, age of population, and racial and ethnic background of residents. Information on employment sectors, long-term employment trends, unemployment numbers, and commuting was also provided. Income, poverty, and housing affordability were also discussed. Natural resource economic data for the area, including agricultural and oil and gas production data were presented. BLM land ownership and specific contributions to the local economy, such as receipts from coal, were discussed. Refer to the economic workshop Microsoft PowerPoint presentation for additional details.*

- Community feedback on the data. Comments on data included the following:
  - ✓ *Leakage: Shopping for large purposes occurs in other locations (such as Montrose and Grand Junction).*
  - ✓ *Age: The area has an older population. Population is somewhat limited by the location of medical facilities.*
  - ✓ *Ethnic Diversity: Montrose County's diversity is mainly reflected in the eastern part of the county and not the western part.*
  - ✓ *Commuting data: The west side of Montrose County has people that commute to Telluride to work.*
  - ✓ *Unemployment data: Unemployment may have gone up more recently. One participant suggests that Mesa County's unemployment rate is now as high as 12%. Suggests that there is locally a 10-month lag compared to the national average in terms of unemployment numbers.*
  - ✓ *Income: Non-labor income may include much of the local agriculture community as many of those people are self employed. Median income data may be influenced by a small number of people with very high incomes. Some factors are more expensive here due to the higher cost of gas. This influences the cost of goods due to higher transportation costs.*
  - ✓ *Housing: Until 2008, it was difficult to find housing. More recently, the amount of vacancies has increased. Montrose County's east side has more of a tie to Telluride and vacation communities; there are some vacancies in that area that may reflect second homes.*
  - ✓ *Agriculture: The importance of local market crop growth is increasing in the area. Livestock grazing is still the more important factor.*
  - ✓ *Oil and Gas: There is currently no oil or gas in Montrose County. The local feeling is that the resource is there but access is needed to drill on public lands.*
  - ✓ *Coal: These is a local mine (New Horizon Mine) on private land for the local power plant. The power plant is a 105-megawatt plant, and its power goes to the local grid. The mine and power plant are cooperatives. Coal is trucked between the mine and plant. The plant is cleaner operating than a traditional plant and was designed to burn rubbish; therefore, there is the potential for future use with biofuels.*
  - ✓ *Land status: Participants discussed subsurface mineral rights and the role of the BLM in subsurface management of minerals on federal lands, as well as on some private lands.*

4. Overview of Community Assessment Results
   *Bill Bottomly provided an overview of community assessment report and referred participants to the project web site (www.uformp.com) for further information.*

---

*BLM Uncompahgre Field Office    Economic Workshop: Naturita, CO, March 17, 2010*

BLM_0107690

5.  Group Discussions
    - How do you perceive your community?
    - What do you want your community to be?
    - Break into groups and complete community potential evaluation
      *The area of emphasis for the community potential evaluations was western Montrose County and San Miguel County. Refer to the community potential evaluation forms for future desired conditions for the community.*

6.  Summary of Group Discussions and Community Potential Evaluation
    *Refer to the community potential evaluations for details. Comments on the evaluation include:*
    - ✓ *Agriculture: Livestock is very important to the local area. There is the potential use of algae for biofuel, but these do not play a big role in the local economy. There is a local farmers market.*
    - ✓ *Forest products: Include post and pole, firewood, pellets, and fuels management, especially in areas affected by beetle kill.*
    - ✓ *Coal mining: Important to area.*
    - ✓ *Uranium: Especially important to this area. Participants wanted a higher rating than is available on the evaluation form.*
    - ✓ *Hard rock: There are still some placer claims in the area. Mined mineral include silver, platinum, and gold.*
    - ✓ *Oil and Gas: Rated high, although there is no existing production. Oil and gas companies with offices in San Miguel County are good corporate neighbors.*
    - ✓ *Renewable Energy: Not cost effective yet, therefore rated low.*
    - ✓ *Environ Restoration: This sector was rated high. Mine closures in particular are important.*
    - ✓ *Business retention and expansion: Participants want to stop economic "leakage" out of the area. If local business go out of business, then there are no other options. The grocery store in Nucla was closed for some time and resulted in higher prices and difficulties for residents. The next closest store is in Norwood.*
    - ✓ *Entrepreneurship development: Rated important but not most important. Participants had trouble thinking of business ventures that would work here.*
    - ✓ *Business recruitment: Need to continue to try to get businesses here. Many have closed within the last three years.*
    - ✓ *Tourism: Not seen as the area's strong suit, as the area is not believed to have much destination tourism. A possible exception is hunting and mine tours. There is an effort to get a museum at Uravan. Petroglyphs on BLM land are a potential for cultural tourism. Some participants do not want bicyclists due to concerns about safety on roads; they do want special treatment for bicyclists or other recreational users over resource users. Participants expressed concerns about the BLM's travel management planning process.*
    - ✓ *Retirees: Want more retirees to bring in social security money.*
    - ✓ *Lone eagles: Not rated high.*
    - ✓ *Telecommunications: Viewed as very important for the remote area. There is a small private company that has cell phone service that is a very important support function for the area.*
    - ✓ *Medical: The medical sector was rated high, but participants realize that large medical facilities are not likely in the area. There is currently a clinic and emergency care.*
    - ✓ *Transportation: The airport is important for the area. If it were expanded, it would add jobs to the community. Airport was added with a ranking of "3" on the evaluation form.*

