

BLM_0107748

# Shoshonean

- Originating in
  southern California,
  Shoshonean speaking
  people began to
  migrate eastward
  about a thousand years
  ago.



BLM_0107749

- These are the historically known Ute people, who inhabited this land when Europeans arrived.



BLM_0107750

BLM_0107751

BLM_0107752



BLM_0107753



Figure 15. Distribution of Protohistoric wickiups.

BLM_0107754



BLM_0107755



BLM_0107756

# Historic Period

- Usually dated locally to the later 19th Century and associated with settlement by European people.



BLM_0107757



BLM_0107758



BLM_0107759



BLM_0107760



BLM_0107761



BLM_0107762

BLM_0107763



BLM_0107764



BLM_0107765



BLM_0107766



BLM_0107767

# Current Research



10 cm

BLM_0107768

# Landscape Overview and Site Sensitivity Modeling



BLM_0107769

# Field Projects



10 cm

# Western Wyoming College
# Field School Excavations
# Summer 2007



BLM_0107771

# Initial testing of two 1 X 1 meter units




BLM_0107772



BLM_0107773

# First Year Results





BLM_0107774

- Second Year (2008)







BLM_0107775

# Second Year Results







BLM_0107776

# National Public Lands Day

## October 4, 2008









BLM_0107777



BLM_0107778

# Site Interpretation

Interpretive Panels by Carol Patterson
BLM

From conceptual work by Urraca
Archaeological Services

Final Design and Production by
Interpretive Graphics
Delta, Colorado





BLM_0107779



# Field School 2009

Third Year

BLM_0107780



BLM_0107781



BLM_0107782



BLM_0107783

# 5DT813

## 5DT813



BLM 0107785

## 5DT813



BLM 0107786

# 5DT813



**5S1E**

**7S1E**

Recent surface (Past 300 years)

Hearth 1
Prehistoric Ute

Intermittent Occupation – ca. 700 AD to 1700 AD

1480+/- 40 BP

1370 +/- 40 BP

Late Archaic to Early Formative Period Occupation – ca. 500 BC – 700

N

BLM 0107787

# 5DT813

7S1E



Hearth 1
Prehistoric Ute

0 AD to 1700 AD

1480+/- 40 BP          1370 +/- 40 BP

d Occupation – ca. 500 BC – 700

Middle Archaic Occupation – ca. 2000
BC – 500 BC

80

1.00

1.20

← N

BLM 0107788

## 5DT813



5S1E

7S1E

0

Recent surface (Past 300 years)

Hearth 1
Prehistoric Ute

20

Intermittent Occupation – ca. 700 AD to 1700 AD

40

1480+/- 40 BP

1370 +/- 40 BP

60

Late Archaic to Early Formative Period Occupation – ca. 500 BC – 700

80

Middle Archaic Occupation – ca. 2000 BC – 500 BC

1.00

1.20

← N

BLM 0107789

## 5DT813

5S1E

7S1E

0 —

Recent surface (Past 300 years)

Hearth 1
Prehistoric Ute

20 —

Intermittent Occupation – ca. 700 AD  to 1700 AD

40 —

1480+/- 40 BP

1370 +/- 40 BP

60 —

Late Archaic to Early Formative Period Occupation – ca. 500 BC – 700

80 —

Middle Archaic Occupation – ca. 2000 BC – 500 BC

1.00 —

1.20 —

Early to Middle Archaic Occupation ca. 5000 BC



← N

BLM 0107790

**5DT813**

5S1E

7S1E

0

Recent surface (Past 300 years)

20

Intermittent Occupation – ca. 700 AD to 1700 AD

40

1480+

60

Late Archaic to Early Formative Period Occupation – ca. 500 BC – 700

80

Middle Archaic Occupation – ca. 2000 BC – 500 BC

1.00

Early to Middle Archaic Occupation ca. 5000 BC to 2000 BC

1.20



6890 +/- 50

← N

BLM 0107791

# 5DT813



5S1E

7S1E

0

Recent surface (Past 300 years)

Hearth 1
Prehistoric Ute

20

Intermittent Occupation – ca. 700 AD to 1700 AD

40

1480+/- 40 BP

1370 +/- 40 BP

60

Late Archaic to Early Formative Period Occupation – ca. 500 BC – 700

80

Middle Archaic Occupation – ca. 2000 BC – 500 BC

1.00

Early to Middle Archaic Occupation ca. 5000 BC to 2000 BC

1.20

6890 +/- 50

New Level – More than
7,000 Years Old?

