**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that the full length of San Miguel River segment 2 be found suitable.

### 20 - SAN MIGUEL RIVER, SEGMENT 3 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                    *ORVs:* Recreational, Fish, Wildlife, Vegetation

**Your Name: __Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress**
_____**Telephone:** ___970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

**NAME:**                                              **SEGMENT:**

BLM_0108219

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This segments uniquely wild condition affords recreational experiences important to local economy and to local sense of place. The segment also provides critical habitat for endangered native fish and/or fish species of concern, which must be protected in order to ensure continued local use of the river's flows.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|:---:|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While federal land ownership along the segment is only 72.5%, the bulk of private land is found at one location, facilitating the cooperative measures important for implementing protective measures essential for this segment.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

NAME:                                        SEGMENT:

protect this segment's **ORVs** on nonfederal lands.

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that the full length of San Miguel River segment 3 be found suitable.

### 21 - SAN MIGUEL RIVER, SEGMENT 5 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational       *ORVs:* Recreational, Fish, Historic, Vegetation

**Your Name:** __Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress

_____**Telephone:** ___970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

## GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** In addition to ensuring strong and enduring protection for the public lands segments of the river traversing primarily federal public lands, the BLM should engage landowners and other land managers in Segment 5 to ensure cooperative measures to a) protect a continuous healthy stream corridor and b) to ensure natural-hydrograph flow contributions to the Dolores River. These and other measures should be undertaken to, among other things, enhance and preserve important habitat for imperiled native fish noted in the BLM's Final Eligibility Report.

BLM_0108222

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for**

**NAME:**                              **SEGMENT:**

protecting this segment's **ORVs** other than **WSR** designation.

8.  **Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

9.  **Issues that might make administering this segment difficult.**

10.  **Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| **ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY** |
| --- |

### 22 - SAN MIGUEL RIVER, SEGMENT 6 WSR SUITABILITY COMMENTS

*Preliminary Classification:*  Recreational                    *ORVs:*  Recreational, Fish, Historic, Vegetation

Your Name: __Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress

_____**Telephone:** ___970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321**_E-mail:** amber@sanjuancitizens.org

BLM_0108224

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This final segment to the San Miguel River's confluence with the Dolores River is of critical importance to a) preserve the beauty and natural dynamics of the confluence, to ensure a final, reliable, and healthy contribution to streamflows important for imperiled native fish uniquely flourishing in the segment and just downstream from the confluence, and c) to protect and enhance the healthy native riparian vegetation along the segment.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

NAME:                                                        SEGMENT:

BLM_0108225

5. **Compatibility or incompatibility of designation with current land and water uses and development.**

6. **Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|---|

7. **Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While less than 70% of the land along segment is federally owned, 100% of the final two miles above the confluence is federally owned, facilitating effective implementation of protective management.

8. **Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

9. **Issues that might make administering this segment difficult.**

10. **Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

BLM_0108226

protect this segment's **ORVs** on nonfederal lands.

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of San Miguel River segment 6—or at least the federal portion—be found suitable.

## 23 - TABEGUACHE CREEK, SEGMENT I WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                    *ORVs:* **Vegetation**

**Your Name:** __Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress

_____**Telephone:** ___970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**I. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses a uniquely un-roaded, wild landscape on public lands, providing important wildlife support and general ecological vibrancy along the stream itself, and complementing congressionally designated national forest lands protected upstream.

Reliable protection is also needed for the segment's uniquely and flourishing riparian vegetation communities, and noted in the BLM's Final Eligibility Report.

**NAME:**                                          **SEGMENT:**

BLM_0108227

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of Tabeguache segment 1 be found suitable.

## 24 - TABEGUACHE CREEK, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:*  Recreational                                      *ORVs:*  Cultural, Vegetation

**Your Name: __Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress**
_____**Telephone:** ___970.565.7191
**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org
**NAME:**                                                        **SEGMENT:**

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This segment contributes reliable and significant volume of streamflow to the San Miguel River, and the health of segment should be protected in order to maintain and enhance the quality of the contributed streamflows.

The segment's superior examples of unique stream-dependent riparian vegetation communities should themselves be preserved and enhanced.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

BLM_0108230

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
| --- |

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Although less than 70% of the land along the segment is federally owned, 100% of the land immediately above the stream's confluence with the San Miguel River is federally owned. This facilitates effective implementation of protective management.

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

NAME:                                                  SEGMENT:

**protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of Tabeguache Creek segment 2—or at least the federally owned portion—be found suitable.

## 25 - LOWER DOLORES RIVER WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                    **ORVs: Scenic, Recreational, Geologic, Fish, Wildlife**

**Your Name:** __**Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress**
_____**Telephone:** ___970.565.7191
**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is essential to, and appropriate for, that protection.

The esthetically and economically important recreation opportunities provided by the Lower Dolores River segment present sufficient justification for protecting the natural appearance and health of that segment. The existence of healthy populations of regionally imperiled native fish, as noted in the BLM's Final Eligibility Report, make that protection even more important.

In conjunction with a finding of suitability, and protective management, for the San Miguel River segments upstream, corresponding protections for this segment complete an important recognition of the two rivers' importance, locally and nationally.

BLM_0108232

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

NAME:                                              SEGMENT:

BLM_0108233

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While just over 65% of the land along the segment is federally own, 100% of the upper portion of the segment is federally owned. This facilitates effective implementation of protective management for that federal portion; it also facilitates—and warrants—cooperative agreements and actions in the lower portions, lined primarily by private land, to help complete that protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that that full length of Lower Dolores River segment—or at least the upper federally owned portion—be found suitable.

## 26 - NORTH FORK MESA CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                              *ORVs:* **Vegetation**

**Your Name:** \_\_**Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress**
_____**Telephone:** \_\_\_970.565.7191
**Address:** \_\_\_\_\_Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513
Cortez, CO 81321\_**E-mail:** amber@sanjuancitizens.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This segment warrants the strongest of protective measures for two basic reasons. First is the BLM-recognized presence of globally imperiled narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian woodlands along the segment. Second, and related, the segment contributes perennial, high quality streamflows to Mesa Creek, and thus to the severely depleted Dolores River itself.

A finding of suitability for this segment corresponds to the BLM's separate finding of eligibility for the upstream segment of the North Fork (and, hopefully, finding of suitability for that upper segment). In any case, the Uncompahgre and Grand Junction field offices should confer and protect effective coordinated protective management for both segments.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**NAME:**                                               **SEGMENT:**

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While just over 68% of the land along the segment is federally owned, 100% of the upper portion of the segment is federal. This facilitates effective implementation of protective management, and facilitates the implementation of cooperative agreements and actions for portions of the segment lined with private land.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

BLM_0108236

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of North Fork Mesa Creek—or at least the federally owned upper portion—be found suitable.

## 27 - DOLORES RIVER, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**          *ORVs:* **Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation**

**Your Name:** __**Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress**_____**Telephone:** ___970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**NAME:**                                              **SEGMENT:**

BLM_0108237

1. **Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** Such protections are described in our comments related to Dolores River segment 2, and we advocated those protections for Dolores River segment 1 as well.

Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is key to that protection.

With the longest and most diverse list of outstandingly remarkable values (seven) recognized in this segment, the segment is eminently qualified for the highest possible protective status and measures.

The healthy presence of regionally imperiled native fish in this segment and downstream, as recognized in the BLM's Final Eligibility Report, the importance of protecting the stream and supportive corridor in this segment is greatly magnified.

2. **Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

3. **Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
| --- |

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Only 47% of land along Dolores River segment 2 is federally owned, but 100% of the corridor land in the upper half of the segment is federal. This facilitates the effective implementation of protective measures in that federal portion and facilitates cooperative agreements and measures for providing similar protections to the rest of the segment.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

NAME:                                        SEGMENT:

BLM_0108239

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that the full length of Dolores River segment 2—or at least the federally owned upper portion—be found suitable.

## 30 - LA SAL CREEK, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:*  Recreational                                   *ORVs:*  Fish, Vegetation

**Your Name:** __**Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress**
_____**Telephone:** ___970.565.7191
**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513
Cortez, CO 81321 **E-mail:** amber@sanjuancitizens.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

## GENERAL

BLM_0108240

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses a distinctive canyon corridor, affording a stunning backdrop to outstanding recreation opportunities. The stream itself provides important streamflow source for the Dolores River, and it includes essential and healthy riparian environment in an otherwise arid area.

The presence of healthy populations of regionally imperiled native fish, and the presence of globally rare riparian ecosystem, provide complete justification for the strongest possible protective status and measures in this segment. In addition, the segment provides essential streamflows and healthy continuity for riparian habitats in the Dolores River Canyon Wilderness Study Area immediately downstream, and to the Dolores River itself.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

NAME:                                          SEGMENT:

BLM_0108241

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
| --- |

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership along the segment is 84.5%, facilitating effective implementation of protective management, particularly in the upper portion, which is 100% federal.

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

**protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of La Sal Creek segment 2 be found suitable.

### 31 - LA SAL CREEK, SEGMENT 3 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**          *ORVs:* **Scenic, Recreational, Fish, Cultural, Vegetation**

**Your Name:** __**Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress**
_____**Telephone:** ___970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** If ever a stream segment were suitable under that definition of the Wild and Scenic Rivers Act, this is one. The segment lies wholly within the Dolores River Canyon Wilderness Study Area, supporting regionally rare riparian and scenic vibrancy. That habitat health is reflected in the presence of healthy populations of regionally imperiled native fish.

