## 12 - DEEP CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:* Recreational
*ORVs:* Fish

**Your Name:**   Trout Unlimited, c/o Amelia S. Whiting                    **Telephone:**    720-470-4758

**Address:** P.O. Box 1544, Pagosa Springs, CO 81147                    **E-mail:**            mwhiting@tu.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

| GENERAL |
|---|

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.** **The segment contains one of only 37 genetically pure populations of greenback cutthroat trout, a threatened species under the Endangered Species, in the western slope.**

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.** **Because the segment contains a threatened species under the ESA, there is a strong federal, state, regional interest in providing protections that will contribute to the recovery of the species and assist in preventing additional designations as an endangered species. There is a strong public interest in protecting, preserving and restoring these threatened species. As an angler membership organization, Trout Unlimited has an added interest in ensuring these protections.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.** **Fish – see comments above.**

| LAND OWNERSHIP AND USES |
|---|

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.** **While BLM lands comprise less than half of the land area and river miles within the potentially suitable corridor, the importance of the ORV to be protected merits a suitability determination. Given that the ORVs have persevered under current land and water uses, the designation should not affect those patterns of use. Should concerns be**

BLM_0108356

**raised by land and water right owners through this comment process, public meetings or subsequent stakeholder group efforts, those concerns can be evaluated and addressed in the RMP.**

**5.  Compatibility or incompatibility of designation with current land and water uses and development.  See comments above.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation.  Unknown.**

| ADMINISTRATION |
|:---:|

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.  While the ESA provides some protection for the species, that protection is limited, particularly in light of the fact that the species have been listed as "threatened" and not "endangered."**

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives.  A suitability determination would further BLM's plans, programs and policies regarding protection, preservation**

BLM_0108357

**and restoration of rare and threatened species.**

**9.  Issues that might make administering this segment difficult.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

**ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY**

## 13 - WEST FORK TERROR CREEK WSR SUITABILITY COMMENTS

*Preliminary Classification:*  **Recreational**

*ORVs:*  **Fish**

**Your Name:**    Trout Unlimited, c/o Amelia S. Whiting                    **Telephone:**    720-470-4758

**Address:**        P.O. Box 1544, Pagosa Springs, CO 81147              **E-mail:**          mwhiting@tu.org

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

BLM_0108358

## GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin. Please see comments on Deep Creek, above.**

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation. Please see comments on Deep Creek, above.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation. Please see comments on Deep Creek, above.**

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation. Please see comments on Deep Creek, above.**

**5. Compatibility or incompatibility of designation with current land and water uses and development. Please**

**see comments on Deep Creek, above.**

**6.  Reasonably foreseeable potential land and water development and uses that could be affected by designation. Please see comments on Deep Creek above.**

| ADMINISTRATION |
| --- |

**7.  Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.  Please see comments on Deep Creek above.**

**8.  Consistency of designation with other BLM plans, programs, and policies and regional objectives. Please see comments on Deep Creek, above.**

**9.  Issues that might make administering this segment difficult.  Please see comments on Deep Creek above.**

**10.  Adequacy of local zoning and other land use controls and ability of state/local government to manage and**

protect this segment's **ORV**s on nonfederal lands.

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

# DRAFT NO-ACTION (CURRENT MANAGEMENT) ALTERNATIVE
## Uncompahgre RMP and EIS
*as of August 2, 2010*

| Air Quality |
| --- |
| **GOAL**: Within the scope of BLM's authority, ensure air quality and air quality-related values (e.g., visibility) comply with and support federal, state, and local laws and regulations for protecting air quality from authorized uses on BLM lands. |
| **Objective:** No similar objective in current RMPs. |
| **Action:** Present air quality standards will be adhered to throughout the entire planning area. This is required by law. (BLM 1989) |
| **Action:** Assist other agencies in obtaining baseline air quality data. (BLM 1989) |
| **Action:** Incorporate mitigation into any project proposal that would degrade air quality. (BLM 1989) |
| **Action:** Jeff: Reference FAMS standards if they address fugitive dust |
| **Objective:** No similar objective in current RMPs. |
| **Action:** Require drill rig engines to meet US EPA requirements. |
| **Action:** Allow flaring and venting in accordance with Onshore Order No. 9. |

| Geology and Soils |
| --- |
| **GOAL:** Manage for soil stability and productivity to maintain watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, salinity). |
| **Objective:** Ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, minimizes surface runoff (Land Health Standard 1), and minimizes soil erosion. |
| Allowable Use**:**<br><br>**STIPULATION:** CSU-X. *Slopes Greater than 40 Percent.* [Stip. Code CO-27, BLM 1991] Prior to surface disturbance on slopes of, or greater than, 40 percent, an engineering/reclamation plan must be approved by the Authorized Officer. Such plans must demonstrate how the following will be accomplished:<br>a. Site productivity will be restored.<br>b. Surface runoff will be adequately controlled.<br>c. Off-site areas will be protected from accelerated erosion such as drilling, gullying, piping, and mass wasting.<br>d. Surface-disturbing activities will not be conducted during extended wet periods.<br>e. Construction will not be allowed when soils are frozen.<br>No specific exception criteria are currently identified. |
| **Objective:** Manage salinity/selenium soils to reduce impacts to water quality. Meet objectives of the selenium management program for the Memorandum of Understanding with the US Bureau of Reclamation. |
| **Action:** Manage xx acres of Mancos shale hills commonly known as the "adobes" to reduce salinity loads in the Upper Colorado River Basin. (BLM 1989) |
| **Action:** Locate and assess nonfunctional, eroding earthen check dams in the Mancos Shale areas north of Delta. |
| **Action:** Identify and minimize potential salinity and selenium yield increases from future land uses that could occur on exchanged or disposed parcels of public land. |
| **Action:** Collaborate and coordinate salinity and selenium management activities with both the Colorado River Basin Salinity Control Forum and the Gunnison Basin Selenium Task Force. |
| **Action:** Divide the Adobe Badlands Wilderness Study Area (WSA) (10,425 acres) into three management units. Manage one unit, Unit C (1,715 acres) as a Salinity Control Unit with seasonal restrictions on off-highway vehicle (OHV) use, grazing, oil and gas leasing, and mineral activities to control active erosion and salinity contributions. (Final Wilderness EIS for Uncompahgre Basin Adobe Badlands WSA) |
| ~~**Action:** On Mancos shale hills area (xx acres), manage forage utilization to achieve the following basal ground cover objectives:~~<br>~~• Clayey salt desert (south of Hotchkiss): 10 percent~~<br>~~• Clayey salt desert (Bone Mesa): 10 percent~~ |

BLM_0108362

| |
|---|
| • ~~Salt flats (South of Hotchkiss): 7 percent~~<br>• ~~Stony salt desert (north of Delta): 10 percent (BLM 1989)???~~<br>No similar action. Land Health Standards replaced these targets; need to include LHS here. |
| **Action:** Identify xx acres [MU 5] as open to major utility development with possible restrictions on surface disturbing activities from March 1 through May 31 to protect wet saline soils (BLM 1989). |
| Allowable Use:<br>**Stipulation:** TL-X *Highly Erodible and/or Saline Soil Areas.* To protect watersheds from salinity infusions and to protect highly erodible soil areas where low soil productivity would prolong or disallow revegetation, prohibit all development activities (exploration, drilling, etc.) from March 1 through May 31. Exceptions to this limitation may be authorized in writing by the BLM's Authorized Officer. The affected portions of this lease are (legal description) (BLM 1989). |
| **Objective:** Continue to monitor erosion conditions throughout the planning area to establish baseline conditions, identify problem areas, and to measure changes due to management actions. Require measures designed to minimize erosion in the site-specific plans for surface-disturbing land use activities. (BLM 1989) |
| **Action:** In-channel structures and land treatment projects designed to reduce runoff and soil erosion will be developed where it does not conflict with management of other resources. (BLM 1989)<br>Some completed |
| Allowable Use:<br>**Stipulation:** TL-X *Saturated Soils.* Surface-disturbing activities will be curtailed from March 1 through May 31 when saturated soils are most vulnerable to damage. (BLM 1989) |
| **Water Resources** |
| **GOAL:** Protect, preserve, and enhance watershed functions in the capture, retention, and release of water in quantity and quality to meet ecosystem and human needs while complying with applicable water quality standards. |
| **Objective:** Manage public land activities to maintain or contribute to the long term improvement of surface and ground water quality and minimize or control elevated levels of salt, sediment, and selenium contribution from federal lands to water resources in the planning area (Standard 5). |
| **Action:** Maintain or improve water quality and quantity. Develop necessary erosion control structures, vegetation improvements, or salinity reduction measures to improve water quality. (BLM 1985) |
| **Action:** Roads and utility corridors will avoid aquatic areas to the extent practicable. (BLM 1985) |
| **Action:** All monitoring will be conducted according to BLM policy and manuals, subject to available funding and personnel (BLM 1985). |
| **Action:** Protect water quality in aquifers used for domestic and municipal purposes in the Tabeguache Creek watershed. (BLM 1985) |
| **Action:** Develop watershed management plans for all water quality improvement areas detailing specific management goals and actions. (BLM 1985) |
| **Action:** Within the San Miguel River Area of Critical Environmental Concern (ACEC) and Special Recreation Management Area (SRMA), maintain soil productivity, minimize man-cause erosion, and strive to achieve adequate vegetation for watershed protection. Maintain or improve water quality and quantity for multiple-use resource needs. Secure sufficient water rights to provide for recreation and riparian management needs. Where possible, facility development will be located outside the 100-year floodplain. (BLM 1993) |
| **Objective:** Water quality will continue to be monitored throughout the planning area to establish baseline conditions, identify problem areas, and to measure changes due to management actions. (BLM 1989)ongoing |
| **Action:** Measures designed to minimize water quality deterioration will be required in the site-specific plans for surface-disturbing land use activities. (BLM 1989) ongoing |
| **Objective:** [Insert Objective] |
| **Action:** Work with CWCB to ensure a sufficient instream flow to benefit wildlife, livestock, [other]:<br>• Insert locations- SEE TABLE 2.13 p. 53 AMS below<br>• Ongoing current applications for Lower San Miguel and Tabeguache Creek |
| **Action:** Acquire water right, including groundwater (e.g., wells and springs), to benefit wildlife, livestock, [other]:<br>• Insert locations<br>  54 surface water rights<br>  2 ditches |

BLM_0108363

Draft No-Action (Current Management) Alternative

| |
|---|
| 1 well |
| 15 reservoirs |
| 121 springs/seeps |

**Vegetation**

*Vegetation – Uplands (Forests, Woodlands, and Rangeland)*

**GOAL:** Manage upland vegetation for a mix of productive and resilient plant and biological soil crust communities which sustain native species at viable population levels.

**Objective:** Manage healthy, productive plant communities of native and other desirable species at self-sustaining population levels commensurate with the species' and habitats' potentials. Ensure plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations and ecological processes (Land Health Standard 3).

**Action:** On xx acres [MU 1] will be managed to improve vegetation conditions and forage availability for livestock grazing. (BLM 1989)

**Action:** On xx acres [MU 2] (vegetation) will be managed to improve the areas' capabilities to support wintering deer, elk, and bighorn sheep populations. (BLM 1989)

**Action:** On xx acres [MU 3] (vegetation) will be managed for sustained yield production of the woodland resource within the allowable cut restrictions determined by the TPCC inventory. (BLM 1989)

**Action:** In the Fairview South ACEC (xx acres) [MU 13] plant monitoring studies will be developed in coordination with the Colorado Natural Areas Program. (BLM 1989)

**Objective:** Native plant species and natural revegetation are emphasized in the support of sustaining ecological functions and site integrity. Where reseeding is required, on land treatment efforts, emphasis will be placed on using native plant species. Seeding of non-native plant species will be considered based on local goals, native seed availability and cost, persistence of non-native plants and annuals and noxious weeds on the site, and composition of nonnatives in the seed mix. (BLM 1997 [Standards and Guidelines])

**Action:** No similar action in current RMPs.

**Objective:** Natural occurrences such as fire, drought, flooding, and prescribed land treatments should be combined with livestock management practices to move toward the sustainability of biological diversity across the landscape, including the maintenance, restoration, or enhancement of habitat to promote and assist the recovery and conservation of threatened, endangered, or other special status species, by helping to provide natural vegetation patterns, a mosaic of successional stages, and vegetation corridors, and thus minimizing habitat fragmentation. (BLM 1997 [Standards and Guidelines])

**Action:** Follow vegetation mosaic descriptions to develop vegetation management and treatment objectives at the landscape level, including fire management (paraphrased from BLM 2008 Fire Management Plan)

**Action:** In the Spring Creek and Dry Creek Watersheds, restore the landscape and vegetation as a whole so that managed and natural processes are sustainable for the benefit of people and the ecosystem. (BLM 2003 Spring Cr-Dry Cr)

**Action:** In the Spring Creek and Dry Creek Watersheds, restore the species and age diversity and quality/ productivity of native plant and animal communities. (BLM 2003 Spring Cr-Dry Cr)

**Action:** In the Spring Creek and Dry Creek Watersheds, change the distribution of plant age classes to match a more natural distribution, and to increase resiliency to insects, disease, drought, and fire. (BLM 2003 Spring Cr-Dry Cr)

**Action:** Plant monitoring studies will be developed in coordination with the Colorado Natural Areas Program. (BLM 1989)

*Vegetation – Riparian and Wetlands*

**GOAL:** Manage riparian and wetland systems to function properly, to have the ability to recover from disturbance, and to sustain native species at viable population levels.

**Objective** Riparian systems associated with both running and standing water, function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100-year floods. Riparian vegetation captures sediment, and provides forage, habitat and biodiversity. Water quality is improved or maintained. Stable soils store and release water slowly (BLM 1997).

**Action:** Management actions within wetlands will include measures to preserve, protect, and, if necessary, restore their natural functions (as required by Executive Orders 11988 and 11990). Management techniques will be used to minimize degradation of riparian habitats. (BLM 1985)

BLM_0108364

| |
|---|
| **Action:** Objectives to protect or improve aquatic and riparian habitat will become part of Allotment Management Plans and Habitat Management Plans. (BLM 1985) |
| **Action:** Improve aquatic/riparian habitat on the following priority areas:<br>• Upper San Miguel River and its tributaries (44 miles);<br>• Upper Dolores River (30 miles); and<br>• Lower San Miguel and its tributaries (20 miles).<br>• Develop needed habitat management plans and improvements for implementation (including monitoring plans) (e.g., San Miguel Watershed Plan, The Nature Conservancy San Miguel Tamarisk Removal Project, Dolores River Riparian Action Plan). (BLM 1985) |
| **Action:** Surface-disturbing activities which would have long term adverse effects on riparian/aquatic systems will be prohibited. (BLM 1989) MU9 |
| **Action:** On xx acres [emphasis area A] all perennial streams within the planning area that have the potential of providing quality fisheries and/or riparian habitat (approx. 400 mi have been identified) should receive special management consideration through the activity planning process & monitoring systems to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat. (e.g., Mesa Creek Coordinated RMP) |
| **Action:** On xx acres [emphasis area B] invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, and La Sal Creeks (BLM 1985). *Note: Also see objectives and actions in the Terrestrial Wildlife section.* |
| **Action:** On xx acres [emphasis area D], allow non-impairing aquatic/riparian improvements … in the Dolores River Canyon WSA (BLM 1985). |
| **Action:** On xx acres [emphasis area F], protect riparian zones on springs associated with cultural sites (BLM 1985). *Note: Also see objectives and actions in the Cultural Resources section.* |
| **Action:** On xx acres [emphasis area J] coordinate forestry and woodland products management on a case-by-case basis to ensure riparian resources are protected and, in some cases, improved. (BLM 1985) *Note: Also see objectives and actions in the Forest and Woodland Products section.* |
| Allowable Use:<br>**Stipulation:** CSU-X. *Riparian Vegetation Zone.* [Stip. Code: CO-28] For the protection of perennial water impoundments and streams, and/or riparian/wetland vegetation zones, activities associated with oil and gas exploration and development including roads, transmission lines, storage facilities, are restricted to an area beyond the riparian vegetation zone.<br>Exceptions: This stipulation may be excepted subject to an on-site impact analysis with consideration given to degree of slope, soils, importance to the amount and type of wildlife and fish use, water quality, and other related resource values. This stipulation will not be applied where the Authorized Officer determines that relocation up to 200 meters can be applied to protect the riparian system during well siting (BLM 1991). |
| **Objective:** Manage the San Miguel River ACEC/SRMA to protect unique, high quality, riparian vegetation resources and preserve relic riparian communities in the ACEC, and to protect riparian values while providing quality recreational experiences in the SRMA. (BLM 1993) |
| **Action:** To protect riparian and aquatic systems within the ACEC and SRMA, instream flow needs will be determined and filed with the State Water Conservation Board (BLM 1993). |
| **Action:** Within the San Miguel River SRMA, the riparian systems of the San Miguel River, Leopard Creek, and Fall Creek will be maintained in good condition. Restoration efforts would also be undertaken on Fall Creek, if feasible. (BLM 1993) |
| **Action:** Damaged riparian areas in the San Miguel River ACEC will receive top priority for restoration and management compared to other areas within the SRMA (BLM 1993). |
| **Action:** Within the San Miguel River ACEC, restoration of disturbed sites will be accomplished with species native to the sites. The use of trees and shrubs will be required, if appropriate to the site (BLM 1993). |
| **Action:** Work with highway department to prevent further damage to riparian systems from road construction and maintenance. (BLM 1993) |
| **Action:** Riparian zones and aquatic habitats will be inventoried and monitored where necessary to provide information to determine proper management. (BLM 1989) |
| **Action:** Vegetation conditions and streambank cover will be maintained or improved. (BLM 1989) |
| **Action:** Measures designed to minimize site-specific riparian and aquatic deterioration will be required in site specific |

