

**CUSTODIAL MANAGEMENT not structured Management**

**Dispersed recreation management:**
1. addresses custodial resource stewardship &
2. focuses on "taking care" of specified recreation activities only.

BLM_0108430

Extensive Recreation Management Areas

There is no identifiable market demand for structured recreation opportunities/outcomes.

BLM_0108431



Extensive Recreation Management Areas

Recreation setting prescriptions are <u>un</u>necessary

BLM_0108432



**Implementing actions** are custodial in nature

Extensive Recreation Management Areas

BLM_0108433

# Extensive Recreation Management Areas

## Objectives address:

1. activity outcomes
2. visitor safety
3. user conflict



www.starfish.govt.nz/.../ downloads/downloads.htm

BLM_0108434

## Custodial ERMA designation GUIDES & CONSTRAINS recreation management and visitor services



BLM policy restricts recreation investments that obligate FOs to more than custodial management.

BLM_0108435

# Custodial ERMA designation GUIDES & CONSTRAINS recreation management and visitor services





**Management, marketing, monitoring, & supporting administrative actions** will custodially "*TAKE CARE*" of:

        (1)  **dispersed activities,**

        (2)  **visitor health & safety,**

        (3)  **user conflict, &**

        (4)  **resource conflicts** (health of the land).

BLM_0108436

# Recreation & Visitor Services - Land Use Plan Decisions
## *Defining Recreation Management in SRMAs*



1. Identify SRMAs

2. Determine the Primary Market-based Strategy (Destination, Community, Undeveloped)

3. Describe the Corresponding Market (Who & Where?)

4. Delineate Recreation Management Zones (RMZs)

5. Identify Niches to be Served

6. Write explicit Recreation Management Objectives for opportunities & outcomes (activities, experiences & benefits)

7. Prescribe Setting Character (physical, social, administrative)

8. Describe Implementation Framework (management, administration, marketing, monitoring actions) for all Providers

BLM_0108437



BLM_0108438

**Market = People you would like to tell about your products**

BLM_0108439

# THE TARGET AUDIENCE

## *Who are they?*



BLM_0108440

# THE TARGET AUDIENCE

## *Where are they from?*

or



or



BLM_0108441





# Residents of the Roaring Fork Valley



BLM_0108442



BLM_0108443

# Recreation & Visitor Services - Land Use Plan Decisions
## *Defining Recreation Management in SRMAs*



1. Identify SRMAs

2. Determine the Primary Market-based Strategy (Destination, Community, Undeveloped)

3. Describe the Corresponding Market (Who & Where?)

4. Delineate Recreation Management Zones (RMZs)

5. Identify RMZ Niches to be Served

6. Write explicit RMZ Recreation Management Objectives for opportunities & outcomes (activities, experiences & benefits)

7. Prescribe RMZ Setting Character (physical, social, administrative)

8. Describe RMZ Implementation Framework (management, administration, marketing, monitoring actions) for all Providers

BLM_0108444

# Land Health Assessments and the Uncompahgre Field Office Resource Management Plan Revision

BLM_0108445

# Colorado Land Health Standards

- Require we manage for basic levels of ecological health
- Arose from Range Reform of 1990s
- Incorporated into management by amendment of past Resource Management Plans
- Developed by interdisciplinary groups at National and State levels

BLM_0108446

# Colorado Land Health Standards

- 5 Standards: Soils, Riparian, Plant and Animal Communities, Special Status Species, Water Quality
- Land health for each standard interpreted by looking at indicators

BLM_0108447

# Soil Indicators





BLM_0108448

# Riparian Indicators




BLM_0108449

BLM_0108450




# Plant & Animal Indicators

# TES Species Indicators







BLM_0108451

# Water Quality Indicators





BLM_0108452

# Land Health Assessments

- BLM lands subdivided into Landscape units
- Each Landscape unit evaluated in the field every 10 years
- Each unit subdivided into allotments, ecological sites and other meaningful divisions
- Health Determinations made on these smaller subdivisions (100s-1,000s of acres rated as meeting, not meeting or meeting with problems)

BLM_0108453

# General Landscape Units



BLM_0108454

# Land Health Assessments

- Land Health Assessment results documented in report
- Shows types and locations of land health problems
- Includes assessment of causal factors
- Includes recommendations for management to improve conditions

BLM_0108455

# Land Health Assessments

- 12 years into process
- Found to be very useful for many resources
- Helps with project design, budget requests, Environmental Assessments
- Helping us think and manage at landscape level

BLM_0108456

# Land Health Assessments

- **Resource Management Plan revision:**
  - RMP actions that address lands not meeting standards
  - Can make it easier to address land health problems
  - Can institutionalize the Assessments and ensure we carry out important components
  - Opportunity to strengthen role of Assessments across more resources

BLM_0108457

# Land Health Assessments

- Resource Management Plan revision:
  - Opportunity to use assessments as mechanism for adaptive management
  - Encourage more coordinated management across landscapes

BLM_0108458



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado



## COOPERATING AGENCY MEETING #4

### Thursday, August 19, 2010 (1:00 – 4:00 PM)

**Meeting Location:**
**Holiday Inn Express**
**1391 S. Townsend Avenue, Montrose, CO**

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|-----------|-----------|---------|--------------|---------|--------|-------|
| Adams | Angie | | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Armstrong | Lori | | BLM, Southwest Colorado District Manager | 2465 S. Townsend Ave. Montrose, CO 81401 | valori_armstrong@blm.gov | 970-240-5336 |
| Brauneis | George | | Town of Hotchkiss | PO Box 369 Hotchkiss, CO 81419 | | |
| Coates | Jen | | Town of Ridgway | PO Box 10 Ridgway, CO 81432 | jcoates@town.ridgway.co.us | 970-626-5308 ext. 15 |
| DelPiccolo | Renzo | | Colorado Department of Natural Resources, Southwest Region | 2300 S. Townsend Ave. Montrose, CO 8401 | renzo.delpiccolo@state.co.us | 970-252-6000 |
| Hansen | Susan | | Delta County Board of County Commissioners | 501 Palmer St, #227 Delta, CO 81416 | shansen@deltacounty.com | 970-874-2102 |
| Harold | Scott | | Town of Olathe | PO Box 789 Olathe, CO 81425 | sharold@ci.olathe.co.us | 970-323-5601 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave. Montrose, CO 81401 | dave_kauffman@blm.gov | 970-240-5340 |
| Jensen | Kerwin | | City of Montrose | 433 South First Street Montrose, CO 81401 | kjensen@ci.montrose.co.us | 970-240-1478 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave. Montrose, CO 81401 | bruce_krickbaum@blm.gov | 970-240-5384 |

BLM_0108459

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Long | William, | | Town of Nucla | PO Box 486<br>554 Main Street<br>Nucla, CO 81424 | | |
| May | Joan | | San Miguel County Board of County Commissioners | PO Box 1170<br>Telluride, CO 81435 | joanm@sanmiguelcounty.org | 970-728-3844 |
| Means | Patricia | | Town of Cedaredge | PO Box 398<br>Cedaredge, CO 81413 | pat@cedaredgecolorado.com | 970-856-5001 |
| Padgett | Lynn | | Ouray County Board of County Commissioners | PO Box C<br>Ouray, CO 81427 | lpadgett@ouraycountyco.gov | 970-417-9901 |
| Pelletier | Mike | | Gunnison County | 200 E. Virginia Ave.<br>Gunnison, CO 81230 | mpelletier@gunnisoncounty.org | 970-641-7645 |
| Peterson | Barbara | | Town of Paonia | PO Box 460<br>Paonia, CO 81428 | townofpaonia@tds.net | 970-527-4101 |
| Randall-Parker | Tamera K. | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 2250 Highway 50<br>Delta, CO 81416 | tkrandallparker@fs.fed.us | 970-240-5415 |
| Reagan | Joe | *Reagan* | Town of Norwood | PO Box 190<br>Norwood, CO 81423 | joereagan741@yahoo.com<br>mjreagan@fone.net  *well*<br>norwoodparker@centurytel.net | 970-327-4873  *well*<br>970-327-4280 |
| Reinkensmeyer | Dan | | US Fish & Wildlife Service Western Colorado Ecological Services Field | 764 Horizon Drive<br>South Annex A – Bldg. B<br>Grand Junction, CO 81506 | dan_reinkensmeyer@fws.gov | |
| Schroeder | Alan | | Bureau of Reclamation, Western Colorado Area Office | 2764 Compass Drive<br>Grand Junction, CO 81506 | aschroeder@usbr.gov | 970-248-0690 |
| Sharrow | Barb | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | barbara_sharrow@blm.gov | 970-240-5315 |
| Sparks | Greg | | Town of Mountain Village | 455 Mountain Village Blvd, Ste A<br>Mountain Village, CO 81435 | | |
| Varley | David | | Town of Orchard City | 9661 2100 Road<br>Austin, CO 81410 | | |

