RE: Wild and Scenic Rivers Suitability Determination – Dolores River Basin, including San Miguel and tributaries.

To Whom It May Concern:

We appreciate the efforts of the BLM and UFO to carefully assess the irreplaceable values of the Dolores and San Miguel Rivers and to identify administrative protections that can preserve these values for future generations.

As a collaborative effort, the San Miguel Whitewater Association is comprised of over 100 river enthusiasts. We represent citizens who enjoy the rivers of the San Miguel and the Dolores River.  We are fishermen, rafters, kayakers, birdwatchers, nature lovers, river conservationists, canoeists, and more. We write to you today to impress upon the you the importance of designating different sections of the San Miguel and Dolores River Wild and/or Scenic.

We believe the following areas should be designated *Scenic* based on the fact that the river has been moved to allow for the construction of the highway and also because it follows the highway: The Upper Dolores from Rico to the town of Dolores, the San Miguel from the town of Telluride all the way to the Norwood Bridge.  The scenery of the steep canyon walls, the lush cottonwoods and vegetation, the wildlife, and the quality of the whitewater experience on these rivers is amazing. With a designation of scenic, the river corridor and all it has to offer will be there for others to enjoy in the future.  This section of river has been altered due to the construction of the highway however, there is still much to protect.

We believe the following sections should be designated *Wild & Scenic* because of their remoteness, natural beauty, quality of whitewater experience, quality of fishing, bird viewing, outstanding vegetation, and wildlife that inhabit these areas: The San Miguel starting at the Norwood Hill bridge through Norwood canyon all the way to the end of the canyon upstream of the Nucla power plant.  Also deserving of this designation of *Wild & Scenic* is the section of the Dolores River below the dam all the way to Moab, UT.

As a local non-profit organization, our goals are many.  We aim to protect our local watershed, foster community involvement as a group who recreates on the river, provide a means for people to get together to enjoy our rivers, and to educate children about the importance of rivers and the enjoyment they provide.  We want to urge you today to provide the protection these rivers deserve by way of designating them either of the aforementioned designations. We serve as a voice for the river that cannot speak up, as well as a voice for the future generations who don't realize what they could lose without the necessary protections we could put in place now.

Thank you for your attention to and consideration of our comments. Please contact us for any future questions or comments that you may need.

BLM_0109073

The San Miguel Whitewater Association
Via: Cari Mackey
Secretary/Treasurer
PO Box 2256
Telluride, CO 81435
970-728-9307
cari@jagged-edge-telluride.com

BLM_0109074

**James Bode**

| | |
|---|---|
| **From:** | Bevan, Diane (NYC-JMW) <Diane_Bevan@jackmorton.com> |
| **Sent:** | Wednesday, January 19, 2011 3:21 PM |
| **To:** | uformp@BLM.gov |
| **Subject:** | San Miguel River - Wild and Scenic status |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | WSR_to_be_filed |

Dear BLM,

I'm writing to you in support of giving the San Miguel River a Wild and Scenic status.   It is a treasure to the area and it would be a tremendous shame to alter it and any of its tributaries.

Regards,

Diane Bevan
Little Cone Ranch

BLM_0109075

## James Bode

**From:** Duncan Coker <duncan@rivercastcapital.com>
**Sent:** Wednesday, January 19, 2011 5:57 PM
**To:** uformp@BLM.gov
**Cc:** 'Duncan Coker'; 'SUE MAGEE'; petej@hermitageland.com; 'eric painter'
**Subject:** Hughes Ditch expansion Case Number 10CW202

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**Categories:** WSR_to_be_filed

To whom it may concern:

I strongly object to the expansion of the Hughes ditch as proposed by Montrose County, District Court, Water Division 4, Case 10CW202.  This will have an extremely detrimental affect on the properties on Little Cone Ranches (LCR) as well as the wild life in the area.  The demand downstream for more water is unsustainable and irresponsible.  It is wrong to devalue and ruin property of one group, so another group can take and waste more natural resources.  When does it end and how much open space and preserves must be ruined in the name of city expansion or agricultural subsidy. As a property owner in LCR, I will fight this measure with ever legal recourse available to me.  So called water rights are not an open license to condemn or ruin the property of others.  Mutual respect for private property is one of the most basic of tenants of our legal system. This proposal egregiously violates that.  Further, it is not the way of the Colorado that I know and have called home.  Conservation, sustainability, respect for the land and the rights of property owners is what Colorado should stand for.

Respectfully,

Duncan Coker

216 Florida Hill Road
Ridgefield, CT 06877

431 W Pacific Street
Telluride, CO  81435

BLM_0109076

**James Bode**

| | |
|---|---|
| **From:** | Gary Hickcox <ghickcox@rmi.net> |
| **Sent:** | Wednesday, January 19, 2011 1:05 PM |
| **To:** | UFORMP@BLM.GOV |
| **Subject:** | Wild and Scenic Rivers Suitability Determination - San Miguel and Dolores Rivers |
| **Attachments:** | Wild & Scenic Ltr 1_11.doc; ATT633879.txt |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | WSR_to_be_filed |

Dear Ms. Sharrow - Attached is a letter from the San Miguel Conservation Foundation regarding the suitability of the San Miguel and Dolores Rivers for Wild and Scenic designation. I appreciate your consideration of our comments.

Sincerely,

Gary Hickcox
Executive Director

BLM_0109077

**The San Miguel Conservation Foundation**
P.O. Box 2466 · Telluride · CO · 81435
Phone (970) 728-1539 · Fax (970) 728-9080

January 19, 2011

Barbara Sharrow, Manager
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend
Montrose, Colorado 81401

Sent via electronic mail to:
UFORMP@BLM.GOV

RE:  Suitability of the San Miguel and Dolores Rivers under the Wild and Scenic Rivers Act

Dear Ms. Sharrow:

The San Miguel Conservation Foundation (SMCF) is a local land trust based in Telluride that is committed to protecting the special natural and open space resources throughout the Telluride Region and San Miguel County.  Acting both independently and in partnership with landowners and other public and private organizations, we have been successful in affecting public interest preservation of thousands of acres of open land.

We are extremely appreciative of the BLM's commitment to this effort and are hopeful that the process will lead to the kind of protections these invaluable resources deserve. It is our belief that both the San Miguel River and the Dolores River are suitable for BLM protection under the Wild and Scenic Rivers designation. We say that as not only an organization committed to the protection of our natural resources, but also as an affected landowner. SMCF owns the Homestead Placer, a one and a half acre parcel situated on Leopard Creek at the intersection of Highways 145 and 62 just below Placerville.

Both rivers are key components in this region's economic and ecological health. Because we are a tourist-based economy, the scenic and recreational opportunities afforded by both rivers are a major tourist draw. Rafting and fishing related businesses in the region have grown exponentially over the past three decades. These river corridors also provide natural habitat for a wide variety of wildlife and plant species, including several vulnerable riparian communities. Finally, numerous surveys have shown that a primary reason people are drawn to this region is its scenic beauty. Both rivers play a major role in how visitors perceive the area during their time here.

We truly believe that both the San Miguel and Dolores Rivers warrant the protection that the Wild and Scenic designation would afford them.

Thank you for your consideration of our comments.

Sincerely,


Gary Hickcox
Executive Director

## James Bode

| | |
|---|---|
| **From:** | John Huebner <johnh@sanmiguelcounty.org> |
| **Sent:** | Wednesday, January 19, 2011 4:52 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | Wild and Scenic Comments: San Miguel County BOCC |
| **Attachments:** | SMCCommentsWildScenicRiverEligibilityReport011911.pdf |

Barbara,
Attached are comments from San Miguel County Board of Commissioners regarding Wild and Scenic Eligibility Report and Suitability Determinations.  Thank you for the opportunity to comment.
John

*John Huebner*
Chief Deputy Clerk to the Board
San Miguel County
phone: 970-369-5429
facsimile: 970-728-3718
email: johnh@sanmiguelcounty.org
website: sanmiguelcounty

BLM_0109080

# SAN MIGUEL COUNTY

## BOARD OF COMMISSIONERS

| ELAINE FISCHER | ART GOODTIMES | JOAN MAY |

January 19, 2011

Barbara Sharrow, Manager
Bureau of Land Management
Uncompahgre Field Office
Attention: RMP Revision
2465 South Townsend Avenue
Montrose, CO 81401
Email: UFORMP@BLM.GOV

Re: Wild and Scenic River Eligibility Report and Suitability Determinations

Dear Ms. Sharrow:

San Miguel County would like to thank BLM and the Sub-Rac members for informational presentations by BLM and DOW staff in our local communities. The opportunity to ask questions and hear local input was very helpful in evaluating the stream segments in the study area found eligible for Wild and Scenic River (WSR) designation as to their suitability for such a designation.

The local economies in San Miguel County are inextricably dependent on the attraction of our natural assets to provide for their long term sustainability. As a region, we have determined that while traditional industries contribute to our economy and the character of our county, our economic future will continue to be dependent on tourism as a primary engine. A recent socioeconomic analysis (attached for your reference) developed to analyze the potential impact of a new uranium mill noted the economies of Western Montrose and San Miguel County exhibited ongoing economic vitality despite the stagnation or decline in the traditional economic bases. The dynamic, non-traditional parts of these counties new economic bases included:

- The growth of income not associated with the current labor force activities including retirement and investment income.
- The retention and attraction of retirees and their "footloose" income
- The immigration of new residents and businesses
- The growth of a visitor economy including tourists, recreationists, and second home owners.

The study indicated that many of these new sources of economic vitality are associated with the attractiveness of this region as a place to live, work, do business and raise a family as well as a place to visit or live part time. The report noted that "this underlines the reality of ongoing economic development supported by amenities or quality-of-life characteristics. It also underlines the economic threat associated with any economic activities that degrade those amenities or quality of life."

BLM_0109081

The waterways analyzed in the WSR eligibility report represent an important component of these natural amenities. This is supported by the data contained in the report "Commercial River Use in the State of Colorado 1988-2009" which showed the number of boater days on the San Miguel growing from 50 in 1988 to 5,969 in 2008. There are certain to be corresponding increases in the number of fishermen using the river. A September 26, 2006 study prepared for the DOW "The Economic Impacts of Hunting, Fishing, and Wildlife Watching in Colorado" estimated the economic contribution of fishing in San Miguel County in 2007 to be $8,440,000. This same study found the total impact of Wildlife Watching to be $1,218,200,000 statewide in Colorado. The waterways and their associated riparian areas analyzed in this study, represent some of the richest and most important areas in the region.

The 2005 Report Card, The Ecological Health of the San Miguel River Watershed, gave the San Miguel watershed an Overall Watershed Health GPA of "C". This report, in its discussion of "Natural Processes" in the San Miguel watershed reports "flooding and a hydrograph altered by 354 recorded reservoirs retaining 64,110 acre feet, and 1,401 diversions totaling 3,631 cfs."

This highlights the need for proactive protection of the Outstandingly Remarkable Values (ORVs) found by the interdisciplinary (ID) team in the most unique and exceptional segments of the region's waterways. These areas are natural assets that will yield economic and ecological returns indefinitely. San Miguel County believes these stream segments warrant the management that best provides for the conservation of these values. We further believe that with regard to sensitive warm water fish species there should be preemptive measures taken to avoid listings under the Endangered Species Act and the potential for a federally mandated water management plan being imposed on some waterways. We are primarily concerned with the segments in the San Miguel and Dolores Hydrologic Units as we believe these contribute significantly to our local economies.

The San Miguel County Board of Commissioners therefore makes the following comments and recommendations and requests the Sub-Rac and BLM make the following findings on specific stream segments:

### Beaver Creek

We believe this segment should be found "suitable" for Wild and Scenic (W&S) designation with a classification of "Scenic". We concur with the ID team's finding that the riparian area contains ORVs warranting protection. Also, this segment's management is largely controlled by BLM as the river segment is 99.5% federal with little private lands included in the half mile corridor. We believe this determination best serves the public interest.

### Dry Creek

The BOCC believes this river segment should have a finding of "suitable" with a classification of "Wild." We agree with the ID team that this is a visually exceptional area offering a unique opportunity to observe geologic processes in a localized area. Its primitive nature and intriguing geologic features represent ORVs warranting protection.

In addition, this segment's management is largely under the control of the BLM, as the river segment is 99.3% public and the lands in the half mile corridor are 97.1% public. We believe this designation best serves the public interest.

### Naturita Creek

The San Miguel County BOCC believes this river segment should be found "suitable" for W&S designation with a classification of "Scenic". This segment contains public lands of outstanding primitive character in San Miguel County frequented by County residents and visitors. It is adjacent to National Forest lands proposed for special protections based on their wilderness character. We would like to see similar protective management on this river segment, particularly for the portion in San Miguel County. We believe the primitive nature of the public lands and the ORV as a tributary used as a spawning area for three BLM and Colorado sensitive species and its value in the upper reaches of the segment as a wild trout fishery warrant this designation. We believe this finding would best serve the public interest.

### Saltado Creek

The BOCC believes this river segment should be found "suitable" for W&S designation with a classification of "Wild". We agree that a superior (A-ranked) riparian forest with occurrences considered globally vulnerable is deserving of this designation. We concur with the ID team that this is an ORV warranting protection. This river segment and corridor is over three quarters federally owned putting most of the lands under management by the BLM. Other private landowners are also in support of such designation. This corridor is essentially free of development and is extremely primitive. We believe this designation best serves the public interest.

### San Miguel River, Segment 1

The BOCC believes this river segment should be found to be "suitable" for W&S designation with a classification of "recreational," We concur with the ID team that this segment contains ORVs that include scenic, recreational, wildlife, historic, vegetation, and paleontology. This segment has the greatest contribution to our local economies due to its wide range of ORVs and proximity to population centers. This segment also has special significance because of its location on a scenic byway and outstanding accessibility and exposure to the driving tourist. It has the most outstanding opportunities for fishing, kayaking, rafting, and wildlife watching.

This segment affords the driving public with a unique opportunity to enjoy one of the most spectacular trips through a remarkable river canyon that can be found anywhere, exposing outstanding geology. In addition, it has great cultural and historical significance. The section of this segment below Leopard Creek, inspite of its proximity to a highway, is very natural in appearance due to its largely Federal and Nature Conservancy ownership. This affords BLM a high degree of management control. This is in evidence with the tasteful and appropriately scaled recreational facilities BLM has developed.

This segment contributes millions of dollars to our local economies and defines the experience of traveling through San Miguel County. The BOCC believes these ORVs warrant protection and it is in the best interest of the public that this river segment receives this designation.

### San Miguel River, Segment 2

The BOCC believes this segment should be found to be "suitable" for W&S designation with a classification of "Wild". We concur with the ID team that this segment contains scenic, recreational, wildlife, and vegetation ORVs.

The ID team assigned the segment a Scenic Classification of "A." We agree with this assessment. This is the most natural and undeveloped segment of the San Miguel River exhibiting an outstanding variety of superior ranked plant communities, some of which are globally vulnerable. It has the most outstanding old growth Ponderosa/Spruce forests and riparian areas found on the San Miguel. As one of the finest examples of Southwest Canyon Riparian Habitat, recognized as the richest terrestrial bird habitat in North America, the area it is host to over three hundred bird species. It is an outstanding natural asset for wildlife watchers.

It also contributes greatly to our local economy as a favorite opportunity for boating and fishing. The outstanding character of this segment is documented in the comment by the DOW Fisheries Biologist "this segment does nearly reach Gold Medal fishing; the best fishing in the San Miguel. The angler attitudes about their experience are extremely positive, regardless of sometimes low catch rates. This is a rare phenomenon as most fishing experiences are measured as positive based on successful catch rates." This speaks volumes about the other ORVs that can be experienced in this segment. With 100% of the river and 98.3% of the corridor in federal control the BLM has an outstanding opportunity for management of this segment to protect these ORVs.

This area is essentially primitive and is perhaps the most outstanding segment of the San Miguel. We believe it represents an irreplaceable natural asset which can continue to support our local economies indefinitely. We believe this segment's ORVs warrant special protection and are deserving of this designation. We believe this designation best serves the interest public.

### San Miguel River, Segment 3

The BOCC believes this segment should be found "suitable" for W&S designation with a classification of "scenic." Although this segment is substantially impacted by diversions for the CCC Ditch, we believe it has the ORVs of recreation, fish, wildlife and vegetation noted by the ID team. This segment contributes substantially to our local economy by being a favorite of kayakers due to the opportunities "The Ledges" area offers for "play waves." In addition, it has outstanding Southwest Canyon Riparian Habitat with more than 300 bird species observed. The relatively easy primitive road affords excellent opportunities for the driving and less active user to have access to outstanding wildlife watching opportunities.

In addition, this segment harbors exemplary population of three BLM and Colorado native fish species. We believe it is in the public interest that these fish and their habitat, as well as the other ORVs, be protected by the recommended designation.

### *San Miguel River, Segments 5 and 6*

The San Miguel County BOCC believes these river segments should be found "suitable" for W&S designation with a designation of Recreational. We concur with the findings of the ID team that these segments have recreational, fish, historic and vegetation related ORVs. The Unaweep-Tabeguache Scenic Byway, which parallels the river through both of these segments extends into San Miguel County and connects to the San Juan Skyway. This route is very popular for the driving tourist and contributes to our local economies. It provides outstanding opportunities for photography and viewing of historic remnants. The Hanging Flume has been added to the National Register of Historic Places and is a remarkable historic feature. The Nature Conservancy Tabeguache Preserve is also within this reach, representing a significant portion of the private land that will be managed for conservation values. This Byway is promoted nationally and internationally and we believe it plays an important role in bringing driving tourists and travelers into our county. We believe it would be beneficial to have a continuity of management throughout this corridor.

Additionally, this area contains an intact native warm water fishery containing exemplary populations of BLM and Colorado sensitive species. These segments also supports populations of New Mexico Privet riparian shrublands and other vegetative associations considered globally imperiled. We believe these ORVs warrant protection and it is in the public interest that they receive the designation suggested in the Eligibility Report.

### *Tabeguache Creek Segments 1 and 2*

The BOCC concurs with the ID team that these stream segments contain the vegetation and cultural values identified in the Eligibility Report and should be found "suitable" for W&S designations with the classification of "Wild" in the upper segment and "Recreational" in the lower segment. We believe the superior (A-ranked) occurrences of woodland shrubs and presence of globally vulnerable plants warrant protection. The lower reach has outstanding cultural values that should also be protected. The upper reach is exceptionally wild; the stream is 100% federally owned and the corridor is 99.4% publicly owned. This affords the BLM an outstanding opportunity to manage the land in a fashion that preserves the identified ORVs. The lower section contains more private land and we therefore believe the "Recreational" classification is appropriate. However we believe these segments should receive the suggested designation to protect the outstanding vegetation and cultural values as well as the wild character of the canyon.

### *Lower Dolores*

The BOCC believes this segment should be found "Suitable" for W&S designation with a classification as "Scenic." This segment is paralleled by a continuation of the Unaweep-Tabeguache Scenic Byway. We believe this Byway is an outstanding regional economic asset that brings driving travelers and boaters into San Miguel County. We concur with

BLM_0109085

the ID team that this segment has outstanding scenic, recreational and geologic value. The Scenic Byway is promoted nationally and internationally and consistently receives high acclaim from those traveling it for the first time. With the tourist destination being developed at Gateway, we anticipate there will be many return travelers to this region based on their initial experiences.

In addition, we again stress the need to protect the "exemplary populations" of three sensitive warm water native fish species. Colorado has committed to actively participate in this effort. This segment has additional importance as historic habitat for a federally endangered species, the Colorado pikeminnow.

We believe it is in the public interest that this segment's ORVs be protected and that it receive the designation suggested in the Eligibility Report.

### *La Sal Creek, Segments 2 and 3*

The San Miguel County BOCC believes stream segments 2 and 3 should be found "Suitable" for W&S designation with the classifications of "Scenic" for segment 2 and "Wild" for segment 3. We agree with the ID team that these segments both have ORVs for fish and vegetation containing an intact warm water native fish species as well as globally imperiled riparian woodlands.

These segments are almost entirely public land affording BLM with an excellent opportunity to manage for maintenance of these ORVS. This area is often frequented because of its outstanding scenic values by San Miguel County residents accessing by the county road or from the Dolores River. This is an exceptionally primitive canyon offering excellent opportunities for hiking, photography and wildlife watching. We believe these stream segments represent a significant economic natural asset to the region and the ORVs identified warrant protection.

The San Miguel County BOCC wishes to thank the BLM staff for all their efforts in assessing regional waterways and identifying and highlighting the outstandingly remarkable natural values we have the privilege of being able experience and enjoy in this region. We appreciate your outreach and consideration of our recommendations. We also wish to thank the Sub-Rac for their efforts in hosting local meetings. As a local government we look forward to working with BLM to preserve the natural capital our quality of life and economy depend on.

Sincerely,

SAN MIGUEL COUNTY, COLORADO
BOARD OF COUNTY COMMISSIONERS

Joan May, Chair

**James Bode**

| | |
|---|---|
| **From:** | SUE MAGEE <suemagee@bresnan.net> |
| **Sent:** | Wednesday, January 19, 2011 7:58 PM |
| **To:** | uformp@BLM.gov |
| **Subject:** | Fwd: Hughes Ditch letter  19 Jan 2011 |
| **Attachments:** | Re: Hughes Ditch letter  19 Jan 2011 |

I received this email opposing increasing the size of the Hughes Ditch that runs through Little Cone Ranch (LCR)in San Miguel County from Jon and Isabelle Osman, the owner of a 35 acre parcel in LCR.

Please record their opposition.

   --- the forwarded message follows ---

1

BLM_0109087

**James Bode**

| | |
|---|---|
| **From:** | Jon Osman <osman@surfbvi.com> |
| **Sent:** | Wednesday, January 19, 2011 6:26 PM |
| **To:** | SUE MAGEE |
| **Subject:** | Re: Hughes Ditch letter  19 Jan 2011 |

Sue,
Just received your e mail re Hughes Ditch - 8:15pm.
As owners of Lot #1, Little Cone Ranch, we strongly object to the suggestion of the Hughes Ditch size increase and support Vern Petris communication . PLease feel free to forward this e mail or to add to the other owners comments as appropriate.
Jon & Isabelle Osman.


On Jan 19, 2011, at 7:10 PM, SUE MAGEE wrote:

> January 19, 2011
>
> Dear LCRHA Members,
>
> Attached is a word document that I am sending to uformp@BLM.gov to
> protest any increase in the size of the Hughes Ditch that runs through
> LCR.
>
> Please take the time to send an individual email expressing
> opposition.  Today might be the last day for public comment.  I have
> been out of town and just found that out.
>
> Thanks,
> Sue
>
>
>
> <11 01 19 BLM letter concerning Hughes Ditch.docx>

BLM_0109088

**James Bode**

| | |
|---|---|
| **From:** | petej@hermitageland.com |
| **Sent:** | Wednesday, January 19, 2011 5:43 PM |
| **To:** | uformp@BLM.gov |
| **Subject:** | Hushes Ditch |

This letter is against any expansion of the Hughes ditch.  Due to the Mancos Shale and the fragile nature of the Little Cone hillside, I am against the expansion of the ditch and the negative impact it will have on private as well as public land.

Thanks,

Pete Johnson

Box 1692

Telluride, CO 81435

BLM_0109089

**James Bode**

| | |
|---|---|
| **From:** | Pamela McKelvey <pmckelvey@comcast.net> |
| **Sent:** | Wednesday, January 19, 2011 4:48 PM |
| **To:** | uformp@BLM.gov |
| **Cc:** | 'TimothyHendricks'; petej@hermitageland.com |
| **Subject:** | Objection to Legal Action by Montrose County |
| **Importance:** | High |

To Whom it May Concern:

We are Pam and Ed McKelvey, owners of Lot 22 of Little Cone Ranch near Telluride, CO.  We have received legal notices about attempts by Montrose County to lay claim to water that currently flows through the San Miguel River in an attempt to create and fill reservoirs for the county's use.  It is our understanding from these notices and from other sources that this effort, if successful, would substantially affect the flow of water in both the San Miguel River and Fall Creek.  It would also increase by about a factor of 10, if not more, the flow of water through the Hughes Ditch, which bisects Little Cone Ranch.

We wish to record our unmitigated opposition to this effort.  We understand as well that the BLM is considering a Wild and Scenic status for the San Miguel River, which would protect this river and many of its tributaries.  We would wholeheartedly support such an endeavor.

Sincerely yours,
Pam and Ed McKelvey

BLM_0109090

**James Bode**

| | |
|---|---|
| **From:** | Rich Hamilton <richhamilton3@yahoo.com> |
| **Sent:** | Wednesday, January 19, 2011 12:41 PM |
| **To:** | uformp@blm.gov |
| **Cc:** | Rich |
| **Subject:** | Wild and Scenic River Suitability |
| **Attachments:** | BLM River Segment Comments.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | WSR_to_be_filed |

To: BLM Uncompahgre Field Office

Attached are my comments regarding suitability for section 2 of the San Miguel River.

Good luck with your planning efforts.

Rich Hamilton
San Miguel County Resident

1

## RIVER SEGMENT COMMENT FORM

My comments specifically regard the following river/creek segment:

| | | | |
|---|---|---|---|
| ___ | Beaver Creek | ___ | Tabeguache Creek, Segment 1 |
| ___ | Dry Creek | ___ | Tabeguache Creek, Segment 2 |
| ___ | Naturita Creek | ___ | Lower Dolores River |
| ___ | Saltado Creek | ___ | North Fork Mesa Creek |
| ___ | San Miguel River, Segment 1 | ___ | Dolores River, Segment 2 |
| X | San Miguel River, Segment 2 | ___ | Ice Lake Creek, Segment 2 |
| ___ | San Miguel River, Segment 3 | ___ | La Sal Creek, Segment 1 |
| ___ | San Miguel River, Segment 4 | ___ | La Sal Creek, Segment 2 |
| ___ | San Miguel River, Segment 5 | ___ | La Sal Creek, Segment 3 |
| ___ | San Miguel River, Segment 6 | ___ | Lion Creek, Segment 2 |
| ___ | San Miguel River, Segment 1 | ___ | Spring Creek |

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

### GENERAL

1. **Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

This section of the San Miguel River represents a primitive Southwest Canyon Riparian Habitat and is outstanding habitat for hundreds of bird species, wildlife, native plants, fish, and insects.

2. **Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

This river segment (4.01 miles) is 100% owned by mostly the BLM and also the USFS. Since this section of river is 100% Federal, I recommend that the BLM find it suitable as "WILD."

3. **Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

The combination of outstanding scenic, recreational, wildlife and vegitation values in this segment are worth protecting. The hydrolic features of the river need to be left undisturbed. This vibrant riparian ecosystem needs to be found "suitable"

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

Cascabels?

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

I find section 2 of the San Miguel River to be very compatible for a wild designation. This section is truely wild in all respects.

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

Hopefully, a wild designation in this segment would help in-stream flow needed to preserve fish & insect populations. Mining & Grazing should not be allowed in this section.

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

Form a non-profit organization that has a mission to protect the San Miguel Canyon watershed.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

Sorry, I can't comment on this because I don't have enough information.

**9. Issues that might make administering this segment difficult.**

I do not find any of the arguments in support of mining and grazing within 1/4 mile of this river segment compelling enough compared to the importance of protection. Regulating use by rafters, fishermen & livestock might be difficul

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

Only 21.3 acres of private land are within 1/2 mile of the river corridor in this segment. It seems to me that the BLM can manage this segment and protect values.

**ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY**

I strongly recommend that segment 2 of the San Miguel River be found Suitable for Wild designation under BLM guidelines!

Name (optional): Richard Hamilton

Please contact me to discuss further: (Yes)   No

If yes, contact information: richhamilton3 @ yahoo . com

BLM_0109094

**James Bode**

| | |
|---|---|
| **From:** | bsharrow@blm.gov |
| **Sent:** | Wednesday, January 19, 2011 8:37 AM |
| **To:** | Sally Kichelmann |
| **Cc:** | uformp@blm.gov |
| **Subject:** | Re: CORRECTION TO WILD & SCENIC SEGMENT 3 SAN MIGUEL RIVER |
| **Attachments:** | wild & scenic.wpd |

Thank you Sally. We will add your comments to the written record and make sure the Sub-RAC members see them. I appreciate your time.

Barbara Sharrow
Uncompahgre Field Office Manager

970-240-5315 - office
970-596-1515 - cell

           Sally Kichelmann
           <woodsy8888@yahoo
           .com>                        To
                         barbara_sharrow@blm.gov
           01/18/2011 05:40              cc
           PM
                             Subject
                     CORRECTION TO WILD & SCENIC SEGMENT
                     3 SAN MIGUEL RIVER

I AM SENDING A CORRECTED COPY TO YOU AS I THOUGHT OF A FEW MORE THINGS I
NEEDED TO ADD. THANKS SO MUCH FOR LISTENING TO ME!!

(See attached file: wild & scenic.wpd)

1

BLM_0109095

SALLY WOOD KICHELMANN, P.O. BOX 656, NUCLA, CO. 81424

TO WHOM IT MAY CONCERN:

This letter is concerning the "WILD & SCENIC RIVER ACT" to engulf our beautiful SAN MIGUEL RIVER and the filing of an "IN STREAM FLOW" on the river to prevent fellow citizens the opportunity to file for future water shares and use on the river water.

The San Miguel River has had inhabitants living on it and taking care of it for over 200 years or more and nothing bad has happened to the river in all those years with the exception of when Telluride let it's sewer plant escape and run down the river.  That was devastating to all inhabitants living down stream from Telluride.  We are still buying bottled water to cook with and to drink because we are not sure if all that spill got cleaned up properly or not.  Plus, we can never be sure when Telluride will let it happen again.  It's anybody's guess.  I've read  in the newspapers where they have other contamination in other ponds they have yet to clean up.

I grew up on the San Miguel River and lived along it's banks most of my life and I never once saw it dry up until Telluride went crazy with their building of condos and mansions in the beautiful mountains around Telluride.  Telluride was the most scenic and most beautiful place on earth before all this happened.  I'm wondering where the BLM and Nature Conservancy was when all that devastation was taking place in our beautiful little town of Telluride???
Our beautiful SAN MIGUEL never dried up or was contaminated before this all took place!!

The water wells and water used in Telluride totally dries up the river on my place during the fall months of the year and it is my understanding that Telluride is now planning to use water from all the beautiful little lakes above Telluride  in their endeavors which will also put stress on our little stream for water input.  The residents of Telluride don't seem to be doing anything about all this devastation to the San Miguel, but they are GUNN  HO to stop Montrose County residents from building and operating an uranium mill in west Montrose County.  This mill, if approved, will bring the much needed activity to the area to get the much needed jobs for the residents of this area along with improving the economy boost we need so desperately in this area.  This area is not  fortunate enough to have the "tourism" that Telluride celebrates to keep it going.  We need to have the work and jobs the mill will provide instead.

In the past we have had Uranium and Vanadium mills along this beautiful scenic river and had no devastation whatsoever to the river.  We can do this again and probably even better with all the new technology that will be involved. The mill will not be near the river anyhow so why the concern??

It is my feelings that the people in Telluride need to stay at home and clean up their own acts before sticking their noses into Montrose County's business.  Our lives pretty much depend on the San Miguel River to keep us going and thriving.  It has never been contaminated by the residents and ranchers along it's banks and surely never will be.  Please let us live and let live in total peace with our little stream we love so much.
If the 'WILD AND SCENIC ACT" goes through my place on the river will be totally consumed

BLM_0109096

by the 1/4 mile taken on each side of the river. My land on the river is only 2100 ft. wide and ½ mile will take up 2640 ft along the river.  That will engulf my whole place.  I have worked all my life elsewhere and dreamed about coming back to Colorado and my roots to retire.  Now I have the government coming in and wanting to take my place for their own uses and leaving me high and dry with what I want to do with the land.  I cannot see any way possible to allow this to happen to my beautiful little ranch my folks worked so hard to leave for me.  "I just CAN'T".

It's my opinion that the government owns more than enough land already without trying to glom on to more.

In my years on this great earth I've seen other devastating things happen when the government gets too big and none of them were pretty!

The government's job is only to defend us from other nations taking us over, defending our boarders, and keeping our economy strong and healthy.  I don't see any of these things being accomplished at this time.  Consequently, I can't see myself turning our little San Miguel RIVER over to the government to do the same with.  We are keeping the river wild and scenic on our own and plan to continue to do so on our own.  Why pay the government to do something we are doing ourselves for free?

