*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|
| <td colspan="6"><ul><li>*As part of identifying allowable uses, identify the geographic areas that are suitable for wildland fire use, provided conditions are appropriate. Also, identify the geographic areas where wildland fire use is not appropriate due to social, economic, political, or resource constraints (e.g., WUI areas); and where suppression action would be taken.*</li><li>*As part of identifying management actions to achieve goals and objectives, identify the types of fuels management or vegetation management treatments (e.g.; mechanical, biological, and chemical treatments and prescribed fire) that would be implemented.*</li><li>*Allowable uses and management actions include the identification of restrictions on fire management practices (including both wildfire suppression and fuels management) needed to protect natural or cultural resource values. Restrictions may be structured to allow flexibility to apply restrictions on a seasonal or annual basis, based on resource conditions, weather factors, and operational capability.*</li><li>*Establish landscape-scale fire management priorities or provide criteria that will guide more site-specific priorities at the fire management plan level.*</li></ul></td> | | | | | |

| 298. | <td colspan="6">**GOAL:**<br>Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability.</td> | | | | | |

| 299. | **Objective:** Collaborate with other federal agencies, state, county, and city governments, and fire protection districts regarding prevention, mitigation, and fire suppression activities. | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** |
| 300. | **Action:** Maintain and implement a Fire Management Plan that supports fire management activities on an interagency basis across the greater landscape (e.g., through the Montrose Interagency Fire Management Unit, consisting of the BLM, the US Forest Service, the National Park Service, and the Colorado State Forest Service). | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** |
| 301. | **Objective:** Utilize fire protection and fuels management activities to prevent or reduce | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** |

BLM_0109377

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | negative impacts to both social and resource values, including, but not limited to, human life, private property and improvements, powerlines, communication sites, recreation sites, cultural resources, special status species habitat, areas with mineral/energy development, watersheds, and other high-value natural resources. | | | | | |
| 302. | **Action:**<br>Respond to and suppress fires, or portions of fires, that are threatening social, economic, or resource values. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 303. | **Action:**<br>Modify fuel complexes adjacent to high-value resources using mechanical treatment, prescribed fire, seeding, and herbicide to reduce fire occurrence, fire behavior, and resistance to control. | **Action:**<br>Modify fuel complexes adjacent to high-value resources, emphasizing the use of prescribed fire as an ecological process over the use of mechanical treatments and other methods. | **Action:**<br>Modify fuel complexes adjacent to high-value resources, emphasizing the use of mechanical treatments over the use of prescribed fire and other methods. | **Action:**<br>Modify fuel complexes immediately adjacent to only the highest-valued resources with the minimal amount of mechanical or prescribed fire or other methods. | **Action:**<br>Same as Alternative D. | **Action:** |
| 304. | **Objective:**<br>Manage fire and fuels/vegetation to achieve the following specific resource management objectives:<br>• restore and enhance wildlife habitat;<br>• improve vegetation condition for stand health, forage production, | **Objective:**<br>Utilize fire as an ecological process in preference over mechanical treatments wherever feasible to achieve the following specific resource management objectives:<br>• restore and enhance wildlife habitat;<br>• improve vegetation | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative B. | **Objective:** |

BLM_0109378

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | and watershed enhancement;<br>• maintain and restore woodland and forest productivity; and<br>• maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape.<br>Utilize the FMP and vegetation and wildlife direction to develop specific habitat, vegetation, fuels, and mosaic objectives. | condition for stand health, forage production, and watershed enhancement;<br>• maintain and restore woodland and forest productivity; and<br>• maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape.<br>Utilize the FMP and vegetation and wildlife direction to develop specific habitat, vegetation, fuels, and mosaic objectives. | | | | |
| 305. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives with emphasis on natural processes and intact landscapes. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives with emphasis on supporting resource uses. | **Action:**<br>Same as Alternative C. | **Action:**<br>Same as Alternative B. | **Action:** |
| 306. | **Action:**<br>Through the FMP, utilize managed fire within the entire planning area except in areas with high social values (e.g., WUI, powerline corridors, developed recreation sites, communication sites) (xx acres) as a natural process and to meet resource objectives using an ignition-by ignition-decision process. | **Action:**<br>Through the FMP, utilize managed fire within the entire planning area, except ancient forests, (xx acres) as a natural process and to meet resource objectives using an ignition-by ignition-decision process. | **Action:**<br>Through the FMP, utilize managed fire within the entire planning area, except in areas with high social values (e.g., WUI, energy corridors, developed recreation sites, communication sites) and ancient forests (xx acres) as a natural process and to meet resource objectives using an ignition-by ignition-decision process. | **Action:**<br>Through the FMP, utilize managed fire only in more remote locations throughout the planning area to meet resource objectives using an ignition-by ignition-decision process. Do not utilize managed fire in areas with high social values (e.g., WUI, energy corridors, developed recreation sites, communication sites) or in areas with management | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109379

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative<br>F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | | | concerns (e.g., occupied <mark>grouse</mark> habitat, big game severe winter range/winter concentration areas. (xx acres). | | |
| 307. | **Action:**<br>Utilize mechanical, biological, or herbicide treatments when prescribed and managed fire cannot be used to safely achieve desired objectives, or where the fuels complex needs to be modified prior to introducing fire, to achieve resource objectives. | **Action:**<br>Utilize mechanical, biological, and herbicide treatments in combination with prescribed and managed fire to consistently achieve resource objectives. | **Action:**<br>Same as Alternative A. | **Action:**<br>Emphasize minimal mechanical, biological, and herbicide treatments and managed fire to achieve resource objectives. | **Action:**<br>Utilize prescribed and managed fire to achieve resource objectives. | **Action:** |
| 308. | **Objective:**<br>Utilize Fire Regime Condition Class (FRCC) methodology to assist in determining desired wildland fire conditions. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:** |
| 309. | **Action:**<br>Utilize FRCC methodology relative to desired resource management objectives to identify where and how vegetation and fuels management projects are planned and implemented. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 310. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>In all fire management activities, utilize appropriate strategies and tactics commensurate with values at risk. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 311. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use appropriate operational alternatives (i.e., Minimum | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109380

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | Impact Suppression Tactics [MIST]) to minimize the construction of mechanical control line  so that resource conditions are not degraded, particularly relative to Wilderness, WSAs, ACECs, soils, watersheds, and exotic species**.** | | | | |
| 312. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 313. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Implement Emergency Stabilization and Rehabilitation (ESR) techniques on wildfires, or portions of wildfires, as necessary to meet land health standards or where human life or property are at risk from post-fire impacts. | **Action:**<br>Implement ESR techniques on wildfires, or portions of wildfires, that are *not meeting* land health standards or where human life or property are at risk from post-fire impacts. | **Action:**<br>Implement ESR techniques on wildfires or portions of wildfires where human life or property are at risk from post-fire impacts. | **Action:**<br>Implement ESR techniques on wildfires, or portions of wildfires, in areas that are *not meeting with problems* land health standards or where human life or property are at risk from post-fire impacts. | **Action:** |
| 314. | ***Cultural Resources*** | | | | | |
| 315. | Decisions to be made (per BLM Land Use Planning Handbook H-1601-1): | | | | | |

*Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*
- *Identify special cultural resource restrictions that may affect the location, timing or method of development or use of other resources in the planning area.*
- *Identify site-specific use restrictions from cultural resources currently being actively managed.*
- *Identify area-wide criteria for recognizing potential cultural resource conflicts, such as geographic characteristics of sacred sites, historic properties, or cultural landscapes (springs, ridges, peaks, caves, and rock shelters, for example).*
- *Consider these restrictions and criteria in all proposed land and resource use decisions.*
- *Identify measures to proactively manage, protect, and use cultural resources, including traditional cultural properties.*
- *The scope and scale of cultural resource identification are much more general and less intensive for land use planning than for processing site-specific use proposals. Instead of new, on-the-ground inventory, the appropriate identification level for land use planning is a regional overview:*

BLM_0109381

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| <td colspan="6">

- A compilation and analysis of reasonably available cultural resource data and literature.
- A management-oriented synthesis of the resulting information that includes priorities and a strategy for accomplishing needed inventory.
- If land use decisions, however, are more specific in terms of impacts, they may require a more detailed level of identification of the scope and nature of cultural resources during land use planning.
- RMPs will include at least the following two goals:
  - Identify, preserve, and protect significant cultural resources and ensure that they are available for appropriate uses by present and future generations (FLPMA, Section 103(c), 201(a) and (c); National Historic Preservation Act, Section 110(a); Archaeological Resources Protection Act, Section 14(a)).
  - Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration, or potential conflict with other resource uses (FLPMA, Section 103(c), NHPA 106, 100(a)(2)) by ensuring that all authorizations for land use and resource use will comply with the NHPA Section 106.
- All cultural properties in the RMP area, whether already recorded or projected to occur on the basis of existing-data synthesis, including cultural landscapes, will be allocated to the uses listed in **Table A-1**, Cultural Use Allocations and Management Actions, according to their nature and relative preservation value. These use allocations pertain to cultural resources, not to areas of land.

**Table A-1**
**Cultural Use Allocations and Management Actions**

| Use Allocation | Management |
|---|---|
| a. Scientific use | Permit appropriate research, including data recovery |
| b. Conservation for future use | Propose protective measures/designations 1 |
| c. Traditional use | Consult with Tribes determine limitations 1 |
| d. Public use | Determine permitted use 1 |
| e. Experimental use | Determine nature of experiment |
| f. Discharged from management | Remove protective measures |

1. Safeguards against incompatible land and resource uses may be imposed through withdrawals, stipulations on leases and permits, design requirements, and similar measures which are developed and recommended by an appropriately staffed IDT.

</td> | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 316. | <td colspan="6">**GOAL:**<br>Identify, preserve, protect, and manage significant cultural resources to ensure that they are available for appropriate uses by present and future generations through research, education, and preservation of cultural heritage.</td> | | | | | |
| 317. | **Objective:** Manage cultural resources for protection, preservation, investigation, and public use (i.e., development and interpretation), where appropriate. (BLM 1985) | **Objective:** Preserve the nature and value of cultural resources, focusing on high-priority sites. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |
| 318. | **Action:** No similar action in current RMPs. | <td colspan="5">**Action:**<br>The BLM has allocated cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to the following uses (BLM 2005a [cite BLM Land Use Planning Handbook, H-1601-1]). These allocations are contained in the Class I Cultural</td> | | | | |

BLM_0109382

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | Resource Overview of the BLM Uncompahgre Field Office (Alpine Archaeological Consultants 2010 [cite Class I overview report]), which contains privileged information not for distribution.<br>Use Allocation<br>a. Scientific Use<br>b. Conservation for Future Use<br>c. Traditional Use<br>d. Public Use<br>e. Experimental Use<br>f. Discharge from Management | | Desired Outcome<br>a. Preserved until research or data recovery potential is realized<br>b. Preserved until conditions for use are met<br>c. Long-term preservation<br>d. Long-term preservation, on-site interpretation<br>e. Protected until used<br>f. No use after recordation; not preserved | | |
| 319. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Assign use category allocations to newly discovered cultural resource sites and/or areas and apply appropriate management actions to achieve the desired outcome. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 320. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Revise use category allocations in response to changing site conditions or as additional data and information are obtained. Criteria allowing for revising allocation include: 1) environmental change or human caused impacts that alter the significance or scientific potential; 2) through changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the sites potential and changes its eligibility to the National Register of Historic Places; 4) new information or techniques that reveal a new | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109383

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| | | scientific value that was not previously recognized; and 5) new information shared through Native American consultation. | | | | |
| 321. | **GOAL:** Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration, or potential conflict with other resource uses (FLPMA Sec. 103(c), NHPA 106, 110 (a) (2)) by ensuring that all authorizations for land use and resource use will comply with the NHPA Section 106. | | | | | |
| 322. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage individual Cultural Resources in accordance with the use allocation finding for each cultural and historic property. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |
| 323. | **Action:** Emphasize management and develop cultural management plans on the following cultural sites/areas: (BLM 1985) • Dolores Cave; • Hamilton Mesa; • Hanging Flume; • Indian Henry's Cabin; • Tabeguache Canyon; and • Tabeguache Pueblo. | **Action:** Evaluate all cultural resources for use allocation and desired outcome (such as scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). High priorities include: • Roc Creek (Anasazi rock art) • Uravan historic mining district • Paradox Valley • Dolores River canyon • Uncompahgre Plateau • Tabeguache/ Dolores canyons | **Action:** Same as Alternative B. | **Action:** Evaluate all cultural resources for use allocation and desired outcome (such as scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). | **Action:** Same as Alternative D. | **Action:** |
| 324. | **Action:** On xx acres, protect and manage important cultural | **Action:** No similar action; this action was partially completed. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109384

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | resource properties. (BLM 1985) | | | | | |
| 325. | **Action:**<br>In recreation emphasis areas, develop and protect suitable cultural resource properties for public enjoyment through practices such as interpretive signing and stabilization. (BLM 1985) | **Action:**<br>Develop and protect suitable cultural resource properties for public enjoyment through practices such as interpretive signing and stabilization. | **Action:**<br>Same as Alternative B. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative D. | **Action:** |
| 326. | **Action:**<br>In wilderness areas, allow no development of cultural resources (other than stabilization) for recreation purposes. Allow the use of cultural resource properties for religious or research purposes only when such use will not degrade wilderness values. (BLM 1985) | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 327. | **Action:**<br>Allow the use of cultural resource properties only for religious or research purposes and only when such use will not degrade wilderness values. (BLM ?? (BLM 1985) | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Allow the use of cultural resource properties only for religious purposes and only when such use will not degrade wilderness values. | **Action:**<br>Same as Alternative D. | **Action:** |
| 328. | **Action:**<br>Protect and interpret unique and significant values in the Dolores River Canyon WSA. (BLM ?? [ (BLM 1985) | **Action:**<br>Identify, inventory, and evaluate prioritized individual sites and areas within the Dolores River Canyon WSA for nomination to the National | **Action:**<br>Same as Alternative B. | **Action:**<br>Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for interpretation and public enjoyment. | **Action:**<br>Identify, inventory, and evaluate known sites within the Dolores River Canyon WSA for eligibility for listing in the National Register of Historic Places. | **Action:** |

BLM_0109385

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | and/or State Registers of Historic Places. | | | | |
| 329. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Identify potential trails to link individual sites, and develop an interpretive program for the area. | **Action:**<br>Same as Alternative A. | **Action:** |
| 330. | Allowable Use:<br>**STIPULATION:**<br>NSO-X *Tabeguache Cave II and Tabeguache Canyon (560 acres).* No Surface Occupancy. Operations on these lands will not be approved in order to protect the Tabeguache Canyon Archeological site (BLM 1985). | Allowable Use:<br>**STIPULATION:**<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION:**<br>CSU-X *Tabeguache Cave II and Tabeguache Canyon (560 acres).* Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within Tabeguache Cave II and Tabeguache Canyon. (Refer to Appendix B.) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION:**<br>Same as Alternative A. | Allowable Use: |
| 331. | Allowable Use:<br>**STIPULATION:**<br>NSO-X *Tabeguache Pueblo (120 acres).* No Surface Occupancy. Operations on these lands will not be approved in order to protect the Tabeguache Pueblo Archeological site (BLM 1985). | Allowable Use:<br>**STIPULATION:**<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION:**<br>CSU-X *Tabeguache Pueblo (120 acres).* Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within Tabeguache Pueblo. (Refer to Appendix B.) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION:**<br>Same as Alternative A. | Allowable Use: |
| 332. | Allowable Use:<br>**STIPULATION:**<br>NSO-X Indian Henry's Cabin *(160 acres).* No Surface Occupancy. Operations on these lands will not be approved in order to protect the Indian | Allowable Use:<br>**STIPULATION:**<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION:**<br>CSU-X Henry's Cabin *(160 acres).* Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION:**<br>Same as Alternative A. | Allowable Use: |

BLM_0109386

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Henry's Cabin Archeological site (BLM 1985). | | the Henry's Cabin area. (Refer to Appendix B.) | | | |
| 333. | Allowable Use:<br>**STIPULATION:**<br>NSO-X Dolores Cave (X acres). [Stip Code: SJ-1] Prohibit surface occupancy within the Dolores Cave. No specific exception criteria are currently identified (BLM 1991). | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>No similar allowable use. | Allowable Use: |
| 334. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION:**<br>NSO-X, Sites listed or eligible for listing on the National or State Register of Historic Places (X acres). and surface-disturbing activities within 200 feet of sites listed on the National or State Register of Historic Places. | Allowable Use:<br>**STIPULATION:**<br>CSU-X, Sites listed on the National or State Register of Historic Places (X acres). Apply CSU (site-specific relocation) restrictions within 200 feet of sites listed on the National or State Register of Historic Places. (Refer to Appendix B.) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION:**<br>Same as Alternative B. | Allowable Use: |
| 335. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage xx acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubidoux Creek as a National Register District to protect unique cultural resource values. Management actions include the following:<br>• Nominate the lower Uncompahgre National Register District based on high site densities and rare or significant site types;<br>• Manage for enhanced | **Action:**<br>Manage xx acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubidoux Creek as an area of archaeological significance. Management actions include the following:<br>• Nominate individual sites in the area to the National Register of Historic Places as required for additional protection status based on site significance and eligibility; | **Action:**<br>Manage xx acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubidoux Creek as an area of archaeological significance. Management actions include the following:<br>• Nominate individual sites in the area to the National Register of Historic Places as required for additional protection status based on site significance and eligibility; | **Action:**<br>No similar action (see Lower Uncompahgre Plateau Cultural ACEC). | **Action:** |

BLM_0109387

| Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| | protection of localities of high archaeological site densities near Dry Creek and Coalbank Canyon;<br>• Manage for the enhanced protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon;<br>• Manage for the enhanced protection of historic Ute occupations and sacred sites;<br>• Manage for the enhanced protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek;<br>• Manage as VRM Class I;<br>• Conduct inventories for cultural properties and establish research and monitoring studies;<br>• Allowable Use:<br>**STIPULATION** NSO-X: *Outstanding Natural Areas/Areas of Critical Environmental Concern.* [Stip 7] Prohibit surface occupancy No | • Emphasize site avoidance and project redesign during development;<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon;<br>• Manage for the protection of historic Ute occupations and sacred sites; and<br>• Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | • Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon;<br>• Emphasize the use of alternative mitigation for development including off-site mitigation and site avoidance;<br>• Manage for the protection of historic Ute occupations and sacred sites; and<br>• Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | | |
| 336. **Action:**<br>No similar action in current RMPs. | **Action:**<br>Nominate National Register Districts. Consider individual sites within each district for nomination to the State | **Action:**<br>Same as Alternative B. | **Action:**<br>Nominate individual sites to the National or State Register of Historic Places. Individual sites with the | **Action:**<br>Evaluate individual sites for eligibility for National or State Register nominations. Individual sites should not be | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109388

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | and/or National Register. Potential National Register Districts include:<br>• Uravan Uranium Mining district;<br>• Paradox Valley Rock Art district;<br>• Tabeguach Pueblos district;<br>• Dolores River Rock Art district; and | | potential for National Register nomination include sites identified in the:<br>• Ute Wickiup project;<br>• Uravan mining district;<br>• Squint Moore complex;<br>• Harris site on the Uncompahgre Pleateau;<br>• Paradox Valley Rock Art complex; and<br>• other rock art sites that meet the National Register criteria. | considered for nomination to the National Register unless such sites may be identified as being in need of additional protection that may be afforded by such listing. | |
| 337. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Nominate the Uravan Belt Historic Uranium Mining District as a National Register District. Consider individual sites within the district for nomination to the State and/or National Register. | **Action:**<br>Same as Alternative B, plus develop cooperative agreements with BLM field offices, other federal and state agencies, local historical societies and interested individuals. | **Action:**<br>Nominate individual sites within the Uravan Belt for National or State Register. | **Action:**<br>Evaluate eligibility for National or State Register nominations of individual sites within the Uravan Belt. | **Action:** |
| 338. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage xx acres in the area of Tabeguache Caves and Tabeguache Pueblos as an area of archaeological significance to protect unique cultural resource values. Management actions include the following:<br>• Manage for protection of the Tabeguache Caves;<br>• Manage for the protection of the Formative Era structures known as the Tabeguache Pueblos; and | **Action:**<br>No similar action. | **Action:**<br>Manage xx acres in the area of Tabeguache Caves and Tabeguache Pueblos as an area of archaeological significance to protect unique cultural resource values. Management actions include the following:<br>• Manage for protection of the Tabeguache Caves;<br>• Manage for the protection of the Formative Era structures known as the Tabeguache Pueblos; and | **Action:**<br>No similar action (see Tabeguache Pueblo and Tabeguache Caves ACEC). | **Action:** |

