| | Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | constraints (NSOs) to 124,720 acres that are open to oil and gas leasing. (BLM 1985 and 1989) | acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | |
| 548. | Allowable Use:<br>**Stipulation** *CSU* (all CSUs): Apply moderate constraints (CSUs) to 137,610 acres that are open to oil and gas leasing. (BLM 1985 and 1989) | Allowable Use:<br>**Stipulation** *CSU* (all CSUs): Apply CSUs to xx acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Stipulation** *CSU* (all CSUs): Apply CSUs to xx acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Stipulation** *CSU* (all CSUs): Apply CSUs to xx acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Stipulation** *CSU* (all CSUs): Apply CSUs to xx acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | Allowable Use: |
| 549. | Allowable Use:<br>**Stipulation** *TLs* (all TLs): Apply moderate constraints (TLs) to 395,440 acres that are open to oil and gas leasing. (BLM 1985 and 1989) | Allowable Use:<br>**Stipulation** *TLs* (all TLs): Apply TLs to xx acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Stipulation** *TLs* (all TLs): Apply TLs to xx acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Stipulation** *TLs* (all TLs): Apply TLs to xx acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | Allowable Use:<br>**Stipulation** *TLs* (all TLs): Apply TLs to xx acres that are open to fluid mineral leasing.<br><br>*[Note: This will vary across alternatives.]* | Allowable Use: |
| 550. | **Action:**<br>Require operators to meet the BLM "Goldbook" (BLM 2007) as minimum standards for soil and water protection. | **Action:**<br>BLM: add standards above Goldbook. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>BLM: add standards above Goldbook. | **Action:** |
| 551. | *Locatable Minerals* | | | | | |
| 552. | Decisions to be made (per *BLM Land Use Planning Handbook H-1601-1*):<br>• *For lands that are open to the location of lode, placer, and mill claims, the claimant has statutory authority under the mining laws to ingress, egress and development of those claims. This authority means that those areas open to mineral entry for the purposes of exploration or development of locatable minerals cannot be unreasonably restricted.*<br>• *Identify the following consistent with the goals and objectives of locatable mineral exploration and development in concert with the protection of natural resources within the planning area:*<br>    ○ *Areas recommended for closure to the mining laws for locatable exploration or development (that must be petitioned for withdrawal).*<br>    ○ *Any terms, conditions, or other special considerations needed to protect other resource values while conducting activities under the operation of the mining laws.* | | | | | |
| 553. | **GOAL:**<br>Provide opportunities to develop locatable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. | | | | | |
| 554. | **Objective:** | **Objective:** | **Objective:** | **Objective:** | **Objective:** | **Objective:** |

BLM_0109475

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Minimize public land withdrawn from mining. Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985) | Facilitate environmentally responsible exploration and development of locatable minerals. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. | |
| 555. | **Action:**<br>Maintain the following areas as withdrawn from mineral entry:<br>• Tabeguache Area (xx acres);<br>• Mine sites for bat roosting (xx acres) (BLM 2008);<br>• BOR withdrawals (xx acres);<br>• FERC withdrawals (BLM: are these withdrawn from locatable?) (xx acres);<br>• [list other areas/ categories of withdrawal]<br>• Continue cooperative management on xx acres to protect surface resources on the withdrawn Department of Energy lease tracts. (BLM 1985) | **Action:**<br>Same as Alternative A. | **Action:**<br>Maintain the following areas as withdrawn from mineral entry:<br>• Tabeguache Area (xx acres);<br>• Mine sites for bat roosting (22.4 acres) (BLM 2008); and<br>• Continue cooperative management on xx acres to protect surface resources on the withdrawn Department of Energy lease tracts. Recommend the revocation of withdrawals in areas where no projects have been constructed. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 556. | **Action:**<br>Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas: | **Action:**<br>Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas: | **Action:**<br>Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas: | **Action:**<br>Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas: | **Action:**<br>Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas: | **Action:** |

BLM_0109476

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | • Dolores Cave (BLM 1985);<br>• Tabeguache Pueblo (BLM 1985);<br>• Adobe Badlands Outstanding Natural Area/ACEC (BLM 1989);<br>• Fairview South Research Natural Area/ACEC;<br>• Important cultural resource properties (BLM 1985). | • Same as Alternative A plus:<br>○ [include ACECs and other areas proposed for withdrawal in other matrices/GIS]<br>○ Paradox Rock Art Complex | • [check other matrices and GIS to see if any areas are proposed] | • [check other matrices and GIS to see if any areas are proposed] | • Same as Alternative A plus:<br>○ [include ACECs and other areas proposed for withdrawal in other matrices/GIS]<br>○ Paradox Rock Art Complex | |
| 557. | **Action:**<br>*[San Juan/San Miguel RMP]*<br>Continue approved operations of hard rock mining on xx acres [MU E] under 43 CFR 3809 regulations. (BLM 1985)<br><br>*[Uncompahgre Basin RMP]*<br>Open xx acres [MU 1, 2, 3, 5, 7, 8, 9, 10, 11, 15, 16] to mineral entry and location due to the lack of resource conflicts. | **Action:**<br>Allow locatable mineral exploration and development on xx acres under the General Mining Law of 1872 on all BLM-administered lands. | **Action:**<br>Allow locatable mineral exploration and development on xx acres under the General Mining Law of 1872 on all BLM-administered lands. | **Action:**<br>Allow locatable mineral exploration and development on xx acres under the General Mining Law of 1872 on all BLM-administered lands. | **Action:**<br>Allow locatable mineral exploration and development on xx acres under the General Mining Law of 1872 on all BLM-administered lands. | **Action:** |
| 558. | **Mineral Materials (Salable Minerals)** | | | | | |
| 559. | Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):<br>• *Identify the following consistent with the goals and objectives for the exploration, development, and disposal of mineral materials in concert with the protection of natural resources within the planning area:*<br>• *Areas open or closed to mineral material disposal.*<br>• *Any terms, conditions, or other special considerations needed to protect resource values while operating under the mineral materials regulations.* | | | | | |
| 560. | **GOAL:**<br>Provide opportunities to develop mineral materials consistent with other resource goals and uses to support local and national energy and mineral needs. | | | | | |
| 561. | **Objective:**<br>*[San Juan/San Miguel RMP]*<br>Allow mineral development on all areas not specifically | **Objective:**<br>Facilitate environmentally responsible exploration and development of mineral | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |

BLM_0109477

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | excluded from development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985) | materials. | | | | |
| 562. | **Allowable Use:**<br>*[Uncompahgre Basin RMP]* Identify xx acres of Federal mineral estate as closed to mineral material sales (BLM 1989):<br>• Riparian zones;<br>• Fairview South RNA/ACEC;<br>• Needle Rock ISA/ONA/ACEC;<br>• Adobe Badlands ONA/ACEC;<br>• WSAs (xx acres); and<br>• Tabeguache Area (xx acres).<br><br>*[San Miguel River SRMA/ACEC Amendment]* Close the San Miguel river bottom areas to the sale of sand and gravel (BLM 1993). | **Allowable Use:**<br>Close xx acres to mineral material sales:<br>• Riparian zones;<br>• Jurisdictional wetlands; (make sure this is consistent with veg section)<br>• ACECs (list as appropriate)<br>• Early Detection Rapid Response noxious weed species (need further clarification/ definition; implementation)<br>• WSAs (xx acres);<br>• Tabeguache Area (xx acres);<br>• Potential Fossil Yield Classification 5a areas (xx acres); and<br>• High value vegetation areas.<br>• [Insert areas from other matrices/GIS: SRMAs, LWWCs, WSRs, NSD areas] | **Allowable Use:**<br>Close xx acres to mineral material sales:<br>• WSAs and Needle Rock ISA (xx acres);<br>• Tabeguache Area (xx acres); and<br>• Potential Fossil Yield Classification 5a areas (xx acres)<br>• [Insert areas from other matrices/GIS if applicable] | **Allowable Use:**<br>Close xx acres to mineral material sales:<br>• WSAs and Needle Rock ISA (xx acres);<br>• Tabeguache Area (xx acres); and<br>• Potential Fossil Yield Classification 5a areas (xx acres).<br>• [Insert areas from other matrices/GIS if applicable] | **Allowable Use:**<br>Close xx acres to mineral material sales:<br>• [Insert areas from other matrices/GIS if applicable] | **Allowable Use:** |
| 563. | **Allowable Use:**<br>*[San Juan/San Miguel RMP]* Continue sand and gravel operations on xx acres. (BLM 1985) | **Allowable Use:**<br>Allow disposal of mineral material (salable minerals) on public land open to such development (xx acres). | **Allowable Use:**<br>Allow disposal of mineral material (salable minerals) on public land open to such development (xx acres). | **Allowable Use:**<br>Allow disposal of mineral material (salable minerals) on public land open to such development (xx acres). | **Allowable Use:**<br>Allow disposal of mineral material (salable minerals) on public land open to such development (xx acres). | **Allowable Use:** |

BLM_0109478

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| | | (Figure 2-X, Appendix X) | (Figure 2-X, Appendix X) | (Figure 2-X, Appendix X) | (Figure 2-X, Appendix X) | |
| | *[Uncompahgre Basin RMP]* Identify xx acres of Federal mineral estate as open to mineral material sales. (BLM 1989) | | | | | |
| 564. | **Action:** Manage xx acres as a common use area for moss rock. (BLM: add any other specifics such as criteria for identifying a common use areas) | **Action:** Establish common use areas in appropriate locations and with sufficient capacity while avoiding proliferation of sites for similar materials in a given area. | **Action:** Same as Alternative B. | **Action:** Establish common use areas in appropriate locations. | **Action:** Do not establish new common use areas. | **Action:** |
| 565. | Allowable Use: **Stipulation** *TL* (all TLs): Apply moderate constraints (TLs) to xx acres that are open to mineral material sales. (BLM 1989) [MUs 2 and 5] | Allowable Use: No similar allowable use. TLs applied through other programs. | **Allowable Use:** Same as Alternative B. | **Allowable Use:** Same as Alternative B. | **Allowable Use:** Same as Alternative B. | **Allowable Use:** |
| 566. | ***Non-Energy Solid Leasable Minerals*** *(e.g., sodium and potassium)* | | | | | |
| 567. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):* <br>• *Applies to minerals leased under the mineral leasing acts and to hardrock minerals leasable under Reorganization Plan No. 3 of 1946. Identify the following consistent with the goals and objectives for the exploration, development, and disposal of non-energy leasables in concert with the protection of natural resources within the planning area:* <br>  ○ *Areas open or closed to non-energy leasing and development.* <br>  ○ *Any area-wide terms, conditions, or other special considerations needed to protect other resource values while exploring or developing minerals under the non-energy leasable regulations.* | | | | | |
| 568. | **GOAL:** Provide opportunities to develop non-energy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. | | | | | |
| 569. | **Objective:** *[San Juan/San Miguel RMP]* Allow mineral development on all areas open to such development. Provide protective stipulations to limit impacts to other resource values. (BLM 1985) | **Objective:** Facilitate environmentally responsible exploration and development of non-energy solid leasable minerals in areas open to such development. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |

BLM_0109479

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| 570. | Allowable Use:<br>Close XX acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-X, Appendix X):<br>• Tabeguache Area<br>• WSAs<br><br>ACECs:<br>[insert list of ACECs currently closed if any] | Allowable Use:<br>Close XX acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-X, Appendix X):<br>• Tabeguache Area<br>• WSAs<br><br>ACECs:<br>[populate list based on ACEC prescriptions]<br><br>[Insert list from other matrices/GIS; NSO/NSD] | Allowable Use:<br>Close XX acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-X, Appendix X):<br>• Tabeguache Area<br>• WSAs<br><br>ACECs:<br>[populate list based on ACEC prescriptions, if applicable] | Allowable Use:<br>Close XX acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-X, Appendix X):<br>• Tabeguache Area; and<br>• WSAs. | Allowable Use:<br>Close XX acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-X, Appendix X):<br>• Tabeguache Area<br>• WSAs<br><br>ACECs:<br>[populate list based on ACEC prescriptions] | Allowable Use: |
| 571. | **Allowable Use:** Continue non-energy solid leasable leasing on xx acres. (BLM 1985) | **Allowable Use:**<br>Manage xx acres as open (*note: all federal minerals for GIS*) for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix X. | **Allowable Use:**<br>Manage xx acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix X. | **Allowable Use:**<br>Manage xx acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix X. | **Allowable Use:**<br>Manage xx acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix X. | **Allowable Use:** |
| 572. | ***Areas of Critical Environmental Concern*** | | | | | |
| 573. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*<br>• *Designate ACECs and identify goals, standards and objectives for each area, as well as general management practices and uses, including necessary constraints with mitigation measures (also see BLM Manual 1613). This direction should be specific enough to minimize the need for subsequent ACEC management plans. ACECs must meet the relevance and importance criteria in 43 CFR 1610.7-2(a) and must require special management (43 CFR 1601.0-5(a)) to:*<br>  • *Protect the area and prevent irreparable damage to resources or natural systems.*<br>  • *Protect life and promote safety in areas where natural hazards exist.*<br>• *Designate research natural areas and outstanding natural areas as types of ACECs using the ACEC designation process.*<br>• *Subject to valid existing rights, avoid approval of proposed actions that could degrade the values of potential special designations. Proposed actions will be reviewed on a case-by-case basis and impacts to an area's values will be assessed. The standard for this review is the protection of the area's resources and values so that the area will not be disqualified from designation. Subject to valid existing rights, proposed actions that cannot meet this standard should be postponed, relocated, mitigated, or denied until the planning for this area is completed.* | | | | | |
| 574. | **GOAL**:<br>Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to | | | | | |

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | protect life and safety from natural hazards. | | | | | |
| 575. | **Objective:**<br>Manage the following areas (29,520 acres) as Areas of Critical Environmental Concern (ACECs) and Research Natural Areas (RNAs) or Outstanding Natural Areas (ONAs):<br>• Adobe Badlands ACEC/ONA (6,383 acres);<br>• Fairview South ACEC/RNA (213 acres);<br>• Needle Rock ACEC/ONA (83 acres); and<br>• San Miguel River ACEC (22,841 acres). | **Objective:**<br>Manage the following areas (132,674 acres) as ACECs and RNAs or ONAs:<br>• Dolores River Slickrock Canyon ACEC (10,666 acres);<br>• East Paradox ACEC (385 acres);<br>• Fairview South Expansion ACEC/RNA (637 acres);<br>• La Sal Creek ACEC (10,492 acres);<br>• Needle Rock ACEC/ONA (83 acres);<br>• Roubideau Corridors ACEC (19,561 acres);<br>• Salt Desert Shrub Ecosystem Research Natural Area/ACEC (34,548 acres) (includes the Adobe Badlands ACEC/ONA);<br>• San Miguel River ACEC Expansion (35,182 acres);<br>• Sims Cerro Sage-grouse ACEC (25,621 acres);<br>• South Gunnison Sage-grouse Sites, San Miguel ACEC (464 acres);<br>• West Paradox ACEC (5,180 acres); and<br>• West Paradox Rock Art ACEC (510 acres). | **Objective:**<br>Manage the following areas (28,776 acres) as ACECs and RNAs or ONAs:<br>• Adobe Badlands ACEC/ONA (6,383 acres);<br>• Coyote Wash ACEC (2,102 acres);<br>• Fairview South Expansion ACEC/RNA (637 acres);<br>• Needle Rock ACEC/ONA (83 acres); and<br>• Roubideau ACEC (19,561 acres). | **Objective:**<br>No similar objective. | **Objective:**<br>Manage the following areas (187,724 acres) as ACECs and RNAs or ONAs:<br>• Dolores River Slickrock Canyon ACEC (10,666 acres);<br>• East Paradox ACEC (385 acres);<br>• Fairview South Expansion ACEC/RNA (4,250 acres);<br>• La Sal Creek ACEC (10,492 acres);<br>• Lower Uncompahgre Plateau Cultural ACEC (31,923 acres);<br>• Needle Rock ACEC/ONA (83 acres);<br>• Roubideau-Potter-Monitor ACEC (20,466 acres);<br>• Salt Desert Shrub Ecosystem Research Natural Area/ACEC (21,396 acres) (includes the Adobe Badlands ACEC/ONA);<br>• San Miguel River ACEC (35,182 acres);<br>• Sims Cerro Sage-grouse ACEC (25,621 acres);<br>• South Gunnison Sage-grouse Sites, San Miguel ACEC (464 acres);<br>• Tabeguache Pueblo and Tabeguache Caves ACEC | **Objective:** |

BLM_0109481

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | | | | | (26,286 acres); and <br>• West Paradox Rock Art ACEC (510 acres). | |
| 576. | **Action:** No similar action in current RMPs. | **Action:** Apply the following management prescriptions to all ACECs: <br>• Conduct a complete inventory for threatened, endangered, and sensitive species and establish research and monitoring studies. <br>• ROW exclusion with the following exceptions: <br>  o West Wide Energy corridor; <br>  o 100-foot buffer along county roads; and <br>  o Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. <br>• Allowable Use: STIPULATION NSO-X *Areas of Critical Environmental Concern*: Prohibit surface occupancy. <br>• Petition the Secretary of the Interior for withdrawal from mineral entry. <br>• Allowable Use: Close to saleable mineral disposal. <br>• Allowable Use: Close to non-energy solid mineral | **Action:** Apply the following management prescriptions to all ACECs: <br>• Conduct a complete inventory for threatened, endangered, and sensitive species and establish research and monitoring studies. <br>• Allowable Use: STIPULATION CSU-X *Areas of Critical Environmental Concern*: Apply CSU (site-specific relocation) restrictions in ACECs. | **Action:** No similar action. | **Action:** Same as Alternative B. | **Action:** |

BLM_0109482

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | leasing. | | | | |
| 577. | **I. Needle Rock ACEC/ONA** | | | | | |
| 578. | **Action:**<br>Manage 83 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following:<br>• Unalloted for livestock grazing use.<br>• Limit travel to designated road and trails.<br>• VRM Class I.<br>• Close to development of major utility facilities.<br>• Manage as a roaded natural area for recreation opportunities including sightseeing, picnicking, and geologic study.<br>• Allowable Use: STIPULATION NSO-X: *Outstanding Natural Areas/Areas of Critical Environmental Concern.* [Stip 7] Prohibit surface occupancy and surface-disturbing activities.<br>• Allowable Use: Locatable Minerals: Petition for withdrawal from locatable mineral entry.<br>• Allowable Use: Mineral Materials: Closed to disposal of mineral | **Action:**<br>Manage 83 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following:<br>• Close to livestock grazing.<br>• Limit motorized and mechanized travel to designated routes.<br>• VRM Class I.<br>• Provide facilities such as informational and interpretive signs, and maintain existing trails as needed to provide enhanced visitor use, enjoyment, and safety. Maintain existing trail systems and interpretive signs.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Day use only:  Prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Prohibit rock climbing. | **Action:**<br>Manage 83 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following:<br>• Close to livestock grazing.<br>• Limit motorized and mechanized travel to designated routes.<br>• VRM Class I.<br>• Day use only:  Prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Allowable Use: STIPULATION NSO-X <br>*Needle Rock ACEC:* Prohibit surface occupancy.<br>• ROW avoidance with the following exceptions:<br>   o   West Wide Energy corridor;<br>   o   100-foot buffer along county roads; and<br>   o   Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. | **Action:**<br>No similar action. | **Action:**<br>Manage 83 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following:<br>• Same as Alternative B. | **Action:** |

BLM_0109483

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | materials.<br>(BLM 1989). | • Close to fluid mineral leasing. | | | | |
| 579. | *2. Adobe Badlands ONA/ACEC* | | | | | |
| 580. | **Action:**<br>*(NOTE: the ACEC is currently within the Adobe Badlands WSA Interim Wilderness Management guidelines– see also Wilderness and WSAs?)*<br><br>Manage 6,380 acres of the Adobe Badlands WSA as an Outstanding Natural Area and Area of Critical Environmental Concerns (ONA/ACEC) to protect unique scenic qualities; threatened and endangered species' habitats (Colorado hookless cactus (formerly Uinta Basin hookless cactus), clay-loving wild buckwheat, and Montrose penstemon); provide for semi-primitive, non-motorized recreation opportunities and use; and reduce active erosion. Management actions include the following:<br>• Close to off-highway vehicles.<br>• VRM Class I.<br>• Allowable Use: Close to major utility development.<br>• Erosion and salinity control measures will not | **Action:**<br>No similar action (see Salt Desert Shrub ACEC). | **Action:**<br>Manage 6,380 acres as the Adobe Badlands RNA/ACEC to protect federally threatened and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semi-primitive, non-motorized recreation opportunities and use; and reduce active erosion. Management actions include the following:<br>• Manage for primitive non-motorized and non-mechanized recreational uses.<br>• Close to motorized and mechanized travel.<br>• VRM Class I.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for non-motorized and non-mechanized uses, restrooms, barricades, fences, etc. as needed to protect resources.<br>• Day use only; Prohibit camping.<br>• Prohibit campfires.<br>• ROW avoidance with the following exceptions: | **Action:**<br>No similar action. | **Action:**<br>No similar action (see Salt Desert Shrub ACEC). | **Action:** |

BLM_0109484

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | utilize structures or land treatments which would alter scenic values. (BMP)<br>• Conduct a complete inventory for threatened and endangered species and establish research and monitoring studies.<br>• Allowable Use: Close a portion (xx acres within Adobe Badlands WSA) to oil and gas leasing.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: Locatable Minerals: Petition for withdrawal from locatable mineral entry.<br>• Allowable Use: Mineral Materials: Close to disposal of mineral materials.<br>• Allowable Use: STIPULATION NSO-X: *Outstanding Natural Areas/Areas of Critical Environmental Concern.* [Stip 7] Prohibit surface occupancy and surface-disturbing activities. (BLM 1989). | | ○ West Wide Energy corridor;<br>○ 100-foot buffer along county roads; and<br>○ Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. | | | |
| 581. | ***3. Salt Desert Shrub Proposed ACEC*** | | | | | |
| 582. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 34,548 acres as the Salt Desert Shrub Ecosystem RNA/ACEC to protect federally threatened plant species, Colorado | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Manage 21,396 acres as the Salt Desert Shrub Ecosystem RNA/ACEC to protect federally threatened plant species, Colorado | **Action:** |

