**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | Appendix B.) (Figure 2-40, Appendix A) | | Appendix B.) (Figure 2-42, Appendix A) |
| 36. | **Objective:**<br>Maintain or improve water quality in accordance with state and federal laws and approved standards, including consultation with state agencies on proposed projects that could significantly affect water quality (BLM 1985). | **Objective:**<br>Maintain and improve water quality by ensuring streams are in compliance with the Clean Water Act for biological, chemical, and physical constituents. | | |
| 37. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed and Monitoring and Evaluation list) where BLM management actions are contributing to impaired water quality. | **Action:**<br>Manage lands to improve water quality and promote the delisting of state impaired water bodies (303[d]-listed water bodies only) where BLM management actions are contributing to impaired water quality. | |
| 38. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate a 0.25-mile buffer along major river corridors (i.e., Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores) as ROW avoidance areas. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. |
| 39. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING/ STIPULATION** NL-1/NGD-3: *Major River Corridors.* Close to | Allowable Use:<br>**STIPULATION** CSU-9/SSR-8: *Major River Corridors.* Apply CSU/SSR restrictions within | Allowable Use:<br>**STIPULATION** NSO-4/SSR-9: *Major River Corridors.* Prohibit surface occupancy and apply |

BLM_0110079

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) | 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A) |
| 40. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage a 300-foot buffer along perennial streams as ROW exclusion areas. | **Action:**<br>No similar action. | **Action:**<br>Manage a 300-foot buffer along perennial streams as ROW avoidance areas. |
| 41. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-5/NGD-4: *Perennial Streams.* Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-10/SSR-10: *Perennial Streams.* Apply CSU/SSR restrictions within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-6/SSR-11: *Perennial Streams.* Prohibit surface occupancy and apply SSR restrictions within 300 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A)<br><br>**STIPULATION** CSU-10: *Perennial Streams.* Apply CSU restrictions within 500 feet |

BLM_0110080

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. (Refer to Appendix B.) (Figure 2-54, Appendix A) |
| 42. | **Action:** No similar action in current RMPs. | **Action:** Manage a 500-foot buffer along intermittent and ephemeral streams as ROW exclusion areas. | **Action:** No similar action. | **Action:** Manage a 100-foot buffer along intermittent and ephemeral streams as ROW avoidance areas. |
| 43. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-7/NGD-5: *Intermittent and Ephemeral Streams.* Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of intermittent and ephemeral streams. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use: No similar allowable use. Use BMPs (Appendix F) to avoid intermittent and ephemeral streams. | Allowable Use: **STIPULATION** CSU-11/SSR-12: *Intermittent and Ephemeral Streams.* Apply CSU/SSR restrictions within 100 feet from the edge of the ordinary high-water mark (bank-full stage) of intermittent and ephemeral streams. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 44. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage lands within municipal watersheds and public water supply areas to provide clean drinking water to local communities. | | |
| 45. | Allowable Use: **LEASE NOTICE** LN-UFO-1: *Insert name.* If drilling operations are proposed, the operator is hereby notified that there are | Allowable Use: **LEASE NOTICE** LN-1: *Insert name.* The lessee is hereby notified that this lease is within a municipal watershed or Public Water Supply area, and the lessee is required to implement special protective measures for water resources and to collaborate with municipalities. (Refer to Appendix B.) | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110081

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | concerns about the municipal water source and water conveyance for the town of Norwood, Colorado. The lessee is hereby notified that special design, construction, and scheduling measures may be required in order to minimize the impacts of drilling and producing operations. The overall goal of these measures is to protect Norwood's municipal water source. (Refer to Appendix B.) | | | |
| 46. | **Action:** No similar action in current RMPs. | **Action:** Manage lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake as ROW exclusion areas. | **Action:** Manage lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake as ROW avoidance areas. | |
| 47. | **Action:** No similar action in current RMPs. | **Action:** Apply on the following lands: • within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from | **Action:** Apply on the following lands: • within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from | **Action:** Apply on the following lands: • within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from |

BLM_0110082

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and<br>• within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring.<br><br>the following restrictions or closures:<br>• Close to mineral materials sales (e.g., sand, gravel);<br>• Close to non-energy solid mineral leasing (e.g., potash, sodium, phosphate);<br>• Close to coal leasing;<br>• Close to livestock grazing;<br>• Petition the Secretary of Interior for withdrawal from locatable minerals (e.g., gold, uranium, other hard rock); and<br>• **NO LEASING** NL-2: *Surface Water Supply Streams and Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration. | the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and<br>• within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring.<br><br>the following restrictions or closures:<br>• Close to mineral materials sales (e.g., sand, gravel);<br>• Close to non-energy solid mineral leasing (e.g., potash, sodium, phosphate);<br>• Close to coal leasing;<br>• Close to livestock grazing;<br>• Petition the Secretary of Interior for withdrawal from locatable minerals (e.g., gold, uranium, other hard rock); and<br>• **NO LEASING** NL-3: *Surface Water Supply Streams and Public Water Supplies.* Close to fluid mineral leasing and geophysical exploration. | the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and<br>• within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring.<br><br>the following restrictions or closures:<br>• Close to mineral materials sales (e.g., sand, gravel);<br>• Close to non-energy solid mineral leasing (e.g., potash, sodium, phosphate);<br>• Minimize impacts from livestock grazing on these lands;<br>• Petition the Secretary of Interior for withdrawal from locatable minerals (e.g., gold, uranium, other hard rock); and<br>• **NO LEASING** NL-3: *Surface Water Supply Streams and Public Water Supplies.* Close to fluid mineral leasing and |

BLM_0110083

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | (Refer to Appendix B.)<br><br>If source water protection areas are developed by municipalities, revise this stipulation to cover the area of the source water protection area. | (Refer to Appendix B.)<br><br>If source water protection areas are developed by municipalities, revise this stipulation to cover the area of the source water protection area. | geophysical exploration. (Refer to Appendix B.)<br><br>If source water protection areas are developed by municipalities, revise this stipulation to cover the area of the source water protection area. |
| 48. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NGD-6: *Municipal Watersheds and Public Water Supplies.* Prohibit surface-disturbing activities on lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado used as a public (municipal) water supply, and within 2,640 horizontal feet of all Public Water Supplies using a groundwater well or spring. (Refer to Appendix B.) | Allowable Use:<br>**STIPULATION** CSU-12/SSR-13: *Municipal Watersheds and Public Water Supplies.* Apply CSU/SSR restrictions within less than 1,000 horizontal feet of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado, and within domestic wells and springs, and require operators to implement the following protective measures:<br>• Use of pitless drilling systems;<br>• Use of flowback and stimulation fluids contained within tanks that are placed | Allowable Use:<br>**STIPULATION** CSU-13: *Municipal Watersheds and Public Water Supplies.* Apply CSU restrictions within a distance greater than 1,000 horizontal feet but less than 2,640 horizontal feet of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado, and within domestic wells and springs, and require operators to use the following protective measures:<br>• Same as Alternative C. |

BLM_0110084

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | | on a well pad or in an area with down-gradient berming;<br>• Use of green fracking fluids only;<br>• Construction of berms or other containment devices in compliance with rule 603.e(12) around crude oil condensate and produced water storage tanks;<br>• Notification of potentially impacted Public Water Systems 15 miles downstream;<br>• Prohibit use of evaporation ponds for production or means of disposing of produced water shall on BLM lands or split estate within the municipal watershed;<br>• Collection of baseline water quality data (surface and/or groundwater) consisting of a pre-drilling sample collected within 100 feet of well pad, or where sufficient water exists to collect a sample per US Environmental Protection Agency or US Geological Survey collection methods. | The buffer may be extended beyond 2,640 horizontal feet if site-specific conditions warrant.<br><br>(Refer to Appendix B.) (Figure 2-54, Appendix A) |

BLM_0110085

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | | Conduct additional sampling during drilling operations and immediately following well completion. Each sample should analyze at a minimum:<br>○ pH, alkalinity, specific conductance, major cations, major anions, total dissolved solids, BTEX/GRO/DRO, TPH, PAHs (including benzo[a] pyrene and metals [arsenic, barium, calcium, iron, magnesium, manganese, lead, and selenium]). For municipal watersheds, develop a coordinated water resources monitoring plan with the BLM and municipality. Each office will determine the sampling site, intensity, and need for groundwater sampling, depending on site specific geology and risk. Submit results to BLM within 3 months of data collection per Section 317b of the Colorado Oil and Gas Conservation Commission | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110086

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | regulations.<br>(Refer to Appendix B.)<br>*[Note to BLM: Having a CSU in this area is unnecessary since the row above has this area as No Leasing. This stipulation in this cell should only be SSR. However, all the measures in this CSU/SSR cell apply to fluid minerals leasing, which does not make sense under an SSR. Please clarify.]* | |
| 49. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Provide sufficient water quantity on BLM lands for multiple use management and functioning, healthy riparian and aquatic ecosystems. | | |
| 50. | **Action:**<br>Work with Colorado Water Conservation Board to ensure a sufficient instream flow to benefit warm and cold water fish species on:<br>• 23 existing instream flow rights; and<br>• Ongoing current applications for the Lower San Miguel River and Tabeguache Creek. | **Action:**<br>Make recommendations to the Colorado Water Conservation Board for protection or enlargements of instream flows on appropriate stream segments. Assist Colorado Water Conservation Board in instream flow assessments and monitoring of current BLM instream flow stream reaches for compliance. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 51. | **Action:**<br>Maintain current water rights, including groundwater (e.g., wells and springs, to benefit | **Action:**<br>Maintain current water rights by reviewing monthly water resumes and objecting to proposals that may jeopardize existing rights. | | |

BLM_0110087

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | wildlife and livestock, including:<br>• 54 surface water rights;<br>• 2 ditches;<br>• I well;<br>• 15 reservoirs; and<br>• 121 springs/seeps. | | | |
| 52. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>File for new water rights for surface and groundwater sources (i.e., springs/seeps, wells, reservoirs, streams) in adequate quantities necessary to protect planning area resource needs and sustainability. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 53. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Protect groundwater resources and recharge areas to maintain functioning condition of all parameters within the hydrologic cycle, including groundwater quantity and quality. | | |
| 54. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING** NL-4: *Domestic Water Wells.* Close to fluid mineral leasing and geophysical exploration areas within 1,000 horizontal feet of all domestic water wells. (Refer to Appendix B.) | Allowable Use:<br>**STIPULATION** CSU-14: *Domestic Water Wells.* Apply CSU restrictions within 500 horizontal feet of all domestic water wells. (Refer to Appendix B.) (Figure 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-8: *Domestic Water Wells.* Prohibit surface occupancy within 1,000 horizontal feet of all domestic water wells. (Refer to Appendix B.) (Figure 2-50, Appendix A) |
| 55. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Protect soil, water, and vegetation resources during periods of drought. | | |
| 56. | **Action:**<br>No similar action in current | **Action:**<br>Implement drought management guidelines (Appendix H) during periods of drought to maintain or | | |

BLM_0110088

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | RMPs. | achieve long-term resource productivity. | | |
| 57. | **VEGETATION** | | | |
| 58. | *VEGETATION – GENERAL* | | | |
| 59. | **GOAL:**<br>Manage vegetation for a mix of productive and resilient plant and biological soil crust communities that sustain native species at viable population levels. Manage shrub and woodland communities within the Historic Range of Natural Variability, maintaining successional processes and sustaining all structural stages across the landscape. Manage riparian and wetland systems to function properly, have the ability to recover from disturbance, and sustain native species at viable population levels. | | | |
| 60. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Maximize native vegetation. | **Objective:**<br>Minimize loss of native vegetation. | **Objective:**<br>Maximize native vegetation and natural processes. |
| 61. | **Action:**<br>Where reseeding is required on land treatment efforts, place emphasis on using native plant species. Consider seeding of nonnative plant species based on local goals, native seed availability and cost, persistence of nonnative plants and annuals and noxious weeds on the site, and composition of nonnative species in the seed mix (BLM 1997). | **Action:**<br>Use locally derived native species for revegetation. If locally derived native species are not available or cost prohibitive, allow some use of sterile nonnative species. | **Action:**<br>Use native species for revegetation. If native species are not available or cost prohibitive, allow some use of nonnative species that are not invasive. | **Action:**<br>Use locally derived native species for revegetation. If locally derived native species are not available or cost prohibitive, allow use of nonnative species that are not invasive, or non-local natives. |
| 62. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Restore areas of degraded vegetation where there is a high probability of success. Use test plots first for more difficult areas. | **Action:**<br>As off-site mitigation for vegetation damaged by nearby resource use and development, restore areas of degraded vegetation where there is a high | **Action:**<br>On ACECs, WSAs, lands identified for wilderness characteristics protection, biological core areas, and areas with rare vegetation, restore |

BLM_0110089

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | probability of success. | areas of degraded vegetation where there is a high probability of success. Use test plots first for more difficult areas. As opportunities arise on other lands, restore areas of degraded vegetation where there is a high probability of success, including as off-site mitigation. |
| 63. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Revegetate areas that are impacted by wildfire or resource use and development to basic levels of ecologic functionality as on-site mitigation. | **Action:**<br>Revegetate areas that are impacted by wildfire or resource use and development as on-site mitigation. | **Action:**<br>Same as Alternative B. |
| 64. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Implement drought management guidelines (Appendix H) during periods of drought to maintain or achieve long-term resource productivity. | | |
| 65. | *VEGETATION – UPLANDS* | | | |
| 66. | **Objective:**<br>No similar action in current RMPs. | **Objective:**<br>Manage vegetation structure for maximum naturalness, with secondary outcomes of sensitive species habitat, resource production, and fuels reduction. | **Objective:**<br>Manage vegetation structure to emphasize resource production and fuels reduction as needed. | **Objective:**<br>On ACECs, WSAs, lands identified for wilderness characteristics protection, biological core areas, and areas with pristine, ancient, or rare vegetation, manage vegetation structure for maximum naturalness of vegetation age class distribution across the |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-43

BLM_0110090

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | landscape and to support sensitive species habitat, with resource production and fuels reduction as secondary outcomes.<br><br>On the remaining areas, manage vegetation structure to emphasize resource production, fuels reduction, and to support big game species habitat, with naturalness and sensitive species habitat as secondary outcomes. |
| 67. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Update the vegetation mosaic objectives in the Fire Management Plan (BLM 2008a) to meet objective. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 68. | **Action:**<br>On 121,684 acres (management unit 1), manage to improve vegetation conditions and forage availability for livestock grazing. On 51,682 acres (management unit 2), manage vegetation to improve the areas' capabilities to support wintering deer, elk, and bighorn sheep populations. On 40,499 acres (management unit 3), manage vegetation for | **Action:**<br>Make all vegetation treatments consistent with the vegetation mosaic objectives. Maintain productive and diverse vegetation communities, and maximize habitat conditions on winter range to support native ungulate species populations. | **Action:**<br>Treat vegetation to increase forage, reduce fuels, and produce wood products where needed. | **Action:**<br>Make all vegetation treatments consistent with the vegetation mosaic objectives. Maintain productive and diverse vegetation communities. |

BLM_0110091

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | sustained yield production of the woodland resource within the allowable cut restrictions determined by the Timber Production Capability Classification inventory (BLM 1989a). | | | |
| 69. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Reduce impacts from climate change on native vegetation species and communities. | | |
| 70. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Transplant or seed local native species into new habitats according to current climate change science. | **Action:**<br>Seed local native species into new habitats according to current climate change science. | **Action:**<br>Same as Alternative B. |
| 71. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Minimize unnatural (e.g., size, intensity) soil and vegetation disturbance in biological core areas to reduce barriers to plant migration. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 72. | **Objective:**<br>No similar objective in current RMP. | **Objective:**<br>Manage pristine, ancient, biological core areas, and rare vegetation communities to maintain their integrity and functionality. | | |
| 73. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage pristine, ancient, and rare vegetation communities as ROW exclusion areas. | **Action:**<br>Manage pristine, ancient, and rare vegetation communities as ROW avoidance areas. | |
| 74. | Allowable Use:<br>No similar allowable use in | Allowable Use:<br>**STIPULATION** NSO- | Allowable Use:<br>**STIPULATION** CSU-15/SSR-14: *Pristine, Ancient, and Rare* | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

2-45

BLM_0110092

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | current RMPs. | 9/NGD-7: *Pristine, Ancient, and Rare Vegetation Communities.* Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | *Vegetation Communities.* Apply CSU/SSR restrictions. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | |
| 75. | *VEGETATION – RIPARIAN* | | | |
| 76. | **Objective:**<br>No similar objective in existing RMPs. | **Objective:**<br>Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions. | **Objective:**<br>Manage naturally occurring riparian and wetland areas for Proper Functioning Condition. | **Objective:**<br>Same as Alternative B. |
| 77. | **Action:**<br>On 2,347 acres (management unit 7), protect riparian/aquatic zones up to 0.25-mile wide. Activities that disturb these areas could be approved on a site-specific basis after consultation with affected entities and development of mitigating measures (BLM 1989a). | **Action:**<br>Manage a 100-foot buffer along naturally occurring riparian and wetland areas, seeps, and springs as ROW exclusion areas unless it can be determined that the project does not diminish site integrity. | **Action:**<br>Require that new ROW authorizations in naturally occurring wetlands and riparian areas, seeps, and springs identify effective measures to maintain Proper Functioning Condition. | **Action:**<br>Manage a 300-foot buffer along naturally occurring riparian and wetland areas, seeps, and springs as ROW avoidance areas unless it can be determined that the project does not diminish hydrologic or vegetation conditions. |
| 78. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close riparian areas to mineral material disposal (500-foot buffer), wood products collection, and other plant products collection (100-foot | **Action:**<br>Limit mineral material disposal, wood products collection, and other plant products collection within riparian areas to least-impacting locations. | **Action:**<br>Close riparian areas to mineral material disposal, wood products collection, and other plant products collection except for research and revegetation |

2-46

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

BLM_0110093

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | buffer). Prohibit permitted recreation activities or events. | | purposes (100-foot buffer). Restrict permitted recreation activities or events to designated routes in least-impacting locations. |
| 79. | **Action:**<br>No similar action in current RMPs | **Action:**<br>Limit vegetation treatments in riparian areas to weed treatment and managed fire from natural ignition. | **Action:**<br>Allow vegetation treatments in riparian areas that do not impair riparian/wetland values. | **Action:**<br>Allow vegetation treatments in riparian areas that are compatible with and promote natural riparian/wetland function and improvement. |
| 80. | **Action:**<br>Improve aquatic/riparian habitat on the following priority areas:<br>• Upper San Miguel River and its tributaries (44 miles);<br>• Upper Dolores River (30 miles); and<br>• Lower San Miguel and its tributaries (20 miles) (BLM 1985).<br><br>Manage 680 acres in the Roubideau Creek and Potter Creek drainages for improvement of riparian habitat (BLM 1989a).<br><br>Manage 3,725 acres (management unit 9) to restore | **Action:**<br>No similar action; this is addressed by other actions. | | |

BLM_0110094

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | and enhance riparian vegetation along 40 miles of streams (BLM 1989a).<br><br>On 3,725 acres (management unit 9), incorporate objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table, into existing activity plans, or develop them in new riparian/aquatic system management plans (BLM 1989a).<br><br>On 5,456 acres (emphasis area B), invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, and La Sal Creeks (BLM 1985). (Also refer to Terrestrial Wildlife section.) | | | |
| 81. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Actively create, enhance, and restore wetland and riparian areas impacted by historic land | **Action:**<br>No similar action. | **Action:**<br>Pursue opportunities to enhance and restore wetland and riparian areas impacted by |

Internal Not for Public Distribution

BLM_0110095

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | use and flow regime modification. | | historic land use and flow regime modification. |
| 82. | **Action:**<br>Limit vehicle use in the riparian zones associated with Bear and Roatcap Creeks to designated roads and trails yearlong (BLM 1989a). | **Action:**<br>No similar action; this is addressed by stipulations and BMPs (Appendix F). | | |
| 83. | Allowable Use:<br>**STIPULATION** CSU-CO-28 (BLM 1991a): *Riparian Vegetation Zone.* For the protection of perennial water impoundments and streams, and/or riparian/wetland vegetation zones, restrict activities associated with oil and gas exploration and development, including roads, transmission lines, and storage facilities, to an area beyond the riparian vegetation zone. (Refer to Appendix B.) (Figure 2-51, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-10/NGD-8: *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps.* Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of perennial and intermittent streams and naturally occurring wetlands, springs, and seeps. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-16/SSR-15: *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps.* Apply CSU/SSR restrictions within 100 feet from the edge of the riparian zone along perennial and intermittent streams and naturally occurring wetlands, springs, and seeps. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-11/SSR-16: *Naturally Occurring Riparian and Wetland Areas, Water Bodies, Springs, and Seeps.* Prohibit surface occupancy and surface disturbing activities within a minimum buffer distance of 325 horizontal feet for all perennial waters. For perennial streams, the buffer will be measured from ordinary high water mark (bankfull stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent. For unmapped wetlands, the vegetative boundary (from which the buffer originates) will be determined in the field. Where the riparian zone extends beyond 325 feet, the |

BLM_0110096

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | | | NSO would be extended to include the entire riparian zone. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A)<br><br>**STIPULATION** CSU-17: *Naturally Occurring Riparian and Wetland Areas, Water Bodies, Springs, and Seeps.* From 325 to 500 horizontal feet from the perennial water body, controlled surface use restrictions will apply.  Surface disturbing activities may require special engineering design, construction and implementation measures, including re-location of operations beyond 656 feet (200 meters) to protect water resources within the 325 foot NSO buffer. For perennial streams, the buffer will be measured from ordinary high water mark (bankfull stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent. For unmapped wetlands, the vegetative boundary (from |

Internal
Not for Public Distribution

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | which the buffer originates) will be determined in the field. (Refer to Appendix B.) (Figure 2-54, Appendix A) <br>*Note to BLM: The original text said to use current BLM Colorado stipulations, which have been inserted here, but the NSO said to 300ft and CSU said from 300-500ft, which is different from state stip. If going with state, need to change GIS.* |
| 84. | **Action:** Develop needed habitat management plans and improvements for implementation (including monitoring plans) (BLM 1985). | **Action:** No similar action. | | |
| 85. | **Action:** Include objectives to protect or improve aquatic and riparian habitat in allotment management plans and habitat management plans (BLM 1985). | **Action:** No similar action. | | |
| 86. | **Action:** On 267,980 acres (emphasis area A), give all perennial streams…that have the potential of providing quality fisheries and/or riparian habitat | **Action:** No similar action. | | |

BLM_0110098

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | (approximately 400 miles have been identified) special management consideration through the activity planning process and monitoring systems to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat (e.g., Mesa Creek coordinated resource management plan) (BLM 1985). | | | |
| 87. | **Action:**<br>On 3,989 acres (emphasis area F), protect riparian zones on springs associated with cultural sites (BLM 1985). (Also refer to *Cultural Resources* section.) | **Action:**<br>No similar action. | | |
| 88. | **Action:**<br>On 6,592 acres (emphasis area J), coordinate forestry and woodland products management on a case-by-case basis to ensure riparian resources are protected and, in some cases, improved (BLM 1985). (Also refer to *Forest and Woodland Products* section.) | **Action:**<br>No similar action. | | |
| 89. | **Action:**<br>Maintain or improve vegetation conditions and streambank | **Action:**<br>No similar action. | | |

2-52

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

BLM_0110099

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | cover (BLM 1989a). | | | |
| 90. | **Action:**<br>At a minimum, maintain or preferably improve riparian vegetation and streambank cover (BLM 1989a). | **Action:**<br>No similar action. | | |
| 91. | **Action:**<br>Maintain or improve riparian habitat to good or excellent ecological condition, utilizing acceptable grazing systems and fencing where needed (BLM 1989a). | **Action:**<br>No similar action. | | |
| 92. | **Action:**<br>Restore and enhance riparian vegetation along 40 miles of streams (management unit 9) (BLM 1989a). | **Action:**<br>No similar action. | | |
| 93. | **Action:**<br>Incorporate into existing activity plans or develop in new riparian/aquatic system management plans objectives and projects designed to accelerate improvement of species diversity, streambank cover and stability, and instream structure, and to raise the water table. Prepare and design riparian improvement plans to | **Action:**<br>No similar action. | | |

BLM_0110100

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | accelerate the improvement of riparian vegetation. Incorporate into new management plans for riparian/aquatic systems non-conflicting wildlife habitat management objectives, projects, and mitigating measures (management unit 9) (BLM 1989a). | | | |
| 94. | *VEGETATION – WEEDS* | | | |
| 95. | **GOAL**:<br>Through Integrated Weed Management, suppress and eradicate, where possible, noxious and invasive species to support healthy native plant communities. | | | |
| 96. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage lands under Integrated Weed Management strategies to support BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). | | |
| 97. | **Action:**<br>Implement Integrated Weed Management using the UFO Weed Management Strategy Including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, fire) to noxious/invasive weed infestations depending on surrounding environment (e.g., threatened and endangered | **Action:**<br>Implement Integrated Weed Management using the UFO Weed Management Strategy Including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, fire) to noxious/invasive weed infestations of A state-listed species and early detection rapid response species | **Action:**<br>Implement Integrated Weed Management using the UFO Weed Management Strategy Including Strategy by Species (BLM 2010c). Apply appropriate integrated noxious weed control methods (e.g., physical, mechanical, educational, biological, herbicide, fire) to noxious/invasive weed infestations of A and B state-listed species and early detection rapid response | **Action:**<br>Same as Alternative A. |

BLM_0110101

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | species, surface water, shallow water table).<br><br>Continue to update the strategy as needed to address issues as they arise. | depending on surrounding environment (e.g., threatened and endangered species, surface water, shallow water table).<br><br>Continue to update plan as needed to address issues as they arise. | species depending on surrounding environment (e.g., threatened and endangered species, surface water, shallow water table).<br><br>Continue to update plan as needed to address issues as they arise. | |
| 98. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prioritize streams supporting rare or pristine vegetation for weed treatment, including:<br>• Roubideau Creek;<br>• Dolores River;<br>• San Miguel River;<br>• North Fork Gunnison River;<br>• Dry Creek;<br>• Beaver Creek;<br>• Big Bucktail Creek; and<br>• Leopard Creek. | **Action:**<br>Prioritize streams with recreational, livestock, or mineral developments and maintained routes for weed treatment, including:<br>• Roubideau Creek;<br>• Dolores River;<br>• San Miguel River; and<br>• Big Bucktail Creek. | **Action:**<br>Prioritize high-use areas with recreational, livestock, or mineral developments and maintained routes for weed treatment, focusing on ACECs, WSAs, biological core areas, areas with pristine, ancient, or rare vegetation, and Wild and Scenic River segments with a plant ORV, where possible. |
| 99. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Maintain all quarry pits in a weed-free status for all A, B, and C state-listed noxious weed species, and for BLM weed species of concern. | **Action:**<br>Maintain all quarry pits in a weed-free status for all A and B state-listed noxious weed species. | **Action:**<br>Maintain all quarry pits in a weed-free status for all A, B, and C state-listed noxious weed species. |
| 100. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use only certified weed-free hay, straw, or range cubes. | | |

