**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | erosion and drainage control devices, hardened access trails, and limited hardened egress and ingress points for all technical four-wheel drive routes. | | | |
| 443. | **Action:**<br>Prohibit motorized and mechanized travel seasonally on xx acres as follows (Figure 2-17, Appendix A):<br>• The Storm King area (May 15 to June 15); and<br>• Closure areas identified in the Dry Creek Travel Management Plan and EA (BLM 2009) (May 15 to June 15). | **Action:**<br>Prohibit motorized and/or mechanized travel seasonally on xx acres as follows (Figure 2-18, Appendix A):<br>• ACECs (motorized and mechanized):<br>○ San Miguel Gunnison Sage-grouse (April 1 to July 15)<br>○ Sims-Cerro Gunnison Sage-grouse (April 15 to July 15)<br>• Biological Core areas (motorized) totaling 186,280 acres from December 1 to April 30 (dates may vary depending on data when area travel management plans are completed):<br>○ Adobe Zone 1 (11,520 acres);<br>○ Burn Canyon Zones 1-3 (14,110 acres);<br>○ Dry Creek Zones 1-4 (14,340 acres);<br>○ Jumbo Mountain/McDonald | **Action:**<br>Prohibit motorized and/or mechanized travel seasonally on xx acres as follows (Figure 2-19, Appendix A):<br>• Biological Core areas totaling 36,970 acres from January 1 to March 31 (dates may vary depending on data when area travel management plans are completed):<br>○ La Sal Zones 1 and 3 (13,290 acres);<br>○ San Miguel Zones 1-3 (9,890 acres); and<br>○ Tabeguache Zones 1-3 (13,800 acres).<br>• Elk production/ calving areas (motorized and mechanized) (May 15 to June 15)<br>[Note to BLM: Need to get and/or confirm these acres in GIS.]<br>Add other areas as appropriate through future site-specific travel management analyses. | **Action:**<br>Prohibit motorized and/or mechanized travel seasonally on xx acres as follows (Figure 2-20, Appendix A):<br>• Biological Core areas totaling 71,760 acres from December 1 to April 30 (dates may vary depending on data when area travel management plans are completed):<br>○ Adobe Zone 1 (11,520 acres);<br>○ Dry Creek Zone 1 (8,940 acres);<br>○ Jumbo Mountain/McDonald Creek Zones 2 and 3 (4,670 acres);<br>○ La Sal Zone 1 (9,870 acres);<br>○ Monitor-Potter-Roubideau Zones 1, 2, and 10 (14,250 acres);<br>○ San Miguel Zones 1-3 (9,890 acres);<br>○ Spring Canyon (3,380 |

BLM_0110242

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | Creek Zones 1-4 (17,250 acres); <br> ○ La Sal Zones 1-3 (22,370 acres); <br> ○ Monitor-Potter-Roubideau Zones 1-11 (27,320 acres); <br> ○ Ridgway Zones 1-4 (16,700 acres); <br> ○ San Miguel Zones 1-7 (25,520 acres); <br> ○ Spring Canyon (3,380 acres); <br> ○ Tabeguache Zones 1-10 (31,540 acres); and <br> ○ Terror Creek (2,230 acres). <br> • Elk production/ calving areas (motorized and mechanized) (April 15 to June 30) <br> • Lynx analysis units with total route densities greater than 2 miles per square mile (motorized) (December 1 to April 30) <br> *[Note to BLM: Need to get and/or confirm all acres in GIS except Biological Core areas, which are accurate.]* <br> Add other areas as appropriate through future site-specific travel management analyses. | Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. | acres); and <br> ○ Tabeguache Zone 1 (9,240 acres). <br> • Other areas: <br> ○ Area closures identified in Dry Creek Travel Management Plan and EA (BLM 2009) (xx acres) <br> ○ Jumbo Mountain SRMA Zone 5 (xx acres) (motorized and mechanized) (December 1 to April 30) <br> ○ Zone 8 of the Tabeguache Biological Core Area from Alternative B (xx acres) (motorized and mechanized) (December 1 to April 30) <br> • Lynx analysis units with total route densities greater than 2 miles per square mile (motorized) (December 1 to April 30) <br> *[Note to BLM: Need to get and/or confirm these acres in GIS.]* <br> Add other areas as appropriate through future site-specific travel management analyses. Where necessary, extend |

2-196

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

Internal Public Distribution — Not for Public Distribution

BLM_0110243

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | Where necessary, extend seasonal closures to include pedestrian or equestrian traffic. | | seasonal closures to include pedestrian or equestrian traffic. |
| 444. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Prohibit mechanized and motorized off-route travel in areas with riparian or wetland vegetation. | **Action:**<br>Prohibit mechanized and motorized off-route travel in areas with riparian or wetland vegetation, with the exception of camping and collection of rock, wood products, and other plant products. | **Action:**<br>Prohibit motorized off-route travel in riparian and wetland areas, including for camping and collection of rock, wood products, and other plant products, unless otherwise designated in future travel management plans. |
| 445. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>In cooperation with the local communities, counties, and other partners, secure access to and manage a network of roads and trails that ensure management objectives are met and provide connectivity to the surrounding communities. | | |
| 446. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Provide nonmotorized trails connecting communities to public lands. | **Action:**<br>Same as Alternative A. | **Action:**<br>Provide trails connecting communities to public lands. |
| 447. | **LANDS AND REALTY** | | | |
| 448. | **GOAL:**<br>Meet public needs for land use authorizations (i.e., ROWs, communication sites, utility corridors, leases, permits, renewable energy resources), land tenure adjustments, withdrawals, and easements in an environmentally responsible manner. | | | |
| 449. | **Objective:**<br>Ensure compatibility of the various multiple uses with environmental protection of natural resources (BLM 1985). | **Objective:**<br>Make lands available for land use authorizations, and apply stipulations to ensure the compatibility of multiple use with resource protection. | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110244

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred_ |
|---|---|---|---|---|
| | Generally make public land available for utility corridor development (BLM 1985).<br><br>Open the majority of public lands to development of major utility facilities (BLM 1989a). | | | |
| 450. | Allowable Use:<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are not available for the location of ROWs or other land use authorizations under any conditions, to include the following (Figure 2-21, Appendix A):<br>• On xx acres (emphasis area F) to protect cultural resources, generally disallow major utility corridors (BLM 1985).<br>• A portion of the federal coal estate (xx acres) (portion of emphasis area 7), except for those needed for coal development (BLM 1989a).<br>• Tabeguache Area;<br>• WSAs; | Allowable Use:<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-22, Appendix A):<br>• Saline/selenium soils;<br>• Potential biological soil crust in East Paradox (xx acres);<br>• Slopes of or greater than 30 percent;<br>• Lands within 300 feet of perennial streams;<br>• Lands within 500 feet of intermittent and ephemeral streams;<br>• Lands within 2,640 horizontal feet of either side of a classified surface water supply | Allowable Use:<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-23, Appendix A):<br>• Rare biological soil crust (_Lecanora gypsicola_ and _Gypsoplaca macrophylla_) in East Paradox (xx acres);<br>• Biological Core areas (see _Wildlife – Terrestrial_ section);<br>• Tabeguache Area; and<br>• WSAs. | Allowable Use:<br>ROW Exclusion Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW exclusion areas that are closed to land use authorizations (Figure 2-24, Appendix A):<br>• Rare biological soil crust (_Lecanora gypsicola_ and _Gypsoplaca macrophylla_) in East Paradox (xx acres);<br>• Occupied habitat of known populations of federally threatened and endangered species (except Colorado hookless cactus);<br>• SRMAs:<br> ○ Dolores River Canyon; and<br> ○ Roubideau Zones 1 and 2.<br>• ACECs: |

BLM_0110245

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • ACECs:<br>  ○ Adobe Badlands (xx acres)<br>  ○ Needle Rock (xx acres)<br>  ○ San Miguel River Corridor (xx acres); close to the development of major utilities with the exception of those already established with San Miguel Power Association. In addition, do not authorize ROWs in the relic riparian communities (BLM 1993a); and<br>  ○ South Fairview (exclusion area for new pipelines) (xx acres). | stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake;<br>• Pristine, ancient, and rare vegetation communities;<br>• Lands within 100 feet of naturally occurring riparian and wetland areas, seeps, and springs;<br>• Biological Core areas (see *Wildlife – Terrestrial* section);<br>• Occupied habitat of known populations of federally threatened and endangered species;<br>• Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon;<br>• Lands identified for wilderness characteristics protection;<br>• SRMAs:<br>  ○ Dolores River Canyon;<br>  ○ Paradox Valley Zone 4; and<br>  ○ Roubideau Zones 1 and 2.<br>• ACECs:<br>• Tabeguache Area; | | ○ South Fairview;<br>  ○ Dolores River;<br>  ○ East Paradox;<br>  ○ Needle Rock; and<br>  ○ West Paradox Rock Art.<br>• Tabeguache Area;<br>• WSAs;<br>• Suitable WSR segments classified as "wild:"<br>  ○ Monitor Creek;<br>  ○ Potter Creek;<br>  ○ Roubideau Creek Segment 1;<br>  ○ Saltado Creek;<br>  ○ San Miguel River Segment 2;<br>  ○ Tabeguache Creek Segment 1;<br>  ○ Dolores River Segment 1; and<br>  ○ La Sal Creek Segment 3. |

BLM_0110246

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | • WSAs;<br>• Suitable WSR segments classified as "wild:"<br>  ○ Monitor Creek;<br>  ○ Potter Creek;<br>  ○ Roubideau Creek Segment 1;<br>  ○ Dry Creek;<br>  ○ Saltado Creek;<br>  ○ San Miguel River Segment 2;<br>  ○ Tabeguache Creek Segment 1;<br>  ○ Dolores River Segment 1; and<br>  ○ La Sal Creek Segment 3. | | |
| 451. | Allowable Use:<br>ROW Avoidance Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW avoidance areas (Figure 2-21, Appendix A):<br>• San Miguel River ACEC outside of relic riparian communities: restrict ROW authorizations to only those with an overriding public need that will not create long-term visual impacts or damage to | Allowable Use:<br>ROW Avoidance Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW avoidance areas (Figure 2-22, Appendix A):<br>• Lands, streams, and wetlands *not meeting* or *meeting with problems* the BLM Colorado Public Land Health Standards (BLM 1997) (Appendix E)<br>• Within 0.25-mile along major river corridors (i.e., | Allowable Use:<br>ROW Avoidance Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW avoidance areas (Figure 2-23, Appendix A):<br>• Saline/selenium soils;<br>• Slopes of or greater than 40 percent;<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured | Allowable Use:<br>ROW Avoidance Areas (including renewable energy sites such as solar, wind, hydroelectric, and biomass development): Manage XX acres as ROW avoidance areas (Figure 2-24, Appendix A):<br>• Slopes of or greater than 30 percent;<br>• Within 300 feet of perennial streams;<br>• Within 100 feet of intermittent and ephemeral streams; |

Not for Public Distribution

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | the riparian system (BLM 1993a). | Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores);<br>• Biological Core areas (see *Wildlife – Terrestrial* section);<br>• Sites listed or eligible for listing on the National or State Register of Historic Places;<br>• SRMAs:<br>  ○ Burn Canyon<br>  ○ Dry Creek<br>  ○ Jumbo Mountain<br>  ○ Kinikin Hills<br>  ○ North Delta<br>  ○ Paradox Valley Zones 1-3<br>  ○ Ridgway Trails<br>  ○ Roubideau Zone 3<br>  ○ San Miguel River<br>  ○ Spring Creek<br>• Suitable WSR segments classified as "scenic" and "recreational:"<br>  ○ Gunnison River Segment 2<br>  ○ Roubideau Creek Segment 2<br>  ○ Deep Creek<br>  ○ West Fork Terror Creek<br>  ○ Beaver Creek<br>  ○ Naturita Creek | from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake;<br>• Pristine, ancient, and rare vegetation communities;<br>• Biological Core areas (see *Wildlife – Terrestrial* section);<br>• Occupied habitat of known populations of federally threatened and endangered species;<br>• Sites listed or eligible for listing on the National or State Register of Historic Places;<br>• ACECs:<br>  ○ Needle Rock<br>  ○ Adobe Badlands<br>  ○ South Fairview<br>• Lands within 50 meters on either side of centerline of National Trails. | • Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake;<br>• Pristine, ancient, and rare vegetation communities;<br>• Within 300 feet of naturally occurring riparian and wetland areas, seeps, and springs;<br>• Biological Core areas (see *Wildlife – Terrestrial* section;<br>• Federally listed candidate species' occupied habitats and known populations of Colorado hookless cactus;<br>• Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon;<br>• Sites listed or eligible for listing on the National or State Register of Historic Places;<br>• Lands identified for |

Internal Public Comment — Not for Public Distribution

BLM_0110248

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | o San Miguel River Segments 1, 3, 5, and 6<br>o Tabeguache Creek Segment 2<br>o Lower Dolores River<br>o North Fork Mesa Creek<br>o Dolores River Segment 2<br>o La Sal Creek Segments 1 and 2<br>o Lion Creek Segment 2<br>o Spring Creek<br>• Lands within 0.50-mile on either side of centerline of National Trails, except for the Old Spanish National Historic Trail; and<br>• Lands within 50 meters on either side of centerline of the Old Spanish National Historic Trail. | | wilderness characteristics protection;<br>• SRMAs:<br>o Roubideau Zone 3<br>o San Miguel River Zones 2 and 3<br>o Spring Creek Zone 2<br>• ACECs:<br>o Needle Rock<br>o Adobe Badlands<br>o South Fairview<br>o Roubideau Corridors<br>o Dolores River Slickrock Canyon<br>o Paradox Rock Art Complex<br>• Suitable WSR segments classified as "scenic:"<br>o Beaver Creek<br>o San Miguel River Segment 3<br>o Lower Dolores River<br>o La Sal Creek Segment 2<br>• Lands within 50 meters on either side of centerline of National Trails. |
| 452. | **Action:**<br>In the San Miguel River ACEC, authorize upgrades to existing major electric transmission lines within the San Miguel Canyon (BLM 1993a). | **Action:**<br>Same as Alternative A. | **Action:**<br>No similar action (San Miguel River Corridor is not an ACEC in this alternative). | **Action:**<br>Same as Alternative A. |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

Internal Draft Not for Public Distribution

BLM_0110249

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 453. | **Action:**<br>Make every reasonable effort to authorize primary access to private landowners via ROWs, when such access will not cause significant adverse impacts to other resources. While county road standards may be required when environmental impacts can in no other way be mitigated, do not grant additional ROWs when reasonable access already exists (unless there is a compelling public need) (BLM 1985). | **Action:**<br>Provide reasonable access and utilities to private landowners in an environmentally responsible manner. Do not grant ROWs when there is other reasonable access. | | |
| 454. | **Action:**<br>Manage xx acres as emphasis areas for wind energy development and operation (BLM 2005). | **Action:**<br>No similar action. | **Action:**<br>No similar action. | **Action:**<br>No similar action. |
| 455. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Allow renewable energy projects (such as wind, solar, hydroelectric) development and operation, except in ROW exclusion areas. | | |
| 456. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-48: *Bureau of Reclamation Dams or Appurtenant Structures.* Prohibit surface occupancy within 1,500 feet of a Bureau of Reclamation dam (i.e., Ridgway, Crawford and Paonia dams) or its appurtenant structures. (Refer to Appendix B.) (Figures 2-48, 2-49, and 2-50 , Appendix A) | | |
| 457. | Allowable Use:<br>No similar allowable use in | Allowable Use:<br>**LEASE NOTICE** LN-10: *US Bureau of Reclamation Dams.* The lessee is hereby notified that | | |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

2-203

BLM_0110250

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | current RMPs. | directional drilling is prohibited within 1,500 vertical feet below a Bureau of Reclamation dam (i.e., Ridgway, Crawford and Paonia dams) or its appurtenant structures. (Directional drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot horizontal radius of the structures.) (Refer to Appendix B.) | | |
| 458. | *COMMUNICATION SITES* | | | |
| 459. | **Action:**<br>Manage existing communication sites. | **Action:**<br>Same as Alternative A, plus:<br>• Designate all existing sites for low-power uses.<br>• Evaluate new low- or high-power communication site locations on a case-by-case basis. | **Action:**<br>Same as Alternative A, plus:<br>• Evaluate new low- or high-power communication site locations on a case-by-case basis. | **Action:**<br>Same as Alternative B. |
| 460. | *UTILITY CORRIDORS* | | | |
| 461. | **Action:**<br>Identify xx acres (management units 1, 2, 3, 5, portion of 7, 8, 9, 10, 11, 16) as open to development of major utility corridors, including:<br>• On xx acres (management unit 7), corridors 0.25-mile wide and located on each side of Colorado Highway 133 (BLM 1989a).<br>• Fairview South ACEC (xx acres), except pipelines and any surface disturbance that would affect threatened or endangered plant species or | **Action:**<br>Allow utility corridor development and operation except in ROW exclusion areas. Corridors must follow existing facilities and routes. | **Action:**<br>Allow utility corridor development and operation except in ROW exclusion areas. Preferred locations are adjacent to existing facilities and routes. | |

BLM_0110251

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | their potential habitat (BLM 1989a). (*BLM: does this conflict with ROW exclusion above?*)<br>• San Miguel River SRMA (*xx* acres), subject to visual impact mitigation. Open to major utilities the area downstream of Horsefly Creek until construction and maintenance impacts to the riparian zone reach five percent of the total riparian acreage (BLM 1993a). (*BLM: does this conflict with ROW exclusion above?*)<br>• West-wide Energy corridors (3,500 feet wide) (*XX* acres) for oil, gas, and hydrogen pipelines, and electricity transmission and distribution facilities (DOE and BLM 2009). | | | |
| 462. | *LAND TENURE ADJUSTMENTS – DISPOSAL* | | | |
| 463. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Consider disposal of lands that would consolidate public ownership for greater management efficiency while serving the public interest, including communities and their expanding needs. | | |
| 464. | **Action:**<br>Identify 8,180 acres as available for disposal (Figure 2-25, Appendix A):<br>• Allow disposal through | **Action:**<br>Identify 2,650 acres as available for disposal by any method (Figure 2-26, Appendix A). | **Action:**<br>Identify 9,850 acres as available for disposal by any method (Figure 2-27, Appendix A). | **Action:**<br>Identify 1,930 acres as available for disposal by any method (Figure 2-28, Appendix A). |

BLM_0110252

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | exchange, boundary adjustment, and the Recreation and Public Purposes Act (BLM 1993a);<br>• Dispose of approximately 21,700 acres through sales, exchanges, or any other title transfer means (BLM 1985); and<br>• Identify a total of 128 tracts totaling 10,353 acres for consideration for disposal through sale or exchange (BLM 1994). | | | |
| 465. | **Action:**<br>Land would be considered for disposal on a case-by-case basis. Intend to retain lands in public ownership; however, consider disposal that would enhance management goals and serve public interest. Allow disposal through exchange, boundary adjustment, and the Recreation and Public Purposes Act (BLM 1993a).<br><br>Allow for disposal of parcels that are not significant or needed for cultural values, | **Action:**<br>Consider additional lands suitable for disposal by any method if they meet one or more of the following criteria:<br>• Enhance management goals;<br>• Consolidate BLM ownership; and<br>• Serve local community or other government agency needs when in the public interest. | **Action:**<br>Consider additional lands suitable for disposal by any method if they meet one or more of the following criteria:<br>• Same as Alternative B plus:<br>  ○ Resolve unintentional trespass where disposal is the best tool to meet management objectives; and<br>  ○ Do not provide public or administrative access. | **Action:**<br>Consider additional lands suitable for disposal by any method if they enhance management goals, meet one or more of the following criteria, and also do not meet criteria for retention:<br>• Consolidate BLM ownership;<br>• Serve local community or other government agency needs when in the public interest; and<br>• Resolve unintentional trespass where disposal is the best tool to meet management |

BLM_0110253

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred_ |
|---|---|---|---|---|
| | mineral development, water and soil, livestock, wildlife, wild horses, forestry, natural resources, or recreation management (BLM 1985). | | | objectives. |
| 466. | **Action:** No similar action in current RMPs. | **Action:** Do not dispose of lands within existing withdrawals or powersite classifications (XX acres) (Figure 2-85, Appendix A) without concurrence from the managing agency (e.g., US Bureau of Reclamation, US Department of Energy). | | |
| 467. | _LAND TENURE ADJUSTMENTS – RETENTION_ | | | |
| 468. | **Objective:** No similar objective in current RMPs. | **Objective:** Retain lands in public ownership when it will serve the public interest, protect valuable resources, or achieve management goals. | | |
| 469. | **Action:** Retain in federal ownership a total of 667,620 acres, including 427,888 acres (BLM 1994) plus XX acres (BLM 1985) (Figure 2-25, Appendix A); consider these lands for disposal on a case-by-case basis (BLM 1994). This includes special management areas totaling 45,549 acres that are unavailable for disposal. | **Action:** Retain public lands not identified for disposal (673,150 acres) for long-term management (Figure 2-26, Appendix A]). | **Action:** Retain public lands not identified for disposal (665,950 acres) for long-term management (Figure 2-27, Appendix A]). | **Action:** Retain public lands not identified for disposal (673,870 acres) for long-term management (Figure 2-28, Appendix A]). |
| 470. | **Action:** No similar action in current RMPs. | **Action:** Retain lands that meet one or more of the following criteria: <br>• Lands containing valuable resources (e.g., minerals, recreational, cultural, special | **Action:** Retain lands that meet one or more of the following criteria: <br>• Lands containing valuable resources (e.g., minerals, recreational, cultural, special | **Action:** Retain lands that meet one or more of the following criteria: <br>• Lands containing valuable resources (e.g., minerals, recreational, cultural, special |

BLM_0110254

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | status species, riparian, fragile soils, rare biological soil crusts);<br>• Lands within key/priority habitats;<br>• Lands within or adjacent to areas with special designation (i.e., Tabeguache Area, WSAs, lands identified for wilderness characteristics protection, ACECs, WSRs, SRMAs);<br>• Lands located near communities that would better serve the public interest as open space;<br>• Lands that provide public or administrative access;<br>• Lands that consolidate BLM ownership; and<br>• Lands suitable for trail construction to link communities. | status species, riparian, fragile soils, rare biological soil crusts);<br>• Lands within or adjacent to special designation areas (i.e., Tabeguache Area, WSAs); and<br>• Lands suitable for trail construction to link communities. | status species, riparian, fragile soils, rare biological soil crusts);<br>• Lands within or adjacent to special designation areas (i.e., Tabeguache Area, WSAs, lands identified for wilderness characteristics protection, ACECs, WSRs, SRMAs);<br>• Lands located near communities that would better serve the public interest as open space;<br>• Lands that provide public or administrative access;<br>• Lands that consolidate BLM ownership; and<br>• Lands suitable for trail construction to link communities. |
| 471. | LAND TENURE ADJUSTMENTS – ACQUISITION | | | |
| 472. | **Objective:**<br>Acquire private lands, if available, to facilitate resource goals and objectives (BLM 1989a).<br><br>Acquire easements needed to facilitate management (BLM 1993a). | | | **Objective:**<br>Allow acquisition of non-federal lands to facilitate resource goals and objectives. |
| 473. | **Action:**<br>Acquire lands that contain sensitive, critical, crucial, and | **Action:**<br>As opportunities arise, acquire lands or easements as follows: | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110255

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | rare habitats to improve and benefit public lands and resources (BLM 1994).<br><br>Acquire or exchange land and subsurface mineral estate when mineral development, cultural resources, water and soil, livestock, wildlife, forestry, natural resources, ACECs, wilderness values or manageability, or recreation management opportunities will be enhanced (BLM 1985).<br>• Acquire fishing easements on ==xx== acres associated with priority streams (emphasis area B) (BLM 1985); and<br>• Acquire easements between Bedrock and the northern boundary of the Dolores River Canyon WSA (BLM 1985). | • ==Western access to Jumbo Mountain near Paonia==<br>• ==Ridgway;== *(Note to BLM: Please get clarification from Julie)*<br>• Camelback WSA private inholding: Sec. 3 T49N/R12W (160 acres);<br>• Easement to Paradox Rock Art ACEC; and<br>• Between Bedrock and the Dolores River Canyon WSA. | | |
| 474. | **Action:**<br>Acquire private lands, if available, if they would meet any of the following criteria:<br>• improve livestock management;<br>• increase crucial [now termed | **Action:**<br>Consider acquisition of lands or easements that meet the following criteria:<br>• Lands within or adjacent to areas with special designations (e.g., WSAs, lands identified | **Action:**<br>Consider acquisition of lands or easements that meet the following criteria:<br>• Lands containing valuable resources (e.g., recreational, cultural, special status species, | **Action:**<br>Consider acquisition of lands or easements that meet the following criteria:<br>• Same as Alternative C, plus:<br>  ○ Lands within or adjacent to areas with special |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-209

Internal Draft — Not for Public Distribution

BLM_0110256

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | "severe and winter concentration areas"] deer and elk winter range; or<br>• improve riparian management (BLM 1989a).<br><br>In [land] exchanges, acquire sensitive or critical habitats… [where possible] (BLM 1994). | for wilderness characteristics protection, ACECs, WSRs, SRMAs);<br>• Lands within key/priority habitats;<br>• Lands containing valuable resources (e.g., recreational, cultural, special status species, riparian, fragile soils, rare biological soil crusts);<br>• Lands that provide public or administrative access;<br>• Lands that consolidate BLM ownership and/or enhance management goals;<br>• River-side parcels and/or associated water rights along the Gunnison, San Miguel, and Dolores Rivers with important riparian values or that provide watershed or water quality protection values (e.g., salinity/selenium, sedimentation);<br>• Lands suitable for trail construction to link communities; and<br>• Non-federal lands where a trail or facility must cross or be built. | riparian, fragile soils, rare biological soil crusts);<br>• Lands suitable for trail construction to link communities; and<br>• Non-federal lands where a trail or facility must cross or be built. | designations (e.g., WSAs, lands identified for wilderness characteristics protection, ACECs, WSRs); and<br>○ Lands that provide public or administrative access; |

BLM_0110257

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 475. | **Action:**<br>No similar action in current RMP. | **Action**:<br>Reserve public access easements on lands transferred from public ownership (patents) when it will benefit management goals or the public. | | |
| 476. | *WITHDRAWALS* | | | |
| 477. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Meet resource and other agency needs by withdrawing lands from the public land laws and/or mining laws. | | |
| 478. | Refer to the *Locatable Minerals* section for withdrawals. | | | |
| 479. | **Action:**<br>Where applicable, replace existing withdrawals with ROWs, leases, permits or cooperative agreements (BLM 1985). | **Action:**<br>Where applicable, issue ROWs, leases, other authorizations, or agreements in lieu of withdrawals. | | |
| 480. | **Action:**<br>Upon withdrawal modification or revocation, revert part or all of the withdrawn land to the BLM (BLM 1985). | **Action:**<br>Upon revocation of existing withdrawals, manage the lands consistent with the objectives of adjacent or comparable public lands. | | |
| 481. | **Action:**<br>Maintain existing powersite withdrawals pending determination of potential. Do not consider these lands for disposal (BLM 1989a). | **Action:**<br>Maintain existing powersite classifications pending determination of potential for power-related projects. | | |
| 482. | **COAL** | | | |
| 483. | **GOAL**:<br>Provide opportunities for environmentally sound exploration and development of coal resources. | | | |
| 484. | **Objective:**<br>Allow mineral development on | **Objective:**<br>In areas identified as suitable for additional coal exploration and/or leasing, allow federal exploration | | |

BLM_0110258

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values (BLM 1985).<br><br>Coal development will be considered on a site-specific basis after consultation with affected entities and formulation of mitigating measures. Development of existing coal leases will continue, and unleased federal coal will be identified as acceptable for further coal leasing consideration with a minimum of multiple-use restrictions (BLM 1989a). | and/or leasing while providing protective stipulations to limit impacts to other resource values. | | |
| 485. | **Action:**<br>Allow coal leasing on 1,480 acres in the Nucla Known Recoverable Coal Resource Area. The remaining coal lands determined to be suitable or identified as priorities for future leasing will be managed for other multiple use considerations. These lands would be made available for | **Action:**<br>Manage the following areas as acceptable for further consideration for coal leasing (Figure 2-30, Appendix A):<br>• Dakota coal development potential area (xx acres);<br>• Fruitland coal development potential area (xx acres); and<br>• Mesa Verde coal resource development potential area | **Action:**<br>Manage the following areas as acceptable for further consideration for coal leasing (Figure 2-31, Appendix A):<br>• Dakota coal development potential area (xx acres);<br>• Fruitland coal development potential area (xx acres); and<br>• Mesa Verde coal resource development potential area | **Action:**<br>Manage the following areas as acceptable for further consideration for coal leasing (Figure 2-32, Appendix A):<br>• Dakota coal development potential area (xx acres);<br>• Fruitland coal development potential area (xx acres); and<br>• Mesa Verde coal resource development potential area |

2-212

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

BLM_0110259

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A
Current Management
(No Action) | Alternative B | Alternative C | Alternative D
Agency Preferred |
|---|---|---|---|---|
| | future leasing only when the coal priority area has been depleted or a significant demand is expressed that could not be met by the existing coal priority area (BLM 1985).

Identify xx acres as acceptable for further coal leasing consideration on a site-specific basis after consultation with affected entities and formulation of mitigating measures designed to protect identified resources (BLM 1989a).

