**Table B-5**
**Lease Notices (LN) Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | (d), you must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the BLM Authorized Officer. | | | | |
| | Paleontological Resources | | | | |
| *LN-CO-29 (BLM 1991)* *Paleontological Areas* | Prior to authorizing surface-disturbing activities in Class I and II Paleontological Areas, perform an inventory by an accredited paleontologist approved by the BLM Authorized Officer. | • | | | |
| **LN-9** *Class 4 and 5 Paleontological Areas* | Require a permitted paleontologist approved by the BLM Authorized Officer to perform an inventory of areas of surface-disturbing activities in Potential Fossil Yield Classification Class 4 and 5 (previously known as Class I and II) paleontological areas per BLM Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification System for Paleontological Resources on Public Lands. | | • | • | • |
| | Lands and Realty | | | | |
| **LN-10** *US Bureau of Reclamation Dams* | The lessee is hereby notified that directional drilling is prohibited within 1,500 vertical feet below a Bureau of Reclamation dam (i.e., Ridgway, Crawford and Paonia dams) or its appurtenant structures. (Directional drilling could be conducted more than 1,500 feet below these dams and structures from outside the 1,500-foot horizontal radius of the structures.) | | • | • | • |
| | Coal | | | | |
| *LN-UB-10* <mark>Insert name</mark> | Within the Paonia-Somerset Known Recoverable Coal Resource Area, coal and oil and gas leasing and development will be managed consistent with land use plans and lease terms. More specifically, the portions of the Known Recoverable Coal Resource Area where the overburden above the B-Seam of the Mesaverde coals is less than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to reach agreement on proposed oil and gas exploration or development, the BLM Authorized Officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will | • | | | |

BLM_0110485

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-5**
**Lease Notices (LN) Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. | | | | |
| **LN-11** Insert name | The portions of the coal potential area where the overburden above the B-Seam of the Mesaverde coal is less than 3,500 feet will be managed primarily for the exploration and development of the coal resources. Oil and gas operators anticipating exploration or development operations are encouraged to consult and coordinate their activities with the affected coal operators. In the event that the oil and gas and coal operators are unable to reach agreement on proposed oil and gas exploration or development, the BLM Authorized Officer will intervene and use all pertinent lease terms, regulations, and policy to determine what course of action is in the public's interest. However, under no circumstances will the BLM approve any oil and gas operations that compromise maximum economic coal recovery or the safety of underground mining operations. (BLM/Desty: please provide language to apply across UFO) | • | • | • | • |
| | Public Health and Safety | | | | |
| LN-UFO-8 **LN-12** Insert name | The lease area is known to contain unexploded ordinance. The Colorado National Guard and Army Reserve used the lease area as a practice area for military training in the past. Periodic surface searches for ordinance may not have located and removed all of the ordinance. Prior to any new activity on the lease area, a survey for surface and subsurface unexploded ordinance is required to avoid impacts to health and safety. Lessees must contact the Uncompahgre Field Office prior to any surface activities associated with this lease. The lessee will be required to coordinate with the Colorado National Guard, Army Reserve and the Colorado Department of Public Health and Environment to conduct additional surveys to ensure that there is no unexploded ordinance present on the proposed disturbance sites and appropriate actions are taken to be sure the sites are safe for use. BLM may recommend modifications to exploration and development proposals to avoid impacts to health and safety. The lease holder agrees to indemnify the United States against any liability arising from the lease holder's and its agents activities on the lease area. | • | • | • | • |

BLM_0110486

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-6**
**No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | B | C | D |
|---|---|---|---|---|---|
| **NSO-1/NGD-1** *Saline/Selenium Soils* xx acres | Refer to NSO-1/NDG-1 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-2/NGD-2** *Slopes of or Greater than 30 Percent* xx acres | Refer to NSO-2/NDG-2 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NL-1/NGD-3** *Major River Corridors* xx acres | Refer to NL-1/NGD-3 in Table B-1, Areas Closed to Fluid Mineral Leasing. | | • | | |
| **NSO-5/NGD-4** *Perennial Streams* xx acres | Refer to NSO-5/NGD-4 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-7/NGD-5** *Intermittent and Ephemeral Streams* xx acres | Refer to NSO-7/NGD-5 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NGD-6** *Municipal Watersheds and Public Water Supplies* xx acres | **STIPULATION:** Prohibit surface-disturbing activities on lands within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado used as a public (municipal) water supply, and within 2,640 horizontal feet of all Public Water Supplies using a groundwater well or spring. **PURPOSE:** Protecting public water supplies, water quality, aquatic habitat and human health. **JUSTIFICATION:** No surface occupancy on lands with the highest migration potential and the closest proximity to a public water supply intake will provide protection for human health, and protect water quality for Water Supply Use Classification standards. Potential contaminant migration may vary by geologic strata, depth, transmissivity, percolation of groundwater. Shorter migration paths and times of travel | | • | | |

BLM_0110487

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-6**
**No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | mean less chance for dilution or degradation of the contaminant before it reaches the intake. The proximity of the potential contaminant source to the surface water drainage network and its proximity to the intake approximates the relative migration path and time that a contaminant must travel to enter the source water and then flow to the intake. | | | | |
| | Vegetation | | | | |
| **NSO-9/NGD-7** *Pristine, Ancient, and Rare Vegetation Communities* xx acres | Refer to NSO-9/NGD-7 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-10/NGD-8** *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps* xx acres | Refer to NSO-10/NGD-8 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| | Special Status Plants | | | | |
| **NSO-15/NGD-9** *Federally Listed, Candidate, and Proposed Species' Occupied and Historic Habitat* xx acres | Refer to NSO-15/NGD-9 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| | Special Status Fish and Aquatic Wildlife | | | | |
| **NSO-17/NGD-10** *Occupied Federally Listed Fish Habitat* xx acres | Refer to NSO-17/NGD-10 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-18/NGD-11** *Occupied Federally Listed Fish Habitat* xx acres | Refer to NSO-18/NGD-11 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-19/NGD-12** *Occupied Federally* | Refer to NSO-19/NGD-12 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral | | | | • |

BLM_0110488

**Table B-6**
**No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *Listed Fish and Native Cutthroat Trout Habitat* xx acres | Leasing. | | | | |
| | Special Status Terrestrial Wildlife | | | | |
| **NSO-20/NGD-13** *Federally Threatened, Endangered, and Candidate Species' Occupied Habitat* xx acres | Refer to NSO-20/NGD-13 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-22/NGD-14** *Yellow-billed Cuckoo Habitat* xx acres | Refer to NSO-22/NGD-14 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NL-6/NGD-15** *Gunnison Sage-grouse Breeding (Lek) Habitat* xx acres | Refer to NL-6/NGD-15 in Table B-1, Areas Closed to Fluid Mineral Leasing. | | • | | |
| **NSO-23/NGD-16** *Gunnison Sage-grouse Breeding (Lek) Habitat* xx acres | Refer to NSO-23/NGD-16 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-25/NGD-17** *Gunnison Sage-grouse Breeding (Non-lek) Habitat* xx acres | Refer to NSO-25/NGD-17 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-27/NGD-18** *Raptor Nest Sites* xx acres | Refer to NSO-27/NGD-18 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-28/NGD-19** *Non-special Status Raptor Nest Sites (except American* | Refer to NSO-28/NGD-19 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |

Internal Draft — Not for Public Distribution

BLM_0110489

**Table B-6**
**No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| *kestrel, red-tailed hawk, and great-horned owl)* xx acres | | | | | |
| **NSO-29/NGD-20** *Special Status Raptor Nest Sites (except Mexican spotted owl)* xx acres | Refer to NSO-29/NGD-20 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **NSO-31/NGD-21** *Bald Eagle Winter Roost Sites* xx acres | Refer to NSO-31/NGD-21 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-32/NGD-22** *Bald Eagle Winter Roost Sites* xx acres | Refer to NSO-32/NGD-22 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **NSO-33/NGD-23** *Mexican Spotted Owl* xx acres | Refer to NSO-33/NGD-23 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-34/NGD-24** *Mexican Spotted Owl* xx acres | Refer to NSO-34/NGD-24 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **NSO-35/NGD-25** *Gunnison and White-tailed Prairie Dog Towns* xx acres | Refer to NSO-35/NGD-25 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-36/NGD-26** *Gunnison and White-tailed Prairie Dog Towns* xx acres | Refer to NSO-36/NGD-26 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-37/NGD-27** *Bat Roost Sites and Winter Hibernacula* | Refer to NSO-37/NGD-27 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |

BLM_0110490

**Table B-6**
**No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected xx acres | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NSO-39/NGD-28** *Special Status Reptile and Amphibian (Herpetofaunal) Breeding Habitats* xx acres | Refer to NSO-39/NGD-28 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| | Cultural Resources | | | | |
| **NSO-41/NGD-29** *Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon* xx acres | Refer to NSO-41/NGD-29 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-42/NGD-30** *Sites Listed or Eligible for Listing on the National or State Register of Historic Places* xx acres | Refer to NSO-42/NGD-30 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| | Visual Resources | | | | |
| **NSO-45/NGD-31** *VRM Class I* xx acres | Refer to NSO-45/NGD-31 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| | Lands with Wilderness Characteristics | | | | |
| **NL-7/NGD-32** *Lands Identified for Wilderness Characteristics Protection* xx acres | Refer to NL-7/NGD-32 in Table B-1, Areas Closed to Fluid Mineral Leasing. | | • | | |
| | Recreation | | | | |
| **NGD-33** *SRMAs* xx acres | **STIPULATION:** Prohibit surface-disturbing activities within RMZ 4 of Paradox Valley SRMA. **PURPOSE:** *BLM: Insert purpose.* | | • | | |

BLM_0110491

**Table B-6**
**No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| | Areas of Critical Environmental Concern | | | | |
| **NSO-50/NGD-34** Alternative B: **xx** acres Alternative C: **xx** acres | Refer to NSO-50/NGD-34 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | • | |
| | Wilderness and WSAs | | | | |
| **NGD-35** WSAs **xx** acres | **STIPULATION:** Prohibit surface-disturbing activities in WSAs. **PURPOSE:** *BLM: Insert purpose.* **JUSTIFICATION:** *BLM: Insert justification.* | • | • | • | |
| **NL-12/NGD-36** *Sewemup Mesa WSA if Released from Wilderness Consideration* **xx** acres | Refer to NL-12/NGD-36 in Table B-1, Areas Closed to Fluid Mineral Leasing. | | | | |
| | Wild and Scenic Rivers | | | | |
| **NSO-52/NGD-37** *Wild Segments* **xx acres** | Refer to NSO-52/NGD-37 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| | Public Health and Safety | | | | |
| **NSO-61/NGD-38** *DOE Uranium Mill Tailings Remedial Action Area* **xx acres** | Refer to NSO-61/NGD-38 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | • | | • |

Note: The sum of acres with NGD restrictions in this table may add up to more than the total acres with NGD restrictions presented in Chapter 2 as some areas may overlap.

1

2

BLM_0110492

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | Land Health | | | | |
| **CSU-1/SSR-1** <br><br> *Lands, streams and wetlands "not meeting" or "meeting with problems" BLM Colorado Public Land Health Standards* <br><br> Standard 1: xx acres <br> Standard 2: xx acres <br> Standard 3: xx acres <br> Standard 4: xx acres <br> Standard 5: xx acres <br><br> *BLM: This is a state stip added after GIS was done for preliminary draft Chapter 2. Needs to be added to GIS.* | See CSU-1/SSR-1 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| | Soils and Water | | | | |
| **CSU-2/SSR-2** <br><br> *Saline/Selenium Soils* <br><br> xx acres | See CSU-2/SSR-2 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **CSU-3/SSR-3** <br><br> *Saline/Selenium Soils* <br><br> xx acres | See CSU-3/SSR-3 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-4/SSR-4** <br><br> *Potential Biological Soil Crust* <br><br> xx acres | See CSU-4/SSR-4in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **CSU-5/SSR-5** <br><br> *East Paradox Biological Soil Crust* <br><br> xx acres | See CSU-5/SSR-5 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **CSU-6/SSR-6** <br><br> *Potential Biological Soil* | See CSU-6/SSR-6 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |

Internal Draft — Not for Public Distribution

BLM_0110493

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *Crust* xx acres | | | | • | |
| **CSU-7/SSR-7** *Slopes of or Greater than 40 percent* xx acres | See CSU-7/SSR-7 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **CSU-9/SSR-8** *Major River Corridors* xx acres | See CSU-9/SSR-8 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-4/SSR-9** *Major River Corridors* xx acres | See NSO-4/SSR-9 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-10/SSR-10** *Perennial Streams* xx acres | See CSU-10/SSR-10 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-6/SSR-11** *Perennial Streams* xx acres | See NSO-6/SSR-11 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-11/SSR-12** *Intermittent and Ephemeral Streams* xx acres | See CSU-11/SSR-12 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-12/SSR-13** *Municipal Watersheds and Public Water Supplies* xx acres | See CSU-12/SSR-13 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| | Vegetation | | | | |
| **CSU-15/SSR-14** *Pristine, Ancient and Rare Vegetation Communities* xx acres | See CSU-15/SSR-14 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | • |

BLM_0110494

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **CSU-16/SSR-15** <br><br> *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps* <br><br> xx acres | See CSU-16/SSR-15 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-11/SSR-16** <br><br> *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps* <br><br> xx acres <br><br> *BLM: This is a state stip added after GIS was done for preliminary draft Chapter 2. Needs to be added to GIS.* | See NSO-11/SSR-16 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| | Terrestrial Wildlife | | | | |
| **CSU-18/SSR-17** <br><br> *Biological Core Areas* <br><br> xx acres | See CSU-18/SSR-17 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | • | • |
| **CSU-20/SSR-18** <br><br> *Desert and Rocky Mountain Bighorn Sheep Summer Range* <br><br> xx acres | See CSU-20/SSR-18 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | • |
| **CSU-21/SSR-19** <br><br> *Waterfowl and Shorebird Breeding* <br><br> xx acres | See CSU-21/SSR-19 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-14/SSR-20** <br><br> *Waterfowl and Shorebird Breeding Habitats* <br><br> xx acres | See NSO-14/SSR-20 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |

BLM_0110495

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **CSU-22/SSR-21** *Migratory Bird Breeding Habitat* xx acres | See CSU-22/SSR-21 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **CSU-23/SSR-22** *Migratory Bird Breeding Habitat* xx acres | See CSU-23/SSR-22 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| | Special Status Plants | | | | |
| **CSU-24/SSR-23** *BLM Sensitive Plant Species* xx acres | See CSU-24/SSR-23 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **NSO-16/SSR-24** *Federally Listed and Candidate Species' Habitat* xx acres | See NSO-16/SSR-24 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| | Special Status Fish and Aquatic Wildlife | | | | |
| **CSU-25/SSR-25** *Occupied Native Cutthroat Trout Habitat* xx acres | See CSU-25/SSR-25 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **CSU-26/SSR-26** *Occupied Native Cutthroat Trout Habitat* xx acres | See CSU-26/SSR-26 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **CSU-27/SSR-27** *Occupied Native Cutthroat Trout Habitat* xx acres | See CSU-27/SSR-27 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |

BLM_0110496

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Special Status Terrestrial Wildlife | | | | |
| **CSU-28/SSR-28** Federally Threatened, Endangered, and Candidate Species' Occupied Habitat (except Canada lynx) xx acres | See CSU-28/SSR-28 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-21/SSR-29** Federally Threatened, Endangered, and Candidate Species' Occupied Habitat (except Canada lynx and Mexican spotted owl) xx acres | See NSO-21/SSR-29 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-29/SSR-30** Yellow-billed Cuckoo Habitat xx acres | See CSU-29/SSR-30 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-30/SSR-31** Canada Lynx Habitat xx acres | See CSU-30/SSR-31 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **CSU-31/SSR-32** Canada Lynx Habitat xx acres | See CSU-31/SSR-32 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-32/SSR-33** Canada Lynx Habitat Connectivity xx acres | See CSU-32/SSR-33 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | • |
| **NSO-24/SSR-34** Gunnison Sage-grouse Breeding (Lek) Habitat xx acres | See NSO-24/SSR-34 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |

BLM_0110497

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| **CSU-33/SSR-35** Gunnison Sage-grouse Breeding (Non-lek) Habitat xx acres | See CSU-33/SSR-35 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **CSU-34/SSR-36** Gunnison Sage-grouse Breeding (Non-lek) Habitat xx acres | See CSU-34/SSR-36 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-37/SSR-37** Bald Eagle Habitat xx acres | See CSU-37/SSR-37 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **CSU-38/SSR-38** Mexican Spotted Owl Suitable Breeding Habitat. xx acres | See CSU-38/SSR-38 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-39/SSR-39** Gunnison and White-tailed Prairie Dog Towns xx acres | See CSU-39/SSR-39 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-40/SSR-40** Active Kit Fox Dens xx acres | See CSU-40/SSR-40 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **CSU-41/SSR-41** Active Kit Fox Dens xx acres | See CSU-41/SSR-41 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-42/SSR-42** Bat Roost Sites and Winter Hibernacula xx acres | See CSU-42/SSR-42 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-38/SSR-43** Bat Roost Sites and | See NSO-38/SSR-43 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |

BLM_0110498

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | B | C | D |
|---|---|---|---|---|---|
| *Winter Hibernacula* xx acres | | | | | |
| **CSU-43/SSR-44** *Bat Roost Sites and Winter Hibernacula* xx acres | See CSU-43/SSR-44 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-44/SSR-45** *Special Status Reptile and Amphibian (Herpetofaunal) Breeding Habitats* xx acres | See CSU-44/SSR-45 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-40/SSR-46** *Midget Faded Rattlesnake Hibernacula* xx acres | See NSO-40/SSR-46 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-21/SSR-19** *Waterfowl and Shorebird Breeding* xx acres | See CSU-21/SSR-19 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **NSO-14/SSR-20** *Waterfowl and Shorebird Breeding Habitats* xx acres | See NSO-14/SSR-20 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| Cultural Resources | | | | | |
| **CSU-45/SSR-47** *Tabeguache Pueblos Area and Tabeguache Canyon* xx acres | See CSU-45/SSR-47 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| **CSU-46/SSR-48** *Sites Listed on the National or State* | See CSU-46/SSR-48 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |

BLM_0110499

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Register of Historic Places xx acres | | | | | |
| **CSU-47/SSR-49** Area of Archaeological Significance xx acres | See CSU-47/SSR-49 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| | Visual Resources | | | | |
| **CSU-48/SSR-50** VRM Class II and III xx acres | See CSU-48/SSR-50 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| | Lands with Wilderness Characteristics | | | | |
| **NSO-46/SSR-51** Lands Identified for Wilderness Characteristics Protection xx acres | See NSO-46/SSR-51 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| | Areas of Critical Environmental Concern | | | | |
| **CSU-52/SSR-52** Areas of Critical Environmental Concern xx acres | See CSU-52/SSR-52 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | | • | |
| **NSO-50/SSR-53** Areas of Critical Environmental Concern xx acres | See NSO-50/SSR-53 in Table B-2, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing. | | | | • |
| | Wilderness and WSAs | | | | |
| **SSR-54** Tabeguache Area xx acres | **STIPULATION:** Apply site-specific relocation restrictions in the Tabeguache Area. **PURPOSE:** BLM: Insert purpose. **JUSTIFICATION:** BLM: Insert justification. | | • | • | • |
| **SSR-55** WSAs xx acres | **STIPULATION:** Apply site-specific relocation restrictions in WSAs. | | | | • |

BLM_0110500

**Table B-7**
**Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **PURPOSE:** BLM: Insert purpose. | | | | |
| | **JUSTIFICATION:** BLM: Insert justification. | | | | |
| | Wild and Scenic Rivers | | | | |
| **CSU-53/SSR-56** *Scenic and Recreational Segments* xx acres | See CSU-53/SSR-56 in Table B-3, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing. | | • | | |
| **SSR-58** *WSR Segments* xx acres | **STIPULATION:** Apply SSR restrictions within the study corridor. | | | | • |

Note: The sum of acres with SSR restrictions in this table may add up to more than the total acres with SSR restrictions presented in Chapter 2 as some areas may overlap.

1

2

BLM_0110501

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-8**
**Raptor Species Breeding Periods**

| | | Breeding Period |
|---|---|---|
| **Falconiformes** | | |
| Osprey | *Pandion haliaetus* | 4/1-8/31 |
| Bald eagle | *Haliaeetus leucocephalus* | 11/1-7/31 |
| Northern harrier | *Circus cyaneus* | 4/1-8/15 |
| Sharp-shinned hawk | *Accipiter striatus* | 3/15-8/31 |
| Cooper's hawk | *Accipiter cooperii* | 3/15-8/31 |
| Northern goshawk | *Accipiter gentilis* | 3/1-7/31 |
| Swainson's hawk | *Buteo swainsoni* | 4/1-7/15 |
| Red-tailed hawk | *Buteo jamaicensis* | 2/15-7/15 |
| Ferruginous hawk | *Buteo regalis* | 2/1-7/15 |
| Rough-legged hawk | *Buteo lagopus* | BLM: insert date |
| Golden eagle | *Aquila chrysaetos* | 12/15-7/15 |
| American kestrel | *Falco sparverius* | 4/1-8/15 |
| Merlin | *Falco columbarius* | 4/1-8/31 |
| Peregrine falcon | *Falco peregrinus* | 2/1-8/31 |
| Prairie falcon | *Falco mexicanus* | year round |
| **Strigiformes** | | |
| Common barn owl | *Tyto alba* | 2/1-9/15 |
| Flammulated owl | *Otus flammeolus* | 4/1-9/30 |
| Western screech owl | *Megascops kennicottii* | 3/1-8/15 |
| Eastern screech owl | *Megascops asio* | 3/1-8/15 |
| Great horned owl | *Bubo virginianus* | 12/1-9/31 |
| Northern pygmy owl | *Glaucidium gnoma* | 4/1-8/1 |
| Burrowing owl | *Athene cunicularia* | 4/1-8/15 |
| Mexican spotted owl | *Strix occidentalis lucida* | 3/1-8/31 |
| Great gray owl | *Strix nebulosa* | 3/1-8/31 |
| Long-eared owl | *Asio otus* | 2/1-8/15 |
| Short-eared owl | *Asio flammeus* | 3/1-8/1 |
| Boreal owl | *Aegolius funereus* | 2/1-7/31 |
| Northern saw-whet owl | *Aegolius acadicus* | 3/1-8/31 |

Developed from Craig, G.R.. 2002. Recommended buffer zones and seasonal restrictions for Colorado Raptors (CDOW), and Table of Seasonal(Breeding)Buffers.xls (COSO).

1

2

BLM_0110502

This page intentionally left blank.

BLM_0110503

# Appendix C
## Draft Wild and Scenic River Suitability Report

BLM_0110504

BLM_0110505

# APPENDIX C
# DRAFT WILD AND SCENIC RIVER SUITABILITY REPORT

To be included in the public Draft RMP/EIS.

BLM_0110506

This page intentionally left blank.

BLM_0110507

# Appendix D
## Summary of Areas of Critical Environmental Concern Report

BLM_0110508

Internal
Not for Public Distribution

# APPENDIX D
# SUMMARY OF AREAS OF CRITICAL ENVIRONMENTAL CONCERN REPORT

This appendix provides summary information about the Areas of Critical Environmental Concern (ACECs) evaluation process for the Uncompahgre RMP planning area. The *Evaluation of Proposed and Existing Areas of Critical Environmental Concern* report (BLM date) provides more detail on the process, as well as maps of each proposed and existing ACEC.

An ACEC is an area of BLM-administered land where special management attention is needed to protect its relevant and important values from irreparable damage. ACECs are an administrative designation made by the BLM during the land use planning process.

Special management attention refers to management prescriptions developed during RMP preparation expressly to protect the important and relevant values of an area from the potential effects of actions permitted by the RMP, including proposed actions deemed to be in conformance with the terms, conditions, and decisions of the RMP (BLM Manual 1613.12). These are management measures that would not be necessary or prescribed if the critical and important features were not present.

As part of the land use planning process for the Uncompahgre RMP, BLM interdisciplinary team reviewed 22 proposals for ACECs. The team analyzed the areas to determine if they are within the planning area and if they contain values that meet the relevance and importance criteria for consideration as potential ACECs. External sources (including other agencies and the public) submitted 11 nominations, BLM specialists submitted 7 nominations, and 4 are existing ACECs.

The *Evaluation of Proposed and Existing Areas of Critical Environmental Concern* report presents the evaluations of all existing and proposed ACECs. Twenty areas were found to meet the relevance and importance criteria (**Table 1,** Proposed and Existing ACECs Meeting the Relevance and Importance Criteria). Areas found to meet the relevance and importance criteria are identified as <u>potential</u> ACECs and have been fully considered for designation and management. The BLM dropped two areas from further ACEC consideration. One area that

BLM_0110510

was found not to meet the relevance and importance criteria and one area that is outside of the Uncompahgre RMP planning area.

### Nomination

BLM staff, other agencies, or members of the public may nominate ACECs at any time, but ACECs are only designated during the BLM's land use planning process. Existing ACECs are also reconsidered at this time.

During the scoping period for the Uncompahgre RMP revision, the Uncompahgre Field Office (UFO) solicited ACEC nominations from the public. At public scoping meetings, the UFO showed a *Special Management Areas* display panel and distributed a fact sheet providing educational information on ACECs, along with a map showing current ACECs in the planning area. The fact sheet and map were also made available on the RMP planning Web site: (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html). The fact sheet and display panel are shown in Appendices A and B of the *Evaluation of Proposed and Existing Areas of Critical Environmental Concern* report.

### Relevance

Areas meeting the relevance criterion possess "significant historic, cultural, or scenic value; a fish or wildlife resource or other natural system or process; or natural hazard."

An area meets the relevance criterion if it contains *one or more* of the following:

1. A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans).

2. A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity).

3. A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities that are terrestrial, aquatic, or riparian; or rare geological features). For the purposes of the UFO's evaluation, an area also meets the criteria for relevance if it contains a plant species or community ranked G1 through G3 or S1 through S3 by the Colorado Natural Heritage Program (CNHP).

4. Natural hazards (including but not limited to areas of avalanche, dangerous flooding, landslides, unstable soils, seismic activity, or dangerous cliffs). A hazard caused by human action may meet the relevance criteria if it is determined through the resource management planning process that it has become part of a natural process.

### Importance

To meet the importance criterion, the value, resource, system, process or hazard resource must "have substantial significance and value." This generally requires qualities of more than local significance and special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource, or qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to

BLM_0110511

1  adverse change. A natural hazard can be important if it is a significant threat to human life or
2  property.

3  An area meets the importance criterion if *one or more* of the following characteristics are
4  present:

5      1.  Has more than locally significant qualities that give it special worth, consequence,
6          meaning, distinctiveness, or cause for concern, especially compared to any similar
7          resource.

8      2.  Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable,
9          exemplary, unique, endangered, threatened, or vulnerable to adverse change.

10     3.  Has been recognized as warranting protection to satisfy national priority concerns or to
11         carry out the mandates of the Federal Land Policy and Management Act (FLPMA).

12     4.  Has qualities that warrant highlighting to satisfy public or management concerns about
13         safety and public welfare.

14     5.  Poses a significant threat to human life and safety or to property.

**Table 1**
**Existing and Proposed ACECs Meeting the**
**Relevance and Importance Criteria**

| ACEC | Acres |
|---|---|
| Needle Rock ACEC/Outstanding Natural Area (ONA) | 80 |
| Adobe Badlands ACEC/ONA | 6,380 |
| Salt Desert Shrub Ecosystem ACEC/Research Natural Area (RNA) | 34,540 |
| Fairview South ACEC/RNA | 210 |
| Fairview South ACEC/RNA (with BLM expansion) | 640 |
| Fairview South ACEC/RNA (with CNHP Expansion) | 4,250 |
| Roubideau Corridors ACEC | 8,720 |
| Roubideau-Potter-Monitor ACEC | 14,940 |
| Lower Uncompahgre Plateau Cultural ACEC | 31,870 |
| San Miguel River ACEC | 22,780 |
| San Miguel River ACEC (with Expansion) | 35,420 |
| San Miguel Gunnison Sage-grouse Sites ACEC | 470 |
| Sims Cerro Gunnison Sage-grouse Sites ACEC | 25,620 |
| Dolores River Slickrock Canyon ACEC | 10,670 |
| La Sal Creek ACEC | 10,490 |
| Coyote Wash ACEC | 2,100 |
| East Paradox ACEC | 7,360 |
| West Paradox ACEC | 5,190 |
| Paradox Rock Art ACEC | 1,080 |
| Tabeguache Pueblo and Tabeguache Caves | 26,400 |
| **Total** | 249,210249,210 |

15

BLM_0110512

1    Maps of ACECs proposed for analysis, as well as additional information about the relevance and
2    importance criteria, are included in the *Evaluation of Proposed and Existing Areas of Critical*
3    *Environmental Concern* report. The size and management prescriptions for each ACEC may vary
4    by alternative to reflect a balance between the goals and objectives or the alternatives and the
5    values being protected (BLM Manual 1613). **Table 2,** Summary of the Evaluation of Existing and
6    Proposed ACECs in the Planning Area, summarizes the proposed ACECs evaluated, the values
7    assessed, and whether the criteria were met.