BLM_0107691

✓ *Government offices: Want to keep existing offices and get back the ones that they have lost. If these offices are not around, then they have to go to Montrose for services.*
*Additional Categories Added:*
✓ *Light manufacturing: Defined as more than one to two people (e.g, electronics).*
✓ *Construction: Housing and infrastructure for the town are important. Water is not the issue that it is in Norwood. Naturita is only at 60% capacity for water usage, assuming no major changes due to in-stream flow rights.*
✓ *Other important sectors: A youth center or some kind of programs for kids are important. There are few opportunities and a limited ability to pay and parent participation. Participants discussed the potential role of the BLM in environmental education in local schools.*

7. How does the BLM fit in with your community?
   - How does the use of public land fit into community objectives?
     - ✓ *There are too many regulations by all governmental agencies. If there is a way to lift some restrictions or be more cooperative with users, then this would benefit the local community.*
     - ✓ *The local area's economy is 100% tied to the BLM. Ranching and mining are critical to this area, so anything that the BLM can do to allow for these uses is critical due to the large amount of BLM acreage in the area. Other activities are also related. For example, the local telecommunications line requires BLM involvement. The participants suggested that some land tenure changes may be appropriate around town.*
     - ✓ *Participants are concerned about how travel management decisions by the BLM could impact future mining opportunities.*
     - ✓ *Local residents feel that they have been unfairly labeled as "anti-environmentalists." They feel that this is unfair, as they are local stewards of the land as they are surrounded by it and live here. Ranchers in particular have an important role in local land management.*

   - What can BLM do to partner with your community (county, etc.) to reach its potential?
     - ✓ *Participant Question: How do you decide the weight of the local community comments versus the national agendas of the BLM?*
       *– Bruce Krickbaum (BLM) response: There is no easy answer. The BLM collects comments and determines the issues of highest concern and attempts to achieve a balance.*
     - ✓ *Participant Question: Concern is that local residents feel that sometimes they provide lots of input but that their comments do not have weight. They feel that their views are often in direct opposition to other areas (i.e., Telluride) and that groups representing these areas may get more attention despite the fact that the economy here is directly tied to management decisions on public land due to the high amounts of public land in this part of the county.*
       *– Bruce Krickbaum (BLM) response: Bruce discussed the RMP revision process and the local representatives that are involved in the process through the Southwest Resource Advisory Council, Resource Advisory Council subcommittee, and the Cooperating Agencies.*
     - ✓ *Another participant emphasized the point that the role of the public lands in western Montrose County is a "bread and butter" role with direct effects on means of living, as opposed to the role of public lands as a "play place" for different areas in the UFO, such as Telluride.*
     - ✓ *Participant expressed the concern that local input will be overridden from BLM Washington Office decisions.*

BLM_0107692

   ✓ *The participants know that resource use, particularly for the resources available in the area, are not always popular with neighboring communities, but it is what they have locally (to support the local economy), and the neighboring communities do not provide them alternative resources.*

   ✓ *A participant expressed a desire for planning that reflects the local needs rather than a one-size-fits-all approach.*
*– Bruce Krickbaum (BLM) explained the role of the planning units, which are defined to reflect areas with similar concerns. This may allow for different objectives/management for these different planning units.*

- Additional information
*Information provided includes a Microsoft PowerPoint presentation on Montrose County economic impacts of mining. A draft study is to be released soon.*

8.  Summary of Workshop and Questions of BLM Representative(s)

9.  Complete Workshop Evaluation

10. What Is Next and Project Contacts
- Project website: www.uformp.com
- Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

BLM_0107693

## COMMUNITY POTENTIAL EVALUATION

### What do attendees want your community to be in the future?

Workshop participants ranked each item listed below as High (3), Medium (2), or Low (1) in importance for future of their local community economy. This activity was done first individually by attendees, second within small groups to facilitate discussion, and lastly by averaging across all groups. Community for this exercise was defined as location of residence or employment. All groups at this workshop represented the Nucla-Naturita area in western Montrose County. Results for the community potential evaluations of groups were discussed, and comments are included in workshop notes. This form represents the results for groups at this workshop and an average for the communities represented. Overall results are discussed in **Chapter 4**, Socioeconomic Workshops.