N

BLM 0107792



# Drive Line Shelter



BLM_0107794

BLM_0107795

BLM_0107796





BLM_0107797



BLM_0107798

# The Squint Moore Complex



BLM_0107799



BLM_0107800

# The Paradox Valley Rock Art Complex



BLM_0107801



# 2008 field Season with the
# Telluride Institute Interns

BLM_0107802



BLM_0107803



BLM_0107804



BLM_0107805



BLM_0107806



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado



## COOPERATING AGENCY MEETING #3

### Thursday, July 22, 2010 (1:00 – 4:00 PM)

**Meeting Location:**
**Holiday Inn Express**
**1391 S. Townsend Avenue, Montrose, CO**

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Adams | Angie | | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Armstrong | Lori | | BLM, Southwest Colorado District Manager | 2465 S. Townsend Ave. Montrose, CO 81401 | valori_armstrong@blm.gov | 970-240-5336 |
| Brauneis | George | | Town of Hotchkiss | PO Box 369 Hotchkiss, CO 81419 | mse1047096@aol.com | 970-872-3663 |
| Coates | Jen | | Town of Ridgway | PO Box 10 Ridgway, CO 81432 | jcoates@town.ridgway.co.us | 970-626-5308 ext. 15 |
| DelPiccolo | Renzo | | Colorado Department of Natural Resources, Southwest Region | 2300 S. Townsend Ave. Montrose, CO 8401 | renzo.delpiccolo@state.co.us | 970-252-6000 |
| Ewing | Collin | | US Fish & Wildlife Service Western Colorado Ecological Services Field | 764 Horizon Drive South Annex A – Bldg. B Grand Junction, CO 81506 | collin_ewing@fws.gov | 970-243-2778 ext. 18 |
| Hansen | Susan | | Delta County Board of County Commissioners | 501 Palmer St, #227 Delta, CO 81416 | shansen@deltacounty.com | 970-874-2102 |
| Harold | Scott | | Town of Olathe | PO Box 789 Olathe, CO 81425 | sharold@ci.olathe.co.us | 970-323-5601 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave. Montrose, CO 81401 | dave_kauffman@blm.gov | 970-240-5340 |

BLM_0107807

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Jensen | Kerwin | | City of Montrose | 433 South First Street<br>Montrose, CO 81401 | kjensen@ci.montrose.co.us | 970-240-1478 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | bruce_krickbaum@blm.gov | 970-240-5384 |
| Long | William | | Town of Nucla | PO Box 486<br>554 Main Street<br>Nucla, CO 81424 | segfahlt@gmail.com | 970-497-2707 |
| May | Joan | | San Miguel County Board of County Commissioners | PO Box 1170<br>Telluride, CO 81435 | joanm@sanmiguelcounty.org | 970-728-3844 |
| Means | Patricia | | Town of Cedaredge | PO Box 398<br>Cedaredge, CO 81413 | pat@cedaredgecolorado.com | 970-856-5001 |
| Padgett | Lynn | | Ouray County Board of County Commissioners | PO Box C<br>Ouray, CO 81427 | lpadgett@ouraycountyco.gov<br>lynn@mtngeogeek.com | 970-417-9901 |
| Pelletier | Mike | | Gunnison County | 200 E. Virginia Ave.<br>Gunnison, CO 81230 | mpelletier@gunnisoncounty.org | 970-641-7645 |
| Peterson | Barbara | | Town of Paonia | PO Box 460<br>Paonia, CO 81428 | townofpaonia@tds.net | 970-527-4101 |
| Randall-Parker | Tamera K. | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 2250 Highway 50<br>Delta, CO 81416 | tkrandallparker@fs.fed.us<br><br>lea    741 yahoo, com | 970-240-5415 |
| Reagan | Joe | | Town of Norwood | PO Box 528  190<br>Norwood, CO 81423 | ~~jareagan@tone.net~~<br>~~aorwoodparker@centurytel.net~~ | 970-327-4873<br>~~970-327-4288~~ |
| Reinkensmeyer | Dan | | US Fish & Wildlife Service Western Colorado Ecological Services Field | 764 Horizon Drive<br>South Annex A – Bldg. B<br>Grand Junction, CO 81506 | | |
| Schroeder | Alan | | Bureau of Reclamation, Western Colorado Area Office | 2764 Compass Drive<br>Grand Junction, CO 81506 | aschroeder@usbr.gov | 970-248-0690 |
| Sharrow | Barb | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | barbara_sharrow@blm.gov | 970-240-5315 |
| Sparks | Greg | | Town of Mountain Village | 455 Mountain Village Blvd, Ste A<br>Mountain Village, CO 81435 | gsparks@mtnvillage.org | 970-369-6404 |