In addition, La Sal creek is among the more significant streamflow contributors to the severely depleted Dolores River.

**NAME:**                                          **SEGMENT:**

BLM_0108243

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal ownership of land along the segment is 100%, facilitating—and requiring—the strongest possible form of protective management.

BLM_0108244

8.  **Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

9.  **Issues that might make administering this segment difficult.**

10.  **Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that the full length of La Sal Creek segment 3 be found suitable.

## 32 - LION CREEK, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                                      *ORVs:* **Vegetation**

**Your Name:** __Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress
_____**Telephone:** ___970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

**NAME:**                                                    **SEGMENT:**

BLM_0108245

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

5.  Compatibility or incompatibility of designation with current land and water uses and development.

6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.

## ADMINISTRATION

7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.

8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.

9.  Issues that might make administering this segment difficult.

10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and

NAME:                                    SEGMENT:

BLM_0108247

protect this segment's **ORVs** on nonfederal lands.

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

### 33 - SPRING CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                          *ORVs:* Vegetation

**Your Name:** __Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress

_____**Telephone:** __970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surrounding wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Spring Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

BLM_0108248

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for**

NAME:                                    SEGMENT:

BLM_0108249

protecting this segment's **ORVs** other than **WSR** designation.

8.  **Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

9.  **Issues that might make administering this segment difficult.**

10.  **Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

## 34 - DOLORES RIVER, SEGMENT 1 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**          *ORVs:* **Recreation, Scenery, Fish, Wildlife, Geology, Ecology, Archeology**

**Your Name:** __Dolores River Coalition, San Juan Citizens Alliance, The Wilderness Society, Colorado Environmental Coalition, Sheep Mountain Alliance, Western Colorado Congress

_____**Telephone:** ___970.565.7191

**Address:** _____Amber Kelly: Lower Dolores River Organizer,  San Juan Citizens Alliance PO Box 1513 Cortez, CO 81321_**E-mail:** amber@sanjuancitizens.org

BLM_0108250

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** Identified as eligible in the San Juan Public Lands Draft Resource Management Plan, this segment complements and is essentially a component of Dolores River segment 2. As such, its extensive and divers outstandingly remarkable values and values-related flows, warrant the highest possible protection.

Such protections are described in our comments related to Dolores River segment 2, and we advocated those protections for Dolores River segment 1 as well.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

NAME:                                              SEGMENT:

BLM_0108251

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

protect this segment's ORVs on nonfederal lands.

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

We recommend that the full length of Dolores River segment 1 be found suitable.

NAME:                                                SEGMENT:

BLM_0108253

**13 - WEST FORK TERROR CREEK WSR SUITABILITY COMMENTS** AUG 1 7 2010

Preliminary Classification: Recreational                    ORVs: Fish

Your Name: Mona M. Brandstadt    Telephone: 970- 8~~~~~~~~~~~~~

Address: 19239 G. Rd Delta, CO    E-mail: mnmbrandst@aol.com
                          81416

Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.

## GENERAL

**I. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This would personally effect me. Since this is an area where I have hunted and gone 4-wheeling and fishing for the last 23 years. IT would also effect me because my husband and son + brother in law work AT Bowie Coal mine

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

My Husband - Son - and Brother in law work AT Bowie Resources LLC (federal Coal Reserve My father in law is part of the Delta County Cattlemons ass. We live on a farm and my father in law Has A farm + Cattle. So we know the need for irrigation water

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

Lets worry about the Fish. instead of all the people who would be effected

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

We need this land foR Coal mining industery Cattlemen, farmees for irrigating + grozing Timber Sales and for Recreational purposes

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

I personally have visit this area. at least ten times Yearly for the last 23 years. and have Seen no disturbances to this area even from the timber clearing that has been done

BLM_0108254

BLM_0108255

Mona M. Brandstadt    710-874-1283

19239 G. Rd Delta CO. 81416    mnmbrandst@aol.com

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

Being a life long Resident of Delta County and living in Crawford and graduating from Paonia High 1976 School. I know that a lot of West Terror Creek drainage is on priate property.

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

This is definctely not something that's necessary. It would effect too many people who are strusslins to keep their head above water with the way our country's suffering with unemployment and "EVERYThing"

This would Effect
Rifle- Currecanti Transmission lines
Bowie Resources LLC (federal coal Reserve) 280 Employees not including our community who benefits from all there spendins. the contractors, material supplies, consultants. The taxes they pay to the county.
domestic + commercial water users
irrigation shore owners
cattlemen
private owners who would have to give up
And myself, who would have to give up
my husband and my self's Hunting. Considering
↓ over

You have already Put up a Gate and ≡
Closed OFF The Road where we have
Camped & Hunted for the Past 25 Years.

Last Year We Introduced Our 8 Year
Old and 3 Year Old Granddaughters to this
Deer While 4-wheeling we took them to
Our hunting area and Showed them
Where we Camp and where we would
Walk to Hunt AT The Top of the
Mountain Giradi's Slides. They were amazed
that we only used the 4-wheelers to
Ride down to the Canal from our
Campsite. And would walk all day
from daylight to Dark. They were
excited to think about the day
When they would go with us.
Un fortunately two week ago actually
it was Aug 4th 2010 we took them
Back up there 4-wheeling only
To Find The Road Closed and only
Allowing us to Continue by foot or OR
by Horse. I can't begin to tell you
the Dissapointment They felt on the
Questions of why There was a Gate.
I don't know the Answere. I myself
Can't believe that we are no longer
able To Camp 4 Hunt Deer/hear as we
have done The last 33 Years.

**James Bode**

| | |
|---|---|
| **From:** | steve smith <steve_smith@tws.org> |
| **Sent:** | Tuesday, August 17, 2010 5:16 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | wild & scenic suitability comments |
| **Attachments:** | ufo w&s suitability comments FINALSENT.doc; WSR Segment Suitability Public Comment Form 072610 Web.doc |

Greetings. Please find enclosed two documents containing our comments on wild & scenic river segments being considered for suitability determination as part of the Uncompahgre Field Office Resource Management Plan Revision.

We have provided our comments in two formats:  a) narrative letter; and b) entered into the BLM's standard forms.

Please let me know if you have any trouble opening or reading these attachments, or if you have any questions or requests for us.

Thank you.

Steve Smith
Assistant Regional Director
The Wilderness Society
steve_smith@tws.org
(303) 650-5818 x106

BLM_0108258

**The Wilderness Society**
**Audubon Colorado • Center for Native Ecosystems**
**Colorado Environmental Coalition • Colorado Mountain Club**
**Colorado Trout Unlimited • Colorado Wild**
**San Juan Citizens Alliance • Sheep Mountain Alliance • Sierra Club**
**The Nature Conservancy • Western Colorado Congress**
**Western Resource Advocates • Western Slope Environmental Resource Council**

c/o 1660 Wynkoop, #850
Denver, Colorado  80202                                        August 17, 2010

Bureau of Land Management
Uncompahgre Field Office
Attention – RMP Revision
2465 South Townsend
Montrose, Colorado  81401

Greetings,

Thank you very much for the opportunity to comment on the potential suitability, under provisions of the Wild and Scenic Rivers Act, of certain stream segments in the Uncompahgre Field Office planning area. Please carefully consider the following comments and recommendations as part of your deliberation and decisions about these important streams and stream corridors.

(We will also submit these comments in the comment-form format provided by the BLM.)

**General comments and recommendations**
The Wild and Scenic Eligibility Report for the Bureau of Land Management (BLM) Uncompahgre Planning Area (issued as a component of the field office's Resource Management Plan (RMP) revision process, provides helpful base information about area streams with potential for inclusion in the National Wild and Scenic Rivers System.

In particular, the draft report's detailed background data, maps, and initial analysis of flows and values in the streams considered is very helpful.

Coordinated review, planning, and protection
Eligibility determinations for streams flowing through the Uncompahgre Field Office (UFO) Planning Area *and* through adjacent federal land planning areas should provide protective status equal to or stronger than that provided in adjacent planning areas. That is, any UFO streams with segments found suitable in adjacent areas should also be found suitable. Any stream segments not found suitable in adjacent areas should still be considered for suitability in the UFO area.

This is especially important in the protection and enhancement of riparian ecosystems that span the various federal land management areas and offices, as decisions in one portion of a stream can have significant impacts on downsteam portions of the same stream. This type of coordination is warranted, even expected, under the terms of the *Unified Federal Policy for a Watershed Approach to Federal Land and Resource Management, October 2000*.

Dolores River
The Dolores River fits this cross-jurisdictional situation. This regionally significant river warrants consistent and coordinated status, management, and protection through its entire public lands reach. Long-existing suitability status for Dolores segments in the Grand Junction Field Office planning area and in the San Juan Public Lands planning area warrant corresponding suitability status and protective management for segments in the UFO planning area.

Related, all tributaries to the Dolores River contributing significant volumes of streamflow or seasonally unique or important streamflow should be determined suitable and correspondingly managed to protect the tributaries' outstandingly remarkable values and the streamflows related to ORVs, both in the tributaries themselves and in the Dolores River downstream.