BLM_0108365

| |
|---|
| plans for surface disturbing land use activities. (BLM 1989) |
| **Action:** On xx acres, [MU7] protect riparian/aquatic zones up to one-quarter mile wide. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures. (BLM 1989) |
| **Action:** Vehicle use in the riparian zones associated with Bear and Roatcap creeks will be limited to designated roads and trails yearlong. (BLM 1989) |
| **Action:** Manage xx acres [MU9] to restore and enhance riparian vegetation along 40 miles of streams. (BLM 1989) |
| **Action:** On xx acres [MU9], objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table will be incorporated into existing activity plans or developed in new riparian/aquatic system management plans. (BLM 1989) |
| **Action:** On xx acres [MU9], intensively monitor for vegetation, aquatic habitat, and erosion conditions. (BLM 1989) |
| *Vegetation — Weeds* |
| **GOAL:** Through Integrated Weed Management suppress and eradicate, where possible, noxious and invasive species to support healthy native plant communities. |
| **Objective:** [Insert Objective] |
| **Action:** Implement the 2007 Vegetation Treatments using Herbicides on BLM Lands in 17 Western States Programmatic EIS (BLM 2007). |
| **Action:** Add Veg Treatment Environmental Report: Vegetation treatments using non-herbicide control: i.e. biological, fire mechanical, physical control (LBR) |
| **Action:** Support the internal capacity to treat noxious weeds within the management areas. |
| **Action:** Cooperate with counties and other entities to implement Integrated Weed Management for control of noxious weeds. |
| **Action:** Increase community and partner involvement in the application of Integrated Weed Management, including development of weed plans, coordinated efforts across boundaries, and efficient use of resources. |
| **Action:** Expand community knowledge of the social and economic impacts of noxious weed invasion. |
| **Action:** Implement Early Detection Rapid Response for small and newly invading species. |
| **Action:** Pursue biological, physical, and other controls where possible and feasible |
| **Action:** Monitor weed treatments, some annually. |
| **Action:** Survey and re-survey for noxious weeds approximately every 10 to 15 years as infestation move and new weeds enter the area. |
| **Fisheries and Aquatic Wildlife** |
| **GOAL:** Manage aquatic habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. |
| **Objective:** Intensively manage for optimal aquatic wildlife habitat. Provide necessary investments to enhance wildlife habitat. Cooperate with the Colorado Division of Wildlife (CDOW) for funding of habitat improvement projects and also cooperate with CDOW on the reintroduction program. (BLM 1985) <br><br> Comply with the Federal Land Management and Policy Act (FLPMA) to maintain, enhance, and protect fish habitat on public lands. |
| *HABITAT AND POPULATION MANAGEMENT* |
| **Action:** All perennial streams within the planning area that have the potential of providing quality fisheries should receive special management consideration through the activity planning process and monitoring system to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat. (BLM 1985) (Emphasis Area A) |
| **Action:** Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Such projects will be identified through habitat management plans or coordinated resource management plans. Key habitats include aquatic/ riparian habitats. Maintain, improve and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies. (BLM 1985) |
| **Action:** The following riparian areas should be managed to improve aquatic habitat; Roc, North Mesa, South Mesa, La Sal and Dry creeks; and the East and West forks of Dry Creek Canyon (BLM 1985). |
| **Action:** Invest wildlife funds for structural improvements and vegetation restoration projects to improve the following high priority riparian habitats: Cross, Cow, Cahone, Hovenweep, and Bridge canyons. (Emphasis Area L) |

BLM_0108366

**Action:** Maintain species of special importance to maintain viable population levels. (Emphasis Area L)

**Action:** Reestablish river otters in the Dolores River. (BLM 1985) (Emphasis Areas B, C, and D)

**Action:** Fish stocking proposals will be evaluated, and recommendations will be made to the CDOW (BLM 1985)

**Action:** Supplemental releases and reintroduction of native or naturalized fish species (excluding federal or state listed endangered, threatened, or candidate species) may be authorized by the District Manager following environmental analysis (BLM 1989).

**Action:** Improve fishery values on Dolores and San Miguel (including Beaver and Fall Creeks) rivers to improve recreation values. (BLM 1985). (Emphasis Area C)

**Action:** Monitor, maintain or improve known, active fisheries habitat. This effort will focus initially on the San Miguel and Dolores rivers and their major tributaries.
Improve aquatic habitat on these areas listed in priority order:
- the upper San Miguel River and its tributaries (44 miles);
- the upper Dolores River and its tributaries (30 miles);
- and the lower San Miguel River and its tributaries (20 miles).
Develop aquatic/riparian habitat management plans for these above three priority areas (including intensive monitoring plans). (BLM 1985). (Emphasis Area B)

**Action:** Objectives to protect or improve aquatic habitat will become part of Allotment Management Plans and habitat management plans. Develop needed habitat management plans and improvements for implementation (including monitoring plans). Habitat management plan development for aquatic species will be closely coordinated with CDOW, the US Forest Service, and where appropriate US Fish and Wildlife Service (USFWS) project development will require input from all resource programs to assess impacts through the environmental process (BLM 1985).

**Action:** Riparian vegetation and streambank cover will, at a minimum, be maintained or preferably improved.

**Action:** Maintain or improve riparian habitat to good or excellent ecological condition, utilizing acceptable grazing systems and fencing where needed.

**Action:** Restore and enhance riparian vegetation along 40 miles of streams. (MU 9)

**Action:** Objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table will be incorporated into existing activity plans or developed in new riparian/ aquatic system management plans.
Riparian Improvement Plans will be prepared and designed to accelerate the improvement of riparian vegetation. Non-conflicting wildlife habitat management objectives, projects, and mitigating measures will be incorporated into new management plans for riparian/ aquatic systems. (MU 9)

**Action:** Manage all other habitat [non-T&E types] to provide satisfactory conditions.

**Action:** To protect scenic values, no new habitat improvement projects or maintenance of existing projects will be permitted. (MU 15)

**Action:** Adopt and promote standards and criteria for healthy riparian communities and aquatic resources (Land Health Assessment Amendment).

*PROTECTION MEASURES*

**Action:** Coordinate forestry and woodland products management on a case-by-case basis to ensure aquatic resources are protected and, in some cases, improved. (BLM 1985)

**Action:** Continue to evaluate fish and wildlife habitat on a case-by-case basis as a part of project level planning. Attach stipulations as appropriate to assure that projects are compatible with management objectives established in the RMP for fish habitat (BLM 1985).

**Objective:** Measures designed to minimize site-specific riparian and aquatic deterioration will be required in site-specific plans for surface-disturbing land use activities (BLM 1989).

**Action:** Management techniques will be used to minimize degradation of aquatic habitats. Bridges and culvert installations will be designed to maintain adequate passages for fish (BLM 1985).

**Action:** On xx acres, aquatic zones up to one-quarter mile wide will be protected. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures (BLM 1989). (MU 7)

**Action:** Management actions within flood plains and wetlands will include measures to preserve, protect, and, if necessary, restore their natural functions (as required by Executive Orders 11988 and 11990).

BLM_0108367

| |
|---|
| **Action:** Seasonal restrictions will continue to be applied where they are needed to mitigate the impacts of human activities on important seasonal wildlife habitat. |
| **Action:** Reduce impacts on aquatic wildlife and habitats by restricting OHV (ATVs, motorcycles, and 4-WD vehicles) and mountain bike travel to existing, established routes within the planning area (BLM 2001). (Gunnison Travel Analysis Area) |
| **Action:** Standardize oil and gas leasing, exploration, and development and mitigate impacts on wildlife and biological resources (Oil and Gas Amendment). Specifically, 1) Lease stipulations will be attached to mitigate impacts on wildlife and habitats; 2) on-sites will be conducted and biological surveys conducted by qualified individuals; and 3) Conditions of Approval will be attached to Applications for Permits to Drill to mitigate impacts on wildlife and habitats. |
| **Action:** "In [land] exchanges, sensitive or critical habitats…would be acquired [where possible]. This would have a positive impact on public lands and resources as a whole." |
| **Objective (Monitoring):** Aquatic habitats will be inventoried and monitored where necessary to provide information to determine proper management. All monitoring will be conducted according to BLM manuals and policies. A detailed wildlife monitoring plan for the planning area will be used. Monitoring for all wildlife species will be closely coordinated with the CDOW (BLM 1989, 1985). |
| **Action:** Permit fish research or inventories (BLM 1985). (Emphasis Area D) |
| **Action:** All areas will be intensively monitored for vegetation, aquatic habitat, and erosion conditions. (MU 9) |
| **Action:** Habitat, vegetation and other resource studies will be minimal. (MU 16) |
| **Terrestrial Wildlife** |
| **GOAL:** Manage terrestrial habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. |
| *HABITAT AND POPULATION MANAGEMENT* |
| **Objective:** Protect, maintain, and enhance the following:<br>• Critical habitats for big game, upland game birds, and waterfowl; and<br>• Crucial habitats for nongame species of special interest or concern to state and other federal agencies. (BLM 1985)<br><br>Comply with FLPMA to maintain, enhance, and protect fish habitat on public lands. |
| **Action:** Continue to evaluate wildlife habitat on a case-by-case basis as a part of project-level planning. (BLM 1985) |
| **Action:** Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Such projects will be identified through habitat management plans or coordinated resource management plans. Key habitats include big game winter range; winter raptor concentration areas; bighorn sheep habitat; and pronghorn antelope habitat. (BLM 1985) Vegetation conditions will be maintained and improved. |
| **Action:** Improve the UFO's ability to use fire as a management tool to enhance deer and elk habitat, especially winter range and other crucial habitats. |
| **Action:** Subject to the availability of manpower and funds to complete necessary wildlife habitat improvements, on xx acres [emphasis area B], manage the habitat for current levels of deer and elk (20,000 and 1,600, respectively). Monitoring the vegetative resource may indicate wildlife reductions may be needed in localized areas to maintain use within the carrying capacity. The reductions may be shared with domestic livestock depending on monitoring results (BLM 1985). |
| **Action:** All monitoring will be conducted according to BLM manuals and policies. A detailed wildlife monitoring plan for the planning area will be used. Monitoring for all wildlife species will be closely coordinated with the CDOW. |
| **Action:** Allow CDOW to introduce chukar and expand the pronghorn antelope herds. Other game species would be allowed if site-specific analysis indicates that significant conflicts with livestock will not occur. (BLM 1985) |
| **Action:** In all vegetation types, 5 to 15 percent of the existing vegetation should be maintained as leave strips or islands interspersed throughout the project areas to maintain dispersed ecologic communities for wildlife. (BLM 1985) |
| **Action:** On xx acres, manage big game for the following numbers of animals, subject to monitoring results and availability of funds and personnel to implement needed improvements:<br>• 20,000 mule deer;<br>• 1,600 elk;<br>• 300 antelope; and<br>• 300 bighorn sheep. (BLM 1985) |

BLM_0108368

Draft No-Action (Current Management) Alternative

**Action:** Manage for 300 head of pronghorn antelope and allow for reintroducing (not to exceed a total of 300) bighorn sheep in the Dolores River Canyon (xx acres). (BLM 1985)

**Action:** Wildlife reintroductions will be evaluated, and recommendations will be made to the CDOW. (BLM 1985)

**Action:** Complete habitat improvements. Invest wildlife funds for structural improvements and vegetation restoration projects to improve high priority riparian habitat at the following drainages: Roc, North and South Mesa, La Sal, and Dry creeks (East and West Fork). (BLM 1985)

**Action:** In big game winter range, limit the width of vegetation openings to approximately 150 to 200 yards. (BLM 1985)

**Action:** Plan wood product sales in wildlife areas (xx acres) to improve big game forage and other wildlife needs. (BLM 1985)

**Action:** Protect and maintain wildlife habitat. Where feasible, complete wildlife habitat improvements to enhance wildlife viewing in association with cultural values. (BLM 1985)

**Action:** Maintain or improve habitat for migratory bird species of high federal interest. (BLM 1985)

**Action:** Provide investments to enhance wildlife species that will benefit from uneven-aged timber management. (BLM 1985)

**Action:** Permit wildlife research or inventories on xx acres. (BLM 1985)

Allowable Use:
**Stipulation:** Seasonal restrictions will continue to be applied where they are needed to mitigate impacts of human activities on important seasonal wildlife habitat. (covers mitigation applied as necessary but not specified in the RMP)

Allowable Use:
**Stipulation**: To protect wintering bald eagles, all oil and gas development activities will only be allowed in these areas from May 1 through November 30.

Allowable Use:
**Stipulation:** TL-X *Crucial Mule Deer and Elk Winter Ranges.* To protect important seasonal wildlife habitat, exploration, drilling, and other developmental activity will be allowed only from April 16 to November 30 on crucial [now termed "severe winter range" and "winter concentration areas"] mule deer and elk winter ranges. This limitation does not apply to maintenance and operation of producing wells. Exceptions to this limitation in any year may be specifically authorized in writing by BLM's Authorized Officer (BLM 1985).

Allowable Use:
**Stipulation:** TL-X. *Elk Calving [now termed "production"] Area.* To protect important seasonal wildlife habitat, exploration, drilling, and other developmental activity will be allowed only from July 16 to April 30 on elk calving [now termed "production"] areas. This limitation does not apply to maintenance and operation of producing wells. Exceptions to this limitation in any year may be specifically authorized in writing by BLM's Authorized Officer (BLM 1985).

Allowable Use:
**Stipulation:** NSO-X *Raptors.* [Stip. Code: CO-3] Raptors (includes golden eagle and osprey; all accipiters; falcons except Kestrel; buteos; and owls). Raptors that are listed and protected by the Endangered Species Act are addressed separately. NSO within one-eighth mile radius of nest site. Exception for raptor nest site. The NSO area may be altered depending on the active status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site (BLM 1991).

Allowable Use:
**Stipulation:** TL-X. *Raptor Nesting and Fledgling Habitat.* [Stip. Code: CO-18] Raptor nesting and fledgling habitat (includes the golden eagle and all accipiters; falcons, except the kestrels*; all buteos; and owls except Mexican spotted owls, see stipulation CO-21, below]) – February 1 to August 15. Raptors that are listed and protected by the Endangered Species Act are addressed separately.
This seasonal limitation applies to a one-quarter mile buffer zone around the nest site.
*Kestrels are very adaptable to nest in a variety of habitats and their populations are stable and widespread. Exception for raptors, Ferruginous hawks, and Ospreys nesting habitat.
During years when a nest site is unoccupied or unoccupied by or after May 15, the seasonal limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest (BLM 1991).

Allowable Use:
**Stipulation:** NSO-X. *Waterfowl and Shorebirds.* [Stip. Code: CO-7] Waterfowl and Shorebird NSO on significant

BLM_0108369

| |
|---|
| production areas (Major areas are Waterfowl Habitat Management Areas and rookeries.) No specific exception criteria are currently identified (BLM 1991). |
| **Allowable Use:**<br>**Stipulation:** TL-X. *Big Game Species.* [Stip. Code: CO-9] Big game species (includes species of mule deer, elk, pronghorn antelope, and bighorn sheep). Note: Crucial [now termed "severe and winter concentration areas"] winter habitat includes severe big game winter range or other definable winter ranges as mapped by CDOW. Big Game Crucial [now termed "severe and winter concentration areas"] Winter Habitat - December 1 to April 30.<br>Exception for big game crucial [now termed "severe and winter concentration areas"] winter habitat. Under mild winter conditions, the last 60 days of the seasonal limitation period may be suspended. Severity of the winter will be determined on the basis of snow depth, snow crusting, daily mean temperatures, and whether animals were concentrated on the crucial [now termed "severe and winter concentration areas"] winter range during the winter months.<br>Exception for big game crucial [now termed "severe and winter concentration areas"] winter habitat. This limitation may or may not apply to work requiring a Sundry Notice pending environmental analysis of any operational or production aspects (BLM 1991). |
| **Allowable Use:**<br>**Stipulation:** TL-X. *Big Game Birthing Areas (by species).*<br>a. Elk calving [now termed "production"] – April 16 to June 30 [Stip Code: CO-10]<br>b. Pronghorn Antelope fawning – May 1 to July 15 [Stip. Code: CO-11]<br>c. Rocky Mountain Bighorn Sheep Lambing – May 1 to July 15 [Stip. Code: CO-12]<br>d. Desert Bighorn Sheep Lambing – March 16 to May 30 [Stip. Code: CO-14]<br><br>Exception for Big Game Birthing Areas. When it is determined through a site-specific environmental analysis that specific actions would not interfere with critical habitat function or compromise animal condition within the project vicinity, the restriction may be altered or removed (BLM 1991). |
| **Allowable Use:**<br>**Stipulation:** TL-X. *Ferruginous Hawk Nesting and Fledgling Habitat.* [Stip. Code: CO-19] Ferruginous hawk nesting and fledgling habitat - February 1 to August 15. The sensitivity of the ferruginous hawk to human associated disturbance activities requires a one-mile buffer zone to avoid nest abandonment.<br>Exception: During years when a nest site is unoccupied or unoccupied by or after May 15, the seasonal limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest (BLM 1991). |
| **Allowable Use:**<br>**Stipulation:** TL-X. *Osprey Nesting and Fledgling Habitat.* [Stip. Code: CO-20] Osprey nesting and fledgling habitat - April 1 to August 31. The sensitivity of osprey to human associated disturbance activities requires a half-mile buffer zone to avoid nest abandonment.<br>Exception: During years when a nest site is unoccupied or unoccupied by or after May 15, the seasonal limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest (BLM 1991). |
| **Objective:** Wildlife forage allocations will remain at current levels until studies determine adjustments are needed to achieve management directives. Additional forage allocations will be divided equally between wildlife and livestock grazing (BLM 1989). |
| **Action:** Allow for introduction of bighorn sheep and river otters in Dolores River and the Dolores River Canyon WSA. |
| **Action:** Wildlife forage allocations will remain at current levels. No additional forage allocations will be made. |
| **Action:** Provide for minimal investments to enhance key wildlife species. |
| **Action:** In wildlife emphasis areas (xx acres) where livestock grazing also occurs, maintain an overall hiding cover-to-forage ratio of 40:60 for wildlife. (BLM 1985) |
| **Action:** On xx acres, wildlife will have first priority for all additional forage made available as a result of BLM habitat improvement projects (BLM 1989). |
| **Action:** On xx acres, Wildlife will have first priority for all additional forage made available as a result of rangeland improvement projects designed to improve wildlife habitat funded by non-BLM sources. (BLM 1989). |
| **Action:** On xx acres, additional forage will be divided equally between wildlife and livestock (BLM 1989). |
| **Action:** On crucial [now termed "severe and winter concentration areas"] deer and elk winter range (1,730 acres), |