*Jeff Litteral*  *UFO/BLM*

BLM_0108460

Cooperating Agency Meeting #4                                                                        August 19, 2010

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|-----------|-----------|---------|-------------|---------|--------|-------|
| White | Steve | ᴶᵂ | Montrose County Board of County Commissioners | 161 S. Townsend Ave. Montrose, CO 81401 | swhite@montrosecounty.net | 970-252-4550 |
| Wynant | Kate | KW | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |
| Franz | Edd | BLM | | | | |
| Clements | Amanda | BLM | | | | |
| Grafmyer | Patti | ▓▓▓▓▓▓▓ | | | | |

*BLM Uncompahgre Field Office*
*Resource Management Plan and EIS – www.ufprmp.com*

BLM_0108461

# SOILS

## Jeff Litteral

BLM_0108462

# Soils Perform Vital Functions



**Sustaining plant and animal life below and above the surface**

**Regulating and partitioning water and solute flow**





**Filtering, buffering, degrading, immobilizing, and detoxifying**

**Storing and cycling nutrients**



**Providing support to structures**



http://soils.usda.gov/education/key_messages/

BLM_0108463

# Soil Management Affects Soil Quality

## Soil Quality







Soil Test Kit



BLM_0108464

# Soils Have Unique Physical, Chemical, and Biological Properties Important to Their Use

color
texture
structure
consistence
roots
pores
other features






**Soil** is a natural body of solids, liquid, and gases, with either horizons, or layers or the ability to support rooted plants.

**Pedology**, the study of soil, is a unique discipline.

BLM_0108465

# Soil-Forming Factors Determine the Location and Kind of Soil

**There are 23,000 soil series in various combinations with different slopes and surface textures in the U.S.**

**Soil Forming Factors:**

**Parent Material**
**Climate**
**Living Organisms**
**Topography**
**Time**



BLM_0108466

# Soils Have Limitations Which Must Be Understood

## Concerns for life and properties

| | |
|---|---|
| allergies | contaminants |
| corrosivity | crop loss |
| dust | erosion |
| flooding | frost action |
| gypsum dissolution | liquefaction |
| piping | radon |
| rapid runoff | salt build up |
| sand blowing | sedimentation |
| septic failure | shrink-swell |
| sinkholes | slope failures |
| soil borne disease | subsidence |
| sulfidic materials | urban hydrology |
| water tables | |





BLM_0108467

# Scientific Names for Soils Reduce Ambiguity

- Like plants and animals, **soils are classified**
- The **system** is called **Soil Taxonomy**
- The **highest level** is the **soil order** (12)
- The **lowest level** is the **soil series**, often a place name



| Soil Order | Formative terms |
| --- | --- |
| Alfisols | Alf from combination of al (aluminum) and f (ferrous) iron |
| Andisols | Ando from Japanese term dark referring to dark volcanic ash |
| Aridisols | Latin, aridies, dry arid |
| Entisols | Ent meaningless, root recent |
| Gelisols | Latin gelare, to freeze |
| Histosols | Greek, histos, tissue |
| Inceptisols | Latin, incepum, beginning, inception |
| Mollisols | Latin, mollis, soft, mollify |
| Oxisols | French oxide |
| Spodosols | Greek spodos, wood ash |
| Ultisols | Latin ultimus, last, ultimate |
| Vertisols | Latin verto, vertical cracking |

BLM_0108468

# Soil Survey is a Scientifically-Based Inventory



**A soil survey includes maps, descriptions, properties, climate, and interpretations.  These are excellent sources of information.**

**About 3000 counties in the United States have a soil survey**.





BLM_0108469

# The major parts of a soil survey publication…

- Table of Contents
- Detailed soil map units
- Use and management and interpretive tables
- Classification of soils
- References
- Glossary
- Index to map sheets
- Soil maps



BLM_0108470



- The process is now simplified in Web soil surveys :

  1. Locate your area of interest of the maps.

  2. Note the map unit symbol.

  3. Go to the text or tables for information on that map unit.



http://websoilsurvey.nrcs.usda.gov/app/HomePage.htm

BLM_0108471



Web Soil Survey - Windows Internet Explorer

http://websoilsurvey.nrcs.usda.gov/app/WebSoilSurvey.aspx

File Edit View Favorites Tools Help

Links Google

Web Soil Survey

USDA United States Department of Agriculture
Natural Resources Conservation Service

Web Soil Survey

Contact Us | Download Soils Data | Archived Soil Surveys | Soil Survey Status | Glossary | Preferences | Logout | Help

Area of Interest (AOI) | Soil Map | Soil Data Explorer | Shopping Cart (Free)

Printable Version | Add to Shopping Car

Search

Map Unit Legend

**Ridgway Area, Colorado, Parts of Delta, Gunnison, Montrose, and Ouray Counties (CO677)**

| Map Unit Symbol | Map Unit Name | Acres in AOI | Percent of AOI |
|---|---|---|---|
| 3 | Lazear-Ustic Torrifluvents complex, 2 to 12 percent slopes | 992.7 | 0.1% |
| 4 | Aridic Ustifluvents, 0 to 3 percent slopes | 2,121.4 | 0.3% |
| 30 | Barboncito-Rock outcrop complex, 3 to 20 percent slopes | 28,093.2 | 3.7% |
| 32D | Barx-Samala complex, 3 to 15 percent slopes | 1,300.9 | 0.2% |

Legend

Soil Map

Scale (not to scale)

# SOIL SURVEY

A soil survey describes the characteristics of the soils in a given area, usually as a survey unit within an area. Soils are classified according to a standardized system, and soil boundaries are plotted on a map, using aerial photographs as a base. Soil surveys help to make predictions about how a particular soil might behave, as well as its potential uses. The information collected in a soil survey aids in evaluating and predicting the effects of various land uses on the environment when developing land use plans. Order 3 soil surveys have been completed for the planning area, which describe and assess soil resources down to the phases of a soil series and delineations on the ground ranging from six to 640 acres.

BLM_0108473

# SOILS WITHIN THE UNCOMPAHGRE FIELD OFFICE

## SOIL SURVEY

**Three surveys conducted by the U.S. Department of Agriculture Natural Resources Conservation Service describe soil resources in the planning area: *Soil Survey of Paonia Area, Colorado* (including parts of Delta, Gunnison, and Montrose counties), *Soil Survey of Ridgway Area, Colorado* (including parts of Delta, Montrose, Gunnison and Ouray counties), and *Soil Survey of San Miguel Area, Colorado* (including parts of Dolores, Montrose and San Miguel counties). Two public land parcels within the planning area have not been surveyed.**

BLM_0108474



# Major Soil Units

## Figure 3-1

BLM Uncompahgre Resource Management Plan

Miles
0 2.5 5 10 15 20

N

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Uncompahgre Field Office, Bureau of Land Management, Montrose, CO.

# SOILS WITHIN THE UNCOMPAHGRE FIELD OFFICE

## SOIL COMPOSITION

• Soils within the planning area are largely a product of the local geologic parent material, climatic conditions, and topographic position on the landscape

• The inter-bedded sandstone and shale units of the Dakota and Morrison formations dominate the surface over much of the planning area, and weather to produce sandy and fine sandy loam textured soils.

• Mancos Shale is the primary shale formation, which characteristically weathers to produce fine-textured, silty clay loam soils. Additionally, the Mancos Shale is a marine-deposited evaporite—a sediment resulting from the evaporation of ancient water bodies—and as a result, often contains excessive levels of selenium (a non-metallic chemical element) and a variety of dissolvable salts, both of which can degrade water quality in receiving streams when mobilized by wind or water processes

BLM_0108476

# SOILS WITHIN THE UNCOMPAHGRE FIELD OFFICE

## SOIL COMPOSITION

- Sedimentary sandstone and shale formations occupy much of the area's surface geology



BLM_0108477

# SOILS WITHIN THE UNCOMPAHGRE FIELD OFFICE

•The inter-bedded sandstone and shale units of the Dakota and Morrison formations dominate the surface over much of the planning area, and weather to produce sandy and fine sandy loam textured soils.

• Mancos Shale is the primary shale formation, which characteristically weathers to produce fine-textured, silty clay loam soils. Additionally, the Mancos Shale is a marine-deposited evaporite—a sediment resulting from the evaporation of ancient water bodies—and as a result, often contains excessive levels of selenium (a non-metallic chemical element) and a variety of dissolvable salts, both of which can degrade water quality in receiving streams when mobilized by wind or water processes.