Another act the government is trying to push down our throats is the "Global Warming" scam they have going.  It's just another way to make us pay for something that is not happening through " Cap & Trade".  In my years growing up on this planet I saw luscious fruit at the ranch every single year.  Now most of it freezes in the spring and we get no fruit.  This sounds more like "global cooling" to me.  I feel the same about the "Health Bill" which got pushed down our throats.  I am not happy with my government at this time in my life and do not wish to see it get it's hands on anything else in my life; especially the place where I am trying to live out my life in peace.  Thank you anyway.

As for segment 3 of the San Miguel River, it is in no way "WILD OR SCENIC" as the river banks are all lined with gravel dumps on both sides of the river.  The "English Placer" used hydraulic mining means to excavate the gold from the river in the late 1800's and both my claims, MAVERICK PLACER # 1 & 2, which was confiscated by the BLM  in the 1980's, were part of the original English Placer's claims.  There are gravel pits all the way down the river from the point of intake by the old "Deal Ditch" which runs along side the river for 5 miles above the Pinon bridge. The old Deal Ditch carried some 50 cubic feet of water to the mining claims which stretched  from the Wall Street Placer Claim Survey No. 2520 down stream through the Lauer Placer Survey No. 2521, through the Rockford Placer Survey No. 2519, through the Monitor Placer Survey No. 2518, through the Square Deal Placer Survey No. 2517, through the Judson Placer Survey No. 5217, through the Thompson survey No. 5217, through the Emma, Rose & Anna placers on down stream below the Tri State Power Plant.  All the land in these claims have been mined heavily in the 1800's, and again in the 1970's.  There is nothing but bare rocks and gravel on most of my claims, 2 gravel pits on the Judson and Thompson claims as well as placer mining on the 3 lower placers.  These mining operations have totally caused the river banks to be excluded from any "WILD OR SCENIC" designation.  It would cost millions of dollars to reclaim all this destruction to the banks of The San Miguel River to make it

"WILD & SCENIC
 again.  The water for my place which ran in the "DEAL DITCH" was confiscated by the state to
be given to Union Carbide & VCA MILLS back in 1938 and hard as I tried, I was never able to
reclaim these 10 Cubic Feet of water rights which went to my place.  'ANOTHER
GOVERNMENT TAKEOVER" Since Umetco has relinquished the water rights back to the state
you would think I would be allowed my water rights back!  The water was deeded with the land
and should have never been taken away!  As for the accounting you gave in your segment
description as to why the river sometimes dries up was also incorrect.  You stated that it was
caused by the Highline Diversion located downstream of Horsefly Creek.  This is incorrect.  The
Highline Diversion has been running for over 100 years and never once dried up the river before
Telluride went crazy with their building mansions, condos, golf courses, ponds & reservoirs.
Again I ask "where were the BLM & Nature Conservancy when this was all taking place???".

It is in my opinion you are wasting your time and "OUR" money in delving into this water and
land takeover by the Federal Government.  As for recreational purposes we have always been
accommodating to fishermen and hunters on our land and always allow access to the river.  That
may just change if this 'WILD & SCENIC" thing goes through.  No one will be allowed to set
foot on my place and fences will go up everywhere along with wire fences across every roadway
and maybe even a few padlocks.

I also noticed your segment 3 length of 7.31 miles takes in the Colorado state Highway 90 bridge
crossing at the old townsite of PINON.  The bridge is on my property and therefore cannot be
considered in your segment 3 Hydro logic unit!  The land the bridge is on was deeded  to
Montrose County by me when the bridge was installed and therefore is on " County Property"
and not BLM property!!!  Please correct this Segment 3 before continuing on with your LAND
TAKE OVER.

As for the takeover of my Maverick 1 & 2 placer claims mentioned above, the BLM came to me
and asked me to relinquish the claims and in turn they would move one of claims above them
back onto the river.  A mistake was made when the claim was filed for originally and caused it to
be upon the hillside instead of down on the river.  I relinquished both claims and did not get the
promise they made me to move the claim.  I've been lied to and walked on enough by the BLM
and do not wish for any more of it.  Just stay off my property and my river and do not ask me for
any favors again.  Thank you kindly!!

Sincerely yours,

Sally Ann Wood Kichelmann
PO Box 656
Nucla, Co. 81424
woodsy8888@yahoo.com
Phone:970-864-2120

BLM_0109098

**James Bode**

| | |
|---|---|
| **From:** | SUE MAGEE <suemagee@bresnan.net> |
| **Sent:** | Wednesday, January 19, 2011 5:13 PM |
| **To:** | uformp@BLM.gov |
| **Subject:** | Opposition to enlarging Hughes Ditch |
| **Attachments:** | 11 01 19 BLM letter concerning Hughes Ditch.docx |

January 19, 2011

To Whom It May Concern:

Please open the attached word doc which expresses opposition to any increase of the Hughes Ditch that runs through Little Cone Ranch Subdivision.


This opposition represents 23 owners of property in San Miguel County.

Sincerely,
Sue Magee

BLM_0109099



**Little Cone Ranches**

Homeowners Association

2517 Oleaster Court
Grand Junction, CO   81505
970-245-4611

To Whom It May Concern:

As Secretary of the Little Cone Ranch Homeowners Association, I am writing to express opposition to any increase in the size of the Hughes Ditch that runs through Little Cone Ranch Subdivision (LCR) in San Miguel County.

Recently, our members received legal notices from Maynes, Bardford, Shipps and Sheftel about water issues and changes to the Hughes ditch.  These notices were received in the middle of the holiday season, not in a timely manner.  It has come to our attention that today is the last day for public comment.

Hughes Ditch is granted an easement through LCR, but it is not appropriate to increase that easement to enlarge the ditch to provide water to Montrose County.  An increase in the size of the Hughes Ditch will decrease property values in LCR cutting some lots in half.  There is also concern about breaks in a larger ditch causing flooding to houses below it.

The impact of depleting waters on Fall Creek will have a major impact on businesses in Telluride that rely on tourism, fishing, etc.  I would assume that an environmental study would be required to proceed.

As HOA Secretary I have received emails from our members.  We are in opposition to any increase in the size of the Hughes Ditch.  The LCR has 23 parcels of 35 acres that will be affected.

Sincerely,

*Sue Magee*
Secretary LCRHA

## James Bode

**From:**                Timothy Hendricks <tjhendricks@me.com>
**Sent:**                 Wednesday, January 19, 2011 12:18 PM
**To:**                   uformp@BLM.gov
**Subject:**              San Miguel

**Categories:**          WSR_to_be_filed

Please give The San Miguel Wild and Scenic status. I am a river guide and resident of San Miguel County. I depend on this river and never want to see it's water drained off for use in other counties.

Thank You

Timothy Hendricks

Sent from my iPad

BLM_0109101

**James Bode**

| | |
|---|---|
| **From:** | Vernon J Petri <vjpetri@petrilaw.com> |
| **Sent:** | Wednesday, January 19, 2011 1:58 PM |
| **To:** | uformp@BLM.gov |
| **Cc:** | timothy hendricks; Eric Painter; suemagee@bresnan.net; Nancy a. Branyas |
| **Subject:** | The Raping of Hughes Ditch and adjoining owners of land on Little Cone ranches |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | WSR_to_be_filed |

We strongly object to any change of the size of Hughes Ditch running smack in the middle of our property.  We use the Hughes Ditch Road to gain access to the bottom half of our 35 acres, essentially that would be considered "a Taking" in Condemnation Talk making the bottom half useless to the Branyas/Petri ranch.  Montrose Coiunty has no standing and hence no lega right to "take" land from persons outside of it's jurisdiction.  Montrose County cannot stand in the place and stead of the owners of the Hughes Ditch easement.  We would strongly disagree and fight any attempt by either Hughes, it"s heirs, or assigns or the government of Montrose County.

Further, we strongly object to depleating the waters of Fall Creek, a wild habitat, containing several species of trout, brookees, rainbow and brown trout,  Fall creek and Lake above it are a favorite fishing venue for many visitors to the area.  This attaction is important to St. Miguel County and it's merchants as well as the customers who visit it.  The water cannot be removed without an environmental impact study conducted by the Federal Government.  We have not been served by Montrose County which I understand is intent on taking this vital resource and we want to be notified in writing.  FURTHER I SAYETH NOT.

Vernon J. Petri
Attorney
Vernon J. Petri and Associates
2124 Hanna Ave.
Indianapolis, Indiana 46227
317 696 3680

BLM_0109102

## James Bode

| | |
|---|---|
| **From:** | April Montgomery <april@aprilmconsulting.com> |
| **Sent:** | Thursday, January 20, 2011 9:46 PM |
| **To:** | UFORMP@BLM.GOV |
| **Subject:** | San Miguel W&S comments |
| **Attachments:** | BLM.ltrW&S.doc |

--
April Montgomery Consulting
P.O. Box 551
Norwood, CO 81423
Ph: (970) 327-4575
Cell: (970) 729-1669
Fax: (970) 327-4575
Email: april@aprilmconsulting.com

1

BLM_0109103

April Montgomery
PO Box 551
Norwood, CO  81423


January 20, 2011


BLM Sub-RAC
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
Via email:  UFORMP@BLM.GOV

**Re:    San Miguel Wild & Scenic Suitability**

Dear Sub - Regional Advisory Committee:

First, thank you for your time and commitment to this process.  I appreciate all the effort BLM has made to create this informative, educational, and participatory Wild and Scenic decision making process for the San Miguel River.  I have attended each of the meetings, and listened to many Montrose and San Miguel County residents' comments.  I have repeatedly heard that the San Miguel River is just fine the way it is and the management does not need to be changed.  I disagree with this comment for several reasons: 1) I do believe that this area will continue to grow and will experience more water demands for municipal, agricultural and industrial uses as well as increased recreational demands; 2) fish populations may be thriving now, however if all of the conditional water rights currently filed on the San Miguel were to be developed, there would be a serious decrease in available water; already since 2008 there were 42 conditional and absolute water right filings; at the end of 2010, Montrose County filed for over 6,000 AF in additional conditional water rights; 3) the San Miguel is a key factor in keeping the 3 sensitive fish species from being listed as endangered and further W&S protections should be used to help keep these fish from being listed; 4) the current instream flow rights held by CWCB may protect the minimum amount necessary for fish, however they will not protect the recreational experiences, riparian habitat, and scenic beauty of our river that we have come to expect.

I have the following comments on specific reaches:

**1) San Miguel River**
- Segment 1 - this section should be found suitable to protect the recreational and scenic values, both of which are very important to the economy in San Miguel County.  There are no additional protections for recreational boating flows, and with continued future water needs, these flows are at risk.
- Segment 2 - with 100% federal land, this section should be considered as suitable for Wild classification.  This section is used by boaters and anglers from all over the state.  It contains stunning scenery; it is one of the few areas where one can have a primitive boating experience on the San Miguel, away from roads and development.   This is the best trout fishing on the San Miguel and has close to a Gold Medal status.
- Segment 3- this section should at least be considered for recreational suitability. The upper terminus of this section is habitat for the three sensitive species; this section is part of a great

boating section (from Beaver Creek to Pinyon) and includes the ledges, which is a very popular "play" section for kayakers.

- Segment 5 - although this section has a lot of private land, suitability is still important to protect the three sensitive fish species. This is an important section, as an intact native fishery and containing three superior riparian communities. Because this section contains the historic Hanging Flume is also an important section for tourism as well as deserves protection as on e of the 100 Most Endangered Sites on the World Monument Fund Watch List.
- Segment 6 - This section should be found suitable because it is habitat to the three sensitive species. It is also an enjoyable boating and biking section.

**2) La Sal Creek**
- Segment 2 - this section should be considered for suitability as it includes spawning grounds for the three sensitive species as well as GI species of vegetation and its scenic beauty. Please at least consider suitability for the federal section and cutting off the private lands in the upper terminus.
- Segment 3 - this section should be considered for suitability as it 100% federal land and is important spawning grounds for the three sensitive species; there are many other reasons to consider this section suitable, including G1, G2 riparian species, this is a popular hiking area from the Dolores river, and it supports other native fish species.

**3) Tabeguache Creek**
- Segment 1 as this stretch is 100% federal land and a primitive stretch with important riparian vegetation (G3), it should be found as suitable for a wild classification.
- Segment 2 this stretch should be found suitable as it is a tributary due to its vegetation (G1, G2), which is within the Co. Natural Heritage Program's Potential Conservation Area. Also, it is a tributary to the one Wild segment of the San Miguel River.

**4) Dolores River**
- Lower Dolores - this section of the Dolores should be found suitable to protect the three sensitive fish species as well as peregrine falcon habitat. This is a very nice boating section, with nice side canyons too.
- Segment 2 - this section of the Dolores should be found suitable to protect the three sensitive fish species as well as peregrine falcon habitat. This is also very nice boating section. The road from Bedrock to Uravan, along this stretch is popular for biking, sightseeing, and picnicking.

**5) Saltado Creek**
Because this creek is considered an Area of Critical Environmental Concern and has important riparian vegetation, it should be considered suitable. This is a remote creek that hasn't been impacted by development. Future water projects could impact Saltado and it is important that the flows and habitat be protected if these projects are constructed in the future.

**6) Naturita Creek**
Because this creek is spawning grounds for the three sensitive species, this creek should be considered suitable. As there is a lot of private land, please at least consider suitability for the public lands portion in San Miguel County as well as private land where landowners have placed conservation easements on their land and are not opposed to suitability.

2

**7) Beaver Creek**
With about 99% federal lands, this creek should be considered suitable and if necessary suitability could be stopped where it might interfere with proposed water facilities.

Thank you for your consideration of my comments and your efforts to determine the best management scenario for the San Miguel,

Sincerely,

*April Montgomery*

April Montgomery

3

**James Bode**

| | |
|---|---|
| **From:** | Chris Colter <ccolter@mtnvillage.org> |
| **Sent:** | Thursday, January 20, 2011 10:24 AM |
| **To:** | UFORMP@BLM.GOV |
| **Subject:** | Emailing: CCF01202011_00000 |
| **Attachments:** | CCF01202011_00000.pdf |

<<CCF01202011_00000.pdf>>
Please accept attached Wild And Scenic River Suitability Public Comments.

Thank you,


Chris Colter
PO Box 517
Placerville, CO 81430
cmcolter@gmail.com
970-728-4678

BLM_0109107

# RIVER SEGMENT COMMENT FORM

**My comments specifically pertain to the following stream segment:**

| | | | |
|---|---|---|---|
| ___ | Beaver Creek | ___ | Tabeguache Creek, Segment 1 |
| ___ | Dry Creek | ___ | Tabeguache Creek, Segment 2 |
| ___ | Naturita Creek | ___ | Lower Dolores River |
| X | Saltado Creek | ___ | North Fork Mesa Creek |
| ___ | San Miguel River, Segment 1 | ___ | Dolores River, Segment 2 |
| ___ | San Miguel River, Segment 2 | ___ | Ice Lake Creek, Segment 2 |
| ___ | San Miguel River, Segment 3 | ___ | La Sal Creek, Segment 1 |
| ___ | San Miguel River, Segment 4 | ___ | La Sal Creek, Segment 2 |
| ___ | San Miguel River, Segment 5 | ___ | La Sal Creek, Segment 3 |
| ___ | San Miguel River, Segment 6 | ___ | Lion Creek, Segment 2 |
| ___ | San Miguel River, Segment 1 | ___ | Spring Creek |

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**

## GENERAL

**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

Saltado Ck is a major tributary to the San Miguel River. The lower 4 miles is wild in that there are no roads or development. The vegetation allows for clean inflow into the San Miguel.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

Rare cottonwood-spruce-alder vegetation exist in Saltado Creek No roads or development in lower 4 mile stretch of Saltado Ck.

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

The lower 4 miles is owned 100% by federal gumt (BLM). oil & gas leases have gone to suction on private land adjacent to and above Saltado Ck in the Peninsula HOA development. Wild stats would decrease the possibility of oil & gas development on these adjacent parcels that could otherwise lead to erosion and loss of clean-flowing aspects of the watershed.

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

## ADMINISTRATION

**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

100% federal ownership of the lower 4 miles of Saltado Ck should allow for consistent and relatively easy management.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

9. **Issues that might make administering this segment difficult.**

10. **Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

## ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY

Name (optional): _Chris & Connie Colter_

Please contact me to discuss further: _(Yes)_  **No**

If yes, contact information: _emcolter @ gmail. com_

## James Bode

| | |
|---|---|
| **From:** | chason russell <chasonphoto@hotmail.com> |
| **Sent:** | Thursday, January 20, 2011 10:13 AM |
| **To:** | uformp@blm.gov |
| **Cc:** | Kate Tallerday |
| **Subject:** | Wild and Scenic suitability comment |
| **Attachments:** | ChasonRussell WS comments.doc |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | WSR_to_be_filed |

Attached please find a letter containing comments regarding 'Wild and Scenic' suitability directed toward the Uncompahgre Field Office. Should you have any questions or problems viewing this attachment please don't hesitate to contact me.

Sincere Regards,

Chason

Chason Russell
406 581 7637
chasonphoto@hotmail.com
www.chasonphoto.com

1

**Chason Russell**
**160 Alexander Overlook**
**Telluride, CO 81435**
**chasonphoto@hotmail.com**

**January 20, 2011**

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

Sent via email to:

UFORMP@BLM.GOV

**Re: Wild and Scenic Rivers Suitability Determination – Dolores River Basin, San Miguel, and Escalante Tributary**

To Whom It May Concern:

I appreciate the efforts of the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) to carefully assess the irreplaceable values of the Dolores, San Miguel and Gunnison Rivers and to identify administrative protections that can preserve these values for future generations.

I provide the following recommendations and support regarding Wild and Scenic Suitability:

As an avid outdoor recreational enthusiast and outdoor educator, I have considered the issues and alternatives relevant to the Dolores, San Miguel and Gunnison river basins and their tributaries. Specifically sections of the Dolores River segment 25(hanging flume), segment 2 (bedrock to San Miguel confluence), lengths of the San Miguel River Segments 1 and 2 (Leopard Creek through Norwood Canyon,) Segment 3 (ledges), Segment 6 (Atkins Creek to Dolores confluence) and tributary Tabeguache Creek (segments 1and 2.) Also, Escalante Creek (segment 1,2) a tributary of the Gunnison River.

As a 30 year resident of San Miguel County, the rivers have provided important and invaluable experiences for myself, friends and students through out many years of river related endeavors. Most notably experiences as an educator and kayak instructor on many of the river sections listed above.

BLM_0109112

Segment 2 of the Dolores River from Bedrock to the San Miguel confluence with its geological wonder is an easily assessable, highly scenic, exciting section of river, rarely navigable because of plaguing low flows released from McPhee Dam. This section is in dire need of Wild and Scenic protection.

The San Miguel River has provided endless learning opportunity in my youth and recently in the students I have had the opportunity to expose to the valuable free flowing waters of the San Miguel. Segment 6 of the San Miguel and Segment 25 of the Lower Dolores River (Hanging Flume) have repeatedly been ideal sections of river for teaching beginner kayakers through the Telluride Kayak School. Students are left with a new understanding of desert river ecology and an enhanced understanding of the incredible history that is visible while floating this scenic section of river. We have viewed abundant wildlife including bear, coyote, deer, beaver and numerous bird species, far too many to list. Often times this section of river exposes students to their first recreational river boating experience, creating appreciation, sense of stewardship, and a starting point as recreational boaters. Students come from a wide range of demographics from West-end locals to affluent east coasters. It deserves protection and is certainly suitable for Wild and Scenic designation.

Slightly upstream I have had the rare opportunity kayak some 20 miles of an important tributary of the San Miguel, Tabeguache Creek (Segments one and two). This was one of the most remote, wild sections of water that I have paddled in Colorado. The amount of wildlife on this section including 2 bears, raptors, water foul, and numerous signs of deer, elk, and mountain lion was astonishing. Certainly Tabeguache creek is a suitable section of free flowing stream worthy of wild and scenic designation.

Continuing upstream on the San Miguel River, segment 1-3 from Leopard creek through Norwood canyon to Pinon Bridge holds incredible recreational value. As understood in the initial 'Eligibility Report' this section of river is widely used for commercial rafting and fishing use. This section of river with its fun continuous nature is unique in our region and entertains boaters of all ability levels. Norwood canyon offers multi day or a long full day of boating in a wilderness like setting. The 'ledges' features on this section of river attracts kayakers from around the region while the water levels are high. These visitors often spend time and money in the west-end communities near this section of river, boosting their economy.

Moving across the Uncompahgre Plateau, Escalante Creek has been nominated for Wild and Scenic designation. Segment one (1) of this unique river with its sandstone canyon rim and metamorphic inner gorge is stunningly beautiful, and a recreational boaters paradise. When the spring run-off surges through the canyon, kayakers enjoy moderately difficult and challenging whitewater in a wild and scenic setting, despite the unimproved road that parallels the river corridor above the inner gorge. Many species of birds including the Peregrine Falcon find this river canyon sanctuary through out the year as well. Escalante creek entices kayakers from all over the four corner states and beyond. Escalante Creek is certainly suitable for Wild and Scenic designation and deserves its protection.

In conclusion, I find designating segments of South Western Colorado's rivers and streams as 'wild and scenic' an import step in preserving them for generations to come. The delicate wildlife and ecology of these river systems needs all the help it can get. Their value as free flowing river systems is far greater than any other use imaginable.

Thank you for your serious consideration of my comments.  The BLM is welcome to contact me if any further discussion is needed.

Sincerely,

Chason Russell

**Chason Russell**
**Telluride Academy Senior Instructor**
**160 Alexander Overlook**
**Telluride, CO 81435**
**chasonphoto@hotmail.com**

BLM_0109114

**James Bode**

| | |
|---|---|
| **From:** | Daniel Collins <dan.collins@asu.edu> |
| **Sent:** | Thursday, January 20, 2011 2:15 PM |
| **To:** | UFORMP@BLM.GOV; katetallerday@gmail.com |
| **Subject:** | Wild and Scenic letter from Collins at Deep Creek |
| **Attachments:** | W&S-BLMComments-Collins_012011.doc |

Jan. 20, 2011

Please find attached letter concerning the Wild and Scenic program.

Sincerely,

Dan Collins

Dan Collins, MFA, PhD
President, Board of Trustees
Telluride Institute
PO Box 1770
Telluride, Colorado 81435

dan.collins@asu.edu

BLM_0109115

**Dan Collins, MFA, PhD**
**26 Deep Creek Road, Telluride, CO 81435**
**dan.collins@asu.edu**

**January 20, 2011**

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado  81401

Sent via email to:

UFORMP@BLM.GOV

**Re: Wild and Scenic Rivers Suitability Determination – Dolores River Basin,
including San Miguel and tributaries**

To Whom It May Concern:

I appreciate the efforts of the Bureau of Land Management (BLM) Uncompahgre Field
Office (UFO) to carefully assess the irreplaceable values of the Dolores and San Miguel
Rivers and to identify administrative protections that can preserve these values for future
generations.  I am seeking a balance between administrative oversight, public access and
education, and the preservation of individual property rights.

I am a professor at Arizona State University as well as President of the Board of the
Telluride Institute.  Much of my work at ASU involves issues of sustainability—often
using digital mapping strategies to illuminate issues with respect to water use and
management.  At the Telluride Institute, we have a long history in Watershed Education
and have played an important role in the ongoing dialogue surrounding the conservation
of the San Miguel River basin in particular.  We offer free watershed education modules
to all of the 26 schools located in the watershed.  We are currently working on an
exhibition called "The Watershed Atlas" that will be featured at the Ah Haa School
during the month of August, 2011.  I am keenly aware of and actively engaged in
maximizing the potential of the watershed to serve as a "living classroom" affording
unique educational and cultural opportunities.

I have considered the issues and alternatives relevant to the San Miguel river basin and its
tributaries—particularly Deep Creek, which runs through our 70 acre property at the
confluence of Deep Creek and the San Miguel River.  My family has owned the property
for over 50 years.  Additionally, my great grandfather, grandfather, and great uncles all
owned ranches on Deep Creek mesa at various times over the past 120 years.  Some
members of the family have also been involved in mining operations in the basin.  Thus,
through family history, I have long acquaintance with the various land use and
management issues associated with the Deep Creek watershed.

BLM_0109116

While I am living full time here presently, over the years my family and I split our time between Arizona and Colorado. We currently live in a 111 year old house that is literally 15 feet from the water's edge of Deep Creek. We are in a position to monitor the health and subtle nature of Deep Creek on a daily basis. Additionally, as the confluence of Deep Creek and the San Miguel River is within 800 feet of our back door, we can provide anecdotal information about the uppermost reach of the San Miguel River under consideration for the Wild and Scenic designation.

We have a long history of engaging the various hydrological and ecological aspects of the Deep Creek basin--including water rights, irrigation of Deep Creek Mesa, seasonal flow characteristics, wildlife, flora, riparian habitat, etc. My "place-based knowledge" comes from family history, personal research, and living off and on at the water's edge for over 50 years. As a family, we consider ourselves stewards of Deep Creek. Indeed, we are the only family living directly on the creek. We have taken steps over the years to protect the stream banks from erosion through systematic preservation of the willows and other riparian plants. We have removed historical outhouses that were located hard on the water's edge and replaced them with either chemical toilets or composting units well away from the creek. We have removed debris resulting from extreme weather which could have resulted in flooding and/or downstream clogging of culverts (in particular the twin culverts that carry Deep Creek under State Highway 145). We have carefully monitored fish habitat and recreational fishing to help preserve its native cutthroat population (Deep Creek is, as far as I know, one of only two streams in the watershed designated as a cutthroat preserve). While we have provided access to camping—both public and private—we ensure that impacts from recreational use are minimal. We have hosted numerous art, science-based, and environmental workshops that highlight the unique characteristics of Deep Creek. Additionally, we continue to hold the permit to a patented mining claim on the property (west of Deep Creek Road). This is an "inactive" limestone mine used most recently to mitigate sulfur emissions from the power plant in Nucla. As mine operators, we are charged with managing storm-water runoff and safety. Part of our management plan includes settling ponds that keep silt from the access road and mine site from entering the aquifer and stream proper. I mention this because our involvement in mining underscores the diverse uses—and responsibilities—that comprise the spectrum of activities in the San Miguel River watershed and the larger region.

While I applaud the efforts to preserve the Outstandingly Remarkable Values that characterize much of the watershed, I am also struck by the lack of compatibility and contradictory uses that can be found currently along the banks of the San Miguel River and its tributaries. In particular, the County and State road maintenance sheds that occupy the alluvial plain at the foot of Deep Creek are completely out of synch with both the Wild and Scenic designation and parallel (earlier) efforts of the National Scenic Byways program (a program of the Federal Highways Administration). Incidentally, much of the area under consideration by for the Wild and Scenic designation has already been recognized by the National Scenic Byways program. Here is a brief synopsis:

- San Juan Skyway (All American Road), is Colorado's first scenic byway. This paved state highway winds for 236 miles through the heart of 5 million acres on the San Juan and Uncompahgre National Forests offering views of spectacular, rugged, and primitive country as

well as cultural and historical sites. The entire loop takes you through Durango, Silverton, Ouray, Ridgway, Telluride, Ophir, Rico, Dolores, Cortez and Mancos. An interpretive site and accessible restrooms are available on Hwy. 145 at the top of Lizard Head Pass.

The reach of the San Miguel River from Deep Creek to Leopard Creek and that part of the basin drained by Leopard Creek on Dallas Divide are absolutely parallel with this National Scenic Byway program. From the best I can tell from the map at http://nativeecosystems.org/gis/map-archive/ufo-ws, the two road maintenance facilities occupy in essence a "gateway" position to the Wild and Scenic reach below where Deep Creek enters the San Miguel. Ideally, these two facilities would be relocated to a more appropriate site—such as the region already occupied by industrial users in Illium Valley or Society Turn.

Why has industrial development (County and State road sheds) been allowed at the foot of Deep Creek in clear contrast to the recommendations of the earlier Federal Scenic Byway program? Would the added designation of "Wild and Scenic" really make any difference when push comes to shove between County and State agencies? Could it be utilize to leverage the relocation of the road sheds?

If I have any reticence surrounding the Wild and Scenic designation it is simply this: Can landowners with significant means and other powerful stake holders (e.g., County and State agencies) simply bypass the recommendations of the Wild and Scenic program…as they have clearly done with earlier programs such as the Scenic Byway program? What guarantees do I have as a small landowner, with an interest in preserving the Watershed, that my voice will be heard? I don't want to be subject to additional regulation at the Federal level when others with more powerful voices can seemingly ignore such mandates. Further, would the "mixed uses" supported by Ag Forest zoning along much of the River be preserved? At Deep Creek, we value the combination of pristine riparian area and mining history. Are such diverse uses—all within the canyon walls of the San Miguel River—fully compatible with the tenants of the Wild and Scenic designation?

Finally, there is already a host of regulations set forth by San Miguel County protecting the San Miguel River, its tributaries, and the riparian ribbon that defines the watershed. See for starters the labyrinthine Land Use Code available through http://www.sanmiguelcounty.org. Would the Wild and Scenic designation simply add a layer of bureaucracy to the already ponderous approval process in place for public and private uses in the Watershed? If we are only doubling the bureaucracy and not actually adding additional protections (here I am displaying my ignorance of the full extent of the Wild and Scenic designation), I hesitate to lend my full support. Along with these concerns, what kind of sustainable management plan—and what consequences when its provisions are violated—would be put in place?

In summary, the conversation surrounding the Wild and Scenic designation prompts contradictory responses (which may or may not be helpful to this process). I am fully in support of the *spirit* that has prompted the discussion around the potential Wild and Scenic designation. I endorse efforts to preserve and protect the diverse uses of the San Miguel River. However, I have concerns about the doubling of bureaucratic oversight of

the River and a skeptic's eye towards who or what entities would really bear the brunt of any increase in regulation.  I am most supportive of those efforts that increase the educational opportunities in the watershed and extend the benefits of the river to a diverse and respectful population of users.

Lastly, significant progress towards mitigating the condition of the River has been made over the past several decades.  My father, Elwood Collins, who was born in Sawpit, used to tell us stories about how the river ran a sinister "cerulean blue" when he was a kid in the second decade of the 20th century.  His mother and grandmother, who ran the Sawpit store in the teens and early twenties, would not let my dad or his sister near the river due to its toxicity.  Though a "died the wool" Republican, he applauded the efforts at river clean up.  He was enchanted by the clear waters at the confluence of Deep Creek and the San Miguel that he was able to enjoy in the late 60s, 70s, and 80s until he died in 1987.

Thank you for your serious consideration of my comments.  The BLM is welcome to contact me if any further discussion is needed.


Sincerely,


**Dan Collins**
**President, Board of Trustees, Telluride Institute**
**26 Deep Creek Road, Telluride, CO  81435**
**Dan.collins@asu.edu**

**James Bode**

| | |
|---|---|
| **From:** | Erik Dalton <erikdalton@hotmail.com> |
| **Sent:** | Thursday, January 20, 2011 1:46 PM |
| **To:** | UFORMP@BLM.GOV |
| **Cc:** | Kate Tallerday |
| **Subject:** | Wild and Scenic Rivers Suitability Determination-Dolores River, including San Miguel and tributaries |

To Whom It May Concern:

I appreciate the efforts of the Bureau of Land Management Uncompahgre Field Office to carefully assess the irreplaceable values of the Dolores and San Miguel Rivers and to identify administrative protections that can preserve these values for future generations.

I provide the following recommendations regarding Wild and Scenic:

-I have been both a San Miguel County resident and business owner for 8 years.

-I have been an avid kayaker, rafter, and fisherman on the upper San Miguel since 2003, giving me first hand knowledge of the upper two segments of the San Miguel currently up for Wild and Scenic Designation. I have also owned and operated a full service kayak shop and kayak school during this time and we have worked extensively guiding trips on those portions of the San Miguel River. This unique perspective has given me the chance to appreciate both the river's inherent natural qualities, beauty and biodiversity as well as the positive economic impact a healthy river system can have on a region.

-As stated above, I am most familiar with sections one and two of the upper San Miguel River because of my extensive personal and professional use of those river sections. Both these sections have many characteristics that should qualify them for a Wild and Scenic Designation, including the inherent natural beauty of the river and it's surroundings as it runs through these upper canyons, the variety and quality of plant and animal life found throughout these two river segments, the exceptional recreational opportunities these segments offer to all different kinds of river enthusiasts, and the fact that the San Miguel River is one of the last remaining undamned tributaries of the great Colorado River. Section 1 of the upper San Miguel provides the closest and most popular access to the upper San Miguel River from Telluride, and is the section we use most often in conjunction with our kayak school. Often times, this upper section of the river is the first impression of the San Miguel River that many of our clients get, and they are consistently impressed with the beauty of our local river. This section provides great kayaking, rafting and fishing during many months of the spring and summer, providing a huge economic boost for river-based businesses such as mine. Section 2 of the upper San Miguel River is an extremely special section of river, providing a true wilderness river experience for those recreating on that section. The remoteness and beauty of this section of river is reason in itself to qualify it for a Wild and Scenic Designation.
Trout fishing along this segment has been measured by the DOW to be at almost Gold Medal standards, and the deep canyon this section flows through creates ideal water for kayaking and rafting. In addition, some great waves and recreational spots specifically for kayaking are located in this section, and I have personally spent dozens of days on this section of river because of how special it is.