BLM_0109389

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | • Conduct inventories for cultural properties. | | • Establish public interpretation and enhancement programs and plans for the prehistoric ruins. | | |
| 339. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>No similar action (see West Paradox Rock Art ACEC). | **Action:**<br>Manage xx acres in the area of West Paradox Rock Art Complex as a National Register District to protect unique cultural resource values. Management actions include the following:<br>• Manage for protection of the numerous prehistoric petroglyphs and pictographs in the area;<br>• Close to motorized and mechanized travel above the level of the Paradox Valley bottom; limit motorized and mechanized travel to designated routes in Paradox Valley bottom;<br>• Manage as ROW exclusion with the following exceptions:<br>  ○ West Wide Energy corridor;<br>  ○ 100-foot buffer along county roads; and<br>  ○ Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities.<br>• Conduct a complete | **Action:**<br>Manage xx acres in the area of West Paradox Rock Art Complex as a National Register District to protect unique cultural resource values. Management actions include the following:<br>• Manage for protection of the numerous prehistoric petroglyphs and pictographs in the area;<br>• Close to motorized and mechanized travel above the level of the Paradox Valley bottom; limit motorized and mechanized travel to designated routes in Paradox Valley bottom;<br>• Develop a system of public access trails to the various rock art panels;<br>• Conduct a complete inventory for cultural properties;<br>• Develop and implement an interpretive plan; and<br>• Allowable Use:<br>**STIPULATION** NSO-X: *Outstanding Natural Areas/Areas of Critical Environmental Concern.* | **Action:**<br>No similar action (see West Paradox Rock Art ACEC). | **Action:** |

BLM_0109390

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | | inventory for cultural properties; and<br>• Allowable Use:<br>**STIPULATION** NSO-X: *Outstanding Natural Areas/Areas of Critical Environmental Concern.*<br>[Stip 7] Prohibit surface occupancy  No | [Stip 7] Prohibit surface occupancy  No | | |
| 340. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Establish special areas for cultural resources. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 341. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Identify and manage National Historic Trails within the UFO; see the National Trails and Byways alternatives. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 342. | **Action:**<br>The following standard stipulations are to be attached to any permit issued by BLM in which there may be ground-disturbing activities or the potential for the inadvertent discovery or effects to any National Register or otherwise eligible historic or archaeological cultural property.<br>1) If historic or archaeological materials are uncovered during permitted activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials, and | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109391

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| immediately contact the authorized officer (AO). Within five working days the AO will inform the operator as to:<br>- whether the materials appear eligible for the National Register of Historic Places;<br>- the mitigation measures the operator will likely have to undertake before the construction may proceed.<br><br>2) Pursuant to 43 CFR 10.4(g) the holder of the authorization must notify the AO, by telephone, with written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, pursuant to 43 CFR 10.4(c)and (d), you must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the authorized officer | | | | | |

| 343. | **Paleontological Resources** | | | | | |
|---|---|---|---|---|---|---|
| 344. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):* | | | | | |
| | • *Identify criteria or use restrictions to ensure that:* | | | | | |
| |     • *Areas containing, or that are likely to contain, vertebrate or noteworthy occurrences of invertebrate or plant fossils are identified and evaluated prior to authorizing* | | | | | |

BLM_0109392

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | surface-disturbing activities;<br>• *Management recommendations are developed to promote the scientific, educational, and recreational uses of fossils; and*<br>• *Threats to paleontological resources are identified and mitigated as appropriate* | | | | | |
| 345. | **GOAL:**<br>Identify, protect, and manage paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. | | | | | |
| 346. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage paleontological resources for their scientific, educational, and recreational values. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 347. | **Action:**<br>Manage paleontological resources according to their Potential Fossil Yield Classification (PFYC) (Paleontological Resources Preservation Act of 2009). | **Action:**<br>Land use authorizations will consider actions on public lands according to their PFYC. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 348. | **Action:**<br>Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case-by-case basis in environmental documents. (BLM 1985) | **Action:**<br>Develop a paleontological site-management plan for the following localities:<br>• Potter Creek;<br>• San Miguel Canyon<br>• Placerville Jurassic Fish Locality;<br>• Dolores River Canyon; and<br>• Atkinson Mesa/Mesa Creek area. | **Action:**<br>Same as Alternative B. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 349. | **Action:**<br>Paleontological resources will be inventoried and appropriate protective measures will be developed if necessary; protective measures will be developed as this resource is | **Action:**<br>In PFYC Class 2, 3, 4, and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | **Action:**<br>Same as Alternative B. | **Action:**<br>In PFYC Class 4 and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | **Action:**<br>Same as Alternative D. | **Action:** |

BLM_0109393

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | discovered. As information is obtained, specific management will be identified (BLM 1989). | | | | | |
| 350. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Require proponents to avoid by project redesign or to conduct scientific data recovery excavation where project development threatens significant paleontological resources. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Require proponents to avoid by project redesign where project development threatens significant paleontological resources. | **Action:** |
| 351. | Allowable Use:<br>**Lease Notice:**<br>LN-X *Paleontological Areas.* [Stip. Code: CO-29] Prior to authorizing surface-disturbing activities in Class I and II Paleontological Areas, an inventory will be performed by an accredited paleontologist approved by the Authorized Officer (BLM 1991). | Allowable Use:<br>**Lease Notice:**<br>LN-X: *Class 4 and 5 Paleontological Areas.* Require a permitted paleontologist approved by the BLM's Authorized Officer to perform an inventory of surface-disturbing activities in Class 4 and 5 (previously known as Class I and II) paleontological areas per Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification (PFYC) System for Paleontological Resources on Public Lands. | Allowable Use:<br>**Lease Notice:**<br>Same as Alternative B. | Allowable Use:<br>**Lease Notice:**<br>Same as Alternative B. | Allowable Use:<br>**Lease Notice:**<br>Same as Alternative B. | Allowable Use: |
| 352. | ***Visual Resources*** | | | | | |
| 353. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*<br>• *Manage visual resource values in accordance with visual resource management (VRM) objectives (management classes).*<br>• *Designate VRM management classes for all areas of BLM land, based on an inventory of visual resources and management considerations for other land uses. VRM management classes may differ from VRM inventory classes, based on management priorities for land uses (see BLM Handbook H-8410-1 for a description of VRM classes).* | | | | | |
| 354. | **GOAL:**<br>Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental benefits. | | | | | |

BLM_0109394

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| 355. | **Objective:**<br>Manage public lands under visual resource management classifications and guidelines (BLM 1989) to protect and preserve scenic values, enhance viewing opportunities, and increase variety, where appropriate. | **Objective:**<br>Recognize and manage visual resources for overall multiple use, filming, and recreational opportunities for visitors to public lands and manage visual resource values in accordance with VRM classifications. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 356. | **Action:**<br>Adopt the VRM classes as follows (Figure XX). Modify, relocate, mitigate, or deny proposed projects that conflict with the objectives of these classes.<br>• VRM I = 36,150 acres<br>• VRM II = 0 acres<br>• VRM III = 28,490 acres<br>• VRM IV = 8,420 acres | **Action:**<br>Designate VRM classes as follows (Figure XX):<br>• VRM I = XX acres<br>• VRM II = XX acres<br>• VRM III = XX acres<br>• VRM IV = XX acres | **Action:**<br>Designate VRM classes as follows (Figure XX):<br>• VRM I = XX acres<br>• VRM II = XX acres<br>• VRM III = XX acres<br>• VRM IV = XX acres | **Action:**<br>Designate VRM classes as follows (Figure XX):<br>• VRM I = XX acres<br>• VRM II = XX acres<br>• VRM III = XX acres<br>• VRM IV = XX acres | **Action:**<br>Designate VRM classes as follows (Figure XX):<br>• VRM I = XX acres<br>• VRM II = XX acres<br>• VRM III = XX acres<br>• VRM IV = XX acres | **Action:** |
| 357. | **Action:**<br>Manage 36,150 acres as VRM Class I:<br>• Tabeguache Area;<br>• WSAs:<br>  ○ Adobe Badlands;<br>  ○ Camelback;<br>  ○ Dolores River Canyon;<br>  ○ Needle Rock ISA; and<br>  ○ Sewemup Mesa;<br>• ACECs:<br>  ○ Adobe Badlands ONA; and<br>  ○ Needle Rock ONA. | **Action:**<br>Manage xx acres as VRM Class I:<br>• Tabeguache Area;<br>• Dolores River SRMA;<br>• Zone 1 and portion of Zone 2 of Roubideau SRMA;<br>• Zone 4 of Paradox Valley SRMA;<br>• WSAs:<br>  ○ Adobe Badlands;<br>  ○ Camelback;<br>  ○ Dolores River Canyon;<br>  ○ Needle Rock ISA; and<br>  ○ Sewemup Mesa;<br>• Suitable WSR segments classified as "wild" | **Action:**<br>Manage xx acres as VRM Class I:<br>• Tabeguache Area;<br>• Dolores River SRMA;<br>• Zone 1 and portion of Zone 2 of Roubideau SRMA;<br>• WSAs:<br>  ○ Adobe Badlands;<br>  ○ Camelback;<br>  ○ Dolores River Canyon;<br>  ○ Needle Rock ISA; and<br>  ○ Sewemup Mesa;<br>• Suitable WSR segments classified as "wild"<br>• ACECs:<br>  ○ Needle Rock | **Action:**<br>Manage xx acres as VRM Class I:<br>• Tabeguache Area<br>• Dolores River SRMA<br>• WSAs:<br>  ○ Adobe Badlands;<br>  ○ Camelback;<br>  ○ Dolores River Canyon;<br>  ○ Needle Rock ISA; and<br>  ○ Sewemup Mesa;<br>• Suitable WSR segments classified as "wild"<br>• ACECs:<br>  ○ Salt Desert Shrub ACEC<br>  ○ Portion of Tabeguache Pueblo and | **Action:**<br>Manage xx acres as VRM Class I:<br>• Tabeguache Area<br>• Dolores River SRMA<br>• WSAs:<br>  ○ Adobe Badlands;<br>  ○ Camelback;<br>  ○ Dolores River Canyon;<br>  ○ Needle Rock ISA; and<br>  ○ Sewemup Mesa;<br>• Suitable WSR segments classified as "wild"<br>• ACECs:<br>  ○ Needle Rock ACEC/ONA ISA<br>  ○ Adobe Badlands ONA/ACEC | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109395

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | • ACECs:<br>○ Needle Rock ACEC/ONA ISA<br>○ Salt Desert Shrub ACEC | ACEC/ONA ISA<br>○ Adobe Badlands ONA/ACEC | Tabeguache Caves ACEC | ○ | |
| 358. | **Action:**<br>Manage xx acres as VRM Class II to protect its scenic qualities:<br>• Along the San Miguel River from its upper reaches to Naturita (BLM 1985) | **Action:**<br>Manage xx acres as VRM Class II:<br>• All Scenic Byways;<br>• Zone 2 and 3 of San Miguel SRMA;<br>• Zone 1 and 3 of Burn Canyon SRMA;<br>• Zone 1 of Kinikin Hills SRMA;<br>• Portion of Zone 2 and Zone 3 of Roubideau SRMA;<br>• Zone 2 and 3 of Dry Creek SRMA;<br>• Zone 2 of Spring Creek SRMA;<br>• Zone 1 of Paradox Valley SRMA;<br>• ACECs:<br>○ Roubideau Corridors ACEC<br>○ San Miguel River Corridor ACEC<br>○ Dolores Slickrock Canyon ACEC<br>○ La Sal Creek ACEC<br>• LWWCs:<br>○ Roc Creek/ Carpenter Ridge<br>○ Upper Dry Creek Basin (Uncompahgre Plateau)<br>○ Monitor and Potter | **Action:**<br>Manage xx acres as VRM Class II:<br>• All Scenic Byways;<br>• Zone 1 and 3 of Burn Canyon SRMA;<br>• Portion of Zone 2 of Roubideau SRMA;<br>• Zone 1 of Paradox Valley SRMA;<br>• Suitable WSR segments classified as "scenic"<br>• ACECs:<br>○ Roubideau Corridors ACEC<br>• LWWCs:<br>○ Roc Creek/ Carpenter Ridge<br>○ Monitor and Potter Canyons<br>○ Norwood Canyon WC | **Action:**<br>Manage xx acres as VRM Class II:<br>• All Scenic Byways;<br>• Suitable WSR segments classified as "scenic" | **Action:**<br>Manage xx acres as VRM Class II:<br>• All Scenic Byways;<br>• ACECs:<br>○ Roubideau Corridors ACEC<br>○ San Miguel River Corridor ACEC<br>○ West Paradox Rock Art ACEC<br>• Suitable WSR segments classified as "scenic"<br>• Eligible Wild and Scenic segments determined not suitable with a scenic ORV | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109396

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | Canyons<br>○ Norwood Canyon WC<br>○ Norwood Canyon CWP<br>• Suitable WSR segments classified as "scenic"<br>• Eligible Wild and Scenic segments determined not suitable with a scenic ORV | | | | |
| 359. | **Action:**<br>Manage 28,490 acres as VRM Class III to protect its scenic qualities while permitting some intrusion. (BLM 1989) | **Action:**<br>Manage xx acres as VRM Class III:<br>• Zone 1 and 4 of San Miguel SRMA;<br>• Zone 2 of Burn Canyon SRMA<br>• Zone 2 and 3 of Kinikin Hills SRMA;<br>• Zone 1 of Dry Creek SRMA;<br>• Zone 1, 3 and 4 of Spring Creek SRMA;<br>• Jumbo Mountain SRMA;<br>• North Delta SRMA;<br>• Ridgway Trails SRMA;<br>• Zone 2 and 3 of Paradox Valley SRMA;<br>• ACECs:<br>○ South Fairview ACEC<br>○ South Gunnison Sage-grouse Sites/San Miguel ACEC<br>○ Sims-Cerro Gunnison Sage-grouse ACEC<br>○ East Paradox ACEC<br>○ West Paradox ACEC<br>○ West Paradox Rock | **Action:**<br>Manage xx acres as VRM Class III:<br>• San Miguel SRMA;<br>• Zone 2 of Burn Canyon SRMA<br>• Kinikin Hills SRMA;<br>• Zone 3 of Roubideau SRMA;<br>• Dry Creek SRMA;<br>• Spring Creek SRMA;<br>• Jumbo Mountain SRMA;<br>• Zone 1 of North Delta SRMA;<br>• Ridgway Trails SRMA;<br>• Zone 2 and 3 of Paradox Valley SRMA;<br>• ACECs:<br>○ San Miguel River Corridor ACEC<br>○ Coyote Wash ACEC<br>• Suitable WSR segments classified as "recreational" | **Action:**<br>Manage xx acres as VRM Class III:<br>• San Miguel SRMA;<br>• Suitable WSR segments classified as "recreational" | **Action:**<br>Manage xx acres as VRM Class III:<br>• ACECs:<br>○ South Fairview ACEC<br>○ Lower Uncompahgre Plateau ACEC<br>○ Sims-Cerro Gunnison Sage-grouse ACEC<br>○ Dolores Slickrock Canyon ACEC<br>○ La Sal Creek ACEC<br>○ East Paradox ACEC<br>• LWWCs:<br>○ Roc Creek/ Carpenter Ridge<br>○ Upper Dry Creek Basin (Uncompahgre Plateau)<br>○ Monitor and Potter Canyons<br>○ Norwood Canyon WC<br>• Suitable WSR segments classified as "recreational" | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109397

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | Art ACEC<br>• Suitable WSR segments classified as "recreational" | | | | |
| 360. | **Action:**<br>Manage 8,420 acres as VRM Class IV to allow substantial change (BLM 1989). | **Action:**<br>Manage xx acres as VRM Class IV:<br>• West wide energy and existing utility corridors; | **Action:**<br>Manage xx acres as VRM Class IV:<br>• Open OHV Areas<br>• Zone 2 of North Delta SRMA;<br>• West wide energy and existing utility corridors;<br>• ACECs:<br>  ○ South Fairview ACEC | **Action:**<br>Manage xx acres as VRM Class IV:<br>• Open OHV Areas<br>• West wide energy and existing utility corridors; | **Action:**<br>Manage xx acres as VRM Class IV:<br>• Open OHV Areas<br>• West wide energy and existing utility corridors;<br>• ACECs:<br>  ○ Portions of Tabeguache Pueblo and Tabeguache Caves ACEC | **Action:** |
| 361. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**Stipulation** NSO-**X**: *VRM Class I.* Prohibit surface occupancy and surface-disturbing activities in VRM Class I areas. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use: |
| 362. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**Stipulation** NGD-**X**: *VRM Class I.* Prohibit surface-disturbing activities in VRM Class I areas. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use: |
| 363. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use:<br>**Stipulation** CSU-**X**: *VRM Class II and III.* Apply CSU in VRM Class II and III areas. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use: |
| 364. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**Stipulation** SSR-**X**: *VRM Class II and III.* Apply SSR in VRM Class II and III areas. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use: |
| 365. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Maintain dark night sky conditions in areas that are affected primarily by natural light sources. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109398

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| 366. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prohibit permanent artificial outdoor lighting in VRM Class I and II areas. | **Action:**<br>Prohibit permanent artificial outdoor lighting in VRM Class I areas. | **Action:**<br>Same as Alternative C. | **Action:**<br>Same as Alternative B. | **Action:** |
| 367. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Permanent artificial outdoor lighting must be shielded and downward-facing ("full cut-off" fixtures) to minimize impacts to naturally dark night skies. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 368. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Permanent artificial outdoor lighting must be turned-off when it is not needed. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 369. | *Lands with Wilderness Characteristics outside Wilderness Study Areas* | | | | | |
| 370. | **GOAL:**<br>No similar goal in current RMPs. | **GOAL (Alternatives B through F):**<br>Manage, protect, and preserve non-WSA lands determined to possess wilderness characteristics while considering competing resource demands and manageability. | | | | |
| 371. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Identify lands possessing wilderness characteristics and protect and enhance those characteristics. | **Objective:**<br>Identify lands possessing wilderness characteristics and protect those characteristics. | **Objective:**<br>Identify lands possessing wilderness characteristics but do not protect those characteristics. | **Objective:**<br>Same as Alternative C. | **Objective:** |
| 372. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage more than 21,252 acres for wilderness characteristics in the following areas (Figure XX):<br>• Roc Creek/ Carpenter Ridge (4,309 acres);<br>• Monitor and Potter Canyons (6,947 acres);<br>• Upper Dry Creek Basin (Uncompahgre Plateau) (5,789 acres); and<br>• Norwood Canyon (XX acres). (larger acreage, | **Action:**<br>Manage 11,256 acres for wilderness characteristics in the following areas (Figure XX):<br>• Roc Creek/ Carpenter Ridge (4,309 acres); and<br>• Monitor and Potter Canyons (6,947 acres). | **Action:**<br>No similar action. | **Action:**<br>Manage less than 21,252 acres for wilderness characteristics in the following areas (Figure XX):<br>• Roc Creek/ Carpenter Ridge (4,309 acres);<br>• Monitor and Potter Canyons (6,947 acres);<br>• Upper Dry Creek Basin (Uncompahgre Plateau) (5,789 acres); and<br>• Norwood Canyon (XX acres). (smaller acreage, | **Action:** |

BLM_0109399

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management*<br>CWP) | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management*<br>BLM inventory) | Alternative<br>F<br>*Preferred* |
|---|---|---|---|---|---|---|
| 373. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, manage those lands as "lands with wilderness characteristics."<br>• Consider adjacent other federal lands to determine whether the acquired lands together with the other federal lands constitute a combined piece that possesses wilderness characteristics. If it does, then manage the entire area as "lands with wilderness characteristics." | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, protect wilderness characteristics where there are no conflicts with other resource uses.<br>• Consider adjacent other federal lands to determine whether the acquired lands together with the other federal lands constitute a combined piece that possesses wilderness characteristics. If it does, then protect wilderness characteristics where there are no conflicts with other resource uses. | **Action:**<br>Inventory acquired lands for wilderness characteristics for the purpose of maintaining a current inventory only. | **Action:**<br>Same as Alternative B. | **Action:** |
| 374. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply the following management to all lands with wilderness characteristics:<br>• VRM Class II;<br>• ROW exclusion.<br>• Closed to motorized and mechanized use.<br>• Open to livestock grazing.<br>• Prohibit new or expanded range improvements.<br>• Prohibit target shooting.<br>• Prohibit wood cutting. | **Action:**<br>Apply the following management to all lands with wilderness characteristics:<br>• VRM Class III;<br>• ROW exclusion.<br>• Limit motorized and mechanized travel to designated routes.<br>• Obliterate and naturalize temporary roads as part of the project for which they were constructed. | **Action:**<br>No similar action. | **Action:**<br>Apply the following management to all lands with wilderness characteristics:<br>• VRM Class II.<br>• ROW exclusion.<br>• Close to motorized and mechanized use.<br>• Open to livestock grazing.<br>• Prohibit new or expanded range improvements.<br>• Allowable Use: Close to saleable mineral disposal. | **Action:** |