BLM_0109485

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| | hookless cactus; the globally vulnerable and locally imperiled salt desert shrubland; and BLM-sensitive wildlife species, white-tailed prairie dog, burrowing owl, kit fox, ferruginous hawk, and pronghorn antelope. Management actions include the following:<br>• Close a portion (xx acres overlapping Adobe Badlands WSA) to motorized and mechanized travel.<br>• Limit the remainder of the ACEC to motorized and mechanized travel to designated routes.<br>• Manage a portion (xx acres overlapping Adobe Badlands WSA) as VRM Class I.<br>• Manage the remainder (xx acres) as VRM Class III.<br>• Provide facilities such as informational and interpretive signs, barricades, and fences as needed to protect resources.<br>• Day use only: Prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills. | | | hookless cactus; the globally vulnerable and locally imperiled salt desert shrubland; and BLM-sensitive wildlife species, white-tailed prairie dog, burrowing owl, kit fox, ferruginous hawk, and pronghorn antelope. Management actions include the following:<br>• Close a portion (xx acres overlapping Adobe Badlands WSA) to motorized and mechanized travel.<br>• Limit the remainder of the ACEC to motorized and mechanized travel to designated routes.<br>• Manage a portion (xx acres overlapping Adobe Badlands WSA) as VRM Class I.<br>• Manage the remainder (xx acres) as VRM Class III.<br>• Provide facilities such as informational and interpretive signs, barricades, and fences as needed to protect resources.<br>• Prohibit wood collecting.<br>• Allowable Use: Close to coal leasing.<br>• Additional exceptions for ROW exclusion: | |

*Uncompahgre Resource Management Plan Revision*

BLM_0109486

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| | • Prohibit wood collecting.<br>• Allowable Use: Close to coal leasing.<br>• Additional exceptions for ROW exclusion:<br>○ One-quarter mile ROW buffer zone along Highway 50 and 200 feet along existing roads.<br>○ One-quarter mile ROW buffer zone along the south, southeast, and southwest eastern boundaries along private lands. | | | ○ One-quarter mile ROW buffer zone along Highway 50 and 200 feet along existing roads.<br>○ One-quarter mile ROW buffer zone along the south, southeast, and southwest eastern boundaries along private lands. | |
| **583.** *4, 5, 6.  South Fairview ACEC* | | | | | |
| **584.** **Action:**<br>Manage 213 acres as the South Fairview ACEC/RNA to protect clay-loving wild buckwheat and Adobe Beardtongue.  Management actions include the following:<br>• Develop plant monitoring studies in cooperation with the Colorado Natural Areas Program. (ACTION COMPLETE!)<br>• Closed to OHV use.<br>• Closed to development of pipelines.<br>• Allowable Use: STIPULATION NSO-X: *Outstanding Natural Areas/Areas of Critical* | **Action:**<br>Manage 637 acres (expansion) as the South Fairview ACEC/RNA to protect clay-loving wild buckwheat and adobe beardtongue. Management actions include the following:<br>• Continue to monitor studies in cooperation with Colorado Natural Areas Program.<br>• Research sheep impacts on clay-loving wild buckwheat.<br>• Close to sheep grazing unless research shows sheep grazing is beneficial or has no impact to clay- | **Action:**<br>Manage 637 acres as the South Fairview (expansion 1) ACEC/RNA to protect clay-loving wild buckwheat and adobe beardtongue. Management actions include the following:<br>• Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for non-motorized and non-mechanized travel, restrooms, barricades, fences, etc. as needed for | **Action:**<br>No similar action. | **Action:**<br>Manage 4,250 acres (BLM need to exclude BOR lands) as the South Fairview (expansion 2) ACEC/RNA to protect clay-loving wild buckwheat, Colorado desert parsley, adobe beardtongue, and good-neighbor bladderpod. Management actions include the following:<br>• Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>• Provide facilities such as informational and interpretive signs, designated trail systems | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109487

| Alternative A<br>*Current Management<br>(No Action)* | Alternative B<br>*Preservation /<br>High-intensity Management* | Alternative C<br>*Development /<br>High-intensity Management* | Alternative D<br>*Development /<br>Low-intensity Management* | Alternative E<br>*Preservation /<br>Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| *Environmental Concern.* [Stip 7] Prohibit surface occupancy and surface-disturbing activities.<br>• Allowable Use: Mineral Materials: Closed to disposal of mineral materials.<br>(BLM 1989). | loving wild buckwheat. Sheep grazing is allowed for research.<br>• Close to cattle grazing.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for non-motorized and non-mechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Close to motorized and mechanized vehicles except on county roads.<br>• Day use only; prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting.<br>• VRM Class III. | resource protection.<br>• Limit motorized and mechanized travel to designated routes.<br>• Day use only; Prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting.<br>• VRM Class IV.<br>• ROW avoidance with the following exceptions:<br>  o West Wide Energy corridor;<br>  o 100-foot buffer along county roads; and<br>  o Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. | | for non-motorized and non-mechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Limit all motorized and mechanized travel to designated routes.<br>• Day use only; Prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting.<br>• VRM Class III.<br>• Additional exceptions for ROW exclusion:<br>  o 200 feet of the edge of South Canal, Kinikin Road, and Pahgre Road;<br>  o 600 foot buffer on private lands in the Kinikin/Cedar portion (south unit of the ACEC). | |
| 585. | **7, 8. Roubideau Corridors (Roubideau-Potter-Monitor) ACEC** | | | | |
| 586. | | | | | |
| **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 19,561 acres as the Roubideau Corridors ACEC (BLM: boundary is ACEC report boundary but expanded to top of rim) to protect narrowleaf cottonwood/ skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (peregrine falcon, Grand Junction milkvetch, | **Action:**<br>Manage 19,561 acres as the Roubideau Corridors ACEC (BLM: this boundary is the ACEC report boundary [not expanded to top of rim]) to protect narrowleaf cottonwood/ skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (peregrine falcon, Grand Junction milkvetch, | **Action:**<br>No similar action. | **Action:**<br>Manage 20,466 acres as the Roubideau-Potter-Monitor ACEC to protect narrowleaf cottonwood/ skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (peregrine falcon, Grand Junction milkvetch, desert bighorn sheep, and northern leopard frog), and historic | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109488

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | desert bighorn sheep, and northern leopard frog), and historic resources. Management actions include the following:<br>• Provide facilities such as informational and interpretive signs, designated trail systems for non-motorized and non-mechanized travel, camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Issue no SRPs for competitive events.<br>• Allow organized group SRPs for groups up to 25 people.<br>• Prohibit harvesting forest and woodland products and Christmas tree cutting.<br>• Limit motorized and mechanized travel to designated roads and trails.<br>• VRM Class II.<br>• Close to recreational mining activities.<br>• Prohibit target shooting. | desert bighorn sheep, and northern leopard frog), and historic resources. Management actions include the following:<br>• Provide facilities such as informational and interpretive signs, designated trail systems for non-motorized and non-mechanized travel, camping areas, barricades, fences, etc. as needed for resource protection.<br>• Limit motorized and mechanized travel to designated routes.<br>• VRM Class II.<br>• Close to recreational mining activities.<br>• ROW avoidance with the following exceptions:<br>  ○ West Wide Energy corridor;<br>  ○ 100-foot buffer along county roads; and<br>  ○ Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities. | | resources. Management actions include the following:<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Issue no SRPs for competitive events.<br>• Allow organized group SRPs for groups up to 25 people.<br>• Prohibit harvesting forest and woodland products and Christmas tree cutting.<br>• Limit motorized and mechanized travel to designated routes.<br>• VRM Class II.<br>• Prohibit target shooting.<br>• Closed to fluid mineral leasing. | |
| 587. | **9. Lower Uncompahgre Plateau ACEC** | | | | | |
| 588. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage 31,923 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek | **Action:** |

BLM_0109489

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | | | | Basin and Roubidoux Creek as an ACEC to protect unique cultural resource values. Management actions include the following:<br>• Provide facilities such as informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades, fences, etc. as needed to provide resource protection.<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon<br>• Manage for the protection of historic Ute occupations and sacred sites<br>• Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy and Cushman Creek<br>• Limit motorized and mechanized travel to designated routes.<br>• VRM Class III. | |
| 589. | **10 & 11. San Miguel River Corridor ACEC** | | | | | |
| 590. | **Action:**<br>Manage 22,841 acres within the San Miguel River Special Recreation Management | **Action:**<br>Manage 35,182 acres within the San Miguel River SRMA as the San Miguel River | **Action:**<br>Manage 22,841 acres within the SRMA as the San Miguel River ACEC to protect | **Action:**<br>No similar action. | **Action:**<br>Manage 35,182 acres within the San Miguel River ACEC (expansion) to protect | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109490

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| Area (SRMA) as the San Miguel River ACEC to protect unique riparian resources, scenic values, and recreation management. Management actions include the following, per the San Juan/San Miguel River Management Plan Amendment for the San Miguel River ACEC and SRMA (BLM 1993):<br>• Allowable Use: Mineral Materials: Close to disposal of mineral materials unless disposal is needed to meet management goals for the river or riparian area.<br>• Allowable Use: Close xx acres to mineral materials sales.<br>• Manage mineral development to minimize impacts on riparian and recreation values<br>• Limit travel to designated routes.<br>• Limit camping along the river between Placerville and Sanborn Park Road to two designated sites only.<br>• Maximum length of stay is 14 days.<br>• All facility construction will protect riparian and scenic values.  Where | ACEC (expansion) to protect unique riparian resources, scenic values, and compatible recreation management. Management actions include the following:<br>• Allowable Use: Close to coal leasing.<br>• Limit motorized and mechanized travel to designated routes.<br>• Limit camping to designated sites and areas.<br>• Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, the camper must not return to that location for 30 days and/or must move at least 30 air miles away from the previously occupied location.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Close to recreational mining activities.<br>• Close to forest product harvest.<br>• Provide facilities such as informational and interpretive signs, designated trail systems | unique riparian resources, scenic values, and recreation management. Management actions include the following:<br>• Limit motorized and mechanized travel to designated routes.<br>• Limit camping to designated sites and areas.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Prohibit vegetation projects for improved livestock forage production.<br>• If disturbance of wintering eagles becomes evident, close the area to public use from November 16 to April 30.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and restrooms, barricades, fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to protect sensitive species and their habitats.<br>• Prohibit open campfires: require use of stoves or grills. | | unique riparian resources and scenic values. Management actions include the following:<br>• Allowable Use: Close to coal leasing.<br>• Limit motorized and mechanized travel to designated routes.<br>• Limit camping to designated sites and areas.<br>• Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, the camper must not return to that location for 30 days and/or must move at least 30 air miles away from the previously occupied location.<br>• Close to recreational mining activities.<br>• Close to forest product harvest.<br>• Close to fluid mineral leasing.<br>• Close to livestock grazing.<br>• Locate facility development outside the 100-year floodplain.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and restrooms, | |

BLM_0109491

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| possible, locate facility development outside the 100-year floodplain. <br>• Continue cooperation with The Nature Conservancy and CDOW to study suitability of the San Miguel River for river otter reintroduction. Support reintroduction into suitable habitat. <br>• With exception of three forest management areas designated in the original RMP, the ACEC is closed to forest product disposal, unless criteria of improving riparian values and maintaining forest health are met. <br>• Do not attempt to improve forage production through vegetation projects. <br>• Close to development of major utilities with the exception of those already established with San Miguel Power Association. <br>• Prohibit BLM-permitted actions, such as rights-of-ways, bike trails, camping areas, etc. in relic riparian communities within the ACEC. <br>• VRM Class II, except for the forest management | and restrooms, barricades, fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to protect sensitive species and their habitats. <br>• Prohibit open campfires: require use of stoves or grills. <br>• Prohibit wood collecting. <br>• Prohibit target shooting. <br>• VRM Class II. | • Prohibit wood collecting. <br>• Prohibit target shooting. <br>• VRM Class III. | | barricades, fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to protect sensitive species and their habitats. <br>• Prohibit open campfires: require use of stoves or grills. <br>• Prohibit wood collecting. <br>• Prohibit target shooting. <br>• VRM Class II. | |

BLM_0109492

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | areas from the original RMP which is VRM Class IV. | | | | | |
| 591. | **12. South Gunnison Sage-grouse Sites/San Miguel ACEC** | | | | | |
| 592. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 464 acres as the South Gunnison Sage-grouse Sites, San Miguel ACEC for greater protection and enhancement of Gunnison sage grouse habitat and reduce wildlife harassment by other users.<br>• Follow recommendations in San Miguel Basin Gunnison Sage-grouse Conservation Plan (2009. San Miguel Basin Gunnison Sage-grouse Working Group)  Manage vegetation for optimal Gunnison sage-grouse habitat.<br>• Close to motorized and mechanized travel during strutting, nesting and brood rearing season April 1 - July 15 to prevent disturbance to breeding sage-grouse.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109493

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | | protect sensitive species and their habitats.<br>• VRM Class III. | | | | |
| 593. | **13. Sims-Cerro Gunnison Sage-grouse ACEC** | | | | | |
| 594. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 25,621 acres as the Sims-Cerro Gunnison Sage-grouse ACEC for greater protection and enhancement of Gunnison sage-grouse habitat and reduce wildlife harassment by other users. Management includes the following:<br>• Manage vegetation for optimal Gunnison sage-grouse habitat.<br>• Close to motorized and mechanized travel during strutting, nesting and brood rearing season April 1 - July 15 to prevent disturbance to breeding sage grouse.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• VRM Class III.<br>• In cooperation with CDOW, develop a Sim Cerro Gunnison Sage-grouse Conservation Plan. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Manage 25,621 acres (two Highway 50/Cerro pieces) as the Sims-Cerro Gunnison Sage-grouse ACEC for greater protection and enhancement of Gunnison sage-grouse habitat and reduce wildlife harassment by other users. Management includes the following:<br>• Same as Alternative B. | **Action:** |

BLM_0109494

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| 595. | **14. Dolores Slickrock Canyon ACEC** | | | | | |
| 596. | **Action:** No similar action in current RMPs. | **Action:** Manage 10,666 acres as the Dolores River Slickrock Canyon ACEC. Management actions include the following:<br>• Close xx acres (overlapping Dolores Canyon WSA) to motorized and mechanized travel.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Allow camping only in designated sites and areas.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Require firepans and porta-potties for overnight use.<br>• VRM Class II.<br>• Close to recreational mining activities | **Action:** No similar action. | **Action:** No similar action. | **Action:** Manage 10,666 acres as the Dolores River Slickrock Canyon ACEC. Management actions include the following:<br>• Close xx acres (overlapping Dolores Canyon WSA) to motorized and mechanized travel.<br>• In the remaining portion of the ACEC, limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• VRM Class III. | **Action:** |
| 597. | **15. La Sal Creek ACEC** | | | | | |
| 598. | **Action:** No similar action in current RMPs. | **Action:** Manage 10,492 acres as the La Sal Creek ACEC. Management actions include | **Action:** No similar action. | **Action:** No similar action. | **Action:** Manage 10,492 acres as the La Sal Creek ACEC. Management actions include | **Action:** |

BLM_0109495

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | the following:<br>• Close xx acres overlapping the Dolores Canyon WSA to motorized and mechanized travel.<br>• In the remaining portion of the ACEC, limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Allow camping only in designated sites and areas.<br>• VRM Class II.<br>• Additional exceptions for ROW exclusion:<br>  ○ 0.25-mile buffer along private lands on the north side of the ACEC. | | | the following:<br>• Close xx acres overlapping the Dolores Canyon WSA to motorized and mechanized travel.<br>• In the remaining portion of the ACEC, limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Allow camping only in designated sites and areas.<br>• VRM Class III. | |
| 599. | **16. Coyote Wash ACEC** | | | | | |
| 600. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>No similar action. | **Action:**<br>Manage 2,102 acres as Coyote Wash ACEC. Management actions include the following:<br>• ROW exclusion: 0.25-mile buffer zone surrounding riparian corridors and hanging | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |

BLM_0109496

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|---|
| | | | | gardens.<br>• In remainder of ACEC, ROW avoidance with the following exceptions:<br>   ○ West Wide Energy corridor;<br>   ○ 100-foot buffer along county roads; and<br>   ○ Private in-holdings or edge-holdings will be allowed ROWs for reasonable access and utilities.<br>• Provide facilities such as informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• VRM Class III. | | | |
| 601. | | **17. East Paradox ACEC** | | | | | |
| 602. | | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 385 acres as the East Paradox ACEC. Management actions include the following:<br>• Limit motorized and mechanized travel to designated routes.<br>• Allowable Use: STIPULATION TL-X. *East Paradox ACEC.* Close to rock climbing during Peregrine breeding season (March 1 – August 15) if peregrine | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Manage 385 acres as the East Paradox ACEC/RNA. Management actions include the following:<br>• Management and long-term preservation of the BSC community will be emphasized in this management unit.<br>• Allow surface-disturbing activities associated with research for BSC and gypsipherous plant communities. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109497

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| | falcons are present.<br>• Allowable Use: Close to coal leasing.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• VRM Class III. | | | • Limit all travel (motorized, mechanized, and non-motorized/non-mechanized) to designated routes.<br>• Close to camping.<br>• Close to livestock grazing.<br>• Allowable Use: Close to coal leasing.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• VRM Class III. | |
| 603. | *18. West Paradox ACEC* | | | | | |
| 604. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 5,180 acres as the West Paradox ACEC. Management actions include the following:<br>• Limit motorized and mechanized travel to designated routes.<br>• Allowable Use: STIPULATION TL-X. *West Paradox ACEC.* Close to rock climbing during Peregrine breeding season (March 1 – August 15) if peregrine falcons are present.<br>• Provide facilities such as informational and interpretive signs, designated trail systems | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:** |

BLM_0109498

| | Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|---|
| | | and camping areas, restrooms, etc. as needed for resource protection. <br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats. <br>• VRM Class III. <br>• Allow camping only in designated sites and areas. | | | | |
| 605. | **19. West Paradox Rock Art (Paradox/Long Valley) ACEC** | | | | | |
| 606. | **Action:** <br>No similar action in current RMPs. | **Action:** <br>Manage 510 acres in the area of West Paradox Rock Art Complex as an ACEC to protect unique cultural resource values including numerous prehistoric petroglyphs and pictographs in the area. Management actions include the following: <br>• Limit motorized and mechanized travel to designated routes. <br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, etc. as needed for resource protection. <br>• Provide adequate protection (signing, use stipulations, barricades, | **Action:** <br>No similar action. | **Action:** <br>No similar action. | **Action:** <br>Manage 510 acres in the area of West Paradox Rock Art Complex as an ACEC to protect unique cultural resource values including numerous prehistoric petroglyphs and pictographs in the area. Management actions include the following: <br>• Limit motorized and mechanized travel to designated routes. <br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, etc. as needed for resource protection. <br>• Provide adequate protection (signing, use stipulations, barricades, | **Action:** |

BLM_0109499

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | fences, etc. as needed) to protect sensitive sites.<br>• Allow camping only in designated sites and areas.<br>• Prohibit target shooting.<br>• VRM Class III.<br>• Issue no SRPs for competitive events.<br>• Organized group SRPs would be allowed for groups up to 25 people.<br>• Designate areas to be used for rock climbing.<br>• If resource damage occurs, close to recreation, climbing, or the action that is causing damage. | | | fences, etc. as needed) to protect sites.<br>• Allow camping only in designated sites and areas.<br>• Prohibit target shooting.<br>• VRM Class II.<br>• Close to rock climbing.<br>• Issue no SRPs. | |
| 607. | **20. Tabeguache Pueblo and Tabeguache Caves ACEC** | | | | | |
| 608. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>Manage 26,286 acres in the area as the Tabeguache Pueblo and Tabeguache Caves ACEC to protect unique cultural resource values and to protect the Tabeguache Caves. Management actions include the following:<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive sites.<br>• Manage xx acres | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109500

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | | | | (Tabeguache Area) as VRM Class I.<br>• Manage remaining xx acres as VRM Class IV. | |
| **609.** | **Wilderness and Wilderness Study Areas** | | | | | |
| **610.** | **GOAL:**<br>Preserve the wilderness character of the Tabeguache Area. | | | | | |
| **611.** | **Objective:**<br>Provide protection and management of the Tabeguache Area (8,140 acres) to maintain wilderness character and potential for inclusion in the National Wilderness Preservation System as directed by Congress in the Colorado Wilderness Act of 1993 (PL 103-77, August 13, 1993). | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:** |
| **612.** | **Action:**<br>Apply the following management actions to the Tabeguache Area:<br>• VRM Class I<br>• Close to motorized and mechanized use<br>• ROW exclusion<br>• Allowable use: Withdrawn from locatable mineral entry<br>• Allowable Use: Close to coal leasing<br>• Allowable Use: No Leasing: Close to fluid mineral leasing<br>• Allowable Use: Close to non-energy solid mineral | **Action:**<br>Apply the following management actions to the Tabeguache Area:<br>• Same as Alternative B, plus:<br>   o   Close to target shooting. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109501

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | leasing.<br>• Allowable Use: Closed to salable mineral material disposal | | | | | |
| 613. | **GOAL:**<br>Preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined under Interim Management Policy for Lands Under Wilderness Review (BLM Manual H-8550-1 [BLM 1995b]) until Congress either designates these lands as wilderness or releases them for other purposes. | | | | | |
| 614. | **Objective:**<br>Manage the following WSAs under Interim Management Policy and Guidelines for Lands under Wilderness Review (BLM Manual H-8550-1 [BLM 1995b]) until such time as Congress either designates them as wilderness or releases them for other uses:<br>• Adobe Badlands (10,280 acres);<br>• Camel Back (10,660 acres);<br>• Dolores River Canyon (28,980 acres);<br>• Needle Rock ISA (80 acres); and<br>• Sewemup Mesa (1,800 acres). | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:** |
| 615. | **Action:**<br>Recommend xx acres as suitable for wilderness designation under Section 603 of FLPMA:<br>• Dolores River Canyon WSA (13,354 acres) (BLM 1985). | **Action:**<br>No similar action; this action has been completed. | **Action:**<br>No similar action; this action has been completed. | **Action:**<br>No similar action; this action has been completed. | **Action:**<br>No similar action; this action has been completed. | **Action:** |
| 616. | **Action:**<br>Recommend 20,827 acres | **Action:**<br>No similar action; this | **Action:**<br>No similar action; this | **Action:**<br>No similar action; this | **Action:**<br>No similar action; this | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109502

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | as nonsuitable for wilderness designation under Section 603 of FLPMA:<br>• Camel Back WSA (10,402 acres) (BLM 1989);<br>• Adobe Badlands WSA (10,425 acres) (BLM 1989); and<br>• Sewemup Mesa WSA (1,800 acres) (BLM 1987). | action has been completed. | action has been completed. | action has been completed. | action has been completed. | |
| 617. | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>• VRM Class I.<br>• ROW exclusion.<br>• Allowable Use: STIPULATION NGD-X WSAs: Prohibit surface-disturbing activities.<br>• Close to coal leasing.<br>• No Leasing: Close to fluid mineral leasing.<br>• Close to non-energy solid mineral leasing. | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>• VRM Class I.<br>• ROW exclusion.<br>• Allowable Use: STIPULATION NGD-X WSAs: Prohibit surface-disturbing activities.<br>• Close to coal leasing.<br>• No Leasing: Close to fluid mineral leasing.<br>• Close to non-energy solid mineral leasing.<br>• Close to salable mineral material disposal.<br>• Prohibit competitive events.<br>• Prohibit wood cutting.<br>• Prohibit target shooting. | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>• VRM Class I.<br>• ROW exclusion.<br>• Allowable Use: STIPULATION NGD-X WSAs: Prohibit surface-disturbing activities.<br>• Close to coal leasing.<br>• No Leasing: Close to fluid mineral leasing.<br>• Close to non-energy solid mineral leasing. | **Action:**<br>Same as Alternative C, plus:<br>• Close to salable mineral material disposal. | **Action:**<br>Same as Alternative B. | **Action:** |
| 618. | **Allowable Use:**<br>Needle Rock ISA and a portion of Adobe Badlands WSA (xx acres [Adobe Badlands ONA/ACEC and Needle Rock | **Allowable Use:**<br>All WSAs: Close to salable mineral material disposal. | **Allowable Use:**<br>No similar action. | **Allowable Use:**<br>Same as Alternative B. | **Allowable Use:**<br>Same as Alternative B. | **Allowable Use:** |