BLM_0110102

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 101. | **Action:**<br>Require that all seed slated for BLM reclamation projects meet the Colorado Noxious Weed Seed requirements of prohibited and restricted seed. Seed lots shall contain no more than 0.5 percent by weight of other weed seed (BLM 1997). | **Action:**<br>Require that all seed slated for BLM reclamation projects meet the Colorado Noxious Weed Seed requirements of prohibited and restricted seed. Seed lots shall contain less than 250 seeds per pound of cheatgrass and/or Japanese brome (in combination). | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 102. | **FISH & WILDLIFE** | | | |
| 103. | *WILDLIFE – GENERAL* | | | |
| 104. | **GOAL:**<br>Manage terrestrial and aquatic habitats and species to promote ecosystem diversity, productivity, viability, and natural processes. | | | |
| 105. | **Objective:**<br>Intensively manage for optimal aquatic wildlife habitat. Provide necessary investments to enhance wildlife habitat. Cooperate with the Colorado Division of Wildlife (CDOW) for funding of habitat improvement projects, and also cooperate with CDOW on the reintroduction program (BLM 1985).<br><br>Require measures designed to minimize site-specific riparian and aquatic deterioration in site- | **Objective:**<br>Restore, enhance, preserve, and promote aquatic and terrestrial ecosystem integrity and values. | **Objective:**<br>Maintain aquatic and terrestrial ecosystem integrity and productivity. | **Objective:**<br>Preserve and promote aquatic and terrestrial species conservation and ecosystem integrity and values. |

BLM_0110103

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | specific plans for surface-disturbing land use activities (BLM 1989a).<br><br>Comply with FLPMA to maintain, enhance, and protect fish habitat on public lands. Continue to apply seasonal restrictions where they are needed to mitigate impacts of human activities on important seasonal wildlife habitat. | | | |
| 106. | **Action:**<br>The BLM District Manager may authorize supplemental releases and reintroduction of native or naturalized wildlife species (excluding federal or state listed endangered, threatened, or candidate species) following environmental analysis (in management units 3, 5, 8, 9, 13-15) (BLM 1989a).<br><br>Allow CDOW to introduce chukar. Allow other game species introduction if site-specific analysis indicates that significant conflicts with livestock will not occur | **Action:**<br>Allow augmentation and reintroduction to expand the current range of native species in response to partner or stakeholder proposals/requests and in coordination with CDOW. | **Action:**<br>Pursue opportunities for augmentation and reintroduction to expand the current range of desired game species and species of economic importance in coordination with CDOW. | **Action:**<br>Pursue opportunities for augmentation and reintroduction to expand the current range of aquatic and terrestrial species or to expand population numbers to improve genetic viability of native terrestrial species in coordination with CDOW. |

BLM_0110104

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | (emphasis area A).  (BLM 1985)<br><br>Evaluate fish-stocking proposals and make recommendations to the CDOW (BLM 1985).<br><br>Reestablish river otters in the Dolores River (emphasis areas B, C, and D) (BLM 1985).<br><br>Continue cooperation with The Nature Conservancy and CDOW to study suitability of the San Miguel River for river otter reintroduction. Support reintroduction into suitable habitat.<br><br>Evaluate wildlife reintroductions and make recommendations to the CDOW (BLM 1985).<br><br>Allow introduction or reintroduction of bighorn sheep [in the Dolores River Canyon WSA]. | | | |
| 107. | **Action:**<br>Maintain species of special importance to maintain viable population levels (emphasis area | **Action:**<br>Manage non-BLM sensitive species that are state recognized, endemic, rare, | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |

BLM_0110105

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | L) (BLM 1985). | imperiled, or otherwise important to achieve resource goals and prevent the need to protect them under BLM sensitive species designation or federal listing. | | |
| 108. | Allowable Use:<br>Conduct on-sites and biological surveys by qualified individuals (BLM 1991a). | Allowable Use:<br>**LEASE NOTICE** LN-2:<br>*Biological Inventories.* The operator is required to conduct a biological inventory prior to approval of operations in areas of known or suspected habitat of special status species, or habitat of other species of interest such as, but not limited to, raptor nests, sage-grouse leks, or rare plant communities. Surveys shall be conducted by qualified biologist(s) using protocols established for potentially affected species during the appropriate time period(s) for the species. Survey reports, data, and determinations shall be submitted to the BLM for review and confirmation. Results from surveys expire three (3) years from the date of | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-59

BLM_0110106

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | survey completion. Operators, the BLM, and the BLM Authorized Officer will use the information gathered to develop an appropriate mitigation plan. Mitigating measures may include, but are not limited to, relocation of development activities and fencing operations or habitat. If special status species are encountered during operation, operations will cease immediately, and the BLM Authorized Officer will be notified. (Refer to Appendix B.) | | |
| 109. | *WILDLIFE – FISH AND AQUATIC* | | | |
| 110. | **Action:** No similar action in current RMPs. | **Action:** Designate the following priority habitats for fish and aquatic wildlife: <br>• perennial water sources; <br>• riparian areas; <br>• intermittent streams and ponds; and <br>• ephemeral/ seasonal waters. | **Action:** Designate the following priority habitats for fish and aquatic wildlife: <br>• perennial water sources; and <br>• riparian areas. | **Action:** Designate the following priority habitats for fish and aquatic wildlife: <br>• perennial water sources; <br>• riparian areas; <br>• intermittent streams; and <br>• ponds. |
| 111. | **Action:** No similar action in current RMPs. | **Action:** Designate rainbow trout and warm water native fish (e.g., sculpin, dace) as priority species. | **Action:** Designate coldwater sport fishery; rainbow, brown, and brook trout; and other desired game species as priority species. | **Action:** Designate cold and warm water native fish (e.g., sculpin, dace) as priority species. |

BLM_0110107

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 112. | **Action:**<br>Give special management consideration to all perennial streams that have the potential of providing quality fisheries through the activity planning process and monitoring system to maintain, improve, or enhance resource conditions associated with aquatic/riparian habitat (emphasis area A) (BLM 1985). | **Action:**<br>No similar action; this is addressed by the Objective. | | |
| 113. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Annually enhance, protect, or restore at least 5 miles of aquatic habitat, including structural and vegetation improvements to benefit primarily nongame, native species. | **Action:**<br>Annually improve at least 2 miles of aquatic habitat, including structural and vegetation improvements to benefit primarily game species and popular fisheries. | **Action:**<br>Pursue opportunities to enhance, protect, or restore aquatic habitats, including structural and vegetation improvements commensurate with other resource objectives. |
| 114. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Every five years, modify or remove at least one fish migration barrier in consultation with the CDOW, and restore natural hydrology and conditions to the extent possible. Focus efforts on nongame fisheries and species. | **Action:**<br>Every two years, modify or remove at least one fish migration barrier in consultation with the CDOW. Focus efforts on game fisheries and species. | **Action:**<br>Pursue opportunities to modify or remove special status fish migration barriers in consultation with the CDOW. |

BLM_0110108

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 115. | **Action:**<br>Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Identify such projects through habitat management plans or coordinated resource management plans. Key habitats include aquatic/ riparian habitats. Maintain, improve, and enhance crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985). | **Action:**<br>No similar action; this is addressed by the Objective. | | |
| 116. | **Action:**<br>Manage the following riparian areas to improve aquatic habitat; Roc, North Mesa, South Mesa, La Sal and Dry Creeks; and the East and West Forks of Dry Creek Canyon (BLM 1985). | **Action:**<br>No similar action; this is addressed by the Objective. | | |
| 117. | **Action:**<br>Monitor, maintain, or improve known, active fisheries habitat. Focus initially on the San Miguel and Dolores Rivers and their major tributaries. Improve aquatic habitat on these areas | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative A. | **Action:**<br>Maintain or improve known, active fisheries habitat where consistent with maintaining native species populations. Focus initially on the San Miguel and Dolores Rivers and their |

BLM_0110109

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | listed in priority order:<br>• the upper San Miguel River and its tributaries (44 miles);<br>• the upper Dolores River and its tributaries (30 miles); and<br>• the lower San Miguel River and its tributaries (20 miles).<br>Develop aquatic/riparian habitat management plans for these above three priority areas (including intensive monitoring plans) (emphasis area B) (BLM 1985). | | | major tributaries. |
| 118. | **Action:**<br>Incorporate objectives to protect or improve aquatic habitat into allotment management plans and habitat management plans. Develop needed habitat management plans and improvements for implementation (including monitoring plans). Habitat management plan development for aquatic species will be closely coordinated with CDOW, the US Forest Service, and, where appropriate, USFWS. Project development will require input from all | **Action:**<br>No similar action; this is addressed by other actions. | | |

BLM_0110110

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | resource programs to assess impacts through the environmental process (BLM 1985). | | | |
| 119. | **Action:** Manage all other habitat [non-special status species types] to provide satisfactory conditions. | | | |
| 120. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION TL-3:** *Coldwater Sport and Native Fish.* Prohibit in-channel stream work in all occupied streams during appropriate spring and fall spawning periods, as follows:<br>• April 1 to August 1 for rainbow and cutthroat trout and Paiute and mottled sculpin; and<br>• October 1 to November 30 for brown and brook trout.<br>(Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use: **STIPULATION TL-4:** *Coldwater Sport Fish.* Prohibit in-channel stream work in all trout occupied streams during appropriate spring and fall spawning periods, as follows:<br>• April 1 to June 15 for rainbow and cutthroat trout; and<br>• October 1 to November 30 for brown and brook trout.<br>(Refer to Appendix B.) (Figure 2-41, Appendix A) | Allowable Use: **STIPULATION TL-5:** *Coldwater Sport and Native Fish.* Prohibit in-channel stream work and recreational mining in all occupied streams during spawning periods, as follows:<br>• Spring: April 15 to June 30; and<br>• Fall: October 1 to November 30.<br>(Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 121. | **Action:** Continue to evaluate fish and wildlife habitat on a case-by-case basis as a part of project-level planning. Attach stipulations as appropriate to assure that projects are compatible with management objectives established in the RMP for fish | **Action:** No similar action; this is addressed by the Objective. | | |

BLM_0110111

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | habitat (BLM 1985). | | | |
| 122. | **Action:**<br>Apply seasonal restrictions where needed to mitigate the impacts of human activities on important seasonal wildlife habitat. | **Action:**<br>No similar action; this is addressed by the Objective. | | |
| 123. | *WILDLIFE – TERRESTRIAL* | | | |
| 124. | **Action:**<br>Protect, maintain, and enhance the following:<br>• Critical habitats for big game, upland game birds, and waterfowl; and<br>• Crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985). Comply with the FLPMA to maintain, enhance, and protect fish habitat on public lands. | **Action:**<br>Designate the following key/priority habitats for management, restoration, and protection:<br>• aspen;<br>• cliff and cave features;<br>• pinyon-juniper;<br>• ponderosa pine;<br>• riparian;<br>• sagebrush; and<br>• salt-desert shrub. | **Action:**<br>Designate the following key/priority habitats for management:<br>• aspen;<br>• mountain shrub;<br>• pinyon-juniper;<br>• riparian; and<br>• sagebrush. | **Action:**<br>Designate the following key/priority habitats for management, restoration, and protection:<br>• aspen;<br>• cliff and cave features;<br>• old/ancient pinyon-juniper;<br>• riparian;<br>• sagebrush; and<br>• salt-desert shrub. |
| 125. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate as key/priority habitats the following crucial habitat types for carnivores, big game, and species of economic importance or conservation concern:<br>• biological core areas;<br>• movement corridors; | **Action:**<br>Designate as key priority habitats the following crucial types for deer and elk and other species of economic importance:<br>• Same as Alternative B. | **Action:**<br>Designate as key/priority habitats the following crucial habitat types for carnivores and species of conservation concern:<br>• Same as Alternative B. |

BLM_0110112

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • reproduction areas;<br>• severe winter range; and<br>• winter concentration areas. | | |
| 126. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prioritize the following key/priority species for management:<br>• waterfowl and shorebirds;<br>• upland game species;<br>• migratory birds;<br>• raptors;<br>• bats;<br>• Rocky mountain bighorn sheep;<br>• moose;<br>• mule deer;<br>• elk;<br>• pronghorn antelope;<br>• black bear; and<br>• mountain lion. | **Action:**<br>Designate the following key/priority species for management:<br>• waterfowl and shorebirds;<br>• upland game species;<br>• migratory birds;<br>• Rocky mountain bighorn sheep;<br>• moose;<br>• mule deer;<br>• elk;<br>• pronghorn antelope;<br>• black bear; and<br>• mountain lion. | **Action:**<br>Prioritize the following key/priority species for management:<br>• waterfowl and shorebirds;<br>• upland game species;<br>• migratory birds;<br>• raptors;<br>• bats;<br>• Rocky Mountain bighorn sheep;<br>• mule deer;<br>• pronghorn antelope;<br>• black bear; and<br>• mountain lion. |
| 127. | **Action:**<br>Manage 2,500 acres in Camelback Ridge and Upper Roubideau Creek drainages along the southeastern portion of the WSA to maintain the area's capabilities to support wintering deer, elk, and bighorn sheep. | **Action:**<br>Designate the following areas as Biological Core areas (223,040 acres) (Figure 2-1, Appendix A) and manage to preserve as much as possible the continuity of habitats, vegetation communities, and native wildlife within: | **Action:**<br>Designate the following areas as Biological Core areas (91,630 acres) (Figure 2-2, Appendix A) and manage to preserve as much as possible the continuity of habitats, vegetation communities, and native wildlife within: | **Action:**<br>Designate the following areas as Biological Core areas (156,370 acres) (Figure 2-3, Appendix A) and manage to preserve as much as possible the continuity of habitats, vegetation communities, and native wildlife within: |

BLM_0110113

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | • Adobe Zones 1, 2, 3, and 4 (40,770 acres);<br>• Burn Canyon Zones 1-3 (14,110 acres);<br>• Dry Creek Zones 1-5 (20,340 acres);<br>• Jumbo Mountain/McDonald Creek Zones 1-5 (17,250 acres)<br>• La Sal Zones 1-3 (22,370 acres);<br>• Monitor/Potter/Roubideau Zones 1-11 (27,320 acres);<br>• Naturita Canyon (1,510 acres);<br>• Ridgway Zones 1-4 (16,700 acres);<br>• San Miguel Zones 1-7 (25,520 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1-10 (31,540 acres); and<br>• Terror Creek (2,230 acres). | • Adobe Zone 3 (9,320 acres);<br>• Burn Canyon Zone 1 (7,300 acres);<br>• Dry Creek Zone 4 and 5 (9,540 acres);<br>• Jumbo Mountain /McDonald Creek Zones 1 and 4 (12,580 acres);<br>• La Sal Zones 1 and 3 (13,290 acres);<br>• Monitor/Potter/Roubideau Zones 5, 6, 7, 10, and 11 (10,890 acres);<br>• Naturita Canyon (1,510 acres);<br>• Ridgway Zone 4 (6,270 acres);<br>• San Miguel Zones 1-3 (9,890 acres);<br>• Spring Canyon (3,380 acres); and<br>• Tabeguache Zones 4, 6, and 7 (7,660 acres). | • Adobe Zones 1, 3, and 4 (20,840 acres);<br>• Dry Creek Zones 1-3 (10,800 acres);<br>• Jumbo Mountain/ McDonald Creek Zones 1-4 (17,250 acres);<br>• La Sal Zones 1-3 (22,370 acres);<br>• Monitor/Potter/Roubideau Zones 1-11 (27,320 acres);<br>• Naturita Canyon (1,510 acres) (part of the former Burn Canyon unit);<br>• Ridgway Zones 1 and 2 (9,070 acres);<br>• San Miguel Zones 1, 2, 3, 5, and 7 (17,840 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1, 2, 4, 5, 6, 9, and 10 (23,760 acres); and<br>• Terror Creek (2,230 acres). |
| 128. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate portions of the following Biological Core areas totaling 186,280 acres as ROW exclusion:<br>• Adobe Zone 1 (11,520 acres); | **Action:**<br>Designate portions of the following Biological Core areas totaling 36,970 acres as ROW exclusion:<br>• La Sal Zones 1 and 3 (13,290 acres); | **Action:**<br>Same as Alternative A. |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-67

BLM_0110114

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Burn Canyon Zones 1-3 (14,110 acres);<br>• Dry Creek Zones 1-4 (14,340 acres);<br>• Jumbo Mountain/McDonald Creek Zones 1-4 (17,250 acres);<br>• La Sal Zones 1-3 (22,370 acres);<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres);<br>• Ridgway Zones 1-4 (16,700 acres);<br>• San Miguel Zones 1-7 (25,520 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1-10 (31,540 acres); and<br>• Terror Creek (2,230 acres). | • San Miguel Zones 1-3 (9,890 acres); and<br>• Tabeguache Zones 1-3 (13,800 acres). | |
| 129. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate portions of the following Biological Core areas totaling 35,250 acres as ROW avoidance:<br>• Adobe Zones 2 and 3 (29,250 acres); and<br>• Dry Creek Zone 5 (6,000 acres). | **Action:**<br>Designate portions of the following Biological Core areas totaling 69,170 acres as ROW avoidance:<br>• Adobe Zone 3 (9,320 acres);<br>• Burn Canyon Zone 1 (7,290 acres);<br>• Dry Creek Zones 4 and 5 (9,540 acres); | **Action:**<br>Designate all Biological Core areas totaling 156,370 acres as ROW avoidance areas.<br>*Note to BLM: This does not match the GIS. Please double-check and verify.* |

BLM_0110115

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | • Jumbo Mountain/McDonald Creek Zones 1 and 4 (12,580 acres);<br>• Monitor-Potter-Roubideau Zones 5-7, 10, and 11 (10,880 acres);<br>• Ridgway Zone 4 (6,270 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 4, 6, and 7 (7,660 acres); and<br>• Terror Creek (2,230 acres). | |
| 130. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed by other actions. | Allowable Use:<br>**STIPULATION** NSO-12:<br>*Biological Core Areas.* Prohibit surface occupancy within portions of Biological Core areas totaling 186,280 acres:<br>• Adobe Zone 1 (11,520 acres);<br>• Burn Canyon Zones 1-3 (14,110 acres);<br>• Dry Creek Zones 1-4 (14,340 acres);<br>• Jumbo Mountain/McDonald Creek Zones 1-4 (17,250 acres);<br>• La Sal Zones 1-3 (22,370 acres);<br>• Monitor-Potter-Roubideau Zones 1-11 (27,320 acres); | Allowable Use:<br>**STIPULATION** NSO-12:<br>*Biological Core Areas.* Prohibit surface occupancy within portions of Biological Core areas totaling 36,970 acres as ROW exclusion:<br>• La Sal Zones 1 and 3 (13,290 acres);<br>• San Miguel Zones 1-3 (9,890 acres); and<br>• Tabeguache Zones 1-3 (13,800 acres).<br>(Refer to Appendix B.) (Figure 2-49, Appendix A) | Allowable Use:<br>No similar allowable use. |

BLM_0110116

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Ridgway Zones 1-4 (16,700 acres);<br>• San Miguel Zones 1-7 (25,520 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1-10 (31,540 acres); and<br>• Terror Creek (2,230 acres). (Refer to Appendix B.) (Figure 2-48, Appendix A) | | |
| 131. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed by other actions. | Allowable Use:<br>**STIPULATION** CSU-18/SSR-17: *Biological Core Areas.* Apply CSU/SSR restrictions within portions of Biological Core areas totaling 35,250 acres as ROW avoidance:<br>• Adobe Zones 2 and 3 (29,250 acres); and<br>• Dry Creek Zone 5 (6,000 acres).<br>(Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-18/SSR-17: *Biological Core Areas.* Apply CSU/SSR restrictions within portions of Biological Core areas totaling 69,170 acres as ROW avoidance:<br>• Adobe Zone 3 (9,320  acres);<br>• Burn Canyon Zone 1 (7,290 acres);<br>• Dry Creek Zones 4 and 5 (9,540  acres);<br>• Jumbo Mountain/McDonald Creek Zones 1 and 4 (12,580 acres);<br>• Monitor-Potter-Roubideau Zones 5-7, 10, and 11 (10,880 acres);<br>• Ridgway Zone 4 (6,270 acres); | Allowable Use:<br>**STIPULATION** CSU-18/SSR-17: *Biological Core Areas.* Apply CSU/SSR restrictions within all Biological Core areas totaling 156,370 acres. Consider use of off-site mitigation within the applicable Biological Core area. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A)<br>*Note to BLM: This does not match the GIS. Please double-check and verify.* |

BLM_0110117

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | • Spring Canyon (3,380 acres); • Tabeguache Zones 4, 6, and 7 (7,660 acres); and • Terror Creek (2,230 acres). (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | |
| 132. | **Action**: No similar action in current RMPs. | **Action**: To minimize impacts on wintering wildlife species, prohibit motorized and mechanized travel in portions of Biological Core areas totaling 186,280 acres from December 1 to April 30 (dates may vary depending on data when area travel management plans are completed): • Adobe Zone 1 (11,520 acres); • Burn Canyon Zones 1-3 (14,110 acres); • Dry Creek Zones 1-4 (14,340 acres); • Jumbo Mountain/McDonald Creek Zones 1-4 (17,250 acres); • La Sal Zones 1-3 (22,370 acres); • Monitor-Potter-Roubideau Zones 1-11 (27,320 acres); • Ridgway Zones 1-4 (16,700 | **Action**: To minimize impacts on wintering wildlife species, prohibit motorized travel in portions of Biological Core areas totaling 36,970 acres from January 1 to March 31 (dates may vary depending on data when area travel management plans are completed): • La Sal Zones 1 and 3 (13,290 acres); • San Miguel Zones 1-3 (9,890 acres); and • Tabeguache Zones 1-3 (13,800 acres). Add other areas as appropriate through future site-specific travel management analyses. Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. | **Action**: To minimize impacts on wintering wildlife species, prohibit motorized and mechanized travel in the following areas totaling 71,760 acres from December 1 to April 30 (dates may vary depending on data when area travel management plans are completed): • Biological Core areas: ○ Adobe Zone 1 (11,520 acres); ○ Dry Creek Zone 1 (8,940 acres); ○ Jumbo Mountain/McDonald Creek Zones 2 and 3 (4,670 acres); ○ La Sal Zone 1 (9,870 acres); ○ Monitor-Potter-Roubideau Zones 1, 2, and 10 (14,250 acres); ○ San Miguel Zones 1-3 |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-71

BLM_0110118

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | acres);<br>• San Miguel Zones 1-7 (25,520 acres);<br>• Spring Canyon (3,380 acres);<br>• Tabeguache Zones 1-10 (31,540 acres); and<br>• Terror Creek (2,230 acres).<br><br>Add other areas as appropriate through future site-specific travel management analyses. Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. | | (9,890 acres);<br>○ Spring Canyon (3,380 acres); and<br>○ Tabeguache Zone 1 (9,240 acres).<br>• Other areas:<br>○ Area closures identified in Dry Creek Travel Management Plan and EA (BLM 2009) (xx acres);<br>○ Jumbo Mountain SRMA Zone 5 (xx acres); and<br>○ Zone 8 of the Tabeguache Biological Core Area from Alternative B (xx acres).<br><br>Add other areas as appropriate through future site-specific travel management analyses. Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. |
| 133. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Annually enhance or restore at least 500 acres of terrestrial habitat to benefit primarily native, nongame species and to increase carrying capacity for native game species such as deer and elk, upland game birds, | **Action:**<br>Annually treat at least 3,000 acres of terrestrial habitat to increase carrying capacity for game species such as deer and elk, upland game birds, and waterfowl, emphasizing winter range and crucial habitat types. | **Action:**<br>Enhance or restore terrestrial habitat to benefit primarily native, nongame species and to increase carrying capacity for native game species such as deer and elk, upland game birds, and waterfowl, emphasizing |

BLM_0110119

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | and waterfowl, emphasizing winter range and crucial habitat types. | | winter range and crucial habitat types. |
| 134. | **Action:**<br>To maintain dispersed ecologic communities for wildlife, in all vegetation types, maintain as leave strips or islands interspersed throughout the project areas, 5 to 15 percent of the existing vegetation (emphasis area A) (BLM 1985). | **Action:**<br>Make all vegetation treatments consistent with the vegetation mosaic objectives. Maintain productive and diverse vegetation communities, and maximize habitat conditions on winter range to support native ungulate species populations. | **Action:**<br>Treat vegetation to increase forage, reduce fuels, and produce wood products where needed. | **Action:**<br>Make all vegetation treatments consistent with the vegetation mosaic objectives. Maintain productive and diverse vegetation communities. |
| 135. | **Action:**<br>Implement habitat improvement projects where necessary to stabilize and/or improve unsatisfactory or declining habitat conditions. Identify such projects through habitat management plans or coordinated resource management plans. Key habitats include big game winter range, winter raptor concentration areas, bighorn sheep habitat, and pronghorn antelope habitat (BLM 1985). Maintain and improve vegetation conditions. | **Action:**<br>No similar action; this is addressed by other actions and objectives. | | |
| 136. | **Action:**<br>On xx acres (management unit | **Action:**<br>No similar action. | | |

BLM_0110120

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | 2), give wildlife first priority for all additional forage made available as a result of BLM habitat improvement projects (BLM 1989a). | | | |
| 137. | **Action:**<br>Open the planning area to land treatments [for wildlife] and project facility development. Maintain existing wildlife facilities and land treatments (BLM 1989a). | **Action:**<br>No similar action. | | |
| 138. | **Action:**<br>Maintain existing wildlife habitat projects on xx acres (management unit 1) (BLM 1989a). | **Action:**<br>No similar action. | | |
| 139. | **Action:**<br>Complete habitat improvements. Invest wildlife funds for structural improvements and vegetation restoration projects to improve high-priority riparian habitat at the following drainages: Roc, North and South Mesa, La Sal, and Dry Creeks (East and West Fork) (emphasis area B) (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |

BLM_0110121

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 140. | **Action:**<br>In wildlife emphasis areas (xx acres) where livestock grazing also occurs, maintain an overall hiding cover-to-forage ratio of 40:60 for wildlife (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 141. | **Action:**<br>Provide investments to enhance wildlife species that will benefit from uneven-aged timber management (emphasis area J) (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 142. | **Action:**<br>Develop habitat management plans and design land treatment projects and other facilities to improve the quality and quantity of winter habitat (management unit 2) (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 143. | **Action:**<br>On xx acres (management units 3, 5, 8, 9, 13-15), maintain existing wildlife habitat projects and develop new projects if they will not decrease the woodland base (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 144. | **Action:**<br>Provide for minimal investments to enhance key wildlife species (emphasis areas C and D) (BLM | **Action:**<br>No similar action. | | |