(Refer to Figure 2-29, Appendix A.) | (xx acres). | (xx acres). | (xx acres). |
| 486. | **Action:**
Manage areas (xx acres) (Figure 2-29, Appendix A) identified in Screen 2 criteria, set forth in 43 CFR 3461.5, as acceptable for further consideration for coal leasing but unsuitable for surface mining or surface mining operations (Appendix L, Coal Screening Criteria in the UFO):
• Tabeguache Area; and
• WSAs. | | | |
| 487. | **Action:**
Identify xx acres (management unit 15) as closed to coal leasing to protect its scenic quality (BLM 1989a). | **Action:**
No similar action. | | |

BLM_0110260

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 488. | **Action:**<br>Manage xx acres (Figure 2-29, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix L, Coal Screening Criteria in the UFO):<br>• Adobe Badlands ACEC<br>• Congressionally designated National Trails (43 CFR 3400.2(a)(4)) | **Action:**<br>Manage xx acres (Figure 2-30, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix L, Coal Screening Criteria in the UFO):<br>• Lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado<br>• Public Water Supplies using a groundwater well or spring, a 2,640 horizontal foot buffer<br>• State Parks<br>• State Wildlife Areas<br>• Buckhorn Municipal Park<br>• SRMAs<br>• ACECs:<br>  ○ Salt Desert Shrub | **Action:**<br>Manage xx acres (Figure 2-31, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix L, Coal Screening Criteria in the UFO):<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado<br>• Public Water Supplies using a groundwater well or spring, a 1,000 horizontal foot buffer<br>• State Parks<br>• State Wildlife Areas<br>• Buckhorn Municipal Park<br>• Congressionally designated National Trails (43 CFR 3400.2(a)(4)) | **Action:**<br>Manage xx acres (Figure 2-32, Appendix A) in the coal resource development potential area as unacceptable for further consideration of leasing and development per Screen 3, set forth in 43 CFR 3420.1 (Appendix L, Coal Screening Criteria in the UFO):<br>• State Parks<br>• State Wildlife Areas<br>• Buckhorn Municipal Park<br>• Lands identified for wilderness characteristics protection<br>• SRMAs<br>• ACECs:<br>  ○ Adobe Badlands<br>  ○ San Miguel River<br>• Suitable WSR segments<br>• Congressionally designated National Trails (43 CFR 3400.2(a)(4)) |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110261

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | o San Miguel River<br>o East Paradox<br>• Suitable WSR segments classified as "wild:"<br>o Monitor Creek<br>o Potter Creek<br>o Roubideau Creek Segment 1<br>o Dry Creek<br>o Saltado Creek<br>o San Miguel River Segment 2<br>o Tabeguache Creek Segment 1<br>o Dolores River Segment 1<br>o La Sal Creek Segment 3<br>• Congressionally designated National Trails (43 CFR 3400.2(a)(4)) | | |
| 489. | Allowable Use:<br>**STIPULATION** NSO-CO-1 (BLM 1991a)/NSO-49: *Coal Lands*. Prohibit surface occupancy on leases within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction. (Refer to Appendix B.) (Figures 2-47, 2-48, and 2-50, Appendix A) | | | Allowable Use:<br>No similar action. |
| 490. | Allowable Use:<br>**STIPULATION** CSU-CO-25 (BLM 1991a): *Federally Leased Coal*. Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to | Allowable Use:<br>**STIPULATION** CSU-51: *Federally Leased Coal*. Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to accommodate room and pillar and long wall mining operations. (Refer to Appendix B.) (Figure 2-52, 2-53, 2-54, Appendix A) | | |

BLM_0110262

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | accommodate room and pillar mining operations. (Refer to Appendix B.) (Figure 2-51, Appendix A) | | | |
| 491. | Allowable Use: **LEASE NOTICE** LN-UB-10: *Insert Name*. Within the Paonia-Somerset Known Recoverable Coal Resource Area, coal and oil and gas leasing and development will be managed consistent with land use plans and lease terms. More specifically, the portions of the Known Recoverable Coal Resource Area where the overburden above the B-Seam of the Mesaverde coals is less than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to reach agreement on proposed | Allowable Use: **LEASE NOTICE** LN-11: *Insert Name*. The portions of the coal potential area where the overburden above the B-Seam of the Mesaverde coal is less than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to reach agreement on proposed oil and gas exploration or development, the BLM Authorized Officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. (Refer to Appendix B.) *(BLM/Desty: please provide language to apply across UFO)* | | |

BLM_0110263

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | oil and gas exploration or development, the BLM Authorized Officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. (Refer to Appendix B.) | | | |
| 492. | **FLUID MINERALS** *(Oil and Gas and Geothermal Resources)* | | | |
| 493. | **GOAL:**<br>Provide opportunities to develop fluid minerals consistent with other resource goals and uses to support local and national energy needs. | | | |
| 494. | **Objective:**<br>Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values (BLM 1985).<br>Continue oil, gas, and carbon dioxide operations in areas designated as Known Geologic Structures (BLM 1985). | **Objective:**<br>Lease federal fluid mineral and geothermal resources to facilitate economically and environmentally responsible exploration, development, and reclamation using the best available technology. | | |

Not for Public Distribution

BLM_0110264

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | Open federal oil, gas, and geothermal estate on both federal surface and split-estate lands to leasing with standard lease terms. Assign other conditions for leasing, such as no surface occupancy and seasonal stipulations, in each management unit prescription; also apply special stipulations and conditions to federal surface and split-estate lands. Also apply any special stipulations (i.e., seasonal closures) prescribed for a management unit to seismic and drilling activities (BLM 1989a).<br><br>Lease oil and gas with standard terms and conditions and additional leasing stipulations to further protect resources and values beyond the level of protection in the standard terms and conditions (BLM 1991a).<br><br>Facilitate orderly, economic, and environmentally-sound exploration and development of oil and gas resources using | | | |

Internal
Not for Public Distribution

BLM_0110265

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | balanced multiple use management (BLM 1993a). | | | |
| 495. | Allowable Use:<br>**NO LEASING (NL)**<br>Manage xx acres of the federal mineral estate as closed to fluid mineral leasing and geophysical exploration (Figure 2-43, Appendix A):<br>• Tabeguache Area;<br>• Adobe Badlands WSA;<br>• Camelback WSA;<br>• Dolores River Canyon WSA; and<br>• Sewemup Mesa WSA.<br>(Refer to Appendix B.) | Allowable Use:<br>**NO LEASING (NL)**<br>Manage xx acres of the federal mineral estate as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-44, Appendix A):<br>– Same as Alternative A plus:<br>  ○ within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers;<br>  ○ within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of | Allowable Use:<br>**NO LEASING (NL)**<br>Manage xx acres of the federal mineral estate as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-45, Appendix A):<br>• Same as Alternative A plus:<br>  ○ within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>  ○ within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring | Allowable Use:<br>**NO LEASING (NL)**<br>Manage xx acres of the federal mineral estate as closed to fluid mineral leasing, geothermal leasing, and geophysical exploration (Figure 2-46, Appendix A):<br>• Same as Alternative C. |

BLM_0110266

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | Colorado;<br>○ within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>○ within 1,000 horizontal feet of all domestic water wells;<br>○ Curecanti National Recreation Area;<br>○ State Parks;<br>○ State Wildlife Areas (Escalante, Billy Creek, Dan Noble, Woods Lake, McCluskey);<br>○ Gunnison sage-grouse lek habitat plus a 0.60-mile radius;<br>○ lands identified for wilderness characteristics protection;<br>○ SRMAs:<br>  – Dolores River Canyon;<br>  – Dry Creek Zones 1, 2, and 4;<br>  – Jumbo Mountain Zone 1;<br>  – Kinikin Hills Zone 1;<br>  – Paradox Valley Zone 4;<br>  – Ridgway Trails Zone 1;<br>  – Roubideau;<br>  – San Miguel River; and | | |

BLM_0110267

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | – Spring Creek Zones 1 and 2;<br>○ ACECs:<br>– Needle Rock;<br>– Roubideau-Potter-Monitor; and<br>– San Miguel River. | | |
| 496. | Allowable Use:<br>**LEASING**<br>Manage xx acres of the federal mineral estate as open to fluid mineral leasing and geophysical exploration subject to standard lease terms and conditions to protect existing resources (Figure 2-43, Appendix A):<br>• BLM surface/federal fluid mineral estate: xx acres<br>• US Forest Service surface/ federal fluid mineral estate: xx acres<br>• Private surface/federal fluid mineral estate: xx acres<br>• State surface/federal fluid mineral estate: xx acres | Allowable Use:<br>**LEASING**<br>Manage xx acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (Figure 2-44, Appendix A):<br>• BLM surface/federal fluid mineral estate: xx acres<br>• US Forest Service surface/ federal fluid mineral estate: xx acres<br>• Private surface/federal fluid mineral estate: xx acres<br>• State surface/federal fluid mineral estate: xx acres | Allowable Use:<br>**LEASING**<br>Manage xx acres of the federal mineral estate as open fluid mineral leasing, and geophysical exploration, subject to standard lease terms and conditions (Figure 2-45, Appendix A):<br>• BLM surface/federal fluid mineral estate: xx acres<br>• US Forest Service surface/ federal fluid mineral estate: xx acres<br>• Private surface/federal fluid mineral estate: xx acres<br>• State surface/federal fluid mineral estate: xx acres | Allowable Use:<br>**LEASING**<br>Manage xx acres of the federal mineral estate as open to fluid mineral leasing, geothermal leasing, and geophysical exploration, subject to standard lease terms and conditions (Figure 2-46, Appendix A):<br>• BLM surface/federal fluid mineral estate: xx acres<br>• US Forest Service surface/ federal fluid mineral estate: xx acres<br>• Private surface/federal fluid mineral estate: xx acres<br>• State surface/federal fluid mineral estate: xx acres |
| 497. | Allowable Use:<br>**STIPULATION** *NSO* (all NSOs): Prohibit surface occupancy on xx acres that are open to oil and gas leasing (BLM | Allowable Use:<br>**Stipulation** *NSO* (all NSOs): Prohibit surface occupancy on xx acres that are open to fluid mineral leasing. (Refer to | Allowable Use:<br>**Stipulation** *NSO* (all NSOs): Prohibit surface occupancy on xx acres that are open to fluid mineral leasing. (Refer to | Allowable Use:<br>**Stipulation** *NSO* (all NSOs): Prohibit surface occupancy on xx acres that are open to fluid mineral leasing. (Refer to |

Internal Preliminary Draft No Distribution

BLM_0110268

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | 1985 and 1989a). (Refer to Appendix B.) (Figure 2-47, Appendix A) | Appendix B.) (Figure 2-48, Appendix A) | Appendix B.) (Figure 2-49, Appendix A) | Appendix B.) (Figure 2-50, Appendix A) |
| 498. | Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on xx acres that are open to oil and gas leasing (BLM 1985 and 1989a). (Refer to Appendix B.) (Figure 2-51, Appendix A) | Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on xx acres that are open to fluid mineral leasing. (Refer to Appendix B.) (Figure 2-52, Appendix A) | Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on xx acres that are open to fluid mineral leasing. (Refer to Appendix B.) (Figure 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** *CSU* (all CSUs): Apply CSU restrictions on xx acres that are open to fluid mineral leasing. (Refer to Appendix B.) (Figure 2-54, Appendix A) |
| 499. | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and, in some cases, surface-disturbing activities, on xx acres that are open to oil and gas leasing (BLM 1985 and 1989a). (Refer to Appendix B.) (Figure 2-39, Appendix A) | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on xx acres that are open to fluid mineral leasing. (Refer to Appendix B.) (Figure 2-40, Appendix A) | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on xx acres that are open to fluid mineral leasing. (Refer to Appendix B.) (Figure 2-41, Appendix A) | Allowable Use:<br>**STIPULATION** *TLs* (all TLs): Prohibit surface occupancy and surface-disturbing activities on xx acres that are open to fluid mineral leasing. (Refer to Appendix B.) (Figure 2-42, Appendix A) |
| 500. | **Action:**<br>Require operators to meet the current BLM "Goldbook" standards for soil and water protection plus other BMPs (Appendix F), as applicable. | | | |
| 501. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Where appropriate and feasible, require installation of central liquids gathering and production facilities to reduce the total number of sources and to minimize truck traffic during fluid minerals development operations. | | |
| 502. | **LOCATABLE MINERALS, MINERAL MATERIALS, & NON-ENERGY LEASABLE MINERALS** | | | |
| 503. | **GOAL:**<br>Provide opportunities to develop locatable minerals, mineral materials, and non-energy leasable minerals consistent with other resource goals and uses to support local and national energy and mineral needs. | | | |

BLM_0110269

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| 504. | *LOCATABLE MINERALS* | | | |
| 505. | **Objective:** Minimize public land withdrawn from mining. Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values (BLM 1985). | **Objective:** Facilitate environmentally responsible exploration and development of locatable minerals. | | |
| 506. | **Action:** Maintain the following areas as withdrawn from mineral entry (Figure 2-55, Appendix A): • Tabeguache Area (xx acres); • Cory Lode mine for bat roosting (xx acres) (BLM 2008d); • US Bureau of Reclamation withdrawals (xx acres); • FERC withdrawals (xx acres); and • Department of Energy lease tracts (BLM 1985). *[Note to BLM: The GIS shows 20 acres total of withdrawals. Please verify.]* | | | |
| 507. | **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas totaling xx acres (Figure 2-56, Appendix A): • Dolores Cave (BLM 1985) • Tabeguache Pueblo (BLM 1985) • Important cultural resource properties (BLM 1985) • ACECs: | **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas totaling 356,110 acres (Figure 2-57, Appendix A): • Lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a | **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas totaling 12,350 acres (Figure 2-58, Appendix A): • Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a | **Action:** Petition the Secretary of the Interior for the withdrawal from mineral entry the following areas totaling 73,000 acres (Figure 2-59, Appendix A): • Same as Alternative C, plus: ○ Recreational sites (100-foot buffer) ○ Dolores River Slickrock Canyon ACEC ○ Suitable WSR segments |

June 2011     *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*     2-223
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110270

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | ○ Needle Rock (BLM 1989a)<br>○ Adobe Badlands (BLM 1989a)<br>• Fairview South (BLM 1989a) | distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado<br>• Lands within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring<br>• Lands identified for wilderness characteristics protection<br>• Recreational sites (500-foot buffer)<br>• SRMAs<br>• ACECs<br>• Suitable WSR segments classified as "wild:"<br>○ Monitor Creek<br>○ Potter Creek<br>○ Roubideau Creek Segment 1<br>○ Dry Creek<br>○ Saltado Creek<br>○ San Miguel River Segment 2<br>○ Tabeguache Creek Segment 1<br>○ Dolores River Segment 1<br>○ La Sal Creek Segment 3 | distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado<br>• Lands within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring | classified as "wild:"<br>– Monitor Creek<br>– Potter Creek<br>– Roubideau Creek Segment 1<br>– Saltado Creek<br>– San Miguel River Segment 2<br>– Tabeguache Creek Segment 1<br>– Dolores River Segment 1<br>– La Sal Creek Segment 3 |
| 508. | **Action:**<br>Continue approved operations | **Action:**<br>Allow locatable mineral | **Action:**<br>Allow locatable mineral | **Action:**<br>Allow locatable mineral |

Internal Public Distribution
Not for Public Distribution

BLM_0110271

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | of hard rock mining on xx acres (emphasis area E) under 43 CFR 3809 regulations (BLM 1985).<br><br>Open xx acres (management units 1-3, 5, 7-11, 15, 16) to mineral entry and location due to the lack of resource conflicts. | exploration and development on the remaining 319,700 acres under the General Mining Law of 1872. | exploration and development on the remaining 663,450 acres under the General Mining Law of 1872. | exploration and development on the remaining 602,800 acres under the General Mining Law of 1872. |
| 509. | *MINERAL MATERIALS (SALABLE MINERALS)* | | | |
| 510. | **Objective:**<br>Allow mineral development on all areas not specifically excluded from development. Provide protective stipulations to limit impacts to other resource values (BLM 1985). | **Objective:**<br>Facilitate environmentally responsible exploration and development of mineral materials. | | |
| 511. | Allowable Use:<br>Identify xx acres of federal mineral estate as closed to mineral material sales (BLM 1989a) (Figure 2-60, Appendix A):<br>• Riparian zones<br>• ACECs:<br>  ○ Needle Rock<br>  ○ Adobe Badlands<br>  ○ Fairview South<br>  ○ San Miguel River<br>• Tabeguache Area<br>• Needle Rock ISA | Allowable Use:<br>Close 431,590 acres to mineral material sales (Figure 2-61, Appendix A):<br>• Lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" | Allowable Use:<br>Close 50,400 acres to mineral material sales (Figure 2-62, Appendix A):<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" | Allowable Use:<br>Close 205,640 acres to mineral material sales (Figure 2-63, Appendix A):<br>• Lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" |

BLM_0110272

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | • Portion of Adobe Badlands WSA (xx acres)<br>• In the San Miguel SRMA outside the ACEC (xx acres), the San Miguel River, creeks, and their riparian corridors (BLM 1993a). | by the State of Colorado;<br>• Lands within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>• Lands within 500 feet of riparian areas;<br>• Federally threatened, endangered, and candidate plant species' occupied habitat;<br>• Potential Fossil Yield Classification 5a areas (xx acres);<br>• Lands identified for wilderness characteristics protection;<br>• SRMAs:<br>  ○ Burn Canyon;<br>  ○ Dolores River Canyon;<br>  ○ Dry Creek;<br>  ○ Jumbo Mountain;<br>  ○ Kinikin Hills;<br>  ○ North Delta;<br>  ○ Paradox Valley;<br>  ○ Ridgway Trails;<br>  ○ Roubideau;<br>  ○ San Miguel River; and<br>  ○ Spring Creek;<br>• ACECs;<br>• Tabeguache Area; | by the State of Colorado;<br>• Lands within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>• Federally threatened, endangered, and candidate plant species' occupied habitat;<br>• Potential Fossil Yield Classification 5a areas (xx acres);<br>• Tabeguache Area;<br>• WSAs; and<br>• Lands within 50 meters of Congressionally designated National Trails. | by the State of Colorado;<br>• Lands within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>• Lands within 100 feet of riparian areas;<br>• Federally threatened, endangered, and candidate plant species' occupied habitat;<br>• Lands identified for wilderness characteristics protection;<br>• SRMAs:<br>  ○ Dolores River Canyon;<br>  ○ Dry Creek Zones 1, 2, and 4;<br>  ○ Jumbo Mountain;<br>  ○ Roubideau;<br>  ○ San Miguel River; and<br>  ○ Spring Creek Zones 1 and 2;<br>• ACECs:<br>  ○ Needle Rock;<br>  ○ Adobe Badlands;<br>  ○ Fairview South;<br>  ○ Roubideau Corridors;<br>  ○ San Miguel River;<br>  ○ Dolores River Slickrock |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110273

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • WSAs;<br>• Suitable WSR segments classified as "wild:"<br>○ Monitor Creek;<br>○ Potter Creek;<br>○ Roubideau Creek Segment 1;<br>○ Dry Creek;<br>○ Saltado Creek;<br>○ San Miguel River Segment 2;<br>○ Tabeguache Creek Segment 1;<br>○ Dolores River Segment 1;<br>○ La Sal Creek Segment 3; and<br>• Lands within 0.50-mile of Congressionally designated National Trails. | | Canyon;<br>○ East Paradox; and<br>○ Paradox Rock Art;<br>• Tabeguache Area;<br>• WSAs;<br>• Suitable WSR segments; and<br>• Lands within 50 meters of Congressionally designated National Trails. |
| 512. | Allowable Use:<br>Continue sand and gravel operations on xx acres (BLM 1985).<br><br>Identify xx acres of federal mineral estate as open to mineral material sales (BLM 1989a).<br><br>(Refer to Figure 2-60, Appendix A.) | Allowable Use:<br>Allow disposal of mineral material (salable minerals) on 244,210 acres (Figure 2-61, Appendix A). | Allowable Use:<br>Allow disposal of mineral material (salable minerals) on 625,400 acres (Figure 2-62, Appendix A). | Allowable Use:<br>Allow disposal of mineral material (salable minerals) on 470,160 acres (Figure 2-63, Appendix A). |

BLM_0110274

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A _Current Management (No Action)_ | Alternative B | Alternative C | Alternative D _Agency Preferred_ |
|---|---|---|---|---|
| 513. | **Action:** Manage xx acres as a common use area for moss rock. | **Action:** Establish common use areas in appropriate locations and with sufficient capacity while avoiding proliferation of sites for similar materials in a given area. | **Action:** Establish no new common use areas. | **Action:** Manage xx acres as a common use area for moss rock. Establish no new common use areas. |
| 514. | Allowable Use: **STIPULATION** _TL_ (all TLs): Apply TLs to xx acres (management units 2 and 5) that are open to mineral material sales (BLM 1989a). (Refer to Appendix B.) | Allowable Use: No similar allowable use. TLs are applied through other programs. | | |
| 515. | _NON-ENERGY SOLID LEASABLE MINERALS (e.g., sodium and potassium)_ | | | |
| 516. | **Objective:** Allow mineral development on all areas open to such development. Provide protective stipulations to limit impacts to other resource values (BLM 1985). | **Objective:** Facilitate environmentally responsible exploration and development of non-energy solid leasable minerals. | | |
| 517. | Allowable Use: Close XX acres in the following areas to non-energy solid leasable mineral exploration and/or development (Figure 2-64, Appendix A): • Tabeguache Area; and • WSAs. | Allowable Use: Close 363,040 acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-65, Appendix A): • Same as Alternative A, plus: ○ Lands within 2,640 horizontal feet of either | Allowable Use: Close 0 acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-66, Appendix A): • Same as Alternative A, plus: ○ Lands within 1,000 horizontal feet of either | Allowable Use: Close 158,110 acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-67, Appendix A): • Same as Alternative C, plus: ○ Lands identified for wilderness characteristics |

BLM_0110275

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>○ Lands within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring;<br>○ Lands identified for wilderness characteristics protection;<br>○ SRMAs;<br>○ ACECs;<br>○ Suitable WSR segments classified as "wild:"<br>– Monitor Creek<br>– Potter Creek<br>– Roubideau Creek Segment 1<br>– Dry Creek<br>– Saltado Creek<br>– San Miguel River Segment 2 | side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of five (5) miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado;<br>○ Lands within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring; and<br>○ Lands within 50 meters of Congressionally designated National Trails.<br><br>*[Note to BLM: The GIS shows 0 acres. Please verify.]* | protection;<br>○ SRMAs; and<br>○ ACECs:<br>– Needle Rock<br>– Fairview South<br>– Dolores River Slickrock Canyon<br>– East Paradox<br>– Paradox Rock Art |

BLM_0110276

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | – Tabeguache Creek Segment 1<br>– Dolores River Segment 1<br>– La Sal Creek Segment 3<br>○ Lands within 0.50-mile of Congressionally designated National Trails. | | |
| 518. | Allowable Use:<br>Continue non-energy solid leasable leasing on xx acres (BLM 1985). | Allowable Use:<br>Manage 312,760 acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B. | Allowable Use:<br>Manage 675,800 acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B. | Allowable Use:<br>Manage 517,690 acres as open for consideration of non-energy solid leasable mineral exploration and/or development, subject to stipulations in Appendix B. |
| 519. | Special Designations | | | |
| 520. | **AREAS OF CRITICAL ENVIRONMENTAL CONCERN** | | | |
| 521. | **GOAL**:<br>Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to protect life and safety from natural hazards. | | | |
| 522. | **Objective**:<br>Manage the following areas (29,450 acres) as ACECs and RNAs or ONAs (Figure 2-68, Appendix A):<br>• Adobe Badlands ACEC/ONA (6,380 acres);<br>• Fairview South ACEC/RNA (210 acres);<br>• Needle Rock ACEC/ONA (80 acres); and | **Objective**:<br>Manage the following areas (211,120 acres) as ACECs and RNAs or ONAs (Figure 2-69, Appendix A):<br>• Coyote Wash ACEC (2,100 acres);<br>• Dolores River Slickrock Canyon ACEC (10,670 acres);<br>• East Paradox ACEC (7,360 acres); | **Objective**:<br>Manage the following areas (15,820 acres) as ACECs and RNAs or ONAs (Figure 2-70, Appendix A):<br>• Adobe Badlands ACEC/ONA (6,380 acres);<br>• Fairview South Expansion ACEC/RNA (640 acres);<br>• Needle Rock ACEC/ONA (80 acres); and | **Objective**:<br>Manage the following areas (51,360 acres) as ACECs and RNAs or ONAs (Figure 2-71, Appendix A):<br>• Same as Alternative C, plus:<br>○ Dolores River Slickrock Canyon ACEC (9,780 acres);<br>○ East Paradox ACEC (1,900 acres); |

BLM_0110277

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • San Miguel River ACEC (22,780 acres). | • Fairview South Expansion ACEC/RNA (4,250 acres); <br>• La Sal Creek ACEC (10,490 acres); <br>• Lower Uncompahgre Plateau Cultural ACEC (31,870 acres); <br>• Needle Rock ACEC/ONA (80 acres); <br>• Paradox Rock Art ACEC (1,080 acres); <br>• Roubideau-Potter-Monitor ACEC (14,940 acres); <br>• Salt Desert Shrub Ecosystem ACEC/RNA (34,540 acres) (includes the existing Adobe Badlands ACEC/ONA); <br>• San Miguel Gunnison Sage-grouse ACEC (470 acres); <br>• San Miguel River ACEC (35,420 acres); <br>• Sims Cerro Gunnison Sage-grouse ACEC (25,620 acres); <br>• Tabeguache Pueblo and Tabeguache Caves ACEC (26,400 acres); and <br>• West Paradox ACEC (5,190 acres). | • San Miguel River (xx acres). *[Note to BLM: The GIS does not include San Miguel River ACEC in Alternative C, but the GIS does include Roubideau Corridors ACEC, 8,720 acres. Need to correct GIS.]* | ○ Fairview South Expansion ACEC/RNA (640 acres); <br>○ Paradox Rock Art ACEC (1,080 acres); and <br>○ Roubideau Corridors ACEC (8,720 acres). |
| 523. | **Action**: <br>No similar action in current | **Action**: <br>Apply the following | **Action**: <br>Apply the following | **Action**: <br>Same as Alternative A. |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

2-231

BLM_0110278

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | RMPs. | management prescriptions to all ACECs:<br>– Manage as ROW exclusion with the following exceptions:<br>○ West Wide Energy corridor;<br>○ 100-foot buffer along county roads; and<br>○ Allow ROWs for private in-holdings or edge-holdings for reasonable access and utilities.<br>– Allowable Use:<br>**STIPULATION** NSO-50/NGD-34: *Areas of Critical Environmental Concern*: Prohibit surface occupancy and surface-disturbing activities in ACECs. (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A)<br>– Petition the Secretary of the Interior for withdrawal from locatable mineral entry.<br>– Allowable Use: Close to salable mineral disposal.<br>– Allowable Use: Close to non-energy solid mineral leasing. | management prescriptions to all ACECs:<br>– Allowable Use:<br>**STIPULATION** CSU-52/SSR-52: *Areas of Critical Environmental Concern*: Apply CSU/SSR restrictions in ACECs. (Refer to Appendix B.) (Figures 2-37 and 2-53, Appendix A) | |

BLM_0110279

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 524. | *ADOBE BADLANDS ACEC/ONA* | | | |
| 525. | **Action**:<br>Manage 6,380 acres of the Adobe Badlands WSA as an ACEC/ONA to protect unique scenic qualities; threatened and endangered species' habitats (Colorado hookless cactus [formerly Uinta Basin hookless cactus], clay-loving wild buckwheat, and Montrose penstemon); provide for semi-primitive, nonmotorized recreation opportunities and use; and reduce active erosion. Management actions include the following:<br>• Close to off-highway vehicles.<br>• Manage as VRM Class I.<br>• Allowable Use: Close to major utility development.<br>• Prohibit erosion and salinity control measures from utilizing structures or land treatments that would alter scenic values.<br>• Conduct a complete inventory for threatened and endangered species and establish research and | **Action**:<br>No similar action (see Salt Desert Shrub ACEC). | **Action**:<br>Manage 6,380 acres as the Adobe Badlands ACEC/RNA to protect federally threatened and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semi-primitive, nonmotorized recreation opportunities and use; and reduce active erosion. Management actions include the following:<br>• Manage for primitive nonmotorized and nonmechanized recreational uses.<br>• Close to motorized and mechanized travel.<br>• Manage as VRM Class II.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized uses, restrooms, barricades, fences, etc. as needed to protect resources.<br>• Manage for day use only; prohibit camping. | **Action**:<br>Manage 6,380 acres as the Adobe Badlands ACEC/RNA to protect federally threatened and BLM-sensitive species and habitats, scenic values, and highly erodible soils; provide for semi-primitive, nonmotorized recreation opportunities and use; and reduce active erosion. Management actions include the following:<br>• Close to motorized and mechanized travel.<br>• Manage as VRM Class II.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized uses, restrooms, barricades, fences, etc. as needed to protect resources.<br>• Manage for day use only; prohibit camping.<br>• Prohibit campfires.<br>• Manage as ROW avoidance.<br>• Allowable Use: Close to coal leasing. |

BLM_0110280

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | monitoring studies.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: Petition for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to disposal of mineral materials.<br>• Allowable Use: **NO LEASING** NL-9: *Areas of Critical Environmental Concern.* Close a portion (6,380 acres within Adobe Badlands WSA) to fluid mineral leasing and geophysical exploration. (Refer to Appendix B.)<br>• Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/ Outstanding Natural Areas.* Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.) (Figure 2-47, Appendix A) | | • Prohibit campfires.<br>• Manage as ROW avoidance. | • Allowable Use: Close to disposal of mineral materials.<br>• Allowable Use: **STIPULATION** NSO-50: *Areas of Critical Environmental Concern.* Prohibit surface occupancy. (Refer to Appendix B.) (Figure 2-50, Appendix A) |
| 526. | *FAIRVIEW SOUTH ACEC/RNA* | | | |
| 527. | **Action**:<br>Manage 210 acres as the Fairview South ACEC/RNA to protect clay-loving wild | **Action**:<br>Manage 4,250 acres as the Fairview South ACEC/RNA to protect clay-loving wild | **Action**:<br>Manage 640 acres as the Fairview South ACEC/RNA to protect clay-loving wild | **Action**:<br>Manage 640 acres as the Fairview South ACEC/RNA to protect clay-loving wild |