BLM_0110513

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| Needle Rock ACEC/ONA<br><br>Existing: 80 acres | Existing | Yes | Natural System: *Rare Geological Feature*<br><br>Scenic | 1, 3 | 1, 2, 3 | The existing Needle Rock ACEC/ONA consists mainly of a volcanic geological structure with high-value scientific, interpretive, and scenic characteristics. The isolated structure is the remaining core of a tertiary volcano.<br><br>The area is managed to protect the scientific and scenic qualities of the site. Needle Rock has a Scenic Quality rating of A. The spectacular volcanic formation rises almost 1,000 feet above the Smith Fork River Valley. The volcanic neck is an outstanding example of a rare volcanic neck and is an iconic symbol for the North Fork of the Gunnison region. |
| Adobe Badlands ACEC/ONA<br><br>Existing: 6,380 acres | Existing | Yes | Botanical: *Federally Threatened Species*<br><br>Wildlife: *BLM Sensitive Species*<br><br>Scenic<br><br>Natural Process: *Highly Erodible Soils* | 2, 3 | 1, 2, 3 | The existing Adobe Badlands ACEC/ONA is managed to protect its unique scenic qualities, improve threatened and endangered species habitat, and reduce active erosion. The area has been managed as an ACEC since 1989, and is within the Adobe Badlands WSA, which was designated in 1992.<br><br>The area consists of Mancos shale hills and flats which, through wind and water erosion, have formed unique scenic formations. This area is listed in state and regional hiking books because of these formations. |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

D-5

BLM_0110514

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | The area also contains known and potential habitat for several federally listed, endangered, and threatened plant species. Examples of species in the area include occupied habitat for the threatened Colorado hookless cactus (*Sclerocactus glaucus*), the BLM sensitive species adobe penstemon, and other native plants. Two BLM sensitive species that also inhabit the area include white-tailed prairie dog (*Cynomys leucurus*) and kit fox (*Vulpes macrotis*).<br><br>The area's soils are highly erodible and saline, resulting in high sediment loads and very saline runoff. The area is also within an adobe roadless area, which is vulnerable to adverse change (highly susceptible to erosion) without special management. Nearby private lands also pose a threat to this area from damaging activities such as illegal off-road recreation and illegal dumping. |
| Salt Desert Shrub Ecosystem ACEC/RNA<br><br>Proposed: 34,540 acres | BLM and External Proposal | Yes | Botanical: *Federally Endangered and Threatened Species*<br><br>Fish and Wildlife: *BLM Sensitive Species* | 2, 3 | 1, 2, 3 | The existing Adobe Badlands ACEC/ONA is within the proposed Salt Desert Shrub Ecosystem ACEC/RNA. The proposed Salt Desert Shrub Ecosystem ACEC/RNA contains a core population of the threatened Colorado hookless cactus, cold desert shrubland communities (locally imperiled), and two BLM sensitive species: white-tailed prairie dog and |

BLM_0110515

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | burrowing owl (*Athene cunicularia*). The ecosystem within the proposed ACEC/RNA is easily disturbed and difficult to restore. This area also provides habitat for the following BLM sensitive species: white-tailed prairie dog, burrowing owl, kit fox, ferruginous hawk (*Buteo regalis*), and pronghorn antelope (*Antilocapra americana*). Much of the known populations of the endemic and federally listed Colorado hookless cactus are located in this area. CNHP considers salt desert shrubland in the area to be globally vulnerable and locally imperiled (G3/S2). The area has adobe soils and is within a selenium program management area. The area has potential as a demonstration area for cactus and species recovery. |
| Fairview South ACEC/RNA  Existing: 210 acres | Existing | Yes | Botanical: *Endangered and BLM Sensitive Species* | 3 | 1, 2, 3 | The 1989 Uncompahgre Basin RMP designated the Fairview South ACEC/RNA. This area contains a large population of clay-loving wild buckwheat (*Eriogonum pelinophilum*), which is endemic to the adobe badlands of Montrose and Delta Counties. The known range of the clay-loving wild buckwheat is restricted to less than 35 square miles, and this species is vulnerable to adverse change. |

BLM_0110516

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | The area also contains native plant communities representative of the sparsely vegetated adobe badlands, and a population of the BLM sensitive species adobe beardtongue (*Penstemon retrorsus*). |
| Fairview South ACEC/RNA (with BLM expansion)<br><br>Existing: 210 acres<br><br>Proposed expansion: 640 acres | BLM Proposal | Yes | Botanical: *Federally Endangered and BLM Sensitive Species*<br><br>Fish and Wildlife: *Federal Candidate Species* | 2, 3 | 1, 2, 3 | The proposed Fairview South ACEC/RNA is the existing Fairview South ACEC/RNA, with additional acreage. This expanded area contains a significant portion of one of the largest populations of the federally endangered clay-loving wild buckwheat, and a good occurrence (B-ranked) of adobe beardtongue, a BLM sensitive species identified as globally vulnerable (G3/S3).<br><br>The proposed Fairview South ACEC/RNA (expanded) contains a large population of ==xx== *(BLM insert),* listed as an endangered species, and populations of the white-tailed prairie dog, listed as a candidate species. Since designation of the existing Fairview South ACEC/RNA, additional dense populations of clay-loving wild buckwheat have been discovered to the south. Populations of this species have been receiving increasing pressures from development both on and off BLM lands. Much of the potentially suitable habitat for clay-loving wild buckwheat is |

BLM_0110517

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | located on private lands and has either been developed or may be developed in the future.<br><br>CNHP has given this area a Biodiversity Significance Rank of B2: Very High Biodiversity Significance. |
| Fairview South ACEC/RNA (with CNHP Expansion)<br><br>Existing: 210 acres<br><br>Proposed expansion: 4,250 acres | External Proposal | Yes | Botanical: *Federally Endangered and Candidate, and BLM Sensitive Species*<br><br>Fish and Wildlife: *Federal Candidate Species* | 2, 3 | 1, 2, 3 | The proposed Fairview South ACEC/RNA is the existing Fairview South ACEC/RNA, with additional acreage to match CNHP mapped habitat of xx *(BLM insert)*. The Dry Cedar Creek area contains an occurrence of the federally endangered clay-loving wild buckwheat; Colorado desert parsley (*Lomatium concinnum*), a BLM sensitive and globally imperiled species; and adobe beardtongue and good-neighbor bladderpod (*Lesquerella vicina*), both of which are globally vulnerable. The South Canal area contains an excellent occurrence of the federally endangered clay-loving wild buckwheat and the globally vulnerable adobe beardtongue. |
| Roubideau Corridors ACEC<br><br>Proposed: 8,720 acres | BLM Proposal | Yes | Botanical: *Riparian Vegetation and BLM Sensitive Species*<br><br>Fish and Wildlife: *Aquatic and BLM Sensitive species* | 1, 2, 3 | 1, 2, 3 | The proposed Roubideau Corridors ACEC is based on the Roubideau Creek Potential Conservation Area, recommended by the CNHP. The canyons and streams have very high biodiversity significance, supporting good to excellent examples of narrowleaf cottonwood (*Populus angustifolia*)/skunkbrush riparian forests, |

Internal Public Distribution / Not for Public Distribution

BLM_0110518

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | Historical: *Early settlement* | | | montane and lower montane riparian forests with blue spruce (*Picea pungens*), Douglas fir (*Pseudotsuga menziesii*), narrowleaf cottonwood, and red-osier dogwood (*Cornus sericea*). The riparian areas also have foothills riparian shrublands characterized by river birch (*Betula nigra*) and coyote willow (*Salix exigua*). BLM sensitive species including Grand Junction milkvetch (*Astragalus linifolius*), peregrine falcon (*Falco peregrinus*), desert bighorn sheep (*Ovis canadensis nelsoni*), and northern leopard frog (*Rana pipiens*) are found here.<br><br>The canyons contain three perennial streams that provide available water sources for the desert bighorn sheep and other wildlife, and also provide important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau. These corridors are important for wildlife, and were important for early settlers as well. Several historic structures are found along Roubideau Creek. |
| Roubideau-Potter-Monitor ACEC<br><br>Proposed: 8,720 acres | External Proposal | Yes | Botanical: *Riparian Vegetation and BLM Sensitive Species* | 1, 2, 3 | 1, 2, 3 | The proposed Roubideau-Potter-Monitor ACEC would include all of the Camelback WSA, as well as the Roubideau Creek Potential Conservation Area recommended by the |

BLM_0110519

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| Expansion: 14,940 acres | | | Fish and Wildlife: *Aquatic and BLM Sensitive Species*<br><br>Historical: *Early Settlement* | | | CNHP. The canyons and streams have very high biodiversity significance, supporting good to excellent examples of narrowleaf cottonwood/skunkbrush riparian forests, montane and lower montane riparian forests with blue spruce, Douglas fir, narrowleaf cottonwood, and red osier dogwood. Foothills riparian shrublands are characterized by river birch and coyote willow. BLM sensitive species including Grand Junction milkvetch, peregrine falcon, desert bighorn sheep and northern leopard frog are found here.<br><br>The canyons contain three perennial streams that provide an available water source for the desert bighorn sheep and other wildlife, and form important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau. These corridors are important for wildlife, and were important for early settlers as well. Several historic structures are found along Roubideau Creek.<br><br>The uplands afford protection to the integrity of the canyons below, as well as offer spectacular views down into the canyons and to mountains and mesas in the distance. With a depth of 750 to 1,000 feet from the rim to the creeks, the |

BLM_0110520

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | area is geographically configured to offer a sense of isolation for wildlife and human visitors.<br><br>Archeological and historical sites abound in this area, including a rare collection of thirteen Ute wikiups, petroglyphs perhaps 6,000 years old, an historic inscription in Roubideau Canyon that may date back to the time of the American Revolution, and sheep herder cabins and structures more than 100 years old. |
| Lower Uncompahgre Plateau Cultural ACEC<br><br>Proposed: 31,870 acres | External Proposal | Yes | Cultural | 1 | 1, 2 | The proposed Lower Uncompahgre Plateau Cultural ACEC contains important rock art and archaeological sites from three different transitional time periods of occupation that are not represented elsewhere. The area was a central part of the early homeland of the Ute Indians, and has many localities of traditional cultural and sacred site interest to modern Utes. The area has many scattered important archaeological sites that include archaic to historic Ute occupation in the 1880s (including the Harris site, rock art sites, and wikiups). The archaeological sites are nationally significant. |
| San Miguel River ACEC | Existing | Yes | Botanical: *Riparian Vegetation* | 1, 2, 3 | 1, 2, 3 | The San Miguel River ACEC was designated through an amendment of the San Miguel RMP |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110521

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| Existing: 22,780 acres | | | Scenic | | | in 1993. The ACEC protects high quality native riparian communities that are mainly due to the undammed San Miguel River and its intact hydrology. Such communities are becoming increasingly rare in Colorado. The ACEC preserves the high quality riparian vegetation resources, habitat for many bird species, and the scenic value of the corridor. The ACEC has been designated as an Important Bird Area by the Audubon Society, and represents one of the finest protected southwest canyon riparian habitat in the United States (US). This area provides breeding sites for a wide variety of species and primary migratory routes for nearly all of the West's songbirds. More than 300 bird species have been observed in this area. The expanding black phoebe (*Sayornis nigricans*) population, which has been moving up the San Miguel River, reached the lower end of the ACEC in 1999. The San Miguel River also provides habitat for the yellow-billed cuckoo (*Coccyzus americanus*). The ACEC's scenic values include the Unaweep Tabeguache Scenic and Historic Byway, which runs along the San Miguel River. This area inventoried at VRI Class II. |

BLM_0110522

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| San Miguel River ACEC, Expanded<br><br>Existing: 22,780 acres<br><br>Proposed expansion: 35,420 acres | BLM and External Proposal | Yes | Botanical: *Riparian Vegetation*<br><br>Scenic | 1, 2, 3 | 1, 2, 3 | The proposed San Miguel River ACEC is the existing San Miguel River ACEC, with additional acreage. The proposed ACEC would protect high quality native riparian communities that are mainly due to the undammed San Miguel River and its intact hydrology. Such communities are becoming increasingly rare in Colorado. The ACEC preserves the high quality riparian vegetation resources, habitat for many bird species, and the scenic value of the corridor.<br><br>The proposed ACEC expansion would extend protection to additional areas that have been recognized by the BLM and the CNHP as having high biodiversity significance. The CNHP has proposed the San Miguel River at Cottonwood Creek as a Potential Conservation Area which hosts skunkbrush/coyote willow riparian shrubland, narrowleaf cottonwood/skunkbrush riparian woodland, and coyote willow/mesic graminoid riparian shrubland, all of which are good to excellent examples of these community types.<br><br>The existing ACEC has been designated as an Important Bird Area by the Audubon Society, and represents one of the finest protected southwest canyon riparian habitats in the US. |

Internal Not for Public Distribution

BLM_0110523

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | The area provides breeding sites for a wide variety of species and primary migratory routes for nearly all of the West's songbirds. More than 300 bird species have been observed in this area. The expanding black phoebe population, which has been moving up the San Miguel River, reached the lower end of the existing ACEC in 1999. The ACEC's scenic values include the Unaweep Tabeguache Scenic and Historic Byway, which follows the San Miguel River downstream from Placerville, and the San Juan Skyway, which follows the San Miguel River upstream from Placerville. These areas inventoried at VRI Class II. |
| San Miguel Gunnison Sage-grouse ACEC<br><br>Proposed: 470 acres | External Proposal | Yes | Wildlife Resource: *Habitat for BLM Sensitive Species* | 2 | 2, 3 | The proposed San Miguel Gunnison Sage-grouse ACEC is located on several small parcels of BLM land in San Miguel County. This area contains potential, historic, and occupied Gunnison sage-grouse (*centrocercus minimus*) habitat, as defined by Colorado Division of Wildlife. Gunnison sage-grouse currently occur in what have previously been considered eight widely scattered and isolated populations in Colorado and Utah. The San Miguel Basin population |

BLM_0110524

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | exhibits a patchy distribution of Gunnison sage-grouse. As a result, there are six separate subpopulations identified within San Miguel Basin. This proposed ACEC is the northern end of what is considered part of the San Miguel (Miramonte Reservoir) population of Gunnison sage-grouse. The core of this population is found in the BLM Dolores Field Office to the south, but small portions of occupied habitat exist in this proposed ACEC. Historically, Dove Creek - Monticello, San Miguel, Crawford, and Piñon Mesa all had much more sagebrush habitat and probably larger Gunnison sage-grouse populations that were somewhat connected through more contiguous areas of sagebrush habitat. An estimated 20 percent loss of sagebrush habitat between the late 1950's and the early 1990's and fragmentation of sagebrush habitat in southwestern Colorado is thought to have led to the current isolation of these populations. The protection of the small BLM portions of occupied habitat adjacent to private, state, and Forest Service lands being managed for Gunnison sage-grouse, provide additional protection for the species. |

BLM_0110525

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| West Gunnison Sage-Grouse Sites ACEC<br><br>Proposed: xx acres *(BLM: provide proposed acres)* | External Proposal | No | Wildlife Resource: *Habitat for BLM Sensitive Species* | | 3 | The proposed West Gunnison Sage-grouse Sites ACEC does not meet the relevance criterion. The proposed ACEC contains areas of potential habitat which have not been occupied for more than 50 years. These particular locations do not meet the relevance criteria.<br><br>The proposed ACEC contains historic and potential Gunnison sage-grouse habitat in western Montrose County. It is located on several small parcels of BLM land containing historic Gunnison sage-grouse habitat, as defined by Colorado Division of Wildlife.<br><br>Gunnison sage-grouse currently occur in what have previously been considered eight widely scattered and isolated populations in Colorado and Utah. The San Miguel Basin population exhibits a patchy distribution of Gunnison sage-grouse. As a result, there are six separate subpopulations identified within San Miguel Basin. This proposed ACEC area is at the northern end of what is considered part of the San Miguel population of Gunnison sage-grouse. The core of this population is found in the Dolores Field Office to the south, but small portions of occupied habitat exist in this |

BLM_0110526

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | proposed ACEC.<br><br>Historically, Dove Creek - Monticello, San Miguel, Crawford, and Piñon Mesa all had much more sagebrush habitat and probably larger Gunnison sage-grouse populations that were somewhat connected through more contiguous areas of sagebrush habitat. An estimated 20 percent loss of sagebrush habitat between the late 1950's and the early 1990's and fragmentation of sagebrush habitat in southwestern Colorado is thought to have led to the current isolation of these populations. |
| Sims Cerro Gunnison Sage-grouse Sites ACEC<br><br>Proposed: 25,620 acres | External Proposal | Yes | Wildlife Resource:<br>*Habitat for BLM Sensitive Species* | 2 | 2, 3 | The proposed Sims Cerro Gunnison Sage-grouse Sites ACEC is located on a large parcel of BLM land southeast of Montrose, and on smaller BLM parcels about 10 miles east of Montrose near Cerro Summit. The ACEC contains historic, potential, and occupied Gunnison sage-grouse habitat, as defined by Colorado Division of Wildlife.<br><br>Gunnison sage-grouse currently occur in what have previously been considered eight widely scattered and isolated populations in Colorado and Utah. The Cerro Summit-Cimarron-Sims Mesa population exhibits a patchy distribution of Gunnison sage-grouse. As a result, there are |

BLM_0110527

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | two subpopulations identified within Cerro Summit-Cimarron-Sims Mesa: Cerro Summit-Cimarron; and Sims Mesa. This area includes the BLM lands within the Sims Mesa subpopulation, and a very small portion of the Cerro Summit-Cimarron subpopulation that is within the planning area. <br><br> The Sims Mesa location has been periodically occupied by a few grouse as recently as 2002. Other lek sites in the area include Coal Hill (6 birds seen in 2004), Hairpin (1 bird seen in 2010), Cimarron (5 birds seen 2009), Cerro (last seen 2000) (Banulis, CDOW pers. comm. 5/27/2010). While no Gunnison sage-grouse have been seen on the Cerro lek in recent years, a Gunnison sage-grouse was seen in the Cerro Summit area in 2009 (personal communication with Ken Holsinger). <br><br> An estimated 20 percent loss of sagebrush habitat between the late 1950's and the early 1990's and fragmentation of sagebrush habitat in southwestern Colorado is thought to have led to the current isolation of these populations. The protection of the small BLM portions of occupied/historic habitat provides additional protection for the species. |

BLM_0110528

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| Dolores River Slickrock Canyon ACEC  Proposed: 10,670 acres | BLM Proposal | Yes | Botanical: *Riparian Communities and BLM Sensitive Species*  Fish and Wildlife: *BLM Sensitive Species*  Scenic | 1, 2, 3 | 1, 2, 3 | The proposed Dolores River Slickrock Canyon ACEC includes the Dolores River, La Sal Creek, and Coyote Wash that have carved a spectacular, deep canyon through Jurassic and Triassic sandstones. Steep vertical cliffs dominate the canyonsides, broken only where tributaries enter the canyon. Most of this area is roadless and accessible only by raft, canoe or kayak.  This area includes the riparian zone and adjacent uplands along the Dolores River, from Slick Rock Canyon north to Bedrock. There are good to excellent occurrences of the globally common coyote willow/mesic graminoids. Typical vegetation along the river and creeks includes a band of coyote willow, mixed with giant reed at the water's edge between the low and high water marks. Cottonwoods and red-osier dogwood are on site. La Sal Creek has a critically imperiled plant association consisting of box elder and river birch. Colorado's largest population of Kachina daisy (*Erigeron kachinensis*), a G2/S1 BLM sensitive species, occur along drainages feeding into Coyote Wash and Slick Rock Canyon.  The canyon bottoms support a nearly |

Internal Not for Public Distribution

BLM_0110529

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | continuous occurrence of the riparian plant association known as New Mexico privet foothills riparian shrubland. The area supports two excellent (A-ranked) occurrences of a globally imperiled (G2/S1) New Mexico privet riparian shrub community (*Forestiera pubescens*) along the Dolores River. The New Mexico privet plant community, often accompanied by skunkbrush, big sagebrush, giant reed, and wild rose, is known only from the major rivers in the Four Corners area. |
| | | | | | | There are a few hanging garden communities (*Aquilegia micrantha - Mimulus eastwoodiae*), imperiled to vulnerable on a global scale (G2G3/S2S3), containing small populations of the globally vulnerable (G3/S1) Eastwood monkeyflower (*Mimulus eastwoodiae*). |
| | | | | | | The proposed ACEC also has a good (B-ranked) occurrence of the Naturita milkvetch (*Astragalus naturitensis*), a BLM sensitive species and considered to be imperiled to vulnerable both globally and in Colorado (G2G3/S2S3). |
| | | | | | | The Dolores River throughout the length of the site supports populations of roundtail chub (*Gila robusta*), which is a BLM sensitive species and globally vulnerable (G3/S2). Populations of the |

BLM_0110530

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | chub are at the upstream margin of the species' range and comprise the majority of occurrences for this species. Flannelmouth suckers and bluehead suckers also likely occur in the area. Other animal species with conservation significance are desert bighorn sheep and peregrine falcon. |
| La Sal Creek ACEC Proposed: 10,490 acres | External Proposal | Yes | Botanical: *Unique Vegetation Communities and BLM Sensitive Species* Fish and Wildlife: *BLM Sensitive Species* | 2, 3 | 1, 2, 3 | The proposed La Sal Creek ACEC includes La Sal Creek, as well as uplands. La Sal Creek cuts a spectacular canyon of entrenched meanders through red Triassic and Jurassic sandstones and siltstones. The narrow floodplain supports a critically imperiled plant association consisting of box elder and river birch. In the narrow band of riparian vegetation, box elder accounts for as much as 70 percent cover, with river birch providing 25 to 60 percent cover. Only a few other small occurrences of this community are known to exist. New Mexico privet, coyote willow, red-osier dogwood, giant reed, and wild rose are also common. Although there are some introduced pasture grasses, including Kentucky bluegrass, there is no tamarisk along the upper part of the creek. Eroding shale slopes support populations of rare |

Internal Draft
Not for Public Distribution

BLM_0110531

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | plants: Paradox breadroot (*Pediomelum aromaticum*), a G3/S2 BLM sensitive species; and Paradox Valley lupine (*Lupinus crassus*), a G2/S2, BLM sensitive species. Upland vegetation consists of pinyon - juniper woodland with both true and dwarf mountain mahogany, cliffrose, Gambel's oak, yucca, cacti, and rabbitbrush. A good sized population of the Paradox breadroot, with several hundred plants, was found on a dry bench overlooking La Sal Creek. |
| Coyote Wash ACEC  Proposed: 2,100 acres | External Proposal | Yes | Botanical: BLM Sensitive Species | 3 | 1, 2, 3 | The proposed Coyote Wash ACEC is a steep-sided tributary canyon that joins the Dolores Canyon. Its flat sandy bottom has a small meandering stream that occasionally floods. Colorado's largest population of Kachina daisy, a G2/S1 BLM sensitive species, occurs along drainages feeding into the wash and canyon; hanging gardens in the canyon walls support Eastwood monkeyflower (*Mimulus eastwoodiae*) a BLM sensitive species. The banks of the Dolores River also have box-elder, river birch, and red-osier dogwood communities. Isolated benches in the canyon support Great Basin grassland communities that are in excellent condition. |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

D-23

BLM_0110532

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | The south boundary of the ACEC is the UFO boundary. Because of this, the proposed ACEC does not include the bottom of the drainage. |
| East Paradox ACEC\n\nProposed: 7,360 acres | BLM Proposal | Yes | Botanical: *Unique Vegetation Communities and BLM Sensitive Species*\n\nFish and Wildlife: *BLM Sensitive Species* | 2, 3 | 1, 2, 3 | The proposed East Paradox ACEC has the best known occurrence of the BLM sensitive species Paradox Valley lupine. This species is known only to occur in Colorado and is globally imperiled (G2/S2). There are two excellent occurrences (A-ranked) of the Paradox breadroot, a BLM sensitive and globally vulnerable (G3/S2) plant.\n\nThere are well developed cryptogamic crusts found between plants. During the spring of 2009, an inventory of biological soil crusts was conducted by Jessie Salix (BLM Vernal Field Office Botanist) in the Paradox Valley, at the request of the UFO. The survey discovered that the soils in the inventory area are derived from the Paradox Formation, and are highly gypsiferous. These soils tend to support a higher than normal density and species diversity of biological soil crusts.\n\nThe inventory also resulted in the documentation of the occurrence of two species of biological soil crusts that are somewhat rare and typically found only on |

D-24

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

June 2011

Internal Not for Public Distribution

BLM_0110533

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | gypsiferous soils. The two species are: *Lecanora gypsicola* and *Gypsoplaca macrophylla*. The identification of these species was verified by Dr. Larry St. Clair, Lichenologist at Brigham Young University. Dr. St. Clair conveyed via e-mail to Jessie Salix that he felt the lichens were in need of protection for two reasons: 1) they occur exclusively on gypsiferous soils, a limited habitat that is commonly mined, 2) Dr. St. Clair has only observed these two species on less than half of the gypsiferous sites he has inventoried. The location is also the type locality for the Paradox cateye (*C. paradoxa*). This area has a number of occurrences of wildlife species with conservation significance. The two rarest are the roundtail chub and flannelmouth sucker, both BLM sensitive fish species. Nesting peregrine falcons also occur at this site. |
| West Paradox ACEC Proposed: 5,190 acres | BLM Proposal | Yes | Botanical: *Unique Vegetation Communities and BLM Sensitive Species* Fish and Wildlife: *BLM Sensitive Species* | 2, 3 | 1, 2, 3 | The proposed West Paradox ACEC is located on the north side of Paradox Valley and west of the Dolores River, on dark red soils derived from the Chinle Formation. This site contains an excellent (A-ranked) and historical occurrences of the BLM sensitive species Paradox Valley lupine. This species is a globally |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

D-25

BLM_0110534

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | imperiled (G2/S2) species. It also contains Paradox breadroot, a BLM sensitive and globally vulnerable (G3/S2) plant. The Paradox Valley lupine and Paradox breadroot are both locally common in the bottoms and on the sides of draws at the base of the south-facing slopes. There are many thousands of individuals of each species, with a variety of ages represented. Other vegetation consists of Utah juniper woodland, with galleta and snakeweed. The plant community is in good condition with few exotic species present. The Abajo penstemon (*Penstemon lentus*) occurs on the slopes with pinyon, juniper, cliffrose, Mormon tea, and serviceberry. Other associated species are mountain big sagebrush, yellow cat's-eye, rough-seed cat's-eye, blue grama, Spanish bayonet, Wingate milkvetch, three-awn, Townsend's Easter daisy, prickly pear cactus, and hedgehog cactus. |
| Paradox Rock Art ACEC Proposed: 1,080 acres | External Proposal | Yes | Cultural | 1 | 1, 2 | The proposed Paradox Rock Art ACEC is located in the eastern part of Paradox Valley. It contains important rock art and archaeological sites, including several outstanding examples of Ancestral Puebloan style petroglyphs, Formative |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

Internal Public Distribution
Not for Public Distribution

BLM_0110535

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
| | | | | | | period and earlier occupations, features and isolates, and settled village sites dating more than five hundred to a thousand years old. The site is rare for its northern extent of Anasazi rock art and occupation. |
| Tabeguache Pueblo and Tabeguache Caves ACEC<br><br>Proposed: 26,400 acres | External Proposal | Yes | Cultural | 1 | 1, 2 | The proposed Tabeguache Pueblo and Tabeguache Caves ACEC contains important archaeological sites that show a relationship between the Fremont and Anasazi cultures. The Tabeguache Pueblos and Tabeguache Caves are important both to the prehistory of the region and to the history of archaeology in Colorado, being some of the earliest explored and described archaeological sites in the state. In addition to their historic interest, both Tabeguache caves and the pueblos still contain intact archaeological deposits dating to the Formative period Anasazi, or Ancestral Puebloan people. There is some evidence of farming (corn production). |
| Young Egg Locality ACEC<br><br>Proposed: xx acres<br>(BLM: provide acres) | External Proposal | No | | | | The proposed Young Egg Locality ACEC is at the mouth of Wells Gulch near the Gunnison River. It is within the Dominguez-Escalante National Conservation Area, which is not included in the Uncompahgre RMP Planning Area. Because the proposed Young Egg Locality |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

D-27

BLM_0110536

**Table 2**
**Summary of the Evaluation of Existing and Proposed ACECs in the Planning Area**

| Name of ACEC | Status | Relevant and Important? (carried forward) | Values Assessed | Relevance Criteria (see text for relevance criterion) | Importance Criteria (see text for importance criterion) | Comments |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ACEC is outside of the planning area, it is not considered a potential ACEC in the Uncompahgre RMP. |

Internal Not for Public Distribution

BLM_0110537

# Appendix E

## BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado

BLM_0110538

BLM_0110539

# APPENDIX E
# BLM STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT IN COLORADO

## STANDARDS FOR PUBLIC LAND HEALTH

Standards describe conditions needed to sustain public land health, and relate to all uses of the public lands. Standards are applied on a landscape scale and relate to the potential of the landscape.

### Standard 1

Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.

*Indicators:*

- Expression of rills, soil pedestals is minimal.

- Evidence of actively-eroding gullies (incised channels) is minimal.

- Canopy and ground cover are appropriate.

- There is litter accumulating in place and is not sorted by normal overland water flow.

- There is appropriate organic matter in soil.

- There is diversity of plant species with a variety of root depths.