Group A and B: Western Montrose County

| | Group | | Community |
|---|:---:|:---:|:---:|
| | **A** | **B** | **Nucla - Naturita (Western Montrose County) average** |
| Agriculture | 3 | 3 | 3.0 |
| Forest Products | 2.5 | 3 | 2.8 |
| Mining – Coal | 3 | 3 | 3.0 |
| Mining – Uranium | 3 | 3 | 3.0 |
| Mining – Hard Rock/Minerals | 3 | 3 | 3.0 |
| Energy – Oil and Gas | 3 | 3 | 3.0 |
| Energy – Renewable | 1 | 2 | 1.5 |
| Environmental Restoration | 2 | 3 | 2.5 |
| Business Retention/Expansion | 3 | 3 | 3.0 |
| Local Retail Industry | 3 | 3 | 3.0 |
| Entrepreneurship Development | 2 | 3 | 2.5 |
| Business Recruitment | 2.5 | 2 | 2.3 |
| Local/Regional Tourism | 1 | 2 | 1.5 |
| Pass-through Visitor Services | 1 | 2 | 1.5 |
| Destination Tourism | 1 | 2 | 1.5 |
| Cultural Tourism | 2 | 2 | 2.0 |
| Transportation Hub/Warehousing | 1 | 1 | 1.0 |
| Attracting Retirees | 1 | 2 | 1.5 |
| Attracting Lone Eagles (telecommuters or sole proprietors) | 1 | 1 | 1.0 |
| Telecommunications Business | 2 | 3 | 2.5 |

BLM_0107694

| | | | |
|---|---|---|---|
| Health Care | 3 | 3 | 3.0 |
| Bedroom Community | 2 | 1 | 1.5 |
| Attract/Retain Government Offices | 1 | 3 | 2.0 |
| Other: Light Manufacturing | | 2 | 2 |
| Other: Construction | | 3 | 3 |

BLM_0107695



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT

UNCOMPAHGRE FIELD OFFICE



**Uncompahgre Resource Management Plan Revision and EIS**
**ECONOMIC WORKSHOPS**

Norwood, Colorado – Wednesday, March 17, 2010 (9:00 AM – 12:00 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1. Welcome

2. Introductions and Logistics

| **Workshop Attendees** | | |
|---|---|---|
| Bruce | Krickbaum | Planning & Environmental Coordinator and RMP project lead |
| Bill | Bottomly | West Slope Mediation and Facilitation, LLC |
| Zoe | Ghali | Environmental Management and Planning Solutions, Inc. (EMPSi) |
| John | Martin | Martin Economics |
| Lance | Brae | Brae ranches, located in Naturita canyon to |
| Zandon | Brae | Norwood. BLM land intermixed with private land on ranch. Also have hunting operation in fall on private land. |
| Joe | Regan | Town of Norwood. Owns horse breeding/training/boarding company |

3. Community Economic Profile
- How communities function
  *The static rain barrel model was presented as a model of a simple economy. In this model, water represents economic prosperity. Leakages out of the local economy occur due to purchasing goods outside of the area or when high school graduates leave the area. Input can occur when people bring investment income, transfer receipts, or income from other sources to the area. The key to economic prosperity locally is to retain or capture as many dollars as possible in the local economy.*

- Snapshot of the data and identification of data sources

*Data were provided for study area socioeconomic conditions by county. Sources of data include that from the Headwaters Economic Profile System, US Census Bureau, Colorado State Demography Office, and other local sources. Data were presented for population and future population projection, age of population, and racial and ethnic background of residents. Information on employment sectors, long-term employment trends, unemployment numbers, and commuting was also provided. Income, poverty, and housing affordability were also discussed. Natural resource economic data for the area, including agricultural and oil and gas production data were presented. BLM land ownership and specific contributions to the local economy, such as receipts from coal, were discussed. Refer to the economic workshop Microsoft PowerPoint presentation for additional details.*

- Community feedback on the data
  *Comments on data presented include the following:*
  - ✓ *Age: The lower median age in San Miguel County may be due to the lack of local medical facilities.*
  - ✓ *Employment sectors: Mining has a presence more in Montrose County than in San Miguel County. San Miguel County has natural gas production. Jobs in this field would also be represented in the construction segment. A local excavator did much of the construction work, such as creating pads, for natural gas drilling in the area.*
  - ✓ *Uranium operations play a role in Montrose County. Once the proposed mill (Pinyon Mill) is operational, then we may see an increased influence on the local economy.*
  - ✓ *Construction: Telluride draws from whole county for housing/building construction when economic times are good.*
  - ✓ *Housing:*
    *– Telluride influences housing prices throughout the area.*
    *– Wrights Mesa population growth and inventory of houses is almost 100% related to water availability issues. Until this issue is solved, population growth will be limited. If housing inventory is increased, then housing prices would go down. The issue is municipal water supply problems due to cost of systems to clean water and lack of water rights owned by the town. In-stream flow requirements impact availability as well.*
  - ✓ *Natural Resources:*
    *– Oil Production: None in Montrose County; San Miguel County has some oil in the Hagner area.*
    *– Natural gas: Production may increase in the future due to pipeline under construction. There are no current producing wells in Montrose County.*
    *– Coal is found in the Naturita area but on private lands, not on BLM lands.*

4. Overview of Community Assessment Results
   *Bill Bottomly provided an overview of community assessment report and referred participants to the project web site (www.uformp.com) for further information.*

5. Group Discussions
   - How do you perceive your community? (some information taken from other points of discussion)
     - ✓ *The predominant ecological model in Norwood is agriculture. Agriculture tends to remain a relatively stable component of the local economy. Not many ranches totally lay off their workforce, even in bad economic times. The other part of the population in Norwood*

BLM_0107697

*primarily works in Telluride in retail and other service areas. This segment of the population suffers more in economic downturns.*