BLM_0107808

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Varley | David | JW | Town of Orchard City | 9661 2100 Road<br>Austin, CO 81410 | davidvarley@kaycee.net | 970-835-3403 |
| White | Steve | DW | Montrose County Board of County Commissioners | 161 S. Townsend Ave.<br>Montrose, CO 81401 | swhite@montrosecounty.net | 970-252-4550 |
| Wynant | Kate | WN | EMPSi | 3775 Iris Ave, Ste 1A<br>Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |
| Gralmyer | Patti | | Town of Norwood | PO Box 518<br>Norwood | norwoodparker@centurytel.net | 970 327-4158 |
| BHARovo Bola | | | | | | |

BLM_0107809

# Uncompahgre RMP
## *Internal Working Draft Goals*

| RESOURCE OR RESOURCE USE | GOAL |
|---|---|
| Air Quality | Within the scope of BLM's authority, ensure air quality and air quality-related values (e.g., visibility) comply with and support federal, state, and local laws and regulations for protecting air quality from authorized uses on BLM lands. |
| Geology and Soils | Manage for soil stability and productivity to maintain watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, salinity). |
| Water Resources | Protect, preserve, and enhance watershed functions in the capture, retention, and release of water in quantity and quality to meet ecosystem and human needs while complying with applicable water quality standards. |
| Vegetation – Uplands (Forests, Woodlands, and Rangeland) | Manage upland vegetation for a mix of productive and resilient plant and biological soil crust communities that sustain native species at viable population levels. |
| | Manage forests and woodlands within the historic range of natural variability, ensuring ecological diversity, maintaining successional processes, and sustainability (including the desired mix of structural stages and landscape/watershed functions), and provide for native plant and wildlife habitats. |
| Vegetation – Riparian and Wetlands | Manage riparian and wetland systems to function properly, to have the ability to recover from disturbance, and to sustain native species at viable population levels. |
| Vegetation – Weeds | Through Integrated Weed Management suppress and eradicate, where possible, noxious and invasive species to support healthy native plant communities. |
| Fisheries and Aquatic Wildlife | Manage aquatic habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. |
| Terrestrial Wildlife | Manage terrestrial habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. |
| Special Status Plants | Protect and enhance special status plants and habitats to promote their conservation, recovery, and persistence. |
| Special Status Fish Aquatic Wildlife | Protect and enhance special status aquatic species and habitats to promote their conservation, recovery, and persistence. |
| Special Status Terrestrial Wildlife | Protect and enhance special status terrestrial species and habitats to promote their conservation, recovery, and persistence. |
| Wild Horses | Recognize the historic Naturita Ridge Herd Area. |

BLM_0107810

| RESOURCE OR RESOURCE USE | GOAL |
|---|---|
| Wildland Fire Ecology and Management | Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability across the landscape. |
| Cultural Resources | Identify, preserve, protect, and manage significant cultural resources in order to ensure that are available for appropriate uses by present and future generations through research, education, and preservation of cultural heritage. |
| Paleontological Resources | Provide for the identification, protection, and management of paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. |
| Visual Resources | Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental benefits. |
| Lands with Wilderness Characteristics outside Existing WSAs | *Action Alternatives:* Provide appropriate levels of management and protection to preserve non –WSA lands determined to possess wilderness characteristics while considering competing resource demands and manageability. |
| Forest and Woodland Products | Provide forest and woodland products on a sustainable basis to meet local needs where such use does not limit the accomplishment of the above mentioned goal (including the desired mix of structural stages and landscape/watershed functions), and provide for native plant and wildlife habitats and the goals for the management of other resources. |
| Livestock Grazing | Support local agricultural communities, while achieving healthy, sustainable ecosystems and providing for other resource uses. |
| Recreation and Visitor Services | Provide for a diversity of quality, sustainable recreational opportunities that support outdoor-oriented lifestyles, add to participants' quality of life, and contribute to local economies. |
| Comprehensive Trails and Travel Management | Provide a travel system that supports BLM mission, achieves resource management goals, and provides appropriate, sustainable public and administrative access. |
| Lands and Realty | Meet public needs for land use authorizations (ROWs, leases, permits, renewable energy sources) while minimizing impacts to resources. |
| Coal | Provide opportunities for environmentally sound exploration and development of coal resources subject to BLM policies, laws, and regulations. |
| Fluid Minerals (Oil and Gas and Geothermal Resources) | Provide opportunities for environmentally responsible exploration and development of fluid mineral resources subject to BLM policies, laws, and regulations. Establish conditions of use to protect other resource values. |