San Miguel River
The San Miguel River is another regionally significant and iconic stream that flows through the UFO planning area. In addition to the San Miguel's inherent stream-related outstandingly remarkable features, the river also provides an important contribution to stream flows in the Dolores River downstream of the confluence of the two rivers. This contribution to Dolores flows is particularly important when Dolores flows are constricted by operation of the McPhee Dam. With imperiled native fish populations identified as surviving just below the confluence, San Miguel flows reflecting a natural hydrograph (to the greatest extent possible in the context of existing water rights) need to be protected. Suitability determination for the full length of the San Miguel through the UFO planning area, and for significant tributaries to the river, is a key component of protection for the river itself and for unique natural features downstream.

Roc Creek
Current eligibility status for Roc Creek segments in the Manti-La Sal National Forest management plan warrant equal or stronger status and protection for segments in the UFO planning area, where Roc Creek traverses unique and sensitive areas with wilderness characteristics (both as identified by citizen inventory and by the BLM's own wilderness characteristics review) and other unique stream-related features.

The UFO's failure to find Roc Creek even eligible is doubly incongruous, both in light of those remarkable stream-related values and in light of the Manti-La Sal National Forest's determination that its portion of Roc Creek is eligible (with Wild classification and with Scenic and Geologic/Hydrologic Outstandingly Remarkable Values identified). This

BLM_0108260

should be corrected with UFO affirmation of Roc Creek's eligibility, plus determination that it is suitable.

**Specific segments**

Each stream segment included in the final Eligibility Report warrants a BLM finding of suitability and recommendation to Congress for addition to the National Wild and Scenic River System. Each stream segment provides important streamflows and unique values that warrant that additional analysis and related protection. Several stream segments are especially important because of their regional significance, connection and complement to other streams and stream corridors, and connection to other public lands values.

*Lower Gunnison Unit*

Cottonwood Creek

*18.27 miles; Scenic; Vegetation (cottonwood/riparian)*

This stream is an important feature associated with adjacent lands with wilderness character and included in citizen wilderness proposal lands. Those wilderness values should be considered as part of this streams wild and scenic evaluation.

The stream provides support for a thriving diverse riparian community, rare in this otherwise arid landscape, and adding corresponding high-quality water to the private lands downstream and to the Gunnison River.

Federal ownership of lands in the stream corridor is 100%, simplifying manageability and warranting strong protective federal management.

We recommend that the full length of the Cottonwood Creek segment be found suitable.

Escalante Creek, segment 1

*8.45 miles; Scenic, Scenic; Recreational, Geologic, Wildlife, Vegetation*

This stream boasts stunning beauty of its own. It also contributes important streamflows to geographically significant streams and public lands downstream. The uniquely healthy riparian corridor in this segment supports globally unique plant species, as noted in the BLM's Final Eligibility Report.

The mixture of ownership may provide some management challenges, but the important features of the stream and corridor warrant the extra effort that might be necessary to resolve cooperative management, and certainly warrants active protective management for the federally owned portions.

We recommend that the full length—or, at least, the federally owned portions—of this Escalante Creek segment be found suitable.

<u>Gunnison River, segment 2</u>
*.41 mile; Recreational; Fish*
This regional significant river warrants careful review and enduring protection as an important recreational opportunity and as the hydrologic heart of unique adjacent public lands.

This river segment, short as it is, provides critical and healthy habitat for endangered native fish, as identified in the BLM's Final Eligibility Report.

Federal ownership of corridor lands along this segment is 100%, simplifying the implementation of protective management.

<u>We recommend that the full length of Gunnison River segment 2 be found suitable.</u>

<u>Gunnison River, segment 3</u>
*17.48 miles; Recreational, Fish, Cultural, Vegetation*
This regional significant river warrants careful review and enduring protection as an important recreational opportunity and as the hydrologic heart of unique adjacent public lands.

This river segment provides critical and healthy habitat for endangered native fish and/or fish species of concern, popular recreational opportunities, and an extensive wealth of cultural features, all as identified in the BLM's Final Eligibility Report.

The mixture of land ownership along this segment may present some challenges to protective management, but its high value warrants the extra effort that might be necessary for success. The predominance of federal ownership (80.2% of the length) makes it possible to effectively manage those portions.

<u>Monitor Creek</u>
*9.42 miles; Wild; Vegetation (cottonwood/riparian)*
This stream is an important feature flowing through the heart of federal lands with wilderness character and characteristics, which are included in citizen wilderness proposal lands. The stream is also associated with congressionally designated national forest lands upstream. Those wilderness values should be considered and protected through strong protective management for this stream and its corridor.

Protection of this stream will benefit private lands downstream and help ensure continued healthy streamflow contribution to the Gunnison River.

Federal ownership of corridor lands along this segment is 100%, simplifying the implementation of protective management.

<u>We recommend that the full length of the Monitor Creek segment be found suitable.</u>

BLM_0108262

Potter Creek
*9.82 miles; Wild; Vegetation (cottonwood/riparian)*
This stream is an important feature associated with adjacent lands with wilderness character and characteristics, which are included in citizen wilderness proposal lands. Those wilderness values should be considered as part of this streams wild and scenic evaluation.

This stream is an important feature flowing through and enhancing lands with wilderness character, which are included in citizen wilderness proposal lands. The stream is also associated with congressionally designated national forest lands upstream. Those wilderness values should be considered and protectively managed as part of this streams wild and scenic evaluation.

Federal land ownership through this segment is 100%, simplifying the effective implementation of protective management.

We recommend that the full length of the Potter Creek be found suitable.


Rose Creek
*3.9 miles; Wild; Scenic*
This is an important tributary of Little Dominguez Creek, which itself flows through the Dominguez Canyon Wilderness. Congressional designation of that wilderness specifically called for effective protection of streamflows and associated natural values in Little Dominguez Creek. Correspondingly, the careful protection of streamflows and healthy riparian corridor along Rose Creek is essentially to the fulfillment of that congressional recognition and mandate.

Federal land ownership along this segment is 100%, simplifying the effective implementation of protective management.

We recommend that the full length of the Rose Creek segment be found suitable.


Roubideau Creek, segment 1
*10.71 miles; Wild; Recreational, Wildlife, Cultural, Vegetation*
This stream is an important feature flowing through and enhancing lands with wilderness character and characteristics, which are included in citizen wilderness proposal lands. The stream is also associated with congressionally designated national forest lands upstream. Those wilderness values should be considered and protectively managed as part of this streams wild and scenic evaluation.

BLM_0108263

Federal land ownership along this segment is 93%, simplifying the effective implementation of protective management.

<u>We recommend that the full length of the Potter Creek be found suitable.</u>

*San Miguel Unit*
<u>Beaver Creek</u>
*14.25 miles; Scenic; Vegetation (rare cottonwood-spruce-alder community)*
Traversing a narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad, otherwise private-land, geography. The creek is also an important contributing tributary to the San Miguel River.

Federal land ownership of nearly 100% will simplify effective implementation of protective management.

<u>We recommend that the full length of Beaver Creek be found suitable.</u>

<u>Dry Creek</u>
*10.49 miles; Wild; Scenic, Geologic*
This stream traverses a uniquely un-roaded landscape, providing important wildlife support and general ecological vibrancy. It is also a seasonally large streamflow contributor to the San Miguel River.

The very distinctive scenery and geology of the area—formed in large part by the creek itself—warrant strong protective management for the stream and corridor.

Nearly 100% federal ownership of land along the stream corridor, and extensive federal land beyond the corridor, simplify effetive implementation of protective management.

<u>We recommend that the full length of Dry Creek segment be found suitable.</u>

<u>Naturita Creek</u>
*24.97 miles; Scenic; Fish*
This rare habitat for exemplary populations of endangered native fish and/or fish species of concern warrants the strongest possible protection, for both streamflows, related corridor vegetation, and water quality.

While the low percentage of federal ownership along the corridor might preclude a finding of suitability or wild & scenic designation, other immediate, effective, and enduring administrative protections—including cooperative measures with landowners

and with other government agencies—should be included in the resource management plan and its implementation.

Saltado Creek
*5.56 miles; Wild; Vegetation (rare cottonwood-spruce-alder community)*
Traversing a relatively narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad otherwise private-land geography. The creek is also an important and reliable streamflow-contributing tributary to the San Miguel River.

The healthy and remarkably undisturbed nature of this segments riparian vegetation and soils, worthy of strong protection itself, helps ensure clean streamflow in the San Miguel River.

100% federal land ownership along the lower four miles of the segment simplifies effective implementation of protective management.

We recommend that the full length—certainly the federally owned portion—of Saltado Creek segment be found suitable.

San Miguel River, segment 1
*27.23 miles; Recreational; Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology*
This large, regionally iconic river is inherently significant, and it provides important streamflow contribution to the Dolores River, itself severely diminished above its confluence with the San Miguel. This flow contribution is particularly important for the surviving population of endangered native fish, and/or fish species of concern, inhabiting the portion of the Dolores River just below that confluence. With flows from the upper reaches of the Dolores still highly variable and generally low, the San Miguel flow contribution is critical and must be protected.

This segment includes unparalleled scenery and attendant natural and cultural features.

The patchwork of federal-private land ownership along the segment may complicate protective management, but the segment's features warrant the extra effort that might be necessary to secure a finding of suitability and to implement cooperative measures to protect those features.

We recommend that all of San Miguel River segment 1 be found suitable.