BLM_0108370

Draft No-Action (Current Management) Alternative

| |
|---|
| wildlife will have priority for forage allocations (BLM 1989). |
| **Objective:** [Insert Objective] |
| **Action:** Supplemental releases and reintroduction of native or naturalized wildlife species (excluding federal or state listed endangered, threatened, or candidate species) may be authorized by the District Manager following environmental analysis (BLM 1989). |
| **Action:** Manage XX acres to enhance its use as an elk calving [now termed "production"] area (BLM 1989). |
| **Action:** For XX acres ??, a habitat management plan will be prepared to improve elk calving [now termed "production"] habitat (BLM 1989). Habitat in elk calving areas will be improved, and wildlife will have first priority for allocation of new forage. |
| **Action:** Wildlife habitat monitoring studies will be established and/or maintained on all crucial [now termed "severe and winter concentration areas"] winter ranges (BLM 1989). |
| **Action:** Habitat trend studies will be established on crucial [now termed "severe and winter concentration areas"] deer and elk winter range (BLM 1989). |
| **Action:** The planning area will be open to land treatments [for wildlife] and project facility development. Existing wildlife facilities and land treatments will be maintained (BLM 1989). |
| **Action:** Existing wildlife habitat projects will be maintained on xx acres (BLM 1989). |
| **Action:** Habitat management plans will be developed and land treatment projects and other facilities will be designed to improve the quality and quantity of winter habitat (BLM 1989). |
| **Action:** Land treatment projects designed to improve livestock forage will be developed. As additional forage becomes available, livestock will have priority for allocation; additional forage will be available for wildlife only if not needed by livestock. |
| **Action:** Non-conflicting wildlife habitat management objectives, projects, and mitigating measures will be incorporated into new and existing forest management plans (area identified as a productive pinyon-juniper woodland important to wildlife and livestock) (BLM 1989). |
| **Action:** On XX acres ??, existing wildlife habitat projects will be maintained and new projects developed if they will not decrease the woodland base (BLM 1989). |
| **Action:** Bighorn sheep may be transplanted into the Winter Mesa area if they will not conflict with livestock. The objective would be to reestablish this species in historically occupied habitat, increase total population numbers, and ensure species viability in the region (BLM 1989). |
| **Action:** Habitat in the Camel Back-Roubideau Creek area will be available for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity (BLM 1989). |
| **Action:** On-sites will be conducted and biological surveys conducted by qualified individuals (BLM 1991). |
| Allowable Use: **Stipulation:** TL-X: *Crucial Deer and Elk Winter Ranges.* To protect crucial [now termed "severe and winter concentration areas"] deer and elk winter ranges from activities that would cause these species to abandon areas of crucial winter forage and cover for less suitable ranges, all development activities (exploration, drilling, etc.) will only be allowed from May 1 through November 30. Exceptions to this limitation may be authorized in writing by the BLM's Authorized Officer. The affected portions of this lease are (legal description) (BLM 1989). [1989 only; 1985 restricts said activities from December 1 through April 15, slightly different than the UBRMP] |
| **Action:** Identify xx acres [MU 2] as open to major utility development with possible restrictions, on construction activities: from December 1 through April 30 within crucial [now termed "severe and winter concentration areas"] deer and elk winter range; to protect crucial [now termed "severe and winter concentration areas"] deer and elk winter range from disturbance (BLM 1989). |
| Allowable Use: **Stipulation:** TL-X: *Elk Calving [now termed "production"] Areas.* To protect elk calving [now termed "production"] areas from activities that would force elk to abandon these areas during critical calving [now termed "production"] periods, all development activities (exploration, drilling, etc.) will only be allowed from July 16 through April 14. Exceptions to this limitation may be authorized in writing by the BLM's Authorized Officer. The affected portions of this lease are (legal description) (BLM 1989).<br><br>SJSMRMP(1985): restriction period May 1-July 15<br>UBRMRMP (1989): restriction period May 1-June 15 |

BLM_0108371

Draft No-Action (Current Management) Alternative

| |
|---|
| **Action:** Identify xx acres [MU 10] as open to major utility development, except no surface disturbing activities will be permitted from May 1 through June 15 to protect elk calving [now termed "production"]. (BLM 1989) |
| Allowable Use: **Stipulation:** TL-X: *Waterfowl Habitat.* To protect waterfowl from activities that would alter breeding behavior, increase the incidence of nest abandonment, and decrease breeding success, all development activities (exploration, drilling, etc.) will only be allowed in waterfowl habitats from July 1 through March 14. Exceptions to this limitation may be authorized in writing by the BLM's Authorized Officer. The affected portions of this lease are (legal description) (BLM 1989). |
| **Objective:** Reduce OHV-related impacts on terrestrial wildlife and habitats (BLM 2001). |
| **Action:** [Insert Action] |
| **Objective:** [Insert Objective] |
| **Action:** In [land] exchanges, sensitive or critical habitats…would be acquired [where possible]. This would have a positive impact on public lands and resources as a whole (BLM 1994). |
| **Action:** All monitoring will be conducted according to BLM manuals and policies. A detailed wildlife monitoring plan for the planning area will be used. Monitoring for all wildlife species will be closely coordinated with the CDOW (BLM 1985). |
| **Special Status Species** |
| *Special Status Plants* |
| **GOAL**: Protect and enhance special status plants and habitats to promote their conservation, recovery, and persistence. |
| **Objective:** Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. Maintain or improve habitat for sensitive plant species. (BLM 1985) |
| **Action:** Continue to monitor and provide protection for special status plant species in Paradox Valley and Spring Creek. (BLM 1985) |
| **Action:** Clay-loving wild buckwheat (*Eriogonum pelinophilum*) will continue to be monitored according to the 2008 Biological Opinion for grazing activities in the Fairview ACEC (south unit). Livestock grazing will continue at current levels unless studies determine threatened and endangered plant species or their potential habitats are being degraded. |
| **Action:** In accordance with the UFO Travel Management Plan and USFWS Biological Opinion (August 11, 2009) for effects on federally protected plants, the UFO will systematically install roadside signs to protect especially sensitive areas, areas where travel-related impacts on these species are potentially substantial. Signs will be installed no later than one year from the signing of the Finding of No Significan Impact for this Environmental Assessment. Signs shall notify the public and other users that motorized and mechanized travel is restricted to existing routes and that off-route travel is strictly prohibited. This regulation would be enforceable by law officers. Compliance would be monitored by the BLM. |
| **Action:** Provide protection for sensitive plant species in the Coyote Wash area of Dolores Canyon. (BLM 1985) (Portions of Coyote Wash occur within the UFO, including sensitive plant occurrences—*Erigerion kachinensis*). |
| **Objective:** [Insert Objective] |
| **Action:** In the North Delta OHV Area:<br>• Inventory and monitor area to identify threatened and endangered plant populations.<br>• Adjust boundary of area and/or provide fencing where needed to exclude threatened and endangered plants. Consult with USFWS as needed for these projects.<br>(BLM 1989) |
| **Action:** Threatened and endangered species will be inventoried and monitored where necessary to provide information to determine proper management. (BLM 1989) |
| **Action:** Measures designed to protect threatened and endangered species and their habitat will be required in all land use activity plans. (BLM 1989) |
| **Action:** Prior to management of xx acres for OHV use, an inventory will be conducted to identify threatened and endangered plant populations. The OHV management units proposed boundary will be adjusted to exclude threatened and endangered plants. If plants or plant communities cannot be excluded from the management unit, protective fencing or other measures will be implemented to protect the plants. The USFWS will be consulted. (BLM 1989) |
| **Action:** Designate the Needle Rock Outstanding Natural Area (ONA)/ACEC to protect rare and sensitive plant species. (BLM 1989) |

BLM_0108372

Draft No-Action (Current Management) Alternative

**Action:** Designate the Adobe Badlands ONA/ACEC to protect Colorado hookless cactus (formerly Uinta Basin hookless cactus), potential habitat for clay-loving wild buckwheat, and Montrose penstemon. A management plan will be developed for this unit and intensive studies established to increase our basic knowledge about these threatened and endangered species.
A complete inventory for threatened and endangered species will be conducted. Research and monitoring studies will be established. (BLM 1989)

**Action:** Designate the Fairview Research Natural Area (RNA)/ACEC (South Fairview). Plant monitoring studies will be developed in cooperation with the Colorado Natural Areas Program and actions designed to improve habitat conditions will be initiated. Surface disturbing activities will be restricted to protect the threatened and endangered species and their potential habitat.

Allowable Use:
**Stipulation:** NSO-X *Threatened, Endangered, Candidate, and Sensitive Plant Areas*. To protect the threatened, endangered, candidate, and sensitive plants and their potential habitat within the Fairview South RNA, an ACEC, no surface occupancy will be permitted in these areas. Exceptions to this restriction may be authorized in writing by the BLM's Authorized Officer. The affected portions of this lease are (legal description) (BLM 1989).

Allowable Use:
**Stipulation:** NSO-X *Special Status Plant Species*. [Stip. Code: CO-8] NSO on habitat areas with special status plant species (Includes federally-listed and proposed species for listing and candidate species.) Exception for special status plant species habitat.
The NSO may be altered after important factors are considered in a site-specific impact analysis such as the type and amount of surface disturbance, plant frequency and density, and the relocation of disturbances (BLM 1991).

*Special Status Aquatic Wildlife*

**GOAL**: Protect and enhance special status aquatic species and habitats to promote their conservation, recovery, and persistence.

**Objective:** Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. (BLM 1985)

**Action:** Threatened and endangered species will be inventoried and monitored where necessary to provide information to determine proper management. (BLM 1989)

**Action:** Measures designed to protect threatened and endangered species and their habitat will be required in all land use activity plans. (BLM 1989)

**Action:** implement recovery actions per recovery plans; include in all SSS.

*Special Status Terrestrial Wildlife*

**GOAL**: Protect and enhance special status terrestrial species and habitats to promote their conservation, recovery, and persistence.

**Objective:** No activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence. (BLM 1985)

**Action:** [Insert Action]

**Objective:** CDOW and the USFWS will be consulted prior to implementing projects that may affect threatened and endangered species' habitat. If such a situation is determined through the BLM biologic assessment process, then consultation with the USFWS will be initiated as per Section 7 of the Endangered Species Act of 1973, as amended (BLM 1985).

**Action:** [Insert Action]

**Objective:** Threatened and endangered species will be protected and the habitat generally enhanced through the implementation of habitat management plans. Key habitats identified in the RMP include raptor winter concentration areas; aquatic/riparian; and threatened and endangered species habitat. Priority will generally be given to the development of a habitat management plan for threatened and endangered species Manage important or critical habitat for T&E and sensitive species to maintain viable population levels. (BLM 1985).

**Action:** Development of habitat management plans for key species and their related habitat will occur over the term of the plan. Completion of these plans will be dependent upon need, availability of funding, and manpower. Several key habitats in which plans might be developed include: winter raptor concentration areas; aquatic/ riparian habitats; and threatened and endangered species habitat. Priority will generally be given to the development of a habitat management plan for T&E species. Development of habitat management plans for terrestrial and aquatic species will be

BLM_0108373

closely coordinated with CDOW, the US Forest Service, and where appropriate USFWS. Project development will require input from all resource programs to assess impacts through the environmental process (BLM 1985).

**Action:** Clearances will be conducted on all proposed surface-disturbing activities, and the FWS will be consulted as required (BLM 1989).

**Action:** All monitoring will be conducted according to BLM manuals and policies. A detailed wildlife monitoring plan for the planning area will be used. Monitoring for all wildlife species will be closely coordinated with the CDOW and the USFWS (BLM 1985).

**Objective:** Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. Maintain or improve habitat for wildlife species of high federal interest. (BLM 1985)

**Action:** Continue management of Paradox peregrine falcon eyries. (BLM 1985) *(Note: Peregrine falcon was removed from the federal list of threatened and endangered species in 1999. It is currently managed as a BLM sensitive species.)*

**Action:** Continue management of bald eagle nests and winter eagle concentration areas. (BLM 1985) *(Note: Bald eagle was removed from the federal list of threatened and endangered species in 2007. It is currently managed as a BLM sensitive species and is further protected under the Bald and Golden Eagle Protection Act and regulations.)*

**Action:** Develop habitat management plans (including intensive monitoring plans) for the following priority areas:
• Upper San Miguel River and its tributaries (44 miles);
• Lower San Miguel River and its tributaries (20 miles); and
• Upper Dolores River (30 miles). (BLM 1985)

**Objective:** The BLM wildlife habitat management program will place special emphasis on, but is not limited to, the protection, maintenance, and enhancement of habitat for state or federally listed threatened and/or endangered species (BLM 1985).

**Action**: Seasonal restrictions will continue to be applied where needed to mitigate the impacts of human activities on important seasonal wildlife habitat. The major types of seasonal special status wildlife habitat and the time periods when restrictions may be needed include the following:
• Eagle winter concentration areas (12/1 - 4/15)
• Sage grouse strutting grounds (3/15 - 5/15)
• Peregrine falcon habitat (3/1 - 9/1)
(BLM 1985)

**Action:** Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat (BLM 1985).

**Action:** Maintain or improve habitat for sensitive wildlife and migratory bird species of high federal interest (BLM 1985). *(Note: Migratory birds are addressed in the Fish and Wildlife section.)*

**Action:** Permit wildlife research or inventories on xx acres (BLM 1985).

**Action:** Provide for threatened and endangered species inventories and clearance prior to disposal of BLM lands (BLM 1985).

Allowable Use:

**Stipulation:** TL-X *Sage Grouse Strutting Grounds*. To protect important seasonal wildlife habitat, exploration, drilling, and other developmental activity will be allowed only from May 16 to March 14 on sage grouse strutting grounds. This limitation does not apply to maintenance and operation of producing wells. Exceptions to this limitation in any year may be specifically authorized in writing by BLM's Authorized Officer (BLM 1985).

Allowable Use:

**Stipulation:** TL-X *Bald Eagle Winter Concentration Areas*. To protect important seasonal wildlife habitat, exploration, drilling, and other developmental activity will be allowed only during the period from April 16 to November 30 on bald eagle winter concentration areas. This limitation does not apply to maintenance and operation of producing wells. Exceptions to this limitation in any year may be specifically authorized in writing by BLM's Authorized Officer (BLM 1985). *(Note: Bald eagle was removed from the federal list of threatened and endangered species in 2007. It is currently managed as a BLM sensitive species and is further protected under the Bald and Golden Eagle Protection Act and regulations.)*

Allowable Use:

**Stipulation:** TL-X. *Critical Peregrine Falcon Nesting Habitat (Paradox Valley Area)*. To protect important seasonal wildlife habitat, exploration, drilling, and other developmental activity will be allowed only from September 1 to February 28 on important peregrine falcon habitat. This limitation does not apply to maintenance and operation of producing wells.

BLM_0108374

Exceptions to this limitation in any year may be specifically authorized in writing by the Authorized Officer (BLM 1985). *(Note: Peregrine falcon was removed from the federal list of threatened and endangered species in 1999. It is currently managed as a BLM sensitive species.)*

Allowable Use:
**Stipulation:** NSO-X *Grouse Leks.* [Stip. Code: CO-2] Grouse (includes sage grouse, mountain sharp-tailed, lesser and greater prairie chickens). NSO within one-quarter mile radius of a lek site (courtship area).
Exception for grouse leks. The NSO area may be altered depending upon the active status of the lek or the geographical relationship of topographical barriers and vegetation screening to the lek site (BLM 1991).

Allowable Use:
**Stipulation:** TL-X. *Grouse.* [Stip. Code: CO-15] Grouse (includes sage grouse, mountain sharp-tailed,). Sage grouse crucial [now termed "severe and winter concentration areas"] winter habitat – December 16 to March 15. No specific exception criteria are currently identified (BLM 1991).

Allowable Use:
**Lease Notice:** LN-X *Grouse.* [Stip. Code: CO-30] In order to protect nesting grouse species, surface-disturbing activities proposed during the period between March 1 and June 30 will be relocated, consistent with lease rights granted and section 6 of standard lease terms, out of grouse nesting habitat.
Sage grouse nesting habitat is described as sage stands with sagebrush plants between 30 and 100 centimeters in height and a mean canopy cover between 15 and 40 percent.
Sharptail grouse nesting habitat is described as mountain shrub communities with a density of shrub plants from 1,700 to 32,000 shrubs per hectare and average shrub height of 30 centimeters. Nests are found primarily in shrub clumps where the shrubs are taller than average. (Nesting occurs within an average distance of 2 km of a lek) (BLM 1991).

Allowable Use:
**Stipulation:** TL-X. *Greater Sandhill Crane.* [Stip. Code: CO-16] Greater Sandhill Crane nesting and staging habitat areas - March 1 to October 16. No specific exception criteria are currently identified (BLM 1991).

Allowable Use:
**Stipulation:** TL-X. *White Pelican.* [Stip. Code: CO-17] White Pelican nesting and feeding habitat areas - March 16 to September 30. No specific exception criteria are currently identified (BLM 1991).

Allowable Use:
**Stipulation:** NSO-X *Bald Eagles.* [Stip. Code: CO-4] Bald Eagle NSO within one-quarter mile radius of the roost or nest site. Exception for bald eagle roost site. The NSO applies to the essential features of the winter roost site complex. The NSO area may be altered depending on the active status of the roost or the geographical relationship of topographic barriers and vegetation screening. There are no exceptions currently identified for nest sites (BLM 1991). *(Note: Bald eagle was removed from the federal list of threatened and endangered species in 2007. It is currently managed as a BLM sensitive species and is further protected under the Bald and Golden Eagle Protection Act and regulations.)*

Allowable Use:
**Stipulation:** TL-X. *Bald Eagle Nesting Habitat.* [Stip. Code: CO-22] Bald Eagle Nesting Habitat 1 December 15 to June 15 [Double-check all dates]. Restriction for bald eagle courtship behavior and nesting habitat. This time period is extremely sensitive to human-disturbance activities and may cause nest abandonment and desertion of long established territories. A one-half mile buffer zone around the nest site is required to prevent disruption of nesting. Exception for bald eagle nesting habitat. During years when a nest site is unoccupied by or after May 15, the timing limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest (BLM 1991). *(Note: Bald eagle was removed from the federal list of threatened and endangered species in 2007. It is currently managed as a BLM sensitive species and is further protected under the Bald and Golden Eagle Protection Act and regulations.)*

Allowable Use:
**Stipulation:** TL-X. *Bald Eagle Winter Roost Sites.* [Stip. Code: CO-23] Winter Roost Site - November 16 to April 15. Restriction for bald eagle winter roost site. The sensitivity of bald eagles to human disturbance activities requires a one-half mile buffer area around the roost site to avoid relocation to less suitable areas.
Exception for winter roost habitat. If there is partial or complete visual screening of the area of activity, the primary zone around the roost site may be reduced to one-quarter mile (BLM 1991). *(Note: Bald eagle was removed from the federal list of threatened and endangered species in 2007. It is currently managed as a BLM sensitive species and is further protected under the Bald and Golden Eagle Protection Act and regulations.)*

Allowable Use:

BLM_0108375

**Stipulation**: TL-X. *Bald Eagle Winter Concentration Areas*. [Stip. Code: SJ-7] December 1 to April 15. No specific exception criteria are currently identified (BLM 1991). *(Note: Bald eagle was removed from the federal list of threatened and endangered species in 2007. It is currently managed as a BLM sensitive species and is further protected under the Bald and Golden Eagle Protection Act and regulations.)*

Allowable Use:

**Stipulation**: TL-X. *Peregrine Falcon Cliff Nesting Complex.*
[Stip. Code: CO-24] Peregrine Falcon Cliff Nesting Complex - March 16 to July 31. Restriction for peregrine falcon cliff nesting complex. The sensitivity of peregrine falcon to human-disturbance activities requires a half-mile buffer area around the nesting complex to prevent abandonment and desertion of established territories. The following exception would apply only after formal Section 7 Consultation with USFWS was consummated. Exception for nesting habitat. During years when a nest site is unoccupied or unoccupied by or after May 15, the seasonal limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest. (BLM 1991) *(Note: Peregrine falcon was removed from the federal list of threatened and endangered species in 1999. It is currently managed as a BLM sensitive species.)*

Allowable Use:

**Stipulation**: NSO-X. *Peregrine Falcons*. [Stip. Code: CO-5] NSO within one-quarter mile radius of cliff nesting complex. No specific exception criteria are currently identified (BLM 1991). *(Note: Peregrine falcon was removed from the federal list of threatened and endangered species in 1999. It is currently managed as a BLM sensitive species.)*

Allowable Use:

**Stipulation**: NSO-X. *Mexican Spotted Owl*. [Stip. Code: CO-6] NSO within one-quarter mile radius of the confirmed roost site and nesting site. No specific exception criteria are currently identified (BLM 1991).