BLM_0108478

# SOILS WITHIN THE UNCOMPAHGRE FIELD OFFICE

## SOIL COMPOSITION

• Deeper soils with little rock content are typically found within the interior portion of mesa tops and alluvial valleys, while shallow rocky soils are found along mesa rims and the side slopes of canyons. Classified according to soil order, the soils commonly found within the planning area include:

• *Aridisols* (from dry climate regimes) and *Entisols* (with very limited soil development), found primarily in low-elevation, more arid portions of the planning area, and containing little organic matter throughout their vertical profile

• *Alfisols* (with high levels of subsoil development) and *Mollisols* (with darkened, organic matter enriched surfaces), which are predominant at higher elevations.

BLM_0108479



## Aridisols

The central concept of Aridisols is that of soils that are too dry for mesophytic plants to grow. They have either:
(1) an aridic moisture regime and an ochric or anthropic epipedon and one or more of the following with an upper boundry within 100 cm of the soil surface: a calcic, cambic, gypsic, natric, petrocalcic petrogypsic, or a salic horizon or a duripan or an argillic horizon, or
(2)A salic horizon and saturation with water within 100 cm of the soil surface for one month or more in normal years.
An aridic moisture regime is one that in normal years has no water available for plants for more than half the cumulative time that the soil temperature at 50 cm below the surface is >5° C. and has no period as long as 90 consecutive days when there is water available for plants while the soil temperature at 50 cm is continuously >8° C.

BLM_0108480

# FRAGILE SOILS

**For the purposes of this RMP, *fragile soils* include soils with a high potential for supporting biological soil crust, soils with elevated levels of salinity (dissolvable salts) and/or selenium, soils prone to erosion by wind or water, and soils prone to impacts from drought conditions.**

| Acreages of Fragile Soils in the Planning Area | | | |
|---|---|---|---|
| SOIL ATTRIBUTE | LOW POTENTIAL | MODERATE POTENTIAL | HIGH POTENTIAL |
| Wind Erosion | 249,749 | 375,942 | 1,125 |
| Water Erosion | 285,898 | 140,389 | 120,406 |
| Drought Affected | 207,122 | 319,283 | 100,429 |
| Saline | | | 107,175 |
| Biological Soil Crust | | | 254,853 |

# Saline Soils

• 107,175 acres of saline/selenium geologic units (primarily of Mancos Shale and the Paradox Formation) in the planning area

• Salinity/selenium concentrations in the surface soils vary according to site-specific topography, local climate, and the geologic member, typically higher on more arid areas

• The Colorado River Basin Salinity Control Act directs the BLM to minimize salt contributions to the Colorado River system from BLM-administered lands. The UFO has been managing some areas dominated by Mancos Shale to minimize salinity yields since the early 1980s



BLM_0108482

# SALINITY AND SELENIUM



BLM_0108483

# SALINITY AND SELENIUM



BLM_0108484

# SALINITY AND SELENIUM

- Recent salinity management efforts in the UFO have concentrated on non-structural controls, such as managing soil surface-disturbing activities such as livestock grazing and OHV use to minimize salinity yields
- Salinity and selenium are yielded from areas dominated by Mancos Shale and can be accelerated by the same processes that increase sediment
- Gunnison Basin Selenium Task Force is a group of private, local, state, and federal interests committed to finding ways to reduce selenium in affected waterways in the Gunnison Basin, while maintaining the economic viability and lifestyle of the Lower Gunnison River basin of Western Colorado
- In 2009, the  U.S. Fish and Wildlife Service issued a Programmatic Biological Opinion under the Endangered Species Act (ESA), requiring a selenium management program for which the UFO is a participatory agent. The UFO will sign a Memorandum of Understanding with the Bureau of Reclamation to assist with developing a long-range plan for the program

BLM_0108485



BLM_0108486

# BIOLOGICAL SOIL CRUSTS

# UNCOMPAHGRE FIELD OFFICE

· **Prevalent Paradox Valley,  Mancos Shale and Uncompahgre Plateau**

·**Two rare Biological Soil Crusts documented near gypsiferous soils in Paradox Valley**



BLM_0108487

# Biological Soil Crust (BSC)

- BSC is comprised of a complex mosaic of green algae, lichens, mosses, cyanobacteria, and other bacteria (BLM 2001), and serves many beneficial functions to protect and enhance soil productivity, including acting as a stabilizer to inhibit erosion of surface soils
- In lower elevation areas with sparse plant cover, BSC provides an important soil cover component

BLM_0108488

BLM_0108489

# Biological Soil Crust (BSC)

• BSC is most prevalent in portions of the planning area that receive below 14 inches of annual precipitation, and on terrain with less than a 25% slope

• Within the planning area, approximately 254,853 acres of soil have been identified as having a high potential for supporting BSC

• The BSC potential of affected soils will be assessed in Resource Management decisions regarding activities such as livestock grazing, OHV use, and realty actions to minimize impacts



BLM_0108490

# COLORADO STANDARDS FOR PUBLIC LAND HEALTH

BLM Colorado finalized *Standards for Public Land Health and Guidelines for Livestock Grazing in Colorado* in March 1997. The BLM applies these standards to public lands on a landscape scale to help describe a landscape's potential, various uses, and the conditions needed to sustain land health and are described in two parts: 1) A statement that describes conditions relating to the potential of a landscape, followed by 2) a series of indicators that help define the standard and are observable on the land.

### COLORADO PUBLIC LAND HEALTH STANDARD I

Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.

**Indicators:**

Expression of rills and soil pedestals is minimal

Evidence of actively eroding gullies (eroding channels) is minimal.

Canopy and ground cover are appropriate.

There is litter accumulating in place and is not sorted by normal overland water flow.

There is appropriate organic matter in the soil.

There is a diversity of plant species with a variety of root depths.

Upland swales have vegetation cover or density greater than that of adjacent uplands.

There are vigorous, desirable plants.

BLM_0108491

# COLORADO STANDARDS FOR PUBLIC LAND HEALTH

• Beginning in 1998, the BLM directed its field offices to assess all public lands within their jurisdiction against these standards over a ten-year period

• The findings are documented in annual reports known as *land health assessments* (LHA). BLM staff completed the first ten-year cycle of LHAs for the UFO during the winter of 2008-2009.

• The BLM has developed guidelines or Best Management Practice (BMPs) for both recreational activities (BLM 2000) and livestock grazing (BLM 1997) to help achieve conditions expressed by the land health standards

• LHA findings and livestock management guidelines are used to develop terms and conditions for grazing permit renewals, with the intention of achieving healthier soil resources where problem areas exist

BLM_0108492



BLM_0108493

# LAND HEALTH ASSESSMENTS

• Soil resources on lands within the planning area were rated in one of three categories based upon Land Health Standard 1: **1)** Meeting the standard, **2)** Meeting the standard with problems, or **3)** Not meeting the standard.

• ***meeting the standard with problems*** category implies that less than half of the assessment sites do not meet standards

• most common soil indicators resulting in rankings of ***meeting the standard (but) with problems*** or ***not meeting the standard*** were:

    • high levels of bare-exposed soil surface

    • low densities of live-perennial plant basal cover

    • low amounts of plant litter cover

    • high levels of annual-invasive weed species

    • the presence of gullied (incised) stream channels

BLM_0108494

# LHA Soil Summary Ratings for the Planning Area

| LAND HEALTH ASSESSMENT | YEAR | AREA SOILS (IN ACRES) | | |
| --- | --- | --- | --- | --- |
| | | Meeting | Meeting but with Problems | Not Meeting |
| East Paradox | 1999 | 70,354 | 6,115 | 1,559 |
| North Delta | 2002 | 39,896 | 30,132 | 1,554 |
| Mesa Creek | 2004 | 59,931 | 50,507 | 1,005 |
| Roubideau | 2005 | 45,905 | 45,186 | 9,616 |
| Norwood | 2006 | 82,971 | 15,768 | 730 |
| North Fork | 2007 | 31,833 | 28,399 | 1,472 |
| Colona | 2008 | 39,754 | 8,864 | 2,394 |
| West Paradox | 2009 | 53,281 | 15,240 | 0 |
| TOTAL ACRES | | 423,925 | 200,211 | 18,330 |

# OTHER ISSUES

- **Wind Erodable Soils**



BLM_0108496

# OTHER ISSUES

- **Water Erodable Soils**



BLM_0108497

# OTHER ISSUES

- **Drought-Affected Soils**

- **Flood Hazard Areas and Control Measures**

- **Shale Terrains**

- **Travel Management Planning**

- **Predicted Changes in Climate**

BLM_0108498

# FUTURE PLANNING CONSIDERATIONS

• Several soil-related issues in the planning area should be considered in future land management planning, including land management activities where soil surface disturbance could result in onsite loss of plant productivity and off-site water quality impacts from sediment.