-I am in a unique position of owning a local business that is directly impacted by the Upper San Miguel River. Owning both a outdoor retail shop on main street in Telluride that outfits and sells to many local river recreationists, as well as a local Kayak School that has permitted operations on the upper sections of the San Miguel River, I care very much about creating a sustainable future for this river system, and feel a Wild and Scenic Designation of these two upper sections would do just that. Between the two businesses, we employ

1

BLM_0109120

8-10 local residents during the summer whose jobs are directly linked to the health and flow of the Upper San Miguel River. The future viability of the recreational opportunities on the Upper San Miguel not only allows us to hire, pay and keep employed these workers each season, but also creates a direct income of $80,000-$200,000 depending on the season. These are for the most part out-of-town dollars that tourists pay to experience the San Miguel River by allowing us to take them kayaking and supplying them with the necessary equipment to do so safely. If the Upper Sections of the San Miguel are not protected properly, I am sure we will see a decrease in these out-of-town dollars spent locally as a result of the recreational river economy.

More generally, the total economic impact of commercial use on the San Miguel River in 2009 was $1,103,756, which comprised about 1 percent of the total market share for economic impact in the state of Colorado. There is no doubt in my mind that a Wild and Scenic Designation on these upper sections of the San Miguel River will help draw more river recreationists and tourists to the area, and boost not only the economic impact of commercial use for the river but also the general economic impact of more visitors staying and recreating in our county. There are many other commercial enterprises that use the river throughout the year besides our businesses, and we all cumulatively benefit from the many Outstanding Remarkable Values found throughout the upper two sections of the San Miguel River. The river helps us all make a living for ourselves as well as our many employees, provides the opportunity to draw visitors and dollars from outside our county to recreate and spend here, and is an irreplaceable natural asset for the many surrounding communities.

-I strongly encourage the Bureau of Land Management to find eligible both sections 1 and 2 of the Upper San Miguel River for Wild and Scenic Designation.

Thank you for your serious consideration of my comments. The BLM is welcome to contact me of any further discussion is needed.

Sincerely,

Erik Dalton
Jagged Edge Telluride
Telluride Kayak School
223 E Colorado Ave
Telluride CO 81435
Erik@jagged-edge-telluride.com

BLM_0109121

**James Bode**

| | |
|---|---|
| **From:** | Gregory Craig <greg_craig@msn.com> |
| **Sent:** | Thursday, January 20, 2011 4:18 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | WSR Comments |
| **Attachments:** | 2011-01-20 G Craig WS Comments to BLM.pdf |

Dear BLM:

Attached please find comment form related the Wild and Scenic River process.

Sincerely,

Greg Craig

1

**BUREAU OF LAND MANAGEMENT**
**WILD AND SCENIC RIVER SUITABILITY PUBLIC COMMENTS**
**San Miguel and Dolores Rivers**

Thank you for your interest in providing comments regarding Wild and Scenic River suitability for the BLM Uncompahgre planning effort.

**COMPLETING THE RIVER SEGMENT COMMENT FORM**
- Comments may be typed or handwritten.

**Submit written comments by January 20, 2011:**
- Email completed forms to: UFORMP@BLM.GOV
- Or mail completed forms to: BLM Uncompahgre Field Office, 2465 South Townsend Avenue, Montrose, Colorado 81401

*Please:*
- Address only those eligible river segments about which you have specific knowledge or concerns.
- For each segment, address only those Wild and Scenic suitability criteria about which you have specific knowledge or concerns.
- Be factual and as specific as possible regarding issues, locations, dates, and times.

**PROVIDING EFFECTIVE COMMENTS**
**Substantive comments do one or more of the following:**
- Raise issues the BLM has not considered and reinforce issues the BLM has already identified
- Present reasonable alternatives
- Present information that can be used when developing alternatives or considering the impacts of alternatives

**TYPES OF COMMENTS TO AVOID**
**Comments that are not substantive include:**
- Comments in favor of or against an action without providing a rationale (such as "I don't like...").
- Comments that simply agree or disagree with BLM policy.
- Comments without justification or supporting data (such as "allow more grazing").
- Comments in the form of vague, open-ended questions.

**Visit the UFO Wild and Scenic River Studies page to learn more about the process:**

**http://www.blm.gov/co/st/en/fo/ufo/wild_and_scenic_river.html**

BLM_0109123

## RIVER SEGMENT COMMENT FORM

**My comments specifically pertain to the following stream segment:**
___ **Beaver Creek** ___ **Tabeguache Creek, Segment 1**
___ **Dry Creek** ___ **Tabeguache Creek, Segment 2**
___ **Naturita Creek** ___ **Lower Dolores River**
**XX Saltado Creek** ___ **North Fork Mesa Creek**
___ **San Miguel River, Segment 1** ___ **Dolores River, Segment 2**
___ **San Miguel River, Segment 2** ___ **Ice Lake Creek, Segment 2**
___ **San Miguel River, Segment 3** ___ **La Sal Creek, Segment 1**
___ **San Miguel River, Segment 4** ___ **La Sal Creek, Segment 2**
___ **San Miguel River, Segment 5** ___ **La Sal Creek, Segment 3**
___ **San Miguel River, Segment 6** ___ **Lion Creek, Segment 2**
___ **San Miguel River, Segment 1** ___ **Spring Creek**

**Please address only the characteristics (below) regarding this segment about which you have specific knowledge, concerns, or comments.**
**GENERAL**
**1. Characteristics which might or might not qualify this segment for WSR designation, including this segment's contribution to the integrity of a river system or basin.**

Saltado Creek is virtual primitive wilderness today. With the exception of grazing on BLM land and hunting in the fall it generally sees little or no human activity. There are <u>no roads</u> in the canyon, unique among major San Miguel River tributaries. The riparian areas contain many important species identified in the Colorado Natural Heritage Program. The BLM owns most of the area surrounding Saltado Creek and, at least on the east side, the adjacent private owners who are all members of the Peninsula Owners Association, Inc. are very supportive of "wild"designation and intend to maintain their land in the canyon below the mesa rim as wild. The creek itself is completely freeflowing with source waters in the mountains to the south. The canyon and much the San Miguel canyon were identified by the Nature Conservancy as critical terrain in its evaluation of the southern rockies regional ecosystem as a major transit areas for key wildlife species in western Colorado.

Perhaps most important is that the San Miguel Canyon serves as a wildlife "superhighway" between the San Miguel River corridor and the mountains to the south including Little Cone and the Dolores Range. It is a wild connector between the Uncompaghre Plateau and the southern San Juans.

The Saltado Creek Canyon is one of the last vestiges of essentially primitive American wilderness in the San Miguel River watershed.

**2. Known federal, state, regional, tribal, local, or other public interests in designation or non-designation.**

*"The Congress declares that the established national policy of dam and other construction at appropriate sections of the rivers of the United States needs to be complemented by a policy that would preserve other selected rivers or sections thereof in their freeflowing condition to protect the water quality ofsuch rivers and to fulfill other vital national conservation purposes."* – from the preamble to the Wild and Scenic River Act.

There are no other major tributary canyons to the San Miguel that are as untouched as Saltado. The freeflowing nature and primitive condition are archetypal for what was envisioned above in the Wild and Scenic River Act.

**3. Outstandingly remarkable values (ORVs) that could be affected by designation or non-designation.**

BLM_0109124

Without designation and management as a "wild" segment Saltado is vulnerable to oil/gas development, impoundment structures, eventual off road vehicle use and more damaging uses. The wild nature of the canyon would be destroyed by any of these development activities, all of which are allowed under the current management plan and would continue to be possible if not designated as "wild." Specific ORV's that would be destroyed if any of this happened include: important riparian plant communities, wildlife corridors, spectacular geology, freeflowing stream, some native American cultural artifacts and a beautiful space untouched by the sounds of human activity.

## LAND OWNERSHIP AND USES

**4. Status of land and mineral ownership for this segment and the associated river corridor, including historical or existing rights that could be adversely affected by designation or lack of designation.**

Most of the land in Saltado Canyon is owned and controlled by the US Government under the aegis of the BLM. The remaining portion, primarily on the east side is owned by individual owners all of whom are members of the Peninsula Owners Association, Inc. who are unanimously in support of the "wild" designation. Federal subsurface mineral estate within ¼ of the stream have been withheld from leasing by the BLM while wild and scenic status evaluation is underway. Much of the mineral estate just beyond that has been leased by adjacent landowners collectively.

**5. Compatibility or incompatibility of designation with current land and water uses and development.**

"Wild" designation and management would not conflict with any current uses as long as grazing and hunting were preserved which they should be.

**6. Reasonably foreseeable potential land and water development and uses that could be affected by designation.**

Gas/oil leasing would be eliminated in the canyon, which it should be.

## ADMINISTRATION
**7. Ability to manage and protect this segment as a WSR, including any existing and potential mechanisms for protecting this segment's ORVs other than WSR designation.**

Given the advent of long distance horizontal drilling it is possible that any subsurface resources could be developed from adjacent areas if ever needed. At a minimum No Surface Occupancy status should be permanently attached to the federal estate surrounding Saltado Creek.

**8. Consistency of designation with other BLM plans, programs, and policies and regional objectives.**

**9. Issues that might make administering this segment difficult.**

None though some effort would be needed to eliminate occasional illegal ORV access which has occurred in the past through trespass on lands of Peninsula Owners Association members.

**10. Adequacy of local zoning and other land use controls and ability of state/local government to manage and protect this segment's ORVs on nonfederal lands.**

San Miguel County's zoning regarding development on steep slopes virtually eliminated the possibility that private lands on the canyon wall would ever be developed.

**ADDITIONAL COMMENTS REGARDING JURISDICTION AND MANAGEABILITY:**

Adjacent landowners on the east side would be willing to work with BLM to insure permanent protection for lands surrounding BLM's estate in the Saltado Canyon. As risk of repetition if ever there was a segment perfectly suited for "Wild" designation it is Saltado Creek. The portion proposed is all federal land, the mineral estate beyond that is not currently leased and the probability of economically recoverable oil and gas resources has been shown to the BLM to be extremely unlikely. With the small exception of some effort needed to protect the most critical riparian areas from ongoing inadvertent damage from grazing little additional management resources would be needed.

**Name (optional):**
**GREGORY L CRAIG**
 Note: I own 140 acres on the east side of Saltado Canyon and conditional water rights for 13 acres feet. I, and my neighbors, have spent years hiking in this canyon.
**Please contact me to discuss further:  Yes   No**
**If yes, contact information:** If needed: Greg_Craig@msn.com or 877-502-5117

**James Bode**

| | |
|---|---|
| **From:** | John Gould <jdhjgould@comcast.net> |
| **Sent:** | Thursday, January 20, 2011 8:55 AM |
| **To:** | uformp@BLM.gov |
| **Subject:** | FW:  Hughes Ditch expansion Case Number 10CW202 |

To whom it may concern:

I strongly object to the expansion of the Hughes ditch as proposed by Montrose County, District Court, Water Division 4, Case 10CW202.  This will have an extremely detrimental effect on the properties on Little Cone Ranches (LCR) as well as the wild life in the area.  The demand downstream for more water is unsustainable and irresponsible.  It is wrong to devalue and ruin property of one group, so another group can take and waste more natural resources.  When does it end and how much open space and preserves must be ruined in the name of city expansion or agricultural subsidy. As a property owner in LCR, I will fight this measure with every legal recourse available to me.  So called water rights are not an open license to condemn or ruin the property of others.  Mutual respect for private property is one of the most basic of tenants of our legal system. This proposal egregiously violates that.  Further, it is not the way of the Colorado that I know.  Conservation, sustainability, respect for the land and the rights of property owners is what Colorado should stand for.

Respectfully,

John Gould
Tract 19 Little Cone Ranch

1

BLM_0109127

**James Bode**

| | |
|---|---|
| **From:** | Jenny Russell <jenny.russell@lawtelluride.com> |
| **Sent:** | Thursday, January 20, 2011 4:38 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | Comments on Wild and Scenic Suitability:  San Miguel River |
| **Attachments:** | 20110120 San Miguel W&S Comment Letter.pdf; ATT781718.htm |

Attached please find my comments on the proposed suitability of the river for wild and scenic designation.

Sincerely,
Jenny Russell

BLM_0109128

JENNIFER RUSSELL
jenny.rplaw@lawtelluride.com



**russell & pieterse**
LLC, Attorneys

January 18, 2011

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
UFORMP@BLM.GOV

Re:    *Wild and Scenic Rivers Suitability Determination;*
       *Dolores River Basin, including San Miguel and tributaries*

To Whom It May Concern:

As a water attorney who lives, works and recreates in both the upper and lower Dolores and San Miguel River basins, I support the determination of suitability of the San Miguel River and the lower Dolores River basins as detailed below.

*San Miguel River 1 – Recreational*
I strongly support the suitability designation because this segment of the river is a critical recreational, economic and ecological component of the Telluride and Norwood regions, as well as the lower San Miguel region. The river is used by thousands of people each year for rafting, kayaking, fishing, wildlife viewing, and other recreational activities for which a healthy river, with annual high flows is essential.  A finding of suitability is the *only* way to protect these characteristics and the flows that protect them.

*San Miguel River 2 – Wild*
I strongly support the suitability of this segment for wild designation.  This is an important segment of the river because it is not adjacent to a road and consequently has not suffered the impacts typical of so many rivers in Colorado. This area is a treasure for its intact riparian communities and quiet, wild, road-less nature and is stunningly beautiful.  This segment is located almost entirely on federal lands with only small portion of private land abutting the river corridor.

*San Miguel River 3 – Scenic*
I support suitability of this segment for the less stringent scenic designation only due to the impact of the large CC Ditch diversion.  Nevertheless, this is a remote and beautiful section of the river with extraordinary recreational opportunities for rafting, kayaking and trout fishing. Protecting the river and its flows for rafting and kayaking increases the economic benefits of the river because it allows local boating and fishing guides to provide multi-day river trips, which are high-value recreation and a significant positive economic generator for the local community.

PO Box 2673   232 E Pacific Ave   Suite R   Telluride, CO 81435   T 970.728.5006   F 970.728.5976

BLM_0109129

Wild and Scenic Comments: San Miguel River
January 19, 2011
Page 2 of 2

Moreover, without a designation of suitability, a large-scale mining operation could be developed to the detriment of the river's natural and recreational values.

*San Miguel River 5 – Recreational*
In some ways, this is the most spectacular segment of the San Miguel River, and I strongly support suitability for recreational designation. In addition to unparalleled sightseeing opportunities, this segment supports habitat for three of the four species of concern on the San Miguel River. A suitability designation and appropriate flows will help sustain the species and help to prevent a listing of the species under the Endangered Species Act. I have been involved in rivers subject to ESA concerns in the past, and I strongly believe that avoiding a listing is far better alternative for all interests.

*San Miguel River 6 – Recreational*
For the reasons stated above, I believe that a designation of recreational suitability is both appropriate to protect these values and critical to support the fish species.

*Lower Dolores River – Scenic*
I support suitability of this segment as absolutely critical to maintaining the ecological viability of this segment. This segment supports critical native fish habitat, is inaccessible in critical areas, and flows through a stunning, deep desert canyon. I have rafted this segment, and it is beautiful, quiet and somewhat inaccessible.

*Tributaries: Beaver Creek, Dry Creek, Naturita Creek and Saltado Creek –Various Designations*
I support designation of the tributaries pursuant to their preliminary classifications. Beaver Creek is a major tributary to the San Miguel River and is one of the most significant canyons along the river. Dry Creek is remote and primitive and can be protected along much of its length. Naturita Creek is an absolutely critical wildlife corridor, essentially roadless, and harbors populations of native fish "species of concern". Saltado Creek is another significant tributary in the middle San Miguel River canyon that is primitive, inaccessible and harbors important vegetation. All of these tributaries are at significant risk from recent water development activities, as well as future development.

I look forward to protection of the San Miguel River, its tributaries and the lower Dolores River and their numerous outstanding scenic, recreational and ecological values for future generations to enjoy.

Sincerely,

Jennifer Russell

BLM_0109130

**James Bode**

| | |
|---|---|
| **From:** | Kate Tallerday <katetallerday@gmail.com> |
| **Sent:** | Thursday, January 20, 2011 4:18 PM |
| **To:** | UFORMP@BLM.GOV |
| **Subject:** | Wild & Scenic Comments - Kate Tallerday |
| **Attachments:** | Tallerday-W&S-BLMComments.doc |

To Whom it May Concern,

Please find my personal comments regarding the suitability phase of the Wild and Scenic process attached.

Thank you,

Kate Tallerday
cell: 970.708.0180
email: katetallerday@gmail.com

BLM_0109131

**Kate Tallerday**
**530 Redcliff Circle Unit 103**
**Ridgway, CO 81432**
**katetallerday@gmail.com**
**970-708-0180**

**January 20, 2011**

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado  81401

Sent via email to:

UFORMP@BLM.GOV

**Re: Wild and Scenic Rivers Suitability Determination – Dolores River Basin,
including San Miguel and tributaries**

To Whom It May Concern:

I appreciate the efforts of the Bureau of Land Management (BLM) Uncompahgre Field
Office (UFO) to carefully assess the irreplaceable values of the Dolores and San Miguel
Rivers and to identify administrative protections that can preserve these values for future
generations.

I provide the following recommendations regarding Wild and Scenic Suitability:

I am a Ouray County Resident, but and have lived in San Miguel County and the region
for 9 years.  I was formerly the Director of the Telluride Institute's Watershed Education
Project (WEP).  The value of the river as an educational resource is certainly important
and worthy of mention.  Preserving the river's Outstandingly Remarkable Values with a
Wild & Scenic listing will definitely help to maintain the river long term as an important
learning tool for people of all ages.  WEP has been involved in educating people of all
ages throughout the watershed over the past few decades.  WEP's educational reach
includes 5 school districts within the San Miguel River watershed including students
from Telluride, Ophir, Sawpit, Placerville, Norwood, Naturita, Nucla, Paradox, and other
surrounding areas.

As an educator I was able to witness first hand the ability of the San Miguel River to
impact and draw together learners of all ages.  WEP has developed and implemented a
variety of programs and curricula that use the river as a force to connect people
throughout the watershed.  I was personally involved with the following programs:

**West End Day Camp**

During this camp WEP partnered with the Telluride Academy and Telluride Kayak school to offer week-long programming to students from Naturita and Nucla.  Vicki Phelps, a long-time Naturita resident and 3rd grade educator at Naturita Elementary School was one of the counselors for this program.  Students and camp leaders spent a significant amount of time along San Miguel River Segment 6 and Lower Dolores River Segment 25, both in the water learning kayaking skills, along the riparian areas learning about local ecology, and using the river as a place for personal reflection and connection with other students.

**Naturita Elementary 3rd Grade Art Project**

During this educational program, WEP led Vicki Phelps' 3rd grade students to San Miguel River Segment 6 to perform an art project based on the work of Andy Goldsworthy along the riverbanks.  It was one of the most inspiring educational units I've been lucky enough to be a part of.  The young students were supremely focused on their work utilizing local plants, driftwood from the river, river rocks and such to create unique art pieces on the sandy banks.  They were so proud, dedicated, and in awe of their own and other students' work, and many expressed how valuable it was to spend time in such a quiet and serene river environment.

**San Miguel River Watershed Tours**

While at WEP I was involved in many daylong watershed tours with students from each school district in the watershed.  We visited San Miguel River Segments 1, 2, 3, 5 and 6 along the way, again using the river itself and riparian corridors as teaching tools.  In some tours students used glass mason jars to peer into the river and analyze what they saw.  In other tours students performed more detailed analysis of water quality and riparian health.  Watershed tours allow students from one end of the watershed to interact directly with community members, history, and life zones they may never have seen or traveled to.  It is another opportunity WEP takes advantage of to create a sense of stewardship and place within students in their own backyard, by using the river as the focal point.

**Service Learning Projects**

WEP has led service learning projects to help control Tamarisk and Russian Olive invasive species along the river corridor in partnership with The Nature Conservancy along San Miguel River Segment 5.

**Special Note:  San Miguel River Segment 6**

I would like to mention that Segment 6 has been considerably influential for students and educators of all ages, and for me personally.  To tell a student about what a confluence is while they are sitting in a classroom miles away from the river is one way to educate.  It is much more effective to travel on a bumpy road in a school bus with 25 students and explain to them what the Hanging Flume is and what it was used for while they stare out the bus windows with wonder on the way to the confluence.  To then arrive at the confluence, get out of the school bus, and walk with students down to the river bank where they can actually see the clear water of the San Miguel as it begins to mix with the

BLM_0109133

dirty, muddier water of the Dolores River is quite a different way of teaching.  Often times the students are quiet and reflective for quite a while as they stare out at the rivers, something quite unusual for a group of 25 on a field trip.  Then they begin to ask questions and want to know what they can do to get more involved in the river system – for example how can they help to control the Tamarisk population along the bank there. Preserving and *improving* these valuable, pristine river resources will allow educators, students, and curious learners from diverse backgrounds all over the world to continue to experience the powerful, lasting impact of witnessing a raw river system in its natural state, a place where two wild rivers converge, with their own eyes.

WEP is still fully functional and continues to develop other programming.  My comments here detail only a handful of these projects - there are many other projects delivered by WEP to educate students about the watershed and its inhabitants.  In all of WEP's efforts to educate people about the watershed, the emphasis is on viewing the watershed as a system.  This includes not only the ecological and biological values identified and studied within the system, but also the cultural heritage, economics, personal needs and spiritual values of all components.  I believe that the river itself has a great ability to draw people of extremely diverse backgrounds, beliefs, and values *together*.  A Wild and Scenic designation would support the river's ability to do this because it takes into account human and ecological needs while protecting the Outstandingly Remarkable Values identified.  I encourage the BLM to consider my comments, as well as the comments of every person and entity involved in this process.  I strongly support a finding of suitability along every section determined eligible and will continue to be involved on the path toward eventual designation.

Thank you for your serious consideration of my comments.  The BLM is welcome to contact me if any further discussion is needed.

Sincerely,

**Kate Tallerday**
**530 Redcliff Circle**
**Unit 103**
**Ridgway, CO 81432**
**katetallerday@gmail.com**
**970-708-0180**

**James Bode**

| | |
|---|---|
| **From:** | Kelvin Verity <kelvin@veritassolar.com> |
| **Sent:** | Thursday, January 20, 2011 5:04 PM |
| **To:** | UFORMP@BLM.GOV |
| **Subject:** | National Wild and Scenic Rivers Suitability Comments |
| **Attachments:** | BLM WSR Suitablity Letter.pdf |

Kelvin Verity
PO Box 551
Norwood, CO 81423

January 20, 2011

c/o BLM Uncompahgre WSR Sub-RAC
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
Via email: UFORMP@BLM.GOV

Re: San Miguel Wild & Scenic Suitability

Dear Sub-RAC Members:

I feel that the National Wild and Scenic Rivers process is a very valuable tool that focuses local, regional and national attention on the unique qualities of our regional rivers and creeks. While to some people it may seem that a river or creek that currently has identifiable ORVs is not in need of additional protection, this WSR process is a perfect opportunity to examine and protect those waterways and their ORVs deemed suitable from possible future hazard. I would like to see WSR suitability (and ultimately designation) granted to all of the identified river segments but I realize that some segments would not be easily managed as a WRS by the BLM due to a high percentage of private land bordering the river or creek. I these cases I am in favor of including only the sections of a river segment that is manageable by the BLM because it is either entirely on BLM land or private land with agreeing land owners. I disagree with the idea that the local community is better qualified to manage public land than the BLM. I encourage you to allow the professionals hired by the citizens of the United State to manage and protect the peoples lands (and rivers) as they are the best qualified to do so.

Here are two specific benefits to assigning suitability to all selected river sections in the San Miguel and Dolores River basins.

> National Wild and Scenic River designation will protect the three sensitive fish species from being list as endangered species in the future. If any of these fish are ever listed and endangered species the increased federal regulation will be detrimental to the economy of communities in this region. This should be avoided at all cost and WSR designation is just the tool to protect our local economies.
> The natural scenic beauty, free flowing rivers and wildlife are at the heart of the large and growing tourist economy of this region. Protecting and improving the boating, fishing, gold panning, hiking, birding, and sightseeing qualities of the rivers and creeks of this region with WSR designation ensure that local communities will continue to exist and prosper now and in the distant future.

I support a suitability designation on all the specific river sections listed below:

San Miguel River
> Segment 1 - this section should be found suitable to protect the recreational and scenic values. both of which are very important to the economy in San Miguel County. There are no additional protections for recreational boating flows, and with continued future water needs, these flows are at risk.
> Segment 2 - with 100% federal land, this section should be considered as suitable for Wild classification. This section is used by boaters and anglers from all over the state. It contains stunning scenery; it is one of the few areas where one can have a

BLM_0109135

primitive boating experience on the San Miguel, away from roads and development.   This is the best trout fishing on the San Miguel and has close to a Gold Medal status.

Segment 3- this section should at least be considered for recreational suitability. The upper terminus of this section is habitat for the three sensitive species; this section is part of a great boating section (from Beaver Creek to Pinyon) and includes the ledges, which is a very popular "play" section for kayakers.

Segment 5 - although this section has a lot of private land, suitability is still important to protect the three sensitive fish species.  This is an important section, as an intact native fishery and containing three superior riparian communities.  Because this section contains the historic Hanging Flume is also an important section for tourism as well as deserves protection as on e of the 100 Most Endangered Sites on the World Monument Fund Watch List.

Segment 6 - This section should be found suitable because it is habitat to the three sensitive species.  It is also an valuable boating and biking section.

La Sal Creek

Segment 2 - this section should be considered for suitability as it includes spawning grounds for the three sensitive species as well as GI species of vegetation and its scenic beauty.  Please at least consider suitability for the federal section and cutting off the private lands in the upper terminus.

Segment 3 - this section should be considered for suitability as it 100% federal land and is important spawning grounds for the three sensitive species; there are many other reasons to consider this section suitable, including G1, G2 riparian species, this is a popular hiking area from the Dolores river, and it supports other native fish species.

Tabeguache Creek

Segment 1 as this stretch is 100% federal land and a primitive stretch with important riparian vegetation (G3), it should be found as suitable for a wild classification.

Segment 2 this stretch should be found suitable as it is a tributary due to its vegetation (G1, G2), which is within the Co. Natural Heritage Program's Potential Conservation Area.  Also, it is a tributary to the one Wild segment of the San Miguel River.

Dolores River

Lower Dolores - this section of the Dolores should be found suitable to protect the three sensitive fish species as well as peregrine falcon habitat.  This is a very nice boating section, with nice side canyons too.

Segment 2 - this section of the Dolores should be found suitable to protect the three sensitive fish species as well as peregrine falcon habitat.  This is also very nice boating section.  The road from Bedrock to Uravan, along this stretch is popular for biking, sightseeing, and picnicking.

Saltado Creek

Because this creek is considered an Area of Critical Environmental Concern and has important riparian vegetation, it should be considered suitable.  This is a remote creek that hasn't been impacted by development.  Future water projects could impact Saltado and it is important that the flows and habitat be protected if these projects are constructed in the future.

Naturita Creek

Because this creek is spawning grounds for the three sensitive species, this creek should be considered suitable.  As there is a lot of private land, please at least consider suitability for the public lands portion in San Miguel County as well as private land where landowners have placed conservation easements on their land and are not opposed to suitability.

Beaver Creek

With about 99% federal lands, this creek should be considered suitable and if necessary suitability could be stopped where it might interfere with proposed water facilities.

Thank you for your time and commitment to the WSR process.  Please take my comments in to consideration as you move forward in your efforts to determine the best management scenario for the rivers and creeks in this region.

Sincerely,

Kelvin Verity

--
Veritas Solar, LLC
P.O. Box 551

2

BLM_0109136

Norwood, CO 81423, USA
Phone: 970-327-4995
kelvin@veritassolar.com
www.veritassolar.com

BLM_0109137

Kelvin Verity
PO Box 551
Norwood, CO 81423

January 20, 2011

c/o BLM Uncompahgre WSR Sub-RAC
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
Via email: UFORMP@BLM.GOV

Re: San Miguel Wild & Scenic Suitability

Dear Sub-RAC Members:

I feel that the National Wild and Scenic Rivers process is a very valuable tool that focuses local, regional and national attention on the unique qualities of our regional rivers and creeks. While to some people it may seen that a river or creek that currently has identifiable ORVs is not in need of additional protection, this WSR process is a perfect opportunity to examine and protect those waterways and their ORVs deemed suitable from possible future hazard. I would like to see WSR suitability (and ultimately designation) granted to all of the identified river segments but I realize that some segments would not be easily managed as a WRS by the BLM due to a high percentage of private land bordering the river or creek. I these cases I am in favor of including only the sections of a river segment that is manageable by the BLM because it is either entirely on BLM land or private land with agreeing land owners. I disagree with the idea that the local community is better qualified to manage public land than the BLM. I encourage you to allow the professionals hired by the citizens of the United State to manage and protect the peoples lands (and rivers) as they are the best qualified to do so.

Here are two specific benefits to assigning suitability to all selected river sections in the San Miguel and Dolores River basins.

1) National Wild and Scenic River designation will protect the three sensitive fish species from being list as endangered species in the future. If any of these fish are ever listed and endangered species the increased federal regulation will be detrimental to the economy of communities in this region. This should be avoided at all cost and WSR designation is just the tool to protect our local economies.

2) The natural scenic beauty, free flowing rivers and wildlife are at the heart of the large and growing tourist economy of this region. Protecting and improving the boating, fishing, gold panning, hiking, birding, and sightseeing qualities of the rivers and creeks of this region with WSR designation ensure that local communities will continue to exist and prosper now and in the distant future.

I support a suitability designation on all the specific river sections listed below:

San Miguel River
- Segment 1 - this section should be found suitable to protect the recreational and scenic values, both of which are very important to the economy in San Miguel County. There are no additional protections for recreational boating flows, and with continued future water needs, these flows are at risk.
- Segment 2 - with 100% federal land, this section should be considered as suitable for Wild classification. This section is used by boaters and anglers from all over the state. It contains stunning scenery; it is one of the few areas where one can have a primitive boating experience on the San Miguel, away from roads and development. This is the best trout fishing on the San Miguel and has close to a Gold Medal status.
- Segment 3- this section should at least be considered for recreational suitability. The upper terminus of this section is habitat for the three sensitive species; this section is part of a great boating section (from Beaver Creek to Pinyon) and includes the ledges, which is a very popular "play" section for kayakers.

- Segment 5 - although this section has a lot of private land, suitability is still important to protect the three sensitive fish species. This is an important section, as an intact native fishery and containing three superior riparian communities. Because this section contains the historic Hanging Flume is also an important section for tourism as well as deserves protection as on e of the 100 Most Endangered Sites on the World Monument Fund Watch List.
- Segment 6 - This section should be found suitable because it is habitat to the three sensitive species. It is also an valuable boating and biking section.

La Sal Creek
- Segment 2 - this section should be considered for suitability as it includes spawning grounds for the three sensitive species as well as GI species of vegetation and its scenic beauty. Please at least consider suitability for the federal section and cutting off the private lands in the upper terminus.
- Segment 3 - this section should be considered for suitability as it 100% federal land and is important spawning grounds for the three sensitive species; there are many other reasons to consider this section suitable, including G1, G2 riparian species, this is a popular hiking area from the Dolores river, and it supports other native fish species.

Tabeguache Creek
- Segment 1 as this stretch is 100% federal land and a primitive stretch with important riparian vegetation (G3), it should be found as suitable for a wild classification.
- Segment 2 this stretch should be found suitable as it is a tributary due to its vegetation (G1, G2), which is within the Co. Natural Heritage Program's Potential Conservation Area. Also, it is a tributary to the one Wild segment of the San Miguel River.

Dolores River
- Lower Dolores - this section of the Dolores should be found suitable to protect the three sensitive fish species as well as peregrine falcon habitat. This is a very nice boating section, with nice side canyons too.
- Segment 2 - this section of the Dolores should be found suitable to protect the three sensitive fish species as well as peregrine falcon habitat. This is also very nice boating section. The road from Bedrock to Uravan, along this stretch is popular for biking, sightseeing, and picnicking.