BLM_0109400

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | • Allowable Use: Close to saleable mineral disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Require a mine plan for locatable mineral leasing. | • Prohibit route improvements; allow route maintenance that does not impair wilderness characteristics.<br>• Open to livestock grazing.<br>• Permit range improvement projects only to support land health objectives. | | • Allowable Use: Close to non-energy solid mineral leasing.<br>• Petition the Secretary of the Interior for withdrawal from mineral entry.<br>• Prohibit road maintenance.<br>• Issue no SRPs for competitive events.<br>• Prohibit wood cutting. | |
| 375. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**No Leasing:** *Lands with Wilderness Characteristics.* Prohibit fluid mineral development in areas managed for wilderness characteristics. (Refer to Appendix B.) See Figure XX. | Allowable Use: |
| 376. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**Stipulation NSO/NGD-X:** *Lands with Wilderness Characteristics.* Prohibit surface occupancy and surface-disturbing activities on lands managed for wilderness characteristics. (Refer to Appendix B.) See Figure XX. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**Stipulation NGD-X:** *Lands with Wilderness Characteristics.* Prohibit surface-disturbing activities on lands managed for wilderness characteristics. (Refer to Appendix B.) See Figure XX. | Allowable Use: |
| 377. | | | | RESOURCE USES | | |
| 378. | **Forest & Woodland Products** | | | | | |
| 379. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*<br>• *Identify characteristics (indicators) to describe healthy forest conditions (i.e. desired outcomes) for forest/woodland types found within the planning area (also see I(C), Vegetation).*<br>• *Identify the suite of possible management actions (including appropriate harvest, reforestation, and forest development methods), and associated best management practices, that can be applied to meet desired outcomes.* | | | | | |

BLM_0109401

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| | • *Identify areas that are available and have the capacity for planned, sustained-yield timber harvest or special forest product harvest. A probable sale quantity (PSQ) should be determined, if possible, for those areas determined to be available for harvest. The PSQ is the allowable harvest level that can be maintained without decline over the long term if the schedule of harvests and regeneration are followed. PSQ recognizes a level of uncertainty in meeting the determined level; this uncertainty is typically based on other environmental factors that preclude harvesting at a particular time (for example, because of watershed or habitat concerns). A PSQ is not a commitment to offer for sale a specific level of timber volume every year.* | | | | | |
| 380. | **GOAL:** Provide forest and woodland products on a sustainable basis to meet local needs. | | | | | |
| 381. | **Objective:** Suitable commercial forest lands and pinyon-juniper woodlands will be managed for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory (BLM 1989). | **Objective:** Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife habitats. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |
| 382. | **Action:** *[San Juan/San Miguel RMP]* Public land within forest management areas will be available for a full range of forest management activities. Major forest activity plans generally will be required prior to initiating those activities in such areas. Pending completion of the activity plan, timber and woodland stand treatments will be evaluated by an environmental assessment and implemented on a case- | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** |

BLM_0109402

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| | by-case basis. Forested areas within other emphasis areas will also be available for a full range of forest management activities; plans will be modified to be compatible with the management emphasis areas. Firewood harvesting will be permitted on most accessible forest land available for harvesting forest products (BLM 1985).<br><br>*[Uncompahgre Basin RMP]* On xx acres [MU 3], prepare Forest Management Plans and, if needed, establish plantations to increase forest product availability. (BLM 1989) | | | | | |
| 383. | **Action:** No similar action in current RMPs. | **Action:** Designate 675,606 acres of forest management units:<br>• North Fork (132,302 acres);<br>• Paradox (175,694 acres);<br>• San Miguel (189,034 acres);<br>• Storm King (41,700 acres); and<br>• Uncompahgre Plateau (136,877 acres). | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |
| 384. | **Action:** Manage approximately xx acres [MU J] to provide woodland products (such as firewood, posts, poles). | **Action:** Manage approximately xx acres to provide minor (non-commercial timber) wood products (such as | **Action:** Manage approximately xx acres to provide minor (non-commercial timber) wood products (such as | **Action:** Same as Alternative C. | **Action:** Same as Alternative B. | **Action:** |

BLM_0109403

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade. (BLM 1985) | firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade. | firewood, posts, poles). Provide an estimated allowable harvest of 9.6 MMBF (19,200 cords) per decade. | | | |
| 385. | **Action:**<br>Intensively manage xx acres [MU 3] for woodland product harvest within sustained yield production limits to increase available woodland products (BLM 1989). | **Action:**<br>Allow harvest of minor (non-commercial) timber and woodland products in the following forest management units:<br>• Pinyon-juniper<br>  ○ North Fork<br>  ○ Paradox<br>  ○ San Miguel<br>  ○ Storm King<br>  ○ Uncompahgre Plateau<br>• Ponderosa pine<br>  ○ Paradox<br>  ○ Uncompahgre Plateau<br>• Aspen<br>  ○ Storm King<br>• Spruce and subalpine fir<br>  ○ Storm King<br>• Douglas fir<br>  ○ San Miguel<br>  ○ Storm King | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 386. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Consider commercial timber harvest only for pinyon-juniper; permit such harvest in all forest management units.<br><br>Exception: Commercial harvest activities may be utilized for other forest cover types to improve | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative A. | **Action:**<br>Consider commercial timber harvest only for pinyon-juniper; permit such harvest in all forest management units. | **Action:** |

BLM_0109404

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | forest health, ecological restoration, or to meet identified resource objectives. | | | | |
| 387. | **Action:**<br>Prohibit forest product disposal in the following areas (xx acres):<br>• Tabeguache Area;<br>• San Miguel River ACEC/SRMA: 20,166 acres of the ACEC and 298 acres of the San Miguel SRMA (BLM 1993)<br>• Dolores River SRMA (BLM 1985);<br>• Wilderness or WSAs (BLM 1985);<br>• Perennial and intermittent streams in the Uncompahgre Basin Resource Area (BLM 1989);<br>• Needle Rock Outstanding Natural Area/ ACEC (BLM 1989); and<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County (BLM 1989). | **Action:**<br>Close the following areas (xx acres) to wood product sales and/or harvest:<br>• Tabeguache Area;<br>• WSAs;<br>• ACECs;<br>• Fragile soils;<br>• VRM Class I areas;<br>• Lands with wilderness characteristics;<br>• Riparian areas;<br>• Threatened, endangered, and sensitive species' habitat (e.g., lynx); and<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County.<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated or to improve forest health conditions. | **Action:**<br>Close the following areas (xx acres) to wood product sales and/or harvest:<br>• Tabeguache Area;<br>• WSAs; and<br>• ACECs.<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated or to improve forest health conditions. | **Action:**<br>Close the following areas (xx acres) to wood product sales and/or harvest:<br>• Tabeguache Area;<br>• WSAs; and<br>• WSAs. | **Action:**<br>Same as Alternative B. | **Action:** |
| 388. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Allow personal use firewood, post, and pole harvest within Forest Management Units with the exception of those areas closed to wood product | **Action:**<br>Confine personal use firewood, post, and pole harvest to designated areas within Forest Management Units to meet resource objectives. Permitted off- | **Action:**<br>Allow personal use firewood, post, and pole harvest within Forest Management Units with the exception of those areas closed to wood product | **Action:**<br>Allow personal use firewood, post, and pole harvest within Forest Management Units with the exception of those areas closed to wood product | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109405

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | harvest, with permitted off-road travel limited to within 100 feet of designated roads. | road travel would not be limited within designated cutting areas. | harvest, with permitted off-road travel limited to within 300 feet of designated roads. | harvest; prohibit travel off designated routes. | |
| 389. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial Winter Range<br> o Elk and Mule Deer: December 1 – April 30<br> o Pronghorn: January 1 – March 31<br> o Moose: November 15 – May 30<br>• Big game Reproduction Areas<br> o Elk and Mule Deer: May 15 – June 30<br> o Pronghorn: May 1 – July 15<br> o Desert Bighorn Sheep: March 15 – June 15 for lambing range<br> o August 1 – September 30 for rutting grounds<br> o Rocky Mountain Bighorn Sheep: May 1 – July 15 for lambing range<br> o October 15 – December 15 for Rutting Grounds<br> o Moose: May 15 – July 15<br> o Migratory Bird Breeding Habitat: May 1 – July 31 | **Allowable Use:**<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial Winter Range<br> o Elk and Mule Deer: January 1 –March 31<br><br>• Big game Reproduction Areas<br> o Elk and Mule Deer: May 15 – June 15<br> o When soils are saturated | **Allowable Use:**<br>Same as Alternative A. | **Allowable Use:**<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial Winter Range<br> o Elk and Mule Deer: December 1 – April 30<br> o Pronghorn: January 1 – March 31<br>• Big game Reproduction Areas<br> o Elk and Mule Deer: May 15 – June 30<br> o Pronghorn: May 1 – July 15<br> o Desert Bighorn Sheep: March 15 – June 15 for lambing range<br> o Rocky Mountain Bighorn Sheep: May 1 – July 15 for lambing range<br> o Moose: May 15 – July 15<br> o Migratory Bird Breeding Habitat: May 15 – July 31<br> o When soils are saturated | **Allowable Use:** |

BLM_0109406

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | | o When soils are saturated | | | | |
| 390. | **Action:** No similar action in current RMPs. | **Action:** Make byproducts from forest management activities available for biomass utilization or for insect and disease control. | **Action:** In appropriate forest cover types, manage vegetation for biomass production where compatible with other uses. | **Action:** Same as Alternative C. | **Action:** Same as Alternative B. | **Action:** |
| 391. | **Action:** In livestock management emphasis areas (xx acres), manage woodland products and timber to enhance range resources and for insect and disease control. (BLM 1985) | **Action:** Manage forest and woodlands where compatible to achieve other resource objectives including: • Range • Wildlife • Soils • Fuels • Vegetation • Recreation • Cultural | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |
| 392. | **Action:** In livestock management emphasis areas (xx acres), timber species should be managed at a stocking level that maintains moderate to high herbage production. Utilize woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clearcuts in aspen to a maximum of 40 acres or the | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** |

BLM_0109407

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | size of an aspen clone, whichever is smaller (BLM 1985). | | | | | |
| 393. | **Action:**<br>On xx acres, woodland harvest areas will be managed for increased forage production and will be compatible with allotment management plans and wildlife habitat management objectives. (BLM 1989) | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 394. | **Action:**<br>Manage lands suitable for timber production. Invest necessary funds to provide for intensive management of the forest resource. Provide firewood, Christmas trees, and other wood products (BLM 1985). | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 395. | **Action:**<br>Provide reasonable opportunity to salvage forest products prior to and following range and wildlife habitat improvement treatments (BLM 1985). | **Action:**<br>Encourage, where feasible, the harvest of woodland products in areas of proposed or existing vegetative treatments to lessen the need for additional treatment or land disturbance, and in areas that need restoration for ecological benefits. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 396. | **Action:**<br>Provide legal and physical access to vegetation treatments to facilitate salvage of forest products | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |

BLM_0109408

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | when feasible (BLM 1985). | | | | | |
| 397. | **Action:**<br>Manage forest lands to enhance wildlife resource. Plan wood product sales in wildlife areas to improve big game forage and other wildlife needs (BLM 1985). | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 398. | **Action:**<br>Manage lands suitable for timber and woodland production to enhance recreational opportunities and to maintain healthy stand conditions (BLM 1985). | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 399. | **Action:**<br>Manage forest products and woodlands to meet goals and objectives of the soil and water program for specific areas (BLM 1985). | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 400. | **Action:**<br>Allow for the sale or disposal of forest products or timber that may be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict (BLM 1985). | **Action:**<br>Appraise and purchase prior to removal any commercial and non-commercial woodlands removed as a result of energy development (e.g., mining, oil and gas, sodium). | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. | **Action:** |
| 401. | **Action:**<br>Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety (BLM 1985). | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |

BLM_0109409

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| 402. | **Action:** Manage timber and woodland species on all available and capable lands with a combination of even and uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types and 40 acres in woodland types. Regenerate all patch cuts, shelter wood, and selection harvest cuts, naturally or artificially, within 15 years. Continue management of all operable woodland and commercial saw timber in other emphasis areas (BLM 1985). | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** |
| 403. | **Action:** When carrying out projects using Healthy Forest Restoration Act authority, fully maintain or contribute toward the restoration of the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health, and retaining the large trees contributing to old-growth structure. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** |
| 404. | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109410

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | In the Spring Creek and Dry Creek Watersheds, remove forestry base commensurate with restoring the species and age class diversity and quality/ productivity of native plant and animal communities. (BLM 2003) | Same as Alternative A. | Same as Alternative A. | Same as Alternative A. | Same as Alternative A. | |
| 405. | **Livestock Grazing** | | | | | |
| 406. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*<br>• *Identify lands available or not available for livestock grazing (see 43 CFR 4130.2(a)), considering the following factors:*<br>  (a) *Other uses for the land;*<br>  (b) *Terrain characteristics;*<br>  (c) *Soil, vegetation, and watershed characteristics;*<br>  (d) *The presence of undesirable vegetation, including significant invasive Weed infestations; and*<br>  (e) *The presence of other resources that may require special management or protection, such as special status species, special recreation management areas (SRMAs), or ACECs.*<br>• *Decisions identifying lands available, or not available, for livestock grazing may be revisited through the amendment or revision process if the grazing preference or permit on those lands has been voluntarily relinquished, or if there are outstanding requests to voluntarily relinquish the grazing preference or permit.*<br>• *If an evaluation of Land Health Standards identifies and allotment or group of allotments where Land Health Standards cannot be achieved under any level or management of livestock use, then decisions identifying those areas as available for livestock grazing need to be revisited.*<br>• *For lands available for livestock grazing, identify on an area-wide basis both the amount of existing forage available for livestock (expressed in AUMs) and future anticipated amount of forage available for livestock with full implementation of the land use plan while maintaining a thriving natural ecological balance and multiple-use relationships. The land use plan needs to describe how these public lands will be managed to become as productive as feasible for livestock grazing, including a description of possible grazing management practices such as grazing systems, range improvements (including land treatments), changes in seasons of use and/or stocking rates. In addition, identify guidelines and criteria for future allotment specific adjustments in the amount of forage available for livestock, season of use, or other grazing management practices.* | | | | | |
| 407. | **GOAL:**<br>Support local agricultural communities, while achieving healthy, sustainable ecosystems and providing for other resource uses. | | | | | |
| 408. | Objective:<br>[*San Juan/San Miguel RMP*]<br>Manage to increase forage on livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat, and animal fiber production, and improving forage | Objective:<br>While meeting the BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado (BLM 1997) (Appendix X), seek appropriate opportunities to increase, | Objective:<br>While meeting the BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado (BLM 1997) (Appendix X), seek appropriate opportunities to increase, | Objective:<br>Same as Alternative C. | Objective:<br>While meeting the BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado (BLM 1997) (Appendix X), seek appropriate opportunities to increase, | Objective: |

BLM_0109411

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | composition and watershed conditions. Significant investments may be made in livestock improvements which will be multiple use oriented (i.e., wildlife, watershed, etc.). Investments for other resources will be minimal, although resource management activities compatible with livestock production will continue. (BLM 1985)<br><br>[*Uncompahgre Basin RMP*] Suitable public lands will be available for livestock grazing use. (BLM 1989) | decrease or maintain grazing preference (AUMs) based on long term studies and land health conditions. Place emphasis on **maintaining** current grazing preference. | decrease or maintain grazing preference (AUMs) based on long term studies and land health conditions. Place emphasis on **increasing** grazing preference. | | decrease or maintain grazing preference (AUMs) based on long term studies and land health conditions. Place emphasis on **decreasing** grazing preference. | |
| 409. | **Action:**<br>Make 626,320 acres available for livestock grazing. Provide 49,440 AUMs of livestock forage commensurate with public land health standards (BLM 1997b) (Appendix X). (These totals are from the AMS – for current situation. Some numbers are now within the D&E NCA.) | **Action:**<br>Make 633,633 acres available for livestock grazing. Provide 37,585 AUMs of grazing preference commensurate with public land health standards (BLM 1997b) (Appendix X). Grazing preference may change through the life of this RMP based on long-term monitoring (global) and land health conditions. | **Action:**<br>Make 673,496 acres available for livestock grazing. Provide 39,512 AUMs of grazing preference commensurate with public land health standards (BLM 1997b) (Appendix X). Grazing preference may change through the life of this RMP based on long-term monitoring (global) and land health conditions. | **Action:**<br>Make 668,627acres available for livestock grazing. Provide 39,391 AUMs of grazing preference commensurate with public land health standards (BLM 1997b) (Appendix X). Grazing preference may change through the life of this RMP based on long-term monitoring (global) and land health conditions. | **Action:**<br>Make 584,204 acres available for livestock grazing. Provide 35,616 AUMs of grazing preference commensurate with public land health standards (BLM 1997b) (Appendix X). Grazing preference may change through the life of this RMP based on long-term monitoring (global) and land health conditions. | **Action:** |
| 410. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Make the following allotments, portions of allotments, and areas xx acres) unavailable for livestock grazing for purposes which may | **Action:**<br>Make the following allotments, portions of allotments, and areas (xx acres) unavailable for livestock grazing for purposes which may | **Action:**<br>Make the following allotments, portions of allotments, and areas xx acres) unavailable for livestock grazing for purposes which may | **Action:**<br>Make the following allotments, portions of allotments, and areas (xx acres) unavailable for livestock grazing for purposes which may | **Action:** |

BLM_0109412

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| | include: Protection of Threatened & Endangered Species or avoidance of sensitive resources such as described in the Areas of Critical Environmental Concern proposals of: (Needle Rock ACEC/ONA ISA, Fairview South Expansion 637a. ACEC/RNA, East Paradox 385 a. ACEC) (Additional details by allotment/area is in Appendix X): <br>• Needle Rock 83acre ACEC/ONA ISA <br>• Fairview South Expansion 637 acres ACEC/RNA as it effects Shinn Park/ South Canal Allot <br>• Wakefield <br>• Big Gulch <br>• Morrow Point <br>• Sundown <br>• Horse Bench <br>• Cone <br>• Saw Pit <br>• Duroy <br>• Spring Creek & Hwy 90 <br>• San Miguel Rim <br>• San Miguel River <br>• Pinion <br>• Sewemup <br>• Slaughter Grade <br>• 316 acres lying in Horsefly Creek of Lower Horsefly Combined <br>• Portion of Horsefly | include: Protection of Threatened & Endangered Species or avoidance of sensitive resources such as described in the Areas of Critical Environmental Concern proposals of: (Needle Rock ACEC/ONA ISA, Fairview South Expansion 637 a. ACEC/RNA, East Paradox 385 a. ACEC) (Additional details by allotment/area is in (Appendix X): <br>• Needle Rock 83 acre ACEC/ONA ISA <br>• Fairview South Expansion 637 acres ACEC/RNA as it affects Shinn Park/ South Canal Allotment <br>. <br>• Dexter Creek <br>• Burro Creek <br>• Tappan Creek <br>• 884 acres of the older Ridgway Reservoir Allotments | include: Protection of Threatened & Endangered Species or avoidance of sensitive resources such as described in the Areas of Critical Environmental Concern proposals of: (Needle Rock ACEC/ONA ISA, Fairview South Expansion 637 a. ACEC/RNA, East Paradox 385 a. ACEC) (Additional details by allotment/area is in (Appendix X): <br>• Needle Rock 83 acre ACEC/ONA ISA <br>• Cone <br>• Saw Pit <br>• Duroy <br>• San Miguel Rim <br>• Sewemup <br>• Slaughter Grade <br>• 637 acres lying below the canal of Shinn Park/South Canal <br>• 250 approx. acres lying below the Canal of Dry Cedar <br>• Lower Beaver Canyon <br>• 884 acres of the older Ridgway Reservoir Allotments <br>• 44-acre area of Round Top | include: Protection of Threatened & Endangered Species or avoidance of sensitive resources such as described in the Areas of Critical Environmental Concern proposals of: Needle Rock ACEC/ONA ISA, Fairview South Expansion 637a. ACEC/RNA, East Paradox 385 a. ACEC and San Miguel River ACEC Expansion (35,420 acres). (Additional details by allotment/area is in (Appendix X): <br>• Needle Rock 83 acre ACEC/ONA ISA <br>• East Paradox 385 acre ACEC as it affects Allotments of East Paradox (202 acres) and Dolores Canyon (183 acres) <br>• San Miguel River Expansion (35,420 acres) as it effects Beaver Canyon, Beaver Rim, Bolinger Ditch, Cone, Dry Park, Duroy, Far Away, Horsefly Common, Leopard Creek, Little Baldy, Lower Beaver Canyon, Norwood Hill, Pinion, Ragsdale, River Allotment, San Miguel Rim, San Miguel River, Saw Pit and Uncompahgre Common Allotments | |