BLM_0109503

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | ONA/ACEC]): Close to salable mineral material disposal. | | | | | |
| 619. | **Action:**<br>Adobe Badlands, Sewemup Mesa, and Dolores River Canyon WSAs: Close to motorized and mechanized travel. (UFO Office-wide Travel Plan 2010; GJRMP 1987; SJSM RMP 1985)<br><br>Sewemup Mesa WSA: Issue special permits for vehicle use in administration of livestock grazing allotments.<br><br>Needle Rock ISA: Limit motorized and mechanized travel to the one existing way (county road). (UFO Office-wide Travel Plan 2010)<br><br>Camelback WSA: Close to motorized and mechanized travel. (Dry Creek Travel Plan 2010) | **Action:**<br>Camelback, Adobe Badlands, Sewemup Mesa, and Dolores River Canyon WSAs: Close to motorized and mechanized travel.<br><br>Needle Rock ISA: Limit motorized and mechanized travel to designated routes. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 620. | **Action:**<br>Dolores River Canyon WSA:<br>• Prohibit motorized river activities.<br>• Close ways. (BLM 1985) | **Action:**<br>Same as Alternative A.<br>*(Note: ways have already been closed)* | **Action:**<br>Same as Alternative A.<br>*(Note: ways have already been closed)* | **Action:**<br>Same as Alternative A.<br>*(Note: ways have already been closed)* | **Action:**<br>Same as Alternative A.<br>*(Note: ways have already been closed)* | **Action:** |
| 621. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>If Congress releases WSAs from Wilderness consideration, continue to protect the wilderness | **Objective:**<br>If Congress releases WSAs from Wilderness consideration, manage Adobe Badlands, | **Objective:**<br>If Congress releases WSAs from Wilderness consideration, manage them for multiple uses consistent | **Objective:**<br>If Congress releases Camelback, Dolores River Canyon, or Sewemup Mesa WSAs from Wilderness | **Objective:** |

BLM_0109504

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | characteristics of Adobe Badlands, Camelback, Sewemup Mesa, and Dolores River Canyon WSAs. Since Needle Rock ISA does not have sufficient size to possess wilderness characteristics, manage it for multiple uses consistent with the goals and objectives in the RMP. | Camelback, Sewemup Mesa, and Dolores River Canyon WSAs to protect their wilderness characteristics where conflicts with resource uses are not present. Where conflicts with resource uses are present, allow resource use with limitations. Since Needle Rock ISA does not have sufficient size to possess wilderness characteristics, manage it for multiple uses consistent with the goals and objectives in the RMP. | with the goals and objectives in the RMP. | consideration, continue to protect the wilderness characteristics of the areas. Should Congress release Needle Rock ISA or Adobe Badlands WSA from Wilderness consideration, manage them for multiple uses consistent with the goals and objectives in the RMP. | |
| 622. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Adobe Badlands WSA from Wilderness consideration, manage the lands consistent with prescriptions under the "Lands with Wilderness Characteristics" section of this RMP. | **Action:**<br>If Congress releases Adobe Badlands WSA from Wilderness consideration, manage the lands for multiple uses consistent with the goals and objectives in the RMP. | **Action:**<br>Same as Alternative C. | **Action:**<br>Same as Alternative B. | **Action:** |
| 623. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Camelback WSA from Wilderness consideration, manage the lands consistent with prescriptions under the "Lands with Wilderness Characteristics" section of this RMP. | **Action:**<br>Same as Alternative B. | **Action:**<br>If Congress releases Camelback WSA from Wilderness consideration, manage the lands for multiple uses consistent with the goals and objectives in the RMP. | **Action:**<br>Same as Alternative B. | **Action:** |
| 624. | **Action:**<br>No similar action in current | **Action:**<br>If Congress releases Needle | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109505

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | RMPs. | Rock ISA WSA from Wilderness consideration, manage the lands for multiple uses consistent with the goals and objectives in the RMP. | | | | |
| 625. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Sewemup Mesa WSA from Wilderness consideration:<br>• VRM Class II.<br>• ROW exclusion.<br>• Allowable Use: STIPULATION NGD-X *Sewemup Mesa WSA if Released from Wilderness Consideration*: Prohibit surface-disturbing activities.<br>• Close to fluid mineral leasing.<br>• Close to non-energy solid mineral leasing.<br>• Close to salable mineral material disposal.<br>• Issue no SRPs for competitive events.<br>• Prohibit wood cutting.<br>• Open to livestock grazing.<br>• Close to motorized travel activities, including over-the-snow travel.<br>• Close to cross-country mechanized travel. | **Action:**<br>Same as Alternative B. | **Action:**<br>If Congress releases Sewemup Mesa WSA from Wilderness consideration, manage the lands for multiple uses consistent with the goals and objectives in the RMP. | **Action:**<br>If Congress releases Sewemup Mesa WSA from Wilderness consideration, manage the lands consistent with prescriptions under the "Lands with Wilderness Characteristics" section of this RMP. | **Action:** |
| 626. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness | **Action:**<br>Same as Alternative C. | **Action:** |

BLM_0109506

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
|  | consideration, continue to manage consistent with "MA-1" of the San Juan Public Lands Center DEIS/DRMP (Pg 2.66, Volume 1, Chapter 2) (2010):<br>• Close to motorized and mechanized travel;<br>• Maintain a general absence of management activities; and Allowable Use: STIPULATION NSO-X *Dolores River Canyon WSA if Released from Wilderness Consideration*: Prohibit surface occupancy. | consideration, manage the lands consistent with prescriptions under the "Lands with Wilderness Characteristics" section of this RMP. | consideration, manage the lands for multiple uses consistent with the goals and objectives in the RMP. |  |  |

| 627. | **Wild and Scenic Rivers – Also see Table 2 at the end of this document** |||||

| 628. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*<br>• *Assess all eligible river segments and determine which are suitable or non-suitable per Section 5(d)(1) of the Wild and Scenic Rivers Act of 1968, as amended (see BLM Manual 8351).*<br>• *Subject to valid existing rights, avoid approval of proposed actions that could degrade the values of potential special designations. Proposed actions will be reviewed on a case-by-case basis and impacts to an area's values will be assessed. The standard for this review is the protection of the area's resources and values so that the area will not be disqualified from designation. Subject to valid existing rights, proposed actions that cannot meet this standard should be postponed, relocated, mitigated, or denied until the planning for this area is completed.* |||||

| 629. | **GOAL:**<br>Protect NWSRS-eligible segments in accordance with the Wild and Scenic River Act and BLM guidance (see BLM Manual 8351 [BLM 1993c]. | **GOAL:**<br>Evaluate eligible river segments and identify suitable segments for inclusion in the NWSRS, protecting them in accordance with the Wild and Scenic River Act and BLM guidance (see BLM Manual 8351 [BLM 1993c]). |||||

| 630. | **Objective:**<br>Preserve the preliminary classification of each eligible segment by protecting its free-flowing nature, water | **Objective:**<br>Preserve the recommended classification of each suitable segment by protecting its free-flowing nature, water | **Objective:**<br>Do not protect the attributes of segments via Wild and Scenic River status. | **Objective:**<br>Same as Alternative C. | **Objective:**<br>Same as Alternative B. | **Objective:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109507

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| Alternative A *Current Management (No Action)* | Alternative B *Preservation / High-intensity Management* | Alternative C *Development / High-intensity Management* | Alternative D *Development / Low-intensity Management* | Alternative E *Preservation / Low-intensity Management* | Alternative F *Preferred* |
|---|---|---|---|---|---|
| quality, and outstandingly remarkable value(s) (ORV), pending congressional action or for the duration of the RMP. | quality, and ORV(s), pending congressional action or for the duration of the RMP. | | | | |
| **Action:** Identify the following 28 stream segments as eligible for inclusion in the NWSRS. See Table 2-X, Summary of Wild and Scenic River Study Segments, for total segment lengths, classification, and segment study corridor acreages, as well as segment lengths on BLM land and segment study corridor acreages on BLM land (a description of each segment is provided in Appendix X): <br>• Gunnison River Segment 2; <br>• Monitor Creek; <br>• Potter Creek; <br>• Roubideau Creek Segment 1; <br>• Roubideau Creek Segment 2; <br>• Deep Creek; <br>• West Fork Terror Creek; <br>• Beaver Creek; <br>• Dry Creek Segment 1; <br>• Naturita Creek; <br>• Saltado Creek; <br>• San Miguel River Segment 1; <br>• San Miguel River Segment 2; | **Action:** Identify the following stream segments as suitable for inclusion in the NWSRS. See Table 2-X, Summary of Wild and Scenic River Study Segments, for total segment lengths, classification, and segment study corridor acreages, as well as segment lengths on BLM land and segment study corridor acreages on BLM land (a description of each segment is provided in Appendix X): <br>• Gunnison River Segment 2; <br>• Monitor Creek; <br>• Potter Creek; <br>• Roubideau Creek Segment 1; <br>• Roubideau Creek Segment 2; <br>• Deep Creek; <br>• West Fork Terror Creek; <br>• Beaver Creek; <br>• Dry Creek Segment 1; <br>• Naturita Creek; <br>• Saltado Creek; <br>• San Miguel River Segment 1; <br>• San Miguel River Segment 2; | **Action:** Determine all 28 eligible stream segments as not suitable for inclusion in the NWSRS and release them from interim management protections afforded eligible segments. This concludes the suitability study phase for these segments. | **Action:** Same as Alternative C. | **Action:** Same as Alternative B. | **Action:** |

(Row number: 631.)

BLM_0109508

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | • San Miguel River Segment 3;<br>• San Miguel River Segment 5;<br>• San Miguel River Segment 6;<br>• Tabeguache Creek Segment 1;<br>• Tabeguache Creek Segment 2;<br>• Lower Dolores River;<br>• Dolores River Segment 1;<br>• Dolores River Segment 2;<br>• North Fork Mesa Creek;<br>• Ice Lake Creek Segment 2;<br>• La Sal Creek Segment 1;<br>• La Sal Creek Segment 2;<br>• La Sal Creek Segment 3;<br>• Lion Creek Segment 2; and<br>• Spring Creek. | • San Miguel River Segment 3;<br>• San Miguel River Segment 5 (note: segments 5 and 6 described in eligibility were combined into one larger segment);<br>• Tabeguache Creek Segment 1;<br>• Tabeguache Creek Segment 2;<br>• Lower Dolores River;<br>• Dolores River Segment 1;<br>• Dolores River Segment 2A;<br>• Dolores River Segment 2B;<br>• North Fork Mesa Creek;<br>• Ice Lake Creek Segment 2;<br>• La Sal Creek Segment 1;<br>• La Sal Creek Segment 2;<br>• La Sal Creek Segment 3;<br>• Lion Creek Segment 2; and<br>• Spring Creek. | | | | |
| 632. | **Action:**<br>Establish the following interim protective management guidelines for all eligible segments pending Congressional action.  All interim protective management is subject to valid existing rights.<br>• Approve no actions altering the free-flowing nature of eligible | **Action:**<br>Establish the following interim protective management guidelines for all suitable segments pending Congressional action or for the duration of the RMP.  All interim protective management is subject to valid existing rights. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative C. | **Action:**<br>Same as Alternative B. | **Action:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109509

| Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|
| segments through impoundments, diversions, channeling, or riprapping.<br>• Approve no action that will have an adverse effect on an eligible segment's identified ORV(s). Enhance identified ORV(s) to the extent practicable.<br>• Approve no action that will modify an eligible segment or its corridor to the degree that its eligibility or tentative classification would be affected.<br>• Approve no action that would diminish water quality to the point that the water quality would no longer support the ORV(s). | In addition to actions described in Alternative A:<br>• Manage Wild and Scenic River study segments classified as "wild" as VRM Class I.<br>• Manage Wild and Scenic River study segments classified as "scenic" as VRM Class II.<br>• Manage Wild and Scenic River study segments classified as "recreational" as VRM Class III.<br>• Manage Wild and Scenic River study segments classified as "wild" as ROW exclusion areas.<br>• Manage Wild and Scenic River study segments classified as "scenic" and "recreational" as ROW avoidance areas.<br>• Allowable Use: **STIPULATION** NSO/NGD-XX: *WSR Study Segments Classified as Wild.* Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of either side of the active river channel (bank-full stage). (Refer to Appendix X.) See Figure 2-X in Appendix X.<br>• Allowable Use: **STIPULATION** CSU/SSR-XX: *WSR Study* | | | | |

BLM_0109510

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | Segments Classified as Scenic and Recreational. Apply CSU (site-specific relocation) restrictions within 0.25-mile on either side of the active river channel (bank-full stage). (Refer to Appendix X.) See Figure 2-X in Appendix X. | | | | |
| 633. | **Watchable Wildlife** | | | | | |
| 634. | Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):<br>• Designate national recreation trails, Watchable Wildlife viewing sites, wild horse and burro ranges, or other BLM administrative designations.<br>• Subject to valid existing rights, avoid approval of proposed actions that could degrade the values of potential special designations. Proposed actions will be reviewed on a case-by-case basis and impacts to an area's values will be assessed. The standard for this review is the protection of the area's resources and values so that the area will not be disqualified from designation. Subject to valid existing rights, proposed actions that cannot meet this standard should be postponed, relocated, mitigated, or denied until the planning for this area is completed. | | | | | |
| 635. | **GOAL:**<br>Provide opportunities for publics to see and enjoy native wildlife. | | | | | |
| 636. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Designate and provide information to the public on Watchable Wildlife Areas. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>No similar objective. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 637. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate the following as Watchable Wildlife Areas. Focus management on enhancing wildlife habitat in these areas and providing opportunities for the public to view and learn about the wildlife of these areas.<br>• Uncompahgre Riverway<br>• Fruitgrowers Reservoir (IBA)<br>• Escalante (IBA)<br>• Billy Creek<br>• San Miguel River ACEC | **Action:**<br>Designate the following as Watchable Wildlife Areas. Focus management on enhancing wildlife habitat in these areas and providing opportunities for the public to view and learn about the wildlife of these areas.<br>• Fruitgrowers Reservoir (IBA)<br>• Escalante (IBA)<br>• San Miguel River ACEC (IBA) | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109511

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management*<br>*(IBA)* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| 638. | **Action:** Where feasible, complete wildlife habitat improvements to enhance wildlife viewing in association with cultural values. (BLM 1985) SJSMRMP, Area F. | **Action:** Where feasible, complete wildlife habitat improvements to enhance fish/wildlife viewing opportunities, while maintaining protection of fish/wildlife. | **Action:** Same as B | **Action:** No similar action. | **Action:** Same as B | **Action:** |
| 639. | **Action:** No similar action in current RMPs. | **Action:** Manage XX acres of Fruitgrowers WWA to protect and enhance migratory and breeding bird habitat. | **Action:** Same as Alternative B. | **Action:** No similar action. | **Action:** Same as Alternative B. | **Action:** |
| 640. | **Action:** No similar action in current RMPs. | **Action:** Manage XX acres of Escalante WWA to protect and enhance migratory and breeding bird habitat. | **Action:** Same as Alternative B. | **Action:** No similar action. | **Action:** Same as Alternative B. | **Action:** |
| 641. | **Action:** No similar action in current RMPs. | **Action:** Manage XX acres of Billy Creek WWA to protect and enhance migratory and breeding bird and big game habitat. | **Action:** No similar action. | **Action:** No similar action. | **Action:** Same as Alternative B. | **Action:** |
| 642. | **Action:** No similar action in current RMPs. | **Action:** Manage XX acres of Uncompahgre River WWA to protect and enhance migratory and breeding bird and native fish habitat. | **Action:** No similar action. | **Action:** No similar action. | **Action:** Same as Alternative B. | **Action:** |
| 643. | **Action:** No similar action in current RMPs. | **Action:** Manage XX acres of San Miguel WWA to protect and enhance migratory and breeding bird and native fish habitat. | **Action:** Same as Alternative B. | **Action:** No similar action. | **Action:** Same as Alternative B. | **Action:** |

BLM_0109512

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| 644. | Action:<br>No similar action in current RMPs. | Action:<br>In coordination with CDOW and local wildlife-related organizations (e.g., Black Canyon Audubon, Colorado Breeding Bird Atlas, CNAP, hunting groups), evaluate known wildlife concentration areas or areas with special wildlife interest for possible additional designation as Watchable Wildlife Areas. | Action:<br>Same as Alternative B. | Action:<br>No similar action. | Action:<br>No similar action. | Action: |
| 645. | Action:<br>No similar action in current RMPs. | Action:<br>Provide facilities such as informational and interpretive signs, designated trail systems, and restrooms, as needed to provide enhances visitor use, enjoyment, and safety. Provide adequate protection (e.g., signing, use stipulations, barricades, fences) as needed to protect sensitive species and their habitats. | Action:<br>Same as Alternative B. | Action:<br>No similar action. | Action:<br>Same as Alternative B. | Action: |
| 646. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION**<br>NSO/NGD. *Uncompahgre Riverway, Fruitgrowers Reservoir, Escalante, Billy Creek, and San Miguel River Watchable Wildlife Areas.* Prohibit surface occupancy and surface-disturbing activities within Watchable Wildlife Areas. | Allowable Use:<br>**STIPULATION**<br>CSU/SSR. *Fruitgrowers Reservoir, Escalante, and San Miguel River Watchable Wildlife Areas.* Apply CSU (site-specific relocation) restrictions within Watchable Wildlife Areas. Surface-disturbing activity may be shifted up to 1.0 miles to protect the | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. | Allowable Use: |

BLM_0109513

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative<br>F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | | specified resource or value (migratory bird or big game habitat). | | | |
| 647. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Manage Uncompahgre Riverway, Fruitgrowers Reservoir Escalante, Billy Creek, and San Miguel River Watchable Wildlife Areas as ROW Exclusion areas. | Allowable Use:<br>Manage Uncompahgre Riverway, Fruitgrowers Reservoir Escalante, Billy Creek, and San Miguel River Watchable Wildlife Areas as ROW Avoidance areas. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. | Allowable Use: |
| 648. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** TL-x. *Migratory Bird Breeding Habitat in Fruit Growers, Escalante, and San Miguel Watchable Wildlife Areas.* <u>Prohibit disruptive land use activities</u> such as, but not limited to, surface disturbance and <u>vegetation-altering</u> activities, from <u>May 1 through July 31</u>. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority lists. (The affected portions of this lease include: <LEGAL_DESCRIPTION>.) | Allowable Use:<br>Same as Alternative B. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. | Allowable Use: |
| 649. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** TL-x. *Big Game Crucial Winter Range (Elk, Mule Deer, Pronghorn, Moose) in Billy Creek Watchable Wildlife Area.* Prohibit surface-occupancy, | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. | Allowable Use: |

BLM_0109514

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | surface-disturbing activities, and disruptive activities (see Glossary) in big game crucial winter range including severe winter range and winter concentration areas as mapped by the CDOW, during the specific periods as follows (stated dates are inclusive): (The affected portions of this lease include <LEGAL DESCRIPTION>.)<br>**Elk and Mule Deer:** December 1- April 30<br>**Pronghorn:** January 1- March 31<br>**Moose:** November 15 – May 30<br>Note that some travel closures and restrictions may also apply in specific geographic areas. | | | | |
| 650. | **National Trails and BLM Byways** | | | | | |
| 651. | Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):<br>• Designate BLM Scenic or Back County Byways. Detailed procedural guidance for nomination and designation of BLM byways, as well as other byway designations occurring on BLM lands (such as All American Roads, National Scenic Byways, State Scenic Byways, Forest Scenic Byways, and similar) can be found in Handbook 8357-1: Byways, 12/17/93.<br>• Designate national recreation trails, Watchable Wildlife viewing sites, wild horse and burro ranges, or other BLM administrative designations.<br>• Subject to valid existing rights, avoid approval of proposed actions that could degrade the values of potential special designations. Proposed actions will be reviewed on a case-by-case basis and impacts to an area's values will be assessed. The standard for this review is the protection of the area's resources and values so that the area will not be disqualified from designation. Subject to valid existing rights, proposed actions that cannot meet this standard should be postponed, relocated, mitigated, or denied until the planning for this area is completed. | | | | | |
| 652. | **GOAL:**<br>Need to add goal. | | | | | |
| 653. | *National Trails* | | | | | |
| 654. | **GOAL:** | | | | | |

BLM_0109515

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated National Scenic, Historic, and Recreation Trails. | | | | | |
| 655. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Identify and manage National Historic Trails. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 656. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Evaluate known historic trails for their eligibility for inclusion in the National Historic Trails system. Potentially eligible trails within the UFO include: Ute Trail, Rivera Expedition Trail, Dominguez/Escalante Trail, Loring Military Expedition Trail, Gunnison Expedition Trail, and others. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 657. | **Action:**<br><br>No similar action in current RMPs. | **Action:**<br>Manage known historic trails as ROW avoidance areas. | **Action:**<br>Should any historic trails become designated as National Historic Trails, manage them as ROW avoidance areas. | **Action:**<br>Same as Alternative C. | **Action:**<br>Same as Alternative B. | **Action:** |
| 658. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage historic trails that are nominated for inclusion in the National Historic Trails system as closed to coal leasing, mineral material disposal, and nonenergy solid mineral leasing. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 659. | **Objective:**<br>Manage consistently with the congressional designation of the Old Spanish National Historic Trail. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:** |
| 660. | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** | **Action:** |