BLM_0110122

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | 1985). | | | |
| 145. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING** NL-5: *National Recreation Areas, State Parks and Wildlife Areas.* Close to fluid mineral leasing and geophysical exploration the following areas where BLM holds the fluid mineral rights:<br>• Curecanti National Recreation Area;<br>• State Parks; and<br>• State Wildlife Areas (Escalante, Billy Creek, Dan Noble, Woods Lake, and McCluskey).<br>(Refer to Appendix B.) | Allowable Use:<br>**STIPULATION** CSU-19: *National Recreation Areas, State Parks and Wildlife Areas.* Apply CSU restrictions where BLM holds the fluid mineral rights under the following areas:<br>• Curecanti National Recreation Area;<br>• State Parks; and<br>• State Wildlife Areas (Escalante, Billy Creek, Dan Noble, Woods Lake, and McCluskey).<br>(Refer to Appendix B.) (Figure 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-13: *National Recreation Areas, State Parks and Wildlife Areas.* Prohibit surface occupancy in areas where BLM holds the fluid mineral rights under the following areas:<br>• Curecanti National Recreation Area;<br>• State Parks;<br>• State Wildlife Areas (Escalante, Billy Creek, Dan Noble, Woods Lake, and McCluskey); and<br>• Municipal parks (e.g., Buckhorn Park).<br>(Refer to Appendix B.) (Figure 2-50, Appendix A) |
| 146. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Prohibit coal leasing in the following areas:<br>• State Parks;<br>• State Wildlife Areas (Escalante, Billy Creek, Dan Noble, Woods Lake, and McCluskey); and<br>• Buckhorn Municipal Park. | | |
| 147. | *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, Mountain Lion)*<br>Note: Bighorn sheep includes both Rocky Mountain and Desert subspecies unless otherwise designated to one or the other. | | | |
| 148. | Allowable Use:<br>**STIPULATION** TL-CO-9 (BLM 1991a): *Big Game Species* | Allowable Use:<br>**STIPULATION** TL-6: *Big Game Crucial Winter Range (Elk,* | Allowable Use:<br>**STIPULATION** TL-7: *Big Game Crucial Winter Range (Elk* | Allowable Use:<br>**STIPULATION** TL-8: *Big Game Crucial Winter Range* |

BLM_0110123

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | *(mule deer, elk, pronghorn antelope, and bighorn sheep).* Prohibit surface-occupancy in big game crucial winter habitat [now termed "severe and winter concentration areas"], including severe big game winter range or other definable winter ranges as mapped by the CDOW, from December 1 to April 30. (Refer to Appendix B.) (Figure 2-39, Appendix A) | *Mule Deer, Pronghorn Antelope, Moose*). Prohibit surface-occupancy and surface-disturbing activities in big game crucial winter range, including severe winter range and winter concentration areas as mapped by the CDOW, as follows (stated dates are inclusive):<br>• Elk and mule deer: December 1 to April 30<br>• Pronghorn antelope: January 1 to March 31<br>• Moose: November 15 to May 30<br>Note that some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B.) (Figure 2-40, Appendix A) | *and Mule Deer).* Prohibit surface-occupancy and surface-disturbing activities in big game crucial winter range, including severe winter range and winter concentration areas for mule deer and elk as mapped by the CDOW, as follows (stated dates are inclusive):<br>• Elk and mule deer: January 1 to March 31.<br>(Refer to Appendix B.) (Figure 2-41, Appendix A) | *(Severe Winter Range and Winter Concentration Areas).* Prohibit surface occupancy and surface-disturbing activities in mapped crucial winter habitat as follows (stated dates are inclusive). This stipulation does not apply to operation and maintenance of production facilities.<br>• Pronghorn antelope: December 1 to April 30<br>• Rocky mountain bighorn sheep: November 1 to April 30<br>• Mule deer: December 1 to April 30<br>• Elk: December 1 to April 30<br>• Moose: December 1 to April 30.<br>(Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 149. | Allowable Use:<br>**STIPULATION** TL (BLM 1991a): *Big Game Birthing Areas (by species).* Restrict surface-disturbing activities in the following areas:<br>• Elk calving [now termed "production"]: April 16 to June 30 [Stip. Code: CO-10] | Allowable Use:<br>**STIPULATION** TL-9: *Big Game Reproduction Areas (Elk, Pronghorn Antelope, Rocky Mountain and Desert Bighorn Sheep, Moose Calving/Fawning/Lambing Areas).* Prohibit surface occupancy and surface-disturbing activities in | Allowable Use:<br>**STIPULATION** TL-10: *Big Game Reproduction Areas (Elk).* Prohibit surface occupancy and surface-disturbing activities in elk reproduction areas from May 15 to June 15. (Refer to Appendix B.) (Figure 2-41, Appendix A) | Allowable Use:<br>**STIPULATION** TL-11: *Big Game Reproduction Areas (Elk, Pronghorn Antelope, Rocky Mountain and Desert Bighorn Sheep, Moose Calving/Fawning/Lambing Areas).* Prohibit surface occupancy and surface-disturbing activities in |

BLM_0110124

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • Pronghorn antelope fawning: May 1 to July 15 [Stip. Code: CO-11]<br>• Rocky Mountain bighorn sheep lambing: May 1 to July 15 [Stip. Code: CO-12]<br>• Desert bighorn sheep lambing: March 16 to May 30 [Stip. Code: CO-14]<br>(Refer to Appendix B.) (Figure 2-39, Appendix A) | big game reproduction areas as follows):<br>• Elk: May 15 to June 30<br>• Pronghorn antelope: May 1 to July 15<br>• Rocky Mountain bighorn sheep:<br> o May 1 to July 15 for lambing range; and<br> o October 15 to December 15 for rutting grounds.<br>• Desert bighorn sheep:<br> o March 15 to June 15 for lambing range; and<br> o August 1 to Septmber 30 for rutting grounds<br>• Moose: May 15 to July 15<br>Note that some travel closures and restrictions may also apply in specific geographic areas. (Refer to Appendix B.) (Figure 2-40, Appendix A) | | mapped big game production areas as follows:<br>• Elk, pronghorn antelope, Rocky Mountain bighorn sheep, and moose: April 15 to June 30; and<br>• Desert bighorn sheep: February 1 to May 1.<br>This stipulation does not apply to operation and maintenance of production facilities. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 150. | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in the Storm King area and closure areas identified in the Dry Creek Travel Management Plan and EA (BLM | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from April 15 to June 30 in elk production/ calving areas.<br><br>Add other areas as appropriate | **Action:**<br>To protect elk calving areas, prohibit motorized and mechanized travel from May 15 to June 15 in elk production/ calving areas.<br><br>Add other areas as appropriate | **Action:**<br>No similar action. |

BLM_0110125

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A  *Current Management (No Action)* | Alternative B | Alternative C | Alternative D  *Agency Preferred* |
|---|---|---|---|---|
| | 2009). | through future site-specific travel management analyses.  Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | through future site-specific travel management analyses.  Where needed, extend seasonal closures to include pedestrian or equestrian traffic. | |
| 151. | **Action:** No similar action in current RMPs. | **Action:** Work with CDOW and grazing permitees to implement guidelines outlined in the Western Association of Fish and Wildlife Agencies' Recommendations for Domestic Sheep and Goat Management In Wild Sheep Habitat *and the Interagency Memorandum of Understanding for Wild Sheep Management. Manage habitats to achieve CDOW Data Analysis Unit and Game Management Unit population objectives.* | **Action:** Same as Alternative A. | **Action:** Work with CDOW and grazing permitees to implement guidelines outlined in the Western Association of Fish and Wildlife Agencies' Recommendations for Domestic Sheep and Goat Management In Wild Sheep Habitat *and the Interagency Memorandum of Understanding for Wild Sheep Management. (Also refer to Livestock Grazing section.)* |
| 152. | **Action:** Transplant bighorn sheep into the Winter Mesa area if they will not conflict with livestock. The objective is to reestablish this species in historically occupied habitat, increase total population numbers, and ensure species | **Action:** No similar action; this action has been completed. | | |

BLM_0110126

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | viability in the region (management unit 1) (BLM 1989a). | | | |
| 153. | **Action:**<br>Allow for introduction of bighorn sheep and river otters in Dolores River and the Dolores River Canyon WSA (emphasis areas C and D) (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 154. | **Action:**<br>No similar action in current RMPs, although this is partially addressed. | **Action:**<br>In suitable, historic wild sheep habitat not currently stocked with domestic sheep and goats, pursue options for restoring wild sheep populations. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 155. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-20/SSR-18: *Desert and Rocky Mountain Bighorn Sheep Summer Range.* Apply CSU/SSR restrictions to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range. (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. |
| 156. | **Action:**<br>Maintain wildlife forage allocations at current levels until | **Action:**<br>No similar action; this is addressed by other actions. | | |

2-80

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

BLM_0110127

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | studies determine adjustments are needed to achieve management directives. Divide additional forage allocations equally between wildlife and livestock grazing (management units 3, 5, 8, 9, 13-15) (BLM 1989a). | | | |
| 157. | **Action:**<br>Maintain wildlife forage allocations at current levels. Make no additional forage allocations (management unit 15) (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 158. | **Action:**<br>On crucial [now termed "severe and winter concentration areas"] deer and elk winter range (1,730 acres), give wildlife priority for forage allocations (management unit 7) (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 159. | **Action:**<br>Incorporate non-conflicting wildlife habitat management objectives, projects, and mitigating measures into new and existing forest management plans (area identified as a productive pinyon-juniper | **Action:**<br>No similar action; this is addressed by other actions. | | |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-81

BLM_0110128

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | woodland important to wildlife and livestock (management units 1 and 3) (BLM 1989a). | | | |
| 160. | **Action:**<br>Subject to the availability of manpower and funds to complete necessary wildlife habitat improvements, on XX acres (emphasis area B), manage the habitat for current levels of deer and elk (20,000 and 1,600, respectively). Consider wildlife reductions in localized areas if monitoring the vegetative resource indicates the need to maintain use within the carrying capacity. Share the reductions with domestic livestock depending on monitoring results (BLM 1985). | **Action:**<br>Develop a strategy with the CDOW to achieve desired habitat conditions and to achieve BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). | | |
| 161. | **Action:**<br>On xx acres (emphasis area B), manage big game for the following numbers of animals, subject to monitoring results and availability of funds and personnel to implement needed improvements:<br>• 20,000 mule deer;<br>• 1,600 elk; | **Action:**<br>No similar action. | | |

BLM_0110129

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • 300 pronghorn antelope; and<br>• 300 bighorn sheep.<br>(BLM 1985) | | | |
| 162. | **Action:**<br>Expand pronghorn antelope herds (emphasis area A) (BLM 1985).<br><br>Manage for 300 head of pronghorn antelope and allow for reintroducing (not to exceed a total of 300) bighorn sheep in the Dolores River Canyon (xx acres) (emphasis area B) (BLM 1985). | **Action:**<br>No similar action. | | |
| 163. | **Action:**<br>In big game winter range (emphasis area B), limit the width of vegetation openings to approximately 150 to 200 yards (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 164. | *Terrestrial Wildlife – Raptors* | | | |
| 165. | Refer to the *Special Terrestrial Wildlife – Raptors* section. | | | |
| 166. | *Terrestrial Wildlife – Waterfowl and Shorebirds* | | | |
| 167. | Allowable Use:<br>**STIPULATION** NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebird.* Prohibit surface occupancy and use on significant production areas (major areas | Allowable Use:<br>**STIPULATION** CSU-21/SSR-19: *Waterfowl and Shorebird Breeding.* Apply CSU/SSR restrictions within 0.25-mile of known breeding grounds and at | Allowable Use:<br>**STIPULATION** TL-12: *Waterfowl and Shorebirds.* Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of known | Allowable Use:<br>**STIPULATION** NSO-14/SSR-20: *Waterfowl and Shorebird Breeding Habitats.* Prohibit surface occupancy and apply SSR restrictions within 0.25- |

BLM_0110130

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | are Waterfowl Habitat Management Areas and rookeries). (Refer to Appendix B.) (Figure 2-47, Appendix A)<br><br>**STIPULATION** TL-UB-6 (BLM 1989a): *Waterfowl Habitat.* Prohibit development activities in waterfowl habitats from March 15 to June 30. (Refer to Appendix B.) (Figure 2-39, Appendix A) | nest sites of all special status waterfowl and shorebird species. (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | breeding grounds and nest sites from March 1 to July 31 in areas designated for waterfowl, shorebird, and waterbird production. This stipulation does not apply to operation and maintenance of production facilities. (Refer to Appendix B.) (Figure 2-41, Appendix A) | mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) of the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A) |
| 168. | *Terrestrial Wildlife – Upland Game Birds (Wild Turkeys)* | | | |
| 169. | Allowable Use:<br>No similar allowable use in current RMPs, although this is partially addressed for some species, areas, or situations. | Allowable Use:<br>**STIPULATION** TL-13: *Wild Turkey Winter Habitat.* Prohibit surface occupancy and surface-disturbing activities in mapped wild turkey winter habitat from December 1 to April 1. This stipulation does not apply to operation and maintenance of production facilities. (Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use:<br>No similar allowable use | Allowable Use:<br>Same as Alternative B. (Figure 2-42, Appendix A) |
| 170. | *Terrestrial Wildlife – Migratory Birds* | | | |
| 171. | **Action:**<br>Maintain or improve habitat for migratory bird species of high federal interest (emphasis area | **Action:**<br>Enhance high-priority habitats of migratory birds (as defined by Lambeth and Reeder 2009) | **Action:**<br>No similar action. | **Action:**<br>Enhance high- and moderate-priority habitats of migratory birds (as defined by Lambeth |

BLM_0110131

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | B) (BLM 1985). | (413,510 acres):<br>• pinyon-juniper woodland;<br>• sagebrush; and<br>• riparian/water. | | and Reeder 2009) (564,220 acres):<br>• pinyon-juniper woodland;<br>• sagebrush;<br>• riparian/water;<br>• semi-desert; and<br>• ponderosa pine. |
| 172. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage pinyon-juniper woodland to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-8 to 8-11), including:<br>• Managing for no net loss of old growth stands; and<br>• Restoring areas of pinyon-juniper woodland to meet BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). | **Action:**<br>Manage pinyon-juniper woodland to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-8 to 8-11), including:<br>• Managing for no net loss of old growth stands. | **Action:**<br>Manage pinyon-juniper woodland to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-8 to 8-11), including:<br>• Managing for no net loss of old growth stands, as directed by mosaic objectives; and<br>• Restoring areas of pinyon-juniper woodland to meet or exceed BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). |
| 173. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage sagebrush to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-8 to 8-11), including:<br>• Managing for no net loss of sagebrush; and<br>• Restoring areas of sagebrush to meet BLM Colorado Public | **Action:**<br>Manage sagebrush to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-8 to 8-11), including:<br>• Managing for no net loss of sagebrush. | **Action:**<br>Manage sagebrush to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-8 to 8-11), including:<br>• Restoring areas of sagebrush to meet or exceed BLM Colorado Public Land Health Standards (BLM 1997) |

BLM_0110132

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | Land Health Standards (BLM 1997) (Appendix E). | | (Appendix E). |
| 174. | **Action:** No similar action in current RMPs. | **Action:** Manage riparian and water habitats to benefit breeding migratory bird species (Lambeth and Reeder 2009, pages 8-15 to 8-17), including: <br>• Managing for no net loss of native riparian habitat; and <br>• Restoring areas of riparian habitat to BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). | **Action:** Manage riparian and water habitats to benefit breeding migratory bird species (Lambeth and Reeder 2009, pages 8-15 to 8-17), including: <br>• Managing for no net loss of native riparian habitat. | **Action:** Manage riparian and water habitats to benefit breeding migratory bird species (Lambeth and Reeder 2009, pages 8-15 to 8-17), including: <br>• Managing for no net loss of native riparian habitat; and <br>• Restoring areas of riparian habitat to BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). <br>• Restoring and enhancing cottonwood riparian areas to develop into suitable yellow-billed cuckoo habitat. |
| 175. | **Action:** No similar action in current RMPs. | **Action:** Manage semi-desert habitat to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-17 to 8-19), including: <br>• Managing for no net loss of semi-desert habitat that meets BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E); <br>• Restoring areas of semi- | **Action:** Manage semi-desert habitat to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-17 to 8-19), including: <br>• Managing for no net loss of semi-desert habitat that meets BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). | **Action:** Manage semi-desert habitat to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-17 to 8-19), including: <br>• Managing for no net loss of semi-desert habitat that meets BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E); and <br>• In cooperation with CDOW, |

Internal Public Draft
Not for Public Distribution

BLM_0110133

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | desert habitat to meet or exceed BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E);<br>• Designating prairie dog colonies with burrowing owls as "no shooting zones;" and<br>• In cooperation with CDOW, developing and managing prairie dog release areas on BLM lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands. | | developing and managing prairie dog release areas on BLM lands where private interest groups could be permitted to relocate prairie dogs from areas threatened by development on private lands. |
| 176. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage ponderosa pine habitat to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-19 to 8-20), including:<br>• Managing for no net loss of old growth stands;<br>• Restoring areas of ponderosa pine to meet or exceed BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E); and<br>• Developing a ponderosa pine | **Action:**<br>Manage ponderosa pine habitat to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-19 to 8-20), including:<br>• Managing for no net loss of old growth stands. | **Action:**<br>Manage ponderosa pine habitat to benefit nesting migratory bird species (Lambeth and Reeder 2009, pages 8-19 to 8-20), including:<br>• Restoring areas of ponderosa pine to meet or exceed BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). |

BLM_0110134

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | management policy/plan that incorporates retention of productive fruit shrubs. | | |
| 177. | **Action:**<br>Assess and incorporate migratory bird habitat needs at the project-development phase. | | | |
| 178. | Allowable Use:<br>No similar action in current RMPs. | Allowable Use:<br>**LEASE NOTICE** LN-3:<br>*Migratory Bird Nesting Habitat.*<br>To maintain integrity and extent of migratory bird nesting habitat, avoid or minimize disruption of migratory bird nesting activity by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, utility installation) to avoid the involvement of in high-priority habitats, particularly during the migratory bird nesting season (May 15 to July 31). (Refer to Appendix B.) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>**LEASE NOTICE** LN-4:<br>*Migratory Bird Nesting Habitat.*<br>To maintain integrity and extent of migratory bird nesting habitat, avoid or minimize disruption of migratory bird nesting activity by siting or prioritizing vegetation clearing, facility construction, and concentrated operational activities (e.g., drilling, completion, utility installation) to avoid the involvement of in high- and moderate-priority habitats, particularly during the migratory bird nesting season (May 15 to July 15). (Refer to Appendix B.) |
| 179. | Allowable Use:<br>Avoid large-scale disrupting land use activities such as, but not limited to, surface disturbance, from May 15 to July 15 in migratory bird habitats. Focus | Allowable Use:<br>**STIPULATION** TL-14:<br>*Migratory Bird Breeding Habitat.*<br>Prohibit surface occupancy and surface-disturbing activities from May 1 to July 31 in priority | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** TL-15:<br>*Migratory Bird Breeding Habitat.*<br>Prohibit surface occupancy and surface-disturbing activities from May 1 to July 31 in priority |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110135

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | these protection efforts on USFWS Birds of Conservation Concern. | migratory bird habitats. (Refer to Appendix B.) (Figure 2-40, Appendix A) | | migratory bird habitats for USFWS Birds of Conservation Concern, Partners-in-Flight species. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 180. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-22/SSR-21: *Migratory Bird Breeding Habitat.* Apply CSU/SSR restrictions to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. Manage for no net loss of designated key/priority habitats for these species (e.g., sagebrush, pinyon juniper). (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION** CSU-23/SSR-22: *Migratory Bird Breeding Habitat.* Apply CSU/SSR restrictions to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species in ACECs, WSAs, lands identified for wilderness characteristics protection, biological core areas, and areas with rare vegetation. Manage activities so they do not result net loss of designated key/priority habitats for these species (e.g., sagebrush, pinyon juniper). (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 181. | **SPECIAL STATUS SPECIES** | | | |
| 182. | *SPECIAL STATUS SPECIES – GENERAL* | | | |
| 183. | **GOAL**:<br>Protect and enhance special status species and habitats to promote their conservation, recovery, and persistence. | | | |
| 184. | **Objective:** | **Objective:** | **Objective:** | **Objective:** |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110136

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Maintain or improve historically occupied or potentially suitable threatened and endangered species habitat. Maintain or improve habitat for sensitive plant species and wildlife species of high federal interest (emphasis area A) (BLM 1985).<br><br>Require in all land use activity plans measures designed to protect threatened and endangered species and their habitat (BLM 1989a). | Restore and enhance special status species and habitats. Preserve and promote special status species conservation. Prohibit any activity that would have measurable impacts on subpopulations, populations, or habitats over the short or long term. Prohibit land use activities in specific areas. | Maintain special status species populations and habitats. Maintain special status plant populations and habitats while maximizing land use activities and commodity production. Provide reasonable exceptions to restrictions to facilitate land use and development. | Maintain, restore, or enhance special status species populations and associated habitats. Preserve and promote special status species conservation, including subpopulations, populations, or habitats. |
| 185. | **Action:**<br>Protect, maintain, and enhance the following:<br>• Critical habitats for big game, upland game birds, and waterfowl; and<br>• Crucial habitats for nongame species of special interest or concern to state and other federal agencies (BLM 1985).<br>Comply with the FLPMA to maintain, enhance, and protect fish habitat on public lands. | **Action:**<br>Designate all federally threatened, endangered, proposed, candidate, and BLM sensitive species as key/priority species. | **Action:**<br>Designate all federally threatened, endangered, and candidate species as key/priority species. | **Action:**<br>Designate all federally threatened, endangered, candidate, and BLM sensitive species as key/priority species. |
| 186. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate the following as key/priority habitats for special | **Action:**<br>Designate the following as key/priority habitats for special | **Action:**<br>Designate all occupied and suitable habitats for key/priority |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110137

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | status terrestrial wildlife: <br>• major perennial rivers; <br>• mixed conifer and aspen; <br>• riparian areas; <br>• salt-desert; <br>• sagebrush; and <br>• cliff and canyon areas. <br><br>Designate the following priority habitats for fish and aquatic wildlife: <br>• perennial water sources; <br>• riparian areas; <br>• intermittent streams and ponds; and <br>• ephemeral/ seasonal waters. | status terrestrial wildlife: <br>• major perennial rivers; <br>• riparian areas; and <br>• sagebrush. <br><br>Designate the following priority habitats for fish and aquatic wildlife: <br>• perennial water sources; and <br>• riparian areas. | species, in addition to USFWS designated critical habitats, as key/priority areas. |
| 187. | **Action:** <br>Allow authorization of supplemental releases and reintroduction of federal and state-listed endangered, threatened, and candidate species following environmental analysis and consultation with USFWS, CDOW, and other affected parties (emphasis area A) (BLM 1989a). | **Action:** <br>Allow augmentation and reintroduction to expand the current range of special status species in response to partner or stakeholder proposals or requests. | **Action:** <br>Pursue opportunities for augmentation and reintroduction to expand the current range of desired game species and species of economic importance. | **Action:** <br>Pursue opportunities for augmentation and reintroduction to expand the current range of special status species. |
| 188. | **Action:** <br>Maintain species of special importance to maintain viable | **Action:** <br>Manage non-BLM sensitive species that are state- | **Action:** <br>No similar action. | **Action:** <br>Same as Alternative B. |

BLM_0110138

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | population levels (emphasis area L) (BLM 1989a). | recognized, endemic, rare, imperiled, or otherwise important to achieve resource goals and prevent the need to protect under BLM sensitive species designation or federal listing. | | |
| 189. | **Action:**<br>Permit no activities in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence (BLM 1985). | **Action:**<br>Prohibit any action that poses adverse impacts (as defined by the Endangered Species Act [via Section 7 formal consultation]) to federally protected species or critical habitats. | **Action:**<br>No similar action. | **Action:**<br>Prohibit any action that poses jeopardy (as defined by the Endangered Species Act) to federally threatened, endangered, or candidate species, or designated or proposed critical habitats. |
| 190. | Allowable Use:<br>**LEASE NOTICE** LN-CO-34 (BLM 1991a)/LN-5: *Endangered Species Act Section 7 Consultation*. The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened, endangered, or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid BLM-approved activity that will contribute to a need to list such a species or their habitat. The BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 USC § 1531 *et seq.*, including completion of any required procedure for conference or consultation. (Refer to Appendix B.) | | | |
| 191. | Allowable Use:<br>Conduct on-sites and biological surveys by qualified individuals (BLM 1991a). | Allowable Use:<br>**LEASE NOTICE** LN-2: *Biological Inventories*. The operator is required to conduct a biological inventory prior to | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative B. |

BLM_0110139

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | approval of operations in areas of known or suspected habitat of special status species, or habitat of other species of interest such as, but not limited to, raptor nests, sage-grouse leks, or rare plant communities. Surveys shall be conducted by qualified biologist(s) using protocols established for potentially affected species during the appropriate time period(s) for the species. Survey reports, data, and determinations shall be submitted to the BLM for review and confirmation. Results from surveys expire three (3) years from the date of survey completion. Operators, the BLM, and the BLM Authorized Officer will use the information gathered to develop an appropriate mitigation plan. Mitigating measures may include, but are not limited to, relocation of development activities and fencing operations or habitat. If special status species are encountered during | | |

BLM_0110140

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | operation, operations will cease immediately, and the BLM Authorized Officer will be notified. (Refer to Appendix B.) | | |
| 192. | **Action:**<br>Conduct on-sites and biological surveys by qualified individuals (BLM 1991a). | **Action:**<br>To protect key wildlife species, special status species, and their habitats, surveys may be required prior to surface disturbance, habitat treatments, or similar activities.<br><br>Develop and implement standard survey protocol for key species based on the latest science, conservation assessments, CDOW recommendations, and similar information. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 193. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Designate occupied habitat of known populations of federally threatened and endangered species as ROW exclusion. | **Action**:<br>Designate occupied habitat of known populations of federally threatened and endangered species as ROW avoidance. | **Action**:<br>Designate occupied habitat of known populations of federally threatened and endangered species (except Colorado hookless cactus) as ROW exclusion.<br><br>Designate federally listed candidate species' occupied habitats and known populations |

BLM_0110141

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | of Colorado hookless cactus as ROW avoidance.<br><br>An exception may be granted by the BLM Authorized Officer if it can be determined that the activity would not cause adverse impacts or have negligible impacts. In addition, surface occupancy may be authorized following Endangered Species Act Section 7 consultation with USFWS (for species listed under the Endangered Species Act) and it is determined that the activity would not impair values associated with the maintenance or recovery of the species. If an exception is granted, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. |
| 194. | *SPECIAL STATUS PLANTS* | | | |
| 195. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate the following as key/priority areas for special status plant species: | **Action:**<br>Designate the following as key/priority areas for special status plant species: | **Action:**<br>Designate all occupied and suitable habitats for key/priority plant species as key/priority |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-95