BLM_0110281

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | buckwheat and Adobe Beardtongue. Management actions include the following:<br>• Develop plant monitoring studies in cooperation with the Colorado Natural Areas Program.<br>• Close to OHV use.<br>• Close to development of new pipelines.<br>• Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/ Outstanding Natural Areas.* Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.) (Figure 2-47, Appendix A)<br>• Allowable Use: Petition for withdrawal from locatable mineral entry and location.<br>• Allowable Use: Close to disposal of mineral materials. | buckwheat, Colorado desert parsley, adobe beardtongue, and good-neighbor bladderpod. Management actions include the following:<br>• Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>• Close to sheep grazing unless research shows sheep grazing is beneficial or has no impact to clay-loving wild buckwheat. Allow sheep grazing for research.<br>• Close to cattle grazing.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nomechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage for day-use only; prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting. | buckwheat and adobe beardtongue. Management actions include the following:<br>• Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as day use only; prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting.<br>• Manage as VRM Class IV.<br>• Manage as ROW avoidance: | buckwheat and adobe beardtongue. Management actions include the following:<br>• Continue monitoring studies in cooperation with Colorado Natural Areas Program.<br>• Research sheep impacts on clay-loving wild buckwheat.<br>• Close to sheep grazing except for research.<br>• Allow sheep grazing if approved research clearly shows sheep grazing is beneficial or has no impact to clay-loving wild buckwheat.<br>• Close to cattle grazing.<br>• Provide facilities such as informational and interpretive signs, designated trail systems for nonmotorized and nonmechanized travel, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Close to motorized and mechanized travel.<br>• Manage as day use only; prohibit camping.<br>• Prohibit campfires.<br>• Prohibit wood collecting. |

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

BLM_0110282

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Manage as VRM Class III.<br>– Manage with additional exceptions for ROW exclusion:<br>○ 200 feet of the edge of South Canal, Kinikin Road, and Pahgre Road; and<br>○ 600-foot buffer on private lands in the Kinikin/Cedar portion (south unit of the ACEC). | | • Manage as VRM Class III.<br>• Allowable Use:<br>**STIPULATION** NSO-50: *Areas of Critical Environmental Concern*. Prohibit surface occupancy. (Refer to Appendix B.) (Figure 2-50, Appendix A)<br>• Allowable Use: Close to salable mineral material disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Manage as ROW exclusion with the following exceptions; manage these exceptions as ROW avoidance:<br>○ 100-foot buffer along county roads; and<br>○ Allow private edge-holdings ROWs for reasonable access and utilities. |
| 528. | *NEEDLE ROCK ACEC/ONA* | | | |
| 529. | **Action**:<br>Manage 80 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following: | **Action**:<br>Manage 80 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following: | **Action**:<br>Manage 80 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following: | **Action**:<br>Manage 80 acres as the Needle Rock ACEC/ONA ISA to protect the scientific, interpretive, and scenic qualities of this site. Management actions include the following: |

BLM_0110283

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • Manage as unallotted for livestock grazing use.<br>• Limit travel to designated road and trails.<br>• Manage as VRM Class I.<br>• Close to development of major utility facilities.<br>• Manage as a roaded natural area for recreation opportunities including sightseeing, picnicking, and geologic study.<br>• Allowable Use: **STIPULATION** NSO-UB-7 (BLM 1989a): *Areas of Critical Environmental Concern/ Outstanding Natural Areas.* Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.) (Figure 2-47, Appendix A)<br>• Allowable Use: Petition for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to disposal of mineral materials. | • Close to livestock grazing.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as VRM Class I.<br>• Provide facilities such as informational and interpretive signs, and maintain existing trails as needed to provide enhanced visitor use, enjoyment, and safety. Maintain existing trail systems and interpretive signs.<br>• Provide adequate protection (e.g., signing, use stipulations, barricades, fences, as needed) to protect sensitive species and their habitats.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Prohibit rock climbing.<br>• Allowable Use: **NO LEASING** NL-9: *Areas of Critical Environmental Concern.* Close to fluid mineral leasing and geophysical exploration. (Refer to Appendix B.) | • Close to livestock grazing.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as VRM Class II.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Manage as ROW avoidance<br>• Allowable Use: **STIPULATION** NSO-50/NGD-34: Areas of Critical Environmental Concern: Prohibit surface occupancy and surface-disturbing activities. (Refer to Appendix B.) (Figures 2-34 and 2-49, Appendix A) | • Close to livestock grazing.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as VRM Class II.<br>• Provide facilities such as informational and interpretive signs, and maintain existing trails as needed to provide enhanced visitor use, enjoyment, and safety. Maintain existing trail systems and interpretive signs.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Prohibit rock climbing.<br>• Manage as ROW avoidance.<br>• Allowable Use: **STIPULATION** NSO-50: *Areas of Critical Environmental Concern.* Prohibit surface occupancy. (Refer to |

BLM_0110284

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | Appendix B.) (Figure 2-50, Appendix A)<br>• Allowable Use: Close to salable mineral disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing. |
| 530. | *SAN MIGUEL RIVER ACEC* | | | |
| 531. | **Action**:<br>Manage 22,780 acres within the San Miguel River SRMA as the San Miguel River ACEC to protect unique riparian resources, scenic values, and recreation management. Management actions include the following (BLM 1993a):<br>• Continue cooperation with The Nature Conservancy and CDOW to study suitability of the San Miguel River for river otter reintroduction. Support reintroduction into suitable habitat.<br>• Manage as VRM Class II, except for the forest management areas from the original RMP (BLM 1985), which is VRM Class IV.<br>• With exception of three forest management areas | **Action**:<br>Manage 35,420 acres within the San Miguel River SRMA as the San Miguel River ACEC to protect unique riparian resources, scenic values, and compatible recreation management. Management actions include the following:<br>• Manage as VRM Class II.<br>• Prohibit wood collecting.<br>• Close to forest product harvest.<br>• Close to livestock grazing.<br>• Limit camping to designated sites and areas.<br>• Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, prohibit the camper from returning to that location for 30 days and/or requiring them to | Action:<br>Manage xx acres within the San Miguel River SRMA as the San Miguel River ACEC to protect unique riparian resources, scenic values, and recreation management. Management actions include the following:<br>• Manage as VRM Class III.<br>• If disturbance of wintering eagles becomes evident, close the area to public use from November 16 to April 30.<br>• Prohibit wood collecting.<br>• Prohibit vegetation projects for improved livestock forage production.<br>• Limit camping to designated sites and areas.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit target shooting.<br>• Limit motorized and | **Action**:<br>Manage 22,780 acres within the San Miguel River SRMA as the San Miguel River ACEC to protect unique riparian resources, scenic values, and recreation management. Management actions include the following:<br>• Manage as VRM Class III.<br>• Prohibit forest product harvest.<br>• Prohibit wood collecting.<br>• Limit camping to designated sites and areas.<br>• Limit camping to no longer than 7 consecutive days at any one location; after the 7 days has been reached, prohibit the camper from returning to that location for 30 days and/or requiring them to move at least 30 air miles |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110285

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | designated in the original RMP (BLM 1985), close the ACEC to forest product disposal unless criteria of improving riparian values and maintaining forest health are met.<br>• Do not attempt to improve forage production through vegetation projects.<br>• Limit camping along the river between Placerville and Sanborn Park Road to two designated sites only.<br>• Limit maximum length of stay to 14 days.<br>• Limit travel to designated routes. *(Note to BLM: The ACEC/SRMA amendment says "closed to OHVs," which we assume means closed to motorized, and that mechanized is limited to designated routes. Please confirm here and also be consistent with the ACEC RMZ of the San Miguel River SRMA. The correct designation will then be stated here and in the Comprehensive Trails and Travel Management section of this matrix.)* | move at least 30 air miles away from the previously occupied location.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit target shooting.<br>• Close to recreational mining activities.<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and restrooms, barricades, fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to protect sensitive species and their habitats.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: **NO LEASING** NL-9: *Areas of Critical Environmental Concern.* Close to fluid mineral leasing and geophysical exploration. | mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and restrooms, barricades, fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to protect sensitive species and their habitats.<br>*[Note to BLM: The GIS does not include San Miguel River ACEC in Alternative C, but the GIS does include Roubideau Corridors ACEC, 8,720 acres. Need to correct GIS.]* | away from the previously occupied location.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit target shooting.<br>• Close to recreational mining activities. *(BLM: please confirm)*<br>• Limit motorized and mechanized travel to designated routes.<br>• Where possible, locate facility development outside the 100-year floodplain.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and restrooms, barricades, fences, etc. as needed to provide enhanced visitor use, enjoyment, and safety, and to protect sensitive species and their habitats.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: **STIPULATION** NSO-50: *Areas of Critical Environmental Concern.* Prohibit surface occupancy. (Refer to Appendix B.) (Figure 2-50, |

BLM_0110286

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | • Require that all facility construction protects riparian and scenic values. Where possible, locate facility development outside the 100-year floodplain.<br>• Close to development of major utilities with the exception of those already established with San Miguel Power Association.<br>• Prohibit BLM-permitted actions, such as ROWs, bike trails, camping areas, etc. in relic riparian communities within the ACEC.<br>• Allowable Use: Close to disposal of mineral materials unless disposal is needed to meet management goals for the river or riparian area.<br>• Allowable Use: Close xx acres to mineral materials sales.<br>• Manage mineral development to minimize impacts on riparian and recreation values. | (Refer to Appendix B.) | | Appendix A)<br>• Allowable Use: Close to salable mineral disposal. |
| 532. | *COYOTE WASH ACEC* | | | |
| 533. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 2,100 acres as the Coyote Wash ACEC. | **Action**:<br>Same as Alternative A. | **Action**:<br>Same as Alternative A. |

BLM_0110287

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | Management actions include the following:<br>– Manage as VRM Class II.<br>– Manage as ROW exclusion.<br>– Provide facilities such as informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades, fences, etc. as needed for resource protection. | | |
| 534. | *DOLORES RIVER SLICKROCK CANYON ACEC* | | | |
| 535. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 10,670 acres as the Dolores River Slickrock Canyon ACEC to protect scenic values, cultural and paleontological resources, desert bighorn sheep, peregrine falcon, roundtail chub, and plant communities or species including the BLM sensitive species Kachina daisy and Naturita milkvetch. Management actions include the following:<br>• Close 9,800 acres (overlapping Dolores Canyon WSA) to motorized and mechanized travel.<br>• In the remaining portion of | **Action**:<br>Same as Alternative A. | **Action**:<br>Manage 9,780 acres as the Dolores River Slickrock Canyon ACEC to protect scenic values, cultural and paleontological resources, desert bighorn sheep, peregrine falcon, roundtail chub, and plant communities or species including the BLM sensitive species Kachina daisy and Naturita milkvetch. Management actions include the following:<br>• Close to motorized and mechanized travel.<br>• Provide facilities such as informational and interpretive signs, designated trail systems |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-241

BLM_0110288

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | the ACEC (870 acres), limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Allow camping only in designated sites and areas.<br>• Prohibit open campfires: require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Require firepans and porta-potties for overnight use if restroom is not available.<br>• Manage as VRM Class II.<br>• Close to recreational mining activities. | | and camping areas, restrooms, barricades, fences, etc. as needed for resource protection.<br>• Dispersed camping allowed unless otherwise posted.<br>• Prohibit open campfires: require use of fire pans, stoves, or grills.<br>• Prohibit wood collecting.<br>• Require porta-potties for overnight use if restroom is not available.<br>• Manage as VRM Class II.<br>• Allowable Use: **STIPULATION** NSO-50/SSR-53: *Areas of Critical Environmental Concern.* Prohibit surface occupancy and apply SSR restrictions. (Refer to Appendix B.) (Figures 2-38 and 2-50, Appendix A)<br>• Manage as ROW avoidance.<br>• Petition the Secretary of the Interior for withdrawal from locatable mineral entry.<br>• Allowable Use: Close to salable mineral material disposal. |

BLM_0110289

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | • Allowable Use: Close to non-energy solid mineral leasing. |
| 536. | *EAST PARADOX ACEC* | | | |
| 537. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 7,360 acres as the East Paradox ACEC to protect potential and known biological soil crusts, unique vegetation communities and BLM sensitive plant, aquatic, and terrestrial wildlife species including Paradox Valley lupine, Paradox breadroot, roundtail chub, flannelmouth sucker, and peregrine falcon. Management actions include the following:<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• On 7,360 acres of biological soil crust and gypsipherous plant communities, limit all travel (motorized, mechanized, foot, and equestrian) to designated routes.<br>• Close 7,360 acres of biological soil crust and gypsipherous plant | **Action**:<br>Same as Alternative A. | **Action**:<br>Manage 1,900 acres as the East Paradox ACEC/RNA to protect biological soil crusts, unique vegetation communities and BLM sensitive plant and aquatic wildlife species including Paradox Valley lupine, Paradox breadroot, roundtail chub, and flannelmouth sucker. Management actions include the following:<br>• Manage as VRM Class III.<br>• Emphasize management and long-term preservation of the biological soil crust community.<br>• Allow surface-disturbing activities associated with research for biological soil crust and gypsipherous plant communities. Conduct a complete inventory for biological soil crust and gypsipherous plant communities.<br>• Locate salt/mineral |

BLM_0110290

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | communities to camping. <br> • Allowable Use: **STIPULATION** TL-33: *East Paradox ACEC.* Close to rock climbing during Peregrine breeding season (March 1 to August 15) if peregrine falcons are present. (Refer to Appendix B.) (Figure 2-40, Appendix A) <br> • Allowable Use: Close to coal leasing. <br> • Allow surface-disturbing activities associated with research for biological soil crust and gypsipherous plant communities. <br> • Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats. | | supplement sites and water sites further than 0.25-mile from the boundary of the gypsipherous soils (gypsum land and gypsiothorids). <br> • Allow existing livestock watering reservoirs closer than 0.25-mile from the gypsipherous soils to remain; prohibit new reservoirs within 0.25-mile of the gypsipherous soils. <br> • Limit motorized and mechanized travel to designated routes. <br> • Manage for day use only; prohibit camping. <br> – Manage as ROW exclusion with the following exceptions; manage these areas as ROW avoidance: <br>   ○ 100-foot buffer along county roads; and <br>   ○ Allow private edge-holdings ROWs for reasonable access and utilities. <br> • Allowable Use: **STIPULATION** NSO-50: *Areas of Critical Environmental Concern.* Prohibit surface |

BLM_0110291

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | | | | occupancy. (Refer to Appendix B.) (Figure 2-50, Appendix A)<br>• Allowable Use: Close to salable mineral material disposal.<br>• Allowable Use: Close to non-energy solid mineral leasing. |
| 538. | *LA SAL CREEK ACEC* | | | |
| 539. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 10,490 acres as the La Sal Creek ACEC to protect unique vegetation communities and BLM sensitive plant, fish, and wildlife species including Paradox breadroot, Paradox Valley lupine, desert bighorn sheep, and peregrine falcon. Management actions include the following:<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, barricades, fences, etc. as needed for resource protection. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. |

BLM_0110292

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Allow camping only in designated sites and areas.<br>• Manage as VRM Class II.<br>• Manage with additional exceptions for ROW exclusion, including:<br>  ○ 0.25-mile buffer along private lands on the north side of the ACEC. | | |
| 540. | *LOWER UNCOMPAHGRE PLATEAU ACEC* | | | |
| 541. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 31,870 acres in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubideau Creek as an ACEC to protect unique cultural resource values. Management actions include the following:<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems, camping areas, restrooms, barricades, fences, etc. as needed to provide resource protection. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. |

BLM_0110293

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Manage for the protection of the Formative Era and protohistoric Ute occupations in Coalbank Canyon.<br>• Manage for the protection of historic Ute occupations and sacred sites.<br>• Manage for the protection of numerous rock art panels in the region including Dry Creek Overlook, Roatcap Gulch, Big Sandy, and Cushman Creek. | | |
| 542. | *PARADOX ROCK ART ACEC* | | | |
| 543. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 1,080 acres in the area of Paradox Rock Art Complex as an ACEC to protect unique cultural resource values, including numerous prehistoric petroglyphs and pictographs. Management actions include the following:<br>• Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, designated trail systems | **Action**:<br>Same as Alternative A. | **Action**:<br>Manage 1,080 acres in the area of Paradox Rock Art Complex as an ACEC to protect unique cultural resource values including numerous prehistoric petroglyphs and pictographs in the area. Management actions include the following:<br>• Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Manage as ROW avoidance.<br>• Provide facilities such as informational and interpretive |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-247

BLM_0110294

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | and camping areas, restrooms, etc. as needed for resource protection.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sites.<br>• Allow camping only in designated sites and areas.<br>• Prohibit target shooting.<br>• Close to rock climbing.<br>• Issue no SRPs. | | signs, designated trail systems and camping areas, restrooms, etc. as needed for resource protection.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive sites.<br>• Allow camping only in designated sites and areas.<br>• Prohibit target shooting.<br>• Designate areas to be used for rock climbing.<br>• Issue no SRPs for competitive events.<br>• Allow organized group SRPs for groups up to 25 people.<br>• If resource damage occurs, close to the action that is causing damage.<br>• Allowable Use: **STIPULATION** CSU-52: *Areas of Critical Environmental Concern.* Apply CSU restrictions. (Refer to Appendix B.) (Figure 2-54, Appendix A)<br>• Allowable Use: Close to salable mineral disposal. |

BLM_0110295

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | • Allowable Use: Close to non-energy solid mineral leasing. |
| 544. | *ROUBIDEAU CORRIDORS AND ROUBIDEAU-POTTER-MONITOR ACECS* | | | |
| 545. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 14,940 acres as the Roubideau-Potter-Monitor ACEC to protect narrowleaf cottonwood/ skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (peregrine falcon, Grand Junction milkvetch, desert bighorn sheep, and northern leopard frog), and historic resources. Management actions include the following:<br>• Manage as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes per the Dry Creek Travel Management Plan (BLM 2009).<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Issue no SRPs for competitive events. | **Action:**<br>Same as Alternative A. | **Action:**<br>Manage 8,720 acres as the Roubideau Corridors ACEC to protect narrowleaf cottonwood/ skunkbrush riparian forests, montane and lower montane riparian forests, BLM-sensitive species (Grand Junction milkvetch, desert bighorn sheep, and northern leopard frog), and historic resources. Management actions include the following:<br>– Manage as VRM Class III.<br>– Limit motorized and mechanized travel to designated routes per the Dry Creek Travel Management Plan (BLM 2009).<br>– Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>– Issue no SRPs for competitive events.<br>– Allow organized SRPs for |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

2-249

BLM_0110296

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Allow organized group SRPs for groups up to 25 people.<br>• Prohibit target shooting.<br>• Prohibit harvesting forest and woodland products and Christmas tree cutting.<br>• Allowable use: Close to recreational mining activities.<br>• Allowable Use: **NO LEASING** NL-9: *Areas of Critical Environmental Concern.* Close to fluid mineral leasing and geophysical exploration. (Refer to Appendix B.) | | groups up to 25 people.<br>– Prohibit harvesting forest and woodland products and Christmas tree cutting.<br>– Manage as ROW avoidance.<br>– Allowable Use: **STIPULATION** NSO-50: *Areas of Critical Environmental Concern.* Prohibit surface occupancy. (Refer to Appendix B.) (Figure 2-50, Appendix A)<br>– Allowable Use: Close to salable mineral disposal. |
| 546. | *SALT DESERT SHRUB ECOSYSTEM ACEC/RNA* | | | |
| 547. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 34,540 acres as the Salt Desert Shrub Ecosystem RNA/ACEC to protect federally threatened plant species, Colorado hookless cactus; the globally vulnerable and locally imperiled salt desert shrubland; and BLM-sensitive wildlife species, white-tailed prairie dog, burrowing owl, kit fox, ferruginous hawk, and pronghorn antelope. Management actions include the following: | **Action:**<br>Same as Alternative A. | **Action:**<br>No similar action (see Adobe Badlands ACEC/ONA). |

BLM_0110297

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | | • Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide facilities such as informational and interpretive signs, barricades, and fences as needed to protect resources.<br>• Manage for day use only: prohibit camping.<br>• Prohibit open campfires; require use of stoves or grills.<br>• Prohibit wood collecting.<br>• Allowable Use: Close to coal leasing.<br>• Manage with additional exceptions for ROW exclusion:<br>  ○ 0.25-mile ROW buffer zone along Highway 50 and 200 feet along existing roads; and<br>  ○ 0.25-mile ROW buffer zone along the south, southeast, and southwest eastern boundaries along private lands. | | |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

2-251

Internal Working Draft – Not for Public Distribution

BLM_0110298

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 548. | *SAN MIGUEL GUNNISON SAGE-GROUSE ACEC* | | | |
| 549. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 470 acres as the San Miguel Gunnison Sage-grouse ACEC for greater protection and enhancement of Gunnison sage-grouse habitat and to reduce wildlife harassment by other users.<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• Close to motorized and mechanized travel during strutting, nesting, and brood-rearing season (April 1 to July 15) to prevent disturbance to breeding sage-grouse.<br>• Follow recommendations in San Miguel Basin Gunnison Sage-grouse Conservation Plan (San Miguel Basin Gunnison Sage-grouse Working Group 2009). Manage vegetation for optimal Gunnison sage-grouse habitat.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110299

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | needed) to protect sensitive species and their habitats. | | |
| 550. | *SIMS-CERRO GUNNISON SAGE-GROUSE ACEC* | | | |
| 551. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 25,620 acres as the Sims-Cerro Gunnison Sage-grouse ACEC for greater protection and enhancement of Gunnison sage-grouse habitat and to reduce wildlife harassment by other users. Management includes the following:<br>• Manage as VRM Class III.<br>• Manage vegetation for optimal Gunnison sage-grouse habitat.<br>• Limit motorized and mechanized travel to designated routes.<br>• Close to motorized and mechanized travel during strutting, nesting, and brood-rearing season (April 1 to July 15) to prevent disturbance to breeding sage-grouse.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative A. |

Internal Public Distribution — Not for Public Distribution

BLM_0110300

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • In cooperation with CDOW, develop a Sims-Cerro Gunnison Sage-grouse Conservation Plan. | | |
| 552. | *TABEGUACHE PUEBLO AND TABEGUACHE CAVES ACEC* | | | |
| 553. | **Action**:<br>No similar action in current RMPs. | **Action**:<br>Manage 26,400 acres in the area of Tabeguache Pueblos and Tabeguache Caves as an ACEC to protect unique cultural resource values and to protect the Tabeguache Caves. Management actions include the following:<br>• Manage 5,290 acres (Tabeguache Area) as VRM Class I.<br>• Manage remaining 21,110 acres as VRM Class II.<br>• Limit motorized and mechanized travel to designated routes.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive sites. | **Action**:<br>Same as Alternative A. | **Action**:<br>Same as Alternative A. |
| 554. | *WEST PARADOX ACEC* | | | |
| 555. | **Action**:<br>No similar action in current | **Action**:<br>Manage 5,190 acres as the West | **Action**:<br>Same as Alternative A. | **Action**:<br>Same as Alternative A. |

BLM_0110301

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>Current Management<br>(No Action) | Alternative B | Alternative C | Alternative D<br>Agency Preferred |
|---|---|---|---|---|
| | RMPs. | Paradox ACEC to protect unique vegetation communities and BLM sensitive plant and terrestrial wildlife species including Paradox Valley lupine, Paradox breadroot, and peregrine falcon. Management actions include the following:<br>• Manage as VRM Class III.<br>• Limit motorized and mechanized travel to designated routes.<br>• Allowable Use: Close to rock climbing during Peregrine breeding season (March 1 to August 15) if peregrine falcons are present.<br>• Provide facilities such as informational and interpretive signs, designated trail systems and camping areas, restrooms, etc. as needed for resource protection.<br>• Provide adequate protection (signing, use stipulations, barricades, fences, etc. as needed) to protect sensitive species and their habitats.<br>• Allow camping only in designated sites and areas. | | |

BLM_0110302

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 556. | **WILDERNESS AND WILDERNESS STUDY AREAS** | | | |
| 557. | **GOAL:**<br>Preserve the wilderness character of the Tabeguache Area. | | | |
| 558. | **Objective:**<br>Provide protection and management of the Tabeguache Area (8,140 acres) to maintain wilderness character and potential for inclusion in the National Wilderness Preservation System as directed by Congress in the Colorado Wilderness Act of 1993 (PL 103-77, August 13, 1993). | | | |
| 559. | **Action:**<br>Apply the following management actions to the Tabeguache Area (Figure 2-72, Appendix A):<br>• Manage as VRM Class I.<br>• Close to motorized and mechanized use.<br>• Manage as ROW exclusion.<br>• Allowable Use: Withdraw from locatable mineral entry.<br>• Allowable Use: Close to coal leasing.<br>• Allowable Use: **NO LEASING** NL-10: *Tabeguache Area.* Close to fluid mineral leasing and geophysical exploration. (Refer to Appendix B.)<br>• Allowable Use: Close to non-energy solid mineral leasing.<br>• Allowable Use: Close to salable mineral material disposal. | **Action:**<br>Apply the following management actions to the Tabeguache Area (Figure 2-72, Appendix A):<br>• Same as Alternative A, plus:<br> ○ Close to target shooting.<br> ○ Allowable Use: **STIPULATION** SSR-54: *Tabeguache Area.* Apply SSR restrictions. (Refer to Appendix B.) (Figure 2-36, Appendix A) | | |

BLM_0110303

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 560. | **GOAL**:<br>Preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined under Interim Management Policy for Lands Under Wilderness Review (BLM Manual H-8550-1 [BLM 1995b]) until Congress either designates these lands as wilderness or releases them for other purposes. | | | |
| 561. | **Objective:**<br>Manage the following WSAs under Interim Management Policy and Guidelines for Lands under Wilderness Review (BLM Manual H-8550-1 [BLM 1995b]) until such time as Congress either designates them as wilderness or releases them for other uses (Figure 2-72, Appendix A):<br>• Adobe Badlands (10,340 acres);<br>• Camel Back (10,690 acres);<br>• Dolores River Canyon (13,350 acres);<br>• Needle Rock ISA (80 acres); and<br>• Sewemup Mesa (1,780 acres). | | | |
| 562. | **Action:**<br>Recommend 13,350 acres as suitable for wilderness designation under Section 603 of FLPMA:<br>• Dolores River Canyon WSA (13,350 acres) (BLM 1985). | **Action:**<br>No similar action; this action has been completed. | | |
| 563. | **Action:**<br>Recommend 22,810 acres as nonsuitable for wilderness designation under Section 603 of FLPMA:<br>• Adobe Badlands WSA (10,340 acres) (BLM 1989a);<br>• Camel Back WSA (10,690 acres) (BLM 1989a); and<br>• Sewemup Mesa WSA (1,780 | **Action:**<br>No similar action; this action has been completed. | | |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

2-257

BLM_0110304

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | acres) (BLM 1987). | | | |
| 564. | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>• Manage as VRM Class I.<br>• Manage as ROW exclusion.<br>– Allowable Use: **NO LEASING** NL-11: *WSAs.* Close to fluid mineral leasing and geophysical exploration. (Refer to Appendix B.)<br>– Allowable Use: Close to coal leasing.<br>– Allowable Use: Close to non-energy solid mineral leasing.<br>– Allowable Use: **STIPULATION** NGD-35: *WSAs:* Prohibit surface-disturbing activities. (Refer to Appendix B.) | | | |
| 565. | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>– Allowable Use: **STIPULATION** NGD-35: *WSAs:* Prohibit surface-disturbing activities. (Refer to Appendix B.) | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>– Same as Alternative A plus:<br>  ○ Prohibit competitive events.<br>  ○ Prohibit wood cutting.<br>  ○ Prohibit target shooting.<br>  ○ Allowable Use: Close to salable mineral material disposal. | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>– Same as Alternative A plus:<br>  ○ Allowable Use: Close to salable mineral material disposal. | **Action:**<br>Apply the following management prescriptions to all WSAs:<br>• Prohibit competitive events.<br>• Prohibit wood cutting.<br>• Allowable Use: Close to salable mineral material disposal.<br>• Allowable Use: **STIPULATION** SSR-55: *WSAs.* Apply SSR restrictions. (Refer to Appendix B.) (Figure 2-38, Appendix A) |
| 566. | Allowable Use:<br>Close Needle Rock ISA and a portion of Adobe Badlands WSA (6,460 acres [Adobe Badlands ACEC/ONA and Needle Rock ACEC/ONA]) to salable mineral material disposal. | Allowable Use:<br>No similar allowable use; see management prescriptions for all WSAs. | | |

2-258

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

BLM_0110305

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 567. | **Action:**<br>Close WSAs to motorized and mechanized travel:<br>• Adobe Badlands;<br>• Camelback;<br>• Dolores River Canyon; and<br>• Sewemup Mesa.<br>(BLM 2009 and 2010a)<br><br>Limit motorized and mechanized travel in Needle Rock ISA to the one existing way (county road) (BLM 2010a).<br><br>Issue special permits for vehicle use for administration of livestock grazing allotments in Sewemup Mesa WSA. | **Action:**<br>Close WSAs to motorized and mechanized travel:<br>• Adobe Badlands;<br>• Camelback;<br>• Dolores River Canyon; and<br>• Sewemup Mesa.<br><br>Limit motorized and mechanized travel in Needle Rock ISA to designated routes. | | |
| 568. | **Action:**<br>In the Dolores River Canyon WSA:<br>• Prohibit motorized river activities.<br>• Close ways (BLM 1985). | **Action:**<br>Same as Alternative A. (Ways have already been closed.) | | |
| 569. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>If Congress releases Adobe Badlands WSA, Camelback WSA or Needle Rock ISA from Wilderness consideration, initiate an RMP amendment as a public process to determine how to manage these areas.<br><br>When released, update the wilderness characteristics inventory for lands that were formerly WSAs | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110306