- Upland swales have vegetation cover or density greater than that of adjacent uplands.

- There are vigorous, desirable plants.

BLM_0110540

## Standard 2

Riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100-year floods. Riparian vegetation captures sediment, and provides forage, habitat and bio-diversity. Water quality is improved or maintained. Stable soils store and release water slowly.

*Indicators:*

- Vegetation is dominated by an appropriate mix of native or desirable introduced species.

- Vigorous, desirable plants are present.

- There is vegetation with diverse age class structure, appropriate vertical structure, and adequate composition, cover, and density.

- Streambank vegetation is present and is comprised of species and communities that have root systems capable of withstanding high streamflow events.

- Plant species present indicate maintenance of riparian moisture characteristics.

- Stream is in balance with the water and sediment being supplied by the watershed (e.g., no headcutting, no excessive erosion or deposition).

- Vegetation and free water indicate high water tables.

- Vegetation colonizes point bars with a range of age classes and successional stages.

- An active floodplain is present.

- Residual floodplain vegetation is available to capture and retain sediment and dissipate flood energies.

- Stream channels with size and meander pattern appropriate for the stream's position in the landscape, and parent materials.

- Woody debris contributes to the character of the stream channel morphology.

## Standard 3

Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential. Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations, and ecological processes.

*Indicators:*

- Noxious weeds and undesirable species are minimal in the overall plant community.

- Native plant and animal communities are spatially distributed across the landscape with a density, composition, and frequency of species suitable to ensure reproductive capability and sustainability.

- Plants and animals are present in mixed age classes sufficient to sustain recruitment and mortality fluctuations.

BLM_0110541

- Landscapes exhibit connectivity of habitat or presence of corridors to prevent habitat fragmentation.

- Photosynthetic activity is evident throughout the growing season.

- Diversity and density of plant and animal species are in balance with habitat/landscape potential and exhibit resilience to human activities.

- Appropriate plant litter accumulates and is evenly distributed across the landscape.

- Landscapes composed of several plant communities that may be in a variety of successional stages and patterns.

## Standard 4

Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhanced by sustaining healthy, native plant and animal communities.

### Indicators:

- All the indicators associated with the plant and animal communities standard apply.

- There are stable and increasing populations of endemic and protected species in suitable habitat.

- Suitable habitat is available for recovery of endemic and protected species.

## Standard 5

The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and anti-degradation requirements set forth under State law as found in (5 CCR 1002-8), as required by Section 303(c) of the Clean Water Act.

### Indicators:

- Appropriate populations of macroinvertabrates, vertebrates, and algae are present.

- Surface and ground waters only contain substances (e.g. sediment, scum, floating debris, odor, heavy metal precipitates on channel substrate) attributable to humans within the amounts, concentrations, or combinations as directed by the Water Quality Standards established by the State of Colorado (5 CCR 1002-8).

## GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT

Guidelines are the management tools, methods, strategies, and techniques (e.g., best management practices) designed to maintain or achieve healthy public lands as defined by the standards. Currently, the only guidelines for BLM Colorado that have been developed in concert with the Resource Advisory Councils are livestock grazing management guidelines.

1. Grazing management practices promote plant health by providing for one or more of the following:

BLM_0110542

- periodic rest or deferment from grazing during critical growth periods;

- adequate recovery and regrowth periods;

- opportunity for seed dissemination and seedling establishment.

2. Grazing management practices address the kind, numbers, and class of livestock, season, duration, distribution, frequency and intensity of grazing use and livestock health.

3. Grazing management practices maintain sufficient residual vegetation on both upland and riparian sites to protect the soil from wind and water erosion, to assist in maintaining appropriate soil infiltration and permeability, and to buffer temperature extremes. In riparian areas, vegetation dissipates energy, captures sediment, recharges ground water, and contributes to stream stability.

4. Native plant species and natural revegetation are emphasized in the support of sustaining ecological functions and site integrity. Where reseeding is required, on land treatment efforts, emphasis will be placed on using native plant species. Seeding of non-native plant species will be considered based on local goals, native seed availability and cost, persistence of non-native plants and annuals and noxious weeds on the site, and composition of non-natives in the seed mix.

5. Range improvement projects are designed consistent with overall ecological functions and processes with minimum adverse impacts to other resources or uses of riparian/wetland and upland sites.

6. Grazing management will occur in a manner that does not encourage the establishment or spread of noxious weeds. In addition to mechanical, chemical, and biological methods of weed control, livestock may be used where feasible as a tool to inhibit or stop the spread of noxious weeds.

7. Natural occurrences such as fire, drought, flooding, and prescribed land treatments should be combined with livestock management practices to move toward the sustainability of biological diversity across the landscape, including the maintenance, restoration, or enhancement of habitat to promote and assist the recovery and conservation of threatened, endangered, or other special status species, by helping to provide natural vegetation patterns, a mosaic of successional stages, and vegetation corridors, and thus minimizing habitat fragmentation.

8. Colorado Best Management Practices and other scientifically developed practices that enhance land and water quality should be used in the development of activity plans prepared for land use.

BLM_0110543

# Appendix F

## Best Management Practices and Standard Operating Procedures

BLM_0110544

Internal
Not for Public Distribution

# APPENDIX F
# BEST MANAGEMENT PRACTICES AND
# STANDARD OPERATING PROCEDURES

This appendix provides a list of common standard operating procedures and best management practices that are applicable to all alternatives in the resource management plan. Standard operating procedures are established guidelines that are followed by the BLM in carrying out management activities. While the list of standard operating procedures is complete, the list is not intended to be comprehensive; additional standard operating procedures could be developed and implemented to support achieving resource objectives.

Best management practices are state-of-the-art mitigation measures applied on a site-specific basis to avoid, minimize, reduce, rectify, or compensate for adverse environmental or social impacts. They are applied to management actions to aid in achieving desired outcomes for safe, environmentally responsible resource development, by preventing, minimizing, or mitigating adverse impacts and reducing conflicts. Best management practices can also be proposed by project applicants for activities on public lands (e.g., for gas drilling). Best management practices not incorporated into the permit application by the applicant may be considered and evaluated through the environmental review process and incorporated into the use authorization as conditions of approval or rights-of-way stipulations. Standard conditions of approval and rights-of-way stipulations are also provided in this appendix as appropriate. Additional best management practices, conditions of approval, and rights-of-way stipulations could be developed to meet resource objectives based on local conditions and resource specific concerns.

## AIR QUALITY

[The following text is from the GJFO RMP, please modify as appropriate.]

- Air quality standards are governed by the Clean Air Act of 1990 (as amended) (42 United States [US] Code Chapter 85). The US Environmental Protection Agency is charged with setting National Ambient Air Quality Standards, currently found at http://www.epa.gov/air/criteria.html (US Environmental Protection Agency 2009). At the state level, the Colorado Department of Public Health and Environment has

BLM_0110546

1 established its standards (Colorado Department of Public Health and Environment
2 2011).

3 • Require drill rig engines to meet US EPA requirements.

4 **References**
5 Colorado Department of Public Health and Environment. 2011. Air Quality Control
6 Commission Regulations. Internet Web
7 site: http://www.cdphe.state.co.us/regulations/airregs. Accessed on May 21, 2011.

8 US Environmental Protection Agency. 2009. National Ambient Air Quality Standards. Internet
9 Web site: http://www.epa.gov/air/criteria.html. Accessed on May 21, 2011.

10 ## GEOLOGY, SOILS, AND WATER
11 • Implement guidelines from BLM Technical Reference 1737-17 *[BLM: add citation]*, to
12 protect or restore the functions of springs.

13 • Measures designed to minimize erosion and water quality deterioration will be required
14 in the site-specific plans for surface-disturbing land use activities.

15 • Implement BMPs from the BLM/USGS Mancos Shale research findings *[BLM: add citation]*
16 applicable to livestock management, recreation management (e.g. location and
17 limitations of OHV use areas), rights-of-way, and other surface disturbing activities.

18 • Implement guidelines from BLM Technical Reference 1730-2 (BLM 2001), to protect or
19 restore the functions of biological soil crusts.

20 • Require professional geotechnical engineering, reclamation plans, and stormwater
21 management plans meeting the following conditions in areas having fragile soils for solid
22 and fluid mineral development:

23 – Restore site productivity.

24 – Adequately control surface runoff.

25 – Protect off-site areas from accelerated erosion such as rilling, gullying, piping, and
26 mass wasting.

27 – Prohibit surface-disturbing activities during periods when soil is saturated.

28 – Prohibit construction when soils are frozen.

29 • Ensure stream crossings by roads/utilities are designed to withstand high flows and will
30 not degrade stream channels, water quality or riparian resources.

31 • If ROW avoidance is not possible, utilities or infrastructure should be co-located in
32 existing corridors or bored underneath these river systems, to minimize impacts to the
33 aquatic and riparian systems.

34 **References**
35 Technical Reference 1737-17 *[BLM: add citation]*. *[BLM: Provide copy to EMPSi for Admin Record]*

36 BLM/USGS Mancos Shale research findings *[BLM: add citation]* *[BLM: Provide copy to EMPSi for
37 Admin Record]*

F-2    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    June 2011
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

BLM_0110547

BLM (US Department of the Interior, Bureau of Land Management) and US Geological Survey. 2001. BLM Technical Reference 1730-2, Biological Soil Crusts: Ecology and Management. BLM/ID/ST-01/001+1730. BLM, Denver, CO. 118 pp.

## VEGETATION

### General and Upland

- Review and refine vegetation and ecological site maps and models periodically through incorporation into LHA process.

- Incorporate information from ecological site models into seed mixes, revegetation BMPs, and the establishment of specific performance criteria.

- Incorporate climate change influences into development of seed mixes.

- Review and update standard seed mixes periodically.

- Establish performance criteria for revegetation that restore or improve upon preexisting levels of land health.

- Review and revise coordinated monitoring plan periodically.

- Promote and protect vegetation types with high carbon sequestration levels where consistent with vegetation health and mosaic objectives.

- Limit authorized use levels and activities where needed to allow vegetation to recover from fire, drought, disease and insect outbreaks.

- Incorporate strategies in grazing plans which manage fuel build up to enhance natural fire use.

- Defer vegetation disturbing activities during drought to allow for vegetation recovery.

- On a landscape scale, maintain a diversity of age classes. Any 100 square mile patch of pinyon-juniper should encompass the full range of seral stages, as well as openings (preferably less than 60 feet in diameter with irregular outlines). Preferentially achieve diversity by actions in younger age classes rather than reductions of older stands.

- To benefit species sensitive to habitat fragmentation, maintain unroaded stands or patches no less than 1.2 square miles in size.

- Maintain connectivity between stands of pinyon-juniper by preserving corridors of similar vegetation.

- To the extent possible, move proposed land transforming projects or proposed road alignments out of large pinyon-juniper and sagebrush tracts (greater than 150 acres).

- At lowest elevation savannah juniper communities, manage for open stands with no more than 60 trees per acre to benefit Scott's oriole.

- In woodland thinning or harvest, retain at least some beetle-killed pinyons, large trees (trunk diameter greater than 12 inches), trees with twisted trunks, standing dead trees (at least 2 per acre), partially dead trees (at least 2 per acre), large downed trees (at least 2 per acre), trees with cavities, and trees with significant mistletoe infestations (at least 2 per acre).

Internal Draft — Not for Public Distribution

BLM_0110548

- Limit firewood and fencepost cutting to young and intermediate aged stands.
- Include the low country Utah juniper (usually savannah) land in full fire suppression management.
- At least once per four years, provide pastures and whole allotments rest from livestock grazing during the nesting season (roughly April through July) to protect native cool season understory grasses, protect ground nests, and to reduce nest parasitism by cowbirds.
- Reclaim unused or undesired roadbeds in pinyon-juniper woodland.
- After wildfire or intensive disturbance in pinyon-juniper woodland, priority should be in seeding with native grasses and forbs. Avoid seeding with monocultures or non-native grasses and forbs. Reseed with local genetic seed stock if available, or use non-native herbaceous species that do not compete well with native species.
- On the landscape scale, prioritize protection of large (greater than 150 acres) intact patches of sagebrush from fragmentation, conversion to other land cover types, wildfire, herbaceous non-native weed invasion and pinyon-juniper woodland encroachment. First priority should be given to sagebrush in mapped sage sparrow range, and within and adjacent to mapped Gunnison sage-grouse range.
- Maintain connectivity between sagebrush land cover types by preserving corridors of similar vegetation.
- Place high requirements for justifying creation or retention of roads (or other linear features that fragment the habitat) in sagebrush.
- Follow the vegetation structure guidelines in Appendix H of the Gunnison Sage-grouse Rangewide Conservation Plan (Gunnison Sage-grouse Rangewide Steering Committee 2005) to achieve good habitat potential near and in mapped grouse range.
- For the benefit of sagebrush-dependent passerine birds, avoid sagebrush eradication and treatment projects that reduce sagebrush canopy cover in a patch to below 20 percent on average.
- If management prescriptions require thinning of sagebrush canopy, protect several of the taller shrubs in each stand, and protect native herbaceous understories by selective removal of shrubs (rather than wholesale removal). Minimize ground disturbance, justifying it only to facilitate planted seed contact with soil.
- Sagebrush land cover types should be under full fire suppression, especially low-elevation stands at risk of cheatgrass encroachment.
- Using habitat guidelines in the Gunnison Sage-grouse Rangewide Conservation Plan (Gunnison Sage-grouse Rangewide Steering Committee 2005), inventory sagebrush habitat characteristics and quality across the Uncompahgre RMP planning area (to develop a baseline for future comparison). Identify the best examples of intact contiguous patches with native understory vegetation, and prioritize such patches for protection from weed encroachment and fragmentation.
- Reclaim unused or undesired roadbeds in sagebrush land cover types.

BLM_0110549

- During drought years, assure that some pastures retain the maximum herb cover (even standing dead material) possible for ground-nesting birds.

- If sagebrush communities are disproportionately grazed when there is a mixture of pinyon-juniper and sagebrush in a unit; consider a reduction of stocking rates or other measures to protect integrity of sagebrush range.

- If management prescriptions require reduction of pinyon-juniper (to control encroachment on sagebrush), focus reduction treatments where the largest patches of sagebrush would most quickly result (pinyon-juniper stands younger than 75 years on relatively deep, level soils, with sagebrush nearby).

- After wildfire or intensive disturbance, priority should be in seeding with native grasses and forbs. Avoid seeding with monocultures or non-native grasses and forbs. Reseed with local genetic seed stock if available, or use non-native herbaceous species that do not compete well with native species.

- Fire management should map the saltdesert land cover type for full fire suppression to curtail the spread of exotic annuals and subsequent wildfire destroying native vegetation.

- Prevent the loss of native understory in greasewood and other tall desert shrub.

- Reclaim unused or undesired roads in semi-desert habitat.

- Post-fire rehabilitation should involve reseeding with warm season native grasses (e.g., galleta).

- Weed management should place high priority on preventing the entrance of new flammable species such as medusahead.

- Maintain connectivity between stands of ponderosa pine by preserving corridors of similar vegetation.

- To the extent possible, move proposed land transforming projects or proposed road alignments out of large ponderosa pine tracts (greater than 150 acres).

- Retain some slash onsite for dead-and-down-wood insect habitat, if it can be justified considering forest pathologies.

- Reclaim unused or undesired roadbeds in ponderosa pine.

- After wildfire or intensive disturbance, priority should be in seeding with native grasses and forbs. Avoid seeding with monocultures or non-native grasses and forbs. Reseed with local genetic seed stock if available, or use non-native herbaceous species that do not compete well with native species.

- Retain and enhance ponderosa pine old growth characteristics (Reynolds et al 1992): clumpy nature, at least two large (greater than or equal to 18 inches diameter breast height, 30 feet tall) snags or large green snag per acre, at least 3 large (12 inch diameter mid-point, 8 feet long) downed logs per acre, a minimum of 3-5 mature and old live trees per acre in groups or stringers with interlocking crowns.

- Manage ponderosa pine for a mosaic of vegetation structural stages interspersed throughout (majority [60 percent] should ultimately be in the older age (i.e. greater than

BLM_0110550

1  12 inches diameter breast height) with 30 percent in trees greater than 18 inches
2  diameter breast height.

3  **References**

4  Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse rangewide
5      conservation plan. Colorado Division of Wildlife, Denver, Colorado, USA.

6  Reynolds, R.T., R.T. Graham, M.H. Reiser, R.L. Bassett, P.L. Kennedy, D.A. Boyce Jr., G.
7      Goodwin, R. Smith, and E.L. Fisher. 1992. Management Recommendations for the
8      Northern Goshawk in the Southwestern United States. USDA Forest Service General
9      Technical Report RM-217:90 pp.

10 **Riparian**

- Trails and roads will be kept out of riparian areas wherever possible. Where this is not possible, impacts must be minimized by using soil stabilization structures, restoring damaged vegetation, and placing in least impacting areas.

- Management actions within wetlands will include measures to restore their natural functions (as required by Executive Orders 11988 and 11990).

- Buffer riparian and wetland areas amply from road and trail placement and other activities.

- Give high priority to removal of tamarisk and other noxious weeds under native riparian trees.

- Consider planting riparian plant fire breaks (i.e., alkali sacaton).

- Use current state-of-the art practices to preserve high-quality or selected willow stands from intensive ungulate pressure (e.g., exclosures, seasonal closures, and game regulations).

- Exclude riparian areas from livestock grazing whenever possible.

- To protect areas from anthropogenic fires (e.g., campfire or fireworks accidents), periodically move large woody downfall away from trees near popular campsites and tree stands along railroad tracks.

- For the benefit of riparian shrub birds, place at lowest priority eradication of tamarisk stands with the largest basal stems, while there are younger stands to treat.

- In areas of riparian weed treatment, replace removed tamarisk with native shrubs such as three-leaf sumac, golden currant, and silver buffaloberry. Also consider planting small native trees such as box elder and Goodding's or peachleaf willows.  If needed, seed with native herbaceous ground cover.

- Before implementing a tamarisk removal project, survey for long-eared owls during breeding and winter roosting seasons. If use by long-eared owls is detected, delay treatment until suitable native tall shrubs nearby can replace the habitat.

- Investigate the economic value for the waterfowl, waterbirds, shorebirds and land birds that would use stock ponds and reservoirs if their dams were restored, such as Roatcap

BLM_0110551

Reservoir, west of Olathe. This may help to create a positive cost-benefit ratio for the pond restoration.

**Weeds**

- Apply only weed-free gravel/sand/road base (i.e., free of all Colorado A and B listed weed species).

- Survey proposed project area prior to ground disturbing construction or overland surveys to determine if weeds are going to need to be addressed.

- When possible, pre-treat weeds in proposed project area prior to construction.

- Keep all banked topsoil in a weed free status.

- All construction vehicles and machinery should be free of debris and weed seeds before entering BLM lands including access roads into BLM lands.

- If there are weeds in the construction area construction should occur in the area with the least amount of weeds first progressing to areas of heavier infestation.

- Only one exit route should be used from infested areas and that route clearly marked (flagged and GPS) for follow up and future treatment.

- If construction site has weeds/weed seed all construction machinery should be cleaned prior to leaving the construction site.

- All ground disturbing activities will incorporate Early Detection Rapid Response strategies to address weeds before they become established.

- When possible all gravel placed on BLM roads and for projects should come from a weed free quarry.

- All special recreation events should have a weed education/mitigation component.

- Company vehicles entering and leaving projects should always be repower washed if vehicle visited another site that has weeds.

- All long term projects will have a noxious weed monitoring and treatment plan before construction of the project.

- Powerwash heavy equipment before entering public lands and engaging in ground disturbing activities.

- Wash vehicles and recreational equipment before entering public lands for recreating or other activities.

- Check and clean tires and skid pans for noxious weed debris.

- Check and clean personal equipment for noxious weed debris i.e. boots, socks, hats, fishing gear etc.

- Check companion animals before and after using public lands clean appropriately.

- Avoid staging in weed areas.

- Use gravel from a weed free gravel pit whenever possible.

- Use weed free hay and straw as directed by policy.

BLM_0110552

- Survey all areas prior to ground disturbing activities and take appropriate action to reduce weed spread.

- Seed all areas around a project that has had ground disturbance to reduce the spread of noxious weeds and create a favorable environment for native vegetation.

- All road maintenance equipment should be free from noxious weeds.

- Patches of weeds on roads should be skipped over to reduce the threat of weeds spreading down the road. The patch should be treated before road maintenance begins.

- Incorporate noxious weed prevention into all project design.

- Monitor for noxious weed establishment after projects are finished and for at least two growing seasons post project.

- Don't pick the wildflowers.

- Educate yourself and employees on noxious weed identification.

## WILDLIFE

### General

- Require operators to establish and submit to the BLM UFO a set of operating procedures for employees and contractors working in important wildlife habitats. Design such procedures to inform employees and contractors of ways to minimize the effect of their presence on fish and wildlife and habitats. Procedures may address items such as working in bear country, controlling dogs, human waste disposal, and understanding and abiding by hunting, fishing, and firearms regulations.

### Aquatic

- Management techniques will be used to minimize degradation of aquatic habitats. Bridges and culvert installations will be designed to maintain adequate passages for fish.

- Bridges, low-water crossings, culverts, diversions, and other man-made structures in, or adjacent to, aquatic habitats will be designed such that they do not impede fish passage or migration. Additionally, they will be constructed and designed to minimize or eliminate sediment loading, erosion, and other processes that might degrade habitats, particularly in cold-water fisheries. Where possible, modify existing bridges, culverts, and similar structures to be fish friendly.

- All equipment and water craft utilized for working or transportation in aquatic systems shall be cleaned and inspected by the authorized officer prior to conducting permitted activities, to prevent the introduction of invasive aquatic species.

### Terrestrial

- In all vegetation treatments, and maintenance of those areas, including projects designed to improve livestock grazing, reduce fuel loading, or otherwise, consider the habitat requirements of native wildlife communities, game and non-game alike, and acknowledge the ecological tradeoffs.

BLM_0110553

- In all habitat improvements and manipulations, and maintenance of those areas, including projects designed to improve livestock grazing, reduce fuel loading, or otherwise, emphasize benefits for mule deer, elk, and other game species.

- Surveys will be conducted by qualified biologists approved by the BLM UFO.

- Surveys will be conducted during the appropriate time period(s) for the species of interest and will typically be conducted as close in time as possible prior to surface disturbance.

- Survey reports, data, and determinations shall be submitted to the BLM UFO for review and confirmation.

- The Authorized Officer will apply mitigation measures as appropriate, commensurate with anticipated impacts.

- Expiration dates and other conditions will be applied to all biological clearances (e.g., raptor surveys expire April 1 of the following year).

### Migratory Birds

- To protect areas from anthropogenic fires (e.g., campfire or fireworks accidents), periodically move large woody downfall away from trees near popular campsites and tree stands along railroad tracks.

- Investigate the economic value for the waterfowl, waterbirds, shorebirds and land birds that would use stock ponds and reservoirs if their dams were restored, such as Roatcap Reservoir, west of Olathe. This may help to create a positive cost-benefit ratio for the pond restoration.

- Buffer riparian and wetland areas amply from road and trail placement and other activities.

- Give high priority to removal of tamarisk and other noxious weeds under native riparian trees.

- Consider planting riparian plant fire breaks (i.e. alkali sacaton).

- Use current state-of-the art practices to preserve high-quality or selected willow stands from intensive ungulate pressure (exclosures, seasonal closures, game regulations etc.).

- Exclude riparian areas from livestock grazing whenever possible.

- Implement fuels treatments to protect riparian areas from anthropogenic fires (e.g., campfire or fireworks accidents), periodically move large woody downfall away from trees near popular campsites and tree stands along railroad tracks.

- For the benefit of riparian shrub birds, place at lowest priority eradication of tamarisk stands with the largest basal stems, while there are younger stands to treat.

- In areas of Riparian weed treatment, replace removed tamarisk with native shrubs such as three-leaf sumac, golden currant, and silver buffaloberry. Also consider planting small native trees such as box elder and Goodding's or peachleaf willows.  If needed, seed with native herbaceous ground cover.

BLM_0110554

- Before implementing a tamarisk removal project, survey for long-eared owls during breeding and winter roosting seasons. If use by long-eared owls is detected, delay treatment until suitable native tall shrubs nearby can replace the habitat.

- Weed management should place high priority on preventing the entrance of new flammable species such as medusahead.

- To help control user-proliferated vehicle routes, combine directional signage with wildlife message signing, giving users added incentive to protect their lands.

- All power transmission equipment will incorporate the best known practices to prevent avian electrocutions (Avian Power Line Interaction Committee guidance for Avian Protection *[BLM: add date]*).

- Encourage buried electric transmission lines over pole and tower held lines through non-wooded and non-forested habitat.

- All new construction of communication towers, wind turbines, or similar aerial hazards, will incorporate the best known practices for approving sites and designs to minimize hazards to migratory birds (Lambeth and Reeder 2009).

### References

Lambeth, R.E. and D.R. Reeder. 2009. Migratory Bird Status Literature Review. Prepared by Rare Earth Science, LLC, for the US Bureau of Land Management, Uncompahgre Field Office, Montrose, Colorado.

Avian Power Line Interaction Committee guidance for Avian Protection *[BLM: add complete citation]*. *[BLM: Provide copy to EMPSi for Admin Record]*

## SPECIAL STATUS SPECIES

### General

- When "no effect" determinations (resulting from Endangered Species Act, Section 7 consultation with USFWS) rely heavily on specific project design features or mitigation to guarantee "no effect" on federally protected species, a qualified on-site construction monitor will be present during project implementation.

- Require oil and gas operators and other proponents of surface-disturbing activities to implement specific measures to reduce impacts of operations on wildlife and fish habitats within high-value or crucial habitats. Measures would be determined through biological surveys, onsite inspections, effects of previous actions in the area, and BMPs.

- Require operators to establish and submit to the BLM UFO a set of operating procedures for employees and contractors working in important wildlife habitats.

- Surveys will be conducted by qualified biologists approved by the BLM UFO during the appropriate time period(s) for the species of interest and will typically be conducted as close in time as possible prior to surface disturbance.

- Survey reports, data, and determinations shall be submitted to the BLM UFO for review and confirmation.

BLM_0110555

- Expiration dates and other conditions will be applied to all biological clearances (e.g., raptor surveys expire April 1 of the following year).

**Plants**

- Apply the Recommended Best Management Practices for Plants of Concern (Elliott et al. 2009) to minimize land use impacts on federally protected and recognized plants.

- Appropriate sediment and erosion control, weed control, and similar practices will be applied as necessary to protect plant populations.

**Aquatic**

*[The following text is from the GJFO RMP, please modify as appropriate ]*

- Identify in-channel features (e.g., culverts, water diversion structures) that block aquatic organism movement and/or impair stream connectivity and replace, modify, or remove these impediments as they are identified and as opportunities allow. Consider and address aquatic organism passage and appropriate life-stage requirements when designing new or modifying existing stream crossings.

- Where construction of in-channel barriers will benefit aquatic species by limiting access from competitive species and/or disease vectors, consider barriers as a management tool on a site-specific basis.

**Terrestrial**

- In lynx habitat, remote monitoring systems shall be established for developed sites that occur within these habitat types or which require travel through these habitat types for access. This stipulation applies to both BLM surface and subsurface mineral estate. Locked gates will be installed at proper locations to prevent public use. The BLM will work with operators to modify existing operations for remote monitoring, to the degree possible.

- Gate and close to public use roads built for mineral activities in lynx habitat within lynx analysis units.

- Upon project completion, reclaim or obliterate these roads and monitor for successful restoration and weed control. Locked gates or other effective barricades will remain in place until restoration is achieved.

- Apply project design criteria to protect Gunnison sage-grouse nesting and early brood rearing activities by requiring that hospital grade sound reducing mufflers, exhaust systems, multi-cylinder pumps, and other noise-reducing technologies be used during the breeding period (March 1 to May 15) within 4 miles of active leks, or within sage-grouse nesting and early brood-rearing habitat as mapped.

- Where bat roosting, maternity sites and winter hibernacula occur, bat gates would be required for closing abandoned mine lands.

***References***

Elliott, B. A., S. Spackman Panjabi, B. Kurzel, B. Neely, R. Rondeau, and M. Ewing. 2009. Recommended Best Management Practices for Plants of Concern.  Practices developed

BLM_0110556

1  to reduce the impacts of oil and gas development activities to plants of concern.
2  Unpublished report prepared by the Rare Plant Conservation Initiative for the National
3  Fish and Wildlife Foundation.

4  **WILDLAND FIRE MANAGEMENT**
5  • Rehabilitate suppression impacts as soon after fire containment as possible (such as
6  water barring, removing berms, seeding disturbed areas, placing debris on lines).

7  *[The following text is from the GJFO RMP, please modify as appropriate.]*

8  **Fuels Management**
9  • Construct fuel breaks or green strips to protect wildland-urban interface communities
10  and important wildlife habitat and provide for firefighter safety by using mechanical,
11  chemical, biological, and prescribed fire treatment methods.

12  • Construct fuel breaks and green strips in areas containing a good understory of native
13  perennials in order to successfully compete with and deter the establishment and spread
14  of annual species.

15  • Seed green strips in areas that do not have a good understory of desirable native
16  perennials that can successfully compete with annual species.

17  • Where practicable, use large-scale landscape planning to connect fuel breaks and avoid
18  small piecemeal projects.