✓ *There are many close similarities between western Montrose County and western San Miguel County. The Norwood, Nucla, and Naturita area (Wrights Mesa) is more of a community than that laid out by county boundaries. Participants recommend that chambers of commerce can be sources for information for cases such as this when counties do not accurately display local statistics.*

✓ *Recreation plays a minor role in the local economy. This region has some fishing, hunting, etc. These activities may bring in money to local communities for public land hunting. Hunting and fishing activities do include some destination tourism.*

- What do you want your community to be?
  *Refer to community potential evaluations.*

- Break into groups and complete community potential evaluation
  *The area of interest for the community potential evaluations was Western San Miguel County and western Montrose County. Due to small attendance size, no group discussions were held for Norwood. Community potential evaluations were filled out individually and discussed as a group.*

6. Summary of Group Discussions and Community Potential Evaluation
   *See community potential evaluation from for consensus results for each category. Discussion comments for evaluation items are:*

   ✓ *Participants noted the ideological split in the county: Agricultural issues are on top of the list of community in Norwood, and environmental issues would be on the top of this list in Telluride.*

   ✓ *Forestry products: not much current cutting in area. Most of use is area is post and pole, firewood etc.*

   ✓ *Coal mining: there is more in other parts of San Miguel County.*

   ✓ *Uranium: rated high based on the assumption of opening of Pinyon mine. The environmental community in the area is very opposed to the Pinyon mine. There is tension from this mine; Telluride is trying to dictate the decisions made in San Miguel County.*

   ✓ *Hard Rock Minerals: sand and gravel led to higher rating here.*

   ✓ *All mining: rated high due to potential for local employment.*

   ✓ *Renewables: Potential for opportunities, but not really sure what they are. Wind power? One participant thinks there is opportunity, but there are high capital costs and would require financial partnerships. Solar power is similar with a potential but high start-up costs. The low population density makes a large-scale project unlikely due to the need for transmission for use. Environmental groups often object to wind farms, etc. due to visual impacts.*

   ✓ *Business retention: The business environment makes it difficult to start new businesses. Norwood is not in an area that is on a travel route. You have to want to drive this direction. This limits business development opportunities but also provides some positive quality of life factors (e.g., no fast food).*

   ✓ *Local retail: you will not have much unless you have a population increase.*

   ✓ *Business recruitment: Mining would help the local economy. Companies could be brought in from out of state. There is a chamber of commerce but no local development council.*

BLM_0107698

- ✓ *Destination tourism: Tourism/recreation drives economies but the draw is much more to the Telluride area, not Wrights Mesa. Participants are not opposed to tourism. Western way of life (hunting/fishing/ranching) attracts tourisms, but it will take time for this to be more developed. The area is not advertised, and there is some sense of the locals that "I don't want a bunch of people from California." Hunting and fishing attract tourists now. There is the potential for ranching tourism to increase in the future as fewer places have active ranching.*
- ✓ *Health care: There are clinics in Norwood and also Naturita, but you need to go to Montrose for more complicated medical needs. Grand Junction has the better medical care in the area. Hunting licenses have search and rescue fee attached for search and rescue needs.*
- ✓ *Bedroom community: Norwood acts as a bedroom community for some who work in Telluride.*
- ✓ *Attract/Retain Government: County seat of San Miguel is in Telluride. Some departments are in other locations.*
- ✓ *Lone eagles: Participants note that it is often hard to attract new people to the area unless they have ties to the area (e.g., family).*

7. How does the BLM fit in with your community?
   - How does the use of public land fit into community objectives?
   - What can BLM do to partner with your community (county, etc.) to reach its potential?
     - ✓ *Recreation potential is #1. Big game hunting is especially important in the area. The Uncompahrge Plateau is a big area for this. Much of this area is public land. Participant believes that some restrictions are okay and there should not be free reign for off-highway vehicles, but that public property should be open and accessible. A good example where management prohibits this is Colorado Division of Wildlife lands, which are great areas but cannot be accessed, especially by older residents. There is also limited ability to access them via horseback or walking.*
     - ✓ *Other recreational opportunities: Mountain biking. Some opportunities, but information is limited. Opportunities need to be publicized more.*
     - ✓ *Water Quality: Agricultural activity can decrease water quality, but it is not the only factor that impacts water quality. For Norwood, the US Forest Service is attempting to remove livestock from certain watershed areas for water quality protection, but participant thinks that this is not needed. He suggests that BLM should not follow this same route of removing grazing allotments.*
     - ✓ *The BLM should be aware that any time use of public land is changed, the first reaction the ranching community will have is "how does this affect our grazing." Participant thinks wilderness area designations are a big mistake. Ranchers want to graze and hunt; this requires motorized access. Some of the fear about changes to BLM management and the RMP revision is a knee-jerk reaction, so the BLM needs to take the time to explain the changes and make sure that the ranching community understands how they will be impacted. Ranchers play an important role in stewardship of the land; they are interested in preserving the land. Careful grazing (not overgrazing) can have positive impacts for wildlife habitat and land health. Current BLM access is better than current US Forest Service access. Ranchers pay fees to graze the land and need good local range manager in order to get your money's worth per animal unit month. There is no one-size-fits-all*

BLM_0107699

*approach that will be effective for range management. One participant locally works with Mr. Dean Stindt (BLM UFO) and thinks that he does a good job.*