BLM_0107811

| RESOURCE OR RESOURCE USE | GOAL |
|---|---|
| Locatable Minerals, Mineral Materials, & Non-Energy Leasable Minerals | Provide opportunities to develop locatable minerals, mineral materials, and non-energy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. |
| Areas of Critical Environmental Concern | Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to protect life and safety from natural hazards. |
| Wilderness and Wilderness Study Areas | Preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined under Interim Management Policy for Lands Under Wilderness Review (BLM Manual H-8550-1 [BLM1995b], until Congress either designates these lands as wilderness or releases them for other purposes. |
| | Preserve the wilderness character of the Tabeguache Area as directed by Congress in PL 103-77, August 13, 1993, Colorado Wilderness Act of 1993). |
| Wild and Scenic Rivers | *Alternative A*: Protect NWSRS-eligible segments in accordance with the Wild and Scenic River Act and BLM guidance (see BLM Manual 8351 [BLM 1993c]. |
| | *Action Alternatives*: Evaluate eligible river segments and identify suitable segments for inclusion in the NWSRS, protecting them in accordance with the Wild and Scenic River Act and BLM guidance (see BLM Manual 8351 [BLM 1993c]). |
| National Trails and BLM Byways | Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated National Scenic, Historic, and Recreation Trails and National and State designated Scenic Highways and Byways. |
| Cadastral | Identify BLM land boundaries and resolve BLM land boundary issues. |
| Interpretation and Environmental Education | Provide interpretation, education, and information that: promote the health of the land and protection of cultural and natural resources; increase resident and visitor awareness, appreciation and stewardship of public lands, and enhance visitor experiences and safety. |
| Transportation Facilities | Provide a transportation system that is manageable, maintainable, and meets the needs of resources and resource uses. |
| Native American Tribal Uses | Manage public lands in a manner that accommodates American Indian religious traditions, practices, and beliefs. |
| Public Health and Safety | Manage public lands to reduce hazardous risks to protect lives, resources, and property. Enhance public health in cooperation with local communities. |

BLM_0107812

## Potential impacts of Wild & Scenic River Suitability Determination or Designation by Congress on Existing and Potential Uses Within River Corridors

Key Concepts:

*Concept 1* : A suitability determination by the BLM does <u>not</u> trigger all of the protective provisions associated with the Wild & Scenic Rivers Act. It primarily does three things:

- It prevents BLM from taking any actions that would significantly impair the outstandingly remarkable values, free-flowing nature, or water quality of the stream segment. This is known as interim management.
- In land management decisions, it allows BLM to emphasize actions that would maintain or enhance the outstandingly remarkable values. These actions have to be based upon other authorities already used by the BLM, such as the Federal Land Policy and Management Act, Antiquities Act, etc.
- It obligates BLM to inform other agencies of potential impacts to the suitable stream segment when other agencies are making decisions that could affect the stream segment. The other agencies are <u>not</u> required to follow BLM's recommendations.

*Concept 2:* Wild & Scenic River designation by Congress does <u>not</u> create exclusive federal control over private lands in the stream corridor:

- Designation does not give BLM authority to impose new regulations on private lands.
- Designation does not create federal pre-emption of local zoning and land use controls, and does not pre-empt state authority over water rights and water allocation.
- The primary impact from designation is strict limitations on actions federal agencies can take with regard to permitting, funding, and technical assistance on projects that could impact the Wild & Scenic River. These projects could be upstream, downstream, or within the designated Wild & Scenic River segment.

Concept 3: Permitting, funding, and technical assistance decisions by federal agencies for projects in designated Wild & Scenic River segments will primarily be driven by:

- Is the project consistent with maintaining the outstandingly remarkable values and free-flowing values?
- Is the project consistent with the classification (current level of development) – wild, scenic, or recreational?
- Decisions will always be made on a case-by-case basis – designation doesn't result in automatic no to all proposals.

| Existing or Potential Uses and Values | Impact of Suitability Determination | Additional Impacts of Designation by Congress |
|---|---|---|
| Recreation Uses – motorized and unmotorized, river-based and land-based | Historic recreational uses on federal lands and waters can continue to the extent that they are consistent with classification and ORVs.<br><br>New uses must be consistent with classification and OVRs. Allowed recreation use can be changed with a BLM plan amendment.<br><br>Recreation uses may be restricted to address social issues such as crowding and conflicts between different types of recreational uses.<br><br>Camping uses may restricted to specific areas to minimize impacts to ORVs.<br><br>Motorized boat use is allowed if it is consistent with ORVs and management objectives for the river. | Recreation uses must be addressed by a coordinated resource management plan (CRMP). Additional federal funds typically become available for recreation management.<br><br>Boating access points are not changed by designation. However, CRMP may address boating access.<br><br>Public's right to float a river (which is based on state law) is not changed by designation.<br><br>Designation does not allow public access to private lands for recreational use. Trespass is discouraged by BLM.<br><br>No restrictions on overflights. Other authorities and laws may be used to manage overflights. |
| Fish & Wildlife | State continues to manage fish & wildlife populations.<br><br>Cooperative habitat improvement projects allowed to extent compatible with classification and ORVs.<br><br>Hunting and fishing activities continue, but access routes may be managed to protect ORVs. | Wildlife issues must be addressed by a coordinated resource management plan (CRMP). If wildlife is an ORV, the CRMP may contain restrictions on fishing and hunting use, and may contain access restrictions for these purposes.<br><br>Additional federal funds may become available for wildlife habitat projects. |
| Paleontologic/ Geologic/ Historical/ Pre-Historical | BLM management prescriptions, ROW avoidance areas, and stipulations on mineral development implemented to preserve and protect these values. No new restrictions on management of these values on private lands, but landowners must continue to comply with federal laws designed to protect these resources. | Federal funds may become more readily available for preservation, restoration, and interpretative projects. |