San Miguel River, segment 2
*4.01 miles; Wild; Scenic, Recreational, Wildlife, Vegetation*

BLM_0108265

This relatively short segment of the San Miguel River contains unusually undisturbed stream and corridor features, warranting the strongest possible protection. The corridor includes stunning geological and landform scenery, much of it formed by the river itself, along with a uniquely undisturbed and vibrant riparian ecosystem.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

<u>We recommend that the full length of San Miguel River segment 2 be found suitable.</u>

<u>San Miguel River, segment 3</u>
*7.31 miles; Scenic; Recreational, Fish, Wildlife, Vegetation*
This segments uniquely wild condition affords recreational experiences important to local economy and to local sense of place. The segment also provides critical habitat for endangered native fish and/or fish species of concern, which must be protected in order to ensure continued local use of the river's flows.

While federal land ownership along the segment is only 72.5%, the bulk of private land is found at one location, facilitating the cooperative measures important for implementing protective measures essential for this segment.

<u>We recommend that the full length of San Miguel River segment 3 be found suitable.</u>

<u>San Miguel River, segment 5</u>
In addition to ensuring strong and enduring protection for the public lands segments of the river traversing primarily federal public lands, the BLM should engage landowners and other land managers in Segment 5 to ensure cooperative measures to a) protect a continuous healthy stream corridor and b) to ensure natural-hydrograph flow contributions to the Dolores River. These and other measures should be undertaken to, among other things, enhance and preserve important habitat for imperiled native fish noted in the BLM's Final Eligibility Report.

<u>San Miguel River, segment 6</u>
*3.23 miles; Recreational, Fish, Historic, Vegetation*
This final segment to the San Miguel River's confluence with the Dolores River is of critical importance to a) preserve the beauty and natural dynamics of the confluence, to ensure a final, reliable, and healthy contribution to streamflows important for imperiled native fish uniquely flourishing in the segment and just downstream from the confluence, and c) to protect and enhance the healthy native riparian vegetation along the segment.

While less than 70% of the land along segment is federally owned, 100% of the final two miles above the confluence is federally owned, facilitating effective implementation of protective management.

<u>We recommend that the full length of San Miguel River segment 6—or at least the federal portion—be found suitable.</u>

<u>Tabeguache Creek, segment 1</u>
*3.61 miles; Wild; Vegetation*
This stream traverses a uniquely un-roaded, wild landscape on public lands, providing important wildlife support and general ecological vibrancy along the stream itself, and complementing congressionally designated national forest lands protected upstream.

Reliable protection is also needed for the segment's uniquely and flourishing riparian vegetation communities, and noted in the BLM's Final Eligibility Report.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

<u>We recommend that the full length of Tabeguache segment 1 be found suitable.</u>

<u>Tabeguache Creek, segment 2</u>
*11.57 miles; Recreational, Cultural, Vegetation*
This segment contributes reliable and significant volume of streamflow to the San Miguel River, and the health of segment should be protected in order to maintain and enhance the quality of the contributed streamflows.

The segment's superior examples of unique stream-dependent riparian vegetation communities should themselves be preserved and enhanced.

Although less than 70% of the land along the segment is federally owned, 100% of the land immediately above the stream's confluence with the San Miguel River is federally owned. This facilitates effective implementation of protective management.

<u>We recommend that the full length of Tabeguache Creek segment 2—or at least the federally owned portion—be found suitable.</u>

*Lower Dolores Unit*
<u>Lower Dolores River</u>
*10.53 miles; Scenic; Scenic, Recreational, Geologic, Fish, Wildlife*
Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by

river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is essential to, and appropriate for, that protection.

The esthetically and economically important recreation opportunities provided by the Lower Dolores River segment present sufficient justification for protecting the natural appearance and health of that segment. The existence of healthy populations of regionally imperiled native fish, as noted in the BLM's Final Eligibility Report, make that protection even more important.

In conjunction with a finding of suitability, and protective management, for the San Miguel River segments upstream, corresponding protections for this segment complete an important recognition of the two rivers' importance, locally and nationally.

While just over 65% of the land along the segment is federally own, 100% of the upper portion of the segment is federally owned. This facilitates effective implementation of protective management for that federal portion; it also facilitates—and warrants—cooperative agreements and actions in the lower portions, lined primarily by private land, to help complete that protective management.

<u>We recommend that that full length of Lower Dolores River segment—or at least the upper federally owned portion—be found suitable.</u>


<u>North Fork Mesa Creek</u>
*8.53 miles; Scenic; Vegetation*
This segment warrants the strongest of protective measures for two basic reasons. First is the BLM-recognized presence of globally imperiled narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian woodlands along the segment. Second, and related, the segment contributes perennial, high quality streamflows to Mesa Creek, and thus to the severely depleted Dolores River itself.

A finding of suitability for this segment corresponds to the BLM's separate finding of eligibility for the upstream segment of the North Fork (and, hopefully, finding of suitability for that upper segment). In any case, the Uncompahgre and Grand Junction field offices should confer and protect effective coordinated protective management for both segments.

While just over 68% of the land along the segment is federally owned, 100% of the upper portion of the segment is federal. This facilitates effective implementation of protective management, and facilitates the implementation of cooperative agreements and actions for portions of the segment lined with private land.

<u>We recommend that the full length of North Fork Mesa Creek—or at least the federally owned upper portion—be found suitable.</u>

BLM_0108268

*Upper Dolores Unit*

Dolores River, segment 1

Identified as eligible in the San Juan Public Lands Draft Resource Management Plan, this segment complements and is essentially a component of Dolores River segment 2. As such, its extensive and diverse outstandingly remarkable values and values-related flows, warrant the highest possible protection.

Such protections are described in our comments related to Dolores River segment 2, and we advocated those protections for Dolores River segment 1 as well.

We recommend that the full length of Dolores River segment 1 be found suitable.


Dolores River, segment 2

*11.5 miles; Recreational; Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation*

Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is key to that protection.

With the longest and most diverse list of outstandingly remarkable values (seven) recognized in this segment, the segment is eminently qualified for the highest possible protective status and measures.

The healthy presence of regionally imperiled native fish in this segment and downstream, as recognized in the BLM's Final Eligibility Report, the importance of protecting the stream and supportive corridor in this segment is greatly magnified.

Only 47% of land along the segment is federally owned, but 100% of the corridor land in the upper half of the segment is federal. This facilitates the effective implementation of protective measures in that federal portion and facilitates cooperative agreements and measures for providing similar protections to the rest of the segment.

We recommend that the full length of Dolores River segment 2—or at least the federally owned upper portion—be found suitable.

La Sal Creek, segment 2
*4.52 miles; Scenic; Fish, Vegetation*
This stream traverses a distinctive canyon corridor, affording a stunning backdrop to outstanding recreation opportunities. The stream itself provides important streamflow source for the Dolores River, and it includes essential and healthy riparian environment in an otherwise arid area.

The presence of healthy populations of regionally imperiled native fish, and the presence of globally rare riparian ecosystem, provide complete justification for the strongest possible protective status and measures in this segment. In addition, the segment provides essential streamflows and healthy continuity for riparian habitats in the Dolores River Canyon Wilderness Study Area immediately downstream, and to the Dolores River itself.

Federal land ownership along the segment is 84.5%, facilitating effective implementation of protective management, particularly in the upper portion, which is 100% federal.

We recommend that the full length of La Sal Creek segment 2 be found suitable.


La Sal Creek, segment 3
*3.37 miles; Wild; Scenic, Recreational, Fish, Cultural, Vegetation*
If ever a stream segment were suitable under that definition of the Wild and Scenic Rivers Act, this is one. The segment lies wholly within the Dolores River Canyon Wilderness Study Area, supporting regionally rare riparian and scenic vibrancy. That habitat health is reflected in the presence of healthy populations of regionally imperiled native fish.

In addition, La Sal creek is among the more significant streamflow contributors to the severely depleted Dolores River.

Federal ownership of land along the segment is 100%, facilitating—and requiring—the strongest possible form of protective management.

We recommend that the full length of La Sal Creek segment 3 be found suitable.


Lion Creek
This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

Spring Creek
This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surrounding wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Spring Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

*Dominguez-Escalante National Conservation Area*
Big Dominguez Creek, segment 1
The stream corridor for this segment has been designated by Congress as a component of the National Wilderness Preservation System. Meanwhile, the State of Colorado has approved the filing of instream-flow protection water rights for this stream segment. So long at those instream-flow rights are sufficient for wilderness purposes, and are actively implemented and protected, wild and scenic protection, including a finding of suitability, might not be necessary.

Big Dominguez Creek, segment 2
The stream corridor for this segment has been designated by Congress as a component of the National Wilderness Preservation System. Meanwhile, the State of Colorado has approved the filing of instream-flow protection water rights for this stream segment. So long at those instream-flow rights are sufficient for wilderness purposes, and are actively implemented and protected, wild and scenic protection, including a finding of suitability, might not be necessary.

Little Dominguez Creek, segment 1
The stream corridor for this segment has been designated by Congress as a component of the National Wilderness Preservation System. Meanwhile, the State of Colorado has approved the filing of instream-flow protection water rights for this stream segment. So long at those instream-flow rights are sufficient for wilderness purposes, and are actively implemented and protected, wild and scenic protection, including a finding of suitability, might not be necessary.