Allowable Use:

**Stipulation**: TL-X. *Mexican Spotted Owl Nesting and Fledgling Habitat*. February 1 to July 31. The Mexican spotted owl has been petitioned for listing as a threatened or endangered species to USFWS. Subject to the petition determination, the following habitat management guidelines and restrictions will be used to protect the Mexican spotted owl. These guidelines are adopted from the interim timber harvest management guidelines issued by the US Forest Service, Southwest Region (Federal Register, Vol. 54, No.124, June 29, 1989).
Mexican spotted owl habitat is restricted by use of a timing limitation applied to core areas within the owl habitat territory. The territories are by definition of two types: (1) territory in which an owl(s) has been spotted, but no nests or roosts have been confirmed, and (2) territory in which there is confirmed nesting, feeding, and roosting activity. The territory of a Mexican spotted owl is thought to be about 2,000 acres and does not overlap with another individual's (or pair's) territory. Within the territory is a core area of 450 acres where there have been sightings only ([1] above), or 1,480 acres where there are confirmed nests and/or roosts ([2] above). The timing restriction from February 1 to July 31 is applied to the core areas (450 or 1,480 acres). A proposed oil and gas operation within the remainder of the territory (2,000 acres minus 450 or 1,480 acres) will be analyzed prior to permit approval and mitigated for compatibility with the owl habitat.
No specific exception criteria are currently identified (BLM 1991).

**Action:** Threatened and endangered species will be inventoried and monitored where necessary to provide information to determine proper management. (BLM 1985 and 1989)

**Action:** Measures designed to protect threatened and endangered species and their habitat will be required in all land use activity plans. (BLM 1989)

Allowable Use:

**Stipulation**: TL-X: *Bald Eagle Winter Concentration Areas*. To protect bald eagles from activities that would cause abandonment of winter concentration areas, all development activities (exploration, drilling, etc.) will only be allowed in these areas from May 1 through November 30. Exceptions to this limitation may be authorized in writing by the BLM's Authorized Officer. The affected portions of this lease are (legal description) (BLM 1989) *(Note: Bald eagle was removed from the federal list of threatened and endangered species in 2007. It is currently managed as a BLM sensitive species and is further protected under the Bald and Golden Eagle Protection Act and regulations.)*

**Objective:** Acquire lands which contain crucial and rare habitats to improve and benefit public lands and resources (BLM 1994).

**Action:** In [land] exchanges, sensitive or critical habitats…would be acquired [where possible]. This would have a positive impact on public lands and resources as a whole (BLM 1994).

BLM_0108376

| |
|---|
| **Objective:** Reduce OHV-related impacts on special status species and habitats (BLM 2001). |
| **Action:** Restricted OHV (including ATVs, motorcycles, and 4-WD vehicles) and mountain bike travel to existing, established routes within the planning area; i.e., eliminated authorized cross-country, off-route travel by motorized and mechanized vehicles to minimize impacts to biological resources (BLM 2001). |
| **Objective (?):** Supplemental releases and reintroduction of federal and state listed endangered, threatened, and candidate species may be authorized following environmental analysis and consultation with the USFWS, CDOW, and other affected parties. |
| **Action:** [Insert Action] |
| **Objective:** Allow natural distribution and population of vegetation and wildlife species indigenous to area to maintain natural balance with each other, their habitats, and man. |
| **Wildland Fire Ecology and Management** |
| **GOAL:** Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability across the landscape. |
| **Objective:** Collaborate with other federal agencies, state, county, and city governments, and fire protection districts regarding prevention, mitigation, and fire suppression activities. Provide input to the development of Community Wildfire Protection Plans and utilize them to assist in making fire management decisions. |
| **Action:** Continue and expand (where appropriate) the limited fire suppression plan to enhance vegetation conditions for livestock grazing (BLM 1985). |
| **Action:** Fire management activities on the greater landscape is accomplished on an interagency basis through the Montrose Interagency Fire Management Unit, consisting of the Bureau of Land Management, the US Forest Service, the National Park Service, and the Colorado State Forest Service |
| **Action:** Community Wildfire Protection Plans are developed, or are being developed, for each county. These plans help guide preparedness needs, fuels reduction projects, fire suppression priorities, etc., for local communities and the adjoining federal lands. |
| **Action:** The Bureau of Land Management, through the Montrose Interagency Fire Management Unit, assists local volunteer and rural fire departments with training and equipment needs through the Ready Reserve and Rural Fire Assistance programs |
| **Objective:** Utilize fire protection and fuels management activities to prevent, or reduce, negative impacts to both social and resource values, including, but not limited to, human life, private property and improvements, powerlines, communication sites, recreation sites, cultural resources, special status species habitat, areas with mineral/energy development, watersheds, and other high value natural resources. <br><br> A minimum of approximately 110,200 acres are covered by this protection objective. |
| **Action:** Maintain a preparedness organization that can successfully, and cost effectively, respond to and suppress fires, or portions of fires, that are threatening social, economic, or resource values. |
| **Action:** Modify fuel complexes adjacent to high value resources using mechanical treatment and prescribed fire with the objective being to reduce fire occurrence, fire behavior, and resistance to control. |
| **Objective:** Utilize prescribed fire, mechanical treatments, and benefits from wildfires to achieve specific resource management objectives including: <br>• restoring and enhancing wildlife habitat <br>• improving vegetation condition for stand health, forage production, and watershed enhancement <br>• maintaining and restoring woodland and forest productivity <br>• maintaining appropriate vegetation/age class mosaics and fuel complexes across the landscape <br><br> Approximately 594,300 acres are available for this objective |
| **Action:** Work in an interdisciplinary environment to design vegetation and fuels projects and to manage wildfires so that multiple interdisciplinary objectives are achieved as appropriate. |
| **Action:** Utilize prescribed fire when applicable, and under current agency guidance, to achieve applicable wildlife, vegetation, watershed, fuels, etc., objectives identified in the RMP and other tiered planning documents. |
| **Action:** Utilize mechanical treatments when prescribed fire cannot be used to safely achieve desired objectives, or where the fuels complex needs to be modified prior to introducing fire, to achieve applicable wildlife, vegetation, |

BLM_0108377

| watershed, fuels, etc., objectives identified in the RMP and other tiered planning documents. |
|---|
| **Action:** Manage wildfires when and where appropriate, and under current agency policy, to achieve applicable wildlife, vegetation, watershed, fuels, etc., objectives identified in the RMP or other tiered planning documents. |
| **Objective:** Protect and/or enhance Designated Special Areas (ACECs, SRMAs, Wilderness Areas, WSAs, and National Conservation Areas, etc) through appropriate fire management activities.<br><br>Approximately 80,400 acres are covered by this objective |
| **Action:** As necessary protect values within Designated Special Areas through initial attack or extended attack suppression using minimum impact suppression tactics relative to values to protect. |
| **Action:** Manage wildfires when and where appropriate, and under current agency policy, to maintain and enhance the resources found within each Designated Special Areas and to meet specific Designated Special Areas objectives. |
| **Action:** Utilize prescribed fire and mechanical treatments to meet specific objectives within Designated Special Areas. |
| **Objective:** In all fire management activities utilize appropriate strategies and tactics (Minimum Impact Suppression Tactics, etc) commensurate with values at risk, so that resource conditions are not degraded, particularly relative to soils, watersheds, and exotic species. |
| **Action: Tactical -** As applicable utilize light handed tactics which utilize natural barriers, roads, lighter fuels, etc, along with burning out as an operational alternative to higher impact tactics. |
| **Action: Tools –** As applicable utilize lighter handed tools such as hand crews vs. dozers, cold trail vs. line construction, ATV/UTVs vs engines, etc, to minimize long term impacts to vegetation, soils, and other resources. |
| **Objective:** Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, on which soils, watershed, vegetation, or ecosystems are unlikely to recover naturally or where human life or property are at risk from post-fire impacts. |
| **Action:** Rehabilitate suppression impacts as soon after containment as possible (water barring, removing berms, seeding disturbed areas, placing debris on lines, etc). |
| **Action:** Maintain Normal Year Rehabilitation Plan |
| **Cultural Resources** |
| **GOAL:** Identify, preserve, protect, and manage significant cultural resources in order to ensure that are available for appropriate uses by present and future generations through research, education, and preservation of cultural heritage. |
| **Objective:** Manage cultural resources for protection, preservation, investigation, and public use (i.e., development and interpretation), where appropriate. (BLM 1985) |
| **Action:** Emphasize management and develop cultural management plans on the following cultural sites/areas: (BLM 1985)<br>• Dolores Cave;<br>• Hamilton Mesa;<br>• Hanging Flume;<br>• Indian Henry's Cabin;<br>• Tabeguache Canyon; and<br>• Tabeguache Pueblo. |
| **Action:** On xx acres, protect and manage important cultural resource properties. (BLM 1985) |
| **Action:** In recreation emphasis areas, develop and protect suitable cultural resource properties for public enjoyment through practices such as interpretive signing and stabilization. (BLM 1985) |
| **Action:** In wilderness areas, allow no development of cultural resources (other than stabilization) for recreation purposes. Allow the use of cultural resource properties for religious or research purposes only when such use will not degrade wilderness values. Protect and interpret unique and significant values in the Dolores River Canyon WSA. (BLM 1985) |
| **Action:** Allow the use of cultural resource properties for religious or research purposes only when such use will not degrade wilderness values. |
| **Action:** Protect and interpret unique and significant values in the Dolores River Canyon WSA. |
| **Action:** In areas identified for disposal, provide cultural resource inventories and clearances so disposal of tracts can occur. Pending disposal, manage the cultural resources under present laws and regulations. (BLM 1985) |
| Allowable Use: |

BLM_0108378

**Stipulation:** NSO-X *Tabeguache Cave II and Tabeguache Canyon (560 acres).* No Surface Occupancy. Operations on these lands will not be approved in order to protect the Tabeguache Canyon Archeological site (BLM 1985).

Allowable Use:
**Stipulation:** NSO-X *Tabeguache Pueblo (120 acres).* No Surface Occupancy. Operations on these lands will not be approved in order to protect the Tabeguache Pueblo Archeological site (BLM 1985).

Allowable Use:
**Stipulation:** NSO-X Indian Henry's Cabin *(160 acres).* No Surface Occupancy. Operations on these lands will not be approved in order to protect the Indian Henry's Cabin Archeological site (BLM 1985).

Allowable Use:
**Stipulation:** NSO-X *Scenic, Natural, and Cultural Values and Resources.* [Stip. Code: SJ-1] The following areas will have NSO stipulations appended to leases issued within them for the protection of scenic, natural, and cultural values and resources.
- Tabeguache Cave II and Tabeguache Canyon
- Dolores Cave
- Tabeguache Pueblo
- Indian Henry's Cabin and associations

No specific exception criteria are currently Identified (BLM 1991).

**Action:** Cultural and historical sites will be inventoried. Clearances will be conducted on sites of all proposed surface disturbing activities. Measures designed to protect cultural and historical resources will be developed in consultation with the Advisory Council on Historic Preservation and the State Historic Preservation Officer and will be required in all land use activity plans (BLM 1989).

**Action:** Conduct a Class III cultural inventory on 5,800 acres between Highway 90 and Sandy Wash to identify the presence of cultural resources and determine the areas' cultural significance (BLM 1989).

**GOAL:** Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration, or potential conflict with other resource uses (FLPMA Sec. 103(c), National Historic Preservation Act (NHPA) 106, 110 (a) (2)) by ensuring that all authorizations for land use and resource use will comply with the NHPA Section 106.

**Objective:** All actions will comply with Section 106 of NHPA.

**Action:** [Insert Action]

**Objective:** The BLM will comply with Section 110 of NHPA.

**Action:** Policy changes have also been made in the BLM cultural resource management program since the earlier Management Framework Plan/RMP efforts. Management guidance in BLM Manual 8130 Section 13 is not in the existing Management Framework Plans/RMP. Current Cultural Resource Management guidelines are contained in the BLM's 8100 Manual (8100-8170) dated 12/03/04 under the revised Advisory Council on Historic Preservation Section 106 Regulations of 1999. Current resource management planning guidelines not recognized under the previous RMP are contained in BLM Manual 8130.

**Paleontological Resources**

**GOAL:** Provide for the identification, protection, and management of paleontological resources for the preservation, interpretation, and scientific uses by present and future generations.

**Objective:** No similar objective.

**Action:** Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case-by-case basis in environmental documents. (BLM 1985)

Allowable Use:
**Lease Notice:** LN-X *Paleontological Areas.* [Stip. Code: CO-29] Prior to authorizing surface-disturbing activities in Class I and II Paleontological Areas, an inventory will be performed by an accredited paleontologist approved by the Authorized Officer (BLM 1991).

**Objective:** Protective measures will be developed as this resource is discovered. Little is known about this resource in this area. As information is obtained, specific management will be identified (BLM 1989).

**Action:** Paleontological resources will be inventoried and appropriate protective measures will be developed if necessary; protective measures will be developed as this resource is discovered. As information is obtained, specific management will be identified (BLM 1989).

**Visual Resources**

BLM_0108379

**GOAL:** Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental benefits.

**Objective:** Manage public lands under visual resource management (VRM) classifications and guidelines (BLM 1989) to protect and preserve scenic values, enhance viewing opportunities, and increase variety, where appropriate.

**Action:** Adopt the VRM classes as follows (Figure XX). Modify, relocate, mitigate, or deny proposed projects that conflict with the objectives of these classes.
- VRM I = XX acres
- VRM II = XX acres
- VRM III = XX acres
- Undesignated = XX acres

**Action:** Manage xx acres as VRM Class I:
- WSAs;
- Tabeguache Area;
- Adobe Badlands ONA/ACEC;
- Needle Rock ONA /ACEC. (BLM 1989)
- Dolores River Canyon WSA (BLM 1985)

**Action:** Manage xx acres as VRM Class II to protect its scenic qualities:
- Along the San Miguel River from its upper reaches to Naturita; and
- Tabeguache Creek Canyon. (BLM 1985)

**Action:** Manage xx acres as VRM Class III to protect its scenic qualities while permitting some intrusion. (BLM 1989)

**Action:** Manage xx acres as VRM Class IV to allow substantial change (BLM 1989)
- North Delta OHV Area

**Action:** Establish site-specific visual quality objectives and design guidelines for landscape development projects during activity planning. (BLM 1985)

Allowable Use:
**Stipulation:** NSO-X *Dolores River Canyon*. Continue to manage the Dolores River Canyon under no surface occupancy unless management can still be met. (BLM 1985).

Allowable Use:
**Stipulation:** NSO-X *Scenic, Natural, and Cultural Values and Resources*. [Stip. Code: SJ-1] Continue to manage the following areas with NSO stipulations for the protection of scenic, natural, and cultural values and resources.
- Tabeguache Cave II and Tabeguache Canyon
- Dolores Cave
- Tabeguache Pueblo
- Indian Henry's Cabin and associations
No specific exception criteria are currently Identified (BLM 1991).

Allowable Use:
**Stipulation:** NSO-X *Recreational and Visual Values*. [Stip. Code: SJ-3] Dolores River Canyon: Protection of recreational and visual values. No specific exception criteria are currently identified (BLM 1991).

**Lands with Wilderness Characteristics outside Existing WSAs**

**GOAL:** No similar goal in current RMPs.

**Objective:** No similar objective in current RMPs.

**Action:** No similar action in current RMPs.

**Forest and Woodland Products**

**GOAL:** Provide forest and woodland products on a sustainable basis to meet local needs.

**Objective:** No similar objective in current RMPs.

**Action:** Public land within forest management areas will be available for a full range of forest management activities. Major forest activity plans generally will be required prior to initiating those activities in such areas. Pending completion of the activity plan, timber and woodland stand treatments will be evaluated by an environmental assessment and implemented on a case-by-case basis. Forested areas within other emphasis areas will also be available for a full range of forest management activities; plans will be modified to be compatible with the management emphasis areas.