- **Minimize Erosion and Concentrations of Selenium and Salinity**

- **Reduce Disturbance of Biologic Soil Crust**

- **Minimize Flood Potential**

- **Minimize Drought Impacts**

- **Develop Stipulations to manage impacts from Oil and Gas development**

BLM_0108499

## 6.3

### BLM UNCOMPAHGRE FIELD OFFICE
### RMP PLANNING FACT SHEET
### *Water Quality and Soils*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## SOIL STABILITY PROMOTES GOOD WATER QUALITY

Mesozoic (Cretaceous, Jurassic, and Triassic) sedimentary rocks throughout the planning area erode into soils containing gypsum and selenium minerals. Dissolved concentrations and loads of these two salts in local rivers can create water quality concerns for humans, animals, and plants.

Wind and precipitation erode sediments and salts from hillslopes. Wind erosion can move fine-grained salts to ephemeral and intermittent stream channels, and summer storms then flush those accumulated salts into rivers.  Research has found that disturbance of soil surfaces can cause increases in these sediment and salt yields.

## BLM RESPONSIBILITIES FOR SALINITY CONTROL

The BLM maintains a salinity control program in the Upper Colorado River Basin to reduce salt inflow.  A 1984 amendment (Public Law 98-569) to the **Colorado River Basin Salinity Control Act** directs the BLM to implement a comprehensive program to minimize salt loading in the Colorado River Basin.  The BLM must implement effective salt-loading control on public lands.  Most projects are integrated, and land management efforts often have multiple objectives such as riparian health, habitat enhancement for threatened and endangered species, rangeland health, minimization of impacts from energy development, and route designation plans for recreational vehicles.

More direct salinity control projects include seedings, plugging saline-flowing wells, proper road construction, and sediment retention dams. BLM land use plans are key to setting up management measures for areas that contain saline/seleniferous soils.  In addition to our on-the-ground implementation and planning projects, the BLM conducts science studies in collaboration with other agencies to understand transit-source mechanisms and potential of salts to reach rivers, identify source areas, and quantify loads.

### SECTION 202 OF THE COLORADO RIVER BASIN SALINITY CONTROL ACT

**The Secretary (of the Interior) is directed—**

**(1) in the investigation, planning, construction, and implementation of any salinity control unit involving control of salinity from irrigation sources, to cooperate with the Secretary of Agriculture in carrying out research and demonstration projects and in implementing on-the-farm improvements and farm management practices and programs which will further the objective of this title;**

**(2) to undertake research on additional methods for accomplishing the objective of this title, utilizing to the fullest extent practicable the capabilities and resources of other Federal departments and agencies, interstate institutions, States, and private organizations.**

BLM

6.3—Water Quality and Soils

BLM_0108500

## USE OF GEOGRAPHIC INFORMATION SYSTEMS ANALYSIS

Erosion-control measures enacted on public lands can stabilize soils containing gypsum (calcium sulfate) and selenium and thereby enhance water quality.  In the planning area, these sensitive soils can be identified through Geographic Information System (GIS) analysis and allow management measures to be developed according to the predominant resource use.

Impacts from natural disturbances such as flooding can also be tracked through GIS analysis. Salt loading is usually worse during episodic events (such as summer storms) and very little surface-runoff loading could occur during other times of the year.  GIS base layers for analysis would include elevation (used for determining percent of slope and aspect), geology, soils, water networks, and types of public land use. Zonal analysis of the overlying base layers illustrates geomorphology, spatial extent of salt-contributing soils, types of activity, and proximity to water.

Management erosion control measures can be better directed with GIS, because it allows planners and resource specialists to locate, examine, and quantify the extent of an area with the concentration of salts in that area (i.e., develop a potential load to a water body).





## SENSITIVE SOILS

Sensitive soils include a wide variety of soil types and characteristics, but all have one or more limiting characteristics that would make them difficult to reclaim if they are disturbed. Limiting soil chemical features include sodium, soluble salts, gypsum, and selenium. Limiting soil physical characteristics include soils that are susceptible to wind and/or water erosion, and soils that are protected by biological soil crusts.

Sensitive soils can be identified using information from published soil surveys, ecological site descriptions, local monitoring records, and field data, and research studies. Once identified, the areas containing sensitive soils can be used in site-specific planning to help determine whether additional BMPs or mitigation measures would be required to protect them.

### The BLM wants your input...

- Do you know of areas where soil disturbance has created conditions that should be addressed?  If so, where?

- Do you know of areas that should be protected or stabilized in order to prevent potential resource damage?  If so, where?

---

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
Bruce Krickbaum,
RMP Project Manager
2465 S. Townsend Ave
Montrose, CO  81401

**Email comments to:**
UFORMP@blm.gov

**UFO 1/2010**

BLM_0108501



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



## COOPERATING AGENCY MEETING #4

**Thursday, August 19, 2010 (1:00 – 4:00 PM)**

**Meeting Location:**
**Holiday Inn Express (Jordan Room)**
**1391 South Townsend Avenue, Montrose, CO**

# AGENDA

1. **Welcome**
2. **Introductions**
3. **Planning Process to Date**
4. **Renewable Energy**
5. **Resource/Resource Use Discussions**
   - Land Health Assessments
   - Soils
   - Recreation
6. **Alternatives Development**
   - Draft Themes
   - Draft Goals
   - Other
7. **Other Items Not on the Agenda**
8. **Action Items / Next Meeting**

---

BLM_0108502



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



## Highlights of the Resource Management Planning Process to Date
### *August 19, 2010*

- Notice of Intent (NOI) – 2/25/2010

- Scoping period – 12/23/2009 to 3/29/2010

- Scoping report – final report completed 7/7/2010 (on website)

- Tribal consultation – initiated 2009 (ongoing)

- Community Assessment – report completed 2/2009 (on website)

- Visual Resource Inventory – report completed 9/2009

- Migratory bird status literature review – report completed 10/2009

- Analysis of Management Situation (AMS) – report completed 6/10/2010 (on website)

- Economic workshops (6 communities) – held 3/2010

- Socioeconomic baseline assessment – final report completed 7/21/2010

- Class I paleontological resources – report completed 2/2010

- Oil & Gas Reasonable Foreseeable Development (RFD) Scenario – internal draft report completed 7/2010

- Mineral potential report (excluding coal) – internal draft report completed 8/2010

- Coal potential report – final report completed 4/26/2010

- Renewable energy potential report – final report completed 5/31/2010

- Class I cultural resources overview – draft report completed 4/2010

- Coordination with Cooperating Agencies – invitations sent 1/23/2009; meetings planned from 5/27/2010 forward

- ACEC evaluation report – draft report completed 7/15/2010 (on website) – comments due 8/20/2010

- Wilderness characteristics report – draft report anticipated 8/2010

- Air quality report – anticipated 10/2010

- Wild and scenic rivers – draft eligibility report 12/2009; final eligibility report completed 7/12/2010 (on website); suitability underway – public comments on suitability due 8/16/2010

- Recreation focus groups – completed 3/2010; report completed 6/2010 (on website)

- Alternatives development – anticipated 6/2010 through approximately 3/2011

BLM_0108503

# 6.1

## BLM UNCOMPAHGRE FIELD OFFICE
## RMP PLANNING FACT SHEET
## *Vegetation and Land Health*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## A HEALTHY COMMUNITY IS A PRODUCTIVE ONE

BLM's Land Health Standards require the UFO to manage for healthy plant communities.  Health is measured by a community's productivity, diversity, number of native and desirable species, absence of weeds, functional use of sunlight and water, and nutrient cycling.  The UFO manages vegetation to achieve land health, while supporting a variety of human uses and natural values.

**In the planning area, healthy plant communities are achieved through:**

- Implementing protective and mitigation measures identified through the National Environmental Policy Act (NEPA) process in response to potentially harmful activities and developments
- Targeting carefully designed fuel reduction and wildlife habitat improvement projects
- Restoring communities through activities such as weed management, native species seeding in burned or disturbed areas, and re-treating former chaining areas
- Leaving communities alone to function as naturally as possible.

**In turn, a healthy plant community can provide:**

- Forage for grazing animals
- Products for harvest, such as firewood, pinyon nuts, and Christmas trees
- Values that benefit people, such as clean water, wildlife habitat, ecosystem resilience, and beautiful vistas.



## STANDARDS FOR PUBLIC LAND HEALTH

The UFO is mandated to manage public lands in accordance with five BLM Colorado Standards for Public Land Health:

- **Standard 1 -** Upland soils are healthy with respect to water absorption, erosion, organic matter, and groundcover
- **Standard 2 -** Riparian systems and wetlands function properly and can recover from disturbance
- **Standard 3 -** Plant and animal communities are healthy, made up of native and desirable species, sustain viable populations in suitable habitat, and are resilient to disturbances
- **Standard 4 -** Threatened, endangered, and sensitive species are maintained and enhanced by healthy native plant and animal communities
- **Standard 5 -** Water quality on BLM lands meets or exceeds Colorado Water Quality Standards.