Saltado Creek
Because this creek is considered an Area of Critical Environmental Concern and has important riparian vegetation, it should be considered suitable. This is a remote creek that hasn't been impacted by development. Future water projects could impact Saltado and it is important that the flows and habitat be protected if these projects are constructed in the future.

Naturita Creek
Because this creek is spawning grounds for the three sensitive species, this creek should be considered suitable. As there is a lot of private land, please at least consider suitability for the public lands portion in San Miguel County as well as private land where landowners have placed conservation easements on their land and are not opposed to suitability.

Beaver Creek
With about 99% federal lands, this creek should be considered suitable and if necessary suitability could be stopped where it might interfere with proposed water facilities.

Thank you for your time and commitment to the WSR process. Please take my comments in to consideration as you move forward in your efforts to determine the best management scenario for the rivers and creeks in this region.

Sincerely,

Kelvin Verity

**James Bode**

| | |
|---|---|
| **From:** | Linda Luther-Broderick <lindal@sanmiguelcounty.org> |
| **Sent:** | Thursday, January 20, 2011 3:09 PM |
| **To:** | UFORMP@BLM.GOV |
| **Subject:** | Comment letter re W&S Suitability |
| **Attachments:** | Broderick W&S letter.pdf |

Please see attached letter. Thanks for all the amazing work the Uncompahgre Field Office does.

Linda Luther-Broderick
San Miguel County
Open Space & Recreation Coordinator
PO Box 1170
Telluride, CO 81435
Phone (970) 369-5469
Fax (970) 728-3718

1

January 20, 2011

Barbara Sharrow
Uncompahgre Field Office of the BLM
2465 South Townsend
Montrose, CO 81401

RE: Suitability of San Miguel and Dolores River segments under the Wild and Scenic
Rivers Act

Dear Ms Sharrow:

Thank you for the opportunity to comment on the suitability of certain segments of the
Dolores and San Miguel River under the Wild and Scenic Rivers Act. For many of us,
this is likely to be a once in a lifetime opportunity.

My husband and I bought a river front lot in Lower Placerville in 1987. Much of the time,
the river is the first thing we see in the morning and the last thing we see at night. We raft
some sections of the river, and he fishes home water many days during fishing season.
We track ice flows and exchange bird and wildlife sightings with friends and neighbors.
We are familiar with all the San Miguel segments, and have more than a passing interest
in what makes the river tick and what makes it sick.

Given Colorado water law, existing rights and new water filings, the natural river
hydrograph appears to be in jeopardy. Since the riparian and aquatic ecosystems depend
at least in part on a natural hydrograph, federal action seems to be the only way to
possibly balance human needs and ecosystem function.

We are personally knowledgeable of the following segments and support a finding of
suitability for these eligible segments:

- Beaver Creek – Scenic
- Dry Creek – Wild
- Naturita Creek – Scenic. If the concerns of private owners can't be resolved, the
  segment could be reduced to federal lands only.
- Saltado Creek – Wild
- San Miguel 1 – Recreational
- San Miguel 2 – Wild
- San Miguel 3 – Scenic
- San Miguel 5 & 6 – Recreational
- Tabeguache Creek 1 & 2 – Wild
- Lower Dolores – Scenic
- La Sal Creek 2 – Scenic   La Sal Creek 3 - Wild

Thank you for a very informative process.

Sincerely Yours,

*Linda and Kevin Broderick*

Linda and Kevin Broderick

## James Bode

| | |
|---|---|
| **From:** | Linda Luther-Broderick <lindal@sanmiguelcounty.org> |
| **Sent:** | Thursday, January 20, 2011 3:27 PM |
| **To:** | UFORMP@BLM.GOV |
| **Subject:** | San Miguel Open Space Commission W&S comment letter |
| **Attachments:** | Scanned OSC letter.pdf; CWT Brochure.pdf |

See attached letter of comment from the San Miguel County Open Space Commission. Thank you

Linda Luther-Broderick
San Miguel County
Open Space & Recreation Coordinator
PO Box 1170
Telluride, CO 81435
Phone (970) 369-5469
Fax (970) 728-3718

1

# SAN MIGUEL COUNTY
# Open Space Commission

Barbara Brattin, Joe Reagan, Peter Mueller, Herb McHarg, Greg Malver,
Erlend Greulich, Jim Boyd, Ben Williams

January 20, 2011

Barbara Sharrow
Area Manager, Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend
Montrose, Colorado 81401

**RE: Suitability of San Miguel and Dolores stream segments under the Wild and Scenic Rivers Act**

Dear Ms Sharrow:

The San Miguel County Open Space Commission (OSC) thanks the BLM and Sub-RAC members for the opportunity to comment on the suitability of certain segments of the Dolores and San Miguel Rivers under the provisions of the Wild and Scenic Rivers Act. We compliment the Uncompahgre Field Office for structuring a public process designed to maximize informed public engagement.

Our regional economic engine is recreation, tourism and the quality of life amenities provided by a sunny climate and spectacular natural setting. A recent socioeconomic analysis found that the west ends of Montrose, San Miguel and Mesa counties experienced significant economic expansion after the collapse of the uranium industry in the mid-1980s. The study cites "the growth of a visitor economy including tourists, recreationists, and second homeowners as well as retirement and investment income." The report states that many of the new sources of economic vitality were associated with the attractiveness of this region as a place to live, work, do business and raise a family as well as a place to visit or live part-time. (A Socioeconomic Analysis of the Impact of the Proposed Pinon Ridge Uranium Project on Western Mesa, Montrose, and San Miguel Counties, Colorado by Power Consulting, December 2010).

The Commercial River Use in the State of Colorado 1988-2009 published by the Colorado River Outfitters Association indicates that commercial river use days on the San Miguel River increased from 50 in 1988 to 5,969 in 2008. Although commercial use on the San Miguel dropped to 3,782 use days in 2009, the result in direct expenditures was $431,155 with a total 2009 economic impact of $1,103,756.

According to the 2008 Economic Impacts of Hunting, Fishing and Wildlife Watching in Colorado, in 2007 hunters and fishers spent $10,090,000 in direct expenditures in San Miguel County or $17,380,000 if secondary spending by businesses and households is

---

P.O. BOX 1170 • Telluride, Colorado 81435 • (970) 728-3844 • FAX (970) 728-3718

BLM_0109143

included. This direct and secondary spending created 227 jobs in the county. The same study found the total impact of Wildlife Watching to be $1,218,200,000 statewide in Colorado.

The human histories and natural values of the San Miguel and Dolores Rivers contribute to the region's economic well-being. But we believe economic considerations must be balanced with the preservation of natural ecosystems.

San Miguel County was a founding member of the San Miguel Watershed Coalition, a diverse group of regional stakeholders, which published the San Miguel Watershed Plan in 1998. The Watershed Plan attempted to set forth a collaborative management framework for the San Miguel Basin. A goal statement in the Plan reads: "A balance is maintained between water diversions and in stream flows, and between human needs and the uses needed to sustain natural resources."

This goal statement is in keeping with the following policy statements in the County Land Use Code (amended through September 5, 2001); Section 2-14 Water Resource and Wetland Impacts:

> 2-1401 – It is the policy of the County to discourage development that would adversely affect the quantity, quality, or accessibility of the County's water resources; and to discourage development which would occur at the expense of established water-dependent agricultural activities or which would result in increased degradation of water resources, loss of minimum stream flows, further destruction of wildlife habitat or major expenditures to reacquire or redistribute major water resources; and

> 2-1402  To maintain a natural vegetative buffer along surface waters such that the surface and groundwater resources of the area are not encroached upon by land uses or other human activities which could cause degradation of water quality or  impair the ecological functions and natural treatment processes provided by riparian areas, meadows and wetlands.

> 2-1403   To protect the significant ecological, recreational, aesthetic and water    resource values of watershed basins of the upper San Miguel River, and in so doing,  protect the natural resources of the upper San Miguel River.

In 2005, The Nature Conservancy and the San Miguel Watershed Coalition published A Report Card, The Ecological Health of the San Miguel River Watershed. This report presents the results of an ecological health assessment of the one million acre San Miguel watershed. The report evaluated five themes that encapsulate the ecological health of the watershed: water, aquatic life, wildlife, vegetation, and soils. The assessment process involved compilation and analysis of the most up-to-date biological data available for the indicators for each attribute. According to the ecological grading scale, the overall health of the watershed rated a C also defined as "fair" or "outside the range of acceptable variation; vulnerable to a serious degradation if left unchecked."

Specifically, the Report Card, page 55, cites as a threat to natural processes, "flooding and a hydrograph altered by 354 recorded reservoirs retaining 64,110 acre feet, and 1401 diversions totaling 3631 cfs."(Data from Colorado CWCB website Decision Support System).

2

BLM_0109144

So, in keeping with OSC's mission statement to protect and conserve natural habitat for flora and fauna, the OSC supports a finding of suitability for the eligible segments of the San Miguel and Dolores River.

### Beaver Creek

The OSC believes this segment should be found "suitable" for Wild and Scenic (W&S) designation with a classification of "Scenic". We concur with the ID team's finding that the riparian area contains ORVs warranting protection. Also, this segment's management is largely controlled by BLM as the river segment is 99.5% federal with little private lands included in the half mile corridor. We believe this determination best serves the public interest.

### Dry Creek

The OSC believes this river segment should have a finding of "suitable" with a classification of "Wild". We agree with the ID team that this is a visually exceptional area offering a unique opportunity to observe to observe geologic processes in a localized area. It's primitive nature and intriguing geologic features represent ORVs warranting protection. In addition, this segment's management is largely under the control of the BLM as the river segment is 99.3% public and the lands in the half mile corridor are 97.1% public. We believe this designation best serves the public interest.

### Naturita Creek

The OSC believes this river segment should be found "suitable" for W&S designation with a classification of "Scenic". This segment contains public lands of outstanding primitive character in San Miguel County frequented by county residents and visitors. It is adjacent to National Forest lands proposed for special protections based on their wilderness character. We would like to see similar protective management on this river segment, particularly for the portion in San Miguel County. We believe the primitive nature of the public lands and the ORV as a tributary used as a spawning area for three BLM and Colorado sensitive species and its value in the upper reaches of the segment as a wild trout fishery warrant this designation. We believe this finding would best serve the public interest.

### Saltado Creek

The OSC believes this river segment should be found "suitable" for W&S designation with a classification of "Wild". We agree a superior (A-ranked) riparian forest with occurrences considered globally vulnerable is deserving of this designation. We concur with the ID team that this is an ORV warranting protection. This river segment and corridor is over three quarters federally owned putting most of the lands under management by the BLM. Other private landowners are also in support of such designation. This corridor is essentially free of development and is extremely primitive. We believe this designation best serves the public interest.

### San Miguel River, Segment 1

The OSC believes this river segment should be found to be "suitable" for W&S designation with a classification of "recreational". We concur with the ID team that this segment contains ORVs that include scenic, recreational, wildlife, historic, vegetation, and paleontology. This segment has the greatest contribution to our local economies due to it wide range of ORVs and proximity to population centers. This segment also has special significance because of its location on a scenic byway and outstanding accessibility and exposure to the driving tourist. It has the most outstanding opportunities for fishing, kayaking, rafting, and wildlife watching.

This segment affords the driving public with a unique opportunity to enjoy one of the most spectacular trips through a spectacular river canyon that can be found anywhere exposing outstanding geology. In addition, it has great cultural and historical significance. The section of this segment below Leopard

3

Creek is very natural in appearance given it proximity to a highway due to its largely Federal and Nature Conservancy ownership. This affords BLM a high degree of management control. This is in evidence with the tastefully done and appropriately scaled recreational facilities BLM has developed.

This segment contributes millions of dollars to our local economies and defines the experience of traveling through San Miguel County. The OSC believes these ORVs warrant protection and it is in the best interest of the public that this river segment receives this designation.

San Miguel River, Segment 2

The BOCC believes this segment should be found to be "suitable" for W&S designation with a classification of "Wild". We concur with the ID team that this segment contains scenic, recreational, wildlife, and vegetation ORVs.

The ID team assigned the segment a Scenic Classification of "A". We agree with this assessment. This is the most natural and undeveloped segment of the San Miguel River exhibiting an outstanding variety of superior ranked plant communities, some of which are globally vulnerable. It has the most outstanding old growth Ponderosa/Spruce forests and riparian areas found on the San Miguel. As one of the finest examples of Southwest Canyon Riparian Habitat, recognized as the richest terrestrial bird habitat in North America, the area it is host to over three hundred bird species. It is an outstanding natural asset for wildlife watchers.

It also contributes greatly to our local economy as a favorite opportunity for boating and fishing. The outstanding character of this segment is documented in the comment by the DOW Fisheries Biologist "this segment does nearly reach Gold Medal fishing; the best fishing in the San Miguel. The angler attitudes about their experience is extremely positive, regardless of sometimes low catch rates. This is a rare phenomenon as most fishing experiences are measured as positive based on successful catch rates". This speaks volumes about the other ORVs that can be experienced in this segment. With 100% of the river and 98.3% of the corridor in federal control the BLM has an outstanding opportunity for management of this segment to protect these ORVs.

This area is essentially primitive and is perhaps the most outstanding segment of the San Miguel. We believe it represents an irreplaceable natural asset which can continue support our local economies indefinitely. We believe this segment's ORVs warrant special protection and are deserving of this designation. We believe this designation best serves the interest public.

San Miguel River, Segment 3

The OSC believes this segment should be found "suitable" for W&S designation with a classification of "scenic". Although this segment is substantially impacted by diversions for the CCC Ditch, we believe it has the ORVs of recreation, fish, wildlife and vegetation noted by the ID team. This segment contributes substantially to our local economy by being a favorite of kayakers due to the opportunities "The Ledges" area offers for "play waves". In addition, it has outstanding Southwest Canyon Riparian Habitat with more than 300 bird species observed. The relatively easy primitive road affords excellent opportunities for the driving and less active user to have access to outstanding wildlife watching opportunities.

In addition, this segment harbors exemplary population of three BLM and Colorado native fish species. We believe it is in the public interest that these fish and their habitat, as well as the other ORVs, be protected by the recommended designation.

Attached is a brochure which accompanied a presentation by the Colorado Water Trust at the 2010 Colorado Coalition of Land Trusts Conference. Sadly, a stretch of segment 3 of the San Miguel below the CCC Ditch is depicted in this brochure and was used as a clarion call for balance between the needs of the aquatic ecosystem and people's livelihood.

BLM_0109146

San Miguel River, Segments 5 and 6

The OSC believes these river segments should be found "suitable" for W&S designation with a designation of "Recreational. We concur with the findings of the ID team that these segments have recreational, fish, historic and vegetation related ORVs. The Unaweep-Tabeguache Scenic Byway which parallels the river through both of these segments extends into San Miguel County and connects to the San Juan Skyway. This route is very popular for the driving tourist and contributes to our local economies. It provides outstanding opportunities for photography and viewing of historic remnants. The hanging flume has been added to the National Register of Historic Places and is a remarkable historic feature. The Nature Conservancy Tabeguache Preserve is also within this reach, representing a significant portion of the private land which will be managed for conservation values. This Byway is promoted nationally and internationally and we believe it plays an important role in bringing driving tourists and travelers into our county. We believe it would be beneficial to have a continuity of management along throughout this corridor.

Additionally, this area contains an intact native warm water fishery containing exemplary populations of BLM and Colorado sensitive species. These segments also support population of New Mexico Privet riparian shrublands and other vegetative associations considered globally imperiled. We believe these ORVs warrant protection and it is in the public interest that they receive the designation suggested in the Eligibility Report.

Tabeguache Creek Segments 1 and 2

The OSC concurs with the ID team that these stream segments contain the vegetation and cultural values identified in the Eligibility Report and should be found "suitable" for W&S designations with the classification of "Wild" in the upper segment and "Recreational" in the lower segment. We believe the superior (A-ranked) occurrences of woodland shrubs and presence of globally vulnerable plants warrant protection. The lower reach has outstanding cultural value that should also be protected. The upper reach is exceptionally wild and the stream is 100% federally owned and the corridor is 99.4% publicly owned. This affords the BLM an outstanding opportunity to manage the land in a fashion that preserves the identified ORVs. The lower section contains more private land we therefore believe the "Recreational" classification is appropriate. However we believe these segments should receive the suggested designation to protect the outstanding vegetation and cultural values as well as the wild character of the canyon.

Lower Dolores

The OSC believes this segment should be found "Suitable" for W&S designation with a classification as "Scenic". This segment is paralleled by a continuation of the Unaweep-Tabeguache Scenic Byway. We believe this Byway is an outstanding regional economic asset that brings driving travelers and boaters into San Miguel County. We concur with the ID team that this segment has outstanding scenic, recreational and geologic value. The Scenic Byway is promoted nationally and internationally and consistently receives high acclaim from those traveling it for the first time. With the tourist destination being developed at Gateway, we anticipate there will be many return travelers to this region based on their initial experiences.

In addition, we again stress the need to protect the "exemplary populations" of three sensitive warm water native fish species. Colorado has committed to actively participate in this effort. This segment has additional importance as historic habitat for a federally endangered species, the Colorado pike minnow.

We believe it is in the public interest that this segment's ORVs be protected and it receives the designation suggested in the Eligibility Report.

5

BLM_0109147

La Sal Creek, Segments 2 and 3

The OSC believes stream segments 2 and 3 should be found "Suitable" for W&S designation the classifications of "Scenic" for segment 2 and "Wild" for segment 3. We agree with the ID team that these segments both have ORVs for fish and vegetation containing an intact warm water native fish species as well as globally imperiled riparian woodlands.

These segments are almost entirely public land affording BLM with an excellent opportunity to manage for maintenance of these ORVS. This area is often frequented because of its outstanding scenic values by San Miguel County residents accessing by the county road or from the Dolores River. This is an exceptionally primitive canyon offering excellent opportunities for hiking, photography and wildlife watching. We believe these believe these stream segments represent a significant economic natural asset to the region and the ORVs identified warrant protection.

The San Miguel County Open Space Commission wishes to thank the BLM staff for identifying the outstandingly remarkable natural values on these waterways. We appreciate the information and the well-designed public process.

Sincerely,

Linda Luther-Broderick
San Miguel County
Open Space Coordinator

Attachment: Colorado Water Trust Brochure

6

BLM_0109148



COLORADO WATER TRUST

BLM_0109149



*Water matters, to us and to Colorado.*

### A Fish's Eye View

What is the fish's eye view? Imagine you are a trout living in a Colorado mountain stream. You've just wintered over in near-freezing water. After winter's slow-metabolism time, the longer, warmer days of mid- to late-spring melt Colorado's snowpack. Suddenly there is water everywhere. Spring runoff! But soon, the rushing, running water of spring is gone and you begin to settle into summer. This is the primary time that you, the trout, compete the most for Colorado's water. You sometimes swim upstream, only to find less and less water until eventually, there is no water at all.

### Competing Needs:
#### But is it a river without water?

So, yes, it's possible for a water diversion to dry up a river completely. It is also perfectly legal. That's how the system works. But it can be tough on Colorado's aquatic ecosystems. At CWT, we work to strike a balance between two needs—aquatic ecosystem health and people's livelihoods. We do this by bringing together water users, state agencies, conservation organizations, land trusts, and other interested stakeholders to help re-water stressed aquatic ecosystems and keep water local. You'll learn a lot more about how we do that in this brochure so read on!

### Project Profile: Hat Creek

Hat Creek is one of our success stories. Under a land exchange, Vail Associates donated water rights on Hat Creek to CWT. An application now pending in Colorado water court will add the Hat Creek water rights to the CWCB's instream flow program to enhance a junior instream flow right on Hat Creek. With a decree from the water court to change the donated water right to instream flow use, instream flows will be the preeminent water use on Hat Creek! Hat Creek contains native cutthroat trout and has been designated as an excellent quality cutthroat trout habitat.







## James Bode

| | |
|---|---|
| **From:** | luke brown <lukas_sol@hotmail.com> |
| **Sent:** | Thursday, January 20, 2011 5:03 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | Wild and Scenic Designation Input Letter |
| **Attachments:** | W&S BLM Comment Letter Luke Brown.doc |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | WSR_to_be_filed |

Please find my attached public input letter regarding W&S designation for the Dolores Watershed.

Thank you!

Luke Brown
Program Director
Telluride Academy
www.tellurideacademy.org

1

**Luke Brown**
**548 W. Colorado Ave, Telluride, CO 81435**
**luke@tellurideacademy.org**

**January 20, 2011**

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado  81401

Sent via email to:

UFORMP@BLM.GOV

**Re: Wild and Scenic Rivers Suitability Determination – Dolores River Basin, including San Miguel and tributaries**

To Whom It May Concern:

I appreciate the efforts of the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) to carefully assess the irreplaceable values of the Dolores and San Miguel Rivers and to identify administrative protections that can preserve these values for future generations. I work in San Miguel County as the program director for the Telluride Academy and am writing to voice my support for Wild and Scenic designation for the Dolores River Basin including the San Miguel and tributaries. I have witnessed firsthand the incredible learning opportunities and intrinsic values that come from sharing the workings and wonders of this incredible watershed environment with local and visiting young people. Telluride Academy programs have reached thousands of students over the course of our 30 year history as a local environmental education non-profit organization. Every summer the Academy offers numerous programs that are specifically designed to highlight and educate participants on the local watershed, riparian ecosystems, river management and even white water navigation techniques. These programs include but are not limited to:

**The Mighty Miguel**
A week long course for 13 local and visiting participants ages seven to nine. Program starts at the headwaters of the San Miguel and spends a week navigating tributaries such as Saltado and Beaver Creek and spending a night camped out along the river on San Miguel River Segment #3. This program will run in collaboration with Telluride's Watershed Education Project (W.E.P.).

**Peaks to Paradox**
A two week program for 13 local and visiting participants ages 10-12. This program will explore the peaks that make up the headwaters of the San Miguel and spend multiple days traveling along the river corridor and end their adventure in the Paradox Valley with

BLM_0109152

a ducky trip through San Miguel River Segment #6. Participants will take away a greater understanding of the entire San Miguel and Dolores River watersheds

**Ducky Nations**
This three week course for 36 local and visiting participants spends each day on different segments of the San Miguel and Upper Dolores rivers. Participants are introduced to the sport of white water kayaking through basic "ducky" excursions. Each week will include a day spent with a watershed expert from the Telluride Watershed Education Project (W.E.P.) and the Telluride Kayak School on numerous segments of the San Miguel Rivers including segments #1, 2, 3 and 6 and Dolores River Segment #25.

In addition to these specific programs the Academy will utilize the unique educational resource opportunities afforded by the San Miguel and Dolores watersheds throughout the course of its nearly 100 annual programs. Nearly 90% of these programs will involve at least one day spent either boating or exploring the numerous sections of the San Miguel and Dolores Rivers. We also collaborate with numerous other organizations in an effort to provide the best educational experience for our students regarding our watershed. We offer program collaborations with the Telluride Kayak School, The Pinhead Institute, W.E.P. and the Nature Conservancy.

These unique environments not only allow for positive educational environmental experiences for our students but they allow us to support a local economy through the hiring of local contractors and specialists. A viable and protected local watershed allows our programs to "stay local" to fulfill our commitment to creating educational and recreational river experiences instead of contributing to economic leakage by patronizing outfitters in neighboring counties and states. We also cut down on our environmental impact by reducing the amount of miles that our vehicles spend on the road. Local river access equals fewer gallons of gas consumed.

As both a lifetime resident of the southwest and as a long time educator in San Miguel County I have experienced personally the joys and wonder that come from intimate experiences on these waters. I have vivid memories as a child spent navigating these exact watersheds and these memories have helped define my commitment to conservation and education as an adult. I sincerely believe that it is important to always make access to our precious natural environments a priority in an effort to instill a deep appreciation and respect for the preservation of such places. True conservation starts with creating positive experiences and ultimately a connection between person and place. As community, governmental and organizational leaders it is our duty to balance our own progress with preservation and to lead by example. I feel that W&S designation for the Dolores River Basin and the San Miguel and tributaries is a strong step in the right direction for preserving our environmental heritage for future generations to come

BLM_0109153

Thank you for your serious consideration of my comments.  The BLM is welcome to contact me if any further discussion is needed.


Sincerely,


**Luke Brown**
**Program Director, Telluride Academy**
**548 W. Colorado Ave, Telluride, CO 81435**
**luke@tellurideacademy.org**

BLM_0109154

**James Bode**

| | |
|---|---|
| **From:** | kayaktelluride@gmail.com on behalf of matt wilson <matt@kayaktelluride.com> |
| **Sent:** | Thursday, January 20, 2011 10:17 AM |
| **To:** | UFORMP@BLM.GOV |
| **Subject:** | Re: Wild and Scenic Rivers Suitability Determination – Dolores River Basin, including San Miguel and tributaries |

**Matt Wilson**

**600 West Colorado unit 2B**

**Telluride, CO 81435**

**matt@kayaktelluride.com**

**January 20, 2011**

Bureau of Land Management

Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, Colorado  81401

Sent via email to:

UFORMP@BLM.GOV

**Re: Wild and Scenic Rivers Suitability Determination – Dolores River Basin, including San Miguel and tributaries**

To Whom It May Concern:

1

BLM_0109155

I appreciate the efforts of the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) to carefully assess the irreplaceable values of the Dolores and San Miguel Rivers and to identify administrative protections that can preserve these values for future generations.

I provide the following recommendations regarding Wild and Scenic Suitability: The health of the Dolores and San Miguel Rivers is completely dependent on the course we decide.

- 

I recommend that the full length of San Miguel River segment 1,2,3,4,5, 6—or at least the federal portions—be found suitable for wild and scenic designation.

- 

I would like to call special attention to the lower San Miguel and Lower Dolores River segments. These beautiful and historic river sections hang in the balance of becoming destroyed due to the de-watering of their historic flow and pollution from potential uranium mines. To save and restore these amazing sections of river for future generations is of the utmost importance. These rivers have been hard at work to provide many communities the water necessary to survive in a desert climate. Unfortunately the management of this water has been severely misguided in regards to health of the  Lower San Miguel and Lower Dolores river segments. Each year, by mid July the San Miguel River below Naturita becomes a trickle with on average of 64 Cubic/feet/second and at times in Mid August the San Miguel reports a meager 36 cfs @ Uravan. This minimal flow is completely unsustainable for the native fish, bird and riparian life that surrounds the river. These lower sections of the Dolores and San Miguel River offer an incredible opportunity for us as a country to show that both the needs of the people and the river corridor can be met. To create a vibrate and healthy river corridor the San Miguel River must have a minimum flow of 130 cfs @ Uranvan. The Dolores river must have a minimum flow of 150 cfs @ Bedrock, CO. These stipulations would be priority number one if wild and scenic designation were to be granted to the San Miguel Section 6 and Lower Dolores River (Hanging Flume Section).

I have considered the issues and alternatives relevant to the Dolores and San Miguel river basins and tributaries.  I did not consider issues and alternatives related to the Lower Gunnison watershed.

I am a San Miguel County Resident and have lived in the region for 5 years. The San Miguel & Dolores Rivers offer an essential resource to the region's livelihood and sustainability. As Owner of the Telluride Kayak School the San Miguel and Dolores Rivers are the foundation of my business. These rivers offer an array of learning opportunities for the residents, visitors and youth of San Miguel County. Throughout the summer my school brings 300 students to the San Miguel and Lower Dolores River. Beyond just the adrenaline rush of going downstream in a kayak these rivers allow my students a microscopic view of the overall health of the entire Colorado River System. Issues such as water rights, hydroelectric demand, de-watering, and sustainable growth become the topic of discussion during our drives through the river corridor. San Miguel County obtains a very diverse demographic, though we are all connected by these two rivers. It is of the utmost importance that

2

BLM_0109156

everyone in the region understands the pressures that these two rivers face and benefits of protecting them. I know as region we can do better job balancing the needs of the people and the dismal state of the Lower San Miguel & Lower Dolores rivers. These rivers are the unknown gems of the west and their protection will perpetuate sustainability as region and inspiration for future generations to come.

Sincerely,

**Matt Wilson**

**Owner of Telluride Kayak School**

**600 West Colorado Unit B**

**Telluride, CO 81435**

**matt@kayaktelluride.com**

--
"Paddling for Life"
Matt Wilson/Owner
www.kayaktelluride.com
www.rapidactionrescue.com
(970) 728-6250

BLM_0109157

**James Bode**

| | |
|---|---|
| **From:** | Peter Mueller <pmueller@TNC.ORG> |
| **Sent:** | Thursday, January 20, 2011 1:43 PM |
| **To:** | UFORMP@BLM.GOV |
| **Cc:** | Barbara_Sharrow@BLM.GOV; amanda_clements@BLM.GOV |
| **Subject:** | Wild and Scenic Suitability comments |
| **Attachments:** | TNC's Letter on San Miguel and Dolores segments for Suitability consideration.docx |

Here are the Nature Conservancy's comments.  Thanks, Peter

Peter Mueller
The Nature Conservancy
N. San Juans Project Director
pmueller@tnc.org
(970) 728-5291 office
(970) 708-1368 cell

1

To: Uncompahgre Field Office of the BLM, Montrose, Colorado

Wild and Scenic Rivers Act – Consideration of Suitability

From: Peter Mueller, Project Director, The Nature Conservancy

Date: January 20, 2011 - **DRAFT**

San Miguel River 1 – Recreational

TNC supports the suitability designation as we see this as an important recreational and ecological gem of the region.  The river is used by thousands each year, and a suitability finding would help prevent activities that would diminish the outstandingly remarkable values in this section, namely the boating experiences, the wildlife, vegetation and other cultural relics of the mining era.  With so many thousands of people visiting the upper San Miguel for its natural treasures like the San Miguel, we need to do everything in our power to ensure that this free-flowing river remains the icon of beauty it has become for generations to come.

San Miguel River 2 – Wild

TNC supports suitability for this segment. The Conservancy has led float trips down this stretch of river over the last ten years.  We do so because of its incredible intact riparian communities and wild, road-less nature.  From my perspective, this is one of the prettiest gems of the American west.  A free flowing river, diverse native vegetation, great fishing and the sounds of birds too numerous to identify all contribute to this remarkable river segment.  The river itself is on completely federal lands with only small portion of private land abutting the river corridor.  There may only be one designation of Wild that stands up to the scrutiny of the public process, and to me, this is the one.

San Miguel River 3 – Scenic

TNC supports suitability on this segment.  However, this segment is significantly affected by two factors: Don Bennett's in-holding, and the CCC-Ditch.  I believe that both entities have concerns about suitability, and these concerns should be understood and addressed by the BLM.  If the concerns about accessing the ditch or the interest in exploring water storage in Horsefly cannot be addressed to these parties' satisfaction, this should be noted and shared with the Sub-RAC to help inform their recommendation. TNC supports suitability because of the natural ecological values, and because of the recreational opportunities including the small-scale placer miners.  Both of these recreational uses can be done without adversely affecting the ecological values.  Without suitability, a large-scale mining operation could be developed to the detriment of the river's natural values.

San Miguel River 5 – Recreational

TNC supports suitability on this stretch of the lower San Miguel because of both its riparian values and the native fish that thrive here.  Concerns were raised from a private land owner on the upper, southern portion of the segment (Richards) and from another who claimed that water quality standards could threaten the town of Nucla's water treatment plant.  I think the BLM needs to address the concerns regarding water quality and the concerns that the private landowner has raised.  If these concerns can be fairly addressed and found that suitability will not substantially affect how Nucla's water treatment plant operates, and how the private land owner conducts his own business – than I believe suitability is both warranted and a good tool to prevent future activities that would harm the ecological values of this stretch of river.  If the concerns expressed are indeed exacerbated by a finding of suitability, then I would suggest moving the beginning of the segment north to a point where Richards' property ends and the TNC Preserve begins.  The other reason to support suitability here is because of the incredible riparian vegetation.  How many rivers can you drive along a sixty mile stretch of bending and meandering river with this kind of robust native vegetation in the entire country?  Not many.  The robust vegetation relies on overbank flooding when the San Miguel gets above 1,000 cfs.  These spring floods are required for the native riparian vegetation, hosting a number of rare species, to survive and thrive. A finding of suitability will be an important tool to help ensure and plan in a way the helps protect this incredible natural resource.

San Miguel River 6 – Recreational

TNC supports suitability.  Again, the native fish are a top priority for this and many other conservation organizations, and water companies.  If we want things to stay the same, have local control of our water resources, we need to ensure that the Species of Concern: the Roundtail Chub, the Flannelmouth, the Bluehead Sucker are protected.  Protection of these species means protecting their habitat, and they can't have habitat without sufficient water.  The San Miguel currently has enough water for these species to thrive, yet with the amount of growth and development this region could see – we need to be responsible and provide minimal protections for these fish and their habitat now.  The land owner in this area is UMETCO, and is unlikely to be targeted for any other future development given its historic challenge to clean up the uranium tailings.