*Uncompahgre Resource Management Plan Revision*

BLM_0109413

| **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|
| | Creek of Horsefly Allotment<br>• Onion Lakes<br>• 250 approx. acres lying below the Canal of Dry Cedar<br>• Dexter Creek<br>• Burro Creek<br>• Tappan Creek<br>• Leopard Creek<br>• 559 acres lying in Naturita Canyon of McKee Draw Allotment<br>• Lower Beaver Canyon<br>• 2,253 acres of Ward Creek Doughspoon<br>• Stingley Gulch<br>• North Saddle Peak<br>• Sunshine Mesa<br>• Beaver Canyon Allotment<br>• 884 acres of the older Ridgway Reservoir Allotments<br>• 44-acre area of Round Top<br>• Half of the Outlying areas, which are those currently not identified as an allotment or otherwise named. | | | • Chaffee<br>• Smith Fork Rim<br>• Wakefield<br>• Big Gulch<br>• Morrow Point<br>• Creek Bottom<br>• Sundown<br>• Horse Bench<br>• Cone<br>• Saw Pit<br>• Duroy<br>• Spring Creek & Hwy 90<br>• San Miguel Rim<br>• San Miguel River<br>• Pinion<br>• Sewemup<br>• Olathe Reservoir East<br>• Slaughter Grade<br>• 382 acres of Smith Fork Individual<br>• Rim Rock Allotment<br>• 316 acres lying in Horsefly Creek of Lower Horsefly Combined<br>• 262 acres lying in Horsefly Creek of Horsefly Allotment<br>• Onion Lakes<br>• 637 acres lying below the canal of Shinn Park/South Canal<br>• 250 approx. acres lying below the Canal of Dry Cedar<br>• Dexter Creek<br>• Burro Creek<br>• Cookie Tree | |

BLM_0109414

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| | | | | • Moonshine Park<br>• Cow Creek<br>• Tappan Creek<br>• 950 acres of River Allotment<br>• Leopard Creek<br>• 559 acres lying in Naturita Canyon of McKee Draw Allotment<br>• 424 acres of Big Bear Creek<br>• Lower Beaver Canyon<br>• Lower Roc Creek<br>• 311 acres lying within Monitor Creek of Winter-Monitor Allotment<br>• 127 acres lying within Monitor Creek of Lee Bench<br>• 322 acres lying within upper Monitor Creek of White Ranch<br>• 6,520 acres of Ward Creek Doughspoon<br>• Stingly Gulch<br>• Jumbo Mountain<br>• North Saddle Peak<br>• Sunshine Mesa<br>• Needle Rock Allotment<br>• 2,075 acres lying in La Sal Creek (proper) of La Sal Creek Allotment<br>• Roc Creek Allotment<br>• Rawlings Individual<br>• 610 acres lying within Tabeguache Creek of | |

BLM_0109415

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | | | | Tabeguache Creek Allotment<br>• 1,359 acres of Davis Mesa Allotment<br>• Beaver Canyon Allotment<br>• Nyswanger<br>• Far Away Allotment<br>• 884 acres of the older Ridgway Reservoir Allotments<br>• 44-acre area of Round Top<br>• Outlying areas, which are those currently not identified as an allotment or otherwise named. | |
| 411. | **Action:**<br>Keep closed portions (2,700 acres) of the Camelback pasture in the Winter-Monitor allotment. | **Action:**<br>Make approximately 2,700 acres available for livestock trailing by reactivating the previously closed Camelback pasture in the Winter-Monitor allotment. Provide **no additional AUMs** of grazing preference. | **Action:**<br>Make approximately 2,700 acres available for livestock grazing by reactivating the previously closed Camelback pasture in the Winter-Monitor allotment. Provide **no additional AUMs** of grazing preference. Use in the entire canyon would not be limited by time but managed with riparian objectives (BLM: ensure this is consistent with riparian section) commensurate with Colorado Guidelines for Livestock Grazing. | **Action:**<br>Make approximately 2,700 acres available for livestock grazing by reactivating the previously closed Camelback pasture in the Winter-Monitor allotment. Provide 75 additional **AUMs** of grazing preference commensurate with additional acres and production. Use in the entire canyon would not be limited by time but managed with riparian objectives (BLM: ensure this is consistent with riparian section) commensurate with Colorado Guidelines for Livestock Grazing. | **Action:**<br>Same as Alternative A. | **Action:** |
| 412. | **Action:** KW-1<br>No similar action in current | **Action:**<br>Periodically evaluate | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Periodically evaluate | **Action:** |

BLM_0109416

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| RMPs. | allotments or portions of allotments to identify grazing issues. Potential closure to livestock grazing may be based on the following criteria when management is insufficient to remedy the problem:<br>• Areas identified as BLM disposal tracts;<br>• Small percentage of BLM lands in allotment (less than 10 percent):<br>• Areas unsuitable for livestock grazing (such as steep slopes);<br>• Major impact to wildlife or threatened and endangered species (such as competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis;<br>• Public health and safety;<br>• High intensity recreation areas/facilities;<br>• Resource objectives for municipal watersheds;<br>• Conflicts with adjoining private land/ development<br>• Impacts to cultural resources;<br>• Areas with land health problems associated with livestock grazing that cannot be addressed through grazing | | | allotments or portions of allotments to identify grazing issues. Potential closure to livestock grazing may be based on the following criteria when management is insufficient to remedy the problem:<br>• Same as Alternative B, plus:<br>• ACECs, when determined that livestock grazing is directly detrimental to the relevant and important values. | |

BLM_0109417

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | management (such as structural improvements, improved grazing systems). | | | | |
| 413. | **Action: LG-4**<br>Livestock use adjustments are most often made by changing one or more of the following: the kind or class of livestock grazing the allotment, the season of use, the stocking rate, or the grazing pattern.<br><br>While most livestock use adjustments will occur in the "I" allotments, use adjustments may also occur for allotments in the "C" and "M" categories. (BLM 1985) | **Action:**<br>Make adjustments to grazing management (e.g., AUMs, periods of use, allotments, class of livestock, distribution) using an interdisciplinary process when the following data indicate that change is needed:<br>• Utilization in uplands and riparian areas and/or apparent trend data;<br>• Long-term trend data;<br>• Land Health Assessment data; and<br>• Other pertinent information. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 414. | **Action:**<br>*[San Juan/San Miguel RMP]*<br>Develop 71 allotment management plans (810,000 acres). (BLM 1985)<br><br>*[Uncompahgre Basin RMP]*<br>Existing allotment management plans (AMPs) will be updated as needed and new AMPs will be developed (BLM 1989).<br>*Note: The UFO has gradually moved away from completing formal AMPs since the current RMPs were written. Allotment* | **Action:**<br>Allotment management actions would be implemented through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans (AMPs). These actions would be the product of regular long- | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109418

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | *management actions are currently identified as "Terms and Conditions" on grazing permits and are the product of regular resource condition monitoring, Landscape Health Assessments that are conducted every 10 years, and the BLM Standards for Rangeland Health and Guidelines for Grazing Management in Colorado (BLM 1997) (Appendix X).* | term resource monitoring, Land Health Assessments , and the BLM Standards for Rangeland Health and Guidelines for Grazing Management in Colorado (BLM 1997) (Appendix X). | | | | |
| 415. | **Action:** Base development of grazing systems on considering the following factors: allotment-specific management actions, resource characteristics, including vegetation's potential and water availability, general management actions, operator's needs, and implementation costs. (BLM 1985) | **Action:** When developing grazing systems, place greater emphasis on **improving** Rangeland Health and forage quality. Other considerations will include water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs. | **Action:** When developing grazing systems, place greater emphasis on **increasing** available forage (AUMs) and, where appropriate, increasing stocking rates while **maintaining** Land Health Standards. Other considerations will include water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs. | **Action:** When developing grazing systems, place greater emphasis on **increasing** available forage (AUMs) and where appropriate, **increasing** stocking rates while maintaining Land Health Standards. Other considerations will include water availability, vegetation potential, topography and elevation, and implementation costs. | **Action:** When developing grazing systems, place greater emphasis on **improving** Rangeland Health. Other considerations will include water availability, vegetation potential, topography and elevation, and implementation costs. | **Action:** |
| 416. | **Action:** New livestock facilities and land treatment projects will be developed if needed to achieve AMP objectives. (BLM 1989) | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** |
| 417. | **Action:** No similar action in current RMP. | **Action:** Allow for establishment of grass banks (BLM: please provide definition for glossary) on vacated or | **Action:** Evaluate combining vacated or relinquished allotments with active allotments where feasible to provide | **Action:** Same as Alternative C. | **Action:** This is addressed by Action KW-1. | **Action:** |

BLM_0109419

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | relinquished allotments to provide for increased management options.<br>Grass bank definition: A parcel of land for which a term livestock grazing permit has not been issued but is available for livestock grazing authorization under special circumstances. Those circumstances may include but are not limited to instances where livestock grazing on permitted allotments is not available in a given year due to drought conditions or post fire rehabilitation and/or vegetation treatment grazing deferrals. | for increased management options. | | | |
| 418. | **Action:**<br>To improve the condition of riparian zones, management practices and principles will be established in activity plans. Utilization of 35 percent by weight of key forage species will be used as a general guidance for improvement; this may vary depending on the individual riparian system (BLM 1989). | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:** |
| 419. | **Action:**<br>Multiple use management actions have been developed for each allotment in the "I" category. Future | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:** |

BLM_0109420

| | Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | management actions, including developing AMPs, will be tailored to meet these objectives after consultation with livestock operators. (BLM 1985) | | | | | |
| 420. | **Action:** DB-3<br>On xx acres (Emphasis Areas B, E, F, and K), reduce number of livestock and change season-of-use where needed to:<br>• provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges;<br>• minimize impacts to mineral operations and revegetation efforts or to minimize erosion from site;<br>• achieve soil and water program objective;<br>• protect cultural resources (BLM 1985). | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:**<br>This has been combined with Action LG-4. | **Action:** |
| 421. | **Action:** DB-8<br>As additional forage becomes available, livestock will have priority for allocation on xx acres [MU I]. (BLM 1989)<br><br>On xx acres [MU 2], additional forage will be divided equally between livestock grazing and wildlife | **Action:**<br>Allocate increases in forage (AUM) where applicable and feasible to livestock, wildlife, land health, or a combination of these. These increases could come from but are not limited to wild land fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | **Action:**<br>Allocate increases in forage (AUM) availability to livestock. These increases could come from but are not limited to wild land fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | **Action:**<br>Same as Alternative C. | **Action:**<br>Do not allocate additional forage to livestock. | **Action:** |

BLM_0109421

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | to provide forage for both resources. (BLM 1989) | | | | | |
| 422. | **Action:**<br>On xx acres, wildlife will have first priority for all additional forage made available as a result of rangeland improvement projects designed to improve wildlife habitat funded by non-BLM sources.<br>(BLM 1989).<br>UBRMP, Unit 1. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 423. | **Action:**<br>On xx acres, additional forage will be divided equally between wildlife and livestock (BLM 1989).<br>UBRMP, Unit 3. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 424. | **Action:**<br>Land treatment projects designed to improve livestock forage will be developed.  As additional forage becomes available, livestock will have priority for allocation; additional forage will be available for wildlife only if not needed by livestock.<br>UBRMP, Unit 1. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 425. | **Action:**<br>A detailed monitoring and evaluation plan has been completed.  When undesirable and unintended changes in resource values are discovered and the | **Action:**<br>This has been combined with Action LG-6. | **Action:**<br>This has been combined with Action LG-6. | **Action:**<br>This has been combined with Action LG-6. | **Action:**<br>This has been combined with Action LG-6. | **Action:** |

BLM_0109422

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | causes are determined, corrective actions will be taken. (BLM 1985) | | | | | |
| 426. | **Action:** On XX acres (Emphasis Area C), use "rustic" range improvements near developed recreation areas (BLM 1985). | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** No similar action. | **Action:** |
| 427. | **Action:** DB-5a Manage XX acres (Emphasis Area D) for improved range condition (BLM 1985). | **Action:** This has been combined with Action DB-5b. | **Action:** This has been combined with Action DB-5b. | **Action:** This has been combined with Action DB-5b. | **Action:** This has been combined with Action DB-5b. | **Action:** |
| 428. | **Action:** LG-3 In the San Miguel River SRMA, manage livestock to protect riparian system values and to prevent degradation of recreation values. With exception of prescribed fire, vegetation treatments will not be used to improve forage production. Range management improvements must not negatively affect riparian system or scenic values. Where range improvements are located near visitor concentration areas, the improvements should be designed to enhance the recreation experience. (BLM 1993) | **Action:** No similar action. The following 2 actions in this matrix address Alternative A: Make adjustments to grazing management (e.g., AUMs, periods of use, allotments, class of livestock, distribution) using an interdisciplinary process when the following data indicate that change is needed:<br>• Utilization in uplands and riparian areas and/or apparent trend data;<br>• Long-term trend data;<br>• Land Health Assessment data; and<br>Other pertinent information.<br>Construct, modify, or remove range improvement projects (BLM: provide | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |

BLM_0109423

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | definition for glossary) as appropriate to support livestock grazing management and other resource objectives. | | | | |
| 429. | **Action:**<br>On xx acres [MU ??], construction of facilities, such as livestock control fences, that create safety hazards or impede free vehicle use will not be permitted (BLM 1989). | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 430. | **Action:**<br>On xx acres [MU 9], limit trailing use as much as possible and confine it to established roads; prohibit trailing livestock from bedding in riparian zones unless absolutely necessary. (BLM 1989) | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Prohibit trailing livestock from overnighting or bedding in sensitive areas such as riparian zones and occupied federally listed plant habitat. | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Trailing livestock may be permitted to overnight or bed in sensitive areas such as riparian zones and in occupied federally listed plant habitat only with prior approval by the Rangeland Management Specialist | **Action:**<br>Same as Alternative C. | **Action:**<br>Same as Alternative B. | **Action:** |
| 431. | **Action:**<br>No similar action in the current RMP. | **Action:**<br>Exclude livestock grazing on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) until site-specific analysis and/or monitoring data indicates that vegetative cover, species composition, and litter | **Action:**<br>Exclude livestock grazing on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) on a case-by-case basis to meet BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in | **Action:**<br>Exclude livestock grazing on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) for two growing seasons to meet BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in | **Action:**<br>Exclude livestock grazing for a minimum of three years on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments). | **Action:** |

BLM_0109424

| | Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | accumulation are adequate to support and protect watershed values, meet vegetation objectives, and sustain grazing use. | Colorado (BLM 1997) (Appendix X). | Colorado (BLM 1997) (Appendix X). | | |
| 432. | **Action:** LG-1<br>Typical range improvements and the general procedures to be followed in implementing them are described in Appendix Nine – F in the Draft RMP.  The extent, location, and timing of such actions will be based on the allotment-specific management objectives adopted through the AMP process, interdisciplinary development and review of proposed actions, contributions from operators and other, and BLM funding capability. (BLM 1985) | **Action:**<br>Construct, modify, or remove range improvement projects (BLM: provide definition for glossary) as appropriate to support livestock grazing management and other resource objectives. Range Improvement Project definition: An authorized physical modification or treatment which is designed to improve production of forage; change vegetation composition; control patterns of use; provide water; stabilize soil and water conditions; restore, protect and improve the condition of rangeland ecosystems to benefit livestock, wild horses and burros, and fish and wildlife. This definition includes, but is not limited to: structures, treatment projects and use of mechanical devices, or modifications achieved through mechanical means. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109425

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| 433. | **Action:**<br>Use improved management systems such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems. (BLM 1985) | **Action:**<br>This has been combined with Action LG-1. | **Action:**<br>This has been combined with Action LG-1. | **Action:**<br>This has been combined with Action LG-1. | **Action:**<br>This has been combined with Action LG-1. | **Action:** |
| 434. | **Action:**<br>On xx acres [MU 15], to protect scenic values no new livestock improvement projects or maintenance of existing projects will be permitted. (BLM 1989) | **Action:**<br>This has been combined with Action LG-1. | **Action:**<br>This has been combined with Action LG-1. | **Action:**<br>This has been combined with Action LG-1. | **Action:**<br>This has been combined with Action LG-1. | **Action:** |
| 435. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage grazing allotments to protect and mitigate effects of livestock on bighorn sheep populations and disease transmission. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 436. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Exclude domestic sheep or goat grazing or trailing within a 9-mile buffer zone of bighorn populations (occupied habitat) to ensure effective separation and prevent disease transmission. The buffer zone applies to herds or populations of wild sheep, rather than wandering individuals (most often subadult bighorn rams).<br><br>• Convert sheep/goat use to cattle use in occupied | **Action:**<br>Permit domestic sheep/goat grazing in occupied and suitable (unoccupied) bighorn habitat.<br>• Complete a Risk Assessment through quantitative and qualitative process with CDOW [Implementation].<br>• Permit domestic sheep/goat grazing in occupied bighorn habitat if supported by Risk Assessment conclusions. | **Action:**<br>Permit domestic sheep/goat grazing in historic and occupied bighorn sheep habitat on a case-by-case basis using the following criteria:<br>• If allotment is active and allocated for domestic sheep use and is in use by permittee;<br>• If allotment has been recently use by domestic sheep/goats;<br>• Timing of domestic sheep grazing (i.e., outside the | **Action:**<br>Discontinue current and deny proposed domestic sheep or goat grazing permits and permit renewals (including trailing) in occupied bighorn sheep habitat. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109426

| Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
|  | habitat.<br>• Use natural barriers when possible to deter comingling of domestic and bighorn sheep. | • Update Risk Assessment when bighorn herds expand, and adjust grazing management based on the conclusions.<br>• Explore opportunities to convert sheep/goat use to cattle use in occupied habitat at the time of permit renewals or transfers.<br>• Monitor domestic sheep/goat grazing and bighorn sheep through use of risk assessments for conflict resolution.<br><br>Use the following criteria in the risk assessment and on a case-by-case basis:<br>• Presence of topographic features (e.g., natural barriers, rivers) to separate domestic and bighorn sheep;<br>• Adequate buffer zones to separate domestic and bighorn sheep;<br>• Current bighorn sheep management plan direction;<br>• The need to protect potential habitat;<br>• Local and national research results;<br>• Recent use of the area by domestic sheep/goats.<br>• If allotment is active and | breeding dates for domestic sheep/goats);<br>• Domestic sheep/goats must be bred before entering BLM lands adjacent to occupied habitat;<br>• Use of guard dogs to deter comingling of domestic sheep/goats and bighorn; and<br>• Use natural barriers when possible to deter comingling of domestic and bighorn. |  |  |

BLM_0109427

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| | | allocated for domestic sheep use and is in use by permittee; <br>• Timing of domestic sheep grazing (i.e., outside the breeding dates for sheep); <br>• Domestic sheep must be bred before entering BLM lands adjacent to occupied habitat; <br>• Use of guard dogs to deter comingling of domestic and bighorn sheep; <br>• Health, demographics, and stability of bighorn sheep herd population; and <br>• Consider a buffer where risk assessment concluded a high risk of disease transmission from domestic sheep to bighorn sheep. | | | |

**437. Recreation & Visitor Services**

438. Decisions to be made (per BLM Instruction Memorandum 2011-004, dated October 1, 2010, which replaced BLM Land Use Planning Handbook H-1601-1):

*Land Use Plan Decisions.*  Land use plan (LUP) decisions for recreation and visitor services (R&VS) include the:
1. Designation of recreation management areas (RMAs).
2. Establishment of R&VS objectives for each RMA.
3. Identification of LUP-level supporting management actions and allowable uses for each RMA.