BLM_0109516

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Evaluate segments of the Old Spanish Trial for their eligibility to contribute to the National Historic Trail. | Same as Alternative A. | Same as Alternative A. | Same as Alternative A. | Same as Alternative A. | |
| 661. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate 50 meters on both sides of the Old Spanish National Historic Trail as a ROW avoidance area. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 662. | **Action:**<br>Close all National Trails to coal leasing (43 CFR 3400.2(a)(4)). | **Action:**<br>Same as Alternative A, plus close all National Trails to mineral material disposal and nonenergy solid mineral leasing. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 663. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>STIPULATION NSO-X: *Old Spanish National Historic Trail*. Prohibit surface occupancy within an 804-meter (0.5-mile) buffer of the center line. | **Allowable Use:**<br>STIPULATION NSO-X: *Old Spanish National Historic Trail*. Prohibit surface occupancy within a 50-meter (164-foot) buffer of the center line. | **Allowable Use:**<br>Same as Alternative C. | **Allowable Use:**<br>STIPULATION NSO-X: *Old Spanish National Historic Trail*. Prohibit surface occupancy within a 200-meter (656-foot) buffer of the center line. | **Allowable Use:** |
| 664. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>STIPULATION CSU-X: *Old Spanish National Historic Trail*.  Apply CSU (site-specific relocation) restrictions within 8 kilometers (5 miles) of either side of the Old Spanish National Historic Trail.<br><br>Rationale: Protect potential cultural sites. | **Allowable Use:**<br>Same as Alternative A. | **Allowable Use:**<br>Same as Alternative A. | **Allowable Use:**<br>Same as Alternative B. | **Allowable Use:** |
| 665. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage the Paradox and Tabeguache Trails to | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |

BLM_0109517

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | provide for the ever-increasing outdoor recreation needs of an expanding urban population and to promote the preservation of public access to, travel within, and enjoyment and appreciation of the scenic, natural and cultural resources of the trails. | | | | |
| 666. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Petition the Secretary of Interior to designate the following as National Recreation Trail as described in the National Trails System Act of 2002 (PL 90-543):<br>• Paradox Trail; and<br>• Tabeguache Trail. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative A. | **Action:**<br>Petition the Secretary of Interior to designate the following as a National Recreation Trail as described in the National Trails System Act of 2002 (PL 90-543):<br>• Paradox Trail. | **Action:** |
| 667. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>STIPULATION NSO-X: *National Recreation Trails.* Prohibit surface occupancy and surface-disturbing activities within an 804-meter (0.5-mile) buffer off the center line. | **Allowable Use:**<br>STIPULATION NSO-X: *National Recreation Trails.* Prohibit surface occupancy and surface-disturbing activities within a 50-meter (xx-foot) buffer off the center line. | **Allowable Use:**<br>Same as Alternative A. | **Allowable Use:**<br>STIPULATION NSO-X: *National Recreation Trails.* Prohibit surface occupancy and surface-disturbing activities within a 200-meter (xx-foot) buffer off the center line. | **Action:** |
| 668. | *National, State, and BLM Byways* | | | | | |
| 669. | **GOAL:**<br>Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated byways. | | | | | |
| 670. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Support efforts of designated byway corridor management plans and provide assistance in the development of byway | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |

*Uncompahgre Resource Management Plan Revision*

BLM_0109518

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | facilities consistent with other decisions of this RMP.<br>• Grand Mesa Scenic and Historic Byway;<br>• San Juan Skyway (National Scenic Byway and All-American Road);<br>• Unaweep-Tabeguache Scenic and Historic Byway (Colorado Scenic and Historic Byway); and<br>• West Elk Scenic and Historic Byway (Colorado Scenic and Historic Byway). | | | | |
| 671. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage all National, State, and BLM Byways as ROW avoidance areas. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 672. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate all National, State, and BLM Byways as VRM Class II within 0.5-mile from either side of center line. | **Action:**<br>Designate all National, State, and BLM Byways as VRM Class III within 0.5-mile from either side of center line. | **Action:**<br>Same as Alternative C. | **Action:**<br>Same as Alternative B. | **Action:** |
| 673. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>STIPULATION NSO-X: *Scenic Byways*. Prohibit surface occupancy and surface-disturbing activities within the viewshed of scenic byways, up to 0.25-mile. (Refer to Appendix X.)<br><br>Exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from | **Allowable Use:**<br>STIPULATION CSU-X: *Scenic Byways*. Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within 0.25-mile of scenic byways. (Refer to Appendix X.)<br><br>Exception could be granted if: (a) a viewshed analysis indicates no impairment of | **Allowable Use:**<br>STIPULATION CSU-X: *Scenic Byways*. Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within 0.5-mile of scenic byways. (Refer to Appendix X.)<br><br>Exception could be granted if: (a) a viewshed analysis indicates no impairment of | **Allowable Use:**<br>STIPULATION NSO-X: *Scenic Byways*. Prohibit surface occupancy and surface-disturbing activities within the viewshed of scenic byways, up to 0.50-mile. (Refer to Appendix X.)<br><br>Exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from | **Allowable Use:** |

BLM_0109519

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources. | the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources. | the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources. | the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources. | |
| 674. | **Cadastral** | | | | | |
| 675. | *Decisions to be made (per BLM Land Use Planning Handbook H-1601-1):*<br>• *Identify planning boundaries so the geographic extent of land use decisions is clearly understood.*<br>• *The plan may identify areas where additional cadastral survey work is needed to locate and mark boundaries on the ground, including those areas identified for disposal.*<br>• *The plan may also identify the need to complete more detailed boundary management plans.* | | | | | |
| 676. | **GOAL:**<br>Identify BLM land boundaries and resolve BLM land boundary issues. | | | | | |
| 677. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Meet land use plan objectives for other resources and uses. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:**<br>Same as Alternative B. | **Objective:** |
| 678. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Conduct cadastral surveys as needed to locate and mark public land boundaries on the ground. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 679. | **Native American Tribal Uses** | | | | | |
| 680. | **GOAL:**<br>Manage public lands in a manner that accommodates American Indian religious traditions, practices, and beliefs. | | | | | |
| 681. | **Objective:**<br>Allow the appropriate tribal governments to comment on developments or projects on public lands which may affect Native American Religious | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative A. | **Objective:** |

BLM_0109520

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | Concerns. | | | | | |
| 682. | **Action:**<br>Current management practices are guided by directives contained in BLM 8120, American Indian Religious Freedom Act (AIRFA, 42USC1996), Native American Graves Protection and Repatriation Act (NAGPRA, 25USC 3001) Executive Order 13007 (Indian Sacred Sites) and Executive Order 13084 (Tribal Consultation). | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 683. | **Action:**<br>During project planning, consult with tribes regarding visual resources in connection with Native American religious values and practices. If visual resources in the project proposal area are important to traditional and religious tribal values, the project may be modified or mitigated. If the project modification or mitigation cannot be accomplished to the satisfaction of the concerned parties, the project may be cancelled at the discretion of the Authorized Officer. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |
| 684. | **Action:**<br>Continue Native American consultation to identify any traditional cultural | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:** |

BLM_0109521

| | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B<br>*Preservation /*<br>*High-intensity Management* | Alternative C<br>*Development /*<br>*High-intensity Management* | Alternative D<br>*Development /*<br>*Low-intensity Management* | Alternative E<br>*Preservation /*<br>*Low-intensity Management* | Alternative F<br>*Preferred* |
|---|---|---|---|---|---|---|
| | properties, sacred/religious sites, or special use areas through letters, phone calls, and on-site visits. If any areas are identified or become known through the Native American notification or consultation process, address their concerns through site and project specific modification and/or mitigation. | | | | | |
| 685. | **Action:** Protect and preserve Native American cultural and sacred sites and Native American access to these sites whenever possible. Take no action that would adversely affect these areas or locations without consultation with the appropriate Native American tribes. (Executive Orders 13007 and 13084). | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** |
| 686. | ***Public Health & Safety*** | | | | | |
| 687. | **GOAL:** Manage public lands to reduce hazardous risks to protect lives, resources, and property. Enhance public health in cooperation with local communities. | | | | | |
| 688. | **Objective:** No similar objective in current RMPs. | **Objective:** Reduce risks from potential hazard sites and pursue the reduction of hazards. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** Same as Alternative B. | **Objective:** |
| 689. | **Action:** Post caution signs for the public in the North Delta unexploded ordinance area. | **Action:** No similar action, this action has been completed. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** Same as Alternative B. | **Action:** |
| 690. | **Action:** Require project proponents | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** Same as Alternative A. | **Action:** |

BLM_0109522

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

| | **Alternative A** *Current Management (No Action)* | **Alternative B** *Preservation / High-intensity Management* | **Alternative C** *Development / High-intensity Management* | **Alternative D** *Development / Low-intensity Management* | **Alternative E** *Preservation / Low-intensity Management* | **Alternative F** *Preferred* |
|---|---|---|---|---|---|---|
| | in the North Delta unexploded ordinance area to clear the affected project area on a project-specific basis. | | | | | |
| 691. | **Allowable Use:** **LEASE NOTICE** UFO-08: The lease area is known to contain unexploded ordinance. The Colorado National Guard and Army Reserve used the lease area as a practice area for military training in the past. Periodic surface searches for ordinance may not have located and removed all of the ordinance. Prior to any new activity on the lease area, a survey for surface and subsurface unexploded ordinance is required to avoid impacts to health and safety. Lessees must contact the Uncompahgre Field Office prior to any surface activities associated with this lease. The lessee will be required to coordinate with the Colorado National Guard, Army Reserve and the Colorado Department of Public Health and Environment to conduct additional surveys to ensure that there is no unexploded ordinance present on the proposed disturbance sites and appropriate actions are | **Allowable Use:** Same as Alternative A. | **Allowable Use:** Same as Alternative A. | **Allowable Use:** Same as Alternative A. | **Allowable Use:** Same as Alternative A. | **Allowable Use:** |

BLM_0109523

| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | taken to be sure the sites are safe for use. BLM may recommend modifications to exploration and development proposals to avoid impacts to health and safety. The lease holder agrees to indemnify the United States against any liability arising from the lease holder's and its agents activities on the lease area. | | | | | |
| 692. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Hazardous material response will be conducted in accordance with the local Hazardous Materials plan (BLM: insert citation) and the National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR 300). | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 693. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>To the extent possible, clean up and reclaim sites in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR 300) and the Comprehensive Environmental Response, Compensation, and Liability Act. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:**<br>Same as Alternative B. | **Action:** |
| 694. | **Allowable Use:**<br>No similar allowable use in current RMPs. | **Allowable Use:**<br>Stipulation CSU/SSR-X: *DOE Uranium Mill Tailings Remedial Action Area.* Apply CSU (site-specific | **Allowable Use:** Same as Alternative B. | **Allowable Use:** Same as Alternative B. | **Allowable Use:** Same as Alternative B. | **Allowable Use:** |

BLM_0109524



| | **Alternative A**<br>*Current Management*<br>*(No Action)* | **Alternative B**<br>*Preservation /*<br>*High-intensity Management* | **Alternative C**<br>*Development /*<br>*High-intensity Management* | **Alternative D**<br>*Development /*<br>*Low-intensity Management* | **Alternative E**<br>*Preservation /*<br>*Low-intensity Management* | **Alternative F**<br>*Preferred* |
|---|---|---|---|---|---|---|
| | | relocation) restrictions in the supplemental standard area around Uravan associated with the DOE Uranium Mill Tailings Remedial Action Area. | | | | |
| 695. | **Action:**<br>No similar action. | **Action:**<br>Manage abandoned mine lands projects to include road closures and rehabilitation to reduce active erosion. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. | **Action:** |

BLM_0109525

*Internal Draft Alternatives for Cooperating Agency and RAC Subgroup Review – FOR INTERNAL USE ONLY*

**Table 2**
**Summary of Wild and Scenic River Study Segments**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Gunnison River Segment 2 | 0.41 | 0.41 | 128.6 | 85.5 | Recreational | Fish |
| Monitor Creek | 9.42 | 9.42 | 2,732.4 | 2,613.0 | Wild | Vegetation |
| Potter Creek | 9.82 | 9.82 | 2,878.5 | 2,828.5 | Wild | Vegetation |
| Rose Creek | 3.90 | 3.90 | 1,307.3 | 1,266.9 | Wild | Scenic |
| Roubideau Creek Segment 1 | 10.74 | 10.00 | 2,851.6 | 2,703.0 | Wild | Recreational, Wildlife, Cultural, Vegetation |
| Roubideau Creek Segment 2 | 7.59 | 3.45 | 2,204.7 | 1,326.7 | Scenic | Wildlife, Vegetation |
| Deep Creek | 2.55 | 0.58 | 807.9 | 127.7 | Scenic | Fish |
| West Fork Terror Creek | 1.21 | 0.47 | 385.5 | 151.3 | Scenic | Fish |
| Beaver Creek | 14.25 | 14.19 | 4,293.2 | 3,707.4 | Scenic | Vegetation |
| Dry Creek Segment 1 | 10.49 | 10.42 | 2,843.9 | 2,760.4 | Wild | Scenic, Geologic |
| Naturita Creek | 24.97 | 9.99 | 6,417.4 | 3,238.5 | Scenic | Fish |
| Saltado Creek | 5.56 | 4.14 | 1,761.4 | 1,448.4 | Wild | Vegetation |
| San Miguel River Segment 1 | 27.23 | 17.34 | 8,444.0 | 6,679.2 | Recreational | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology |
| San Miguel River Segment 2 | 4.01 | 3.64 | 1,256.0 | 1,112.0 | Wild | Scenic, Recreational, Wildlife, Vegetation |
| San Miguel River Segment 3 | 7.31 | 5.30 | 2,288.3 | 1,880.7 | Scenic | Recreational, Fish, Wildlife, Vegetation |
| San Miguel River Segment 5 (Alternative A)[1] | 14.00 | 2.59 | 4,348.5 | 2,738.1 | Recreational | Recreational, Fish, Historic, Vegetation |
| San Miguel River Segment 5 (Action Alternatives)[1] | XX | XX | XX | XX | Recreational | Recreational, Fish, Historic, Vegetation |
| San Miguel River Segment 6 | 3.23 | 2.25 | 989.4 | 808.7 | Recreational | Recreational, Fish, |

BLM_0109526

**Table 2**
**Summary of Wild and Scenic River Study Segments**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| *(Alternative A)*[1] | | | | | | Historic, Vegetation |
| Tabeguache Creek Segment 1 | 3.61 | 3.61 | 1,083.3 | 1,077.0 | Wild | Vegetation |
| Tabeguache Creek Segment 2 | 11.57 | 7.89 | 3,002.7 | 2,487.3 | Recreational | Cultural, Vegetation |
| Lower Dolores River | 10.53 | 6.93 | 3,120.2 | 2,197.5 | Scenic | Scenic, Recreational, Geologic, Fish, Wildlife |
| North Fork Mesa Creek | 8.53 | 5.81 | 2,466.9 | 2,042.4 | Scenic | Vegetation |
| Dolores River Segment 1 | | | | | | |
| Dolores River Segment 2 *(Alternative A)*[2] | 11.5 | 5.42 | 3,244.5 | 1,820.7 | Recreational | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation |
| Dolores River Segment 2A *(Action Alternatives)*[2] | XX | XX | XX | XX | XX | XX |
| Dolores River Segment 2B *(Action Alternatives)*[2] | XX | XX | XX | XX | XX | XX |
| Ice Lake Creek Segment 2 | 0.58 | 0.31 | 180.6 | 104.8 | Scenic | Scenic |
| La Sal Creek Segment 1 | 4.82 | 0.62 | 1,348.9 | 718.1 | Recreational | Fish, Vegetation |
| La Sal Creek Segment 2 | 4.52 | 3.82 | 1,171.7 | 1,032.9 | Scenic | Fish, Vegetation |
| La Sal Creek Segment 3 | 3.37 | 3.37 | 915.6 | 907.7 | Wild | Scenic, Recreational, Fish, Cultural, Vegetation |
| Lion Creek Segment 2 | 1.57 | 1.26 | 486.2 | 401.5 | Scenic | Vegetation |
| Spring Creek | 2.65 | 1.49 | 834.4 | 633.0 | Recreational | Vegetation |

[1] During the suitability phase, San Miguel River segments 5 and 6 were combined into one Segment 5, as both segments have the same ORVs and preliminary classification.

[2] During the suitability phase, Dolores River Segment 2 was split into segments 2A and 2B.

BLM_0109527

| | |
|---|---|
| **From:** | bkrickba@blm.gov |
| **To:** | bsharrow@blm.gov; dkauffma@blm.gov; Angie Adams; Kate Wynant; Aschroeder@usbr.gov; kjensen@ci.montrose.co.us; renzo.delpiccolo@state.co.us; swhite@montrosecounty.net; joanm@sanmiguelcounty.org; daves@sanmiguelcounty.org; pat@cedaredgecolorado.com; sharold@ci.olathe.co.us; davidvarley@kaycee.net; townofpaonia@tds.net; lbroyles@fs.fed.us; Bruce_Krickbaum@co.blm.gov; UFO AR |
| **Subject:** | Draft Notes: Uncompahgre RMP Cooperating Agency Meeting #6 |
| **Date:** | Thursday, February 03, 2011 6:16:35 PM |
| **Attachments:** | UFO-CA_2011-01-27_DraftNotes.doc |

Hello Cooperating Agency Reps,

I have attached draft notes of the January 27 Uncompahgre RMP Cooperating Agency meeting. Please review the draft notes and let me know of any errors or omissions no later than Friday, February 11. After that date, the notes will be revised and submitted to all group members and the administrative record.

Thank you.

<><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384

 (See attached file: UFO-CA_2011-01-27_DraftNotes.doc)


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

BLM_0109528



**United States Department of the Interior**

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401



# COOPERATING AGENCY MEETING #6

## Thursday, January 27, 2011 (1:00 – 4:00 PM)

### Meeting Location:
### Holiday Inn Express (Jordan Room)
### 1391 South Townsend Avenue, Montrose, CO

# Meeting Notes

**Attendees:** Angie Adams (EMPSi), Levi Broyles (Grand Mesa, Uncompahgre, Gunnison National Forests), Renzo DelPiccolo (Colorado Department of Natural Resources, Southwest Region), Scott Harold (Town of Olathe), Kerwin Jensen (City of Montrose), Bruce Krickbaum (BLM Uncompahgre Field Office), Joan May (San Miguel County BOCC), Patricia Means (Town of Cedaredge), Barbara Peterson (Town of Paonia), Alan Schroeder (Bureau of Reclamation, Western Colorado Area Office), Charlie Sharp (US Fish and Wildlife Service), Barb Sharrow (BLM Uncompahgre Field Office), David Varley (Town of Orchard City), Steve White (Montrose County BOCC), Kate Wynant (EMPSi)

**Handouts:** Agenda; Highlights of the Resource Management Planning Process to Date; Comment Form for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Maps for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review

1. **Welcome** (Bruce Krickbaum)

2. **Introductions** (All present)
   - Charlie Sharp is the new representative for US Fish and Wildlife Service. He was previously with the Bureau of Land Management (BLM), Uncompahgre Field Office.

3. **Planning Process to Date** (Angie Adams)
   - See handout: Highlights of the Resource Management Planning Process to Date.
   - Gray highlighting indicate changes from last meeting.
   - The Class I cultural resources overview is complete. It's just an inventory of what cultural resources the field offices has, their quality, and potential for resources not currently known.
   - We expect a draft wilderness characteristics inventory report in March. The BLM can't designate new wilderness study areas (WSAs) but they can inventory lands for wilderness characteristics (e.g., naturalness, untrammeled, opportunities for solitude and primitive and unconfined recreation). In the alternatives the BLM can decide how to manage those lands from a lot of protection to not protecting them at all.
   - *Question:* There are a few reports that I'd be interested in seeing (such as mineral report), can we get copies of those? *Answer:* They are not in a state to be released to the public but will be

BLM_0109529

available closer to the release of the Draft Resource Management Plan/Draft Environmental Impact Statement.

- *Question*: So the wilderness characteristics report is going to be different from eligible wild and scenic rivers, where if a river is eligible it needs to be managed that way for now, but lands with wilderness characteristics don't have to be managed that way? *Answer*: Right. The Wild and Scenic Rivers Act says once you know a stream segment is eligible you have to protect it in that state. If it's suitable, you have to continue that management until Congress acts on it. Wilderness characteristics doesn't have a congressional act or anything. The BLM say to inventory for them, know about them, and then decide what you want to do. Secretary [of the Interior] Salazar issued a Secretarial Order for Wild Lands and we don't know what that means yet. For lands with wilderness characteristics this is the direction as of today but it may change depending upon national or state direction.
- *Question*: Wild and scenic rivers is specific to rivers but lands with wilderness characteristics could be anywhere? *Answer*: Yes, outside of existing WSAs they could be anywhere.

## 4. Internal Draft Alternatives

- See handouts: Comment Form for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Maps for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review.
- The BLM Interdisciplinary Team has been meeting as a whole and in small groups to fine tune the alternatives over the last several months. These are VERY DRAFT alternatives – this is the first time they've been in one place. Previously they've been in individual files for the Interdisciplinary Team members to work in. There may be some conflicts that we have not yet caught. This draft will be tweaked and we need your help with that.
- Your main job is to ensure that the BLM is considering a reasonable range of alternatives. Don't worry about what column things fall in or whether or not you like it. Worry about whether or not the range wide enough, too wide? Is something that you want to see somewhere in the range?
- Your other job, as you're going through the matrix, is if you think there are places in the matrix where alternatives could be combined (i.e., if Alternatives B and D are really similar and could be in the same box), tell us. That way we don't have to analyze six similar alternatives but can focus on fewer different alternatives. We went from a wide range of alternatives and are narrowing it down, if possible. There is not a single column that will comprise the preferred alternative, but rather across the board.
- *Question*: Are you saying that the BLM has developed four alternatives themes but that they won't always have an alternative that fits that theme? *Answer*: Remember that Alternative A is part of the range, so there are five alternatives. Under the National Environmental Policy Act, unless there is a compelling reason to do so, we don't need to analyze six alternatives if we can come to the same conclusions and analysis by analyzing four alternatives. If you feel strongly that we do need all of the alternatives, tell us that, too.
- *Question*: In each of these different scenarios, is it possible that some scenarios [alternatives] have more actions than others? *Answer*: Yes, it's possible. Where you see "Same as Alternative B" (for example), that means the action is the same as what is described under Alternative B and cells will be combined. This also means that the physical size of the document will be smaller.
- Layout:
  o The first page of the Alternatives handout states your mission.
  o Second page of the matrix is the Table of Contents and shows you what page all of the resources start on.
  o At the top of each resource section, it shows us the minimum decisions that should be made per the BLM Land Use Planning Handbook (H-1601-1). The next line for every

BLM_0109530

resource will have the goal for that resource. As we talked about previously, the goals are the same for all alternatives. Objectives and actions are ways to reach that goal.
- o The first map in the map packet shows land status (yellow=BLM; green=US Forest Service; purple=Park Service; white=private; blue=state).
- Note that while we had hoped to be able to provide you a map for all allocations for the alternatives, there is not a map for everything. There are also missing acres in some places. A reminder as you're going through the alternatives, there are 675,000 acres of BLM land in the planning area.
- Rows talk about the same idea/decision but the decision may vary by alternative.
- The preferred column is empty because the UFO has not come up with a preferred alternative.
- Question: Column A is what is current management. Alternatives B through E are alternatives that are being proposed. So Needle Rock is in multiple columns, so those are the options that you're evaluating? Answer: Yes. Alternatives B, C, D, and E are four different alternatives for management instead of managing like we are now. Everything in Alternative B has to agree with itself and be implementable as an alternative. Same for Alternatives C, D, and E. It is possible that we made a mistake and there could be conflicts, so please tell us if you see any.
  - o Question: How did you determine what to put in each alternative? Answer: At the top of every page is the theme for each alternative in three words. So the alternatives for each action should fit that theme. For example, Alternative B (preservation/high-intensity management) means more of a focus on preservation with a lot of on-the-ground actions, a lot of projects. On the other end of the spectrum is Alternative D (development/low-intensity management) means a focus on resource use and commodities with less on-the-ground work.
- Also see acronym list handed out previously and Chapter 3.
- Question: Is this the most recent version of the alternatives? Answer: Yes, as of about January 13th; it doesn't include anything from this week.
- Question: Are we going to get a copy of the Alternatives electronically? Answer: That isn't the intention. Please don't share this, it's a very rough draft. There will be several more iterations of the alternatives before it goes to the public for review in 2012.
  - o Question: Why can't we get the alternatives electronically? Answer: It's easy for people to forward on to others. We will provide the comment form electronically and comments should be submitted electronically. Comment: It's difficult to go through a packet of paper versus an electronic document.
- Keep in mind, for example, that if an area with wilderness characteristics isn't proposed under a certain alternative, it may still receive protection from something else like Areas of Critical Environmental Concern, Wild and Scenic Rivers, etc. We discuss that in the impact analysis. When we get to the preferred alternative we will consider the best tool to manage an area, but there could be overlapping "tools."
- Special Recreation Management Areas: A lot of communities gave us comments so please look at those to make sure we included somewhere in the alternatives what you would like to see.
- Off-highway vehicles (OHVs):
  - o Open: open to cross-country OHV use, play area, Peach Valley, Flat Tops, North Delta; open doesn't mean that's the only place you can go;
  - o Closed: closed to OHV use; and
  - o Limited: route designation, like Dry Creek.
- Question: As maps become available, will you send those to us? Answer: well for Alternative A (OHV designations), the North Delta is the only place that's open. WSAs are closed to OHV use in all alternatives (that is not a field office decision, it is dictated to us). The Tabeguache

BLM_0109531

Area is a Congressionally designated area, but NOT a Wilderness Area and is closed to OHV use.