BLM_0110142

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • barrens (i.e., salt-desert, adobe);<br>• cliffs and canyons;<br>• pinyon juniper; and<br>• sagebrush steppe (Neely et al. 2009). | • barrens (i.e., salt-desert, adobe) (Neely et al. 2009). | areas for special status plant species. |
| 196. | **Action:**<br>No similar action in current RMPs, although this is partially addressed for some species, areas, or situations. | **Action:**<br>Annually enhance at least 500 acres of special status plant habitat. | **Action:**<br>Offset direct impacts to special status plan species via species transplants. | **Action:**<br>Enhance special status plant habitat. |
| 197. | **Action:**<br>Provide protection for sensitive plant species in the Coyote Wash area of Dolores Canyon (emphasis area D) (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 198. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close all federally threatened, endangered, and candidate plant species' occupied habitat to mineral material disposal. | | |
| 199. | Allowable Use:<br>Promote BLM sensitive plant conservation and reduce the likelihood and need for species to be listed pursuant to the Endangered Species Act (BLM Manual 6840). | Allowable Use:<br>Prohibit any land use activity that would take (damage, injure, or remove) a sensitive plant element occurrence or subpopulation. Also prohibit any activity that would detrimentally alter connectivity between subpopulations. | Allowable Use:<br>Prohibit any land use activity that would take (damage, injure, or remove) more than 10 percent of a sensitive plant element occurrence or subpopulation, either by total number of individual plants or acres of occupied habitat within the activity area. Prohibit more than 10 percent cumulative | Allowable Use:<br>**STIPULATION** CSU-24/SSR-23: *BLM Sensitive Plant Species.* Apply CSU/SSR restrictions within 100-meters (328-foot) of BLM sensitive plant species occupied habitat. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |

BLM_0110143

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | disturbance of sensitive plant element occurrences or subpopulations at any one time. Also prohibit any activity that would detrimentally alter connectivity between subpopulations. | |
| 200. | Allowable Use:<br>**STIPULATION** NSO-UB-2 (BLM 1989a): *Threatened, Endangered, Candidate, and Sensitive Plant Areas.* Prohibit surface occupancy in the Fairview South ACEC/Research Natural Area (RNA) to protect the threatened, endangered, candidate, and sensitive plants and their potential habitat. (Refer to Appendix B.) (Figure 2-47, Appendix A)<br><br>**STIPULATION** NSO-CO-8 (BLM 1991a): *Special Status Plant Species.* Prohibit surface occupancy in special status plant species habitat (including federally listed and proposed species for listing and candidate species). (Refer to Appendix B.) (Figure 2-47, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-15/NGD-9: *Federally Listed, Candidate, and Proposed Species' Occupied and Historic Habitat.* Prohibit surface occupancy and surface-disturbing activities within 300 meters of occupied habitat of known federally protected plant populations. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** NSO-16/SSR-24: *Federally Listed and Candidate Species' Habitat.* Prohibit surface occupancy and apply SSR restrictions within 200-meters (656-foot) of occupied habitat of federally listed and candidate species. In addition, prohibit surface occupancy within areas designated as critical habitat. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A) |

BLM_0110144

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 201. | Allowable Use:<br>**LEASE NOTICE** LN-UFO-2/LN-6: *Special Status Plants.* The lease area is known to contain populations of endangered plants, and may hereafter contain other species protected under the Endangered Species Act or other special status species. To avoid impacts to endangered, threatened, proposed species, designated critical habitat, or BLM special status species, lessees must contact the UFO prior to any surface activities associated with this lease. The lessee may also be required to conduct additional inventories to insure that there are no protected species present on the proposed disturbance sites. The BLM may recommend modifications to exploration and development proposals to avoid impact to any species listed under the Endangered Species Act, or proposed for listing under the Endangered Species Act, or designated or proposed critical habitat. The BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act, as amended, 16 USC 1531 *et seq.* This could include completion of any required conference or consultation with USFWS. Additionally, project modifications may be required to avoid impacts to BLM sensitive species. (Refer to Appendix B.) | | | |
| 202. | *SPECIAL STATUS FISH AND AQUATIC WILDLIFE* | | | |
| 203. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Annually enhance, protect, or restore at least 5 miles of aquatic habitat, including structural and vegetation improvements, and remove special status fish migration barriers to benefit primarily special status native species. | **Action:**<br>Annually improve at least 2 miles of aquatic habitat, including structural and vegetation improvements, to benefit primarily game species and popular fisheries. Consider projects that would also enhance nongame species. | **Action:**<br>Pursue opportunities to enhance, protect, or restore aquatic habitats, including structural and vegetation improvements, and remove or modify special status fish migration barriers commensurate with other resource objectives and opportunities. |
| 204. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Partner with CDOW, USFS, USFWS, and others to remove nonnative trout and other fishes from occupied native cutthroat trout habitat. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |

BLM_0110145

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 205. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** TL-3: *Coldwater Sport and Native Fish.* Prohibit in-channel stream work in all occupied streams during appropriate spring and fall spawning periods, as follows:<br>• April 1 to August 1 for rainbow and cutthroat trout and Paiute and mottled sculpin; and<br>• October 1 to November 30 for brown and brook trout. (Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use:<br>**STIPULATION** TL-4: *Coldwater Sport Fish.* Prohibit in-channel stream work in all trout occupied streams during appropriate spring and fall spawning periods, as follows:<br>• April 1 to June 15 for rainbow and cutthroat trout; and<br>• October 1 to November 30 for brown and brook trout. (Refer to Appendix B.) (Figure 2-41, Appendix A) | Allowable Use:<br>**STIPULATION** TL-5: *Coldwater Sport and Native Fish.* Prohibit in-channel stream work and recreational mining in all occupied streams during spawning periods as follows:<br>• Spring: April 15 to June 30; and<br>• Fall: October 1 to November 30. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 206. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-17/NGD-10: *Occupied Federally Listed Fish Habitat.* Prohibit surface occupancy and surface-disturbing activities within 1.00 mile of federally listed fish occupied habitat. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-18/NGD-11: *Occupied Federally Listed Fish Habitat.* Prohibit surface occupancy and surface-disturbing activities within 0.50-mile of federally listed fish occupied habitat. (Refer to Appendix B.) (Figures 2-34 and 2-49, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-19/NGD-12: *Occupied Federally Listed Fish and Native Cutthroat Trout Habitat.* Prohibit surface occupancy and surface-disturbing activities within 2,500 horizontal feet on either side of the ordinary high water mark of the following major river corridors:<br>• San Miguel River below Pinyon;<br>• Dolores River; and<br>• Lower Gunnison River below |

BLM_0110146

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | Delta.<br><br>Prohibit surface-disturbing activities within 300 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied native cutthroat trout habitat. (Refer to Appendix B.) (Figures 2-35 and 2-50, Appendix A) |
| 207. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-25/SSR-25: *Occupied Native Cutthroat Trout Habitat.* Apply CSU/SSR restrictions within 1.00 mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-26/SSR-26: *Occupied Native Cutthroat Trout Habitat.* Apply CSU/SSR restrictions within 0.50-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-27/SSR-27: *Occupied Native Cutthroat Trout Habitat.* Apply CSU/SSR restrictions between 300 and 500 horizontal feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 208. | *SPECIAL STATUS TERRESTRIAL WILDLIFE* | | | |
| 209. | **Action:**<br>Develop habitat management plans for key species and their related habitat. Completion of these plans will be dependent upon need, availability of funding, and manpower. Several | **Action:**<br>No similar action; this is addressed by the Objective. | | |

BLM_0110147

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | key habitats in which plans might be developed include: winter raptor concentration areas; aquatic/riparian habitats; and threatened and endangered species habitat. Give priority generally to the development of a habitat management plan for threatened and endangered species. Closely coordinate development of habitat management plans for terrestrial and aquatic species with CDOW, US Forest Service, and, where appropriate, USFWS. Project development will require input from all resource programs to assess impacts through the environmental process (BLM 1985).<br><br>Develop habitat management plans (including intensive monitoring plans) for the following priority areas (emphasis areas B):<br>• Upper San Miguel River and its tributaries (44 miles);<br>• Lower San Miguel River and its tributaries (20 miles); and | | | |

BLM_0110148

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • Upper Dolores River (30 miles) (BLM 1985). | | | |
| 210. | **Action:**<br>Allow natural distribution and population and vegetation of wildlife species indigenous to the area to maintain natural balance with each other, their habitats, and man (emphasis area D) (BLM 1985). | **Action:**<br>No similar action. | | |
| 211. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-20/NGD-13: *Federally Threatened, Endangered, and Candidate Species' Occupied Habitat.* Prohibit surface occupancy and surface-disturbing activities within known occupied habitat for federally threatened and endangered species, except for Canada lynx. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-28/SSR-28: *Federally Threatened, Endangered, and Candidate Species' Occupied Habitat.* Apply CSU/SSR restrictions within known occupied habitat for federally threatened and endangered species, except for Canada lynx. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-21/SSR-29: *Federally Threatened, Endangered, and Candidate Species' Occupied Habitat.* Prohibit surface occupancy and apply SSR restrictions to surface-disturbing activities within known occupied habitat for federally threatened and endangered species, except for Canada lynx and Mexican spotted owl. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A) |
| 212. | *Special Status Terrestrial Wildlife – Yellow-billed Cuckoo* | | | |
| 213. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-22/NGD-14: *Yellow-billed Cuckoo Habitat.* Prohibit surface | Allowable Use:<br>**STIPULATION** TL-16: *Yellow-billed Cuckoo Habitat.* Prohibit surface occupancy and surface- | Allowable Use:<br>**STIPULATION** CSU-29/SSR-30: *Yellow-billed Cuckoo Habitat.* Apply CSU/SSR restrictions |

BLM_0110149

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | occupancy and surface-disturbing activities in yellow-billed cuckoo habitat. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | disturbing activities within 100 meters of yellow-billed cuckoo habitat within riparian areas from May 15 to July 20. (Refer to Appendix B.) (Figure 2-41, Appendix A) | within yellow-billed cuckoo habitat. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 214. | *Special Status Terrestrial Wildlife – Desert Bighorn Sheep* | | | |
| 215. | Refer to the *Terrestrial Wildlife – Big Game (Mule Deer, Elk, Pronghorn Antelope, Bighorn Sheep, Moose, Black Bear, Mountain Lion)* section. | | | |
| 216. | **Action:**<br>Make habitat abitat in the Camel Back-Roubideau Creek area for possible introduction of desert bighorn sheep to increase population numbers and genetic diversity (management unit 1) (BLM 1989a). | **Action:**<br>No similar action; this action has been completed. | | |
| 217. | *Special Status Terrestrial Wildlife – Canada Lynx* | | | |
| 218. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Design forest regeneration harvest, planting, thinning, and fire practices to develop characteristics suitable for snowshoe hare and important alternate prey habitat for Canada lynx (particularly red squirrel). | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 219. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Require that management actions within a 10-year period do not alter more than 15 | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |

BLM_0110150

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | percent of lynx habitat within a Lynx Analysis Unit to an unsuitable condition. If more than 30 percent of lynx habitat within a Lynx Analysis Unit is currently in unsuitable condition, prohibit further reduction of suitable conditions. | | |
| 220. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-30/SSR-31: *Canada Lynx Habitat.* Apply CSU/SSR restrictions within mapped or identified Canada lynx habitat within Lynx Analysis Units. (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION:** CSU-31/SSR-32: *Canada Lynx Habitat.* Apply CSU/SSR restrictions within mapped or identified Lynx Linkage Corridors and Canada lynx habitat within Lynx Analysis Units. Within these areas, require appropriate application of the following conservation measures prior to and during lease development as determined through Section 7 consultation with USFWS:<br>• Restrict newly constructed road use to activities associated directly with development and construction activities.<br>• Reduce the influence of snow compaction and removal activities as travel corridors |

BLM_0110151

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | | | for competitive predators. Prohibit use of over-the-snow vehicles in Lynx Analysis Unit lynx habitat (e.g., on-site reconnaissance, resource surveys). |
| | | | | • Prohibit surface use or disrupting activities in Lynx Analysis Unit denning habitat during the denning period, March 15 to July 15. |
| | | | | • Site development or production facilities to avoid primary lynx habitat. Prohibit fluid minerals development activities on BLM-administered surface lands that would contribute disproportionately to management thresholds applied to lynx habitat (i.e., no more than 30 percent of mapped habitat within a Lynx Analysis Unit in unsuitable condition and less than 15 percent of habitat within a Lynx Analysis Unit converted to unsuitable condition within a 10-year period; also, maintenance of greater than |

BLM_0110152

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | 10 percent of habitat suitable for denning within a Lynx Analysis Unit. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 221. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** TL-17: *Canada Lynx Winter/Denning Habitat.* Prohibit surface occupancy and surface-disturbing activities within lynx winter/denning habitat from December 1 to April 30. (Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative B. |
| 222. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-32/SSR-33: *Canada Lynx Habitat Connectivity.* Apply CSU/SSR restrictions to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Limit or modify disturbing activities or structures on major ridgelines, prominent saddles, and in riparian corridors. (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative B. |

BLM_0110153

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 223. | *Special Status Terrestrial Wildlife – Gunnison Sage-grouse* | | | |
| 224. | Allowable Use:<br>**STIPULATION** TL-CO-15 (BLM 1991a): *Grouse.* Prohibit surface occupancy and surface-disturbing activities within grouse (sage- and mountain sharp-tailed grouse) crucial [now termed "severe and winter concentration areas"] winter habitat from December 16 to March 15. (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** TL-18: *Gunnison Sage-grouse Winter Habitat.* Prohibit surface occupancy and surface-disturbing activities within occupied winter habitat for Gunnison sage-grouse from December 15 to March 15. If winter habitats are not mapped or identified, this stipulation would apply to the entire area within 6.00 miles of leks. (Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** TL-19: *Gunnison Sage-grouse Winter Habitat.* Prohibit surface occupancy and surface-disturbing activities in mapped important sage-grouse winter range as defined by BLM and CDOW from December 1 to March 15. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 225. | Allowable Use:<br>**STIPULATION** NSO-CO-2 (BLM 1991a): *Grouse.* Prohibit surface occupancy within 0.25-mile radius of a lek site (courtship area) for grouse (sage- and mountain sharp-tailed grouse, and lesser and greater prairie chickens). (Refer to Appendix B.) (Figure 2-47, Appendix A) | Allowable Use:<br>**NO LEASING/ STIPULATION** NL-6/NGD-15: *Gunnison Sage-grouse Breeding (Lek) Habitat.* Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, all Gunnison sage-grouse lek habitat plus a 0.60-mile radius. When existing leases expire, do not re-offer for lease in occupied Gunnison sage-grouse habitat. (Refer to | Allowable Use:<br>**STIPULATION** NSO-23/NGD-16: *Gunnison Sage-grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and surface-disturbing activities within 1.00 mile of Gunnison sage-grouse leks. (Refer to Appendix B.) (Figures 2-34 and 2-49, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-24/SSR-34: *Gunnison Sage-grouse Breeding (Lek) Habitat.* Prohibit surface occupancy and apply SSR restrictions within a 0.60-mile radius of Gunnison sage-grouse leks. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A) |

BLM_0110154

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | Appendix B.) | | |
| 226. | Allowable Use:<br>**STIPULATION** TL-X (BLM xx): *Sage-grouse Strutting Grounds*. Prohibit exploration, drilling, and other developmental activity on sage-grouse strutting grounds from March 15 to May 15. (Refer to Appendix B.) (Figure 2-39, Appendix A) *(BLM: what is the source of this stipulations?)* | Allowable Use:<br>**STIPULATION** TL-20: *Gunnison Sage-grouse Breeding (Non-lek) Habitat*. Prohibit surface occupancy and surface-disturbing activities within 6.00 miles of Gunnison sage-grouse leks from March 1 to June 30. (Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** TL-21: *Gunnison Sage-grouse Breeding (Non-lek) Habitat*. Prohibit surface occupancy and surface-disturbing activities within 4.00 miles of active Gunnison sage-grouse leks or mapped nesting habitat from March 1 to June 30. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 227. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-25/NGD-17: *Gunnison Sage-grouse Breeding (Non-lek) Habitat*. Prohibit surface occupancy and surface-disturbing activities within 4.00 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-33/SSR-35: *Gunnison Sage-grouse Breeding (Non-lek) Habitat*. Apply CSU/SSR restrictions within 6.00 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. Relocate surface-disturbing activities outside the following vegetation types: sagebrush, riparian, wet meadow, and agricultural areas. To the degree possible, avoid construction of permanent structures or facilities. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-34/SSR-36: *Gunnison Sage-grouse Breeding (Non-lek) Habitat*. Apply CSU/SSR restrictions within 4.00 miles of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood rearing, and winter habitat) or suitable sagebrush habitat.<br><br>Surface occupancy or use is subject to the following special operating constraints:<br>The Field Manager may require the proponent/applicant to submit a plan of development |

2-108

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

BLM_0110155

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | | | that would demonstrate:<br>1) Avoidance of direct or indirect loss of important Gunnison sage-grouse habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important Gunnison sage-grouse habitat necessary for sustainable local populations.<br>2) Special reclamation measures or design features are incorporated that would accelerate recovery and/or reestablishment of affected sage-grouse habitat.<br>3) The current/future utility of such habitat for sage-grouse use would not be impaired.<br><br>Additional conservation measures may be imposed as necessary to maintain high-quality sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce |

Internal
Not for Public Distribution

BLM_0110156

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. Conservation measures may be identified in state or local conservation plans or through appropriate science or research for the species. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 228. | Allowable Use:<br>**LEASE NOTICE** LN-CO-30 (BLM 1991a): *Grouse*. In order to protect nesting grouse species, surface-disturbing activities proposed during the period between March 1 and June 30 will be relocated, consistent with lease rights granted and Section 6 of standard lease terms, out of grouse nesting habitat.<br><br>Sage-grouse nesting habitat is described as sage stands with sagebrush plants between 30 and 100 centimeters in height and a mean canopy cover between 15 and 40 percent. | Allowable Use:<br>No similar allowable use; this is addressed by TL-20: *Sage-grouse Breeding (Non-Lek) Habitat*. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**LEASE NOTICE** LN-7: *Important Gunnison Sage-grouse Habitat*. The lease may in part or in total contain important Gunnison sage-grouse habitat as identified by the BLM either currently or prospectively. The operator may be required to implement specific measures through a Condition of Approval to reduce impacts of oil and gas or geothermal operations on the Gunnison sage-grouse populations and habitat quality.<br><br>Sage-grouse habitat conservation measures may include timing restrictions, |

BLM_0110157

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A
Current Management
(No Action) | Alternative B | Alternative C | Alternative D
Agency Preferred |
|---|---|---|---|---|
| | Sharptail grouse nesting habitat is described as mountain shrub communities with a density of shrub plants from 1,700 to 32,000 shrubs per hectare and average shrub height of 30 centimeters. Nests are found primarily in shrub clumps where the shrubs are taller than average. (Nesting occurs within an average distance of 2 kilometers of a lek) (BLM 1991a). (Refer to Appendix B.) | | | distances or percentages of allowable surface disturbing activities, noise suppression actions, and desired density levels or other development constraints consistent with state or Range-wide Sage-grouse Conservation Planning for Colorado (including subsequent updates), current peer reviewed sage-grouse research, or as developed in conjunction with CDOW to meet local population objectives.

Such measures shall be developed during the Application for Permit to Drill on-site and environmental review process, or during the environmental review process for sundry notices and associated rights-of-way, and will be consistent with lease rights granted. (Refer to Appendix B.) |
| 229. | *Special Status Terrestrial Wildlife – Raptors* | | | |
| 230. | This section includes both special status raptors and non-special status raptors (from the *Terrestrial Wildlife – Raptors* section).

Special status raptors include Mexican spotted owl, peregrine falcon, northern goshawk, ferruginous hawk, burrowing owl, bald eagle, | | | |

BLM_0110158

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | golden eagle, prairie falcon, and flammulated owl.<br><br>Non-special status raptors include American kestrel, osprey, red-tailed hawk, Swainson's hawk, Cooper's hawk, sharp-shinned hawk, rough-legged hawk, Northern harrier, merlin, barn owl, boreal owl, Northern pygmy owl, northern saw-whet owl, short-eared owl, western screech owl, and great-horned owl. | | | |
| 231. | Allowable Use:<br>**STIPULATION** TL-CO-18 (BLM 1991a): *Raptor Nesting and Fledgling Habitat.* Raptor nesting and fledgling habitat (includes the golden eagle and all accipiters; falcons, except kestrel [which are very adaptable to nest in a variety of habitats; their populations are stable and widespread]; all butteos; all owls except Mexican spotted owl [see Stip. Code CO-21]): February 1 to August 15. Raptors that are listed and protected by the Endangered Species Act are addressed separately. This seasonal limitation applies to a 0.25-miles buffer zone around the nest site. (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** TL-22: *Raptor Breeding and Nesting Sites.*<br>• Special Status Raptors: Prohibit surface occupancy and surface-disturbing activities within 0.50-mile of active special status raptor nest sites and associated alternate nests during the period from nest territory establishment to dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods).<br>• Non-Special Status Raptors (*except American kestrel*): Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of active raptor nest sites and associated alternate nests during the period from nest territory establishment to | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** TL-23: *Raptor Breeding and Nesting Sites.* Prohibit surface occupancy and surface-disturbing activities within the following areas and during the following time period(s), or until fledging and dispersal of young:<br>• Bald Eagle: 0.50-mile radius around active nests from November 15 to July 31;<br>• Golden Eagle: 0.50-mile radius around active nests from December 15 to July 15;<br>• Ferruginous Hawk: 0.50-mile of active nest sites from February 1 to August 15;<br>• Peregrine and Prairie Falcon: 0.50-mile of active nest sites from March 15 to July 31;<br>• Northern Goshawk: 0.50-mile of active nest sites from March 1 to August 31;<br>• Osprey: 0.25-mile radius of |

BLM_0110159

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | dispersal of young from nest (see Appendix B, Table B-8, Raptor Species Breeding Periods).<br>(Refer to Appendix B.) (Figure 2-40, Appendix A) | | active nests from April 1 to August 31;<br>• Red-tailed Hawk: 0.25-mile radius of active nests from February 15 to August 15;<br>• Swainson's Hawk: 0.25-mile radius of active nests from April 1 to August 15;<br>• Cooper's Hawk: 0.25-mile radius of active nests from April 1 to August 15;<br>• Sharp-shinned Hawk: 0.25-mile radius of active nests from April 1 to August 15;<br>• Northern Harrier: 0.25-mile radius of active nests from April 1 to August 15;<br>• Burrowing Owl: 0.25-mile radius of active nests from March 15 to August 15;<br>• Great Horned Owl: 0.25-mile radius of active nests from February 1 to August 15;<br>• Other owls and raptors (excluding kestrel): 0.25-mile radius of active nests from March 1 to August 15.<br>(Refer to Appendix B.) (Figure 2-42, Appendix A) |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-113

BLM_0110160

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| 232. | Allowable Use: **STIPULATION** TL-CO-20 (BLM 1991a): *Osprey Nesting and Fledgling Habitat.* April 1 to August 31. The sensitivity of osprey to human associated disturbance activities requires a half-mile buffer zone to avoid nest abandonment. (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use: No similar allowable use; this is addressed by other actions. | | |
| 233. | Allowable Use: **STIPULATION** NSO-CO-3 (BLM 1991a): *Raptors (golden eagle, osprey, accipiters, falcons [except kestrel], buteos, and owls).* Prohibit surface occupancy and use within 0.125-mile of nest site. (Refer to Appendix B.) (Figure 2-47, Appendix A) | Allowable Use: **STIPULATION** NSO-27/NGD-18: *Raptor Nest Sites.* • Special Status Raptors: Prohibit surface occupancy and surface disturbing activities within 0.25-mile of active special status raptor nest sites and associated alternate nests. • Non-Special Status Raptors (*except kestrel*): Prohibit surface occupancy and surface disturbing-activities within 0.125-mile (660 feet) of active nest sites and associated alternate nests. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use: **STIPULATION** NSO-26: *Special Status Raptor Nest Sites.* • Special Status Raptors: Same as Alternative A. (Refer to Appendix B.) (Figure 2-49, Appendix A) **STIPULATION** NSO-28/NGD-19: *Non-Special Status Raptor Nest Sites.* • Non-Special Status Raptors *[except American kestrel, red-tailed hawk, and great-horned owl]*: Prohibit surface occupancy and surface-disturbing activities within 330 feet of active nest sites and associated alternate nests. | Allowable Use: **STIPULATION** NSO-29/NGD-20: *Special Status Raptor Nest Sites (except Mexican spotted owl).* Prohibit surface occupancy and surface-disturbing activities within the following areas: • Bald Eagle: within 0.25-mile - of active and inactive nest sites or within 100 meters of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining); • Golden Eagle: within 0.25-mile of active and inactive nest sites; • Ferruginous Hawk, Peregrine |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110161

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | (Refer to Appendix B.) | Falcon, Prairie Falcon, and Northern Goshawk: within 0.50-mile of active and inactive nest sites;<br>• Other Special Status Raptors (except Mexican spotted owl): within 0.25-mile of active and inactive nest sites. (Refer to Appendix B.) (Figures 2-35 and 2-50, Appendix A)<br><br>**STIPULATION** NSO-30: *Non-Special Status Raptor Nest Sites.* Prohibit surface occupancy within 0.25-mile of active and inactive nest sites. (Refer to Appendix B.) (Figure 2-50, Appendix A) |
| 234. | Allowable Use:<br>No similar action in current RMPs, although this is partially addressed for some species, areas, or situations. | Allowable Use:<br>**STIPULATION** CSU-35: *Raptor Breeding Habitat.* Apply CSU restrictions within the following areas:<br>• Special Status Raptors (including Mexican spotted owl): within 1.0 mile of nest sites.<br>• Non-Special Status Raptors (except American kestrel): within 0.5-mile of nest sites. | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION** CSU-36: *Raptor Breeding Habitat (accipiters, falcons [except kestrel], buteos, and owls [except Mexican spotted owl]).* Apply CSU restrictions within 1.0 mile of nest sites. (Refer to Appendix B.) (Figure 2-54, Appendix A) |

BLM_0110162

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | (Refer to Appendix B.) (Figure 2-52, Appendix A) | | |
| 235. | Allowable Use:<br>**STIPULATION** NSO-CO-4 (BLM 1991a): *Bald Eagle*. Prohibit surface occupancy and use within 0.25-mile of bald eagle roost or nest sites. (Refer to Appendix B.) (Figure 2-47, Appendix A) | Allowable Use:<br>No similar allowable use. | | |
| 236. | Allowable Use:<br>**STIPULATION** TL-CO-22 (BLM 1991a): *Bald Eagle Nesting Habitat*. Prohibit surface use within 0.5-mile of nest site from December 15 to June 15. (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use:<br>No similar allowable use; this is addressed by a TL. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. |
| 237. | Allowable Use:<br>**STIPULATION** TL-CO-23 (BLM 1991a): *Bald Eagle Winter Roost Sites*. Prohibit surface use within 0.5-mile of bald eagle winter roost sites from November 16 to April 15. (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-31/NGD-21: *Bald Eagle Winter Roost Sites*. Prohibit surface occupancy and surface-disturbing activities within 0.50-mile of bald eagle winter roost sites. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** NSO-32/NGD-22: *Bald Eagle Winter Roost Sites*. Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of bald eagle winter roost sites. (Refer to Appendix B.) (Figures 2-35 and 2-50, Appendix A)<br><br>Allowable Use: |