**Table 2-2** *(continued)*
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | (BLM Manual 6303). | | |
| 570. | **Action:** No similar action in current RMPs. | **Action:** If Congress releases Sewemup Mesa WSA from Wilderness consideration: <br>• Manage as VRM Class II. <br>• Close to motorized travel activities, including over-the-snow travel. <br>• Limit mechanized use to designated routes. <br>• Allowable Use: **NO LEASING/STIPULATION** NL-12/NGD-36: *Sewemup Mesa WSA if Released from Wilderness Consideration.* Close to fluid mineral leasing and geophysical exploration and prohibit surface-disturbing activities. (Refer to Appendix B.) <br>• Allowable use: Close to non-energy solid mineral leasing. <br>• Allowable use: Close to salable mineral material disposal. <br>• Issue no SRPs for competitive events. <br>• Prohibit wood cutting. <br>• Open to livestock grazing. | **Action:** If Congress releases Sewemup Mesa WSA from Wilderness consideration, manage the lands consistent with the goals and objectives in the RMP. | **Action:** If Congress releases Sewemup Mesa WSA from Wilderness consideration, manage the lands consistent with the goals and objectives for the Sewemup area in the BLM Grand Junction Field Office RMP. |

BLM_0110307

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | • Manage as ROW exclusion. | | |
| 571. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness consideration, continue to manage consistent with "MA-1" of the San Juan Public Lands Center DEIS/DRMP (page 2.66, Volume 1, Chapter 2) (BLM and US Forest Service 2007):<br>• Close to motorized and mechanized travel.<br>• Maintain a general absence of management activities.<br>• Allowable Use:<br>**STIPULATION** NSO-51: *Dolores River Canyon WSA if Released from Wilderness Consideration.* Prohibit surface occupancy. (Refer to Appendix B.) (Figure 2-48, Appendix A)<br>Note to BLM: need to track San Juan Public Lands Center EIS and replace actions when ROD is signed. | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness consideration, manage the lands for multiple uses consistent with the goals and objectives in the RMP. | **Action:**<br>If Congress releases Dolores River Canyon WSA from Wilderness consideration, manage the lands consistent with the goals and objectives for the Dolores River Canyon area in the BLM San Juan RMP. |
| 572. | **WILD AND SCENIC RIVERS** | | | |
| 573. | **GOAL:**<br>Protect National Wild and | **GOAL:**<br>Evaluate eligible river segments and identify suitable segments for inclusion in the NWSRS, protecting | | |

BLM_0110308

Table 2-2 (continued)
Description of Alternatives A, B, C, and D

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | Scenic Rivers System (NWSRS)-eligible segments in accordance with the Wild and Scenic Rivers Act and BLM guidance (BLM Manual 8351 [BLM 1993c]. | them in accordance with the Wild and Scenic Rivers Act and BLM guidance (BLM Manual 8351 [BLM 1993c]). | | |
| 574. | **Objective:** Preserve the preliminary classification of each eligible segment by protecting its free-flowing nature, water quality, and outstandingly remarkable value(s) (ORV), pending congressional action. | **Objective:** Preserve the recommended classification of each suitable segment by protecting its free-flowing nature, water quality, and ORV(s), pending congressional action. | **Objective:** No similar objective. | **Objective:** Same as Alternative B. |
| 575. | **Action:** Identify the following 28 stream segments as **eligible** for inclusion in the NWSRS (Figure 2-73, Appendix A). See Table 2-3, Summary of Wild and Scenic River Study Segments, for total segment lengths, classification (i.e., wild, scenic, or recreational), and segment study corridor acreages, as well as segment lengths on BLM land and segment study corridor acreages on BLM land (a description of each segment is provided in Appendix C): • Gunnison River Segment 2; | **Action:** Identify the following 28 stream segments as **suitable** for inclusion in the NWSRS (Figure 2-73, Appendix A). See Table 2-3, Summary of Wild and Scenic River Study Segments, for total segment lengths, classification, and segment study corridor acreages, as well as segment lengths on BLM land and segment study corridor acreages on BLM land (a description of each segment is provided in Appendix C): • Same as Alternative A. | **Action:** Determine all 28 eligible stream segments as **not suitable** for inclusion in the NWSRS and release them from interim management protections afforded eligible segments. | **Action:** Identify the following 16 stream segments as **suitable** for inclusion in the NWSRS (Figure 2-74, Appendix A). See Table 2-4, Summary of Wild and Scenic River Study Segments, for total segment lengths, classification, and segment study corridor acreages, as well as segment lengths on BLM land and segment study corridor acreages on BLM land (a description of each segment is provided in Appendix C): • Monitor Creek; • Potter Creek; |

BLM_0110309

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A Current Management (No Action) | Alternative B | Alternative C | Alternative D Agency Preferred |
|---|---|---|---|---|
| | • Monitor Creek; <br>• Potter Creek; <br>• Roubideau Creek Segment 1; <br>• Roubideau Creek Segment 2; <br>• Deep Creek; <br>• West Fork Terror Creek; <br>• Beaver Creek; <br>• Dry Creek; <br>• Naturita Creek; <br>• Saltado Creek; <br>• San Miguel River Segment 1; <br>• San Miguel River Segment 2; <br>• San Miguel River Segment 3; <br>• San Miguel River Segment 5; <br>• San Miguel River Segment 6; <br>• Tabeguache Creek Segment 1; <br>• Tabeguache Creek Segment 2; <br>• Lower Dolores River; <br>• Dolores River Segment 1; <br>• Dolores River Segment 2; <br>• North Fork Mesa Creek; <br>• Ice Lake Creek Segment 2; <br>• La Sal Creek Segment 1; <br>• La Sal Creek Segment 2; <br>• La Sal Creek Segment 3; <br>• Lion Creek Segment 2; and <br>• Spring Creek. | | | • Roubideau Creek Segment 1; <br>• Beaver Creek; <br>• Saltado Creek; <br>• San Miguel River Segments 1, 2, 3, 5, and 6; <br>• Tabeguache Segment 1; <br>• Lower Dolores River; <br>• Dolores River Segments 1 and 2; AND <br>• La Sal Creek Segments 2 and 3. |
| 576. | **Action:** <br>Establish the following interim | **Action:** <br>Establish the following interim | **Action:** <br>No similar action. | **Action:** <br>Establish the following interim |

BLM_0110310

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | protective management guidelines for all eligible segments pending Congressional action. All interim protective management is subject to valid existing rights.<br>• Approve no actions altering the free-flowing nature of eligible segments through impoundments, diversions, channeling, or riprapping.<br>• Approve no action that will have an adverse effect on an eligible segment's identified ORV(s). Enhance identified ORV(s) to the extent practicable.<br>• Approve no action that will modify an eligible segment or its corridor to the degree that its eligibility or tentative classification would be affected.<br>• Approve no action that would diminish water quality to the point that the water quality would no longer support the ORV(s). | protective management guidelines for all suitable segments pending Congressional action. All interim protective management is subject to valid existing rights.<br>• Same as Alternative A, plus:<br>  ○ Manage "wild" segments as VRM Class I.<br>  ○ Manage "scenic" segments as VRM Class II.<br>  ○ Manage "recreational" segments as VRM Class III.<br>  ○ Manage "wild" segments as ROW exclusion areas.<br>  ○ Manage "scenic" and "recreational" segments as ROW avoidance areas.<br>  ○ Allowable Use:<br>    **STIPULATION** NSO-52/NGD-37: *Wild Segments.* Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of either side of the active river channel (bank-full stage). (Refer to Appendix B.) (Figures 2-33 and 2-48, Appendix A)<br>  ○ Allowable Use: | | protective management guidelines for all suitable segments pending Congressional action. All interim protective management is subject to valid existing rights.<br>• Same as Alternative A, plus:<br>  ○ Manage "wild" segments with scenic ORV or within a WSA or the Tabeguache Area as VRM Class I.<br>  ○ Manage "wild" segments without a scenic ORV and not within a WSA or the Tabeguache Area as VRM Class II.<br>  ○ Manage "scenic" segments as VRM Class II.<br>  ○ Manage "recreational" segments with a scenic ORV as VRM Class II.<br>  ○ Manage "recreational" segments without a scenic ORV according to the background VRM class in that area.<br>  ○ Manage "wild" segments as ROW exclusion areas.<br>  ○ Manage "scenic" segments as ROW avoidance areas. |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110311

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | **STIPULATION** CSU-53/SSR-56: *Scenic and Recreational Segments.* Apply CSU (site-specific relocation) restrictions within 0.25-mile on either side of the active river channel (bank-full stage). (Refer to Appendix B.) (Figures 2-36 and 2-52, Appendix A)<br>o Allowable use: Close "wild" segments to mineral material disposal.<br>o Allowable use: Close "wild" segments to non-energy solid mineral leasing.<br>o Allowable use: Close "wild" segments to coal leasing.<br>o Petition the Secretary of the Interior to withdraw "wild" segments from locatable mineral entry. | | o Allowable Use: **STIPULATION** NSO-53: *Wild and Scenic Segments.* Prohibit surface occupancy within the study corridor. (Refer to Appendix B.) (Figure 2-50, Appendix A)<br>o Allowable Use: **STIPULATION** CSU-54: *Recreational Segments.* Apply CSU restrictions within the study corridor. (Refer to Appendix B.) (Figure 2-54, Appendix A)<br>o Allowable Use: **STIPULATION** SSR-58: *WSR Segments.* Apply SSR restrictions within the study corridor. (Refer to Appendix B.) (Figure 2-38, Appendix A)<br>o Allowable use: Close all segments to mineral material disposal.<br>o Allowable use: Close all segments to coal leasing.<br>o Petition the Secretary of the Interior to withdraw "wild" segments from locatable mineral entry. |

Internal Public Distribution Not for Public Distribution

BLM_0110312

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| 577. | **WATCHABLE WILDLIFE AREAS** | | | |
| 578. | **GOAL:**<br>No similar goal in current RMPs. | **GOAL:**<br>Provide opportunities for publics to see and enjoy native wildlife. | **GOAL:**<br>Same as Alternative A. | **GOAL:**<br>Same as Alternative B. |
| 579. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Designate and provide information to the public on Watchable Wildlife Areas. | **Objective:**<br>Same as Alternative A. | **Objective:**<br>Same as Alternative B. |
| 580. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate 28,230 acres as Watchable Wildlife Areas (Figure 2-86, Appendix A). Focus management on enhancing wildlife habitat in these areas and providing opportunities for the public to view and learn about the wildlife of these areas.<br>• Billy Creek;<br>• Club Gulch (important bird area);<br>• Fruitgrowers (important bird area) (area managed by Bureau of Reclamation);<br>• San Miguel (important bird area); and<br>• Uncompahgre Riverway. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 581. | **Action:**<br>Where feasible, complete | **Action:**<br>Where feasible, complete | **Action:**<br>No similar action. | **Action:**<br>Same as Alternative B. |

BLM_0110313

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | wildlife habitat improvements to enhance wildlife viewing in association with cultural values (emphasis area F) (BLM 1985). | wildlife habitat improvements to enhance fish/wildlife viewing opportunities, while maintaining protection of fish/wildlife. | | |
| 582. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 2,990 acres of Billy Creek Watchable Wildlife Area, in coordination with CDOW, to protect and enhance migratory and breeding bird and big game habitat. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 583. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 2,260 acres of Club Gulch Watchable Wildlife Area, in coordination with CDOW, to protect and enhance migratory and breeding bird habitat. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 584. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 120 acres of Fruitgrowers Watchable Wildlife Area, in cooperation with US Bureau of Reclamation, to protect and enhance migratory and breeding bird habitat. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 585. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 22,840 acres of San Miguel Watchable Wildlife Area to protect and enhance | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |

BLM_0110314

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | migratory and breeding bird and native fish habitat. | | |
| 586. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Manage 20 acres of Uncompahgre Riverway Watchable Wildlife Area to protect and enhance migratory and breeding bird and native fish habitat. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 587. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>In coordination with CDOW and local wildlife-related organizations (e.g., Black Canyon Audubon, Colorado Breeding Bird Atlas, Colorado Natural Heritage Program, hunting groups), evaluate known wildlife concentration areas or areas with special wildlife interest for possible additional designation as Watchable Wildlife Areas. | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |
| 588. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Provide facilities such as informational and interpretive signs, designated trail systems, and restrooms, as needed to provide enhanced visitor use, enjoyment, and safety. Provide adequate protection (e.g., | **Action:**<br>Same as Alternative A. | **Action:**<br>Same as Alternative B. |

Internal Draft – Not for Public Distribution

BLM_0110315

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | | signing, use stipulations, barricades, fences) as needed to protect sensitive species and their habitats. | | |
| 589. | **NATIONAL TRAILS AND BLM BYWAYS** | | | |
| 590. | *NATIONAL TRAILS* | | | |
| 591. | **GOAL**: Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated National Scenic, Historic, and Recreation Trails. | | | |
| 592. | **Objective:** No similar objective in current RMPs. | **Objective:** Identify and manage National Historic Trails. | | |
| 593. | **Action:** No similar action in current RMPs. | **Action:** Evaluate known historic trails for their eligibility for inclusion in the National Historic Trails system (e.g., Old Spanish Trail–northern branch, Ute Trail, Rivera Expedition trail, Dominguez/Escalante Trail, Loring Military Expedition Trail, and Gunnison Expedition Trail) (Alternative B on Figure 2-87; Alternative C on Figure 2-88, and Alternative D on Figure 2-89, Appendix A). | | |
| 594. | **Action:** No similar action in current RMPs. | **Action:** Manage all National Trails except for the Old Spanish National Historic Trail as ROW avoidance areas (0.50-mile buffer on either side of centerline). Manage the Old Spanish National Historic Trail as a ROW avoidance area (50-meter buffer on either side of centerline). | **Action:** Manage all National Trails as ROW avoidance areas (50-meter buffer). | |
| 595. | Allowable Use: Close all Congressionally | Allowable Use: Same as Alternative A, plus | Allowable Use: Same as Alternative A, plus close all National Trails to mineral | |

BLM_0110316

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A *Current Management (No Action)* | Alternative B | Alternative C | Alternative D *Agency Preferred* |
|---|---|---|---|---|
| | designated National Trails to coal leasing (43 CFR 3400.2(a)(4)) (Figure 2-86, Appendix A). | close all Congressionally designated National Trails to mineral material disposal and non-energy solid mineral leasing (0.50-mile buffer). | material disposal and non-energy solid mineral leasing (50-meter buffer). | |
| 596. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** NSO-54: *Old Spanish National Historic Trail.* Prohibit surface occupancy within a 0.50-mile buffer of the center line. (Refer to Appendix B.) (Figure 2-48, Appendix A) | Allowable Use: **STIPULATION** NSO-55: *Old Spanish National Historic Trail.* Prohibit surface occupancy within a 50-meter buffer of the center line. (Refer to Appendix B.) (Figure 2-49, Appendix A) | Allowable Use: **STIPULATION** NSO-56: *Old Spanish National Historic Trail.* Prohibit surface occupancy within a 200-meter buffer of the center line of the Congressionally designated portion of the trail. (Refer to Appendix B.) (Figure 2-50, Appendix A) |
| 597. | Allowable Use: No similar allowable use in current RMPs. | Allowable Use: **STIPULATION** CSU-55: *Old Spanish National Historic Trail.* Apply CSU restrictions within 5 miles of either side of the Old Spanish National Historic Trail. (Refer to Appendix B.) (Figure 2-52, Appendix A) | Allowable Use: Same as Alternative A. | Allowable Use: **STIPULATION** CSU-56: *Old Spanish National Historic Trail.* Apply CSU restrictions to undesignated portions of the Old Spanish National Historic Trail. (Refer to Appendix B.) (Figure 2-54, Appendix A) |
| 598. | **Objective:** No similar objective in current RMPs. | **Objective:** Manage the Tabeguache and Paradox Trails to provide for the ever-increasing outdoor recreation needs of an expanding urban population and to promote the preservation of public access to, travel within, and enjoyment and appreciation of the scenic, natural, and cultural resources of the Tabeguache. | | |
| 599. | **Action:** No similar action in current | **Action:** Petition the Secretary of Interior to designate the Tabeguache and Paradox Trails as National | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110317

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | RMPs. | Recreation Trails as described in the National Trails System Act of 2002 (Public Law 90-543) (Alternative B on Figure 2-87; Alternative C on Figure 2-88, and Alternative D on Figure 2-89, Appendix A). | | |
| 600. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-57:<br>*National Recreation Trails.*<br>Prohibit surface occupancy within 0.50-mile of the center line. (Refer to Appendix B.) (Figure 2-48, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-58:<br>*National Recreation Trails.*<br>Prohibit surface occupancy within 500 meters of the center line. (Refer to Appendix B.) (Figure 2-49, Appendix A) | Allowable Use:<br>**STIPULATION** NSO-59:<br>*National Recreation Trails.*<br>Prohibit surface occupancy within 200 meters of the center line of designated trails. (Refer to Appendix B.) (Figure 2-50, Appendix A) |
| 601. | *NATIONAL AND BLM BYWAYS* | | | |
| 602. | **GOAL:**<br>Enhance, promote, and protect the scenic, natural, and cultural resource values associated with current and future designated byways. | | | |
| 603. | Objective:<br>No similar objective in current RMPs. | Objective:<br>Support efforts of designated byway corridor management plans and provide assistance in the development of byway facilities consistent with other decisions of this RMP:<br>• Grand Mesa Scenic and Historic Byway;<br>• San Juan Skyway (National Scenic Byway and All-American Road);<br>• Unaweep-Tabeguache Scenic and Historic Byway (Colorado Scenic and Historic Byway); and<br>• West Elk Scenic and Historic Byway (Colorado Scenic and Historic Byway).<br>(Refer to Appendix A: Alternative B on Figure 2-87; Alternative C on Figure 2-88, and Alternative D on Figure 2-89.) | | |
| 604. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Designate all National and BLM Byways as VRM Class II within 0.50-mile from either side of centerline. | **Action:**<br>Designate all National and BLM Byways as VRM Class III within 0.25-mile from either side of centerline. | **Action:**<br>Within 0.50-mile from either side of centerline, designate:<br>• Grand Mesa Scenic Byway as VRM Class II;<br>• West Elk Scenic Byway from Northeast UFO boundary to |

BLM_0110318

2. Alternatives (Management Guidance for Alternatives A, B, C, and D)

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management (No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | | | | Gunnison County Road 12 as VRM Class II;<br>• Remaining portion of West Elk Scenic Byway as VRM Class III;<br>• San Juan Skyway as VRM Class III; and<br>• Unaweep/Tabeguache Byway as VRM Class III. |
| 605. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-60: *Scenic Byways.* Prohibit surface occupancy within the viewshed of scenic byways, up to 0.50-mile. (Refer to Appendix B.) (Figure 2-48, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-57: *Scenic Byways.* Apply CSU restrictions within 0.25-mile of scenic byways. (Refer to Appendix B.) (Figure 2-53, Appendix A) | Allowable Use:<br>**STIPULATION** CSU-58: *Scenic Byways.* Apply CSU restrictions within 0.50-mile of scenic byways. (Refer to Appendix B.) (Figure 2-54, Appendix A) |
| 606. | Support | | | |
| 607. | **NATIVE AMERICAN TRIBAL USES** | | | |
| 608. | **GOAL:**<br>Manage public lands in a manner that accommodates American Indian religious traditions, practices, and beliefs. | | | |
| 609. | **Objective:**<br>Allow the appropriate tribal governments to comment on developments or projects on public lands which may affect Native American Religious Concerns. | | | |
| 610. | **Action:**<br>Follow current management practices as guided by directives contained in BLM 8120, American Indian Religious Freedom Act (42 USC 1996), Native American Graves Protection and Repatriation Act (25 USC 3001), Executive Order 13007 (Indian Sacred Sites), and Executive Order 13084 (Tribal Consultation). | | | |
| 611. | **Action:**<br>During project planning, consult with tribes regarding visual resources in connection with Native American religious values and practices. If visual resources in the project proposal area are important to traditional and religious tribal values, consider modifying or mitigating | | | |

BLM_0110319

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management<br>(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | the project. If the project modification or mitigation cannot be accomplished to the satisfaction of the concerned parties, consider canceling the project at the discretion of the BLM Authorized Officer. | | | |
| 612. | **Action:**<br>Continue and expand consulting partnerships with the Northern Ute Tribe, Southern Ute Tribe, and Ute Mountain Ute tribes. | | | |
| 613. | **Action:**<br>Continue Native American consultation to identify any traditional cultural properties, sacred/religious sites, or special use areas through letters, phone calls, and on-site visits. If any areas are identified or become known through the Native American notification or consultation process, address their concerns through site- and project-specific modification and/or mitigation. | | | |
| 614. | **Action:**<br>Protect and preserve Native American cultural and sacred sites and Native American access to these sites whenever possible. Take no action that would adversely affect these areas or locations without consultation with the appropriate Native American tribes (Executive Orders 13007 and 13084). | | | |
| 615. | **PUBLIC HEALTH AND SAFETY** | | | |
| 616. | **GOAL:**<br>Manage public lands to reduce hazardous risks to protect lives, resources, and property. Enhance public health in cooperation with local communities. | | | |
| 617. | **Objective:**<br>No similar objective in current RMPs. | **Objective:**<br>Reduce risks from potential hazard sites and pursue the reduction of hazards. | | |
| 618. | **Action:**<br>Post caution signs for the public in the North Delta unexploded ordinance area. | **Action:**<br>No similar action, this action has been completed. | | |
| 619. | **Action:**<br>Require project proponents in the North Delta unexploded ordinance area to clear the affected project area on a project-specific basis. | | | |
| 620. | Allowable Use:<br>**LEASE NOTICE** LN-UFO-08/LN-12: *Insert name.* The lease area is known to contain unexploded ordinance. The Colorado National Guard and Army Reserve used the lease area as a practice area for military training in the past. Periodic surface searches for ordinance may not have located and removed all of the ordinance. Prior to any new activity on the lease area, a survey for surface and subsurface unexploded ordinance is required to avoid impacts to health and safety. Lessees must contact the Uncompahgre Field Office prior to any | | | |

BLM_0110320

**Table 2-2** (continued)
**Description of Alternatives A, B, C, and D**

| Line # | Alternative A<br>*Current Management*<br>*(No Action)* | Alternative B | Alternative C | Alternative D<br>*Agency Preferred* |
|---|---|---|---|---|
| | surface activities associated with this lease. The lessee will be required to coordinate with the Colorado National Guard, Army Reserve and the Colorado Department of Public Health and Environment to conduct additional surveys to ensure that there is no unexploded ordinance present on the proposed disturbance sites and appropriate actions are taken to be sure the sites are safe for use. BLM may recommend modifications to exploration and development proposals to avoid impacts to health and safety. The lease holder agrees to indemnify the United States against any liability arising from the lease holder's and its agents activities on the lease area. | | | |
| 621. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>Conduct hazardous material response in accordance with the local Hazardous Materials plan (*BLM: insert citation and provide copy to EMPSi for AR*) and the National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR 300). | | |
| 622. | **Action:**<br>No similar action in current RMPs. | **Action:**<br>To the extent possible, clean up and reclaim sites in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR 300) and the Comprehensive Environmental Response, Compensation, and Liability Act. | | |
| 623. | Allowable Use:<br>No similar allowable use in current RMPs. | Allowable Use:<br>**STIPULATION** NSO-61/NGD-38: *DOE Uranium Mill Tailings Remedial Action Area*. Prohibit surface occupancy and surface-disturbing activities in the supplemental standard area around Uravan associated with the US DOE Uranium Mill Tailings Remedial Action Area. (Refer to Appendix B.) (Figures 2-33 and 2-48 [Alternative B], 2-34 and 2-49 [Alternative C], and 2-35 and 2-50 [Alternative D], Appendix A) | | |
| 624. | **Action:**<br>No similar action. | **Action:**<br>Manage new and abandoned mine lands projects to include road closures and rehabilitation to reduce active erosion. | **Action:**<br>Manage abandoned mine lands projects to include rehabilitation to reduce active erosion. | **Action:**<br>Manage new and abandoned mine lands projects to include rehabilitation to reduce active erosion. Consider closing routes as part of comprehensive travel management planning. |
| 625. | **Action:**<br>No similar action. | **Action:**<br>Provide for public safety in the event of a burning or smoldering coal seam. | | |

BLM_0110321


Table 2-3
**Summary of Wild and Scenic River Study Segments (Alternatives A and B)**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Gunnison River Segment 2 | 0.41 | 0.41 | 128.6 | 85.5 | Recreational | Fish |
| Monitor Creek | 9.42 | 9.42 | 2,732.4 | 2,613.0 | Wild | Vegetation |
| Potter Creek | 9.82 | 9.82 | 2,878.5 | 2,828.5 | Wild | Vegetation |
| Roubideau Creek Segment 1 | 10.74 | 10.00 | 2,851.6 | 2,703.0 | Wild | Recreational, Wildlife, Cultural, Vegetation |
| Roubideau Creek Segment 2 | 7.59 | 3.45 | 2,204.7 | 1,326.7 | Scenic | Wildlife, Vegetation |
| Deep Creek | 2.55 | 0.58 | 807.9 | 127.7 | Scenic | Fish |
| West Fork Terror Creek | 1.21 | 0.47 | 385.5 | 151.3 | Scenic | Fish |
| Beaver Creek | 14.25 | 14.19 | 4,293.2 | 3,707.4 | Scenic | Vegetation |
| Dry Creek | 10.49 | 10.42 | 2,843.9 | 2,760.4 | Wild | Scenic, Geologic |
| Naturita Creek | 24.97 | 9.99 | 6,417.4 | 3,238.5 | Scenic | Fish |
| Saltado Creek | 5.56 | 4.14 | 1,761.4 | 1,448.4 | Wild | Vegetation |
| San Miguel River Segment 1 | 27.23 | 17.34 | 8,444.0 | 6,679.2 | Recreational | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology |
| San Miguel River Segment 2 | 4.01 | 3.64 | 1,256.0 | 1,112.0 | Wild | Scenic, Recreational, Wildlife, Vegetation |
| San Miguel River Segment 3 | 7.31 | 5.30 | 2,288.3 | 1,880.7 | Scenic | Recreational, Fish, Wildlife, Vegetation |
| San Miguel River Segment 5 | 14.00 | 2.59 | 4,348.5 | 2,738.1 | Recreational | Recreational, Fish, Historic, Vegetation |
| San Miguel River Segment 6 | 3.23 | 2.25 | 989.4 | 808.7 | Recreational | Recreational, Fish, Historic, Vegetation |
| Tabeguache Creek Segment 1 | 3.61 | 3.61 | 1,083.3 | 1,077.0 | Wild | Vegetation |

BLM_0110322

**Table 2-3** (continued)
**Summary of Wild and Scenic River Study Segments (Alternatives A and B)**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Tabeguache Creek Segment 2 | 11.57 | 7.89 | 3,002.7 | 2,487.3 | Recreational | Cultural, Vegetation |
| Lower Dolores River | 10.53 | 6.93 | 3,120.2 | 2,197.5 | Scenic | Scenic, Recreational, Geologic, Fish, Wildlife |
| North Fork Mesa Creek | 8.53 | 5.81 | 2,466.9 | 2,042.4 | Scenic | Vegetation |
| Dolores River Segment 1 | 8.7 | 8.7 | 1,952.2 | 1,952.2 | Wild | Recreational, Scenic, Fish, Wildlife, Geology, Ecologic, Archaeology |
| Dolores River Segment 2 | 11.5 | 5.42 | 3,244.5 | 1,820.7 | Recreational | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation |
| Ice Lake Creek Segment 2 | 0.58 | 0.31 | 180.6 | 104.8 | Scenic | Scenic |
| La Sal Creek Segment 1 | 4.82 | 0.62 | 1,348.9 | 718.1 | Recreational | Fish, Vegetation |
| La Sal Creek Segment 2 | 4.52 | 3.82 | 1,171.7 | 1,032.9 | Scenic | Fish, Vegetation |
| La Sal Creek Segment 3 | 3.37 | 3.37 | 915.6 | 907.7 | Wild | Scenic, Recreational, Fish, Cultural, Vegetation |
| Lion Creek Segment 2 | 1.57 | 1.26 | 486.2 | 401.5 | Scenic | Vegetation |
| Spring Creek | 2.65 | 1.49 | 834.4 | 633.0 | Recreational | Vegetation |

Sources: BLM 2010b, BLM and US Forest Service 2007

BLM_0110323

**Table 2-4**
**Summary of Wild and Scenic River Study Segments (Alternative D)**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Monitor Creek | 9.4 | 9.4 | 2,535.1 | 2,535.1 | Wild | Vegetation |
| Potter Creek | 9.8 | 9.8 | 2,812.8 | 2,812.8 | Wild | Vegetation |
| Roubideau Creek Segment 1 | 9.9 | 9.9 | 2,684.3 | 2,684.3 | Wild | Recreational, Wildlife, Cultural, Vegetation |
| Beaver Creek | 14.3 | 14.2 | 4,174.8 | 3644.0 | Scenic | Vegetation |
| Saltado Creek | 5.6 | 5.6 | 1640.6 | 1,336.1 | Wild | Vegetation |
| San Miguel River Segment 1 | 27.2 | 17.3 | 8,361.7 | 6,680.1 | Recreational | Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology |
| San Miguel River Segment 2 | 4.0 | 4.0 | 1,244.7 | 1,110.6 | Wild | Scenic, Recreational, Wildlife, Vegetation |
| San Miguel River Segment 3 | 4.5 | 4.5 | 1,351.7 | 1,351.7 | Scenic | Recreational, Fish, Wildlife, Vegetation |
| San Miguel River Segment 5 | 7.5 | 1.3 | 2338.8 | 1738.2 | Recreational | Recreational, Fish, Historic, Vegetation |
| San Miguel River Segment 6 | 2.1 | 2.1 | 386.4 | 386.4 | Recreational | Recreational, Fish, Historic, Vegetation |
| Tabeguache Creek Segment 1 | 3.4 | 3.4 | 1,006.5 | 1,006.5 | Wild | Vegetation |
| Lower Dolores River | 4.2 | 4.2 | 632.5 | 632.5 | Scenic | Scenic, Recreational, Geologic, Fish, Wildlife |
| Dolores River Segment 1 | 8.7 | 8.7 | 1,952.2 | 1,952.2 | Wild | Recreational, Scenic, Fish, Wildlife, Geology, Ecologic, Archaeology |

Internal Not for Public Distribution

BLM_0110324

**Table 2-4** (continued)
**Summary of Wild and Scenic River Study Segments (Alternative D)**

| River or Creek | Total Segment Length (miles) | Length on BLM Land (miles) | Total Wild and Scenic River Study Corridor (acres) | Area on BLM Land (acres) | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|---|---|
| Dolores River Segment 2 | 5.3 | 5.3 | 1,234.8 | 1,234.8 | Recreational | Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation |
| La Sal Creek Segment 2 | 3.3 | 3.3 | 793.4 | 793.4 | Scenic | Fish, Vegetation |
| La Sal Creek Segment 3 | 3.4 | 3.4 | 802.7 | 802.7 | Wild | Scenic, Recreational, Fish, Cultural, Vegetation |

Sources: BLM 2010b, BLM and US Forest Service 2007

BLM_0110325

1  2.8   SUMMARY COMPARISON OF ENVIRONMENTAL CONSEQUENCES
2        To be completed.