19  • Maintain fuel breaks and green strips to ensure effectiveness.

20  • Prevent seeded species from being grazed during the first two growing seasons (more
21  than 18 months) following seeding, or until site-specific analysis and/or monitoring data
22  indicates that vegetation cover, species composition and litter accumulation are
23  adequate to support and protect watershed values, meet vegetation objectives and
24  sustain grazing use.

25  • Provide fire prevention and mitigation outreach information and education to
26  communities within the UFO.

27  **Fire Suppression**
28  • Resource Advisors and other applicable specialists shall be utilized to advise the Incident
29  Commander and suppression resources on the natural resource values during the
30  suppression effort.

31  • Avoid applying fire retardant in or near drinking water sources.

32  • Avoid the application of retardant or foam within 300 feet of a waterway or stream
33  channel. Deviations from this procedure are acceptable if life or property is threatened.

34  • Fire lines will not be constructed by heavy equipment within riparian stream zones. If
35  construction is necessary due to threats to life or property, control lines shall terminate
36  at the edge of the riparian zone at a location determined appropriate to meet fire
37  suppression objectives based on fire behavior, vegetation/fuel types, and fire fighter
38  safety.

BLM_0110557

- For streams currently occupied by Greenback Cutthroat Trout, Colorado River Cutthroat Trout or other aquatic special status species, extractions of water from ponds or pools shall not be allowed if stream inflow is minimal and extraction of water will lower the existing pond or pool level.

- Lands will be temporarily closed to other uses in areas where fire suppression is being implemented.

- Stream flow shall not be impounded or diverted by mechanical means in order to facilitate extraction of water from the stream for fire suppression efforts.

- If it is determined that use of retardant or surfactant foam within 300 feet of a waterway or stream channel is appropriate due to threats to life or property; alternative line construction tactics are not feasible because of terrain constraints, congested areas, or lack of ground personnel; or potential damage to natural resources outweighs possible loss of aquatic life, the unit administrator shall determine whether there have been any adverse effects to federally listed species. If the action agency determines that adverse effects were incurred by federally listed species or their habitats, then the action agency must consult with the Service, as required by 50 CFR 402.05, as soon as practicable.

- Avoid whenever possible burning out unburned islands of native vegetation, specifically sagebrush communities.

- Minimize/mitigate impacts to cultural resources and pristine vegetative communities.

- Before using it on lands administered by the UFO, thoroughly rinse to remove mud and debris from all fire suppression equipment from off-district or out of state and used to extract water from lakes, ponds, streams, or spring sources. Examples of this equipment are helicopter buckets, draft hoses, and screens. After cleaning the equipment, disinfect it to prevent the spread of invasive aquatic species. Do not rinse equipment with disinfectant solutions within 100 feet of natural water sources. UFO suppression equipment used to extract water from sources known to be contaminated with invasive aquatic species, as identified by the US Fish and Wildlife Service and Colorado Division of Wildlife, also shall be disinfected beforehand on lands administered by the UFO.

- Vehicle and equipment shall be washed before being assigned to fires to minimize the spread of noxious weeds. Especially out of area equipment. Larger fires with incident management teams assigned may need to have a weed wash station.

**Emergency Stabilization and Rehabilitation**
- Stabilize areas that have low potential to naturally revegetate and that have high wind and soil erosion potential. Treatments include the following:

  – Seeding and planting to provide vegetative cover;

  – Spreading mulch to protect bare soil and discourage runoff;

  – Repairing damaged roads and drainage facilities;

  – Clearing stream channels of structures or debris that is deposited by suppression activities;

  – Installation of erosion control structures;

BLM_0110558

1 – Installation of channel stabilization structures;

2 – Fence or restrict areas to livestock and wild horse and burro grazing to promote
3 success of natural revegetation or establishment of seeded species;

4 – Lands may be temporarily closed to other uses during emergency stabilization and
5 rehabilitation practices if activities inhibit treatment;

6 – Repair or replace range improvements and facilities; and

7 – Monitor emergency stabilization and rehabilitation treatments.

8 **CULTURAL RESOURCES**
9 *[The following text is from the GJFO RMP, please modify as appropriate.]*

10 **Standard Operating Procedures**
11 • The holder of a BLM authorization to carry out land use activities on Federal lands,
12 including all leases and permits, must notify the BLM, by telephone and written
13 confirmation, immediately upon the discovery of human remains, funerary items, sacred
14 objects, or objects of cultural patrimony (43 Code of Federal Regulations [CFR]
15 10.4(g)). Activities must stop in the immediate vicinity of the discovery. The discovery
16 must be protected from the authorized activity for a period of 30 days or unless
17 otherwise notified by the (43 CFR 10.4(c) and (d)).

18 • The National Historic Preservation Act, as amended, requires that if newly discovered
19 historic or archaeological materials or other cultural resources are identified during
20 project implementation, work in that area must stop and the BLM Authorized Officer
21 must be notified immediately. Within five working days the BLM Authorized Officer will
22 inform the proponent as to:

23 • Whether the materials appear eligible for the National Register of Historic Places;

24 • The mitigation measures the proponent will likely have to undertake before the site
25 could be used (assuming in situ preservation is not practicable), (36 CFR 800.13); and

26 • A timeframe for the BLM Authorized Officer to complete an expedited review under 36
27 CFR 800.11 to confirm, through the State Historic Preservation Office, that the BLM
28 Authorized Officer's findings were correct and mitigation was appropriate.

29 • A standard Education/Discovery stipulation for cultural resource protection shall be
30 attached to the land use authorization. The operator or its contractor is responsible for
31 informing all persons who are associated with the project operations that Federal laws
32 protect cultural resources and they will be subject to prosecution for disturbing or
33 destroying any historic or archaeological sites, or collecting any cultural objects,
34 prehistoric or historic from federal lands.

35 • Strict adherence to the confidentiality of information concerning the nature and location
36 of archeological resources will be required of any company issued a land use
37 authorization and all of their subcontractors (Archaeological Resource Protection Act,
38 16 US Code 470hh).

BLM_0110559

**Best Management Practices**

- BLM specialists shall complete a File Search Request form and submit to the Field Office Archaeologist as soon as there is proposed BLM activity or BLM authorized activity that will require preparation of a NEPA document. This will provide the specialist with immediate information as to the need for Class III inventory, whether that will be contracted or in-house, or the presence of Cultural Resources that may preclude or impede their project.

- Once it has been determined that a project will require contracted cultural inventory the BLM specialists shall complete a Request for CR Compliance form and submit to the Field Office Archaeologist as soon as they have a final design for a BLM proposed project or activity.

- Evaluation of all BLM activities and BLM authorized activities shall be made in compliance with BLM Manual 8100, The Foundations for Managing Cultural Resources (BLM 2004a), and subsequent 8100 series (BLM 2004b, 2004c, 2004d, 2004e, 2004f, 2004g, and 2004h); Handbook of Guidelines and Procedures for Inventory, Evaluation, and Mitigation of Cultural Resources (BLM 1998, rev. 2007); and the current State Protocol Agreement between the Colorado BLM and the Colorado State Historic Preservation Office.

- In complex linear or split-estate actions early coordination with private landowners will facilitate the process the BLM must complete prior to authorizing the action. To comply with the National Historic Preservation Act, the BLM must consider the effects to cultural resources on private land that result from a Federal action, such as linear rights-of-way or constructing a well pad on private land to drill to federal lease. Before an applicant can contract a cultural survey, the private surface owner must allow the cultural consultant access. Projects can be authorized without completing cultural surveys on private lands but this may lead to lengthy delays while the BLM completes consultation.

- When possible, locate projects in areas that are previously disturbed. To comply with the National Historic Preservation Act the BLM must identify significant cultural resources. Under the current regulations and guidelines the BLM may decide that no inventory needs to be conducted because the proposed action is located in an environment where ground disturbance has modified the surface so extensively that the likelihood of finding intact cultural resources is negligible.

- When a NEPA document specifically stipulates the need for an archaeological monitor during construction or a project is located in areas that require an archaeological monitor to be present (see conditions of approval polygons for Sunnyside, Grand Mesa Slopes, and Indian Creek) it is the applicant's responsibility to contract an archaeological consultant holding a current Colorado BLM permit and authorized to work in the UFO. Fieldwork authorizations are required prior to any construction monitoring.

- Where proposed projects or development will adversely affect a cultural resource, testing, data recovery or full excavation to recover scientific information may be required as mitigation. The applicant or operator bears the full cost of mitigation and is

BLM_0110560

encouraged to consider avoiding adverse effects through project relocation or redesign rather than mitigating adverse effects.

- A cultural resource must be allocated to public use prior to:

  – authorizing or implementing any Heritage Tourism project;

  – when Special Recreation Permits are issued that will use a cultural resource; or

  – a BLM recreation project is proposed that involves the use or interpretation of a cultural resource.

- A File Search Request form must be submitted to the Field Office Archaeologist identifying the site and the proposed use so the allocation to public use can be confirmed.

### References

BLM (United States Department of the Interior, Bureau of Land Management). 1998. Handbook of Guidelines and Procedures for Inventory, Evaluation, and Mitigation of Cultural Resources. Rev. 2007. BLM, Colorado State Office, Lakewood, CO.

_____. 2004a. Manual 8100: The Foundations for Managing Cultural Resources. Release 8-72. BLM, Washington, DC. December 3, 2004.

_____. 2004b. Manual 8110: Identifying and Evaluating Cultural Resources. 8-73. BLM, Washington, DC. December 3, 2004.

_____. 2004c. Manual 8120: Tribal Consultation Under Cultural Resources. 8-74. BLM, Washington, DC. December 3, 2004.

_____. 2004d. Manual 8120-1: General Procedural Guidance for Native American Consultation. 8-75. BLM, Washington, DC. December 3, 2004.

_____. 2004e. Manual 8130: Planning for Uses of Cultural Resources. 8-76. BLM, Washington, DC. December 3, 2004.

_____. 2004f. Manual 8140: Protecting Cultural Resources. 8-77. BLM, Washington, DC. December 3, 2004.

_____. 2004g. Manual 8150: Permitting Uses of Cultural Resources. 8-78. BLM, Washington, DC. December 3, 2004.

_____. 2004h. Manual 8170: Interpreting Cultural Resources for the Public. 8-79. BLM, Washington, DC. December 3, 2004.

## TRIBAL CONSULTATION

[The following text is from the GJFO RMP, please modify as appropriate.]

### Standard Operating Procedures

- The BLM has a responsibility to develop a government-to-government relationship with the tribes: the formal relationship that exists between the Federal Government and tribal governments under United State laws. Tribal governments are considered dependent domestic sovereignties with primary and independent jurisdiction (in most cases) over tribal lands. Concerning proposed BLM plans and actions, at least the level

BLM_0110561

of consideration and consistency review provided to State governments must be afforded to tribal governments.

- The BLM is responsible for consultation under General Authorities defined as "laws, executive orders, and regulations that are not considered "cultural resource authorities". The regulations implementing both Federal Land Policy and Management Act and NEPA require Native American consultation. The American Indian Religious Freedom Act and the Indian Sacred sites order (Executive Order 13007) pertain to the free exercise clause of the First Amendment (BLM Manual 8120-1 Guidelines for Conducting Tribal Consultation [BLM 2004], Federal Land Policy and Management Act Title II, NEPA Section 102, 40 CFR 1501.2 and 1501.7)

- Tribes must be consulted whenever other governmental entities or the public are formally involved in the BLM's environmental review process in any NEPA documentation that entails public involvement or initial discussions with local or state governments (BLM Handbook H-1790-1, National Environmental Policy Act [BLM 2008]).

- NHPA Section 106 consultations for cultural resources that are significant to Indian tribes. Consultation with an Indian tribe must recognize the government-to-government relationship between the Federal Government and Indian tribes. The agency official shall consult with representatives designated or identified by the tribal government. Consultation shall be conducted in a manner sensitive to the concerns and needs of the Indian tribe. (36 CFR 800.2(c)(2)(ii)(C).

**Best Management Practices**
- Notification is conducted by simple one-way written means. Consultation is generally construed to mean direct, two-way communication.

- When publishing notices or open letters to the public indicating that the BLM is contemplating an action and that comments are welcome, managers shall send individual letters, certified mail or delivery confirmed to tribes requesting their input on actions being considered. If this is an opening dialogue, prior to having developed a strong working relationship with the tribe, if a timely response is not received the manager shall follow up with personal telephone calls.

- For the benefit of both parties, managers are encouraged to strive for the most efficient and effective method of consultation. Whatever method is chosen, all consultation activities shall be carefully documented in the official record.

- Consultation roles can be facilitated but may not be transferred to others. Cultural resource consulting firms working for land use applicants cannot negotiate, make commitments, or otherwise give the appearance of exercising the BLM's authority in consultations.

- Owing to their status as self-governing entities, tribes shall be notified and invited to participate at least as soon as (if not earlier than) the Governor, state agencies, local governments, and other federal agencies.

- Tribal consultation means dialogue between a BLM manager and an American Indian Tribe. The BLM managers are encouraged to visit tribal councils and appropriate tribal

BLM_0110562

leaders on a recurring basis. This face-to-face meeting helps to develop relationships that can reduce the time and effort spent in later consultation or individual projects. This government-to-government consultation shall be treated with appropriate respect and dignity of position.

**References**

BLM (United States Department of the Interior, Bureau of Land Management). 2004. Manual 8120: Tribal Consultation Under Cultural Resources. 8-74. BLM, Washington, DC. December 3, 2004.

_____. 2004. Manual 8120-1: General Procedural Guidance for Native American Consultation. 8-75. BLM, Washington, DC. December 3, 2004.

_____. 2008. Handbook H-1790-1: National Environmental Policy Act. Washington, DC. January 2008.

## PALEONTOLOGICAL RESOURCES

[The following text is from the GJFO RMP, please modify as appropriate.]

- Attach lease notices, stipulations, and other requirements to permitted activities to prevent damage to paleontological resources.

## VISUAL RESOURCES

- Guidelines for surface disturbing activities and facilities:

  – Natural or artificial features such as topography, vegetation, or an artificial berm would be used to help screen facilities.

  – Facilities would avoid being placed on ridge tops.

  – Structures would be painted a color that enables the facilities to blend with the natural background color of the landscape.

  – The selected color would be one or two shades darker than the dominant background color and be a semi-gloss paint to resist weathering and staining.

  – Construction of new roads and other linear facilities would be located and constructed to follow the contour of the landform or mimic lines in the vegetation. (Avoid straight roads and steep slopes).

  – The minimum width of road necessary would be constructed or upgraded.

  – Short-term reclamation would include partially reshaping and re-vegetating roads, and facilities to reduce the amount of bare ground created during construction and project activities.

  – During reclamation, roads would be re-contoured back to their original contour and rough texture so to match the "texture" of the surrounding landscape.

- Recreation developments in the immediate foreground of Key Observation Points in VRM Class I and II areas would require special consideration to meet both recreational and VRM objectives. These facilities often create more contrast than would be acceptable; however this contrast would be allowed if the facilities are part of the

BLM_0110563

expected image of the public being served. The contrast should be allowed only to the extent needed for the function of the facility, which should reflect design excellence and be a positive element of the built environment. Structures should blend into the landscape while retaining functionality.

- Night lighting and dark sky preservation considerations:
  - Light facilities only during actual hours of operation.
  - Limit night lighting to only those areas within the complex that nighttime work is occurring.
  - Consider the opportunity for zone lighting within a complex where sections are lit independently based on outdoor night operations.
  - All lighting fixtures shall be full cut-off luminaires.
  - Pedestrian scale lighting should be accomplished using bollard style path lighting using full cut-off luminaires.
  - Use of trailer-mounted mobile light plants is another way of avoiding unnecessary night lighting.  The trailer-mounted mobile light plants are then used only during periods of actual need.
  - Actuate lighting by motion detection, remote control and other creative means so that light illuminate within the exterior areas only during periods when people are present.
  - Entrances into facilities should not be lit continuously through the dark sky hours, but only when vehicles approach and during normal operating hours.
  - Secure facilities using other technologies other than simply illuminating the area or perimeter of a given facility.
  - When illuminating vertical features that rise over 200 feet necessitating FAA regulated air flight safety requirements, require use of On-demand Audio/ Visual Warning Systems as approved by FAA.

## FORESTRY

*[The following text is from the GJFO RMP, please modify as appropriate.]*

### Standard Operating Procedures

- No fuel wood cutting of live trees will be allowed for cottonwood, willow, alder; unless resource objectives allow otherwise.

### Standard Design Practices for Forestry Projects

- The closure of new roads will be considered and planned for during sale preparation in accordance with existing policy.
- Clear cuts will be considered for use in the pinyon-juniper and aspen types in critical big game winter ranges and other areas where economically feasible.
- Clear cuts will be considered for use in restoring aspen sites.

BLM_0110564

- Cuts will maximize the length of edge per amount of area considering natural and manmade boundaries.

- No point within an opened stand will be more than 200 yards from cover.

- The removal of cover along edges of existing openings (foraging areas) in the pinyon-juniper and aspen types will be discouraged.

- Cuts that thin the pinyon-juniper canopy cover to 20 percent or less will be favored for use in bighorn sheep ranges. These cuts will focus on the smaller trees in the stand.

- Large conifer seed trees (three to seven trees per acre) will be left where practical as wildlife shelter on south facing slopes of big game winter ranges to ensure the succession of quality snags.

- An average of three to seven trees per acre of the largest nonhazardous snags, particularly those adjacent to openings and open water will be left on commercial sale areas.

- Sale areas with less than 15 percent ground cover in the understory on critical deer and elk winter ranges will be seeded using a mixture of grasses, forbs, and shrubs and will be paid for with wildlife funds.

- Minimum of 180 year rotation will be allowed for pinyon-juniper stands. Other species will be managed on a rotation of sufficient length to produce cavity trees for flickers and small owls.

- Harvest plans will be completed on all commercial sales within woodlands and forests, showing access roads, decks and skid trail locations. Approval of these plans by the BLM Authorized Officer is required before harvest can start.

- A minimum 50 foot buffer will be maintained along all riparian areas.

- Snags with existing cavities or nests will be priority for retention.

- Snag diameter for retention will be the largest class on site and will be retained in clusters if possible.

- If site potential allows, will retain 5-7 snags per acre, preferably in a clumped configuration.

- If possible, will retain at least 15 live trees per acre for future snag recruitment. Recruitment snags will not have to be structurally superior; live tree with forked and broken tops may be preferred.

- Do not disturb or destroy active or inactive nests of raptors which are reused.

**Best Management Practices**

- Avoid heavy equipment use in stands of cottonwood, willow, alder. If heavy equipment use is necessary, allow on a case by case basis and mitigate for adverse impacts.

- Allow dead and down collection of cottonwood for personal use.

- Protect seed and important wildlife habitat trees in pinyon-juniper stands.

Internal Draft - Not for Public Distribution

BLM_0110565

- Allow removal of pinyon-juniper encroachment utilizing mechanical, biological, and chemical treatments. Allow tree harvesting for Christmas trees and transplants other woodland products and biomass reduction.

- Minimize disturbance to the soil such that surface runoff does not result in sediment transport into waterbodies. Concentrate skidding on as few skid trails as needed.

- Limit primary skid trails to 10 percent of the total working area.

- Avoid widespread or random skidding patterns with repeated passes.

- Minimize placement and use of skid trails in ephemeral drainages. If skid trails must be within or cross an ephemeral drainage, additional BMPs are needed to protect water quality.

- Create skid trails only as wide as necessary to safely operate your equipment and conduct the forestry operation. Avoid creating two-lane skid trails, which disturb more soil area.

- Minimize the extent of gouges or trenches upon the ground surface that are created by the skidding of trees or logs.

- On sloping terrain, skid trails shall follow along the land contours and shall be kept to 25 percent grade or less when practical.

- If trails must be located on steeper slopes, more BMPs than usual are needed to control and capture runoff to protect water quality.

- Establish decks at locations where soil disturbance is minimized.

- Maintain as close to normal (pre-construction) streamflow by maintaining depth, width, gradient and capacity of the stream channel at the crossing.

- Perform construction, installation, and removal work during low-water flow if circumstances allow.

- Stabilize the approachways and/or stream crossing locations so sediment is not transported into the stream.

- Approaches to the stream are relatively flat to better control runoff.

- The crossing can be installed at a right-angle (90 degrees) to the stream channel so crossing distance is minimized.

- Any trees removed during these processes will be purchased by the applicant prior to construction. The applicant is responsible for a per-cord fee unless removed from the project by the applicant.

**Guidelines for Christmas Tree and Firewood Harvesting**

- Vehicle use is restricted to existing roads and trails. Do not drive off road.

- Do not damage adjacent trees.

- When cutting down standing trees, cut the stump 12 inches or less, or as close to the ground as possible.

BLM_0110566

1    • Scatter lopped branches at least 50 feet from the stump.

2    • Do not top a larger tree to obtain a Christmas tree. The tree may be cut at the base
3      and then topped.

4    • Do not cut trees that have been posted as "Seed Tree Do Not Fall" or "Wildlife Tree
5      Do Not Disturb."

6    • Do not harvest any trees within 100 feet of a spring or creek unless trees are identified
7      for selective removal to meet resource objectives.

8    • Please pack out your trash as well as trash left by others.

9    • No harvesting when soils are saturated to a depth of 6 inches to prevent damage to
10     roads.

11   • UFO closed to firewood harvesting during on November 30. Firewood harvesting
12     reopens in the spring based on road conditions.

13   **LIVESTOCK GRAZING**

14   • Utilize "Recommendations on best management practices for domestic sheep grazing on
15     public land ranges shared with bighorn sheep" (Committee of Wildlife Diseases and
16     Committee on Sheep and Goats 2009).

17   • To manage brown-headed cowbird parasitism, incorporate spring and early summer
18     grazing use deferment requirement into livestock grazing permit terms and conditions.

19   • At least once per four years, provide pastures and whole allotments rest from livestock
20     grazing during the nesting season (roughly April through July) to protect native cool
21     season understory grasses, protect ground nests, and to reduce nest parasitism by
22     cowbirds.

23   • To manage brown-headed cowbird parasitism, limit spring and early summer grazing to
24     a maximum of 15 days per use area or pasture.

25   • Look for opportunities for periodic rest in pastures and use areas during the nesting
26     season (roughly April through July) to protect native cool season understory grasses,
27     protect ground nests, and to reduce nest parasitism by cowbirds.

28   ***References***

29   Committee of Wildlife Diseases and Committee on Sheep and Goats (US Animal Health
30     Association Joint Working Group). 2009. Recommendations on best management
31     practices for domestic sheep grazing on public land ranges shared with bighorn sheep.
32     October 2009.

33   **RECREATION AND VISITOR SERVICES**

34   *[The following text is from the GJFO RMP, please modify as appropriate.]*

35   • Special recreation permits will contain noxious weed management stipulations (e.g., pre-
36     event inventories to avoid infested areas, event management to avoid or isolate
37     activities that could cause weed introduction or spread, monitoring and treatment of

BLM_0110567

1 infestations exacerbated by the activity, and other appropriate noxious weed
2 management stipulations).

3 • Lands may be temporarily closed to other uses during recreation events performed
4 under special recreation permit (e.g., equestrian endurance rides or motorcycle events).

5 **COMPREHENSIVE TRAILS AND TRAVEL MANAGEMENT**
6 *[The following text is from the GJFO RMP, please modify as appropriate.]*

7 • Roads and trails (off-highway vehicle, horse, bicycle, and hiking) will avoid wetlands and
8 if avoidance is not possible will be designed and constructed in accordance with
9 Technical Reference 2E22A68-NPS, Managing Off-highway Vehicle Trails in Wet,
10 Unstable, and Sensitive Environments (Forest Service 2002).

11 **References**
12 Forest Service (US Department of Agriculture, Forest Service). 2002. Technical Reference
13 2E22A68-NPS, Managing Off-highway Vehicle Trails in Wet, Unstable, and Sensitive
14 Environments. USDA Forest Service Technology and Development Program, Missoula,
15 MT. October 2002. 56pp.

16 **LANDS AND REALTY**
17 Stipulations used in addition to ROW Guide Stipulations, as applicable, by UFO:

18 • For renewals of existing authorizations: The holder shall contact the Authorized Officer
19 (AO) at least two weeks prior to the anticipated start of any surface disturbing
20 activities. It is the holder's responsibility to comply with all applicable Federal, State, and
21 local laws and regulations existing or hereafter enacted or promulgated. In any event,
22 prior to any surface disturbing activities, the holder shall comply and demonstrate
23 compliance in writing, i.e., with surveys and inventories completed by qualified
24 individuals, with the following laws including, but not limited to, the Endangered Species
25 Act (if potential habitat is determined to be present), the National Historic Preservation
26 Act, and the Native American Graves Protection and Repatriation Act. Evaluations and
27 inventories can be completed by BLM, or by the holder in order to meet the holder's
28 schedule and subject to approval by the AO. The holder shall not initiate any surface
29 disturbing activities on the right-of-way without prior written approval as determined
30 necessary by the AO. Contact the BLM Realty Specialist at (970) 240-5xxx, or alternate
31 BLM Environmental Protection Specialist, at (970) 240-5xxx.

32 • For Communication Sites: To avoid possible impacts to birds or bats, follow the most
33 current version of the US Fish and Wildlife Service's Interim Guidelines on the Siting,
34 Construction, Operation and Decommissioning of Communication Towers, available at
35 the following
36 website: http://www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/comtow.
37 html.

38 • For Powerlines: Unless otherwise agreed to by the authorized officer in writing,
39 powerlines shall be constructed in accordance to standards outlined in "Suggested
40 Practices for Avian Protection on Powerlines: The State of the Art in 2006" (Avian

BLM_0110568

Power Line Interaction Committee 2006) available at: http://www.aplic.org/SuggestedPractices2006(LR-2watermark).pdf). The holder shall assume the burden and expense of proving that pole designs not shown in the above publication are "eagle and raptor safe." Such proof shall be provided by a raptor expert approved by the authorized officer. The BLM reserves the right to require modifications or additions to all powerline structures placed on this right-of-way, should they be necessary to ensure the safety of large perching birds. Such modifications and/or additions shall be made by the holder without liability or expense to the United States. All pole replacements will be brought up to this standard. For all maintenance activities that involve, but are not limited to, nest relocation or destruction, temporary possession, depredation, salvage/disposal, harassment, and scientific collection of raptors, the right-of-way holder shall provide the BLM with a copy of their current Migratory Bird Permit for those activities.

- For Water Wells:

   – If the holder has obtained well permits or groundwater rights pursuant to state water law procedures, those permits and/or rights will be abandoned or conveyed to the authorized officer upon relinquishment or termination of this right-of-way grant.

   – The holder shall indemnify and hold the United States harmless from any and all liability or damages resulting from or otherwise related to human consumption of the water from the well authorized by this right-of-way grant.

- For Road Associations: The Holder shall participate in the formation of a users group association for the road. All new users would be required to join the association. The association's main purpose would be to ensure that all users would share in any proportionate costs and responsibilities including, but not limited to, road maintenance required under the terms, conditions and stipulations of the right-of-way grant. The Holder shall participate in and cooperate with the development of a road maintenance agreement within the scope of the road users group association. The agreement shall be included in the association's charter or by-laws. A copy of the association's charter or by-laws shall be submitted to the Authorized Officer.

### References

Avian Power Line Interaction Committee. 2006. Suggested Practices for Avian Portection on Power Lines: The State of the Art in 2006. Edison Electric Institute, APLIC, and the California Energy Commission. Washington, DC and Sacramento, CA.

## FLUID MINERALS

*[The following text is from the GJFO RMP, please modify as appropriate.]*

BMPs are adaptive state-of-the-art mitigation measures applied on a site-specific basis to reduce, prevent, or avoid adverse environmental or social impacts. Numerous BMPs for oil and gas development are also incorporated into the general oil and gas development requirements. These include minimizing the number and size of pads through use of multiple well designs and directional drilling; centralizing fracing and water management; minimizing road footprints; centralized support facilities such as tank batteries; collocating utilities and pipelines in common corridors and aligning them along roadways; and implementing intensive interim reclamation

BLM_0110569

practices. The BLM encourages applicants to include in their proposals BMPs such as those identified. If not, BLM will likely require them. Actual BMPs proposed or required during the permitting process to mitigate impacts are expected to vary according to technologies and site-specific needs. BMPs will also be expected to change over the life of a project, being adaptively updated in response to monitoring and changing project conditions. Additional practices could be required or withdrawn, or modified in response to changing activities or future planning. Such adaptive changes to BMPs may generally be implemented without further review or land use planning, but will be analyzed during the NEPA analysis associated with the permitting process. Monitoring and adaptive management practices will help to refine and clarify needed BMPs, consistent with the goals and objectives of this plan.

**Geophysical Exploration**
- If operations open an existing fence, temporary gates will be installed for use during the course of operations, or the fence will be immediately repaired. On completion of operations, fences will be restored to their original condition or better.

- When saturated soil conditions exist, activities on and off roads will be halted until soil dries or is frozen sufficiently for activities to proceed without undue damage and erosion.

- Off-highway vehicle travel will be limited to that necessary to complete the geophysical operations.

- Specialized low surface impact equipment (wide- or balloon-tired vehicles, all-terrain vehicles) or helicopters may be used for activities in off-road areas to protect fragile soils and or other resource values.