    ✓ *Summary: Multiple use of public lands is important; access is critical.*

- Other sources of info

    ✓ *Participants are not aware of any other sources of information.*

8. Summary of Workshop and Questions of BLM Representative(s)

9. Complete Workshop Evaluation

10. What Is Next and Project Contacts
    - Project website: www.uformp.com
    - Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

BLM_0107700

## COMMUNITY POTENTIAL EVALUATION

### What do attendees want your community to be in the future?

Workshop participants ranked each item listed below as High (3), Medium (2), or Low (1) in importance for future of their local community economy. This activity was done first individually by attendees, and secondly by averaging across individual responses. and Community for this exercise was defined as location of residence or employment. All individuals at this workshop represented the town of Norwood and the surrounding area. Results for the community potential evaluations of groups were discussed, and comments are included in workshop notes. This form represents the results for groups at this workshop and an average for the communities represented. Overall results are discussed in **Chapter 4**, Socioeconomic Workshops.

Groups A, B, and C: All individuals are from the town of Norwood

| | Group | | | Community |
|---|---|---|---|---|
| | **A** | **B** | **C** | **Norwood area (western San Miguel County) average** |
| Agriculture | 3 | 3 | 3 | 3 |
| Forest Products | 2 | 2 | 2 | 2 |
| Mining – Coal | 3 | 1 | 3 | 2.3 |
| Mining – Uranium | 3 | 3 | 3 | 3.0 |
| Mining – Hard Rock/Minerals | 2 | 1 | 3 | 2.0 |
| Energy – Oil and Gas | 3 | 3 | 3 | 3.0 |
| Energy – Renewable | 2 | 2 | 2 | 2.0 |
| Environmental Restoration | 2 | 2 | 2 | 2.0 |
| Business Retention/Expansion | 2 | 3 | 2 | 2.3 |
| Local Retail Industry | 1 | 2 | 1 | 1.3 |
| Entrepreneurship Development | 2 | 2 | 1 | 1.7 |
| Business Recruitment | 2 | 2 | 2 | 2.0 |
| Local/Regional Tourism | 2 | 2 | 2 | 2.0 |
| Pass-through Visitor Services | 1 | 2 | 1 | 1.3 |
| Destination Tourism | 1 | 2 | 2 | 1.7 |
| Cultural Tourism | 1 | 2 | 1 | 1.3 |
| Transportation Hub/Warehousing | | 2 | 1 | 1.0 |
| Attracting Retirees | 1 | 2 | 1 | 1.3 |
| Attracting Lone Eagles (telecommuters or sole proprietors) | 1 | 2 | 1 | 1.3 |
| Telecommunications Business | 1 | 1 | 1 | 1.0 |

BLM_0107701

| | | | | |
|---|---|---|---|---|
| Health Care | l | 3 | l | 1.7 |
| Bedroom Community | l | 3 | l | 1.7 |
| Attract/Retain Government Offices | 2 | 3 | l | 2.0 |

BLM_0107702



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT

UNCOMPAHGRE FIELD OFFICE



## Uncompahgre Resource Management Plan Revision and EIS
## ECONOMIC WORKSHOPS

Ridgway, Colorado – Tuesday, March 16, 2010 (2:00 – 5:00 PM)

Workshop Objectives:
- Identify local economic and social issues, conditions, and trends, including relationships between communities and BLM lands
- Identify desired local economic and social conditions
- Identify opportunities to advance local economies and social goals through planning decisions, within the authority of BLM or other partners
- Identify partnerships with local communities, organizations, and cooperating agencies
- Identify important sources of information regarding social and economic issues

1. Welcome

2. Introductions and Logistics

| Workshop Attendees | | |
|---|---|---|
| Bruce | Krickbaum | Planning & Environmental Coordinator and RMP project lead |
| Bill | Bottomly | West Slope Mediation and Facilitation, LLC |
| Zoe | Ghali | Environmental Management and Planning Solutions, Inc. (EMPSi) |
| John | Martin | Martin Economics |
| Greg | Clifton | Town of Ridgway |
| Kelly | Crane | |
| Joan | May | San Miguel County |
| Sue | McIntosh | |
| Keith | Meinert | Ouray County |
| Lynn | Padgett | Ouray County |
| Ed | Page | Colorado State University Extension |
| Gordon | Reichard | |
| Bob | Risch | |
| Greg | Sparks | |
| Bill | Steele | Public Lands Partnership |
| Jim | Stephenson | |
| Paul | Szilagyi | Nuvemco |
| Dee | Williams | |
| Pat | Willits | |

3. Community Economic Profile – Focus on San Miguel and Ouray Counties
- How communities function

BLM_0107703

*The static rain barrel model was presented as a model of a simple economy. In this model, water represents economic prosperity. Leakages out of the local economy occur due to purchasing goods outside of the area or when high school graduates leave the area. Input can occur when people bring investment income, transfer receipts, or income from other sources to the area. The key to economic prosperity locally is to retain or capture as many dollars as possible in the local economy.*