BLM_0107814

| Existing or Potential Uses and Values | Impact of Suitability Determination | Additional Impacts of Designation by Congress |
|---|---|---|
| Vegetation – wildlife habitat, scenic, weed control | No restrictions on vegetation management on private lands.<br><br>Noxious weed control allowed on both federal and private lands.  Application methods may be restricted on federal lands may be restricted methods consistent with classification and ORVs. | If vegetation management involves federal assistance, projects may be limited to those consistent with ORVs.<br><br>Restrictions on timber harvest and vegetation manipulaton on federal lands in corridor. |
| Water Rights and Water Use | Historical operation, maintenance, and access may continue.<br><br>New water facilities on federal lands allowed to extent consistent with ORVs and classification.<br><br>No new federal water rights created – no basis for entering water courts cases. | Permits needed from Army Corps for diversions dams, infiltration galleries, pumping stations, etc.<br><br>New facilities may be restricted or denied to protect ORVs and classification.<br><br>Federal water right created. BLM may object to new water rights and changes that could impact ORVs. |
| Agricultural and Livestock Operations | Existing grazing permits may continue. Grazing is allowed under all W&SR classifications.<br><br>Allotment management plans and usage rates may be modified if necessary to protect ORVs and water quality.<br><br>No federal control over types of crops that can be grown on private land.  Existing roads on private lands can continue to be used and maintained. | Department of Agriculture agencies may not fund or assist with projects that would degrade ORVs or change classification.<br><br>BLM and USDA agencies may provide technical assistance and funding to develop practices that are consistent with ORVs, water quality, and classification. |
| Private Property Uses: Residential Commercial Resorts | Existing, authorized access routes over BLM land to private properties may continue to be used.   New access and recreational routes may be routed to avoid impacts to ORVs and classification. Existing roads on private lands can continue to be used and maintained.<br><br>No restrictions on buying or selling of private property.<br><br>No loss of rights to develop private land. | Permits needed from Army Corps for private property projects (bank stabilization, bridges, etc.) may be conditioned to protect ORVs and classification.<br><br>Rights-of-way for power lines may be restricted to locations where there is no impact to ORVs or classification. |

| Existing or Potential Uses and Values | Impact of Suitability Determination | Additional Impacts of Designation by Congress |
|---|---|---|
| Private Property Uses: Residential Commercial Resorts (continued) | BLM may conduct land exchanges and disposals, but transaction must be consistent with protection of ORVs. | BLM prohibited from disposing of federal lands within river corridor to private parties. BLM would work with local governments to monitor, evaluate, and mitigate impacts from private lands on river lands. |
| Extractive Operations – liquid minerals, solid minerals, logging, and associated infrastructure | Rights existing prior to suitability determination may continue to be exercised.   New extractive leases and operations allowed to extent consistent with ORVs and classification. BLM has option to remove river corridor from fluid minerals leasing.  New fluid mineral leases must be conditioned to protect classification and ORVs. | New mining claims are prohibited in W&SR areas classified as wild. Access to existing mining claims allowed. |
| Industrial Uses: Hydropower Use of State and County Roads | New hydropower uses within segment prohibited unless: river is within recreational classification, and facility is run-of-the-river (no water storage). Existing hydro facilities located upstream and downstream may continue to operate. BLM will comment on potential impacts of new facilities or reauthorization of existing facilities located upstream and downstream. BLM has no authority over management of county roads and state highways.  Existing uses may continue. | FERC must consult with BLM before issuing any new licenses for facilities that could potentially impact the segment. Any new licenses or reauthorization of existing licenses must be consistent with ORVs, free-flowing condition, and water quality. BLM may cooperate with county and state authorities to minimize impacts of existing roads on ORVs and classification. |

 U.S. DEPARTMENT OF THE INTERIOR  **BUREAU OF LAND MANAGEMENT NEWS RELEASE**

**Release Date:** 07/22/10
**Contacts:** Jeff Litteral: 970-240-5300

## BLM Uncompahgre Releases Final Wild and Scenic River Eligibility Report and Begins Suitability Comment Period (07-22-10)

Montrose, Colo. -- The Bureau of Land Management Uncompahgre Field Office (UFO) announces the release of the Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area, as well as the opportunity to participate in the determination of suitability phase.