Little Dominguez Creek, segment 2
The stream corridor for this segment has been designated by Congress as a component of the National Wilderness Preservation System. Meanwhile, the State of Colorado has approved the filing of instream-flow protection water rights for this stream segment. So long at those instream-flow rights are sufficient for wilderness purposes, and are actively implemented and protected, wild and scenic protection, including a finding of suitability, might not be necessary.

BLM_0108271

<u>Gunnison River, segment 1</u>
This regionally significant river warrants careful review and enduring protection as an
important recreational opportunity and as the hydrologic heart of unique adjacent public
lands.

This river segment, short as it is, provides critical and healthy habitat for endangered
native fish, as identified in the BLM's Final Eligibility Report.

Federal ownership of corridor lands along this segment is 100%, simplifying the
implementation of protective management.

<u>We recommend that the full length of Gunnison River segment 1 be found suitable.</u>


Thank you again for carefully considering and including these comments in your
deliberation over suitability determinations for these important streams. Please let us
know any questions you have or if you need additional information from us.

Sincerely,


Steve Smith                             Becky Long
Assistant Regional Director             Colorado Environmental Coalition
The Wilderness Society

Ken Strom                               Josh Pollock
Audubon Colorado                        Center for Native Ecosystems

Bryan  Martin                           Ryan Demmy Bidwell
Colorado Mountain Club                  Colorado Wild

Megan Graham                            Hilary White
San Juan Citizens Alliance              Sheep Mountain Alliance

Steve Glazer                            Peter Mueller
Sierra Club, Rocky Mountain Chapter     The Nature Conservancy

Amy Montano                             Bart Miller
Western Colorado Congress               Western Resource Advocates

Rob Peters
Western Slope Environmental Resource Council

David Nickum
Colorado Trout Unlimited

BLM_0108272

## COMMENTING ON WILD AND SCENIC RIVER SUITABILITY

August 17, 2010

### I - COTTONWOOD CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                     *ORVs:* **Vegetation**

**Your Name:** __The Wildlerness Society, Audubon Colorado, Center for Native Ecosystems, Colorado Environmental Coalition, Colorado Mountain Club, Colorado Trout Unlimited, Colorado Wild, San Juan Citizens Alliance, Sheep Mountain Alliance, Sierra Club, The Nature Conservancy, Western Colorado Congress, Western Resources Advocates, Western Slope Environmental Resource Council__                                     **Telephone:** ___(303) 650-5818 x106___

**Address:** _____1660 Wynkoop #850, Denver, Colroado  80202_____ **E-mail:** __steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream is an important feature associated with adjacent lands with wilderness character and included in citizen wilderness proposal lands. Those wilderness values should be considered as part of this streams wild and scenic evaluation.

The stream provides support for a thriving diverse riparian community, rare in this otherwise arid landscape, and adding corresponding high-quality water to the private lands downstream and to the Gunnison River.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation**

BLM_0108273

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**  Federal ownership of lands in the stream corridor is 100%, simplifying manageability and warranting strong protective federal management.

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

NAME:                                        SEGMENT:

BLM_0108274

We recommend that the full length of the Cottonwood Creek segment be found suitable.

## 3 - ESCALANTE CREEK, SEGMENT I WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**          *ORVs:* **Scenic, Recreational, Geologic, Wildlife, Vegetation**

**Your Name:** __The Wilderness Society, et al_____ **Telephone:** ___(303) 650-5818 x106_____

**Address:** _____1660 Wynkoop #850, Denver, Colorado  80202_____ **E-mail:** _____steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream boasts stunning beauty of its own. It also contributes important streamflows to geographically significant streams and public lands downstream. The uniquely healthy riparian corridor in this segment supports globally unique plant species, as noted in the BLM's Final Eligibility Report.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** The mixture of ownership may provide some management challenges, but the important features of the stream and corridor warrant the extra effort that might be necessary to resolve cooperative management, and certainly warrants active protective management for the federally owned portions.

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**NAME:**                                    **SEGMENT:**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

<div align="center">

**ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY**
</div>

We recommend that the full length—or, at least, the federally owned portions—of this Escalante Creek segment be found suitable.

<div align="center">

## 5 - GUNNISON RIVER, SEGMENT 2 WSR SUITABILITY COMMENTS
</div>

*Preliminary Classification:* **Recreational**                                                  *ORVs:* **Fish**

**Your Name:** ___ **The Wilderness Society, et al** _____ **Telephone:** ___ **(303) 650-5818 x106** _____

**Address:** _____ **1660 Wynkoop #850, Denver, Colorado  80202** _____ **E-mail:** _____ **steve_smith@tws.org** _____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

<div align="center">

**GENERAL**
</div>

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This regional significant river warrants careful review and enduring protection as an important recreational opportunity and as the hydrologic heart of unique adjacent public lands.

This river segment, short as it is, provides critical and healthy habitat for endangered native fish, as identified in the BLM's Final Eligibility Report.

BLM_0108277

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal ownership of corridor lands along this segment is 100%, simplifying the implementation of protective management.

**NAME:**                                           **SEGMENT:**

BLM_0108278

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that the full length of Gunnison River segment 2 be found suitable.

## 6 - GUNNISON RIVER, SEGMENT 3 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                    *ORVs:* Recreational, Fish, Cultural, Vegetation

Your Name:    The Wilderness Society, et al                                         Telephone:    (303) 650-5818 x106

Address:        1660 Wynkoop #850, Denver, Colorado  80202                                         E-mail:        steve_smith@tws.org

BLM_0108279

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

## GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This regional significant river warrants careful review and enduring protection as an important recreational opportunity and as the hydrologic heart of unique adjacent public lands.

This river segment provides critical and healthy habitat for endangered native fish, popular recreational opportunities, and an extensive wealth of cultural features, all as identified in the BLM's Final Eligibility Report.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**NAME:**                                    **SEGMENT:**

BLM_0108280

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|---|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** The mixture of land ownership along this segment may present some challenges to protective management, but its high value warrants the extra effort that might be necessary for success. The predominance of federal ownership (80.2% of the length) makes it possible to effectively manage those portions.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

protect this segment's **ORVs** on nonfederal lands.

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| :---: |

## 7 - MONITOR CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                      *ORVs:* Vegetation

Your Name:   __The Wilderness Society, et al__                                      Telephone:   __(303) 650-5818 x106__

Address:   ___1660 Wynkoop #850, Denver, Colorado  80202___                      E-mail: ___steve_smith@tws.org___

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| :---: |

**1. Characteristics might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream is an important feature flowing through the heart of federal lands with wilderness character and characteristics, which are included in citizen wilderness proposal lands. The stream is also associated with congressionally designated national forest lands upstream. Those wilderness values should be considered and protected through strong protective management for this stream and its corridor.

Protection of this stream will benefit private lands downstream and help ensure continued healthy streamflow contribution to the Gunnison River.

NAME:                                              SEGMENT:

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal ownership of corridor lands along this segment is 100%, simplifying the implementation of protective management.

BLM_0108283

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of the Monitor Creek segment be found suitable.

## 8 - POTTER CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                         *ORVs:* **Vegetation**

**Your Name:**    The Wilderness Society, et al                                                **Telephone:**    (303) 650-5818 x106

**Address:**           1660 Wynkoop #850, Denver, Colorado  80202                                                **E-mail:** steve_smith@tws.org

**NAME:**                                                                                  **SEGMENT:**

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream is an important feature associated with adjacent lands with wilderness character and characteristics, which are included in citizen wilderness proposal lands. Those wilderness values should be considered as part of this streams wild and scenic evaluation.

This stream is an important feature flowing through and enhancing lands with wilderness character, which are included in citizen wilderness proposal lands. The stream is also associated with congressionally designated national forest lands upstream. Those wilderness values should be considered and protectively managed as part of this streams wild and scenic evaluation.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

BLM_0108285

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership through this segment is 100%, simplifying the effective implementation of protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

NAME:                                    SEGMENT:

protect this segment's **ORVs** on nonfederal lands.

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of the Potter Creek be found suitable.

## 9 - ROSE CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                                                                              *ORVs:* Scenic

**Your Name:** __The Wilderness Society, et al_____ **Telephone:** ___(303) 650-5818 x106_____

**Address:** _____1660 Wynkoop #850, Denver, Colorado  80202_____**E-mail:** __steve_smith@tws.org
_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This is an important tributary of Little Dominguez Creek, which itself flows through the Dominguez Canyon Wilderness. Congressional designation of that wilderness specifically called for effective protection of streamflows and associated natural values in Little Dominguez Creek. Correspondingly, the careful protection of streamflows and healthy riparian corridor along Rose Creek is essentially to the fulfillment of that congressional recognition and mandate.

BLM_0108287

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership along this segment is 100%, simplifying the effective implementation of protective management.

**NAME:**                                          **SEGMENT:**

BLM_0108288

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of the Rose Creek segment be found suitable

## 10 - ROUBIDEAU CREEK, SEGMENT 1 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                 *ORVs:* Recreational, Wildlife, Cultural, Vegetation

Your Name:   The Wilderness Society, et al                                                 Telephone:   (303) 650-5818 x106

Address:         1660 Wynkoop #850, Denver, Colorado 80202                                                 E-mail:   steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific**

BLM_0108289

knowledge, concerns, or comments.

| GENERAL |
| --- |

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream is an important feature flowing through and enhancing lands with wilderness character and characteristics, which are included in citizen wilderness proposal lands. The stream is also associated with congressionally designated national forest lands upstream. Those wilderness values should be considered and protectively managed as part of this streams wild and scenic evaluation.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by**

NAME:                                    SEGMENT:

BLM_0108290

designation.

| ADMINISTRATION |
| --- |

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership along this segment is 93%, simplifying the effective implementation of protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

We recommend that the full length of the Potter Creek be found suitable.