BLM_0108380

Draft No-Action (Current Management) Alternative

| |
|---|
| Firewood harvesting will be permitted on most accessible forest land available for harvesting forest products (BLM 1985). |
| **Action:** In livestock management emphasis areas (xx acres), manage woodland products and timber to enhance range resources and for insect and disease control. (BLM 1985) |
| **Action:** In livestock management emphasis areas (xx acres), timber species should be managed at a stocking level that maintains moderate to high herbage production. Utilize woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clearcuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller (BLM 1985). |
| **Action:** Provide reasonable opportunity to salvage forest products prior to and following range and wildlife habitat improvement treatments (BLM 1985). |
| **Action:** Provide legal and physical access to vegetation treatments to facilitate salvage of forest products when feasible (BLM 1985). |
| **Action:** Manage forest lands to enhance wildlife resource. Plan wood product sales in wildlife areas to improve big game forage and other wildlife needs (BLM 1985). |
| **Action:** Manage lands suitable for timber and woodland production to enhance recreational opportunities and to maintain healthy stand conditions (BLM 1985). |
| **Action:** Prohibit forest product disposal in the following areas:<br>• San Miguel River ACEC and SRMA (BLM 1993);<br>• Dolores River SRMA (BLM 1985);<br>• Perennial and intermittent streams in the Uncompahgre Basin Resource Area (BLM 1989);<br>• Needle Rock ONA/ ACEC (BLM 1989); and<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County (BLM 1989). |
| **Action:** Allow no harvesting of forest products in wilderness or WSAs. Available forest land will remain in the commercial forest lands base until the area has been designated as wilderness (BLM 1985). |
| **Action:** Manage forest products and woodlands to meet goals and objectives of the soil and water program for specific areas (BLM 1985). |
| **Action:** Allow for the sale or disposal of forest products or timber that may be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict (BLM 1985). |
| **Action:** Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety (BLM 1985). |
| **Action:** Manage lands suitable for timber production. Invest necessary funds to provide for intensive management of the forest resource. Provide firewood, Christmas trees, and other wood products (BLM 1985). |
| **Action:** Manage timber and woodland species on all available and capable lands with a combination of even and uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types and 40 acres in woodland types. Regenerate all patch cuts, shelter wood, and selection harvest cuts, naturally or artificially, within 15 years. Continue management of all operable woodland and commercial saw timber in other emphasis areas (BLM 1985). |
| **Action:** Manage approximately xx acres for intensive forest management. Estimated allowable harvest would be 6.5 million board-feet per decade. (BLM 1985) [MU J] |
| **Action:** Manage approximately xx acres to provide woodland products (firewood, posts, poles, etc.). Estimated allowable harvest would be 6.4 million board-feet (12,800 cords) per decade. (BLM 1985) [MU J] |
| **Objective:** Suitable commercial forest lands and pinyon-juniper woodlands will be managed for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory (BLM 1989). |
| **Action:** On xx acres, woodland harvest areas will be managed for increased forage production and will be compatible with Allotment Management Plans and wildlife habitat management objectives. (BLM 1989) |
| **Action:** Intensively manage xx acres for woodland product harvest within sustained yield production limits to increase available woodland products (BLM 1989). [MU 3] |
| **Action:** Forest Management Plans will be prepared, and if needed, plantations established to increase forest product availability. (BLM 1989) [MU 3] |

BLM_0108381

Draft No-Action (Current Management) Alternative

| |
|---|
| **Action:** When carrying out projects using Healthy Forest Restoration Act authority, fully maintain or contribute toward the restoration of the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health, and retaining the large trees contributing to old-growth structure. |
| **Action:** In the Spring Creek and Dry Creek Watersheds, remove forestry base commensurate with restoring the species and age class diversity and quality/ productivity of native plant and animal communities. (BLM 2003) |

**Livestock Grazing**

| |
|---|
| **GOAL:** Support local agricultural communities, while achieving healthy, sustainable ecosystems and providing for other resource uses. |
| **Objective:**<br><br>[*San Juan/San Miguel RMP*] Manage to increase forage on livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meant and animal fiber production, and improving forage composition and watershed conditions. Significant investments may be made in livestock improvements which will be multiple use oriented (i.e., wildlife, watershed, etc.). Investments for other resources will be minimal, although resource management activities compatible with livestock production will continue. (BLM 1985)<br><br>[*Uncompahgre Basin RMP*] Suitable public lands will be available for livestock grazing use. (BLM 1989) |
| **Allowable Use:** Unallotted tracts generally will remain available for future livestock grazing, as provided for in BLM grazing regulations. However, certain tracts not currently authorized for grazing use will remain unallotted. (BLM 1985) |
| **Action:** Types of grazing systems to be implemented will be developed in cooperation with the livestock operator and based on considering the following factors: allotment specific management actions, resource characteristics, including vegetations potential and water availability, general management actions, operators' needs, and implementation costs. (BLM 1985) |
| **Action:** Typical range improvements and the general procedures to be followed in implementing them are described in Appendix Nine – F in the Draft RMP. The extent, location, timing of such actions will be based on the allotment-specific management objectives adopted through the Allotment Management Plan process, interdisciplinary development and review of proposed actions, contributions from operators and other, and BLM funding capability. (BLM 1985) |
| **Action:** Livestock use adjustments are most often made by changing one or more of the following: the kind or class of livestock grazing the allotment, the season of use, the stocking rate, or the grazing pattern. While most livestock use adjustments will occur in the "I" allotments, use adjustments may also occur for allotments in the "C" and "M" categories. (BLM 1985) |
| **Action:** A detailed monitoring and evaluation plan has been completed. When undesirable and unintended changes in resource values are discovered and the causes are determined, corrective actions will be taken. (BLM 1985) |
| **Action:** Multiple use management actions have been developed for each allotment in the "I" category. Future management actions, including developing Allotment Management Plans, will be tailored to meet these objectives after consultation with livestock operators. (BLM 1985) |
| **Action:**<br><br>[*San Juan/San Miguel RMP*] Develop 71 allotment management plans (810,000 acres). (BLM 1985)<br><br>[*Uncompahgre Basin RMP*] Existing allotment management plans will be updated as needed and new Allotment Management Plans will be developed (BLM 1989).<br>*Note: The UFO has gradually moved away from completing formal Allotment Management Plans since the current RMPs were written. Allotment management actions are currently identified as "Terms and Conditions" on grazing permits and are the product of regular resource condition monitoring, Landscape Health Assessments that are conducted every 10 years, and the Rangeland Health Standards that were adopted by the Secretary of Interior in 1997.* |
| **Action:** On xx acres (Emphasis Area A), manage suitable vegetation types for increased, sustained livestock production and to improve range condition and productivity on native rangeland. (BLM 1985) |
| **Action:** On xx acres (Emphasis Area A), use improved management systems such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems. (BLM 1985) |
| **Action:** Acquire access to the following grazing allotments: 7016, 8011, 8013, 8018, and 8019. (BLM 1985) [BLM: |

BLM_0108382

Draft No-Action (Current Management) Alternative

check to see if any of these are in planning area; move to Lands and Realty section]

**Action:** On xx acres (Emphasis Area B), manage suitable vegetation types under low to moderate intensity for livestock production, with intent to utilize available forage and maintain forage vigor, while not degrading wildlife habitat. (BLM 1985)

**Action:** On xx acres (Emphasis Area B), constrain range treatment projects in size, layout and type with intent to enhance wildlife and livestock forage, vegetation and habitat diversity (BLM 1985).

**Action:** On xx acres (Emphasis Areas B, E, F, and K), reduce number of livestock and change season-of-use where needed to:

- provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges;
- minimize impacts to mineral operations and revegetation efforts or to minimize erosion from site;
- achieve soil and water program objective;
- protect cultural resources (BLM 1985).

**Action:** On xx acres (Emphasis Area B), maintain an overall cover/forage ratio of 40:60. Limit width of vegetation openings to approximately 150 to 200 yards in big game winter ranges (BLM 1985).

**Action:** [MU B] In pinyon-juniper and shrub vegetation types, retain 35 percent to 40 percent of original cover when completing vegetation treatments (BLM 1985).

**Action:** On xx acres [Emphasis Area C], manage livestock under reduced intensity to utilize available forage and maintain plant vigor while not degrading recreation values (BLM 1985).

**Action:** On xx acres (Emphasis Area C), use "rustic" range improvements near developed recreation areas (BLM 1985).

**Action:** Manage xx acres (Emphasis Area D) for improved range condition (BLM 1985).

**Action:** On xx acres (Emphasis Area D), including wilderness and WSAs, do not use vegetation manipulations to improve forage production. Emphasize primitive, natural material for water developments and range structures that are approved in wilderness management plan (BLM 1985)

**Action:** On xx (Emphasis Area E) acres, manage suitable vegetation types under moderate intensity for livestock production, with the intent to use available forage and maintain forage vigor (BLM 1985).

**Action:** On xx (Emphasis Area K) acres, maintain or improve range condition through soil and water improvements and diversifying the vegetation (BLM 1985). [BLM: Should this be in soil/water/veg?]

**Objective:** The management status category for an allotment may be changed when resource conditions change, or when new data becomes available.

- "I": the most intensive management with the objective of improving existing resource conditions;
- "M": less intensive management with the objective of maintaining existing resource conditions; and
- "C": the least intensive or custodial management. (BLM 1985)

[BLM: As worded, this is neither an objective nor an action. Refine.]

**Action:** In the San Miguel River SRMA, manage livestock to protect riparian system values. Do not attempt to improve forage production through vegetation projects. Range management improvements must not negatively affect riparian system values, or scenic values. (BLM 1993)

**Action:** In the San Miguel River SRMA, livestock grazing must not degrade recreation or riparian values. With exception of prescribed fire, vegetation treatments will not be used to improve forage production. Where range improvements are located near visitor concentration areas, the improvements should be designed to enhance the recreation experience. (BLM 1993)

**Action:** Relinquished, cancelled, or acquired livestock grazing permits will be reissued according to regulations (BLM 1989).

**Action:** Needle Rock ONA/ACEC will remain unallotted for livestock grazing use (BLM 1989).

**Action:** Livestock utilization will be managed at current forage allocation levels until studies indicate adjustments are needed to achieve management objectives (BLM 1989).

**Action:** As additional forage becomes available, livestock will have priority for allocation on xx acres [MU I]. (BLM 1989)

**Action:** On xx acres, additional forage will be divided equally between livestock grazing and wildlife to provide forage for both resources (BLM 1989). [MU 2]

BLM_0108383

**Objective:** New livestock facilities and land treatment projects will be developed if needed to achieve Allotment Management Plan objectives (BLM 1989).

**Action:** On xx acres, construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use will not be permitted (BLM 1989).

**Action:** On xx acres [MU 9], trailing use will be limited as much as possible and confined to established roads and trailing livestock will not be permitted to bed in riparian zones unless absolutely necessary. (BLM 1989)

**Action:** On xx acres [MU 15], to protect scenic values no new livestock improvement projects or maintenance of existing projects will be permitted. (BLM 1989)

**Action:** Vegetation condition and trend monitoring studies will be established and/or maintained (BLM 1989).

**Action:** To improve the condition of riparian zones, management practices and principles will be established in activity plans. Utilization of 35 percent by weight of key forage species will be used as a general guidance for improvement; this may vary depending on the individual riparian system (BLM 1989).

**Objective:** Allotment categorization will determine management and monitoring intensity (BLM 1989).

**Action:** Public Lands within the management unit will be managed as "I" category, "M" category, and "C" category grazing allotments. Also, 2,109 acres that are presently unallotted for livestock use will be available for grazing application. (BLM 1989)

**Action:** Intensive monitoring studies will be developed and maintained on all "I" and "M" category allotments. (BLM 1989)

## Recreation and Visitor Services

**GOAL:** Provide for a diversity of quality, sustainable recreational opportunities that support outdoor-oriented lifestyles, add to participants' quality of life, and contribute to local economies.

**Objective:**

[*San Juan/San Miguel RMP*] Manage public lands for a variety of targeted and dispersed recreation opportunities in natural settings consistent with classifications determined in Recreational Opportunity Spectrum inventories. (BLM 1985)

[*Insert Source*] Provide and maintain high quality, accessible and safe recreation facilities and visitor services where needed to: meet public demand for access and diverse recreational opportunities; maximize user safety; protect resources; reduce use conflicts; and meet recreation program goals. [BLM: where is this from? Provide citation.]

**Action:** In the North Delta OHV Area:
- Allow competitive OHV use events.
- Facilities such as informational signs and motorcycle loading ramps may be developed if constructed and maintained to BLM standards by local OHV organizations.
(BLM 1989)

*Extensive Recreation Management Areas*

**Objective:** No similar objective.

**Action:** Manage xx acres as Uncompahgre Extensive Recreation Management Areas (ERMAs) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Management direction will emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. (BLM 1985, 1989).

**Action:** Continue to manage the 6,800 acres of Adobe Badlands ONA/ACEC as an ERMA for dispersed, primitive, non motorized recreational use (BLM 1989).

*Special Recreation Management Areas*

**Objective:** [Insert Objective]

**Action:** Manage xx acres of existing SRMAs to provide targeted recreation opportunities, visitor experiences, and benefits. Investments in SRMAS include facilities, visitor management, interpretation and environmental education, and increased on-the-ground BLM presence for enhanced visitor services and resource protection.

**Objective:** Continue to manage the San Miguel River from Deep Creek to Pinyon (32,638 acres) as an SRMA to provide quality recreation experiences, with diverse recreation opportunities, while protecting the riparian and scenic values of the San Miguel River Canyon and its tributaries.

The SRMA includes the following management units:

BLM_0108384

Draft No-Action (Current Management) Alternative

San Miguel River ACEC (20,964 acres) from Placerville to Horsefly Creek –where the primary emphasis is protection of unique riparian resources, scenic values, and recreation management.

San Miguel River Recreation Emphasis Area (11,674 acres) outside of the ACEC from Deep Creek to Pinon- where the primary emphasis would be management of recreation resources and protection of riparian and scenic values.

Overall SRMA Recreation management objectives are to focus recreation uses, such as camping to managed sites, control OHV use, manage public and commercial boating activity and walk-in fishing, and protect t the visual qualities of the management area. SJ/SM RMP Amendment

| |
|---|
| **Action**: Maintain and improve, existing and add new developed recreation sites as needed to meet increased use and address public health and safety issues. (San Miguel Watershed Plan). |
| **Action:** Improve camping opportunities upstream of Placerville. Sites could include a fee campground if a suitable site is determined. (SJ/SM RMP Amendment) |
| **Action:** Coordinate with CDOT to provide highway turnouts and parking for fishing access where necessary. |
| **Action:** Continue efforts to secure public access for boaters at Pinon through easements and/or land acquisition. (SJ/SM RMP Amendment) |
| **Action:** Construct vehicle parking areas located outside of the flood plain and riparian area with safe highway access to accommodate day use visitors. (SJ/SM RMP Amendment) |
| **Action:** Construct camping facilities in Beaver Creek Canyon at the Beef Trail crossing, if determined necessary to meet recreation and/or riparian management objectives. (SJ/SM RMP Amendment) |
| **Action:** Limit camping in the San Miguel River SRMA to 7 days, 6 nights maximum within a 30 day period. |
| **Action:** Continue work with partners to extend bicycle trails along Leopard Creek and along the San Miguel corridor upstream of Placerville. (SJ/SM RMP Amendment) |
| **Action:** Construct a non-motorized trail between Placerville and Norwood Hill if determined needed and feasible. (SJ/SM RMP Amendment) |
| **Action:** Develop interpretive sites as needed, including an environmental education center at the Norwood Hill recreation site. (SJ/SM RMP Amendment) |
| **Objective:** Within the San Miguel ACEC and SRMA, Manage Beaver Creek, Saltado Creek, Horsefly Creek and the San Miguel River between the Sanborn park Road and Horsefly Creek for primitive non-motorized recreation. (SJ/SM RMP Amendment) |
| **Action:** Construct non-motorized trails around private land or purchase land and/or easements to provide access to upper Saltado Creek and Beaver Creek canyons. |
| **Action:** Construct a foot trail between Horsefly Creek and the Sanborn Park Road. If disturbances of wintering eagles become evident, close the area to public use from November 16 to April 30. Manage the remainder of the ACEC as a road natural area. (SJ/SM RMP Amendment) |
| **Objective:** Manage commercial and private recreation within appropriate use levels and managerial capabilities to ensure resource protection and provide a high quality and safe user experience. (San Miguel Watershed Plan – 1998) |
| **Action:** Collect user data and monitor all recreational uses throughout the watershed to ensure natural resource values are protected. (San Miguel Watershed Plan – 1998) |
| **Action:** Develop fair and equitable alternatives where necessary and feasible to keep use at acceptable levels in areas where watershed and recreation management objectives are not being met. (San Miguel Watershed Plan – 1998) |
| **Action:** Continue to coordinate the location and safe removal of river hazards with commercial outfitters, agency personnel, safety specialists, and biologists where feasible and consistent with management objectives. (San Miguel Watershed Plan – 1998) |
| **Action:** Develop site specific standards and indicators for river and upland campsite management. (San Miguel Watershed Plan – 1998) |
| **Action:** Set group limits where appropriate to keep use within standards. (San Miguel Watershed Plan – 1998) |
| **Action:** Continue to limit camping to designated areas where needed to protect resources. (San Miguel Watershed Plan – 1998) |
| **Objective:** Manage recreation mining activities in the San Miguel River SRMA/ACEC to ensure maximum protection of the watershed. (San Miguel Watershed Plan – 1998) |

BLM_0108385

Draft No-Action (Current Management) Alternative

**Action:** Withdraw all existing and proposed recreational sites from mineral entry. (San Miguel Watershed Plan – 1998)

**Action:** Update and/or develop new regulations and stipulations for commercial and public recreational mining operations and use to ensure use meets recreation and watershed management objectives. (San Miguel Watershed Plan – 1998)

**Action:** Within the San Miguel River SRMA, close xx acres to mineral materials sales to protect scenic, recreational, and biological values. (BLM 1993)

**Objective:** Continue to manage XX acres of the Dolores River SRMA in the planning area (from the UFO boundary near Coyote Wash to Bedrock) in accordance with the Dolores River Corridor Management Plan to provide water-based recreation opportunities per classifications determined by BLM's Recreational Opportunity Spectrum system. (BLM 1985).

**Action:** Continue allocation of commercial boat launches as prescribed in the Dolores River Corridor Management Plan (BLM 1990).

**Action:** Continue to provide for primitive (non-motorized) river running activities compatible with wilderness resources in the Dolores River Canyon WSA. (BLM 1985)

**Action:** Continue closure of the Dolores River SRMA to OHV use. (BLM 1985)

**Action:** Continue closure of Dolores River SRMA to sale of wood products. (BLM 1985)

Allowable Use:

**Stipulation NSO-X** (Stipulation 7): *Dolores River Canyon SRMA* (BLM 1985). Continue no surface occupancy unless management objectives of the SRMA can still be met.

**Objective:** Continue to manage special recreation permits as a discretionary action as a means to: manage visitor use, protect natural and cultural resources, and provide for the health and safety of visitors.

**Action:** Continue to manage commercial, competitive, vending, special area use, organized groups, and event permits under the UFO Special Recreation Permit Policy and BLM Recreation Permit Administration Handbook H-2930-1.

**Comprehensive Trails and Travel Management**

**GOAL**: Provide a travel system that supports BLM mission, achieves resource management goals, and provides appropriate, sustainable public and administrative access.

**Objective:** Travel planning, including the designation of areas open, limited to existing roads and trails, limited to designated roads and trails, and closed to motorized vehicle access, will remain a priority for public land. (BLM 1985)

**Action:** Identify off-road vehicle designations to all public land as follows:
- Open: xx acres
- Closed: xx acres
- Limited yearlong to designated roads and trails: xx acres
- Limited to existing roads and trails: xx acres
- Seasonal limitations: xx acres

**Action:** Identify xx acres as *Open* to OHV use.
- North Delta OHV Area (xx acres)

**Action:** Identify xx acres as *Closed* to OHV use.
- North Fork Area xx acres
- *[BLM: please list additional Closed areas]*

**Action:** In the North Fork Area, use by wheeled, motorized, or non-motorized mechanical vehicles will be permitted for camping, picnicking, and forest gathering only 300 feet from either side of existing established routes or trails as long as that use does not result in resource damage. The use of motorized vehicles will not be permitted cross-country or off existing established routes to retrieve game (BLM 2001).