BLM

6.1—Vegetation and Land Health

## UFO LAND HEALTH ASSESSMENTS

| LANDSCAPE UNIT | YEAR ASSESSED | NEXT ASSESSMENT | LAND HEALTH RATING | % OF LANDSCAPE UNIT BY LAND HEALTH STANDARD (EXCLUDES UNDETERMINED LANDS) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 |
| Escalante | 1999 | 2010 | Meets | 57 | 58 | 43 | 100 | 68 |
| | | | Meets but w/Problems | 23 | 35 | 28 | 0 | 30 |
| | | | Doesn't Meet | 15 | 0 | 24 | 0 | 0 |
| East Paradox | 2000 | 2011 | Meets | 90 | 36 | 79 | 100 | 24 |
| | | | Meets but w/Problems | 8 | 55 | 10 | 0 | 76 |
| | | | Doesn't Meet | 2 | 8 | 11 | 0 | 0 |
| Gunnison Gorge | 2001 | 2012 | Meets | 70 | 37 | 43 | 76 | 89 |
| | | | Meets but w/Problems | 21 | 62 | 44 | 24 | 6 |
| | | | Doesn't Meet | 0 | 0 | 5 | 0 | 5 |
| North Delta | 2002 | 2013 | Meets | 53 | 52 | 13 | 100 | 72 |
| | | | Meets but w/Problems | 40 | 23 | 70 | 0 | 28 |
| | | | Doesn't Meet | 2 | 23 | 13 | 0 | 0 |
| Mesa Creek | 2004 | 2014 | Meets | 53 | 58 | 53 | 100 | 65 |
| | | | Meets but w/Problems | 44 | 33 | 36 | 0 | 35 |
| | | | Doesn't Meet | 1 | 9 | 9 | 0 | 0 |
| Roubideau | 2005 | 2015 | Meets | 44 | 80 | 17 | 100 | 74 |
| | | | Meets but w/Problems | 43 | 19 | 64 | 0 | 20 |
| | | | Doesn't Meet | 9 | 0 | 16 | 0 | 7 |
| Norwood | 2006 | 2016 | Meets | 80 | 89 | 65 | 100 | 71 |
| | | | Meets but w/Problems | 15 | 9 | 24 | 0 | 17 |
| | | | Doesn't Meet | 0 | 2 | 8 | 0 | 12 |
| North Fork | 2007 | 2017 | Meets | 48 | 79 | 29 | 84 | 74 |
| | | | Meets but w/Problems | 43 | 12 | 41 | 6 | 23 |
| | | | Doesn't Meet | 2 | 5 | 24 | 10 | 3 |
| Colona | 2008 | 2018 | Meets | 71 | 58 | 31 | 32 | 50 |
| | | | Meets but w/Problems | 16 | 22 | 52 | 53 | 37 |
| | | | Doesn't Meet | 4 | 14 | 8 | 4 | 13 |
| West Paradox | 2009 | 2019 | Meets | 47 | 64 | 70 | 87 | 49 |
| | | | Meets but w/Problems | 50 | 36 | 24 | 10 | 30 |
| | | | Doesn't Meet | 0 | 0 | 3 | 0 | 21 |

## ASSESSING LAND HEALTH

UFO public lands are divided into ten landscape units. Every year, one unit is evaluated for land health. The evaluation is documented with a detailed analysis of *lands meeting standards*, *lands meeting standards, but with problems*, and *lands not meeting standards*. Where problems are identified, recommendations are made to fix them and address the cause.

### The BLM wants your input…

- Should the BLM attempt to improve the condition of lands in the planning area that do not meet standards, or meet but with problems? Where should this be made a priority?
- Vegetation treatments can be expensive and do not always respond in the desired way. Where in the planning area should the BLM focus vegetation treatments? What areas should be left to function naturally?
- In which areas, if any, should the BLM allow dispersed collection of vegetation products, or designate specific areas for public harvest.

**UFO Planning Webpage:** www.UFORMP.com

**Mail comments to:** Bruce Krickbaum, RMP Project Manager 2465 S. Townsend Ave Montrose, CO 81401

**Email comments to:** UFORMP@blm.gov

UFO 1/2010

BLM_0108505

| 3.1 | **BLM UNCOMPAHGRE FIELD OFFICE**<br>**RMP PLANNING FACT SHEET**<br>*Recreation and Visitor Services* | Barbara Sharrow, UFO Field Manager<br>2465 S. Townsend Ave, Montrose, CO  81401<br>Office hours are 8:00 am to 4:30 pm<br>Phone: (970) 240-5300 \| TDD (970) 240-5366<br>FAX (970) 240-5367 |

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## RECREATIONAL ACTIVITIES ABOUND

Public lands within the planning area support a variety of land, water, and snow activities, including camping, hiking, horseback riding, mountain biking, cross-country skiing, rock climbing, off-road vehicle driving, and target shooting.

 Local rivers and streams offer ample opportunities for boating and cold water fishing, and attract high visitation from across the state and nationally.  Migrating and resident wildlife provide plentiful opportunities for observation, photography, and hunting, when visitation in the area peaks.

## VISITATION AND LAND USE

The greatest number of recreational visits occur on BLM lands adjacent to communities. The cities and towns of Montrose, Delta, Norwood, Paonia, Crawford, Hotchkiss, Cedaredge, Orchard City, Olathe, Ridgway, Telluride, Naturita, and Nucla are all near public lands commonly used as "backyard" recreation areas by local residents. This use continues to grow exponentially, along with growth in the communities themselves. The communities benefit directly from the visitation and tourism associated with public lands.

In fact, recreation has emerged as the predominant activity on local BLM lands and national forests. Most data on public land use and activities is a statistical approximation, relying heavily on field observations and the professional judgment of recreation staff. It is estimated that the UFO receives around 349,000 visits per year.

## RECREATION MANAGEMENT AREAS

BLM land use plans designate *Special Recreation Management Areas* (SRMAs), where recreation is the principle management focus, and funding and personnel are directed toward fulfilling the commitment to provide specific "structured" recreation opportunities. The UFO currently has two SRMAs:

| SRMA NAME | LOCATION | ACRES |
|---|---|---|
| San Miguel River | Deep Creek to Piñon | 39,367 |
| Dolores River (UFO portion) | UFO boundary to Bedrock | 13,334 |

Any area not delineated as an SRMA is called an *extensive recreation management area* (ERMA). Recreation in these areas is unstructured and does not require intensive management or significant investments in trails or facilities. This type of custodial or "dispersed" recreation management offers little in the way of visitor services or developed recreational facilities.



**BLM**

**3.1—Recreation and Visitor Services**

BLM_0108506

## A COMPARISON OF ERMAS AND SRMAS

|  | ERMAs | SRMAs |
|---|---|---|
| **Management** | *Unstructured*<br><br>No identifiable market demand for structured recreation | *Structured*<br><br>Tied to identified market demand for structured recreation (i.e., activities, experiences, benefits, and the maintenance of recreation setting character) |
| **Objectives** | *Reactive & Custodial*<br><br>Directed at taking care of dispersed recreation-tourism activities | *Proactive*<br><br>Directed at producing specific recreation opportunities/ outcomes |

## DEVELOPED RECREATION FACILITIES

In certain locations, the BLM has constructed recreation sites and facilities in order to enhance recreation opportunities, protect resources, manage activities, and reduce user conflicts. These infrastructure developments range from campgrounds to simple bulletin boards at trailheads.

Developed recreation sites occur mainly along the San Miguel River SRMA and in the Dolores River SRMA. There are several campsites along the San Miguel River corridor which have boat ramps, changing rooms, cabanas and picnic tables, grills, kiosks, parking areas, and toilets. The Dolores River SRMA has picnic tables, cabanas, parking area, boat ramp and a visitor informational kiosk site.

There are other dispersed staging areas and trailheads in the planning area that consist of kiosks, picnic tables and parking areas as well as one developed site along the Uncompahgre River with cabanas and picnic tables, informational signs, benches, toilet and non-motorized paved trail.

## SPECIAL RECREATION PERMITS

The BLM requires special recreation permits (SRPs) for commercial uses, competitive events, organized groups, and recreation use within certain special areas in the UFO, including rivers, backcountry, and camping areas. Most SRPs issued by the UFO are for river activities and upland hunting outfitting.

The UFO currently has approximately fifty commercial permits issued, which include guided fishing, white water rafting, vehicle shuttles, big and small game hunting, mountain lion hunting, horseback trail rides, jeep and motorcycle tours, camping, archery tournaments and mountain bike rides. Fifteen percent of SRP fees are expended on program administration, with the remainder going toward visitor services, monitoring, and maintenance.

## *The BLM wants your input...*

The BLM designates SRMAs when recreational demands require that a particular recreation setting be maintained, or where structured opportunities for specific activities and recreational experiences are desired.