Lower Dolores River – Scenic

TNC supports suitability.  What makes this reach so important scenically and ecologically is that it has both the natural flows from the San Miguel and the intermittent waters from the Dolores' spring melt and 50% of the time, a spill from McPhee.  These flows combine to create great native fish habitat in a canyon that is both deep and partially inaccessible.  As the canyon resurfaces, private lands occur for

BLM_0109160

approximately 1/3 of the river's reach.  I heard Zene Weimer, the land owner in this area, express his concerns over suitability, and I think his concerns are about how this might impede his ability to manage his land the way he wants to.  From my understanding, his property rights and his grazing leases will not be affected by suitability, and therefore I support the finding of suitability.  For example, Larry and Jimmy Jean Suckla have been living with and ranching in the Big Gypsum Valley for several generations.  In 1978 the Dolores Public Lands Office found the Dolores River from McPhee to Bedrock "Suitable" under the Wild and Scenic Rivers Act, including their private lands.  From my impression, their ranching activities over the last thirty years have not been affected by Suitability.  Suitability on this section of the San Miguel River is not about changing management activities, rather it's about ensuring that the important aesthetic, recreational and ecological values are not harmed when change and development do occur.  Development and change will come in the next fifty years, and suitability will not make it impossible, nor onerous for development to occur – but it will ensure that the waters of the Dolores and the San Miguel have a seat at the table so that the rivers do not run dry in the face of expanding pressures for this most precious of natural resources.

The Colorado Division of Wildlife calls out this segment, as well as the lower two segments of the San Miguel as the most important reaches to protect in order to benefit native fish.  As mentioned, the natural hydrology of the San Miguel also affords this portion of the Dolores outstanding riparian vegetation.  A finding of suitability would also benefit the protections needed to sustain this important riparian habitat.


Dolores River 2 – Recreational

TNC supports suitability.  This river runs through the agricultural lands of the paradox Valley and then the little canyon above the San Miguel.  While the river's flow regime is severely altered because of McPhee dam, the labyrinth structure of the river through Paradox Valley and the subsequent old growth cottonwood galleries makes this an important stretch of river to protect.  And despite the lethargic waters of the Dolores, this segment's proximity to the San Miguel makes it viable habitat for native fish.  Finally, the improved dirt road that runs next to the river through the canyon affords many who are not as mobile, the chance to enjoy a great little canyon and river with little or any hiking.  This type of access to such a spectacular high walled canyon make it a place worthy if suitability.


Tributaries – TNC will comment on these on a broad scale.  We understand the concerns of private land owners who don't see the point of giving a special management designation for a tributary segment dominated by private ownership.  We do not disagree with this concern.  But in tributaries that are mostly federal land, it is important to protect the value these smaller tributaries, and their natural hydrologic flow regimes play in the larger Dolores and San Miguel systems.  Just last year, the low snow run off in the Dolores watershed below McPhee produced flows in excess of 1,500cfs.  These are waters from tributaries like La Sal, Tabeguache, and Dry creeks.  Thus, the Conservancy is supportive of

BLM_0109161

suitability in tributaries where ownership is largely federal, or where private ownership is supportive of gaining additional protections for a waterway's special qualities.


In conclusion, TNC believes that the Wild and Scenic Rivers Act is about protecting river's free flowing natural qualities – not about cleaving communities in half or fighting against protections, but rather about keeping healthy rivers healthy.   This has been lost on most rivers throughout our country.  Most rivers do not have natural flows, most rivers do not support abundant aquatic and riparian life, most rivers do not see the kind of recreation that is born out of natural splendor – but we do.  We are fortunate to have these rivers and tributaries in our backyard and we have an opportunity and an obligation to ensure that the beauty and promise of these rivers that drew us here to begin with are protected in ways that will allow for human growth and development without having our rivers run dry.

BLM_0109162

## James Bode

| | |
|---|---|
| **From:** | bsharrow@blm.gov |
| **Sent:** | Thursday, January 20, 2011 3:27 PM |
| **To:** | uformp@blm.gov; dmagee@blm.gov |
| **Subject:** | Fw: Wild and Scenic Suitability comments |
| **Attachments:** | TNC's Letter on San Miguel and Dolores segments for Suitability consideration.docx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | WSR_to_be_filed |

Barbara Sharrow
Uncompahgre Field Office Manager

970-240-5315 - office
970-596-1515 - cell

----- Forwarded by Barbara Sharrow/MOFO/CO/BLM/DOI on 01/20/2011 03:25 PM
-----

|  | | |
|---|---|---|
| "Peter Mueller" <pmueller@TNC.ORG> | To | <UFORMP@BLM.GOV> |
| 01/20/2011 01:43 PM | cc | <Barbara_Sharrow@BLM.GOV>, <amanda_clements@BLM.GOV> |
| | Subject | Wild and Scenic Suitability comments |

Here are the Nature Conservancy's comments.  Thanks, Peter

Peter Mueller
The Nature Conservancy
N. San Juans Project Director
pmueller@tnc.org
(970) 728-5291 office

1

(970) 708-1368 cell(See attached file: TNC's Letter on San Miguel and Dolores segments for Suitability consideration.docx)

BLM_0109164

To: Uncompahgre Field Office of the BLM, Montrose, Colorado

Wild and Scenic Rivers Act – Consideration of Suitability

From: Peter Mueller, Project Director, The Nature Conservancy

Date: January 20, 2011 - **DRAFT**


San Miguel River 1 – Recreational

TNC supports the suitability designation as we see this as an important recreational and ecological gem of the region.  The river is used by thousands each year, and a suitability finding would help prevent activities that would diminish the outstandingly remarkable values in this section, namely the boating experiences, the wildlife, vegetation and other cultural relics of the mining era.  With so many thousands of people visiting the upper San Miguel for its natural treasures like the San Miguel, we need to do everything in our power to ensure that this free-flowing river remains the icon of beauty it has become for generations to come.


San Miguel River 2 – Wild

TNC supports suitability for this segment. The Conservancy has led float trips down this stretch of river over the last ten years.  We do so because of its incredible intact riparian communities and wild, road-less nature.  From my perspective, this is one of the prettiest gems of the American west.  A free flowing river, diverse native vegetation, great fishing and the sounds of birds too numerous to identify all contribute to this remarkable river segment.  The river itself is on completely federal lands with only small portion of private land abutting the river corridor.  There may only be one designation of Wild that stands up to the scrutiny of the public process, and to me, this is the one.


San Miguel River 3 – Scenic

TNC supports suitability on this segment.  However, this segment is significantly affected by two factors: Don Bennett's in-holding, and the CCC-Ditch.  I believe that both entities have concerns about suitability, and these concerns should be understood and addressed by the BLM.  If the concerns about accessing the ditch or the interest in exploring water storage in Horsefly cannot be addressed to these parties' satisfaction, this should be noted and shared with the Sub-RAC to help inform their recommendation. TNC supports suitability because of the natural ecological values, and because of the recreational opportunities including the small-scale placer miners.  Both of these recreational uses can be done without adversely affecting the ecological values.  Without suitability, a large-scale mining operation could be developed to the detriment of the river's natural values.

BLM_0109165

San Miguel River 5 – Recreational

TNC supports suitability on this stretch of the lower San Miguel because of both its riparian values and the native fish that thrive here.  Concerns were raised from a private land owner on the upper, southern portion of the segment (Richards) and from another who claimed that water quality standards could threaten the town of Nucla's water treatment plant.  I think the BLM needs to address the concerns regarding water quality and the concerns that the private landowner has raised.  If these concerns can be fairly addressed and found that suitability will not substantially affect how Nucla's water treatment plant operates, and how the private land owner conducts his own business – than I believe suitability is both warranted and a good tool to prevent future activities that would harm the ecological values of this stretch of river.  If the concerns expressed are indeed exacerbated by a finding of suitability, then I would suggest moving the beginning of the segment north to a point where Richards' property ends and the TNC Preserve begins.  The other reason to support suitability here is because of the incredible riparian vegetation.  How many rivers can you drive along a sixty mile stretch of bending and meandering river with this kind of robust native vegetation in the entire country?  Not many.  The robust vegetation relies on overbank flooding when the San Miguel gets above 1,000 cfs.  These spring floods are required for the native riparian vegetation, hosting a number of rare species, to survive and thrive.  A finding of suitability will be an important tool to help ensure and plan in a way the helps protect this incredible natural resource.

San Miguel River 6 – Recreational

TNC supports suitability.  Again, the native fish are a top priority for this and many other conservation organizations, and water companies.  If we want things to stay the same, have local control of our water resources, we need to ensure that the Species of Concern: the Roundtail Chub, the Flannelmouth, the Bluehead Sucker are protected.  Protection of these species means protecting their habitat, and they can't have habitat without sufficient water.  The San Miguel currently has enough water for these species to thrive, yet with the amount of growth and development this region could see – we need to be responsible and provide minimal protections for these fish and their habitat now.  The land owner in this area is UMETCO, and is unlikely to be targeted for any other future development given its historic challenge to clean up the uranium tailings.

Lower Dolores River – Scenic

TNC supports suitability.  What makes this reach so important scenically and ecologically is that it has both the natural flows from the San Miguel and the intermittent waters from the Dolores' spring melt and 50% of the time, a spill from McPhee.  These flows combine to create great native fish habitat in a canyon that is both deep and partially inaccessible.  As the canyon resurfaces, private lands occur for

BLM_0109166

approximately 1/3 of the river's reach.  I heard Zene Weimer, the land owner in this area, express his concerns over suitability, and I think his concerns are about how this might impede his ability to manage his land the way he wants to.  From my understanding, his property rights and his grazing leases will not be affected by suitability, and therefore I support the finding of suitability.  For example, Larry and Jimmy Jean Suckla have been living with and ranching in the Big Gypsum Valley for several generations.  In 1978 the Dolores Public Lands Office found the Dolores River from McPhee to Bedrock "Suitable" under the Wild and Scenic Rivers Act, including their private lands.  From my impression, their ranching activities over the last thirty years have not been affected by Suitability.  Suitability on this section of the San Miguel River is not about changing management activities, rather it's about ensuring that the important aesthetic, recreational and ecological values are not harmed when change and development do occur.  Development and change will come in the next fifty years, and suitability will not make it impossible, nor onerous for development to occur – but it will ensure that the waters of the Dolores and the San Miguel have a seat at the table so that the rivers do not run dry in the face of expanding pressures for this most precious of natural resources.

The Colorado Division of Wildlife calls out this segment, as well as the lower two segments of the San Miguel as the most important reaches to protect in order to benefit native fish.  As mentioned, the natural hydrology of the San Miguel also affords this portion of the Dolores outstanding riparian vegetation.  A finding of suitability would also benefit the protections needed to sustain this important riparian habitat.

Dolores River 2 – Recreational

TNC supports suitability.  This river runs through the agricultural lands of the paradox Valley and then the little canyon above the San Miguel.  While the river's flow regime is severely altered because of McPhee dam, the labyrinth structure of the river through Paradox Valley and the subsequent old growth cottonwood galleries makes this an important stretch of river to protect.  And despite the lethargic waters of the Dolores, this segment's proximity to the San Miguel makes it viable habitat for native fish.  Finally, the improved dirt road that runs next to the river through the canyon affords many who are not as mobile, the chance to enjoy a great little canyon and river with little or any hiking.  This type of access to such a spectacular high walled canyon make it a place worthy if suitability.

Tributaries – TNC will comment on these on a broad scale.  We understand the concerns of private land owners who don't see the point of giving a special management designation for a tributary segment dominated by private ownership.  We do not disagree with this concern.  But in tributaries that are mostly federal land, it is important to protect the value these smaller tributaries, and their natural hydrologic flow regimes play in the larger Dolores and San Miguel systems.  Just last year, the low snow run off in the Dolores watershed below McPhee produced flows in excess of 1,500cfs.  These are waters from tributaries like La Sal, Tabeguache, and Dry creeks.  Thus, the Conservancy is supportive of

suitability in tributaries where ownership is largely federal, or where private ownership is supportive of gaining additional protections for a waterway's special qualities.

In conclusion, TNC believes that the Wild and Scenic Rivers Act is about protecting river's free flowing natural qualities – not about cleaving communities in half or fighting against protections, but rather about keeping healthy rivers healthy.   This has been lost on most rivers throughout our country.  Most rivers do not have natural flows, most rivers do not support abundant aquatic and riparian life, most rivers do not see the kind of recreation that is born out of natural splendor – but we do.  We are fortunate to have these rivers and tributaries in our backyard and we have an opportunity and an obligation to ensure that the beauty and promise of these rivers that drew us here to begin with are protected in ways that will allow for human growth and development without having our rivers run dry.

**James Bode**

| | |
|---|---|
| **From:** | Ophir Town Manager <admin@town-ophir.co.gov> |
| **Sent:** | Thursday, January 20, 2011 10:27 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | Ophir WSR comment lttr |
| **Attachments:** | 2011-01-20 Ophir WSR Comment Lttr.pdf |

Hello, Please find attached a comment letter from Ophir regarding the Wild and Scenic River designations. Best, Randy

Randy Barnes
Town Manager
Town of Ophir
P.O. 683
Ophir, CO 81426
phone 970-728-4943
fax 970-728-2880

1

BLM_0109169



Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

Sent via email to: UFORMP@BLM.GOV

Re: Wild and Scenic Rivers Suitability Determination – Dolores River Basin, including San Miguel and tributaries

To Whom It May Concern:

I am writing on behalf of the Ophir community which appreciates the efforts of the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) to carefully assess the irreplaceable values of the Dolores and San Miguel Rivers and to identify administrative protections that can preserve these values for future generations.

The town of Ophir, located in San Miguel County, consists of 145 residents. Our community has a splendid track record of protecting the environment through the acquisition of open space, supporting wilderness designations, source water and wildlife corridor protection and mine reclamation. As the region is a world class destination providing primarily recreational activities such as skiing, climbing, biking, hiking, fishing, hunting and boating, our economy depends on a healthy, safe and natural environment. Furthermore, the protection of our regions environment is important for the rivers, land and wildlife for current and future generations. The town of Ophir encourages and supports the protection and designations of Wild and Scenic Rivers of these spectacular riverways that are a quite popular destination for our community, the regions outdoors enthusiasts and visitors to this region. We believe these designations are consistent with the regions current and long term goals of continued environmental stewardship.

Thank you for your consideration of our comments. The BLM is welcome to contact me if any further discussion is needed.

Sincerely,

Randy Barnes
Town Manager
Town of Ophir

P.O Box 683, Ophir, CO 81426
admin@town-ophir.co.gov

970.728.4943
fax 970.728.2880

**James Bode**

| | |
|---|---|
| **From:** | Deanna Drew <ddrew@mtnvillage.org> |
| **Sent:** | Thursday, January 20, 2011 2:40 PM |
| **To:** | UFORMP@BLM.GOV; uformp@blm.gov |
| **Subject:** | Town of Mountain Village Wild and Scenic Suitability Comments |
| **Attachments:** | TMV Wild and Scenic Suitability 1-18-11.pdf |

Dear Uncompahgre Field Office,

Please find attached a comment letter from the Town of Mountain Village regarding the suitability of a Wild and Scenic River designation on certain segments of the San Miguel River.

Thank you very much for your hard work and dedication to the preservation of the San Miguel Watershed and also for the opportunity to comment on this very important project.

Best wishes for 2011!

Sincerely,

Deanna Drew
Town of Mountain Village
Recreation, Plazas and Environmental Services
Phone: (970) 369-8236
Fax: (970) 369-8119

BLM_0109171



January 18, 2011


Bureau of Land Management
Uncompahgre Field Office
RMP Division
2465 South Townsend
Montrose, CO. 81401

Via email:  UFORMP@BLM.GOV

### RE:  Wild and Scenic Suitability for San Miguel Stream Segments


Dear Uncompahgre Field Office,

Thank you for your detailed attention to the San Miguel River and its tributaries during your production of the Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area.  The San Miguel River is in close proximity to the Mountain Village community and we greatly appreciate the opportunity to comment on the suitability of certain stream segments under the Wild and Scenic Rivers Act.

The Town of Mountain Village is situated at 9,000 feet elevation in a sub-alpine forest of the San Juan Mountains and is sustained by a tourist-driven economy.  The Town and its local partners have worked diligently and scientifically over the years to protect and preserve the water quality and outstanding recreation and environmental values present here in the headwaters of the San Miguel to serve the desires of our population and to sustain our local tourism economy.

It is clear that these qualities – outstanding scenery, extensive hydrologic networks, cultural and historic artifacts, showy and rare vegetation communities, abundant wildlife including the recently reintroduced lynx, geological wonders and plentiful recreation opportunities- define the character of our high alpine community and are why people come here to live and visit.

Our commitment to protecting the watershed through science and research is evident:

- Over 50 acres of wetland and riparian habitat in the Prospect Creek, Skunk Creek, Snowshoe Creek, Elk Creek, and Gorrono Creek tributaries to the San Miguel River were restored in Mountain Village in cooperation with the

1

Environmental Protection Agency and the Telluride Ski & Golf Resort. Nearly all wetlands within Mountain Village Open Space areas have been placed into perpetual conservation easements with the Town to ensure there is no net loss of wetlands in our jurisdiction. Furthermore, field employees and contractors in our community are required to protect sensitive areas by following the guidelines and Best Management Practices contained in our Wetlands Management Plan for Mountain Village.

- The Town of Mountain Village has worked with regional partners and the United States Forest Service to ensure responsible stewardship and development of public lands used by the nearby Telluride Ski Resort. The San Juan Fens Partnership was developed in 2001 to study and protect unique high alpine fens in Prospect Creek Basin from ski area development pressures, and this scientific preservation effort has now expanded to high alpine fens throughout the world using data from the Prospect Creek Fens as a baseline. Several innovative ski area construction techniques were used during the Prospect Basin Ski Area Expansion to preserve the fen ecosystems present in the area and the project was recognized with the ski industry's highest environmental achievement award for the collaborative conservation efforts.

**To continue to protect and preserve the aforementioned outstanding recreational and environmental qualities of the San Miguel River Watershed, the Town of Mountain Village hereby supports a suitability finding on the full lengths of the following stream segments in the Uncompahgre Planning Area due to the reasons indicated:**

- **Fall Creek:** *The Canadian lynx (Lynx lynx Canadensis) is known to be present in the Fall Creek and Wilson Mesa area and this species is important to the biodiversity of the Mountain Village ecosystem. This creek is surrounded by beautiful aspen forests, a signature Mountain Village vegetation community and tourist attraction that is currently threatened by Sudden Aspen Decline.*
- **Beaver Creek:** *This tributary segment contains a special vegetation community of narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest and is a popular hiking destination for those boating the San Miguel.*
- **Dry Creek:** *The striated canyons and vegetation in Dry Creek are scenic and visually pleasing, while the paradox of the erosional process of the creek is geologically interesting. The wild nature of the area is attractive to visitors in the region.*
- **Naturita Creek:** *The presence of three Colorado sensitive fish species, spawning areas and a fishery in this segment warrants Wild and Scenic protection and preservation to uphold fish and wildlife values for the region.*
- **Saltado Creek:** *Like Beaver Creek, this segment sustains a globally vulnerable narrowleaf cottonwood/ blue spruce/ thinleaf alder riparian forest and has no evidence of human development along its course (something increasingly difficult to find).*

2

- **San Miguel River, Segment 1:** *This segment of the San Miguel is in the closest proximity to the Town of Mountain Village of those commented on. The upper portion of this segment (Deep Creek to Leopard Creek) is along a popular driving route to Mountain Village and has spectacular scenic qualities including riparian vegetation, surrounding mountain peaks and rock formations with fossils that exhibit the intense geologic history of the region. We would like to preserve this "first impression" for our guests. The entire stretch of this segment is very popular with boaters and fishermen and several parking areas and access sites exist here to support our recreation tourism economy. This segment hosts a remarkable amount of bird life including breeding sites and migratory paths for many special species. Remains of the Rio Grand Southern Railroad and mining structure exist to remind visitors of our local heritage. Finally this stretch hosts at least four globally vulnerable riparian communities which have been identified as Areas of Critical Environmental Concern and offer a unique tourism experience for our residents and guests.*

- **San Miguel River, Segment 2:** *This rocky segment of the San Miguel is popular with recreationists and trout fishermen, both which support the tourism economy in Mountain Village. The primitive nature of this segment offer the visitor a near-wilderness experience and the campsites along the way offer serene camping opportunities. The segment is also prime bird habitat for year round residents as well as migratory species, and contains five outstanding riparian communities that qualify this segment as an Area of Critical Environmental Concern for the region.*

- **San Miguel River, Segment 3:** *An abundance of recreational opportunities exist in this segment which support the tourism economy of our region. The presence of sensitive fish species, rich birdlife and superior vegetation communities in the segment warrants protection and preservation under the nation's Wild and Scenic Rivers Act.*

The Town of Mountain Village would again like to thank the Bureau of Land Management and Uncompahgre Field Office planning team for their hard work and dedication to the preservation of the outstanding remarkable values in the San Miguel Watershed.

The livelihood of our residents and guests depends on these values, and in turn helps to ensure the livability of Mountain Village for generations to come.

Sincerely yours,

Bob Delves, Mayor

3

## James Bode

| | |
|---|---|
| **From:** | Houston, Rick (FHP) <Rick.Houston@Fairmont.com> |
| **Sent:** | Thursday, January 20, 2011 1:29 PM |
| **To:** | 'UFORMP@BLM.GOV' |
| **Subject:** | Wild and Scenic Rivers Suitability Determination - Dolores River Basin, including San Miguel and tributaries |
| **Attachments:** | San Miguel River W&S Designation Houston letter.pdf |

Thank you for your consideration.
Best regards
Rick

Rick Houston
General Manager Operations
Fairmont Heritage Place

970.728.7101

Please consider the environment before printing this message.

Explore Fairmont's latest destination in Vancouver. With unobstructed views of the harbour and mountains, Fairmont Pacific Rim is a newcomer to an area rich in excitement and a fusion of cultures. Sophisticated and cosmopolitan, casual and contemporary, the hotel combines the best of Asia and the West Coast in its plan, decor and culinary offerings. It's a downtown oasis, designed with five-star standards and resort features, such as a rooftop swimming pool with cabanas and outdoor fireplaces, and a luxurious Willow Stream Spa. With 1,400 square metres (15,000 square feet) of state-of-the-art function space, it also provides an ideal setting for meetings and social events. Visit fairmont.com/pacificrim for more information.

BLM_0109175

**Rick Houston**
**General Manger of Operations**
**Fairmont Heritage Place**
**567 Mountain Village Blvd**
**Telluride, CO 81435**
**Rick.houston@fairmont.com**

**January 20, 2011**

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado  81401

Sent via email to:

UFORMP@BLM.GOV

**Re: Wild and Scenic Rivers Suitability Determination – Dolores River Basin,
including San Miguel and tributaries**

To Whom It May Concern:

For the past 15 years our Franz Klammer Lodge Owners, Guests and Colleagues
have experienced the many wonderful aspects of the San Miguel River basin.  As we
explored the headwaters of its may tributaries, road the rapids through its red rock
canyons or found solace fly fishing in our favorite secret spots, it has always provided us
with spectacular beauty in an unspoiled nature. I sincerely appreciate the efforts of the
Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) to carefully
assess the irreplaceable values of the Dolores and San Miguel Rivers and to identify
administrative protections that can preserve these values for future generations.

I provide the following recommendations regarding Wild and Scenic Suitability:

I have considered the issues and alternatives relevant to the Dolores and San
Miguel river basins and tributaries.  I did not consider issues and alternatives related to
the Lower Gunnison watershed.

The Franz Klammer Lodge's relationship with this unique riparian environment is
far deeper then simply recreation.  As a member of Fairmont Hotels and Resorts we are
proud of our Signature Green Program initiatives that have supported educating our
owners, guests and community about this truly remarkable regional asset.  We have
worked closely with the Telluride Institute to coordinate educational program that
provide such wonderful learning opportunities about this rare river and its tributaries.  We
feel so strongly about the San Miguel River and its varied environments, historical
contributions and value to our region that we have made education and appreciation of

BLM_0109176

its varied environments, historical contributions and value to our region that we have made education and appreciation of the river our Signature Environmental Initiative within Fairmont's acclaimed environmental program.

We realize and respect that the river and its tributaries are relied upon to nurture many communities and industries. Our sincere hope is a that those areas under consideration to be preserved as designated for forever wild and scenic can be accommodated without compromising the needs of these important constituents.

Thank you for your serious consideration of my comments. The BLM is welcome to contact me if any further discussion is needed.

Sincerely,

Rick Houston
General Manger of Operations
Fairmont Heritage Place
567 Mountain Village Blvd
Telluride, CO 81435

970.728.7101

BLM_0109177

**James Bode**

| | |
|---|---|
| **From:** | McComb, Stephen <SMcComb@Maxwell.com> |
| **Sent:** | Friday, January 21, 2011 11:36 AM |
| **To:** | uformp@blm.gov |
| **Cc:** | Peter Mueller |
| **Subject:** | Wild & Scenic Input |

**Good Morning!**

**Reference: San Miguel Wild & Scenic Designations Input**

**My name is Steve McComb and I live in Telluride ½ block away from the San Miguel River, which I admire and appreciate everyday!**

**When I considered my comments to you, I thought it would be a good idea to look up the word "river" in Webster's…a river is described as "A copious natural stream of water flowing in a channel to the sea or a lake"…"copious" is a key work and that means abundant or plentiful.**

**In my opinion we must put further protection on this totally unique, free flowing, 72 mile wonder of a river in order to save it from further degradation and complete ruin.  Water is the life blood not only for the river, but all the plants, fish, and inspects that depend upon it for survival, as well as the riparian areas rich with other forms of life.**

**I have seen charts showing the last 50 years of San Miguel River water volume being recorded…the reduction in overall water volume over the years is eye opening.  I am sure there are multiple factors for this reduction, but man's use of the water is definitely a major one.  I am also aware that due to the concern by landowners adjacent to the San Miguel River regarding the upcoming vote on the recommended ISF at the confluence of the Dolores River, there are 61 new water right applications that take into account future water needs of the area.**

**Without protection of the river area and the water itself, man's needs and concern about future needs will destroy the San Miguel River!  As a result, I strongly urge the BLM to designate the outlined areas in the management plan that are eligible to be suitable and push for either Wild, Scenic, or Recreational designations long term.**

**We have come to the time in man's evolution on this planet that the earth and all it's forms of life should be looked at something to protect, not exploit solely for our own ends.  We must truly become the stewards of our incredible environment, if we are to survive much longer as a species.**

**Thank you for considering my opinion!**

**Regards,
Steve**

**Stephen R. McComb**                **Email**: smccomb@maxwell.com

BLM_0109178

Strategic Accounts Manager                    **Web**: http://www.maxwell.com

**Maxwell Technologies, Inc.**                **Phone**: 970-728-8110
9244 Balboa Avenue                            **Fax**: 970-728-4995
San Diego, CA 92123
United States

---

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND
CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is a Confidential communication. If the
reader of this message is not an intended recipient or an agent responsible for delivering it to an intended
recipient, you are hereby notified that you have received this message in error, and that any review,
dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error,
please notify the sender immediately, delete the message and destroy any hard copy print-outs. Thank you very
much.

BLM_0109179

**James Bode**

| | |
|---|---|
| **From:** | Ameeker@aol.com |
| **Sent:** | Sunday, January 23, 2011 6:39 PM |
| **To:** | UFORMP@BLM.GOV |
| **Cc:** | pmueller@tnc.org |
| **Subject:** | Personal Comment/ Support forWild and Scenic Status Saltado Cr and San Miguel Rv |

To Whom it May Concern:

I am currently a resident of Specie Mesa, on the East Rim of Saltado Canyon about 600 feet above the Saltado Creek in Placerville, CO.

I am writing to share my support for the designation of Wild and Scenic Status for Saltado Creek and the San Miguel River. A few summarized thoughts about each are below:

**Saltado Creek:**

- I have hiked down to the Creek on many occasions. It is an amazing riparian zone. You already know that Riparian zones are significant because of their role in soil conservation, their habitat biodiversity and the influence they have on fauna and aquatic ecosystems

- I have seen black bear in the creek area on several occasions, and have also seen mountain lion on the East Rim. The creek plays a key role in keeping our large and rare mammal spices vital

- This area also represents a unique wildlife corridor connecting Uncompaghre Plateau to our north to the Little Cone/Dolores Range to the south

- The Creek is currently unencumbered by any development that I know of, and I believe, is the only major tributary of the San Miguel that is so

**San Miguel River:**

- Segment 1 - this section should be found suitable to protect the recreational and scenic values, both of which are very important to the economy in San Miguel County. There are no additional protections for recreational boating flows, and with continued future water needs, these flows are at risk.

- Segment 2 - with 100% federal land, this section should be considered as suitable for Wild classification. This section is used by boaters and anglers from all over the state. It contains stunning scenery; it is one of the few areas where one can have a primitive boating experience on the San Miguel, away from roads and development. This is the best trout fishing on the San Miguel

- Segment 3- this section should at least be considered for recreational suitability. The upper terminus of this section is habitat for the three sensitive species; this section is part of a great boating section (from Beaver Creek to Pinyon) and includes the ledges, which is a very popular "play" section for kayakers.

1

BLM_0109180

- Segment 5 - although this section has a lot of private land, suitability is still important to protect the three sensitive fish species.  This is an important section, as an intact native fishery and containing three superior riparian communities.  Because this section contains the historic Hanging Flume is also an important section for tourism as well as deserves protection as one of the 100 Most Endangered Sites on the World Monument Fund Watch List.

- Segment 6 - This section should be found suitable because it is habitat to the three sensitive species.  It is also an enjoyable boating and biking section..

Thank you for your consideration.

Regards,

Alan Meeker
PO Box 2560
Telluride, CO 81435

BLM_0109181

**James Bode**

| | |
|---|---|
| **From:** | Barbara Hawke <barbara_hawke@tws.org> |
| **Sent:** | Monday, January 24, 2011 3:23 PM |
| **To:** | UFORMP@BLM.GOV |
| **Cc:** | Barbara_Sharrow@blm.gov; Jedd_Sondergard@blm.gov; bruce_krickbaum@blm.gov; lee@wccongress.org; Paul Joyce; Becky Long |
| **Subject:** | Wild and Scenic Comment Letter - Additional Supporters |
| **Attachments:** | Dolores Coalition Wild and Scenic Comment Letter from Core Committee 012011 w addtl signors 012411.doc |

Please note that the following additional organizations support the Dolores Coalition comments submitted last week regarding Wild and Scenic Suitability:

Colorado Environmental Coalition
Colorado Wild
Western Colorado Congress

The attached letter has been updated to include those signatories, but is otherwise unchanged from that submitted last week (via email, and on paper at the January 20 meeting).

Barbara Hawke
Dolores River Basin Wildlands Coordinator
The Wilderness Society
Montrose, Colorado
970-596-6697 (cell)

BLM_0109182

**Dolores River Coalition**
**Core Committee Members:**
**San Juan Citizens' Alliance**
**The Wilderness Society**
**Gunnison Gorge Anglers, Trout Unlimited Chapter**
**Center for Native Ecosystems**
**Sheep Mountain Alliance**
**Colorado Environmental Coalition**
**Colorado Wild**
**Western Colorado Congress**

January 20, 2011

Ms. Barbara Sharrow, Field Office Manager
Bureau of Land Management, Uncompahgre Field Office
and Sub-Resource Advisory Council
via email to: uformp@blm.gov

Dear Ms. Sharrow and SubResource Advisory Council Members:

The Dolores River Coalition is a partnership of 19 local, state and national business, recreation, and conservation groups with an interest in protecting the natural attributes of the Dolores River Basin for the long-term benefit of residents and visitors. We offer these comments on behalf of the above-referenced partner organizations that are closely involved with San Miguel River and Dolores River Basin issues.

We greatly appreciate your effort to gather additional information from the public to aid in your recommendations regarding wild and scenic suitability ("Suitability") and protective management of eligible segments of the San Miguel River, Dolores River, and key tributaries of each. We know the recommendations of the Sub-Resource Advisory Council (SubRAC) will be very important to both the Southwest Resource Advisory Council (SW RAC), and ultimately to the BLM's Uncompahgre Field Office (UFO), as part of alternatives for the revision of the UFO's Resource Management Plan (RMP).