*Recreation Management Areas (RMA).*  The RMAs are classified as either special recreation management areas (SRMA) or extensive recreation management areas (ERMA). The RMAs are land units where Recreation and Visitor Services (R&VS) objectives are recognized as a primary resource management consideration and specific management is required to protect the recreation opportunities.  The RMA designation is based on: recreation demand and issues, recreation setting characteristics, resolving use/user conflicts, compatibility with other resource uses, and resource protection needs.
  1.  **Designation of Special Recreation Management Areas (SRMA).**
*Definition.*  The SRMAs are administrative units where the existing or proposed recreation opportunities and recreation setting characteristics are recognized for their unique value, importance and/or distinctiveness, especially as compared to other areas used for recreation.

BLM_0109428

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|

*Management Focus. The SRMAs are managed to protect and enhance a targeted set of activities, experiences, benefits, and desired recreation setting characteristics. The SRMAs may be subdivided into recreation management zones (RMZ) to further delineate specific recreation opportunities. Within SRMAs, R&VS management is recognized as the predominant LUP focus, where specific recreation opportunities and recreation setting characteristics are managed and protected on a long-term basis.*

*Requirements. The SRMAs/RMZs must have measurable outcome-focused objectives. Supporting management actions and allowable use decisions are required to: 1) sustain or enhance recreation objectives, 2) protect the desired recreation setting characteristics, and 3) constrain uses, including non-compatible recreation activities that are detrimental to meeting recreation or other critical resource objectives (e.g. cultural or threatened and endangered species).*

*A. Establish SRMA/RMZ Objectives.*

*The SRMA/RMZ objectives must define the specific recreation opportunities (i.e. activities, experiences, and benefits derived from those experiences) which become the focus of R&VS management.*

*B. Identify Land Use Plan-level Management Action and Allowable Use Decisions for SRMAs/RMZs.*

*Identify necessary management action and allowable use decisions for R&VS and other programs to achieve SRMA/RMZ objectives.*

*i. Within the R&VS Program. Identify decisions necessary to:*
- *Facilitate the targeted recreation opportunities.*
- *Maintain or enhance the desired physical, social, and operational recreation setting characteristics.*
- *Address visitor health and safety, resource protection, and use and user conflicts (e.g. areas closed to target shooting, camping limits).*
- *Address the type(s), activities and locations where special recreation permits would be issued, or not issued.*

*ii. Within Other Programs. Establish terms, conditions, or special considerations for other resource programs necessary to achieve the SRMA/RMZ objective(s) (e.g. stipulations on mineral or other development, designations for all types and modes of travel, areas available for livestock grazing, or visual resource management classes). All actions must conform to applicable program policy, regulations, and valid existing rights.*

**2. Designation of Extensive Recreation Management Areas (ERMA).**

*Definition. The ERMAs are administrative units that require specific management consideration in order to address recreation use, demand or R&VS program investments.*

*Management Focus. The ERMAs are managed to support and sustain the principal recreation activities and the associated qualities and conditions of the ERMA. Management of ERMA areas is commensurate with the management of other resources and resource uses.*

*Requirements. The ERMAs must have measurable objectives. Supporting management actions and allowable use decisions must ability to participate in outdoor recreation activities and protect the associated qualities and conditions. Non-compatible uses, including some recreation activities, may be restricted or constrained to achieve interdisciplinary objectives.*

**A. Establish ERMA Objectives.**

*The ERMA objectives must define the recreation activities and the associated qualities and conditions which become the focus for R&VS management.*

**B. Identify Management Action and Allowable Use Decisions for ERMAs**

*Identify management action and allowable use decisions for R&VS and other programs to achieve ERMA objectives. Ensure all decisions are compatible with other resource objectives.*

*i. Within the R&VS Program. Identify decisions necessary to:*
- *Facilitate visitor participation in the identified outdoor recreation activities.*
- *Maintain particular recreation setting characteristics.*
- *Address visitor health and safety, resource protection, and use and user conflicts (e.g. areas closed to target shooting, camping limits).*
- *Address the type(s), activities, and locations where special recreation permits would be issued or not issued.*

*ii. Within Other Programs: Establish terms, conditions, or special considerations for other resource programs necessary to achieve the ERMA objective (e.g. stipulations on mineral or*

BLM_0109429

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| \multicolumn... | | | | | |

*other development, designations for all types and modes of travel, areas available for livestock grazing, or visual resource management classes). All actions must conform to applicable program policy, regulations and valid existing rights.*

**3. Public Lands Not Designated as Recreation Management Areas**

*Definition. All lands not designated as an SRMA or ERMA.*

*Management Focus. Public lands that are not designated as RMAs are managed to meet basic R&VS and resource stewardship needs. Recreation is not emphasized however recreation activities may occur. The R&VS are managed to allow recreation uses that are not in conflict with the primary uses of these lands.*

*Requirements. Management actions and allowable use decisions may still be necessary to address basic R&VS and resource stewardship needs:*

- *Visitor health and safety.*
- *Use and user conflicts.*
- *The type(s), activities and locations where special recreation permits would be issued or not issued.*
- *Mitigation of recreation impacts on cultural and natural resources.*

| | |
|---|---|
| 439. | **GOAL:**<br>Provide for a diversity of quality, sustainable recreational opportunities consistent with other resources and uses, and contribute to local economies. |
| 440. | ***Special Recreation Permits*** |

| | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E | Alternative F |
|---|---|---|---|---|---|---|
| 441. | **Objective:**<br>Manage SRPs as a means to meet management objectives, provide opportunities for economic activity, facilitate recreation use of public lands, control visitor use, protect natural and cultural resources, protect recreational and natural resources, and provide for visitor health and safety. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:** |
| 442. | **Action:**<br>Issue SRPS as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under the UFO Special Recreation Permit Policy and BLM Recreation Permit | **Action:**<br>Unless otherwise restricted through other RMP actions, same as Alternative A. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109430

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | Administration Handbook H-2930-1. | | | | | |
| 443. | **Action:** No similar action in current RMPs, although organized group permits are required to be obtained by the organizer. Vehicle and participant, including spectator, limits are determined on a case-by-case basis. | **Action:** Unless otherwise restricted through other RMP actions, same as Alternative A. | **Action:** Unless otherwise restricted through other RMP actions, require organized group permits to be obtained by the organizer for groups with or expecting more than 40 vehicles or 80 people, including spectators. Numbers may be adjusted if monitoring indicates the need. | **Action:** Unless otherwise restricted through other RMP actions, require organized group permits to be obtained by the organizer for groups with or expecting more than 60 vehicles or 120 people, including spectators. Numbers may be adjusted if monitoring indicates the need. | **Action:** Unless otherwise restricted through other RMP actions, require organized group permits to be obtained by the organizer for groups with or expecting more than 20 vehicles or 40 people, including spectators. Numbers may be adjusted if monitoring indicates the need. | **Action:** |
| 444. | **Action:** Issue outfitting permits for big game hunting at the discretion of the BLM Field Manager. | **Action:** Through attrition, limit outfitting permits for big game hunting to five (5) annually per game management unit, as defined by CDOW, until capacity studies indicate a need for additional constraints. | **Action:** Limit outfitting permits for big game hunting to eight (8) annually per game management unit, as defined by CDOW, until capacity studies indicate that areas could sustain more permits or need additional constraints. | **Action:** Do not limit outfitting permits for big game hunting until capacity studies show the need to limit the number of permits allowed. | **Action:** Through attrition, limit outfitting permits for big game hunting to three (3) annually per game management unit, as defined by CDOW. | **Action:** |
| 445. | **Action:** Issue outfitting permits for mountain lion hunting at the discretion of the BLM Field Manager. | **Action:** Unless otherwise restricted through other RMP actions, through attrition, limit outfitter permits for mountain lion hunting to five (5) annually until capacity studies show that there is a need for additional constraints. | **Action:** Unless otherwise restricted through other RMP actions, limit outfitter permits for mountain lion hunting to ten (10) annually until capacity studies show that areas could sustain more permits or need for additional constraints. | **Action:** Unless otherwise restricted through other RMP actions, do not limit outfitter permits for mountain lion hunting unless capacity studies show the need to limit the number of permits allowed. | **Action:** Unless otherwise restricted through other RMP actions, through attrition, limit outfitter permits for mountain lion hunting to three (3) annually. | **Action:** |
| 446. | *General Recreation* | | | | | |
| 447. | **Objective:** Manage public lands for a variety of targeted and dispersed recreation | **Objective:** Manage public lands for a variety of targeted and dispersed recreation | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |

BLM_0109431

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | opportunities in natural settings consistent with classifications determined in Recreational Opportunity Spectrum inventories. (BLM 1985) | opportunities in natural settings. Management of recreation would be generally guided by the Colorado Standards for Public Land Health. | | | | |
| 448. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Consider and implement, where appropriate, management methods to protect natural or cultural resources while enhancing recreation opportunities. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 449. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to dispersed camping:<br>• San Miguel SRMA;<br>• Dolores River SRMA;<br>• Burn Canyon SRMA;<br>• Zone 2 and 3 of Roubideau SRMA;<br>• Zone 3 of Dry Creek SRMA;<br>• Zone 4 of Spring Creek SRMA;<br>• Zone 2 of Jumbo Mountain SRMA;<br>• Zone 2 of North Delta SRMA; and<br>• Zone 1, 2, and 3 of Paradox Valley SRMA | **Action:**<br>Close the following areas to dispersed camping:<br>• San Miguel SRMA<br>• Zone 1 of Dolores River SRMA;<br>• Zone 2 of Burn Canyon SRMA;<br>• Zone 2 of Kinikin SRMA;<br>• Zone 1 and 2 of Dry Creek SRMA;<br>• Zone 2 and 3 of Spring Creek SRMA;<br>• Zone 2 of North Delta SRMA;<br>• Zone 2 of Ridgway Trails SRMA; and<br>• Zone 1 and 2 of Paradox Valley SRMA | **Action:**<br>Close the following areas to dispersed camping:<br>• San Miguel SRMA | **Action:**<br>• No similar action | **Action:** |
| 450. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to overnight use:<br>• Kinikin SRMA;<br>• Zone 1 and 2 of Dry Creek SRMA; | **Action:**<br>Close the following areas to overnight use:<br>• Zone 1 of Kinikin SRMA;<br>• Zone 1 of Spring Creek SRMA; | **Action:**<br>No similar action | **Action:**<br>No similar action | **Action:** |

BLM_0109432

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | • Zone 1, 2, and 3 of Spring Creek SRMA;<br>• Zone 1 of Jumbo Mountain SRMA;<br>• Zone 1 of North Delta SRMA; and<br>• Ridgway Trails SRMA | • Zone 1 of Jumbo Mountain SRMA; and<br>• Zone 1 of Ridgway Trails SRMA | | | |
| 451. | **Allowable Use:**<br>*Target Shooting.* Prohibit target shooting in developed recreation sites (43 CFR 8365.2-5). | **Allowable Use:**<br>Prohibit target shooting in the following areas:<br>• Developed recreation sites;<br>• Within 0.5-mile of private land and developed facilities (e.g., substations, powerlines, communication sites);<br>• Across routes;<br>• LWWCs;<br>• Dolores River Canyon SRMA and WSA;<br>• San Miguel SRMA;<br>• Burn Canyon SRMA;<br>• Kinikin Hills SRMA;<br>• Roubideau SRMA;<br>• Dry Creek SRMA;<br>• Spring Creek SRMA;<br>• Jumbo Mountain SRMA;<br>• North Delta SRMA;<br>• Ridgway Trails SRMA;<br>• Zone 1 and 2 of Paradox Valley SRMA;<br>• Roubideau Corridors ACEC;<br>• San Miguel ACEC;<br>• West Paradox Rock Art | **Allowable Use:**<br>*Target Shooting.* Prohibit target shooting in the following areas:<br>• Developed recreation sites;<br>• Within 0.25-mile of a residence and developed facilities (e.g., substations, powerlines, communication sites);<br>• Across routes;<br>• San Miguel SRMA;<br>• Zone 2 of Roubideau SRMA;<br>• Zone 1 and 2 of Dry Creek SRMA;<br>• Zone 1, 2, and 3 of Spring Creek SRMA;<br>• Zone 1 of Jumbo Mountain SRMA;<br>• Ridgway Trails SRMA;<br>• Zone 1 and 2 of Paradox Valley SRMA;<br>• San Miguel ACEC; and<br>• Tabeguache Area | **Allowable Use:**<br>*Target Shooting.* Prohibit target shooting in the following areas:<br>• Developed recreation sites;<br>• Across routes;<br>• San Miguel SRMA; and<br>• Tabeguache Area | **Allowable Use:**<br>*Target Shooting.* Prohibit target shooting unless an area is leased through the R&PP Act for a designated target shooting range. | **Allowable Use:** |

BLM_0109433

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | ACEC; and<br>• Tabeguache Area | | | | |
| 452. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate prairie dog colonies with burrowing owls as "no shooting zones." | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 453. | **Allowable Use:**<br>Allow recreational mining. | **Allowable Use:**<br>Prohibit recreational mining in ACECs, WSAs, LWWCs, SRMAs and developed recreational sites.<br>(Recreational Mining" is "Engaging in mining activities for hobby, sport, or recreation.") | **Allowable Use:**<br>Prohibit recreational mining in developed recreational sites. | **Allowable Use:**<br>Same as Alternative A. | **Allowable Use:**<br>Prohibit recreational mining. | **Allowable Use:** |
| 454. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>Petition the Secretary of the Interior to withdraw from locatable mineral entry all developed recreational sites plus a 500-foot buffer. | **Allowable Use:**<br>Same as Alternative A. | **Allowable Use:**<br>Same as Alternative A. | **Allowable Use:**<br>Same as Alternative B. | **Allowable Use:** |
| 455. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage xx acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. | **Action:**<br>Manage xx acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. | **Action:**<br>Manage xx acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. | **Action:**<br>Manage xx acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. | **Action:** |
| 456. | *Extensive Recreation Management Areas* | | | | | |

BLM_0109434

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| 457. | **Objective:** Provide and maintain high-quality, accessible, and safe recreation facilities and visitor services where needed to meet public demand for access and diverse recreational opportunities, maximize user safety, protect resources, reduce user conflicts, and meet recreation program goals. | **Objective:** No similar objective. (Designate no ERMAs.) | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** |
| 458. | **Action:** Manage 15,425 acres as the Uncompahgre ERMA to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. (BLM 1985, 1989). Identify the following areas as ERMAs:<br>• Adobe Badlands ACEC/ONA (6,375 acres); and<br>• North Delta OHV (9,050 acres). | **Action:** No similar action. (Designate no ERMAs.) | **Action:** Same as Alternative B. | **Action:** Manage xx acres as ERMAs to specifically address local recreation issues:<br>• Burn Canyon Area (9,806 acres);<br>• Dry Creek (78,737 acres);<br>• Jumbo Mountain (5,023 acres);<br>• Kinikin Area (11,317 acres);<br>• North Delta Adobe (10,282 acres);<br>• Paradox Valley (54,181 acres);<br>• Ridgway Trails (1,169 acres);<br>• Roubideau (xx acres); and<br>• Spring Creek (xx acres). | **Action:** Manage 59,085 acres as ERMAs to specifically address local recreation issues:<br>• Adobe Badlands (6,375 acres);<br>• Dolores River Canyon (13,334 acres);<br>• San Miguel River Corridor (39,376 acres). | **Action:** |
| 459. | **Action:** No similar action in current RMPs. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Continue making improvements to ERMA as necessary to balance demand for recreation | **Action:** Same as Alternative D. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109435

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | | | | activities and other resources and resource uses. | | |
| 460. | **Action:** No similar action in current RMPs. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Provide facilities in ERMAs as needed to ensure visitor health and safety, reduce user conflict, and protect resources. | **Action:** Same as Alternative D. | **Action:** |
| 461. | **Action:** No similar action in current RMPs. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** **Stipulation** *CSU/SSR-X: Developed Recreation Sites in ERMAs.* Apply restrictions within 200 meters from any developed (and future) recreation sites.<br><br>Purpose: To avoid negative impacts to targeted recreational opportunities.<br><br>Justification: This stipulation is required to avoid displacement of targeted recreational opportunities. | **Action:** **Stipulation** *CSU/SSR-X: EMRA(s).* Apply restrictions within 200 meters from any targeted recreational activities or developed (and future) sites.<br><br>Purpose: To avoid negative impacts to targeted recreational opportunities.<br><br>Justification: This stipulation is required to avoid displacement of targeted recreational opportunities. | **Action:** |
| 462. | *Special Recreation Management Areas* | | | | | |
| 463. | **Objective:** Manage 52,710 acres as Special Recreation Management Areas (SRMAs) to provide targeted recreation opportunities, visitor experiences, and benefits. Investments in SRMAs include facilities, visitor management, interpretation and environmental education, | **Objective:** Manage xx acres as SRMAs where needed to provide targeted recreation opportunities, experiences, settings, and benefits.<br>• Burn Canyon (9,806 acres);<br>• Dolores River Canyon (13,334 acres);<br>• Dry Creek (78,7378 | **Objective:** Same as Alternative B. | **Objective:** Manage 52,710 acres as SRMAs where needed to provide targeted recreation opportunities, experiences, settings, and benefits.<br>• Same as Alternative A. | **Objective:** No similar objective. (Designate no SRMAs.) | **Objective:** |

BLM_0109436

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | and increased on-the-ground BLM presence for enhanced visitor services and resource protection:<br>• Dolores River Canyon (13,334 acres); and<br>• San Miguel River (39,376 acres). | acres);<br>• Jumbo Mountain (5,023 acres);<br>• Kinikin Area (11,318 acres);<br>• North Delta OHV Area (9,050 acres);<br>• Paradox Valley (54,181 acres);<br>• Ridgway Trails (1,169 acres);<br>• Roubideau (xx acres);<br>• San Miguel River (39,376 acres); and<br>• Spring Creek (xx acres). | | | | |
| 464. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Provide new and maintain existing facilities where needed and in accordance with the SRMA objectives to maintain for the enhancement of recreational opportunities, visitor health and safety, and resource protection. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative A. | **Action:** |
| 465. | **Comprehensive Trails and Travel Management** | | | | | |
| 466. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*<br>• *Delineate travel management areas and designate off-highway vehicle management areas.*<br>• *Delineating Travel Management Areas. Comprehensive travel management planning should address all resource use aspects (such as recreation, traditional, casual, agricultural, commercial, and educational) and accompanying modes and conditions of travel on the public lands, not just motorized or off-highway vehicles activities. In the RMP, travel management areas (polygons) should be delineated. Identify acceptable modes of access and travel for each travel management area (including over-land, over-snow and fly-in access [remote airstrips and float planes]). In developing these areas, consider the following:*<br>    • *consistency with all resource program goals and objectives;*<br>    • *primary travelers;*<br>    • *objectives for allowing travel in the area;*<br>    • *setting characteristics that are to be maintained (including recreation opportunity system and VRM settings); and*<br>    • *primary means of travel allowed to accomplish the objectives and to maintain setting characteristics.*<br>• *Designation of Off-Highway Vehicle Management areas. All public lands are required to have off-highway vehicle area designations (see 43 CFR 8342.1). Areas must be* | | | | | |

BLM_0109437

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| classified as open, limited, or closed to motorized travel activities. Criteria for open, limited, and closed to motorized travel activities. Criteria for open, limited, and closed area designations are established in 43 CFR 8340.0-5(f), (g) and (h), respectively. |||||

- For areas classified as limited, consider a full range of possibilities, including travel that will be limited to types or modes of travel, such as foot, equestrian, bicycle, motorized, etc; limited to existing roads and trails; limited to time or season of use; limited to certain types of vehicles (i.e. OHVs, motorcycles, all-terrain vehicles, high-clearance, etc.); limited to licensed or permitted vehicles or users; limited to BLM administrative use only; or other types of limitations. In addition, provide specific guidance about the process for managing motorized vehicle access for authorized, permitted or otherwise approved vehicles for those specific categories of motorized vehicle uses that are exempt from a limited designation (see CFR 8340.0-5a)(1-5).
- At a minimum, the travel management area designation for wilderness study areas (WSAs) must be limited to areas and trails existing at the time the area became a WSA. Open areas within WSAs are appropriate only for sand dune or snow areas designated as such prior to October 21, 1976. Existing roads, ways and trails must be fully documented and mapped. This applies to both motorized and mechanized transport (see Interim Management Policy and Guidelines for Lands Under Wilderness Review H-8550-1(I.)(B.)(11) for mechanized transport). In addition, future designations may be made for a WSA if it is released from study.
- Except as otherwise provided by law, congressionally designated wilderness areas are statutorily closed to motorized and mechanized use. These areas should be shown in the land use plans along with the acreage affected.
- Existing laws, proclamations, regulations or Executive orders may limit the use of the open area designation or impose additional requirements relating to travel management in specific circumstances.