- *Question*: In the closed areas, what decision to we have to make? *Answer*: In WSAs and the Tabeguache Area, those have to be closed. But other areas proposed for closure, that is a decision point that we can make. So if it's open in one and closed in another, we've covered the range.

- *Question*: Can we add to the OHV maps a disclaimer that says in areas not open or closed that they are limited to designated routes? *Answer*: Yes. Note that for the UFO, existing routes are what is in our inventory now. If you drive a new route, it doesn't exist. In the future there won't be a "limited to existing" as there is now. Unless it's in an open area where there are no "routes" and you can go anywhere.

- Visual Resource Management (VRM). The classes don't prohibit development, they just set up requirements for protecting the scenic quality of the area. VRM Class I areas are the most restrictive and include wilderness. VRM Class IV is the least restrictive. In the action alternatives, you'll see purple strips (VRM Class IV), which are mostly designated utility corridors from the West-wide Energy Corridor PEIS.

- Oil and Gas Leasing. Note that these stipulations apply to new leases and wouldn't apply to existing leases. No lease means the resource is unavailable for extraction. No surface occupancy (NSO) means you can't be on the surface but the resource is available so you'd have to directionally drill. Controlled surface use means you might have to move the disturbance to avoid something sensitive. Timing limitation is essentially like NSO but for a fixed period of time, usually tied to a species. Note that what doesn't show on these maps is that there can be overlap with stipulations so these maps don't depict that. Pay attention to the difference between the alternatives in terms of more or less NSO versus controlled surface use.
  - *Question*: On the Alternative A map there is a large band of NSO. Why not just call it no leasing? *Answer*: There is private land around there. Also, there's an NSO stipulation for federally leased coal land which essentially means that coal leased before oil and gas, the coal has "first right" if there is a conflict. That needs an explanation.

- Rights-of-way (ROWs). Avoidance means try to avoid the area; exclusion means absolutely no new ROWs.
  - *Question*: What is the definition of a ROW? *Answer*: For example, roads (easements), solar farms, transmission lines, wind, hydroelectric (renewable except for geothermal, which falls under fluid minerals), access to private lands, utility easement.
  - *Question*: So if there's a road in a ROW exclusion area, the road couldn't be expanded? *Answer*: Right, unless the easement was larger than the current footprint.
  - *Question*: Are the corridors [from the West-wide Energy Corridor Programmatic Environmental Impact Statement] worked into this? *Answer*: They should be but may not have been worked into the GIS yet, but they are in the alternatives. The VRM maps do show the corridors, though.
  - *Question*: So a pipeline wouldn't be part of ROW? *Answer*: No, it would. *Question*: So what about geothermal? *Answer*: That is part of fluid minerals, so it is processed under the fluid mineral leasing program. All of the other renewable energies are permitted under the Lands and Realty program.

- *Action*: Comments on the Internal Rough Draft Alternatives are due by February 28th. The BLM Interdisciplinary Team is meeting March 14th, so we'll have time to evaluate your comments before moving into the preferred alternative. Focus comments on the range of alternatives and also if alternatives could be combined. Be specific and direct with comments. Don't worry about editorial comments, **please.**

- *Action*: EMPSi will e-mail electronic comment form, acronym list, and glossary.

BLM_0109532

- The BLM Interdisciplinary Team is meeting on the preferred alternative in March and the range of alternatives play into the preferred. There are three ways to choose the preferred:
  - o Take an alternative straight from one of the boxes (not an entire alternative column).
  - o Pick something from between two cells in the range.
  - o Pick something new from outside the range. The preferred is now part of the range. This method is what we hope to avoid but if something is not in the range now we need to know about it.

## 5.   Other Items Not on the Agenda

- Wild and Scenic Rivers (Barb Sharrow). In December and January there were a number of meetings led by the RAC Subgroup on the Dolores and San Miguel River segments. They will meet on February 7th to decide on their final recommendations for the Southwest RAC. The Feb 7th meeting is a public meeting and will be in the Apex Room at the Holiday Inn Express starting at 9:00am. The meeting will be run like the RAC meetings where anyone part of the group cannot speak except during the specific time period for public comments. On February 25th, the Southwest RAC will meet with the Super RAC (all Colorado RACs) in Salida to present the information to them. On the Gunnison segments, an external stakeholder group is running the meetings. They have made some decisions as to segments they are not recommending. Both groups have a deadline of February 15th. In the alternatives now we are considering all suitable and none suitable and the recommendations will be included in an alternative.
  - o *Comment*: For this group, we won't have as much say in wild and scenic rivers as other groups, such as the RAC. *Response*: They have a lot of input and as a manager I will take their recommendations seriously but this group will have an opportunity to comment. The RAC Subgroup is focusing more on wild and scenic rivers, whereas this group is looking at everything.
  - o *Comment*: I'm thinking about our lack of ability to appeal which we agree to as a Cooperating Agency. We can comment but we are not a big part of the decision.
  - o The next time we meet with you we want to show you what the RAC Subgroup recommendations were before you comment on Chapter 2 during the Field Office review period in May.

## 6.   Action Items / Next Meeting

- The next meeting is scheduled for March 31 to talk about wild and scenic rivers, your comments on the rough draft alternatives and how the ID Team addressed comments while developing the preferred alternative.
- On February 7th the RAC Subgroup will meet to decide on their final recommendations for the Southwest RAC. The Feb 7th meeting is a public meeting and will be in the Apex Room at the Holiday Inn Express from 9:00am – 2:00pm.
  - ☐ *Action* (Cooperating Agencies): Comments on the Internal Rough Draft Alternatives are due by February 28th to Kate Wynant (kate.wynant@empsi.com). Focus comments on the range of alternatives and also if alternatives could be combined. Be specific and direct with comments. Don't worry about editorial comments, please.
  - ☐ *Action* (EMPSi): E-mail electronic comment form, acronym list, and glossary.

BLM_0109533

## ACRONYMS AND ABBREVIATIONS

Full Phrase

| | |
|---|---|
| ACEC | area of critical environmental concern |
| AUM | Animal Unit Month |
| | |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| BSC | biologic soil crust |
| | |
| CDOW | Colorado Division of Wildlife |
| CEQ | Council on Environmental Quality |
| CFR | Code of Federal Regulations |
| CSU | controlled surface use |
| CTTM | comprehensive trails and travel management |
| | |
| decision area | public lands managed by the United States Department of the Interior, Bureau of Land Management |
| DOI | United States Department of the Interior |
| | |
| EIS | environmental impact statement |
| EPA | United States Environmental Protection Agency |
| ERMA | extensive recreation management area |
| ESA | Endangered Species Act |
| | |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| FMP | Fire Management Plan |
| FWS | US Fish and Wildlife Service |
| FWFMP | Federal Wildland Fire Management Policy |
| | |
| GIS | Geographic Information System |
| | |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| | |
| LHA | land health assessment |
| | |
| NCA | National Conservation Area |
| NEPA | National Environmental Policy Act of 1969 |
| NPS | United States Department of the Interior, National Park Service |
| NSO | no surface occupancy |
| | |
| OHV | off-highway vehicle |
| | |
| PFC | proper functioning condition |
| PFYC | Potential Fossil Yield Classification |
| $PM_{2.5}$ | Particulate matter much smaller than 2.5 microns in effective diameter |
| $PM_{10}$ | Particulate matter much smaller than 10 microns in effective diameter |
| planning area | Uncompahgre Field Office boundary, including all lands, regardless of land ownership |
| | |
| RAC | Resource Advisory Council |
| RMP | resource management plan |

BLM_0109534

## ACRONYMS AND ABBREVIATIONS                                    Full Phrase

| | |
|---|---|
| ROD | record of decision |
| ROW | right-of-way |
| | |
| SRMA | special recreation management area |
| SRP | special recreation permit |
| | |
| TL | timing limitation |
| | |
| UFO | Uncompahgre Field Office |
| US | United States |
| USC | United States Code |
| USDA | United States Department of Agriculture |
| US Forest Service | United States Department of Agriculture, Forest Service |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| | |
| VRM | visual resource management |
| | |
| WSA | Wilderness Study Area |
| WUI | wildland-urban interface |

BLM_0109535

# Glossary

**Acquired Lands**. Acquired lands{ XE "Acquired lands" }, as distinguished from public lands, are those lands in federal ownership which have been obtained by the government by purchase, condemnation, or gift, or by exchange for such purchased, condemned or donated lands, or for timber{ XE "Timber" } on such lands.

**Adaptive Management**. A type of natural resource management in which decisions are made as part of an ongoing science-based process. Adaptive management{ XE "Adaptive management" } involves testing, monitoring{ XE "Monitoring" }, and evaluating applied strategies, and incorporating new knowledge into management approaches that are based on scientific findings and the needs of society. Results are used to modify management policy, strategies, and practices.

**Air Pollution**. The contamination of the atmosphere by any toxic or radioactive gases and particulate matter as a result of human activity.

**Air Quality{ XE "Air quality" } Classes**. Classifications established under the Prevention of Significant Deterioration portion of the Clean Air Act{ XE "Clean Air Act" }, which limits the amount of air pollution considered significant within an area. Class I applies to areas where almost any change in air quality would be significant; Class II applies to areas where the deterioration normally accompanying moderate well-controlled growth would be insignificant; and Class III applies to areas where industrial deterioration would generally be insignificant.

**Allotment{ XE "Allotment" }**. An area of land in which one or more livestock operators graze their livestock. Allotments generally consists of BLM lands but may include other federally managed, state-owned, and private lands. An allotment may include or more separate pastures. Livestock numbers and periods of use are specified for each allotment.

**Allotment{ XE "Allotment" } Management Plan**. A concisely written program of livestock grazing{ XE "Grazing" } management, including supportive measures if required, designed to attain specific, multiple-use management goals in a grazing allotment.

**Allowable Cut**. The amount of timber{ XE "Timber" }, which can be harvested on an annual or decadal basis consistent with the principle of sustained yield{ XE "Sustained yield" }. The allowable cut{ XE "Allowable cut" } includes all planned timber harvest{ XE "Timber harvest" } volumes exclusive of such products as Christmas trees, branches, and cones.

**Allowable Sale Quantity{ XE "Allowable sale quantity (ASQ)" }**. The quantity of timber{ XE "Timber" } that may be sold from an area covered by a land management plan during a period specified by the plan, usually expressed as the average annual allowable sale quantity.

**All-terrain Vehicle**. A motorized{ XE "Motorized" } vehicle that is less than 50 inches in width and is capable of operating on roads, trails, or designed areas that are not maintained.

**Alluvial Soil**. A soil developing from recently deposited alluvium and exhibiting essentially no horizon development or modification of the recently deposited materials.

BLM_0109536

**Alluvium**. Clay, silt, sand, gravel, or other rock materials transported by moving water. Deposited in comparatively recent geologic time as sorted or semi-sorted sediment in rivers, floodplains, lakes, and shores, and in fans at the base of mountain slopes.

**Ambient Air Quality**{ XE "Air quality" }. The state of the atmosphere at ground level as defined by the range of measured and/or predicted ambient concentrations of all significant pollutants for all averaging periods of interest.

**Amendment**. The process for considering or making changes in the terms, conditions, and decisions of approved Resource Management Plans or management framework plans. Usually only one or two issues are considered that involve only a portion of the planning area.

**Animal Unit Month**{ XE "Animal Unit Month (AUM)" } **(AUM)**. The amount of forage{ XE "Forage" } necessary for the sustenance of one cow or its equivalent for a period of one month.

**Area of Critical Environmental Concern (ACEC**{ XE "Area of Critical Environmental Concern (ACEC)" }**)**. Areas within the public lands where special management attention is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards (BLM Manual 1613, Areas of Critical Environmental Concern).

**Assets**. Term utilized to describe roads, primitive roads, and trails that comprise the transportation system. Also the general term utilized to describe all BLM constructed "Assets" contained within the Facility Asset Management System.

**Atmospheric Deposition**. Air pollution produced when acid chemicals are incorporated into rain, snow, fog, or mist and fall to the earth. Sometimes referred to as "acid rain" and comes from sulfur oxides and nitrogen oxides, products of burning coal and other fuels and from certain industrial processes. If the acid chemicals in the air are blown into the area where the weather is wet, the acids can fall to earth in the rain, snow, fog, or mist. In areas where the weather is dry, the acid chemicals may become incorporated into dust or smoke.

**Attainment Area**. A geographic area in which levels of a criteria air pollutant meet the health-based National Ambient Air Quality{ XE "Air quality" } Standard for that specific pollutant.

**Attenuation**. The reduction of sound intensity and energy{ XE "Energy" } as a function of distance traveled.

**Avoidance Area.** An area designated to be avoided due to some resource value that may become damaged or detracted from if development activities were allowed. Examples of an avoidance area may be a recreation site or known cultural site. An area may also be an avoidance area if some hazard exists such as a landslide area. The area may not totally unavailable but should be avoided if possible.

**Backcountry Byways**. Vehicle routes that traverse scenic corridors using secondary or backcountry road systems. National backcountry byways are designated by the type of road and vehicle needed to travel the byway.

BLM_0109537

**Beneficial Outcomes**. Also referenced as "recreation benefits;" improved conditions, maintenance of desired conditions, prevention of worse conditions, and realization of desired experiences.

**Best Management Practice{ XE "Best Management Practice (BMP)" } (BMP)**. A practice or usually a combination of practices that are determined by a State or a designated planning agency to be the most effective and practicable means (including technological, economic, and institutional considerations) of controlling point and nonpoint source pollutants at levels compatible with environmental quality goals.

**Big Game**. Indigenous, ungulate (hoofed) wildlife species that are hunted, such as elk, deer, bison, bighorn sheep, and pronghorn antelope.

**Biodiversity{ XE "Biodiversity (biological diversity)" } (biological diversity{ XE "Diversity" })**. The variety of life and its processes, and the interrelationships within and among various levels of ecological organization. Conservation, protection, and restoration of biological species and genetic diversity are needed to sustain the health of existing biological systems. Federal resource management agencies must examine the implications of management actions and development decisions on regional and local biodiversity.

**Biological Opinion{ XE "Biological Opinion" }**. A document prepared by US Fish and Wildlife Service stating their opinion as to whether or not a federal action will likely jeopardize the continued existence or adversely modify the habitat{ XE "Habitat" } of a listed threatened or endangered species{ XE "Endangered species" }.

**Burned Area Rehabilitation**. Efforts undertaken within three years of containment of a wildfire to repair or improve fire-damaged lands unlikely to recover naturally to management approved conditions, or to repair or replace minor facilities damaged by fire.

**Candidate Species**. Taxa for which the US Fish and Wildlife Service has sufficient information on their status and threats to propose the species for listing as endangered or threatened under the Endangered Species Act, but for which issuance of a proposed rule is currently precluded by higher priority listing actions. Separate lists for plants, vertebrate animals, and invertebrate animals are published periodically in the Federal Register (BLM Manual 6840, Special Status Species Manual).

**Casual Use**. Activities that involve practices that do not ordinarily disturb or damage the public lands, resources, or improvements and, therefore, do not require a right-of-way grant or temporary use permit (43 CFR 2800). Also, any short-term noncommercial activity that does not damage or disturb the public lands, their resources, or improvements and that is not prohibited by closure of the lands to such activities (43 CFR 2920). Casual use generally includes collecting geochemical, rock, soil, or mineral specimens using hand tools, hand planning, and nonmotorized sluicing. It also generally includes use of metal detectors, gold spears, and other battery-operated devices for sensing the presence of minerals, and hand battery-operated dry washers. Casual use does not include use of mechanized earth-moving equipment, truck-mounted drilling equipment, suction dredges, motorized vehicles in areas designated as closed to off-road vehicles, chemicals, or explosives. It also does not include occupancy or operations where the cumulative effects of the activities result in more than negligible disturbance.

BLM_0109538

**Chemical Vegetation Treatment{** XE "Vegetation, Treatment" **}:** Application of herbicides to control invasive species/noxious weed{ XE "Noxious weed" }s{ XE "noxious weeds" } and/or unwanted vegetation. To meet resource objectives the preponderance of chemical treatment{ XE "chemical treatment" }s would be used in areas where cheatgrass{ XE "cheatgrass" }{ XE "Cheatgrass" } or noxious weeds{ XE "Vegetation, Weeds" } have invaded sagebrush steppe. In these areas, fine fuel load{ XE "fuel load" }s are extremely high due to cheatgrass dominance of the understory{ XE "Understory" }. The effectiveness of chemical treatments increases if they are applied following prescribed{ XE "RxFire:see Prescribed Fire" } or wildland fire.

**Clean Air Act of 1963 and Amendments**. Federal legislation governing air pollution control.

**Closed Area**. An area where off-highway vehicle use is prohibited. Use of off-highway vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer.

**Collaborative Partnerships**. Refers to people working together, sharing knowledge and resources, to achieve desired outcomes for public lands and communities within statutory and regulatory frameworks.

**Comprehensive Travel Management**. The proactive interdisciplinary planning; on-the-ground management and administration of travel networks (both motorized and non-motorized) to ensure public access, natural resources, and regulatory needs are considered. It consists of inventory, planning, designation, implementation, education, enforcement, monitoring, easement acquisition, mapping and signing, and other measures necessary to provide access to public lands for a wide variety of uses (including uses for recreational, traditional, casual, agricultural, commercial, educational, and other purposes).

**Concession Leases**. Authorize the operation of recreation{ XE "Recreation" }-oriented services and facilities by the private sector, on BLM{ XE "United States Department of the Interior, Bureau of Land Management (BLM)" }-administered lands, in support of BLM recreation programs. The concessionaire is authorized through a concession lease{ XE "Concession lease" } administered on a regular basis. The lease requires the concessionaire to pay fees to the BLM in exchange for the opportunity to carry out business activity. BLM Handbook H-2930-1, Recreation Permit Administration, provides consistent and explicit direction to supplement Manual 2930, Recreation Permit Administration, and regulations set forth in 43 CFR{ XE "Code of Federal Regulations (CFR)" } 2930.

**Condition Class (fire regimes)**. Fire regime condition classes are a measure describing the degree of departure from historical fire regimes, possibly resulting in alterations of key ecosystem components, such as species composition, structural stage, stand age, canopy closure, and fuel loadings. One or more of the following activities may have caused this departure: fire suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plan species, introduced insects or disease, or other management activities.

**Conditions of Approval**. Conditions or provisions (requirements) under which an application for a permit to drill or sundry notice is approved.

BLM_0109539

**Conservation Agreement**. A formal signed agreement between the US Fish and Wildlife Service or National Oceanographic and Atmospheric Administration-Fisheries and other parties that implement specific actions, activities, or programs designed to eliminate or reduce threats to, or otherwise improve the status of, a species. Conservation agreements can be developed at a state, regional, or national level and generally include multiple agencies at both the state and federal level, as well as tribes. Depending on the types of commitments the BLM makes in a conservation agreement and the level of signatory authority, plan revisions or amendments may be required before the conservation agreement is signed or subsequently in order to implement the conservation agreement.

**Conservation Strategy**. A strategy outlining current activities or threats that are contributing to the decline of a species, along with the actions or strategies needed to reverse or eliminate such a decline or threats. Conservation strategies are generally developed for species of plants and animals that are designated as BLM sensitive species or that have been determined by the US Fish and Wildlife Service or National Oceanographic and Atmospheric Administration-Fisheries to be federal candidates under the Endangered Species Act.

**Controlled Surface Use (CSU)**. A stipulation intended for application where standard lease terms and permit-level decisions are deemed insufficient to achieve the level of resource protection necessary to protect the public interest, but where a No Surface Occupancy stipulation is deemed overly restrictive.

**Cooperating Agency**. Assists the lead federal agency in developing an environmental assessment or environmental impact statement. These can be any agency with jurisdiction by law or special expertise for proposals covered by NEPA (40 CFR 1501.6). Any tribe or Federal, State, or local government jurisdiction with such qualifications may become a cooperating agency by agreement with the lead agency.

**Council on Environmental Quality (CEQ)**. An advisory council to the President of the US established by the National Environmental Policy Act of 1969. It reviews federal programs to analyze and interpret environmental trends and information.

**Criteria Pollutant**. The US EPA{ XE "United States Environmental Protection Agency (US EPA)" } uses six "criteria pollutant{ XE "Criteria pollutant" }s" as indicators{ XE "Indicators" } of air quality{ XE "Air quality" }, and has established for each of them a maximum concentration above which adverse effects on human health may occur. These threshold concentrations are called National Ambient Air Quality Standards. The criteria pollutants are ozone, carbon monoxide{ XE "Carbon monoxide (CO)" }, nitrogen dioxide, sulfur dioxide, particulate matter{ XE "Particulate matter" } and lead.

**Critical Habitat**. An area occupied by a threatened or endangered species "on which are found those physical and biological features (1) essential to the conservation of the species, and (2) which may require special management considerations or protection."