BLM_0110163

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | | | **STIPULATION** TL-24: *Bald Eagle Winter Roost Sites.* Prohibit surface occupancy and surface-disturbing activities within 0.5-mile of an active bald eagle winter roost from November 15 to March 15. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 238. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-37/SSR-37: *Bald Eagle Habitat.* Apply CSU/SSR restrictions within bald eagle habitat. The BLM Field Manager may require the proponent/applicant to submit a plan of development that would demonstrate that:<br>• involvement of cottonwood stands or cottonwood regeneration areas have been avoided to the extent practicable;<br>• special reclamation measures or design features are incorporated that would accelerate recovery and/or reestablishment of affected cottonwood communities;<br>• the pre-development | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-117

BLM_0110164

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | potential of affected floodplains to develop or support riverine cottonwood communities has not been diminished; and<br>• the current/future utility of such cottonwood substrate for bald eagle use would not be impaired.<br>(Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | | |
| 239. | Allowable Use:<br>**STIPULATION** TL-SJ-7 (BLM 1991a): *Bald Eagle Winter Concentration Areas.* Prohibit surface use from December 1 to April 15.<br><br>**STIPULATION** TL-UB-3 (BLM 1989a): *Bald Eagle Winter Concentration Areas.* Prohibit development activities (exploration, drilling, etc.) from December 1 to April 30. (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** TL-25: *Bald Eagle Winter Concentration Areas.* Prohibit surface occupancy and surface-disturbing activities from December 1 to April 30. (Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. |
| 240. | Allowable Use:<br>**STIPULATION** TL-CO-24 (BLM 1991a): *Peregrine Falcon Cliff Nesting Complex.* Prohibit | Allowable Use:<br>No similar allowable use; this is addressed by another TL. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>Same as Alternative B. |

BLM_0110165

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | surface use within 0.5-mile of peregrine falcon cliff nesting complex from March 16 to July 31. (Refer to Appendix B.) (Figure 2-39, Appendix A) | | | |
| 241. | Allowable Use:<br>**STIPULATION** NSO-CO-5 (BLM 1991a): *Peregrine Falcons.* Prohibit surface occupancy and use within 0.25-mile of cliff nesting complex. *(Note: Peregrine falcon was removed from the federal list of threatened and endangered species in 1999. It is currently managed as a BLM sensitive species.)* (Refer to Appendix B.) (Figure 2-47, Appendix A) | Allowable Use:<br>No similar allowable use; this is addressed by a TL. | | |
| 242. | Allowable Use:<br>**STIPULATION** TL-CO-21 (BLM 1991a): *Mexican Spotted Owl Nesting and Fledgling Habitat.* Prohibit surface use in core area of territory from February 1 to July 31. Mexican spotted owl habitat is restricted by use of a timing limitation applied to core areas within the owl habitat territory. The territories are by definition of two types: (1) | Allowable Use:<br>No similar allowable use; this is addressed by another TL. | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** TL-26: *Mexican Spotted Owl Suitable Breeding Habitat (Nesting and Fledgling Habitat).* Prohibit surface occupancy and surface-disturbing activities in suitable Mexican spotted owl breeding habitat from March 1 to August 31. (Refer to Appendix B.) (Figure 2-42, Appendix A) |

BLM_0110166

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | territory in which an owl(s) has been spotted, but no nests or roosts have been confirmed, and (2) territory in which there is confirmed nesting, feeding, and roosting activity. The territory of a Mexican spotted owl is thought to be about 2,000 acres and does not overlap with another individual's (or pair's) territory. Within the territory is a core area of 450 acres where there have been sightings only ([l] above), or 1,480 acres where there are confirmed nests and/or roosts ([2] above). A proposed oil and gas operation within the remainder of the territory (2,000 acres minus 450 or 1,480 acres) will be analyzed prior to permit approval and mitigated for compatibility with the owl habitat. (Refer to Appendix B.) (Figure 2-39, Appendix A) | | | |
| 243. | Allowable Use:<br>**STIPULATION** NSO-CO-6 (BLM 1991a): *Mexican Spotted Owl.* Prohibit surface occupancy and use within 0.25-mile of | Allowable Use:<br>**STIPULATION** NSO-33/NGD-23: *Mexican Spotted Owl.* Prohibit surface occupancy and surface-disturbing activities | Allowable Use:<br>No similar allowable use; this is addressed by another NSO. | Allowable Use:<br>**STIPULATION** NSO-34/NGD-24: *Mexican Spotted Owl.* Prohibit surface occupancy and surface-disturbing activities |

BLM_0110167

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | confirmed roost and nesting sites. (Refer to Appendix B.) (Figure 2-47, Appendix A) | within 1.0 mile of confirmed roost nesting sites. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | | on lands identified as Protected Activity Centers for Mexican spotted owl. (Refer to Appendix B.) (Figures 2-35 and 2-50, Appendix A) |
| 244. | Allowable Use:<br>No similar action in current RMPs, although this is partially addressed for some species, areas, or situations. | Allowable Use:<br>No similar allowable use; this is addressed by a CSU/SSR. | | Allowable Use:<br>**STIPULATION** CSU-38/SSR-38: *Mexican Spotted Owl Suitable Breeding Habitat.* Apply CSU/SSR restrictions to Mexican spotted owl breeding habitat. The BLM Field Manager may require the proponent/applicant to submit a plan of development that would demonstrate that:<br>• Impacts to Mexican spotted owl habitat have been avoided to the extent practicable. Constituent elements for Mexican spotted owl breeding habitat include:<br>o High basal area of large diameter trees;<br>o Moderate to high canopy closure;<br>o Wide range of tree sizes suggestive of  uneven- age stands;<br>o Multi-layered canopy with large overstory trees of |

Internal Not for Public Distribution

BLM_0110168

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | | | various species; <br> ○ High snag basal area; <br> ○ High volumes of fallen trees and other woody debris; <br> ○ High plant species richness; and <br> ○ Adequate levels of residual plant cover to maintain fruits, seeds, and regeneration to provide for the needs of Mexican spotted owl prey species. <br> For canyon habitat, the primary constituent elements include the following attributes: <br> ○ Cooler and often more humid conditions than the surrounding area; <br> ○ Clumps or stringers of trees and/or canyon wall containing crevices, ledges, or caves; <br> ○ High percent of ground litter and woody debris; and <br> ○ Riparian or woody vegetation (although not at all sites). <br> • Special reclamation measures or design features are |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

Internal Not for Public Distribution

BLM_0110169

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | | | incorporated that would accelerate recovery and/or reestablishment of affected Mexican spotted owl habitat; • The current/future utility of such habitat for Mexican spotted owl use would not be impaired. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 245. | Allowable Use: **STIPULATION** TL-CO-19 (BLM 1991a): *Ferruginous Hawk.* Prohibit use within one mile of nesting and fledgling habitat from February 1 to August 15. (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use: No similar allowable use; this is addressed by a CSU/SSR. | | |
| 246. | *Special Status Terrestrial Wildlife – Gunnison's and White-tailed Prairie Dog* | | | |
| 247. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-35/NGD-25: *Gunnison and White-tailed Prairie Dog Towns.* Prohibit surface occupancy and surface-disturbing activities within 150 feet of active prairie dog towns. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use: **STIPULATION** NSO-36/NGD-26: *Gunnison and White-tailed Prairie Dog Towns.* Prohibit surface occupancy and surface-disturbing activities of more than 1 acre in active prairie dog towns less than 10 acres in size. Relocate these activities outside the active prairie dog town. (Refer to | Allowable Use: **STIPULATION** CSU-39/SSR-39: *Gunnison and White-tailed Prairie Dog Towns.* Apply CSU/SSR restrictions within 150 feet of active prairie dog towns. Development of lease parcels that include current or historically occupied prairie dog towns mapped by CDOW or BLM would require one or |

BLM_0110170

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | | Appendix B.) (Figures 2-34 and 2-49, Appendix A) | more of the following conservation measures prior to and during lease development: <ul><li>Develop a surface use plan of operations with BLM that integrates and coordinates long-term lease development with measures necessary to minimize adverse impacts to prairie dog populations or their habitat.</li><li>Abide by special daily and seasonal activity restrictions on construction, drilling, product transport, and service activities during reproductive period (March 1 to June 15).</li><li>Incorporate special modifications to facility siting, design, construction, and operation to minimize involvement of prairie dog burrow systems.</li><li>Provide in-kind compensation for habitat loss and/or displacement (e.g., special on-site prairie dog habitat enhancement) when appropriate.</li></ul> |

BLM_0110171

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 248. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** TL-27: *Prairie Dog Pups.* Prohibit surface occupancy and surface-disturbing activities within 300 feet of active prairie dog colonies from March 1 to July 15. (Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION** TL-28: *Prairie Dog Pups.* Prohibit surface occupancy and surface-disturbing activities within 300 feet of active prairie dog colonies from April 1 to July 15. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 249. | *Special Status Terrestrial Wildlife – Kit Fox* | | | |
| 250. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-40/SSR-40: *Active Kit Fox Dens.* Apply CSU/SSR restrictions within 0.25-mile of active kit fox dens. (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>**STIPULATION** TL-29: *Active Kit Fox Dens.* Prohibit surface occupancy and surface-disturbing activities within 400 feet of active kit fox dens nesting and feeding habitat areas from February 15 to August 30 (Wilson and Ruff 1999). (Refer to Appendix B.) (Figure 2-41, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-41/SSR-41: *Active Kit Fox Dens.* Apply CSU/SSR restrictions within 200 meters (656 feet) of active kit fox dens. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A)<br><br>**STIPULATION** TL-30: *Active Kit Fox Dens.* Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of active dens from February 1 to May 1. (Refer to Appendix B.) (Figure 2-42, Appendix A) |

Internal Draft - Not for Public Distribution

BLM_0110172

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 251. | *Special Status Terrestrial Wildlife – Bats* | | | |
| 252. | **Action:**<br>Maintain the Cory Lode mine (xx acres) as withdrawn from locatable mineral entry to protect sensitive bats. | | | |
| 253. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-37/NGD-27: *Bat Roost Sites and Winter Hibernacula.* Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of federally listed, BLM sensitive, and Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network). (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-42/SSR-42: *Bat Roost Sites and Winter Hibernacula.* Apply CSU/SSR restrictions within 0.25-mile of federally listed, BLM sensitive, and Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network). (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-38/SSR-44: *Bat Roost Sites and Winter Hibernacula.* Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of BLM sensitive bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network). (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A)<br><br>**STIPULATION** CSU-43/SSR-43: *Bat Roost Sites and Winter Hibernacula.* Apply CSU/SSR restrictions within 0.25-mile of Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network). (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A)<br><br>**STIPULATION** TL-31: *Bat Roost Sites and Winter* |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

Internal Draft – Not for Public Distribution

BLM_0110173

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | *Hibernacula.* Prohibit surface occupancy and surface-disturbing activities within 200 feet of all entrances to cave/mine network associated with special status bat species' maternity roost sites (April 1 to August 31) and winter hibernacula (October 15 to April 15). (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 254. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close to public access, except for scientific research, any caves and other structures utilized by bats in the event of a disease outbreak such as White Nose Syndrome. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 255. | *Special Status Terrestrial Wildlife – Reptiles and Amphibians* | | | |
| 256. | Allowable Use:<br>No similar allowable use under current RMPs. | Allowable Use:<br>**STIPULATION** NSO-39/NGD-28: *Special Status Reptile and Amphibian (Herpetofaunal) Breeding Habitats.* Prohibit surface occupancy and surface-disturbing activities within 0.50-mile of known special status reptile and amphibian breeding sites and crucial habitats. (Refer | Allowable Use:<br>**STIPULATION** CSU-44/SSR-45: *Special Status Reptile and Amphibian (Herpetofaunal) Breeding Habitats.* Apply CSU/SSR restrictions within 0.50-mile of known or identified breeding sites. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | Allowable Use:<br>No similar allowable use. |

BLM_0110174

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | | |
| 257. | Allowable Use:<br>No similar allowable use under current RMPs. | Allowable Use:<br>No similar allowable use; this is addressed by an NSO/NGD. | | Allowable Use:<br>**STIPULATION** NSO-40/SSR-46: *Midget Faded Rattlesnake Hibernacula.* Prohibit surface occupancy and apply SSR restrictions within 200 meters of identified hibernacula. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A) |
| 258. | *Special Status Terrestrial Wildlife – Waterfowl and Shorebirds* | | | |
| 259. | Allowable Use:<br>**STIPULATION** NSO-CO-7 (BLM 1991a): *Waterfowl and Shorebirds.* Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries). (Refer to Appendix B.) (Figure 2-47, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-21/SSR-19: *Waterfowl and Shorebird Breeding.* Apply CSU/SSR restrictions within 0.25-mile of known breeding grounds and nest sites of all special status waterfowl and shorebird species. (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>**STIPULATION** TL-12: *Waterfowl and Shorebirds.* Prohibit surface occupancy and surface-disturbing activities in areas designated for waterfowl, shorebird, and waterbird production from March 1 to July 31. This stipulation does not apply to operation and maintenance of production facilities. (Refer to Appendix B.) | Allowable Use:<br>**STIPULATION** NSO-14/SSR-20: *Waterfowl and Shorebird Breeding Habitats.* Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) of the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A) |
| 260. | Allowable Use:<br>**STIPULATION** TL-CO-17 (BLM 1991a): *White Pelican.* | Allowable Use:<br>No similar allowable use; this is addressed by a CSU. | | |

BLM_0110175

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Prohibit use within white pelican nesting and feeding habitat areas from March 16 to September 30. (Refer to Appendix B.) (Figure 2-39, Appendix A) | | | |
| 261. | Allowable Use:<br>**STIPULATION** TL-CO-16 (BLM 1991a): *Greater Sandhill Crane*. Prohibit surface use in greater sandhill crane nesting and staging habitat areas from March 1 to October 16. (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use:<br>No similar allowable use; this is addressed by a CSU. | | Allowable Use:<br>**STIPULATION** TL-32: *Sandhill Crane*. Prohibit surface occupancy and surface-disturbing activities in areas designated by the BLM Authorized Officer for sandhill crane production or migration habitat use from March 1 to October 16. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 262. | **WILDLAND FIRE ECOLOGY AND MANAGEMENT** | | | |
| 263. | **GOAL:**<br>Manage wildland fire and fuels with the protection of human life as the highest priority while also protecting social and economic values, achieving resource management objectives, and enhancing natural ecosystem processes and ecological sustainability. | | | |
| 264. | **Objective:**<br>Collaborate with other federal agencies; state, county, and city governments; and fire protection districts regarding prevention, mitigation, and fire-suppression activities. | | | |
| 265. | **Action:**<br>Maintain and implement a Fire Management Plan that supports fire management activities on an interagency basis across the Montrose Interagency Fire Management Unit (consisting of the BLM, US Forest Service, National Park Service, and Colorado State Forest Service). | | | |
| 266. | **Objective:**<br>Utilize fire-protection and fuels-management activities to prevent or reduce negative impacts to social and resource values, including, but not limited to, human life, private property and improvements, powerlines, communication sites, recreation sites, cultural resources, special status species habitat, mineral/energy development areas, watersheds, and other high-value natural resources. | | | |

BLM_0110176

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 267. | **Action:**<br>Respond to and suppress fires or portions of fires that are threatening social, economic, or resource values. | | | |
| 268. | **Action:**<br>Modify fuel complexes adjacent to high-value resources using mechanical treatment, prescribed fire, seeding, and herbicide to reduce fire occurrence, behavior, and resistance to control. | **Action:**<br>Modify fuel complexes adjacent to high-value resources, emphasizing the use of prescribed fire as an ecological process over the use of mechanical treatments and other methods. | **Action:**<br>Modify fuel complexes adjacent to high-value resources, emphasizing the use of mechanical treatments over the use of prescribed fire and other methods. | **Action:**<br>Modify fuel complexes adjacent to high-value resources using mechanical treatment, prescribed fire, seeding, and herbicide in the most ecologically appropriate manner to reduce fire occurrence, behavior, and resistance to control. |
| 269. | **Objective:**<br>Manage fire and fuels/vegetation to achieve the following specific resource management objectives:<br>• restore and enhance wildlife habitat;<br>• improve vegetation condition for stand health, forage production, and watershed enhancement;<br>• maintain and restore woodland and forest productivity; and<br>• maintain appropriate vegetation/age class mosaics and fuel complexes across the landscape. | | | |
| 270. | **Action:**<br>Incorporate vegetation and wildlife decisions from the RMP into the Fire Management Plan to develop specific habitat, vegetation, fuels, and mosaic objectives. | | | |
| 271. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives with emphasis on natural processes and intact landscapes. | **Action:**<br>Design fuels/vegetation projects to meet multiple interdisciplinary objectives with emphasis on supporting resource uses. | **Action:**<br>Design habitat, vegetation, and fuels projects to meet multiple interdisciplinary objectives as guided by the Fire Management Plan. |
| 272. | **Action:**<br>Utilize mechanical, biological, or herbicide treatments when | **Action:**<br>Utilize prescribed and managed fire to achieve resource | **Action:**<br>Emphasize minimal mechanical, biological, and herbicide | **Action:**<br>Utilize mechanical treatment, prescribed fire, seeding, and |

BLM_0110177

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | prescribed and managed fire cannot be used to safely achieve desired objectives, or where the fuels complex needs to be modified prior to introducing fire, to achieve resource objectives. | objectives. | treatments and managed fire to achieve resource objectives. | herbicide in the most ecologically appropriate manner to achieve resource objectives. |
| 273. | **Action:**<br>Through the Fire Management Plan, utilize managed fire, except in areas with high social values (e.g., WUI, powerline corridors, developed recreation sites, communication sites), as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:**<br>Through the Fire Management Plan, utilize managed fire, except in ancient forests, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. | **Action:**<br>Through the Fire Management Plan, utilize managed fire only in more-remote locations to meet resource objectives using an ignition-by-ignition decision process. Do not utilize managed fire in areas with high social values (e.g., WUI, energy corridors, developed recreation sites, communication sites) or in areas with management concerns (e.g., occupied sage-grouse habitat, big game severe winter range/winter concentration areas). | **Action:**<br>Through the Fire Management Plan, utilize managed fire, except as precluded by other decisions in the RMP, as a natural process and to meet resource objectives using an ignition-by-ignition decision process. |
| 274. | **Objective:**<br>Utilize Fire Regime Condition Class methodology to assist in determining desired wildland fire conditions. | | | |
| 275. | **Action:**<br>Utilize Fire Regime Condition Class methodology relative to desired resource management objectives to identify where and how vegetation and fuels management projects are planned and implemented. | | | |
| 276. | **Objective:**<br>No similar objective in current | **Objective:**<br>In all fire-management activities, utilize appropriate strategies and tactics commensurate with values at | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110178

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | RMPs. | risk. | | |
| 277. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Use minimum-impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to Wilderness, WSAs, ACECs, soils, watersheds, and exotic species. | | **Action:**<br>Use minimum-impact suppression tactics to minimize the construction of mechanical control line so that resource conditions are not degraded, particularly relative to ACECs, WSAs, lands identified for wilderness characteristics protection, biological core areas, areas with ancient or rare vegetation, soils, watersheds, and exotic or noxious species. |
| 278. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. | | **Objective:**<br>Revegetate lands affected by wildland fire to maintain successional pathways capable of achieving the climax vegetation community. |
| 279. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, in areas that are *not meeting* BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E) (prior to fire), or areas where human life or | **Action:**<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires or portions of wildfires where human life or property are at risk from post-fire impacts. | **Action:**<br>Implement Emergency Stabilization and Rehabilitation techniques on wildfires, or portions of wildfires, as necessary to meet BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E) or where human life or property are at risk from |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

BLM_0110179

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | property are at risk from post-fire impacts. | | post-fire impacts. |
| 280. | **CULTURAL RESOURCES** | | | |
| 281. | **GOAL:**<br>Identify, preserve, protect, and manage significant cultural resources to ensure that they are available for appropriate uses by present and future generations through research, education, and cultural heritage preservation. | | | |
| 282. | **Objective:**<br>Manage cultural resources for protection, preservation, investigation, and public use (i.e., development and interpretation), where appropriate (BLM 1985). | **Objective:**<br>Preserve the nature and value of cultural resources, focusing on high-priority sites. | | |
| 283. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Allocate cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to the following uses (BLM 2005a [Land Use Planning Handbook, H-1601-1]). (Refer to the Class I Cultural Resource Overview of the BLM Uncompahgre Field Office [Alpine Archaeological Consultants 2010]).<br><br>Use Allocation       Desired Outcome<br>a. Scientific Use      a. Preserved until research or data recovery potential is realized<br>b. Conservation for Future Use    b. Preserved until conditions for use are met<br>c. Traditional Use     c. Long-term preservation<br>d. Public Use       d. Long-term preservation, on-site interpretation<br>e. Experimental Use    e. Protected until used<br>f. Discharge from Management    f. No use after recordation; not preserved | | |
| 284. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Assign use category allocations to newly discovered cultural resource sites and/or areas, and apply appropriate management actions to achieve the desired outcome. | | |
| 285. | **Action:**<br>No similar action in current | **Action:**<br>Revise use category allocations in response to changing site conditions or as additional data and | | |

BLM_0110180

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | RMPs. | information are obtained. Criteria allowing for revising allocation include: 1) environmental change or human-caused impacts that alter the significance or scientific potential; 2) changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the site's potential and changes its eligibility to the National Register of Historic Places; 4) new information or techniques that reveal a new scientific value that was not previously recognized; and 5) new information shared through Native American consultation. | | |
| 286. | **GOAL:** Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration or potential conflict with other resource uses (FLPMA Sec. 103(c); National Historic Preservation Act Section 106, 110(a)(2)) by ensuring that all authorizations for land use and resource use will comply with Section 106 of the National Historic Preservation Act. | | | |
| 287. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage individual cultural resources in accordance with the use allocation finding for each cultural and historic property. | | |
| 288. | **Action:** Emphasize management and develop cultural management plans on the following cultural sites/areas: (BLM 1985) <ul><li>Dolores Cave;</li><li>Hamilton Mesa;</li><li>Hanging Flume;</li><li>Indian Henry's Cabin;</li><li>Tabeguache Canyon; and</li><li>Tabeguache Pueblo.</li></ul> | **Action:** Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). Prioritize the following areas: <ul><li>Roc Creek (Anasazi rock art);</li><li>Uravan historic mining district;</li><li>Paradox Valley;</li><li>Dolores River Canyon;</li><li>Uncompahgre Plateau; and</li><li>Tabeguache/Dolores Canyons.</li></ul> | **Action:** Evaluate all cultural resources for use allocation and desired outcome (scientific use, conservation for future use, traditional use, public use, experimental use, or discharged from management). | **Action:** Same as Alternative B. |

BLM_0110181

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 289. | **Action**:<br>In recreation emphasis areas, develop and protect suitable cultural resource properties for public enjoyment through practices such as interpretive signing and stabilization (BLM 1985). | **Action**:<br>Develop and protect suitable cultural resource properties for public enjoyment through practices such as interpretive signing and stabilization. | **Action**:<br>No similar action. | **Action**:<br>Same as Alternative B. |
| 290. | **Action**:<br>Allow the use of cultural resource properties only for religious or research purposes, or for stabilization of "At Risk" properties, and only when such use will not degrade wilderness values (BLM 1985). | **Action**:<br>Same as Alternative A. | **Action**:<br>Allow the use of cultural resource properties only for religious purposes and only when such use will not degrade wilderness values. | **Action**:<br>Same as Alternative A. |
| 291. | **Action**:<br>Protect and interpret unique and significant values in the Dolores River Canyon WSA (BLM 1985). | **Action**:<br>Identify, inventory, and evaluate prioritized individual sites and areas within the Dolores River Canyon WSA for nomination to the National and/or State Registers of Historic Places. | **Action**:<br>Identify, inventory, and evaluate known sites within the Dolores River Canyon WSA for eligibility for listing in the National Register of Historic Places. | **Action**:<br>Identify, inventory, and evaluate individual sites within the Dolores River Canyon WSA for interpretation and public enjoyment. |
| 292. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Same as Alternative A. | **Action**:<br>Identify potential trails to link individual sites, and develop an interpretive program. | |
| 293. | Allowable Use:<br>**STIPULATION** NSO-SJ-1 (BLM 1991a): *Scenic, Natural, and Cultural Values*. Prohibit surface | Allowable Use:<br>**STIPULATION** NSO-41/NGD-29: *Tabeguache Caves/Tabeguache Pueblos Area* | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** CSU-45/SSR-47: *Tabeguache Pueblos Area and Tabeguache Canyon*. Apply |

BLM_0110182

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | occupancy within the following areas:<br>• Tabeguache Cave II and Tabeguache Canyon (<mark>xx</mark> acres); and<br>• Tabeguache Pueblo (<mark>xx</mark> acres). (Refer to Appendix B.) (Figure 2-47, Appendix A) | *and Tabeguache Canyon.* Prohibit surface occupancy and surface-disturbing activities within the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | | CSU/SSR restrictions within the Tabeguache Pueblos area and Tabeguache Canyon. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 294. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW exclusion. | **Action**:<br>Same as Alternative A. | **Action**:<br>Manage the Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon as ROW avoidance. |
| 295. | Allowable Use:<br>**STIPULATION** NSO-SJ-1 (BLM 1991a): *Scenic, Natural, and Cultural Values.* Prohibit surface occupancy within the Dolores Cave. (Refer to Appendix B.) (Figure 2-47, Appendix A) | Allowable Use:<br>No similar allowable use. | | |
| 296. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-24/NGD-30: *Sites Listed or Eligible for Listing on the National or State Register of Historic Places.* Prohibit surface occupancy and surface-disturbing activities within 200 feet of sites listed on or eligible for listing on the National or State Registers of | Allowable Use:<br>**STIPULATION** CSU-46/SSR-48: *Sites Listed on the National or State Register of Historic Places.* Apply CSU/SSR restrictions within 200 feet of sites listed on the National or State Registers of Historic Places. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-43: *Cultural Resources.* Prohibit surface occupancy within 100 meters of known eligible cultural resources, traditional cultural properties, listed National Register sites/districts, outstanding cultural resources to be nominated to the National |

BLM_0110183

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | Historic Places. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | | Register of Historic Places, interpreted and/or public use sites, and experimental-use sites (BLM Manual 8110.42(A-E). (Refer to Appendix B.) (Figure 2-50, Appendix A)<br>*BLM: This is a state stip added after GIS was done for preliminary draft Chapter 2. Needs to be added to GIS.* |
| 297. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage sites listed or eligible for listing on the National or State Registers of Historic Places as ROW avoidance. | | |
| 298. | **Action**:<br>No similar action in current RMPs. | **Action:**<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as a National Register District to protect unique cultural resource values. Management actions include the following:<br>• Nominate the lower Uncompahgre National Register District based on high site densities and rare or significant site types;<br>• Manage for enhanced protection of localities of high archaeological site densities | **Action:**<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as an area of archaeological significance. Management actions include the following:<br>• Nominate individual sites in the area to the National Register of Historic Places as required for additional protection status based on site significance and eligibility;<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations | **Action:**<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as an area of archaeological significance. Management actions include the following:<br>• Nominate individual sites in the area to the National Register of Historic Places as required for additional protection status based on site significance and eligibility;<br>• Manage for the protection of the Formative Era and protohistoric Ute occupations |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-137