**Table 2-5**
**Summary of Environmental Consequences of Alternatives A, B, C, and D**

| Resource/Resource Use | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| To be completed. | | | | |

3

BLM_0110326

This page intentionally left blank.

BLM_0110327

## 2.9   REFERENCES

Alpine Archaeological Consultants. 2010. Class I Cultural Resource Overview of the BLM Uncompahgre Field Office.

BLM (US Department of the Interior, Bureau of Land Management). 1985. San Juan/San Miguel Planning Area Resource Management Plan and Record of Decision. BLM, Montrose District, CO. September 1985.

_____. 1989a. Uncompahgre Basin Resource Management Plan and Record of Decision. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. July 1989.

_____. 1989b. Final Wilderness EIS for the Uncompahgre Basin. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. September 1989.

_____. 1991a. Colorado Oil and Gas Development Final Environmental Impact Statement. BLM, Colorado State Office, Lakewood, CO. February 3, 1997.

_____. 1991b. Wilderness Study Report. BLM, Montrose District, Montrose District Study Areas, CO. October 1991.

_____. 1992. Fire Management EA # CO-030-U-92-20. BLM, Uncompahgre Basin Resource Area, Montrose CO. June 30, 1992.

_____. 1993a. Proposed Area of Critical Environmental Concern and Special Recreation Management Area on the San Miguel River Environmental Assessment. BLM, Montrose District, San Juan/San Miguel Planning Area, CO. February 1993.

_____. 1993b. Mesa Creek Coordinated Resource Management Plan and Environmental Assessment. BLM, Uncompahgre Basin Resource Area, Montrose District, CO. May 27, 1993.

_____. 1993c. Manual 8351: Wild and Scenic Rivers—Policy and Program Direction for Identification, Evaluation, and Management. Rel. 8-62, December 22, 1993. BLM, Washington, DC.

_____. 1994. Land Disposal RMP Amendment, CO-034-94-23. BLM, Montrose District, Uncompahgre Basin Resource Area, CO. September 1994.

_____. 1995. Manual 8550: Interim Management Policy and Guidelines for Lands Under Wilderness Review. Rel. 8-66, July 5, 1995. BLM, Washington DC.

_____. 1997. BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado. BLM, Colorado State Office, Lakewood, Colorado. February 3, 1997.

_____. 2005. Record of Decision for Implementation of a Wind Energy Development Program and Associated Land Use Plan Amendments. BLM, Washington, DC. December 15, 2005.

BLM_0110328

1  _____. 2006. BLM Handbook H-2930-1: Recreation Permit Administration. Rel. 2-295. BLM,
2  Washington, DC. August 7, 2006. 93 pp.

3  _____. 2007. Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17
4  Western States Final Programmatic Environmental Impact Statement. BLM, Nevada State Office,
5  Reno, NV. June 2007.

6  _____. 2008a. Fire Management Plan. BLM, Uncompahgre Field Office, CO. Unsigned.

7  _____. 2008b. Proposed Oil Shale and Tar Sands Resource Management Plan Amendments to Address
8  Land Use Allocations in Colorado, Utah, and Wyoming and Final Programmatic Environmental
9  Impact Statement. BLM, Washington, DC. September 2008.

10  _____. 2008c. Record of Decision and Resource Management Plan Amendments for Geothermal
11  Leasing in the Western United States. BLM, Washington, DC. December 2008.

12  _____. 2008d. Environmental Assessment for Withdrawal for Protection of Townsend's Big-eared Bat
13  Maternity Roosting Sites. EA No. CO-150-2008-15. BLM, Uncompahgre Field Office, Grand
14  Junction Field Office, and Dolores Public Lands Office. December 2008.

15  _____. 2009. Dry Creek Travel Management Plan, CO-150-2008-33 EA. BLM, Uncompahgre Field
16  Office, CO. December 2009.

17  _____. 2010a. OHV Area Designations, DOI-BLM-CO-S050-2008-0064 EA. BLM, Uncompahgre Field
18  Office, CO. February 2010.

19  _____. 2010b. Final Wild and Scenic River Eligibility Report for the BLM Uncompahgre Planning Area.
20  BLM, Uncompahgre Field Office, Montrose, CO. June 2010.

21  _____. 2010c. Weed Management Strategy Including Strategy by Species for the Uncompahgre Field
22  Office and Gunnison Gorge NCA. Compiled 2007-2008, Updated March 2010. BLM,
23  Uncompahgre Field Office, Montrose, CO.

24  _____. 2011. Manual 6302 – Consideration of Lands with Wilderness Characteristics in the Land Use
25  Planning Process. Rel. 6-127. BLM, Washington, DC. February 25, 2011. 15 pp.

26  _____. BLM 201x. Wild and Scenic River Suitability Study. *[Awaiting report from BLM]*

27  _____. BLM 201x. Final Areas of Critical Environmental Concern Evaluation Report. *[Awaiting report
28  from BLM]*

29  BLM (US Department of the Interior, Bureau of Land Management) and US Forest Service (US
30  Department of Agriculture, Forest Service). 2007. San Juan Public Lands Draft Land Management
31  Plan and Draft Environmental Impact Statement. San Juan Public Lands Center, Durango, CO.
32  December 2007.

BLM_0110329

Lambeth, R. E. and D. R. Reeder. 2009. Migratory Bird Status Literature Review. Prepared by Rare Earth Science, LLC, for the US Bureau of Land Management, Uncompahgre Field Office, Montrose, Colorado.

Neely, B., S. Panjabi, E. Lane, P. Lewis, C. Dawson, A. Kratz, B. Kurzel, T. Hogan, J. Handwerk, S. Krishnan, J. Neale, and N. Ripley. 2009. Colorado Rare Plant Conservation Strategy. Developed by the Colorado Rare Plant Conservation Initiative. The Nature Conservancy, Boulder, Colorado. 117 pp. http://www.cnhp.colostate.edu/teams/botany.asp

Otak. 2009. Visual Resource Inventory. Prepared for the Uncompahgre Field Office, Montrose, CO. September 2009.

US Department of Energy and BLM (US Department of the Interior, Bureau of Land Management). 2009. Approved Resource Management Plan Amendments/Record of Decision (ROD) for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States (BLM/WO-GI-09-005-1800). January 2009.

US Forest Service (US Department of Agriculture, Forest Service) and BLM (US Department of the Interior, Bureau of Land Management). 2001. Gunnison Travel Interim Restrictions. US Forest Service, Grand Mesa, Uncompahgre, and Gunnison National Forests, and BLM, Gunnison and Uncompahgre Field Offices, CO. March 2001.

Wilson, D. E. and S. Ruff. 1999. The Smithsonian Book of North American Mammals, Smithsonian Institution. pp 148-150.

BLM_0110330

This page intentionally left blank.

BLM_0110331

# GLOSSARY

**2920 Permits.** Land use authorizations processed under 43 CFR 2920 that can include agricultural, industrial, commercial, or residential uses, such as commercial filming, advertising displays, apiaries, commercial or noncommercial croplands, or temporary or permanent facilities for commercial purposes. Section 302 of the Federal Land Policy and Management Act provides BLM's authority to issue these types of leases and permits.

**Acquisition.** Acquisition of lands can be pursued to facilitate various resource management objectives. Acquisitions, including easements, can be completed through exchange, Land and Water Conservation Fund purchases, donations, or receipts from the Federal Land Transaction Facilitation Act sales or exchanges.

**Acquired lands.** Acquired lands, as distinguished from public lands, are those lands in federal ownership which have been obtained by the Government by purchase, condemnation, or gift, or by exchange for such purchased, condemned or donated lands, or for timber on such lands.

**Activity plan.** A type of implementation plan (see *Implementation plan*); an activity plan usually describes multiple projects and applies best management practices to meet land use plan objectives. Examples of activity plans include interdisciplinary management plans, habitat management plans, recreation area management plans, and grazing plans.

**Actual use.** The amount of animal unit months consumed by livestock based on the numbers of livestock and grazing dates submitted by the livestock operator and confirmed by periodic field checks by the BLM.

**Adaptive management.** A type of natural resource management in which decisions are made as part of an ongoing science-based process. Adaptive management involves testing, monitoring, and evaluating applied strategies, and incorporating new knowledge into management approaches that are based on scientific findings and the needs of society. Results are used to modify management policy, strategies, and practices.

BLM_0110332

**Air basin.** A land area with generally similar meteorological and geographic conditions throughout. To the extent possible, air basin boundaries are defined along political boundary lines and include both the source and receptor areas.

**Air pollution.** Degradation of air quality resulting from unwanted chemicals or other materials occurring in the air.

**Air quality classes.** Classifications established under the Prevention of Significant Deterioration portion of the Clean Air Act, which limits the amount of air pollution considered significant within an area. Class I applies to areas where almost any change in air quality would be significant; Class II applies to areas where the deterioration normally accompanying moderate well-controlled growth would be insignificant; and Class III applies to areas where industrial deterioration would generally be insignificant.

**Airshed.** A subset of air basin, the term denotes a geographical area that shares the same air because of topography, meteorology and climate.

**Allotment.** An area of land in which one or more livestock operators graze their livestock. Allotments generally consists of BLM lands but may include other federally managed, state-owned, and private lands. An allotment may include or more separate pastures. Livestock numbers and periods of use are specified for each allotment.

**Allotment management plan (AMP).** A concisely written program of livestock grazing management, including supportive measures if required, designed to attain specific, multiple-use management goals in a grazing allotment. An AMP is prepared in consultation with the permittee(s), lessee(s), and other affected interests. Livestock grazing is considered in relation to other uses of the range and to renewable resources, such as watershed, vegetation, and wildlife. An AMP establishes seasons of use, the number of livestock to be permitted, the range improvements needed, and the grazing system.

**Allowable cut.** The amount of timber, which can be harvested on an annual or decadal basis consistent with the principle of sustained yield. The allowable cut includes all planned timber harvest volumes exclusive of such products as Christmas trees, branches, and cones.

**Allowable sale quantity (ASQ).** The quantity of timber that may be sold from an area covered by a land management plan during a period specified by the plan, usually expressed as the average annual allowable sale quantity.

**All-terrain vehicle.** A motorized vehicle that is less than 50 inches in width and is capable of operating on roads, trails, or designed areas that are not maintained; A wheeled vehicle, other than a snowmobile, which has a wheelbase and chassis of 50 inches in width or less, is steered with handlebars, generally has a dry weight of 800 pounds or less, travels on three or more low-pressure tires, and has a seat designed to be straddled by the operator.

**Alluvial soil.** A soil developing from recently deposited alluvium and exhibiting essentially no horizon development or modification of the recently deposited materials.

BLM_0110333

**Alluvium.** Clay, silt, sand, gravel, or other rock materials transported by moving water. Deposited in comparatively recent geologic time as sorted or semi-sorted sediment in rivers, floodplains, lakes, and shores, and in fans at the base of mountain slopes.

**Ambient air quality.** The state of the atmosphere at ground level as defined by the range of measured and/or predicted ambient concentrations of all significant pollutants for all averaging periods of interest.

**Ambient noise.** The all-encompassing noise level associated with a given environment, being a composite of sounds from all sources.

**Amendment.** The process for considering or making changes in the terms, conditions, and decisions of approved Resource Management Plans or management framework plans. Usually only one or two issues are considered that involve only a portion of the planning area.

**Analysis of the Management Situation (AMS).** Assessment of the current management direction. It includes a consolidation of existing data needed to analyze and resolve identified issues, a description of current BLM management guidance, and a discussion of existing problems and opportunities for solving them.

**Ancient (vegetation).** Very old woodlands or forests (450 years or more) with old growth structure which have persisted through multiple droughts.

**Animal Unit Month (AUM).** The amount of forage necessary for the sustenance of one cow or its equivalent for a period of one month.

**Aquatic.** Living or growing in or on the water.

**Area of Critical Environmental Concern (ACEC).** Special Area designation established through the BLM's land use planning process (43 CFR 1610.7-2) where special management attention is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards. The level of allowable use within an ACEC is established through the collaborative planning process. Designation of an ACEC allows for resource use limitations in order to protect identified resources or values.

**Assets.** Term utilized to describe roads, primitive roads, and trails that comprise the transportation system. Also the general term utilized to describe all BLM constructed "Assets" contained within the Facility Asset Management System.

**Atmospheric deposition.** Air pollution produced when acid chemicals are incorporated into rain, snow, fog, or mist and fall to the earth. Sometimes referred to as "acid rain" and comes from sulfur oxides and nitrogen oxides, products of burning coal and other fuels and from certain industrial processes. If the acid chemicals in the air are blown into the area where the weather is wet, the acids can fall to earth in the rain, snow, fog, or mist. In areas where the weather is dry, the acid chemicals may become incorporated into dust or smoke.

BLM_0110334

1    **Attainment area.** A geographic area in which levels of a criteria air pollutant meet the health-
2    based National Ambient Air Quality Standard for that specific pollutant.

3    **Attenuation.** The reduction of sound intensity and energy as a function of distance traveled.

4    **Avoidance area.** An area identified through resource management planning to be avoided but
5    may be available for right-of-way location with special stipulations.

6    **Backcountry.** Lands which are remote from development and typically difficult to access.

7    **Backcountry byway.** Vehicle routes that traverse scenic corridors using secondary or
8    backcountry road systems. National backcountry byways are designated by the type of road and
9    vehicle needed to travel the byway.

10    **Badland.** A type of dry terrain where softer sedimentary rocks and clay-rich soils have been
11    extensively eroded by wind and water. An example of badland terrain in the UFO is the Adobe
12    Badlands Wilderness Study Area.

13    **Beneficial outcomes.** Also referenced as "recreation benefits;" improved conditions,
14    maintenance of desired conditions, prevention of worse conditions, and realization of desired
15    experiences.

16    **Best Management Practice (BMP)**. A practice or usually a combination of practices that are
17    determined by a State or a designated planning agency to be the most effective and practicable
18    means (including technological, economic, and institutional considerations) of controlling point
19    and nonpoint source pollutants at levels compatible with environmental quality goals.

20    **Big game.** Indigenous, ungulate (hoofed) wildlife species that are hunted, such as elk, deer,
21    bison, bighorn sheep, and pronghorn antelope.

22    **Biodiversity (biological diversity).** The variety of life and its processes, and the
23    interrelationships within and among various levels of ecological organization. Conservation,
24    protection, and restoration of biological species and genetic diversity are needed to sustain the
25    health of existing biological systems. Federal resource management agencies must examine the
26    implications of management actions and development decisions on regional and local
27    biodiversity.

28    **Biological Opinion.** A document prepared by US Fish and Wildlife Service stating their
29    opinion as to whether or not a federal action will likely jeopardize the continued existence or
30    adversely modify the habitat of a listed threatened or endangered species.

31    **BLM Sensitive Species.** Species designated by the BLM State Director under 16 USC
32    1536(a)(2). Sensitive species are managed so they will not need to be listed as proposed,
33    threatened, or endangered.

34    **Biological soil crust.** *BLM: provide definition.*

Glossary-4    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    June 2011
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110335

**Breccia.** A coarse-grained clastic composed of angular fragments of other rocks held together by a cement or other fine-grained matrix. Can have a sedimentary breccia, fault breccia, collapse breccia, or volcanic breccia.

**Burned area rehabilitation.** Efforts undertaken within three years of containment of a wildfire to repair or improve fire-damaged lands unlikely to recover naturally to management approved conditions, or to repair or replace minor facilities damaged by fire.

**Candidate species.** Taxa for which the US Fish and Wildlife Service has sufficient information on their status and threats to propose the species for listing as endangered or threatened under the Endangered Species Act, but for which issuance of a proposed rule is currently precluded by higher priority listing actions. Separate lists for plants, vertebrate animals, and invertebrate animals are published periodically in the Federal Register (BLM Manual 6840, Special Status Species Manual).

**Categorical Exclusion (CE).** A category of actions (identified in agency guidance) that do not individually or cumulatively have a significant effect on the human environment, and for which neither an environmental assessment nor an environmental impact statement is required (40 CFR 1508.4)

**Chemical vegetation treatment.** Application of herbicides to control invasive species/noxious weeds and/or unwanted vegetation. To meet resource objectives the preponderance of chemical treatments would be used in areas where cheatgrass or noxious weeds have invaded sagebrush steppe. In these areas, fine fuel loads are extremely high due to cheatgrass dominance of the understory. The effectiveness of chemical treatments increases if they are applied following prescribed or wildland fire.

**Chert.** A hard, dense microcrystalline sedimentary rock formed of microscopic, interlocking crystals of quartz. Can form concretions, nodules, or be bedded.

**Citizen Wilderness Proposal.** Areas that have been inventoried and proposed for Wilderness designation by citizens.

**Clastic.** A sedimentary rock composed of fragments of other rocks that are transported mechanically to their place of deposition. Shale, siltstone, sandstone, conglomerate are all clastic rocks.

**Clean Air Act (CAA) of 1963 and amendments.** Federal legislation governing air pollution control.

**Closed area.** An area where off-road vehicle use is prohibited. Use of off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5).

**Collaboration.** A cooperative process in which interested parties, often with widely varied interests, work together to seek solutions with broad support for managing public and other lands. This may or may not involve an agency as a cooperating agency.

BLM_0110336

**Collaborative partnerships.** Refers to people working together, sharing knowledge and resources, to achieve desired outcomes for public lands and communities within statutory and regulatory frameworks.

**Common use area.** Areas designated to sell various mineral materials (gravel, moss rock, etc.) to the public through purchase of a permit from the BLM Field Office.

**Comprehensive trails and travel management.** The proactive interdisciplinary planning; on-the-ground management and administration of travel networks (both motorized and non-motorized) to ensure public access, natural resources, and regulatory needs are considered. It consists of inventory, planning, designation, implementation, education, enforcement, monitoring, easement acquisition, mapping and signing, and other measures necessary to provide access to public lands for a wide variety of uses (including uses for recreational, traditional, casual, agricultural, commercial, educational, and other purposes).

**Concession leases.** Authorize the operation of recreation-oriented services and facilities by the private sector, on BLM-administered lands, in support of BLM recreation programs. The concessionaire is authorized through a concession lease administered on a regular basis. The lease requires the concessionaire to pay fees to the BLM in exchange for the opportunity to carry out business activity. BLM Handbook H-2930-1, Recreation Permit Administration, provides consistent and explicit direction to supplement the Recreation Permit Administration Manual 2930 and regulations set forth in 43 CFR 2930.

**Condition class (fire regimes).** Fire regime condition classes are a measure describing the degree of departure from historical fire regimes, possibly resulting in alterations of key ecosystem components, such as species composition, structural stage, stand age, canopy closure, and fuel loadings. One or more of the following activities may have caused this departure: fire suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plan species, introduced insects or disease, or other management activities.

**Condition of approval (COA).** Condition or provision (requirement) under which an application for a permit to drill or sundry notice is approved.

**Conformance.** A proposed action shall be specifically provided for in the land use plan or, if not specifically mentioned, shall be clearly consistent with the goals, objectives, or standards of the approved land use plan.

**Conservation agreement.** A formal signed agreement between the US Fish and Wildlife Service or National Oceanographic and Atmospheric Administration-Fisheries and other parties that implement specific actions, activities, or programs designed to eliminate or reduce threats to, or otherwise improve the status of, a species. Conservation agreements can be developed at a state, regional, or national level and generally include multiple agencies at both the state and federal level, as well as tribes. Depending on the types of commitments the BLM makes in a conservation agreement and the level of signatory authority, plan revisions or amendments may be required before the conservation agreement is signed or subsequently in order to implement the conservation agreement.

BLM_0110337

**Conservation strategy.** A strategy outlining current activities or threats that are contributing to the decline of a species, along with the actions or strategies needed to reverse or eliminate such a decline or threats. Conservation strategies are generally developed for species of plants and animals that are designated as BLM sensitive species or that have been determined by the US Fish and Wildlife Service or National Oceanographic and Atmospheric Administration-Fisheries to be federal candidates under the ESA.

**Controlled Surface Use (CSU).** CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values and is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads). CSU areas are open to fluid mineral leasing but the stipulation allows the BLM to require special operational constraints, or the activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value.

**Cooperating Agency.** Assists the lead federal agency in developing an environmental assessment or environmental impact statement. These can be any agency with jurisdiction by law or special expertise for proposals covered by NEPA (40 CFR 1501.6). Any tribe or Federal, State, or local government jurisdiction with such qualifications may become a cooperating agency by agreement with the lead agency.

**Core.** The central and primary area of habitat for a population of a given species or group of species. Core areas include corridors, which are strips of land that aid in the movement of species between disconnected core areas of their natural habitat.

**Corridor.** A strip of land that aids in the movement of species between disconnected core areas of their natural habitat.

**Council on Environmental Quality (CEQ).** An advisory council to the President of the US established by the National Environmental Policy Act of 1969. It reviews federal programs to analyze and interpret environmental trends and information.

**Criteria pollutant.** The US EPA uses six "criteria pollutants" as indicators of air quality, and has established for each of them a maximum concentration above which adverse effects on human health may occur. These threshold concentrations are called National Ambient Air Quality Standards. The criteria pollutants are ozone, carbon monoxide, nitrogen dioxide, sulfur dioxide, particulate matter and lead.

**Critical habitat.** An area occupied by a threatened or endangered species "on which are found those physical and biological features (1) essential to the conservation of the species, and (2) which may require special management considerations or protection."

**Crucial winter range.** That part of the overall range where 90 percent of the individuals are located during the average five winters out of 10 from the first heavy snowfall to spring green-up, or during a site-specific period of winter as defined for each Colorado Division of Wildlife Data Analysis Unit.

BLM_0110338

**Cultural resources.** Locations of human activity, occupation, or use. Cultural resources include archaeological, historic, or architectural sites, structures, or places with important public and scientific uses, and locations of traditional cultural or religious importance to specified social and/or cultural groups.

**Cultural resources inventory.** An inventory to assess the potential presence of cultural resources. There are three classes of surveys:

- **Class I.** An existing data survey. This is an inventory of a study area to (1) provide a narrative overview of cultural resources by using existing information, and (2) compile existing cultural resources site record data on which to base the development of the BLM's site record system.

- **Class II.** A sampling field inventory designed to locate, from surface and exposed profile indications, all cultural resource sites within a portion of an area so that an estimate can be made of the cultural resources for the entire area.

- **Class III.** An intensive field inventory designed to locate, from surface and exposed profile indications, all cultural resource sites in an area. Upon its completion, no further cultural resources inventory work is normally needed.

**Cumulative effects.** The direct and indirect effects of a proposed project alternative's incremental impacts when they are added to other past, present, and reasonably foreseeable actions, regardless of who carries out the action.

**Cyanobacteria.** A blue-green algae or bacteria that obtains its energy through photosynthesis.

**Decision Area.** Lands and federal mineral estate within the planning area that are administered by the BLM.

**Deferred rotation.** Rotation grazing with regard to deferring pastures beyond the growing season, if they were used early the prior year, or that have been identified as needing deferment for resource reasons.

**Degraded vegetation:** areas where the plant community is not complete or is under threat. Examples include missing components such as perennial forbs or cool season grasses, weed infestations, or lack of regeneration of key species such as sagebrush or cottonwoods trees.

**Designated roads and trails.** Specific roads and trails identified by the BLM (or other agency) where some type of motorized vehicle use is appropriate and allowed, either seasonally or year-long (H-1601-1, BLM Land Use Planning Handbook).

**Desired Future Condition (DFC).** For rangeland vegetation, the condition of rangeland resources on a landscape scale that meet management objectives. It is based on ecological, social, and economic considerations during the land planning process. It is usually expressed as ecological status or management status of vegetation (species composition, habitat diversity, and age and size class of species) and desired soil qualities (soil cover, erosion, and compaction). In a

BLM_0110339

1  general context, desired future condition is a portrayal of the land or resource conditions that
2  are expected to result if goals and objectives are fully achieved.

3  **Desired outcomes.** A type of land use plan decision expressed as a goal or objective.

4  **Directional drilling.** The intentional deviation of a well bore from a vertical position to reach
5  subsurface areas off to one side from the drilling site.

6  **Disposal.** Transfer of public land out of federal ownership to another party through sale,
7  exchange, Recreation and Public Purposes Act of 1926, Desert Land Entry or other land law
8  statutes.

9  **Diversity.** The relative abundance of wildlife species, plant species, communities, habitats, or
10  habitat features per unit of area.

11  **Easement.** A right afforded a person or agency to make limited use of another's real property
12  for access or other purposes.

13  **Eligibility.** Qualification of a river for inclusion into the National WSR System through the
14  professional judgment that it is free flowing and, with its adjacent land area, possesses at least
15  one river-related value considered to be outstandingly remarkable (M-8351, BLM WSR Policy
16  and Program).

17  **Emergency stabilization.** Planned actions to stabilize and prevent unacceptable degradation
18  to natural and cultural resources, to minimize threats to life or property resulting from the
19  effects of a fire, or to repair/replace/construct physical improvements necessary to prevent
20  degradation of land or resources. Emergency stabilization actions must be taken within one year
21  following containment of a wildfire.

22  **Endangered species.** Any species that is in danger of extinction throughout all or a significant
23  portion of its range (BLM Manual 6840, Special Status Species Manual).

24  **Environmental Assessment (EA).** A concise public document prepared to provide sufficient
25  evidence and analysis for determining whether to prepare an environmental impact statement or
26  a finding of no significant impact. It includes a brief discussion of the need for the proposal,
27  alternatives considered, environmental impact of the proposed action and alternatives, and a list
28  of agencies and individuals consulted.

29  **Environmental Impact Statement (EIS).** A detailed statement prepared by the responsible
30  official in which a major federal action that significantly affects the quality of the human
31  environment is described, alternatives to the proposed action are provided, and effects are
32  analyzed (BLM National Management Strategy for OHV Use on Public Lands).

33  **Evaluation (plan evaluation).** The process of reviewing the land use plan and the periodic
34  plan monitoring reports to determine whether the land use plan decisions and National
35  Environmental Policy Act of 1969 analysis are still valid and whether the plan is being
36  implemented.

BLM_0110340

**Exchange.** A transaction whereby the federal government receives land or interests in land in exchange for other land or interests in land.

**Exclusion area.** An area identified through resource management planning which is not available for right-of-way location under any conditions.

**Existing routes.** The roads, trails, or ways that are used by motorized vehicles (jeeps, all-terrain vehicles, motorized dirt bikes, etc.), mechanized uses (mountain bikes, wheelbarrows, game carts), pedestrians (hikers), and/or equestrians (horseback riders) and are, to the best of BLM's knowledge, in existence at the time of RMP/EIS publication.

**Extensive Recreation Management Area (ERMA).** A public lands unit identified in land use plans containing all acreage not identified as a SRMA. Recreation management actions within an ERMA are limited to only those of a custodial nature; areas in which significant recreation opportunities and problems are limited and explicit recreation management is not required. Minimal management actions related to the Bureau's stewardship responsibilities are adequate in these areas.

**Extremely Rare Vegetation Communities.** Unique combinations of plant species as identified by terminology and a classification system from the Colorado Natural Heritage Program. These are identified as Potential Conservation Areas with moderate or better Biodiversity Significance and fair or better Viability.

**Federal Land Policy and Management Act of 1976 (FLPMA).** Public Law 94-579, October 21, 1976, often referred to as the BLM's "Organic Act," which provides most of the BLM's legislated authority, direction policy, and basic management guidance (BLM National Management Strategy for OHV Use on Public Lands).

**Federal mineral estate.** Subsurface mineral estate administered by the BLM.

**Fire frequency.** The average number of years between fires.

**Fire Management Plan (FMP).** A strategic plan that defines a program to manage wildland and prescribed fires and documents the fire management program in the resource management plan. The plan is supplemented by operational plans such as preparedness plans, preplanned dispatch plans, prescribed fire plans, and prevention plans.

**Fire severity.** The effect of the fire on the dominant overstory vegetation—low, mixed, or stand replacement.

**Fire suppression.** All work activities connected with fire extinguishing operations, beginning with discovery of a fire and continuing until the fire is completely out.

**Fluid minerals.** Oil, gas, coal bed natural gas, and geothermal resources.

**Fluvial.** Of or pertaining to rivers or produced by the action of rivers or streams.

**Forage.** All browse and herbaceous foods that are available to grazing animals.

BLM_0110341

**Forest health.** The condition in which forest ecosystems sustain sufficient complexity, diversity, resiliency, and productivity to provide for specified human needs and values (BLM and Forest Service 1997).

**Forest product disposal.** *BLM: Please provide definition (from Forestry section)*

**Four-wheel drive vehicle.** A passenger vehicle or light truck having power available to all wheels.

**Fragile soils.** *BLM: Please provide definition*

**Functional/structural group.** A group of species that because of similar shoot or root structure, rooting depth, woody or non-woody stems, plant height, photosynthetic pathways, nitrogen fixing ability, life cycle, etc, perform similar roles or functions in the ecosystem and are grouped together on an ecological site basis.

**Functioning at risk.** Riparian-wetland areas that are in functional condition, but that have an existing soil, water, or vegetation attribute that makes them susceptible to degradation.