- Powder magazines will be located at least a mile from traveled roads, unless otherwise authorized after analysis or review. Loaded shot holes and charges will be attended at all times.

- Materials or equipment related to project activities (e.g., trash, flagging, lath) will be removed to an authorized disposal site.

- Project materials which could be a hazard to public health, safety or resource values will be stored in appropriate secondary containment. No oil or lubricants will be drained onto the ground surface.

- Pre-mobilization inspection will be performed to insure that all construction equipment and vehicles are clean and free of weeds, weed seed, soil and vegetative material prior to moving onto public lands. Driving through or parking on noxious weed infestations will be avoided.

- Topsoil stripping will include all growth medium present at a site, as indicated by color or texture. Stripping and storage depth may be specified during the onsite inspection. All stripped topsoil will be stored separately from subsoil or other excavated material and replaced prior to seedbed preparation. No topsoil will be stripped when soils are saturated or frozen below the stripping depth.

- Cleared vegetation smaller than four inches in diameter will be stockpiled, shredded, and salvaged with topsoil. Cleared vegetation larger than four inches in diameter will be

BLM_0110570

1      removed from public land or shredded in place to be salvaged with topsoil. A wood
2      cutting permit may be purchased from BLM.

3      • Shot-hole cuttings will be returned to the hole, or an alternative plan will be submitted
4      for BLM approval.

5 **Reducing Fluid Mineral Development Footprint**
6      • The operator will co-locate multiple wells on well pads and use directional drilling to
7      reduce the number of pads and roads.

8      • Pad placement, as practical, will be sensitive to natural resource protection. Surface
9      disturbance will be minimized, especially near drainage features and on soils mapped as
10      Mancos shale.

11      • To minimize construction disturbance, truck traffic, dust and other impacts to air
12      quality, soils and wildlife, centralized production facilities will be used for all natural gas
13      liquids and produced water.

14      • Utilities such as gas and water lines, power lines and roads will be located in common
15      corridors where practicable.

16      • Telemetry will be used to remotely monitor producing wells to reduce vehicular traffic.
17      During winter closures, unavoidable monitoring and or maintenance activities will be
18      conducted between 9 a.m. and 3 p.m., to the extent practical.

19 **Administrative/General and Planning**
20      • Where winter range areas are not protected by lease stipulations, operations such as
21      construction, drilling, completion, work-overs and other intensive activities will be
22      avoided from January 1 to March 1 to minimize impacts to wintering big game.

23      • Before activities take place, every pad, access road, or facility site will have an approved
24      surface drainage plan for establishing positive management of surface water drainage, to
25      reduce erosion and sediment transport. The drainage plan will include adaptive BMPs,
26      monitoring, maintenance and reporting. BMPs may include run-on/run-off controls such
27      as surface pocking or revegetation, ditches or berms, basins, and other control methods
28      to reduce erosion. Pre-construction drainage BMPs will be installed as appropriate.

29      • Before surface disturbance, agreements will be obtained with all existing rights-of-way
30      holders, authorized users and pipeline operators affected by permitted activities. If
31      Agreement cannot be reached, the operator will comply with the law or regulations.

32      • The BLM will be notified at least 48 hours before construction or reclamation and
33      schedule a pre-construction meeting to facilitate implementation of plans.

34      • To limit surface disturbance, proposed roads and locations will consider the character
35      of the topography and landform. Deep vertical cuts, long or steep fill slopes and side
36      cuts across steep slopes will be avoided. Rights-of-way will be shared, and structures
37      and facilities will be grouped.

38      • Project will use existing roads as much as possible. Roads will be designed, constructed
39      and maintained to BLM standards (BLM 1985). All new roads and upgrades will be
40      submitted to BLM for approval before construction.

BLM_0110571

- Drilling will be done with 'closed loop' systems as much as possible, particularly in areas where water resources are most vulnerable, including: soils mapped as alluvial, colluvial, and glacial deposits; near springs and perennial water sources; in important groundwater recharge areas; and within municipal watersheds.

- Chemicals used in the fracturing process will be biodegradable, non-toxic, pH neutral, residual free, non-corrosive, non-polluting and non-hazardous in the forms and concentrations being used. Documentation in the form of Material Safety Data Sheets will be reviewed by operator for compliance prior to use and Material Safety Data Sheets will remain on site at all times such chemicals are present.

- In municipal watersheds, the operator will develop and implement a Watershed Protection Plan. This plan will characterize baseline hydrologic and hydrogeologic conditions such as but not limited to: water chemistry, water quantity, groundwater flow patterns, connectivity between geologic formations, and communication between surface and groundwater. The operator will collaborate with all watershed stakeholders in development of the plan.

- Incorporate BMPs and conditions of approval from the Final Programmatic EIS for Geothermal Leasing in the Western US, as applicable (BLM and US Forest Service 2008).

**Pre-Construction**

- Pre-mobilization inspections will be performed to be sure that all construction equipment and vehicles are clean and free of soils, weeds, weed seed and vegetative material prior to moving onto public lands. Driving through or parking on noxious weed infestations will be avoided.

- Stakes, snow fence or flagging will be installed to mark boundaries of permitted areas of disturbance, including pre-construction BMPs and soils storage areas and be maintained in place until final construction cleanup is completed.

- Pre-construction drainage BMPs will be installed as appropriate, per the approved surface drainage plan, to protect stream drainages and to reduce erosion and sediment transport.

- Prior to any construction or placement of drilling facilities, the location and access road will be cleared of brush and trees in a manner approved by the BLM.

- Surveys for raptor nests, sensitive plant and animal species and cultural resources will be conducted prior to construction activities following BLM survey standards. Survey results will be submitted to the BLM for analysis and recommendations before project approval.

**Construction**

- Where applicable, entrances to construction sites shall be covered by a gravel "track pad" to prevent sediment and weed seeds from leaving the construction site.

- As detailed in the site plan for surface water management, drainage from disturbed areas will be confined or directed to minimize erosion, particularly within 100 feet of all drainages. No runoff, including that from roads, will be allowed to flow into intermittent

BLM_0110572

1  or perennial waterways without first passing through sediment-trapping mechanisms
2  such as vegetation, anchored bales or catchments.

3  • In areas of mapped Mancos Shale, saline soils, or fragile soils, groundwater will not be
4  discharged to surface water drainages, to minimize mobilization and transport of
5  selenium, salts and sediment within the Colorado River Basin.

6  • Discharge of groundwater to surface drainages will comply with the Clean Water Act
7  and will be pre-approved by BLM and will meet the following criteria:

8  – Discharge operations will not negatively impact downstream beneficial uses.

9  – Discharge soil/water interactions will not facilitate the movement of water quality
10  contaminants (e.g., salt, selenium, sediment, metals) above natural rates in surface
11  and/or groundwater.

12  – Water discharge shall be limited to well-defined major channels, to reduce potential of
13  discharged water dissolving and transporting salts from the stream channel and to
14  reduce concentration of salts in alluvium.

15  – Discharges will be limited to a volume that can be handled by the natural channel and
16  less than or equal to the naturally occurring mean annual peak flow (roughly
17  equivalent to a two-year, 24-hour storm peak).

18  – Discharge points will be located in stable channels or reservoirs away from any
19  downstream head-cuts or other major erosional features (as determined by BLM).
20  Outfall design may include discharge aprons and downstream stabilization of channel
21  side slopes to prevent erosion and provide energy dissipation.

22  – Subject to BLM approval, water quality thresholds for both surface and groundwater
23  will be set and monitored during discharge operations in order that they will cease if
24  thresholds were exceeded.

25  – Surface and groundwater quantity and quality will be monitored during all discharge
26  operations. Monitoring locations will be subject to BLM approval. Monitoring activities
27  will continue for at least two water years following cessation of discharge.

28  • Surface and ground water withdrawals will be avoided where they will jeopardize
29  discharge to streams, springs, seeps, or fens.

30  • Project materials which could be hazardous to public health, safety or resource values
31  will be stored in appropriate secondary containment. No oil or lubricants will be
32  drained onto the ground surface.

33  • Topsoil will be stripped following removal of vegetation during construction of well
34  pads, pipelines, roads, or other surface facilities. This will include all suitable growth
35  medium present at a site, as indicated by color or texture. Stripped topsoil will be
36  stored separately from subsoil or other excavated material and replaced prior to
37  seedbed prep.

38  • Tree Removal: If tree removal will be necessary, it will occur only after a wood cutting
39  permit is purchased from the BLM as partial compensation for habitat loss.

BLM_0110573

- Trees removed during construction shall be wind-rowed separately from soil stockpiles for later use to obstruct vehicle travel and support reclamation. Following replacement of topsoil and seeding, salvaged trees shall be skidded back onto appropriate reclaimed areas. Stumps and rootballs may be buried or scattered in an area approved by the BLM, such as a toeslope.

- Removed trees not used in this way will be cut to four foot lengths if they are four inches or more in diameter, then located where they may be taken from public lands by the applicant or the public. If it is impractical to bring salvaged trees back onto reclaimed areas, they will be chipped and spread on reclaimed areas following seeding. Cleared vegetation smaller in diameter than four inches will also be distributed (no deeper than 12 inches) across reclaimed areas following seeding.

- Where linear disturbance is proposed, edges of vegetation removal will be 'feathered,' to avoid long linear habitat edges and support habitat complexity for wildlife. Additional trees will be removed along such edges to create irregularly shaped openings and more naturally mosaic habitat.

- No topsoil will be stripped when soils are saturated or frozen; construction will be halted until soil dries out or is frozen sufficiently for construction to proceed without undue damage and erosion.

- To extend the viability of topsoil and create a berm that limits and redirects stormwater runoff, topsoil shall be windrowed around the pad perimeter, per BLM Topsoil BMPs (BLM 2009, PowerPoint presentation available upon request). Topsoil shall also be wind-rowed, segregated and stored along pipelines and roads for later redistribution across disturbed corridors during reclamation. Topsoil berms shall be promptly seeded to maintain soil microbe health, reduce erosion, and prevent weed establishment.

- Roads will be crowned or sloped, ditched, surfaced, drained with culverts and/or water dips, and constructed and maintained to BLM Gold Book standards. Construction of access roads on steep hillsides and near watercourses will be avoided. Generally, cut slope ratios will be no steeper than 3:1, with fill slopes no steeper than 2:1.

- Access roads requiring construction with cut and fill will minimize surface disturbance and consider the character of the landform's contours, visual contrasts, the cut materials, the depth of cut, where the fill material will be deposited and other resource concerns.

- Fill material will not be cast over hilltops or into drainages without BLM approval.

- Regularly scheduled road maintenance will include, but not be limited to, crown or slope reconstruction, clean-out of ditches, culverts and catchments, replacement of the road surface and dust abatement.

- Cattle guards will be installed and maintained whenever access roads intersect existing gates or fences.

- Construction activities at drainage crossings (e.g., burying pipelines, installing culverts) will be timed to avoid high flow conditions. Construction activities that affect stream flow will consist of either a piped stream diversion or the use of a coffer dam and pump to divert flow around the disturbed area.

BLM_0110574

- All pipeline welds within 100 feet of a perennial stream will be x-rayed to prevent leakage into the stream. Where pipelines cross streams that support Federal or State-listed threatened or endangered species or BLM-listed sensitive species, additional safeguards such as double-walled pipe, and remotely-actuated block or check valves on both sides of the stream may be used.

- Water from hydrostatic testing of pipelines will be filtered of sediments prior to discharge into wetlands. Energy dissipating methods such as straw-bales, wattles, and vegetative buffers will be in place before any discharge of water.

- When activity in a wetland is unavoidable, the operator will restore all temporarily disturbed wetlands or riparian areas, consulting with the BLM to determine appropriate mitigation, including verification of native plant species to be used in restoration.

- All stream crossings affecting perennial streams or streams supporting riparian habitat shall be professionally engineered (design, construction, and maintenance).

- Where the access road crosses small drainages and intermittent streams not requiring culverts, low water crossings shall be used. The road will dip to the original streambed elevation of the drainage and the crossing will prevent any blockage or restriction of the existing channel. Material moved from the banks of the crossing will be stockpiled nearby for later use in reclamation. Gravel, riprap, or concrete bottoms may be required in some situations.

- Baseline information of channel characteristics and riparian vegetation present must be documented before actions are permitted to disturb riparian areas and the stream channel.

- Damage to range improvements (e.g., fences, gates, reservoirs, pipelines) will be avoided, or repaired and replaced. If an access road crosses an existing livestock fence, a steel frame gate or a cattleguard with associated bypass gate will be installed across the roadway.

- Pits and other containments for mud, cuttings, drilling fluids, and other materials used during the exploration or operation of the lease for the storage of any hazardous materials will be adequately fenced, posted, netted or covered.

**Drilling**

- Pits that may contain liquid, such as reserve pits, produced water pits, frac-water pits, cuttings trenches (if covered by water/fluid), and evaporation pits, will use netting to prevent or minimize entry or use by migratory birds. They will be fenced on three sides before drilling activity and closed off on the fourth side after drilling is completed.

- If any pit that may contain liquid is constructed with a slope steeper than 3:1, or if the pit is lined, escape ramps will be installed every 50 feet along the pit slope and at each corner to allow escape by livestock and wildlife.

- Catalytic converters will be installed on all internal combustion engines to minimize emissions to Tier 3 levels.

- Hazardous substances will not be used in drilling, testing, or completion operations, nor introduced at any time into the reserve or cuttings pit. Fluids will be confined to pits and

BLM_0110575

all pits that may contain liquids will be lined to protect groundwater. Liners will be maintained in good condition, with no tears or holes, until they are removed when the reserve pit is closed.

- Pits will be constructed so that water will not run into them. Fluid levels will be maintained below 2 feet of the lowest point of containment.

**Utilization and Production**

- Operations will not damage, disrupt or interfere with water flows and/or improvements associated with springs, wells, or impoundments.

- When special resource values are at risk, such as crucial wildlife areas, companies controlling access into these areas will close roads or restrict use to authorized users.

- Pits will be promptly drained, tested, closed and reclaimed according to local state and federal regulations.

- Dust from vehicular traffic, equipment operations, or wind events will be controlled as needed. No application of surfactants or dust agents will proceed without BLM approval. In areas with soils mapped as Mancos shale, application of water on native road surfaces will be limited, to minimize mobilization of selenium. In such areas, alternate dust abatement measures such as proper road surfacing and maintenance, and speed limits will be used, subject to BLM approval.

- Speed control measures will be in place on all project related unpaved roads to reduce fugitive dust.

- Noise will be minimized by methods such as closed compressor buildings and hospital grade mufflers.

- Pipeline warning signs permanently marked with the operator's and owner's names (emergency contact) and purpose (product) of the pipeline will be installed within five days of construction completion and before use of the pipeline for transportation of product.

- All production equipment with a chimney, vent, or stack shall be fitted with a device to prevent birds from entering or perching on the chimney, such as an excluder cone or equivalent.

- Production facilities such as tanks and dehydration equipment will be centralized rather than located on each well pad whenever practical. Wellheads and metering facilities will remain on individual pads.

- Production facilities will be located and arranged to facilitate safety and maximize areas to be reclaimed.

**Site Stabilization, Reclamation and Monitoring**

- Road and pipeline reclamation, including seedbed prep and seeding of temporarily disturbed areas will be completed within 30 days following completion of construction.

- Following completion of pad construction, topsoil storage piles, stormwater control features, and cut-and-fill slopes will be temporarily seeded, to stabilize the materials,

BLM_0110576

maintain biotic soil activities, and minimize weed infestations. When this is not feasible, disturbed surfaces may be stabilized using other methods like hydro-mulch or erosion matting while vegetation is establishing. Seedbed preparation is not generally required for topsoil storage piles or other areas of temporary seeding.

- Interim reclamation

  – Interim reclamation includes recontouring and revegetating the entire portion of the disturbed area except that part of the well pad needed for production activities.

  – It will be completed within six months following completion of the last well planned for the pad or after a year has passed with no new wells drilled on the pad. All areas unnecessary to production activities will be revegetated, including the area within the remaining rig anchors. In special cases, an exception to this will be requested.

  – Before interim reclamation is scheduled, the operator will meet with BLM to inspect the disturbed area, review the existing reclamation plan, and agree upon any revisions to it.

  – All parts of the pad unnecessary for long-term operations will be reshaped to blend with natural topography, covered evenly with topsoil and a seedbed prepared.

  – For cut-and-fill slopes, initial reclamation will typically consist of moving fill material back into cuts, back-filling and reshaping to achieve the configuration specified in the reclamation plan. Compacted areas will be well ripped in two passes at perpendicular directions. In fragile or loose soils, compaction techniques such as tread-walking may be necessary to prevent high erosion hazard. Topographic contours will be reshaped to blend with natural topography. These may include berms and swales to manage water drainage, support revegetation, mitigate visual impacts and maximize natural appearances.

- Good seedbed preparation is key to soil stabilization, moisture infiltration, and improving the chances for revegetation success.

  – Following contouring, backfilled or ripped surfaces will be covered evenly with topsoil.

  – Within 24 hours of broadcast seeding, the spread topsoil will be roughened by a method such as pitting, raking or harrowing before seeding, to break up any crust that has formed and ensure good seed-to-soil contact.

  – To control erosion and enhance vegetative establishment on slopes steeper than 3:1, or to create a more natural looking landscape in areas of visual sensitivity, seedbed preparation may include pocking or pitting the soil material to form microbasins scaled to the site and materials. These microbasins will be constructed in irregularly spaced and irregularly aligned rows with an orientation perpendicular to the natural flow of runoff down a slope.

  – Requests to use soil amendments, including fertilizer and soil conditioners, will be submitted to the BLM for approval. Submittal will include basic information on the amendment and the purpose of its use.

- Seed mixes will typically consist of native, early-succession species, or species with the ability to establish quickly in disturbed soil areas. Non-native species considered

BLM_0110577

desirable under special circumstances, such as sterile non-native grasses will be submitted to the BLM for approval before use.

– Seed mix composition will be calculated based on the number of Pure Live Seed per pound rather than percentage by weight. Seeding rate in pounds per acre will be based on the total number of Pure Live Seeds per square foot.

– Weed free seed will be used. It will contain no noxious, prohibited, or restricted weed seeds and no more than 0.5 percent by weight of any other weed seeds. Seed may contain up to 2.0 percent of "other crop" seed by weight, including the seed of other agronomic crops and native plants; however, a lower percentage of other crop seed is recommended. To maintain quality, purity, germination, and yield, only tested, certified seed for the current year, with a minimum germination rate of 80 percent and a minimum purity of 90 percent will be used unless otherwise approved by BLM in advance of purchase. Seed shall be viability-tested in accordance with State law(s) and within nine months before purchase.

– Seed mixes for temporary use may contain one or more sterile hybrid grasses or other non-native cover crop in addition to native perennial species, if pre-approved by BLM.

– For private surfaces, BLM-approved seed mixes will be recommended, but the surface landowner has ultimate authority over the seed mix to be used in reclamation.

– Seed tags or other official documentation of the seed mix will be supplied to the BLM for approval at least 14 days before the date of proposed seeding. Seed that does not meet the above criteria will not be applied to public lands. A Sundry Notice describing the completed work, the weed-free certification, and the seed tag(s) will be submitted BLM within 30 days after seeding.

• Seeding Procedures

– Seeding will be conducted no more than 24 hours following completion of final seedbed preparation (see Seedbed Prep).

– Where practical, seed will be planted by drill-seeding to a depth of 0.25 to 0.5 inch along the contour of the site. Drill seeding will be followed by culti-paction to enhance seed-to-soil contact and prevent losses of both. Where drill-seeding is impracticable, seed may be installed by broadcast-seeding at twice the drill-seeding rate, followed by raking or harrowing to provide 0.25 to 0.5 inch of soil cover. Hydro-seeding and hydro-mulching may be used in temporary seeding or in areas where drill-seeding or broadcast-seeding/ raking are impracticable. Hydro-seeding and hydro-mulching must be conducted in two separate applications to ensure adequate seed-to-soil contact.

– If interim revegetation is unsuccessful, reseedings will be repeated annually until satisfactory vegetative cover has been achieved. Requirements for reseeding of temporary areas will be considered on a case-by-case basis. Seeding will be considered successful when the site is protected from erosion and revegetated with a vigorous, self-sustaining, and diverse cover of native (or otherwise approved) plant species. BLM shall not require reseeding during periods that have proven less than optimal.

BLM_0110578

- Mulch
  - Mulch will be applied within 24 hours following completion of seeding. Where areas have been drill- or broadcast-seeded and raked, certified weed-free straw or certified weed-free native grass hay mulch will be crimped into the soil. Hydro-mulching may be used in areas of interim reclamation where crimping is impractical, in areas of interim reclamation that were hydroseeded, and in areas of temporary seeding regardless of seeding method.
  - Mulch will not be applied in areas where erosion potential necessitates use of a biodegradable erosion-control blanket (straw matting).

- Cut and fill slopes will be protected against erosion by contour grading, microbasins or other measures approved by the BLM. Well anchored BMPs such as biodegradable matting, weed-free bales or wattles may also be used on cut-and-fill slopes and along drainages to protect against soil movement.

- The reclaimed pad will be protected from disturbance by a fence to exclude livestock grazing for the first two growing seasons or until seeded species are firmly established, whichever comes later. Seeded species will be considered firmly established when at least 50 percent of the new plants are producing seed.

- Monitoring. Because weed and reclamation management activities are components of a long-term process, monitoring and reporting are integral to and long-term commitment to land health.
  - All sites considered as "operator reclamation in progress" will be routinely monitored for reclamation success. Reports will be submitted to the BLM by December 1 of each year. Annual reports will include whether accomplishment of objectives appears likely and of not, what corrective actions are proposed.
  - All sites will be routinely monitored for the presence of noxious weeds or other undesirable plant species as set forth in the joint BLM/US Forest Service Noxious and Invasive Weed Management Plan for Oil and Gas Operators. Pesticide Use Proposals will be approved by the BLM before application of herbicides. Annual weed monitoring reports shall be submitted to the BLM by December 1. They will include weed species found (listed by common names), total acres infested with weeds, total acres treated, treatment methods, and total pounds of active ingredient of pesticides applied. All Noxious Weed Inventory and Pesticide Application records for that year will be included with the report.

- Visual Resources
  - Every proposal will include a detailed, site-specific description and plan of how it will meet the VRM Class of the area where it is proposed. As much as possible all proposed features will be located and placed to avoid or minimize visibility from travel corridors, residential areas, and other sensitive observation points.
  - To the extent practical, existing vegetation shall be preserved when clearing and grading for pads, roads, and pipelines. Cleared trees and rocks may be salvaged for redistribution over reshaped cut-and-fill slopes or along linear features.

BLM_0110579

– Above-ground facilities will be painted a non-reflective natural color selected to minimize contrast with adjacent vegetation or rock outcrops. Colors may be specified by the BLM on a project-by-project basis.

– Adaptive management techniques may be applied before or after construction to mitigate straight-line visual contrast effects of pad margins, cut and fill slopes, pipeline alignments or other cleared vegetation. This could include additional tree removal along contrasting edges, to create irregularly shaped openings or more natural-looking mosaic patterns, or treating surfaces to mitigate visual contrasts in color or surface texture.

**References**

BLM (United States Department of the Interior, Bureau of Land Management). 1985. BLM Manual 9113: Roads. Release 9-247. BLM, Washington DC. *[BLM: Insert Date]. [BLM: Insert number of pages]. [BLM: Provide copy to EMPSi for Admin Record]*

_____. 1992. Handbook H-3042-1: Solid Minerals Reclamation. *[BLM: Insert Release No.]*. BLM, Washington, DC. *[BLM: Insert Date]*. 104 pp. *[BLM: Provide copy to EMPSi for Admin Record]*

_____. 2002. Handbook H-3600-1: Mineral Materials Disposal. Release 3-315. BLM, Washington, DC. February 22, 2002. 171 pp.

_____. 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development – The Gold Book. BLM/WO/ST-06/021+3071/REV 07. BLM, Denver, CO. 84 pp.

_____. 2008. Record of Decision, Programmatic Environmental Impact Statement for Geothermal Leasing in the Western United States – Appendix B. BLM Washington Office. December 2008.

## RENEWABLE ENERGY

*[The following text is from the GJFO RMP, please modify as appropriate.]*

- Authorize rights-of-way by applying appropriate BMPs from the BLM Record of Decision for Implementation of a Wind Energy Development Program (BLM 2005), land use restrictions, stipulations, and mitigation measures.

**References**

BLM (United States Department of the Interior, Bureau of Land Management). 2005. Record of Decision for Implementation of a Wind Energy Development Program and Associated Land Use Plan Amendments. BLM, Washington, DC. December 15, 2005.

## TRANSPORTATION AND ACCESS

*[The following text is from the GJFO RMP, please modify as appropriate.]*

### Standard Operating Procedures

- Continue coordination with counties and other agency road entities to promote utilization of best management practices for road maintenance they perform within UFO boundaries.

- Maintain an inventory of existing road and trail systems.

BLM_0110580

- BLM Manual 9113, Roads (BLM 1985a) and BLM Handbook 9113-2, Roads – Inventory and Maintenance (BLM 1985b) will be used to guide all maintenance and road construction designs and requirements. Include definitions for functional road classification and maintenance levels for BLM roads.

- All highway rights-of-way and other road authorizations will contain noxious and invasive weed stipulations that include prevention, inventory, treatment, and revegetation or rehabilitation. Road abandonment will include at least three years of post abandonment monitoring and treatment.

**Best Management Practices**

- In order to ensure public access and safety, the UFO shall continue an active road maintenance program employing the use of redesign, blading, brush removal for sight distance as appropriate, scarification, graveling, water barring, low water crossings, spur ditching, seeding and installation/cleaning of culverts.

- NEPA Requirements – No new NEPA analysis will be required for road maintenance activities within the defined maintenance disturbance/easement footprint, which is defined as previously disturbed or maintained. Disturbance outside of the defined maintenance disturbance/easement footprint or road realignment will be subject to additional NEPA compliance.

**References**

BLM (United States Department of the Interior, Bureau of Land Management). 1985a. BLM Manual 9113: Roads. Release 9-247. BLM, Washington DC. *[BLM: Insert Date]. [BLM: Insert number of pages]. [BLM: Provide copy to EMPSi for Admin Record]*

_____. 1985b. BLM Handbook 9113-2, Roads – Inventory and Maintenance. Release 9-250. BLM, Washington DC. December 19, 1985. 18 pp.

BLM_0110581



# Appendix G
## Draft Wilderness Characteristics Assessment

BLM_0110582

BLM_0110583

# APPENDIX G
# DRAFT WILDERNESS CHARACTERISTICS ASSESSMENT

*Currently unavailable.*

BLM_0110584

This page intentionally left blank.

BLM_0110585

# Appendix H
## Drought Management

BLM_0110586

BLM_0110587

# APPENDIX H
# DROUGHT MANAGEMENT

During periods of drought, the following plan would be implemented to reduce impacts of drought on environmental resources.

1. Use **Table H-1**, Drought Severity Classification, as gross thresholds and triggers.

2. Monitor local conditions using the Climate summary – focusing on temperature.

3. Focus on droughty soils.

4. Collect soil moisture data – as needed to determine appropriate management actions.

Implement the following measures/parameters for restricting activities during drought (refer to **Table H-1**):

*Severe (D2):*
- Send drought letters to grazing permittees and other permitted land users.
- Prepare local seasonal precipitation graphs.
- Suspend or limit seed-collecting activities.

*Extreme (D3):*
- Prohibit new surface-disturbing activities in areas with sensitive soils, subject to valid existing rights or actions associated with other valid permitted activities.
- Base changes in livestock use on site-specific data on those allotments that are affected by drought.
- Temporarily close OHV Open Areas and designated routes as needed during periods of drought and wind events to reduce particulate matter.
- Require additional erosion-control techniques/BMPs for surface-disturbing activities (e.g., hydromulching).

BLM_0110588

- Limit prescribed burns and vegetation treatments (exceptions: pile burning and hand thinning).

- Monitor instream flow water rights for CWCB for out of priority water use or potential injury - "formal call" of water

***Exceptional (D4):***

- Base changes in livestock use on site-specific data on those allotments that are affected by drought.

- Prohibit new surface-disturbing activities, subject to valid existing rights or actions associated with other valid permitted activities.

- Consider closing areas to public entry.

- Monitor instream flow water rights

BLM_0110589

**Table H-1**
**Drought Severity Classification**

| Category[1] | Description | Possible Impacts | Ranges | | | | |
|---|---|---|---|---|---|---|---|
| | | | Palmer Drought Index (mimics soil moisture) | Climate Prediction Center Soil Moisture Model (Percentiles) | USGS Weekly Streamflow (Percentiles) | Standardized Precipitation Index | Objective Short and Long-term Drought Indicator Blends (Percentiles)[2] |
| D0 | Abnormally Dry | Going into drought: short-term dryness slowing planting, growth of crops or pastures. Coming out of drought: some lingering water deficits; pastures or crops not fully recovered | -1.0 to -1.9 | 21-30 | 21-30 | -0.5 to -0.7 | 21-30 |
| D1 | Moderate Drought | Some damage to crops, pastures; streams, reservoirs, or wells low, some water shortages developing or imminent; voluntary water-use restrictions requested | -2.0 to -2.9 | 11-20 | 11-20 | -0.8 to -1.2 | 11-20 |
| D2 | Severe Drought | Crop or pasture losses likely; water shortages common; water restrictions imposed | -3.0 to -3.9 | 6-10 | 6-10 | -1.3 to -1.5 | 6-10 |
| D3 | Extreme Drought | Major crop/pasture losses; widespread water shortages or restrictions | -4.0 to -4.9 | 3-5 | 3-5 | -1.6 to -1.9 | 3-5 |
| D4 | Exceptional Drought | Exceptional and widespread crop/pasture losses; shortages of water in reservoirs, streams, and wells creating water emergencies | -5.0 or less | 0-2 | 0-2 | -2.0 or less | 0-2 |

Source: University of Nebraska Lincoln, National Drought Mitigation Center 2008. A partnership consisting of the US Department of Agriculture (Joint Agricultural Weather Facility and National Water and Climate Center), the National Weather Service's Climate Prediction Center, National Climatic Data

BLM_0110590

Center, and the National Drought Mitigation Center at the University of Nebraska Lincoln produces the Drought Monitor. However, advice from many other sources is incorporated in the product, including virtually every government agency dealing with drought.