- Snapshot of the data and identification of data sources
  *Data were provided for study area socioeconomic conditions by county. Sources of data include that from the Headwaters Economic Profile System, US Census Bureau, Colorado State Demography Office, and other local sources. Data were presented for population and future population projection, age of population, and racial and ethnic background of residents. Information on employment sectors, long-term employment trends, unemployment numbers, and commuting was also provided. Income, poverty, and housing affordability were also discussed. Natural resource economic data for the area, including agricultural and oil and gas production data were presented. BLM land ownership and specific contributions to the local economy, such as receipts from coal, were discussed. Refer to the economic workshop Microsoft PowerPoint presentation for additional details.*

- Community feedback on the data.
  *Comments on data presented include the following:*
  - ✓ *Leakage: Residents of Ouray and San Miguel Counties go outside for shopping, which represents leakage.*
  - ✓ *Population: High growth rate but still overall low population.*
  - ✓ *Age: Young people leave the area; retired people move to the area.*
  - ✓ *Unemployment: Participant questioned the reason for the high unemployment rates in 1990.*
  - ✓ *Ouray County: 1990 unemployment rate at 9.7%. Mines had already closed at this point so not a likely factor. This period was just before the Telluride construction boom. Region-wide economic downturn is the most likely explanation.*
  - ✓ *Work and residence: Commuting time is higher for Ouray County, as people travel to Montrose to work.*
  - ✓ *Income: Average per capita income is higher than state and national Averages. What does median info for per capita income look like? How does it compare with cost of living?*
  - ✓ *Housing: Participants note that San Miguel County has over 6,000 homes and only 7,000 residents. This helps to explain the high rates of vacant homes if these numbers include homes that are occupied only a small percentage of the year.*
  - ✓ *Agriculture: Participants are interested the trends in agriculture in the area, such as how the rate is changing over time and what the rate of farmland loss is. Current crops in the area include alfalfa and hay.*
  - ✓ *Recreation is a very important issue in the area. There is currently a planning effort underway to open more recreation trails in the area of Ridgeway and in the river corridor in San Miguel County.*
  - ✓ *Tourism: Participants requested that information on the contributions of tourism to the local economy be included in BLM analysis. Public lands contribute to the way of life and are often the reason that people visit and/or live here. Need to balance the money from extractive use of land and the money that can be brought into the area by tourism. Source of the best information was discussed. Colorado tourism board has some info. The Colorado Division of Wildlife has produced study on the economic impacts of hunting and fishing.*

✓ *How do you put a number on the "quality of life" brought by public lands? This is a difficult question but should be considered for the BLM's analysis.*

✓ *Question on mineral estate: The BLM will be making decisions on split estate lands and mineral estate underlying other surface ownership lands (e.g., US Forest Service land).*

4. Overview of Community Assessment Results

   *Bill Bottomly provided an overview of community assessment report and referred participants to the project web site ([www.uformp.com](www.uformp.com)) for further information.*

5. Group Discussions
   - How do you perceive your community?
   - What do you want your community to be?
   - Break into groups and complete community potential evaluation

   *The area of interest for the community potential evaluations was Ouray County. Due to participants attending from other area, San Miguel County was also discussed.*

6. Summary of Group Discussions and Community Potential Evaluation

   *Refer to the community evaluation form for group rankings of importance of economic sectors. Comments provided for the different sectors are included below:*

   ✓ *Agriculture: Important not so much economically but in the way it contributes to quality of life. It is what makes Ouray County different from neighboring counties (in addition to tradition/history).*

   ✓ *Forest Products: Beetle-killed trees may influence the future of this resource.*

   ✓ *Uranium plays an important role in the western side of San Miguel County.*

   ✓ *Hard rock mining is the heritage of area. Some people are happy that it is no longer as important. However, this area does have minerals needed for high-tech equipment. The Colorado State Geologist has information on minerals that are used/imported. One participant states that mineral needed in the US market should be mined in the US when available due to the higher level of environmental protection and worker protection in the US compared to other countries.*

   ✓ *Renewable energy: Participants want to see a strong emphasis on this but need to keep in mind the impacts of renewables (i.e., mining for batteries). Geothermal has potential to be significant at a local level (city buildings). Micro-hydro power could play a role.*

   ✓ *Environmental restoration: Not all participants are clear on the definition of this category. Suggest that mining clean up could be important. Also noted is the potential for use of fuel reduction timber waste for biofuels.*

   ✓ *Local tourism and destination tourism: Highly ranked. Festivals are important tourist events in the area.*

   ✓ *Retirees: Some young retirees are here. The lack of medical services makes it harder to retain this group.*

   ✓ *Lone eagles: Participants state that the area has a need for economic diversification, and this is one avenue. Lone eagles brings in income from outside the county and therefore do not compete for county or city funds or jobs. Their link to BLM and public lands: attracts high-tech, young, attracted-to-the-outdoors types of people.*

   ✓ *Health care: Better to have this in the community so that people do not have to leave for services.*

BLM_0107705

✓ *Bedroom community: Participants recognize the fact that parts of Ouray County do function as a bedroom community for Montrose.*