The determination of suitability phase focuses on jurisdictional and manageability issues affecting eligible waterways. Criteria developed by the BLM and the Interagency Wild and Scenic Rivers Coordinating Council will be used to evaluate the suitability of eligible river segments.

As a component of the Uncompahgre Resource Management Plan (RMP) revision, the UFO is required to evaluate rivers and streams within its jurisdiction for potential inclusion in the National Wild and Scenic Rivers System.

"Public input is an essential component of our planning process, which is why it is important that they weigh in with their thoughts and concerns related to the determination of suitability within the Uncompahgre planning area," said Barbara Sharrow, Field Manager for the UFO.

All rivers and streams with a perennial or intermittent flow within the Uncompahgre planning area and the portion of the newly designated Dominguez-Escalante National Conservation Area (NCA), within the UFO boundary, were inventoried. The BLM identified 174 river segments for study, 34 of which possess the free-flowing character and outstandingly remarkable values required for eligibility.

Five Dominguez-Escalante NCA segments evaluated by the Grand Junction Field Office, as part of their planning effort, are also available for input as to determination of suitability. Comments pertaining to suitability that were submitted during the public scoping period for eligibility will be carried forward and integrated into the suitability evaluation.

Congress enacted the Wild and Scenic Rivers Act in 1968 to preserve and protect selected waterways for the benefit and enjoyment of present and future generations. The Act safeguards the special character of these rivers, while allowing for their appropriate use and development. The Wild and Scenic River study process consists of assessing both the eligibility and suitability of rivers within the study area.

The Wild and Scenic River eligibility report, segment suitability comment forms, instructions, and information are available at our office in Montrose and online at: www.blm.gov/co/st/en/fo/ufo/wild_and_scenic_river.html.

Submit comment forms by August 16, 2010 via email to: uformp@blm.gov, or mail to: BLM UFO, Attention: RMP Revision, 2465 South Townsend Ave., Montrose, CO 81401.

The Southwest District BLM Resource Advisory Subcommittee will facilitate a public stakeholder group to assist the BLM in determining which segments are suitable for inclusion in the National Wild and Scenic River System and in developing the range of suitability alternatives for the San Miguel and Dolores river basins. In addition, the Colorado River Water Conservation District will convene a broad-based stakeholders' group to offer recommendations regarding river segments for the Gunnison River Basin.

Please contact the BLM UFO at (970) 240-5300 for more information.

The BLM manages more land - more than 245 million acres - than any other Federal agency. This land, known as the National System of Public Lands, is primarily located in 12 Western states, including Alaska. The Bureau, with a budget of about $1 billion, also administers 700 million acres of sub-surface mineral estate throughout the nation. The BLM's multiple-use mission is to sustain the health and productivity of the public lands for the use and enjoyment of present and future generations. The Bureau accomplishes this by managing such activities as outdoor recreation, livestock grazing, mineral development, and energy production, and by conserving natural, historical, cultural, and other resources on public lands.
--BLM--

2465 South Townsend Avenue    Montrose, CO 81401

Last updated: 07-22-2010

BLM_0107817

# TES Species of the UFO
## Management Challenges and Opportunities



BLM_0107818

# Introduction to the Endangered Species Act of 1973

Purpose

"… to conserve endangered and threatened species and the ecosystems on which they depend."

I.e., <u>DO GOOD THINGS</u>!



BLM_0107819

# Definitions



**Endangered** - in danger of extinction throughout all or a significant portion of its range

**Threatened** - likely to become endangered in the foreseeable future

**Candidate** - warrants listing but precluded by higher priority species or workloads

BLM_0107820

# Definitions

**Proposed -** proposed for listing under section 4 of the ESA

**Sensitive-** BLM State Director designated for special management

**Special status –** threatened, endangered, candidate, proposed, sensitive species

# Sec. 7 Procedures

1. Proposed Action
2. FWS regional/ county species List
3. No effect= document, you're done
4. May affect= Biological Assessment
   - May affect, not likely to adversely affect
   - May affect, likely to adversely affect
5. Incorporate FWS conservation measures

# UFO T&E Species

| Species | Status |
|---|---|
| Bonytail | E |
| Humpback chub | E |
| Razorback sucker | E |
| Colorado pikeminnow | E |
| Greenback cutthroat trout | T |
| Black-footed ferret | E |
| Canada lynx | T |
| Mexican spotted owl | T |
| Southwestern willow flycatcher | E |
| Clay-loving wild buckwheat | E |
| Colorado hookless cactus | T |
| Uncompahgre fritillary butterfly | E |