### 14 - BEAVER CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                                 *ORVs:* **Vegetation**

**Your Name:** ___The Wilderness Society, et al___                                 **Telephone:** ___(303) 650-5818 x106___

**Address:** ___1660 Wynkoop #850, Denver, Colorado  80202___                  **E-mail:** steve_smith@tws.org___

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** Traversing a narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad, otherwise private-land, geography. The creek is also an important contributing tributary to the San Miguel River.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**NAME:**                                          **SEGMENT:**

BLM_0108292

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

**LAND OWNERSHIP AND USES**

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

**ADMINISTRATION**

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership of nearly 100% will simplify effective implementation of protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

We recommend that the full length of Beaver Creek be found suitable.

## I5 - DRY CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                          *ORVs:* **Scenic, Geological**

**Your Name:**   **The Wilderness Society, et al**                          **Telephone:   (303) 650-5818 x106**

**Address:**         **1660 Wynkoop #850, Denver, Colorado  80202**                          **E-mail: steve_smith@tws.org**

**NAME:**                                    **SEGMENT:**

BLM_0108294

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses a uniquely un-roaded landscape, providing important wildlife support and general ecological vibrancy. It is also a seasonally large streamflow contributor to the San Miguel River.

The very distinctive scenery and geology of the area—formed in large part by the creek itself—warrant strong protective management for the stream and corridor.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

BLM_0108295

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|:---:|

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Nearly 100% federal ownership of land along the stream corridor, and extensive federal land beyond the corridor, simplify effetive implementation of protective management.

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

NAME:                                    SEGMENT:

protect this segment's **ORVs** on nonfederal lands.

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of Dry Creek segment be found suitable.

## 16 - NATURITA CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                                                   *ORVs:* Fish

**Your Name:** __The Wilderness Society, et al_____**Telephone:** (303) 650-5818 **x106**_____

**Address: 1660 Wynkoop #850, Denver, Colorado  80202**_____**E-mail:** steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This rare habitat for exemplary populations of endangered native fish and/or fish species of concern warrants the strongest possible protection, for both streamflows, related corridor vegetation, and water quality.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

BLM_0108297

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|---|

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While the low percentage of federal ownership along the corridor might preclude a finding of suitability or wild & scenic designation, other immediate, effective, and enduring administrative protections—including cooperative measures with landowners and with other government agencies—should be included in the resource management plan and its implementation.

**NAME:**                                          **SEGMENT:**

BLM_0108298

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

---

**ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY**

## 17 - SALTADO CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                        *ORVs:* Vegetation

Your Name: _____ The Wilderness Society, et al _____ Telephone: (303) 650-5818 x106_____

Address: 1660 Wynkoop #850, Denver, Colorado  80202_____ E-mail: steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific**

BLM_0108299

knowledge, concerns, or comments.

| GENERAL |
| --- |

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** Traversing a relatively narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad otherwise private-land geography. The creek is also an important and reliable streamflow-contributing tributary to the San Miguel River.

The healthy and remarkably undisturbed nature of this segments riparian vegetation and soils, worthy of strong protection itself, helps ensure clean streamflow in the San Miguel River.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

NAME:                                                    SEGMENT:

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|---|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** 100% federal land ownership along the lower four miles of the segment simplifies effective implementation of protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

protect this segment's **ORVs** on nonfederal lands.

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

We recommend that the full length—certainly the federally owned portion—of Saltado Creek segment be found suitable.

## 18 - SAN MIGUEL RIVER, SEGMENT 1 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational      *ORVs:* Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology

Your Name:   The Wilderness Society, et al                                                              Telephone: (303) 650-5818 x106

Address: 1660 Wynkoop #850, Denver, Colorado 80202                                                        E-mail: steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This large, regionally iconic river is inherently significant, and it provides important streamflow contribution to the Dolores River, itself severely diminished above its confluence with the San Miguel. This flow contribution is particularly important for the surviving population of endangered native fish, and/or fish species of concern, inhabiting the portion of the Dolores River just below that confluence. With flows from the upper reaches of the Dolores still highly variable and generally low, the San Miguel flow contribution is critical and must be protected.

This segment includes unparalleled scenery and attendant natural and cultural features.

**NAME:**                                                         **SEGMENT:**

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|---|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** The patchwork of federal-private land ownership along the segment may complicate protective management, but the segment's features warrant the extra effort that might be necessary to secure a finding of suitability and to implement cooperative measures to protect those features.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that all of San Miguel River segment 1 be found suitable.

## 19 - SAN MIGUEL RIVER, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational          *ORVs:* Scenic, Recreational, Wildlife, Vegetation

**Your Name:** ___The Wilderness Society, et al_____**Telephone:** (303) 650-5818 x106_____

**Address: 1660 Wynkoop #850, Denver, Colorado  80202_____E-mail:** steve_smith@tws.org_____

**NAME:**                                    **SEGMENT:**

BLM_0108304

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This relatively short segment of the San Miguel River contains unusually undisturbed stream and corridor features, warranting the strongest possible protection. The corridor includes stunning geological and landform scenery, much of it formed by the river itself, along with a uniquely undisturbed and vibrant riparian ecosystem.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by**

designation.

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that the full length of San Miguel River segment 2 be found suitable.

**NAME:**                                              **SEGMENT:**

BLM_0108306

## 20 - SAN MIGUEL RIVER, SEGMENT 3 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                    *ORVs:* **Recreational, Fish, Wildlife, Vegetation**

**Your Name:**    The Wilderness Society, et al _____**Telephone:** (303) 650-5818
x106_____

**Address:** 1660 Wynkoop #850, Denver, Colorado  80202_____**E-mail:**
_____seve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This segments uniquely wild condition affords recreational experiences important to local economy and to local sense of place. The segment also provides critical habitat for endangered native fish and/or fish species of concern, which must be protected in order to ensure continued local use of the river's flows.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
| --- |

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While federal land ownership along the segment is only 72.5%, the bulk of private land is found at one location, facilitating the cooperative measures important for implementing protective measures essential for this segment.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

NAME:                                          SEGMENT:

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that the full length of San Miguel River segment 3 be found suitable.

## 21 - SAN MIGUEL RIVER, SEGMENT 5 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational          *ORVs:* Recreational, Fish, Historic, Vegetation

Your Name:   The Wilderness Society, et al                                    Telephone:   (303) 650-5818 x106

Address:        1660 Wynkoop #850, Denver, Colorado 80202                            E-mail: steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

## GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** In addition to ensuring strong and enduring protection for the public lands segments of the river traversing primarily federal public lands, the BLM should engage landowners and other land managers in Segment 5 to ensure cooperative measures to a) protect a continuous healthy stream corridor and b) to ensure natural-hydrograph flow contributions to the Dolores River. These and other measures should be undertaken to, among other things, enhance and preserve important habitat for imperiled native fish noted in the BLM's Final Eligibility Report.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by**

NAME:                                SEGMENT:

BLM_0108310

**designation.**

| ADMINISTRATION |
|---|

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

## 22 - SAN MIGUEL RIVER, SEGMENT 6 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                    *ORVs:* Recreational, Fish, Historic, Vegetation

**Your Name:**   The Wilderness Society, et al                                    **Telephone:**   (303) 650-5818 x106

**Address: 1660 Wynkoop #850, Denver, Colorado 80202**                                    **E-mail:** seve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This final segment to the San Miguel River's confluence with the Dolores River is of critical importance to a) preserve the beauty and natural dynamics of the confluence, to ensure a final, reliable, and healthy contribution to streamflows important for imperiled native fish uniquely flourishing in the segment and just downstream from the confluence, and c) to protect and enhance the healthy native riparian vegetation along the segment.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical**

**NAME:**                                    **SEGMENT:**

or existing rights that could be adversely affected by designation or lack of designation.

5.  **Compatibility or incompatibility of designation with current land and water uses and development.**

6.  **Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
| --- |

7.  **Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While less than 70% of the land along segment is federally owned, 100% of the final two miles above the confluence is federally owned, facilitating effective implementation of protective management.

8.  **Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

BLM_0108313

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of San Miguel River segment 6—or at least the federal portion—be found suitable.

## 23 - TABEGUACHE CREEK, SEGMENT 1 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                                    *ORVs:* **Vegetation**

**Your Name:**    The Wilderness Society, et al                                    **Telephone:**    (303) 650-5818 x106

**Address:**        1660 Wynkoop #850, Denver, Colorado  80202                                    **E-mail:** steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**NAME:**                                    **SEGMENT:**

BLM_0108314

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses a uniquely un-roaded, wild landscape on public lands, providing important wildlife support and general ecological vibrancy along the stream itself, and complementing congressionally designated national forest lands protected upstream.