**Action:** Identify xx acres as *Limited* yearlong to *designated* roads and trails. Seasonal restrictions apply to some areas.
- North Fork area (xx acres)
- *[BLM: please list additional Limited areas]*

**Action:** Identify xx acres as *Limited* yearlong to *existing* roads and trails. Seasonal restrictions apply to some areas.

**Action:** Implement the following seasonal travel limitations:
- December 1 to April 30:
  - *[BLM: please list individual locations]*

BLM_0108386

| |
|---|
| • May 1 to June 15:<br>  ○ *[BLM: please list individual locations]* |
| **Objective:** Maintain and improve land health while promoting responsible use through active management (BLM 2008). |
| **Action:** Motorized and mechanized travel off of existing or designated routes is not authorized or permitted, (BLM 2009). |
| **Action:** Any emergency or administrative motorized vehicle or equipment use off existing or designated routes on BLM-managed lands would require prior notification and approval (BLM 2008). |
| **Action:** The use of motorized or mechanized modes of travel (including snowmobiles) during the execution of BLM-issued authorizations or permits would be subject to the terms and conditions or stipulations of each individual authorization on a case-by-case basis (BLM 2008). |
| **Action:** Any existing or future road use or maintenance agreements with counties would continue according to the terms and conditions of those agreements (BLM 2008). |
| **Action:** Use of motorized or mechanized modes of travel on existing routes would not be permitted if the result would:<br>• Convert or upgrade a single-track route (maximum of 36 inches in width) to a two-track route, i.e. driving an ATV or a full-size passenger vehicle on a route consisting of a single track used by hikers, horseback riders, motorcycles, mountain bikes, game or livestock.<br>• Convert or upgrade a route (with a maximum width of 50 inches) used by and established for use by an ATV to a wider two-track route, such as would occur if a full-size passenger vehicle were used to travel along a route narrower than its wheel base (BLM 2008). |
| **Action:** BLM administrative functions related to resource management objectives (e.g., wildlife habitat and species monitoring and management, noxious weed eradication, resource enhancement and restoration, and fence repair) requiring cross-country travel using motorized vehicles or equipment, would be addressed at the project level on a case-by-case basis, and additional environmental documentation and analysis could be required for certain administrative functions (BLM 2008). |
| **Objective:** Address the proliferation of user-created routes primarily caused by cross-country travel (BLM 2008). |
| **Action:** Limit travel to existing routes until areas can be limited to designated routes through route by route analysis and planning. Prohibit cross-country travel by motorized or mechanized modes of travel (BLM 2008). |
| **Objective:** Enhance motorized and non-motorized recreation opportunities (BLM 2009). |
| **Action:** Short spur routes leading to popular dispersed campsites are designated and identified (BLM 2009). |
| **Action:** Continue to manage the Paradox Trail and Tabeguache Trail for *[BLM: identify type of use permitted on trails]*. |
| **Objective:** Maintain appropriate, sustainable, and reasonable access for visitors, authorized users, and private landowners within the planning area (BLM 2009). |
| **Action:** The use of wheeled, muscle-powered game carts or wagons to retrieve big game is permitted off designated routes during CDOW authorized big game and mountain lion hunting seasons only. Use of carts and wagons is not allowed within the Camel Back WSA (BLM 2009). [BLM: Does this only apply to Camel Back WSA or all WSAs?] |
| **Action:** Any emergency or administrative motorized vehicle or equipment use on BLM-managed lands off of existing or designated route requires prior notification and an approval by an authorized BLM official (BLM 2009). |
| **Objective:** Manage travel to meet Standards for Public Land Health, minimize the areas that meet standards with problems, improve resource protection, and minimize impacts to sensitive resources while maintaining quality travel opportunities along with adequate and appropriate public access (BLM 2009). |
| **Action:** In order to minimize resource impacts and help prevent new user-created routes, user are allowed to park motorized or mechanized modes of travel immediately adjacent and parallel to available designated routes for any purpose (BLM 2009). |
| **Action:** Motorized and mechanized modes of travel employing advanced technology must adhere to specified route width restrictions (BLM 2009). |
| **Lands and Realty** |
| **GOAL:** Meet public needs for land use authorizations (rights-of-way (ROWs), leases, permits, renewable energy sources) while minimizing impacts to resources. Ensure land tenure adjustments, withdrawals, and easements are in the |

BLM_0108387

Draft No-Action (Current Management) Alternative

| |
|---|
| public interest and facilitate BLM's land management goals. |
| *Renewable Energy (solar, wind, and biomass [see Fluid Minerals for geothermal resources])* |
| **Objective:** [Insert Objective] |
| **Action:** No similar action in current RMPs. |
| *Utility Corridors and Communication Sites* |
| **Objective:** [Insert Objective] |
| **Action:** Public land is generally made available for communication sites. Whenever possible applicants should co-locate their facilities and equipment at existing sites and on existing facilities. |
| **Action:** Communication site management plans will be developed for existing sites per BLM policy (Instruction Memoranda). Stipulations and mitigation measures will be developed on a case-by-case, site specific basis. Access and VRM concerns will be addressed. |
| **Objective:** [Insert Objective] |
| **Action:**<br>[*San Juan/San Miguel RMP*] Public land is generally made available for utility corridor development; applicants will be encouraged to locate new facilities within existing corridors to the extent possible. Deviations from existing corridors may be permitted based on type and need of proposed facility, conflicts with other resources including potential values and uses, and availability of alternate routes and/or mitigation measures. (BLM 1985)<br><br>[*Uncompahgre Basin RMP*] The majority of public lands will be open to development of major utility facilities. Stipulations and mitigating measures will be developed on a case-by-case basis (BLM 1989). |
| **Action:**<br>[*San Juan/San Miguel RMP*] Identify xx acres as available for utility corridors. Stipulations may be applied to prevent or limit impacts to mineral development, water and soil, natural resources values, or range management (BLM 1985).<br><br>[*Uncompahgre Basin RMP*] Identify xx acres as open to development of major utility corridors (BLM 1989). (MUs 1, 2, 3, 5, portion of 7, 8, 9, 10, 11, 16) |
| **Action:** On xx acres, [MU 7] corridors one-quarter mile wide and located on each side of Colorado Highway 133 will be open to development of major utility facilities. (BLM 1989) |
| **Action:** Manage the Fairview South ACEC (xx acres) as open to major utility development, except pipelines and any surface disturbance which would affect threatened or endangered plant species or their potential habitat. (BLM 1989) |
| **Action:** The San Miguel River SRMA would be open to major utility corridors subject to visual impact mitigation. The area downstream of Horsefly Creek would be open to major utilities until construction and maintenance impacts to the riparian zone reach five percent of the total riparian acreage (BLM 1993). |
| **Action:**<br>[*San Juan/San Miguel RMP*] Major utility corridors would generally be excluded on xx acres [MU B/C] except on a case-by-case basis. (BLM 1985)<br><br>[*Uncompahgre Basin RMP*] Major utility development would not be allowed in the following areas:<br>• on xx acres of federal coal estate [portion of MU 7] except for those needed for coal development (BLM 1989);<br>• Needle Rock ONA/ACEC; and<br>• Adobe Badlands ONA/ACEC. |
| **Action:** Major utility corridors would not be allowed in the San Miguel River ACEC , with the exception of a major overhead electric transmission line corridor across Beaver Creek and Saltado Creek. The selected corridor would allow only one overhead transmission line which must be located within one quarter-mile from the existing 69 kV line and one half-mile from the Beef Trail Road crossing Beaver Creek. The line must span the riparian areas and visual impacts must be minimized. Stipulations will be developed on a specific project basis to protect natural and scenic values (BLM 1993). |
| **Action:** To protect cultural resources on xx acres (MU F), major utility corridors, powerlines of 115 kV and above and pipelines 6-inches in diameter and above would generally not be allowed. (BLM 1985) |
| **Action:** Public land within areas identified as unsuitable will not be available for corridors (BLM 1985). [BLM: can unsuitable areas be quantified?] |
| **Allowable Use:** |

BLM_0108388

Draft No-Action (Current Management) Alternative

| |
|---|
| Manage the West-wide Energy corridor (3,500 feet wide) for oil, gas and hydrogen pipelines and electricity transmission and distribution facilities. |

*Land Tenure Adjustments*

**Objective:** Land would be considered for disposal on a case-by-case basis. The intent is to retain lands in public ownership; however, disposal that would enhance management goals and serve public interest may be considered. Disposal could occur through exchange, boundary adjustment and the Recreation and Public Purposes Act (BLM undated). (BLM 1994)

**Action:** Allow for disposal of parcels of public land that are not significant or needed for cultural values, mineral development, water and soil, livestock, wildlife, wild horses, forestry, natural resources or recreation management (BLM 1985).

**Action:** Dispose of approximately 21,700 acres of public lands throughout the planning area through sales, exchanges or any other title transfer means (BLM 1985).

**Action:** A total of 128 tracts of public land totaling 10,353 acres have been identified for consideration for disposal through sale or exchange under the RMP. (BLM 1994)

**Action:** Prior to disposal, resources within identified tracts will be managed according to the prescriptions for the management unit in which they are located (BLM 1989).

**Action:** Minimal funds, if any, will be spent on improvements on lands identified for disposal (BLM 1989).

**Action:** When land is disposed, federal mineral estate will be conveyed with surface estate where it would be in the public interest (BLM 1989).

**Objective:** Private Lands, if available, may be acquired to facilitate resource goals and objectives. (BLM 1989)

**Action:**

[*San Juan/San Miguel RMP*] Acquire or exchange land and subsurface mineral estate when mineral development, cultural resources, water and soil, livestock, wildlife, forestry, natural resources, ACECs, wilderness values or manageability, or recreation management opportunities will be enhanced (BLM 1985).

[*Uncompahgre Basin RMP*] Private lands, if available, may be acquired if they would meet any of the following criteria:
- improve livestock management;
- increase crucial [now termed "severe and winter concentration areas"] deer and elk winter range; or
- improve riparian management. (BLM 1989)

**Action:** Coordinate with the Dolores Downstream Site Selection Report, which recommended acquisition and development of a boating access site near Bedrock Bridge (BLM 1985).

**Objective:** Acquire easements needed to facilitate management (Amd to SJSM) [BLM: Which amendment?]

**Action:** Acquire fishing easements on xx acres associated with priority streams [MU B] (BLM 1985).

**Action:** Acquire easements between Bedrock and the northern boundary of the Dolores River Canyon WSA (BLM 1985).

**Action:** The required criteria for land ownership adjustments will be considered in environmental assessments prepared for specific adjustment proposals (BLM 1985).

*Land Use Authorizations*

**Objective:** Make every reasonable effort to authorize primary access to private landowners via ROWs, when such access will not cause significant adverse impacts to other resources. While county road standards will be required when environmental impacts can in no other way be mitigated, the BLM will not grant additional ROWs when reasonable access already exists (unless there is a compelling public need) (BLM 1985).

**Action:** Provide administrative access to public land to enhance management of the range resource. (BLM 1985)

**Objective:** Ensure compatibility of the various multiple uses with environmental protection of natural resources. (BLM 1985)

**Action:** Allow other land actions when there is a clear and significant public need, when they will result in minimal adverse impacts, or when they will be beneficial to other resources (BLM 1985)

**Action:** In wilderness/WSAs allow no new facilities except those authorized through Wilderness Act provisions. Remove any existing, nonconforming structures unless they are determined to be of cultural or historic value or necessary for administering the area (BLM 1985).

**Objective:** In the San Miguel River ACEC [BLM: Is this for ACEC or ACEC and SRMA?], all land use authorizations

BLM_0108389

Draft No-Action (Current Management) Alternative

would be designed to mitigate riparian system and recreational impacts (BLM 1993).

**Action:** In the San Miguel River ACEC [BLM: Is this for ACEC or ACEC and SRMA?], authorizations, such as ROWs, would not be permitted in relict riparian communities; elsewhere such actions would be restricted to only those with an overriding public need which will not create long-term visual impacts or damage to the riparian system (BLM 1993).

**Action:** In the San Miguel River ACEC, upgrades to existing major electric transmission lines would be authorized within the San Miguel Canyon (BLM 1993).

*Withdrawals*

**Objective:** By 1991, a review of withdrawals by other agencies will be completed to determine if they should be continued, modified, or revoked. Upon modification or revocation, part or all of the withdrawn land will revert to BLM management. (BLM 1985)

**Action:** Do not renew Federal Energy Regulatory Commission's  power site classifications on the Dolores River Canyon WSA when reviewed. (BLM 1985)

**Action:** Where applicable, replace existing withdrawals with ROWs, leases, permits or cooperative agreements (BLM 1985).

**Action:** New withdrawals will be processed on a case-by-case basis using current guidance to determine if a formal withdrawal is needed. (BLM 1985)

**Action:** Existing powersite withdrawals will be maintained pending determination of potential. These lands will not be subject to further consideration for disposal. No significant long-term investments will be made on these lands unless the investment could be recovered prior to development. (BLM 1989)

**Coal**

**GOAL**: Provide opportunities for environmentally sound exploration and development of coal resources.

**Objective:**

*[San Juan/San Miguel RMP]* Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985)

*[Uncompahgre Basin RMP]* Coal development will be considered on a site-specific basis after consultation with affected entities and formulation of mitigating measures. Development of existing coal leases will continue, and unleased federal coal will be identified as acceptable for further coal leasing consideration with a minimum of multiple-use restrictions (BLM 1989).

**Action:**

*[San Juan/San Miguel RMP]* Allow coal leasing on 1,480 acres in the Nucla Known Recoverable Coal Resource Area. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations. These lands would be made available for future leasing only when the coal priority area has been depleted or a significant demand is expressed that could not be met by the existing coal priority area. (BLM 1985)

*[Uncompahgre Basin RMP]* Identify xx acres as acceptable for further coal leasing consideration on a site-specific basis after consultation with affected entities and formulation of mitigating measures designed to protect identified resources (BLM 1989).

**Action:**

*[San Juan/San Miguel RMP]* Close wilderness and WSAs to coal leasing (xx acres). (BLM 1985)

*[Uncompahgre Basin RMP]* Identify xx acres [MU 15] as closed to coal leasing to protect its scenic quality (BLM 1989).

Allowable Uses:

**Stipulation:** NSO-X [Stip. Code: CO-01]: *Coal Lands.* No surface occupancy would be allowed on leases within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction. This stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions: (l)(a) well must be plugged when the mine approaches within 500 feet of the well and re-entered or re-drilled upon completion of the mining operation; (b) well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052; (c) operator will provide accurate location of where the casing intercepts the coal by providing a directional and deviation survey of the well to the coal operator; or (2) relocate well into a permanent pillar or outside the area to be

BLM_0108390

Draft No-Action (Current Management) Alternative

mined. A suspension of operations and production will be considered for the oil and gas lease only when a well is drilled and later plugged, and a new well or re-entry is planned when the mine moves through the location (BLM 1991).

Allowable Uses:

**Stipulation:** CSU-X [Stip. Code: CO-25]: *Federally Leased Coal.* Where oil and gas operations are proposed within the area of federally leased coal they will be relocated outside the area to be mined or so as to accommodate room and pillar mining operations. This stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions:

(I)(a) well must be plugged when the mine approaches within 500 feet of the well and reentered or re-drilled upon completion of the mining operation; (b) well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052; (c) operator will provide accurate location of where the casing intercepts the coal by providing a directional and deviation survey of the well to the coal operator; or (2) relocate well into a permanent pillar or outside the area to be mined. A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location (BLM 1991).

**Fluid Minerals** *(Oil and Gas and Geothermal Resources)*

**GOAL:** Provide opportunities for environmentally responsible exploration and development of fluid mineral resources. Establish conditions of use to protect other resource values.

**Objective:**

*[San Juan/San Miguel RMP]* Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985)

*[Uncompahgre Basin RMP]* Federal oil, gas, and geothermal estate on both federal surface and split-estate lands will be open to leasing with standard lease terms. Other conditions for leasing such as no surface occupancy and seasonal stipulations are assigned in each management unit prescription; special stipulations and conditions also apply to federal surface and split-estate lands. Any special stipulations (i.e., seasonal closures) prescribed for a management unit will also apply to seismic and drilling activities (BLM 1989).

*[San Miguel River SRMA and ACEC Amendment]* Facilitate orderly, economic, and environmentally-sound exploration and development of oil and gas resources using balanced multiple use management (BLM 1993)

**Action:** No similar action in current RMPs.

Allowable Use:

**Leasing**

*[San Juan/San Miguel RMP]* Continue oil, gas, and carbon dioxide operations in areas designated as Known Geologic Structures (xx acres). (BLM 1985)

*[Uncompahgre Basin RMP]* Identify xx acres as open to fluid mineral leasing. (BLM 1989)

**Action:** Allow geothermal leasing on a case-by-case basis, using the oil and gas leasing designations as a guide for geothermal resources.

Allowable Use:

**No Leasing**

Manage xx acres of the federal mineral estate as closed to fluid mineral leasing and geophysical exploration:
• WSAs.