- **What areas should be designated and managed as SRMAs (rather than custodially managed for dispersed recreation as ERMAs)?**

- **Should the BLM develop recreation facilities and improve access to recreational opportunities?  If so, where?**

- **Should the BLM charge fees for recreational use?  If so, for which uses and/or in which geographic areas?**

- **Should the BLM prohibit target shooting in specific areas? If so, where?**

---

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO  81401**

**Email comments to:**
**UFORMP@blm.gov**

**UFO 1/2010**

**James Bode**

| | |
|---|---|
| **From:** | Herb Probasco <herbprobasco@earthlink.net> |
| **Sent:** | Friday, August 20, 2010 11:10 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | acec comment |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

August 20, 2010

Regarding the current review of proposed areas of critical environmental concern for the Uncompahgre Planning Area:

Mark me down as supportive of efforts to expand or extend attention to the 19 areas that have been proposed. And I hope that a way can be found to incorporate the Young Egg Locality and others that were withdrawn from consideration into an ACEC through an appropriate planning process.

Sincerely,

Herbert A. Probaso
14967 Rolling Hills Drive
Montrose, CO 81403

herb

BLM_0108508

## James Bode

| | |
|---|---|
| **From:** | Jim Riddell <jriddell@frontier.net> |
| **Sent:** | Friday, August 20, 2010 2:50 AM |
| **To:** | bruce_krickbaum@blm.gov; uformp@blm.gov |
| **Cc:** | Marv Ballantyne; Carol Patterson; Stu Krebs; Regina Sowell; Roz McCleland; Andy Goldman; Amy Montano; Bill Patterson fmr BOCC; Jim Graziano; Barbara Hawke; Andrea Robinsong |
| **Subject:** | Comments on ACEC Report RE: Roubideau-Potter-Monitor |

Dear BLM RMP revision staff,

Thank you for all your work on the ACEC and Wild & Scenic Eligibility Reports. Clearly a lot of work went into those documents to make them both clear and thorough, in the field as well as in the office.

As I have commented before, the area I am most attentive to is the Roubideau-Potter-Monitor canyon system. So far as I have been able to explore, these three canyons, coming together to form a single system, represent the wildest area in the eastern drainage of the Uncompahgre Plateau from the Dominguez Canyon Wilderness to Mt. Sneffels. Both your ACEC report and the Wild & Scenic reports tell how rare and valuable the resources are in Roubideau, Potter and Monitor canyons. As nearly as I can tell, due to their proximity to each other, the values found in each of these three canyons are also found in the others, while the threats are perhaps greatest to Potter and Monitor, since Roubideau enjoys somewhat more protection already thru its Wilderness Study Area designation.

So I am very pleased that you included my proposal (which you have titled, "Roubideau-Potter-Monitor Proposed ACEC") which would make these entire canyons, plus some of the mesa-top land in between, part of an ACEC. This area is so richly deserving of special administrative attention and protection, for the reasons outlined in the ACEC report for both proposal 7 (Roubideau Corridors) and proposal 8 (Roubideau-Potter-Monitor).

I will reiterate my conclusion that the boundaries of your staff-proposed Roubideau Corridors ACEC would be too confined to adequately protect the values that you have identified for these corridors. As I read the map, your proposal includes only the areas closest to the creeks in Potter and Monitor, leaving roughly the upper half of the canyon area out of the ACEC. I frankly do not understand the logic of such boundaries. What impacts the upper canyon walls will impact the stream corridor itself. Gravity cannot be overruled, and whatever is done above will find its way down below. I cannot imagine human uses for the upper (vertically, not horizontally) reaches of the canyon side-walls that would not have an impact on the wildlife and vegetation below, from erosion, soil disturbance, sedimentation, direct pollution from herbicide application or "vegetative treatments," wildlife harassment, etc. The Wild & Scenic Eligibility Report also identifies globally critical or threatened species and communities found in these canyons, as well as pristine settings for non-mechanized recreation, and historic and pre-historic cultural sites.

Finally, let me state the obvious. These canyons are desert. And in the desert, the most critical, most valuable component is WATER.  Streams flow year-round or almost year-round on the surface in all three of these gems, Roubideau, Potter and Monitor. Sometimes  the water is raging, sometimes trickling. I would be glad to show you the residue from a flood that scoured Potter and Monitor and only lightly scrubbed Roubideau about three years ago. The evidence suggests that at some points, the water must have been at least fifteen feet deep and thirty feet wide, and in other places, debris was strewn by flashflood waters across a width of at least a hundred

BLM_0108509

feet. That's a wild river. In an environment like the Uncompahgre Plateau, water means life. Protect the water, and you have taken the first steps to protecting everything else. And water flows downhill. So protect uphill.

I genuinely hope that the upcoming RMP will reflect the preciousness and precariousness of these gems, maintain the motorized/mechanized closures specified in the recently-revised TMP, and create an ACEC of large enough scope to adequately protect the rare and valuable resources of Roubideau, Potter, and Monitor Canyons.

Thank you.

- Jim (James) Riddell
21448 Uncompahgre Rd
Montrose CO 81403
970-240-8390 H
970-596-3966 C
jriddell@frontier.net

BLM_0108510

**James Bode**

| | |
|---|---|
| **From:** | Jim Riddell <jpridl@sprintmail.com> |
| **Sent:** | Friday, August 20, 2010 8:13 AM |
| **To:** | bruce_krickbaum@blm.gov; uformp@blm.gov |
| **Cc:** | Marv Ballantyne; Carol Patterson; Stu Krebs; Regina Sowell; Roz McCleland; Andy Goldman; Amy Montano; Bill Patterson fmr BOCC; Jim Graziano; Barbara Hawke; Andrea Robinsong |
| **Subject:** | Supplement to comments on ACEC for Roubideau-Potter-Monitor |
| **Attachments:** | Potter Canyon downstream from confluence btw Potter & Monitor Cks.jpg; Fall Color along Potter Creek between Monitor and Roubideau.jpg; Monitor Canyon.jpg |

Dear BLM,

I just remembered one more comment I wanted to make regarding the Roubideau-Potter-Monitor canyon area.

It appears to me abundantly clear that all three creeks, Roubideau, Potter and Monitor meet the criteria for a Wild designation under the Wild and Scenic Rivers Act. The values and conditions described in the Final Wild and Scenic River Eligibility Report agree with my own personal field observations, that these creeks have Outstandingly Remarkable Values and are unusually pristine throughout their flow through the proposed ACEC territory. In my opinion, their scenic value matches their ecological value, as the attached photos suggest, and I would heartily encourage the BLM to adopt a Wild & Scenic designation.

Thank you very much.

- Jim Riddell
970-596-3966

BLM_0108511



BLM_0108512



BLM_0108513



BLM_0108514

**James Bode**

| | |
|---|---|
| **From:** | Leigh Robertson <LeighRobertson@netscape.com> |
| **Sent:** | Friday, August 20, 2010 3:52 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | ACEC comments |
| **Attachments:** | GuSG Comments on ACEC to UFO BLM Final.doc |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Please see attachment. If you have trouble opening it, the password is: grouse or you can open it as Read Only.

Sincerely,

Leigh Robertson, Coordinator
San Miguel Basin Gunnison Sage-Grouse Working Group
596 Sabeta Dr., Unit D
Ridgway, CO 81432
970-708-7131

Netscape.  Just the Net You Need.

BLM_0108515



*San Miguel Basin Gunnison Sage-Grouse Working Group*

596 Sabeta Drive, #D    Ridgway, Colorado 81432    970.708.7131

August 18, 2010

BLM UFO
Attention: RMP Revision
2465 S Townsend Ave.
Montrose, CO 81401

Dear Barb:

I read over the Gunnison sage-grouse parts of the draft ACEC Report and had the following comments:

I agree that the South and Sims/Cerro areas should be considered as ACECs.

On page 48, Importance Criterion #1, your Rationale for Determination didn't make much sense to me; although, I agree that the proposed ACEC does not have more than locally significant qualities.

On page 51, Relevance Criterion #2, your Rationale for Determination says the proposed ACEC contains potential GuSG habitat. Your map was a little difficult to read, but I was wondering if you can take another look at the piece of BLM land south of the Paradox Valley (by the UFO boundary)to make sure it's not in occupied habitat. Also, I believe there have been sightings of GuSG in the Paradox Valley and around Nucla more recently than 50 years ago. You might want to double-check with the DOW. This information could warrant making the West GuSG area a proposed ACEC.

Thanks for the chance to comment.

Sincerely,

*Leigh Robertson*

Leigh Robertson, Coordinator

LeighRobertson@netscape.com     www.freewebs.com/sanmiguelsagegrouse

**James Bode**

| | |
|---|---|
| **From:** | Rosalind McClellan <mcclelr@colorado.edu> |
| **Sent:** | Friday, August 20, 2010 4:38 PM |
| **To:** | bruce_krickbaum@blm.gov; uformp@blm.gov |
| **Subject:** | RMRI ACEC Report comments |
| **Attachments:** | UFO ACEC RMRI comments Aug FINAL.doc; ATT480605.txt |

Thanks for opportunity to comment.