1

BLM_0109183

The public meetings held so far have provided additional information from both individuals of the public, and experts in resource management, and this information informs our following comments. As some of our interested members are unable to attend several of the public meetings that are scheduled, we appreciate the opportunity to summarize our comments in this letter.

<u>*Overall Significance of the Dolores and San Miguel Rivers*</u>
The Dolores and San Miguel rivers are significant locally and regionally, and also in state and national contexts. The values and resources encompassed by these watersheds are unique, highly attractive to residents and visitors, and in some cases, globally rare. These rivers and their tributaries provide essential water resources for people, wildlife and agriculture. Highly valued traditional lifestyles such as ranching are dependent on healthy rivers and streams. In addition, the rivers provide unique recreational and economic benefits through fishing, boating, hiking, outdoor education and other outdoor pursuits. The importance of these rivers to western communities is reflected in the extensive efforts of diverse interests to work collaboratively on river preservation and improvement throughout the Dolores River basin.

These aspects of overall significance are important to considerations of Suitability and related management decisions because the individual stream segments do not function in isolation – each segment contributes to flows, function and health of downstream and nearby segments. Specific examples of such connectivity are easily observable in how invasive plants like tamarisk and knapweed quickly spread along waterways. The operation of connectivity extends to many other important resources, such as the viability of native fish habitat, opportunities to boat significant portions of the river, and the value of riparian habitat as a movement corridor for wildlife and birds.

The importance of considering these stream segments as part of a connected whole has also been emphasized in presentations by experts at the recent public meetings. For example, BLM ecology staff noted the dependence of certain rare riparian vegetation on particular seasonal flows, starting in tributary streams and moving into the San Miguel mainstem.  Another presentation noted that the approximately 105 miles of the Dolores River from McPhee Dam to the San

2

BLM_0109184

Miguel River has been dramatically affected by a single impoundment structure
at the upstream end. This presentation further noted that the flows of the San
Miguel River are the single most important factor in changing the Dolores River
from depauperate of native fish upstream of the confluence with the San Miguel,
to having a generally intact native fish population below that confluence.

For these reasons of the overall significance of the Dolores and San Miguel rivers,
and given the extensive impacts of connectivity between individual stream
segments, we recommend a strong preference for Suitability for all segments of
the Dolores and San Miguel already found Eligible.

*Relevance and Importance of Suitability as a Protective Management Tool*
We appreciate the helpful document provided by the UFO that assesses "WSR
ORV Management Tools." As reflected in that document, only a few management
tools – including several legislated designations, and conservation easements -
offer the potential to provide effective and durable, or permanent, protection.
Among the tools described, only Wild and Scenic, and Instream Flow, approaches
are specifically directed toward such durable protection of river values. Tools
associated with Wild and Scenic Suitability have the further ability to preserve
healthy functioning of the entire river corridor and its full range of values. This
feature of comprehensive management of interrelated values is critically
important. In most cases, Suitability offers a singular opportunity to preserve the
multi-layered values identified for many of the following stream segments.

Given that the Dolores and San Miguel rivers and their tributaries embrace a very
broad range of values, from heritage tourism along the Scenic Byway to globally
rare vegetation, we believe that, for most eligible segments in these watersheds,
Wild and Scenic Suitability and corresponding protective management will
provide the most effective and appropriate management tool to preserve the
majority of Outstandingly Remarkable Values identified for individual stream
segments.

In our more detailed comments that follow, we have incorporated our
observation that in most cases, only management tools that offer effective,

3

reliable and durable protection will be adequate to preserve the identified Outstandingly Remarkable Values.

_Dolores Segments and Relation to other Preservation Efforts_
As noted in the Eligibility Report, the eligibility of Dolores Segment 1 was addressed by the San Juan Public Lands Center through their Resource Management Plan revision. However, Dolores Segment 1 lies within the Uncompahgre Field Office, and Suitability will be addressed through the UFO process. Dolores segments, and segment 1 in particular, therefore require consideration that incorporates additional information produced by efforts extending into the San Juan Public Lands Center region.

The Dolores River has long been regarded as a special and unique place from an ecological and recreational point of view, and was originally found Suitable in 1976. In more recent years, the Dolores River Coalition has been closely involved with the efforts of the Dolores River Dialogue and the Lower Dolores River Working Group.

In connection with those efforts, we want to see legislation succeed that will protect important land and water resources for the Dolores River corridor above the confluence with the San Miguel River, while incorporating concerns and needs of the diverse stakeholders associated with that portion of the river and adjacent landscape. We support the efforts of the Working Group to consider several approaches to such protections for that stretch of the Dolores, interweaving administrative and legislative approaches.

The Working Group's legislative proposal is the result of several years of cooperative effort among diverse stakeholders, and represents an approach customized for the unique conditions and dynamics of the specific stretch of the Dolores within the San Juan Public Lands Center jurisdiction, and perhaps extending to the confluence with the San Miguel River.  While the entirety of this stretch of the river was found Suitable for Wild and Scenic designation in the past, and most of it again more recently in the Draft San Juan RMP, the proposal being pursued by the Working Group would use other mechanisms to protect the outstandingly remarkable values.

4

BLM_0109186

While we are involved in and very supportive of the Working Group's efforts toward achieving legislation, we do think it is important that a finding of Suitability be made for Segment 1 and Segment 2 of the mainstem Dolores at this time.  We believe this for two primary reasons.  First, these segments have been found suitable in the past and we believe they continue to retain the qualities and values that made them suitable.  Second, while we believe the proposed legislation will be crafted to adequately protect the ORVs, there is no guarantee until federal legislation is actually enacted.  Consequently, we believe that a finding of Suitability is very important at this point in the process. Within this general framework, we offer the following specific comments on the Dolores segments, as well as specific comments on the San Miguel segments.

We believe that conditions in other portions of the Dolores River Basin, including the San Miguel River, may differ from those in the Southern Dolores that led stakeholders to address alternative legislative protections. As a result, approaches to protection of outstandingly remarkable values different from that used in the Lower Dolores Working Group process may be required to preserve the important values of rivers and streams under consideration in the UFO Suitability analysis. Throughout this process, our Coalition does want to learn more about the needs and interests of local communities and landowners, and how those needs can be supported through sound management of our public lands.

<u>Comments on Individual Stream Segments:</u>

UPPER DOLORES UNIT

<u>Dolores River, segment 2</u>
*11.5 miles; Recreational; Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation*

With the longest and most diverse list of outstandingly remarkable values (six separate categories) recognized in this segment, the segment is eminently qualified for the highest possible protective status and measures.  As well described in the BLM eligibility report, this is a stunning, evocative area. The dramatic redrock cliffs rise above the winding river, producing an awe-inspiring

5

sense of natural wonder. Multiple values for natural systems and quiet human use abound.

The healthy presence of three BLM and Colorado sensitive  native fish – flannelmouth sucker, bluehead sucker, and roundtal chub - in this segment and downstream, as recognized in the BLM's Final Eligibility Report, the importance of protecting the stream and supportive corridor in this segment is greatly magnified.

This segment is also partially included in, and adjacent to, the Colorado Natural Heritage Program (CNHP) Potential Conservation Area of "East Paradox Creek". This PCA was ranked B2 , for Very High Biodiversity Significance.

Although additional In-Stream Flow protection might provide some support for the native fish ORVs, that tool cannot address the ORVs associated with the broader river corridor, such as the outstanding scenic and geologic features noted, and Peregrine falcon. Other ORVs noted, including boating opportunities and the globally imperiled New Mexico privet vegetation community, may be partially supported by the tool of ISF, however would be more comprehensively addressed through Wild and Scenic management. Suitability offers the most effective management tool to support this exceptionally diverse and significant suite of values that are dependent on a dynamic and naturally functioning river canyon system.

Only 47% of land along the segment is federally owned, but 100% of the corridor land in the upper (northern) half of the segment is federal. This facilitates the effective implementation of protective measures in that federal portion and facilitates cooperative agreements and measures for providing similar protections to the rest of the segment. A classification of Recreational in the portion of this segment that runs through private land should provide good flexibility and access for continuing uses on private lands.

Although management tools such as In Stream Flow may help to protect some of the aquatic values such as native fish, the multiple values of an area such Dolores River Segment 2, which values are arrayed throughout an interconnected river

6

BLM_0109188

corridor, require the more comprehensive management protections offered by a determination of Suitability.

_We recommend that the full length of Dolores River segment 2—or at least the federally owned upper (northern) portion—be found Suitable._

Dolores River, segment 1
_Approximately 6 miles; Wild; Recreation and Scenery, Fish and wildlife, Geology, Ecology, Archaeology_

Dolores River segment 1 flows through the northern half of the remote Dolores River Canyon Wilderness Study Area.  The segment has numerous outstandingly remarkable values making it a very appropriate candidate for suitability, and as mentioned above it has previously been found Suitable. This segment, along with the segments upstream in the San Juan Field Office, is well known as an outstanding location for boating and its scenic attributes, boasting sheer redrock cliffs and compelling side canyons.  Archaeology and geology within the segment also add to its qualities, along with species such as the roundtail chub and other native fish, as well as unique plant species.

Segment 1 was identified as eligible in the San Juan Public Lands Draft Resource Management Plan because it lies within the northern half of Dolores River Canyon Wilderness Study Area (WSA), the southern half of which is within the San Juan FO.  It made sense for the San Juan to look at the river segment within the WSA as a whole because the two segments are united geologically and ecologically, in spite of the management jurisdiction boundary.  While the San Juan's Draft RMP determined that the UFO's Dolores Segment 1 is eligible, it also found the segment I immediately upriver within its boundary to be preliminarily suitable.

The UFO's segment 1 is an essential part of the segment upstream in the San Juan FO and also complements Dolores River segment 2. As such, its extensive and diverse outstandingly remarkable values and values-related flows, warrant the highest possible protection.

7

BLM_0109189

Such protections are described in our comments related to Dolores River segment 2, and we advocate those protections for Dolores River segment 1 as well.

*We recommend that the full length of Dolores River segment 1 be found suitable.*

SAN MIGUEL UNIT

Beaver Creek
*14.25 miles; Scenic; Vegetation (rare cottonwood-spruce-alder community)*
Traversing a narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad, otherwise private-land, geography. The creek is also an important contributing tributary to the San Miguel River.

Portions of this large canyon retain a wild and dramatic appearance, and the mouth of the canyon forms a significant scenic backdrop to the scenic byway along the San Miguel River. Public comments noted that this stream provides excellent fishing opportunities, and some of the adjacent private landowners spoke in support of preserving the natural values of this segment. The Colorado Natural Heritage Program has identified the "Beaver Creek at Beaver Mesa" Potential Conservation Area to support the globally vulnerable riparian tree and shrub communities.

The connection of the upper portion of the stream to Forest Service land amplifies the potential benefits of management under Suitability. Federal land ownership of nearly 100% will simplify effective implementation of protective management.

*We recommend that the full length of Beaver Creek be found suitable.*

8

Dry Creek

*10.49 miles; Wild; Scenic, Geologic*

This stream traverses a uniquely un-roaded landscape, providing important wildlife support and general ecological vibrancy. It is also a seasonally large streamflow contributor to the San Miguel River.

The very distinctive scenery and geology of the area—formed in large part by the creek itself—warrant strong protective management for the stream and corridor.

Nearly 100% federal ownership of land along the stream corridor, and extensive federal land beyond the corridor, simplify effective implementation of protective management.

*We recommend that the full length of Dry Creek segment be found suitable.*

Naturita Creek

*24.97 miles; Scenic; Fish*

This rare habitat for exemplary populations of potentially endangered native fish warrants the strongest possible protection, for both streamflows, related corridor vegetation, and water quality.

While the low percentage of federal ownership along the corridor might preclude a finding of suitability or wild and scenic designation, other immediate, effective, and enduring administrative protections—including cooperative measures with landowners and with other government agencies—should be included in the resource management plan and its implementation. The presence of interested landowners along the creek – including at least one landowner who has placed a conservation easement on their property which encompasses a portion of Naturita Creek – should be pursued as a potential opportunity for cooperative management approaches to address the multiple values along this stream. This might include cooperative programs for management of invasive weeds, which diminish values for both natural systems and agricultural productivity alike.

9

BLM_0109191

Saltado Creek

*5.56 miles; Wild; Vegetation (rare cottonwood-spruce-alder community)*
Traversing a relatively narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad otherwise private-land geography. The creek is also an important and reliable streamflow-contributing tributary to the San Miguel River. The potential importance of contributory flows of Saltado Creek to the riparian health and aquatic values in the San Miguel River was noted by Division of Wildlife staff at one of the public meetings.

The healthy and remarkably undisturbed nature of this segments riparian vegetation and soils, worthy of strong protection itself, helps ensure clean streamflow in the San Miguel River. The Colorado Natural Heritage Program identified Saltado Creek as worthy of protective management through CNHP's identification of the "Saltado Creek" Potential Conservation Area, designed to support riparian vegetation values including various willow communities.

100% federal land ownership along the lower four miles of the segment simplifies effective implementation of protective management. Additionally, the support of adjacent private landowners for stream protections is a strong endorsement for Suitability. The interest and involvement of the Saltado Creek Homeowners Association that was voiced in public meetings should help to support a finding of Suitability.

*We recommend that the full length—certainly the federally owned portion—of Saltado Creek segment be found suitable.*


SAN MIGUEL MAINSTEM SEGMENTS

As disussed earlier in this letter, the San Miguel River has very high significance for multiple natural values – ensuring the health of the Dolores River below the confluence, globally significant biodiversity, BLM sensitive native fish, globally imperiled riparian vegetation, wildlife movement corridors, and bird habitat. In addition, the San Miguel River provides expansive values for human use,

10

BLM_0109192

including world-class fishing, hunting, boating, birdwatching, hiking, camping, geology study, scenic appreciation, tourism, and interpretation of historic and cultural resources – in addition to the river's importance to local communities for residents and agriculture. The critical importance of these multiple values is reflected in the significant investments made by the BLM, The Nature Conservancy, and many others to preserve natural values and develop recreational opportunities along the river. The integrated significance of the San Miguel River should be heavily weighted in consideration of Suitability for individual segments. Generally, Suitability offers the best opportunity for comprehensive management of these interwoven values, particularly when combined with more targeted protections such as the San Miguel Area of Critical Environmental Concern, Instream Flow rights, and cooperation with private landowners where possible.

San Miguel River, segment 1
*27.23 miles; Recreational; Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology*

This large, regionally iconic river is inherently significant, and it provides important streamflow contribution to the Dolores River, itself severely diminished above its confluence with the San Miguel. This flow contribution is particularly important for the surviving population of endangered native fish inhabiting the portion of the Dolores River just below that confluence. With flows from the upper reaches of the Dolores still highly variable and generally low, the San Miguel flow contribution is critical and must be protected.

This segment includes unparalleled scenery and attendant natural and cultural features.

The patchwork of federal-private land ownership along the segment may complicate protective management, but the segment's features warrant the extra effort that might be necessary to secure a finding of suitability and to implement cooperative measures to protect those features. A strong factor supporting

11

BLM_0109193

Suitability is the recommendation for protective measures voiced by adjacent public landowners in recent meetings.

*We recommend that all of San Miguel River segment 1 be found suitable.*

San Miguel River, segment 2
*4.01 miles; Wild; Scenic, Recreational, Wildlife, Vegetation*

This relatively short segment of the San Miguel river contains unusually undisturbed stream and corridor features, warranting the strongest possible protection. The corridor includes stunning geological and landform scenery, much of it formed by the river itself, along with a uniquely undisturbed and vibrant riparian ecosystem.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

*We recommend that the full length of San Miguel River segment 2 be found suitable.*

San Miguel River, segment 3
*7.31 miles; Scenic; Recreational, Fish, Wildlife, Vegetation*

This segment's uniquely wild condition affords recreational experiences important to local economy and to local sense of place. The segment also provides critical habitat for potentially endangered native fish, which must be protected in order to ensure continued local use of the river's flows.

The BLM Eligibility Report well notes the diversity of values and uses associated with this segment. The BLM's investment in attractive, yet highly natural, campground and boat launch areas should be preserved through management protections that preserve the myriad natural and recreational attractions of the river in this area. Likewise, the cooperative investment of the BLM, The Nature

12

BLM_0109194

Coinservancy, private landowners and others in improving a dam and diversion structures in the area to support stream health and fish populations should be augmented by a finding of Suitability that preserves these values.

While federal land ownership along the segment is only 72.5%, the bulk of private land is found at one location, facilitating the cooperative measures important for implementing protective measures essential for this segment.

_We recommend that the full length of San Miguel River segment 3 be found suitable._

San Miguel River, segment 5

In addition to ensuring strong and enduring protection for the public lands segments of the river traversing primarily federal public lands, the BLM should engage landowners and other land managers in Segment 5 to ensure cooperative measures to a) protect a continuous healthy stream corridor and b) to ensure natural-hydrograph flow contributions to the Dolores River. These and other measures should be undertaken to, among other things, enhance and preserve important habitat for imperiled native fish noted in the BLM's Final Eligibility Report.

In particular, we recommend that BLM staff develop a restructured segment  to capture federal land along with the significant extent of private nature preserve along the river. We would support a finding of Suitability for a subsection of San Miguel Segment 2 that included federal land and private land that has already been established for preservation of the riparian corridor.

San Miguel River, segment 6

_3.23 miles; Recreational, Fish, Historic, Vegetation_

This final segment to the San Miguel River's confluence with the Dolores River is of critical importance to a) preserve the beauty and natural dynamics of the confluence, to ensure a final, reliable, and healthy contribution to streamflows important for native fish uniquely flourishing in the segment and just

13

downstream from the confluence, and c) to protect and enhance the healthy native riparian vegetation along the segment.

While less than 70% of the land along segment is federally owned, 100% of the final two miles above the confluence is federally owned, facilitating effective implementation of protective management.

_We recommend that the full length of San Miguel River segment 6—or at least the federal portion—be found suitable._

Tabeguache Creek, segment 1
_3.61 miles; Wild; Vegetation_

This stream traverses a uniquely un-roaded, wild landscape on public lands, providing important wildlife support and general ecological vibrancy along the stream itself, and complementing congressionally designated national forest lands protected upstream.

Reliable protection is also needed for the segment's uniquely and flourishing riparian vegetation communities, and noted in the BLM's Final Eligibility Report. Because the ORVs depend on holistic riparian function and water quality, Suitability offers the most effective approach to management protection.

Suitability would also offer a helpful management approach to preserve the area's value for primitive and quiet recreation. There are few remaining areas in western Colorado where opportunities exist to preserve remote natural regions that span BLM and Forest Service lands. Cooperative management of the Tabeguache stream as part of a larger complex of primitive public lands would preserve a highly valuable resource for western Colorado.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

_We recommend that the full length of Tabeguache segment 1 be found suitable._

14

BLM_0109196

Tabeguache Creek, segment 2
*11.57 miles; Recreational, Cultural, Vegetation*

This segment contributes reliable and significant volume of streamflow to the San Miguel River, and the health of segment should be protected in order to maintain and enhance the quality of the contributed streamflows.

The segment's superior examples of unique stream-dependent riparian vegetation communities should themselves be preserved and enhanced.

Although less than 70% of the land along the segment is federally owned, 100% of the land immediately above the stream's confluence with the San Miguel River is federally owned. This facilitates effective implementation of protective management. In addition, the presence of The Nature Conservancy's San Miguel at Tabeguache preserve augments the opportunities for cooperative protective management in concert with private nonprofit entities, increasing the potential effectiveness of Suitability as a management approach.

*We recommend that the full length of Tabeguache Creek segment 2—or at least the federally owned portion—be found suitable.*


LOWER DOLORES UNIT

Lower Dolores River
*10.53 miles; Scenic; Scenic, Recreational, Geologic, Fish, Wildlife*

Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic

15

BLM_0109197

river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is essential to, and appropriate for, that protection.

The esthetically and economically important recreation opportunities provided by the Lower Dolores River segment present sufficient justification for protecting the natural appearance and health of that segment. The existence of healthy populations of regionally imperiled native fish, as noted in the BLM's Final Eligibility Report, make that protection even more important.

In conjunction with a finding of suitability, and protective management, for the San Miguel River segments upstream, corresponding protections for this segment complete an important recognition of the two rivers' importance, locally and nationally.

While just over 65% of the land along the segment is federally owned, 100% of the upper portion of the segment is federally owned. This facilitates effective implementation of protective management for that federal portion; it also facilitates—and warrants—cooperative agreements and actions in the lower portions, lined primarily by private land, to help complete that protective management.

_We recommend that that full length of Lower Dolores River segment—or at least the upper federally owned portion—be found suitable._


North Fork Mesa Creek
_8.53 miles; Scenic; Vegetation_

This segment warrants the strongest of protective measures for two basic reasons. First is the BLM-recognized presence of globally imperiled narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian woodlands along the segment. Second, and related, the segment contributes perennial, high quality streamflows to Mesa Creek, and thus to the severely depleted Dolores River itself.

16

A finding of suitability for this segment corresponds to the BLM's separate finding of eligibility for the upstream segment of the North Fork (and, hopefully, finding of suitability for that upper segment). In any case, the Uncompahgre and Grand Junction field offices should confer and provide effective coordinated protective management for both segments.

While just over 68% of the land along the segment is federally owned, 100% of the upper portion of the segment is federal. This facilitates effective implementation of protective management, and facilitates the implementation of cooperative agreements and actions for portions of the segment lined with private land.

*We recommend that the full length of North Fork Mesa Creek—or at least the federally owned upper portion—be found suitable.*

La Sal Creek, segment 2
*4.52 miles; Scenic; Fish, Vegetation*

This stream traverses a distinctive canyon corridor, affording a stunning backdrop to outstanding recreation opportunities. The stream itself provides important streamflow source for the Dolores River, and it includes essential and healthy riparian environment in an otherwise arid area.

The presence of healthy populations of regionally imperiled native fish, and the presence of globally rare riparian ecosystem, provide complete justification for the strongest possible protective status and measures in this segment. In addition, the segment provides essential streamflows and healthy continuity for riparian habitats in the Dolores River Canyon Wilderness Study Area immediately downstream, and to the Dolores River itself.

The CNHP Potential Conservation Area which contains La Sal Creek segments 2 and 3 reflects this stream canyon's exceptionally high natural values. This PCA has a "very high" biodiversity rank of B2. In addition to the globally imperiled riparian

17

BLM_0109199

vegetation that needs preservation in these segments, there are additional globally rare plants in the drainages along La Sal and Spring Creeks; as well as relic grasslands. This PCA report also notes the likelihood of the presence of rare "hanging garden" plant communities in the upper reaches of the canyons. These rare plant communities are known from nearby areas along the Dolores, and depend on unique circumstances of geology and hydrology associated with steep river canyons in arid lands. Hanging gardens are found in areas where seeps, ephemeral pools and waterfalls after thunderstorms create unique habitats for rare plants and amphibians on particular geologic strata. Suitability offers the kind of comprehensive management tool that can preserve seasonal stream activity, water quality, and riparian function for such riparian-dependent natural treasures.

Federal land ownership along the segment is 84.5%, facilitating effective implementation of protective management, particularly in the upper portion, which is 100% federal.

*We recommend that the full length of La Sal Creek segment 2 be found suitable.*

La Sal Creek, segment 3
*3.37 miles; Wild; Scenic, Recreational, Fish, Cultural, Vegetation*

If ever a stream segment were suitable under that definition of the Wild and Scenic Rivers Act, this is one. The segment lies wholly within the Dolores River Canyon Wilderness Study Area, supporting regionally rare riparian and scenic vibrancy. That habitat health is reflected in the presence of healthy populations of regionally imperiled native fish.

In addition, La Sal creek is among the more significant streamflow contributors to the severely depleted Dolores River.

Federal ownership of land along the segment is 100%, facilitating—and requiring—the strongest possible form of protective management.

*We recommend that the full length of La Sal Creek segment 3 be found suitable.*

BLM_0109200

Lion Creek

This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed. The values in this area should be carefully considered for additional management protections through the Resource Management Plan process. Additional management tools might include inclusion within a preservation-oriented management zone, special management area, Area of Critical Environmental Concern, or the like.


Spring Creek

This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

This stream segment was also included within CNHP's "La Sal Creek" PCA in order to encompass globally rare plants and plant communities that span both La Sal and Spring Creek. This PCA was ranked as having "B2", or very high, biodiversity. While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

The values on federal lands in this area should be carefully considered for additional management protections through the Resource Management Plan process. Additional management tools might include inclusion within a

19

preservation-oriented management zone, special management area, Area of Critical Environmental Concern, or the like.

Sincerely,

Meghan L. Maloney, River Program Director
San Juan Citizens Alliance
1022 1/2 Main Ave.
Durango, CO 81301
(970) 259-3583

Steve Smith, Associate State Director
The Wilderness Society, Colorado Regional Office
1660 Wynkoop, Suite 850
Denver, CO 80202
(303) 650-5818 ext. 106

Marshall Pendergrass, President
Gunnison Gorge Anglers TU Chapter
236 So. Third St Box 274
Montrose, CO 81401
(970) 596-8602

Bethany Gravell, Executive Director
Center for Native Ecosystems
1536 Wynkoop St., Ste. 303
Denver, CO 80202
303-546-0214

Hilary White, Executive Director
Sheep Mountain Alliance
PO Box 389
Telluride, CO 81435
970-728-3729

Becky Long, Water Caucus Coordinator
Colorado Environmental Coalition
1536 Wynkoop Street, #5c
Denver, CO 80202
303.405.6714

Paul Joyce
Colorado Wild
P.O. Box 2434
Durango, CO 81302
970-385-9833

Gretchen Nicholoff, President
Western Colorado Congress
128 North Sixth Street
Grand Junction, CO 81502

cc      Barbara Sharrow; Bruce Krickbaum; Jedd Sondergard
        Peter Mueller; Robbie LeValley; John Reams

20

BLM_0109202

**James Bode**

| | |
|---|---|
| **From:** | Barbara Hawke <barbara_hawke@tws.org> |
| **Sent:** | Friday, January 21, 2011 3:48 PM |
| **To:** | UFORMP@BLM.GOV |
| **Cc:** | bruce_krickbaum@blm.gov |
| **Subject:** | Dolores Coalition Wild and Scenic Comment Letter from Core Committee 012011 |
| **Attachments:** | Dolores Coalition Wild and Scenic Comment Letter from Core Committee 012011.doc |

Dear Staff:
The comment letter submitted yesterday omitted the contact information for one of the signatories. Please enter this as the formal comment letter submission, as it contains contact information for the Trout Unlimited representative. Thanks so much!

BLM_0109203

**Dolores River Coalition**
**Core Committee Members:**
**San Juan Citizens' Alliance**
**The Wilderness Society**
**Gunnison Gorge Anglers, Trout Unlimited Chapter**
**Center for Native Ecosystems**
**Sheep Mountain Alliance**

January 20, 2011

Ms. Barbara Sharrow, Field Office Manager
Bureau of Land Management, Uncompahgre Field Office
and Sub-Resource Advisory Council
via email to: uformp@blm.gov

Dear Ms. Sharrow and SubResource Advisory Council Members:

The Dolores River Coalition is a partnership of 19 local, state and national business, recreation, and conservation groups with an interest in protecting the natural attributes of the Dolores River Basin for the long-term benefit of residents and visitors. We offer these comments on behalf of the above-referenced partner organizations that are closely involved with San Miguel River and Dolores River Basin issues.

We greatly appreciate your effort to gather additional information from the public to aid in your recommendations regarding wild and scenic suitability ("Suitability") and protective management of eligible segments of the San Miguel River, Dolores River, and key tributaries of each. We know the recommendations of the Sub-Resource Advisory Council (SubRAC) will be very important to both the Southwest Resource Advisory Council (SW RAC), and ultimately to the BLM's Uncompahgre Field Office (UFO), as part of alternatives for the revision of the UFO's Resource Management Plan (RMP).

The public meetings held so far have provided additional information from both individuals of the public, and experts in resource management, and this

1

BLM_0109204

information informs our following comments. As some of our interested members are unable to attend several of the public meetings that are scheduled, we appreciate the opportunity to summarize our comments in this letter.

*Overall Significance of the Dolores and San Miguel Rivers*

The Dolores and San Miguel rivers are significant locally and regionally, and also in state and national contexts. The values and resources encompassed by these watersheds are unique, highly attractive to residents and visitors, and in some cases, globally rare. These rivers and their tributaries provide essential water resources for people, wildlife and agriculture. Highly valued traditional lifestyles such as ranching are dependent on healthy rivers and streams. In addition, the rivers provide unique recreational and economic benefits through fishing, boating, hiking, outdoor education and other outdoor pursuits. The importance of these rivers to western communities is reflected in the extensive efforts of diverse interests to work collaboratively on river preservation and improvement throughout the Dolores River basin.

These aspects of overall significance are important to considerations of Suitability and related management decisions because the individual stream segments do not function in isolation – each segment contributes to flows, function and health of downstream and nearby segments. Specific examples of such connectivity are easily observable in how invasive plants like tamarisk and knapweed quickly spread along waterways. The operation of connectivity extends to many other important resources, such as the viability of native fish habitat, opportunities to boat significant portions of the river, and the value of riparian habitat as a movement corridor for wildlife and birds.

The importance of considering these stream segments as part of a connected whole has also been emphasized in presentations by experts at the recent public meetings. For example, BLM ecology staff noted the dependence of certain rare riparian vegetation on particular seasonal flows, starting in tributary streams and moving into the San Miguel mainstem.  Another presentation noted that the approximately 105 miles of the Dolores River from McPhee Dam to the San Miguel River has been dramatically affected by a single impoundment structure at the upstream end. This presentation further noted that the flows of the San

2

Miguel River are the single most important factor in changing the Dolores River from depauperate of native fish upstream of the confluence with the San Miguel, to having a generally intact native fish population below that confluence.

For these reasons of the overall significance of the Dolores and San Miguel rivers, and given the extensive impacts of connectivity between individual stream segments, we recommend a strong preference for Suitability for all segments of the Dolores and San Miguel already found Eligible.

_Relevance and Importance of Suitability as a Protective Management Tool_
We appreciate the helpful document provided by the UFO that assesses "WSR ORV Management Tools." As reflected in that document, only a few management tools – including several legislated designations, and conservation easements - offer the potential to provide effective and durable, or permanent, protection. Among the tools described, only Wild and Scenic, and Instream Flow, approaches are specifically directed toward such durable protection of river values. Tools associated with Wild and Scenic Suitability have the further ability to preserve healthy functioning of the entire river corridor and its full range of values. This feature of comprehensive management of interrelated values is critically important. In most cases, Suitability offers a singular opportunity to preserve the multi-layered values identified for many of the following stream segments.

Given that the Dolores and San Miguel rivers and their tributaries embrace a very broad range of values, from heritage tourism along the Scenic Byway to globally rare vegetation, we believe that, for most eligible segments in these watersheds, Wild and Scenic Suitability and corresponding protective management will provide the most effective and appropriate management tool to preserve the majority of Outstandingly Remarkable Values identified for individual stream segments.

In our more detailed comments that follow, we have incorporated our observation that in most cases, only management tools that offer effective, reliable and durable protection will be adequate to preserve the identified Outstandingly Remarkable Values.

3

BLM_0109206

_Dolores Segments and Relation to other Preservation Efforts_

As noted in the Eligibility Report, the eligibility of Dolores Segment 1 was addressed by the San Juan Public Lands Center through their Resource Management Plan revision. However, Dolores Segment 1 lies within the Uncompahgre Field Office, and Suitability will be addressed through the UFO process. Dolores segments, and segment 1 in particular, therefore require consideration that incorporates additional information produced by efforts extending into the San Juan Public Lands Center region.

The Dolores River has long been regarded as a special and unique place from an ecological and recreational point of view, and was originally found Suitable in 1976. In more recent years, the Dolores River Coalition has been closely involved with the efforts of the Dolores River Dialogue and the Lower Dolores River Working Group.

In connection with those efforts, we want to see legislation succeed that will protect important land and water resources for the Dolores River corridor above the confluence with the San Miguel River, while incorporating concerns and needs of the diverse stakeholders associated with that portion of the river and adjacent landscape. We support the efforts of the Working Group to consider several approaches to such protections for that stretch of the Dolores, interweaving administrative and legislative approaches.

The Working Group's legislative proposal is the result of several years of cooperative effort among diverse stakeholders, and represents an approach customized for the unique conditions and dynamics of the specific stretch of the Dolores within the San Juan Public Lands Center jurisdiction, and perhaps extending to the confluence with the San Miguel River.  While the entirety of this stretch of the river was found Suitable for Wild and Scenic designation in the past, and most of it again more recently in the Draft San Juan RMP, the proposal being pursued by the Working Group would use other mechanisms to protect the outstandingly remarkable values.