467. **GOAL:** Provide a travel system that supports BLM mission, achieves resource management goals, and provides appropriate, sustainable public and administrative access and manage a comprehensive travel management system that allows for diverse recreational use of motorized and non-motorized interests; promotes the safety of all users; minimizes conflicts among federal land uses; communicates with the public about available opportunities; and monitors the effects of use.

| # | | | | | | |
|---|---|---|---|---|---|---|
| 468. | **Objective:** Maintain and improve land health while promoting responsible use through active travel management (BLM 2008). Travel planning, including the designation of areas open, limited to existing roads and trails, limited to designated roads and trails, and closed to motorized vehicle access, will remain a priority for public land. (BLM 1985) | **Objective:** Maintain a comprehensive travel network that best meets the full range of public, resource management, and administrative access needs. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |
| 469. | **Action:** Identify off-road vehicle designations to all public | **Action:** Designate OHV travel areas as follows: | **Action:** Designate OHV travel areas as follows: | **Action:** Designate OHV travel areas as follows: | **Action:** Designate OHV travel areas as follows: | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109438

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| land as follows:<br>• Open: 8,510 acres<br>• Closed: 55,620 acres<br>• Limited yearlong to designated roads and trails: xx acres<br>• Limited yearlong to existing roads and trails: xx acres | • Open: xx acres<br>• Closed: xx acres<br>• Limited to designated routes: xx acres<br>• Seasonal limitations: xx acres | • Open: xx acres<br>• Closed: xx acres<br>• Limited to designated routes: xx acres<br>• Seasonal limitations: xx acres | • Open: xx acres<br>• Closed: xx acres<br>• Limited to designated routes: xx acres<br>• Seasonal limitations: xx acres | • Open: xx acres<br>• Closed: xx acres<br>• Limited to designated routes: xx acres<br>• Seasonal limitations: xx acres | |
| **Action:**<br>Identify the North Delta OHV Area (xx acres) as Open to OHV use (Figure 2-X, Appendix X). | **Action:**<br>Manage 0 acres as Open to OHV use. | **Action:**<br>Manage xx acres as Open to OHV use (Figure 2-X, Appendix X):<br>• North Delta OHV Area Zone 2 and additional piece surrounded by private (xx acres) | **Action:**<br>Manage xx acres as Open to OHV use (Figure 2-X, Appendix X):<br>• North Delta OHV Area (xx acres);<br>• West End (xx acres);<br>• Kinikin Area (xx acres); and<br>• Sims Mesa Area (xx acres). | **Action:**<br>Same as Alternative A. | **Action:** |
| **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage xx acres as Closed to motorized and mechanized use, with administrative and permitted vehicular access only:<br>• Adobe Badlands, Camel Back, Dolores River Canyon, and Sewemup WSAs (xx acres);<br>• Beaver Canyon (xx acres);<br>• Norwood Canyon (Clay Creek to Horsefly Creek) (xx acres);<br>• Fairview (xx acres);<br>• Potter Creek (xx acres); | **Action:**<br>Manage xx acres as Closed to motorized and mechanized use, with administrative and permitted vehicular access only:<br>• Tabeguache Area (xx acres); and<br>• Potter Creek (xx acres). | **Action:**<br>Manage xx acres as Closed to motorized and mechanized use, with administrative and permitted vehicular access only:<br>• Tabeguache Area (xx acres);<br>• Potter Creek (xx acres); and<br>• Adobe Badlands, Camel Back, Dolores River Canyon, and Sewemup WSAs (xx acres). | **Action:**<br>Manage xx acres as Closed to motorized and mechanized use, with administrative and permitted vehicular access only:<br>• Adobe Badlands, Camel Back, Dolores River Canyon, and Sewemup WSAs (xx acres);<br>• Beaver Canyon (xx acres);<br>• Norwood Canyon (Clay Creek to Horsefly Creek) (xx acres);<br>• Fairview (xx acres);<br>• Potter Creek (xx acres); | **Action:** |

*Row numbers: 470., 471.*

BLM_0109439

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | • Saltado Creek (xx acres);<br>• Kinikin SRMA Zone I (xx acres);<br>• North Dry Creek SRMA Zone 2 (xx acres);<br>• All LWWC areas (xx acres);<br>• Burn Canyon SRMA Zone I (xx acres);<br>• North Dry Creek SRMA Zone I (xx acres); and<br>• North Delta SRMA Zone I (xx acres). | | | • Saltado Creek (xx acres); and<br>• All LWWC areas (xx acres). | |
| 472. | **Action:**<br>Identify xx acres as *Closed* to motorized use.<br>• WSAs;<br>• Beaver Canyon (xx acres);<br>• Norwood Canyon (Clay Creek to Horsefly Creek) (xx acres);<br>• Fairview (xx acres);<br>• Potter Creek (xx acres);<br>• Saltado Creek (xx acres); and<br>• Tabeguache Area (xx acres). | **Action:**<br>Manage xx acres as Closed to motorized use, with administrative and permitted vehicular access only:<br>• Jumbo Mountain SRMA Zone I (xx acres);<br>• Kinikin SRMA Zone 2 (xx acres);<br>• Ridgway Trails SRMA Zone I and 2 (xx acres); and<br>• South Dry Creek SRMA Zones I and 2 (xx acres). | **Action:**<br>Manage xx acres as Closed to motorized use, with administrative and permitted vehicular access only:<br>• Dolores River within the WSA (xx acres);<br>• Burn Canyon SRMA Zone I (xx acres);<br>• Kinikin SRMA Zone I (xx acres);<br>• North Dry Creek SRMA Zone 2 (xx acres);<br>• Ridgway Trails SRMA Zone I (xx acres);<br>• South Dry Creek SRMA Zone I (xx acres); and<br>• North Delta SRMA Zone I (xx acres). | **Action:**<br>Manage xx acres as Closed to motorized use, with administrative and permitted vehicular access only:<br>• Ridgway SRMA Zone I (xx acres). | **Action:**<br>Same as Alternative D. | **Action:** |
| 473. | **Action:**<br>Identify xx acres as Limited to designated roads and trails. Areas without designated routes will be | **Action:**<br>Manage the remaining portion of the planning area (xx acres) as Limited to designated routes for | **Action:**<br>Manage the remaining portion of the planning area (xx acres) as Limited to designated routes for | **Action:**<br>Manage the remaining portion of the planning area (xx acres) as Limited to designated routes for | **Action:**<br>Manage the remaining portion of the planning area (xx acres) as Limited to designated routes for | **Action:** |

BLM_0109440

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | managed as limited to existing routes according to the 2009 OHV designations (BLM 2009). | motorized and mechanized. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure X-X. | motorized and mechanized. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure X-X. Limit WSAs to designated routes that existed at the time of inventory. | motorized and mechanized. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure X-X. | motorized and mechanized. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure X-X. | |
| 474. | **Action:** Reduce OHV-related impacts on special status species and habitats (BLM 2001). (Restricted OHV (including ATVs, motorcycles, and 4-WD vehicles) and mountain bike travel to existing, established routes within the planning area; i.e., eliminated authorized cross-country, off-route travel by motorized and mechanized vehicles to minimize impacts on biological resources.) UBRMP, Gunnison Travel Analysis Area. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** No similar action. | **Action:** Same as Alternative A. | **Action:** |
| 475. | **Action:** No similar action in current RMPs. | **Action:** Use the following general guidance for areas that are Limited to Existing Routes until travel management plans to designate routes are completed:<br>1. Unless otherwise restricted, recreational motorized and mechanized travel will | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |

BLM_0109441

| Alternative A Current Management (No Action) | Alternative B Preservation / High-intensity Management | Alternative C Development / High-intensity Management | Alternative D Development / Low-intensity Management | Alternative E Preservation / Low-intensity Management | Alternative F Preferred |
|---|---|---|---|---|---|
|  | be limited to existing routes as displayed on attached maps and BLM's 2009 aerial photography until route-by-route analysis is complete. 2. Modes of travel must adhere to width restrictions on existing routes. a. Width restrictions for: i. Single track = 36" or less ii. ATV = 50" or less and weighing no more than 800 pounds iii. Roads = Wider than 50" 3. The use of motorized or mechanized modes of travel on existing routes would not be permitted if the result would: a. Convert or upgrade a single-track route (maximum of 36 inches in width) to a two-track route, i.e. driving an all-terrain vehicle (ATV) or a full-size passenger vehicle on a route consisting of a single track used by |  |  |  |  |

BLM_0109442

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br><br>*Preferred* |
|---|---|---|---|---|---|
|  | hikers, horseback riders, motorcycles, mountain bikes, game or livestock.<br>b. Convert or upgrade a route (with a maximum width of 50 inches) used by and established for use by an ATV to a wider two-track route, such as would occur if a full-size passenger vehicle were used to travel along a route narrower than its wheel base<br>4. Any emergency or administrative motorized vehicle or equipment use off existing routes on BLM-managed lands would require prior notification and approval. Should prior notification not be possible, contact would be made with the authorized BLM official within 72 hours following emergency entry.<br>5. Prohibit cross-country motorized/mechanized travel for big game retrieval. Hand-held wheeled game retrieval |  |  |  |  |

BLM_0109443

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br><br>*Preferred* |
|---|---|---|---|---|---|
| | carts are allowed off route in limited areas only during CDOW authorized big game and mountain lion hunting seasons.<br>6.  Users are allowed to park motorized or mechanized modes of travel immediately adjacent and parallel to available existing routes.<br>7.  Impacts to currently known eligible cultural properties would be avoided, minimized or mitigated in consultation with State Historical Preservation Office (SHPO). Where National Register eligible sites are known to be in danger or are currently being impacted by travel activities, routes would be closed to travel if necessary until the appropriate mitigation has been implemented.<br>8.  BLM re-routes or re-locations needed for erosion or other mitigation would be limited to a corridor that would be 150 feet wide on either side of the centerline of | | | | |

BLM_0109444

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | | existing routes. | | | | |
| 476. | **Action:** Implement the Dry Creek Travel Management Plan (BLM 2009) in the Dry Creek TMA. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** |
| 477. | **Action:** No similar action in current RMPs. | **Action:** Establish TMAs and complete comprehensive travel management plans for the Limited to designated routes areas within the TMAs in the following order (Figure X-X): 1. Southeast Montrose/ Ridgway (xx acres); 2. North Fork (xx acres); 3. North Delta (xx acres); 4. San Miguel (xx acres); and 5. West End (xx acres). | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |
| 478. | **Action:** To protect elk calving areas, prohibit <u>motorized and mechanized</u> travel from <u>May 15 through June 15</u> in the Storm King area. | **Action:** To protect elk calving areas, prohibit <u>motorized and mechanized</u> travel from <u>May 15 through June 15</u> in the Storm King core area  Other areas may be included in this restriction in the future based on site-specific travel analyses.  Seasonal closures may be extended to include pedestrian or equestrian traffic where deemed necessary. | **Action:** To protect elk calving areas, prohibit <u>motorized</u> travel from <u>May 15 through June 15</u> in the Storm King core area  Other areas may be included in this restriction in the future based on site-specific travel analyses. | **Action:** No similar action. | **Action:** To protect elk calving areas, prohibit <u>motorized and mechanized</u> travel from <u>April 15 through June 30</u> in the Storm King core area  Other areas may be included in this restriction in the future based on site-specific travel analyses.  Seasonal closures may be extended to include pedestrian or equestrian traffic where deemed necessary. | **Action:** |
| 479. | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** |

BLM_0109445

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Implement the following seasonal travel limitations:<br>• December 1 to April 30 for wildlife winter closures<br>• May 1 to June 15 for wildlife calving areas <mark>(See map for location of areas)</mark> | To protect wintering big game and other species, prohibit <u>motorized and mechanized</u> travel in the following biological core areas from <u>December 1 through April 30</u>:<br>• Adobe Badlands WSA vicinity;<br>• Area closures identified in Dry Creek Travel Management Plan and EA;<br>• Burn Canyon area near Norwood;<br>• Jumbo Mountain area;<br>• Kinikin Hills area;<br>• Lands End/ McDonald Creek area;<br>• Monitor Creek, Potter Creek, Winter Mesa area;<br>• Ridgway Trails area;<br>• Simms Mesa Area; and<br>• Storm King Mountain area.<br><br>Other areas may be closed in the future based on site-specific travel analyses.<br><br>Seasonal closures may be extended to include pedestrian or equestrian traffic where deemed necessary. | To minimize impacts on wintering big game and other species, prohibit <u>motorized</u> travel in the following areas from <u>January 1 through March 31</u>:<br>• Jumbo Mountain area;<br>• Kinikin Hills area;<br>• Lands End/ McDonald Creek area; and<br>• Storm King Mountain area.<br><br>Other areas may be closed in the future based on site-specific travel analyses.<br><br>Ensure compliance by systematic patrolling, fence and gate installation, and similar management actions to ensure compliance. | No similar action. | To protect wintering big game and other species, prohibit <u>motorized</u> travel in the following biological core areas from <u>December 1 through April 30</u>:<br>• Adobe Badlands WSA vicinity;<br>• Area closures identified in Dry Creek Travel Management Plan and EA;<br>• Jumbo Mountain area;<br>• Kinikin Hills area;<br>• Lands End/ McDonald Creek area;<br>• Monitor Creek, Potter Creek, Winter Mesa area; and<br>• Storm King Mountain area.<br><br>Other areas may be closed in the future based on site-specific travel analyses.<br><br>Seasonal closures may be extended to include pedestrian or equestrian traffic where deemed necessary. | |
| 480. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close lynx analysis units with total route densities greater than 2 miles per | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109446

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | square mile to motorized travel from December 1 through April 30. | | | | |
| 481. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Over the life of the plan, restore or relocate at least 30% of the high density route miles (more than 2 miles per square mile) that coincide with lynx habitat within a lynx analysis unit. Where possible, relocate routes outside of lynx habitats or lynx analysis units, avoiding forested stringers and lynx movement corridors (ridgelines, saddles, riparian corridors) for lynx. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Over the life of the plan, restore or relocate at least 10% of the high density route miles (more than 2 miles per square mile) that coincide with lynx habitat within a lynx analysis unit. Where possible, relocate routes outside of lynx habitats or lynx analysis units, avoiding forested stringers and lynx movement corridors (ridgelines, saddles, riparian corridors) for lynx. | **Action:** |
| 482. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Limit motorized over-the-snow travel to designated routes in lynx analysis units. After route designation, prohibit creation of new routes in lynx analysis units. | **Action:**<br>Limit motorized over-the-snow travel to designated routes or designated over-the-snow travel play areas in lynx analysis units. After route designation, prohibit creation of new routes or designated over-the-snow travel play areas in lynx analysis units. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. | **Action:** |
| 483. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Avoid paving or improving (e.g., widening, straightening, etc.) rural dirt and gravel roads in lynx habitat within lynx analysis units. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. | **Action:** |
| 484. | **Action:**<br>Develop facilities to support | **Action:**<br>Develop facilities as needed | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109447

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | the travel management plan include staging areas, hardened camping areas, trailheads, and portal signs. These facilities could consist of a maximum of three acres of disturbed surface. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, erosion and drainage control devices, hardened access trails, and limited hardened egress and ingress points for all technical four-wheel drive routes. | to support the travel management plan goals and objectives include staging areas, hardened camping areas, trailheads, and portal signs. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, erosion and drainage control devices, hardened access trails, and limited hardened egress and ingress points for all technical four-wheel drive routes. | | | | |
| 485. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Over the life of the plan, close or modify and restore at least 50 percent of routes found to be negatively impacting threatened, endangered, or proposed species or habitats as well as key terrestrial species or habitats. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Over the life of the plan, close or modify and restore at least 30 percent of routes found to be negatively impacting threatened, endangered, or proposed species or habitats as well as key terrestrial species or habitats. | **Action:** |
| 486. | **Action:**<br>Designated routes will be incorporated into the scheduled maintenance plan and have maintenance completed as needed. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 487. | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109448

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | No similar action in current RMPs. | Mechanized and motorized off route travel will not be allowed in areas with riparian or wetland vegetation. | Motorized off route travel will not be allowed in areas with riparian or wetland vegetation with the exception of camping and collection of moss rock, wood products and other plant products. | Same as Alternative C. | Same as Alternative B. | |
| 488. | **Action:**<br>San Miguel River SRMA/ACEC:<br>Access road in lower Beaver canyon will remain open for BLM administrative use and utility line maintenance, but closed to the public. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 489. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>In cooperation with the local communities, counties and other partners, secure access and manage a network of roads and trails that ensure management objectives are met and provide connectivity to the surrounding communities. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 490. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Provide non-motorized trails connecting communities to public lands. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 491. | **Lands & Realty** | | | | | |
| 492. | Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):<br>Identify the following consistent with the goals and objectives for natural resources within the planning area:<br>• Lands for retention (43 CFR 2400), proposed disposal, or acquisition (based on acquisition criteria identified in the land use plan; FLPMA Section 205(b)) (Oregon Natural Resources Council, 78 IBLA 124 (1983)). Lands are to be retained in Federal ownership; unless it is determined that disposal of a particular parcel will serve the national interest (FLPMA Section 102(a) (1)). Land use plans should avoid prescribing the method of disposal, acquisition, or property interest to be acquired.<br>• Lands or interest in lands that are available for disposal under a variety of disposal authorities provided they meet the criteria outlined in FLPMA (Sales, Section 203, 32 | | | | | |

BLM_0109449

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| U.S.C. 1713(a); Exchanges, Section 206, 43 U.S.C. 1716(a); and Reservation and Conveyance of Minerals, Section 209, 43 U.S.C. 1719(a)) or other statutes and regulations. Lands available for disposal must be identified by parcel or by specific areas (on a map or by legal description). | | | | | |

- *Lands available for disposal under the Federal Land Transaction Facilitation Act of 2000 (FLTFA). The FLTFA amended FLPMA to allow retention by the BLM of receipts received from sale of land or interests in land under Section 203 of FLPMA or conveyance of mineral interest under Section 209(b) of FLPMA provided a land use plan was completed prior to July 25, 2000. The FLTFA does not apply to lands identified for disposal after July 25, 2000.*
- *Proposed withdrawal areas including existing withdrawals to be continued, modified, or revoked (including how the lands would be managed if the withdrawal were relinquished and an opening order issued) (see 43 CFR 2300).*
- *Land Classifications under Section 7 of the Taylor Grazing Act of 1934, as amended (43 U.S.C. 315f). The procedures applicable to Section 7 outlined in 43 CFR 2400 must be followed. The following actions require classification: Recreation and Public Purposes Act sales (see 43 CFR 2740) and leases (see 43 CFR 2912); agricultural entries (see 43 CFR 2520, 2530, 2610); and state grants (see 43 CFR 2620). To the extent that the land use planning procedures pursuant to 43 CFR 1600 differ from applicable classification procedures under 43 CFR 2400, the latter procedures shall be followed and applied. The analysis that supports classification decisions is normally the same analysis utilized in the land use planning/NEPA process to make decisions concerning the disposal or retention of public lands. For any classification decision made through the land use plan, initiate the classification decision requirements (i.e. proposed and initial decisions required under 43 CFR 2400) at the time the decision document is issued for the land use plan.*
- *Where and under what circumstances, authorizations for use, occupancy, and development (such as major leases and land use permits) may be granted (see 43 CFR 2740, 2912, 2911, and 2920, respectively).*
- *Existing and potential right-of-way corridors (potential corridors include existing right-of-way routes with the potential for at least one additional facility and thus can be considered a corridor if not already designated) to minimize adverse environmental impacts and the proliferation of separate right-of-ways (see 43 CFR 2806).*
- *Existing and potential development areas for renewable energy projects (e.g., wind and solar), communication sites, and other uses.*
- *Right-of-way avoidance and exclusion areas (areas to be avoided but may be available for location of right-of-ways with special stipulations and areas which are not available for location of right-of-ways under any conditions).*
- *Terms and conditions that may apply to right-of-way corridors or development areas, including best management practices to minimize environmental impacts and limitations on other uses which would be necessary to maintain the corridor and right-of-way values.*

| | | | | | |
|---|---|---|---|---|---|
| 493. | **GOAL:** Meet public needs for land use authorizations (i.e., ROWs, communication sites, utility corridors, leases, permits, renewable energy resources), land tenure adjustments, withdrawals, and easements in an environmentally responsible manner. | | | | | |
| 494. | **Objective:** Ensure compatibility of the various multiple uses with environmental protection of natural resources. (BLM 1985)  *[San Juan/San Miguel RMP]* Public land is generally made available for utility corridor development. (BLM 1985) | **Objective:** Make lands available for land use authorizations, and apply stipulations to ensure the compatibility of multiple use with resource protection. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |

BLM_0109450

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | [*Uncompahgre Basin RMP*]<br>The majority of public lands will be open to development of major utility facilities (BLM 1989). | | | | | |
| 495. | **Allowable Use:**<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are not available for the location of ROWs or other land use authorizations under any conditions, to include the following (Figure XX):<br>• Tabeguache Area (xx acres);<br>• WSAs (xx acres);<br>• Adobe Badlands ONA/ACEC (xx acres);<br>• Needle Rock ONA/ACEC (xx acres);<br>• San Miguel River Corridor ACEC (xx acres) with the exception of a major overhead electric transmission line corridor across Beaver Creek and Saltado Creek. The selected corridor would allow only one overhead transmission line which must be located within one quarter-mile from the | **Allowable Use:**<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are closed to land use authorizations (Figure XX):<br>• Tabeguache Area<br>• WSAs<br>• ACECs<br>• VRM Class I<br>• Special status terrestrial key/ priority species' occupied habitats<br>• Perennial, intermittent, and ephemeral streams<br>• Source Water Protection Area, Zone 3<br>• [BLM: List additional areas if any by reviewing GIS]<br><br>The following would be excepted from those areas listed above:<br>• West Wide Energy corridor;<br>• 100-foot buffer along county roads and highways; and | **Allowable Use:**<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are closed to land use authorizations (Figure XX):<br>• Tabeguache Area<br>• WSAs<br>• Major river corridors<br>• [BLM: List additional areas if any by reviewing GIS]<br><br>The following would be excepted from those areas listed above:<br>• West Wide Energy corridor;<br>• 100-foot buffer along county roads and highways; and<br>• Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. | **Allowable Use:**<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are closed to land use authorizations (Figure XX):<br>• Tabeguache Area<br>• WSAs<br>• [BLM: List additional areas if any by reviewing GIS]<br><br>The following would be excepted from those areas listed above:<br>• West Wide Energy corridor;<br>• 100-foot buffer along county roads and hwys; and<br>• Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. | **Allowable Use:**<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are closed to land use authorizations (Figure XX):<br>• Tabeguache Area<br>• WSAs<br>• Lands with wilderness characteristics<br>• ACECs<br>• VRM Class I<br>• Important core areas and corridors (vegetation)<br>• Old growth woodland<br>• Relict plant communities<br>• Pristine, ancient, core/corridor, and very rare vegetation communities<br>• Fragile soils<br>• Mancos shale dominated areas<br>• BSC communities<br>• Special status terrestrial key/ priority species' occupied habitats<br>• Slopes greater than or equal to 30 percent | **Allowable Use:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109451

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | existing 69 kV line and one half-mile from the Beef Trail Road crossing Beaver Creek. The line must span the riparian areas and visual impacts must be minimized. (BLM 1993);<br>• Federal coal estate (xx acres) [portion of MU 7] except for those needed for coal development (BLM 1989);<br>• On xx acres to protect cultural resources (MU F), major utility corridors would generally not be allowed (BLM 1985) | • Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. | | | • Perennial, intermittent, and ephemeral streams<br>• Source Water Protection Area, Zones 1 and 2<br>• [BLM: List additional areas if any by reviewing GIS]<br><br>The following would be excepted from those areas listed above:<br>• West Wide Energy corridor;<br>• 100-foot buffer along county roads and highways; and<br>• Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. | |
| 496. | **Allowable Use:**<br>ROW Avoidance Areas: Manage XX acres as ROW avoidance areas (Figure XX):<br>• San Miguel River ACEC outside of relic riparian communities, ROW authorizations would be restricted to only those with an overriding public need which will not create long-term visual impacts or damage to the riparian system (BLM 1993). | **Allowable Use:**<br>ROW Avoidance Areas: Manage XX acres as ROW avoidance areas (Figure XX):<br>• Lands with Wilderness Characteristics<br>• Suitable WSR segments<br>• Developed recreation sites<br>• Slopes greater than or equal to 30 percent<br>• Fragile soils<br>• Mancos shale dominated areas<br>• BSC communities<br>• Highly erodible and/ or | **Allowable Use:**<br>ROW Avoidance Areas: Manage XX acres as ROW avoidance areas (Figure XX):<br>• ACECs<br>• Key/ priority species' occupied habitats (SSS terrestrial)<br>• Slopes greater than or equal to 30 percent<br>• Fragile soils<br>• Mancos shale dominated areas<br>• Pristine, ancient, core/corridor, and very rare vegetation | **Allowable Use:**<br>ROW Avoidance Areas: Manage XX acres as ROW avoidance areas (Figure XX):<br>• Major river corridors. If avoidance is not possible, utilities or infrastructure should be bored underneath these river systems to minimize impacts to these river and riparian systems<br>• [BLM: List additional areas by reviewing GIS]<br><br>The following would be | **Allowable Use:**<br>ROW Avoidance Areas: Manage XX acres as ROW avoidance areas (Figure XX):<br>• Lands with Wilderness Characteristics<br>• Suitable WSR segments<br>• Developed recreation sites<br>• lands that do not meet or are meeting with problems with a downward trend Land Health Standards 2 and 3<br>• Lands that "Meet with Problems" for Land | **Allowable Use:** |

*Uncompahgre Resource Management Plan Revision*

*January 2011*

BLM_0109452

| Alternative A Current Management (No Action) | Alternative B Preservation / High-intensity Management | Alternative C Development / High-intensity Management | Alternative D Development / Low-intensity Management | Alternative E Preservation / Low-intensity Management | Alternative F Preferred |
|---|---|---|---|---|---|
| | saline/ selenium soil areas • Lands that do not meet or are meeting with problems with a downward trend Land Health Standards 2 and 3 • High vegetation biodiversity areas • Important core areas and corridors (vegetation) • Old growth woodland • Relict plant communities • Pristine, ancient, core/corridor, and very rare vegetation communities • San Miguel IBA [ACEC area]; • Biological core areas; • Important wildlife movement corridors and transitional ranges; • Big game reproduction areas; and • Designated key terrestrial habitats. • Stream corridors and riparian/wetland areas • Major river corridors • Source Water Protection Area, Zones 1 and 2 • [BLM: List additional areas by reviewing GIS]  The following would be excepted from those areas listed above: • West Wide Energy | communities • Stream corridors and riparian/wetland areas • Perennial, intermittent, and ephemeral streams • Source Water Protection Area, Zone 1  The following would be excepted from those areas listed above: with the following exceptions: • West Wide Energy corridor; • 100-foot buffer along county roads and highways; and • Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities.  BLM: do not include the following areas in the above avoidance list: -existing corridors -potential new designated corridors -or designate a XX-mile buffer along boundaries of SMAs (i.e. ACECs) | excepted from those areas listed above: with the following exceptions: • West Wide Energy corridor; • 100-foot buffer along county roads and highways; and • Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities.  BLM: do not include the following areas in the above avoidance list: -existing corridors -potential new designated corridors -or designate a XX-mile buffer along boundaries of SMAs (i.e. ACECs) | Health Standards 2 and 3 • High vegetation biodiversity areas • Highly erodible and/ or saline/ selenium soil areas • Mancos shale dominated areas • San Miguel IBA [ACEC area]; • Stream corridors and riparian/wetland areas • Major river corridors • [BLM: List additional areas by reviewing GIS]  The following would be excepted from those areas listed above: with the following exceptions: • West Wide Energy corridor; • 100-foot buffer along county roads and hwys; and • Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities.  BLM: do not include the following areas in the above avoidance list: -existing corridors -potential new designated corridors -or designate a XX-mile | |

BLM_0109453

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | corridor;<br>• 100-foot buffer along county roads and hwys; and<br>• Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities.<br><br>BLM: do not include the following areas in the above avoidance list:<br>-existing corridors<br>-potential new designated corridors<br>-or designate a XX-mile buffer along boundaries of SMAs (i.e. ACECs) | | | buffer along boundaries of SMAs (i.e. ACECs) | |
| 497. | **Action:**<br>In the San Miguel River ACEC, upgrades to existing major electric transmission lines would be authorized within the San Miguel Canyon (BLM 1993). | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>No similar action (no ACECs are included in this alternative). | **Action:**<br>Same as Alternative A. | **Action:** |
| 498. | **Action:**<br>Make every reasonable effort to authorize primary access to private landowners via ROWs, when such access will not cause significant adverse impacts to other resources. While county road standards may be required when environmental impacts can in no other way be mitigated, the BLM will | **Action:**<br>Allow primary access and utilities to private landowners in an environmentally responsible manner. Do not grant ROWs when there is other reasonable access. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109454

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | not grant additional ROWs when reasonable access already exists (unless there is a compelling public need) (BLM 1985). | | | | | |
| 499. | **Action:** Manage xx acres as emphasis areas for solar energy development and operation (Figure X). (BLM 20xx) [solar PEIS] | **Action:** Allow solar and wind energy development and operation except in ROW **exclusion and avoidance** areas. | **Action:** Allow solar and wind energy development and operation except in ROW **exclusion** areas. | **Action:** Same as Alternative C. | **Action:** Same as Alternative B. | **Action:** |
| 500. | **Action:** Manage xx acres as emphasis areas for wind energy development and operation (Figure X). (BLM 20xx) [wind PEIS] | **Delete this entire row, see above.** **Action:** Manage xx acres as emphasis areas for wind energy development and operation (Figure X). | **Action:** Manage xx acres as emphasis areas for wind energy development and operation (Figure X). | **Action:** Manage xx acres as emphasis areas for wind energy development and operation (Figure X). | **Action:** Manage xx acres as emphasis areas for wind energy development and operation (Figure X). | **Action:** |
| 501. | ***Communication Sites*** | | | | | |
| 502. | **Action:** Manage the following existing communication sites: • Flat Top • Storm King • TV Hill • Sheep Knob • Gobblers Knob • Jumbo Mountain • North Delta • Youngs Peak • Paradox Hill • Baldy Mountain • Club Mesa | **Action:** Same as Alternative A, plus: Designate all sites as low power. Evaluate additional new communication site locations on a case-by-case basis. | **Action:** Same as Alternative A, plus: Evaluate additional new communication site locations on a case-by-case basis. | **Action:** Same as Alternative C | **Action:** Same as Alternative B. | **Action:** |
| 503. | ***Utility Corridors*** | | | | | |
| 504. | **Action:** Identify xx acres as open to | **Action:** Allow utility corridor | **Action:** Allow utility corridor | Same as Alternative C. | Same as Alternative B. | **Action:** |

BLM_0109455

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| development of major utility corridors, including the following (Figure XX): (BLM 1985 acres + BLM 1989, which is MUs 1, 2, 3, 5, portion of 7, 8, 9, 10, 11, 16)<br>• On xx acres, [MU 7] corridors one-quarter mile wide and located on each side of Colorado Highway 133. (BLM 1989)<br>• Manage the Fairview South ACEC (xx acres) as open to major utility development, except pipelines and any surface disturbance which would affect threatened or endangered plant species or their potential habitat. (BLM 1989)<br>• The San Miguel River SRMA (xx acres) would be open to major utility corridors subject to visual impact mitigation. The area downstream of Horsefly Creek would be open to major utilities until construction and maintenance impacts to the riparian zone reach five percent of the total riparian acreage (BLM 1993)<br>• West-wide Energy corridors (3,500 feet wide) (XX acres) for oil, | development and operation except in ROW **exclusion and avoidance** areas. Preferred routes are adjacent to roads or within areas of existing disturbance. | development and operation except in ROW **exclusion** areas. Preferred routes are adjacent to roads. | | | |

BLM_0109456

| | Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | gas, and hydrogen pipelines, and electricity transmission and distribution facilities (BLM 20xx). | | | | | |
| 505. | **Land Tenure Adjustments** | | | | | |
| 506. | *Disposal* | | | | | |
| 507. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Consider disposal of lands that would consolidate public ownership for greater management efficiency while serving the public interest, including communities and their expanding needs. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 508. | **Action:**<br>Disposal could occur through exchange, boundary adjustment and the Recreation and Public Purposes Act (BLM 1993)<br><br>Dispose of approximately 21,700 acres of public lands throughout the planning area through sales, exchanges, or any other title transfer means (BLM 1985).<br><br>A total of 128 tracts of public land totaling 10,353 acres have been identified for consideration for disposal through sale or exchange under the RMP. (BLM 1994) | **Action:**<br>No similar action. | **Action:**<br>Identify xx acres as available for disposal by any method (Figure xx). | **Action:**<br>Identify xx acres as available for disposal by any method (Figure xx). | **Action:**<br>No similar action. | **Action:** |
| 509. | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** |

BLM_0109457

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Land would be considered for disposal on a case-by-case basis. The intent is to retain lands in public ownership; however, disposal that would enhance management goals and serve public interest may be considered. Disposal could occur through exchange, boundary adjustment and the Recreation and Public Purposes Act (BLM 1993)<br><br>Allow for disposal of parcels of public land that are not significant or needed for cultural values, mineral development, water and soil, livestock, wildlife, wild horses, forestry, natural resources or recreation management (BLM 1985). | Consider additional lands suitable for disposal by any method if they meet one or more of the following criteria:<br>• Enhance management goals<br>• Consolidate BLM ownership<br>• Serve public interest, local community needs or urbanizing areas with expanding community needs<br>• Lands not needed to protect valuable resources . (e.g., recreational, cultural, T&E and special status species, riparian, fragile and rare soils<br>• Lands not located within areas of special designations | Consider additional lands suitable for disposal by any method if they meet one or more of the following criteria:<br>• Same as Alternative B plus:<br>  o Lands better suited to private or other government agency ownership (e.g. local or state)<br>  o Lands that would resolve unintentional trespass where disposal is the best tool to meet management objectives<br>  o Small, isolated parcels<br>  o Lands with legal access issues or lands that do not provide public or administrative access | Same as Alternative C. | Same as Alternative B. | |
| 510. | **Action:**<br>Provide for threatened and endangered species inventories and clearance prior to disposal of BLM lands (BLM 1985).<br><span style="color:red">Emphasis Area H<br>(from SS Wildlife)</span> | **Action:**<br>No similar action; this is addressed through other actions. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 511. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Lands within existing withdrawals or ==powersite classifications== (XX acres) (Map XX) will not be | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109458

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | disposed of without concurrence from the other managing agency. | | | | |
| 512. | *Retention* | | | | | |
| 513. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Retain lands in public ownership when it will serve the public interest, protect valuable resources, or enhance management goals. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 514. | **Action:**<br>A total of 427,888 acres [BLM 1994] + XX acres [San Miguel RMP] of public land managed by BLM will be retained in federal ownership but may be considered for disposal on a case by case basis. [BLM 1994] This includes special management areas totaling 45,549 acres that are unavailable for disposal. [BLM 1994] + XX acres [San Miguel RMP] | **Action:**<br>Retain for long-term management the remaining public lands (not identified for disposal), totaling xx acres (Figure xx). | **Action:**<br>Retain for long-term management the remaining public lands (not identified for disposal), totaling xx acres (Figure xx). | **Action:**<br>Retain for long-term management the remaining public lands (not identified for disposal), totaling xx acres (Figure xx). | **Action:**<br>Retain for long-term management the remaining public lands (not identified for disposal), totaling xx acres (Figure xx). | **Action:** |
| 515. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Consider retention of lands that meet one or more of the following criteria:<br>• Lands containing valuable resources (e.g., recreational, cultural, T&E and special status species, riparian, fragile soils, rare biological soil crusts)<br>• Lands within or adjacent to areas with special | **Action:**<br>Consider retention of lands that meet one or more of the following criteria:<br>• Lands containing valuable resources (e.g., recreational, cultural, T&E and special status species, riparian, fragile soils, rare biological soil crusts)<br>• Lands within or adjacent to areas with special | **Action:**<br>Consider retention of lands that meet one or more of the following criteria:<br>• Lands containing valuable resources (e.g., recreational, cultural, T&E and special status species, riparian, fragile soils, rare biological soil crusts)<br>• Lands within or adjacent to areas with special | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109459

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| | | designation, (e.g., Tabeguache Area, WSAs, ==lands with wilderness characteristics== outside existing WSAs, ACECs, WSRs, SRMAs)<br>• Lands located near communities that would better serve the public interest as open space (==see scoping comments==)<br>• Lands that provide public or administrative access<br>• Lands that consolidate BLM ownership<br>• Lands that enhance management goals<br>• Lands suitable for trail construction to link communities | designation, (e.g., Tabeguache Area, WSAs, ==lands with wilderness characteristics== outside existing WSAs, ACECs, WSRs, SRMAs) | designation, (i.e., Tabeguache Area, WSAs, ==WSR==s)<br>• Lands suitable for trail construction to link communities | | |
| 516. | *Acquisition* | | | | | |
| 517. | **Objective:** Private lands, if available, may be acquired to facilitate resource goals and objectives. (BLM 1989).<br><br>Acquire easements needed to facilitate management. (BLM 1993) | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** Same as Alternative A. | **Objective:** |
| 518. | **Action:** Acquire or exchange land and subsurface mineral estate when mineral development, cultural resources, water and soil, livestock, wildlife, forestry, | **Action:** Acquire lands or easements between Bedrock and the Dolores River Canyon WSA. | **Action:** Same as Alternative B. | **Action:** No similar action. | **Action:** No similar action. | **Action:** |

BLM_0109460

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | natural resources, ACECs, wilderness values or manageability, or recreation management opportunities will be enhanced (BLM 1985).<br>• Acquire fishing easements on xx acres associated with priority streams [MU B] (BLM 1985).<br>• Acquire easements between Bedrock and the northern boundary of the Dolores River Canyon WSA (BLM 1985). | | | | | |
| 519. | **Action:**<br>Acquire lands which contain sensitive, critical, crucial, and rare habitats to improve and benefit public lands and resources (Land Disposal Amendment). | **Action:**<br>Addressed by other actions. | **Action:**<br>Addressed by other actions. | **Action:**<br>Addressed by other actions. | **Action:**<br>Addressed by other actions. | **Action:**<br>Addressed by other actions. |
| 520. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Acquire lands or easements as follows:<br>• Western access to Jumbo Mountain near Paonia<br>• Ridgway (BLM: get clarification from Julie)<br>• Camelback WSA: Sec. 3 T49N/R12W<br>• (160 acres) | **Action:**<br>Same as Alternative B. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |
| 521. | **Action:**<br>Private lands, if available, may be acquired if they would meet any of the following criteria:<br>• improve livestock | **Action:**<br>Consider acquisition of lands or easements that meet the following criteria:<br>• Lands within or adjacent to areas with special | **Action:**<br>Same as Alternative B. | **Action:**<br>Consider acquisition of lands or easements that meet the following criteria:<br>• Lands containing valuable resources (e.g., | **Action:**<br>No similar action. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109461

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | management;<br>• increase crucial [now termed "severe and winter concentration areas"] deer and elk winter range; or improve riparian management. (BLM 1989) | designation (e.g., WSAs, lands with wilderness characteristics outside existing WSAs, ACECs, WSRs, SRMAs)<br>• Lands containing valuable resources (e.g., recreational, cultural, T&E and special status species, riparian, fragile soils, rare biological soil crusts)<br>• Lands that provide public or administrative access<br>• Lands that consolidate BLM ownership and/or enhance management goals<br>• River-side parcels and/or associated water rights along the Gunnison, San Miguel and Dolores Rivers with important riparian values or that provide watershed or water quality protection values (i.e., salinity/ selenium, sedimentation)<br>• Suitable for trail construction to link communities | | recreational, cultural, T&E and special status species, riparian, fragile soils, rare biological soil crusts)<br>• Suitable for trail construction to link communities | | |
| 522. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Seek to acquire easements on non-federal lands where a trail or facility must cross or be built. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 523. | **Action:**<br>In [land] exchanges, sensitive or critical | **Action:**<br>In land exchanges or acquisitions, sensitive or | **Action:**<br>In land exchanges or acquisitions, important | **Action:**<br>Same as Alternative C. | **Action:**<br>Same as Alternative B. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109462