**Cultural Resource{ XE "Cultural resource" }s**. Locations of human activity, occupation, or use. Cultural resources include archaeological, historic, or architectural sites, structures, or places with important public and scientific uses, and locations of traditional cultural or religious importance to specified social and/or cultural groups.

BLM_0109540

**Cultural Resource{ XE "Cultural resource" }s Inventory**. An inventory to assess the potential presence of cultural resources. There are three classes of surveys:

- <u>Class I</u>. An existing data survey. This is an inventory of a study area to (1) provide a narrative overview of cultural resource{ XE "Cultural resource" }s by using existing information, and (2) compile existing cultural resources site record data on which to base the development of the BLM{ XE "United States Department of the Interior, Bureau of Land Management (BLM)" }'s site record system.

- <u>Class II</u>. A sampling field inventory designed to locate, from surface and exposed profile indications, all cultural resource{ XE "Cultural resource" } sites within a portion of an area so that an estimate can be made of the cultural resources for the entire area.

- <u>Class III</u>. An intensive field inventory designed to locate, from surface and exposed profile indications, all cultural resource{ XE "Cultural resource" } sites in an area. Upon its completion, no further cultural resources inventory work is normally needed.

**Cumulative Effects**. The direct and indirect effect{ XE "Effect, Indirect" }s of a proposed project alternative's incremental impacts when they are added to other past, present, and reasonably foreseeable actions, regardless of who carries out the action.

**Deferred Rotation**. Rotation grazing with regard to deferring pastures beyond the growing season, if they were used early the prior year, or that have been identified as needing deferment for resource reasons.

**Designated Roads and Trails**. Specific roads and trails identified by the BLM (or other agency) where some type of motorized vehicle use is appropriate and allowed, either seasonally or year-long (BLM Handbook H-1601-1, Land Use Planning).

**Desired Future Condition{ XE "Desired Future Condition (DFC)" }**. For rangeland vegetation, the condition of rangeland{ XE "Rangeland" } resources on a landscape scale that meet management objectives. It is based on ecological, social, and economic considerations during the land planning process. It is usually expressed as ecological status or management status of vegetation (species composition, habitat{ XE "Habitat" } diversity{ XE "Diversity" }, and age and size class of species) and desired soil qualities (soil cover, erosion{ XE "Erosion" }, and compaction). In a general context, desired future condition is a portrayal of the land or resource conditions that are expected to result if goals and objectives are fully achieved.

**Desired Outcomes**. A type of land use plan decision expressed as a goal or objective.

**Disposal**. Transfer of public land out of federal ownership to another party through sale, exchange, Recreation and Public Purposes Act of 1926, Desert Land Entry or other land law statutes.

**Diversity{ XE "Diversity" }**. The relative abundance of wildlife species, plant species, communities, habitats, or habitat{ XE "Habitat" } features per unit of area.

**Easement{ XE "Easement" }**. A right afforded a person or agency to make limited use of another's real property for access or other purposes.

BLM_0109541

**Eligibility**. Qualification of a river for inclusion into the National WSR System through the professional judgment that it is free flowing and, with its adjacent land area, possesses at least one river-related value considered to be outstandingly remarkable (BLM Manual 8351, Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, and Management).

**Emergency Stabilization**. Planned actions to stabilize and prevent unacceptable degradation to natural and cultural resources, to minimize threats to life or property resulting from the effects of a fire, or to repair/replace/construct physical improvements necessary to prevent degradation of land or resources. Emergency stabilization actions must be taken within one year following containment of a wildfire.

**Endangered Species**. Any species that is in danger of extinction throughout all or a significant portion of its range (BLM Manual 6840, Special Status Species).

**Environmental Assessment**{ XE "Environmental assessment" }. A concise public document prepared to provide sufficient evidence and analysis for determining whether to prepare an environmental impact statement or a finding of no significant impact. It includes a brief discussion of the need for the proposal, alternatives considered, environmental impact of the proposed action and alternatives, and a list of agencies and individuals consulted.

**Environmental Impact Statement**{ XE "Environmental impact statement (EIS)" } (EIS). A detailed statement prepared by the responsible official in which a major federal action that significantly affects the quality of the human environment is described, alternatives to the proposed action are provided, and effects are analyzed.

**Evaluation (plan evaluation)**. The process of reviewing the land use plan and the periodic plan monitoring reports to determine whether the land use plan decisions and National Environmental Policy Act of 1969 analysis are still valid and whether the plan is being implemented.

**Exchange**. A transaction whereby the federal government receives land or interests in land in exchange for other land or interests in land.

**Existing Route**{ XE "Existing Route" }s. The roads, trails, or ways that are used by motorized{ XE "Motorized" } vehicles (jeeps, all-terrain vehicle{ XE "All-terrain vehicle" }s, motorized dirt bikes, etc.), mechanized use{ XE "Mechanized use" }s (mountain bikes, wheelbarrows, game carts), pedestrians (hikers), and/or equestrians (horseback riders) and are, to the best of BLM{ XE "United States Department of the Interior, Bureau of Land Management (BLM)" }'s knowledge, in existence at the time of RMP{ XE "Resource Management Plan (RMP)" }/EIS{ XE "Environmental impact statement (EIS)" } publication.

**Exclusion Areas**. Areas with sensitive resource values where rights-of-way, leases, and easements would not be authorized.

**Extensive Recreation Management Area (ERMA)**. A public lands unit identified in land use plans containing all acreage not identified as an SRMA. Recreation management actions within an ERMA are limited to only those of a custodial nature.

BLM_0109542

**Federal Land Policy and Management Act{ XE "Federal Land Policy and Management Act (FLPMA)" } of 1976{ XE "Federal Land Policy and Management Act of 1976 (FLPMA)" } (FLPMA)**. Public Law 94-579, October 21, 1976, often referred to as the BLM's "Organic Act," which provides most of the BLM's legislated authority, direction policy, and basic management guidance.

**Fire Frequency**. The average number of years between fires.

**Fire Severity**. The effect of the fire on the dominant overstory vegetation—low, mixed, or stand replacement.

**Fire Suppression**. All work activities connected with fire extinguishing operations, beginning with discovery of a fire and continuing until the fire is completely out.

**Fluid Minerals**. Oil, gas, coal bed natural gas, and geothermal resources.

**Forage{ XE "Forage" }**. All browse and herbaceous foods that are available to grazing{ XE "Grazing" } animals.

**Forest Health**. The condition in which forest ecosystems sustain sufficient complexity, diversity, resiliency, and productivity to provide for specified human needs and values.

**Functional/Structural Groups**. A group of species that because of similar shoot or root structure, rooting depth, woody or non-woody stems, plant height, photosynthetic pathways, nitrogen fixing ability, life cycle, etc, perform similar roles or functions in the ecosystem and are grouped together on an ecological site basis.

**Functioning at Risk**. Riparian-wetland areas that are in functional condition, but that have an existing soil, water, or vegetation attribute that makes them susceptible to degradation.

**Geographic Information System (GIS)**. A system of computer hardware, software, data, people, and applications that capture, store, edit, analyze, and display a potentially wide array of geospatial information.

**Geophysical Exploration**. Efforts to locate deposits of oil and gas resources and to better define the sub-surface.

**Geothermal Energy**. Natural heat from within the Earth, captured for production of electric power, space heating or industrial steam.

**Goal**. A broad statement of a desired outcome; usually not quantifiable and may not have established timeframes for achievement.

**Grazing Plan**. A concisely written program of livestock grazing management, including supportive measures, if required, designed to attain specific management goals in a grazing allotment. A grazing plan is prepared in consultation with the permittee(s), lessee(s), and other affected interests. Livestock grazing is considered in relation to other uses of the range and to renewable resources, such as watershed, vegetation, and wildlife. A grazing plan establishes seasons of use, the number of livestock to be permitted, the range improvements needed, and the grazing system.

BLM_0109543

**Grazing{ XE "Grazing" } Preference**. A superior or priority position against others for the purpose of receiving a grazing permit or lease.

**Grazing{ XE "Grazing" } System**. Scheduled grazing use and non-use of an allotment{ XE "Allotment" } to reach identified goals or objectives by improving the quality and quantity of vegetation.

**Guidelines**. Actions or management practices that may be used to achieve desired outcomes, sometimes expressed as BMPs. Guidelines may be identified during the land use planning process, but they are not considered a land use plan decision unless the plan specifies that they are mandatory. Guidelines for grazing administration must conform to 43 CFR 4180.2.

**Habitat{ XE "Habitat" }**. An environment that meets a specific set of physical, biological, temporal, or spatial characteristics that satisfy the requirements of a plant or animal species or group of species for part or all of their life cycle.

**Habitat{ XE "Habitat" } Management Plan{ XE "Habitat Management Plan (HMP)" }**. A written and approved activity plan{ XE "Activity plan" } for a geographical area which identifies habitat management activities to be implemented in achieving specific objectives of planning decisions.

**Hazardous Material{ XE "Hazardous material" }**. A substance, pollutant, or contaminant that, due to its quantity, concentration, or physical or chemical characteristics, poses a potential hazard to human health and safety or to the environment if released into the workplace or the environment.

**Healthy Aquatic Community**. Varies by species and numbers of target species present, and channel type, and is characterized by: proper amounts of sediment/silt; a diversity of instream habitat complexity; the development/maintenance of undercut bank habitats'; adequate canopy cover; appropriate holding habitat (pools/minimum pools depth) commensurate with the identified Rosgen channel type; reduced diurnal water temperature fluctuations; appropriate width to depth ratios; and represented by a healthy biological community (fish and macroinvertebrate diversity and abundance reflect water quality attaining a biological minimum).

**Herd Management Area**. Public land under the jurisdiction of the BLM that has been designated for special management emphasizing the maintenance of an established wild horse or burro herd.

**Historic Range of Variability**. The range of conditions that are likely to have occurred prior to settlement of the project area by Euro-Americans (approximately the mid-1800's) which would have varied within certain limits over time.

**Historic Resources**. Any prehistoric or historic district, site, building, structure, or object included in, or eligible for inclusion in, the National Register of Historic Places.

**Impact**. The effect{ XE "Effect" }, influence, alteration, or imprint caused by an action.

**Impairment**. The degree to which a distance of clear visibility{ XE "Visibility" } is degraded by man-made pollutants.

**Implementation Decisions**. Decisions that take action to implement land use planning; generally appealable to Interior Board of Land Appeals under 43 CFR 4.410.

BLM_0109544

**Implementation Plan**. An area or site-specific plan written to implement decisions made in a land use plan. Implementation plans include both activity plans and project plans.

**Intermittent Stream**. An intermittent stream is a stream that flows only at certain times of the year when it receives water from springs or from some surface sources such as melting snow in mountainous areas. During the dry season and throughout minor drought periods, these streams will not exhibit flow. Geomorphological characteristics are not well defined and are often inconspicuous. In the absence of external limiting factors, such as pollution and thermal modifications, species are scarce and adapted to the wet and dry conditions of the fluctuating water level.

**Invertebrate**{ XE "Invertebrate" }. An animal lacking a backbone or spinal column.

**Land Treatment**{ XE "Vegetation, Treatment" }. All methods of artificial range improvement arid soil stabilization such as reseeding, brush control (chemical and mechanical), pitting, furrowing, water spreading, etc.

**Land Classification**. When, under criteria of 43 CFR 2400, a tract of land has the potential for retention for multiple use management or for some form of disposal or for more than one form of disposal. The relative scarcity of the values involved and the availability of alternative means and sites for realization of those values will be considered. Long-term public benefits will be weighed against more immediate or local benefits. The tract will then be classified in a manner that will best promote the public interest.

**Land Tenure Adjustments**. Ownership or jurisdictional changes. To improve the manageability of the BLM lands and their usefulness to the public, the BLM has numerous authorities for repositioning lands into a more consolidated pattern, disposing of lands, and entering into cooperative management agreements. These land pattern improvements are completed primarily through the use of land exchanges but also through land sales, through jurisdictional transfers to other agencies, and through the use of cooperative management agreements and leases.

**Land Use Allocation**. The identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions (BLM Handbook H-1601-1, Land Use Planning).

**Land Use Plan**. A set of decisions that establish management direction for land within an administrative area, as prescribed under the planning provisions of FLPMA; an assimilation of land use plan level decisions developed through the planning process outlined in 43 CFR 1600, regardless of the scale at which the decisions were developed. The term includes both RMPs and management framework plans (BLM Handbook H-1601-1, Land Use Planning).

**Land Use Plan Boundary**. The geographic extent of a resource management plan or management framework plans.

**Land Use Plan Decision**. Establishes desired outcomes and actions needed to achieve them. Decisions are reached using the planning process in 43 CFR 1600. When they are presented to the public as proposed decisions, they can be protested to the BLM Director. They are not appealable to Interior Board of Land Appeals.

BLM_0109545

**Lease**. Section 302 of the Federal Land Policy and Management Act of 1976 provides the BLM's authority to issue leases for the use, occupancy, and development of public lands. Leases are issued for purposes such as a commercial filming, advertising displays, commercial or noncommercial croplands, apiaries, livestock holding or feeding areas not related to grazing permits and leases, native or introduced species harvesting, temporary or permanent facilities for commercial purposes (does not include mining claims), residential occupancy, ski resorts, construction equipment storage sites, assembly yards, oil rig stacking sites, mining claim occupancy if the residential structures are not incidental to the mining operation, and water pipelines and well pumps related to irrigation and nonirrigation facilities. The regulations establishing procedures for processing these leases and permits are found in 43 CFR 2920.

**Lease Stipulation**. A modification of the terms and conditions on a standard lease form at the time of the lease sale.

**Leasable Minerals{** XE "Minerals" **}**. Those minerals or materials designated as leasable under the Mineral Leasing Act of 1920. They include coal, phosphate, asphalt, sulphur, potassium and sodium minerals, and oil and gas. Geothermal resources are also leasable under the Geothermal Steam Act of 1970.

**Lek**. An assembly area where birds, especially sage-grouse, carry on display and courtship behavior.

**Limited Area**. An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type but can generally be accommodated within the following categories: Numbers of vehicles; types of vehicles; time or season of vehicle use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions.

**Lithic Site**. An archaeological site containing debris left from the manufacture, use, or maintenance of flaked stone tools.

**Locatable Minerals{** XE "Minerals" **}**. Minerals subject to exploration, development, and disposal by staking mining claims as authorized by the Mining Law of 1872, as amended. This includes deposits of gold, silver, and other uncommon minerals not subject to lease or sale.

**Long-term Effect{** XE "Effect, Long-term" **}**. The effect{ XE "Effect" } could occur for an extended period after implementation of the alternative. The effect could last several years or more.

**Low Productivity Forest Lands**. Woodlands and forest stands producing less than 20 cubic feet per acre per year.

**Mechanical Vegetation Treatment{** XE "Vegetation, Treatment" **}**. Includes mowing, chaining, chopping, drill seeding{ XE "seeding" }{ XE "Seeding" }, and cutting vegetation to meet resource objective. Mechanical treatment{ XE "mechanical treatment" }s generally occur in areas where fuel load{ XE "fuel load" }s or invasive species need to be reduced prior to prescribed fire{ XE "RxFire:see Prescribed Fire" }{ XE "Prescribed fire" } application; when fire risk to resources is too great to use naturally started wildland fires or prescribed fires; or where opportunities exist for biomass utilization or timber{ XE "Timber" } harvest{ XE "Timber harvest" }.

BLM_0109546

**Mechanized Uses**. Equipment that is mechanized, including but not limited to mountain bikes, wheelbarrows, and game carts.

**Mineral**. Any naturally formed inorganic material, solid or fluid inorganic substance that can be extracted from the earth, any of various naturally occurring homogeneous substances (as stone, coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained usually from the ground, under federal laws considered as locatable (subject to the general mining laws), leasable (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

**Mineral Entry**. The filing of a claim on public land to obtain the right to any locatable minerals it may contain.

**Mineral Estate**. The ownership of minerals, including rights necessary for access, exploration, development, mining, ore dressing, and transportation operations.

**Mineral Materials (salable minerals)**. Materials such as sand and gravel and common varieties of stone, pumice, pumicite, and clay that are not obtainable under the mining or leasing laws but that can be acquired under the Materials Act of 1947, as amended.

**Mining Claim**. A parcel of land that a miner takes and holds for mining purposes, having acquired the right of possession by complying with the Mining Law and local laws and rules. A mining claim may contain as many adjoining locations as the locator may make or buy. There are four categories of mining claims: lode, placer, millsite, and tunnel site.

**Mining Law of 1872**{ XE "Mining Law of 1872" }. Provides for claiming and gaining title to locatable minerals{ XE "Locatable minerals" } on public lands. Also referred to as the "General Mining Laws" or "Mining Laws."

**Mitigation**{ XE "Mitigation" }. Alleviation or lessening of possible adverse effects on a resource by applying appropriate protective measures or adequate scientific study. Mitigation may be achieved by avoidance, minimization, rectification, reduction, and compensation.

**Modification**. A change to the provisions of a lease stipulation, either temporarily or for the term of the lease. Depending on the specific modification, the stipulation may or may not apply to all sites within the leasehold to which the restrictive criteria are applied.

**Monitoring (plan monitoring)**. The process of tracking the implementation of land use plan decisions and collecting and assessing data necessary to evaluate the effectiveness of land use planning decisions.

**Motorized**{ XE "Motorized" } **Vehicles or Uses**. Vehicles that are motorized, including but not limited to jeeps, all-terrain vehicle{ XE "All-terrain vehicle" }s (all-terrain vehicles, such as four-wheelers and three-wheelers), and trail{ XE "Trail" } motorcycles or dirt bikes.

**Multiple-use**. The management of the public lands and their various resource values so that they are used in the combination that will best meet the present and future needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to changing needs and

BLM_0109547

conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output (FLPMA) (BLM Manual 6840, Special Status Species).

**National Environmental Policy Act of 1969{ XE "National Environmental Policy Act of 1969 (NEPA)" } (NEPA)**. Public Law 91-190. Establishes environmental policy for the nation. Among other items, NEPA requires federal agencies to consider environmental values in decision-making processes.

**National Register of Historic Places**. A listing of architectural, historical, archaeological, and cultural sites of local, state, or national significance, established by the Historic Preservation Act of, 1966 and maintained by the National Park Service.

**National Wild and Scenic Rivers System{ XE "National Wild and Scenic Rivers System (NWSRS)" }**. A system of nationally designated rivers and their immediate environments that have outstanding scenic, recreational, geologic, fish and wildlife, historic, cultural, and other similar values and are preserved in a free-flowing condition. The system consists of three types of streams: (1) recreation—rivers or sections of rivers that are readily accessible by road or railroad and that may have some development along their shorelines and may have undergone some impounds or diversion in the past; (2) scenic—rivers or sections of rivers free of impoundments with shorelines or watersheds still largely undeveloped but accessible in places by roads; and (3) wild—rivers or sections of rivers free of impoundments and generally inaccessible except by trails, with watersheds or shorelines essentially primitive and waters unpolluted.

**Naturalness**. Refers to an area that "generally appears to have been affected primarily by the forces of nature, with, the imprint of man's work substantially unnoticeable" (Section 2[c] of the Wilderness{ XE "Wilderness" } Act of 1964).

**No Surface Occupancy (NSO)**: A fluid minerals leasing constraint that prohibits occupancy or disturbance on all or part of the lease surface to protect special values or uses. Lessees may exploit the fluid mineral resources under the leases restricted by this constraint through use of directional drilling from sites outside the NSO area.

**Nonfunctional Condition**. Riparian-wetland areas that clearly are not providing adequate vegetation, landform, or woody debris to dissipate energies associated with flow events, and thus are not reducing erosion, improving water quality, etc.

**Objective**. A description of a desired outcome for a resource. Objectives can be quantified and measured and, where possible, have established timeframes for achievement.

**Off-highway Vehicle (off-road vehicle)**. Any motorized vehicle capable of, or designated for travel on or immediately over land, water or other natural terrain, excluding: (1) any non-amphibious

BLM_0109548

registered motorboat; (2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; (3) any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved; (4) vehicles in official use; and (5) any combat or combat support vehicle when used for national defense.

**Off-highway Vehicle Area Designations**. BLM{ XE "United States Department of the Interior, Bureau of Land Management (BLM)" }-administered lands in the CFO{ XE "Cottonwood Field Office (CFO)" } are designated as Open, Limited, or Closed for OHV{ XE "Off-highway vehicle / Off-road vehicle (OHV)" } use.

- <u>Open</u>. Designated areas where all types of motorized{ XE "Motorized" } vehicles (jeeps, all-terrain vehicle{ XE "All-terrain vehicle" }s, motorized dirt bikes, etc.) are permitted at all times, anywhere in the area, on roads or cross country, subject to the operating regulations and vehicle standards set forth in 43 CFR{ XE "Code of Federal Regulations (CFR)" } subparts 8341 and 8342.

- <u>Limited</u>. Designated areas where motorized{ XE "Motorized" } vehicles are restricted to designated route{ XE "Designated route" }s. Off-road{ XE "Road" }, cross-country travel is prohibited in Limited areas, unless an area is specifically identified as an area where cross-country over-snow travel is allowed. Some existing route{ XE "Existing Route" }s may be closed in Limited areas.

- <u>Closed</u>. Designated areas where off-road{ XE "Road" } motorized{ XE "Motorized" } vehicle travel is prohibited yearlong. Emergency use of vehicles is allowed yearlong.

**Old-growth Forest Stands**. Stands composed of trees that are generally in the late successional stages of development. The desired attributes of old-growth stands are older, large trees for the species and site; signs of decadence (broken or deformed tops or boles and some root decay); multiple layers of canopy; standing and down dead trees; a variation in tree age, size, and spacing; and gaps or patchiness in the canopy and understory.

**Open Area**. An area where all types of vehicle use is permitted at all times, anywhere in the area subject to the operating regulations and vehicle standards set forth in 43 CFR 8341 and 8342.

**Ordinary High Water Mark**. That line on the shore established by the fluctuations of water and indicated by physical characteristics such as clear, natural line impressed on the bank, shelving, changes in the character of soil, destruction of terrestrial vegetation, the presence of litter and debris, or other appropriate means that consider the characteristics of the surrounding areas.

**Outstandingly Remarkable Values**. Values among those listed in Section 1(b) of the Wild and Scenic Rivers Act of 1968: "scenic, recreational, geological, fish and wildlife, historical, cultural, or other similar values...." Other similar values that may be considered include ecological, biological, or botanical.

**Ozone**{ XE "Ozone (O3)" }. A faint blue gas produced in the atmosphere from chemical reactions of burning coal, gasoline, and other fuels and chemicals found in products such as solvents, paints, and hairsprays.

BLM_0109549

**Paleontological Resource{ XE "Paleontological resource" }s**. The physical remains or other physical evidence of plants and animals preserved in soils{ XE "Soils" } and sedimentary rock formations. Paleontological resources are important for correlating and dating rock strata and for understanding past environments, environmental change, and the evolution of life.