BLM_0110184

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | near Dry Creek and Coalbank Canyon;<br>• Manage for the enhanced protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon;<br>• Manage for the enhanced protection of historic Ute occupations and sacred sites;<br>• Manage for the enhanced protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek;<br>• Manage as VRM Class III;<br>• Conduct inventories for cultural properties and establish research and monitoring studies; and<br>• Allowable Use:<br>**STIPULATION** NSO-44: *National Register District.* Prohibit surface occupancy. (Refer to Appendix B.) (Figure 2-48, Appendix A) | in Coalbank Canyon;<br>• Emphasize the use of alternative mitigation for development including off-site mitigation and site avoidance;<br>• Manage for the protection of historic Ute occupations and sacred sites; and<br>• Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | in Coalbank Canyon;<br>• Manage for the protection of historic Ute occupations and sacred sites;<br>• Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek; and<br>• Allowable Use:<br>**STIPULATION** CSU-47/SSR-49: *Area of Archaeological Significance.* Apply CSU/SSR restrictions to emphasize site avoidance and project redesign during development. (Refer to Appendix B.) (Figures 2-38 and 2-54, Appendix A) |
| 299. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Nominate National Register Districts. Consider individual | **Action:**<br>Evaluate individual sites for eligibility for National or State | **Action:**<br>Nominate individual sites to the National or State Register of |

Internal Draft — Not for Public or Agency Distribution

BLM_0110185

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | sites within each district for nomination to the State and/or National Registers of Historic Places. Potential National Register Districts include:<br>• Uravan Uranium Mining district;<br>• Paradox Valley Rock Art district;<br>• Tabeguach Pueblos district; and<br>• Dolores River Rock Art district. | Registers of Historic Places nominations. Do not consider individual sites for nomination to the National Register of Historic Places unless such sites need additional protection that may be afforded by such listing. | Historic Places. Individual sites with the potential for National Register of Historic Places nomination include sites identified in:<br>• Ute Wickiup project;<br>• Uravan Uranium Mining district;<br>• Squint Moore complex;<br>• Harris site on the Uncompahgre Plateau;<br>• Paradox Valley Rock Art complex; and<br>• Other rock art sites that meet the National Register of Historic Places criteria. |
| 300. | **Action**:<br>No similar action in current RMPs. | **Action:**<br>No similar action (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC). | **Action:**<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values. Management actions include the following:<br>• Manage for protection of the numerous prehistoric petroglyphs and pictographs in the area;<br>• Close to motorized and mechanized travel above the | **Action:**<br>Manage 1,080 acres in the Paradox Rock Art Complex area as a National Register District to protect unique cultural resource values (refer to the *Areas of Critical Environmental Concern* section, Paradox Rock Art ACEC). |

BLM_0110186

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | level of the Paradox Valley bottom; limit motorized and mechanized travel to designated routes in the Paradox Valley bottom;<br>• Develop a system of public access trails to the various rock art panels;<br>• Develop and implement an interpretive plan;<br>• Conduct a complete inventory for cultural properties; and<br>• Allowable Use:<br>**STIPULATION** NSO-44: *National Register District.* Prohibit surface occupancy. (Refer to Appendix B.) (Figure 2-49, Appendix A) | |
| 301. | Allowable Use:<br>**LEASE NOTICE** LN-8: *Sites Listed or Eligible for Listing on the National or State Registers of Historic Places.* Attach the following standard stipulations to any BLM-issued permit in which there may be ground-disturbing activities or the potential for the inadvertent discovery or effects to any National Register of Historic Places- or otherwise eligible historic or archaeological cultural property:<br>• If historic or archaeological materials are uncovered during permitted activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials, and immediately contact the BLM Authorized Officer. Within five working days, the BLM Authorized Officer will inform the operator as to:<br>  o whether the materials appear eligible for the National Register of Historic Places; and<br>  o the mitigation measures the operator will likely have to undertake before the construction may proceed.<br>• Pursuant to 43 CFR 10.4(g), the holder of the authorization must notify the BLM Authorized Officer, by telephone, with written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. | | | |

BLM_0110187

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Further, pursuant to 43 CFR 10.4(c) and (d), you must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the BLM Authorized Officer.<br>(Refer to Appendix B.) | | | |
| 302. | **PALEONTOLOGICAL RESOURCES** | | | |
| 303. | **GOAL:**<br>Identify, protect, and manage paleontological resources for the preservation, interpretation, and scientific uses by present and future generations. | | | |
| 304. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage paleontological resources for their scientific, educational, and recreational values. | | |
| 305. | **Action:**<br>Manage paleontological resources according to their Potential Fossil Yield Classification (Paleontological Resources Preservation Act of 2009). | **Action:**<br>Require that land use authorizations consider actions on public lands according to their Potential Fossil Yield Classification. | | |
| 306. | **Action:**<br>Provide protective management of the unique fossils in the Placerville area through the use of stipulations on a case-by-case basis in environmental documents (BLM 1985). | **Action:**<br>Develop a paleontological site-management plan for the following localities:<br>• Potter Creek;<br>• San Miguel Canyon;<br>• Placerville Jurassic Fish Locality;<br>• Dolores River Canyon; and<br>• Atkinson Mesa/Mesa Creek area. | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |
| 307. | **Action:**<br>Inventory paleontological | **Action:**<br>In Potential Fossil Yield | **Action:**<br>In Potential Fossil Yield Classification Class 4 and 5 areas, conduct | |

BLM_0110188

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | resources and develop appropriate protective measures if necessary; develop protective measures as this resource is discovered. As information is obtained, identify specific management (BLM 1989a). | Classification Class 2, 3, 4, and 5 areas, conduct paleontological inventories to identify and document significant paleontological resources and potential threats. | paleontological inventories to identify and document significant paleontological resources and potential threats. | |
| 308. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Where project development threatens significant paleontological resources, require proponents to avoid by project redesign or to conduct scientific data-recovery excavation. | **Action:**<br>Where project development threatens significant paleontological resources, require proponents to avoid by project redesign. | **Action:**<br>Same as Alternative B. |
| 309. | Allowable Use:<br>**LEASE NOTICE** LN-CO-29 (BLM 1991a): *Paleontological Areas.* Prior to authorizing surface-disturbing activities in Class I and II Paleontological Areas, perform an inventory by an accredited paleontologist approved by the BLM Authorized Officer. (Refer to Appendix B.) | Allowable Use:<br>**LEASE NOTICE** LN-9: *Class 4 and 5 Paleontological Areas.* Require a permitted paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas per BLM Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands. (Refer to Appendix B.) | | |
| 310. | **VISUAL RESOURCES** | | | |
| 311. | **GOAL:**<br>Maintain the scenic quality and natural aesthetics of river canyons, open space landscapes, cultural landscapes, and other areas with high-quality visual resources that are considered important as social, economic, and environmental benefits. | | | |

BLM_0110189

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 312. | **Objective:**<br>Manage public lands under visual resource management classifications and guidelines (BLM 1989a) to protect and preserve scenic values, enhance viewing opportunities, and increase variety, where appropriate. | **Objective:**<br>Manage visual resources for overall multiple use in accordance with VRM classifications. | | |
| 313. | **Action:**<br>Adopt the VRM classes as follows (Figure 2-4, Appendix A). Modify, relocate, mitigate, or deny proposed projects that conflict with the objectives of these classes.<br>• VRM I = 6,440 acres<br>• VRM II = 0 acres *[Note to BLM: The row below shows some acres that should be VRM Class II; re-check GIS.]*<br>• VRM III = 295,140 acres<br>• VRM IV = 8,420 acres<br>• Undesignated = 365,800 acres | **Action:**<br>Designate VRM classes as follows (Figure 2-5, Appendix A):<br>• VRM I = 54,040 acres<br>• VRM II = 97,320 acres<br>• VRM III = 324,510 acres<br>• VRM IV = 194,580 acres<br>• Undesignated = 5,370 acres *Note to BLM: All lands must be assigned a VRM class. Please assign a class to the undesignated acres.* | **Action:**<br>Designate VRM classes as follows (Figure 2-6, Appendix A):<br>• VRM I = 44,330 acres<br>• VRM II = 90,450 acres<br>• VRM III = 236,360 acres<br>• VRM IV = 298,900 acres<br>• Undesignated = 5,760 acres *Note to BLM: All lands must be assigned a VRM class. Please assign a class to the undesignated acres.* | **Action:**<br>Designate VRM classes as follows (Figure 2-7, Appendix A):<br>• VRM I = 46,580 acres<br>• VRM II = 99,920 acres<br>• VRM III = 242,610 acres<br>• VRM IV = 281,164 acres<br>• Undesignated = 5,490 acres *Note to BLM: All lands must be assigned a VRM class. Please assign a class to the undesignated acres.* |
| 314. | **Action:**<br>Manage 6,440 acres as VRM Class I (Figure 2-4, Appendix A):<br>• ACECs:<br>  ○ Adobe Badlands;<br>  ○ Needle Rock; | **Action:**<br>Manage 54,040 acres as VRM Class I (Figure 2-5, Appendix A):<br>• SRMAs:<br>  ○ Dolores River Canyon<br>  ○ Paradox Valley Zone 4 | **Action:**<br>Manage 44,330 acres as VRM Class I (Figure 2-6, Appendix A):<br>• Tabeguache Area; and<br>• WSAs. | **Action:**<br>Manage 46,580 acres as VRM Class I (Figure 2-7, Appendix A):<br>• Same as Alternative C, plus:<br>  ○ SRMAs: |

BLM_0110190

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • Tabeguache Area; and<br>• WSAs. | o Roubideau Zone 1<br>• ACECs:<br>o Needle Rock<br>o Portion of Tabeguache Pueblo and Tabeguache Caves (xx acres within Tabeguache Area)<br>• Tabeguache Area;<br>• WSAs;<br>• Suitable WSR segments classified as "wild:"<br>o Monitor Creek<br>o Potter Creek<br>o Roubideau Creek Segment 1<br>o Dry Creek<br>o Saltado Creek<br>o San Miguel River Segment 2<br>o Tabeguache Creek Segment 1<br>o Dolores River Segment 1<br>o La Sal Creek Segment 3 | | – Dolores River Canyon Zone 1<br>o Suitable WSR segments classified as "wild" with a scenic ORV or within a WSA or the Tabeguache Area:<br>– Roubideau Creek Segment 1<br>– San Miguel River Segment 2<br>– Tabeguache Creek Segment 1<br>– Dolores River Segment 1<br>– La Sal Creek Segment 3 |
| 315. | **Action:**<br>Manage xx acres as VRM Class II to protect scenic qualities (Figure 2-4, Appendix A):<br>• San Miguel River ACEC, except for the forest management areas identified in the San Juan/San Miguel RMP | **Action:**<br>Manage 97,320 acres as VRM Class II (Figure 2-5, Appendix A):<br>• Lands identified for wilderness characteristics protection;<br>• SRMAs:<br>o Burn Canyon Zones 1 and 3 | **Action:**<br>Manage 90,450 acres as VRM Class II (Figure 2-6, Appendix A):<br>• ACECs:<br>o Needle Rock; and<br>o Adobe Badlands. | **Action:**<br>Manage 99,920 acres as VRM Class II (Figure 2-7, Appendix A):<br>• Lands identified for wilderness characteristics protection;<br>• SRMAs: |

BLM_0110191

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | (BLM 1993a, BLM 1985).<br>*Note to BLM: This acreage should be captured in the VRM class summary row, above, under Class II.* | ○ Dry Creek Zone 2<br>○ Kinikin Hills Zone 1<br>○ Paradox Valley Zone 1<br>○ Roubideau Zones 2 and 3<br>○ San Miguel River Zones 2 and 3<br>○ Spring Creek Zone 2<br>• ACECs:<br>○ Roubideau-Potter-Monitor<br>○ San Miguel River<br>○ Dolores River Slickrock Canyon<br>○ La Sal Creek<br>○ Coyote Wash<br>○ Paradox Rock Art<br>○ Portion of Tabeguache Pueblo and Tabeguache Caves (**xx** acres outside of Tabeguache Area)<br>• Suitable WSR segments classified as "scenic:"<br>○ Roubideau Creek Segment 2;<br>○ Deep Creek;<br>○ West Fork Terror Creek;<br>○ Beaver Creek;<br>○ Naturita Creek;<br>○ San Miguel River Segment 3;<br>○ Lower Dolores River;<br>○ North Fork Mesa Creek; | | ○ Dolores River Canyon Zone 2<br>○ Roubideau Zones 1 and 2<br>○ San Miguel River Zones 2 and 3<br>○ Spring Creek Zone 2<br>• ACECs:<br>○ Same as Alternative C, plus:<br>– Dolores River Slickrock Canyon<br>– Paradox Rock Art<br>• Suitable WSR segments classified as "wild" without a scenic ORV and not within a WSA or the Tabeguache Area:<br>○ Monitor Creek;<br>○ Potter Creek; and<br>○ Satado Creek.<br>• Suitable WSR segments classified as "scenic:"<br>○ Beaver Creek;<br>○ San Miguel River Segment 3;<br>○ Lower Dolores River; and<br>○ La Sal Creek Segment 2<br>• Suitable WSR segments classified as "recreational" with a scenic ORV:<br>○ San Miguel River Segment 1; and<br>○ Dolores River Segment 2 |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

2-145

Internal Public Distribution — Not for Public Distribution

BLM_0110192

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | ○ Ice Lake Creek Segment 2;<br>○ La Sal Creek Segment 2; and<br>○ Lion Creek Segment 2<br>• Lands within 0.50-mile of National and BLM Byways | | • Lands within 0.50-mile of the following National and BLM Byways:<br>○ Grand Mesa Scenic Byway; and<br>○ Portion of West Elk Scenic Byway from Northeast UFO boundary to Gunnison County Road 12. |
| 316. | **Action:**<br>Manage 295,140 acres as VRM Class III to protect its scenic qualities while permitting some intrusion, including (Figure 2-4, Appendix A):<br>• San Miguel River SRMA (BLM 1993a). | **Action:**<br>Manage 324,510 acres as VRM Class III (Figure 2-5, Appendix A):<br>• Area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek;<br>• SRMAs:<br>○ Burn Canyon Zone 2<br>○ Dry Creek Zones 1, 3, and 4<br>○ Jumbo Mountain<br>○ Kinikin Hills Zones 2 and 3<br>○ North Delta<br>○ Paradox Valley Zones 2 and 3<br>○ Ridgway Trails Zone<br>○ Roubideau Zone 4<br>○ San Miguel River Zones 1 and 4 | **Action:**<br>Manage 236,360 acres as VRM Class III (Figure 2-6, Appendix A):<br>• ERMAs:<br>○ Burn Canyon; and<br>○ Ridgway Trails;<br>• San Miguel River ACEC; and<br>• Lands within 0.25-mile of National and BLM Byways. | **Action:**<br>Manage 242,610 acres as VRM Class III (Figure 2-7, Appendix A):<br>• ERMAs:<br>○ Burn Canyon;<br>○ Kinikin; and<br>○ Ridgway Trails;<br>• SRMAs:<br>○ Dry Creek<br>○ Jumbo Mountain<br>○ Roubideau Zones 3 and 4<br>○ San Miguel River Zones 1 and 4<br>○ Spring Creek Zones 1 and 3<br>• ACECs:<br>○ Fairview South;<br>○ Roubideau Corridors;<br>○ San Miguel River; and<br>○ East Paradox<br>• Lands within 0.50-mile of the |

Internal Public Distribution<br>Not for Public Distribution

BLM_0110193

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | ○ Spring Creek Zones 1 and 3<br>• ACECs:<br>○ Salt Desert Shrub Ecosystem;<br>○ Fairview South;<br>○ Lower Uncompahgre Plateau;<br>○ San Miguel Gunnison Sage-grouse;<br>○ Sims-Cerro Gunnison Sage-grouse;<br>○ East Paradox;<br>○ West Paradox;<br>• Suitable WSR segments classified as "recreational:"<br>○ Gunnison River Segment 2;<br>○ San Miguel River Segments 1, 5, and 6;<br>○ Tabeguache Creek Segment 2;<br>○ Dolores River Segment 2;<br>○ La Sal Creek Segment 1; and<br>○ Spring Creek. | | following National and BLM Byways:<br>○ Portion of West Elk Scenic Byway not managed as VRM Class II;<br>○ San Juan Skyway; and<br>○ Unaweep/Tabeguache Byway. |
| 317. | **Action:**<br>Manage 8,420 acres as VRM Class IV to allow substantial change, including (Figure 2-4, Appendix A):<br>• North Delta OHV area (BLM | **Action:**<br>Manage 194,580 acres as VRM Class IV, including (Figure 2-5, Appendix A):<br>• Designated utility and energy corridors. | **Action:**<br>Manage 298,900 acres as VRM Class IV, including (Figure 2-6, Appendix A):<br>• North Delta Open OHV area;<br>• Designated utility and energy | **Action:**<br>Manage 281,164 acres as VRM Class IV, including (Figure 2-7, Appendix A):<br>• Same as Alternative B, plus:<br>○ North Delta ERMA. |

BLM_0110194

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | 1989a); and<br>• Forest management areas within the San Miguel River ACEC (BLM 1993a, BLM 1985). | | corridors; and<br>• Fairview South ACEC. | |
| 318. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-45/NGD-31: *VRM Class I.* Prohibit surface occupancy and surface-disturbing activities in VRM Class I areas. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative A. |
| 319. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** CSU-48/SSR-50: *VRM Class II and III.* Apply CSU/SSR restrictions in VRM Class II and III areas. (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative A. |
| 320. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Maintain dark night sky conditions in areas that are naturally dark (i.e., generally unaffected by man-made light sources). | | |
| 321. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prohibit permanent artificial outdoor lighting in VRM Class I and II areas. | **Action:**<br>Prohibit permanent artificial outdoor lighting in VRM Class I areas. | |
| 322. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Require that permanent artificial outdoor lighting be shielded and | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |

BLM_0110195

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | downward-facing ("full cut-off" fixtures) to minimize impacts to naturally dark night skies. | | |
| 323. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Require that permanent artificial outdoor lighting be turned off when it is not needed. | | |
| 324. | **LANDS WITH WILDERNESS CHARACTERISTICS** | | | |
| 325. | **GOAL:**<br>No similar goal in current RMPs. | **GOAL**:<br>Manage, protect, and preserve non-WSA lands with wilderness characteristics while considering competing resource demands and manageability. | | |
| 326. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Identify lands with wilderness characteristics and protect and enhance those characteristics in specific areas. | **Objective:**<br>Identify lands with wilderness characteristics but do not protect those characteristics. | **Objective:**<br>Identify lands with wilderness characteristics and protect those characteristics in specific areas. |
| 327. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Protect 17,050 acres in the following areas with wilderness characteristics (Figure 2-8, Appendix A):<br>• Monitor and Potter Canyons (6,950 acres);<br>• Upper Dry Creek Basin (5,790 acres); and<br>• Roc Creek/Carpenter Ridge (4,310 acres).<br>Refer to Appendix G, Draft Wilderness Characteristics Assessment. | **Action**:<br>Same as Alternative A. | **Action**:<br>Same as Alternative B. |

BLM_0110196

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 328. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Apply the following management to lands identified for wilderness characteristics protection (Figure 2-8, Appendix A):<br>• VRM Class II;<br>• ROW exclusion;<br>• Closed to motorized and mechanized use;<br>• Prohibit new or expanded range improvements;<br>• Prohibit target shooting;<br>• Prohibit wood cutting;<br>• Allowable Use: Close to salable mineral disposal;<br>• Allowable Use: Close to non-energy solid mineral leasing;<br>• Petition the Secretary of the Interior for withdrawal from mineral entry;<br>• Prohibit road maintenance; and<br>• Issue no special recreation permits (SRPs) for competitive events. | **Action:**<br>Same as Alternative A. | **Action:**<br>Apply the following management to lands identified for wilderness characteristics protection (Figure 2-8, Appendix A):<br>• VRM II;<br>• ROW avoidance;<br>• Limit motorized and mechanized travel to designated routes;<br>• Permit new range improvement projects only to support land health objectives and in a manner consistent with the long-term preservation of wilderness characteristics;<br>• Allow maintenance of existing range improvement facilities;<br>• Allow route maintenance and improvements in a manner consistent with the long-term preservation of wilderness characteristics;<br>• Prohibit wood cutting;<br>• Allowable Use: Close to salable mineral disposal;<br>• Allowable Use: Close to non-energy solid mineral leasing;<br>• Allowable Use: Close to coal |

BLM_0110197

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | leasing; and<br>• Require a mine plan for locatable mineral development. |
| 329. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**NO LEASING** NL-7/NGD-32: *Lands Identified for Wilderness Characteristics Protection.* Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities on, lands identified for wilderness characteristics protection. (Refer to Appendix B.) | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION** NSO-46/SSR-51: *Lands Identified for Wilderness Characteristics Protection.* Prohibit surface occupancy and apply SSR restrictions on lands identified for wilderness characteristics protection. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A) |
| 330. | Resource Uses | | | |
| 331. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, manage those lands to protect the wilderness characteristics.<br>• Consider adjacent other federal lands to determine whether the acquired lands together with the other federal lands constitute a combined piece that possesses wilderness characteristics. If it | **Action:**<br>Inventory acquired lands for wilderness characteristics for the purpose of maintaining a current inventory only. | **Action:**<br>Inventory acquired lands for wilderness characteristics.<br>• If acquired lands are found to possess wilderness characteristics, determine whether to protect wilderness characteristics on a case-by-case basis consistent with BLM Handbook H-6302, Consideration of Lands with Wilderness Characteristics in the Land Use Planning Process (BLM 2011).<br>• Consider adjacent other |

BLM_0110198

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | does, then manage those lands to protect the wilderness characteristics. | | federal lands to determine whether the acquired lands together with the other federal lands constitute a combined piece that possesses wilderness characteristics. If it does, then determine whether to protect wilderness characteristics on a case-by-case basis consistent with BLM Handbook H-6302, Consideration of Lands with Wilderness Characteristics in the Land Use Planning Process (BLM 2011). |
| 332. | **FOREST AND WOODLAND PRODUCTS** | | | |
| 333. | **GOAL:**<br>Provide forest and woodland products on a sustainable basis to meet local needs. | | | |
| 334. | **Objective:**<br>Manage suitable commercial forest lands and pinyon-juniper woodlands for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification inventory (BLM 1989a). | **Objective:**<br>Manage forests and woodlands within the historic range of natural variability while ensuring ecological diversity, maintaining successional processes, maintaining sustainability (including the desired mix of structural stages and landscape/watershed functions), and providing for native plant and wildlife habitats. | | |
| 335. | **Action:**<br>Make public land within forest management areas available for a | **Action:**<br>No similar action. | | |

BLM_0110199

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | full range of forest-management activities. Generally require major forest activity plans prior to initiating those activities in such areas. Pending completion of the activity plan, evaluate timber and woodland stand treatments by an environmental assessment and implement on a case-by-case basis. Make forested areas within other emphasis areas available for a full range of forest-management activities; modify plans to be compatible with the management emphasis areas. Permit firewood harvesting on most accessible forest land available for harvesting forest products (BLM 1985).<br><br>On xx acres (management unit 3), prepare Forest Management Plans and, if needed, establish plantations to increase forest product availability (BLM 1989a). | | | |
| 336. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate 675,800 acres of forest management units (Figure 2-76, Appendix A):<br>• North Fork (132,3002 acres);<br>• Paradox (175,880 acres); | | |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

2-153

BLM_0110200

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • San Miguel (189,030 acres); <br> • Storm King (41,700 acres); and <br> • Uncompahgre Plateau (136,890 acres). | | |
| 337. | **Action:** <br> Manage approximately xx acres (emphasis area J) to provide woodland products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-75, Appendix A) (BLM 1985). | **Action:** <br> Manage approximately xx acres to provide minor (non-commercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 6.4 MMBF (12,800 cords) per decade (Figure 2-76, Appendix A). | **Action:** <br> Manage approximately xx acres to provide minor (non-commercial timber) wood products (such as firewood, posts, poles). Provide an estimated allowable harvest of 9.6 MMBF (19,200 cords) per decade (Figure 2-77, Appendix A). | **Action:** <br> Same as Alternative B. |
| 338. | **Action:** <br> Intensively manage xx acres (management unit 3) for woodland product harvest within sustained yield production limits to increase available woodland products (BLM 1989a). | **Action:** <br> Allow harvest of minor (non-commercial timber) forest and woodland products in the following forest management units (xx acres) (units are shown on Figure 2-76, Appendix A): <br> • Pinyon-juniper: <br>   ○ North Fork <br>   ○ Paradox <br>   ○ San Miguel <br>   ○ Storm King <br>   ○ Uncompahgre Plateau <br> • Ponderosa pine: <br>   ○ Paradox <br>   ○ Uncompahgre Plateau <br> • Aspen: <br>   ○ Storm King <br> • Spruce and subalpine fir: <br>   ○ Storm King <br> • Douglas fir: | | |

BLM_0110201

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | ○ San Miguel<br>○ Storm King | | |
| 339. | **Action:**<br>No similar action in current RMPs. (The commercial harvest of all vegetation types is currently allowed.) | **Action:**<br>Allow commercial timber harvest of pinyon-juniper only; permit such harvest in all forest management units.<br>Exception: Commercial harvest activities may be utilized for other forest cover types to improve forest health, ecological restoration, or to meet identified resource objectives. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 340. | **Action:**<br>Prohibit forest product disposal (i.e., wood product sales and/or harvest) in the following areas (xx acres) (Figure 2-75, Appendix A):<br>• Tabeguache Area;<br>• WSAs (BLM 1985);<br>• San Miguel River ACEC/SRMA: 20,166 acres of the ACEC and 298 acres of the San Miguel SRMA (BLM 1993a);<br>• Dolores River SRMA (BLM 1985);<br>• Perennial and intermittent | **Action:**<br>Close the following areas (274,740 acres) to wood product sales and/or harvest (Figure 2-75, Appendix A):<br>• Tabeguache Area;<br>• WSAs;<br>• ACECs;<br>• Fragile soils/steep slopes;<br>• VRM Class I areas;<br>• Lands identified for wilderness characteristics protection;<br>• Riparian areas;<br>• Threatened, endangered, and sensitive species' (e.g., Canada lynx) habitat; and | **Action:**<br>Close the following areas (44,930 acres) to wood product sales and/or harvest (Figure 2-75, Appendix A):<br>• Tabeguache Area; and<br>• WSAs.<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest health conditions, or to achieve vegetation mosaic objectives. | **Action:**<br>Close the following areas (191,230 acres) to wood product sales and/or harvest (Figure 2-75, Appendix A):<br>• Same as Alternative C, plus:<br>○ ACECs;<br>○ Steep slopes;<br>○ VRM Class I areas;<br>○ Lands identified for wilderness characteristics protection;<br>○ Riparian areas;<br>○ The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-155