**Geographic Information System (GIS).** A system of computer hardware, software, data, people, and applications that capture, store, edit, analyze, and display a potentially wide array of geospatial information.

**Geomorphic balance.** Stream channel size, sinuosity, slope, and substrate are appropriate for its landscape setting and geology.

**Geophysical exploration.** Efforts to locate deposits of oil and gas resources and to better define the subsurface.

**Geothermal energy.** Natural heat from within the Earth captured for production of electric power, space heating, or industrial steam.

**Goal.** A broad statement of a desired outcome; usually not quantifiable and may not have established timeframes for achievement.

**Grandfathered right.** The right to use in a non-conforming manner due to existence prior to the establishment of conforming terms and conditions.

**Grass bank.** A parcel of land for which a term livestock grazing permit has not been issued but is available for livestock grazing authorization under special circumstances. Those circumstances may include but are not limited to instances where livestock grazing on permitted allotments is not available in a given year due to drought conditions or post fire rehabilitation and/or vegetation treatment grazing deferrals.

**Grazing preference.** A superior or priority position against others for the purpose of receiving a grazing permit or lease.

Internal Review Draft – Not for Public Distribution

BLM_0110342

**Grazing system.** Scheduled grazing use and non-use of an allotment to reach identified goals or objectives by improving the quality and quantity of vegetation. Include, but are not limited to, developing pastures, utilization levels, grazing rotations, timing and duration of use periods, and necessary range improvements.

**Groundwater.** Water held underground in soil or permeable rock, often feeding springs and wells.

**Guidelines.** Actions or management practices that may be used to achieve desired outcomes, sometimes expressed as BMPs. Guidelines may be identified during the land use planning process, but they are not considered a land use plan decision unless the plan specifies that they are mandatory. Guidelines for grazing administration must conform to 43 CFR 4180.2.

**Guzzler.** General term covering guzzler, wildlife drinker, or tenaja. A natural or artificially constructed structure or device to capture and hold rain water, and make it accessible to small and/or large animals. Most guzzlers involve above or below ground piping, storage tanks, and valves. Tenajas are natural depressions in rock, which trap and hold water. To some tenajas, steps are sometimes added to improve access and reduce mortality from drowning.

**Habitat.** An environment that meets a specific set of physical, biological, temporal, or spatial characteristics that satisfy the requirements of a plant or animal species or group of species for part or all of their life cycle.

**Habitat Management Plan (HMP).** A written and approved activity plan for a geographical area which identifies habitat management activities to be implemented in achieving specific objectives of planning decisions.

**Hazardous material.** A substance, pollutant, or contaminant that, due to its quantity, concentration, or physical or chemical characteristics, poses a potential hazard to human health and safety or to the environment if released into the workplace or the environment.

**Healthy aquatic community.** Varies by species and numbers of target species present, and channel type, and is characterized by: proper amounts of sediment/silt; a diversity of instream habitat complexity; the development/maintenance of undercut bank habitats'; adequate canopy cover; appropriate holding habitat (pools/minimum pools depth) commensurate with the identified Rosgen channel type; reduced diurnal water temperature fluctuations; appropriate width to depth ratios; and represented by a healthy biological community (fish and macroinvertebrate diversity and abundance reflect water quality attaining a biological minimum).

**Herd management area.** Public land under the jurisdiction of the BLM that has been designated for special management emphasizing the maintenance of an established wild horse or burro herd.

**High-value resources.** *BLM: Please provide definition of "high-value resources" (from Wildland Fire section)*

BLM_0110343

**Historic range of variability (HRV).** The range of conditions that are likely to have occurred prior to settlement of the project area by Euro-Americans (approximately the mid-1800's) which would have varied within certain limits over time (BLM and Forest Service 1997).

**Historic resources.** Any prehistoric or historic district, site, building, structure, or object included in, or eligible for inclusion in, the National Register of Historic Places.

**Impact.** The effect, influence, alteration, or imprint caused by an action.

**Impairment.** The degree to which a distance of clear visibility is degraded by man-made pollutants.

**Implementation decisions.** Decisions that take action to implement land use planning; generally appealable to Interior Board of Land Appeals under 43 CFR 4.410.

**Implementation plan.** An area or site-specific plan written to implement decisions made in a land use plan. Implementation plans include both activity plans and project plans.

**Indian Trust Assets.** Legal interests in property, physical assets, or intangible property rights held in trust by the United States for Indian tribes or individual Indians.

**Intermittent stream.** An intermittent stream is a stream that flows only at certain times of the year when it receives water from springs or from some surface sources such as melting snow in mountainous areas. During the dry season and throughout minor drought periods, these streams will not exhibit flow. Geomorphological characteristics are not well defined and are often inconspicuous. In the absence of external limiting factors, such as pollution and thermal modifications, species are scarce and adapted to the wet and dry conditions of the fluctuating water level.

**Invertebrate.** An animal lacking a backbone or spinal column.

**K factor.** A soil erodibility factor used in the universal soil loss equation that is a measure of the susceptibility of soil particles to detachment and transport by rainfall and runoff. Estimation of the factor takes several soil parameters into account, including soil texture, percent of sand greater than 0.10 millimeter, soil organic matter content, soil structure, soil permeability, clay mineralogy, and coarse fragments. K factor values range from .02 to .64, the greater values indicating the highest susceptibilities to erosion.

**Key wildlife habitat.** Specific areas within the geographic area occupied by a species in which are found those physical and biological features 1) essential to the conservation of the species, and 2) which may require special management considerations or protection.

**Lacustrine.** Pertaining to, produced by, or inhabiting a lake environment.

**Land classification.** When, under criteria of 43 CFR 2400, a tract of land has the potential for retention for multiple use management or for some form of disposal or for more than one form of disposal. The relative scarcity of the values involved and the availability of alternative means and sites for realization of those values will be considered. Long-term public benefits will be

BLM_0110344

weighed against more immediate or local benefits. The tract will then be classified in a manner that will best promote the public interest.

**Land health condition.** A classification for land health which includes these categories: "Not Meeting Standard(s)," "Meeting Standard(s) with Problems," "Meeting Land Health Standard(s)," and "Exceeding Land Health Standard(s)."

- **Not Meeting Standard(s).** Lands which have one or more serious concerns with indicators to the degree that they are categorized as not meeting one or more of the Land Health Standards.

- **Meeting Standard(s) with Problems.** Lands which have one or more minor concerns with indicators to the degree that they are categorized as meeting the Land Health Standards, but flagged as having some issues which would generally benefit from management.

- **Meeting Standard(s) with Problems with a Downward Trend.** Lands which have one or more minor concerns with indicators to the degree that they are categorized as meeting the Land Health Standards, but flagged as having some issues, and which have shown declining conditions of those indicators over time.

- **Meeting Standard(s).** Lands which have none or very few or minor concerns with indicators, and all Land Health Standards are met.

- **Exceeding Standard(s).** Lands which show good or exceptional conditions for indicators and which meet all Land Health Standards

**Land health improvement projects.** Activities which are directed at increasing the levels and/or vigor of desirable species within the plant community so that it reaches a higher level of functioning. Activities include restoration or revegetation of areas of degraded vegetation; removal of weeds, and repair or retirement and rehabilitation of developments which are contributing to vegetation degradation.

**Land tenure adjustments.** Ownership or jurisdictional changes. To improve the manageability of the BLM lands and their usefulness to the public, the BLM has numerous authorities for repositioning lands into a more consolidated pattern, disposing of lands, and entering into cooperative management agreements. These land pattern improvements are completed primarily through the use of land exchanges but also through land sales, through jurisdictional transfers to other agencies, and through the use of cooperative management agreements and leases.

**Land treatment.** All methods of artificial range improvement arid soil stabilization such as reseeding, brush control (chemical and mechanical), pitting, furrowing, water spreading, etc.

**Land use allocation.** The identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions (H-1601-1, BLM Land Use Planning Handbook).

BLM_0110345

**Land use plan.** A set of decisions that establish management direction for land within an administrative area, as prescribed under the planning provisions of FLPMA; an assimilation of land use plan level decisions developed through the planning process outlined in 43 CFR 1600, regardless of the scale at which the decisions were developed. The term includes both RMPs and management framework plans (from H-1601-1, BLM Land Use Planning Handbook).

**Land use plan boundary.** The geographic extent of a resource management plan or management framework plans.

**Land use plan decision.** Establishes desired outcomes and actions needed to achieve them. Decisions are reached using the planning process in 43 CFR 1600. When they are presented to the public as proposed decisions, they can be protested to the BLM Director. They are not appealable to Interior Board of Land Appeals.

**Landscape scale.** (as defined by Land Health Standard 1) *Need clarification from BLM- Land Health Standard 1 does not define Landscape Scale.*

**Late season.** Late summer or fall grazing.

**Lease.** Section 302 of the Federal Land Policy and Management Act of 1976 provides the BLM's authority to issue leases for the use, occupancy, and development of public lands. Leases are issued for purposes such as a commercial filming, advertising displays, commercial or noncommercial croplands, apiaries, livestock holding or feeding areas not related to grazing permits and leases, native or introduced species harvesting, temporary or permanent facilities for commercial purposes (does not include mining claims), residential occupancy, ski resorts, construction equipment storage sites, assembly yards, oil rig stacking sites, mining claim occupancy if the residential structures are not incidental to the mining operation, and water pipelines and well pumps related to irrigation and nonirrigation facilities. The regulations establishing procedures for processing these leases and permits are found in 43 CFR 2920.

**Lease stipulation.** A modification of the terms and conditions on a standard lease form at the time of the lease sale.

**Leasable minerals.** Those minerals or materials designated as leasable under the Mineral Leasing Act of 1920. They include coal, phosphate, asphalt, sulphur, potassium and sodium minerals, and oil and gas. Geothermal resources are also leasable under the Geothermal Steam Act of 1970.

**Lek.** An assembly area where birds, especially sage-grouse, carry on display and courtship behavior.

**Lentic.** Pertaining to standing water such as lakes and ponds.

**Limited area.** An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type, but can generally be accommodated within the following type of categories: Numbers of vehicles; types of vehicles; time or season of vehicle

Internal Working Draft - Not for Public Distribution

BLM_0110346

use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions (43 CFR 8340.0-5).

**Lithic site.** An archaeological site containing debris left from the manufacture, use, or maintenance of flaked stone tools.

**Locally derived**: Seeds or cuttings from native species that are collected close to the area in which they will be used for planting. For example, from the same ecoregion, or major watershed, and from similar elevational zones and soil textures as the planting site. This increases the chance that genetic characteristics will be best suited for the planting area and will not disrupt the genetic structure of nearby populations.

**Locatable minerals.** Minerals subject to exploration, development, and disposal by staking mining claims as authorized by the Mining Law of 1872, as amended. This includes deposits of gold, silver, and other uncommon minerals not subject to lease or sale.

**Long-term effect.** The effect could occur for an extended period after implementation of the alternative. The effect could last several years or more.

**Low productivity forest lands.** Woodlands and forest stands producing less than 20 cubic feet per acre per year.

**Land utilization project lands.** Privately owned submarginal farmlands incapable of producing sufficient income to support the family of a farm owner and purchased under Title III of the Bankhead-Jones Farm Tenant Act of July 22, 1937. These acquired lands became known as land utilization projects and were subsequently transferred from jurisdiction of the US Department of Agriculture to the US Department of the Interior. They are now administered by the BLM.

**Ma.** Millions of years ago.

**Major electric transmission line.** *[BLM: please provide definition]*

**Managed fire.** *[BLM: please provide definition]*

**Management decision.** A decision made by the BLM to manage public lands. Management decisions include both land use plan decisions and implementation decisions.

**Master development plan.** Information common to multiple planned wells, including drilling plans, Surface Use Plans of Operations, and plans for future production.

**Mechanical transport**. Any vehicle, device, or contrivance for moving people or material in or over land, water, snow, or air that has moving parts.

**Mechanical vegetation treatment**. Includes mowing, chaining, chopping, drill seeding, and cutting vegetation to meet resource objective. Mechanical treatments generally occur in areas where fuel loads or invasive species need to be reduced prior to prescribed fire application; when fire risk to resources is too great to use naturally started wildland fires or prescribed fires; or where opportunities exist for biomass utilization or timber harvest.

Glossary-16    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    June 2011
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110347

1 **Mechanized uses.** Equipment that is mechanized, including but not limited to mountain bikes,
2 wheelbarrows, and game carts.

3 **Mineral.** Any naturally formed inorganic material, solid or fluid inorganic substance that can be
4 extracted from the earth, any of various naturally occurring homogeneous substances (as stone,
5 coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained usually from the ground.
6 Under federal laws, considered as locatable (subject to the general mining laws), leasable
7 (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

8 **Mineral entry.** The filing of a claim on public land to obtain the right to any locatable minerals
9 it may contain.

10 **Mineral estate.** The ownership of minerals, including rights necessary for access, exploration,
11 development, mining, ore dressing, and transportation operations.

12 **Mineralize.** The process where a substance is converted from an organic substance to an
13 inorganic substance.

14 **Mineral materials (salable minerals).** Materials such as sand and gravel and common
15 varieties of stone, pumice, pumicite, and clay that are not obtainable under the mining or leasing
16 laws but that can be acquired under the Materials Act of 1947, as amended.

17 **Minimum Impact Suppression Tactics (MIST).** Indirect strategies such as burning out that
18 utilize natural barriers, roads, or light fuels.

19 **Mining claim.** A parcel of land that a miner takes and holds for mining purposes, having
20 acquired the right of possession by complying with the Mining Law and local laws and rules. A
21 mining claim may contain as many adjoining locations as the locator may make or buy. There are
22 four categories of mining claims: lode, placer, millsite, and tunnel site.

23 **Mining Law of 1872.** Provides for claiming and gaining title to locatable minerals on public
24 lands. Also referred to as the "General Mining Laws" or "Mining Laws."

25 **Mitigation.** Alleviation or lessening of possible adverse effects on a resource by applying
26 appropriate protective measures or adequate scientific study. Mitigation may be achieved by
27 avoidance, minimization, rectification, reduction, and compensation.

28 **Modification.** A change to the provisions of a lease stipulation, either temporarily or for the
29 term of the lease. Depending on the specific modification, the stipulation may or may not apply
30 to all sites within the leasehold to which the restrictive criteria are applied.

31 **Monitoring (plan monitoring).** The process of tracking the implementation of land use plan
32 decisions and collecting and assessing data necessary to evaluate the effectiveness of land use
33 planning decisions.

34 **Motorcycle.** A motorized vehicle with two tires and with a seat designed to be straddled by
35 the operator.

BLM_0110348

1 **Motorized vehicles or uses.** Vehicles that are motorized, including but not limited to jeeps,
2 all-terrain vehicles (all-terrain vehicles, such as four-wheelers and three-wheelers), and trail
3 motorcycles or dirt bikes.

4 **Municipal watershed.** A watershed area as defined by the community and accepted by the
5 State.

6 **Multiple-use.** The management of the public lands and their various resource values so that
7 they are used in the combination that will best meet the present and future needs of the
8 American people; making the most judicious use of the land for some or all of these resources
9 or related services over areas large enough to provide sufficient latitude for periodic
10 adjustments in use to changing needs and conditions; the use of some land for less than all of the
11 resources; a combination of balanced and diverse resource uses that takes into account the
12 long-term needs of future generations for renewable and nonrenewable resources, including
13 recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and
14 historical values; and harmonious and coordinated management of the various resources
15 without permanent impairment of the productivity of the land and the quality of the
16 environment with consideration being given to the relative values of the resources and not
17 necessarily to the combination of uses that will give the greatest economic return or the
18 greatest unit output (FLPMA) (BLM Manual 6840, Special Status Species Manual).

19 **National Environmental Policy Act of 1969 (NEPA).** Public Law 91-190. Establishes
20 environmental policy for the nation. Among other items, NEPA requires federal agencies to
21 consider environmental values in decision-making processes.

22 **National Register of Historic Places.** A listing of architectural, historical, archaeological, and
23 cultural sites of local, state, or national significance, established by the Historic Preservation Act
24 of, 1966 and maintained by the National Park Service.

25 **National Wild and Scenic Rivers System (NWSRS).** A system of nationally designated
26 rivers and their immediate environments that have outstanding scenic, recreational, geologic, fish
27 and wildlife, historic, cultural, and other similar values and are preserved in a free-flowing
28 condition. The system consists of three types of streams: (1) recreation—rivers or sections of
29 rivers that are readily accessible by road or railroad and that may have some development along
30 their shorelines and may have undergone some impoundments or diversion in the past; (2)
31 scenic—rivers or sections of rivers free of impoundments with shorelines or watersheds still
32 largely undeveloped but accessible in places by roads; and (3) wild—rivers or sections of rivers
33 free of impoundments and generally inaccessible except by trails, with watersheds or shorelines
34 essentially primitive and waters unpolluted.

35 **Native cutthroat trout.** Native populations include what current science and genetics tell us
36 are Colorado River cutthroat or greenback cutthroat trout.

37 **Native vegetation.** Plant species which were found here prior to European settlement, and
38 consequently are in balance with these ecosystems because they have well developed parasites,
39 predators, and pollinators.

Internal Draft for Public Distribution

BLM_0110349

**Natural processes.** Fire, drought, insect and disease outbreaks, flooding, and other events which existed prior to European settlement, and shaped vegetation composition and structure.

**Naturalness.** Consistent with what would occur without human intervention. For vegetation structure, naturalness implies a pattern similar to what fire and climate would produce across the landscape.

**Nonfunctional condition.** Riparian-wetland areas that clearly are not providing adequate vegetation, landform, or woody debris to dissipate energies associated with flow events, and thus are not reducing erosion, improving water quality, etc.

**No Ground Disturbance (NGD).** Areas restricted by NGD are closed only to all surface-disturbing activities. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and use of the land by wildlife. An NGD stipulation cannot be applied to operations conducted under the 1872 Mining Law without a withdrawal. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas identified as NGD are open to operations conducted under the mining laws subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws. In addition, the following actions or activities are not subject to the NGD stipulation because specific laws and program terminology constrain them. However, these actions or activities may be subject to SSR or TL stipulations: right-of-way location; coal leasing; non-energy solid mineral leasing; and mineral material disposal.

**No Surface Occupancy (NSO).** A major constraint where use or occupancy of the land surface for fluid mineral exploration or development and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads) are prohibited to protect identified resource values. Areas identified as NSO are are open to fluid mineral leasing, but surface occupancy or surface-disturbing activities associated with fluid mineral leasing cannot be conducted on the surface of the land. Access to fluid mineral deposits would require horizontal drilling from outside the boundaries of the NSO area..

**Noxious weeds.** A plant species designated by federal or state law as generally possessing one or more of the following characteristics: aggressive and difficult to manage; parasitic; a carrier or host of serious insects or disease; or nonnative, new, or not common to the US.

**Objective.** A description of a desired outcome for a resource. Objectives can be quantified and measured and, where possible, have established timeframes for achievement.

**Off-highway vehicle (OHV) (off-road vehicle).** Any motorized vehicle capable of, or designated for travel on or immediately over land, water or other natural terrain, excluding: (1) any non-amphibious registered motorboat; (2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; (3) any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved; (4) vehicles in official use;

BLM_0110350

and (5) any combat or combat support vehicle when used for national defense emergencies (43 CFR 8340.0-5).

**Off-highway vehicle area designations.** BLM-administered lands in the CFO are designated as Open, Limited, or Closed for OHV use.

- **Open.** An area where all types of vehicle use is permitted at all times, anywhere in the area subject to the operating regulations and vehicle standards set forth in 43 CFR subparts 8341 and 8342 (43 CFR 8340.0-5).

- **Limited.** An area restricted at certain times, in certain areas, and/or to certain vehicular use. These restrictions may be of any type, but can generally be accommodated within the following type of categories: Numbers of vehicles; types of vehicles; time or season of vehicle use; permitted or licensed use only; use on existing roads and trails; use on designated roads and trails; and other restrictions (43 CFR 8340.0-5).

- **Closed.** An area where off-road vehicle use is prohibited. Use of off-road vehicles in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer (43 CFR 8340.0-5).

**Old-growth forest stands.** Stands composed of trees that are generally in the late successional stages of development. The desired attributes of old-growth stands are older, large trees for the species and site; signs of decadence (broken or deformed tops or boles and some root decay); multiple layers of canopy; standing and down dead trees; a variation in tree age, size, and spacing; and gaps or patchiness in the canopy and understory (Mehl 1992).

**Open.** Generally denotes that an area is available for a particular use or uses. Refer to specific program definitions found in law, regulations, or policy guidance for application to individual programs. For example, 43 CFR 8340.0-5 defines the specific meaning of "open" as it relates to OHV use.

**Open area.** An area where all types of vehicle use is permitted at all times, anywhere in the area subject to the operating regulations and vehicle standards set forth in 43 CFR subparts 8341 and 8342 (43 CFR 8340.0-5).

**Ordinary high water mark.** That line on the shore established by the fluctuations of water and indicated by physical characteristics such as clear, natural line impressed on the bank, shelving, changes in the character of soil, destruction of terrestrial vegetation, the presence of litter and debris, or other appropriate means that consider the characteristics of the surrounding areas.

**Organizer.** Any person who advertises for an activity on public lands whether via Internet or any other technology, flyers, club meetings, or other means.

**Outstandingly remarkable value (ORV).** Values among those listed in Section 1(b) of the Wild and Scenic Rivers Act of 1968: "scenic, recreational, geological, fish and wildlife, historical,

BLM_0110351

cultural, or other similar values..." Other similar values that may be considered include ecological, biological, or botanical.

**Overstory.** That portion of a plant community consisting of the taller plants on the site; the forest or woodland canopy.

**Ozone.** A faint blue gas produced in the atmosphere from chemical reactions of burning coal, gasoline, and other fuels and chemicals found in products such as solvents, paints, and hairsprays.

**Paleontological resources.** The physical remains or other physical evidence of plants and animals preserved in soils and sedimentary rock formations. Paleontological resources are important for correlating and dating rock strata and for understanding past environments, environmental change, and the evolution of life.

**Particulate matter (PM).** One of the six "criteria" pollutants for which the US EPA established National Ambient Air Quality Standards. Particulate matter is defined as two categories, fine particulates, with an aerodynamic diameter of 10 micrometers ($PM_{10}$) or less, and fine particulates with an aerodynamic diameter of 2.5 micrometers or less ($PM_{2.5}$).

**Passenger vehicle.** Two-wheel-drive, low-clearance vehicles.

**Patent.** A grant made to an individual or group conveying fee simple tide to selected public lands.

**Patented claim.** A claim on which title has passed from the federal government to the mining claimant under the Mining Law of 1872.

**Perennial stream.** A stream that flows continuously. Perennial streams are generally associated with a water table in the localities through which they flow.

**Permitted use.** The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease and expressed in AUMs (43 CFR 4100.0-5) (from H-4180-1, BLM Rangeland Health Standards Manual).

**Permittee.** A person or company permitted to graze livestock on public land.

**Petroglyph.** A form of rock art created by incising, scratching or pecking designs into rock surfaces.

**Physiography.** The study and classification of the surface features of the earth.

**Pictograph.** A form of rock art created by applying mineral based or organic paint to rock surfaces.

**Planning Area.** The geographical area for which resource management plans are developed and maintained. The Uncompahgre planning area boundary defines the area assessed in this RMP. The planning area encompasses 3.1 million acres in Delta, Gunnison, Mesa, Montrose,

BLM_0110352

Ouray, and San Miguel counties in southwestern Colorado. The BLM administers about 675,760 acres (less than one-percent) of the planning area, and 2.1 million acres of federal mineral estate.

**Planning criteria.** The standards, rules, and other factors developed by managers and interdisciplinary teams for their use in forming judgments about decision making, analysis, and data collection during planning. Planning criteria streamlines and simplifies the resource management planning actions.

**Planning issues**. Concerns, conflicts, and problems with the existing management of public lands. Frequently, issues are based on how land uses affect resources. Some issues are concerned with how land uses can affect other land uses, or how the protection of resources affects land uses.

**Potential Fossil Yield Classification (PFYC) System.** A system used by the BLM to classify geologic units based on the relative abundance of vertebrate fossils or scientifically significant invertebrate or plant fossils and their sensitivity to adverse impacts, with a higher class number indicating a higher potential.

**Potential vegetation group.** Potential vegetation types grouped on the basis of a similar general moisture or temperature environment.

**Prehistoric resources.** Any material remains, structures, and items used or modified by people before Euro-Americans established a presence in the region.

**Prescribed fire treatments.** A pre-planned, management-ignited fire designed to meet specific resource objectives, such as reducing fuel loads, preparing a site for chemical treatment or seeding, or promoting vegetation regeneration. Prescribed fires are useful for reducing fuel loads and providing or promoting vegetation regeneration. Prescribed fires can be performed anywhere that specific fire prescriptions can be met and fire risks to resources are mitigated after site-specific planning and NEPA analysis.

**Prevention of significant deterioration (PSD).** An air pollution permitting program intended to ensure that air quality does not diminish in attainment areas.

**Primitive and unconfined recreation.** Nonmotorized, nonmechanized (except as provided by law), and undeveloped types of recreational activities. Bicycles are considered mechanical transport, so their use is not considered primitive and unconfined recreation (H-6310-1, Wilderness Inventory and Study Procedures).

**Primitive road.** A linear route managed for use by four-wheel drive or high-clearance vehicles. Primitive roads do not normally meet any BLM road design standards.

**Pristine (vegetation).** An area of vegetation that does not show signs of degradation and which may serve as a comparison to illustrate what the vegetation potential is for a given type of environment. Pristine vegetation meets A-ranked viability criteria as described by the Colorado Natural Heritage Program.

BLM_0110353

**Probable sale quantity (PSQ).** The PSQ is the amount of timber, measured in thousand board feet, that could be produced on BLM lands where commercial forest uses are considered appropriate. Calculations are based on species, growth, mortality, land base, and sustainability. The PSQ does not include volume removed for other purposes from other areas (such as recreation sites where hazard trees are removed). The PSQ also is not a commitment to offer for sale a specific level of timber volume.

**Proper functioning condition.** A term describing stream health that is based on the presence of adequate vegetation, landform and debris to dissipate energy, reduce erosion and improve water quality.

**Proper functioning condition for lentic areas.** A riparian-wetland areas are functioning properly when adequate vegetation, landform, or debris is present to: dissipate energies associated with wind action, wave action, and overland flow from adjacent sites, thereby reducing erosion and improving water quality; filter sediment and aid floodplain development; improve flood-water retention and ground-water recharge; develop root masses that stabilize islands and shoreline features against cutting action; restrict water percolation; develop diverse ponding characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterbird breeding, and other uses; and support greater biodiversity.

**Proper functioning condition for lotic areas.** A riparian-wetland area is considered to be in proper functioning condition when adequate vegetation, landform, or large woody debris is present to:

- dissipate stream energy associated with high waterflow, thereby reducing erosion and improving water quality;
- filter sediment, capture bedload, and aid floodplain development;
- improve flood-water retention and ground-water recharge;
- develop root masses that stabilize streambanks against cutting action;
- develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses;
- support greater biodiversity.

**Proposed species.** A species for which a proposed rule to add the species to the federal list of threatened and endangered species has been published in the Federal Register.

**Public land.** Land or interest in land owned by the US and administered by the Secretary of the Interior through the BLM without regard to how the US acquired ownership, except lands located on the Outer Continental Shelf and land held for the benefit of Indians, Aleuts, and Eskimos (H-1601-1, BLM Land Use Planning Handbook).

**Public water supply.** As defined by the state of Colorado, a "public water system" is a system for the provision to the public of water for human consumption through pipes or other

BLM_0110354

constructed conveyances, if such system has a least fifteen service connections or regularly serves an average of at least 25 individuals daily at least 60 days out of the year.

**Pyroclastic.** Fragments of rocks formed during volcanic eruptions or aerial expulsion from a volcanic vent.

**Range improvement project.** An authorized physical modification or treatment which is designed to improve production of forage; change vegetation composition; control patterns of use; provide water; stabilize soil and water conditions; restore, protect and improve the condition of rangeland ecosystems to benefit livestock, wild horses and burros, and fish and wildlife. This definition includes, but is not limited to: structures, treatment projects and use of mechanical devices, or modifications achieved through mechanical means.

**Raptor.** Bird of prey with sharp talons and strongly curved beaks, e.g. hawks, owls, vultures, eagles.

**Rare soils.** *[BLM: please provide definition]*

**Rare vegetation.** Unique combinations of plant species as identified by terminology and a classification system from the Colorado Natural Heritage Program (CNHP). These are defined using CNHP's Global Rarity Ranks denoting scarcity on a global level and include the rankings of G1 and G2.

**Reasonable foreseeable development scenario.** The prediction of the type and amount of oil and gas activity that would occur in a given area. The prediction is based on geologic factors, past history of drilling, projected demand for oil and gas, and industry interest.

**Recharge areas.** Headwaters of perennial streams, contributing watersheds to springs and/or seeps, floodplains, all stream channels, municipal watersheds, and source water protection areas.

**Reclamation.** Returning disturbed lands to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan.

**Recreation and Public Purposes Act of 1926.** Provides for the lease and sale of public lands determined valuable for public purposes. The objective of the R&PP Act is to meet the needs of state and local government agencies and nonprofit organizations by leasing or conveying public land required for recreation and public purpose uses. Examples of uses made of R&PP lands are parks and greenbelts, sanitary landfills, schools, religious facilities, and camps for youth groups. The act provides substantial cost-benefits for land acquisition and provides for recreation facilities or historical monuments at no cost.

**Recreation experiences.** Psychological outcomes realized either by recreation-tourism participants as a direct result of their on-site leisure engagements and recreation-tourism activity participation or by nonparticipating community residents as a result of their interaction with visitors and guests within their community or interaction with the BLM and other public and private recreation-tourism providers and their actions.