[1]Drought intensity categories are based on five key indicators and numerous supplementary indicators. This drought severity classification table shows the ranges for each indicator for each dryness level. Because the ranges of the various indicators often do not coincide, the final drought category tends to be based on what the majority of the indicators show. The analysts producing the map also weight the indices according to how well they perform in various parts of the country and at different times of the year. Also, additional indicators are often needed in the West, where winter snowfall has a strong bearing on water supplies.

D0-D4: The drought monitor summary map identifies general drought areas, labeling droughts by intensity, with D1 being the least intense and D4 being the most intense. D0, drought watch areas, are either drying out and possibly heading for drought, or are recovering from drought but not yet back to normal, suffering long-term impacts such as low reservoir levels.

[2]Short-term drought indicator blends focus on 1- to 3-month precipitation. Long-term blends focus on 6 to 60 months. Additional indices used, mainly during the growing season, include the US Department of Agriculture/National Agricultural Statistics Service Topsoil Moisture, Keetch-Byram Drought Index, and National Oceanic and Atmospheric Administration/National Environmental Satellite, Data, and Information Service satellite Vegetation Health Indices. Indices used primarily during the snow season and in the West include snow water content, river basin precipitation, and the Surface Water Supply Index. Other indicators include groundwater levels, reservoir storage, and pasture/range conditions.

H-4

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

June 2011

BLM_0110591

# Appendix I
## Livestock Grazing Allotments and Allotment Levels

BLM_0110593

# APPENDIX I

1

# LIVESTOCK GRAZING ALLOTMENTS AND ALLOTMENT LEVELS

2

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | | | A | B | C | D | |
| 25 Mesa - North | 14,008 | 339 | 339 | 339 | 339 | Cattle | 5,780 | 493 | 5,780 | 5,310 | 5,780 | 5,780 | I |
| Adobe | 5,027 | 24 | 24 | 24 | 24 | Cattle | 310 | 81 | 310 | 310 | 310 | 310 | C |
| Alder Creek | 17,253 | 10 | 10 | 10 | 10 | Cattle | 120 | 4,500 | 120 | 120 | 120 | 120 | C |
| Alkali Flats | 14,017 | 1,001 | 1,001 | 1,001 | 1,001 | Sheep | 8,890 | 70 | 8,890 | 8,890 | 8,890 | 8,890 | C |
| Allen Reservoir | 5,050 | 39 | 39 | 39 | 39 | Cattle | 210 | 486 | 210 | 210 | 210 | 210 | C |
| Antelope | 14,020 | 24 | 24 | 24 | 24 | Sheep | 830 | 170 | 830 | 830 | 830 | 830 | C |
| Anthracite Creek | 14,525 | 92 | 92 | 92 | 92 | Cattle | 1,000 | 1,816 | 1,000 | 1,000 | 1,000 | 1,000 | M |
| Aspen Ditch | 14,551 | 57 | 57 | 57 | 57 | Sheep | 400 | 0 | 400 | 400 | 400 | 400 | C |
| Bald Hills | 5,510 | 22 | 22 | 22 | 22 | Cattle/Sheep | 270 | 1,296 | 270 | 270 | 270 | 270 | C |
| Baldy | 5,568 | 88 | 88 | 88 | 88 | Cattle | 620 | 0 | 620 | 620 | 620 | 620 | C |
| Barkelew Draw Common | 7,303 | 562 | 562 | 562 | 562 | Cattle | 5,930 | 1,079 | 5,930 | 5,930 | 5,930 | 5,930 | I |
| Beaver Canyon | 17,060 | 50 | 0 | 50 | 0 | Cattle | 800 | 0 | 800 | 0 | 800 | 0 | M |
| Beaver Hill | 5,522 | 576 | 576 | 576 | 576 | Cattle/Sheep | 6,010 | 0 | 6,010 | 6,010 | 6,010 | 6,010 | C |
| Beaver Rim | 7,204 | 12 | 12 | 12 | 12 | Horse | 260 | 150 | 260 | 0 | 260 | 260 | C |
| Ben Lowe | 14,013 | 410 | 410 | 410 | 410 | Cattle | 5,490 | 0 | 5,490 | 5,490 | 5,490 | 5,490 | C |

June 2011

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

I-1

BLM_0110594

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[I] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | | | A | B | C | D | |
| Big Bear Creek | 7,207 | 20 | 8 | 20 | 20 | Cattle | 490 | 313 | 490 | 60 | 490 | 490 | C |
| Big Bucktail | 17,061 | 150 | 150 | 150 | 150 | Cattle | 5,340 | 0 | 5,340 | 5,340 | 5,340 | 5,340 | C |
| Big Gulch | 3,630 | 13 | 0 | 13 | 13 | Cattle/Sheep | 280 | 0 | 280 | 0 | 280 | 280 | C |
| Big Gulch - 40 | 5,036 | 6 | 6 | 6 | 6 | Sheep | 40 | 0 | 40 | 40 | 40 | 40 | C |
| Big Pasture | 5,044 | 15 | 15 | 15 | 15 | Cattle | 200 | 1,821 | 200 | 200 | 200 | 200 | C |
| Black Bullet | 5,045 | 15 | 15 | 15 | 15 | Cattle | 240 | 0 | 240 | 240 | 240 | 240 | C |
| Blue - Cimarron | 3,642 | 4 | 4 | 4 | 4 | Cattle/Sheep | 40 | 1,369 | 40 | 40 | 40 | 40 | C |
| Bolinger Ditch | 7,219 | 8 | 0 | 8 | 8 | Cattle | 120 | 120 | 120 | 0 | 120 | 120 | C |
| Bramier Draw | 7,235 | 337 | 337 | 337 | 337 | Cattle | 2,560 | 1,036 | 2,560 | 2,560 | 2,560 | 2,560 | C |
| Broad Canyon | 17,199 | 80 | 80 | 80 | 80 | Cattle | 1,760 | 1,657 | 1,760 | 1,760 | 1,760 | 1,760 | C |
| Buck | 7,232 | 47 | 47 | 47 | 47 | Cattle/Horse | 130 | 63 | 130 | 130 | 130 | 130 | C |
| Buckeye | 17,033 | 48 | 48 | 48 | 48 | Cattle | 810 | 0 | 810 | 810 | 810 | 810 | C |
| Burn Canyon | 17,022 | 91 | 91 | 91 | 91 | Cattle | 2,200 | 807 | 2,200 | 2,200 | 2,200 | 2,200 | C |
| Burro Creek | 5,556 | 11 | 0 | 11 | 0 | Cattle/Sheep | 110 | 0 | 110 | 0 | 0 | 0 | C |
| Burro Ridge | 5,532 | 15 | 15 | 15 | 15 | Cattle | 200 | 606 | 200 | 200 | 200 | 200 | C |
| Busted Boiler | 3,648 | 4 | 4 | 4 | 4 | Cattle/Sheep | 40 | 0 | 40 | 40 | 40 | 40 | C |
| Camel Back Pasture | 14,010b | 0 | 0 | 0 | 0 | Cattle | 2,680 | 160 | 2,680 | 2,680 | 2,680 | 2,680 | I |
| Canal | 14,012 | 798 | 798 | 798 | 798 | Sheep | 7,870 | 0 | 7,870 | 7,870 | 7,870 | 7,870 | I |
| Carpenter Ridge | 17,100 | 265 | 265 | 265 | 265 | Cattle | 7,060 | 0 | 7,060 | 7,060 | 7,060 | 7,060 | I |
| Cedar | 5,570 | 226 | 226 | 226 | 226 | Cattle | 1,530 | 767 | 1,530 | 1,530 | 1,530 | 1,530 | I |
| Cedar Creek | 5,535 | 6 | 6 | 6 | 6 | Cattle/Sheep | 200 | 960 | 200 | 200 | 200 | 200 | C |
| Cedar Point | 5,012 | 3 | 3 | 3 | 3 | Cattle | 40 | 0 | 40 | 40 | 40 | 40 | C |
| Chaffee | 0,019 | 80 | 0 | 80 | 80 | Cattle/Sheep | 2,190 | 162 | 2,190 | 0 | 2,190 | 2,190 | C |
| Chaffee Gulch | 5,528 | 106 | 106 | 106 | 106 | Cattle/Sheep | 600 | 141 | 600 | 600 | 600 | 600 | C |
| Cimarron 40 | 3,658 | 4 | 4 | 4 | 4 | Cattle/Sheep | 40 | 1,000 | 40 | 40 | 40 | 40 | C |
| Cimarron Stock Drive Way | 3,650 | 45 | 45 | 45 | 45 | Cattle/Sheep | 430 | | 430 | 430 | 430 | 430 | C |
| Coal Canyon | 17,107 | 60 | 60 | 60 | 60 | Cattle | 5,240 | 190 | 5,240 | 5,240 | 5,240 | 5,240 | C |
| Coal Creek | 5,509 | 42 | 42 | 42 | 42 | Cattle/Sheep | 300 | 203 | 300 | 300 | 300 | 300 | C |
| Coal Gulch | 14,517 | 587 | 587 | 587 | 587 | Sheep | 6,700 | 102 | 6,700 | 6,700 | 6,700 | 6,700 | C |
| Coke Ovens | 17,027 | 224 | 224 | 224 | 224 | Cattle | 7,550 | 379 | 7,550 | 7,550 | 7,550 | 7,550 | C |
| Collins | 5,043 | 10 | 10 | 10 | 10 | Cattle | 200 | 766 | 200 | 200 | 200 | 200 | C |
| Cone | 3,635 | 5 | 0 | 5 | 0 | Sheep | 80 | 0 | 80 | 0 | 80 | 0 | C |

BLM_0110595

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[I] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | | | A | B | C | D | |
| Cookie Tree | 5,560 | 70 | 0 | 70 | 0 | Cattle/Sheep | 750 | 0 | 750 | 0 | 750 | 0 | M |
| Coventry | 7,222 | 70 | 70 | 70 | 70 | Cattle | 860 | 0 | 860 | 860 | 860 | 860 | C |
| Cow Creek | 5,566 | 70 | 0 | 70 | 70 | Cattle | 520 | 316 | 520 | 0 | 520 | 520 | C |
| Crawford Reservoir | 5,018 | 24 | 24 | 24 | 24 | Cattle | 390 | 0 | 390 | 390 | 390 | 390 | C |
| Creek Bottom | 3,632 | 5 | 0 | 5 | 0 | Cattle/Sheep | 160 | 0 | 160 | 0 | 160 | 0 | M |
| Cushman | 5,506 | 728 | 728 | 728 | 728 | Sheep | 6,650 | 53 | 6,650 | 6,650 | 6,650 | 6,650 | C |
| Cut Off Allotment | 5,052 | 1 | 1 | 1 | 1 | Cattle | 30 | 129 | 30 | 30 | 30 | 30 | C |
| Dave Wood Road | 5,518 | 144 | 144 | 144 | 144 | Cattle/Sheep | 2,630 | 5 | 2,630 | 2,630 | 2,630 | 2,630 | C |
| Davis Mesa Allot. | 17,037 | 250 | 220 | 250 | 250 | Cattle | 4,040 | 0 | 4,040 | 2,690 | 4,040 | 4,040 | I |
| Dead Horse Common | 5,010 | 10 | 10 | 10 | 10 | Cattle | 110 | 0 | 110 | 110 | 110 | 110 | M |
| Deep Creek | 14,524 | 3 | 3 | 3 | 3 | Cattle | 180 | 643 | 180 | 180 | 180 | 180 | M |
| Deer Basin - Midway | 14,019 | 900 | 900 | 900 | 900 | Sheep | 11,640 | 809 | 11,640 | 11,640 | 11,640 | 11,640 | C |
| Delta Pipeline | 3,277 | 563 | 563 | 563 | 563 | Sheep | 6,020 | 4 | 6,020 | 6,020 | 6,020 | 6,020 | C |
| Dexter Creek | 5,551 | 5 | 0 | 0 | 0 | Cattle/Sheep | 60 | 0 | 60 | 0 | 0 | 0 | I |
| Dirty George | 14,023 | 133 | 133 | 133 | 133 | Cattle | 1,470 | 5 | 1,470 | 1,470 | 1,470 | 1,470 | C |
| Doby Canyon Indiv. | 17,042 | 12 | 12 | 12 | 12 | Cattle | 2,630 | 0 | 2,630 | 2,630 | 2,630 | 2,630 | C |
| Dolores Canyon | 17,004 | 123 | 123 | 123 | 123 | Cattle | 2,900 | 354 | 2,900 | 2,720 | 2,900 | 2,900 | I |
| Doug Creek | 5,028 | 60 | 60 | 60 | 60 | Cattle | 400 | 625 | 400 | 400 | 400 | 400 | C |
| Downing | 5,541 | 27 | 27 | 27 | 27 | Cattle | 120 | 321 | 120 | 120 | 120 | 120 | C |
| Dry Cedar | 5,537 | 360 | 360 | 360 | 360 | Sheep | 4,760 | 22 | 4,760 | 4,180 | 4,760 | 4,180 | M |
| Dry Creek | 14,549 | 133 | 133 | 133 | 133 | Cattle | 1,800 | 0 | 1,800 | 1,800 | 1,800 | 1,800 | C |
| Dry Creek Basin | 5,513 | 385 | 385 | 385 | 385 | Cattle/Sheep | 6,170 | 0 | 6,170 | 6,170 | 6,170 | 6,170 | C |
| Dry Creek Place | 5,525 | 17 | 17 | 17 | 17 | Cattle/Horse/Sheep | 150 | 170 | 150 | 150 | 150 | 150 | C |
| Dry Gulch | 5,540 | 250 | 250 | 250 | 250 | Cattle/Sheep | 5,500 | 500 | 5,500 | 5,500 | 5,500 | 5,500 | I |
| Dry Park | 7,300 | 746 | 746 | 746 | 746 | Cattle | 4,580 | 63 | 4,580 | 4,440 | 4,580 | 4,580 | I |
| Duroy | 3,637 | 10 | 0 | 10 | 0 | Cattle/Sheep | 210 | 0 | 210 | 0 | 210 | 0 | C |
| East Fork Dry Creek | 5,514 | 11 | 11 | 11 | 11 | Cattle/Sheep | 160 | 634 | 160 | 160 | 160 | 160 | C |
| East Gould Reservoir | 5,041 | 20 | 20 | 20 | 20 | Cattle | 600 | 691 | 600 | 600 | 600 | 600 | C |
| East Paradox Common | 17,101 | 1,254 | 1,254 | 1,254 | 1,254 | Cattle | 15,000 | 2,393 | 15,000 | 14,800 | 15,000 | 15,000 | I |
| East Roatcap Ind. | 14,512 | 58 | 58 | 58 | 58 | Cattle | 200 | 0 | 200 | 200 | 200 | 200 | C |
| Far Away Allotment | 17,213 | 30 | 0 | 30 | 30 | Cattle | 370 | 0 | 370 | 0 | 370 | 370 | C |
| Feedlot | 17,078 | 13 | 13 | 13 | 13 | Cattle | 260 | 412 | 260 | 260 | 260 | 260 | C |

BLM_0110596

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | | | A | B | C | D | |
| Fire Mountain Canal | 14,508 | 10 | 10 | 10 | 10 | Cattle | 120 | 0 | 120 | 120 | 120 | 120 | C |
| First Park | 3,645 | 10 | 10 | 10 | 10 | Cattle | 220 | 656 | 220 | 220 | 220 | 220 | C |
| Flatiron | 5,501 | 333 | 333 | 333 | 333 | Cattle | 2,700 | 7 | 2,700 | 2,700 | 2,700 | 2,700 | C |
| Franklin Mesa | 5,512 | 315 | 315 | 315 | 315 | Cattle/Sheep | 2,840 | 0 | 2,840 | 2,840 | 2,840 | 2,840 | C |
| Gravel Pit | 7,063 | 43 | 43 | 43 | 43 | Cattle | 980 | 0 | 980 | 980 | 980 | 980 | C |
| Green | 5,503 | 39 | 39 | 39 | 39 | Cattle | 750 | 298 | 750 | 750 | 750 | 750 | C |
| Hairpin | 5,569 | 18 | 18 | 18 | 18 | Cattle/Sheep | 840 | 0 | 840 | 840 | 840 | 840 | C |
| Hamilton Mesa | 7,209 | 26 | 26 | 26 | 26 | Cattle | 410 | 1,035 | 410 | 410 | 410 | 410 | C |
| High Park | 5,549 | 60 | 60 | 60 | 60 | Cattle/Sheep | 1,460 | 677 | 1,460 | 1,460 | 1,460 | 1,460 | C |
| Highway 90 | 5,521 | 313 | 313 | 313 | 313 | Sheep/Cattle | 6,000 | 202 | 6,000 | 6,000 | 6,000 | 6,000 | C |
| Hillside | 5,562 | 40 | 40 | 40 | 40 | Cattle | 120 | 39 | 120 | 120 | 120 | 120 | C |
| Home Ranch | 7,201 | 79 | 79 | 79 | 79 | Cattle | 1,020 | 5,700 | 1,020 | 1,020 | 1,020 | 1,020 | C |
| Horse Bench | 3,634 | 40 | 0 | 40 | 40 | Cattle | 970 | 0 | 970 | 0 | 970 | 970 | C |
| Horsefly | 5,523 | 12 | 12 | 12 | 12 | Cattle/Sheep | 700 | 651 | 700 | 440 | 700 | 440 | C |
| Horsefly Common | 7,301 | 50 | 50 | 50 | 50 | Cattle | 880 | 0 | 880 | 780 | 880 | 880 | C |
| Houser | 7,076 | 164 | 164 | 164 | 164 | Cattle | 4,380 | 3,520 | 4,380 | 4,380 | 4,380 | 4,380 | I |
| Hubbard Creek | 14,516 | 45 | 45 | 45 | 45 | Sheep | 1,720 | 201 | 1,720 | 1,720 | 1,720 | 1,720 | C |
| Joker | 14,014 | 2 | 2 | 2 | 2 | Cattle | 50 | 0 | 50 | 50 | 50 | 50 | M |
| Jumbo Mountain | 14,527 | 119 | 0 | 119 | 119 | Cattle | 4,940 | 962 | 4,940 | 0 | 4,940 | 4,940 | C |
| Juniper Knob | 14,505 | 18 | 18 | 18 | 18 | Cattle | 590 | 0 | 590 | 590 | 590 | 590 | C |
| Kinnikin | 3,643 | 16 | 16 | 16 | 16 | Cattle/Sheep | 160 | 0 | 160 | 160 | 160 | 160 | C |
| La Sal Creek | 17,011 | 139 | 58 | 139 | 139 | Cattle | 4,900 | 473 | 4,900 | 2,890 | 4,900 | 4,900 | C |
| Lavender | 7,075 | 31 | 31 | 31 | 31 | Cattle | 1,310 | 2,469 | 1,310 | 1,310 | 1,310 | 1,310 | M |
| Lee Bench | 14,011 | 41 | 41 | 41 | 41 | Cattle | 590 | 321 | 590 | 590 | 590 | 590 | C |
| Lee Lands | 17,003 | 70 | 70 | 70 | 70 | Sheep | 860 | 1,256 | 860 | 860 | 860 | 860 | M |
| Leopard Creek | 7,205 | 12 | 0 | 12 | 0 | Sheep | 320 | 404 | 320 | 0 | 320 | 0 | M |
| Leroux | 14,550 | 158 | 158 | 158 | 158 | Cattle | 1,980 | 243 | 1,980 | 1,980 | 1,980 | 1,980 | C |
| Leroux Creek | 14,504 | 32 | 32 | 32 | 32 | Cattle | 600 | 169 | 600 | 600 | 600 | 600 | C |
| Lillylands-West | 17,024 | 224 | 224 | 224 | 224 | Cattle | 2,530 | 830 | 2,530 | 2,530 | 2,530 | 2,530 | C |
| Lion Canyon | 17,012 | 14 | 14 | 14 | 14 | Cattle | 510 | 260 | 510 | 510 | 510 | 510 | M |
| Lion Creek Basin | 17,044 | 350 | 350 | 350 | 350 | Cattle | 5,300 | 12 | 5,300 | 5,300 | 5,300 | 5,300 | C |
| Little Baldy | 7,223 | 175 | 0 | 175 | 175 | Cattle | 1,400 | 1,910 | 1,400 | 0 | 1,400 | 1,400 | C |
| Little Maverick Draw | 7,210 | 30 | 30 | 30 | 30 | Cattle | 290 | 231 | 290 | 290 | 290 | 290 | I |

BLM_0110597

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[1] |
| | | A | B | C | D | | | | A | B | C | D | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Log Hill | 5,529 | 189 | 189 | 189 | 189 | Cattle/Sheep | 3,780 | 616 | 3,780 | 3,780 | 3,780 | 3,780 | C |
| Lower Beaver Canyon | 7,211 | 50 | 0 | 50 | 0 | Cattle | 670 | 0 | 670 | 0 | 670 | 0 | C |
| Lower Hamilton | 7,234 | 81 | 81 | 81 | 81 | Cattle | 720 | 311 | 720 | 720 | 720 | 720 | C |
| Lower Horsefly Combined | 5,520 | 400 | 400 | 400 | 400 | Sheep | 18,150 | 154 | 18,150 | 17,830 | 18,150 | 17,830 | I |
| Lower Pinion | 7,213 | 3 | 3 | 3 | 3 | Cattle | 210 | 581 | 210 | 210 | 210 | 210 | C |
| Lower Roc Creek | 7,216 | 5 | 0 | 5 | 5 | Cattle | 110 | 173 | 110 | 0 | 110 | 110 | I |
| Lower Roubideau Cyn. | 5,000 | 24 | 24 | 24 | 24 | Cattle | 580 | 120 | 580 | 580 | 580 | 580 | C |
| Mailbox Park | 17,001 | 194 | 194 | 194 | 194 | Cattle | 6,860 | 2,852 | 6,860 | 6,800 | 6,860 | 6,860 | M |
| Maverick Draw Allot | 17,018 | 73 | 73 | 73 | 73 | Cattle | 2,020 | 158 | 2,020 | 2,020 | 2,020 | 2,020 | C |
| Mcdonald Creek | 14,532 | 209 | 209 | 209 | 209 | Sheep | 3,820 | 0 | 3,820 | 3,820 | 3,820 | 3,820 | C |
| Mckee Draw | 7,206 | 74 | 74 | 74 | 74 | Cattle | 1,420 | 0 | 1,420 | 860 | 1,420 | 860 | C |
| Mesa Creek Crmp | 17,014 | 4,255 | 4,255 | 4,255 | 4,255 | Cattle | 93,010 | 7,065 | 93,010 | 93,010 | 93,010 | 93,010 | I |
| Middle Hamilton Lease | 7,233 | 75 | 75 | 75 | 75 | Cattle | 1,190 | 584 | 1,190 | 1,190 | 1,190 | 1,190 | C |
| Milk Creek | 14,544 | 13 | 13 | 13 | 13 | Cattle | 100 | 0 | 100 | 100 | 100 | 100 | C |
| Moonshine Park | 5,563 | 7 | 0 | 7 | 7 | Cattle | 240 | 636 | 240 | 0 | 110 | 110 | C |
| Morrow Point | 3,631 | 5 | 0 | 5 | 5 | Cattle/Sheep | 130 | 192 | 130 | 0 | 130 | 130 | C |
| Mud Springs | 7,230 | 593 | 593 | 593 | 593 | Cattle | 3,950 | 242 | 3,950 | 3,950 | 3,950 | 3,950 | C |
| Muddy Creek | 14,519 | 16 | 16 | 16 | 16 | Sheep | 520 | 1,035 | 520 | 520 | 520 | 520 | C |
| Naturita Canyon | 7,203 | 28 | 28 | 28 | 28 | Cattle | 660 | 127 | 660 | 660 | 660 | 660 | C |
| Naturita Ridge | 17,035 | 440 | 440 | 440 | 440 | Cattle | 9,410 | 321 | 9,410 | 9,410 | 9,410 | 9,410 | C |
| Needle Rock ACEC/ONA ISA | allotment number? | 0 | 0 | 0 | 0 | Cattle | 0 | 0 | 0 | 0 | 0 | 0 | C |
| Needle Rock Allotment | 14,542 | 8 | 0 | 8 | 8 | Cattle/Horse | 40 | 82 | 40 | 0 | 40 | 40 | C |
| North Saddle Peak | 14,540 | 20 | 0 | 20 | 0 | Cattle | 210 | 451 | 210 | 0 | 210 | 0 | C |
| North Wickson Draw | 17,023 | 30 | 30 | 30 | 30 | Cattle | 1,150 | 5,055 | 1,150 | 1,150 | 1,150 | 1,150 | C |
| Norwood Hill Allot. | 7,218 | 9 | 0 | 9 | 9 | Cattle | 190 | 160 | 190 | 0 | 190 | 190 | C |
| Nyswanger | 17,082 | 1 | 0 | 50 | 0 | Cattle | 3,490 | 62 | 3,490 | 0 | 3,490 | 0 | C |
| Oak Hill | 7,225 | 5 | 5 | 5 | 5 | Cattle | 40 | 650 | 40 | 40 | 40 | 40 | C |
| Oak Hill 40 | 3,644 | 4 | 4 | 4 | 4 | Cattle/Sheep | 40 | 0 | 40 | 40 | 40 | 40 | C |
| Oak Mesa | 14,506 | 51 | 51 | 51 | 51 | Cattle | 850 | 575 | 850 | 850 | 850 | 850 | C |
| Oak Ridge Common | 14,528 | 417 | 417 | 417 | 417 | Cattle | 3,650 | 89 | 3,650 | 3,650 | 3,650 | 3,650 | C |
| Olathe Res. East | 3,649 | 20 | 0 | 20 | 20 | Cattle/Sheep | 200 | 0 | 200 | 0 | 200 | 200 | C |

BLM_0110598

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[I] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | | | A | B | C | D | |
| Onion Lakes | 5,533 | 30 | 0 | 30 | 30 | Cattle/Sheep | 470 | 0 | 470 | 0 | 470 | 470 | C |
| Out-Lying Areas | | 1,242 | 0 | 0 | 0 | Cattle/Sheep | 45,120 | 0 | 45,120 | 0 | 0 | 0 | C |
| Overland | 14,511 | 30 | 30 | 30 | 30 | Cattle | 160 | 358 | 160 | 160 | 160 | 160 | C |
| Park Allotment | 17,030 | 68 | 68 | 68 | 68 | Cattle | 1,040 | 1,805 | 1,040 | 1,040 | 1,040 | 1,040 | C |
| Parkway | 17,062 | 35 | 35 | 35 | 35 | Cattle | 1,130 | 0 | 1,130 | 1,130 | 1,130 | 1,130 | C |
| Petrie Mesa | 14,022 | 104 | 104 | 104 | 104 | Sheep | 2,840 | 360 | 2,840 | 2,840 | 2,840 | 2,840 | C |
| Pine Ridge | 5,040 | 14 | 14 | 14 | 14 | Cattle | 80 | 0 | 80 | 80 | 80 | 80 | C |
| Piney Allotment | 5,516 | 373 | 373 | 373 | 373 | Cattle | 3,740 | 973 | 3,740 | 3,740 | 3,740 | 3,740 | I |
| Pinion | 3,641 | 55 | 0 | 55 | 0 | Cattle | 950 | 0 | 950 | 0 | 950 | 0 | I |
| Pinyon Springs | 5,033 | 1 | 1 | 1 | 1 | Cattle | 10 | 0 | 10 | 10 | 10 | 10 | C |
| Pipeline | 5,507 | 600 | 600 | 600 | 600 | Cattle/Sheep | 10,190 | 22 | 10,190 | 10,190 | 10,190 | 10,190 | C |
| Pocket Ind | 17,085 | 5 | 5 | 5 | 5 | Cattle | 1,320 | 0 | 1,320 | 1,320 | 1,320 | 1,320 | C |
| Point Creek | 14,021 | 101 | 101 | 101 | 101 | Sheep | 1,610 | 4,364 | 1,610 | 1,610 | 1,610 | 1,610 | C |
| Popp Ranch | 14,531 | 11 | 11 | 11 | 11 | Cattle | 200 | 2,036 | 200 | 200 | 200 | 200 | C |
| Radio Tower | 2,660 | 14 | 14 | 14 | 14 | Cattle | 420 | 630 | 420 | 420 | 420 | 420 | C |
| Ragsdale | 3,708 | 10 | 10 | 10 | 10 | Cattle | 170 | 0 | 170 | 0 | 170 | 170 | C |
| Rawhide - Coffee Pot | 5,034 | 33 | 33 | 33 | 33 | Sheep | 1,250 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | C |
| Rawlings Individual | 17,021 | 18 | 0 | 18 | 18 | Cattle | 380 | 22 | 380 | 0 | 380 | 380 | C |
| Ray (Wray) Mesa | 3,298 | 802 | 802 | 802 | 802 | Cattle | 23,080 | 32 | 23,080 | 23,080 | 23,080 | 23,080 | M |
| Redvale | 7,227 | 20 | 20 | 20 | 20 | Cattle | 380 | 0 | 380 | 380 | 380 | 380 | C |
| Reynolds/ Mcdonald | 14,530 | 274 | 274 | 274 | 274 | Cattle | 4,610 | 26 | 4,610 | 4,610 | 4,610 | 4,610 | C |
| Ridgway Res. Mitigation Area | allotment number? | 0 | 0 | 0 | 0 | Cattle | 880 | 0 | 880 | 0 | 0 | 0 | C |
| Rim Rock Allotment | 5,051 | 1 | 0 | 1 | 1 | Cattle | 80 | 1,037 | 80 | 0 | 80 | 80 | C |
| River | 17,079 | 22 | 22 | 22 | 22 | Cattle | 1,400 | 1,422 | 1,400 | 1,400 | 1,400 | 1,400 | C |
| River Allotment | 7,200 | 117 | 117 | 117 | 117 | Cattle | 2,710 | 408 | 2,710 | 200 | 2,710 | 2,710 | C |
| Roatcap | 5,504 | 264 | 264 | 264 | 264 | Cattle | 2,810 | 181 | 2,810 | 2,810 | 2,810 | 2,810 | C |
| Roatcap - Jay Creek | 14,507 | 955 | 955 | 955 | 955 | Cattle | 9,430 | 3,190 | 9,430 | 9,430 | 9,430 | 9,430 | I |
| Roc Creek Allotment | 17,020 | 28 | 0 | 28 | 28 | Cattle | 1,310 | 472 | 1,310 | 0 | 1,310 | 1,310 | I |
| Rock Ditch | 5,538 | 9 | 9 | 9 | 9 | Cattle/Sheep Goats | 60 | 75 | 60 | 60 | 60 | 60 | C |
| Round Top | allotment number? | 4 | 0 | 4 | 0 | Cattle/Sheep | 40 | 0 | 40 | 0 | 44 | 0 | M |