✓ *Recreation: This is THE driver of the economy of the counties. In particular, four-wheel-drive activities and the ice park in Ouray were noted. Hunting and fishing are also important, and some people come to area specifically for hunting. Participants voiced concerns that people in the area recreate in the whole area and not just in the local communities, so taking information just for local communities may not capture all of these data. Participants emphasized the importance of recreation in the area and stated that the quickest way to build the economy is through recreation, as it does not require the same permitting as other developments do, such as construction, etc.*

✓ *Small Manufacturing: Some recreation-based small-scale manufacturing is present, such as in Silverton where there is outdoor recreation manufacturing (i.e., skis).*

✓ *Added categories for community potential include:*
*Craft Brewing: This is opening up in the area.*
*Local direct market agriculture: Telluride provides the market for local produce. Local use of geothermal energy can also play a role.*
*Services: Babysitters, home cleaning, etc.*

7.  How does the BLM fit in with your community? (information incorporated from emailed input and group discussion)

  • How does the use of public land fit into community objectives?

    ✓ *It is very important to San Miguel County residents and government programs to be able to work with the BLM to plan and hopefully build recreational trails. It is a long-standing goal to connect San Miguel County to Ouray County and beyond via a trail for hiking and bicycling over Dallas Divide. Parts of the trail are in place on the San Miguel County side. This trail would connect to the regional Galloping Goose Trail, which connects Telluride and Lizard Head Pass. Recently, the County Open Space program began exploring the concept of connecting Norwood/Wrights Mesa to the Placerville area. The idea was to try to utilize the old mine roads on the north side of Colorado Highway 145 and the mesa top in some places. In addition, the Norwood Recreation District is interested in developing a mountain biking trail system in an area near Naturita Creek west of Norwood. In addition, the Norwood Recreation District is interested in developing a mountain biking trail system in an area near Naturita Creek west of Norwood. All of these trail concepts would depend on a partnership with the BLM.*

  • What can BLM do to partner with your community (county, etc.) to reach its potential?

    ✓ *Participants stated that the most important tie-ins with the BLM and the community for the Ouray County area are:*
      – *Recreation*
      – *Motorized use of public lands is very important in some area. Four-wheel-drive recreation drives the town of Ouray. It is not as important in other parts of the county (i.e., near Ridgway) where passive use has higher importance.*
      – *Quality of life provided by open space*
      – *Environmental services (water quality and availability)*
      – *Wildlife habitat*
    ✓ *Comments on the role of BLM in managing subsurface mineral rights:*

*– BLM must recognize valid existing rights. Property rights (on split estate lands for example) should not be trampled. In many cases, the BLM does not have the ability to make changes due to valid existing rights and this should be recognized in the RMP revision.*

*– The BLM should investigate purchasing mining claims in area to bring them into the public domain. Work has been done with the US Forest Service but not successfully with the BLM. This land of former mining claims will either become public or be bought out by private owners.*

8.  Summary of Workshop and Questions of BLM Representative(s)

9.  Complete Workshop Evaluation

10. What Is Next and Project Contacts
    *   Project website: www.uformp.com
    *   Contact: Bruce Krickbaum, BLM, Montrose, CO; (970)240-5300; bruce_krickbaum@blm.gov

11. Adjourn

## COMMUNITY POTENTIAL EVALUATION

### What do attendees want your community to be in the future?

Workshop participants ranked each item listed below as High (3), Medium (2), or Low (1) in importance for the future of their local community economy. This activity was done first individually by attendees, second within small groups to facilitate discussion, and lastly by averaging across all groups. Community for this exercise was defined as the location of residence or employment. Two small groups represented Ouray County, while one represented San Miguel County as defined below. Results for the community potential evaluations of groups were discussed, and comments are included in workshop notes. This form represents the results for groups at this workshop and an average for the communities represented. Overall results are discussed in **Chapter 4**, Socioeconomic Workshops.

Group A: Ouray County
Group B: Ouray County
Group C: San Miguel County

|  | Group | | | Community | |
|---|---|---|---|---|---|
|  | **A** | **B** | **C** | **Ouray County Average** | **San Miguel County Average** |
| Agriculture | 2.5 | 2.8 | 2.5 | 2.7 | 2.5 |
| Forest Products | 1 | 1.6 | 2 | 1.3 | 2 |
| Mining – Coal | 1 | 1 | NA | 1 | NA |
| Mining – Uranium | 1 | 1 | 1.5 | 1 | 1.5 |
| Mining – Hard Rock/Minerals | 2 | 1.6 | 1.5 | 1.8 | 1.5 |
| Energy – Oil and Gas | 1 | 1.2 | 1.5 | 1.1 | 1.5 |
| Energy – Renewable | 3 | 3 | 2 | 3 | 2 |
| Environmental Restoration | 3 | 2.8 | 2.5 | 2.9 | 2.5 |
| Business Retention/Expansion | 3 | 2.2 | 2.5 | 2.6 | 2.5 |
| Local Retail Industry | 2 | 2 | 2.5 | 2 | 2.5 |
| Entrepreneurship Development | 3 | 2.2 | 2.5 | 2.6 | 2.5 |
| Business Recruitment | 2 | 2 | 2 | 2 | 2 |
| Local/Regional Tourism | 3 | 3 | 3 | 3 | 3 |
| Pass-through Visitor Services | 2 | 2.6 | 2 | 2.3 | 2 |
| Destination Tourism | 3 | 3 | 3 | 3 | 3 |