BLM_0107823

# UFO BLM Sensitive Species

| Species | Status |
| --- | --- |
| Roundtail chub | S |
| Colorado River cutthroat trout | S |
| Desert bighorn sheep | S |
| Spotted bat | S |
| Gunnison's prairie dog | S |
| Peregrine falcon | S |
| Burrowing owl | S |
| Bald eagle | S |
| Gunnison sage grouse | S |
| Northern leopard frog | S |
| Paradox Valley lupine | S |
| Grand Junction milkvetch | S |

BLM_0107824

# Challenges

## Conservation in a multi-use environment

*Consider biological welfare factors
- Food
- Water
- Cover (seasonal, hiding, breeding, movement…)
- Space
- Connectivity



BLM_0107825

# Challenges

## Conservation in a multi-use environment

\*Evaluate proposed land uses

- Space and time
- Direct and indirect impacts
- Cumulative impacts

BLM_0107826

# Scratching the Surface

Achieving conservation and multiple use

- Guidance (ESA, Manual 6840, Recovery Plans…)

- Protect
  - Mitigation- avoid, minimize, or compensate for…
  - Canned stipulations
  - "Do not permit actions that would jeopardize T&E"
  - Special area designation or recognition



BLM_0107827

# Scratching the Surface

## Achieving conservation and multiple use

- Enhance (or maintain)
  - Habitat treatments/ improvements
  - Population augmentation, reintroduction, reduction…

- Inventory, monitor, and study

- Interagency coordination



BLM_0107828

# Conclusion

We shall never achieve harmony with land, any more than we shall achieve absolute justice or liberty for people. In these higher aspirations, the important thing is not to achieve but to strive.

 -Aldo Leopold

BLM_0107829

## Uncompahgre RMP Action Alternatives Themes

| Alternative B<br>*Preservation/High-intensity Management* | Alternative C<br>*Development/High-intensity Management* | Alternative D<br>*Development/Low-intensity Management* | Alternative E<br>*Preservation/Low-intensity Management* |
|---|---|---|---|
| **Theme:** Sustain relatively unmodified physical landscapes and natural and cultural resource values by applying proactive hands-on management.<br><br>**General:** Law enforcement, more rules, closures, fencing, protection of natural resources<br>**Vegetation:** Removing weeds, prescribed fire<br>**Lands and Realty:** Acquisitions, ROW corridors<br>**Special Designations:** More special designations<br>**Energy Development:** More oil and gas closed areas and more NSOs on open areas, more withdrawals<br>**Visual Resources:** More VRM Class I and II<br>**Recreation:** Hands-on management, lots of rules, limited access areas, permit systems<br>**Fish, Wildlife, SSS:** Wildlife/T&E special management areas (ACECs), native species reintroductions or augmentations, recovery actions<br>**Grazing:** Range improvements only when necessary, emphasis on non-structural where possible, increase riding, salt placement, maintain AUM base, stipulations to support Standards, increase in stipulations | **Theme:** Emphasize commodity production and human activities in an environmentally responsible manner by applying proactive hands-on management.<br><br>**Lands and Realty:** More ROWs than Alternative B (fewest exclusion areas)<br>**Energy Development**: More open areas than Alternative B but lots of stipulations<br>**Recreation:** Most SRMAs, community SRMAs, facilities, outcomes-based management<br>**Fish, Wildlife, SSS:** Special management areas such as ACECs, habitat treatments to the point they might not be natural (such as for hunting)<br>**Livestock Grazing:** Emphasis on structural developments (water, fencing, veg. treatments), increase AUMs, stipulations only to support Standards<br>**Soils and Water:** Similar to Alternative A but don't inhibit development (minimum standards) | **Theme:** Emphasize commodity production and human activities in an environmentally responsible manner by applying less management action in a more reactive than proactive manner.<br><br>**General:** Minimum required by law, But not much more, reactive, low budget development management, opportunistic<br>**Recreation:** Widgets/activity based, one thing for most everyone<br>**Grazing:** Same as Alternative C but to a lesser degree<br>**Soils and Water:** Fewer stipulations, more natural restoration<br>**WSR:** No suitable segments | **Theme:** Sustain relatively unmodified physical landscapes and natural and cultural resource values by applying less management action in a more reactive than proactive manner.<br><br>**General:** Reactive management<br>**Lands and Realty:** Consolidated ROWs<br>**Special Designations:** More special designations but with less active management<br>**Energy Development:** Similar to Alternative B, but less management, less development, few open acres<br>**Recreation:** Recreational use, ERMA (fewest SRMAs), general recreation rules instead, custodial management, facilities only where needed for public health and safety, no promotion of recreation<br>**Fish, Wildlife, SSS:** Mostly hands-off management, let nature take its course but still have some management actions<br>**Livestock Grazing:** Same as Alternative B but to a lesser degree. |