Reliable protection is also needed for the segment's uniquely and flourishing riparian vegetation communities, and noted in the BLM's Final Eligibility Report.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by**

BLM_0108315

designation.

| ADMINISTRATION |
| --- |

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

We recommend that the full length of Tabeguache segment 1 be found suitable.

**NAME:**                                                        **SEGMENT:**

## 24 - TABEGUACHE CREEK, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                    *ORVs:* Cultural, Vegetation

Your Name:   __The Wilderness Society, et al_____Telephone: (303) 650-5818
x106_____

Address:   ____1660 Wynkoop #850, Denver, Colorado o 80202_____E-mail:
steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This segment contributes reliable and significant volume of streamflow to the San Miguel River, and the health of segment should be protected in order to maintain and enhance the quality of the contributed streamflows.

The segment's superior examples of unique stream-dependent riparian vegetation communities should themselves be preserved and enhanced.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

BLM_0108317

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|:---:|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Although less than 70% of the land along the segment is federally owned, 100% of the land immediately above the stream's confluence with the San Miguel River is federally owned. This facilitates effective implementation of protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

NAME:                                        SEGMENT:

BLM_0108318

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

We recommend that the full length of Tabeguache Creek segment 2—or at least the federally owned portion—be found suitable.

## 25 - LOWER DOLORES RIVER WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational          *ORVs:* Scenic, Recreational, Geologic, Fish, Wildlife

Your Name:    The Wilderness Society, et al                                                    Telephone:    (3030 650-5818 x106

Address:       1660 Wynkoop #850, Denver, Colorado  80202                                        E-mail: steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

## GENERAL

BLM_0108319

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is essential to, and appropriate for, that protection.

The esthetically and economically important recreation opportunities provided by the Lower Dolores River segment present sufficient justification for protecting the natural appearance and health of that segment. The existence of healthy populations of regionally imperiled native fish, as noted in the BLM's Final Eligibility Report, make that protection even more important.

In conjunction with a finding of suitability, and protective management, for the San Miguel River segments upstream, corresponding protections for this segment complete an important recognition of the two rivers' importance, locally and nationally.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**NAME:**                                          **SEGMENT:**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|:---:|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While just over 65% of the land along the segment is federally own, 100% of the upper portion of the segment is federally owned. This facilitates effective implementation of protective management for that federal portion; it also facilitates—and warrants—cooperative agreements and actions in the lower portions, lined primarily by private land, to help complete that protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

protect this segment's **ORVs** on nonfederal lands.

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that that full length of Lower Dolores River segment—or at least the upper federally owned portion—be found suitable.

## 26 - NORTH FORK MESA CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                    *ORVs:* **Vegetation**

**Your Name:** ___The Wilderness Society, et al_____ **Telephone:** ___(303) 650-5818 x106_____

**Address:** _____1660 Wynkoop #850, Denver, Colorado  80202_____ **E-mail:** steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This segment warrants the strongest of protective measures for two basic reasons. First is the BLM-recognized presence of globally imperiled narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian woodlands along the segment. Second, and related, the segment contributes perennial, high quality streamflows to Mesa Creek, and thus to the severely depleted Dolores River itself.

A finding of suitability for this segment corresponds to the BLM's separate finding of eligibility for the upstream segment of the North Fork (and, hopefully, finding of suitability for that upper segment). In any case, the Uncompahgre and Grand Junction field offices should confer and protect effective coordinated protective management for both segments.

**NAME:**                                        **SEGMENT:**

BLM_0108322

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|---|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** While just over 68% of the land along the segment is federally owned, 100% of the upper portion of the segment is federal. This facilitates effective implementation of protective management, and facilitates the implementation of cooperative agreements and actions for portions of the segment lined with private land.

BLM_0108323

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of North Fork Mesa Creek—or at least the federally owned upper portion—be found suitable.

**NAME:**                                             **SEGMENT:**

BLM_0108324

## 27 - DOLORES RIVER, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational          *ORVs:* Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation

**Your Name:**    The Wilderness Society, et al                                    **Telephone:**    (303) 650-5818 x106

**Address:**        1660 Wynkoop #850, Denver, Colorado 80202                              **E-mail:** steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

1. **Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**    Such protections are described in our comments related to Dolores River segment 2, and we advocated those protections for Dolores River segment 1 as well.

Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is key to that protection.

With the longest and most diverse list of outstandingly remarkable values (seven) recognized in this segment, the segment is eminently qualified for the highest possible protective status and measures.

The healthy presence of regionally imperiled native fish in this segment and downstream, as recognized in the BLM's Final Eligibility Report, the importance of protecting the stream and supportive corridor in this segment is greatly magnified.

2. **Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

BLM_0108325

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Only 47% of land along Dolores River segment 2 is federally owned, but 100% of the corridor land in the upper half of the segment is federal. This facilitates the effective implementation of protective measures in that federal portion and facilitates cooperative agreements and measures for providing similar protections to the rest of the segment.

**NAME:**                                        **SEGMENT:**

BLM_0108326

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of Dolores River segment 2—or at least the federally owned upper portion—be found suitable.

BLM_0108327

## 30 - LA SAL CREEK, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**                    ***ORVs:*** **Fish, Vegetation**

**Your Name:** ___The Wilderness Society, et al_____ **Telephone:** (303) 650-5818 x106_____

**Address:** _____1660 Wynkoop #850, Denver, Colorado 80202_____ **E-mail:** steve_smith@tws.org _____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses a distinctive canyon corridor, affording a stunning backdrop to outstanding recreation opportunities. The stream itself provides important streamflow source for the Dolores River, and it includes essential and healthy riparian environment in an otherwise arid area.

The presence of healthy populations of regionally imperiled native fish, and the presence of globally rare riparian ecosystem, provide complete justification for the strongest possible protective status and measures in this segment. In addition, the segment provides essential streamflows and healthy continuity for riparian habitats in the Dolores River Canyon Wilderness Study Area immediately downstream, and to the Dolores River itself.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**NAME:**                                        **SEGMENT:**

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
| --- |

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal land ownership along the segment is 84.5%, facilitating effective implementation of protective management, particularly in the upper portion, which is 100% federal.

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

9.  **Issues that might make administering this segment difficult.**

10.  **Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

We recommend that the full length of La Sal Creek segment 2 be found suitable.

### 31 - LA SAL CREEK, SEGMENT 3 WSR SUITABILITY COMMENTS

*Preliminary Classification:* **Recreational**          *ORVs:* **Scenic, Recreational, Fish, Cultural, Vegetation**

Your Name:   The Wilderness Society, et al                                    Telephone:   (303) 650-5818 x106

Address:               1660 Wynkoop #850, Denver, Colorado  80202                          E-mail: steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
| --- |

NAME:                                                    SEGMENT:

BLM_0108330

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** If ever a stream segment were suitable under that definition of the Wild and Scenic Rivers Act, this is one. The segment lies wholly within the Dolores River Canyon Wilderness Study Area, supporting regionally rare riparian and scenic vibrancy. That habitat health is reflected in the presence of healthy populations of regionally imperiled native fish.

In addition, La Sal creek is among the more significant streamflow contributors to the severely depleted Dolores River.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by**

BLM_0108331

**designation.**

| ADMINISTRATION |
| --- |

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Federal ownership of land along the segment is 100%, facilitating—and requiring—the strongest possible form of protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

We recommend that the full length of La Sal Creek segment 3 be found suitable.

**NAME:**                                    **SEGMENT:**

BLM_0108332

## 32 - LION CREEK, SEGMENT 2 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational                                               *ORVs:* Vegetation

Your Name: ___The Wilderness Society, et al_____ Telephone: ___(303) 650-5818
x106_____

Address: 1660 Wynkoop #850, Denver, Colorado  80202_____ E-mail:
steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**NAME:**                                    **SEGMENT:**

BLM_0108334

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

<div style="background:#d9e3c5"><strong>ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY</strong></div>

## 33 - SPRING CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:*  Recreational                                                    *ORVs:*  Vegetation

**Your Name:**     The Wilderness Society, et al _____Telephone: (303) 650-5818 x106_____

**Address:** _____1660 Wynkoop #850, Denver, Colorado  80202_____E-mail: steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

<div style="background:#d9e3c5"><strong>GENERAL</strong></div>

BLM_0108335

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surrounding wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Spring Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by**

NAME:                                              SEGMENT:

designation.

| ADMINISTRATION |
| --- |

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

## 34 - DOLORES RIVER, SEGMENT 1 WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational      *ORVs:* Recreation, Scenery, Fish, Wildlife, Geology, Ecology, Archeology

Your Name:   __The Wilderness Society,__ _____ Telephone:  (303) 650-5818 x106
_____

Address:  1660 Wynkoop, Denver, Colorado  80202 _____ E-mail:
steve_smith@tws.org _____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** Identified as eligible in the San Juan Public Lands Draft Resource Management Plan, this segment complements and is essentially a component of Dolores River segment 2. As such, its extensive and divers outstandingly remarkable values and values-related flows, warrant the highest possible protection.

Such protections are described in our comments related to Dolores River segment 2, and we advocated those protections for Dolores River segment 1 as well.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

### LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical**

NAME:                                         SEGMENT:

BLM_0108338

or existing rights that could be adversely affected by designation or lack of designation.

5. Compatibility or incompatibility of designation with current land and water uses and development.

6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.

## ADMINISTRATION

7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.

8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.