Allowable Use:

**Stipulation** *NSO* (all NSOs): Apply major constraints (NSO/no surface-disturbing activities) to xx acres that are open to oil and gas leasing. (BLM 1985 and 1989)

Allowable Use:

**Stipulation** *CSU* (all CSUs): Apply moderate constraints (CSUs) to xx acres that are open to oil and gas leasing. (BLM 1985 and 1989)

Allowable Use:

**Stipulation** *TLs* (all TLs): Apply moderate constraints (TLs) to xx acres that are open to oil and gas leasing. (BLM 1985 and 1989)

BLM_0108391

Draft No-Action (Current Management) Alternative

| **Locatable Minerals, Mineral Materials, & Non-Energy Leasable Minerals** |
|---|
| **GOAL:** Provide opportunities to develop locatable minerals, mineral materials, and non-energy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. |
| *Locatable Minerals (gold, uranium)* |
| **Objective:** Minimize public land withdrawn from mining and mineral leasing. Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985) |
| **Action:**<br><br>*[San Juan/San Miguel RMP]* Continue approved operations of hard rock mining on xx acres [MU E] under 43 CFR 3809 regulations. (BLM 1985)<br><br>*[Uncompahgre Basin RMP]* Open xx acres [MU 1, 2, 3, 5, 7, 8, 9, 10, 11, 15, 16] to mineral entry and location due to the lack of resource conflicts. |
| **Allowable Use:** Maintain the following areas as withdrawn from mineral entry, per the Secretary of the Interior:<br>• Tabeguache Area (xx acres)<br>• Mine site for bat roosting (xx acres) (BLM 2008) |
| **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas:<br>• Dolores Cave (BLM 1985);<br>• Tabeguache Pueblo (BLM 1985);<br>• Adobe Badlands ONA/ACEC (BLM 1989);<br>• Fairview South RNA/ACEC;<br>• Needle Rock Instant Study Area/WSA/ONA/ACEC (BLM 1989);<br>• Important cultural resource properties (BLM 1985); and<br>• WSAs (BLM 1989).<br>**BLM**: Need to confirm 100% that the ACECs are not already withdrawn. |
| **Action:** All existing withdrawals that segregate federal mineral estate from location and entry under the general mining laws will be recommended for retention. Federal mineral estate in areas not under withdrawal will be open to entry and location. (BLM 1989) |
| **Action:** (MU 16) Bureau of Reclamation withdrawals along the Gunnison River downstream of Delta will be recommended for revocation to allow for mineral exploration and development, facilitate resource management, permit long-term land use planning. (BLM 1989) |
| **Action:** Withdrawals on lands identified for disposal will be recommended for revocation. Portions of withdrawals which will be affected are those associated with 108 acres of the Paonia Project, 37 acres of the Gunnison/Arkansas Project, 72 acres of the Uncompahgre Valley Project and 25 acres along the East Canal. Federal mineral estate will be open to entry and location after the withdrawal is revoked. (BLM 1989) |
| **Action:** Continue cooperative management on xx acres to protect surface resources on the Department of Energy lease tracts. (BLM 1985) |
| *Mineral Materials (Salable Minerals) (sand and gravel)* |
| **Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985) |
| **Allowable Use:**<br><br>*[San Juan/San Miguel RMP]* Continue sand and gravel operations on xx acres. (BLM 1985)<br><br>*[Uncompahgre Basin RMP]* Identify xx acres of Federal mineral estate as open to mineral material sales. (BLM 1989) |
| **Action:** Applications for removing common variety mineral materials, including sand and gravel, will continue to be processed on a case-by-case basis. Stipulations to protect important surface values will be attached based on interdisciplinary review of each proposal. (BLM 1985) |
| **Action:**<br><br>*[Uncompahgre Basin RMP]* Identify xx acres of Federal mineral estate as closed to mineral material sales (BLM 1989):<br>• Riparian zones;<br>• Fairview South RNA/ACEC; |

BLM_0108392

- Needle Rock ONA/ACEC;
- Adobe Badlands ONA/ACEC.

[*San Miguel River SRMA/ACEC Amendment*] Close the San Miguel river bottom areas to the sale of sand and gravel (BLM 1993).

Allowable Use:
**Stipulation** *TL* (all TLs): Apply moderate constraints (TLs) to xx acres that are open to mineral material sales. (BLM 1989) [MUs 2 and 5]

*Non-energy Solid Leasable Minerals (gypsum and potash)*

**Objective:** Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985)

**Allowable Use:** Continue sodium leasing on xx acres. (BLM 1985)

**Action:** Continue cooperative management to protect surface resources on xx acres of Department of Energy lease tracts. (BLM 1985)

**Areas of Critical Environmental Concern**

**GOAL**: Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to protect life and safety from natural hazards.

**Objective:** Manage the following areas as ACECs and RNAs or ONAs:
- Adobe Badlands ACEC/ONA (6,383 acres);
- Fairview South ACEC/RNA (213 acres);
- Needle Rock ACEC/ONA (83 acres); and
- San Miguel River ACEC (22,841 acres).

**Action:** Manage 6,380 acres of the Adobe Badlands WSA as an ONA and ACEC to protect unique scenic qualities; threatened and endangered species' habitats (Colorado hookless cactus (formerly Uinta Basin hookless cactus), clay-loving wild buckwheat, and Montrose penstemon); provide for semi-primitive, non-motorized recreation opportunities and use; and reduce active erosion. Management actions include the following:
- Manage for primitive non-motorized recreational uses.
- Closed to OHVs;
- Manage as VRM Class I;
- Allowable Use: Closed to major utility development.
- Erosion and salinity control measures will not utilize structures or land treatments which would alter scenic values.
- Conduct a complete inventory for threatened and endangered species and establish research and monitoring studies.
- Allowable Use: A portion (xx acres within Adobe Badlands WSA) closed to oil and gas leasing.
- Allowable Use: Closed to coal leasing.
- Allowable Use: Locatable Minerals: Withdrawn from locatable mineral entry. [check the status of this]
- Allowable Use: Mineral Materials: Closed to disposal of mineral materials.
- Allowable Use: Stipulation NSO-X: *Outstanding Natural Areas/Areas of Critical Environmental Concern.* [Stip 7] Prohibit surface occupancy and surface-disturbing activities.
(BLM 1989).

**Action:** Manage 213 acres as the Fairview South ACEC/RNA to protect clay-loving wild buckwheat and Montrose penstemon. Management actions include the following:
- Develop plant monitoring studies in cooperation with the Colorado Natural Areas Program.
- Closed to OHV use.
- Closed to development of pipelines.
- Allowable Use: Stipulation NSO-X: *Outstanding Natural Areas/Areas of Critical Environmental Concern.* [Stip 7] Prohibit surface occupancy and surface-disturbing activities.
- Allowable Use: Locatable Minerals: Withdrawn from locatable mineral entry and location. [check the status of this]
- Allowable Use: Mineral Materials: Closed to disposal of mineral materials.
(BLM 1989).

**Action:** Manage 80 acres as the Needle Rock ACEC/ONA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following:

BLM_0108393

- Unalloted for livestock grazing use.
- Travel limited to designated road and trails.
- VRM Class I.
- Closed to development of major utility facilities.
- Managed as a roaded natural area for recreation opportunities including sightseeing, picnicking, and geologic study.
- Allowable Use: Stipulation NSO-X: *Outstanding Natural Areas/Areas of Critical Environmental Concern.* [Stip 7] Prohibit surface occupancy and surface-disturbing activities.
- Allowable Use: Locatable Minerals: Withdrawn from locatable mineral entry and location. [check status of this]
- Allowable Use: Mineral Materials: Closed to disposal of mineral materials.
(BLM 1989).

**Action:** Manage 22,841 acres within the San Miguel River SRMA as the San Miguel River ACEC to protect unique riparian resources, scenic values, and recreation management. Management actions include the following:

- Allowable Use: Mineral Materials: Closed to disposal of mineral materials unless disposal is needed to meet management goals for the river or riparian area.
- Manage as VRM Class II.Travel is restricted to designated routes
- Access road in lower Beaver canyon will remain open for BLM administrative use and utility line maintenance, but closed to the public.
- Camping along the river is allowed in designated sites only.
- Maximum length of stay is 7 days, 6 nights within a 30 day period. [BLM: Is this an LUP decision? If not, delete]
- No wood collecting to protect native vegetation.
- No open fires except in grills provided in developed recreation sites. [BLM: is this an LUP decision? If not, delete]
- All facility construction will protect riparian and scenic values.
- Establish site specific visual quality objectives and design guidelines for landscape development projects during activity-level planning. [Note to BLM: conflict? Above says this is VRM Class II.]
- Manage for a variety of recreation opportunities consistent with maintenance of the riparian system and visual resource values.
- Provide necessary visitor management services and facilities required to reduce the impacts of unregulated recreation.
- Allowable Use: Close xx acres to mineral materials sales.
- Educate the public about the values of the riparian systems.
- Provide protective management and interpretation of the unique fossils in the Placerville areas.
- Bald eagle roost tress will be protected and wintering eagle use will be monitored.
- Continue cooperation with The Nature Conservancy and CDOW to study suitability of the San Miguel River for river otter reintroduction. Support reintroduction into suitable habitat.
- Continue efforts with partners to provide adequate instream flows to protect riparian and aquatic systems.
- With exception of three forest management areas, ACEC is closed to forest product disposal, unless criteria of improving riparian values and maintaining forest health are met.
- Good or excellent condition riparian systems must be maintained in good to excellent condition. Where livestock management is a factor in systems being in less than good condition, range management practices will by changed to improve those systems to at least good condition.
- Area is closed to development of major utilities with the exception of those already established with San Miguel Power Association.
- BLM-permitted actions, such as ROWs, bike trails, camping areas, etc. are not permitted in relic riparian communities with the ACEC. Elsewhere in the ACEC, such actions are restricted to those with an overriding public need which will not create long-term visual impacts or damage to the riparian system. Where possible, facility development will be located outside the 100 year floodplain.

**Action:** Construct a non-motorized trail between Placerville and Norwood Hill if determined needed and feasible. (BLM 1993)

**Action:** Develop interpretive sites as needed, including an environmental education center at the Norwood Hill recreation site. (BLM 1993)

BLM_0108394

Draft No-Action (Current Management) Alternative

**Objective:** Within the San Miguel ACEC manage Beaver Creek, Saltado creek, Horsefly Creek and the San Miguel River between the Sanborn park Road and Horsefly Creek for primitive non-motorized recreation. (BLM 1993)

**Action:** Construct non-motorized trails around private land or purchase land and/or easements to provide access to upper Saltado Creek and Beaver Creek canyons.

**Action:** Construct a foot trail between Horsefly Creek and the Sanborn Park Road. If a disturbance of wintering eagles becomes evident, close the area to public use from November 16 to April 30. Manage the remainder of the ACEC as a road natural area. (BLM 1993)

**Objective:** Manage commercial and private recreation within appropriate use levels and managerial capabilities to ensure resource protection and provide a high quality and safe user experience. (San Miguel Watershed Plan – 1998)

**Action:** Collect user data and monitor all recreational uses throughout the watershed to ensure natural resource values are protected. (San Miguel Watershed Plan – 1998)

**Action:** Develop fair and equitable alternatives where necessary and feasible to keep use at acceptable levels in areas where watershed and recreation management objectives are not being met. (San Miguel Watershed Plan – 1998)

**Action:** Continue to coordinate the location and safe removal of river hazards with commercial outfitters, agency personnel, safety specialists, and biologists where feasible and consistent with management objectives. (San Miguel Watershed Plan – 1998)

**Action:** Develop site specific standards and indicators for river and upland campsite management. (San Miguel Watershed Plan – 1998)

**Action:** Set group limits where appropriate to keep use within standards. (San Miguel Watershed Plan – 1998)

**Action:** Continue to limit camping to designated areas where needed to protect resources. (San Miguel Watershed Plan – 1998)

**Objective:** Manage recreation mining activities in the SRMA/ACEC to ensure maximum protection of the watershed. (San Miguel Watershed Plan – 1998)

**Action:** Withdraw all existing and proposed recreational sites from mineral entry. (San Miguel Watershed Plan – 1998)

**Action:** Update and/or develop new regulations and stipulation for commercial and public recreational mining operations and use to ensure use meets recreation and watershed management objectives. (San Miguel Watershed Plan – 1998)

### Wilderness and Wilderness Study Areas

**GOAL:** Preserve the wilderness character of the Tabeguache Area as directed by Congress in PL 103-77, August 13, 1993, Colorado Wilderness Act of 1993).

**Objective:** Provide protection and management of the Tabeguache Area to maintain wilderness character and potential for inclusion in the National Wilderness Preservation System.

**Action:** Manage the Tabeguache Area as VRM Class I.

**Action:** Manage the Tabeguache Area as closed to motorized and mechanized use.

**Allowable Use:** The Tabeguache Area is unavailable for ROW location.

**Allowable Use:** Manage the Tabeguache Area as withdrawn from all forms of location, leasing, patent, disposition, or disposal under public land, mining, and mineral and geothermal leasing laws. (PL 103-77, August 13, 1993, Colorado Wilderness Act of 1993)

**GOAL:** Preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined under Interim Management Policy for Lands Under Wilderness Review (BLM Manual H-8550-1 [BLM1995b], until Congress either designates these lands as wilderness or releases them for other purposes.

**Objective:** Manage the following WSAs under Interim Management Policy and Guidelines for Lands under Wilderness Review pending congressional designation:

- Adobe Badlands (xx acres);
- Camel Back (xx acres);
- Dolores River Canyon (xx acres);
- Needle Rock Instant Study Area (xx acres); and
- Sewemup Mesa (xx acres).

**Action:** Continue to recommend and support in legislation, xx acres as suitable for wilderness designation under Section 603 of FLPMA:

BLM_0108395

- Dolores River Canyon WSA (13,354 acres) (BLM 1985); and
- Sewemup Mesa WSA (1,803 acres) (BLM 1987).

**Action:** Continue to recommend 20,827 acres as nonsuitable for wilderness designation under Section 603 of FLPMA and support legislation to have these areas released from wilderness consideration.
- Camel Back WSA (10,402 acres) (BLM 1989);
- Adobe Badlands WSA (10,425 acres) (BLM 1989); and
- Sewemup Mesa WSA (1,800 acres) (BLM 1987).

**Action:** Manage recreation use in WSAs and Wilderness areas to provide users with experiences and psychological outcomes expected in wilderness/primitive setting. Control social and physical carrying capacity to provide such outcomes. (BLM 1985)

**Action:** Management actions common to all WSAs include the following:
- Manage as VRM Class I;
- Allowable Use: Closed to ROW location.
- Allowable Use: Closed to oil and gas leasing.

**Action:** Continue to implement the following management actions in the Adobe Badlands WSA:
- Manage xx acres (Adobe Badlands ONA/ACEC) for primitive non-motorized recreational uses. [BLM: Is this just the ACEC or whole WSA?]
- Manage xx acres (Adobe Badlands ONA/ACEC) as closed to OHVs to protect scenic qualities and prevent accidental destruction of sensitive plant species and their habitat.
- Manage the remainder of the WSA (xx acres) as limited to existing roads and trails. (UFO Travel Amendment 2010).
- Manage xx acres (Adobe Badlands ONA/ACEC) as closed to development of major utility facilities to prevent accidental destruction of sensitive plant species and to maintain scenic qualities. [BLM: Is this just the ACEC or whole WSA?]
- Manage 1,700 acres of mancos shale landscapes along the western side of the WSA as a Salinity Control Area with seasonal restrictions on grazing and mineral activities to control active erosion and reduce salinity contributions to the Colorado River system.
- Manage 1,900 acres in the northern portion of the WSA as a Wildlife Management Area to protect critical winter forage in sufficient quality and quality to support existing big game populations, particularly during severe winters.
- Allowable Use: A portion of the WSA (xx acres [Adobe Badlands ONA/ACEC]) closed to disposal of mineral materials. [BLM: Is this just the ACEC or whole WSA?]
- Allowable Use: A portion of the WSA (xx acres [Adobe Badlands ONA/ACEC]) closed to coal leasing. [BLM: Is this just the ACEC or whole WSA?]

**Action:** Continue to implement the following management actions in the Camelback WSA:
- Closed to motorized and mechanized travel including mountain bikes and the use of other mechanical devices, such as muscle powered big game wheeled carts or wagons. (Dry Creek Travel Plan 2010)
- Approximately five miles of an existing route will remain open to BLM and grazing permittee for administrative purposes to maintain rangeland improvements. (Dry creek Travel Plan 2010)
- Approximately 20 miles of routes are managed for hiking or horseback riding. (Dry creek Travel Plan 2010)
- Manage 7,300 acres for livestock grazing. Continue grazing at current forage allocation levels and seasons of use unless studies determine adjustments are needed.
- Manage 2,500 acres in Camelback Ridge and Upper Roubideau Creek drainages along the southeastern portion of the WSA to maintain the area's capabilities to support wintering deer, elk and bighorn sheep.
- Manage 680 acres in the Roubideau Creek and Potter Creek drainages for improvement of riparian habitat.

**Action:** Continue to implement the following management actions for the Dolores River Canyon WSA:
- Provide for primitive (non-motorized) river running activities compatible with wilderness resource.
- Closed to motorized use.
- Close ways.
- Allow non-impairing aquatic/riparian improvements and introduction or reintroduction of bighorn sheep and river otters. (BLM 1985)

**Action:** Continue to protect and manage Needle Rock Instant Study Area (80 acres) as an ONA and ACEC.

Management actions include the following (see also Needle Rock ONA/ACEC):
- Allowable Use: withdrawn from mineral entry and location for locatable minerals. (BLM 1989) [check status of this]
- Allowable Use: Closed to mineral material disposal.

**Action:** Continue to implement the following management actions in the portion of Sewemup Mesa WSA within the UFO:
- Closed to vehicle use. Issue special permits for administration of livestock grazing allotments.
- Manage the area so as not to violate Class II air quality standards.
- Restore watersheds only where deteriorated soil and hydrologic conditions threatened life, property, or loss of wilderness values and where natural recovery will be unlikely. Allow new or expanded water developments only when approved by the President. Maintain existing water structures if they are in the public interest or if they have a valid existing right. Use non- motorized means of access wherever and whenever feasible for maintenance of reservoirs. Maintain or enhance water quality consistent with the protection of wilderness values.
- Productive pinyon-juniper woodlands and commercial forest land are unsuitable for management and harvesting other than to control insects and diseases.
- Maintain woody riparian habitat to favor the tallest plant species native to each site while promoting diversity in plant heights and species.
- Continue to prohibit livestock grazing on the top of Sewemup Mesa. Where practical alternatives (such as horseback) do not exist, accomplish range development maintenance or other activities through the occasional use of motorized equipment such as backhoes to maintain stock ponds, pickup trucks for major fence repair, or special equipment to repair stock watering facilities. Use the minimum tools required to do the maintenance.
- Allow visitor use consistent with preservation of wilderness values. Limit the number of facilities, improvements, and signs to those necessary to protect wilderness resources or to provide for the health and safety of visitors.
- Permit roads only where subject to valid existing rights.
- Allowable Use: Closed to mineral location, except for pre-FLPMA claims determined to have valid discoveries. [BLM: is this for locatable minerals? In which case withdrawn from mineral entry?]
- Allowable Use: Closed to mineral materials sales and free use permits.
(BLM 1987)

**Wild and Scenic Rivers**

**GOAL:** Protect National Wild and Scenic Rivers System-eligible segments in accordance with the Wild and Scenic River Act and BLM guidance (see BLM Manual 8351 [BLM 1993c]).

**Objective:** Preserve the preliminary classification of each eligible segment by protecting its free-flowing nature, water quality, and outstandingly remarkable value(s) pending congressional action or for the duration of the RMP.