Let us know if these came through.
Thanks,
Roz McClellan

1

BLM_0108517

**ROCKY MOUNTAIN RECREATION INITIATIVE**
1567 Twin Sisters Road, Nederland, Colorado 80466 (303) 447-9409

Att: RMP Revision
Barbara Sharrow, Field Manager
Bruce Krickbaum, NEPA Coordinator
BLM Uncompahgre Field Office
2465 S. Townsen Ave.
Montrose, CO 81401                                             August 18, 2010

Dear Barb and Bruce,

Thank you and the RMP team for the excellent ACEC report, which does a thorough job of
identifying 19 potential ACECs, most of which meet the full Relevance and Importance criteria.

RMRI's appreciation is based having been in touch with a number of biologists and ornithologists
familiar with the UFO during the RMP scoping process.

RMRI believes that in light of the many disturbances the UFO BLM lands have suffered, it is
appropriate to designate all the potential ACECs identified in the report, to counteract the
recreation and industrial development they will be under during the life of the RMP.

We recommend further that all the ACECs should be recommended for ACEC designation in the
"blended" (balanced/preferred) alternative, rather than being marginalized and dropped out in the
"conservation" alternative.

We also urge the BLM to place fully protective management prescriptions on all these ACECs to
assure their viability into the future.

**Specific recommendations are as follows:**
**3. Salt Desert** – include in balanced/preferred alternative

**7 & 8.  Roubideau Corridors and Roubidou-Potter-Monitor proposed ACECs,** p.33 & 37
Combine them; they are similar and both needed to protect the full ecosystem.
RMRI strongly seconds Jim Riddell's comments that the canyon walls must be included, along
with the extended interconnected canyon ecosystem, due to the extreme rarity of riparian
corridors and the importance of these canyons as the best preserved canyon habitat between
Dominguez and San Miguel River.

**11. San Miguel River Proposed ACEC expansion** p 46
RMRI believes this proposed ACEC expansion is warranted due to meeting the Relevance criteria
of scenic values, rare birds and bird diversity, lynx movement corridor and uncommon wetlands;
also due to the Importance criteria of CNHP recognition, ecocystem rarity, vulnerability to
invasive species, all of which will be more fully protected by expanding the ACEC.

**Sage grouse ACEC recommendations - general**
RMRI recommends that all the proposed ACECs around Montrose, become designated ACECs
even though they are over-developed, as they have good sage habitat and the population needs to
be built up.

We also recommend that the important San Miguel sage grouse population be protected by an

BLM_0108518

ACEC designation.

**12. S. Gunnison Sage Grouse proposed ACEC** p 47
Recommend designation

**13. West Gunnison Sage Grouse proposed ACEC,** p. 50
All the large parcels outlined on the map on p. 52 should be designated an ACEC. Road densities
and human disturbance such as uranium development should be better managed both to restore
these large parcels of historic sage habitat, and to provide the possibility that grouse movement
could be resotred between the San Miguel population and the Pinon Mesa population to the north.

**14. Sims Cerro Sage Grouse proposed ACEC,** Art Goodtimes, p 53
25,000 acres, Recommend ACEC designation

**15. Dolores River Slickrock Canyon Proposed ACEC,** p. 57, 10,00 acres, contains coyote wash
ACEC proposed by CNAP & BLM Recommend.

**16. La Sal Creek** p. 60, CNAP, 10,000 acres *map p. 62,*
Peregrine
The ACEC boundaries contain the Nyswonger Mesa area, which was mapped and recommended
by RMRI during scoping as a proposed roadless and quiet use area.  We are wondering why the
Relevance criterion #1, scenery, was not included because Nyswonger is a high mesa with scenic
vistas.
<u>Recommendations</u>
 RMRI recommends La Sal Creek be recommended for ACEC designation in the preferred
alternative.
Also, ACECs # 15 and 16 are coextensive and could be combined.

<u>Management prescriptions:</u> no motors or mineral entry

**18. East Paradox Proposed ACEC,** p. 65/71  BLM & CNHP  proposed, no Relevance crit 1.
Map 68/74

**19. West Paradox Proposed ACEC,** p. 69,  BLM proposed, Missing relevance criteria #1
Combined with the unroaded, contiguous Saucer Basin to the northeast, the <u>West Paradox</u>
<u>proposed ACEC forms part of a larger area RMRI mapped and proposed for "roadless and quiet</u>
<u>use" during scoping.</u>

**20. West Paradox Rock Art Proposed ACEC,** p. 71, ACEC WSERC and WCC,  [only rel crit 1
and missing imp criteria 3] Map 74/80
<u>Recommendation:</u> Include all three Paradox Valley sites in the preferred alternative. Not only are
they important for archeology, but for rare plants and deer winter range and other wildlife values

**21. Tabeguache Pueblo/Tabequache Caves Proposed ACEC**, p. 75/81, Proponent:
WSERC/WCC, Only meets 1 relevance and 1 and 2 importance, map p. 77/84

<u>Recommendation</u>
<u>Makes a logical and important extension of Tabequache Special Management Area,</u> especially in
combination with the large roadless area in the Uncompahgre National Forest to the northeast.

The ACEC boundaries were drawn on the map that RMRI submitted of proposed "less roaded,"
"quiet use" areas for scoping.

<u>Management Prescription</u>

Even if this ACEC doesn't make the cut, the management prescription should address the fragility and irreplaceability of the archeological sites, and their importance to the archeological history of N. America, as identified in the Relevance and Importance criteria section pp.76

The management prescription should also protect the less developed, less roaded, quiet use potential of the ACEC, as an extension and buffer to the Tabeguache SMA, and as recommended in RMRI's comments.

So once again, thanks for the excellent report.  It is a good start on what we hope will be designation recommendations in the
RMP.

Thanks for your good work on the RMP.

Sincerely yours,


Roz McClellan

BLM_0108520

ATT480605.txt


Roz McClellan
Rocky Mountain Recreation Initiative
1567 Twin Sisters Rd.
Nederland, CO 80466
303 447-9409  c 720 635-7799

BLM_0108521



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401



# RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #4
## Friday, August 20, 2010 (9:00 AM – 12:00 PM)

### Meeting Location:
### Holiday Inn Express (Jordan Room)
### 1391 South Townsend Avenue, Montrose, CO

# AGENDA

1. **Welcome**

2. **Introductions**

3. **Planning Process to Date**

4. **Resource/Resource Use Discussions**
   - Land Health Assessments
   - Soils
   - Recreation

5. **Alternatives Development**
   - Draft Themes
   - Draft Goals
   - Other

6. **Other Items Not on the Agenda**

7. **Public Comments / Questions**

8. **Action Items / Next Meeting**



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401

## Highlights of the Resource Management Planning Process to Date
### *August 19, 2010*

- Notice of Intent (NOI) – 2/25/2010

- Scoping period – 12/23/2009 to 3/29/2010

- Scoping report – final report completed 7/7/2010 (on website)

- Tribal consultation – initiated 2009 (ongoing)

- Community Assessment – report completed 2/2009 (on website)

- Visual Resource Inventory – report completed 9/2009

- Migratory bird status literature review – report completed 10/2009

- Analysis of Management Situation (AMS) – report completed 6/10/2010 (on website)

- Economic workshops (6 communities) – held 3/2010

- Socioeconomic baseline assessment – final report completed 7/21/2010

- Class I paleontological resources – report completed 2/2010

- Oil & Gas Reasonable Foreseeable Development (RFD) Scenario – internal draft report completed 7/2010

- Mineral potential report (excluding coal) – internal draft report completed 8/2010

- Coal potential report – final report completed 4/26/2010

- Renewable energy potential report – final report completed 5/31/2010

- Class I cultural resources overview – draft report completed 4/2010

- Coordination with Cooperating Agencies – invitations sent 1/23/2009; meetings planned from 5/27/2010 forward

- ACEC evaluation report – draft report completed 7/15/2010 (on website) – comments due 8/20/2010

- Wilderness characteristics report – draft report anticipated 8/2010

- Air quality report – anticipated 10/2010

- Wild and scenic rivers – draft eligibility report 12/2009; final eligibility report completed 7/12/2010 (on website); suitability underway – public comments on suitability due 8/16/2010

- Recreation focus groups – completed 3/2010; report completed 6/2010 (on website)

- Alternatives development – anticipated 6/2010 through approximately 3/2011

BLM_0108523

| 6.1 | **BLM UNCOMPAHGRE FIELD OFFICE**<br>**RMP PLANNING FACT SHEET**<br>*Vegetation and Land Health* | Barbara Sharrow, UFO Field Manager<br>2465 S. Townsend Ave, Montrose, CO  81401<br>Office hours are 8:00 am to 4:30 pm<br>Phone: (970) 240-5300 | TDD (970) 240-5366<br>FAX (970) 240-5367 |
|---|---|---|

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area.  The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## A HEALTHY COMMUNITY IS A PRODUCTIVE ONE

BLM's Land Health Standards require the UFO to manage for healthy plant communities.  Health is measured by a community's productivity, diversity, number of native and desirable species, absence of weeds, functional use of sunlight and water, and nutrient cycling.  The UFO manages vegetation to achieve land health, while supporting a variety of human uses and natural values.