While we are involved in and very supportive of the Working Group's efforts toward achieving legislation, we do think it is important that a finding of

4

Suitability be made for Segment 1 and Segment 2 of the mainstem Dolores at this time.  We believe this for two primary reasons.  First, these segments have been found suitable in the past and we believe they continue to retain the qualities and values that made them suitable.  Second, while we believe the proposed legislation will be crafted to adequately protect the ORVs, there is no guarantee until federal legislation is actually enacted.  Consequently, we believe that a finding of Suitability is very important at this point in the process. Within this general framework, we offer the following specific comments on the Dolores segments, as well as specific comments on the San Miguel segments.

We believe that conditions in other portions of the Dolores River Basin, including the San Miguel River, may differ from those in the Southern Dolores that led stakeholders to address alternative legislative protections. As a result, approaches to protection of outstandingly remarkable values different from that used in the Lower Dolores Working Group process may be required to preserve the important values of rivers and streams under consideration in the UFO Suitability analysis. Throughout this process, our Coalition does want to learn more about the needs and interests of local communities and landowners, and how those needs can be supported through sound management of our public lands.

_Comments on Individual Stream Segments:_

UPPER DOLORES UNIT

Dolores River, segment 2
_11.5 miles; Recreational; Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation_

With the longest and most diverse list of outstandingly remarkable values (six separate categories) recognized in this segment, the segment is eminently qualified for the highest possible protective status and measures.  As well described in the BLM eligibility report, this is a stunning, evocative area. The dramatic redrock cliffs rise above the winding river, producing an awe-inspiring sense of natural wonder. Multiple values for natural systems and quiet human use abound.

5

The healthy presence of three BLM and Colorado sensitive  native fish – flannelmouth sucker, bluehead sucker, and roundtal chub - in this segment and downstream, as recognized in the BLM's Final Eligibility Report, the importance of protecting the stream and supportive corridor in this segment is greatly magnified.

This segment is also partially included in, and adjacent to, the Colorado Natural Heritage Program (CNHP) Potential Conservation Area of "East Paradox Creek". This PCA was ranked B2 , for Very High Biodiversity Significance.

Although additional In-Stream Flow protection might provide some support for the native fish ORVs, that tool cannot address the ORVs associated with the broader river corridor, such as the outstanding scenic and geologic features noted, and Peregrine falcon. Other ORVs noted, including boating opportunities and the globally imperiled New Mexico privet vegetation community, may be partially supported by the tool of ISF, however would be more comprehensively addressed through Wild and Scenic management. Suitability offers the most effective management tool to support this exceptionally diverse and significant suite of values that are dependent on a dynamic and naturally functioning river canyon system.

Only 47% of land along the segment is federally owned, but 100% of the corridor land in the upper (northern) half of the segment is federal. This facilitates the effective implementation of protective measures in that federal portion and facilitates cooperative agreements and measures for providing similar protections to the rest of the segment. A classification of Recreational in the portion of this segment that runs through private land should provide good flexibility and access for continuing uses on private lands.

Although management tools such as In Stream Flow may help to protect some of the aquatic values such as native fish, the multiple values of an area such Dolores River Segment 2, which values are arrayed throughout an interconnected river corridor, require the more comprehensive management protections offered by a determination of Suitability.

6

BLM_0109209

*We recommend that the full length of Dolores River segment 2—or at least the federally owned upper (northern) portion—be found Suitable.*

Dolores River, segment 1
*Approximately 6 miles; Wild; Recreation and Scenery, Fish and wildlife, Geology, Ecology, Archaeology*

Dolores River segment 1 flows through the northern half of the remote Dolores River Canyon Wilderness Study Area.  The segment has numerous outstandingly remarkable values making it a very appropriate candidate for suitability, and as mentioned above it has previously been found Suitable. This segment, along with the segments upstream in the San Juan Field Office, is well known as an outstanding location for boating and its scenic attributes, boasting sheer redrock cliffs and compelling side canyons.  Archaeology and geology within the segment also add to its qualities, along with species such as the roundtail chub and other native fish, as well as unique plant species.

Segment 1 was identified as eligible in the San Juan Public Lands Draft Resource Management Plan because it lies within the northern half of Dolores River Canyon Wilderness Study Area (WSA), the southern half of which is within the San Juan FO.  It made sense for the San Juan to look at the river segment within the WSA as a whole because the two segments are united geologically and ecologically, in spite of the management jurisdiction boundary.  While the San Juan's Draft RMP determined that the UFO's Dolores Segment 1 is eligible, it also found the segment I immediately upriver within its boundary to be preliminarily suitable.

The UFO's segment 1 is an essential part of the segment upstream in the San Juan FO and also complements Dolores River segment 2. As such, its extensive and diverse outstandingly remarkable values and values-related flows, warrant the highest possible protection.

7

Such protections are described in our comments related to Dolores River segment 2, and we advocate those protections for Dolores River segment 1 as well.

*We recommend that the full length of Dolores River segment 1 be found suitable.*

SAN MIGUEL UNIT

Beaver Creek
*14.25 miles; Scenic; Vegetation (rare cottonwood-spruce-alder community)*
Traversing a narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad, otherwise private-land, geography. The creek is also an important contributing tributary to the San Miguel River.

Portions of this large canyon retain a wild and dramatic appearance, and the mouth of the canyon forms a significant scenic backdrop to the scenic byway along the San Miguel River. Public comments noted that this stream provides excellent fishing opportunities, and some of the adjacent private landowners spoke in support of preserving the natural values of this segment. The Colorado Natural Heritage Program has identified the "Beaver Creek at Beaver Mesa" Potential Conservation Area to support the globally vulnerable riparian tree and shrub communities.

The connection of the upper portion of the stream to Forest Service land amplifies the potential benefits of management under Suitability. Federal land ownership of nearly 100% will simplify effective implementation of protective management.

*We recommend that the full length of Beaver Creek be found suitable.*

BLM_0109211

Dry Creek
*10.49 miles; Wild; Scenic, Geologic*
This stream traverses a uniquely un-roaded landscape, providing important
wildlife support and general ecological vibrancy. It is also a seasonally large
streamflow contributor to the San Miguel River.

The very distinctive scenery and geology of the area—formed in large part by the
creek itself—warrant strong protective management for the stream and corridor.

Nearly 100% federal ownership of land along the stream corridor, and extensive
federal land beyond the corridor, simplify effective implementation of protective
management.

*We recommend that the full length of Dry Creek segment be found suitable.*

Naturita Creek
*24.97 miles; Scenic; Fish*
This rare habitat for exemplary populations of potentially endangered native fish
warrants the strongest possible protection, for both streamflows, related corridor
vegetation, and water quality.

While the low percentage of federal ownership along the corridor might preclude
a finding of suitability or wild and scenic designation, other immediate, effective,
and enduring administrative protections—including cooperative measures with
landowners and with other government agencies—should be included in the
resource management plan and its implementation. The presence of interested
landowners along the creek – including at least one landowner who has placed a
conservation easement on their property which encompasses a portion of
Naturita Creek – should be pursued as a potential opportunity for cooperative
management approaches to address the multiple values along this stream. This
might include cooperative programs for management of invasive weeds, which
diminish values for both natural systems and agricultural productivity alike.

9

BLM_0109212

Saltado Creek

*5.56 miles; Wild; Vegetation (rare cottonwood-spruce-alder community)*
Traversing a relatively narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad otherwise private-land geography. The creek is also an important and reliable streamflow-contributing tributary to the San Miguel River. The potential importance of contributory flows of Saltado Creek to the riparian health and aquatic values in the San Miguel River was noted by Division of Wildlife staff at one of the public meetings.

The healthy and remarkably undisturbed nature of this segments riparian vegetation and soils, worthy of strong protection itself, helps ensure clean streamflow in the San Miguel River. The Colorado Natural Heritage Program identified Saltado Creek as worthy of protective management through CNHP's identification of the "Saltado Creek" Potential Conservation Area, designed to support riparian vegetation values including various willow communities.

100% federal land ownership along the lower four miles of the segment simplifies effective implementation of protective management. Additionally, the support of adjacent private landowners for stream protections is a strong endorsement for Suitability. The interest and involvement of the Saltado Creek Homeowners Association that was voiced in public meetings should help to support a finding of Suitability.

*We recommend that the full length—certainly the federally owned portion—of Saltado Creek segment be found suitable.*

SAN MIGUEL MAINSTEM SEGMENTS

As disussed earlier in this letter, the San Miguel River has very high significance for multiple natural values – ensuring the health of the Dolores River below the confluence, globally significant biodiversity, BLM sensitive native fish, globally imperiled riparian vegetation, wildlife movement corridors, and bird habitat. In addition, the San Miguel River provides expansive values for human use,

10

BLM_0109213

including world-class fishing, hunting, boating, birdwatching, hiking, camping, geology study, scenic appreciation, tourism, and interpretation of historic and cultural resources – in addition to the river's importance to local communities for residents and agriculture. The critical importance of these multiple values is reflected in the significant investments made by the BLM, The Nature Conservancy, and many others to preserve natural values and develop recreational opportunities along the river. The integrated significance of the San Miguel River should be heavily weighted in consideration of Suitability for individual segments. Generally, Suitability offers the best opportunity for comprehensive management of these interwoven values, particularly when combined with more targeted protections such as the San Miguel Area of Critical Environmental Concern, Instream Flow rights, and cooperation with private landowners where possible.

San Miguel River, segment 1
*27.23 miles; Recreational; Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology*

This large, regionally iconic river is inherently significant, and it provides important streamflow contribution to the Dolores River, itself severely diminished above its confluence with the San Miguel. This flow contribution is particularly important for the surviving population of endangered native fish inhabiting the portion of the Dolores River just below that confluence. With flows from the upper reaches of the Dolores still highly variable and generally low, the San Miguel flow contribution is critical and must be protected.

This segment includes unparalleled scenery and attendant natural and cultural features.

The patchwork of federal-private land ownership along the segment may complicate protective management, but the segment's features warrant the extra effort that might be necessary to secure a finding of suitability and to implement cooperative measures to protect those features. A strong factor supporting

11

Suitability is the recommendation for protective measures voiced by adjacent public landowners in recent meetings.

*We recommend that all of San Miguel River segment 1 be found suitable.*

San Miguel River, segment 2
*4.01 miles; Wild; Scenic, Recreational, Wildlife, Vegetation*

This relatively short segment of the San Miguel river contains unusually undistubed stream and corridor features, warranting the strongest possible protection. The corridor includes stunning geological and landform scenery, much of it formed by the river itself, along with a uniquely undistubed and vibrant riparian ecosystem.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

*We recommend that the full length of San Miguel River segment 2 be found suitable.*

San Miguel River, segment 3
*7.31 miles; Scenic; Recreational, Fish, Wildlife, Vegetation*

This segment's uniquely wild condition affords recreational experiences important to local economy and to local sense of place. The segment also provides critical habitat for potentially endangered native fish, which must be protected in order to ensure continued local use of the river's flows.

The BLM Eligibility Report well notes the diversity of values and uses associated with this segment. The BLM's investment in attractive, yet highly natural, campground and boat launch areas should be preserved through management protections that preserve the myriad natural and recreational attractions of the river in this area. Likewise, the cooperative investment of the BLM, The Nature

12

BLM_0109215

Coinservancy, private landowners and others in improving a dam and diversion structures in the area to support stream health and fish populations should be augmented by a finding of Suitability that preserves these values.

While federal land ownership along the segment is only 72.5%, the bulk of private land is found at one location, facilitating the cooperative measures important for implementing protective measures essential for this segment.

_We recommend that the full length of San Miguel River segment 3 be found suitable._

San Miguel River, segment 5

In addition to ensuring strong and enduring protection for the public lands segments of the river traversing primarily federal public lands, the BLM should engage landowners and other land managers in Segment 5 to ensure cooperative measures to a) protect a continuous healthy stream corridor and b) to ensure natural-hydrograph flow contributions to the Dolores River. These and other measures should be undertaken to, among other things, enhance and preserve important habitat for imperiled native fish noted in the BLM's Final Eligibility Report.

In particular, we recommend that BLM staff develop a restructured segment  to capture federal land along with the significant extent of private nature preserve along the river. We would support a finding of Suitability for a subsection of San Miguel Segment 2 that included federal land and private land that has already been established for preservation of the riparian corridor.

San Miguel River, segment 6

_3.23 miles; Recreational, Fish, Historic, Vegetation_

This final segment to the San Miguel River's confluence with the Dolores River is of critical importance to a) preserve the beauty and natural dynamics of the confluence, to ensure a final, reliable, and healthy contribution to streamflows important for native fish uniquely flourishing in the segment and just

13

BLM_0109216

downstream from the confluence, and c) to protect and enhance the healthy native riparian vegetation along the segment.

While less than 70% of the land along segment is federally owned, 100% of the final two miles above the confluence is federally owned, facilitating effective implementation of protective management.

*We recommend that the full length of San Miguel River segment 6—or at least the federal portion—be found suitable.*


Tabeguache Creek, segment 1
*3.61 miles; Wild; Vegetation*

This stream traverses a uniquely un-roaded, wild landscape on public lands, providing important wildlife support and general ecological vibrancy along the stream itself, and complementing congressionally designated national forest lands protected upstream.

Reliable protection is also needed for the segment's uniquely and flourishing riparian vegetation communities, and noted in the BLM's Final Eligibility Report. Because the ORVs depend on holistic riparian function and water quality, Suitability offers the most effective approach to management protection.

Suitability would also offer a helpful management approach to preserve the area's value for primitive and quiet recreation. There are few remaining areas in western Colorado where opportunities exist to preserve remote natural regions that span BLM and Forest Service lands. Cooperative management of the Tabeguache stream as part of a larger complex of primitive public lands would preserve a highly valuable resource for western Colorado.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

*We recommend that the full length of Tabeguache segment 1 be found suitable.*

14

BLM_0109217

Tabeguache Creek, segment 2
*11.57 miles; Recreational, Cultural, Vegetation*

This segment contributes reliable and significant volume of streamflow to the San Miguel River, and the health of segment should be protected in order to maintain and enhance the quality of the contributed streamflows.

The segment's superior examples of unique stream-dependent riparian vegetation communities should themselves be preserved and enhanced.

Although less than 70% of the land along the segment is federally owned, 100% of the land immediately above the stream's confluence with the San Miguel River is federally owned. This facilitates effective implementation of protective management. In addition, the presence of The Nature Conservancy's San Miguel at Tabeguache preserve augments the opportunities for cooperative protective management in concert with private nonprofit entities, increasing the potential effectiveness of Suitability as a management approach.

*We recommend that the full length of Tabeguache Creek segment 2—or at least the federally owned portion—be found suitable.*

LOWER DOLORES UNIT

Lower Dolores River
*10.53 miles; Scenic; Scenic, Recreational, Geologic, Fish, Wildlife*

Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic

15

BLM_0109218

river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is essential to, and appropriate for, that protection.

The esthetically and economically important recreation opportunities provided by the Lower Dolores River segment present sufficient justification for protecting the natural appearance and health of that segment. The existence of healthy populations of regionally imperiled native fish, as noted in the BLM's Final Eligibility Report, make that protection even more important.

In conjunction with a finding of suitability, and protective management, for the San Miguel River segments upstream, corresponding protections for this segment complete an important recognition of the two rivers' importance, locally and nationally.

While just over 65% of the land along the segment is federally owned, 100% of the upper portion of the segment is federally owned. This facilitates effective implementation of protective management for that federal portion; it also facilitates—and warrants—cooperative agreements and actions in the lower portions, lined primarily by private land, to help complete that protective management.

_We recommend that that full length of Lower Dolores River segment—or at least the upper federally owned portion—be found suitable._


North Fork Mesa Creek
_8.53 miles; Scenic; Vegetation_

This segment warrants the strongest of protective measures for two basic reasons. First is the BLM-recognized presence of globally imperiled narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian woodlands along the segment. Second, and related, the segment contributes perennial, high quality streamflows to Mesa Creek, and thus to the severely depleted Dolores River itself.

16

A finding of suitability for this segment corresponds to the BLM's separate finding of eligibility for the upstream segment of the North Fork (and, hopefully, finding of suitability for that upper segment). In any case, the Uncompahgre and Grand Junction field offices should confer and provide effective coordinated protective management for both segments.

While just over 68% of the land along the segment is federally owned, 100% of the upper portion of the segment is federal. This facilitates effective implementation of protective management, and facilitates the implementation of cooperative agreements and actions for portions of the segment lined with private land.

_We recommend that the full length of North Fork Mesa Creek—or at least the federally owned upper portion—be found suitable._

La Sal Creek, segment 2
_4.52 miles; Scenic; Fish, Vegetation_

This stream traverses a distinctive canyon corridor, affording a stunning backdrop to outstanding recreation opportunities. The stream itself provides important streamflow source for the Dolores River, and it includes essential and healthy riparian environment in an otherwise arid area.

The presence of healthy populations of regionally imperiled native fish, and the presence of globally rare riparian ecosystem, provide complete justification for the strongest possible protective status and measures in this segment. In addition, the segment provides essential streamflows and healthy continuity for riparian habitats in the Dolores River Canyon Wilderness Study Area immediately downstream, and to the Dolores River itself.

The CNHP Potential Conservation Area which contains La Sal Creek segments 2 and 3 reflects this stream canyon's exceptionally high natural values. This PCA has a "very high" biodiversity rank of B2. In addition to the globally imperiled riparian

17

BLM_0109220

vegetation that needs preservation in these segments, there are additional globally rare plants in the drainages along La Sal and Spring Creeks; as well as relic grasslands. This PCA report also notes the likelihood of the presence of rare "hanging garden" plant communities in the upper reaches of the canyons. These rare plant communities are known from nearby areas along the Dolores, and depend on unique circumstances of geology and hydrology associated with steep river canyons in arid lands. Hanging gardens are found in areas where seeps, ephemeral pools and waterfalls after thunderstorms create unique habitats for rare plants and amphibians on particular geologic strata. Suitability offers the kind of comprehensive management tool that can preserve seasonal stream activity, water quality, and riparian function for such riparian-dependent natural treasures.

Federal land ownership along the segment is 84.5%, facilitating effective implementation of protective management, particularly in the upper portion, which is 100% federal.

_We recommend that the full length of La Sal Creek segment 2 be found suitable._

La Sal Creek, segment 3
_3.37 miles; Wild; Scenic, Recreational, Fish, Cultural, Vegetation_

If ever a stream segment were suitable under that definition of the Wild and Scenic Rivers Act, this is one. The segment lies wholly within the Dolores River Canyon Wilderness Study Area, supporting regionally rare riparian and scenic vibrancy. That habitat health is reflected in the presence of healthy populations of regionally imperiled native fish.

In addition, La Sal creek is among the more significant streamflow contributors to the severely depleted Dolores River.

Federal ownership of land along the segment is 100%, facilitating—and requiring—the strongest possible form of protective management.

_We recommend that the full length of La Sal Creek segment 3 be found suitable._

BLM_0109221

<u>Lion Creek</u>

This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed. The values in this area should be carefully considered for additional management protections through the Resource Management Plan process. Additional management tools might include inclusion within a preservation-oriented management zone, special management area, Area of Critical Environmental Concern, or the like.

<u>Spring Creek</u>

This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

This stream segment was also included within CNHP's "La Sal Creek" PCA in order to encompass globally rare plants and plant communities that span both La Sal and Spring Creek. This PCA was ranked as having "B2", or very high, biodiversity. While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

The values on federal lands in this area should be carefully considered for additional management protections through the Resource Management Plan process. Additional management tools might include inclusion within a

19

preservation-oriented management zone, special management area, Area of Critical Environmental Concern, or the like.

Sincerely,


Meghan L. Maloney
River Program Director
San Juan Citizens Alliance
1022 1/2 Main Ave.
Durango, CO 81301
(970) 259-3583 w

Steve Smith, Associate State Director
The Wilderness Society
Colorado Regional Office
1660 Wynkoop, Suite 850
Denver, CO 80202
(303) 650-5818 ext. 102 (office)

Gunnison Gorge Anglers TU Chapter
Marshall Pendergrass, President
236 So. Third St Box 274
Montrose, CO 81401
(970) 596-8602

Bethany Gravell
Center for Native Ecosystems
1536 Wynkoop St., Ste. 303
Denver, CO 80202
303-546-0214

Hilary White
Executive Director
Sheep Mountain Alliance
PO Box 389
Telluride, CO 81435
970-728-3729

cc      Barbara Sharrow; Bruce Krickbaum; Jedd Sondergard
        Peter Mueller; Robbie LeValley; John Reams

20



# Uncompahgre Field Office
# Resource Management Plan



▢ RMP Boundary

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0   Miles   10

BLM_0109224



Adobe Badlands

Needle Rock

South Fairview

San Miguel River

## Areas of Critical Environmental Concern- Alt A

 RMP Boundary

ACECs



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10





# Areas of Critical Environmental Concern- Alt B

RMP Boundary

ACECs





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109226



# Areas of Critical Environmental Concern- Alt C


RMP Boundary

ACECs





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109227



## Areas of Critical Environmental Concern- Alt D

RMP Boundary

ACECs





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109228



## Areas of Critical Environmental Concern- Alt E

☐ RMP Boundary

🟥 ACECs





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109229



## Lands with Wilderness Characteristics- Alt A

 RMP Boundary

LWWC





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109230



## Lands with Wilderness Characteristics- Alt B



RMP Boundary

LWWC





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109231



# Lands with Wilderness Characteristics- Alt C



RMP Boundary

LWWC



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0    Miles    10

BLM_0109232



## Lands with Wilderness Characteristics- Alt D

 RMP Boundary

 LWWC

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10



BLM_0109233



Monitor and Potter Canyons

Roc Creek/ Carpenter Ridge

Upper Dry Creek Basin (Uncompahgre Plateau)

# Lands with Wilderness Characteristics- Alt E

 RMP Boundary

LWWC



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0   Miles   10

BLM_0109234



## Special Recreation Management Area- Alt A





RMP Boundary

SRMAs

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1963
January 25, 2011

0  Miles  10

BLM_0109235



## Special Recreation Management Area- Alt B

 RMP Boundary

 SRMAs

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011





0   Miles   10

BLM_0109236



# Special Recreation Management Area- Alt C

 RMP Boundary

SRMAs



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



BLM_0109237



## Special Recreation Management Area- Alt D

 RMP Boundary

SRMAs

ERMAs





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0      Miles      10

BLM_0109238



# Extensive Recreation Management Area- Alt E

 RMP Boundary

 ERMAs





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109239



# OHV- Alt B

 RMP Boundary

 Open

 Closed



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0   Miles   10

BLM_0109240



## OHV- Alt C

 RMP Boundary

 Open

 Closed





Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0   Miles   10

BLM_0109241



# OHV- Alt D

 RMP Boundary

 Open

 Closed



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0   Miles   10

BLM_0109242



## OHV- Alt E

 RMP Boundary
 Open
 Closed

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011





0   Miles   10

BLM_0109243



## Visual Resource Management - Alt A

RMP Boundary   VRM class

- I
- II
- III
- IV

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109244



## Visual Resource Management - Alt B



RMP Boundary   VRM class

I

II

III

IV

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0    Miles    10

BLM_0109245



## Visual Resource Management - Alt C



RMP Boundary   VRM class

I

II

III

IV

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10



BLM_0109246



## Visual Resource Management - Alt D



RMP Boundary   VRM class

I

II

III

IV



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109247



# Visual Resource Management - Alt E



RMP Boundary   VRM class

- I
- II
- III
- IV

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109248



# Oil and Gas Stipulations - Alt A

RMP Boundary   Stipulation Category

- No Lease
- No Surface Occupancy
- Controlled Surface Use
- Timing Limitation

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0   Miles   10



BLM_0109249



## Oil and Gas Stipulations - Alt B

RMP Boundary  Stipulation Category

- No Lease
- No Surface Occupancy
- Controlled Surface Use
- Timing Limitation

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109250



## Oil and Gas Stipulations - Alt C



RMP Boundary   Stipulation Category

 No Lease

No Surface Occupancy

Controlled Surface Use

Timing Limitation



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0   Miles   10

BLM_0109251



## Oil and Gas Stipulations - Alt D



RMP Boundary   Stipulation Category

- No Lease
- No Surface Occupancy
- Controlled Surface Use
- Timing Limitation

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0    Miles    10





BLM_0109252



# Oil and Gas Stipulations - Alt E

RMP Boundary  Stipulation Category

- No Lease
- No Surface Occupancy
- Controlled Surface Use
- Timing Limitation

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10





BLM_0109253



# Rights of Way - Alt B

 RMP Boundary

Right of Way Categories

Avoidance

Exclusion



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0    Miles    10

BLM_0109254



# Rights of Way - Alt C

 RMP Boundary

Right of Way Categories

 Avoidance

Exclusion



Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10

BLM_0109255



# Rights of Way - Alt D



☐ RMP Boundary

Right of Way Categories



🟧 Avoidance

🟪 Exclusion

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011



0 ___ Miles ___ 10

BLM_0109256



# Rights of Way - Alt E

 RMP Boundary

Right of Way Categories

Avoidance

 Exclusion

Map produced by Bureau of Land Management,
Uncompahgre Field Office, GIS Program
Projection: UTM, Zone 13; Datum: NAD 1983
January 25, 2011

0   Miles   10



BLM_0109257



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401



# COOPERATING AGENCY MEETING #6

## Thursday, January 27, 2011 (1:00 – 4:00 PM)

## Meeting Location:
### Holiday Inn Express (Jordan Room)
### 1391 South Townsend Avenue, Montrose, CO

# Meeting Notes

**Attendees:** Angie Adams (EMPSi), Levi Broyles (Grand Mesa, Uncompahgre, Gunnison National Forests), Renzo DelPiccolo (Colorado Department of Natural Resources, Southwest Region), Scott Harold (Town of Olathe), Kerwin Jensen (City of Montrose), Bruce Krickbaum (BLM Uncompahgre Field Office), Joan May (San Miguel County BOCC), Patricia Means (Town of Cedaredge), Barbara Peterson (Town of Paonia), Alan Schroeder (Bureau of Reclamation, Western Colorado Area Office), Charlie Sharp (US Fish and Wildlife Service), Barb Sharrow (BLM Uncompahgre Field Office), David Varley (Town of Orchard City), Steve White (Montrose County BOCC), Kate Wynant (EMPSi)

**Handouts:** Agenda; Highlights of the Resource Management Planning Process to Date; Comment Form for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Maps for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review

1. **Welcome** (Bruce Krickbaum)

2. **Introductions** (All present)
   - Charlie Sharp is the new representative for US Fish and Wildlife Service. He was previously with the Bureau of Land Management (BLM), Uncompahgre Field Office.

3. **Planning Process to Date** (Angie Adams)
   - See handout: Highlights of the Resource Management Planning Process to Date.
   - Gray highlighting indicate changes from last meeting.
   - The Class I cultural resources overview is complete. It's just an inventory of what cultural resources the field offices has, their quality, and potential for resources not currently known.
   - We expect a draft wilderness characteristics inventory report in March. The BLM can't designate new wilderness study areas (WSAs) but they can inventory lands for wilderness characteristics (e.g., naturalness, untrammeled, opportunities for solitude and primitive and unconfined recreation). In the alternatives the BLM can decide how to manage those lands from a lot of protection to not protecting them at all.
   - *Question*: There are a few reports that I'd be interested in seeing (such as mineral report), can we get copies of those? *Answer*: They are not in a state to be released to the public but will be

available closer to the release of the Draft Resource Management Plan/Draft Environmental Impact Statement.

- *Question*: So the wilderness characteristics report is going to be different from eligible wild and scenic rivers, where if a river is eligible it needs to be managed that way for now, but lands with wilderness characteristics don't have to be managed that way? *Answer*: Right. The Wild and Scenic Rivers Act says once you know a stream segment is eligible you have to protect it in that state. If it's suitable, you have to continue that management until Congress acts on it. Wilderness characteristics doesn't have a congressional act or anything. The BLM say to inventory for them, know about them, and then decide what you want to do. Secretary [of the Interior] Salazar issued a Secretarial Order for Wild Lands and we don't know what that means yet. For lands with wilderness characteristics this is the direction as of today but it may change depending upon national or state direction.
- *Question*: Wild and scenic rivers is specific to rivers but lands with wilderness characteristics could be anywhere? *Answer*: Yes, outside of existing WSAs they could be anywhere.

## 4.  Internal Draft Alternatives

- See handouts: Comment Form for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Maps for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review.
- The BLM Interdisciplinary Team has been meeting as a whole and in small groups to fine tune the alternatives over the last several months. These are VERY DRAFT alternatives – this is the first time they've been in one place. Previously they've been in individual files for the Interdisciplinary Team members to work in. There may be some conflicts that we have not yet caught. This draft will be tweaked and we need your help with that.
- Your main job is to ensure that the BLM is considering a reasonable range of alternatives. Don't worry about what column things fall in or whether or not you like it. Worry about whether or not the range wide enough, too wide? Is something that you want to see somewhere in the range?
- Your other job, as you're going through the matrix, is if you think there are places in the matrix where alternatives could be combined (i.e., if Alternatives B and D are really similar and could be in the same box), tell us. That way we don't have to analyze six similar alternatives but can focus on fewer different alternatives. We went from a wide range of alternatives and are narrowing it down, if possible. There is not a single column that will comprise the preferred alternative, but rather across the board.
- *Question*: Are you saying that the BLM has developed four alternatives themes but that they won't always have an alternative that fits that theme? *Answer*: Remember that Alternative A is part of the range, so there are five alternatives. Under the National Environmental Policy Act, unless there is a compelling reason to do so, we don't need to analyze six alternatives if we can come to the same conclusions and analysis by analyzing four alternatives. If you feel strongly that we do need all of the alternatives, tell us that, too.
- *Question*: In each of these different scenarios, is it possible that some scenarios [alternatives] have more actions than others? *Answer*: Yes, it's possible. Where you see "Same as Alternative B" (for example), that means the action is the same as what is described under Alternative B and cells will be combined. This also means that the physical size of the document will be smaller.
- Layout:
  - The first page of the Alternatives handout states your mission.
  - Second page of the matrix is the Table of Contents and shows you what page all of the resources start on.
  - At the top of each resource section, it shows us the minimum decisions that should be made per the BLM Land Use Planning Handbook (H-1601-1). The next line for every

BLM_0109259

resource will have the goal for that resource. As we talked about previously, the goals are the same for all alternatives. Objectives and actions are ways to reach that goal.

- o The first map in the map packet shows land status (yellow=BLM; green=US Forest Service; purple=Park Service; white=private; blue=state).
- Note that while we had hoped to be able to provide you a map for all allocations for the alternatives, there is not a map for everything. There are also missing acres in some places. A reminder as you're going through the alternatives, there are 675,000 acres of BLM land in the planning area.
- Rows talk about the same idea/decision but the decision may vary by alternative.
- The preferred column is empty because the UFO has not come up with a preferred alternative.
- *Question*: Column A is what is current management. Alternatives B through E are alternatives that are being proposed. So Needle Rock is in multiple columns, so those are the options that you're evaluating? *Answer*: Yes. Alternatives B, C, D, and E are four different alternatives for management instead of managing like we are now. Everything in Alternative B has to agree with itself and be implementable as an alternative. Same for Alternatives C, D, and E. It is possible that we made a mistake and there could be conflicts, so please tell us if you see any.
  - o *Question*: How did you determine what to put in each alternative? *Answer*: At the top of every page is the theme for each alternative in three words. So the alternatives for each action should fit that theme. For example, Alternative B (preservation/high-intensity management) means more of a focus on preservation with a lot of on-the-ground actions, a lot of projects. On the other end of the spectrum is Alternative D (development/low-intensity management) means a focus on resource use and commodities with less on-the-ground work.
- Also see acronym list handed out previously and Chapter 3.
- *Question*: Is this the most recent version of the alternatives? *Answer*: Yes, as of about January 13th; it doesn't include anything from this week.
- *Question*: Are we going to get a copy of the Alternatives electronically? *Answer*: That isn't the intention. Please don't share this, it's a very rough draft. There will be several more iterations of the alternatives before it goes to the public for review in 2012.
  - o *Question*: Why can't we get the alternatives electronically? *Answer*: It's easy for people to forward on to others. We will provide the comment form electronically and comments should be submitted electronically. *Comment*: It's difficult to go through a packet of paper versus an electronic document.
- Keep in mind, for example, that if an area with wilderness characteristics isn't proposed under a certain alternative, it may still receive protection from something like Areas of Critical Environmental Concern, Wild and Scenic Rivers, etc. We discuss that in the impact analysis. When we get to the preferred alternative we will consider the best tool to manage an area, but there could be overlapping "tools."
- Special Recreation Management Areas: A lot of communities gave us comments so please look at those to make sure we included somewhere in the alternatives what you would like to see.
- Off-highway vehicles (OHVs):
  - o Open: open to cross-country OHV use, play area, Peach Valley, Flat Tops, North Delta; open doesn't mean that's the only place you can go;
  - o Closed: closed to OHV use; and
  - o Limited: route designation, like Dry Creek.
- *Question*: As maps become available, will you send those to us? *Answer*: well for Alternative A (OHV designations), the North Delta is the only place that's open. WSAs are closed to OHV use in all alternatives (that is not a field office decision, it is dictated to us). The Tabeguache Area is a Congressionally designated area, but NOT a Wilderness Area and is closed to OHV use.

BLM_0109260

- *Question*: In the closed areas, what decision to we have to make? *Answer*: In WSAs and the Tabeguache Area, those have to be closed. But other areas proposed for closure, that is a decision point that we can make. So if it's open in one and closed in another, we've covered the range.
- *Question*: Can we add to the OHV maps a disclaimer that says in areas not open or closed that they are limited to designated routes? *Answer*: Yes. Note that for the UFO, existing routes are what is in our inventory now. If you drive a new route, it doesn't exist. In the future there won't be a "limited to existing" as there is now. Unless it's in an open area where there are no "routes" and you can go anywhere.
- Visual Resource Management (VRM). The classes don't prohibit development, they just set up requirements for protecting the scenic quality of the area. VRM Class I areas are the most restrictive and include wilderness. VRM Class IV is the least restrictive. In the action alternatives, you'll see purple strips (VRM Class IV), which are mostly designated utility corridors from the West-wide Energy Corridor PEIS.
- Oil and Gas Leasing. Note that these stipulations apply to new leases and wouldn't apply to existing leases. No lease means the resource is unavailable for extraction. No surface occupancy (NSO) means you can't be on the surface but the resource is available so you'd have to directionally drill. Controlled surface use means you might have to move the disturbance to avoid something sensitive. Timing limitation is essentially like NSO but for a fixed period of time, usually tied to a species. Note that what doesn't show on these maps is that there can be overlap with stipulations so these maps don't depict that. Pay attention to the difference between the alternatives in terms of more or less NSO versus controlled surface use.
  - *Question*: On the Alternative A map there is a large band of NSO. Why not just call it no leasing? *Answer*: There is private land around there. Also, there's an NSO stipulation for federally leased coal land which essentially means that coal leased before oil and gas, the coal has "first right" if there is a conflict. That needs an explanation.
- Rights-of-way (ROWs). Avoidance means try to avoid the area; exclusion means absolutely no new ROWs.
  - *Question*: What is the definition of a ROW? *Answer*: For example, roads (easements), solar farms, transmission lines, wind, hydroelectric (renewable except for geothermal, which falls under fluid minerals), access to private lands, utility easement.
  - *Question*: So if there's a road in a ROW exclusion area, the road couldn't be expanded? *Answer*: Right, unless the easement was larger than the current footprint.
  - *Question*: Are the corridors [from the West-wide Energy Corridor Programmatic Environmental Impact Statement] worked into this? *Answer*: They should be but may not have been worked into the GIS yet, but they are in the alternatives. The VRM maps do show the corridors, though.
  - *Question*: So a pipeline wouldn't be part of ROW? *Answer*: No, it would. *Question*: So what about geothermal? *Answer*: That is part of fluid minerals, so it is processed under the fluid mineral leasing program. All of the other renewable energies are permitted under the Lands and Realty program.
- *Action*: Comments on the Internal Rough Draft Alternatives are due by February 28th. The BLM Interdisciplinary Team is meeting March 14th, so we'll have time to evaluate your comments before moving into the preferred alternative. Focus comments on the range of alternatives and also if alternatives could be combined. Be specific and direct with comments. Don't worry about editorial comments, please.
- *Action*: EMPSi will e-mail electronic comment form, acronym list, and glossary.
- **The BLM Interdisciplinary Team is meeting on the preferred alternative in March and the range of alternatives play into the preferred. There are three ways to choose the preferred:**
  - Take an alternative straight from one of the boxes (not an entire alternative column).

BLM_0109261

- o Pick something from between two cells in the range.
- o Pick something new from outside the range. The preferred is now part of the range. This method is what we hope to avoid but if something is not in the range now we need to know about it.

## 5.    Other Items Not on the Agenda

- Wild and Scenic Rivers (Barb Sharrow). In December and January there were a number of meetings led by the RAC Subgroup on the Dolores and San Miguel River segments. They will meet on February 7th to decide on their final recommendations for the Southwest RAC. The Feb 7th meeting is a public meeting and will be in the Apex Room at the Holiday Inn Express starting at 9:00am. The meeting will be run like the RAC meetings where anyone part of the group cannot speak except during the specific time period for public comments. On February 25th, the Southwest RAC will meet with the Super RAC (all Colorado RACs) in Salida to present the information to them. On the Gunnison segments, an external stakeholder group is running the meetings. They have made some decisions as to segments they are not recommending. Both groups have a deadline of February 15th. In the alternatives now we are considering all suitable and none suitable and the recommendations will be included in an alternative.
  - o Comment: For this group, we won't have as much say in wild and scenic rivers as other groups, such as the RAC. Response: They have a lot of input and as a manager I will take their recommendations seriously but this group will have an opportunity to comment. The RAC Subgroup is focusing more on wild and scenic rivers, whereas this group is looking at everything.
  - o Comment: I'm thinking about our lack of ability to appeal which we agree to as a Cooperating Agency. We can comment but we are not a big part of the decision.
  - o The next time we meet with you we want to show you what the RAC Subgroup recommendations were before you comment on Chapter 2 during the Field Office review period in May.

## 6.    Action Items / Next Meeting

- The next meeting is scheduled for March 31 to talk about wild and scenic rivers, your comments on the rough draft alternatives and how the ID Team addressed comments while developing the preferred alternative.
- On February 7th the RAC Subgroup will meet to decide on their final recommendations for the Southwest RAC. The Feb 7th meeting is a public meeting and will be in the Apex Room at the Holiday Inn Express from 9:00am – 2:00pm.
- Action (Cooperating Agencies): Comments on the Internal Rough Draft Alternatives are due by February 28th to Kate Wynant (kate.wynant@empsi.com). Focus comments on the range of alternatives and also if alternatives could be combined. Be specific and direct with comments. Don't worry about editorial comments, please.
- Action (EMPSi): E-mail electronic comment form, acronym list, and glossary.

BLM_0109262



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401



## COOPERATING AGENCY MEETING #6

### Thursday, January 27, 2011 (1:00 – 4:00 PM)

### Meeting Location:
**Holiday Inn Express (Jordan Room)**
**1391 South Townsend Avenue, Montrose, CO**

# AGENDA

1. **Welcome**
2. **Introductions**
3. **Planning Process to Date**
4. **Internal Draft Alternatives**
5. **Other Items Not on the Agenda**
6. **Action Items / Next Meeting**
   - Next meeting: to be determined

---

BLM_0109263

BLM_0109264





# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401

## Highlights of the Resource Management Planning Process to Date
### *January 27, 2011*

- Notice of Intent (NOI) – 2/25/2010

- Scoping period – 12/23/2009 to 3/29/2010

- Scoping report – final report completed 7/7/2010 (on website)

- Tribal consultation – initiated 2009 (ongoing)

- Community Assessment – report completed 2/2009 (on website)

- Visual Resource Inventory – report completed 9/2009

- Migratory bird status literature review – report completed 10/2009

- Analysis of Management Situation (AMS) – report completed 6/10/2010 (on website)

- Economic workshops (6 communities) – held 3/2010

- Socioeconomic baseline assessment – final report completed 7/21/2010

- Class I paleontological resources – report completed 2/2010

- Oil & Gas Reasonable Foreseeable Development (RFD) Scenario – internal draft report completed 7/2010

- Mineral potential report (excluding coal) – internal draft report completed 8/2010

- Coal potential report – final report completed 4/26/2010

- Renewable energy potential report – final report completed 5/31/2010

- Class I cultural resources overview – draft report completed 4/2010; final report completed

- Coordination with Cooperating Agencies – invitations sent 1/23/2009; meetings planned from 5/27/2010 forward

- ACEC evaluation report – draft report completed 7/15/2010 (on website) – final report underway

- Wilderness characteristics report – draft report anticipated 3/2011

- Air quality report – anticipated Winter 2010-2011

- Wild and scenic rivers – draft eligibility report 12/2009; final eligibility report completed 7/12/2010 (on website); suitability underway

- Recreation focus groups – completed 3/2010; report completed 6/2010 (on website)

- Alternatives development – anticipated 6/2010 through approximately 3/2011

---

BLM_0109265

BLM_0109266

**Uncompahgre RMP/EIS**                                                    **January 27, 2011**

**To Cooperating Agencies and RAC Subgroup Members:**

The Internal Rough Draft Alternatives are intended for internal review by the Cooperating Agencies and RAC Subgroup for the Uncompahgre RMP Revision and EIS. The review period for Cooperating Agencies and the RAC Subgroup is from Thursday, January 27 to Monday, February 28, 2011. Please complete the MSWord comment matrix (provided at the end of these instructions) and e-mail all comments to Kate Wynant (kate.wynant@empsi.com) by **Monday, February 258, 2011**:

**Internal Rough Draft Alternatives.** The internal rough draft alternatives is available for review in paper copy. Please contact Bruce Krickbaum (970-240-5384) to request an electronic copy of the document.

**Comment Matrix** (provided at the end of these instructions). This is the comment matrix you should use to capture your comments on the draft document. Please save the file with a new file name including your last name (e.g., InternalRoughDraftAlts_CA-SG-Cmts_012711_Adams.doc), and then fill out your comments on the document.

Contact Bruce Krickbaum (970-240-5384) with questions. After receiving your feedback, the alternatives will be modified as appropriate.

**Commenting:**
For each comment, please fill in the following information under the appropriate column heading in the comment matrix (an example has been provided below):

✓ Page number, alternative, and row number on which you are commenting. **The page number is in the bottom corner of each page.**

✓ **Your comments must be specific and provide exact changes to the text.** Please be unambiguous, clear, and directive, with exact wording changes stated. Ambiguous comments, such as "What?," "Poor," or "Is this right?," are not helpful and will not be considered.

✓ If you have the same comment more than once, <u>do not refer back to a previous comment number</u>. Instead, please copy and paste your comment to a new row in the matrix and provide the specific page number, etc.

**The most helpful comments at this point are regarding the range of alternative. Is the range adequate? Should something else be considered?**



January 27, 2011

BLM_0109267

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review (January 27, 2011)

| Cmt # | Page # | Line #, Figure #, or Table # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1. | 3-3 | 14 | B. Krickbaum | Please replace "…below measurable limits …" with "below ambient standards …" | A. Adams: Change made. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |



Internal Rough Draft Alternatives for Cooperating Agency
and RAC Subgroup Review: January 27, 2011

BLM_0109268



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado



## COOPERATING AGENCY MEETING #6

### Thursday, January 27, 2011 (1:00 – 4:00 PM)

**Meeting Location:**
**Holiday Inn Express**
**1391 S. Townsend Avenue, Montrose, CO**

*23*



| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Adams | Angie | AA | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Armstrong | Lori | | BLM, Southwest Colorado District Manager | 2465 S. Townsend Ave. Montrose, CO 81401 | valori_armstrong@blm.gov | 970-240-5336 |
| Brauneis | George | | Town of Hotchkiss | PO Box 369 Hotchkiss, CO 81419 | mse1047096@aol.com | 970-872-3663 |
| Coates | Jen | | Town of Ridgway | PO Box 10 Ridgway, CO 81432 | jcoates@town.ridgway.co.us | 970-626-5308 ext. 15 |
| DelPiccolo | Renzo | | Colorado Department of Natural Resources, Southwest Region | 2300 S. Townsend Ave. Montrose, CO 8401 | renzo.delpiccolo@state.co.us | 970-252-6000 |
| Hansen | Susan | | Delta County Board of County Commissioners | 501 Palmer St, #227 Delta, CO 81416 | shansen@deltacounty.com | 970-874-2102 |
| Harold | Scott | | Town of Olathe | PO Box 789 Olathe, CO 81425 | sharold@ci.olathe.co.us | 970-323-5601 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave. Montrose, CO 81401 | dkauffma@blm.gov | 970-240-5340 |
| Jensen | Kerwin | | City of Montrose | 433 South First Street Montrose, CO 81401 | kjensen@ci.montrose.co.us | 970-240-1478 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave. Montrose, CO 81401 | bkrickba@blm.gov | 970-240-5384 |

BLM_0109269

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|---|---|---|---|---|---|---|
| Long | William | | Town of Nucla | PO Box 486<br>554 Main Street<br>Nucla, CO 81424 | segfahlt@gmail.com | 970-497-2707 |
| May | Joan | *gm* | San Miguel County Board of County Commissioners | PO Box 1170<br>Telluride, CO 81435 | joanm@sanmiguelcounty.org<br>daves@sanmiguelcounty.org | 970-728-3844 |
| Means | Patricia | *(signature)* | Town of Cedaredge | PO Box 398<br>Cedaredge, CO 81413 | pat@cedaredgecolorado.com | 970-856-5001 |
| Padgett | Lynn | | Ouray County Board of County Commissioners | PO Box C<br>Ouray, CO 81427 | lpadgett@ouraycountyco.gov<br>lynn@mtngeogeek.com | 970-417-9901 |
| Pelletier | Mike | | Gunnison County | 200 E. Virginia Ave.<br>Gunnison, CO 81230 | mpelletier@gunnisoncounty.org | 970-641-7645 |
| Peterson | Barbara | *(signature)* | Town of Paonia | PO Box 460<br>Paonia, CO 81428 | townofpaonia@tds.net | 970-527-4101 |
| Randall-Parker | Tamera K. | | US Forest Service – Grand Mesa, Uncompahgre, & Gunnison National Forests | 2250 Highway 50<br>Delta, CO 81416 | tkrandallparker@fs.fed.us | 970-240-5415 |
| Reagan | Joe | | Town of Norwood | PO Box 190<br>Norwood, CO 81423 | joereagan741@yahoo.com<br>norwoodparker@centurytel.net | 970-327-4873<br>970-327-4288 |
| ~~Reinkensmeyer~~ *Sharp* | ~~Dan~~ *Charlie* | *CMS* | US Fish & Wildlife Service Western Colorado Ecological Services Field | 764 Horizon Drive<br>South Annex A – Bldg. B<br>Grand Junction, CO 81506 | dan_reinkensmeyer@fws.gov | *970 243-2778* |
| Schroeder | Alan | *AMp* | Bureau of Reclamation, Western Colorado Area Office | 2764 Compass Drive, *Ste 106*<br>Grand Junction, CO 81506 | aschroeder@usbr.gov | 970-248-~~0690~~ *0692* |
| Sharrow | Barb | *(signature)* | BLM, Uncompahgre Field Office | 2465 S. Townsend Ave.<br>Montrose, CO 81401 | bsharrow@blm.gov | 970-240-5315 |
| Sparks | Greg | | Town of Mountain Village | 455 Mountain Village Blvd, Ste A<br>Mountain Village, CO 81435 | gsparks@mtnvillage.org | 970-369-6404 |
| Varley | David | *(signature)* | Town of Orchard City | 9661 2100 Road<br>Austin, CO 81410 | davidvarley@kaycee.net | 970-835-3403 |
| White | Steve | *(signature)* | Montrose County Board of County Commissioners | 161 S. Townsend Ave.<br>Montrose, CO 81401 | swhite@montrosecounty.net | 970-252-4550 |

BLM_0109270

| Last Name | First Name | Initial | Organization | Address | E-Mail | Phone |
|-----------|-----------|---------|--------------|---------|--------|-------|
| Wynant | Kate | KW | EMPSi | 3775 Iris Ave, Ste 1A Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |
| Broyles | Levi | LB | USFS | 403 Rio Grande Paonie, CO 81428 | lbroyles@fs.fed.us | 970 527 4131 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

BLM_0109271



# US Bureau of Land Management
# Uncompahgre Resource Management Plan Revision

## Internal Draft Alternatives for
## Cooperating Agency and RAC Subgroup Review
January 27, 2011

## Introduction

This draft alternatives table (**Table 1**) is being provided to the Cooperating Agencies and BLM Southwest Resource Advisory Committee (RAC) Subgroup for review. It is not for distribution of any kind. Please note the following:

1. This is a rough, internal draft document. It will be reviewed by an editor at a later date. Therefore, please do not provide comments that are editorial in nature.

2. Capture all review comments in the Microsoft Word comment-tracking table provided by the BLM.

3. The purpose of your review is two-fold:

   • Your primary purpose is to ensure that the BLM interdisciplinary team has developed a *reasonable range of alternatives* in Alternatives A through E (**Table 1**). Your focus is to ensure that a reasonable range is presented and considered. Whether or not you particularly like an action is not the focus.

   • Your secondary purpose is to make suggestions as to how to combine columns and/or alternatives where you think two concepts or alternatives are similar.

4. The last column, Alternative F, is blank. Alternative F, the agency (BLM) preferred alternative, will be drafted by the BLM interdisciplinary team in March 2011. It will fall somewhere within the range of Alternatives A through E. You will be given the opportunity to review the internal draft alternatives chapter, including the draft preferred alternative, in approximately May or June 2011.

5. The top row of each section (e.g., recreation, lands and realty) is titled "*Decisions to be made (per BLM Land Use Planning Handbook H-1601-1)*." This guidance specifies the land use planning-level decisions that a BLM RMP must include per the BLM land use planning handbook (H-1601-1), Appendix C, guidance. It is included to remind the BLM specialists what decisions they need to include in the alternatives. This portion of each section of the table will be deleted at a later date; it will be not be included in the public review draft RMP/EIS. The three-ring binder provided to you by the BLM as part of your participation in this process includes a copy of BLM land use planning handbook (H-1601-1) Appendix C.

BLM_0109272

**Table 1**
**DRAFT Description of Alternatives A, B, C, D, and E**

| | | |
|---|---|---|
| Air (page 3) | Locatable Minerals (page 204) | Vegetation (General and Uplands) (page 27) |
| Areas of Critical Environmental Concern (page 209) | Mineral Materials (Salable Minerals) (page 206) | Riparian (page 34) |
| BLM Byways (page 244) | National Trails (page 244) | Weeds (page 40) |
| Coal (page 193) | Non-energy Solid Leasable Minerals (page 208) | Visual Resources (page 123) |
| Comprehensive Trails and Travel Management (page 166) | Paleontological Resources (page 121) | Water Resources (page 5) |
| Cultural Resources (page 110) | Recreation and Visitor Services (page 157) | Wild and Scenic Rivers (page 236) |
| Fluid Minerals (Oil and Gas and Geothermal Resources) (page 199) | Soil Resources (page 5) | Wilderness and Wilderness Study Areas (page 230) |
| Forest and Woodland Products (page 130) | Special Status Species (General) (page 76) | Wildland Fire Management (page 105) |
| | Plants (page 81) | Wildlife (General) (page 42) |
| Lands and Realty (page 178) | Fish and Aquatic Wildlife (page 85) | Fish and Aquatic Wildlife (page 46) |
| Lands with Wilderness Characteristics Outside Existing WSAs (page 128) | Terrestrial Wildlife (page 87) | Terrestrial Wildlife (page 51) |
| Livestock Grazing (page 140) | | |

BLM_0109273

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| 1. 2. | | | RESOURCES | | | |
| | *Air* | | | | | |
| 3. | Decisions to be made (per BLM Land Use Planning Handbook H-1601-1): Identify desired outcomes and area-wide criteria or restrictions, in cooperation with the appropriate air quality regulatory agency, that apply to direct or authorized emission-generating activities, including the Clean Air Act's requirements for compliance with: 1. Applicable National Ambient Air Quality Standards (Section 109) 2. State Implementation Plans (Section 110) 3. Control of Pollution from Federal Facilities (Section 118) 4. Prevention of Significant Deterioration, including visibility impacts to Mandatory Federal Class I Areas (Section 160 et seq.) 5. Conformity Analyses and Determinations (Section 176(c)) | | | | | |
| 4. | GOAL: Within the scope of BLM's authority, ensure air quality and air quality-related values (e.g., visibility) comply with and support federal, state, and local laws and regulations for protecting air quality from authorized uses on BLM lands. | | | | | |
| 5. | **Objective:** No similar objective in current RMPs. | **Objective:** Limit air quality degradation in the UFO by ensuring public land use activities are in compliance with federal, state, and local legislation, and to protect Class I airsheds affected by actions in the planning area. | **Objective:** Limit air quality degradation in the UFO by ensuring public land use activities are in compliance with federal, state, and local legislation | **Objective:** Same as Alternative C. | **Objective:** Same as Alternative B. | **Objective:** |
| 6. | **Action:** Present air quality standards will be adhered to throughout the entire planning area. This is required by law. (BLM 1989) | **Action:** No similar action. (This is already required by law.) | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |
| 7. | **Action:** Assist other agencies in obtaining baseline air quality data. (BLM 1989) | **Action:** No similar action. (The BLM does not need an RMP decision to do this.) | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |
| 8. | **Action:** Incorporate mitigation into any project proposal that would degrade air quality. (BLM 1989) | **Action:** No similar action. (The BLM would do this through the NEPA [EA or EIS] process.) | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |

BLM_0109274

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| 9. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Require proper road design, construction, and surfacing on BLM-authorized roads to reduce fugitive dust emissions. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. | **Action:** |
| 10. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Temporarily close OHV open area, designated routes and prohibit surface-disturbing activities as needed during wind events to reduce particulate matter (e.g., during National Weather Service high wind warning). | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Temporarily prohibit surface-disturbing activities as needed during wind events to reduce particulate matter (e.g., during National Weather Service high wind warning). | **Action:** |
| 11. | **Action:**<br>Manage the Sewemup Mesa WSA so as not to violate Class II air quality standards. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 12. | **Action:**<br>Require drill rig engines to meet US EPA requirements. | **Action:**<br>Within one year of the Record of Decision, require that all new and existing drill rig engines meet US EPA Tier 2 Nonroad Diesel Engine Emission Standards or meet equivalent emission standards, regardless of when they begin operation. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Within one year of the Record of Decision, require that all new and existing drill rig engines meet US EPA Tier 4 Nonroad Diesel Engine Emission Standards or meet equivalent emission standards, regardless of when they begin operation. | **Action:** |
| 13. | **Action:**<br>Allow flaring and venting in accordance with Onshore Order No. 9. | **Action:**<br>Require as a <mark>condition of approval</mark> green completions, involving recovery and clean-up of natural gas. Prohibit flaring and venting of natural gas, except during emergency situations, well completion operations, | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative A. | **Action:**<br>Require as a <mark>condition of approval</mark> green completions, involving recovery and clean-up of natural gas. Prohibit flaring and venting of natural gas, except during emergency situations. | **Action:** |

BLM_0109275

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | | initial production tests, subsequent well tests, and well plugging and maintenance. | | | | |
| 14. | **Action:** No similar action in current RMPs. | **Action:** Ensure that prescribed burns are consistent with the State of Colorado permitting process and timed so as to minimize smoke impacts. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |
| 15. | *Soils & Water* | | | | | |
| 16. | Decisions to be made (per BLM Land Use Planning Handbook H-1601-1): <ul><li>*Identify desired outcomes (including standards or goals under the Clean Water Act).*</li><li>*Identify watersheds or specific soils that may need special protection from the standpoint of human health concerns, ecosystem health, or other public uses.*</li><li>*For riparian areas, identify desired width/depth ratios, stream-bank conditions, channel substrate conditions, and large woody material characteristics.*</li><li>*Identify area-wide use restrictions or other protective measures to meet Tribal, state, and local water quality requirements.*</li><li>*Identify measures, including filling for water rights under applicable state or Federal permit procedures, to ensure water availability for multiple use management and functioning, healthy riparian and upland systems.*</li></ul> | | | | | |
| 17. | **GOAL – SOILS:** Manage for soil stability and productivity to maintain overall watershed health. Manage erosion to minimize downstream impacts from soil-related issues (e.g., sediment runoff, selenium, salinity).<br><br>**GOAL – WATER:** Protect, restore, and enhance watershed function in the capture, retention, and release of water in quantity, quality, and timing, thereby ensuring for aquatic and terrestrial ecosystem health and public uses. | | | | | |
| 18. | **Objective:** Ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, minimizes surface | **Objective:** Maintain healthy public lands as directed by Land Health Standard 1 (soils), Land Health Standard 5 (water quality), and Properly Functioning Condition for lotic and lentic systems. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |

BLM_0109276

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | runoff (Land Health Standard 1), and minimizes soil erosion. | | | | | |
| 19. | **Action:** No similar action in current RMPs. Land Health Standard 1. | **Action:** On lands "not meeting" Land Health Standard 1 or "meeting with problems" (x acres) where an activity has been demonstrated to be causing land health problems, limit or modify the causal activity, including the following, to improve land health:<br>• Grazing<br>• Plant material and wood collection<br>• Non-commercial mineral material collection<br>• Travel<br>• Camping | **Action:** On lands "not meeting" Land Health Standard 1 or "meeting with problems" with a downward trend (x acres) where an activity has been demonstrated to be causing land health problems, limit or modify the causal activity, including the following, to improve land health:<br>• Grazing<br>• Plant material and wood collection<br>• Non-commercial mineral material collection<br>• Travel<br>• Camping | **Action:** On lands that are "meeting with problems" Land Health Standard 1 with a downward trend (x acres) where an activity has been demonstrated to be causing land health problems, limit or modify the causal activity, including the following, to improve land health:<br>• Grazing<br>• Plant material and wood collection<br>• Non-commercial mineral material collection<br>• Travel<br>• Camping | **Action:** On lands "not meeting" Land Health Standard 1 or "meeting with problems" (x acres) where an activity has been demonstrated to be causing land health problems, close, limit, or modify the causal activity, including the following, to improve land health:<br>• Grazing<br>• Plant material and wood collection<br>• Non-commercial mineral material collection<br>• Travel<br>• Camping | |
| 20. | **Action:** No similar action in current RMPs. Land Health Standard 1. | **Action:** Manage lands "not meeting" Land Health Standard 1 or "meeting with problems" (X acres) as ROW avoidance areas unless it can be demonstrated that the project does not impede land health improvement. | **Action:** New ROW authorizations in lands "not meeting" Land Health Standard 1 or "meeting with problems" with a downward trend (xx acres) must identify measures to ensure that the project does not impede land health improvement. | **Action:** New ROW authorizations in lands "meeting with problems" Land Health Standard 1 with a downward trend (xx acres) must identify measures to ensure that the project does not impede land health improvement. | **Action:** Manage lands "not meeting" Land Health Standard 1 or "meeting with problems" X acres) as ROW exclusion areas unless it can be demonstrated that the project does not impede land health improvement. | **Action:** |
| 21. | **Allowable Use:** No similar allowable use in current RMPs. Land Health Standard 1. | **Allowable Use:** **STIPULATION** CSU/SSR-X: *Lands "not meeting" or "meeting with problems" Land Health Standard 1.* Apply CSU (site-specific | **Allowable Use:** New land use authorizations in lands "not meeting" Land Health Standard 1 or "meeting with problems" with a | **Allowable Use:** New land use authorizations in lands "meeting with problems" Land Health Standard 1 with a downward trend (xx | **Allowable Use:** **STIPULATION** NSO/NGD-X: *Lands "not meeting" or "meeting with problems" Land Health Standard 1.* Prohibit surface | **Allowable Use:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109277

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | relocation) restrictions to mitigate or relocate activities up to 200 meters to ensure that the project does not impede land health improvement. | downward trend (xx acres) must identify measures to ensure that the project does not impede land health improvement. | acres) must identify measures to ensure that the project does not impede land health improvement. | occupancy and surface-disturbing activities. | |
| 22. | **Action:**<br>No similar action in current RMPs.<br><br>Land Health Standard 5. | **Action:**<br>On lands "not meeting" Land Health Standard 5 or "meeting with problems" (x acres) where an activity has been demonstrated to be causing land health problems, limit or modify the causal activity to improve land health including:<br>• Grazing<br>• Plant material and wood collection<br>• Non-commercial mineral material collection<br>• Travel<br>• Camping | **Action:**<br>On lands "not meeting" Land Health Standard 5 or "meeting with problems" with a downward trend (x acres) where an activity has been demonstrated to be causing land health problems, limit or modify the causal activity to improve land health including:<br>• Grazing<br>• Plant material and wood collection<br>• Non-commercial mineral material collection<br>• Travel<br>• Camping | **Action:**<br>On lands that are "meeting with problems" Land Health Standard 5 with a downward trend (0 acres) where an activity has been demonstrated to be causing land health problems, limit or modify the causal activity to improve land health including:<br>• Grazing<br>• Plant material and wood collection<br>• Non-commercial mineral material collection<br>• Travel<br>Camping | **Action:**<br>On lands "not meeting" Land Health Standard 5 or "meeting with problems" (xx acres) where an activity has been demonstrated to be causing land health problems, close, limit, or modify the causal activity to improve land health including:<br>• Grazing<br>• Plant material and wood collection<br>• Non-commercial mineral material collection<br>• Travel<br>Camping | **Action:** |
| 23. | **Action:**<br>No similar action in current RMPs.<br><br>Land Health Standard 5. | **Action:**<br>Manage lands "not meeting" Land Health Standard 5 or "meeting with problems" (x acres) as ROW avoidance areas unless it can be demonstrated that the project does not impede land health improvement. | **Action:**<br>New ROW authorizations in lands "not meeting" Land Health Standard 5 or "meeting with problems" with a downward trend (xx acres) must identify measures to ensure that the project does not impede land health improvement. | **Action:**<br>New ROW authorizations in lands "meeting with problems" Land Health Standard 5 with a downward trend (xx acres) must identify measures to ensure that the project does not impede land health improvement. | **Action:**<br>Manage lands "not meeting" Land Health Standard 5 or "meeting with problems" X acres) as ROW exclusion areas unless it can be demonstrated that the project does not impede land health improvement. | **Action:** |
| 24. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>**STIPULATION**<br>CSU/SSR-X: *Lands "not* | **Allowable Use:**<br>New land use authorizations in lands "not | **Allowable Use:**<br>New land use authorizations in lands | **Allowable Use:**<br>**STIPULATION**<br>NSO/NGD-X: *Lands "not* | **Allowable Use:** |

BLM_0109278

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | Land Health Standard 5. | *meeting" or "meeting with problems" Land Health Standard 5.* Apply CSU (site-specific relocation) restrictions to mitigate or relocate activities up to 200 meters to ensure that the project does not impede land health improvement. | meeting" Land Health Standard 5 or "meeting with problems" with a downward trend (xx acres) must identify measures to ensure that the project does not impede land health improvement. | "meeting with problems" Land Health Standard 5 with a downward trend (xx acres) must identify measures to ensure that the project does not impede land health improvement. | *meeting" or "meeting with problems" Land Health Standard 5.* Prohibit surface occupancy and surface-disturbing activities. | |
| 25. | **Objective:** Management units are available for erosion and salinity control objectives, and projects which do not conflict with primary objectives of each unit. | **Objective:** Manage surface-disturbing activities to minimize the yield of sediment, salt, and selenium contributions from BLM lands to water resources. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |
| 26. | **Action:** Develop necessary erosion control structures, vegetation improvements, or salinity/selenium reduction measures to improve water quality. (BLM 1985) In-channel structures and land treatment projects designed to reduce runoff and soil erosion will be developed where it does not conflict with management of other resources. (BLM 1989) | **Action:** Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/ selenium to improve water quality. This may include: <br>• Reduce AUM's <br>• Limit season of use <br>• Include additional rest-rotation | **Action:** Same as Alternative B. | **Action:** No similar action. | **Action:** Improve water quality and overall watershed health by managing the soil for adequate watershed cover and a healthy soil surface on soils high in salinity/ selenium to improve water quality. This may include: <br>• Reduce AUM's <br>• Limit season of use <br>• Include additional rest-rotation <br>• Limit recreational uses | **Action:** |
| 27. | **Action:** Locate and assess nonfunctional, eroding earthen check dams in the Mancos Shale areas north of | **Action:** Inventory and assess stock ponds, check dams, and contour furrows and rehabilitate or remove | **Action:** Inventory and assess stock ponds, check dams, and contour furrows and rehabilitate those areas with | **Action:** No similar action. | **Action:** Inventory and assess stock ponds, check dams, and contour furrows and rehabilitate or remove all | **Action:** |

BLM_0109279