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | habitats…would be acquired [where possible]. This would have a positive impact on public lands and resources as a whole. | critical aquatic habitats would be retained or acquired to the degree possible. Non-game, rare, or imperiled species will receive higher priority than game species or species of economic importance. In circumstances where retaining these lands is not possible, consider conservation easement opportunities and similar tools. | aquatic habitats and fisheries would be retained/ acquired in the public domain to the degree possible. Game species or species of economic importance will receive higher priority than non-game, rare, or imperiled species. | | | |
| 524. | **Action:**<br>No similar action in current RMP. | **Action:**<br>Reserve public access in patents when it will benefit management goals or the public. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 525. | *Withdrawals* | | | | | |
| 526. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Meet resource and other agency needs by withdrawing lands from the public land laws and/or mining laws. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 527. | **Action:**<br>Where applicable, replace existing withdrawals with ROWs, leases, permits or cooperative agreements (BLM 1985). | **Action:**<br>Where applicable, issue ROWs, leases, other authorizations, or agreements in lieu of withdrawals. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 528. | **Action:**<br>Upon modification or revocation, part or all of the withdrawn land will revert to BLM (BLM 1985). | **Action:**<br>Upon revocation of existing withdrawals, the lands will be managed consistent with the objectives of adjacent or comparable public lands. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 529. | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** |

BLM_0109463

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| | Existing powersite withdrawals will be maintained pending determination of potential. These lands will not be subject to further consideration for disposal. (BLM 1989) | Existing powersite classifications will be maintained pending determination of potential. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. | |
| 530. | **Coal** | | | | | |
| 531. | The land use plan is the chief process by which public land is reviewed to assess whether there are areas suitable for leasing or unsuitable for all or certain types of coal mining operations under Section 522(b) of the Surface Mining Control and Reclamation Act. *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):* *Identify the following consistent with the goals and objectives for natural resources within the planning area:* <br>• *Unleased coal lands that are acceptable for further consideration for coal leasing and development and those that are not.* <br>• *Areas unsuitable for surface mining of coal (43 CFR 1610.7-1) under the criteria set forth in 43 CFR 3461.5.* <br>• *For acceptable lands, areas suitable for development by all mining methods or by only certain stipulated mining methods, such as surface or underground mining (see 43 CFR 3461).* <br>• *Any special conditions that must be met during more detailed planning, lease sale, or post-lease activities, including measures required to protect other resource values (see 43 CFR 3461).* <br>• *An estimate of the amount of coal recoverable by either surface or underground mining operations or both (43 CFR 3420.1-4(d)). Only those areas that have development potential may be identified as acceptable for further consideration for leasing.* <br>• *Areas that have development potential for coal leasing according to the screening process outlined in 43 CFR 3420.1-4(e)(1-4).* <br>• *Areas to be withdrawn from further consideration for leasing to protect other resource values and land uses that are locally, regionally or nationally important or unique and that are not included in the unsuitability criteria discussed in 43 CFR 3461.5.* | | | | | |
| 532. | **GOAL:** <br>Provide opportunities for environmentally sound exploration and development of coal resources. | | | | | |
| 533. | **Objective:** <br>*[San Juan/San Miguel RMP]* Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985) <br><br>*[Uncompahgre Basin RMP]* | **Objective:** <br>In areas identified as suitable for additional exploration and/or leasing, allow federal coal exploration and/or leasing while providing protective stipulations to limit impacts to other resource values. | **Objective:** <br>Same as Alternative B. | **Objective:** <br>Same as Alternative B. | **Objective:** <br>Same as Alternative B. | **Objective:** |

BLM_0109464

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Coal development will be considered on a site-specific basis after consultation with affected entities and formulation of mitigating measures. Development of existing coal leases will continue, and unleased federal coal will be identified as acceptable for further coal leasing consideration with a minimum of multiple-use restrictions (BLM 1989). | | | | | |
| 534. | **Action:**<br>*[San Juan/San Miguel RMP]*<br>Allow coal leasing on 1,480 acres in the Nucla Known Recoverable Coal Resource Area. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations. These lands would be made available for future leasing only when the coal priority area has been depleted or a significant demand is expressed that could not be met by the existing coal priority area. (BLM 1985)<br><br>*[Uncompahgre Basin RMP]*<br>Identify xx acres as acceptable for further coal leasing consideration on a site-specific basis after | **Action:**<br>Manage the following areas as acceptable for further consideration for coal leasing:<br>• Dakota coal development potential area (xx acres);<br>• Fruitland coal development potential area (xx acres); and<br>• Mesa Verde coal resource development potential area (xx acres). | **Action:**<br>Manage the following areas as acceptable for further consideration for coal leasing:<br>• Dakota coal development potential area (xx acres);<br>• Fruitland coal development potential area (xx acres); and<br>• Mesa Verde coal resource development potential area (xx acres). | **Action:**<br>Manage the following areas as acceptable for further consideration for coal leasing:<br>• Dakota coal development potential area (xx acres);<br>• Fruitland coal development potential area (xx acres); and<br>• Mesa Verde coal resource development potential area (xx acres). | **Action:**<br>Manage the following areas as acceptable for further consideration for coal leasing:<br>• Dakota coal development potential area (xx acres);<br>• Fruitland coal development potential area (xx acres); and<br>• Mesa Verde coal resource development potential area (xx acres). | **Action:** |

BLM_0109465

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | consultation with affected entities and formulation of mitigating measures designed to protect identified resources (BLM 1989). | | | | | |
| 535. | **Action:**<br>*[San Juan/San Miguel RMP]*<br>Close wilderness and WSAs to coal leasing (xx acres). (BLM 1985)<br><br>*[Uncompahgre Basin RMP]*<br>Identify xx acres [MU 15] as closed to coal leasing to protect its scenic quality (BLM 1989). | **Action:**<br>Manage areas (xx acres) identified in Screen 2 criteria, set forth in 43 CFR 3461.5, as acceptable for further consideration for coal leasing but unsuitable for surface mining or surface mining operations (Appendix X, Coal Screening Criteria):<br>• WSAs;<br>• [Insert areas] | **Action:**<br>Manage areas (xx acres) identified in Screen 2 criteria, set forth in 43 CFR 3461.5, as acceptable for further consideration for coal leasing but unsuitable for surface mining or surface mining operations (Appendix X, Coal Suitability):<br>• WSAs;<br>• [Insert areas] | **Action:**<br>Manage areas (xx acres) identified in Screen 2 criteria, set forth in 43 CFR 3461.5, as acceptable for further consideration for coal leasing but unsuitable for surface mining or surface mining operations (Appendix X, Coal Suitability):<br>• WSAs;<br>• [Insert areas] | **Action:**<br>Manage areas (xx acres) identified in Screen 2 criteria, set forth in 43 CFR 3461.5, as acceptable for further consideration for coal leasing but unsuitable for surface mining or surface mining operations (Appendix X, Coal Suitability):<br>• WSAs;<br>• [Insert areas] | |
| 536. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage xx acres in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix X, Coal Screening Criteria):<br>• [Insert areas] | **Action:**<br>Manage xx acres in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix X, Coal Screening Criteria):<br>• [Insert areas] | **Action:**<br>Manage xx acres in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix X, Coal Screening Criteria):<br>• [Insert areas] | **Action:**<br>Manage xx acres in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix X, Coal Screening Criteria):<br>• [Insert areas] | |
| 537. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas due to resource conflicts if there is no way to mitigate impacts through a less stringent stipulation:<br>• Some ACECs; (list ACECs) | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Close the following areas due to resource conflicts if there is no way to mitigate impacts through a less stringent stipulation:<br>• Suitable WSR segments classified as "wild" and | **Action:** |

BLM_0109466

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | • VRM Class I?<br>• Lands with Wilderness Characteristics. | | | "scenic;" (list segments)<br>• Some ACECs; (list ACECs)<br>• VRM Class I?<br>• Lands with Wilderness Characteristics. | |
| 538. | Allowable Use:<br>*[San Juan/San Miguel RMP]*<br>**Stipulation:** NSO-X [Stip. Code: CO-01]: *Coal Lands.* No surface occupancy would be allowed on leases within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction.<br><br>Waiver: This stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions: (I)(a) well must be plugged when the mine approaches within 500 feet of the well and re-entered or re-drilled upon completion of the mining operation; (b) well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052; (c) operator will provide accurate | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative A. | Allowable Use: |

BLM_0109467

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | location of where the casing intercepts the coal by providing a directional and deviation survey of the well to the coal operator; or (2) relocate well into a permanent pillar or outside the area to be mined. A suspension of operations and production will be considered for the oil and gas lease only when a well is drilled and later plugged, and a new well or re-entry is planned when the mine moves through the location (BLM 1991). | | | | | |
| 539. | Allowable Uses:<br>*[San Juan/San Miguel RMP]*<br>**Stipulation:** CSU-X [Stip. Code: CO-25]: *Federally Leased Coal.* Where oil and gas operations are proposed within the area of federally leased coal they will be relocated outside the area to be mined or so as to accommodate room and pillar mining operations.<br><br>Waiver: This stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions:<br>(l)(a) well must be plugged when the mine approaches | Allowable Uses:<br>**Stipulation:** CSU-X:<br>*Federally Leased Coal.* Where oil and gas operations are proposed within the area of federally leased coal they will be relocated outside the area to be mined or so as to accommodate room and pillar and long wall mining operations.<br><br>Waiver: This stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions:<br>(l)(a) well must be plugged when the mine approaches within 500 feet of the well | Allowable Uses:<br>Same as Alternative B. | Allowable Uses:<br>Same as Alternative B. | Allowable Uses:<br>Same as Alternative B. | Allowable Use: |

*Uncompahgre Resource Management Plan Revision*

BLM_0109468

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | within 500 feet of the well and reentered or re-drilled upon completion of the mining operation; (b) well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052; (c) operator will provide accurate location of where the casing intercepts the coal by providing a directional and deviation survey of the well to the coal operator; or (2) relocate well into a permanent pillar or outside the area to be mined. A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location (BLM 1991). | and reentered or re-drilled upon completion of the mining operation; (b) well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052; (c) operator will provide accurate location of where the casing intercepts the coal by providing a directional and deviation survey of the well to the coal operator; or (2) relocate well into a permanent pillar or outside the area to be mined. A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location. | | | | |
| 540. | Allowable Use:<br>LN-X (UB-10): Within the Paonia-Somerset Known Recoverable Coal Resource Area, coal and oil and gas leasing and development will be managed consistent with land use plans and lease terms. More specifically, the portions of the Known Recoverable Coal Resource Area where the overburden | Allowable Use:<br>LN-X *[Insert Name]*: The portions of the KRCRA where the overburden above the B-Seam of the Mesa Verde coals is less than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>Same as Alternative B. | |

BLM_0109469

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br><br>*Preferred* |
|---|---|---|---|---|---|
| above the B-Seam of the Mesa Verde coals is less than 3500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators.  In the event that the oil and gas and coal operators are unable to reach agreement on proposed oil and gas exploration or development, the BLM authorized officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest.  However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. | exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators.  In the event that the oil and gas and coal operators are unable to reach agreement on proposed oil and gas exploration or development, the BLM authorized officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest.  However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 541. | **Fluid Minerals** *(Oil and Gas and Geothermal Resources)* | | | | |
| 542. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*<br>*Identify the following consistent with the goals and objectives for natural resources within the planning area (refer to H-1624-1):*<br>• *Areas open to leasing, subject to existing laws, regulations, and formal orders; and the terms and conditions of the standard lease form.*<br>• *Areas open to leasing, subject to moderate constraints such as seasonal and controlled surface use restrictions. (These are areas where it has been determined that moderately restrictive lease stipulations may be required to mitigate impacts to other land uses or resource values).* | | | | |

BLM_0109470

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | <ul><li>Areas open to leasing, subject to major constraints such as no-surface-occupancy stipulations on an area more than 40 acres in size or more than .25 mile in width. (These are areas where it has been determined that highly restrictive lease stipulations are required to mitigate impacts to other lands or resource values. This category also includes areas where overlapping moderate constraints would severely limit development of fluid mineral resources.)</li><li>Areas closed to leasing. (These are areas where it has been determined that other land uses or resource values cannot be adequately protected with even the most restrictive lease stipulations; appropriate protection can be ensured only by closing the lands to leasing.) Identify whether such closures are discretionary or nondiscretionary; and if discretionary, the rationale.</li><li>Resource condition objectives that have been established and specific lease stipulations and general/typical conditions of approval and best management practices that will be employed to accomplish these objectives in areas open to leasing.</li><li>For each lease stipulation, the circumstances for granting an exception, waiver, or modification. Identify the general documentation requirements and any public notification associated with granting exceptions, waivers, or modifications.</li><li>Whether the leasing and development decisions also apply to geophysical exploration.</li><li>Whether constraints identified in the land use plan for new leases also apply to areas currently under lease.</li><li>Long-term resource condition objectives for areas currently under development to guide reclamation activities prior to abandonment.</li></ul>*A plan-level decision to open the lands to leasing represents BLM's determination, based on the information available at the time, that it is appropriate to allow development of the parcel consistent with the terms of the lease, laws, regulations, and orders, and subject to reasonable conditions of approval. When applying leasing restrictions, the least restrictive constraint to meet the resource protection objective should be used.)* | | | | | |
| 543. | **GOAL:**<br>Provide opportunities to develop fluid minerals consistent with other resource goals and uses to support local and national energy needs. | | | | | |
| 544. | **Objective:**<br>*[San Juan/San Miguel RMP]* Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985) Continue oil, gas, and carbon dioxide operations in areas designated as Known Geologic Structures. (BLM 1985)<br><br>*[Uncompahgre Basin RMP]* Federal oil, gas, and geothermal estate on both federal surface and split- | **Objective:**<br>Lease federal fluid mineral and geothermal resources to facilitate economically and environmentally responsible exploration, development, and reclamation using the best available technology. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |

BLM_0109471

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative<br>F<br>*Preferred* |
|---|---|---|---|---|---|
| estate lands will be open to leasing with standard lease terms. Other conditions for leasing such as no surface occupancy and seasonal stipulations are assigned in each management unit prescription; special stipulations and conditions also apply to federal surface and split-estate lands. Any special stipulations (i.e., seasonal closures) prescribed for a management unit will also apply to seismic and drilling activities (BLM 1989).<br><br>*[BLM Colorado Oil and Gas Leasing and Development FEIS]*<br>Lease oil and gas with standard terms and conditions, and additional leasing stipulations to further protect resources and values beyond the level of protection in the standard terms and conditions.  (BLM 1991)<br><br>*[San Miguel River SRMA and ACEC Amendment]*<br>Facilitate orderly, economic, and environmentally-sound exploration and development of oil and gas resources using balanced multiple use management | | | | | |

BLM_0109472

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | **Alternative A** *Current Management (No Action)* (BLM 1993) | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| 545. | Allowable Use: **No Leasing** Manage 93,290 acres of the federal mineral estate as closed to fluid mineral leasing and geophysical exploration: <br>• Tabeguache Area; <br>• Adobe Badlands WSA; <br>• Camelback WSA; <br>• Dolores River Canyon WSA; and <br>• Sewemup Mesa WSA. | Allowable Use: **No Leasing** Manage xx acres of the federal mineral estate as closed to fluid mineral leasing and geophysical exploration. Same as Alternative A plus: <br>• ACECs (BLM: cross-check with ACECs section) <br>• Needle Rock: 80 acres <br>• Roubideau Corridors: XX acres <br>• San Miguel River Corridor (Expansion): 35,182 acres. Or <br>• San Miguel River Corridor: 22,841 acres <br>• Dolores Slick rock Canyon: XX acres <br>• Add closures from other matrices and GIS. This will be the same as Alternative E. | Allowable Use: **No Leasing** Manage xx acres of the federal mineral estate as closed to fluid mineral leasing and geophysical exploration. <br>• WSAs <br>• ISAs | Allowable Use: **No Leasing** Manage xx acres of the federal mineral estate as closed to fluid mineral leasing and geophysical exploration. <br>• WSAs <br>• ISAs | Allowable Use: **No Leasing** Manage xx acres of the federal mineral estate as closed to fluid mineral leasing and geophysical exploration. Same as Alternative A plus: <br>• ACECs (BLM: cross-check with ACECs section) <br>• Needle Rock: 80 acres <br>• Roubideau Corridors: XX acres <br>• San Miguel River Corridor (Expansion): 35,182 acres. Or <br>• San Miguel River Corridor: 22,841 acres <br>• Dolores Slick rock Canyon: XX acres <br>• Occupied sage-grouse habitat; <br>• Developed recreation sites and areas; <br>• Biological Core areas <br>• VRM Class I <br>• Watershed Protection Areas <br>• Suitable Wild and Scenic river segments (BLM: probably only segments classified as wild and perhaps scenic; cross-check with WSR section) <br>• Major River Corridors. 26,991 Acres (From #02) | Allowable Use: |

BLM_0109473

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | | | | • Federal oil and gas subsurface mineral estate that exists partially in the following State, Lands:<br>• Crawford SP<br>• Paonia Reservoir SP<br>• Escalante State Wildlife Area<br>• City of Delta<br>• Billy Creek SWA<br>• Ridgeway SP<br>• State land in T43N R14W Sec. 1, 11, 12, 13 (Dan Noble SWA?)==Leases for surface coal mines== | |
| 546. | Allowable Use:<br>**Leasing**<br>Manage 1,071,570 acres of the federal mineral estate as open to fluid mineral leasing and geophysical exploration subject to standard lease terms and conditions to protect existing resources:<br>• BLM surface/federal fluid mineral estate: 113,610 acres<br>• ==US Forest Service== surface/ federal fluid mineral estate: ==xx== acres<br>• Private or State surface/federal fluid mineral estate: 957,960 acres | Allowable Use:<br>**Leasing**<br>Manage ==xx== acres of the federal mineral estate as open to fluid mineral and geothermal leasing, and geophysical exploration subject to standard lease terms and conditions:<br>• BLM surface/federal fluid mineral estate: ==xx== acres<br>• ==US Forest Service== surface/ federal fluid mineral estate: ==xx== acres<br>• Private or State surface/federal fluid mineral estate: ==xx== acres<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Leasing**<br>Manage ==xx== acres of the federal mineral estate as open to fluid mineral and geothermal leasing, and geophysical exploration subject to standard lease terms and conditions:<br>• BLM surface/federal fluid mineral estate: ==xx== acres<br>• ==US Forest Service== surface/ federal fluid mineral estate: ==xx== acres<br>• Private or State surface/federal fluid mineral estate: ==xx== acres<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Leasing**<br>Manage ==xx== acres of the federal mineral estate as open to fluid mineral and geothermal leasing, and geophysical exploration subject to standard lease terms and conditions:<br>• BLM surface/federal fluid mineral estate: ==xx== acres<br>• ==US Forest Service== surface/ federal fluid mineral estate: ==xx== acres<br>• Private or State surface/federal fluid mineral estate: ==xx== acres<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Leasing**<br>Manage ==xx== acres of the federal mineral estate as open to fluid mineral and geothermal leasing, and geophysical exploration subject to standard lease terms and conditions:<br>• BLM surface/federal fluid mineral estate: ==xx== acres<br>• ==US Forest Service== surface/ federal fluid mineral estate: ==xx== acres<br>• Private or State surface/federal fluid mineral estate: ==xx== acres<br><br>*[Note: This will vary across alternatives.]* | Allowable Use: |
| 547. | Allowable Use:<br>**Stipulation** *NSO* (all NSOs): Apply major | Allowable Use:<br>**Stipulation** *NSO* (all NSOs): Apply NSOs to ==xx== | Allowable Use:<br>**Stipulation** *NSO* (all NSOs): Apply NSOs to ==xx== | Allowable Use:<br>**Stipulation** *NSO* (all NSOs): Apply NSOs to ==xx== | Allowable Use:<br>**Stipulation** *NSO* (all NSOs): Apply NSOs to ==xx== | Allowable Use: |

*Uncompahgre Resource Management Plan Revision*

BLM_0109474