**Particulate matter{ XE "Particulate matter" } (PM)**. One of the six "criteria" pollutants for which the US EPA{ XE "United States Environmental Protection Agency (US EPA)" } established National Ambient Air Quality{ XE "Air quality" } Standards. Particulate matter is defined as two categories, fine particulates, with an aerodynamic diameter of 10 micrometers ($PM_{10}${ XE "PM10" }) or less, and fine particulates with an aerodynamic diameter of 2.5 micrometers or less ($PM_{2.5}${ XE "PM2.5" }).

**Passenger Vehicle**. Two-wheel-drive, low-clearance vehicles.

**Patent{ XE "Patent" }**. A grant made to an individual or group conveying fee simple tide to selected public lands.

**Patented Claim**. A claim on which title has passed from the federal government to the mining claimant under the Mining Law of 1872{ XE "Mining Law of 1872" }.

**Perennial Stream**. A stream that flows continuously. Perennial streams are generally associated with a water table in the localities through which they flow.

**Permit Long**. Grazing for the duration of the permitted time with care taken not to overuse the resource.

**Permitted Use**. The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease and expressed in AUMs (43 CFR 4100.0-5) (from BLM Handbook H-4180-1, Rangeland Health Standards).

**Permittee**. A person or company permitted to graze livestock on public land.

**Petroglyph**. A form of rock art created by incising, scratching or pecking designs into rock surfaces.

**Physiography**. The study and classification of the surface features of the earth.

**Pictograph**. A form of rock art created by applying mineral based or organic paint to rock surfaces.

**Planning Area**. The geographical area for which land use and resource management plans are developed and maintained. The Uncompahgre RMP planning area is composed of BLM; US Department of Agriculture (USDA), National Forest Service (US Forest Service); US DOI; National Park Service (NPS); State of Colorado lands; and private property. It totals approximately 3.1 million acres in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel counties in southwestern Colorado.

**Planning Criteria**. The standards, rules, and other factors developed by managers and interdisciplinary teams for their use in forming judgments about decision making, analysis, and data collection during planning. Planning criteria streamlines and simplifies the resource management planning actions.

BLM_0109550

**Planning Issues**. Concerns, conflicts, and problems with the existing management of public lands. Frequently, issues are based on how land uses affect resources. Some issues are concerned with how land uses can affect other land uses, or how the protection of resources affects land uses.

**Potential Fossil Yield Classification System**. A system used by the BLM to classify geologic units based on the relative abundance of vertebrate fossils or scientifically significant invertebrate or plant fossils and their sensitivity to adverse impacts, with a higher class number indicating a higher potential.

**Potential Vegetation Group**. Potential vegetation types grouped on the basis of a similar general moisture or temperature environment.

**Prehistoric Resources**. Any material remains, structures, and items used or modified by people before Euro-Americans established a presence in the region.

**Prescribed Fire{ XE "Prescribed Fire (RxFire)" } Treatments{ XE "RxFire:see Prescribed Fire" }**. A pre-planned, management-ignited fire designed to meet specific resource objectives, such as reducing fuel load{ XE "fuel load" }s, preparing a site for chemical treatment{ XE "chemical treatment" } or seeding{ XE "seeding" }{ XE "Seeding" }, or promoting vegetation regeneration. Prescribed fire{ XE "Prescribed fire" }s are useful for reducing fuel loads and providing or promoting vegetation regeneration. Prescribed fires can be performed anywhere that specific fire prescriptions can be met and fire risks to resources are mitigated after site-specific planning and NEPA{ XE "National Environmental Policy Act of 1969 (NEPA)" } analysis.

**Prevention of Significant Deterioration**. An air pollution permitting program intended to ensure that air quality does not diminish in attainment areas.

**Primitive and Unconfined Recreation{ XE "Recreation" }**. Nonmotorized, nonmechanized (except as provided by law), and undeveloped types of recreational activities. Bicycles are considered mechanical transport, so their use is not considered primitive and unconfined recreation (BLM Handbook H-6310-1, Wilderness Inventory and Study Procedures).

**Primitive Road**. A linear route managed for use by four-wheel drive or high-clearance vehicles. Primitive roads do not normally meet any BLM road design standards.

**Probable Sale Quantity{ XE "Proper functioning condition (PFC)" }**. The probable sale quantity is the amount of timber{ XE "Timber" }, measured in thousand board feet, that could be produced on BLM{ XE "United States Department of the Interior, Bureau of Land Management (BLM)" } lands where commercial forest uses are considered appropriate. Calculations are based on species, growth, mortality, land base, and sustainability. The probable sale quantity does not include volume removed for other purposes from other areas (such as recreation{ XE "Recreation" } sites where hazard trees are removed). The probable sale quantity also is not a commitment to offer for sale a specific level of timber volume.

**Proper Functioning Condition (lentic areas)**. A riparian-wetland areas are functioning properly when adequate vegetation, landform, or debris is present to: dissipate energies associated with wind action, wave action, and overland flow from adjacent sites, thereby reducing erosion and improving water quality; filter sediment and aid floodplain development; improve flood-water retention and

ground-water recharge; develop root masses that stabilize islands and shoreline features against cutting action; restrict water percolation; develop diverse ponding characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterbird breeding, and other uses; and support greater biodiversity.

**Proper Functioning Condition (lotic areas)**. A riparian-wetland area is considered to be in proper functioning condition when adequate vegetation, landform, or large woody debris is present to:

- dissipate stream energy associated with high waterflow, thereby reducing erosion and improving water quality;

- filter sediment, capture bedload, and aid floodplain development;

- improve flood-water retention and ground-water recharge;

- develop root masses that stabilize streambanks against cutting action;

- develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses;

- support greater biodiversity.

**Public Land**. Land or interest in land owned by the US and administered by the Secretary of the Interior through the BLM without regard to how the US acquired ownership, except lands located on the Outer Continental Shelf and land held for the benefit of Indians, Aleuts, and Eskimos (BLM Handbook H-1601-1, Land Use Planning).

**Reasonable Foreseeable Development Scenario**. The prediction of the type and amount of oil and gas activity that would occur in a given area. The prediction is based on geologic factors, past history of drilling, projected demand for oil and gas, and industry interest.

**Reclamation**. Returning disturbed lands to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan.

**Recreation and Public Purposes Act of 1926**. Provides for the lease and sale of public lands determined valuable for public purposes. The objective of the Recreation and Public Purposes Act is to meet the needs of state and local government agencies and nonprofit organizations by leasing or conveying public land required for recreation and public purpose uses. Examples of uses made of Recreation and Public Purposes Act lands are parks and greenbelts, sanitary landfills, schools, religious facilities, and camps for youth groups. The act provides substantial cost-benefits for land acquisition and provides for recreation facilities or historical monuments at no cost.

**Recreation Experiences**. Psychological outcomes realized either by recreation-tourism participants as a direct result of their on-site leisure engagements and recreation-tourism activity participation or by nonparticipating community residents as a result of their interaction with visitors and guests within their community or interaction with the BLM and other public and private recreation-tourism providers and their actions.

BLM_0109552

**Recreation Management Zones**. Subunits within an SRMA managed for distinctly different recreation products. Recreation products are composed of recreation opportunities, the natural resource and community settings within which they occur, and the administrative and service environment created by all affecting recreation-tourism providers, within which recreation participation occurs.

**Recreation Niche**. The place or position within the strategically targeted recreation-tourism market for each SRMA that is most suitable (i.e., capable of producing certain specific kinds of recreation opportunities) and appropriate (i.e., most responsive to identified visitor or resident customers), given available supply and current demand, for the production of specific recreation opportunities and the sustainable maintenance of accompanying natural resource or community setting character.

**Recreation Opportunities**. Favorable circumstances enabling visitors' engagement in a leisure activity to realize immediate psychological experiences and attain more lasting, value-added beneficial outcomes.

**Recreation{ XE "Recreation" } Opportunity Spectrum{ XE "Recreation Opportunity Spectrum (ROS)" }**. One of the existing tools for classifying recreation environments (existing and desired) along a continuum, ranging from primitive, low-use, and inconspicuous administration to urban, high-use, and a highly visible administrative presence. This continuum recognizes variation among various components of any landscape's physical, social, and administrative attributes. Resulting descriptions of existing conditions and prescriptions of desired future conditions define recreation setting character.

**Recreation Setting Character Conditions**. The distinguishing recreational qualities of any landscape, objectively defined along a continuum, ranging from primitive to urban landscapes, expressed in terms of the nature of the component parts of its physical, social, and administrative attributes. These recreational qualities can be both classified and mapped. This classification and mapping process should be based on variation that either exists (for example, setting descriptions) or is desired (for example, setting prescriptions) among component parts of the various physical, social, and administrative attributes of any landscape. The recreation opportunity spectrum is one of the tools for doing this.

**Recreation Settings**. The collective distinguishing attributes of landscapes that influence and sometimes actually determine what kinds of recreation opportunities are produced.

**Recreation{ XE "Recreation" } Use Permits**. Authorizations for use of developed facilities that meet the fee criteria established by the Land and Water Conservation Fund Act of 1964, as amended or subsequent authority (such as the pilot fee demonstration program). Recreation Use Permits are issued to ensure that US residents receive a fair and equitable return for the use of those facilities to help recover the cost of construction, operation, maintenance, and management of the permits.

**Recreational River**. Those rivers or sections of rivers that are readily accessible by road or railroad, that may have some development along their shorelines, and that may have undergone some impoundment or diversion in the past.

**Renewable Energy**. Resources that constantly renew themselves or that are regarded as practically inexhaustible. These include solar, wind, geothermal, hydro and wood. Although particular geothermal formations can be depleted, the natural heat in the Earth is a virtually inexhaustible reserve of potential energy.

BLM_0109553

**Research Natural Area{ XE "Research Natural Area (RNA)" }**. A land management status which reserves the area for uses that are compatible with the resource of interest and research for which the area was designated.

**Resource Advisory Council (RAC)**. A council established by the Secretary of the Interior to provide advice or recommendations to BLM management. The Southwest Colorado RAC covers issues within the UFO.

**Resource Management Plan{ XE "Resource Management Plan (RMP)" } (RMP)**. A land use plan as prescribed by the Federal Land Policy and Management Act that establishes, for a given area of land, land-use allocations, coordination guidelines for multiple-use, objectives, and actions to be achieved.

**Rest Rotation**. Gazing rotation that rests pastures that have been grazed early the prior year or that have been identified as needing rest for resource reasons.

**Restoration**. The continuation of rehabilitation beyond the initial three years or the repair or replacement of major facilities damaged by the fire. Restoration activities must be funded through sources other than the emergency stabilization and restoration subactivities.

**Restore**. To bring back to a former or original or specific desired condition or appearance.

**Revision**. The process of completely rewriting the land use plan due to changes in the planning area affecting major portions of the plan or the entire plan.

**Right-of-Way (ROW)**. Public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require ROWs over, on, under, or through such lands.

**Riparian Area**. A form of wetland transition between permanently saturated wetlands and upland areas. Riparian areas exhibit vegetation or physical characteristics that reflect the influence of permanent surface or subsurface water. Typical riparian areas include lands along, adjacent to, or contiguous with perennially and intermittently flowing rivers and streams, glacial potholes, and the shores of lakes and reservoirs with stable water levels. Excluded are ephemeral streams or washes that lack vegetation and depend on free water in the soil.

**Riparian{ XE "Riparian" }/Aquatic{ XE "Aquatic" } System**. Interacting system between aquatic and terrestrial situations. Identified by a stream channel and distinctive vegetation that requires or tolerates free or unbound water.

**Riparian{ XE "Riparian" } Zone**. An area one-quarter mile wide encompassing riparian and adjacent vegetation.

**Road{** XE "Road" **}**. A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use.

**Roadless{** XE "Roadless" **}**. A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use.

BLM_0109554

**Rock Art**. Petroglyphs (carvings) or pictographs (painting) used by native persons to depict their history and culture.

**Rotation**. Grazing rotation between pastures in the allotment for the permitted time.

**Routes**. Multiple roads, trails and primitive roads; a group or set of roads, trails, and primitive roads that represents less than 100 percent of the BLM transportation system. Generically, components of the transportation system are described as "routes."

**Sale**. Public land sales are managed under the disposal criteria set forth in Section 203 of FLPMA. Public lands determined suitable for sale are offered on the initiative of the BLM and are not sold at less than fair market value. Lands suitable for sale must be identified in the RMP. Any lands to be disposed of by sale that are not identified in the current RMP require a plan amendment before a sale can occur.

**Salinity**. The presence of elevated levels of soluble salts in soils or waters.

**Scenic Byways**. Highway routes that have roadsides or corridors of special aesthetic, cultural, or historical value. An essential part of the highway is its scenic corridor. The corridor may contain outstanding scenic vistas, unusual geologic features, or other natural elements.

**Scenic River**. A river or section of a river that is free of impoundments and whose shorelines are largely undeveloped but accessible in places by roads.

**Scoping**. An early and open public participation process for determining the scope of issues to be addressed and for identifying the significant issues related to a proposed action.

**Season of Use**. The time during which livestock grazing is permitted on a given range area, as specified in the grazing lease.

**Seeding**{ XE "Seeding" }. Seeding is a vegetation treatment that includes the application of grass, forb, or shrub seed, either aerially or from the ground. In areas of gentle terrain, ground applications of seed are often accomplished with a rangeland{ XE "Rangeland" } drill. Seeding allows the establishment of native species or placeholder species and restoration{ XE "restoration" } of disturbed areas to a perennial-dominated cover type, thereby decreasing the risk of subsequent invasion by exotic plant species. Seeding{ XE "seeding" } would be used primarily as a follow-up treatment in areas where disturbance or the previously described treatments have removed exotic plant species and their residue.

**Setting Character**. The condition of any recreation system, objectively defined along a continuum, ranging from primitive to urban in terms of variation of its component physical, social, and administrative attributes.

**Short-term Effect**{ XE "Effect, Short-term" }. The effect{ XE "Effect" } occurs only during or immediately after implementation of the alternative.

**Significant Fossils**. Any vertebrate fossil remains or site with fossils of exceptional preservation or context.

BLM_0109555

**Solitude{** XE "Solitude" **}.** The state of being alone or remote from habitations; isolation. A lonely or secluded place. Factors contributing to opportunities for solitude may include size, natural screening, topographic relief, vistas, physiographic variety, and the ability of the user to find a secluded spot.

**Special Recreation Management Area{ XE "Special Recreation Management Area (SRMA)" } (SRMA)**. A public lands unit identified in land use plans to direct recreation funding and personnel to fulfill commitments made to provide specific, structured recreation opportunities. Both land use plan decisions and subsequent implementing actions for recreation in each SRMA are geared to a strategically identified primary market—destination, community, or undeveloped.

**Special Recreation Permit{ XE "Special Recreation Permit" }s**. Authorizations that allow for recreational uses of public lands and related waters. Issued as a means to control visitor use, protect recreational and natural resources, and provide for the health and safety of visitors. Commercial Special Recreation{ XE "Recreation" } Permits also are issued as a mechanism to provide a fair return for the commercial use of public lands.

**Special Status Species**. Includes proposed species, listed species, and candidate species under the Endangered Species Act; also, state-listed species and BLM State Director-designated sensitive species (BLM Manual 6840, Special Status Species Management).

**Split Estate**. Lands on which the mineral estate remains with the federal government (BLM{ XE "United States Department of the Interior, Bureau of Land Management (BLM)" }).

**Split Season**. Removing livestock from the allotment and returning them later in the year within the permitted time.

**Standard**. A description of the physical and biological conditions or degree of function required for healthy, sustainable lands (e.g., land health standards). To be expressed as a desired outcome (goal).

**Standard Lease Terms and Conditions**. Areas may be open to leasing with no specific management decisions defined in a Resource Management Plan; however, these areas are subject to lease terms and conditions as defined on the lease form (Form 3100-11, Offer to Lease and Lease for Oil and Gas; and Form 3200-24, Offer to Lease and Lease for Geothermal Resources).

**State Implementation Plan**. A detailed description of the programs a state will use to carry out its responsibilities under the Clean Air Act. State implementation plans are collections of the regulations used by a state to reduce air pollution.

**Stationary Source**. Refers to a stationary source of emissions. Prevention of Significant Deterioration permits are required for major new stationary sources of emissions that emit 100 tons or more per year of carbon monoxide, sulphur dioxide, nitrogen dioxide, ozone{ XE "Ozone (O3)" }, or particulate matter{ XE "Particulate matter" }.

**Stipulation**. A condition of lease issuance that provides a level of protection for other resource values or land uses by restricting lease operations during certain times or locations or to avoid unacceptable impacts, to an extent greater than standard lease terms or regulations. A stipulation is an enforceable term of the lease contract, supersedes any inconsistent provisions of the standard lease form, and is

BLM_0109556

attached to and made a part of the lease. Lease stipulations further implement BLM's regulatory authority to protect resources or resource values. Lease stipulations are developed through the land use planning process.

**Stipulation Standards**. The physical and temporal conditions, resources or resource values that must be present and met for application of a specific stipulation to a specific lease

**Strategic Plan (BLM Strategic Plan)**. A plan that establishes the overall direction for the BLM. This plan is guided by the requirements of the Government Performance and Results Act of 1993, covers a 5-year period, and is updated every 3 years. It is consistent with FLPMA and other laws affecting the public lands.

**Streamside Management Zone**. Land adjacent to a waterbody where activities on land are likely to affect water quality.

**Suitable River**. A river segment found, through administrative study by an appropriate agency, to meet the criteria for designation as a component of the National Wild and Scenic Rivers system, specified in Section 4(a) of the Wild and Scenic Rivers Act.

**Sustained Yield**. The achievement and maintenance in perpetuity of a high-level annual or regular periodic output of the various renewable resources of the public lands consistent with multiple use{ XE "Multiple use" }.

**Threatened Species**. Any species that is likely to become endangered within the foreseeable future throughout all or a significant portion of its range (BLM Manual 6840, Special Status Species Management).

**Timber**{ XE "Timber" }. Standing trees, downed trees, or logs which are capable of being measured in board feet.

**Timing Limitation (TL)**. A leasing stipulation that prohibits surface use during specified time periods to protect identified resource values. The constraint does not apply to the operation and maintenance of production facilities unless analysis demonstrates that such constraints are needed and that less stringent, project-specific constraints would be insufficient.

**Total Dissolved Solid**{ XE "Total Dissolved Solid" }s. Salt, or an aggregate of carbonates, bicarbonates, chlorides, sulfates, phosphates, and nitrates of calcium, magnesium, manganese, sodium, potassium, and other cations that form salts.

**Total Maximum Daily Load**{ XE "Total Maximum Daily Load" }. An estimate of the total quantity of pollutants (from all sources: point, nonpoint, and natural) that may be allowed into waters without exceeding applicable water quality criteria.

**Traditional Cultural Property**. A property that derives significance from traditional values associated with it by a social or cultural group, such as an Indian tribe or local community. A traditional cultural property may qualify for the National Register of Historic Places if it meets the criteria and criteria exceptions at 36 CFR 60.4. See National Register Bulletin 38.

BLM_0109557

**Traditional Use**. Longstanding, socially conveyed, customary patterns of thought, cultural expression, and behavior, such as religious beliefs and practices, social customs, and land or resource uses. Traditions are shared generally within a social and/or cultural group and span generations. Usually traditional uses are reserved rights resulting from treaty and/or agreements with Native American groups.

**Trail**{ XE "Trail" }. A linear route{ XE "Route" } managed for human-power (e.g., hiking or bicycling), stock (e.g., equestrian), or off-highway vehicle forms of transportation{ XE "Transportation" } or for historical or heritage values. Trails are not generally managed for use by four-wheel drive or high-clearance vehicles.

**Transportation Linear Features**. "Linear features" represents the broadest category of physical disturbance (planned and unplanned) on BLM land. Transportation related linear features include engineered roads and trails, as well as user-defined, non-engineered roads and trails created as a result of the public use of BLM land. Linear features may include roads and trails identified for closure or removal as well as those that make up the BLM's defined transportation system.

**Transportation System**. The sum of the BLM's recognized inventory of linear features (roads, primitive roads, and trails) formally recognized, designated, and approved as part of the BLM's transportation system.

**Travel Management Areas**. Polygons or delineated areas where a rational approach has been taken to classify areas open, closed or limited, and have identified and/or designated a network of roads, trails, ways, and other routes that provide for public access and travel across the planning area. All designated travel routes within travel management areas should have a clearly identified need and purpose as well as clearly defined activity types, modes of travel, and seasons or timeframes for allowable access or other limitations (BLM Handbook H-1601-1, Land Use Planning).

**Trespass**{ XE "Trespass" }. Any unauthorized use of public land.

**Utility**{ **XE "Utility"** } **Corridor**. Tract of land varying in width forming passageway through which various commodities such as oil, gas, and electricity are transported.

**Valid Existing Rights**. Any lease established (and valid) before a new authorization, change in land designation, or in regulation.

**Vegetation Manipulation**. Planned alteration of vegetation communities through use of mechanical, chemical, seeding{ XE "Seeding" } and or prescribed fire{ XE "Prescribed fire" } or wildland fire use to achieve desired resource objectives.

**Vegetation Treatment**{ **XE "Vegetation, Treatment"** } **Methods**. There are five types of vegetation treatments that may be used: wildland fire use{ XE "Wildland Fire Use" }, prescribed fire{ XE "Prescribed Fire (RxFire)" }{ XE "Prescribed fire" } treatment{ XE "Prescribed fire{ XE "Prescribed Fire (RxFire)" } treatment" }s, chemical, mechanical, and seeding{ XE "Seeding" }.

**Vegetation Type**. A plant community with immediately distinguishable characteristics based upon and named after the apparent dominant plant species.

**Vertebrate**. An animal having a backbone or spinal column.

**Viewshed{** XE "Viewshed" **}**. The panorama from a given viewpoint that encompasses the visual landscape, including everything visible within a 360-degree radius.

**Visibility (air quality)**. A measure of the ability to see and identify objects at different distances.

**Visitor Day**. Twelve visitor hours that may be aggregated by one or more persons in single or multiple visits.

**Visitor Use**. Visitor use of a resource for inspiration, stimulation, solitude, relaxation, education, pleasure, or satisfaction.

**Visual Resources**. The visible physical features on a landscape, (topography, water, vegetation, animals, structure-s, and other features) that comprise the scenery of the area.

**Visual Resource Management{ XE "Visual Resource Management (VRM)" } (VRM)**. The inventory and planning actions taken to identify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives.

**Visual Resource Management{ XE "Visual Resource Management (VRM)" } Classes**. Define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands are based on scenic quality, sensitivity level, and distance zones. Each class has an objective that prescribes the amount of change allowed in the characteristic landscape (from BLM Handbook H-1601-1, Land Use Planning). The four classes are described below:

- <u>Class I</u> provides for natural ecological changes only. This class includes primitive areas, some natural areas, some wild and scenic rivers, and other similar areas where landscape modification activities should be restricted.

- <u>Class II</u> areas are those areas where changes in any of the basic elements (form, line, color, or texture) caused by management activity should not be evident in the characteristic landscape.

- <u>Class III</u> includes areas where changes in the basic elements (form, line, color, or texture) caused by a management activity may be evident in the characteristic landscape. However, the changes should remain subordinate to the visual strength of the existing character.

- <u>Class IV</u> applies to areas where changes may subordinate the original composition and character; however, they should reflect what could be a natural occurrence within the characteristic landscape.

**Visual Sensitivity**. Visual sensitivity{ XE "Visual sensitivity" } levels are a measure of public concern for scenic quality and existing or proposed visual change.

**Volatile Organic Compounds**. Chemicals that produce vapors readily at room temperature and at normal atmospheric pressure. Volatile organic compounds include gasoline, industrial chemicals such as

BLM_0109559

benzene, solvents such as toluene and xylene, and tetrachloroethylene (perchloroethylene, the principal dry cleaning solvent).

**Waiver**. A permanent exemption from a lease stipulation. The stipulation no longer applies anywhere within the leasehold.

**Watershed**{ XE "Watershed" }. Topographical region or area delineated by water draining to a particular watercourse or body of water.

{ XE "Forage" }**Watershed Condition Indicators**. An integrated suite of aquatic, riparian, and hydrologic condition measures that are intended to be used at the watershed scale.

**Way**. Roadlike feature used by vehicles having four or more wheels but not declared a road by the owner and which receives no maintenance to guarantee regular and continuous use.

**Wild River**. Those rivers or sections of rivers that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and unpolluted. These represent vestiges of primitive America.

**Wild and Scenic Study River**. Rivers identified in Section 5 of the Wild and Scenic Rivers Act of 1968 for study as potential additions to the National Wild and Scenic Rivers System. The rivers will be studied under the provisions of Section 4 of the act (BLM Manual 8351, Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, and Management).

**Wilderness**{ XE "Wilderness" }. A congressionally designated area of undeveloped federal land retaining its primeval character and influence, without permanent improvements or human habitation, that is protected and managed to preserve its natural conditions and that (1) generally appears to have been affected mainly by the forces of nature, with human imprints substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least 5,000 acres or is large enough to make practical its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historic value. The definition contained in Section 2(c) of the Wilderness Act of 1964 (78 Stat. 891) (BLM Handbook H-6310-1, Wilderness Inventory and Study Procedures).

**Wilderness**{ XE "Wilderness" } **Characteristics**. Wilderness characteristics include size, the appearance of naturalness, outstanding opportunities for solitude, or a primitive and unconfined type of recreation. They may also include ecological, geological, or other features of scientific, educational, scenic, or historical value. However Section 2(c) of the Wilderness Act of 1964 has been updated by Instruction Memorandum 2003-195, dated June 20, 2003. Indicators of an area's naturalness include the extent of landscape modifications, the presence of native vegetation communities, and the connectivity of habitats. Outstanding opportunities for solitude or primitive and unconfined types of recreation may be experienced when the sights, sounds, and evidence of other people are rare or infrequent, in locations where visitors can be isolated, alone or secluded from others, where the use of the area is through nonmotorized, nonmechanical means, and where no or minimal developed recreation facilities are encountered.

BLM_0109560

**Wilderness Study Area**. A designation made through the land use planning process of a roadless area found to have wilderness characteristics, as described in Section 2(c) of the Wilderness Act of 1964 (BLM Handbook H-6310-1, Wilderness Inventory and Study Procedures).

**Wildland Fire{** XE "Wildfire/Wildland Fire" **}**. Any fire, regardless of ignition source, that is burning outside of a prescribed fire and any fire burning on public lands or threatening public land resources, where no fire prescription standards have been prepared (BLM Handbook H-1742-1, Emergency Fire Rehabilitation).

**Wildland Fire{ XE "Wildfire/Wildland Fire" } Use{** XE "Wildland Fire Use" **}**. A vegetation treatment that involves taking advantage of a naturally-ignited wildland fire in an area where fire would benefit resources. Wildland fire use would be conducted in specific areas needing treatment after a site-specific plan and NEPA**{** XE "National Environmental Policy Act of 1969 (NEPA)" **}** analysis are completed and only if predetermined prescriptive parameters (e.g., weather/fire behavior) can be met. Until this planning and NEPA analysis are accomplished, wildland fires would be suppressed using an appropriate management response.

**Wildland-urban Interface (WUI{ XE "Wildland Urban Interface (WUI)" })**. The line, area or zone where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels.

**Withdrawal{** XE "Withdrawal" **}**. An action that restricts the use of public land and segregates the land from the operation of some or all of the public land and mineral laws. Withdrawals are also used to transfer jurisdiction of management of public lands to other federal agencies.

BLM_0109561

Appendix X.  Raptor species breeding periods.

| | | Breeding Period |
|---|---|---|
| **Falconiformes** | | |
| Osprey | *Pandion haliaetus* | 4/1-8/31 |
| Bald eagle | *Haliaeetus leucocephalus* | 11/1-7/31 |
| Northern harrier | *Circus cyaneus* | 4/1-8/15 |
| Sharp-shinned hawk | *Accipiter striatus* | 3/15-8/31 |
| Cooper's hawk | *Accipiter cooperii* | 3/15-8/31 |
| Northern goshawk | *Accipiter gentilis* | 3/1-7/31 |
| Swainson's hawk | *Buteo swainsoni* | 4/1-7/15 |
| Red-tailed hawk | *Buteo jamaicensis* | 2/15-7/15 |
| Ferruginous hawk | *Buteo regalis* | 2/1-7/15 |
| Rough-legged hawk | *Buteo lagopus* | |
| Golden eagle | *Aquila chrysaetos* | 12/15-7/15 |
| American kestrel | *Falco sparverius* | 4/1-8/15 |
| Merlin | *Falco columbarius* | 4/1-8/31 |
| Peregrine falcon | *Falco peregrinus* | 2/1-8/31 |
| Prairie falcon | *Falco mexicanus* | year round |
| **Strigiformes** | | |
| Common barn owl | *Tyto alba* | 2/1-9/15 |
| Flammulated owl | *Otus flammeolus* | 4/1-9/30 |
| Western screech owl | *Megascops kennicottii* | 3/1-8/15 |
| Eastern screech owl | *Megascops asio* | 3/1-8/15 |
| Great horned owl | *Bubo virginianus* | 12/1-9/31 |
| Northern pygmy owl | *Glaucidium gnoma* | 4/1-8/1 |
| Burrowing owl | *Athene cunicularia* | 4/1-8/15 |
| Mexican spotted owl | *Strix occidentalis lucida* | 3/1-8/31 |
| Great gray owl | *Strix nebulosa* | 3/1-8/31 |
| Long-eared owl | *Asio otus* | 2/1-8/15 |
| Short-eared owl | *Asio flammeus* | 3/1-8/1 |
| Boreal owl | *Aegolius funereus* | 2/1-7/31 |
| Northern saw-whet owl | *Aegolius acadicus* | 3/1-8/31 |

Developed from Craig, G.R.. 2002. Recommended buffer zones and seasonal restrictions for Colorado Raptors (CDOW), and Table of Seasonal(Breeding)Buffers.xls (COSO).

BLM_0109562



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
Montrose, Colorado



## RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #6
### Friday, January 28, 2011 (9:00 AM – 12:00 PM)
### Meeting Location:
### Holiday Inn Express
### 1391 S. Townsend Avenue, Montrose, CO

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|---|---|---|---|---|---|
| Adams | Angie | | EMPSi 3775 Iris Ave, Ste 1A Boulder, CO 80301 | angie.adams@empsi.com | 303-446-7160 |
| Armstrong | Lori | | BLM, Southwest Colorado District Manager 2465 S. Townsend Ave. Montrose, CO 81401 | vaarmstrong@blm.gov | 970-240-5336 |
| Baird-LeValley | Robbie | | Colorado State Univ. Extension 525 Dodge Street Delta, CO 81416 | robbie.levalley@colostate.edu | w: 970-874-2195 ▮▮▮▮▮ |
| Bear | Shelby | | DMEA PO Box 910 Montrose, CO 81402 | sbear@dmea.com | w: 970-240-1238 ▮▮▮▮▮ |
| Blackburn | Walt | | | | |
| Day | Bill | | | | |
| Durnan | Richard | | | | |
| Ela | William | | Hotchkiss, CO 81419 | | |
| Hawke | Barbara | | The Wilderness Society, Central Rockies Regional Office 1660 Wynkoop St, Ste 850 Denver, CO 80202 | barbara_hawke@tws.org | ▮▮▮▮▮ w: 303-650-5818 |
| Kauffman | Dave | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | dkauffma@blm.gov | 970-240-5340 |
| Krickbaum | Bruce | | BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401 | bkrickba@blm.gov | 970-240-5384 |
| Mueller | Peter | | PO Box 3140 Telluride, CO 81435 | pmueller@tnc.org | w: 970-728-5291 ▮▮▮▮▮ |

Resource Advisory Council Subgroup Meeting #6                                    January 28, 2011

| Last Name | First Name | Initial | Address | E-Mail | Phone |
|-----------|-----------|---------|---------|--------|-------|
| Reams | John | | Western Small Miner's Assoc.<br>31527 Hwy 141<br>PO Box 644<br>Naturita, CO 81422 | john@reams-construction.com | w: 970-865-2886<br>████████ |
| Sharrow | Barb | | BLM, Uncompahgre Field Office<br>2465 S. Townsend Ave.<br>Montrose, CO 81401 | bsharrow@blm.gov | 970-240-5315 |
| Weist | Steven D. | | Oxbow Mining<br>3737 Hwy 133<br>PO Box 535<br>Somerset, CO 81434 | steve.weist@oxbow.com | w: 970-929-6461<br>████████ |
| Welt | Kathy | | ███████████████ | | |
| Wynant | Kate | | EMPSi<br>3775 Iris Ave, Ste 1A<br>Boulder, CO 80301 | kate.wynant@empsi.com | 303-446-7160 |

Guests

Hoyt, Lynn     ████████████████

(1)

UFO-Sub RAC

Bill Ela
1-28-2011

Commentary on Draft of Chapters 1 + 3 — by Wm. M. Ela

Table of Acronyms: Please add ORV to the list - Outstanding Remarkable Values.

Most important to me is to modify the "purposes" of an RMP - at chapter 1 item 1.1 on pages 1+2. I recommend the current words "provide an overview of goals" to change to "provide an overview of the most environmentally sustainable goals ---." Such addition creates issues with FLPMA's "mandate of multiple uses" referred to in line 29. I feel the overall objective of "preservation of public lands" is a more important consideration of discretionary management, so as to more control some of the multiple uses in the UFO planning area. For examples - (a) less miles of OHV user created roads + trails and (b) more responsible oil + gas drilling by combining multiple drill pads into one drill pad with ~~diagonal~~ horizontal bores to cover the same total ~~area~~ acres of production.

At ¶1.2 on page 1.2 I find it unclear as to which agency has the final say by ROD, (UFO) I assume; or does it require collaborative RODs from each of the listed agencies. At the ¶ I'm unable to follow the reference to Appendix A which seems to be a total disconnect on this matter.

Table 3-1 Do the figures include coal mine emissions. I think there are still beaurocratic problems between mine rights to discharge $CO_2$ + methane with the to flare or recycle methane by collection + burning to create an energy source. Have I overlooked some existing resolution of the issue? Or should the RMP fill the gap.

Page 3-89 item 3.1.8 on Wild Horses. I strongly

(2)

the herd removal at Naturita Ridge as an example of restriction of a multiple-use because of environmental unsustainability.

Page 3-129 line 19. I feel elimination of "open" areas would be a better way to manage considering erosion & sedimentation build up downstream after a storm. Use of designated routes only would promote sustainability. However I realize that budget priorities may not justify expense of enforcement. Also see the first ¶ of Table 3-33 on pg 3-149.

Page 3-138 line 34 refers to Figure 3-22. This is an error or disconnect.

Page 3-139 Table 3-36 title. I think it would help to add the word "Current" to the title to become "Current Eligible Stream Segments"

BLM_0109566



**DESIGNATION**

- Open
- Closed
- Designated OHV Play Area
- Limited to Existing Roads and Trails
- Limited to Designated Roads and Trails Yearlong
- Limited to Designated Roads and Trails 12/1 to 4/30
- Limited to Designated Roads and Trails 5/1 to 6/15

# OHV Designations

Figure 3-19

**BLM Uncompahgre Resource Management Plan**

Miles

0  2.5  5       10       15       20

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Uncompahgre Field Office, Bureau of Land Management, Montrose, CO.

U.S. DEPARTMENT OF THE INTERIOR    **BUREAU OF LAND MANAGEMENT NEWS RELEASE**

**Release Date:** 02/01/11
**Contacts:** Deanna Masterson,        303-239-3671
             Bruce Krickbaum,         970-240-5384

### BLM Uncompahgre Resource Management Plan Advisory Group to Meet (01-28-11)

MONTROSE, Colo. — The Bureau of Land Management's Southwest Colorado Resource Advisory Council subgroup is scheduled to meet to discuss Wild and Scenic River suitability recommendations for the Uncompahgre Field Office's Resources Management Plan.  Specifically, the group will discuss recommendations for the San Miguel and Dolores Rivers and tributaries.

The meeting is scheduled from 9 a.m. to 2 p.m., Feb. 7, at the Holiday Inn Express Apex Room, 1391 South Townsend Ave., Montrose, Colo. The meeting is open to the public, with a public comment period scheduled for 11 a.m.

The Southwest Colorado RAC subgroup is composed of area residents representing diverse interests within the Uncompahgre Field Office. The seven-member subgroup will provide recommendations to the BLM Southwest Colorado RAC regarding suitability for streams to be included in the National Wild and Scenic River System.

The Southwest Colorado RAC is one of three advisory councils to BLM Colorado. Composed of 15 members appointed by the Secretary of the Interior, individuals serving in each RAC represent a broad range of public land interests, ranging from environmental to local government to commercial activity. For more information on Colorado RACs, go to www.blm.gov/co and select Resources, then Resource Advisory Councils.


The BLM manages more land - more than 245 million acres - than any other Federal agency. This land, known as the National System of Public Lands, is primarily located in 12 Western states, including Alaska. The Bureau, with a budget of about $1 billion, also administers 700 million acres of sub-surface mineral estate throughout the nation. The BLM's multiple-use mission is to sustain the health and productivity of the public lands for the use and enjoyment of present and future generations. The Bureau accomplishes this by managing such activities as outdoor recreation, livestock grazing, mineral development, and energy production, and by conserving natural, historical, cultural, and other resources on public lands.

--BLM--

2465 South Townsend Avenue      Montrose, CO 81401

Last updated: 02-01-2011

BLM_0109568

# PRELIMINARY PLANNING CRITERIA

The Uncompahgre BLM staff has developed preliminary planning criteria. Planning criteria establish constraints, guidelines, and standards for the planning process. They help planners define the scope of the process and estimate the extent of data collection and analysis. Planning criteria are based on standards prescribed by applicable laws and regulations, agency guidance, results of consultation and coordination with the public, other federal, state and local agencies, Indian tribes, analysis of information pertinent to the planning area, and professional judgment.

The BLM requests your input, and may modify these criteria based on your comments.

- The proposed RMP will comply with FLPMA and all other applicable laws, regulations, and policies.
- Impacts from the management alternatives considered in the revised RMP will be analyzed in an EIS developed in accordance with regulations at 43 CFR 1610 and 40 CFR 1500.
- Lands covered in the RMP will be public land and split estates managed by BLM. No decisions will be made relative to non-BLM administered lands.
- For program specific guidance of land use planning level decisions, the process will follow the Land Use Planning Manual 1601 and Handbook H-1601-1, Appendix C.
- Broad-based public participation will be an integral part of the planning and EIS process.
- The planning team will work cooperatively with the State of Colorado, tribal governments, county and municipal governments, other federal agencies, the South West RAC, cooperating agencies and all other interested groups, agencies, and individuals.
- Decisions in the plan will strive to be compatible with the existing plans and policies of adjacent local, state, and federal agencies as long as the decisions are consistent with the purposes, policies, and programs of federal law, and regulations applicable to public lands.
- BLM will consult with the Colorado Division of Wildlife. The RMP will recognize the State's responsibility and authority to manage wildlife.
- The RMP will recognize the Office of Surface Mining's responsibility and authority to regulate coal activities.
- BLM will recognize the State's responsibility for permitting related to oil and gas activities and in regulating air quality impacts.
- BLM will recognize the State's responsibility for permitting related to uranium, coal, and sand and gravel activities, and in regulating water quality impacts.
- The National Sage-grouse Strategy requires that impacts to sagebrush habitat and sagebrush-dependent wildlife species be analyzed and considered in BLM land use planning efforts for public lands with sagebrush habitat in the planning area.
- The RMP will recognize valid existing rights.
- The planning process will incorporate Colorado's Standards for Public Land Health and Guidelines for Livestock Grazing Management.
- Wilderness Study Areas will continue to be managed under the Interim Management Policy (IMP) for Lands under Wilderness Review until Congress either designates all or portions of the WSA as wilderness or releases the lands from further wilderness consideration. It is no longer the policy of the BLM to make formal determinations regarding wilderness character, to designate additional WSAs through the RMP process, or to manage any lands other than existing WSAs in accordance with the Wilderness IMP.
- The planning process will involve American Indian tribal governments and will provide strategies for the protection of recognized traditional uses.
- Any location-specific information pertaining to cultural resources (either map, description, or photo) is proprietary to the BLM and will not become the property of any contractors working on the EIS or attached to any document (paper or electronic), nor is this information subject to any public release or FOIA requests (36CFR 7.18).
- The RMP will include adaptive management criteria and protocol to deal with future issues.
- A reasonable foreseeable development scenario for fluid minerals, and reports for uranium and coal, will be developed from analysis of past activity, production, and other sources, which will aid in developing alternatives and in the environmental consequences analysis.



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

# RESOURCE ADVISORY COUNCIL SUBGROUP MEETING #6
## Friday, January 28, 2011 (9:00 AM – 12:00 PM)

### Meeting Location:
### Holiday Inn Express (Jordan Room)
### 1391 South Townsend Avenue, Montrose, CO

# Meeting Minutes

**Attendees:** Angie Adams (EMPSi), Robbie Baird-LeValley, Shelby Bear, Walt Blackburn, Bill Day, Richard Durnan, William Ela, Barbara Hawke, Bruce Krickbaum (BLM Uncompahgre Field Office), Peter Mueller, John Reams, Barb Sharrow (BLM Uncompahgre Field Office), Steven Weist, Kate Wynant (EMPSi)

**Handouts:** Agenda; Highlights of the Resource Management Planning Process to Date; Comment Form for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Maps for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Dolores-San Miguel River Basins Supplemental Comment Period

1. **Welcome** (Bruce Krickbaum)

2. **Introductions** (All present)

3. **Planning Process to Date** (Angie Adams)
   - See handout: Highlights of the Resource Management Planning Process to Date.
   - Gray highlighting indicate changes from last meeting.
   - The Class I cultural resources overview has been completed. It's an inventory of cultural resources known on BLM land. It documents the sites and their quality. It's an inventory and will get rolled into the RMP in the alternatives.
   - The wilderness characteristics inventory report is underway and a draft is expected in the spring. In the 1990s the BLM inventoried lands for wilderness characteristics and those lands became wilderness study areas. BLM's authority to do that ended around 1993. Since then, the BLM's authority to inventory and protect wilderness characteristics has changed over time and may continue to do so. Right now, the BLM inventories lands outside of wilderness study areas (WSAs) to see if they have wilderness characteristics. That is what the report is. The alternatives can look at different ways to manage those wilderness characteristics. There is no mandate for BLM to protect lands with wilderness characteristics, unlike WSAs that the BLM must protect until Congress acts on their recommendation. The alternatives will lay out different scenarios for protecting or not protecting the wilderness characteristics. Secretary [of the Interior] Salazar issued a Secretarial Order regarding Wild Lands. As an agency we do not

---

*BLM Uncompahgre Field Office*
*Resource Management Plan and EIS – www.uformp.com*

BLM_0109570

know what that means. It will take time to figure out how to implement Salazar's order. Direction is how we know it today but things may change.

- *Question:* Have you gotten any clarification if decision making comes down to the Field Office level? *Answer:* Yes, we would still make the decisions in the land use plan. We have always been required to inventory. Our office has done what we were supposed to do so I think we can react if things should change.
- *Question:* Do you have a sense of timing on when you'll get written instruction? *Answer:* Generally it takes at least six months for things to trickle down.
- *Question:* Is it in writing? *Answer:* The Secretarial Order is in writing but the interpretation will take some time. Our draft plan is not due to come out until fall of 2012 so we have time to react to whatever the policy will be. The inventory is the biggest piece of the puzzle and we are doing that. Now the question will be whether or not we have to make certain decisions in the plan we have not yet included.
- *Question:* With the government having concerns over budget, how will that affect the BLM's ability to manage lands as a certain classification? *Answer:* The same as it always has. We didn't know what the budget would be like in the last 20 years and we can't predict the future.
  - ○ *Question:* But what if you determine a stream segment is wild and you can't manage for that? *Answer:* Part of suitability does include manageability and cost, so that will be considered for wild and scenic river (WSR) determinations.

## 4. Internal Draft Alternatives (Angie Adams)

- See handouts: Comment Form for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review; Maps for Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review.
- Please note that these are ROUGH DRAFT alternatives. The BLM Interdisciplinary Team has not even seen these all put together. We know there are errors and inconsistencies and we will be working through those things. This is a content review and not an editorial review.
- What we are asking you to do is review these rough draft alternatives for two things. We'll take any feedback but focus on two things.
  - ○ Ensure that we've captured a reasonable range of alternatives. It's not to identify what you like and what is the best decision. Right now we just want to make sure we have the correct range of alternatives. You should be thinking about whether or not what you want to see is somewhere in the range. If it's not, we need to know that.
  - ○ If you think there are concepts or actions among alternatives that seem very similar, you can give us feedback on where alternatives can be combined. It might vary by row (action) or resource, not necessarily whole alternatives being combined.
- Layout:
  - ○ The first page of the Alternatives handout states your mission.
  - ○ Second page of the matrix is the Table of Contents and shows you what page all of the resources start on.
  - ○ The top of each page shows the different alternatives the BLM is considering for resource management. In your notebook you should have a two-page handout that describes the alternatives and a few words. If you don't have that or can't find it, e-mail Kate to get a copy (kate.wynant@empsi.com).
  - ○ At the top of each resource section, it shows us the minimum decisions that should be made per the BLM Land Use Planning Handbook (H-1601-1). The next line for every resource will have the goal for that resource. As we talked about previously, the goals are the same for all alternatives. Objectives and actions are ways to reach that goal.
  - ○ The first map in the map packet shows land status (yellow=BLM; green=US Forest Service; purple=Park Service; white=private; blue=state). Note that the Gunnison Gorge and

BLM_0109571