BLM_0110202

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | streams in the Uncompahgre Basin Resource Area (BLM 1989a);<br>• Needle Rock ACEC/ONA (BLM 1989a); and<br>• The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County (BLM 1989a). | • The reserved federal timber (123 acres) on 168 acres of land deeded to Ouray County.<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest health conditions, or to achieve vegetation mosaic objectives. | | County;<br>○ Biological core areas;<br>○ Areas with rare vegetation; and<br>○ SRMAs:<br>– San Miguel<br>– Burn Canyon Zone 1<br>– Spring Creek Zones 1-3<br>– Jumbo Mountain Zone 1.<br><br>Exception: Allow wood product sales and/or harvest to enhance resource values for which a given unit is designated, to improve forest health conditions, or to achieve vegetation mosaic objectives. |
| 341. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial winter range<br>○ Elk and mule deer: December 1 to April 30<br>○ Moose: November 15 to May 30<br>• Big game reproduction areas<br>○ Elk and mule deer: May 15 to June 30 | Allowable Use:<br>Prohibit commercial and personal use firewood, post, and pole harvest during the following periods:<br>• Crucial winter range<br>○ Elk and mule deer: January 1 to March 31<br>• Big game reproduction areas<br>○ Elk and mule deer: May 15 to June 15 | Allowable Use:<br>Prohibit personal use firewood, post, and pole harvest during the following periods:<br>• December 31 to May 1<br><br>Subject commercial activities to spatial TLs as described in Appendix B and/or NEPA analysis. |

2-156

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

Internal Draft Not for Public Distribution

BLM_0110203

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | ○ Pronghorn antelope: May 1 to July 15<br>○ Desert bighorn sheep: March 15 to June 15 for lambing range<br>○ Desert bighorn sheep: August 1 to September 30 for rutting grounds<br>○ Rocky Mountain bighorn sheep: May 1 to July 15 for lambing range<br>○ Rocky Mountain bighorn sheep: October 15 to December 15 for rutting grounds<br>○ Moose: May 15 to July 15<br>○ Migratory bird breeding habitat: May 1 to July 31<br>○ When soils are saturated | | |
| 342. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Make byproducts from forest management activities available for biomass utilization or for insect and disease control. | **Action:**<br>In appropriate forest cover types, allow biomass production where compatible with other uses. | **Action:**<br>In appropriate forest cover types, allow biomass production where compatible with vegetation mosaics and other resource uses. |
| 343. | **Action:**<br>In livestock management emphasis areas (xx acres), manage woodland products and timber to enhance range | **Action:**<br>Manage forest and woodlands where compatible to achieve other resource objectives. | | |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-157

Internal Public Distribution
Not for Public Distribution

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | resources and for insect and disease control (BLM 1985). | | | |
| 344. | **Action:** In livestock management emphasis areas (xx acres), manage timber species at a stocking level that maintains moderate to high herbage production. Utilize woodland products to the maximum extent practicable through commercial sales under the principle of sustained yield. Manage aspen forest types to perpetuate aspen, using even-aged silviculture. Limit clearcuts in aspen to a maximum of 40 acres or the size of an aspen clone, whichever is smaller (BLM 1985). | **Action:** No similar action. | | |
| 345. | **Action:** On xx acres, manage woodland harvest areas for increased forage production and to be compatible with allotment management plans and wildlife habitat management objectives (BLM 1989a). | **Action:** No similar action. | | |
| 346. | **Action:** Plan wood product sales in | **Action:** No similar action. | | |

BLM_0110205

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | wildlife areas (xx acres) to improve big game forage and other wildlife needs (BLM 1985). | | | |
| 347. | **Action:**<br>Manage lands suitable for timber production. Invest necessary funds to provide for intensive management of the forest resource. Provide firewood, Christmas trees, and other wood products (BLM 1985). | **Action:**<br>No similar action. | | |
| 348. | **Action:**<br>Provide reasonable opportunity to salvage forest products prior to and following range and wildlife habitat improvement treatments (BLM 1985). | **Action:**<br>Encourage, where feasible, the harvest of woodland products in areas of proposed or existing vegetative treatments to lessen the need for additional treatment or land disturbance, and in areas that need restoration for ecological benefits. | | |
| 349. | **Action:**<br>Manage forest lands to enhance wildlife resources. Plan wood product sales in wildlife areas to improve big game forage and other wildlife needs (BLM 1985). | **Action:** | | |
| 350. | **Action:**<br>Coordinate forestry and woodland products management on a case-by-case basis to ensure aquatic resources are protected and, in some cases, improved (BLM 1985). | **Action:**<br>No similar action; this is addressed by the Objective. | | |

BLM_0110206

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 351. | **Action:** Manage lands suitable for timber and woodland production to enhance recreational opportunities and to maintain healthy stand conditions (BLM 1985). | **Action:** No similar action. | | |
| 352. | **Action:** Manage forest products and woodlands to meet goals and objectives of the soil and water program for specific areas (BLM 1985). | **Action:** No similar action. | | |
| 353. | **Action:** Allow for the sale or disposal of forest products or timber that may be lost in mineral development or that is needed for managing the resource. Meet demand without degradation or conflict (BLM 1985). | **Action:** Prior to removing any commercial or non-commercial woodlands products as a result of permitted activities (e.g., mining, oil and gas, sodium, ROW), appraise and require the proponent to purchase the woodland products. | **Action:** Same as Alternative A. | **Action:** Same as Alternative B. |
| 354. | **Action:** Allow removal of forest products only when compatible with cultural, wildlife, or recreation values or when done to improve safety (BLM 1985). | **Action:** No similar action. | | |
| 355. | **Action:** Manage timber and woodland | **Action:** No similar action. | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110207

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | species on all available and capable lands with a combination of even and uneven-age systems. Manage aspen under an even-age system. Limit open patch cuts to 20 acres or less in commercial forest types and 40 acres in woodland types. Regenerate all patch cuts, shelter wood, and selection harvest cuts, naturally or artificially, within 15 years. Continue management of all operable woodland and commercial saw timber in other emphasis areas (BLM 1985). | | | |
| 356. | **Action:**<br>When carrying out projects using Healthy Forest Restoration Act authority, fully maintain or contribute toward the restoration of the structure and composition of old-growth stands according to the pre-fire suppression old-growth conditions characteristic of the forest type, taking into account the contribution of the stand to landscape fire adaptation and watershed health, and retaining the large trees contributing to old-growth structure. | | | |
| 357. | **LIVESTOCK GRAZING** | | | |
| 358. | **GOAL:**<br>Support local agricultural communities while achieving healthy, sustainable ecosystems and providing for other resource uses. | | | |
| 359. | **Objective:**<br>Manage to increase forage on livestock production on a sustained yield basis. Emphasis is upon increasing forage, red meat, and animal fiber | **Objective:**<br>While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E), seek | **Objective:**<br>While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E), seek | **Objective:**<br>While meeting the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E), seek |

BLM_0110208

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | production, and improving forage composition and watershed conditions. Make significant investments in livestock improvements, which will be multiple-use oriented (e.g., wildlife, watershed). Minimize investments for other resources but continue resource management activities compatible with livestock production (BLM 1985).<br><br>Make suitable public lands available for livestock grazing use (BLM 1989a). | appropriate opportunities to increase, decrease, or maintain grazing preference (AUMs) based on long-term studies and land health conditions. Place emphasis on decreasing grazing preference. | appropriate opportunities to increase, decrease, or maintain grazing preference (AUMs) based on long-term studies and land health conditions. Place emphasis on increasing grazing preference. | appropriate opportunities to increase, decrease, or maintain grazing preference (AUMs) based on long-term studies and land health conditions. |
| 360. | **Action:**<br>Make 629,750 acres available for livestock grazing (Figure 2-9, Appendix A). Provide 38,415 AUMs of livestock forage commensurate with BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. | **Action:**<br>Make 580,580 acres available for livestock grazing (Figure 2-10, Appendix A). Provide 35,448 AUMs of grazing preference commensurate with BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). Change grazing preference based on long-term monitoring (global) and land health conditions. Refer to Appendix I, Livestock Grazing Allotments and Allotment | **Action:**<br>Make 629,210 acres available for livestock grazing (Figure 2-11, Appendix A). Provide 37,099 AUMs of grazing preference commensurate with BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). Change grazing preference based on long-term monitoring (global) and land health conditions. Refer to Appendix I, Livestock Grazing Allotments and Allotment | **Action:**<br>Make 613,140 acres available for livestock grazing (Figure 2-12, Appendix A). Provide 36,424 AUMs of grazing preference commensurate with BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). Change grazing preference based on long-term monitoring (global) and land health conditions. Refer to Appendix I, Livestock Grazing Allotments and Allotment |

BLM_0110209

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | Levels. | Levels. | Levels. |
| 361. | **Action:** Make 46,050 acres of allotments, portions of allotments, and areas unavailable for livestock grazing. Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 95,220 acres of allotments, portions of allotments, and areas unavailable for livestock grazing for purposes that may include protection of threatened and endangered species, protection of a classified surface water supply, or avoidance of sensitive resources such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 46,590 acres of allotments, portions of allotments, and areas unavailable for livestock grazing for purposes that may include protection of threatened and endangered species, protection of a classified surface water supply, or avoidance of sensitive resources such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. | **Action:** Make 62,660 acres of allotments, portions of allotments, and areas unavailable for livestock grazing for purposes that may include protection of threatened and endangered species, protection of a classified surface water supply, or avoidance of sensitive resources such as those described in the *Areas of Critical Environmental Concern* section. Refer to Appendix I, Livestock Grazing Allotments and Allotment Levels. |
| 362. | **Action:** Keep closed portions (2,700 acres) of the Camelback pasture in the Winter-Monitor allotment. | | **Action:** Make approximately 2,700 acres available for cattle grazing by reactivating the previously closed Camelback pasture in the Winter-Monitor allotment. Provide 75 additional AUMs of grazing preference. | **Action:** Make approximately 2,700 acres available for cattle grazing by reactivating the previously closed Camelback pasture in the Winter-Monitor allotment. Provide no additional AUMs of grazing preference. Limit use in the entire canyon by time and manage use per riparian objectives commensurate with BLM Colorado Guidelines for Livestock Grazing Management |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-163

BLM_0110210

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | (BLM 1997) (Appendix E). |
| 363. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Periodically evaluate allotments or portions of allotments to identify grazing issues. Base potential closure to livestock grazing on the following criteria when management is insufficient to remedy the problem:<br>• Areas identified as BLM disposal tracts;<br>• Small percentage (less than 10 percent) of BLM lands in allotment;<br>• Areas unsuitable for livestock grazing (such as steep slopes);<br>• Major impact to wildlife or threatened and endangered species (such as competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis;<br>• Public health and safety;<br>• High-intensity recreation areas/facilities;<br>• Resource objectives for municipal watersheds;<br>• Conflicts with adjoining private land/ development; | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |

BLM_0110211

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Impacts to cultural resources; and<br>• Areas with high soil selenium concentrations. | | |
| 364. | **Action:**<br>Most often make livestock use adjustments by changing one or more of the following: the kind or class of livestock grazing the allotment, the season of use, the stocking rate, or the grazing pattern.<br><br>Make most livestock use adjustments in the "I" allotments, but also make use adjustments for allotments in the "C" and "M" categories (BLM 1985). | **Action:**<br>Adjust grazing management (e.g., AUMs, periods of use, allotments, class of livestock, distribution) using an interdisciplinary process when the following data indicate that change is needed:<br>• Utilization levels or patterns of use in uplands and riparian areas and/or apparent trend data;<br>• Long-term trend data;<br>• Land Health Assessment data; and<br>• Other pertinent information, including that obtained from consultation with permittees, interested publics, and other agencies. | | |
| 365. | **Action:**<br>Develop 71 allotment management plans (810,000 acres) (BLM 1985).<br>• Update existing allotment management plans as needed, and develop new allotment management plans (BLM 1989a).<br>*Note: The UFO has gradually moved away from completing* | **Action:**<br>Implement allotment management actions through "terms and conditions" on grazing permits, resource activity plans (such as joint management area plans, coordinated resource management plans, wildlife habitat management plans), and guidance from existing or new allotment management plans. Base actions on long-term resource monitoring, Land Health Assessments, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E). | | |

BLM_0110212

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | *formal allotment management plans since the current RMPs were written. Allotment management actions are currently identified as "Terms and Conditions" on grazing permits and are the product of regular resource condition monitoring, Landscape Health Assessments that are conducted every 10 years, and the BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E).* | | | |
| 366. | **Action:**<br>Base development of grazing systems on the following factors: allotment-specific management actions; resource characteristics, including vegetation's potential and water availability; general management actions; operator's needs; and implementation costs (BLM 1985). | **Action:**<br>When developing grazing systems, place greater emphasis on improving rangeland health. Include other considerations such as water availability, vegetation potential, topography and elevation, and implementation costs. | **Action:**<br>When developing grazing systems, place greater emphasis on increasing available forage (AUMs) and, where appropriate, increasing stocking rates while maintaining land health standards. Include other considerations such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs. | **Action:**<br>When developing grazing systems, place greater emphasis on improving rangeland health and forage quality. Include other considerations such as water availability, vegetation potential, topography and elevation, operators' needs and capability, and implementation costs or mitigation of resource conflicts. |
| 367. | **Action:**<br>Develop new livestock facilities and land treatment projects if | **Action:**<br>No similar action. | | |

BLM_0110213

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | needed to achieve allotment management plan objectives (BLM 1989a). | | | |
| 368. | **Action:** No similar action in current RMP. | **Action:** Allow for establishment of grass banks on vacated or relinquished allotments to provide for increased management options. | **Action:** Evaluate combining vacated or relinquished allotments with active allotments where feasible to provide for increased management options. | **Action:** To provide for increased management options, allow for establishment of grass banks on vacated or relinquished allotments to provide for increased management options, and evaluate combining vacated or relinquished allotments with active allotments, as guided by BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E). |
| 369. | **Action:** To improve the condition of riparian zones, establish management practices and principles in activity plans. Use as general guidance for improvement the utilization of 35 percent by weight of key forage species; this may vary depending on the individual riparian system (BLM 1989a). | **Action:** No similar action; this is addressed by other actions. | | |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-167

BLM_0110214

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 370. | **Action:**<br>Develop multiple use management actions for each allotment in the "I" category. Tailor future management actions, including developing allotment management plans, to meet these objectives after consultation with livestock operators (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 371. | **Action:**<br>On xx acres (emphasis areas B, E, F, and K), reduce number of livestock and change season-of-use where needed to:<br>• provide sufficient forage for wildlife and to protect aquatic/riparian resources, especially on big game winter and spring ranges;<br>• minimize impacts to mineral operations and revegetation efforts or to minimize erosion from site;<br>• achieve soil and water program objective; and<br>• protect cultural resources (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 372. | **Action:**<br>On xx acres (management unit | **Action:**<br>Do not allocate additional | **Action:**<br>Allocate increases in forage | **Action:**<br>Allocate increases in forage |

BLM_0110215

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | 1), develop land treatment projects designed to improve livestock forage. As additional forage becomes available, give allocation priority to livestock (BLM 1989a).<br><br>On xx acres (management unit 1), give wildlife first priority for all additional forage made available as a result of rangeland improvement projects designed to improve wildlife habitat funded by non-BLM sources (BLM 1989a).<br><br>On xx acres (management units 2 and 3), divide additional forage equally between livestock grazing and wildlife to provide forage for both resources (BLM 1989a). | forage to livestock. | (AUMs) availability to livestock. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. | (AUMs) where applicable and feasible to livestock, wildlife, land health, or a combination of these. Consider sustainability, multiple use management objectives and other pertinent information. These increases could come from, but are not limited to, wildland fire rehabilitation areas, prescribed burn areas, and vegetation treatment areas. |
| 373. | **Action:**<br>Complete a detailed monitoring and evaluation plan. When undesirable and unintended changes in resource values are discovered and the causes are determined, take corrective actions (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |

BLM_0110216

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred_ |
|---|---|---|---|---|
| 374. | **Action:** On XX acres (emphasis area C), use "rustic" range improvements near developed recreation areas (BLM 1985). | **Action:** No similar action. | | |
| 375. | **Action:** Manage XX acres (emphasis area D) for improved range condition (BLM 1985). | **Action:** No similar action; this is addressed by other actions. | | |
| 376. | **Action:** In the San Miguel River SRMA, manage livestock to protect riparian system values and to prevent degradation of recreation values. With exception of prescribed fire, do not use vegetation treatments to improve forage production. Prohibit range management improvements that negatively affect riparian system or scenic values. Where range improvements are located near visitor concentration areas, design the improvements to enhance the recreation experience (BLM 1993a). | **Action:** No similar action; this is addressed by other actions. | | |
| 377. | **Action:** Prohibit construction of facilities, such as livestock | **Action:** No similar action. | | |

_Uncompahgre Resource Management Plan Revision and Environmental Impact Statement_
_Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review_

BLM_0110217

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | control fences, that create safety hazards or impede free vehicle use (BLM 1989a). | | | |
| 378. | **Action:**<br>On xx acres (management unit 9), limit trailing use as much as possible and confine it to established roads; prohibit trailing livestock from bedding in riparian zones unless absolutely necessary (BLM 1989a). | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Prohibit trailing livestock from overnighting or bedding in sensitive areas, such as riparian zones and occupied federally listed plant habitat. | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in sensitive areas, such as riparian zones and in occupied federally listed plant habitat, only with prior approval from the BLM. | **Action:**<br>Limit livestock trailing use to established roads and trails to the extent possible. Permit trailing livestock to overnight or bed in riparian zones in areas identified by and with prior approval from the BLM. |
| 379. | **Action:**<br>No similar action in the current RMP. | **Action:**<br>Exclude livestock grazing for a minimum of three years on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments). | **Action:**<br>Exclude livestock grazing on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) to the extent needed to BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E). | |
| 380. | **Action:**<br>Follow the general procedures in implementing typical range improvements them per the San Juan/San Miguel Planning Area Draft RMP (BLM 1985), Appendix Nine – F. Base the extent, location, and timing of such actions on the allotment- | **Action:**<br>Prohibit new range improvement projects. Maintain existing range improvements to avoid major ecological damage. | **Action:**<br>Construct, modify, or remove range improvement projects as appropriate to support livestock grazing management and other resource objectives. | |

BLM_0110218

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | specific management objectives adopted through the allotment management plan process, interdisciplinary development and review of proposed actions, contributions from operators and others, and BLM funding capability (BLM 1985). | | | |
| 381. | **Action:**<br>Use improved management systems such as rest-rotation and deferred-rotation, if appropriate. Invest in range improvements necessary to implement management systems (BLM 1985). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 382. | **Action:**<br>On xx acres (management unit 15), prohibit new livestock improvement projects or maintenance of existing projects to protect scenic values (BLM 1989a). | **Action:**<br>No similar action; this is addressed by other actions. | | |
| 383. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Manage grazing allotments to protect and mitigate effects of livestock on bighorn sheep populations and disease transmission. | | |
| 384. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Discontinue current and deny proposed domestic sheep or goat grazing or trailing permits | **Action:**<br>Exclude domestic goat, but permit domestic sheep grazing or trailing, in occupied and | **Action:**<br>Manage domestic sheep grazing to:<br>• Adhere to Western |

BLM_0110219

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | and permit renewals (including trailing) in occupied bighorn sheep habitat. | suitable (unoccupied) bighorn sheep habitat, in coordination with CDOW. <br> • Permit domestic sheep/goat grazing in occupied bighorn habitat if supported by Risk Assessment conclusions. <br> • Update Risk Assessment when bighorn herds expand, and adjust grazing management based on the conclusions. <br> • Explore opportunities to convert sheep use to cattle use in occupied habitat when opportunities arise. <br> • Prohibit changing cattle allotments to sheep allotments in occupied and suitable bighorn habitat. <br> • Monitor domestic sheep and bighorn sheep through use of risk assessments for conflict resolution. <br><br> Use the following criteria in the risk assessment and on a case-by-case basis: <br> • Presence of topographic features (e.g., natural barriers, | Association of Fish and Wildlife Agencies' Recommendations for Domestic Sheep and Goat Management In Wild Sheep Habitat *and the Interagency Memorandum of Understanding for Wild Sheep Management;* <br> • Prohibit changing cattle allotments to sheep allotments in occupied and suitable bighorn habitat; and <br> • To appropriately time domestic sheep grazing (i.e., outside the main breeding dates for sheep). |

Internal
Not for Public Distribution

BLM_0110220

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | rivers) to separate domestic and bighorn sheep;<br>• Adequate buffer zones if necessary to separate domestic and bighorn sheep;<br>• Current bighorn sheep management plan direction;<br>• The need to protect potential habitat;<br>• Local and national research results;<br>• Recent use of the area by domestic sheep/goats;<br>• If allotment is active and allocated for domestic sheep use and is in use by permittee;<br>• Timing of domestic sheep grazing (i.e., outside the main breeding dates for sheep);<br>• Domestic sheep must be bred before entering BLM lands adjacent to occupied habitat;<br>• Use of guard dogs to deter comingling of domestic and bighorn sheep; and<br>• Health, demographics, and stability of bighorn sheep herd population. | |
| 385. | **Action:**<br>No similar allowable use in | **Action:**<br>Prohibit conversion of cattle | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |

BLM_0110221

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | current RMPs, although this is partially addressed. | grazing allotments to domestic sheep/goat grazing or trailing in occupied bighorn sheep habitat. | | |
| 386. | **Action:** No similar allowable use in current RMPs, although this is partially addressed. | **Action:** In suitable and historic wild sheep habitat not currently stocked with domestic sheep and goats, restore wild sheep populations in response to partner requests or proposals. | **Action:** No similar action. | **Action:** Same as Alternative B. |
| 387. | **RECREATION AND VISITOR SERVICES** | | | |
| 388. | **GOAL:** Provide for a diversity of quality, sustainable recreational opportunities consistent with other resources and uses, and contribute to local economies. | | | |
| 389. | *SPECIAL RECREATION PERMITS* | | | |
| 390. | **Objective:** Manage SRPs as a means to meet management objectives, provide opportunities for economic activity, facilitate recreation use of public lands, control visitor use, protect natural, cultural, and recreational resources, and provide for visitor health and safety. | | | |
| 391. | **Action:** Issue SRPs as a discretionary action to manage commercial, competitive, vending, special area use, organized groups, and event permits under the UFO Special Recreation Permit Policy and BLM Handbook H-2930-1, Recreation Permit Administration (BLM 2006). | **Action:** Unless otherwise restricted through other RMP actions, same as Alternative A. | | |
| 392. | **Action:** No similar action in current | **Action:** Unless otherwise restricted | **Action:** Unless otherwise restricted | **Action:** Unless otherwise restricted |

BLM_0110222

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | RMPs, although organized group permits are required to be obtained by the organizer. Vehicle and participant, including spectator, limits are determined on a case-by-case basis. | through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting more than 20 vehicles, either occupied or unoccupied (e.g., a family in a truck towing three all-terrain vehicles (ATVs) equals four vehicles), or 40 people, including spectators. Adjust numbers if monitoring indicates the need. | through other RMP actions, require the organizer to obtain organized group permits for groups with or expecting more than 60 vehicles, either occupied or unoccupied (e.g., a family in a truck towing three ATVs equals four vehicles), or 120 people, including spectators. Adjust numbers if monitoring indicates the need. | through other RMP actions, require that organized groups of more than 12 people in a WSA or more than 24 people in all other areas gathering at a single location for more than 2 hours contact the BLM prior to their event to determine if a SRP is required. Refer to Appendix J, Special Recreation Permit Evaluation Criteria. |
| 393. | **Action:**<br>Issue outfitting permits for big game hunting at the discretion of the BLM Field Manager. | **Action:**<br>Through attrition, limit outfitting permits for big game hunting to three (3) annually per game management unit, as defined by CDOW. | **Action:**<br>Limit outfitting permits for big game hunting to eight (8) annually per game management unit, as defined by CDOW, until capacity studies indicate that areas could sustain more permits or need additional constraints. | **Action:**<br>Same as Alternative A. |
| 394. | **Action:**<br>Issue outfitting permits for mountain lion hunting at the discretion of the BLM Field Manager. | **Action:**<br>Unless otherwise restricted through other RMP actions, through attrition, limit outfitter permits for mountain lion hunting to three (3) annually. | **Action:**<br>Unless otherwise restricted through other RMP actions, limit outfitter permits for mountain lion hunting to ten (10) annually until capacity studies show that areas could sustain more permits or need for additional constraints. | **Action:**<br>Same as Alternative A. |

2-176

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

BLM_0110223

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 395. | *GENERAL RECREATION* | | | |
| 396. | **Objective:**<br>Manage public lands for a variety of targeted and dispersed recreation opportunities in natural settings consistent with classifications determined in Recreational Opportunity Spectrum (BLM 1985). | **Objective:**<br>Manage public lands for a variety of targeted and dispersed recreation opportunities in natural settings. Generally guide recreation management by the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E). | | |
| 397. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to dispersed camping:<br>• San Miguel SRMA;<br>• Dolores River SRMA;<br>• Burn Canyon SRMA;<br>• Zones 2 and 3 of Roubideau SRMA;<br>• Zone 3 of Dry Creek SRMA;<br>• Zone 4 of Spring Creek SRMA;<br>• Zone 2 of Jumbo Mountain SRMA;<br>• Zone 2 of North Delta SRMA; and<br>• Zones 1, 2, and 3 of Paradox Valley SRMA. | **Action:**<br>Close the following areas to dispersed camping:<br>• San Miguel SRMA. | **Action:**<br>Close the following areas to dispersed camping:<br>• Same as Alternative C, plus:<br>○ Burn Canyon SRMA;<br>○ Within 200 meters of Scenic Byways;<br>○ Within 0.50-mile of rock climbing and bouldering areas;<br>○ Kinikin ERMA;<br>○ Zones 1 and 2 of Dry Creek SRMA;<br>○ Southeast portion of Zone 4 of Spring Creek SRMA;<br>○ North Delta ERMA;<br>○ 300-foot buffer from riparian areas; and *(Note to BLM: the draft COSO state stipulation is 325 feet; which* |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-177

BLM_0110224

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | <span style="color:orange">should be used?)</span><br>o Paradox Rock Art Complex ACEC. |
| 398. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Close the following areas to overnight use:<br>• SRMAs:<br>  o Dry Creek Zones 1, 2, and 4;<br>  o Jumbo Mountain Zone 1;<br>  o Kinikin Hills;<br>  o North Delta Zone 1;<br>  o Ridgway Trails; and<br>  o Spring Creek Zone 1.<br>• ACECs:<br>  o Needle Rock;<br>  o Salt Desert Shrub; and<br>  o Fairview South. | **Action:**<br>Close the following areas to overnight use:<br>• ACECs:<br>  o Needle Rock;<br>  o Adobe Badlands; and<br>  o Fairview South. | **Action:**<br>Close the following areas to overnight use:<br>• Same as Alternative C, plus:<br>  o SRMAs:<br>    – Dry Creek Zone 4;<br>    – Jumbo Mountain Zone 1; and<br>    – Spring Creek Zone 1.<br>  o ACECs:<br>    – East Paradox. |
| 399. | Allowable Use:<br>*Target Shooting.*<br>Prohibit target shooting in developed recreation sites (43 CFR 8365.2-5) (Figure 2-79, Appendix A). | Allowable use:<br>*Target Shooting.*<br>Prohibit target shooting in the following areas (Figure 2-80, Appendix A):<br>• Same as Alternative A, plus:<br>  o Prairie dog colonies with burrowing owls;<br>  o Lands identified for wilderness characteristics protection;<br>  o SRMAs: | Allowable use:<br>*Target Shooting.* Prohibit target shooting in the following areas (Figure 2-81, Appendix A):<br>• Same as Alternative A, plus:<br>  o San Miguel River ACEC; and<br>  o Tabeguache Area. | Allowable use:<br>*Target Shooting.* Prohibit target shooting in the following areas (Figure 2-82, Appendix A):<br>• Same as Alternative C, plus:<br>  o North Delta OHV area;<br>  o SRMAs:<br>    – Dry Creek Zones 1, 2, and 4;<br>    – Jumbo Mountain;<br>    – Roubideau Zone 4;<br>    – San Miguel River; and |

BLM_0110225

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | – Burn Canyon;<br>– Dolores River Canyon;<br>– Dry Creek;<br>– Jumbo Mountain;<br>– Kinikin;<br>– North Delta;<br>– Paradox Valley Zones 1 and 2;<br>– Ridgway Trails;<br>– Roubideau;<br>– San Miguel River; and<br>– Spring Creek;<br>○ Across designated routes;<br>○ Within 0.25-mile of a residence and developed facilities (e.g., substations, powerlines, communication sites);<br>○ ACECs:<br>– Roubideau-Potter-Monitor<br>– San Miguel River<br>– Paradox Rock Art<br>○ Tabeguache Area; and<br>○ WSAs. | | – Spring Creek Zones 1 and 3;<br>○ Within 0.25-mile of communication sites; and<br>○ Paradox Rock Art ACEC. |
| 400. | Allowable Use:<br>Allow recreational mining. | Allowable Use:<br>Prohibit recreational mining. | Allowable Use:<br>Prohibit recreational mining in developed recreational sites. | Allowable Use:<br>Prohibit recreational mining in the following areas:<br>• In occupied streams during spawning periods to protect |

Internal Public Distribution
Not for Public Distribution

BLM_0110226

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | coldwater sport and native fish:<br>○ Spring: April 15 to June 30<br>○ Fall: October 1 to November 30<br>● Within 100 feet of developed recreation sites; and<br>● San Miguel River ACEC. |
| 401. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Petition the Secretary of the Interior to withdraw from locatable mineral entry all developed recreational sites plus a 500-foot buffer. | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Petition the Secretary of the Interior to withdraw from locatable mineral entry all developed recreational sites plus a 100-foot buffer. |
| 402. | Action:<br>No similar action in current RMPs. | Action:<br>Manage 431,870 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) (Figure 2-14, Appendix A) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. | Action:<br>Manage 467,110 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) (Figure 2-15, Appendix A) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. | Action:<br>Manage 481,820 acres as public lands not designated as recreation management areas (i.e., ERMAs or SRMAs) (Figure 2-16, Appendix A) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards. |

BLM_0110227

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 403. | *EXTENSIVE RECREATION MANAGEMENT AREAS (ERMA)* | | | |
| 404. | **Objective:**<br>Provide and maintain high-quality, accessible, and safe recreation facilities and visitor services where needed to meet public demand for access and diverse recreational opportunities, maximize user safety, protect resources, reduce user conflicts, and meet recreation program goals. | | | |
| 405. | **Action:**<br>Manage 631,580 acres as ERMAs (Figure 2-13, Appendix A):<br>• Adobe Badlands ACEC/ONA (xx acres);<br>• North Delta OHV (8,530 acres); and<br>• Uncompahgre (623,050 acres) to provide a wide range of diverse recreational opportunities to meet public demands for dispersed recreation. Emphasize the provision of access, visitor information, and facilities needed to address public health and safety standards (BLM 1985, 1989a).<br>*BLM: please verify acreages, as the first two listed are not in GIS as ERMAs.* | **Action:**<br>No similar action. (Designate no ERMAs.) | **Action:**<br>Manage 208,690 acres as ERMAs to specifically address local recreation issues (Figure 2-15, Appendix A):<br>• Adobe Badlands (6,360 acres);<br>• Burn Canyon (9,160 acres);<br>• Dolores River Canyon (13,330 acres);<br>• Dry Creek (41,300 acres);<br>• Jumbo Mountain (5,020 acres);<br>• Kinikin (11,320 acres);<br>• North Delta (8,530 acres);<br>• Paradox Valley (47,100 acres);<br>• Ridgway Trails (1,100 acres);<br>• Roubideau (21,660 acres);<br>• San Miguel River Corridor (35,570 acres); and<br>• Spring Creek (13,500 acres). | **Action:**<br>Manage 76,110 acres as ERMAs to specifically address local recreation issues (Figure 2-16, Appendix A):<br>• Burn Canyon (9,160 acres);<br>• Kinikin (11,320 acres);<br>• North Delta (8,530 acres);<br>• Paradox Valley (47,100 acres); and<br>• Ridgway Trails (1,100 acres). |
| 406. | **Action:**<br>Manage the Adobe Badlands ACEC/ONA as an ERMA for dispersed, primitive, | **Action:**<br>No similar action. | **Action:**<br>Manage the Adobe Badlands ERMA for nonmotorized, nonmechanized uses to protect | **Action:**<br>Same as Alternative B. |

Internal – Not for Public Distribution

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | nonmotorized recreational use (BLM 1989a). | | wilderness qualities. | |
| 407. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Burn Canyon Area as an ERMA to protect and provide a network of designated community recreational trails. Manage as VRM Class III. | |
| 408. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Dolores River Canyon area as a nonmotorized, nonmechanized ERMA to protect and provide water-based recreational opportunities. | **Action:**<br>Same as Alternative A. |
| 409. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Dry Creek area as an ERMA to protect and provide for a diversity of dispersed recreational activities. | **Action:**<br>Same as Alternative A. |
| 410. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Jumbo Mountain area as an ERMA to protect and provide a network of designated community recreational trails. | **Action:**<br>Same as Alternative A. |
| 411. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Kinikin area as an ERMA to provide to protect and provide for a diversity of dispersed multiple use recreational travel opportunities. Management | **Action:**<br>Manage the Kinikin area as an ERMA to provide to protect and provide for a diversity of dispersed multiple use recreational travel opportunities. Management |

BLM_0110229

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | actions include the following:<br>• Designate 11,320 acres (Open OHV area) as Open to cross-country motorized and nonmotorized travel, except for full-sized vehicles. Cross-country travel will be permitted only for utility-terrain vehicles and ATVs 50 inches or less in width, motorcycles, and mountain bikes. | actions include the following:<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as VRM Class III. |
| 412. | **Action:**<br>Management actions for the North Delta OHV area include:<br>• Manage as VRM Class IV.<br>• Designate as Open to cross-country OHV travel by all forms of vehicles, including full-sized vehicles.<br>• Inventory and monitor area to identify threatened and endangered plant populations. Adjust boundary of area and/or provide fencing where needed to exclude threatened and endangered plants. | **Action:**<br>No similar action. | **Action:**<br>Manage the North Delta OHV ERMA to protect and provide for a diversity of dispersed multiple use recreational travel opportunities. Management actions include the following:<br>• Designate 5,260 acres (Open OHV area) as Open to cross-country motorized and nonmotorized vehicle use, including full-sized vehicles.<br>• Designate the remaining area (3,270 acres) as Limited to Designated Routes for motorized and nonmotorized use. If needed, designate routes for hiking and | **Action:**<br>Manage the North Delta OHV ERMA to protect and provide for a diversity of dispersed multiple use recreational travel opportunities. Management actions include the following:<br>• Manage as VRM Class IV.<br>• Limit motorized and mechanized travel to designated routes. |

BLM_0110230

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | equestrian use. | |
| 413. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Paradox Valley as an ERMA to protect and provide a network of designated recreational travel routes and rock climbing and bouldering activities. | **Action:**<br>Same as Alternative A. |
| 414. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Ridgway Trails as an ERMA to protect and provide a network of designated community recreational trails activities. Manage as VRM Class III. | |
| 415. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Roubideau ERMA to protect and provide for quiet and dispersed recreational activities. | **Action:**<br>Same as Alternative A. |
| 416. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the San Miguel River Corridor area as an ERMA to protect and provide for quality recreational boating and fishing activities. | **Action:**<br>Same as Alternative A. |
| 417. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage the Spring Creek area as an ERMA to protect and provide a network of designated community recreational trail activities. | **Action:**<br>Same as Alternative A. |

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

Internal Public Distribution
Not for Public Distribution

BLM_0110231

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 418. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Prohibit any action that would degrade the recreation activity in ERMAs. | |
| 419. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Continue making improvements to ERMAs as necessary to balance demand for recreation activities and other resources and resource uses. | |
| 420. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Same as Alternative A. | **Action:**<br>Provide facilities in ERMAs as needed to ensure visitor health and safety, reduce user conflict, and protect resources. | |
| 421. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION** CSU-49:<br>*ERMAs.* Apply CSU restrictions in ERMAs. (Refer to Appendix B.) (Figure 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-49:<br>*ERMAs.* Apply CSU restrictions in ERMAs. (Refer to Appendix B.) (Figure 2-54, Appendix A) |
| 422. | *SPECIAL RECREATION MANAGEMENT AREAS (SRMA)* | | | |
| 423. | **Objective:**<br>Manage 48,950 acres as SRMAs to provide targeted recreation opportunities, visitor experiences, and benefits. Investments in SRMAs include facilities, visitor management, interpretation and environmental education, and increased on-the-ground BLM presence for enhanced visitor services and resource protection (Figure 2-13, Appendix A): | **Objective:**<br>Manage 243,930 acres as SRMAs where needed to provide targeted recreation opportunities, experiences, settings, and benefits (Figure 2-14, Appendix A).<br>• Burn Canyon (9,160 acres);<br>• Dolores River Canyon (13,380 acres);<br>• Dry Creek (42,180 acres);<br>• Jumbo Mountain (5,030 acres);<br>• Kinikin (11,320 acres); | **Objective:**<br>No similar objective. (Manage no areas as SRMAs.) | **Objective:**<br>Manage 117,870 acres as SRMAs where needed to provide targeted recreation opportunities, experiences, settings, and benefits (Figure 2-16, Appendix A).<br>• Dolores River Canyon (13,380 acres);<br>• Dry Creek (42,180 acres);<br>• Jumbo Mountain (1,360 acres);<br>• Roubideau (25,360 acres);<br>• San Miguel River (35,570 |

BLM_0110232

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | ● Dolores River Canyon (13,380 acres); and<br>● San Miguel River (35,570 acres).<br>Refer to Appendix K, Description of Special Recreation Management Areas. | ● North Delta (8,530 acres);<br>● Paradox Valley (87,250 acres);<br>● Ridgway Trails (1,170 acres);<br>● Roubideau (25,360 acres);<br>● San Miguel River (35,570 acres); and<br>● Spring Creek (4,980 acres).<br>Refer to Appendix K, Description of Special Recreation Management Areas. | | acres); and<br>● Spring Creek (4,980 acres).<br>Refer to Appendix K, Description of Special Recreation Management Areas. |
| 424. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prohibit any action that would degrade the setting, benefits, experiences, or opportunities being managed for in the SRMA. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 425. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Provide new and maintain existing facilities where needed and in accordance with the SRMA objectives to maintain for the enhancement of recreational opportunities, visitor health and safety, and resource protection. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 426. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NL-8: *SRMAs.*<br>Close the following SRMAs to fluid mineral leasing and geophysical exploration:<br>● Dolores River Canyon | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative A. |

BLM_0110233

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Dry Creek Zones 1, 2, 4<br>• Jumbo Mountain Zones 1<br>• Kinikin Hills Zones 1<br>• Paradox Valley Zones 4<br>• Ridgway Trails Zones 1<br>• Roubideau<br>• San Miguel River<br>• Spring Creek Zones 1, 2<br>(Refer to Appendix B.) (Figure 2-44, Appendix A) | | |
| 427. | Allowable Use:<br>**STIPULATION** NSO-SJ-3 (BLM 1991a): *SRMAs*. Prohibit surface occupancy in the following SRMAs:<br>• Dolores River Canyon<br>(Refer to Appendix B.) (Figure 2-47, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-47: *SRMAs*. Prohibit surface occupancy in the following SRMAs:<br>• Burn Canyon<br>• Dry Creek Zones 3<br>• Jumbo Mountain Zones 2<br>• Kinikin Hills Zones 2, 3<br>• North Delta<br>• Paradox Valley Zones 1, 2, 3<br>• Ridgway Trails Zones 2<br>• Spring Creek Zones 3<br>(Refer to Appendix B.) (Figure 2-48, Appendix A) | Allowable Use:<br>No similar allowable use. | Allowable Use:<br>**STIPULATION** NSO-47: *SRMAs*. Prohibit surface occupancy in the following SRMAs:<br>• Dolores River Canyon<br>• Dry Creek Zones 2, 4<br>• Jumbo Mountain<br>• Roubideau<br>• San Miguel River Zones 1, 2, 3<br>• Spring Creek<br>(Refer to Appendix B.) (Figure 2-50, Appendix A) |
| 428. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NGD-33: *SRMAs*. Prohibit surface-disturbing activities within RMZ | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative A. |

BLM_0110234

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | 4 of Paradox Valley SRMA. (Refer to Appendix B.) (Figure 2-33, Appendix A) | | |
| 429. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>Same as Alternative A. | Allowable Use:<br>**STIPULATION** CSU-50: *SRMAs.* Apply CSU restrictions in the following SRMAs:<br>• Dry Creek Zones 1, 3; and<br>• San Miguel River Zone 4.<br>(Refer to Appendix B.) (Figure 2-50, Appendix A) |
| 430. | **COMPREHENSIVE TRAILS AND TRAVEL MANAGEMENT** | | | |
| 431. | **GOAL**:<br>Provide a travel system that supports BLM mission, achieves resource management goals, and provides appropriate, sustainable public and administrative access. Manage a comprehensive travel management system that allows for diverse recreational use of motorized and nonmotorized interests, promotes the safety of all users, minimizes conflicts among federal land uses, communicates with the public about available opportunities, and monitors the effects of use. | | | |
| 432. | **Objective:**<br>Maintain and improve land health while promoting responsible use through active travel management (BLM 2008x).<br><br>Prioritize travel planning, including the designation of areas open, limited to existing roads and trails, limited to designated roads and trails, and closed to motorized vehicle | **Objective:**<br>Maintain a comprehensive travel network that best meets the full range of public, resource management, and administrative access needs. | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110235

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | access (BLM 1985). | | | |
| 433. | **Action:**<br>Identify off-road vehicle designations as follows (Figure 2-17, Appendix A):<br>• Open: 8,510 acres<br>• Closed to motorized use: 0 acres<br>• Closed to motorized and mechanized use: 55,620 acres<br>• Limited yearlong to existing routes for motorized use: xx acres<br>• Limited yearlong to designated routes for motorized use: xx acres<br>• Seasonal limitations: xx acres | **Action:**<br>Designate travel areas as follows (Figure 2-18, Appendix A):<br>• Open: 0 acres<br>• Closed to motorized use: 9.080 acres<br>• Closed to motorized and mechanized use: 80,380 acres<br>• Limited yearlong to existing routes for motorized use: 0 acres<br>• Limited yearlong to designated routes for motorized use: 586,340 acres<br>• Seasonal limitations: xx acres | **Action:**<br>Designate travel areas as follows (Figure 2-19, Appendix A):<br>• Open: 16,570 acres<br>• Closed to motorized use: 0 acres<br>• Closed to motorized and mechanized use: 45,220 acres<br>• Limited yearlong to existing routes for motorized use: 0 acres<br>• Limited yearlong to designated routes for motorized use: 614,010 acres<br>• Seasonal limitations: xx acres | **Action:**<br>Designate travel areas as follows (Figure 2-20, Appendix A):<br>• Open: 0 acres<br>• Closed to motorized use: 1,160 acres<br>• Closed to motorized and mechanized use: 56,740 acres<br>• Limited yearlong to existing routes for motorized use: 0 acres<br>• Limited yearlong to designated routes for motorized use: 617,890 acres<br>• Seasonal limitations: xx acres |
| 434. | **Action:**<br>Identify the North Delta OHV Area (8,510 acres) as Open to OHV use. | **Action:**<br>Manage 0 acres as Open to OHV use. (The North Delta OHV area would be Limited to Designated Routes; until a future route-designation process is completed, the preliminary route network would include all existing routes.) | **Action:**<br>Manage 16,570 acres as Open to OHV use:<br>• North Delta OHV Area (8,510 acres); and<br>• Kinikin ERMA (11,320 acres). | **Action:**<br>Same as Alternative B. |
| 435. | **Action:**<br>Identify 0 acres as Closed to motorized use. | **Action:**<br>Manage 9,080 acres as Closed to motorized use, with | **Action:**<br>No similar action. | **Action:**<br>Manage 1,160 acres as Closed to motorized use, with |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110236

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • WSAs<br>• Beaver Canyon (xx acres)<br>• Dolores River Canyon SRMA (xx acres)<br>• Norwood Canyon (Clay Creek to Horsefly Creek) (xx acres)<br>• Fairview (xx acres)<br>• Potter Creek (xx acres) *[Note to BLM: Please verify that Potter Creek is closed to motorized use.]*<br>• Saltado Creek (xx acres)<br>*[Note to BLM: GIS shows 0 acres as closed to motorized use. Please verify.]* | administrative and permitted vehicular access only, and with mechanized travel Limited to Designated Routes:<br>• SRMAs:<br>  ○ Burn Canyon Zone I<br>  ○ Jumbo Mountain Zone I<br>  ○ Kinikin Hills Zones I and 2<br>  ○ North Delta Zone I<br>  ○ Paradox Valley Zone 4<br>  ○ Ridgway Trails<br>  ○ Roubideau Zones I and 2<br>• Spring Creek Zones I and 2 | | administrative and permitted vehicular access only, and with mechanized travel Limited to Designated Routes:<br>• SRMAs:<br>  ○ Jumbo Mountain Zone I<br>  ○ Roubideau Zones I and 2<br>  ○ San Miguel River Zone 2<br>• Spring Creek Zone I |
| 436. | **Action:**<br>Manage 55,620 acres as Closed to motorized and mechanized use, with administrative and permitted vehicular access only:<br>• ACECs:<br>  ○ Adobe Badlands<br>  ○ Fairview South<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 80,380 acres as Closed to motorized and mechanized use, with administrative and permitted vehicular access only:<br>• Lands identified for wilderness characteristics protection<br>• SRMAs:<br>  ○ Dolores River Canyon<br>  ○ San Miguel River Zones 2 and 3<br>• Portion of Dolores River Slickrock Canyon ACEC (xx acres) | **Action:**<br>Manage 45,220 acres as Closed to motorized and mechanized use, with administrative and permitted vehicular access only:<br>• Portion of Paradox Rock Art Complex National Register District above Paradox Valley bottom (xx acres)<br>• Adobe Badlands ACEC<br>• Tabeguache Area<br>• WSAs | **Action:**<br>Manage 56,740 acres as Closed to motorized and mechanized use, with administrative and permitted vehicular access only:<br>• Same as Alternative A, plus:<br>  ○ SRMAs:<br>    – Dolores River Canyon<br>    – San Miguel River Zone 3<br>  ○ Dolores River Slickrock Canyon ACEC |

BLM_0110237

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Tabeguache Area<br>• WSAs | | |
| 437. | **Action:**<br>Identify xx acres as Limited to Designated routes for motorized use. Manage areas without designated routes as Limited to Existing Routes according to the OHV Area Designations (BLM 2010a) (Figure 2-83, Appendix A). | **Action:**<br>Manage the remaining portion of the planning area (586,340 acres) as Limited to Designated Routes for motorized use. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure 2-18, Appendix A. | **Action:**<br>Manage the remaining portion of the planning area (614,010 acres) as Limited to Designated Routes for motorized use. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure 2-19, Appendix A. | **Action:**<br>Manage the remaining portion of the planning area (617,890 acres) as Limited to Designated Routes for motorized use. Until travel management plans to designate routes are completed, limit areas to existing routes and existing route widths as shown on Figure 2-20, Appendix A. |
| 438. | **Action:**<br>Use the following guidance for areas that are Limited to Existing Routes until travel management plans to designate routes are completed:<br>• Unless otherwise restricted, limit recreational motorized and mechanized travel to existing routes as displayed on Figure 2-83 (Appendix A) and BLM's 2009 aerial photography until route-by-route analysis is complete.<br>• Permit travel on horse or by foot yearlong on existing routes and cross-country travel on public lands throughout the planning area where available for public use.<br>• Prohibit motorized or mechanized modes of travel on existing routes if the result would:<br>  ○ Convert or upgrade a single-track route (maximum of 36 inches in width) to a two-track route, such as driving an ATV or full-size passenger vehicle on a route consisting of a single-track used by hikers, horseback riders, motorcycles, mountain bikes, game, or livestock.<br>  ○ Convert or upgrade a route (with a maximum width of 50 inches) used by and established for use by an ATV to a wider two-track route, such as would occur if a full-size passenger vehicle were used to travel along a route narrower than its wheel base.<br>• Require that any emergency or administrative motorized vehicle or equipment use off existing routes provide the BLM prior notification and approval. Should prior notification not be possible, | | | **Action:**<br>Use the following guidance for areas that are Limited to Existing Routes until travel management plans to designate routes are completed:<br>Same as Alternative A, plus:<br>• Require that travel modes adhere to the following width restrictions on existing routes:<br>  ○ Single track: 36 inches or less<br>  ○ ATV/utility-terrain vehicle: 50 inches or less and weighing no more than 1,200 pounds |

BLM_0110238

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | require contact with a BLM Authorized Officer within 72 hours following emergency entry.<br>• Address any BLM administrative functions related to resource management objectives that require cross-country travel using motorized vehicles or equipment at the project level on a case-by-case basis, and potentially require additional environmental documentation and analysis for certain administrative functions.<br>• Subject the use of motorized or mechanized modes of travel (including snowmobiles) during the execution of BLM-issued authorizations or permits to the terms and conditions or stipulations of each individual authorization on a case-by-case basis.<br>• Avoid impacts to known eligible cultural properties, or minimize or mitigate such impacts in consultation with the State Historical Preservation Office. Where National Register of Historic Places-eligible sites are known to be in danger or are currently being impacted by travel activities, close routes to travel as necessary until the appropriate mitigation has been implemented.<br>• To mitigate impacts on Colorado hookless cactus and clay-loving wild buckwheat or other future-listed special status species, systematically install roadside signs to indicate especially sensitive areas where travel-related impacts on these species would be greater.<br>• Further restrict travel and use, by vehicle type or season, on any route in order to protect (natural or other) resources or infrastructure from being impacted by vehicle use in the event of extreme winters, wet conditions, to reduce safety hazards, or in other unforeseeable situations, or to better manage or protect other values, such as big game or nesting raptors. These actions could include permanent or seasonal route closures or relocations. Take these actions following appropriate emergency closure or other procedures, and/or after appropriate site-specific NEPA analysis.<br>• Over time, changes to the route network may be necessary, including adding, designating, relocating, closing, maintaining, and/or changing seasonal or other use restrictions on routes, as well as adding necessary travel management support facilities. Document such changes using appropriate BLM land use planning regulations and NEPA procedures. | | | o Roads: wider than 50 inches<br>• Prohibit cross-country motorized/mechanized travel for big game retrieval. Allow hand-held wheeled game retrieval carts off routes in limited areas only during CDOW-authorized big game and mountain lion hunting seasons.<br>• Unless otherwise restricted, allow users to park motorized or mechanized modes of travel immediately adjacent and parallel to available existing routes.<br>• Pending applicable environmental clearances, limit BLM re-routing or re-locating of travel routes because of erosion or for other mitigation to a corridor 150 feet wide on either side of the centerline of existing routes. |
| 439. | **Action:**<br>Implement the Dry Creek Travel Management Plan (BLM 2009) in the Dry Creek Travel Management Area (Figure 2-83, Appendix A). | | | |
| 440. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Establish Travel Management Areas and, within five years of the Approved RMP/Record of Decision, complete comprehensive travel management plans for the Limited to Designated Routes areas within | | |

BLM_0110239

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | the following Travel Management Areas and in the following order (Figure 2-84, Appendix A): 1. South Montrose (xx acres); 2. North Fork (xx acres); 3. North Delta (xx acres); 4. San Miguel (xx acres); and 5. West End (xx acres). | | |
| 441. | **Action:** No similar action in current RMPs. | **Action:** Consider the following route-selection criteria (as defined in 43 CFR 8342.1) during future comprehensive travel management plans for the Limited to Designated Routes areas within Travel Management Areas: a. [Designated] trails shall be located in a manner to minimize impacts on physical resources (soils, watershed, vegetation, air, and other resources) and to prevent impairment of wilderness suitability; b. [Designated] trails shall be located to minimize harassment of wildlife or significant disruption of wildlife habitats. Special attention will be given to protect endangered or threatened species and their habitats; c. [Designated] trails shall be located to minimize conflicts between off-road vehicle use and other existing or proposed recreation uses; and d. [Designated] trails shall not be located in officially designated wilderness areas or primitive areas. Areas and trails shall be located in natural areas only if the BLM Authorized Officer determines that off-road vehicle use in such locations will not adversely affect their natural, esthetic, scenic, or other values for which such areas are established. Consider the following additional route-selection criteria during future comprehensive travel management plans for the Limited to Designated Routes areas within Travel Management Areas: • Route density and duplicative routes; • Continuity and loop trail opportunities; • Access to non-BLM-administered land; • Route characteristics (e.g., width, condition, safety); • Administrative and permitted access; • User conflict; and | | |

BLM_0110240

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Value to and impact on the following resources and resource uses:<br>  o Cultural Resources<br>  o Energy and minerals<br>  o Forestry<br>  o Geology<br>  o Grazing<br>  o Paleontological Resources<br>  o Recreation (e.g., routes in SRMAs or popular routes)<br>  o Riparian Resources<br>  o Soil Resources<br>  o Special Status Species<br>  o Vegetation<br>  o Water Resources<br>  o Wildlife. | | |
| 442. | **Action:**<br>Develop facilities to support the travel management plan, including staging areas, hardened camping areas, trailheads, and portal signs. Allow up to a maximum of three acres of disturbed surface for these facilities. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, | **Action:**<br>Develop facilities as needed to support the travel management plan goals and objectives, including staging areas, hardened camping areas, trailheads, and portal signs. Facilities could include restrooms, loading and unloading ramps, kiosks, hardened graveled parking areas and camping spurs, fencing, hitching rails, picnic tables and cabanas, vehicular control devices, native landscape islands, erosion and drainage control devices, hardened access trails, and limited hardened egress and ingress points for all technical four-wheel drive routes. | | |

BLM_0110241