BLM_0110355

**Recreation management zones.** Subunits within a SRMA managed for distinctly different recreation products. Recreation products are composed of recreation opportunities, the natural resource and community settings within which they occur, and the administrative and service environment created by all affecting recreation-tourism providers, within which recreation participation occurs.

**Recreation niche.** The place or position within the strategically targeted recreation-tourism market for each SRMA that is most suitable (i.e., capable of producing certain specific kinds of recreation opportunities) and appropriate (i.e., most responsive to identified visitor or resident customers), given available supply and current demand, for the production of specific recreation opportunities and the sustainable maintenance of accompanying natural resource or community setting character.

**Recreation opportunities.** Favorable circumstances enabling visitors' engagement in a leisure activity to realize immediate psychological experiences and attain more lasting, value-added beneficial outcomes.

**Recreation opportunity spectrum.** One of the existing tools for classifying recreation environments (existing and desired) along a continuum, ranging from primitive, low-use, and inconspicuous administration to urban, high-use, and a highly visible administrative presence. This continuum recognizes variation among various components of any landscape's physical, social, and administrative attributes. Resulting descriptions of existing conditions and prescriptions of desired future conditions define recreation setting character.

**Recreation setting character conditions.** The distinguishing recreational qualities of any landscape, objectively defined along a continuum, ranging from primitive to urban landscapes, expressed in terms of the nature of the component parts of its physical, social, and administrative attributes. These recreational qualities can be both classified and mapped. This classification and mapping process should be based on variation that either exists (for example, setting descriptions) or is desired (for example, setting prescriptions) among component parts of the various physical, social, and administrative attributes of any landscape. The recreation opportunity spectrum is one of the tools for doing this.

**Recreation settings.** The collective distinguishing attributes of landscapes that influence and sometimes actually determine what kinds of recreation opportunities are produced.

**Recreation use permits.** Authorizations for use of developed facilities that meet the fee criteria established by the Land and Water Conservation Fund Act of 1964, as amended or subsequent authority (such as the pilot fee demonstration program). Recreation Use Permits are issued to ensure that US residents receive a fair and equitable return for the use of those facilities to help recover the cost of construction, operation, maintenance, and management of the permits.

**Recreational river.** Those rivers or sections of rivers that are readily accessible by road or railroad, that may have some development along their shorelines, and that may have undergone some impoundment or diversion in the past.

BLM_0110356

**Recreational mining.** Engaging in mining activities for hobby, sport, or recreation. Recreational activities undertaken using different types of mining equipment. Also referred to as "casual mining," "recreational panning," "recreational gold panning," and "recreational mineral prospecting."

**Rehabilitate.** *[BLM: please provide definition]*

**Renewable Energy.** Resources that constantly renew themselves or that are regarded as practically inexhaustible. These include solar, wind, geothermal, hydro and wood. Although particular geothermal formations can be depleted, the natural heat in the Earth is a virtually inexhaustible reserve of potential energy.

**Research Natural Area (RNA).** A land management status which reserves the area for uses that are compatible with the resource of interest and research for which the area was designated.

**Resource Advisory Council (RAC).** A council established by the Secretary of the Interior to provide advice or recommendations to BLM management. The Southwest Colorado RAC covers issues within the UFO.

**Resource management plan (RMP).** A land use plan as prescribed by the Federal Land Policy and Management Act that establishes, for a given area of land, land-use allocations, coordination guidelines for multiple-use, objectives, and actions to be achieved.

**Rest rotation.** Gazing rotation that rests pastures that have been grazed early the prior year or that have been identified as needing rest for resource reasons.

**Restore/restoration.** The process of returning disturbed areas to a natural array of native plant and animal associations.

**Retard.** Measurably slow attainment of any identified objective level that is worse than the objective standard. Degradation of the physical/biological process or conditions that determine objective standards would be considered to retard attainment of specific objective standard.

**Revegetate/revegetation.** The process of putting vegetation back in an area where vegetation previously existed, which may or may not simulate natural conditions.

**Revision.** The process of completely rewriting the land use plan due to changes in the planning area affecting major portions of the plan or the entire plan.

**Right-of-way (ROW).** Public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require ROWs over, on, under, or through such lands.

**Riparian area.** A form of wetland transition between permanently saturated wetlands and upland areas. Riparian areas exhibit vegetation or physical characteristics that reflect the influence of permanent surface or subsurface water. Typical riparian areas include lands along, adjacent to, or contiguous with perennially and intermittently flowing rivers and streams, glacial

BLM_0110357

potholes, and the shores of lakes and reservoirs with stable water levels. Excluded are ephemeral streams or washes that lack vegetation and depend on free water in the soil.

**Riparian/aquatic system.** Interacting system between aquatic and terrestrial situations. Identified by a stream channel and distinctive vegetation that requires or tolerates free or unbound water.

**Riparian zone.** An area one-quarter mile wide encompassing riparian and adjacent vegetation.

**Road.** A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use.

**Roadless.** The absence of roads that have been constructed and maintained by mechanical means to ensure regular and continuous use.

**Rock art.** Petroglyphs (carvings) or pictographs (painting) used by native persons to depict their history and culture.

**Rotation.** Grazing rotation between pastures in the allotment for the permitted time.

**Routes.** Multiple roads, trails and primitive roads; a group or set of roads, trails, and primitive roads that represents less than 100 percent of the BLM transportation system. Generically, components of the transportation system are described as "routes."

**Sale.** Public land sales are managed under the disposal criteria set forth in Section 203 of FLPMA. Public lands determined suitable for sale are offered on the initiative of the BLM and are not sold at less than fair market value. Lands suitable for sale must be identified in the RMP. Any lands to be disposed of by sale that are not identified in the current RMP require a plan amendment before a sale can occur.

**Salinity.** Refers to the solids such as sodium chloride (table salt) and alkali metals that are dissolved in water.

**Saturated soils.** Occur when the infiltration capacity of the soil is exceeded from above due to rainfall or snowmelt runoff. Soils can also become saturated from groundwater inputs.

**Scenic byways.** Highway routes that have roadsides or corridors of special aesthetic, cultural, or historical value. An essential part of the highway is its scenic corridor. The corridor may contain outstanding scenic vistas, unusual geologic features, or other natural elements.

**Scenic river.** A river or section of a river that is free of impoundments and whose shorelines are largely undeveloped but accessible in places by roads.

**Scoping process.** An early and open public participation process for determining the scope of issues to be addressed and for identifying the significant issues related to a proposed action.

**Season of use.** The time during which livestock grazing is permitted on a given range area, as specified in the grazing lease.

BLM_0110358

**Seeding.** Seeding is a vegetation treatment that includes the application of grass, forb, or shrub seed, either aerially or from the ground. In areas of gentle terrain, ground applications of seed are often accomplished with a rangeland drill. Seeding allows the establishment of native species or placeholder species and restoration of disturbed areas to a perennial-dominated cover type, thereby decreasing the risk of subsequent invasion by exotic plant species. Seeding would be used primarily as a follow-up treatment in areas where disturbance or the previously described treatments have removed exotic plant species and their residue.

**Setting character.** The condition of any recreation system, objectively defined along a continuum, ranging from primitive to urban in terms of variation of its component physical, social, and administrative attributes.

**Severe winter range.** That part of the overall range where 90 percent of the individuals are located when the annual snowpack is at its maximum and/or temperatures are at a minimum in the two worst winters out of ten.

**Short-term effect.** The effect occurs only during or immediately after implementation of the alternative.

**Significant fossils.** Any vertebrate fossil remains or site with fossils of exceptional preservation or context.

**Site-specific Relocation (SSR).** An SSR restriction is similar to a CSU restriction in that it allows some use and occupancy of public land while protecting identified resources or values. SSR areas are potentially open to surface-disturbing activities but the restriction allows the BLM to require special constraints, or the activity can be shifted to protect the specified resource or value. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the and by wildlife. Right-of-way location authorizations are not subject to the SSR restriction because it is constrained in other ways. The action may be subject to TL stipulations.

**Sole source aquifer.** Defined by the US EPA as an aquifer supplying at least 50 percent of the drinking water consumed in the area overlying the aquifer, where the surrounding area has no alternative drinking water source(s) that could physically, legally, and economically supply all those who depend upon the aquifer for drinking water.

**Solitude.** The state of being alone or remote from habitations; isolation. A lonely or secluded place. Factors contributing to opportunities for solitude may include size, natural screening, topographic relief, vistas, physiographic variety, and the ability of the user to find a secluded spot.

**Source water protection area.** The area delineated by a state for a public water supply or including numerous suppliers, whether the source is ground water or surface water or both.

**Special recreation management area (SRMA).** A public lands unit identified in land use plans to direct recreation funding and personnel to fulfill commitments made to provide specific,

BLM_0110359

structured recreation opportunities. Both land use plan decisions and subsequent implementing actions for recreation in each SRMA are geared to a strategically identified primary market—destination, community, or undeveloped.

**Special recreation permit (SRP).** Authorization that allows for recreational uses of public lands and related waters. Issued as a means to control visitor use, protect recreational and natural resources, and provide for the health and safety of visitors. Commercial SRPs are also issued as a mechanism to provide a fair return for the commercial use of public lands.

**Special status species.** Includes proposed species, listed species, and candidate species under the ESA; also, state-listed species and BLM State Director-designated sensitive species (BLM Manual 6840, Special Status Species Management).

**Split season.** Removing livestock from the allotment and returning them later in the year within the permitted time.

**Split estate.** Lands on which the mineral estate remains with the federal government (BLM).

**Stabilize.** The process of stopping further damage from occurring.

**Standard.** A description of the physical and biological conditions or degree of function required for healthy, sustainable lands (e.g., land health standards). To be expressed as a desired outcome (goal).

**Standard lease terms and conditions.** Areas may be open to leasing with no specific management decisions defined in a Resource Management Plan; however, these areas are subject to lease terms and conditions as defined on the lease form (Form 3100-11, Offer to Lease and Lease for Oil and Gas; and Form 3200-24, Offer to Lease and Lease for Geothermal Resources).

**State implementation plan.** A detailed description of the programs a state will use to carry out its responsibilities under the Clean Air Act. State implementation plans are collections of the regulations used by a state to reduce air pollution.

**Stationary source.** Refers to a stationary source of emissions. Prevention of Significant Deterioration permits are required for major new stationary sources of emissions that emit 100 tons or more per year of carbon monoxide, sulphur dioxide, nitrogen dioxide, ozone, or particulate matter.

**Stipulation.** A condition of lease issuance that provides a level of protection for other resource values or land uses by restricting lease operations during certain times or locations or to avoid unacceptable impacts, to an extent greater than standard lease terms or regulations. A stipulation is an enforceable term of the lease contract, supersedes any inconsistent provisions of the standard lease form, and is attached to and made a part of the lease. Lease stipulations further implement BLM's regulatory authority to protect resources or resource values. Lease stipulations are developed through the land use planning process.

BLM_0110360

1  **Streamside management zone.** Land adjacent to a waterbody where activities on land are
2  likely to affect water quality.

3  **Suitable river.** A river segment found, through administrative study by an appropriate agency,
4  to meet the criteria for designation as a component of the National Wild and Scenic Rivers
5  system, specified in Section 4(a) of the Wild and Scenic Rivers Act.

6  **Sustained yield.** The achievement and maintenance in perpetuity of a high-level annual or
7  regular periodic output of the various renewable resources of the public lands consistent with
8  multiple use.

9  **Terrestrial.** Living or growing in or on the land.

10  **Threatened species.** Any species that is likely to become endangered within the foreseeable
11  future throughout all or a significant portion of its range (BLM Manual 6840, Special Status
12  Species Management).

13  **Timber.** Standing trees, downed trees, or logs which are capable of being measured in board
14  feet.

15  **Timing Limitation (TL).** The TL stipulation, a moderate constraint, is applicable to fluid
16  mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling
17  and geophysical exploration equipment off designated routes, construction of wells and/or pads).
18  The TL restriction is also applicable to other surface-disturbing activities (i.e., those not related
19  to fluid mineral leasing). Areas identified for TL are closed to fluid mineral exploration and
20  development, surface-disturbing activities, and intensive human activity during identified time
21  frames. This stipulation does not apply to operation and basic maintenance activities, including
22  associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and
23  other operations considered to be intensive in nature are not allowed. Intensive maintenance,
24  such as workovers on wells, is not permitted. TLs can overlap spatially with NSO, NGD, CSU,
25  SSR, as well as with areas that have no other restrictions. Administrative activities are allowed at
26  the discretion of the Authorized Officer.

27  **Total dissolved solids.** Salt, or an aggregate of carbonates, bicarbonates, chlorides, sulfates,
28  phosphates, and nitrates of calcium, magnesium, manganese, sodium, potassium, and other
29  cations that form salts.

30  **Total maximum daily load (TMDL).** An estimate of the total quantity of pollutants (from all
31  sources: point, nonpoint, and natural) that may be allowed into waters without exceeding
32  applicable water quality criteria.

33  **Traditional cultural properties.** A property that derives significance from traditional values
34  associated with it by a social or cultural group, such as an Indian tribe or local community. A
35  traditional cultural property may qualify for the National Register of Historic Places if it meets
36  the criteria and criteria exceptions at 36 CFR 60.4 (see National Register Bulletin 38).

BLM_0110361

1  **Traditional use.** Longstanding, socially conveyed, customary patterns of thought, cultural
2  expression, and behavior, such as religious beliefs and practices, social customs, and land or
3  resource uses. Traditions are shared generally within a social and/or cultural group and span
4  generations. Usually traditional uses are reserved rights resulting from treaty and/or agreements
5  with Native American groups.

6  **Trail.** A linear route managed for human-power (e.g., hiking or bicycling), stock (e.g.,
7  equestrian), or off-highway vehicle forms of transportation or for historical or heritage values.
8  Trails are not generally managed for use by four-wheel drive or high-clearance vehicles.

9  **Transmission.** The movement or transfer of electric energy over an interconnected group of
10  lines and associated equipment between points of supply and points at which it is transformed
11  for delivery to consumers, or is delivered to other electric systems. Transmission is considered
12  to end when the energy is transformed for distribution to the consumer.

13  **Transportation linear features.** "Linear features" represents the broadest category of
14  physical disturbance (planned and unplanned) on BLM land. Transportation related linear
15  features include engineered roads and trails, as well as user-defined, non-engineered roads and
16  trails created as a result of the public use of BLM land. Linear features may include roads and
17  trails identified for closure or removal as well as those that make up the BLM's defined
18  transportation system.

19  **Transportation system.** The sum of the BLM's recognized inventory of linear features (roads,
20  primitive roads, and trails) formally recognized, designated, and approved as part of the BLM's
21  transportation system.

22  **Travel management areas.** Polygons or delineated areas where a rational approach has been
23  taken to classify areas open, closed or limited, and have identified and/or designated a network
24  of roads, trails, ways, and other routes that provide for public access and travel across the
25  planning area. All designated travel routes within travel management areas should have a clearly
26  identified need and purpose as well as clearly defined activity types, modes of travel, and seasons
27  or timeframes for allowable access or other limitations (BLM Handbook H-1601-1 Land Use
28  Planning Handbook).

29  **Trespass.** Any unauthorized use of public land.

30  **Tribal interests.** Native American or Native Alaskan economic rights such as Indian trust
31  assets, resource uses and access guaranteed by treaty rights, and subsistence uses.

32  **Tuff.** A pyroclastic volcanic rock composed of ash-sized fragments.

33  **Understory.** That portion of a plant community growing underneath the taller plants on the
34  site.

35  **Utility corridor.** Tract of land varying in width forming passageway through which various
36  commodities such as oil, gas, and electricity are transported.

BLM_0110362

1
2

**Valid existing rights.** Any lease established (and valid) before a new authorization is made or a land designation or regulation is changed.

3
4
5

**Vegetation manipulation.** Planned alteration of vegetation communities through use of mechanical, chemical, seeding and or prescribed fire or wildland fire use to achieve desired resource objectives.

6
7

**Vegetation structure.** The stage of plant community development, encompassing both age of stand and height of vegetation.

8
9
10

**Vegetation treatments.** Management practices which change the vegetation structure to a different stage of development. Vegetation treatment methods include wildland fire use, prescribed fire treatments, chemical, mechanical, and seeding.

11
12

**Vegetation type.** A plant community with immediately distinguishable characteristics based upon and named after the apparent dominant plant species.

13

**Vertebrate.** An animal having a backbone or spinal column.

14
15

**Viewshed.** The panorama from a given viewpoint that encompasses the visual landscape, including everything visible within a 360-degree radius.

16
17

**Visibility (air quality).** A measure of the ability to see and identify objects at different distances.

18
19

**Visitor day.** Twelve visitor hours that may be aggregated by one or more persons in single or multiple visits.

20
21

**Visitor use.** Visitor use of a resource for inspiration, stimulation, solitude, relaxation, education, pleasure, or satisfaction.

22
23

**Visual resources.** The visible physical features on a landscape, (topography, water, vegetation, animals, structure-s, and other features) that comprise die scenery of the area.

24
25
26

**Visual resource management (VRM).** The inventory and planning actions taken to identify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives.

27
28
29
30
31
32

**Visual resource management classes.** Define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands are based on scenic quality, sensitivity level, and distance zones. Each class has an objective that prescribes the amount of change allowed in the characteristic landscape (from H-1601-1, BLM Land Use Planning Handbook).

BLM_0110363

The four classes are described below:

- **Class I** provides for natural ecological changes only. This class includes primitive areas, some natural areas, some wild and scenic rivers, and other similar areas where landscape modification activities should be restricted.

- **Class II** areas are those areas where changes in any of the basic elements (form, line, color, or texture) caused by management activity should not be evident in the characteristic landscape.

- **Class III** includes areas where changes in the basic elements (form, line, color, or texture) caused by a management activity may be evident in the characteristic landscape. However, the changes should remain subordinate to the visual strength of the existing character.

- **Class IV** applies to areas where changes may subordinate the original composition and character; however, they should reflect what could be a natural occurrence within the characteristic landscape.

**Visual sensitivity.** Visual sensitivity levels are a measure of public concern for scenic quality and existing or proposed visual change.

**Volatile organic compounds.** Chemicals that produce vapors readily at room temperature and at normal atmospheric pressure. Volatile organic compounds include gasoline, industrial chemicals such as benzene, solvents such as toluene and xylene, and tetrachloroethylene (perchloroethylene, the principal dry cleaning solvent).

**Waiver.** A permanent exemption from a lease stipulation. The stipulation no longer applies anywhere within the leasehold.

**Watershed.** Topographical region or area delineated by water draining to a particular watercourse or body of water.

**Watershed condition indicators.** An integrated suite of aquatic, riparian, and hydrologic condition measures that are intended to be used at the watershed scale.

**Way.** Roadlike feature used by vehicles having four or more wheels but not declared a road by the owner and which receives no maintenance to guarantee regular and continuous use.

**Wild, Scenic, or Recreational river.** The term used for what is traditionally shortened to wild and scenic rivers. Designated river segments are classified as wild, scenic, or recreational but cannot overlap (BLM Manual 8351, BLM WSR Policy and Program).

**Wild and scenic study river.** Rivers identified in Section 5 of the Wild and Scenic Rivers Act of 1968 for study as potential additions to the National Wild and Scenic Rivers System. The rivers will be studied under the provisions of Section 4 of the act (BLM Manual 8351, BLM WSR Policy and Program).

BLM_0110364

**Wild river.** Those rivers or sections of rivers that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and unpolluted. These represent vestiges of primitive America.

**Wilderness.** A congressionally designated area of undeveloped federal land retaining its primeval character and influence, without permanent improvements or human habitation, that is protected and managed to preserve its natural conditions and that (1) generally appears to have been affected mainly by the forces of nature, with human imprints substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least 5,000 acres or is large enough to make practical its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historic value. The definition contained in Section 2(c) of the Wilderness Act of 1964 (78 Stat. 891) (H-6310-1, Wilderness Inventory and Study Procedures).

**Wilderness characteristics.** Wilderness characteristics include size, the appearance of naturalness, outstanding opportunities for solitude, or a primitive and unconfined type of recreation. They may also include ecological, geological, or other features of scientific, educational, scenic, or historical value. Indicators of an area's naturalness include the extent of landscape modifications, the presence of native vegetation communities, and the connectivity of habitats. Outstanding opportunities for solitude or primitive and unconfined types of recreation may be experienced when the sights, sounds, and evidence of other people are rare or infrequent, in locations where visitors can be isolated, alone or secluded from others, where the use of the area is through nonmotorized, nonmechanical means, and where no or minimal developed recreation facilities are encountered.

**Wilderness Study Area (WSA).** A designation made through the land use planning process of a roadless area found to have wilderness characteristics, as described in Section 2(c) of the Wilderness Act of 1964 (H-6310-1, Wilderness Inventory and Study Procedures).

**Wilderness Study Area (WSA) Ways.** Existing vehicle routes identified during the BLM's original wilderness inventory; do not include illegal routes created in the interim. The miles of motorized routes in WSAs are only conditionally open to vehicle use. If use and/or non-compliance are found through monitoring efforts to impair the area's suitability for wilderness designation, the BLM would take further action to limit use of the routes or would close them. The continued use of these routes, therefore, is based on user compliance and non-impairment of wilderness values.

**Wildland fire.** Any fire, regardless of ignition source, that is burning outside of a prescribed fire and any fire burning on public lands or threatening public land resources, where no fire prescription standards have been prepared (H-1742-1, BLM Emergency Fire Rehabilitation Handbook).

**Wildland fire use.** A vegetation treatment that involves taking advantage of a naturally-ignited wildland fire in an area where fire would benefit resources. Wildland fire use would be conducted in specific areas needing treatment after a site-specific plan and NEPA analysis are completed and only if predetermined prescriptive parameters (e.g., weather/fire behavior) can

BLM_0110365

1
2   be met. Until this planning and NEPA analysis are accomplished, wildland fires would be
    suppressed using an appropriate management response.

3   **Wildland-urban interface (WUI):** The line, area or zone where structures and other human
4   development meet or intermingle with undeveloped wildland or vegetative fuels.

5   **Winter concentration area:** That part of winter range where densities are at least 200
6   percent greater than the surrounding winter range density during the same period used to
7   define winter range in the average five winters out of ten.

8   **Withdrawal.** An action that restricts the use of public land and segregates the land from the
9   operation of some or all of the public land and mineral laws. Withdrawals are also used to
10  transfer jurisdiction of management of public lands to other federal agencies.

11

BLM_0110366

This page intentionally left blank.

BLM_0110367

# Appendix A
## Figures

BLM_0110368

BLM_0110369

# APPENDIX A
# FIGURES

1-1     Uncompahgre RMP Planning Area
2-1     Alternative B: Biological Core Areas
2-2     Alternative C: Biological Core Areas
2-3     Alternative D: Biological Core Areas
2-4     Alternative A: Visual Resource Management
2-5     Alternative B: Visual Resource Management
2-6     Alternative C: Visual Resource Management
2-7     Alternative D: Visual Resource Management
2-8     Alternatives B and D: Lands with Wilderness Characteristics
2-9     Alternative A: Grazing Allotments
2-10    Alternative B: Grazing Allotments
2-11    Alternative C: Grazing Allotments
2-12    Alternative D: Grazing Allotments
2-13    Alternative A: Recreation Management Areas
2-14    Alternative B: Recreation Management Areas
2-15    Alternative C: Recreation Management Areas
2-16    Alternative D: Recreation Management Areas
2-17    Alternative A: Comprehensive Trails and Travel Management
2-18    Alternative B: Comprehensive Trails and Travel Management
2-19    Alternative C: Comprehensive Trails and Travel Management
2-20    Alternative D: Comprehensive Trails and Travel Management
2-21    Alternative A: Right-of-Way Exclusion and Avoidance Areas
2-22    Alternative B: Right-of-Way Exclusion and Avoidance Areas
2-23    Alternative C: Right-of-Way Exclusion and Avoidance Areas
2-24    Alternative D: Right-of-Way Exclusion and Avoidance Areas
2-25    Alternative A: Disposal Areas
2-26    Alternative B: Disposal Areas
2-27    Alternative C: Disposal Areas
2-28    Alternative D: Disposal Areas

BLM_0110370

2-29     Alternative A: Coal Leasing
2-30     Alternative B: Coal Leasing
2-31     Alternative C: Coal Leasing
2-32     Alternative D: Coal Leasing
2-33     Alternative B: No Ground Disturbance for Other Surface-disturbing Activities
2-34     Alternative C: No Ground Disturbance for Other Surface-disturbing Activities
2-35     Alternative D: No Ground Disturbance for Other Surface-disturbing Activities
2-36     Alternative B: Site-specific Relocation for Other Surface-disturbing Activities
2-37     Alternative C: Site-specific Relocation for Other Surface-disturbing Activities
2-38     Alternative D: Site-specific Relocation for Other Surface-disturbing Activities
2-39     Alternative A: Timing Limitations for All Surface-disturbing Activities
2-40     Alternative B: Timing Limitations for All Surface-disturbing Activities
2-41     Alternative C: Timing Limitations for All Surface-disturbing Activities
2-42     Alternative D: Timing Limitations for All Surface-disturbing Activities
2-43     Alternative A: Fluid Minerals Leasing
2-44     Alternative B: Fluid Minerals Leasing
2-45     Alternative C: Fluid Minerals Leasing
2-46     Alternative D: Fluid Minerals Leasing
2-47     Alternative A: No Surface Occupancy for Fluid Minerals
2-48     Alternative B: No Surface Occupancy for Fluid Minerals
2-49     Alternative C: No Surface Occupancy for Fluid Minerals
2-50     Alternative D: No Surface Occupancy for Fluid Minerals
2-51     Alternative A: Controlled Surface Use for Fluid Minerals
2-52     Alternative B: Controlled Surface Use for Fluid Minerals
2-53     Alternative C: Controlled Surface Use for Fluid Minerals
2-54     Alternative D: Controlled Surface Use for Fluid Minerals
2-55     Alternatives A, B, C, and D: Lands Withdrawn from Locatable Mineral Entry
2-56     Alternative A: Lands to be Petitioned for Withdrawal from Locatable Mineral Entry
2-57     Alternative B: Lands to be Petitioned for Withdrawal from Locatable Mineral Entry
2-58     Alternative C: Lands to be Petitioned for Withdrawal from Locatable Mineral Entry
2-59     Alternative D: Lands to be Petitioned for Withdrawal from Locatable Mineral Entry
2-60     Alternative A: Mineral Materials
2-61     Alternative B: Mineral Materials
2-62     Alternative C: Mineral Materials
2-63     Alternative D: Mineral Materials
2-64     Alternative A: Non-energy Solid Leasable Minerals
2-65     Alternative B: Non-energy Solid Leasable Minerals
2-66     Alternative C: Non-energy Solid Leasable Minerals
2-67     Alternative D: Non-energy Solid Leasable Minerals
2-68     Alternative A: Areas of Critical Environmental Concern
2-69     Alternative B: Areas of Critical Environmental Concern
2-70     Alternative C: Areas of Critical Environmental Concern
2-71     Alternative D: Areas of Critical Environmental Concern
2-72     Alternatives A, B, C, and D: Wilderness and Wilderness Study Areas

BLM_0110371

2-73    Alternatives A and B: Segments Eligible (Alternative A) or Suitable (Alternative B) for Inclusion in the National Wild and Scenic Rivers System

2-74    Alternative D: Segments Suitable for Inclusion in the National Wild and Scenic Rivers System

2-75    Alternative A: Forest Management

2-76    Alternative B: Forest Management

2-77    Alternative C: Forest Management

2-78    Alternative D: Forest Management

2-79    Alternative A: No Target Shooting Areas

2-80    Alternative B: No Target Shooting Areas

2-81    Alternative C: No Target Shooting Areas

2-82    Alternative D: No Target Shooting Areas

2-83    Alternatives A, B, C, and D: Designated Routes in the Dry Creek Travel Management Area

2-84    Alternatives B, C, and D: Travel Management Areas for Future Route Designation

2-85    Alternatives B and D: Watchable Wildlife Areas

2-86    Alternative A: National Historic Trails

2-87    Alternative B: National Scenic, Historic, and Recreational Trails and State and BLM Byways

2-88    Alternative C: National Scenic, Historic, and Recreational Trails and State and BLM Byways

2-89    Alternative D: National Scenic, Historic, and Recreational Trails and State and BLM Byways

Internal
Not for Public Distribution

BLM_0110372

This page intentionally left blank.

BLM_0110373

# Appendix B
## Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

BLM_0110374

BLM_0110375

# TABLE OF CONTENTS

Chapter                                                                                                   Page

**B.    RESTRICTIONS APPLICABLE TO FLUID MINERALS LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES** ................................................................................................. **B-1**

B.1    Description of Stipulations Applicable to Fluid Mineral Leasing.........................................B-2
      B.1.1    Standard Terms and Conditions for Fluid Mineral Leasing................................B-2
      B.1.2    No Surface Occupancy (NSO)............................................................................B-2
      B.1.3    Controlled Surface Use (CSU) ...........................................................................B-3
      B.1.4    Timing Limitations (TL) ......................................................................................B-3
      B.1.5    Lease Notice (LN)...............................................................................................B-3
      B.1.6    Condition of Approval (COA) ...........................................................................B-3
      B.1.7    Project Mitigation and Monitoring.....................................................................B-3
B.2    Exceptions, Modifications, and Waivers Applicable to Fluid Mineral Leasing ..............B-4
      B.2.1    Standard Exception .............................................................................................B-4
      B.2.2    Standard Modification ........................................................................................B-4
      B.2.3    Standard Waiver .................................................................................................B-4
B.3    Description of Restrictions Applicable to Surface-disturbing Activities.........................B-4
      B.3.1    No Ground Disturbance (NGD) .........................................................................B-5
      B.3.2    Site-specific Relocation (SSR) ...........................................................................B-5
      B.3.3    Timing Limitations (TL).......................................................................................B-5

# TABLES

                                                                                                        Page

B-1    Areas Closed to Fluid Mineral Leasing (NL) .....................................................................B-6
B-2    No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing....................... B-10
B-3    Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing..................... B-41
B-4    Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and
      Surface-disturbing Activities........................................................................................ B-73
B-5    Lease Notices (LN) Applicable to Fluid Mineral Leasing.......................................... B-104
B-6    No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing
      Activities.................................................................................................................... B-110
B-7    Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities ........ B-116
B-8    Raptor Species Breeding Periods................................................................................... B-125

June 2011          *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*          B-i
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

BLM_0110376

This page intentionally left blank.

BLM_0110377

# APPENDIX B
# RESTRICTIONS APPLICABLE TO FLUID MINERALS LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES

This appendix lists by alternative the stipulations for fluid mineral leasing (e.g., oil, gas, and geothermal) referred to throughout this Draft RMP and EIS. These stipulations would also apply, where appropriate, to all surface-disturbing activities (and occupancy) associated with land use authorizations, permits, and leases issued on BLM lands. The stipulations would not apply to activities and uses where they are contrary to laws, regulations, or specific program guidance. The intent is to maintain consistency, to the extent possible, in applying stipulations to all surface-disturbing activities.

Fluid mineral leasing no surface occupancy (NSO), controlled surface use (CSU), and timing limitation (TL) stipulations apply to fluid mineral leasing on lands overlying federal mineral estate, which includes federal mineral estate underlying BLM lands, privately owned lands, and state-owned lands, but not US Forest Service lands. As such, federal mineral estate acres are greater than BLM surface acres. Within the planning area, the BLM administers 675,800 acres of surface estate and 1,558,870 million acres of split-estate (i.e., where the surface rights are in private ownership and the rights to development of the mineral resources are publicly held and managed by the federal government [BLM]). The BLM will coordinate with the surface owner when applying stipulations on split-estate at the leasing phase. Stipulations may also be applied to land managed by other federal agencies, such as US Forest Service, at the leasing phase based on coordination with the agency. Acreages reflect federal mineral estate overlain by BLM, private, and state-owned land. Acreages are calculated based on current information and may be adjusted in the future through plan maintenance as conditions warrant.

Surface-disturbing activities are those that normally result in more than negligible (immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate the natural erosive process. Surface disturbances could require reclamation and normally involve use and/or occupancy of the surface, causing disturbance to soils and vegetation. They include, but are not limited to: the use of mechanized earth-moving equipment; truck-mounted drilling

BLM_0110378

and geophysical exploration equipment off designated routes; off-road vehicle travel in areas designated as limited or closed to off-road vehicle use; construction of facilities such as power lines, pipelines, oil and gas wells and/or pads; recreation sites; new road and trail construction; and use of pyrotechnics and explosives. Surface disturbance is not normally caused by casual-use activities. Activities that are not considered surface-disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife. Because the BLM does not have jurisdiction over split-estate lands for surface-disturbing activities (i.e., those not related to fluid mineral leasing and development), no ground disturbance (NGD) and site-specific relocation (SSR) restrictions apply only to the 675,800 acres of BLM surface in the decision area.

## B.1 DESCRIPTION OF STIPULATIONS APPLICABLE TO FLUID MINERAL LEASING

**Tables B-1** through **B-4** provide details of the stipulations and protected resources including exceptions, modifications, and waivers by alternative. Three types of stipulations could be applied to fluid mineral leases: 1) no surface occupancy (NSO); 2) controlled surface use (CSU); and 3) timing limitation (TL). Although not a stipulation, areas that are closed to fluid mineral leasing are also detailed in **Table B-1**. All other areas not identified in **Table B-1** are open to fluid mineral leasing, subject to standard terms and conditions and NSO, CSU, or TL stipulations if applicable.

Lease stipulations and lease notices would be applied to all new leases and to expired leases that are reissued. On existing leases, the BLM would seek voluntary compliance or would develop Conditions of Approval for Applications for Permit to Drill to achieve resource objectives of lease stipulations contained in this RMP.

Stipulations identified in Alternative A, current management, were developed in the 1985 San Juan/San Miguel RMP (BLM 1985) or the 1989 Uncompahgre Basin RMP (BLM 1989a) and are annotated as "existing" in italics in the "stipulations number" column of the tables.

### B.1.1   Standard Terms and Conditions for Fluid Mineral Leasing

Oil and gas development is subject to standard terms and conditions of the lease. Onshore Oil and Gas Order No. 1 (Onshore Oil and Gas Operations; Federal and Indian Oil and Gas Leases; Approval of Operations) regulations (43 CFR 3160) give the BLM the ability to relocate proposed operations up to 200 meters (656 feet) and prohibit surface-disturbing operations for a period not to exceed 60 days.

### B.1.2   No Surface Occupancy (NSO)

Use or occupancy of the land surface for fluid mineral exploration or development and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads) are prohibited to protect identified resource values. Refer to **Table B-2**.

The NSO stipulation is a category of major constraints. NSO areas are open to fluid mineral leasing, but surface occupancy or surface-disturbing activities associated with fluid mineral leasing cannot be conducted on the surface of the land. Access to fluid mineral deposits would require horizontal drilling from outside the boundaries of the NSO area.

BLM_0110379

### B.1.3   Controlled Surface Use (CSU)

CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values and is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads). CSU areas are open to fluid mineral leasing but the stipulation allows the BLM to require special operational constraints, or the activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value. Refer to **Table B-3**.

### B.1.4   Timing Limitations (TL)

The TL stipulation, a moderate constraint, is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads). The TL restriction is also related to other surface-disturbing activities (i.e., those not related to fluid mineral leasing). Areas identified for TL are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance, such as workovers on wells, is not permitted. TLs can overlap spatially with NSO, NGD, CSU, SSR, as well as with areas that have no other restrictions. Administrative activities are allowed at the discretion of the Authorized Officer. Refer to **Table B-4**.

### B.1.5   Lease Notice (LN)

A lease notice (LN) provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. A lease notice also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease notices are not an RMP-level decision and new lease notices may be added to fluid mineral leases at the time of sale. Lease notices outlined in this appendix are more commonly used by the UFO. Lease notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing. Refer to **Table B-5**.

### B.1.6   Condition of Approval (COA)

Conditions of Approval are conditions or provisions (requirements) under which an Application for Permit to Drill is approved. Conditions of Approval minimize, mitigate, or prevent impacts to resource values or other uses of public lands.

### B.1.7   Project Mitigation and Monitoring

Stipulations are designed to provide resource-specific protections. Permit holders shall be responsible for the monitoring and reporting deemed necessary to document and maintain mandated protective measures. Also, the BLM retains the right to modify the operations of all surface and other disturbance activities caused by the presence of humans and to require additional specific or specialized mitigation following the submission of a detailed plan of development or other project proposal, a monitoring report, and an environmental analysis of such.

June 2011        *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*        B-3
                 *Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110380

## B.2 EXCEPTIONS, MODIFICATIONS, AND WAIVERS APPLICABLE TO FLUID MINERAL LEASING

Stipulations could be excepted, modified, or waived by the Authorized Officer. An exception exempts the holder of the land use authorization document from the stipulation on a one-time basis for a particular site within the leasehold or project area. A modification changes the language or provisions of a surface stipulation, either temporarily or for the term of the lease or project. A waiver permanently exempts the surface stipulation. The environmental analysis document prepared for site-specific proposals such as oil and gas development (e.g., Applications for Permit to Drill, Sundry Notices) also needs to include and address a proposal to exempt, modify, or waive a surface stipulation.

### B.2.1 Standard Exception

The standard exception applies to all NSOs, CSUs, and TLs, even though the standard exception is not included in the "exception" portion of **Tables B-2** through **B-4**. Exceptions are determined on a case-by-case basis and may be granted by the Authorized Officer if it can be demonstrated that the surface-disturbing activity would:

1. not cause adverse impacts;

2. have negligible impacts;

3. not interfere with fire suppression or health and safety objectives;

In situations where an activity is excepted from a lease stipulation, the activity could be subject to additional conditions of approval, reclamation measures, or BMPs. Measures required would be based on the nature and extent of resource values potentially affected by the surface-disturbing activity. Excepted lease stipulations are granted on a one-time case-by-case basis and will not necessarily constitute subsequent approvals.

### B.2.2 Standard Modification

A 30-day public notice and comment period is required before modification of a stipulation.

### B.2.3 Standard Waiver

No permanent exemptions or waivers are authorized unless the areas mapped as possessing the attributes are field verified by BLM staff to lack those attributes.

## B.3 DESCRIPTION OF RESTRICTIONS APPLICABLE TO SURFACE-DISTURBING ACTIVITIES

**Tables B-6** and **B-7** provide details of the stipulations and protected resources including exceptions, modifications, and waivers by alternative. Three types of restrictions could be applied to land use authorizations other than fluid mineral leases: 1) no ground disturbance (NGD); 2) site-specific relocation (SSR); and 3) timing limitation (TL).

Restrictions applicable to surface-disturbing activities apply to other activities besides fluid mineral leasing, including those conducted by the BLM.

Exceptions, modifications, and waivers are not applicable to NGD or SSR restrictions; however they are applicable to TL restrictions.

BLM_0110381

### B.3.1   No Ground Disturbance (NGD)

Areas restricted by NGD are closed only to all surface-disturbing activities. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife.

An NGD stipulation cannot be applied to operations conducted under the 1872 Mining Law without a withdrawal. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas identified as NGD are open to operations conducted under the mining laws subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws.

In addition, the following actions or activities are not subject to the NGD stipulation because specific laws and program terminology constrain them. However, these actions or activities may be subject to SSR or TL stipulations:

- Right-of-way (ROW) location: instead of identifying areas as NGD, areas can be identified as "ROW exclusion" areas.

- Coal leasing: instead of identifying areas as NGD, areas can be identified as open or closed to coal leasing.

- Non-energy solid mineral leasing: instead of identifying areas as NGD, areas can be identified as open or closed to non-energy solid mineral leasing.

- Mineral material disposal: instead of identifying areas as NGD, areas can be identified as open or closed to mineral material disposal.

### B.3.2   Site-specific Relocation (SSR)

An SSR restriction is similar to a CSU restriction in that it allows some use and occupancy of public land while protecting identified resources or values. SSR areas are potentially open to surface-disturbing activities but the restriction allows the BLM to require special constraints, or the activity can be shifted to protect the specified resource or value. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife.

Right-of-way location authorizations are not subject to the SSR restriction because it is constrained in other ways. Instead of identifying areas as SSR, areas can be identified as "ROW avoidance" areas. The action may be subject to TL stipulations.

### B.3.3   Timing Limitations (TL)

The timing limitation (TL) restriction for surface-disturbing activities is the same as the TL stipulation for fluid mineral leasing and associated activities. Refer to **Section B.1.4**, Timing Limitations (TL).

BLM_0110382

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-1**
**Areas Closed to Fluid Mineral Leasing (NL)**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | B | C | D |
|---|---|:---:|:---:|:---:|:---:|
| | Soils and Water | | | | |
| **NL-1/NGD-3** *Major River Corridors* xx acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. **PURPOSE:** To protect the river corridor that provide: a) water quality/filtering values; b) important riparian values; c) special status fish and wildlife species habitat; d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of these major rivers. **JUSTIFICATION:** Closing these areas to fluid development is the preservation, low intensity management option. This action will eliminate the potential negative effects from oil/gas development on water quality; hydrologic function and condition of stream channels, banks, floodplains, riparian communities, and wildlife habitat. | | • | | |
| **NL-2** *Surface Water Supply Streams and Public Water Supplies* xx acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring. **PURPOSE:** BLM: Insert purpose **JUSTIFICATION:** BLM: Insert justification | | • | | |
| **NL-3** *Surface Water Supply Streams and Public Water Supplies* xx acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring. **PURPOSE:** BLM: Insert purpose **JUSTIFICATION:** BLM: Insert justification | | | • | • |

BLM_0110383

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-1**
**Areas Closed to Fluid Mineral Leasing (NL)**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NL-4** <br><br> *Domestic Water Wells* <br><br> xx acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration areas within 1,000 horizontal feet of all domestic water wells. <br><br> **PURPOSE:** To protect domestic water wells from potential impacts during oil and gas development, including spills/leaks of hazardous fluids. <br><br> **JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic sources. | | • | | |
| Terrestrial Wildlife | | | | | |
| **NL-5** <br><br> *National Recreation Areas, State Parks and Wildlife Areas* <br><br> xx acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration the following areas where BLM holds the fluid mineral rights: <br> • Curecanti National Recreation Area <br> • State Parks <br> • State Wildlife Areas (Escalante, Billy Creek, Dan Noble, Woods Lake, McCluskey) <br><br> **PURPOSE:** BLM provide purpose. <br><br> **JUSTIFICATION:** BLM provide justification. | | • | | |
| Special Status Terrestrial Wildlife | | | | | |
| **NL-6/NGD-15** <br><br> *Gunnison Sage-grouse Breeding (Lek) Habitat* <br><br> xx acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, all Gunnison sage-grouse lek habitat plus a 0.60-mile radius. When existing leases expire, do not re-offer for lease in occupied Gunnison sage-grouse habitat. <br><br> **PURPOSE:** BLM provide purpose. <br><br> **JUSTIFICATION:** BLM provide justification. | | • | | |
| Lands with Wilderness Characteristics | | | | | |
| **NL-7/NGD-32** <br><br> *Lands Identified for Wilderness Characteristics Protection* <br><br> xx acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities on, lands identified for wilderness characteristics protection: <br> • Monitor and Potter Canyons; <br> • Roc Creek/Carpenter Ridge; and <br> • Upper Dry Creek Basin. <br><br> **PURPOSE:** BLM provide purpose. | | • | | |

BLM_0110384

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-1**
**Areas Closed to Fluid Mineral Leasing (NL)**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | JUSTIFICATION: *BLM provide justification.* | | | | |
| | Recreation and Visitor Services | | | | |
| **NL-8** *SRMAs* xx acres | **STIPULATION:** Close the following SRMAs to fluid mineral leasing: <br>• Dolores River Canyon <br>• Dry Creek RMZ 1, 2, 4 <br>• Jumbo Mountain RMZ 1 <br>• Kinikin Hills RMZ 1 <br>• Paradox Valley RMZ 4 <br>• Ridgway Trails RMZ 1 <br>• Roubideau <br>• San Miguel River <br>• Spring Creek RMZ 1, 2 <br><br>**PURPOSE:** *BLM provide purpose.* <br><br>**JUSTIFICATION:** *BLM provide justification.* | | • | | |
| | Areas of Critical Environmental Concern | | | | |
| **NL-9** *ACECs* Alternative A: xx acres Alternative B: xx acres | **STIPULATION:** Close the following ACECs to fluid mineral leasing: <br><br>Alternative A: <br>• Portion of Adobe Badlands ACEC (xx acres) <br><br>Alternative B: <br>• Needle Rock; <br>• Roubideau-Potter-Monitor; and <br>• San Miguel River <br>**PURPOSE:** *BLM provide purpose.* <br><br>**JUSTIFICATION:** *BLM provide justification.* | • | • | | |
| | Wilderness and Wilderness Study Areas | | | | |
| **NL-10** *Tabeguache Area* xx acres | **STIPULATION:** Close the Tabeguache Area to fluid mineral leasing and geophysical exploration. <br><br>**PURPOSE:** *BLM provide purpose.* <br><br>**JUSTIFICATION:** *BLM provide justification.* | • | • | • | • |
| **NL-11** *Wilderness Study Areas* xx acres | **STIPULATION:** Close WSAs to fluid mineral leasing and geophysical exploration. <br><br>**PURPOSE:** *BLM provide purpose.* <br><br>**JUSTIFICATION:** *BLM provide justification.* | • | • | • | • |

BLM_0110385

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-1**
**Areas Closed to Fluid Mineral Leasing (NL)**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| **NL-12/NGD-36** *Sewemup Mesa WSA if Released from Wilderness Consideration* xx acres | **STIPULATION:** If released from wilderness consideration, close Sewemup Mesa to fluid mineral leasing and geophysical exploration. **PURPOSE:** BLM provide purpose. **JUSTIFICATION:** BLM provide justification. | | • | | |

Note: The sum of acres closed to leasing in this table may add up to more than the total acres closed to fluid mineral leasing presented in Chapter 2 as some areas may overlap.

BLM_0110386

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Soils and Water | | | | |
| **NSO-1/NGD-1** <br><br>*Saline/Selenium Soils* <br><br>xx acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within areas mapped as soils with elevated levels of salinity/selenium. Intensively manage livestock grazing (e.g., reducing AUMs, limiting season of use and summer grazing, including additional rest-rotation) to reduce impacts to soils with elevated levels of salinity/selenium. <br><br>**PURPOSE:** *BLM provide purpose.* <br><br>**EXCEPTION:** *BLM provide exception.* <br><br>**MODIFICATION:** *BLM provide modification.* <br><br>**WAIVER:** *BLM provide waiver.* <br><br>**JUSTIFICATION:** *BLM provide justification.* | | • | | |
| **NSO-2/NGD-2** <br><br>*Slopes of or Greater than 30 Percent* <br><br>xx acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on slopes of or greater than 30 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion). <br><br>**PURPOSE:** Slopes greater than 30 percent are typically considered steep slopes. Surface disturbing activities on steep slopes should be avoided to minimize accelerated erosion and loss of soil productivity, which often has long-term, irreversible impacts. <br><br>**EXCEPTION:** Equestrian or pedestrian trails and fences built to BLM standards. <br><br>**Standard MODIFICATION and WAIVER apply.** <br><br>**JUSTIFICATION:** This stipulation is required to protect steep slopes, which are prone to accelerated erosion, and have limited reclamation potential. | | • | | |
| **NSO-3** <br><br>*Slopes of or Greater than 40 Percent* <br><br>xx acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on slopes of or greater than 40 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion). <br><br>**PURPOSE:** Slopes greater than 30 percent are typically considered steep slopes. Surface disturbing activities on steep slopes should be avoided to minimize accelerated erosion and loss of soil productivity, which often has long-term, | | | | • |

BLM_0110387

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | irreversible impacts. | | | | |
| | **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | | | | |
| | **JUSTIFICATION:** This stipulation is required to protect steep slopes, which are prone to accelerated erosion, and have limited reclamation potential. | | | | |
| **NSO-4/SSR-9** *Major River Corridors* xx acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. | | | | • |
| | **PURPOSE:** To protect the river corridor that provide: a) water quality/filtering values; b) important riparian values; c) special status fish and wildlife species habitat; d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of these major rivers. | | | | |
| | **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | | | | |
| | **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **NSO-5/NGD-4** *Perennial Streams* xx acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. | | • | | |
| | **PURPOSE:** To protect water quality, aquatic value, and prevent channel degradation. | | | | |
| | **EXCEPTION:** Essential soil disturbing activities such as roads, trails, and spring development (subject to BMPs and COAs). | | | | |
| | **Standard MODIFICATION and WAIVER apply.** | | | | |
| | **JUSTIFICATION:** This stipulation is necessary because any | | | | |

BLM_0110388

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between sediment supply and flow resulting in accelerated erosion and decreased water quality. This stipulation is also designed to minimize direct surface water contamination due to spills or leaks. | | | | |
| **NSO-6/SSR-11** *Perennial Streams* xx acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 300 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. **PURPOSE:** To protect water quality, aquatic value, and prevent channel degradation. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between sediment supply and flow resulting in accelerated erosion and decreased water quality. This stipulation is also designed to minimize direct surface water contamination due to spills or leaks. | | | | • |
| **NSO-7/NGD-5** *Intermittent and Ephemeral Streams* xx acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of intermittent and ephemeral streams. **PURPOSE:** To protect water quality and aquatic value, prevent channel degradation, and minimize direct surface water contamination due to spills or leaks. **EXCEPTION:** Essential soil disturbing activities such as roads, trails, and spring development (subject to BMPs and COAs). **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between sediment supply and flow resulting in accelerated erosion and decreased water quality. | | • | | |
| **NSO-8** | **STIPULATION:** Prohibit surface occupancy within 1,000 | | | | • |

BLM_0110389

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *Domestic Water Wells* xx acres | horizontal feet of all domestic water wells. **PURPOSE:** To protect domestic water wells from potential impacts during oil and gas development, including spills/leaks of hazardous fluids. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic sources. | | | | |
| | Vegetation | | | | |
| **NSO-9/NGD-7** *Pristine, Ancient, and Rare Vegetation Communities* xx acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within pristine, ancient, and rare vegetation communities. **PURPOSE:** BLM provide purpose. **EXCEPTION:** BLM provide exception. **MODIFICATION:** BLM provide modification. **WAIVER:** BLM provide waiver. **JUSTIFICATION:** BLM provide justification. | | • | | |
| **NSO-10/NGD-8** *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps* xx acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of perennial and intermittent streams and naturally occurring wetlands, springs, and seeps. **PURPOSE:** To protect perennial and intermittent streams, and natural wetlands from increased erosion, weed introduction, and hydrologic alteration **EXCEPTION:** This stipulation may be excepted subject to an on-site impact analysis with consideration given to level of damage to the riparian and wetland values, and likelihood of mitigation effectiveness. **MODIFICATION:** Standard modification applies. **WAIVER:** The restriction on surface occupancy will be waived where it can be demonstrated that the project will disturb less than ½ acre and will take place in areas where cumulative impacts have not caused health problems. | | • | | |

BLM_0110390

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

Table B-2
No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** This stipulation is required to minimize impacts from new activities in riparian zones and wetlands which are comparatively scarce in the UFO. | | | | |
| **NSO-11/SSR-16**  *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps*  <mark>xx acres</mark>  *BLM: This is a state stip added after GIS was done for preliminary draft Chapter 2. Needs to be added to GIS.*  *Draft COSO stip* | **STIPULATION:** Prohibit surface occupancy and surface disturbing activities within a minimum buffer distance of 325 horizontal feet for all perennial waters. For perennial streams, the buffer will be measured from ordinary high water mark (bankfull stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent. For unmapped wetlands, the vegetative boundary (from which the buffer originates) will be determined in the field. Where the riparian zone extends beyond 325 feet, the NSO would be extended to include the entire riparian zone.  **Water Body Type**     **Buffer Width, Feet**  Fens and wetlands     325*  Perennial streams (with     325 (as measured from ordinary   or without fish)       high water mark  Lotic or lentic springs     325 (as measured from wetland   and seeps        vegetation edge  Riparian     325 (or greater if riparian area is          wider than 325 feet)  perennial water source ←    Flow direction →  edge of buffer ←    *  **PURPOSE:** To maintain the proper functioning condition, including the vegetative, hydrologic and geomorphic functionality of the perennial water body. Protect water quality, fish habitat, aquatic habitat, and provide a clean, reliable source of water for downstream users. Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species.  **EXCEPTION:** An exception may be granted for stream crossings where no other alternative exists, such as another route, and must be approved by the authorized officer.  **MODIFICATION:** Wetland buffer dimensions may be averaged to accommodate variability in terrain or | | | | • |

Internal Draft — Not for Public Distribution

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number *(Existing/**New**)* Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | development plans.  Up-gradient distances should be maintained (i.e.: up- gradient buffer distances of 325 feet), while down-gradient buffers may be reduced to no less than 100 feet.  The buffer averaging must, however, not adversely affect wetland functions and values, and a minimum buffer distance of 100 feet from the wetland edge is maintained.  The buffer's intent is to protect the water source area of the wetland, which is more important than the down-gradient portion of the wetland.  **WAIVER:** Standard waiver applies.  **JUSTIFICATION:** This stipulation is required to minimize impacts from new activities in riparian zones and wetlands which are comparatively scarce in the UFO. | | | | |
| | Terrestrial Wildlife | | | | |
| **NSO-12** *Biological Core Areas* Alternative B: xx acres Alternative C: xx acres | **STIPULATION:** Prohibit surface occupancy within portions of Biological Core areas, as follows: Alternative B: • Adobe Zone 1 (xx acres); • Burn Canyon Zones 1-3 (xx acres); • Dry Creek Zones 1-4 (xx acres); • Jumbo Mountain/McDonald Creek Zones 1-5 (xx acres); • La Sal Zones 1-3 (xx acres); • Monitor-Potter-Roubideau Zones 1-11 (xx acres); • Ridgway Zones 1-4 (xx acres); • San Miguel Zones 1-7 (xx acres); • Spring Canyon (xx acres); • Tabeguache Zones 1-10 (xx acres); and • Terror Creek (xx acres)  Alternative C: • La Sal Zones 1 and 3 (xx acres); • San Miguel Zones 1-3 (xx acres); and • Tabeguache Zones 1-3 (xx acres)  **PURPOSE:** To provide protection for important Biological Core/Corridor areas and migration corridors. Biological Core/Corridor areas are habitats determined by the BLM UFO to be crucial to plant and animal biodiversity and conservation at the landscape scale. Biological Core/Corridor | | • | • | |

BLM_0110392

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | areas encompass both cores and migration corridors. | | | | |
| | **EXCEPTION:** Standard exceptions apply. Plus, an exception would be provided for habitat improvement projects. Habitat improvements would be demonstrably positive for target species without being detrimental to native species populations. | | | | |
| | **Standard MODIFICATION and WAIVER apply.** | | | | |
| | **JUSTIFICATION:** This stipulation will ensure biological diversity and species conservation by protecting a landscape network of Biological Core/Corridor areas (intact islands of crucial habitat) and migration/ movement corridors. | | | | |
| **NSO-13** *National Recreation Areas, State Parks and Wildlife Areas* xx acres *COSO draft stip* | **STIPULATION:** Prohibit surface occupancy in areas where BLM holds the fluid mineral rights under the following areas:<br>• Curecanti National Recreation Area<br>• State Parks<br>• State Wildlife Areas (Escalante, Billy Creek, Dan Noble, Woods Lake, McCluskey)<br>• Municipal parks (e.g., Buckhorn Park)<br><br>**PURPOSE:** Protect high value wildlife habitat and recreation values associated with designated State Wildlife Areas<br><br>**EXCEPTION:** An exception may be granted or substituted with a timing limitation, by the Field Manager in coordination with CDOW, if an environmental analysis determines that the action, as proposed or conditioned, would not impair the values of the SWA.<br><br>**MODIFICATION:** The no surface occupancy area may be modified in extent, by the Field Manager in coordination with CDOW, if an environmental analysis finds that a portion of the area is nonessential to site utility or function, or that the proposed action could be conditioned so as not to impair the current or future values of the site. The stipulation may also be modified if the proponent, and Colorado Division of Wildlife, and where necessary, other affected interest, negotiate compensation that satisfactorily offsets anticipated impacts to the SWA.<br><br>**WAIVER:** This stipulation may be waived if the Colorado | | | | • |

BLM_0110393

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | Division of Wildlife disposes of the site. | | | | |
| | **JUSTIFICATION**: This stipulation will protect the values for which the areas were set aside, help minimize animal damage control issues on neighboring lands (private and public), and ensure security areas for terrestrial species. | | | | |
| *NSO-CO-7* *(BLM 1991)* *Waterfowl and Shorebirds* <mark>xx acres</mark> | **STIPULATION:** Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries). **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | • | | | |
| **NSO-14/SSR-20** *Waterfowl and Shorebird Breeding Habitats* <mark>xx acres</mark> | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) of the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. **PURPOSE:** To protect important seasonal reproduction areas for waterfowl and shorebirds, consistent with the Migratory Bird Treaty Act and other laws. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation provides for protection of migratory waterfowl reproduction areas and is intended to protect birds from disturbance and displacement by human activities. Waterfowl production areas are critical to the viability of these species. | | | | • |
| | Special Status Plants | | | | |
| *NSO-UB-2* *(BLM 1989a)* *Threatened, Endangered, Candidate, and Sensitive Plant Areas* <mark>xx acres</mark> | **STIPULATION:** Prohibit surface occupancy in the Fairview South RNA/ACEC to protect the threatened, endangered, candidate, and sensitive plants and their potential habitat. **PURPOSE:** To protect the threatened, endangered, candidate, and sensitive plants and their potential habitat within the Fairview Research Natural Area, an area of critical environmental concern. **EXCEPTION:** This stipulation may be waived, excepted, or modified by the Authorized Officer if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on threatened, endangered, | • | | | |

BLM_0110394

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

### Table B-2
### No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | candidate, and sensitive plants and their potential habitats within these areas. **Standard MODIFICATION and WAIVER apply.** | | | | |
| *NSO-CO-8 (BLM 1991) Special Status Plant Species* <br> xx acres | **STIPULATION:** NSO on habitat areas with special status plant species (Includes federally-listed and proposed species for listing and candidate species). <br><br> **EXCEPTION:** Exception for special status plant species habitat. The NSO may be altered after important factors are considered in a site-specific impact analysis such as the type and amount of surface disturbance, plant frequency and density, and the relocation of disturbances. <br><br> **Standard MODIFICATION and WAIVER apply.** | • | | | |
| **NSO-15/NGD-9** <br> *Federally Listed, Candidate, and Proposed Species' Occupied and Historic Habitat* <br> xx acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 300 meters of occupied habitat of known federally protected plant populations. <br><br> **PURPOSE:** The protection buffer reduces dust transport, weed invasion, unauthorized vehicular activities, and chemical and produced-water spills and those effects on special status plant populations. It also reduces impact to important pollinators and their habitat. <br><br> **EXCEPTION:** This stipulation is excepted in the North Delta OHV Area. *(BLM: in Alternative B the North Delta area is not open. Should there still be an exception?)* <br><br> **MODIFICATION:** Small scale disturbances (consider spatial and temporal variables) such as recreation trail construction, vegetation trimming, handtool work, etc, would be permitted outside of a 30-meter buffer from known federally protected plant populations. <br><br> **WAIVER:** Standard waivers apply. <br><br> **JUSTIFICATION:** This stipulation is necessary to protect known special status plant populations and occupied habitat. | | • | | |
| **NSO-16/SSR-24** <br> *Federally Listed and Candidate Species' Habitat* <br> xx acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 200-meters (656-foot) of occupied habitat of federally listed and candidate species. In addition, prohibit surface occupancy within areas designated as critical habitat. <br><br> **PURPOSE:** *BLM: Insert purpose.* | | | | • |

BLM_0110395