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

BLM_0110599

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | | | A | B | C | D | |
| Rowher Canyon | 17,080 | 30 | 30 | 30 | 30 | Cattle | 670 | 197 | 670 | 670 | 670 | 670 | C |
| San Miguel Rim | 3,639 | 46 | 0 | 46 | 0 | Cattle | 930 | 0 | 930 | 0 | 930 | 0 | M |
| San Miguel River | 3,640 | 63 | 0 | 63 | 0 | Cattle | 1,260 | 0 | 1,260 | 0 | 1,260 | 0 | I |
| Sandy Wash | 5,502 | 707 | 707 | 707 | 707 | Sheep | 7,260 | 161 | 7,260 | 7,260 | 7,260 | 7,260 | I |
| Saw Pit | 3,636 | 12 | 0 | 12 | 0 | Sheep | 240 | 0 | 240 | 0 | 240 | 0 | C |
| Sawmill Mesa | 14,007 | 37 | 37 | 37 | 37 | Cattle | 690 | 3,955 | 690 | 690 | 690 | 690 | I |
| Sawtooth | 17,032 | 488 | 488 | 488 | 488 | Cattle | 24,010 | 1,140 | 24,010 | 24,010 | 24,010 | 24,010 | I |
| Second Park | 17,105 | 40 | 40 | 40 | 40 | Cattle | 770 | 4,291 | 770 | 770 | 770 | 770 | C |
| Section 35 | 14,547 | 22 | 22 | 22 | 22 | Cattle | 70 | 51 | 70 | 70 | 70 | 70 | M |
| Sewemup | 3,646 | 75 | 0 | 75 | 0 | Cattle | 1,500 | 0 | 1,500 | 0 | 1,500 | 0 | C |
| Shamrock | 5,024 | 51 | 51 | 51 | 51 | Sheep | 590 | 0 | 590 | 590 | 590 | 590 | C |
| Shavano Mesa | 5,511 | 200 | 200 | 200 | 200 | Cattle/Sheep | 2,090 | 0 | 2,090 | 2,090 | 2,090 | 2,090 | C |
| Shinn Park/ South Canal | 5,534 | 288 | 288 | 288 | 288 | Sheep | 5,840 | 25 | 5,840 | 5,190 | 5,840 | 5,190 | I |
| Slagle Pass | 5,547 | 30 | 30 | 30 | 30 | Cattle | 290 | 329 | 290 | 290 | 290 | 290 | M |
| Slaughter Grade | 3,651 | 5 | 0 | 5 | 0 | Cattle/Sheep | 40 | 0 | 40 | 0 | 40 | 0 | C |
| Smith Fork Ind. | 5,049 | 6 | 3 | 6 | 6 | Cattle | 470 | 207 | 470 | 80 | 470 | 470 | C |
| Smith Fork Rim | 3,526 | 16 | 0 | 16 | 16 | Cattle/Sheep | 160 | 0 | 160 | 0 | 160 | 160 | C |
| South Branch | 14,004 | 101 | 101 | 101 | 101 | Cattle | 830 | 224 | 830 | 830 | 830 | 830 | M |
| South Dry Creek | 14,548 | 50 | 50 | 50 | 50 | Cattle | 1,200 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | C |
| South Of Town | 14,534 | 369 | 369 | 369 | 369 | Sheep | 3,840 | 4,356 | 3,840 | 3,840 | 3,840 | 3,840 | C |
| South Piney | 5,515 | 184 | 184 | 184 | 184 | Cattle/Sheep | 4,620 | 0 | 4,620 | 4,620 | 4,620 | 4,620 | C |
| Spring Creek | 5,517 | 59 | 59 | 59 | 59 | Cattle/Sheep | 450 | 62 | 450 | 450 | 450 | 450 | C |
| Spring Crk. & Hwy 90 | 3,638 | 35 | 0 | 35 | 35 | Cattle/Sheep | 550 | 160 | 550 | 0 | 550 | 550 | M |
| Spring Crk. Canyon | 3,659 | 0 | 0 | 0 | 0 | Cattle/Sheep | 2,290 | 0 | 2,290 | 2,290 | 2,290 | 2,290 | C |
| Spring Gulch | 5,029 | 111 | 111 | 111 | 111 | Cattle | 1,160 | 1,273 | 1,160 | 1,160 | 1,160 | 1,160 | C |
| Stevens Gulch Common | 14,513 | 73 | 73 | 73 | 73 | Cattle | 4,760 | 1,352 | 4,760 | 4,760 | 4,760 | 4,760 | C |
| Stingley Gulch | 14,503 | 98 | 0 | 98 | 0 | Cattle | 1,130 | 0 | 1,130 | 0 | 1,130 | 0 | C |
| Stock Driveway | 14,521 | 32 | 32 | 32 | 32 | Cattle | 160 | 221 | 160 | 160 | 160 | 160 | C |
| Sundown | 3,633 | 70 | 0 | 70 | 70 | Cattle | 1,350 | 0 | 1,350 | 0 | 1,350 | 1,350 | C |
| Sunrise Gulch | 17,102 | 63 | 63 | 63 | 63 | Cattle | 1,540 | 1,304 | 1,540 | 1,540 | 1,540 | 1,540 | C |
| Sunshine Mesa | 14,541 | 5 | 0 | 5 | 0 | Cattle | 40 | 177 | 40 | 0 | 40 | 0 | C |

BLM_0110600

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[1] |
| | | A | B | C | D | | | | A | B | C | D | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Swain Bench | 17,081 | 23 | 23 | 23 | 23 | Cattle | 3,080 | 57 | 3,080 | 3,080 | 3,080 | 3,080 | C |
| Tabeguache Creek | 17,031 | 660 | 660 | 660 | 660 | Cattle | 18,320 | 1,002 | 18,320 | 17,710 | 18,320 | 18,320 | C |
| Tappan Creek | 5,575 | 18 | 0 | 0 | 0 | Sheep/Cattle | 410 | 0 | 410 | 0 | 0 | 0 | C |
| Taylor Draw | 5,555 | 18 | 18 | 18 | 18 | Cattle | 640 | 479 | 640 | 640 | 640 | 640 | M |
| Third Park Common | 17,103 | 391 | 391 | 391 | 391 | Cattle | 3,860 | 14 | 3,860 | 3,860 | 3,860 | 3,860 | M |
| Tinkler Individual | 5,530 | 20 | 20 | 20 | 20 | Cattle | 2,160 | 456 | 2,160 | 2,160 | 2,160 | 2,160 | C |
| Transfer Road | 5,505 | 214 | 214 | 214 | 214 | Cattle | 2,740 | 126 | 2,740 | 2,740 | 2,740 | 2,740 | C |
| Tuttle Draw | 17,106 | 39 | 39 | 39 | 39 | Cattle | 1,330 | 57 | 1,330 | 1,330 | 1,330 | 1,330 | C |
| Twenty-Five Mesa - So. | 7,008 | 329 | 329 | 329 | 329 | Cattle | 5,750 | 470 | 5,750 | 5,750 | 5,750 | 5,750 | I |
| Uncompahgre Bench | 7,007 | 329 | 329 | 329 | 329 | Cattle | 5,210 | 160 | 5,210 | 5,210 | 5,210 | 5,210 | C |
| Uncompahgre Common | 7,302 | 58 | 0 | 58 | 58 | Cattle | 260 | 3,200 | 260 | 0 | 260 | 260 | C |
| Upper Mailbox Allot. | 7,208 | 176 | 176 | 176 | 176 | Cattle | 720 | 41 | 720 | 0 | 720 | 720 | C |
| Upper Maverick Draw | 7,202 | 6 | 6 | 6 | 6 | Cattle | 490 | 1,433 | 490 | 490 | 490 | 490 | C |
| Upper Terror Creek | 14,514 | 59 | 59 | 59 | 59 | Cattle | 550 | 223 | 550 | 550 | 550 | 550 | C |
| Wakefield | 3,628 | 5 | 0 | 5 | 5 | Cattle | 20 | 5 | 20 | 0 | 20 | 20 | C |
| Ward Creek Doughspoon | 14,025 | 445 | 416 | 445 | 416 | Cattle | 17,180 | 4,228 | 17,180 | 10,660 | 17,180 | 14,930 | I |
| Washboard Rock | 5,548 | 34 | 34 | 34 | 34 | Cattle/Sheep | 1,010 | 4,104 | 1,010 | 1,010 | 1,010 | 1,010 | C |
| Waterdog Basin | 5,546 | 35 | 35 | 35 | 35 | Cattle | 390 | 392 | 390 | 390 | 390 | 390 | C |
| Weimer Hill Place | 3,660 | 8 | 8 | 8 | 8 | Cattle | 80 | | 80 | 80 | 80 | 80 | C |
| Wells Gulch | 14,016 | 1,460 | 1,460 | 1,460 | 1,460 | Sheep | 10,410 | 140 | 10,410 | 10,410 | 10,410 | 10,410 | C |
| West Roatcap | 14,510 | 88 | 88 | 88 | 88 | Cattle | 200 | 0 | 200 | 200 | 200 | 200 | C |
| West Stevens Gulch | 14,515 | 168 | 168 | 168 | 168 | Cattle | 1,670 | 803 | 1,670 | 1,670 | 1,670 | 1,670 | C |
| West Youngs Peak | 14,536 | 25 | 25 | 25 | 25 | Cattle | 200 | 281 | 200 | 200 | 200 | 200 | C |
| White Ranch | 14,015 | 10 | 10 | 10 | 10 | Cattle | 470 | 352 | 470 | 150 | 470 | 470 | I |
| Wickson Draw | 17,010 | 305 | 305 | 305 | 305 | Cattle | 3,510 | 606 | 3,510 | 3,510 | 3,510 | 3,510 | I |
| Wilbanks | 14,502 | 443 | 443 | 443 | 443 | Cattle | 3,070 | 0 | 3,070 | 3,070 | 3,070 | 3,070 | C |
| Williams Creek | 14,523 | 8 | 8 | 8 | 8 | Cattle | 110 | 1,012 | 110 | 110 | 110 | 110 | C |
| Williams Ditch Allot. | 7,220 | 5 | 5 | 5 | 5 | Cattle | 20 | 81 | 20 | 20 | 20 | 20 | C |
| Winter-Monitor Mesa | 14,010 | 774 | 774 | 774 | 774 | Cattle | 15,750 | 186 | 15,750 | 15,440 | 15,750 | 15,750 | I |
| Youngs Peak | 14,537 | 113 | 113 | 113 | 113 | Cattle | 2,130 | 0 | 2,130 | 2,130 | 2,130 | 2,130 | C |

BLM_0110601

| Allotment Name | Allotment Number | Permitted AUMs Alternative | | | | Type of Livestock | BLM Acres | Other Acres | BLM Acres Available Alternative | | | | Management Category[I] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | | | A | B | C | D | |
| **Total** | | 38,315 | 35,448 | 37,099 | 36,424 | | | | 675,770 | 580,970 | 629,064 | 611,620 | |

Light gray shading indicates allotment acres available for livestock grazing varies by alternative.
[I] Maintain (M), Improve (I), or Custodial (C).

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

I-9

BLM_0110602

1                                This page intentionally left blank.

BLM_0110603

# Appendix J
## Special Recreation Permit Evaluation Criteria

BLM_0110604

BLM_0110605

# APPENDIX J
# SPECIAL RECREATION PERMIT EVALUATION
# CRITERIA

All commercial, competitive, and organized group special recreation permit (SRP) proposals will be evaluated on a case by case basis, and their approval or disapproval will be at the discretion of the Authorized Officer. All SRPs are considered undertakings under the National Environmental Policy Act (NEPA). Permit approval is dependent on conformance with all applicable land use planning documents and environmental review in accordance with NEPA. All existing permits will be analyzed for conformance with the Resource Management Plan.

In order to provide good customer service, to reduce unnecessary submissions of applications, and to ensure consistent consideration of permit proposals, all new SRP proposals will be evaluated using the following process.

### Pre- Application Consultation
A pre-application consultation would be utilized to determine if and what kind of SRP is necessary, if the UFO is accepting applications for that activity or area and if enough information is available in the proposal to determine if it meets or can be modified to meet the land use plans.

For areas where there is a high SRP demand and where current conflicts and management issues have been identified and documented, BLM may consider conducting a carrying capacity study before issuing additional SRPs.

As part of the pre application consultation, permit proposals will be classified to determine if the proposal conforms to land use planning documents (see Classifying Permits Proposals below). If a proposal conforms to land use planning documents then the applicant will be required to follow the deadlines outlined in the UFO SRP Policy, which is available for review at the UFO.

### Application Process
The Authorized Officer will evaluate the application using "Permit Application Review Criteria" listed below. The criterion includes specific objectives identified in the land use plan for all areas

BLM_0110606

including Extensive Recreation Management Areas and Special Recreation Management Areas. The issuance or denial of SRPs will be made in accordance with these criteria.

All permit administration will be done in accordance with NEPA, BLM Manual: H-2930-1, Recreation Permit Administration, BLM Colorado State SRP Handbook, all associated BLM SRP Instruction Memorandums and Information Bulletins, and the UFO SRP Policy.

## CLASSIFYING PERMIT PROPOSALS

### Classification Evaluation Factors

***Sensitivity of the Site and Associated Features to Expected Uses and Impacts (soils and vegetation)***
- Low: Site and associated features demonstrate resilience and resistance to anticipated activity
- Moderate: Site and associated features demonstrate some ability to resist/recover from impacts
- High: Site and associated features demonstrate limited ability to resist/recover from impacts

***Associated Features (such as cultural, paleontological, visual, wildlife resources)***
- None: No associated features
- Moderate: Some associated features present, existing protection is adequate
- High: Resource conflict exists at the site

***Potential Environmental Effects***
- Low: Effects of a temporary nature and surface disturbance of less than 1 acre
- Moderate: Effects lasting less than one year, surface disturbance less than 5 acres
- High: Effects lasting more than one year, surface disturbance more than 5 acres

***Size of Area***
- Small: Less than 5 acres
- Medium: 5 to 40 acres
- Large: Greater than 40 acres

***Exclusive Use Area***
- No: Exclusive use of any area will not be required or be less than 4 hours
- Yes: An area of exclusive use will be required for more than 4 hours

***Duration of Use***
- Short: One day or less
- Moderate: Two to six days

BLM_0110607

1          • Long: More than six days

2      ***Anticipated Number of Participants/Vehicles***
3          • Low: Less than 25 people/Less than 25 vehicles

4          • Medium: 25 to 100 people/25 to 50 vehicles

5          • High: More than 100 people/More than 50 vehicles

6      ***Competitive Event***
7          • Yes: The event or activity is competitive in nature

8          • No: The event or activity is non-competitive

9      ***Mechanical Equipment Required***
10         • Yes: Vehicles or other mechanized equipment required in support of activity

11         • No: No vehicles or other mechanized equipment required.

12     ***BLM Monitoring and Inspection Requirements***
13         • None: No significant pre or post permit oversight activities required

14         • Low: Pre or post permit activities require less than 8 hours BLM oversight

15         • High: Pre or post permit activities require greater than 8 hours BLM oversight

16

### SRP Evaluation Factors

| Evaluation Factors | Permit Class | | | |
|---|---|---|---|---|
| | I | II | III* | IV* |
| Soils and Veg. | Low | Low/Moderate | Moderate | High |
| Assoc. Features | None | None/Moderate | Moderate | High |
| Env. Effects | Low | Low/Moderate | Moderate | High |
| Size | Small | Medium | Medium | Large |
| Exclusive Use | No | No | No | Yes |
| Duration | Short | Short/Moderate | Moderate | Long |
| Participants | Low | Low/Medium | Medium | High |
| Competitive | No | No | Yes | Yes |
| Mech. Equip. | No | Yes or No | Yes | Yes |
| Monitoring and Inspection | None | None/Low | Low | High |
| Examples | Group Camping, Guided Hunting, Guided Horseback Rides | Commercial River Rafting and Fishing, Motorized Tours on Designated Routes | Non-competitive motorized events, Non-motorized competitive events | Festivals, Motorized competitive events |

*Class III and IV events are more likely to require cost recovery due to the probability of these events needing more than 50 hours of BLM staff time for permit administration.

17

BLM_0110608

**Permit Application Review Criteria**

Permits proposals described in business and operating plans will be evaluated using the following criteria. These criteria offer an objective framework for SRP application evaluation. Any or all of the criteria will be evaluated to authorize or deny a permit (subject to potential modifications) by the Authorized Officer.

1. <u>Compliance History</u>. Applicant must be in compliance, and have a history of compliance, with local, state and federal regulations. Applicant or authorized representatives have not been convicted of a federal, state or local violation in connection with the proposed operations or activities within the last three years.

2. <u>Safety and Safety History</u>. Applicant has demonstrated a history of providing an acceptable level of safety for clients and affected publics.

3. <u>Consistency with Land Use Planning Documents</u>. Proposals will be evaluated for consistency with current planning documents, including but not limited to the UFO Resource Management Plan (Revised). All proposals in a Wilderness Study Area must be consistent with the BLM's interim management policy.

4. <u>Conflicts</u>. Permits will not be issued in areas where conflicts currently exist. Valid conflicts include:

   - Limited public land ownership and/or related access

   - Camps; location, number and distance between camps

   - Types of activities permitted

   - Overcrowding and/or use levels during specific time periods, supporting infrastructure at capacity

   - Enforcement/compliance problems exist

   - Improper conduct by permittee or employees

   - Unacceptable resource impacts

5. <u>Diversity of Services</u>. Applicants must demonstrate that their proposal enhances the diversity of recreational opportunities available for visitors and the services are needed by the public.

6. <u>Low Percentage of BLM Public Lands</u>. Applications may be refused where public lands comprise a low percentage of the total area and recreational management goals are being met.

7. <u>Adjoining Lands and Joints Permits</u>. Preference will not be given to applicants who own or lease private land adjacent to BLM public lands. Preference will not be given to permittees that have a joint permit issued by another land management agency office.

These criteria are a means to analyze applications and offset potential problems. Many complex issues are best addressed through an ongoing effort between the permittees and the BLM.

BLM_0110609

1   If the proposal meets the application review criteria, the appropriate NEPA document would be
2   completed. Permits may be denied as a result of issues identified during the NEPA process. Any
3   stipulations identified during the NEPA process will be included on approved permits.

4   **WHEN IS A SPECIAL RECREATION PERMIT REQUIRED FOR ORGANIZED GROUPS IN THE**
5   **UNCOMPAHGRE FIELD OFFICE**

6   There are no Bureau-wide or Statewide thresholds, based on group size, dictating whether or
7   not an organized group permit is required. Such thresholds or other criteria for organized group
8   permits are established through land use planning.

9   In the UFO, organized groups, above the following group size criteria, gathering at a single
10  location for more than two hours, are required to contact the BLM prior to their event to
11  determine if an SRP would be required.

12  ***Group Size Criteria***

13  - <u>In WSAs</u>: 12 people or less

14  - <u>All other areas</u>: Greater than 24 people, unless and until an individual Special
15    Recreation Management Area plan prescribes a different group size.

16  After reviewing the activity and location with the organizers, we will determine whether or not
17  a permit is required. If a permit is not required, we may document this determination in the
18  form of a *Letter of Agreement*. The factors we will use to determine if a permit is required are
19  shown on the following matrix.

### Matrix for Determining Need for an Organized Group SRP

| Criteria | Permit Not Required | Permit Required | Deny as Proposed |
|---|---|---|---|
| Is the activity recreational in nature? | If the use is not recreational, may require "lands" permit or no permit. | | |
| Is the use appropriate to the site? Is there a management concern for cultural or natural resources, or facilities on public lands? | Yes, site very conducive to the proposed use, provided for in planning. | Site is appropriate for group size and activity, not specifically provided for in plan. | No, site is no appropriate for use as proposed. Does not conform with recreation planning goals or violate recreational setting classifications and/or experience prescriptions. |
| Does the activity further recreation program goals and objectives? | Yes | Yes | No |
| Is monitoring needed? | Nothing beyond one simple site visit. | Monitoring beyond a one-time site visit required. | Long term monitoring of one or more resources required. |
| Health and Safety Concerns? | None | Concerns for event participants or other public land users. | Unmitigated, high risk to human health and safety. Unreasonable risk especially to non-participants. |

BLM_0110610

**Matrix for Determining Need for an Organized Group SRP**

| Criteria | Permit Not Required | Permit Required | Deny as Proposed |
|---|---|---|---|
| Bonding desirable to cover reclamation, damage to government property or resources | No | Bonding desirable or required. | |
| Insurance desirable to protect the US Government from claims by group participants or third parties? | No, liability exposure is negligible. | Insurance is desirable due to possible claims for personal injury or property damage. | |
| Special services required such as Law Enforcement, fire protection, exclusive use of public lands, reserved sites etc. | No | Yes | |

## USING A LETTER OF AGREEMENT FOR ORGANIZED GROUPS WHERE AN SRP IS NOT REQUIRED

The BLM enjoys great discretion in determining when an organized group needs an SRP. When organized group use is taking place in an area that is appropriate and there are no major concerns over the activity, we may consider preparing a *Letter of Agreement* to cover the activity.

### What a Letter of Agreement is:

- Documentation of BLM's determination a permit is not required.

- An opportunity for the organized group to better plan their activity in a manner that does not require permit issuance and oversight.

- Documentation the organized group contacted and worked with the BLM in planning their activity.

- Opportunity to obtain information about the activity and obtain visitor use statistics.

- Opportunity to resolve conflicts with other authorized user of the public land.

- Opportunity for the organized group to better understand the agency concerns for resources and appropriate use of public land.

### What a Letter of Agreement is not:

- An authorization to use public land.

- An enforceable document. If the group fails to adhere to the agreement the agency has no recourse. However, the group would then be a candidate for SRPs in the future since the SRP terms and conditions are binding and enforceable. However law enforcement action may be taken if the group violates law or regulation.

The following two pages are an example of a *Letter of Agreement.* This example may be modified to account for specific management situations. In no case, should the letter of agreement be construed as an authorization to use public lands. If an authorization is required, an SRP or a Recreation Use Permit (developed sites only) is the proper method.

BLM_0110611

*EXAMPLE*

**LETTER OF AGREEMENT**

**FOR ORGANIZED GROUP RECREATION USE**

**between**

**FIELD MANAGER**

**UNCOMPAHGRE FIELD OFFICE**

**BUREAU OF LAND MANAGEMENT**

**and**

**BSA TROOP 100**

Welcome to the public lands! We hope you enjoy your visit.

The Bureau of Land Management is responsible for the balanced management of your public lands and resources. Management is based upon the principles of multiple use and sustained yield, a combination of uses that takes into account the long-term needs of future generations for renewable and non-renewable resources. These resources include recreation, range, timber, minerals, watershed, fish and wildlife, wilderness, and natural, scenic, scientific, and cultural values.

SRP's (Special Recreation Permits) may be required for organized groups using public lands. Criteria used to determine if a permit is necessary include; concern for health and safety, need to properly manage lands and resources, and need to coordinate with other public land users. Based on our evaluation of your planned activity, such a permit does not appear to be necessary:

**Type of Activity:** Boy Scouts of America District Camporee. Camping, day loop hikes.

**Place:** Hidden Valley

**Date and Time:** August 23 – 24, 2008

**Number of People:** 200

**Activity Contact Person:** John Doe          Phone: (999) 555-5555

**BLM Contact Person:** Ira Planner       Phone: (999) 555-5555

Certain actions are necessary to have a safe and successful outing with a minimum impact to the environment:

1.  All sites are filled on a "first come, first served" basis. Plan ahead to assure that your group can secure a spot without interfering with other visitors.

2.  Avoid building new fire rings; **USE A FIRE PAN** to eliminate scars on the soil. **NO GATHERING OF WOOD** for campfires is allowed. Burn wood to ashes and douse with water, making sure that your fire is **DEAD OUT** and that the area is restored to a natural condition before leaving. If you are a vehicle based camp, haul out all charcoal and ash from your fire pan.

3.  Proper disposal of human waste is critical. At your activity this will be accomplished by: **PROVIDING TEMPORARY TOILET FACILITIES OR USING TOILETS AT THE CAMPGROUND.** One toilet for every 25 persons attending will be required at all sites serviced by vehicle.

BLM_0110612

4.  Help us clean up public lands by **REMOVE ALL TRASH**. Picking up trash left by less thoughtful people helps maintain the scenic beauty of your public lands

5.  If any directional signs are erected as part of this activity, they will be removed at the completion of the activity.

6.  Natural hazards and phenomenon could be encountered that present risks to the participants. Participants must be advised of hazards which might be encountered and risks associated with the activity.

7.  Nothing in this agreement shall be construed to imply permission to build any structure or conduct any activity not specifically named.

8.  Disorderly or otherwise objectionable conduct such as harassment of wildlife, livestock, or other lawful users of public land will not be tolerated and could be the basis for denial of similar agreements in the future.

9.  Precautions must be made to protect natural resource values, cultural or historic objects, aesthetic values, and any facilities on public lands.

10. If there is any question concerning regulations on public lands, please contact our office immediately.

11. This agreement is not an authorization to use public lands. Failure to abide by all activity parameters in this agreement may result in permits being required for future activities.

_____          _____
Activity Organizer Signature                           Date

_____          _____
Field Manager                                                  Date

BLM_0110613

# Appendix K

Description of
Special Recreation Management Areas

BLM_0110614

BLM_0110615

# APPENDIX K
# DESCRIPTION OF
# SPECIAL RECREATION MANAGEMENT AREAS

This appendix describes the management of Special Recreation Management Areas (SRMAs) that would be managed under the various alternatives as described in Chapter 2, Alternatives. A comparative table showing recreation characteristics for the different settings is included at the end of this appendix.

BLM_0110616

This page intentionally left blank.

BLM_0110617

**BURN CANYON SPECIAL RECREATION MANAGEMENT AREA**

Manage the Burn Canyon SRMA to provide an outstanding, sustainable community based trail system that will provide quality recreational opportunities for the Town of Norwood and surrounding communities. Manage the SRMA for community recreation-tourism.

**Burn Canyon Special Recreation Management Area**
**RMZ 1**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Objectives:** *Insert objective statement (e.g.: In visitor assessments, xx percent of respondents who participated in targeted activities (listed below) report the ability to realize the targeted experiences and benefits (listed below)).* | | | | | |
| *Niche* | | | Canyon viewing. | | |
| *Activities* | | | Hiking and horseback riding. | | |
| *Experiences* | | | Provide for non-motorized/ non-mechanized trail opportunities where appropriate in a back country setting. | | |
| *Benefits* | | | Enjoying nature and solitude. | | |
| **Recreation Setting Characteristics** | | | *Back Country* | | |
| Physical | *Remoteness* | | Within 0.5-mile of mechanized routes. | | |
| | *Naturalness* | | Natural landscape with any modifications in harmony with surroundings and not visually obvious or evident (e.g., stock ponds, trails). | | |
| | *Facilities* | | Developed trails made mostly of native materials such as log bridges. Structures are rare and isolated. | | |
| Social | *Contacts* | | 3-6 encounters/day off travel routes (e.g., campsites) and 7-15 encounters/day on travel routes. | | |
| | *Group Size* | | 4-6 people per group | | |
| | *Evidence of Use* | | Areas of alternation uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | | |
| Operational | *Access* | | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | | |
| | *Visitor Services* | | Basic maps, staff infrequently present (e.g., seasonally, high use periods) to provide on-site assistance. | | |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

K-3

BLM_0110618

**Burn Canyon Special Recreation Management Area**
**RMZ 1**

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Management Controls | | Basic user regulations at key access points. Minimum use restrictions. | | |
| **Management Actions and Allowable Use Decisions** | | | | |
| VRM Class | | VRM Class II | | |
| Rights-of-Way | | ROW avoidance | | |
| Coal | | Closed to leasing | | |
| Fluid Minerals | | NSO-47: SRMAs | | |
| Locatable Minerals | | Petition the Secretary of the Interior for withdrawal from locatable mineral entry | | |
| Mineral Materials | | Closed to mineral material sales | | |
| Nonenergy Solid Leasable Minerals | | Closed to leasing | | |
| Facility Development | | Allow as needed to meet SRMA objectives. | | |
| Camping Restrictions | | Only in designated sites and/or areas. Campfires allowed only with fire grates, stoves, grills, or fire pans. | | |
| SRPs | | Prohibit competitive events. | | |
| Group Size | | Standard (refer to Recreation section of Chapter 2, Alternatives) | | |
| Travel Management | | Closed to motorized travel; non-motorized/non-mechanized travel limited to designated routes | | |
| Forestry | | Not available for private and/or commercial use of woodland products (including on-site collection of dead and downed wood for campfires) unless monitoring indicates the need for a change. | | |
| Target Shooting | | Prohibit | | |
| Surface-disturbing restrictions | | N/A | | |

BLM_0110619

**Burn Canyon Special Recreation Management Area**
**RMZ 2**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Objectives:** *Insert objective statement (e.g.: In visitor assessments, **xx** percent of respondents who participated in targeted activities (listed below) report the ability to realize the targeted experiences and benefits (listed below)).* | | | | | |
| **Niche** | | | Community trail system. | | |
| **Activities** | | | OHV use and mountain biking. | | |
| **Experiences** | | | Provide for motorized and non-motorized quality recreational trail opportunities in a middle country setting. | | |
| **Benefits** | | | Enjoying nature, improve local economic stability, and enjoyment of public lands close to home. | | |
| **Recreation Setting Characteristics** | | | *Middle Country* | | |
| Physical | Remoteness | | Within 0.5-mile of four-wheel drive vehicle, ATV, and motorcycle routes. | | |
| | Naturalness | | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, primitive roads). | | |
| | Facilities | | Maintained and marked trails, simple trailhead developments, and basic toilets. | | |
| Social | Contacts | | 7-14 encounters/day off travel routes (e.g., staging areas) and 15-29 encounters/day on travel routes. | | |
| | Group Size | | 7-12 people per group. | | |
| | Evidence of Use | | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | | |
| Operational | Access | | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | | |
| | Visitor Services | | Area brochures and maps, staff occasionally (e.g., most weekends) present to provide on-site assistance. | | |

BLM_0110620

**Burn Canyon Special Recreation Management Area**
**RMZ 2**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | Management Controls | | Some regulatory and ethics signing. Moderate use restrictions (e.g., camping, human waste). | | |
| **Management Actions and Allowable Use Decisions** | | | | | |
| VRM Class | | | VRM Class III | | |
| Rights-of-Way | | | ROW avoidance | | |
| Coal | | | Closed to leasing | | |
| Fluid Minerals | | | NSO-47: SRMAs | | |
| Locatable Minerals | | | Petition the Secretary of the Interior for withdrawal from locatable mineral entry | | |
| Mineral Materials | | | Closed to mineral material sales | | |
| Nonenergy Solid Leasable Minerals | | | Closed to leasing | | |
| Facility Development | | | Allow as needed to meet SRMA objectives. | | |
| Camping Restrictions | | | Only in designated sites and/or areas. Campfires allowed only with fire grates, stoves, grills, or fire pans | | |
| SRPs | | | Prohibit competitive events | | |
| Group Size | | | Standard (refer to Recreation section of Chapter 2, Alternatives) | | |
| Travel Management | | | All travel limited to designated routes | | |
| Forestry | | | Available for private and/or commercial use of woodland products (including on-site collection of dead and downed wood for campfires) unless monitoring indicates the need for a change. | | |
| Target Shooting | | | Prohibit | | |
| Surface-disturbing restrictions | | | N/A | | |

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

BLM_0110621

**Burn Canyon Special Recreation Management Area**
**RMZ 3**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Objectives: *Insert objective statement (e.g.: In visitor assessments, xx percent of respondents who participated in targeted activities (listed below) report the ability to realize the targeted experiences and benefits (listed below)).* | | | | | |
| Niche | | | Quiet use recreation | | |
| Activities | | | Mountain biking, hunting, hiking, and horseback riding | | |
| Experiences | | | Provide for quiet use non-motorized recreational opportunities with the exception of one existing motorized access route in a middle country setting | | |
| Benefits | | | Enjoying nature, solitude, and reduction in wildlife disturbance | | |
| Recreation Setting Characteristics | | | *Middle Country* | | |
| Physical | Remoteness | | Within 0.5-mile of four-wheel drive vehicle, ATV, and motorcycle routes. | | |
| Physical | Naturalness | | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, primitive roads). | | |
| Physical | Facilities | | Maintained and marked trails, simple trailhead developments, and basic toilets. | | |
| Social | Contacts | | 7-14 encounters/day off travel routes (e.g., staging areas) and 15-29 encounters/day on travel routes. | | |
| Social | Group Size | | 7-12 people per group. | | |
| Social | Evidence of Use | | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | | |
| Operational | Access | | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | | |
| Operational | Visitor Services | | Area brochures and maps, staff occasionally (e.g., most weekends) present to provide on-site assistance. | | |

BLM_0110622

**Burn Canyon Special Recreation Management Area**
**RMZ 3**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | Management Controls | | Some regulatory and ethics signing. Moderate use restrictions (e.g., camping, human waste). | | |
| **Management Actions and Allowable Use Decisions** | | | | | |
| VRM Class | | | VRM Class II | | |
| Rights-of-Way | | | ROW avoidance | | |
| Coal | | | Closed to leasing | | |
| Fluid Minerals | | | NSO-47: SRMAs | | |
| Locatable Minerals | | | Petition the Secretary of the Interior for withdrawal from locatable mineral entry | | |
| Mineral Materials | | | Closed to mineral material sales | | |
| Nonenergy Solid Leasable Minerals | | | Closed to leasing | | |
| Facility Development | | | Allow as needed to meet SRMA objectives | | |
| Camping Restrictions | | | Only in designated sites and/or areas. Campfires allowed only with fire grates, stoves, grills, or fire pans | | |
| SRPs | | | Prohibit competitive events | | |
| Group Size | | | Standard (refer to Recreation section of Chapter 2, Alternatives) | | |
| Travel Management | | | All travel limited to designated routes | | |
| Forestry | | | Available for private and/or commercial use of woodland products (including on-site collection of dead and downed wood for campfires) unless monitoring indicates the need for a change | | |
| Target Shooting | | | Prohibit | | |
| Surface-disturbing restrictions | | | N/A | | |

BLM_0110623

## DOLORES RIVER CANYON SPECIAL RECREATION MANAGEMENT AREA

Continue to manage the existing SRMA for quality recreational river and trail experiences and opportunities while protecting the ACEC riparian and scenic values of the San Miguel River Canyon and its tributaries. The SRMA will be managed for destination recreation-tourism.

**Dolores River Canyon Special Recreation Management Area**
**RMZ 1**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Objectives:** *Insert objective statement (e.g.: In visitor assessments, xx percent of respondents who participated in targeted activities (listed below) report the ability to realize the targeted experiences and benefits (listed below)).* | | | | | |
| Niche | | Manage the UFO portion of the Dolores River Canyon SRMA including 13,334 acres, from Coyote Wash to Bedrock jointly with the Dolores Field Office as a SRMA to provide water-based recreational opportunities. | Canyon River Escape | | Same as Alternative B. |
| Activities | | | Rafting, kayaking, fishing, educational programs, hiking | | Same as Alternative B. |
| Experiences | | | Provide for (non-motorized/ non-mechanized) river running in a primitive setting | | Same as Alternative B. |
| Benefits | | | Enjoyment and greater protection of nature landscape features, enjoying risk taking adventure and getting away from everyday stress and pressure as well as learning outdoor skills and ethics | | Same as Alternative B. |
| **Recreation Setting Characteristics** | | *N/A* | *Primitive* | | *Primitive* |
| Physical | Remoteness | | More than 0.5-mile from either mechanized or motorized routes. | | Same as Alternative B. |
| | Naturalness | | Undisturbed natural landscape. | | Same as Alternative B. |
| | Facilities | | No structures. Foot/horse and water trails only. | | Same as Alternative B. |
| Social | Contacts | | Fewer than 3 encounters/day at camp sites and fewer than 6 encounters/day on travel routes. | | Same as Alternative B. |
| | Group Size | | Fewer than or equal to 3 people per group. | | Same as Alternative B. |
| | Evidence of Use | | No alternation of the natural terrain. Footprints only observed. Sounds of people are rare. | | Same as Alternative B. |
| ati | Access | | Foot, horse, and non-motorized float boat travel. | | Same as Alternative B. |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

K-9

BLM_0110624

**Dolores River Canyon Special Recreation Management Area**
**RMZ I**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | Visitor Services | | No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | | Same as Alternative B. |
| | Management Controls | | No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | | Same as Alternative B. |
| **Management Actions and Allowable Use Decisions** | | | | | |
| VRM Class | | Establish visual Class I low contrast design standards for Dolores River Canyon WSA. (BLM 1985) | VRM Class I | | Same as Alternative B. |
| Rights-of-Way | | No similar action in current RMPs. | ROW exclusion | | Same as Alternative B. |
| Coal | | No similar action in current RMPs. | Closed to leasing | | Same as Alternative B. |
| Fluid Minerals | | NSO-SJ-3 (BLM 1991): Dolores River Canyon SRMA (BLM 1985). Continue no surface occupancy unless management objectives of the SRMA can still be met. | Closed to leasing (NL-8: SRMAs) | | NSO-47: SRMAs |
| Locatable Minerals | | No similar action in current RMPs. | Petition the Secretary of the Interior for withdrawal from locatable mineral entry | | Same as Alternative A. |
| Mineral Materials | | No similar action in current RMPs. | Closed to mineral material sales | | Same as Alternative B. |
| Nonenergy Solid Leasable Minerals | | No similar action in current RMPs. | Closed to leasing | | Same as Alternative B. |
| Facility Development | | No similar action in current RMPs. | Allow as needed to meet SRMA objectives. | | Same as Alternative B. |
| Camping Restrictions | | No similar action in current RMPs. | Camping only allowed in designated campsites. Use of fire pans and portable toilets or EPA-approved carry-out systems mandatory for boaters. | | Dispersed camping allowed unless otherwise posted. Use of fire pans and portable toilets or EPA-approved carry-out systems mandatory for boaters. |
| SRPs | | No similar action in current RMPs. | Prohibit competitive events | | Same as Alternative B. |
| Group Size | | No more than 16 | No more than 12 | | Same as Alternative A. |
| Travel Management | | Close Dolores River SRMA to motorized use. (BLM 1985) | Closed to motorized and mechanized use, including motorized watercraft. | | Same as Alternative B. |
| Forestry | | Close Dolores River SRMA to sale of wood products. (BLM 1985) | Closed to commercial/ private wood cutting. Allow on-site collection of dead and downed wood for campfires (fire pans required) unless monitoring | | Same as Alternative B. |

BLM_0110625

**Dolores River Canyon Special Recreation Management Area**
**RMZ 1**

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| | | indicates the need for a change | | |
| *Target Shooting* | No similar action in current RMPs. | Prohibit | | Same as Alternative A. |
| *Surface-disturbing restrictions* | N/A | N/A | | N/A |

**Dolores River Canyon Special Recreation Management Area**
**RMZ 2**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Objectives:** *Insert objective statement (e.g.: In visitor assessments, xx percent of respondents who participated in targeted activities (listed below) report the ability to realize the targeted experiences and benefits (listed below)).* | | | | | |
| *Niche* | | Manage the UFO portion of the Dolores River Canyon SRMA including 13,334 acres, from Coyote Wash to Bedrock jointly with the Dolores Field Office as a SRMA to provide water-based recreational opportunities.  Provide for primitive (non-motorized) river running activities compatible with wilderness resources in the Dolores River Canyon WSA. (BLM 1985) | Exploring Canyon Country | | Same as Alternative B. |
| *Activities* | | | Hiking, backpacking | | Same as Alternative B. |
| *Experiences* | | | Provide for (non-motorized/ non-mechanized) recreational opportunities in a primitive setting | | Same as Alternative B. |
| *Benefits* | | | Enjoyment and greater protection of nature landscape features, enjoying risk taking adventure and physical activity | | Same as Alternative B. |
| **Recreation Setting Characteristics** | | *N/A* | *Primitive* | | *Primitive* |
| *Physical* | *Remoteness* | | More than 0.5-mile from either mechanized or motorized routes. | | Same as Alternative B. |
| | *Naturalness* | | Undisturbed natural landscape. | | Same as Alternative B. |
| | *Facilities* | | No structures. Foot/horse and water trails only. | | Same as Alternative B. |
| *Social* | *Contacts* | | Fewer than 3 encounters/day at camp sites and fewer than 6 encounters/day on travel routes. | | Same as Alternative B. |
| | *Group Size* | | Fewer than or equal to 3 people per group. | | Same as Alternative B. |

BLM_0110626

**Dolores River Canyon Special Recreation Management Area**
**RMZ 2**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Operational | Evidence of Use | | No alternation of the natural terrain. Footprints only observed. Sounds of people are rare. | | Same as Alternative B. |
| | Access | | Foot, horse, and non-motorized float boat travel. | | Same as Alternative B. |
| | Visitor Services | | No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | | Same as Alternative B. |
| | Management Controls | | No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | | Same as Alternative B. |
| **Management Actions and Allowable Use Decisions** | | | | | |
| VRM Class | | Establish visual Class I low contrast design standards for Dolores River Canyon WSA. (BLM 1985) | VRM Class I | | VRM Class II |
| Rights-of-Way | | No similar action in current RMPs. | ROW exclusion | | Same as Alternative B. |
| Coal | | No similar action in current RMPs. | Closed to leasing | | Same as Alternative B. |
| Fluid Minerals | | NSO-SJ-3 (BLM 1991): Dolores River Canyon SRMA (BLM 1985). Continue no surface occupancy unless management objectives of the SRMA can still be met. | Closed to leasing (NL-8: SRMAs) | | NSO-47: SRMAs |
| Locatable Minerals | | No similar action in current RMPs. | Petition the Secretary of the Interior for withdrawal from locatable mineral entry | | No similar action. |
| Mineral Materials | | No similar action in current RMPs. | Closed to mineral material sales | | Same as Alternative B. |
| Nonenergy Solid Leasable Minerals | | No similar action in current RMPs. | Closed to leasing | | Same as Alternative B. |
| Facility Development | | No similar action in current RMPs. | Allow as needed to meet SRMA objectives. | | Same as Alternative B. |
| Camping Restrictions | | No similar action in current RMPs. | Camping only allowed in designated campsites. Use of fire pans and portable toilets or EPA-approved carry-out systems mandatory for boaters. | | Dispersed camping allowed. Use of fire pans and portable toilets or EPA-approved carry-out systems mandatory for boaters. |
| SRPs | | No similar action in current RMPs. | Prohibit competitive events. | | Same as Alternative B. |
| Group Size | | No more than 16 | No more than 12 | | Same as Alternative A. |
| Travel Management | | Close Dolores River SRMA to motorized | Close to motorized and mechanized | | Same as Alternative B. |

Uncompahgre Resource Management Plan Revision and Environmental Impact Statement
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

BLM_0110627

**Dolores River Canyon Special Recreation Management Area**
**RMZ 2**

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| | use. (BLM 1985) | use. | | |
| Forestry | Close Dolores River SRMA to sale of wood products. (BLM 1985) | Closed to commercial/ private wood cutting. Allow on-site collection of dead and downed wood for campfires (fire pans required) unless monitoring indicates the need for a change | | Same as Alternative B. |
| Target Shooting | No similar action in current RMPs. | Prohibit | | Same as Alternative A. |
| Surface-disturbing restrictions | N/A | N/A | | N/A |

BLM_0110628

## DRY CREEK SPECIAL RECREATION MANAGEMENT AREA

Manage the Dry Creek SRMA to provide quality, sustainable dispersed recreational experiences and opportunities. Manage the SRMA for regional and national destination recreation-tourism.

**Dry Creek Special Recreation Management Area**
**RMZ 1**

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Objectives:** | *Insert objective statement (e.g.: In visitor assessments, xx percent of respondents who participated in targeted activities (listed below) report the ability to realize the targeted experiences and benefits (listed below)).* | | | |
| Niche | | Technical Riding | | Same as Alternative B. |
| Activities | | Motorized and mechanized technical riding such as rock crawlers and trials bikes | | Same as Alternative B. |
| Experiences | | Provide for technical motorized and mechanized trail opportunities in a middle country setting | | Provide for technical motorized and mechanized trail opportunities in a front country setting. |
| Benefits | | Risk taking adventure, improved local economic stability, and enjoying being with others with similar interests | | Same as Alternative B. |
| **Recreation Setting Characteristics** | | *Middle Country* | | *Front Country* |
| Physical | Remoteness | Within 0.5-mile of four-wheel drive vehicle, ATV, and motorcycle routes. | | Within 0.5-mile of low-clearance or passenger vehicle routes (includes unpaved County roads and primitive land routes). |
| | Naturalness | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, primitive roads). | | Character of the natural landscape partially modified but none overpower natural landscape (e.g., roads, structures, utilities). |
| | Facilities | Maintained and marked trails, simple trailhead developments, and basic toilets. | | Rustic facilities such as campsites, restrooms, trailheads, and interpretive displays. |
| Social | Contacts | 7-14 encounters/day off travel routes (e.g., staging areas) and 15-29 encounters/day on travel routes. | | 15-29 encounters/day off travel routes (e.g., campgrounds) and 30 or more encounters/day on travel routes. |
| | Group Size | 7-12 people per group. | | 13-25 people per group. |
| | Evidence of Use | Small areas of alteration. Surface vegetation showing wear with some | | Small areas of alternation prevalent. Surface vegetation gone with |

BLM_0110629

**Dry Creek Special Recreation Management Area**
**RMZ 1**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Operational | | | bare soils. Sounds of people occasionally heard. | | compacted soils observed. Sounds of people regularly heard. |
| | Access | | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. |
| | Visitor Services | | Area brochures and maps, staff occasionally (e.g., most weekends) present to provide on-site assistance. | | Information materials describe recreation areas and activities, staff periodically present (e.g., weekdays & weekends). |
| | Management Controls | | Some regulatory and ethics signing. Moderate use restrictions (e.g., camping, human waste). | | Rules, regulations, and ethics clearly posted. Use restrictions, limitations and/or closures. |
| **Management Actions and Allowable Use Decisions** | | | | | |
| VRM Class | | | VRM Class III | | Same as Alternative B. |
| Rights-of-Way | | | ROW avoidance | | No similar action. |
| Coal | | | Closed to leasing | | Same as Alternative B. |
| Fluid Minerals | | | Closed to leasing (NL-8: SRMAs) | | CSU-50: SRMAs |
| Locatable Minerals | | | Petition the Secretary of the Interior for withdrawal from locatable mineral entry | | No similar action. |
| Mineral Materials | | | Closed to mineral material sales | | Same as Alternative B. |
| Nonenergy Solid Leasable Minerals | | | Closed to leasing | | Same as Alternative B. |
| Facility Development | | | Allow as needed to meet SRMA objectives. | | Same as Alternative B. |
| Camping Restrictions | | | Day use area only. | | Only in designated sites and/or areas. Campfires allowed only with fire grates, stoves, grills, or fire pans. |
| SRPs | | | Prohibit competitive events. | | Allow competitive events at the discretion of the authorized officer. |
| Group Size | | | Standard (refer to Recreation section of Chapter 2, Alternatives) | | Same as Alternative B. |
| Travel Management | | | Motorized and non-motorized area | | Same as Alternative B. |
| Forestry | | | Not available for private and/or commercial use of woodland products. Allow on-site collection of dead and | | Same as Alternative B. |

BLM_0110630

### Dry Creek Special Recreation Management Area
### RMZ 1

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| | | downed wood for campfires unless monitoring indicates the need for a change. | | |
| Target Shooting | | Prohibit | | Same as Alternative B. |
| Surface-disturbing restrictions | | N/A | | N/A |

### Dry Creek Special Recreation Management Area
### RMZ 2

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Objectives:** *Insert objective statement (e.g.: In visitor assessments, xx percent of respondents who participated in targeted activities (listed below) report the ability to realize the targeted experiences and benefits (listed below)).* | | | | |
| Niche | | Close-to-Town Day Use Climbing | | Close-to-Town Climbing |
| Activities | | Rock climbing, overlook viewing, and picnicking | | Same as Alternative B. |
| Experiences | | Provide for quality day use recreational opportunities in a middle country setting | | Provide for quality recreational opportunities in a front country setting. |
| Benefits | | Enjoyment of physical exercise and easy access to natural landscapes | | Same as Alternative B. |
| **Recreation Setting Characteristics** | | *Middle Country* | | *Front Country* |
| Physical | Remoteness | | Within 0.5-mile of four-wheel drive vehicle, ATV, and motorcycle routes. | | Within 0.5-mile of low-clearance or passenger vehicle routes (includes unpaved County roads and primitive land routes). |
| | Naturalness | | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, primitive roads). | | Character of the natural landscape partially modified but none overpower natural landscape (e.g., roads, structures, utilities). |
| | Facilities | | Maintained and marked trails, simple trailhead developments, and basic toilets. | | Rustic facilities such as campsites, restrooms, trailheads, and interpretive displays. |
| | Contacts | | 7-14 encounters/day off travel routes | | 15-29 encounters/day off travel routes |

BLM_0110631

**Dry Creek Special Recreation Management Area**
**RMZ 2**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Operational | | | (e.g., staging areas) and 15-29 encounters/day on travel routes. | | (e.g., campgrounds) and 30 or more encounters/day on travel routes. |
| | Group Size | | 7-12 people per group. | | 13-25 people per group. |
| | Evidence of Use | | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | | Small areas of alternation prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. |
| | Access | | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. |
| | Visitor Services | | Area brochures and maps, staff occasionally (e.g., most weekends) present to provide on-site assistance. | | Information materials describe recreation areas and activities, staff periodically present (e.g., weekdays & weekends). |
| | Management Controls | | Some regulatory and ethics signing. Moderate use restrictions (e.g., camping, human waste). | | Rules, regulations, and ethics clearly posted. Use restrictions, limitations and/or closures. |
| **Management Actions and Allowable Use Decisions** | | | | | |
| VRM Class | | | VRM Class II | | VRM Class III |
| Rights-of-Way | | | ROW avoidance | | No similar action. |
| Coal | | | Closed to leasing | | Same as Alternative B. |
| Fluid Minerals | | | Closed to leasing (NL-8: SRMAs) | | NSO-47: SRMAs |
| Locatable Minerals | | | Petition the Secretary of the Interior for withdrawal from locatable mineral entry | | No similar action. |
| Mineral Materials | | | Closed to mineral material sales | | Same as Alternative B. |
| Nonenergy Solid Leasable Minerals | | | Closed to leasing | | Same as Alternative B. |
| Facility Development | | | Allow as needed to meet SRMA objectives. | | Same as Alternative B. |
| Camping Restrictions | | | Day use area only. | | Only in designated sites and/or areas. Campfires allowed only with fire grates, stoves, grills, or fire pans. |
| SRPs | | | Prohibit competitive events. | | Allow competitive events at the discretion of the authorized officer. |
| Group Size | | | Standard (refer to Recreation section of | | Same as Alternative B. |

BLM_0110632

**Dry Creek Special Recreation Management Area**
**RMZ 2**

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| | | Chapter 2, Alternatives) | | |
| *Travel Management* | | All travel limited to designated routes. | | Same as Alternative B. |
| *Forestry* | | Not available for private and/or commercial use of woodland products. On-site collection of dead and downed wood for campfires will be allowed unless monitoring indicates the need for a change. | | Same as Alternative B. |
| *Target Shooting* | | Prohibit | | Same as Alternative B. |
| *Surface-disturbing Restrictions* | | N/A | | N/A |

**Dry Creek Special Recreation Management Area**
**RMZ 3**

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Objectives:** *Insert objective statement (e.g.: In visitor assessments, xx percent of respondents who participated in targeted activities (listed below) report the ability to realize the targeted experiences and benefits (listed below)).* | | | | |
| Niche | | Quality Road and Trail System | | Same as Alternative B. |
| Activities | | OHV use, mountain biking, hiking and horseback riding | | Same as Alternative B. |
| Experiences | | Provide for motorized and non-motorized recreational opportunities in a front country setting | | Provide for motorized and non-motorized recreational opportunities in a front country to rural setting |
| Benefits | | Enjoyment of access to natural landscapes, improved local economic stability, and greater awareness for environmental learning | | Enjoyment of access to natural landscapes, improved local economic stability, greater health benefits to the individuals and communities, and greater awareness for environmental learning |
| **Recreation Setting Characteristics** | | *Front Country* | | *Front Country to Rural* |
| Physical — Remoteness | | Within 0.5-mile of low-clearance or passenger vehicle routes (includes unpaved County roads and primitive | | *Front Country*: Within 0.5-mile of low-clearance or passenger vehicle routes (includes unpaved County roads and |

BLM_0110633

**Dry Creek Special Recreation Management Area**
**RMZ 3**

| | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | | | land routes). | | primitive land routes).<br>*Rural:* Within 0.5-mile of paved/primary roads and highways. |
| | Naturalness | | Character of the natural landscape partially modified but none overpower natural landscape (e.g., roads, structures, utilities). | | *Front Country:* Character of the natural landscape partially modified but none overpower natural landscape (e.g., roads, structures, utilities).<br>*Rural:* Character of the natural landscape considerably modified (agriculture, residential, or industrial). |
| | Facilities | | Rustic facilities such as campsites, restrooms, trailheads, and interpretive displays. | | *Front Country:* Rustic facilities such as campsites, restrooms, trailheads, and interpretive displays.<br>*Rural:* Modern Facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. |
| Social | Contacts | | 15-29 encounters/day off travel routes (e.g., campgrounds) and 30 or more encounters/day on travel routes. | | *Front Country:* 15-29 encounters/day off travel routes (e.g., campgrounds) and 30 or more encounters/day on travel routes.<br>*Rural:* People seem to be generally everywhere. |
| | Group Size | | 13-25 people per group. | | *Front Country:* 13-25 people per group.<br>*Rural:* 26-50 people per group. |
| | Evidence of Use | | Small areas of alternation prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | | *Front Country:* Small areas of alternation prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard.<br>*Rural:* A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. |
| Operatio nal | Access | | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | | *Front Country:* Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use.<br>*Rural:* Ordinary highway auto and truck |

June 2011

*Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

K-19

BLM_0110634

**Dry Creek Special Recreation Management Area**
**RMZ 3**

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| | | | | traffic is characteristic. |
| Visitor Services | | Information materials describe recreation areas and activities, staff periodically present (e.g., weekdays & weekends). | | *Front Country*: Information materials describe recreation areas and activities, staff periodically present (e.g., weekdays & weekends). *Rural*: Information materials described in *Front Country* plus experience and benefit descriptions, staff regularly present (e.g., almost daily). |
| Management Controls | | Rules, regulations, and ethics clearly posted. Use restrictions, limitations and/or closures. | | *Front Country*: Rules, regulations, and ethics clearly posted. Use restrictions, limitations and/or closures. *Rural*: Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. |
| **Management Actions and Allowable Use Decisions** | | | | |
| VRM Class | | VRM Class III | | Same as Alternative B. |
| Rights-of-Way | | ROW avoidance | | No similar action. |
| Coal | | Closed to leasing. | | Same as Alternative B. |
| Fluid Minerals | | NSO-47: SRMAs | | CSU-50: SRMAs |
| Locatable Minerals | | Petition the Secretary of the Interior for withdrawal from locatable mineral entry | | No similar action. |
| Mineral Materials | | Closed to mineral material sales | | No similar action. |
| Nonenergy Solid Leasable Minerals | | Closed to leasing | | Same as Alternative B. |
| Facility Development | | Allow as needed to meet SRMA objectives. | | Same as Alternative B. |
| Camping Restrictions | | Only in designated sites and/or areas. Campfires allowed only with fire grates, stoves, grills, or fire pans. | | Dispersed camping allowed. |
| SRPs | | 3 non-motorized competitive events annually will be allowed at the discretion of the authorized officer. Prohibit motorized competitive events. | | Competitive events allowed. |
| Group Size | | Standard (refer to Recreation section of | | Same as Alternative B. |

BLM_0110635