BLM_0107708

| | | | | | |
|---|---|---|---|---|---|
| Cultural Tourism | 3 | 2.8 | 2.5 | 2.9 | 2.5 |
| Transportation Hub/Warehousing | I | I | NA | I | NA |
| Attracting Retirees | 2 | 2.2 | 1.5 | 2.1 | 1.5 |
| Attracting Lone Eagles (telecommuters or sole proprietors) | 3 | 2 | 2.5 | 2.5 | 2.5 |
| Telecommunications Business | I | 2 | | 1.5 | |
| Health Care | 2 | 2 | 2.5 | 2 | 2.5 |
| Bedroom Community | 2 | 1.2 | I | 1.6 | I |
| Attract/Retain Government Offices | I | 1.8 | 2 | 1.4 | 2 |
| Recreation | | 3 | 3 | 3 | 3 |
| Small manufacturing | 2 | | | 2 | |
| Craft brewing/distill. | 3.5 | | | 3,5 | |
| Local direct market agg. | 3 | | | 3 | |
| Hunting/Fishing | | | 3 | | 3 |
| Service Jobs | | | 3 | | 3 |

BLM_0107709

# Archaeology

- The Study of Human Behavior in the Past.
- Prehistory
- A Branch of Anthropology



BLM_0107710

# Archaeologist at Work



BLM_0107711

# A Brief Overview of the Uncompahgre Area



BLM_0107712



Figure 3. Examples of projectile point types that may occur in the study area. **a-f) Paleoindian points**
(a, Clovis; b,Goshen: c, Angostura; d; Frederick; e, Jimmy Allen; f,Folsom): **g-n) Archaic points**
(g, San Rafael Stemmed; h, McKean; i, Mallory; j, Elko Corner- notched; k, Northern Side-
notched; l, Pinto; m, Elko Side-notched; n, Gatecliff Contracting Stem): **o) Formative point**
(Rosegate); **p-q) Protohistoric points** (p, Cottonwood; q, Desert Side-notched).

BLM_0107713

# PaleoIndian Period

## 7,500 to 12,500 Years Ago



David G. Anderson, D. Shane Miller, Stephen J. Yerka, J. Christopher Gillam, and Michael K. Faught.
2005 Paleoindian Artifact Distributions in the Southeast and Beyond. Paper presented at "Clovis in the Southeast. Columbia, South Carolina.

Basemaps: Shaded relief, The National Atlas of the United States of America (2006)
Glacial boundaries and Lakes, Dyke and Prest (2003)
Rivers, ArcWorld 1992, ESRI Data and Maps

BLM_0107714



BLM_0107715



BLM_0107716



Mesa County
Delta County
Delta
Olathe
Montrose County
Montrose
Montrose County
Nucla
Naturita
Ridgway
Norwood
Ouray County
San Miguel County
San Miguel County
Dolores County

Figure 6. Distribution of Paleoindian sites and isolated finds.

BLM_0107717

BLM_0107718



BLM_0107719

# Archaic Period
## 2,000 to 7,500 Years Ago







*The "atlatl" or spear thrower allowed Archaic hunters to project their weapons further and with greater force.*









# Late Archaic

- The Late Archaic Period began by about 4,500 Years B.P. and lasted until about 1,500 Years B.P.



BLM_0107721



BLM_0107722



BLM_0107723



BLM_0107724



BLM_0107725



BLM_0107726

# Formative

- People of the Anasazi, Fremont and Gateway Cultures inhabited the Northern Colorado Plateau between A.D. 500 and A.D. 1400.



BLM_0107727



BLM_0107728



Figure 12.   Distribution of Formative-era sites in the UPAP study area.

BLM_0107729

# Fremont Rock Art

- The single most
  common Fremont sites
  in Western Colorado
  are Rock Art sites,
  consisting of both
  Pictographs and
  Petroglyphs.  Fremont
  rock art spans the
  entire period.



BLM_0107730



BLM_0107731



BLM_0107732



BLM_0107733



BLM_0107734



BLM_0107735



BLM_0107736

# Other Material Culture traits of the Fremont include

- One rod-and bundle Basketry
- Distinctive Ceramics
- Masonry and Slab Architecture
- Pit House Dwellings
- Ceramic Figurines
- "Utah" Metate



BLM_0107737

# Corn

- The Fremont Culture is mainly defined by the presence of Corn Agriculture, even though few, if any, Fremont groups relied to any extent on this crop.



BLM_0107738



Figure 11. Distribution of sites with cultigens.

BLM_0107739

# Granaries

Adobe, Wattle and Daub,
and Stone Granaries
are common in
Fremont Contexts.
These were used to
store foodstuffs in
isolated or hidden
locations.



BLM_0107740

# Anasazi

- The Anasazi (also called "Hisatsinom" or Ancestral Pueblo People) inhabited the southwestern U.S. at about the same time period as the Fremont lived in the northern Colorado Plateau



BLM_0107741



A TRADITIONAL INTERPRETATION
OF ANCIENT SOUTHWESTERN
CULTURES

BLM_0107742



BLM_0107743



BLM_0107744



BLM_0107745



BLM_0107746



BLM_0107747