BLM_0107830

Uncompahgre Resource Management Plan Themes

| Alternative B<br>*Preservation/High-intensity Management* | Alternative C<br>*Development/High-intensity Management* | Alternative D<br>*Development/Low-intensity Management* | Alternative E<br>*Preservation/Low-intensity Management* |
|---|---|---|---|
| above and beyond Standards<br>**Soils and Water:** Soils and water restoration, control structures, higher reclamation standards, more permitting (stormwater, runoff control, BMPs), active restoration, more permitting requirements,<br>**WSR:** All segments suitable | | | |



BLM_0107831

# The Wild and Scenic Rivers Act



BLM_0107832

# The Wild and Scenic Rivers Act

▪ Post war era: more time and money, bigger families, better transportation, hi-tech recreation equipment, concern with river development

▪ Recommended by the Outdoor Recreation Resources Review Commission to protect some free flowing rivers

▪ Sponsored by Senator Frank Church (D-Idaho) and Signed by LBJ on October 2, 1968

BLM_0107833

*It is hereby declared to be the policy of the United States that certain selected rivers of the Nation which, with their immediate environments, possess outstandingly remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural or other similar values, shall be preserved in free-flowing condition, and that they and their immediate environments shall be protected for the benefit and enjoyment of present and future generations. The Congress declares that the established national policy of dams and other construction at appropriate sections of the rivers of the United States needs to be complemented by a policy that would preserve other selected rivers or sections thereof in their free-flowing condition to protect the water quality of such rivers and to fulfill other vital national conservation purposes. (Wild & Scenic Rivers Act, October 2, 1968)*

BLM_0107834

# 2008 Status of the Wild and Scenic Rivers Act - 40th Anniversary

- NWSRS had 11K miles on 166 rivers in 38 states (0.25% of nations rivers)

- In comparison , 75K dams have modified 600K river miles (17% of nations rivers)

- March 2009 1,100 miles added in Oregon, Idaho, Arizona, Wyoming, Utah, California and Massachusetts

- 76 miles of Cache La Poudre, only Colorado River

BLM_0107835

# Wild & Scenic Rivers Act

Section 5(d)(1) of the act <u>requires</u> federal agencies undertaking land management planning to assess rivers and streams for potential inclusion in to the NWSRS

BLM_0107836

# Wild & Scenic River Identification and Evaluation Process

1. **River (Segment) Identification**
2. **Boundary Identification**
3. **Eligibility**
4. **Classification**
5. **Suitability**
6. **Designation**

BLM_0107837

# Wild & Scenic River Review Process

# River Segment Identification

### Consider:

- presence of dams

- development

- changes in river character

- tributaries

- changes in land status

BLM_0107838

# Wild & Scenic River Review Process

## Boundary Identification (river study area)

Preliminary boundary is a quarter mile buffer along both sides of river from ordinary high water mark.

Buffer width can vary as needed to protect river values (ORVs), but cannot average more than 320 acres per river mile.

BLM_0107839

# Wild & Scenic River Review Process

## Eligibility:

To be eligible, a stream segment must be **"free flowing"** and have at least one **"Outstandingly Remarkable Value"** (ORV).

BLM_0107840

# Wild & Scenic River Review Process

## Eligibility

**"free-flowing" is any size creek or stream, of any length that has intermittent, interrupted, or a perennial flow regime.**

# Wild & Scenic River Review Process

## Eligibility

**"Free Flowing" does not mean a natural or unaltered flow regime.**

**Major impoundments above or below segment does not render it ineligible**

BLM_0107842

# Wild & Scenic River Review Process:

## Eligibility

Attributes of a "free-flowing" river reach:

- A stream corridor in substantially natural condition
- Few impoundments
- Few diversions
- No straightening
- No major rip-rapping
- No channel modifications such as channelization

BLM_0107843

# Wild & Scenic River Process Eligibility

## Outstandingly Remarkable Values (ORVs)

- Scenic
- Fish habitat
- Recreation
- Wildlife habitat
- Geologic/Hydrologic
- Historic
- Cultural
- Ecological
- other

BLM_0107844

# Wild & Scenic River Review Process Eligibility

## Attributes of (ORVs):

- Rare, extraordinary, or unique
- A superior example of a widespread value
- Outstanding in a statewide, regional, or national context (Region of Comparison)
- Stream-related
- Based on the expertise of professionals

BLM_0107845