9. Issues that might make administering this segment difficult.

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

We recommend that the full length of Dolores River segment 1 be found suitable.

### 35 - BIG DOMINGUEZ CREEK, SEGMENT 1 WSR SUITABILITY COMMENTS-BLM Grand Junction

*Preliminary Classification:* **Recreational**      *ORVs:* **Scenic, Recreational, Wildlife, Geological, Cultural**

**Your Name:**  The Wilderness Society, _____ **Telephone:** ___ (303) 650-5818 x106_____

**Address:** _____ 1660 Wynkoop, Denver, Colorado  80202_____ **E-mail:** _____ steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** The stream corridor for this segment has been designated by Congress as a component of the National Wilderness Preservation System. Meanwhile, the State of Colorado has approved the filing of instream-flow protection water rights for this stream segment. So long at those instream-flow rights are sufficient for wilderness purposes, and are actively implemented and protected, wild and scenic protection, including a finding of suitability, might not be necessary.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**NAME:**                                              **SEGMENT:**

BLM_0108340

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for**

protecting this segment's **ORVs** other than **WSR** designation.

8.  **C**onsistency of designation with other **BLM** plans, programs, and policies and regional objectives.

9.  **Issues that might make administering this segment difficult.**

10.  **Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
| --- |

## 36 - BIG DOMINGUEZ CREEK, SEGMENT 2 WSR SUITABILITY COMMENTS-BLM Grand Junction

*Preliminary Classification:*  Recreational                    *ORVs:*  Scenic, Geological, Wildlife, Cultural

Your Name:    The Wilderness Society                                        Telephone:    (303) 650-5818 x106

Address:        1660 Wynkoop, Denver, Colorado  80202                                        E-mail:
        steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**
**NAME:**                                        **SEGMENT:**

## GENERAL

**1.  Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** The stream corridor for this segment has been designated by Congress as a component of the National Wilderness Preservation System. Meanwhile, the State of Colorado has approved the filing of instream-flow protection water rights for this stream segment. So long at those instream-flow rights are sufficient for wilderness purposes, and are actively implemented and protected, wild and scenic protection, including a finding of suitability, might not be necessary.

**2.  Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3.  Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4.  Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by**

BLM_0108343

designation.

| ADMINISTRATION |
|---|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|

**NAME:**                                                    **SEGMENT:**

BLM_0108344

## 37 - LITTLE DOMINGUEZ CREEK, SEG. I WSR SUITABILITY COMMENTS-BLM Grand Junction

*Preliminary Classification:* **Recreational**            *ORVs:* **Scenic, Geological, Wildlife, Cultural**

**Your Name:**   __The Wilderness Society__                     **Telephone:** ___(303) 650-5818 x106__
_____

**Address:** _____1660 Wynkoop, Denver, Colorado 80202_____ **E-mail:**
_____steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** The stream corridor for this segment has been designated by Congress as a component of the National Wilderness Preservation System. Meanwhile, the State of Colorado has approved the filing of instream-flow protection water rights for this stream segment. So long at those instream-flow rights are sufficient for wilderness purposes, and are actively implemented and protected, wild and scenic protection, including a finding of suitability, might not be necessary.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical**

BLM_0108345

or existing rights that could be adversely affected by designation or lack of designation.

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

| ADMINISTRATION |
|---|

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

---

**NAME:**                                              **SEGMENT:**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

### 38 - LITTLE DOMINGUEZ CREEK, SEG. 2 WSR SUITABILITY COMMENTS-BLM Grand Junction

*Preliminary Classification:* Recreational                     *ORVs:* Scenic, Geological, Wildlife, Cultural

Your Name:   __The Wilderness Society,__                           Telephone:   __(303) 650-5818 x106__
_____

Address:   _____1660 Wynkoop, Denver, Colorado  80202_____   E-mail:
_____steve_smith@tws.org_____

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** The stream corridor for this segment has been designated by Congress as a component of the National Wilderness Preservation System. Meanwhile, the State of Colorado has approved the filing of instream-flow protection water rights for this stream segment. So long at those instream-flow rights are sufficient for wilderness purposes, and are actively implemented and protected, wild and scenic protection, including a finding of suitability, might not be necessary.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

BLM_0108347

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for**

NAME:                                           SEGMENT:

BLM_0108348

protecting this segment's **ORVs** other than **WSR** designation.

8.  **Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

9.  **Issues that might make administering this segment difficult.**

10.  **Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

**ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY**

**39 - GUNNISON RIVER, SEGMENT 1 WSR SUITABILITY COMMENTS-BLM Grand Junction**

*Preliminary Classification:* Recreational                    *ORVs:* Recreational, Fish, Historical

Your Name:   The Wilderness Society                    Telephone:   (303) 650-5818 x106

Address:   1660 Wynkoop, Denver, Colorado  80202                    E-mail:   steve_smith@tws.org

**Please address only the characteristics (below) regarding this segment about which you have specific**

BLM_0108349

knowledge, concerns, or comments.

| GENERAL |
| --- |

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** This regionally significant river warrants careful review and enduring protection as an important recreational opportunity and as the hydrologic heart of unique adjacent public lands.

This river segment, short as it is, provides critical and healthy habitat for endangered native fish, as identified in the BLM's Final Eligibility Report.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

| LAND OWNERSHIP AND USES |
| --- |

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

NAME:                                                SEGMENT:

BLM_0108350

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.** Percentage of federal ownership of corridor lands along this segment is high, simplifying the implementation of protective management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

BLM_0108351

**protect this segment's ORVs on nonfederal lands.**

| ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY |
|---|
| We recommend that the full length of Gunnison River segment 1 be found suitable. |

**NAME:**                                    **SEGMENT:**

BLM_0108352

**James Bode**

| | |
|---|---|
| **From:** | David Nickum <DNickum@tu.org> |
| **Sent:** | Wednesday, August 18, 2010 8:17 PM |
| **To:** | uformp@blm.gov |
| **Cc:** | Mely Whiting |
| **Subject:** | UFO W&S TUComments.doc |
| **Attachments:** | UFO W&S TUComments.doc |

Attached, please find TU's comments on the wild and scenic suitability analysis being undertaken by the Uncompahgre Field Office.  Thank you for this opportunity to comment.

1

BLM_0108353

August 18, 2010

US Bureau of Land Management
Uncompahgre Field Office
Attn: Bruce Krickbaum, RMP Project Manager
2465 S. Townsend Ave.
Montrose, CO 81401
uformp@blm.gov

**Re: Comments on Wild and Scenic Rivers Act Suitability**

Dear Mr. Krickbaum,

We are pleased to offer Trout Unlimited's comments regarding suitability of streams within BLM's Uncompahgre Field Office. Trout Unlimited is a non-profit organization with over 140,000 members nationally and over 10,000 members within Colorado. Our members are comprised mostly of anglers and hunters. Our mission is to conserve, protect and restore North America's cold water fisheries and their watersheds.

Trout Unlimited joins in the excellent comments submitted by The Wilderness Society and offers the following, and attached additional comments regarding streams of particular importance to our organization. In particular, Trout Unlimited believes BLM should find Deep Creek and West Fork of Terror Creek, within the North Fork of the Gunnison Hydrological Unit and segments 1, 2 and 3 of the San Miguel River, suitable for designation under the Wild and Scenic Rivers Act.

**Deep Creek and West Fork of Terror Creek.** These streams hold what, based on best available information, appear to be genetically pure populations of Greenback cutthroat trout, two of 37 known populations on the west slope of Colorado. Given the threatened status of this species and the importance of providing strong protections for their habitat, we support a finding of suitability for this reach. Genetic studies are underway to better understand the genetic relationships among Greenback and Colorado River cutthroat trout on both sides of the Continental Divide, and as that work takes place the BLM should provide the strongest possible protections so that all of the genetic pieces are preserved - thereby preserving the widest range of management options for restoration in the future. Under the authority of Presidential Directives, CEQ regulations, and BLM policy, a suitability determination would provide immediate and effective protections to these reaches, pending a determination by Congress on whether the streams should be designated under the Wild and Scenic Rivers Act. A finding of non-suitability would remove existing protections provided by BLM's finding that the streams are eligible under the Act. Trout Unlimited urges the BLM to maintain these protections through a finding of suitability.

BLM_0108354

**San Miguel River Segments 1, 2 and 3**.  These segments comprise some of the best recreational fishing in the area in an outstanding setting, on one of Colorado's last major undammed rivers.  As such, the segments are not only important from a recreational standpoint, but they also important to the local, regional and state economy.  The majority of lands and river miles within their corridor are in public ownership, significantly reducing conflicts with private land owners.  Trout Unlimited urges the BLM to preserve these valuable recreational streams through a finding of suitability.

We understand that the UFO of BLM will initiate a stakeholder process in the San Miguel watershed and that the Colorado River Water Conservation District is proposing to initiate a similar effort in the Gunnison basin.  Trout Unlimited would like to receive notices of any meetings tied to such efforts.

Thank you for the opportunity to comment and for BLM's efforts to protect Colorado's streams.

Sincerely,

Amelia S. Whiting
Trout Unlimited
P.O. Box 1544
Pagosa Springs, CO 81147
720.470.4758
mwhiting@tu.org


David Nickum
Colorado Trout Unlimited
1320 Pearl Street, Suite 320
Boulder, CO 80302
303-440-2937
dnickum@tu.org

BLM_0108355