**Action:** Identify the following 28 stream segments as eligible for inclusion in the National Wild and Scenic Rivers System. See Table 2-X, Summary of Wild and Scenic River Study Segments, for total segment lengths and segment study corridor acreages, as well as segment lengths on BLM land and segment study corridor acreages on BLM land (a description of each segment is provided in Appendix X):
- Gunnison River Segment 2;
- Monitor Creek;
- Potter Creek;
- Roubideau Creek Segments 1 and 2;
- Deep Creek;
- West Fork Terror Creek;
- Beaver Creek;
- Dry Creek Segment 1;
- Naturita Creek;
- Saltado Creek;
- San Miguel River Segments 1, 2, 3, 5, and 6;
- Tabeguache Creek Segments 1 and 2;
- Lower Dolores River;
- Dolores River Segments 1 and 2;
- North Fork Mesa Creek;

BLM_0108397

- Ice Lake Creek Segment 2;
- La Sal Creek Segments 1, 2, and 3;
- Lion Creek Segment 2; and
- Spring Creek.

## National Trails and BLM Byways

**GOAL**: Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated National Scenic, Historic, and Recreation Trails and National and State designated Scenic Highways and Byways.

**Objective:** Continue to manage the following designated byways and National Trails to protect scenic, natural, and cultural resource values:
- Grand Mesa Scenic and Historic Byway (xx miles);
- Old Spanish National Historic Trail (xx miles);
- San Juan National Scenic Byway (xx miles);
- Unaweep-Tabeguache Byway (xx miles); and
- West Elk Loop State Scenic and Historic Byway.

**Action:** Continue to work with partners to administer the national trails and byways.

## Cadastral

**GOAL:** Identify BLM land boundaries and resolve BLM land boundary issues.

**Objective:** No similar objective in current RMPs.

**Action:** No similar action in current RMPs.

## Interpretation and Environmental Education

**GOAL:** Provide interpretation, education, and information that: promote the health of the land and protection of cultural and natural resources; increase resident and visitor awareness, appreciation and stewardship of public lands, and enhance visitor experiences and safety.

**Objective:** Continue to manage recreation sites in the UFO that provide interpretive and educational information.

**Action:** Maintain and improve developed recreation sites, including the Uncompahgre Riverway Site, for their interpretive and educational values.

## Transportation Facilities

**GOAL:** Provide a transportation system that is manageable, maintainable, and meets the needs of resources and resource uses.

**Objective:** No similar objective in current RMPs.

**Action:** Provide maintenance of roads in the BLM transportation plan to minimum standards for user safety. (BLM 1985)

## Native American Tribal Uses

**GOAL:** Manage public lands in a manner that accommodates American Indian religious traditions, practices, and beliefs.

Current management practices are guided by directives contained in BLM 8120, American Indian Religious Freedom Act (AIRFA, 42USC1996), Native American Graves Protection and Repatriation Act (NAGPRA, 25USC 3001) Executive Order 13007 (Indian Sacred Sites) and Executive Order 13084 (Tribal Consultation). [BLM: This info should go in Chapter 3.]

**Objective:** [Insert Objective]

**Action:** During project planning, UFO will consult with tribes regarding visual resources. If visual resources in the project proposal area are important for tribal uses, the project would be cancelled, modified or the appropriate mitigation measures would be implemented.

**Action:** The BLM continues Native American consultation to identify any traditional cultural properties, sacred/religious sites, or special use areas through letters, phone calls, and on-site visits. Consulting partnerships have been established and should be continued and expanded, with the Northern Ute Tribe, Southern Ute Tribe and Ute Mountain Ute Tribe. If any areas are identified or become known through the Native American notification or consultation process, their concerns are addressed through the planning process. The BLM will protect and preserve Native American cultural and sacred sites and Native American access to these sites whenever possible. The BLM will take no action that would adversely affect these areas or locations without consultation with the appropriate Native

BLM_0108398

Draft No-Action (Current Management) Alternative

| | |
|---|---|
| American tribes. (Executive Orders 13007 and 13084) | |
| **Action:** If tribally sensitive areas are identified or become known through the Native American notification or consultation process, their concerns are currently addressed through site and project specific modification and/or mitigation. The UFO will take no action that would adversely affect these areas or location without consulting the appropriate Native Americans. | |
| **Public Health and Safety** | |
| **GOAL:** Manage public lands to reduce hazardous risks to protect lives, resources, and property. | |
| **GOAL:** Enhance public health in cooperation with local communities. | |
| **Objective:** No similar objective in current RMPs. | |
| **Action:** Post caution signs for the public in the North Delta unexploded ordinance area. | |
| **Action:** Require project proponents to clear the affected project area on a project-specific basis. | |
| **Allowable Use:** Stipulation/Lease Notice UXO-01 [Insert name and details of stipulation] | |

**TABLE 2.13 - STREAM REACHES PROTECTED BY INSTREAM FLOW RIGHTS**

| HUC[1] | Stream[2] | Case Number | Reach Length (miles) | Recommending Party |
|---|---|---|---|---|
| 14020004 | Anthracite Creek | 06CW230 | 8.0 | other |
| 14030003 | Upper Beaver Creek | 84CW439 | 4.6 | BLM |
| 14030003 | Lower Beaver Creek | 93CW268 | 10.6 | BLM |
| 14020002 | Cimarron River | 84CW398 | 3.7 | other |
| 14030003 | Cottonwood Creek | 05CW149 | 3.2 | BLM |
| 14020006 | East Fork Dry Creek | 05CW151 | 10.0 | BLM |
| 14020002 | Gunnison River | 92CW107 | 28.9 | other |
| 14020002 | Gunnison River | 03CW265 | 28.9 | other |
| 14030003 | Horsefly Creek | 05CW215 | 5.2 | BLM |
| 14030002 | La Sal Creek | 02CW271 | 6.0 | BLM |
| 14020004 | Mesa Creek | 06CW168 | 2.0 | BLM |
| 14020004 | North Fork Gunnison River | 84CW400 | 6.2 | other |
| 14030004 | North Fork Mesa Creek | 02CW274 | 5.9 | BLM |
| 14020002 | North Fork Smith Fork | 05CW203 | 9.4 | other |
| 14020005 | Potter Creek | 04CW161 | 9.0 | BLM |
| 14030004 | Roc Creek | 02CW275 | 10.0 | BLM |
| 14020005 | Roubideau Creek | 04CW162 | 14.4 | BLM |
| 14030003 | Saltado Creek | 93CW267 | 8.3 | BLM |
| 14030003 | San Miguel River (Upper) | 84CW429 | 8.4 | other |
| 14030003 | San Miguel River (Mid) | 02CW277 | 24.1 | BLM |
| 14030003 | Specie Creek | 02CW279 | 3.2 | BLM |
| 14020006 | Spring Creek | 04CW163 | 5.5 | BLM |
| 14020006 | West Fork Dry Creek | 05CW155 | 5.9 | BLM |

[1] 4th level Hydrologic Unit Code - see Table 2.7 above for the corresponding drainage basin.

[2] Some stream reaches include segments of land not managed by the BLM.

BLM_0108399

Draft No-Action (Current Management) Alternative

**Table 2-X**
**Summary of Wild and Scenic River Study Segments**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Gunnison River Segment 2 | 0.41 | 0.41 | 128.6 | 85.5 | Recreational | Fish |
| Monitor Creek | 9.42 | 9.42 | 2,732.4 | 2,613.0 | Wild | Vegetation |
| Potter Creek | 9.82 | 9.82 | 2,878.5 | 2,828.5 | Wild | Vegetation |
| Rose Creek | 3.90 | 3.90 | 1,307.3 | 1,266.9 | Wild | Scenic |
| Roubideau Creek Segment 1 | 10.74 | 10.00 | 2,851.6 | 2,703.0 | Wild | Recreational, Wildlife, Cultural, Vegetation |
| Roubideau Creek Segment 2 | 7.59 | 3.45 | 2,204.7 | 1,326.7 | Scenic | Wildlife, Vegetation |
| Deep Creek | 2.55 | 0.58 | 807.9 | 127.7 | Scenic | Fish |
| West Fork Terror Creek | 1.21 | 0.47 | 385.5 | 151.3 | Scenic | Fish |
| Beaver Creek | 14.25 | 14.19 | 4,293.2 | 3,707.4 | Scenic | Vegetation |
| Dry Creek Segment 1 | 10.49 | 10.42 | 2,843.9 | 2,760.4 | Wild | Scenic, Geologic |
| Naturita Creek | 24.97 | 9.99 | 6,417.4 | 3,238.5 | Scenic | Fish |
| Saltado Creek | 5.56 | 4.14 | 1,761.4 | 1,448.4 | Wild | Vegetation |
| San Miguel River Segment 1 | 27.23 | 17.34 | 8,444.0 | 6,679.2 | Recreational | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology |
| San Miguel River Segment 2 | 4.01 | 3.64 | 1,256.0 | 1,112.0 | Wild | Scenic, Recreational, Wildlife, Vegetation |
| San Miguel River Segment 3 | 7.31 | 5.30 | 2,288.3 | 1,880.7 | Scenic | Recreational, Fish, Wildlife, Vegetation |
| San Miguel River Segment 5 | 14.00 | 2.59 | 4,348.5 | 2,738.1 | Recreational | Recreational, Fish, Historic, Vegetation |

*DO NOT DISTRIBUTE*

As of August 2, 2010

BLM_0108400

Draft No-Action (Current Management) Alternative

**Table 2-X**
**Summary of Wild and Scenic River Study Segments**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| San Miguel River Segment 6 | 3.23 | 2.25 | 989.4 | 808.7 | Recreational | Recreational, Fish, Historic, Vegetation |
| Tabeguache Creek Segment 1 | 3.61 | 3.61 | 1,083.3 | 1,077.0 | Wild | Vegetation |
| Tabeguache Creek Segment 2 | 11.57 | 7.89 | 3,002.7 | 2,487.3 | Recreational | Cultural, Vegetation |
| Lower Dolores River | 10.53 | 6.93 | 3,120.2 | 2,197.5 | Scenic | Scenic, Recreational, Geologic, Fish, Wildlife |
| North Fork Mesa Creek | 8.53 | 5.81 | 2,466.9 | 2,042.4 | Scenic | Vegetation |
| Dolores River Segment 1 | | | | | | |
| Dolores River Segment 2 | 11.5 | 5.42 | 3,244.5 | 1,820.7 | Recreational | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation |
| Ice Lake Creek Segment 2 | 0.58 | 0.31 | 180.6 | 104.8 | Scenic | Scenic |
| La Sal Creek Segment 1 | 4.82 | 0.62 | 1,348.9 | 718.1 | Recreational | Fish, Vegetation |
| La Sal Creek Segment 2 | 4.52 | 3.82 | 1,171.7 | 1,032.9 | Scenic | Fish, Vegetation |
| La Sal Creek Segment 3 | 3.37 | 3.37 | 915.6 | 907.7 | Wild | Scenic, Recreational, Fish, Cultural, Vegetation |
| Lion Creek Segment 2 | 1.57 | 1.26 | 486.2 | 401.5 | Scenic | Vegetation |
| Spring Creek | 2.65 | 1.49 | 834.4 | 633.0 | Recreational | Vegetation |

BLM_0108401

**James Bode**

| | |
|---|---|
| **From:** | Craig Grother <craiggrother@yahoo.com> |
| **Sent:** | Thursday, August 19, 2010 8:28 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | Comments on Draft ACEC Report |

Thank You for the opportunity to comment on the Draft ACEC Report for the RMP Revision.  I have reviewed the report and find that it is very complete and I agree with the BLM's assessment of the list of 19 eligible ACEC's.  In my opinion all 19 of the ACEC's included in the draft report clearly contain significant environmental values that warrent specific management direction in the RMP to protect their relevant and important values from irreparable damage.

At this point I do not have any additional site-specific comments about ACEC boundaries or resource values.  I encourage the UFO to include all 19 existing and nominated ACEC's in the RMP analysis.

Sincerely,

Craig Grother
Norwood, Colorado

1



# In the RMP we must:

1. **Identify Special Recreation Management Areas (SRMA)**

2. **Identify corresponding and distinguishing primary recreation-tourism market**

   a. Each SRMA has a distinct, primary recreation-tourism market:
      - Destination
      - Community
      - Undeveloped

   *If a SRMA has more than one distinct, primary recreation market, divide it into separate SRMAs*

3. **Describe the market that corresponds to that specific recreation management strategy**

   a. Who are they?
   b. Where are they located?

BLM_0108403

# *Identify SRMAs & Determine Primary Market-based Strategy*

## *Destination Market*

## *or*

## *Community Market*

## *or*

## *Undeveloped Market*

BLM_0108404

## H-1601-1   LAND USE PLANNING HANDBOOK

*Land Use Plan Decisions:*

**Identify Recreation Management Areas (RMAs)...**

| Special (SRMAs) | Extensive (ERMAs) |
|---|---|
| Areas offering STRUCTURED recreation opportunities (i.e., activity, experience, and benefit opportunities). | Everything else. |
| Both land use plan decisions & implementing actions are geared to a strategically IDENTIFIED recreation-tourism MARKET: destination, community, or undeveloped. | Implementing actions are CUSTODIAL in nature. |

BLM_0108405




**Public lands identified in land use plans where recreation funding & personnel are directed to provide specific STRUCTURED activity, experience, & benefit opportunities.**




BLM_0108406



**Both land use plan decisions and subsequent implementing actions are geared to a strategically identified recreation-tourism market either a: destination, community, or undeveloped.**

BLM_0108407

# Recreation & Visitor Services - Land Use Plan Decisions
## *Defining Recreation Management in SRMAs*



**1. Identify SRMAs**

**2. Determine the Primary Market-based Strategy (Destination, Community, Undeveloped)**

**3. Describe the Corresponding Market (Who & Where?)**

**4. Delineate Recreation Management Zones (RMZs)**

**5. Identify RMZ Niches to be Served**

**6. Write explicit RMZ Recreation Management Objectives for opportunities & outcomes (activities, experiences & benefits)**

**7. Prescribe RMZ Setting Character (physical, social, administrative)**

**8. Describe RMZ Implementation Framework (management, administration, marketing, monitoring actions) for all Providers**

BLM_0108408

# SRMA with a Destination Strategy

## Vail
### Colorado

### *America's Largest Ski Resort*

Vail, with its size and terrain, is America's premier ski destination. There is no comparison. The mountain is consistently ranked the No. 1 Ski Resort in North America, according to the readers of many magazines. To be exact, Vail has been the No. 1 Ski resort 13 times in the last 17 years.



Vail has earned this premier designation for terrain, snow conditions and challenge. Combining the largest single-mountain in North America with 5,289 acres of skiable terrain, Vail provides a huge variety of trails for skiers and riders of every level. Vail also boasts the largest network of express quad chairlifts in the world with 34 total lifts, 14 high speed quads and one gondola.

BLM_0108409

# SRMA with a Community Strategy

## Sunlight Mountain Resort
### Colorado

### *Unique and Affordable*

Sunlight Mountain Resort has an intimate unpretentious atmosphere that can be attributed to its small-town roots. With its summit situated on Compass Mountain, Sunlight offers beautiful vistas of majestic Mount Sopris and the surrounding Elk Mountain Range. Hundreds of acres of mild greens, intermediate slopes and black diamond extremes are offered to



Sunlight Mountain Resort

satisfy all levels and abilities. The affordability and laid-back attitude make Sunlight a favorite for all who visit.

BLM_0108410

# SRMA with an Undeveloped Strategy

## Silverton Mountain
### Colorado

### *Lift Accessed Backcountry Skiing*

Silverton Mountain is a new expert and advanced only ski/snowboard facility. One double chairlift will access the steepest, most powder-filled skiing in the Rockies. Silverton Mountain is located in southern Colorado in the heart of the San Juans. Snow is no worry at this 10,400-foot base and 12,300-foot peak elevation: the annual snow fall exceeds 400 inches.



BLM_0108411

# SRMA with a Destination Strategy



National or regional visitors & constituents value public lands as recreation-tourism destinations.

BLM_0108412

# SRMA with a Destination Strategy



**<u>Major investments in facilities & visitor assistance are authorized</u> within SRMAs where BLM's strategy is to target a demonstrated recreation-tourism market demand.**

BLM_0108413

# SRMA with a Community Strategy

**Community or communities are dependent on public lands for:**

► **recreation,**
► **related tourism use,**
► **growth & development.**







# Community Strategy

# SRMA with a



1. The distinctiveness of BLM's emerging community-dependent recreation-tourism demand was not anticipated in the old Recreation Management policy manual.

BLM_0108415



SRMA with a
Community Strategy

2. During the 90's, rapid growth and development in the intermountain West has substantially increased community recreation demands on public lands.

BLM_0108416

3. **The needs & desires of these community markets are distinctively different from destination markets, requiring a correspondingly different management strategy.**





SRMA with a Community Strategy

BLM_0108417



# SRMA with a Community Strategy

**<u>Major investments in facilities & visitor assistance are authorized</u> within SRMAs where BLM's strategy is to target a community market.**

BLM_0108418



**SRMA with a Undeveloped Strategy**

National, regional, and/or local recreation-tourism visitors or communities, value public lands for the distinctive kinds of dispersed recreation produced by the <u>vast size</u> & <u>largely open</u>, <u>undeveloped character of the recreation settings</u>.

BLM_0108419



**SRMA with a Undeveloped Strategy**

1. In the old Recreation Management policy manual, we said that custodial management of ERMAs would maintain the setting character and the desired experiences.

BLM_0108420



**SRMA with a Undeveloped Strategy**

2. We said these areas would take care of themselves with custodial management!

*But they didn't!*

BLM_0108421





**SRMA with a**

**Undeveloped Strategy**

**3.** *And they will not take care of themselves,*

because they cannot…without some kind of more intensive management!

BLM_0108422



**SRMA with a Undeveloped Strategy**

Recreation management must be geared to sustain the:

1. distinctive undeveloped setting character
2. setting's capacity to produce the targeted outcomes.

BLM_0108423



**SRMA with a Undeveloped Strategy**

Where you travel, how you travel and what you do is entirely up to you.

Explore Your PUBLIC LANDS

<u>Major investments in visitor services are authorized</u> to sustain the distinctive setting characteristics & to allow visitors freedom to choose where to go and what to do … *build their own adventure*.

BLM_0108424



**Major investments in facilities are excluded** in SRMAs where BLM's strategy is to target an undeveloped recreation-tourism market.

SRMA with a
Undeveloped Strategy

BLM_0108425



Cove Recreation Site prior to reconstruction - Winter 2001



Cove Recreation Site - September 2003, Construction progress.



SRMA with a Undeveloped Strategy

**Management actions** to be tailored to avoid compromising the areas' undeveloped setting character.

BLM_0108426

|  | Investments in visitor assistance authorized | Major investments in facilities authorized |
|---|---|---|
| **SRMA with a Destination Strategy** | Yes | Yes |
| **SRMA with a Community Strategy** | Yes | Yes |
| **SRMA with a Undeveloped Strategy** | Yes | No |

BLM_0108427



Extensive Recreation Management Areas

BLM_0108428



BLM_0108429