**In the planning area, healthy plant communities are achieved through:**

- Implementing protective and mitigation measures identified through the National Environmental Policy Act (NEPA) process in response to potentially harmful activities and developments
- Targeting carefully designed fuel reduction and wildlife habitat improvement projects
- Restoring communities through activities such as weed management, native species seeding in burned or disturbed areas, and re-treating former chaining areas
- Leaving communities alone to function as naturally as possible.

**In turn, a healthy plant community can provide:**

- Forage for grazing animals
- Products for harvest, such as firewood, pinyon nuts, and Christmas trees
- Values that benefit people, such as clean water, wildlife habitat, ecosystem resilience, and beautiful vistas.



### STANDARDS FOR PUBLIC LAND HEALTH

The UFO is mandated to manage public lands in accordance with five BLM Colorado Standards for Public Land Health:

- **Standard 1 -** Upland soils are healthy with respect to water absorption, erosion, organic matter, and groundcover
- **Standard 2 -** Riparian systems and wetlands function properly and can recover from disturbance
- **Standard 3 -** Plant and animal communities are healthy, made up of native and desirable species, sustain viable populations in suitable habitat, and are resilient to disturbances
- **Standard 4 -** Threatened, endangered, and sensitive species are maintained and enhanced by healthy native plant and animal communities
- **Standard 5 -** Water quality on BLM lands meets or exceeds Colorado Water Quality Standards.

BLM

6.1—Vegetation and Land Health

BLM_0108524

# UFO LAND HEALTH ASSESSMENTS

| LANDSCAPE UNIT | YEAR ASSESSED | NEXT ASSESSMENT | LAND HEALTH RATING | % OF LANDSCAPE UNIT BY LAND HEALTH STANDARD (EXCLUDES UNDETERMINED LANDS) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 |
| Escalante | 1999 | 2010 | Meets | 57 | 58 | 43 | 100 | 68 |
| | | | Meets but w/Problems | 23 | 35 | 28 | 0 | 30 |
| | | | Doesn't Meet | 15 | 0 | 24 | 0 | 0 |
| East Paradox | 2000 | 2011 | Meets | 90 | 36 | 79 | 100 | 24 |
| | | | Meets but w/Problems | 8 | 55 | 10 | 0 | 76 |
| | | | Doesn't Meet | 2 | 8 | 11 | 0 | 0 |
| Gunnison Gorge | 2001 | 2012 | Meets | 70 | 37 | 43 | 76 | 89 |
| | | | Meets but w/Problems | 21 | 62 | 44 | 24 | 6 |
| | | | Doesn't Meet | 0 | 0 | 5 | 0 | 5 |
| North Delta | 2002 | 2013 | Meets | 53 | 52 | 13 | 100 | 72 |
| | | | Meets but w/Problems | 40 | 23 | 70 | 0 | 28 |
| | | | Doesn't Meet | 2 | 23 | 13 | 0 | 0 |
| Mesa Creek | 2004 | 2014 | Meets | 53 | 58 | 53 | 100 | 65 |
| | | | Meets but w/Problems | 44 | 33 | 36 | 0 | 35 |
| | | | Doesn't Meet | 1 | 9 | 9 | 0 | 0 |
| Roubideau | 2005 | 2015 | Meets | 44 | 80 | 17 | 100 | 74 |
| | | | Meets but w/Problems | 43 | 19 | 64 | 0 | 20 |
| | | | Doesn't Meet | 9 | 0 | 16 | 0 | 7 |
| Norwood | 2006 | 2016 | Meets | 80 | 89 | 65 | 100 | 71 |
| | | | Meets but w/Problems | 15 | 9 | 24 | 0 | 17 |
| | | | Doesn't Meet | 0 | 2 | 8 | 0 | 12 |
| North Fork | 2007 | 2017 | Meets | 48 | 79 | 29 | 84 | 74 |
| | | | Meets but w/Problems | 43 | 12 | 41 | 6 | 23 |
| | | | Doesn't Meet | 2 | 5 | 24 | 10 | 3 |
| Colona | 2008 | 2018 | Meets | 71 | 58 | 31 | 32 | 50 |
| | | | Meets but w/Problems | 16 | 22 | 52 | 53 | 37 |
| | | | Doesn't Meet | 4 | 14 | 8 | 4 | 13 |
| West Paradox | 2009 | 2019 | Meets | 47 | 64 | 70 | 87 | 49 |
| | | | Meets but w/Problems | 50 | 36 | 24 | 10 | 30 |
| | | | Doesn't Meet | 0 | 0 | 3 | 0 | 21 |

## ASSESSING LAND HEALTH

UFO public lands are divided into ten landscape units. Every year, one unit is evaluated for land health. The evaluation is documented with a detailed analysis of *lands meeting standards*, *lands meeting standards, but with problems*, and *lands not meeting standards*. Where problems are identified, recommendations are made to fix them and address the cause.

## *The BLM wants your input…*

- **Should the BLM attempt to improve the condition of lands in the planning area that do not meet standards, or meet but with problems? Where should this be made a priority?**
- **Vegetation treatments can be expensive and do not always respond in the desired way. Where in the planning area should the BLM focus vegetation treatments? What areas should be left to function naturally?**
- **In which areas, if any, should the BLM allow dispersed collection of vegetation products, or designate specific areas for public harvest.**

**UFO Planning Webpage:**
**www.UFORMP.com**

**Mail comments to:**
**Bruce Krickbaum,**
**RMP Project Manager**
**2465 S. Townsend Ave**
**Montrose, CO 81401**

**Email comments to:**
**UFORMP@blm.gov**

UFO 1/2010

BLM_0108525

# 3.1

## BLM Uncompahgre Field Office
## RMP Planning Fact Sheet
### *Recreation and Visitor Services*

Barbara Sharrow, UFO Field Manager
2465 S. Townsend Ave, Montrose, CO  81401
Office hours are 8:00 am to 4:30 pm
Phone: (970) 240-5300 | TDD (970) 240-5366
FAX (970) 240-5367

The BLM Uncompahgre Field Office (UFO) is revising the Resource Management Plan (RMP) for the Uncompahgre planning area. The Uncompahgre RMP will provide detailed information about the current state of resources on public lands within the planning area, and set forth a plan of action for managing those resources for the next twenty or so years under the BLM's dual mandate of *multiple use* and *sustained yield*.

## RECREATIONAL ACTIVITIES ABOUND

Public lands within the planning area support a variety of land, water, and snow activities, including camping, hiking, horseback riding, mountain biking, cross-country skiing, rock climbing, off-road vehicle driving, and target shooting.

 Local rivers and streams offer ample opportunities for boating and cold water fishing, and attract high visitation from across the state and nationally.  Migrating and resident wildlife provide plentiful opportunities for observation, photography, and hunting, when visitation in the area peaks.

## VISITATION AND LAND USE

The greatest number of recreational visits occur on BLM lands adjacent to communities. The cities and towns of Montrose, Delta, Norwood, Paonia, Crawford, Hotchkiss, Cedaredge, Orchard City, Olathe, Ridgway, Telluride, Naturita, and Nucla are all near public lands commonly used as "backyard" recreation areas by local residents. This use continues to grow exponentially, along with growth in the communities themselves. The communities benefit directly from the visitation and tourism associated with public lands.

In fact, recreation has emerged as the predominant activity on local BLM lands and national forests. Most data on public land use and activities is a statistical approximation, relying heavily on field observations and the professional judgment of recreation staff. It is estimated that the UFO receives around 349,000 visits per year.

## RECREATION MANAGEMENT AREAS

BLM land use plans designate **Special Recreation Management Areas** (SRMAs), where recreation is the principle management focus, and funding and personnel are directed toward fulfilling the commitment to provide specific "structured" recreation opportunities. The UFO currently has two SRMAs:

| SRMA Name | Location | Acres |
|---|---|---|
| San Miguel River | Deep Creek to Piñon | 39,367 |
| Dolores River (UFO portion) | UFO boundary to Bedrock | 13,334 |

Any area not delineated as an SRMA is called an **extensive recreation management area** (ERMA). Recreation in these areas is unstructured and does not require intensive management or significant investments in trails or facilities. This type of custodial or "dispersed" recreation management offers little in the way of visitor services or developed recreational facilities.

BLM

3.1—Recreation and Visitor Services

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT