**Table 2-1** *(continued)*
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Closed to leasing—Private or State surface/federal minerals | 25,300 | 38,040 | 1,520 | 1,530 |
| Open to fluid mineral leasing (refer to Appendix B) | 827,160 | 725,814 | 865,954 | 843,144 |
| Open to leasing subject to standard terms and conditions—BLM surface/federal minerals | 612,140 (Figure 2-43) | 523,630 (Figure 2-44) | 627,250 (Figure 2-45) | 604,450 (Figure 2-46) |
| Open to leasing subject to standard terms and conditions—Private or State surface/federal minerals | 215,020 | 202,184 | 238,704 | 238,694 |
| Open to leasing subject to No Surface Occupancy (NSO)—BLM surface/federal minerals | 84,570 (Figure 2-47) | 586,990 (Figure 2-48) | 74,180 (Figure 2-49) | 262,410 (Figure 2-50) |
| Open to leasing subject to Controlled Surface Use (CSU)—BLM surface/federal minerals | 148,430 (Figure 2-51) | 648,630 (Figure 2-52) | 439,660 (Figure 2-53) | 656,480 (Figure 2-54) |
| Open to leasing subject to TL—BLM surface/federal minerals | 481,315 (Figure 2-39) | 597,590 (Figure 2-40) | 522,090 (Figure 2-41) | 639,680 (Figure 2-42) |
| **Locatable, Salable, and Non-Energy Solid Leasable Minerals (acres)** | *Figure 2-55 Figure 2-56 Figure 2-60 Figure 2-64* | *Figure 2-55 Figure 2-57 Figure 2-61 Figure 2-65* | *Figure 2-55 Figure 2-58 Figure 2-62 Figure 2-66* | *Figure 2-55 Figure 2-59 Figure 2-63 Figure 2-67* |
| BLM Surface/Federal Minerals | | | | |
| Withdrawn from locatable mineral entry | 45,690 | 45,690 | 45,690 | 45,690 |
| Petition for withdrawal from locatable mineral entry | 26,300 | 356,110 | 12,350 | 73,000 |
| Open to locatable mineral exploration or development | 649,500 | 319,690 | 663,450 | 602,800 |
| Closed to mineral material sales | 56,290 | 431,590 | 50,400 | 205,640 |
| Open for consideration for mineral material sales | 619,510 | 244,210 | 625,400 | 470,160 |
| Closed to non-energy solid leasable mineral exploration and development | 55,990 | 363,040 | | 158,110 |
| Open for consideration of non-energy solid leasable mineral exploration or development | 619,810 | 312,760 | 675,800 | 517,690 |
| Private or State Surface/Federal Minerals | | | | |
| Withdrawn from locatable mineral entry | | | | |
| Petition for withdrawal from locatable mineral entry | | 7,490 | 2,831 | 3,290 |
| Open to locatable mineral exploration or development | 220,480 | 220,480 | 220,480 | 220,480 |
| Closed to mineral material sales | | 9,840 | 2,850 | 4,160 |
| Open for consideration for mineral material sales | 220,480 | 210,640 | 217,630 | 216,320 |
| Closed to non-energy solid leasable mineral exploration and development | | 7,490 | | 2,870 |
| Open for consideration of non-energy solid leasable mineral exploration or development | 220,480 | 212,990 | 220,480 | 217,610 |
| **Areas of Critical Environmental Concern (acres)** | *Figure 2-68* | *Figure 2-69* | *Figure 2-70* | *Figure 2-71* |
| Adobe Badlands | 6,380 | | 6,380 | 6,380 |
| Coyote Wash | | 2,100 | | |
| Dolores River Slickrock Canyon | | 10,670 | | 9,780 |
| East Paradox | | 7,360 | | 1,900 |
| Fairview South | 210 | 4,250 | 640 | 640 |
| La Sal Creek | | 10,490 | | |
| Lower Uncompahgre Plateau Cultural | | 31,870 | | |

June 2011   Uncompahgre Resource Management Plan Revision and Environmental Impact Statement   Addendum-3
Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review

BLM_0110854

**Table 2-1** (continued)
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Needle Rock | 80 | 80 | 80 | 80 |
| Paradox Rock Art | | 1,080 | | 1,080 |
| Roubideau-Potter-Monitor | | 14,940 | | |
| Roubideau Corridors | | | 8,720 | 8,720 |
| Salt Desert Shrub Ecosystem | | 34,540 | | |
| San Miguel Gunnison Sage-grouse | | 470 | | |
| San Miguel River | 22,780 | 35,420 | | 22,780 |
| Sims-Cerro Gunnison Sage-grouse | | 25,620 | | |
| Tabeguache Pueblo and Tabeguache Caves | | 26,400 | | |
| West Paradox | | 5,190 | | |
| **Total** | **29,450** | **211,120** | **15,820** | **51,360** |
| **Wilderness and Wilderness Study Areas (WSAs) (acres)** | *Figure 2-72* | | | |
| Adobe Badlands | 10,340 | | | |
| Camel Back | 10,690 | | | |
| Dolores River Canyon | 13,350 | | | |
| Needle Rock Instant Study Area (ISA) | 80 | | | |
| Sewemup Mesa | 1,780 | | | |
| Tabeguache Area | 8,140 | | | |
| **Eligible (Alternative A) or Suitable (Alternatives B and D) Wild and Scenic River Study Segments (miles crossing BLM land)** | *Figure 2-73* | *Figure 2-73* | | *Figure 2-74* |
| Gunnison River Segment 2 | 0.4 | 0.4 | | |
| Monitor Creek | 9.4 | 9.4 | | 9.4 |
| Potter Creek | 9.8 | 9.8 | | 9.8 |
| Roubideau Creek Segment 1 | 10.0 | 10.0 | | 9.9 |
| Roubideau Creek Segment 2 | 3.5 | 3.5 | | |
| Deep Creek | 0.6 | 0.6 | | |
| West Fork Terror Creek | 0.5 | 0.5 | | |
| Beaver Creek | 14.2 | 14.2 | | 14.2 |
| Dry Creek Segment 1 | 10.4 | 10.4 | | |
| Naturita Creek | 10.0 | 10.0 | | |
| Saltado Creek | 4.1 | 4.1 | | 5.6 |
| San Miguel River Segment 1 | 17.3 | 17.3 | | 17.3 |
| San Miguel River Segment 2 | 3.6 | 3.6 | | 4.0 |
| San Miguel River Segment 3 | 5.3 | 5 | | 4.5 |
| San Miguel River Segment 5 | 2.6 | 2.6 | | 1.3 |
| San Miguel River Segment 6 | 2.3 | 2.3 | | 2.1 |
| Tabeguache Creek Segment 1 | 3.6 | 3.6 | | 3.4 |
| Tabeguache Creek Segment 2 | 7.9 | 7.9 | | |
| Lower Dolores River | 6.9 | 6.9 | | 4.2 |
| North Fork Mesa Creek | 5.8 | 5.8 | | |
| Dolores River Segment 1 | 8.7 | 8.7 | | 8.7 |
| Dolores River Segment 2 | 5.4 | 5.4 | | 5.3 |

Addendum-4     *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*     June 2011
*Chapter 2, Alternatives – Internal Draft for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110855

**Table 2-1** (continued)
**Comparative Summary of Alternatives**

| Resource or Resource Use | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| Ice Lake Creek Segment 2 | 0.3 | 0.3 | | |
| La Sal Creek Segment 1 | 0.6 | 0.6 | | |
| La Sal Creek Segment 2 | 3.8 | 3.8 | | 3.3 |
| La Sal Creek Segment 3 | 3.4 | 3.4 | | 3.4 |
| Lion Creek Segment 2 | 1.3 | 1.3 | | |
| Spring Creek | 1.5 | 1.5 | | |
| **Total** | **153.2** | **153.2** | **0** | **106.4** |

[1]Acres include BLM lands managed by other agencies.
Hatching indicates zero acres or miles under that alternative.

Internal
Not for Public Distribution

BLM_0110856

**James Bode**

| | |
|---|---|
| **From:** | Kate Wynant |
| **Sent:** | Friday, July 08, 2011 11:07 AM |
| **To:** | UFO AR |
| **Subject:** | FW: Fw: Communications Sites |

Kate Wynant
EMPSi  Environmental Management and Planning Solutions, Inc.
3775 Iris Avenue, Suite 1A
Boulder, CO  80301
tel:  303-447-7160    fax:  866-625-0707
www.EMPSi.com      Twitter: EMPSInc      Facebook: EMPSi

Bringing clarity to the complex ™
GSA Contract GS10F-0412S      HUBZone-certified
Denver      Reno      San Francisco      Washington, DC

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

-----Original Message-----
From: tpfifer@blm.gov [mailto:tpfifer@blm.gov]
Sent: Friday, June 17, 2011 10:45 AM
To: bsharrow@blm.gov
Cc: Bruce Krickbaum; cbarth@blm.gov; Kate Wynant; Teresa Pfifer; lreed@blm.gov; kjetley@blm.gov
Subject: Re: Fw: Communications Sites

I'm not aware that any of the communication mentioned below by San Miguel County are on BLM in UFO. Egnar is not in our FO. Sunshine Mtn or Mesa and Specie Mesa may be on FS, and Greyhead is on FS.

I'll have Karen Jetley follow up with Jennifer Dinsmore with the County to make sure we're all on the same page.

Please let me know if any questions. Thanks.

Teresa Pfifer
Lands & Minerals Staff Supervisor
BLM Uncompahgre Field Office
Telephone (970) 240-5316
 FAX (970) 240-5367
E-mail:  teresa_pfifer@co.blm.gov

BLM_0110857

Barbara
Sharrow/MOFO/CO/B
LM/DOI                                        To
                    Christopher
06/16/2011 05:02        Barth/MOFO/CO/BLM/DOI@BLM
PM                                           cc
                    "Bruce Krickbaum"
                    <bruce_krickbaum@blm.gov>, "Teresa
                    Pfifer" <teresa_pfifer@blm.gov>,
                    "Kate Wynant"
                    <kate.wynant@empsi.com>
                                        Subject
                    Re: Fw: Communications Sites
                    (Document link: Teresa Pfifer)

Excellent.  Thanks for your help.  We've been pulling teeth for 6 months trying to get any info regarding communication sites for our plan revision.
Just had to hook into the right person.

Barbara Sharrow
Uncompahgre Field Office Manager

970-240-5315 - office
970-596-1515 - cell

Christopher
Barth/MOFO/CO/BLM
/DOI                                        To
                    Barbara Sharrow/MOFO/CO/BLM/DOI@BLM
06/16/2011 03:39                             cc
PM
                                        Subject
                    Fw: Communications Sites

2

BLM_0110858

second...

Chris Barth
Fire Mitigation & Education Specialist
Montrose Interagency Fire Management Unit
(970) 240-5317 (Office)
(970) 596-0430 (Mobile)
(970) 240-5367 (Fax)
cbarth@blm.gov
cbarth@fs.fed.us
----- Forwarded by Christopher Barth/MOFO/CO/BLM/DOI on 06/16/2011 03:38 PM
-----

Jennifer Dinsmore
<jenniferd@sanmig
uelcounty.org>                       To
Sent by:              cbarth@blm.gov
jenndinsmoresmc@g                         cc
mail.com
                             Subject
              Re: Communications Sites
06/16/2011 02:23
PM

I gave this to the Undersheriff yesterday and it seems that out in Egnar, BLM is talking with him to get on and improve our Egnar communication site.  The other sites and improvements we would like to see:

1. 800/VHF:  Tower on Sunshine Mountain or Mesa (to reach East County and Ophir)
2. 800/VHF:  Tower on Specie Mesa, near the Junction of 145 and 62
3. 800:  Improve the tower on Greyhead to increase capacity. Right now we have 800 on Last Dollar and we'd like it moved to Greyhead for increased coverage.

Take care,
Jenn
On Wed, Jun 15, 2011 at 11:54 AM, <cbarth@blm.gov> wrote:

The BLM's Uncompahgre Field Office is in currently revising their
Resource
Management Plan (RMP).  One of the items of consideration during the RMP
revision is identifying areas for communication sites.  We would
appreciate
your input as to whether or not you have plans or ideas for communication
towers within the next 20 - 25 years.

3

If you do have plans for a communication tower, we would also like to know
where on BLM land your agency may want to locate them.  Locations would not
need to be exact, but it would be nice to have a small polygon identifying
an area.

If you do not have any plans for additional communication sites, that is
fine too, but now is the time to identify them in order for it to be an
easier process should you apply.  This information would not preclude your
agency from applying in the future - it just makes it easier  if we can
identify potential sites now.

Please respond to me with any information and I will get it to the correct
person.  You can also bring the information to tomorrow's West Region
Wildfire Council meeting (6/16 @ 1000hrs - Montrose County Sheriffs
Office).  Thanks for your help.

Chris

Chris Barth
Fire Mitigation & Education Specialist
Montrose Interagency Fire Management Unit
(970) 240-5317 (Office)
(970) 596-0430 (Mobile)
(970) 240-5367 (Fax)
cbarth@blm.gov
cbarth@fs.fed.us

--
Jennifer Dinsmore
Chief Administrative Officer
Emergency Management Coordinator
www.sanmiguelsheriff.com and
http://preparedness.sanmiguelcounty.org

San Miguel County Sheriff's Office
684 CR 63L, Telluride, Colorado  81435

970.728-9546 (direct)
970.596.3100 (cell)
970.728-1911 (24hr Dispatch)
888.845.5189 (fax to email)

BLM_0110860

The information contained in this electronic message is privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone, or electronic mail.  Thank you.

BLM_0110861

**James Bode**

| | |
|---|---|
| **From:** | bkrickba@blm.gov |
| **Sent:** | Tuesday, July 12, 2011 9:56 AM |
| **To:** | shansen@deltacounty.com |
| **Cc:** | Kate Wynant; Jennifer Whitaker; bsharrow@blm.gov; UFO AR |
| **Subject:** | Cooperating Agency (Delta County) and Review of RMP Draft Alternatives |
| **Attachments:** | DeltaCounty_confidentiality.pdf |

Hello Sue,

I know you are out of the office through today.
I want to forward this email again just to make sure you don't miss it.
Also, we have extended the review period to August 5 (not July 15 as shown in the email below).

--Bruce

<><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384


----- Forwarded by Bruce Krickbaum/MOFO/CO/BLM/DOI on 07/12/2011 09:52 AM -----

> Bruce
> Krickbaum/MOFO/CO
> /BLM/DOI                    To
>                   shansen@deltacounty.com
> 06/27/2011 03:14            cc
> PM                kate.wynant@empsi.com,
>                   jennifer.whitaker@empsi.com,
>                   Barbara
>                   Sharrow/MOFO/CO/BLM/DOI@BLM,
>                   ufo-ar@empsi.com
>                           Subject
>                   Cooperating Agency (Delta County)
>                   and Review of RMP Draft
>                   Alternatives

BLM_0110862

Hello Sue,

During the Cooperating Agency meeting on June 23, BLM provided each agency a CD with the BLM refined draft management alternatives for Cooperating Agency review. I would like to send you a CD for review and input. One important aspect of the review is to identify any areas where we may be in conflict with Delta County plans. In addition, you may review any alternative actions that are of interest to you or the town.

The draft alternatives are pre-decisional and subject to changes resulting from Cooperating Agency review and input, as well as BLM deliberations. Because of this, the draft alternative document is confidential and not intended for release to the public.

During the meeting, we handed each agency representative in attendance their personalized copy of the attached letter. We need your (and thereby Delta County's) agreement to the terms of confidentiality expressed in the letter. Please reply with your acceptance or decline.

Upon receipt of acceptance of confidentiality, I will send you the CD with management alternatives, as well as paper copies of other meeting information. We have a 3-week review period, which ends on July 15.

You said you will be out of town until July 13, so I hope for a quick response once you read this, as well as letting me know the best and quickest way to get the material to you.

Thanks, Bruce

(See attached file: DeltaCounty_confidentiality.pdf)

<><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384

2



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401



IN REPLY REFER TO: 1610 (UFO RMP)

June 23, 2011

Lela J. McCracken, Chair
Delta County, Board of County Commissioners
501 Palmer Street, #227
Delta, Colorado 81416

Dear Ms. McCracken,

This letter reinforces the need for confidentiality with respect to pre-decisional BLM documents provided for Cooperating Agency review under the National Environmental Policy Act.

The BLM Uncompahgre Field Office is making available for review a draft internal copy of Uncompahgre Resource Management Plan, Chapter 2 - Draft Management Alternatives. The purpose of the review is to obtain constructive feedback from Cooperating Agencies regarding the range of alternatives, and to identify potential conflicts within alternatives and with county, community, and agency planning documents.

Because Chapter 2 is currently in draft form, it is pre-decisional and subject to changes resulting from your input, as well as from BLM deliberations. Chapter 2 is therefore confidential and not intended for release to the public.

The BLM anticipates that you as a Cooperating Agency recognize the sensitive nature of a draft federal document and will keep the contents of Chapter 2 confidential. If, for any reason, you are not willing or able to uphold this responsibility, you should 1) not accept a copy of the CD containing the draft, and 2) leave the meeting when the draft is discussed.

If you have any questions or wish to discuss this further, feel free to call me at (970)240-5315.

Barbara Sharrow

Barbara Sharrow
Field Manager
Uncompahgre Field Office

**James Bode**

| | |
|---|---|
| **From:** | bkrickba@blm.gov |
| **Sent:** | Tuesday, July 12, 2011 9:47 AM |
| **To:** | bsharrow@blm.gov; dkauffma@blm.gov; dmagee@blm.gov; Angie Adams; Kate Wynant; bbott68@gmail.com; Aschroeder@usbr.gov; kjensen@ci.montrose.co.us; renzo.delpiccolo@state.co.us; shansen@deltacounty.com; MPelletier@gunnisoncounty.org; swhite@montrosecounty.net; lpadgett@ouraycountyco.gov; lynn@mtngeogeek.com; joanm@sanmiguelcounty.org; daves@sanmiguelcounty.org; pat@cedaredgecolorado.com; joereagan741 @yahoo.com; norwoodparker@centurytel.net; sharold@ci.olathe.co.us; davidvarley@kaycee.net; townofpaonia@tds.net; jcoates@town.ridgway.co.us; Dan_Reinkensmeyer@fws.gov; charles_sharp@fws.gov; tkrandallparker@fs.fed.us; lbroyles@fs.fed.us; segfahlt@gmail.com; Bruce_Krickbaum@co.blm.gov; UFO AR; Jennifer Whitaker |
| **Subject:** | Final Notes: Uncompahgre RMP Cooperating Agency Meeting #8 |
| **Attachments:** | UFO-CA_2011-06-23_FinalNotes.pdf |

Hello Cooperating Agencies,

I have attached the final notes from the June 23 meeting.
Our next Cooperating Agency meeting will be on September 8 at 1:00pm (Holiday Inn Express in Montrose).  Please let me know if you will not be able to attend.

Regards,  Bruce

<><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384

(See attached file: UFO-CA_2011-06-23_FinalNotes.pdf)

BLM_0110865



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

## COOPERATING AGENCY MEETING #8

### Thursday, June 23, 2011 (1:00 – 4:00 PM)

### Meeting Location:
### Holiday Inn Express (Jordan Room)
### 1391 South Townsend Avenue, Montrose, CO

# Meeting Notes

**Attendees:**

**Cooperating Agencies:** Jen Coates (Town of Ridgway), Renzo DelPiccolo (Colorado Department of Natural Resources, Southwest Region), Kerwin Jensen (City of Montose), Brian Magee (CDOW), Joan May (San Miguel County BOCC), Mike Pelletier (Gunnison County), Barbara Peterson (Town of Paonia), Tamera Randall-Parker (US Forest Service), Joe Reagan (Town of Norwood), Alan Schroeder (Bureau of Reclamation, Western Colorado Area Office), Charlie Sharp (US Fish and Wildlife Service), Steve White (Montrose County BOCC)

**BLM Uncompahgre Field Office:** Desty Dyer, Rob Ernst, Bruce Krickbaum, Teresa Pfifer, Barb Sharrow

**EMPSi:** David Batts, Kate Wynant

**Handouts:** Agenda; Letter to Cooperating Agencies regarding confidentiality; Highlights of the RMP Process to Date; BLM UFO RMP Revision Coal and Fluid Minerals Potential Presentation (slides from PowerPoint presentation); Response to Comments on Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review (January 27, 2011); Internal Draft Chapter 2 for Field Office, Cooperating Agencies, RAC Subgroup Review – How to Provide Valuable Feedback; CD-ROM with Chapter 2 and Appendices; and Introduction text to Chapter 2

## 1. Welcome (Bruce Krickbaum)
- Purpose is to kick off review of Chapters 1 and 2.
- Discuss how we got to where we are and tips for reviewing the chapters..

## 2. Introductions (all present)

## 3. Planning Process to Date (Kate Wynant)
- See handout: Highlights of the Resource Management Planning Process to Date.
- The wilderness characteristics report is still in progress due to change in policy guidance. Wild and Scenic River Suitability Report is also still in progress. No other changes from the last meeting.
- Thanks to everyone for all their hard work.

BLM_0110866

### 4. Presentation Coal Potential (Desty Dyer)

- See PowerPoint handout for slides.
  - Slide correction. Slide title: Mesa Verde Formation Coal in the Somerset and Grand Mesa Coal Fields. Third bullet should read: "Recently, an exploration license application has been submitted covering **14,000** (not 1,400) acres north of Hotchkiss, on what is known as Oak Mesa."
- Presentation highlights not on the slides: North Fork serves large commercial and small scale clients. Commercial clients get coal via train; the standard unit is 10,000 tons per train load. Less than 5% of the coal mined in the UFO stays in Colorado and about 20% is shipped overseas. Coal generally blended with coal from other sources to achieve a consistent fuel. Anticipate that coal companies will start moving operations further west from current mines near Paonia. Coal located deeper than 3,500 feet is not commercially available for mining; at that point it can be drilled for gas.
- Discussion:
  - Montrose County is interested in when leases are issued. Lease modifications can be requested by existing mining companies at any point in time. Generally takes four years to get the lease modified.
  - There is some fee mining near Naturita for the Nucla Tri-State power plant. The plant is able to also burn biofuels.
  - Montrose County – this is a good resource. How is it addressed; available or not? In Chapter 2 you will be able to see how all these areas are proposed for management.
  - Discussed a question from Gunnison County that the roadless rule applies to Forest Service lands and not BLM; however, BLM is coordinating with the Forest Service to make sure BLM decisions will not conflict with management of adjacent Forest Service lands.
  - North Fork coal is cleaner then Dakota coal. Consistently less than 1% sulfur; falls into the low sulfur category.

### 5. Presentation Oil and Gas Potential (Rob Ernst)

- See PowerPoint handout for slides.
- Slide correction. Slide title: Oil and Gas Lease Stipulation Definitions NSO. Bullet two, the following should be deleted, "There are no exceptions allowed for a NSO."
- Presentation highlights not on the slides: In UFO natural gas is the primary fluid mineral. RMP will designate areas as closed to leasing or open with or without stipulations (e.g., No Surface Occupancy). Stipulations are attached to the lease.
- Discussion:
  - How to handle leases near houses. The RMP revision has a stipulation for protecting domestic wells.
  - Distance for directional drilling is about 1 mile.
  - NSO is not the same as no ground disturbance (NGD); as NGD is designed for other activities.

### 6. Comments / Comment Responses on January 2011 Internal Rough Draft Alternatives

- BLM sent the response to comment file to the cooperating agency prior to the meeting.
- BLM incorporated the cooperating agencies comments to refine the alternatives and in developing the preferred alternative.
- Once the preferred alternative was developed based on cooperating agency input, then the BLM refined all the other alternatives and consolidated them down to four alternatives, including the No Action alternative. This refinement kept the range of alternatives.
- Barb thanked the group for all the excellent input; she review each one and found many extremely helpful.

BLM_0110867

- Cooperating Agencies are encouraged to refer to this comment response matrix in their review of the draft chapters 1 and 2.
- There were no questions or discussion from the group.

## 7. Internal Draft Chapter 2 for BLM Field Office, Cooperating Agency, and RAC Subgroup Review

- Handout: Letter of confidentiality.
- Barb noted that the internal draft Chapter 2 is very dynamic and pre-decisional. At this point, we are still incorporating your input so it is subject to revision. There will be a lot of changes to this document as it goes through all the different reviews.
- Handout: Internal Draft Chapter 2 for Field Office, Cooperating Agency, RAC Subgroup Review – How to Provide Valuable Feedback
- Overview of internal draft chapter 2 and appendices (Kate Wynant)
  - PDF is bookmarked to help navigation electronically.
  - Section 2.1 is an introduction to the chapter.
  - Alternative development process focused on planning issues and must meet the purpose and need statement.
  - There are now four alternative (not five like before). A: No Action, B: less consumptive uses and more resource protection, C: more emphasis on land uses, D: preferred alternative.
  - Comparative summary of alternatives table is a reader digest version of the major decisions and allocations by alternative in a comparative format.
    - Action: Send out a corrected Summary of Alternatives  (Table 2-1) next week.
  - Based on input from cooperating agencies and RAC subgroups about having too many alternatives (5), the BLM has restructured the alternatives into four. Based on input, the BLM crafted the preferred alternative and then combine the other four action alternatives into two alternatives. Critical in this process was capturing the sideboards to ensure they still represented a good range of alternatives. In brief and in general, many of the management measures for Alternatives C and D where combined into a new Alternative B, and alternative D and E were blended into the new Alterative C.
  - Alternatives considered but eliminated include all concepts considered but that do not meet the purpose and need.
  - Went through examples on the terms in the matrix, including "Same as Alternative X;" "No similar action;" etc.
  - Appendix B contains the stipulations. In Chapter 2 stipulations are applied to different alternatives; the stipulations are defined in Appendix B along with purpose, waivers, modifications, expectations, etc. Introduction defines the fluid mineral stipulations and the NGD stipulations. There are some stipulations that are missing language which is being finalized by the BLM. Some of the acres contain multiple stipulations.
  - Comments are due Friday, July 15th. Please email comments to Kate or Bruce. Save your matrix with your last name on it.
- Discussion
  - Summary of alternatives table – need to add a footnote to define black cells or bullets.
  - Good idea to hyperlink references in the document (e.g., citations or "see Salt Desert Shrub ACEC").
  - Shapefiles are not readily available. If cooperating agencies need to see something more specifically they should coordinate with Bruce with their request.
  - What are next steps? We will refine the alternatives; then it gets more internal reviews with the BLM State and Washington offices. A comment response form will be provided showing how we addressed comments. From there it an internal draft RMP is prepared which will be available to the Cooperating Agencies.

BLM_0110868

## 8. Other Items Not on the Agenda
- Meeting adjourned at 3:35PM.

## 9. Action Items / Next Meeting
- Next meeting *(note: date has changed since June 23 meeting)*: Thursday, September 8, 2011, 1:00–4:00pm, Holiday Inn Express, Montrose
- ☐ *Action:* Send out a corrected Summary of Alternatives (Table 2-1) next week.
- ☐ *Action:* Send out revised Appendix B with acres included.

BLM_0110869

**James Bode**

| | |
|---|---|
| **From:** | bkrickba@blm.gov |
| **Sent:** | Tuesday, July 12, 2011 9:44 AM |
| **To:** | sbear@dmea.com; Steve.weist@oxbow.com; John@reams-construction.com; billday@paonia.com; rich@richdurnanphoto.com; Robbie.levalley@colostate.edu; Wblack8709@msn.com; pmueller@tnc.org; silvers1@tds.net; tkctew@yahoo.com; barbara_hawke@tws.org; bsharrow@blm.gov; dkauffma@blm.gov; dmagee@blm.gov; Bruce_Krickbaum@co.blm.gov; Angie Adams; Kate Wynant; bbott68@gmail.com; UFO AR |
| **Subject:** | Final Minutes: Uncompahgre RMP RAC Subgroup Meeting #8 |
| **Attachments:** | UFO-RAC_2011-06-24_FinalMinutes.pdf |

Hello RAC Subgroup,

I have attached the final minutes from the June 24 meeting.
Our next RAC Subgroup meeting will be on September 9 at 9:00 (Holiday Inn Express in Montrose).  Please let me know if you will not be able to attend.

Regards, Bruce

<><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384


 (See attached file: UFO-RAC_2011-06-24_FinalMinutes.pdf)

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

BLM_0110870



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401

## RAC SUBGROUP MEETING #8

### Friday, June 24, 2011 (9:00 AM – 12:00 PM)

### Meeting Location:
**Holiday Inn Express (Jordan Room)**
1391 South Townsend Avenue, Montrose, CO

# Meeting Notes

**Attendees:**

*RAC Subgroup:* Shelby Bear, Walt Blackburn, Bill Day, Richard Duran, William Ela, Barbara Hawke, John Reams, Steve Weist

*BLM Uncompahgre Field Office:* Desty Dyer, Rob Ernst, Bruce Krickbaum, Barb Sharrow

*EMPSi:* David Batts, Kate Wynant

*General Public:* None

**Handouts:** Agenda; Highlights of the RMP Process to Date; BLM UFO RMP Revision Coal and Fluid Minerals Potential Presentation (slides from PowerPoint presentation); Response to Comments on Internal Rough Draft Alternatives for Cooperating Agency and RAC Subgroup Review (January 27, 2011); Internal Draft Chapter 2 for Field Office, Cooperating Agencies, RAC Subgroup Review – How to Provide Valuable Feedback; CD-ROM with Chapter 2 and Appendices; and Introduction text to Chapter 2

1. **Welcome** (Bruce Krickbaum)
   - Purpose is to kick off review of internal draft Chapters 1 and 2.
   - Discuss how we got to where we are and tips for reviewing the chapters.

2. **Introductions** (all present)

3. **Planning Process to Date** (Kate Wynant)
   - See handout: Highlights of the Resource Management Planning Process to Date.
   - The wilderness characteristics report is still in progress due to change in policy guidance.
   - Thanks to everyone for all their hardwork.
   - Desty and Rob to provide an overview of the minerals program.

4. **Presentation Coal Potential** (Desty Dyer)
   - See PowerPoint handout for slides.
     - Printed slide correction. Slide title: Mesa Verde Formation Coal in the Somerset and Grand Mesa Coal Fields. Third bullet should read: "Recently, an exploration license application has

BLM_0110871

been submitted covering *14,000* (not 1,400) acres north of Hotchkiss, on what is known as Oak Mesa."
- Presentation highlights not on the slides: North Fork has different coal seams; there has been a mine that mined three seams. North Fork serves large commercial and small scale clients. Expected that federal coal will continue to provide about 80% or more. Anticipate that coal companies will start moving operations further west from current mines near Paonia.
- Discussion:
  o Mesa Verde coal can vary in quality, but by the time it is blended it has a fairly consistent quality. Tends to go lower in quality to the west, but the data is not conclusive.
  o Any interagency action on the Forest Service roadless rule and BLM permits? There are about 2100 acres under the roadless rule with coal potential that would prohibit development. Roadless rule would only impact new mines (existing mines can continue).

## 5. Presentation Oil and Gas Potential (Rob Ernst)
- See PowerPoint handout for slides.
- Printed slide correction. Slide title: Oil and Gas Lease Stipulation Definitions NSO. Bullet two, the following should be deleted, "There are no exceptions allowed for a NSO."
- Presentation highlights not on the slides: In UFO natural gas is the primary fluid mineral. Wherever you have coal, you generally have gas potential. Coal deeper than 3,000 acres is not feasible for coal mining, but can be drilled for gas. Historically the planning area has not been as intensively drilled as other Field Offices (e.g., Silt or Grand Junction); however, new technologies with shale gas could increase the potential for gas to be extracted economically and increase interest in the UFO. The RMP will designate areas as closed to leasing or open with or without stipulations (e.g., No Surface Occupancy [NSO]). Stipulations are attached to the lease.
- Discussion:
  o *Comment*: Shale requires fracking and it is a concerned. NSO would not be able to control that. What can control fracking and its impacts? *Response*: During the drilling permitting process the BLM does NEPA and may develop special conditions of approval. Fracking needs varies greatly by hole and formation (and how they frack – water only, other mixtures, etc.). Fracking requires a lot of water.
  o During permitting process, companies must tell the BLM which formation they are accessing and the fracking fluids. One issue is that fracking is commonly done by subcontractors, which may or may not provide accurate information on the fluids to the company or BLM. This issue is under court review.
  o San Juan Public Lands Center is doing supplement EIS on the Gothic play; but it does not cover anything in the UFO. One of the exploration wells came up dry; which shows how drilling can be part science and part guessing game.
  o What are issues that the RAC Subgroup should think about? How to address energy demands in the US. Gas is a cleaner source. Ways to extract it in an environmentally friendly manner. Horizontal drilling and collocating wells on one pad have been good developments for mitigating environmental impacts.
  o There is potash potential in Paradox area, but no exploration licenses or known interest.

## 6. Comments / Comment Responses on January 2011 Internal Rough Draft Alternatives
- BLM sent the response to comment file to the RAC Subgroup prior to the meeting.
- BLM reviewed all comments and incorporated the comments as appropriate.
- After the comments were addressed, the BLM team developed the preferred alternative; which is made up of components of the action alternatives. Preferred alternative was developed by looking at all alternatives and selecting the allocations and actions that the team felt best

BLM_0110872

addressed the planning issues. Preferred alternative can be more or less restrictive the other alternatives for a resource program.

- Additionally, the BLM refined all the other alternatives and consolidated them down to four alternatives, including the No Action alternative. This refinement kept the range of alternatives.
  - o There are now four alternative (not five like before). A: No Action, B: less consumptive uses and more resource protection, C: more emphasis on land uses, D: preferred alternative.
- How are tribes being involved? BLM has extensive meetings and tribal consultation. They were invited to be a cooperating agency.
- Kate thanked the group for all the excellent input; the BLM reviewed each one and found many extremely helpful.

## 7. Internal Draft Chapter 2 for **BLM Field Office, Cooperating Agency, and RAC Subgroup Review**

- Barb noted that the internal draft Chapter 2 is very dynamic and pre-decisional. At this point, we are still incorporating your input so it is subject to significant revision. There will be a lot of changes to this document as it goes through all the different reviews (including BLM field staff, Cooperating Agencies, RAC Subgroup, BLM State Office, and BLM Washington Office). Public draft document will likely come out in November 2012. Everyone needs to treat this information as privileged and confidential.
- RAC Subgroup has been very valuable and has been helpful to the process.
- Handout: Internal Draft Chapter 2 for FO, Coop, RAC Subgroup Review – How to Provide Valuable Feedback and Hardcopy, Introduction to Chapter 2, and one CD-ROM of the Draft Chapter 2 plus appendices.
- Overview of internal draft chapter 2 and appendices (Kate Wynant)
  - o PDF is bookmarked to help navigation electronically.
  - o Document can also be searched by key word.
  - o Section 2.1 is an introduction to the chapter.
  - o Alternative development process focused on planning issues and must meet the purpose and need statement.
  - o There are now four alternative (not five like before). A: No Action, B: less consumptive uses and more resource protection, C: more emphasis on land uses, D: preferred alternative.
  - o Comparative summary of alternatives table is a reader digest version of the major decisions and allocations by alternative in a comparative format.
    - – *Action*: Send out a corrected Summary of Alternatives (Table 2-1) next week.
  - o Based on input from cooperating agencies and RAC subgroups about having too many alternatives (5), the BLM has restructured the alternatives into four. Based on input, the BLM crafted the preferred alternative and then combine the other four action alternatives into two alternatives. Critical in this process was capturing the sideboards to ensure they still represented a good range of alternatives. In brief and in general, many of the management measures for Alts. C and D where combined into a new Alternative B, and alternative D and E were blended into the new Alterative C.
  - o Alternatives considered but eliminated include all concepts considered but that do not meet the purpose and need.
  - o The alternatives are provided in a comparative matrix format.
  - o Went through examples on the terms in the matrix, including "Same as Alternative X;" "No similar action;" etc.
  - o Appendix C: WSR Suitability Report is still under development, so for now there is just a placeholder. Same with Appendix G, Draft Wilderness Characteristics report.
  - o Appendix B contains the stipulations. In chapter 2 stipulations are applied to different alternatives; the stipulations are defined in Appendix B along with purpose, waivers, modifications, expectations, etc. Introduction defines the fluid mineral stipulations and the

BLM_0110873

no ground disturbance (NGD) stipulations. There are some stipulations that are missing language which is being finalized by the BLM. Some of the acres contain multiple stipulations.
- o Comments are due **Friday, July 15th**. Please email comments to Kate or Bruce. Save your comment matrix with your last name on it. Please provide direct comments with explicit recommended changes. Also, make sure the range of alternatives is adequate and that they address your issues or concerns.
- Discussion
  - o Good idea to hyperlink references in the document (e.g., citations or "see Salt Desert Shrub ACEC").
  - o Next meeting will be August 12th we will go over response to RAC Subgroup comments.
  - o Bill E., Bill D., Barbara, and Shelby requested paper copies; BLM will print on Monday.

## 8. Public Comments
- No members of the public were present. Solicited public comments at 11:00AM; none were received.

## 9. Other Items Not on the Agenda
- Meeting adjourned at 11:50AM.

## 10. Action Items / Next Meeting
- Next meeting *(note: date has changed since June 24 meeting)*: September 9, 2011, 9:00am – 12:00pm, Holiday Inn Express, Montrose
- ☐ *Action*: Send out a corrected Summary of Alternatives (Table 2-1) next week.
- ☐ *Action*: Send out revised Appendix B with acres included.

| From: | bkrickba@blm.gov |
|---|---|
| To: | bsharrow@blm.gov; dkauffma@blm.gov; dmagee@blm.gov; Angie Adams; Kate Wynant; bbott68@gmail.com; Aschroeder@usbr.gov; kjensen@ci.montrose.co.us; renzo.delpiccolo@state.co.us; shansen@deltacounty.com; MPelletier@gunnisoncounty.org; swhite@montrosecounty.net; lpadgett@ouraycountyco.gov; lynn@mtngeogeek.com; joanm@sanmiguelcounty.org; daves@sanmiguelcounty.org; pat@cedaredgecolorado.com; joereagan741@yahoo.com; norwoodparker@centurytel.net; sharold@ci.olathe.co.us; davidvarley@kaycee.net; townofpaonia@tds.net; jcoates@town.ridgway.co.us; Dan_Reinkensmeyer@fws.gov; charles_sharp@fws.gov; tkrandallparker@fs.fed.us; lbroyles@fs.fed.us; segfahlt@gmail.com; Jennifer Whitaker; Bruce_Krickbaum@co.blm.gov; UFO AR |
| Subject: | Fw: Revised Appendix B for RMP Chapter 2 (Review) |
| Date: | Friday, July 22, 2011 9:03:50 AM |
| Attachments: | Ch2 Appendix B Stipulations Updated 071911.pdf |

Hello Cooperating Agencies,

Thank you for your continued review of our RMP Chapter 2.  A reminder that comments are due by August 5.

I have attached the revised/updated Appendix B for your review.  Please use the attached and not the Appendix B within the document on your CD.

Thanks, Bruce

(See attached file: Ch2_Appendix B_Stipulations_Updated_071911.pdf)


<><><><><><><><><><><><><><><><><><><>
Bruce Krickbaum
Planner, Environmental Coordinator
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO  81401
970.240.5384

BLM_0110875

# TABLE OF CONTENTS

Chapter                                                                                            Page

**B.    RESTRICTIONS APPLICABLE TO FLUID MINERALS LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES** ....................................................................................................**B-1**

B.1    Description of Stipulations Applicable to Fluid Mineral Leasing........................................B-2
       B.1.1    Standard Terms and Conditions for Fluid Mineral Leasing................................B-2
       B.1.2    No Surface Occupancy (NSO).................................................................B-2
       B.1.3    Controlled Surface Use (CSU) ................................................................B-3
       B.1.4    Timing Limitations (TL) .........................................................................B-3
       B.1.5    Lease Notice (LN)..................................................................................B-3
       B.1.6    Condition of Approval (COA) ................................................................B-3
       B.1.7    Project Mitigation and Monitoring.........................................................B-3
B.2    Exceptions, Modifications, and Waivers Applicable to Fluid Mineral Leasing...............B-4
       B.2.1    Standard Exception ...............................................................................B-4
       B.2.2    Standard Modification ...........................................................................B-4
       B.2.3    Standard Waiver ...................................................................................B-4
B.3    Description of Restrictions Applicable to Surface-disturbing Activities........................B-4
       B.3.1    No Ground Disturbance (NGD) .............................................................B-5
       B.3.2    Site-specific Relocation (SSR) ...............................................................B-5
       B.3.3    Timing Limitations (TL) .........................................................................B-5

# TABLES

                                                                                                   Page

B-1    Areas Closed to Fluid Mineral Leasing (NL)...............................................................B-6
B-2    No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing.....................B-10
B-3    Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing.....................B-42
B-4    Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and
       Surface-disturbing Activities ...................................................................................B-74
B-5    Lease Notices (LN) Applicable to Fluid Mineral Leasing............................................B-105
B-6    No Ground Disturbance (NGD) Restrictions Applicable to Surface-disturbing Activities..B-111
B-7    Site-specific Relocation (SSR) Restrictions Applicable to Surface-disturbing Activities ........B-117
B-8    Raptor Species Breeding Periods............................................................................B-126

BLM_0110876

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

This page intentionally left blank.

BLM_0110877

# APPENDIX B
# RESTRICTIONS APPLICABLE TO FLUID MINERALS LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES

This appendix lists by alternative the stipulations for fluid mineral leasing (e.g., oil, gas, and geothermal) referred to throughout this Draft RMP and EIS. These stipulations would also apply, where appropriate, to all surface-disturbing activities (and occupancy) associated with land use authorizations, permits, and leases issued on BLM lands. The stipulations would not apply to activities and uses where they are contrary to laws, regulations, or specific program guidance. The intent is to maintain consistency, to the extent possible, in applying stipulations to all surface-disturbing activities.

Fluid mineral leasing no surface occupancy (NSO), controlled surface use (CSU), and timing limitation (TL) stipulations apply to fluid mineral leasing on lands overlying federal mineral estate, which includes federal mineral estate underlying BLM lands, privately owned lands, and state-owned lands, but not US Forest Service lands. As such, federal mineral estate acres are greater than BLM surface acres. Within the planning area, the BLM administers 675,800 acres of surface estate and 1,558,870 million acres of split-estate (i.e., where the surface rights are in private ownership and the rights to development of the mineral resources are publicly held and managed by the federal government [BLM]). The BLM will coordinate with the surface owner when applying stipulations on split-estate at the leasing phase. Stipulations may also be applied to land managed by other federal agencies, such as US Forest Service, at the leasing phase based on coordination with the agency. Acreages reflect federal mineral estate overlain by BLM, private, and state-owned land. Acreages are calculated based on current information and may be adjusted in the future through plan maintenance as conditions warrant.

Surface-disturbing activities are those that normally result in more than negligible (immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate the natural erosive process. Surface disturbances could require reclamation and normally involve use and/or occupancy of the surface, causing disturbance to soils and vegetation. They include, but are not limited to: the use of mechanized earth-moving equipment; truck-mounted drilling

BLM_0110878

1   and geophysical exploration equipment off designated routes; off-road vehicle travel in areas
2   designated as limited or closed to off-road vehicle use; construction of facilities such as power
3   lines, pipelines, oil and gas wells and/or pads; recreation sites; new road and trail construction;
4   and use of pyrotechnics and explosives. Surface disturbance is not normally caused by casual-use
5   activities. Activities that are not considered surface-disturbing include, but are not limited to,
6   livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming,
7   vehicular travel on designated routes, and general use of the land by wildlife. Because the BLM
8   does not have jurisdiction over split-estate lands for surface-disturbing activities (i.e., those not
9   related to fluid mineral leasing and development), no ground disturbance (NGD) and site-
10  specific relocation (SSR) restrictions apply only to the 675,800 acres of BLM surface in the
11  decision area.

12  **B.1   DESCRIPTION OF STIPULATIONS APPLICABLE TO FLUID MINERAL LEASING**
13      **Tables B-1** through **B-4** provide details of the stipulations and protected resources including
14      exceptions, modifications, and waivers by alternative. Three types of stipulations could be
15      applied to fluid mineral leases: 1) no surface occupancy (NSO); 2) controlled surface use (CSU);
16      and 3) timing limitation (TL). Although not a stipulation, areas that are closed to fluid mineral
17      leasing are also detailed in **Table B-1**. All other areas not identified in **Table B-1** are open to
18      fluid mineral leasing, subject to standard terms and conditions and NSO, CSU, or TL stipulations
19      if applicable.

20      Lease stipulations and lease notices would be applied to all new leases and to expired leases that
21      are reissued. On existing leases, the BLM would seek voluntary compliance or would develop
22      Conditions of Approval for Applications for Permit to Drill to achieve resource objectives of
23      lease stipulations contained in this RMP.

24      Stipulations identified in Alternative A, current management, were developed in the 1985 San
25      Juan/San Miguel RMP (BLM 1985) or the 1989 Uncompahgre Basin RMP (BLM 1989a) and are
26      annotated as "existing" in italics in the "stipulations number" column of the tables.

27      **B.1.1   Standard Terms and Conditions for Fluid Mineral Leasing**
28      Oil and gas development is subject to standard terms and conditions of the lease. Onshore Oil
29      and Gas Order No. 1 (Onshore Oil and Gas Operations; Federal and Indian Oil and Gas Leases;
30      Approval of Operations) regulations (43 CFR 3160) give the BLM the ability to relocate
31      proposed operations up to 200 meters (656 feet) and prohibit surface-disturbing operations for
32      a period not to exceed 60 days.

33      **B.1.2   No Surface Occupancy (NSO)**
34      Use or occupancy of the land surface for fluid mineral exploration or development and all
35      activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical
36      exploration equipment off designated routes, construction of wells and/or pads) are prohibited
37      to protect identified resource values. Refer to **Table B-2**.

38      The NSO stipulation is a category of major constraints. NSO areas are open to fluid mineral
39      leasing, but surface occupancy or surface-disturbing activities associated with fluid mineral
40      leasing cannot be conducted on the surface of the land. Access to fluid mineral deposits would
41      require horizontal drilling from outside the boundaries of the NSO area.

BLM_0110879

### B.1.3   Controlled Surface Use (CSU)

CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values and is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads). CSU areas are open to fluid mineral leasing but the stipulation allows the BLM to require special operational constraints, or the activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value. Refer to **Table B-3**.

### B.1.4   Timing Limitations (TL)

The TL stipulation, a moderate constraint, is applicable to fluid mineral leasing and all activities associated with fluid mineral leasing (e.g., truck-mounted drilling and geophysical exploration equipment off designated routes, construction of wells and/or pads). The TL restriction is also related to other surface-disturbing activities (i.e., those not related to fluid mineral leasing). Areas identified for TL are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance, such as workovers on wells, is not permitted. TLs can overlap spatially with NSO, NGD, CSU, SSR, as well as with areas that have no other restrictions. Administrative activities are allowed at the discretion of the Authorized Officer. Refer to **Table B-4**.

### B.1.5   Lease Notice (LN)

A lease notice (LN) provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. A lease notice also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease notices are not an RMP-level decision and new lease notices may be added to fluid mineral leases at the time of sale. Lease notices outlined in this appendix are more commonly used by the UFO. Lease notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing. Refer to **Table B-5**.

### B.1.6   Condition of Approval (COA)

Conditions of Approval are conditions or provisions (requirements) under which an Application for Permit to Drill is approved. Conditions of Approval minimize, mitigate, or prevent impacts to resource values or other uses of public lands.

### B.1.7   Project Mitigation and Monitoring

Stipulations are designed to provide resource-specific protections. Permit holders shall be responsible for the monitoring and reporting deemed necessary to document and maintain mandated protective measures. Also, the BLM retains the right to modify the operations of all surface and other disturbance activities caused by the presence of humans and to require additional specific or specialized mitigation following the submission of a detailed plan of development or other project proposal, a monitoring report, and an environmental analysis of such.

BLM_0110880

## B.2   EXCEPTIONS, MODIFICATIONS, AND WAIVERS APPLICABLE TO FLUID MINERAL LEASING

Stipulations could be excepted, modified, or waived by the Authorized Officer. An exception exempts the holder of the land use authorization document from the stipulation on a one-time basis for a particular site within the leasehold or project area. A modification changes the language or provisions of a surface stipulation, either temporarily or for the term of the lease or project. A waiver permanently exempts the surface stipulation. The environmental analysis document prepared for site-specific proposals such as oil and gas development (e.g., Applications for Permit to Drill, Sundry Notices) also needs to include and address a proposal to exempt, modify, or waive a surface stipulation.

### B.2.1   Standard Exception

The standard exception applies to all NSOs, CSUs, and TLs, even though the standard exception is not included in the "exception" portion of **Tables B-2** through **B-4**. Exceptions are determined on a case-by-case basis and may be granted by the Authorized Officer if it can be demonstrated that the surface-disturbing activity would:

1. not cause adverse impacts;
2. have negligible impacts;
3. not interfere with fire suppression or health and safety objectives;

In situations where an activity is excepted from a lease stipulation, the activity could be subject to additional conditions of approval, reclamation measures, or BMPs. Measures required would be based on the nature and extent of resource values potentially affected by the surface-disturbing activity. Excepted lease stipulations are granted on a one-time case-by-case basis and will not necessarily constitute subsequent approvals.

### B.2.2   Standard Modification

A 30-day public notice and comment period is required before modification of a stipulation.

### B.2.3   Standard Waiver

No permanent exemptions or waivers are authorized unless the areas mapped as possessing the attributes are field verified by BLM staff to lack those attributes.

## B.3   DESCRIPTION OF RESTRICTIONS APPLICABLE TO SURFACE-DISTURBING ACTIVITIES

**Tables B-6** and **B-7** provide details of the stipulations and protected resources including exceptions, modifications, and waivers by alternative. Three types of restrictions could be applied to land use authorizations other than fluid mineral leases: 1) no ground disturbance (NGD); 2) site-specific relocation (SSR); and 3) timing limitation (TL).

Restrictions applicable to surface-disturbing activities apply to other activities besides fluid mineral leasing, including those conducted by the BLM.

Exceptions, modifications, and waivers are not applicable to NGD or SSR restrictions; however they are applicable to TL restrictions.

BLM_0110881

### B.3.1   No Ground Disturbance (NGD)

Areas restricted by NGD are closed only to all surface-disturbing activities. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife.

An NGD stipulation cannot be applied to operations conducted under the 1872 Mining Law without a withdrawal. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas identified as NGD are open to operations conducted under the mining laws subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws.

In addition, the following actions or activities are not subject to the NGD stipulation because specific laws and program terminology constrain them. However, these actions or activities may be subject to SSR or TL stipulations:

- <u>Right-of-way (ROW) location</u>: instead of identifying areas as NGD, areas can be identified as "ROW exclusion" areas.

- <u>Coal leasing</u>: instead of identifying areas as NGD, areas can be identified as open or closed to coal leasing.

- <u>Non-energy solid mineral leasing</u>: instead of identifying areas as NGD, areas can be identified as open or closed to non-energy solid mineral leasing.

- <u>Mineral material disposal</u>: instead of identifying areas as NGD, areas can be identified as open or closed to mineral material disposal.

### B.3.2   Site-specific Relocation (SSR)

An SSR restriction is similar to a CSU restriction in that it allows some use and occupancy of public land while protecting identified resources or values. SSR areas are potentially open to surface-disturbing activities but the restriction allows the BLM to require special constraints, or the activity can be shifted to protect the specified resource or value. Activities that are not considered surface disturbing include, but are not limited to, livestock grazing, cross-country hiking or equestrian use, installing signs, minimum impact filming, vehicular travel on designated routes, and general use of the land by wildlife.

Right-of-way location authorizations are not subject to the SSR restriction because it is constrained in other ways. Instead of identifying areas as SSR, areas can be identified as "ROW avoidance" areas. The action may be subject to TL stipulations.

### B.3.3   Timing Limitations (TL)

The timing limitation (TL) restriction for surface-disturbing activities is the same as the TL stipulation for fluid mineral leasing and associated activities. Refer to **Section B.1.4**, Timing Limitations (TL).

BLM_0110882

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-1**
**Areas Closed to Fluid Mineral Leasing (NL)**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Soils and Water | | | | | |
| **NL-1/NGD-3** *Major River Corridors* BLM Surface: 26,990 acres US Mineral Estate: 1,620 acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. **PURPOSE:** To protect the river corridor that provide: a) water quality/filtering values; b) important riparian values; c) special status fish and wildlife species habitat; d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of these major rivers. **JUSTIFICATION:** Closing these areas to fluid development is the preservation, low intensity management option. This action will eliminate the potential negative effects from oil/gas development on water quality; hydrologic function and condition of stream channels, banks, floodplains, riparian communities, and wildlife habitat. | | • | | |
| **NL-2** *Surface Water Supply Streams and Public Water Supplies* BLM Surface: 11,120 acres US Mineral Estate: 3,770 acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration within 2,640 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and within a 2,640-foot buffer of all Public Water Supplies using a groundwater well or spring. **PURPOSE:** BLM: Insert purpose **JUSTIFICATION:** BLM: Insert justification | • | | | |
| **NL-3** *Surface Water Supply Streams and Public Water Supplies* BLM Surface: 4,720 acres US Mineral Estate: 1,610 acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado; and within a 1,000-foot buffer of all Public Water Supplies using a groundwater well or spring. **PURPOSE:** BLM: Insert purpose **JUSTIFICATION:** BLM: Insert justification | | | • | • |

BLM_0110883

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-1**
**Areas Closed to Fluid Mineral Leasing (NL)**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NL-4** *Domestic Water Wells* BLM Surface: 11,100 acres US Mineral Estate: 23,760 acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration areas within 1,000 horizontal feet of all domestic water wells. **PURPOSE:** To protect domestic water wells from potential impacts during oil and gas development, including spills/leaks of hazardous fluids. **JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic sources. | | • | | |
| Terrestrial Wildlife | | | | | |
| **NL-5** *National Recreation Areas, State Parks and Wildlife Areas* BLM Surface: 9,200 acres US Mineral Estate: 7,210 acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration the following areas where BLM holds the fluid mineral rights: • Curecanti National Recreation Area   ○ BLM Surface: 7,120 acres   ○ US Mineral Estate: 0 acres • State Parks   ○ BLM Surface     ▪ Paonia: 1,070 acres     ▪ Crawford: 120 acres     ▪ Ridgway: 880 acres   ○ US Mineral Estate     ▪ Paonia: 40 acres     ▪ Crawford: 600 acres     ▪ Ridgway: 160 acres • State Wildlife Areas   ○ BLM Surface     ▪ Escalante: 10 acres     ▪ Billy Creek: 1 acres     ▪ Dan Noble: 0 acres     ▪ Woods Lake: 0 acres     ▪ McCluskey: 0 acres     ▪ Roeber/Paonia: 0 acres   ○ US Mineral Estate     ▪ Escalante: 2,200 acres     ▪ Billy Creek: 3,010 acres     ▪ Dan Noble: 560 acres     ▪ Woods Lake: 0 acres     ▪ McCluskey: 80 acres | | • | | |

BLM_0110884

## Table B-1
## Areas Closed to Fluid Mineral Leasing (NL)

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | ▪ Roeber/Paonia: 0 acres<br>• Municipal Parks (Buckhorn):<br>  ○ BLM Surface: 0 acres<br>  ○ US Mineral Estate: 560 acres<br><br>**PURPOSE:** BLM provide purpose.<br><br>**JUSTIFICATION:** BLM provide justification. | | | | |
| | Special Status Terrestrial Wildlife | | | | |
| **NL-6/NGD-15**<br><br>Gunnison Sage-grouse Breeding (Lek) Habitat<br>BLM Surface:<br>  1,330 acres<br>US Mineral Estate:<br>  5,370 acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities, all Gunnison sage-grouse lek habitat plus a 0.60-mile radius. When existing leases expire, do not re-offer for lease in occupied Gunnison sage-grouse habitat.<br><br>**PURPOSE:** BLM provide purpose.<br><br>**JUSTIFICATION:** BLM provide justification. | | • | | |
| | Lands with Wilderness Characteristics | | | | |
| **NL-7/NGD-32**<br><br>Lands Identified for Wilderness Characteristics Protection<br>BLM Surface:<br>  17,050 acres | **STIPULATION:** Close to fluid mineral leasing and geophysical exploration, and prohibit surface-disturbing activities on, lands identified for wilderness characteristics protection:<br><br>• Monitor and Potter Canyons (6,950 acres);<br>• Roc Creek/Carpenter Ridge (4,310 acres); and<br>• Upper Dry Creek Basin (5,790 acres).<br><br>**PURPOSE:** BLM provide purpose.<br><br>**JUSTIFICATION:** BLM provide justification. | | • | | |
| | Recreation and Visitor Services | | | | |
| **NL-8**<br><br>SRMAs<br>BLM Surface:<br>  83,890 acres | **STIPULATION:** Close the following SRMAs to fluid mineral leasing:<br><br>• Dolores River Canyon<br>• Dry Creek RMZ 1, 2, 4<br>• Jumbo Mountain RMZ 1<br>• Kinikin Hills RMZ 1<br>• Paradox Valley RMZ 4<br>• Ridgway Trails RMZ 1<br>• Roubideau<br>• San Miguel River | | • | | |

BLM_0110885

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-1**
**Areas Closed to Fluid Mineral Leasing (NL)**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:-:|:-:|:-:|:-:|
| | | A | B | C | D |
| | • Spring Creek RMZ 1, 2 **PURPOSE:** BLM provide purpose. **JUSTIFICATION:** BLM provide justification. | | | | |
| | Areas of Critical Environmental Concern | | | | |
| **NL-9** *ACECs* Alternative A: BLM Surface: 6,380 acres Alternative B: BLM Surface: 50,440 acres | **STIPULATION:** Close the following ACECs to fluid mineral leasing: Alternative A: • Adobe Badlands ACEC (6,380 acres) Alternative B: • Needle Rock (80 acres); • Roubideau-Potter-Monitor (14,940 acres); and • San Miguel River (35,420) **PURPOSE:** BLM provide purpose. **JUSTIFICATION:** BLM provide justification. | • | • | | |
| | Wilderness and Wilderness Study Areas | | | | |
| **NL-10** *Tabeguache Area* BLM Surface: 8,080 acres | **STIPULATION:** Close the Tabeguache Area to fluid mineral leasing and geophysical exploration. **PURPOSE:** BLM provide purpose. **JUSTIFICATION:** BLM provide justification. | • | • | • | • |
| **NL-11** *Wilderness Study Areas* BLM Surface: 36,340 acres | **STIPULATION:** Close WSAs to fluid mineral leasing and geophysical exploration. **PURPOSE:** BLM provide purpose. **JUSTIFICATION:** BLM provide justification. | • | • | • | • |
| **NL-12/NGD-36** *Sewemup Mesa WSA if Released from Wilderness Consideration* BLM Surface: 1,780 acres | **STIPULATION:** If released from wilderness consideration, close Sewemup Mesa to fluid mineral leasing and geophysical exploration. **PURPOSE:** BLM provide purpose. **JUSTIFICATION:** BLM provide justification. | | • | | |

[1] The sum of acres closed to leasing in this table may add up to more than the total acres closed to fluid mineral leasing presented in Chapter 2 as some areas may overlap.

BLM_0110886

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Soils and Water | | | | |
| **NSO-1/NGD-1** *Saline/Selenium Soils* BLM Surface: 107,170 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within areas mapped as soils with elevated levels of salinity/selenium. Intensively manage livestock grazing (e.g., reducing AUMs, limiting season of use and summer grazing, including additional rest-rotation) to reduce impacts to soils with elevated levels of salinity/selenium. **PURPOSE:** BLM provide purpose. **EXCEPTION:** BLM provide exception. **MODIFICATION:** BLM provide modification. **WAIVER:** BLM provide waiver. **JUSTIFICATION:** BLM provide justification. | | • | | |
| **NSO-2/NGD-2** *Slopes of or Greater than 30 Percent* BLM Surface: 174,570 acres US Mineral Estate: 46,600 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on slopes of or greater than 30 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion). **PURPOSE:** Slopes greater than 30 percent are typically considered steep slopes. Surface disturbing activities on steep slopes should be avoided to minimize accelerated erosion and loss of soil productivity, which often has long-term, irreversible impacts. **EXCEPTION:** Equestrian or pedestrian trails and fences built to BLM standards. **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect steep slopes, which are prone to accelerated erosion, and have limited reclamation potential. | | • | | |
| **NSO-3** *Slopes of or Greater than 40 Percent* BLM Surface: 115,100 acres US Mineral Estate: 23,990 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on slopes of or greater than 40 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion). **PURPOSE:** Slopes greater than 30 percent are typically considered steep slopes. Surface disturbing activities on steep slopes should be avoided to minimize accelerated erosion and loss of soil productivity, which often has long-term, irreversible impacts. | | | | • |

BLM_0110887

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Standard EXCEPTION, MODIFICATION, and WAIVER apply. JUSTIFICATION: This stipulation is required to protect steep slopes, which are prone to accelerated erosion, and have limited reclamation potential. | | | | |
| **NSO-4/SSR-9** *Major River Corridors* BLM Surface: 26,990 acres US Mineral Estate: 1,060 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. **PURPOSE:** To protect the river corridor that provide: a) water quality/filtering values; b) important riparian values; c) special status fish and wildlife species habitat; d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of these major rivers. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | • |
| **NSO-5/NGD-4** *Perennial Streams* BLM Surface: 40,050 acres US Mineral Estate: 19,460 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. **PURPOSE:** To protect water quality, aquatic value, and prevent channel degradation. **EXCEPTION:** Essential soil disturbing activities such as roads, trails, and spring development (subject to BMPs and COAs). **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between | | • | | |

BLM_0110888

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | sediment supply and flow resulting in accelerated erosion and decreased water quality. This stipulation is also designed to minimize direct surface water contamination due to spills or leaks. | | | | |
| **NSO-6/SSR-11** *Perennial Streams* BLM Surface: 24,030 acres US Mineral Estate: 11,720 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 300 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams.<br><br>**PURPOSE:** To protect water quality, aquatic value, and prevent channel degradation.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between sediment supply and flow resulting in accelerated erosion and decreased water quality. This stipulation is also designed to minimize direct surface water contamination due to spills or leaks. | | | | • |
| **NSO-7/NGD-5** *Intermittent and Ephemeral Streams* BLM Surface: 271,630 acres US Mineral Estate: 81,690 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of intermittent and ephemeral streams.<br><br>**PURPOSE:** To protect water quality and aquatic value, prevent channel degradation, and minimize direct surface water contamination due to spills or leaks.<br><br>**EXCEPTION:** Essential soil disturbing activities such as roads, trails, and spring development (subject to BMPs and COAs).<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between sediment supply and flow resulting in accelerated erosion and decreased water quality. | | • | | |
| **NSO-8** *Domestic Water Wells* | **STIPULATION:** Prohibit surface occupancy within 1,000 horizontal feet of all domestic water wells.<br><br>**PURPOSE:** To protect domestic water wells from potential | | | | • |

BLM_0110889

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| BLM Surface: 11,100 acres US Mineral Estate: 23,760 acres | impacts during oil and gas development, including spills/leaks of hazardous fluids. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic sources. | | | | |
| | *Vegetation* | | | | |
| **NSO-9/NGD-7** *Pristine, Ancient, and Rare Vegetation Communities* BLM Surface: 15,470 acres US Mineral Estate: 880 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within pristine, ancient, and rare vegetation communities. **PURPOSE:** BLM provide purpose. **EXCEPTION:** BLM provide exception. **MODIFICATION:** BLM provide modification. **WAIVER:** BLM provide waiver. **JUSTIFICATION:** BLM provide justification. | | • | | |
| **NSO-10/NGD-8** *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps* BLM Surface: 48,760 acres US Mineral Estate: 1,550 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 500 feet from the edge of perennial and intermittent streams and naturally occurring wetlands, springs, and seeps. **PURPOSE:** To protect perennial and intermittent streams, and natural wetlands from increased erosion, weed introduction, and hydrologic alteration. **EXCEPTION:** This stipulation may be excepted subject to an on-site impact analysis with consideration given to level of damage to the riparian and wetland values, and likelihood of mitigation effectiveness. **MODIFICATION:** Standard modification applies. **WAIVER:** The restriction on surface occupancy will be waived where it can be demonstrated that the project will disturb less than ½ acre and will take place in areas where cumulative impacts have not caused health problems. **JUSTIFICATION:** This stipulation is required to minimize impacts from new activities in riparian zones and wetlands which are comparatively scarce in the UFO. | | • | | |

Internal Public Distribution — Not for Public Distribution

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:-:|:-:|:-:|:-:|
| | | A | B | C | D |
| **NSO-11/SSR-16** *Naturally Occurring Riparian and Wetland Areas, Springs, and Seeps* BLM Surface: 32,100 acres US Mineral Estate: 19,630 acres Draft COSO stip | **STIPULATION:** Prohibit surface occupancy and surface disturbing activities within a minimum buffer distance of 325 horizontal feet for all perennial waters. For perennial streams, the buffer will be measured from ordinary high water mark (bankfull stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent. For unmapped wetlands, the vegetative boundary (from which the buffer originates) will be determined in the field. Where the riparian zone extends beyond 325 feet, the NSO would be extended to include the entire riparian zone. | | | | • |

| Water Body Type | Buffer Width, Feet |
|---|---|
| Fens and wetlands | 325* |
| Perennial streams (with or without fish) | 325 (as measured from ordinary high water mark |
| Lotic or lentic springs and seeps | 325 (as measured from wetland vegetation edge |
| Riparian | 325 (or greater if riparian area is wider than 325 feet) |



source perennial water ← Flow direction

edge of buffer ← *

**PURPOSE:** To maintain the proper functioning condition, including the vegetative, hydrologic and geomorphic functionality of the perennial water body. Protect water quality, fish habitat, aquatic habitat, and provide a clean, reliable source of water for downstream users. Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species.

**EXCEPTION:** An exception may be granted for stream crossings where no other alternative exists, such as another route, and must be approved by the authorized officer.

**MODIFICATION:** Wetland buffer dimensions may be averaged to accommodate variability in terrain or development plans. Up-gradient distances should be

Internal Public Distribution
Not for Distribution

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | maintained (i.e.: up- gradient buffer distances of 325 feet), while down-gradient buffers may be reduced to no less than 100 feet. The buffer averaging must, however, not adversely affect wetland functions and values, and a minimum buffer distance of 100 feet from the wetland edge is maintained. The buffer's intent is to protect the water source area of the wetland, which is more important than the down-gradient portion of the wetland.  **WAIVER:** Standard waiver applies.  **JUSTIFICATION:** This stipulation is required to minimize impacts from new activities in riparian zones and wetlands which are comparatively scarce in the UFO. | | | | |
| Terrestrial Wildlife | | | | | |
| **NSO-12**  *Biological Core Areas*  Alternative B:  BLM Surface: 186,280 acres  Alternative C:  BLM Surface: 36,970 acres | **STIPULATION:** Prohibit surface occupancy within portions of Biological Core areas, as follows:  Alternative B:  • Adobe Zone 1 (11,520 acres);  • Burn Canyon Zones 1-3 (14,110 acres);  • Dry Creek Zones 1-4 (14,340 acres);  • Jumbo Mountain/McDonald Creek Zones 1-5 (17,250 acres);  • La Sal Zones 1-3 (22,370 acres);  • Monitor-Potter-Roubideau Zones 1-11 (27,320 acres);  • Ridgway Zones 1-4 (16,700 acres);  • San Miguel Zones 1-7 (25,520 acres);  • Spring Canyon (3,380 acres);  • Tabeguache Zones 1-10 ( 31,540xx acres); and  • Terror Creek (2,230 acres)  Alternative C:  • La Sal Zones 1 and 3 (13,290 acres);  • San Miguel Zones 1-3 (9,890 acres); and  • Tabeguache Zones 1-3 (13,790 acres)  **PURPOSE:** To provide protection for important Biological Core/Corridor areas and migration corridors. Biological Core/Corridor areas are habitats determined by the BLM UFO to be crucial to plant and animal biodiversity and conservation at the landscape scale. Biological Core/Corridor areas encompass both cores and migration corridors. | | • | • | |

BLM_0110892

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | **EXCEPTION:** Standard exceptions apply. Plus, an exception would be provided for habitat improvement projects. Habitat improvements would be demonstrably positive for target species without being detrimental to native species populations.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation will ensure biological diversity and species conservation by protecting a landscape network of Biological Core/Corridor areas (intact islands of crucial habitat) and migration/ movement corridors. | | | | |
| **NSO-13**<br><br>*National Recreation Areas, State Parks and Wildlife Areas*<br>BLM Surface:<br>  9,200 acres<br>US Mineral Estate:<br>  7,210 acres<br><span style="background:yellow">COSO draft stip</span> | **STIPULATION:** Prohibit surface occupancy in areas where BLM holds the fluid mineral rights under the following areas:<br>• Curecanti National Recreation Area<br>  ○ BLM Surface: 7,120 acres<br>  ○ US Mineral Estate: 0 acres<br>• State Parks<br>  ○ BLM Surface<br>    ▪ Paonia: 1,070 acres<br>    ▪ Crawford: 120 acres<br>    ▪ Ridgway: 880 acres<br>  ○ US Mineral Estate<br>    ▪ Paonia: 40 acres<br>    ▪ Crawford: 600 acres<br>    ▪ Ridgway: 160 acres<br>• State Wildlife Areas<br>  ○ BLM Surface<br>    ▪ Escalante: 10 acres<br>    ▪ Billy Creek: 1 acres<br>    ▪ Dan Noble: 0 acres<br>    ▪ Woods Lake: 0 acres<br>    ▪ McCluskey: 0 acres<br>    ▪ Roeber/Paonia: 0 acres<br>  ○ US Mineral Estate<br>    ▪ Escalante: 2,200 acres<br>    ▪ Billy Creek: 3,010 acres<br>    ▪ Dan Noble: 560 acres<br>    ▪ Woods Lake: 0 acres<br>    ▪ McCluskey: 80 acres<br>    ▪ Roeber/Paonia: 0 acres | | | | • |

BLM_0110893

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | • Municipal Parks (Buckhorn):<br>  o BLM Surface: 0 acres<br>  o US Mineral Estate: 560 acres<br><br>**PURPOSE:** Protect high value wildlife habitat and recreation values associated with designated State Wildlife Areas<br><br>**EXCEPTION:** An exception may be granted or substituted with a timing limitation, by the Field Manager in coordination with CDOW, if an environmental analysis determines that the action, as proposed or conditioned, would not impair the values of the SWA.<br><br>**MODIFICATION:** The no surface occupancy area may be modified in extent, by the Field Manager in coordination with CDOW, if an environmental analysis finds that a portion of the area is nonessential to site utility or function, or that the proposed action could be conditioned so as not to impair the current or future values of the site. The stipulation may also be modified if the proponent, and Colorado Division of Wildlife, and where necessary, other affected interest, negotiate compensation that satisfactorily offsets anticipated impacts to the SWA.<br><br>**WAIVER:** This stipulation may be waived if the Colorado Division of Wildlife disposes of the site.<br><br>**JUSTIFICATION**: This stipulation will protect the values for which the areas were set aside, help minimize animal damage control issues on neighboring lands (private and public), and ensure security areas for terrestrial species. | | | | |
| *NSO-CO-7*<br>*(BLM 1991)*<br>*Waterfowl and Shorebirds*<br>BLM Surface:<br>  0 acres | **STIPULATION:** Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries).<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | • | | | |
| **NSO-14/SSR-20**<br>*Waterfowl and Shorebird Breeding Habitats* | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) of the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. | | | | • |

BLM_0110894

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| BLM Surface: 27,730 acres US Mineral Estate: 2,070 acres | **PURPOSE:** To protect important seasonal reproduction areas for waterfowl and shorebirds, consistent with the Migratory Bird Treaty Act and other laws. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation provides for protection of migratory waterfowl reproduction areas and is intended to protect birds from disturbance and displacement by human activities. Waterfowl production areas are critical to the viability of these species. | | | | |
| | Special Status Plants | | | | |
| *NSO-UB-2* *(BLM 1989a)* *Threatened, Endangered, Candidate, and Sensitive Plant Areas* BLM Surface: 240 acres | **STIPULATION:** Prohibit surface occupancy in the Fairview South RNA/ACEC to protect the threatened, endangered, candidate, and sensitive plants and their potential habitat. **PURPOSE:** To protect the threatened, endangered, candidate, and sensitive plants and their potential habitat within the Fairview Research Natural Area, an area of critical environmental concern. **EXCEPTION:** This stipulation may be waived, excepted, or modified by the Authorized Officer if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on threatened, endangered, candidate, and sensitive plants and their potential habitats within these areas. **Standard MODIFICATION and WAIVER apply.** | • | | | |
| *NSO-CO-8* *(BLM 1991)* *Special Status Plant Species* BLM Surface: 160 acres | **STIPULATION:** NSO on habitat areas with special status plant species (Includes federally-listed and proposed species for listing and candidate species). **EXCEPTION:** Exception for special status plant species habitat. The NSO may be altered after important factors are considered in a site-specific impact analysis such as the type and amount of surface disturbance, plant frequency and density, and the relocation of disturbances. **Standard MODIFICATION and WAIVER apply.** | • | | | |
| **NSO-15/NGD-9** *Federally Listed, Candidate, and* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 300 meters of occupied habitat of known federally protected plant populations. | | • | | |

BLM_0110895

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *Proposed Species' Occupied and Historic Habitat* BLM Surface: 8,820 acres US Mineral Estate: 1,210 acres | **PURPOSE:** The protection buffer reduces dust transport, weed invasion, unauthorized vehicular activities, and chemical and produced-water spills and those effects on special status plant populations. It also reduces impact to important pollinators and their habitat. **EXCEPTION:** This stipulation is excepted in the North Delta OHV Area. *(BLM: in Alternative B the North Delta area is not open. Should there still be an exception?)* **MODIFICATION:** Small scale disturbances (consider spatial and temporal variables) such as recreation trail construction, vegetation trimming, handtool work, etc, would be permitted outside of a 30-meter buffer from known federally protected plant populations. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect known special status plant populations and occupied habitat. | | | | |
| **NSO-16/SSR-24** *Federally Listed and Candidate Species' Habitat* BLM Surface: 7,570 acres US Mineral Estate: 1,300 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 200-meters (656-foot) of occupied habitat of federally listed and candidate plant species. In addition, prohibit surface occupancy within areas designated as critical habitat. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** An exception may be granted by the Authorized Officer if it can be demonstrated that the activity would not cause adverse impacts or have negligible impacts. In addition, surface occupancy may be authorized following ESA Section 7 consultation with the USFWS (for species listed under the ESA) and it is determined that the activity would not impair values associated with the maintenance or recovery of the species. If an exception is granted, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. **MODIFICATION:** The authorized officer may modify (increase, decrease, or relocate) the area subject to the stipulation if it is determined that the nature or conduct of the activity, as proposed or conditioned, would not impair values | | | | • |

BLM_0110896

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:-:|:-:|:-:|:-:|
| | | A | B | C | D |
| | associated with the maintenance or recovery of the species. | | | | |
| | **WAIVER:** A waiver may be granted by the Authorized Officer if the species becomes extinct or if the site has been degraded to the extent that the habitat may no longer support viable populations of TE&S species. | | | | |
| | **JUSTIFICATION:** BLM: Insert justification. | | | | |
| | Special Status Fish and Aquatic Wildlife | | | | |
| **NSO-17/NGD-10** *Occupied Federally Listed Fish Habitat* BLM Surface: 51,460 acres US Mineral Estate: 2,390 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 1.00 mile of federally listed fish occupied habitat. **PURPOSE:** To protect occupied habitat for a federally threatened species. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect a federally threatened species and its habitat. | | • | | |
| **NSO-18/NGD-11** *Occupied Federally Listed Fish Habitat* BLM Surface: 25,410 acres US Mineral Estate: 880 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.50-mile of federally listed fish occupied habitat. **PURPOSE:** To protect occupied habitat for a federally threatened species. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect a federally threatened species and its habitat. | | | • | |
| **NSO-19/NGD-12** *Occupied Federally Listed Fish and Native Cutthroat Trout Habitat* BLM Surface: 59,140 acres US Mineral Estate: 10,690 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 2,500 horizontal feet on either side of the ordinary high water mark of the following major river corridors: • San Miguel River below Pinyon; • Dolores River; and • Lower Gunnison River below Delta. Prohibit surface-disturbing activities within 300 feet of the edge of the ordinary high-water mark (bank-full stage) of occupied native cutthroat trout habitat. | | | | • |

BLM_0110897

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) **Protected Resource Acres/Miles Affected**[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **PURPOSE:** *BLM: Insert purpose.* | | | | |
| | **EXCEPTION:** *BLM: Insert exception.* | | | | |
| | **MODIFICATION:** *BLM: Insert modification.* | | | | |
| | **WAIVER:** *BLM: Insert waiver.* | | | | |
| | **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| | Special Status Terrestrial Wildlife | | | | |
| **NSO-20/NGD-13** *Federally Threatened, Endangered, and Candidate Species' Occupied Habitat* BLM Surface: 14,930 acres US Mineral Estate: 2,010 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within known occupied habitat for federally threatened and endangered species, except for Canada lynx. **PURPOSE:** To protect all known and currently occupied core habitats for federally protected species, in accordance with ESA. **MODIFICATION:** Standard Modifications apply. For unavoidable habitat losses, modification of the NSO area may be issued provided the following criteria are all satisfied: 1. Sec.7 consultation is completed and FWS recommended conservation measures are fully applied; 2. No direct "take" of protected species occurs as a result of the action; and 3. Lost or degraded habitat is fully restored through on-site or off-site mitigation, as determined by the BLM biologist. **Standard EXCEPTION and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect occupied habitat for federally protected species. | | • | | |
| **NSO-21/SSR-29** *Federally Threatened, Endangered, and Candidate Species' Occupied Habitat (except Canada lynx and Mexican spotted owl)* BLM Surface: 7,570 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions to surface-disturbing activities within known occupied habitat for federally threatened and endangered species, except for Canada lynx and Mexican spotted owl. **PURPOSE:** *BLM: Insert purpose.* **EXCEPTION:** *BLM: Insert exception.* **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* **JUSTIFICATION:** *BLM: Insert justification.* | | | | • |

BLM_0110898

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| US Mineral Estate: 1,300 acres | | | | | |
| **NSO-22/NGD-14** *Yellow-billed Cuckoo Habitat* BLM Surface: 6,080 acres US Mineral Estate: 1,370 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in yellow-billed cuckoo habitat. **PURPOSE:** ==BLM: Insert purpose.== **EXCEPTION:** ==BLM: Insert exception.== **MODIFICATION:** ==BLM: Insert modification.== **WAIVER:** ==BLM: Insert waiver.== **JUSTIFICATION:** ==BLM: Insert justification.== | | • | | |
| *NSO-CO-2 (BLM 1991) Grouse (sage-grouse, mountain sharp-tailed, and lesser and greater prairie chickens)* BLM Surface: 1,400 acres | **STIPULATION:** Prohibit surface occupancy within 0.25-mile radius of a lek site (courtship area) for grouse (sage- and mountain sharp-tailed grouse, and lesser and greater prairie chickens). **EXCEPTION:** For grouse leks the NSO area may be altered depending upon the active status of the lek or the geographical relationship of topographical barriers and vegetation screening to the lek site. **Standard MODIFICATION and WAIVER apply.** | • | | | |
| **NSO-23/NGD-16** *Gunnison Sage-grouse Breeding (Lek) Habitat* BLM Surface: 2,980 acres US Mineral Estate: 9,890 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 1.00 mile of Gunnison sage-grouse leks. **PURPOSE:** To protect Gunnison sage-grouse breeding habitats including leks, nesting, and early brood-rearing habitats. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation will protect important sage grouse habitats. | | | • | |
| **NSO-24/SSR-34** *Gunnison Sage-grouse Breeding (Lek) Habitat* BLM Surface: 1,330 acres US Mineral Estate: 5,370 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within a 0.60-mile radius of Gunnison sage-grouse leks. **PURPOSE:** Maintain integrity of habitat surrounding leks that are used during the breeding period **EXCEPTION:** An exception may be granted by the Field Manager if an environmental analysis determines that the | | | | • |

BLM_0110899

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities. | | | | |
| | **MODIFICATION:** The no surface occupancy or use area may be modified in extent, or substituted with a timing limitation, by the Field Manager if an environmental analysis finds 1) that a portion of the area is nonessential to site utility or function, 2) that the proposed action could be conditioned so as not to impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities, or 3) it is determined that the site has been unoccupied for a minimum of 10 years unless the area has been identified for habitat restoration and population recovery. | | | | |
| | The stipulation may also be modified if the proponent, Bureau of Land Management, Colorado Division of Wildlife, and where necessary, other affected interest, negotiate compensation that satisfactorily offsets anticipated impacts to sage-grouse breeding activities and/or habitats. | | | | |
| | **WAIVER:** The Field Manager may grant a waiver if, in cooperation with the Colorado Division of Wildlife, it is determined that the lease area is no longer capable of supporting suitable lekking activity. | | | | |
| | **JUSTIFICATION:** BLM: Insert justification. | | | | |
| **NSO-25/NGD-17** *Gunnison Sage-grouse Breeding (Non-lek) Habitat* BLM Surface: 42,850 acres US Mineral Estate: 43,890 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 4.00 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | • | | |
| *NSO-CO-3 (BLM 1991)* | **STIPULATION:** Prohibit surface occupancy and use within 0.125-mile of nest site. | • | | • | |

BLM_0110900

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NSO-26**<br><br>*Raptors (golden eagle, osprey, accipiters, falcons [except kestrel], buteos, and owls)*<br><br>BLM Surface:<br>  650 acres<br><br>US Mineral Estate:<br>  0 acres | **MODIFICATION:** The NSO area may be altered depending on the active status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br><br>**Standard EXCEPTION and WAIVER apply.** | | | | |
| **NSO-27/NGD-18**<br><br>*Raptor Nest Sites*<br><br>BLM Surface:<br>  2,930 acres<br><br>US Mineral Estate:<br>  1,300 acres | **STIPULATION:**<br><br><u>Special Status Raptors</u>:  Prohibit surface occupancy and surface disturbing activities within 0.25-mile of active special status raptor nest sites and associated alternate nests.<br><br><u>Non-Special Status Raptors (*except kestrel*)</u>: Prohibit surface occupancy and surface disturbing-activities within 0.125-mile (660 feet) of active nest sites and associated alternate nests.<br><br>**PURPOSE:** To protect special status raptor nests and surrounding habitat components and structure. To comply with the Migratory Bird Treaty Act.<br><br>**MODIFICATION:** Standard modifications apply, plus: The NSO area may be modified in cases where topographic configuration ensures an effective visual/ noise barrier between disruptive activities and the nest site or when activities will not result in adverse modification of vegetation and stand structure.<br><br>**Standard EXCEPTION and WAIVER apply.**<br><br>**JUSTIFICATION:** To protect breeding and nesting raptors and broods. | | • | | |
| **NSO-28/NGD-19**<br><br>*Non-special Status Raptor Nest Sites (except American kestrel, red-tailed hawk, and great-horned owl)*<br><br>BLM Surface: *No Data* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 330 feet of active nest sites and associated alternate nests, except for American kestrel, red-tailed hawk, and great-horned owl.<br><br>**PURPOSE:** To protect special status raptor nests and surrounding habitat components and structure. To comply with the Migratory Bird Treaty Act.<br><br>**MODIFICATION:** Standard modifications apply, plus: The | | | • | |

Internal Draft - Do not cite or distribute

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | NSO area may be modified in cases where topographic configuration ensures an effective visual/ noise barrier between disruptive activities and the nest site or when activities will not result in adverse modification of vegetation and stand structure.  **Standard EXCEPTION and WAIVER apply.**  **JUSTIFICATION:** To protect breeding and nesting raptors and broods. | | | | |
| **NSO-29/NGD-20** *Special Status Raptor Nest Sites (except Mexican spotted owl)* BLM Surface: 2,930 acres US Mineral Estate: 1,450 acres COSO draft stip | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within the following areas:  • Bald Eagle: within 0.25-mile - of active and inactive nest sites or within 100 meters of abandoned nests (i.e., unoccupied for 5 consecutive years but with all or part of the nest remaining);  • Golden Eagle: within 0.25-mile of active and inactive nest sites;  • Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: within 0.50-mile of active and inactive nest sites;  • Other Special Status Raptors (except Mexican spotted owl): within 0.25-mile of active and inactive nest sites.  **EXCEPTION:** An exception can be granted if an environmental analysis of the proposed action indicates that nature or conduct of the activity could be conditioned so as not to impair the utility of the nest for current or subsequent nesting activity or occupancy.  **MODIFICATION:** The Field Manager may modify the stipulation buffer distances or substitute with a timing limitation if an environmental analysis indicates that a portion of the area is nonessential to nest utility or function, or that the proposed action could be conditioned so as not to impair the utility of the nest site for current or subsequent nest activities or occupation.  The stipulation may also be modified if the proponent, Bureau of Land Management, Fish and Wildlife Service, and where necessary, other affected interests, negotiate compensation that satisfactorily offsets anticipated impacts to raptor breeding activities and/or habitats. Modifications could also occur if sufficient information is | | | | • |

BLM_0110902

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number *(Existing/*New**)** Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | provided that supports the contention that the action would not contribute to the suppression of breeding population densities or the population's production or recruitment regime from a regional perspective. A modification may be granted if the nest has remained unoccupied for a minimum of five years or conditions have changed such that there is no reasonable likelihood of site occupation over a minimum 10-year period. **WAIVER:** The Field Manager may grant a waiver if conditions have changed such that there is no reasonable likelihood of site occupation within the lease area. **JUSTIFICATION:** BLM: Insert justification. | | | | |
| **NSO-30** *Non-special Status Raptor Nest Sites* BLM Surface: *No Data* | **STIPULATION:** Prohibit surface occupancy within 0.25-mile of active and inactive nest sites of non-special status raptor nest sites. **PURPOSE:** BLM: insert purpose **EXCEPTION:** BLM insert exception **MODIFICATION:** BLM: insert modification **WAIVER:** BLM insert waiver **JUSTIFICATION:** BLM: Insert justification. | | | | • |
| *NSO-CO-4 (BLM 1991)* *Bald Eagle* BLM Surface: 1,290 acres | **STIPULATION:** Prohibit surface occupancy and use within 0.25-mile of bald eagle roost or nest sites. **MODIFICATION:** Exception for bald eagle roost site. The NSO applies to the essential features of the winter roost site complex. The NSO area may be altered depending on the active status of the roost or the geographical relationship of topographic barriers and vegetation screening. **Standard EXCEPTION and WAIVER apply.** | • | | | |
| **NSO-31/NGD-21** *Bald Eagle Winter Roost Sites* BLM Surface: 9,200 acres US Mineral Estate: 950 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.50-mile of bald eagle winter roost sites. **PURPOSE:** To maintain the integrity of active winter roost sites and surrounding habitat. **EXCEPTION:** The Field Manager may also grant an exception if an environmental analysis indicates that the nature | | • | | |

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| *COSO draft stip* | or conduct of the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent roosting activities or occupancy<br><br>**MODIFICATION:** The no surface occupancy stipulation may be modified by the Field Manager if an environmental analysis indicates that a portion of the area is nonessential to roost site function or utility; or that the proposed action could be conditioned to not impair the function or utility of the site for current or subsequent roosting activities or occupancy.<br><br>**WAIVER:** The stipulation may be waived if the site has failed to support roosting activities over a minimum three-year period.  A waiver may also apply if the area has changed such that there is no reasonable likelihood of  site occupation for a subsequent minimum period of 10 years.<br><br>**JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **NSO-32/NGD-22**<br><br>*Bald Eagle Winter Roost Sites*<br><br>BLM Surface:<br>  4,570 acres<br><br>US Mineral Estate:<br>  370 acres<br><br>*COSO draft stip* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of bald eagle winter roost sites.<br><br>**PURPOSE:** To maintain the integrity of active winter roost sites and surrounding habitat<br><br>**EXCEPTION:** The Field Manager may also grant an exception if an environmental analysis indicates that the nature or conduct of the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent roosting activities or occupancy<br><br>**MODIFICATION:** The no surface occupancy or use stipulation may be modified by the Field Manager if an environmental analysis indicates that a portion of the area is nonessential to roost site function or utility; or that the proposed action could be conditioned to not impair the function or utility of the site for current or subsequent roosting activities or occupancy.  The modification may be modified if the site has failed to support roosting activities over a minimum five year period.  A waiver may also apply if the area has changed such that there is no reasonable likelihood of  site occupation for a subsequent minimum | | | | • |

BLM_0110904

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | period of 10 years. | | | | |
| | **WAIVER:** The Field Manager may grant a waiver if the area has changed such that there is no reasonable likelihood of site occupation within the lease area. | | | | |
| | **JUSTIFICATION:** BLM: Insert justification. | | | | |
| *NSO-CO-5* (*BLM 1991*) *Peregrine Falcons* BLM Surface: 3,060 acres US Mineral Estate: 40 acres | **STIPULATION:** Prohibit surface occupancy and use within 0.25-mile of cliff nesting complex. (*Note: Peregrine falcon was removed from the federal list of threatened and endangered species in 1999. It is currently managed as a BLM sensitive species.*) **PURPOSE:** BLM: Insert purpose. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | • | | | |
| *NSO-CO-6* (*BLM 1991*) *Mexican Spotted Owl* BLM Surface: *No Data* | **STIPULATION:** Prohibit surface occupancy and use within 0.25-mile of confirmed roost and nesting sites. **PURPOSE:** BLM: Insert purpose. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | • | | | |
| **NSO-33/NGD-23** *Mexican Spotted Owl* BLM Surface: *No Data* | **STIPULATION** Prohibit surface occupancy and surface-disturbing activities within 1.0 mile of confirmed roost nesting sites. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | • | | |
| **NSO-34/NGD-24** *Mexican Spotted Owl* BLM Surface: *No Data* COSO draft stip | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on lands identified as Protected Activity Centers for Mexican spotted owl. **PURPOSE:** To maintain the integrity of the breeding and brood rearing complex. **EXCEPTION:** An exception can be granted if an environmental analysis of the proposed action and subsequent consultation indicates that the nature or conduct of the activity could be conditioned so as not to impair the utility of Protected Activity Center for current or subsequent | | | | • |

BLM_0110905

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | reproductive activity or occupancy. | | | | |
| | **MODIFICATION:** The Field Manager may modify the Protected Activity Center configuration or extent based on new information. Modification of the Protected Activity Center would be completed in coordination with FWS. Modifications could also occur if sufficient information is provided that supports the contention that the action would not contribute to the suppression of breeding population densities or the population's production or recruitment regime from a regional perspective. | | | | |
| | **WAIVER:** The Field Manager may grant a waiver if the Protected Activity Center conditions have changed such that there is no reasonable long-term likelihood of Protected Activity Center occupation. | | | | |
| | **JUSTIFICATION:** <mark>BLM: Insert justification.</mark> | | | | |
| **NSO-35/NGD-25** *Gunnison and White-tailed Prairie Dog Towns* BLM Surface: 6,480 acres US Mineral Estate: 710 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 150 feet of active prairie dog towns. **PURPOSE:** To protect prairie dog towns. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to protect sensitive and federal candidate species. | | • | | |
| **NSO-35/NGD-26** *Gunnison and White-tailed Prairie Dog Towns* BLM Surface: 90 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities of more than 1 acre in active prairie dog towns *less than* 10 acres in size. Relocate these activities outside the active prairie dog town. **PURPOSE:** To protect prairie dog towns. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to protect sensitive and federal candidate species. | | | • | |
| **NSO-36/NGD-27** *Bat Roost Sites and Winter Hibernacula* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of federally listed, BLM sensitive, and Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to | | • | | |

BLM_0110906

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| BLM Surface: 2,720 acres | cave/mine network). **PURPOSE:** To protect bat populations and crucial habitats. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to ensure survival and persistence of bat populations. | | | | |
| **NSO-37/SSR-44** *Bat Roost Sites and Winter Hibernacula* BLM Surface: 2,720 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of BLM sensitive bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network). **PURPOSE:** *BLM: Insert purpose.* **EXCEPTION:** *BLM: Insert exception.* **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* **JUSTIFICATION:** *BLM: Insert justification.* | | | | • |
| **NSO-38/NGD-28** *Special Status Reptile and Amphibian (Herpetofaunal) Breeding Habitats* BLM Surface: *No Data* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.50-mile of known special status reptile and amphibian breeding sites and crucial habitats. **PURPOSE:** To protect breeding reptile and amphibian populations and crucial habitats. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to ensure survival and persistence of these species. | | • | | |
| **NSO-39/SSR-46** *Midget Faded Rattlesnake Hibernacula* BLM Surface: *No Data* *COSO draft stip* | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 200 meters of identified hibernacula. **EXCEPTION:** An exception may be granted, by the Field Manager if an environmental analysis determines that the action, as proposed or conditioned, would not unduly elevate direct mortality or impair the long-term function or utility of the site as overwinter hibernacula (including concentrations of snakes during emergence and prior to dispersal) or for reproductive activity (including sedentary use by gravid and post-partum females and juveniles). **MODICIATION:** The no surface occupancy area may be | | | | • |

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | modified in extent or substituted with a timing limitation (e.g., 15 April-15 June) , by the Field Manager if an environmental analysis finds that a portion of the area is nonessential to site utility or function, or that the proposed action could be conditioned so as not to impair the function or utility of the site as overwinter hibernacula (including concentrations of snakes during emergence and prior to dispersal) or for reproductive activity (including sedentary use by gravid and post-partum females and juveniles, April-early September). The stipulation may also be modified if the proponent, Bureau of Land Management, and where necessary, other affected interest, negotiate compensation that satisfactorily offsets anticipated impacts to the snakes' reproductive or overwintering activities and/or habitats. **WAIVER:** This stipulation may be waived if it is determined that habitat within the lease area is no longer capable of supporting use as hibernaculum. **JUSTIFICATION:** BLM: Insert justification. | | | | |
| *NSO-CO-7* (*BLM 1991*) *Waterfowl and Shorebird* BLM Surface: *No Data* | **STIPULATION:** Prohibit surface occupancy and use on significant production areas (major areas are Waterfowl Habitat Management Areas and rookeries). **PURPOSE:** BLM: Insert purpose **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | • | | | |
| **NSO-14/SSR-20** *Waterfowl and Shorebird Breeding Habitats* BLM Surface: 27,730 acres US Mineral Estate: 2,070 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) of the Gunnison, North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. **PURPOSE:** To protect important seasonal reproduction areas for waterfowl and shorebirds, consistent with the Migratory Bird Treaty Act and other laws. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation provides for protection of migratory waterfowl reproduction areas and is intended to protect birds from disturbance and displacement by human | | | | • |

BLM_0110908

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | activities. Waterfowl production areas are critical to the viability of these species. | | | | |
| *Cultural Resources* | | | | | |
| *NSO-SJ-1 (BLM 1991)* *Scenic, Natural, and Cultural Values and Resources* BLM Surface: 19,910 acres | **STIPULATION:** Prohibit surface occupancy within the following areas: • Tabeguache Cave II and Tabeguache Canyon (13,800 acres); • Dolores Cave (10 acres); and • Tabeguache Pueblo (6,100 acres) **PURPOSE:** for the protection of scenic, natural, and cultural values and resources. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | • | | | |
| **NSO-40/NGD-29** *Tabeguache Caves/Tabeguache Pueblos Area and Tabeguache Canyon* BLM Surface: 21,110 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within the Tabeguache Pueblos area and Tabeguache Canyon. **PURPOSE:** ==BLM: Insert purpose.== **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** ==BLM: Insert justification.== | | • | | |
| **NSO-41/NGD-30** *Sites Listed or Eligible for Listing on the National or State Register of Historic Places* BLM Surface: 0 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 200 feet of sites listed on or eligible for listing on the National or State Registers of Historic Places. **PURPOSE:** ==BLM: Insert purpose.== **EXCEPTION:** ==BLM: Insert exception.== **MODIFICATION:** ==BLM: Insert modification.== **WAIVER:** ==BLM: Insert waiver.== **JUSTIFICATION:** ==BLM: Insert justification.== | | • | | |
| **NSO-42** *Cultural Resources* ==xx acres (need direction from Glade)== ==BLM: This is a state stip added after GIS was done for== | **STIPULATION:** Prohibit surface occupancy within 100 meters of known eligible cultural resources, traditional cultural properties, listed National Register sites/districts, outstanding cultural resources to be nominated to the National Register of Historic Places, interpreted and/or public use sites, and experimental-use sites (BLM Manual 8110.42(A-E). **PURPOSE:** This stipulation is to protect cultural resource sites that may be damaged from inadvertent, unauthorized, or | | | | • |

BLM_0110909

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *preliminary draft Chapter 2. Needs to be added to GIS.* | authorized uses. The following characteristics are to be protected : (1) significant scientific information; (2) areas that contain dense concentrations of significant sites(3) integrity of physical setting , (4) integrity of visual setting associated with a place and/or cultural landscape and (5) recreational opportunity for public use sites. Mitigation using data recovery is typically not an option for traditional cultural properties, sites set aside for long term conservation, and interpreted and/or public use sites **EXCEPTION:** The Authorizing Officer may: (1) allow archaeological documentation, controlled surface collection, and/or excavation that, where not prohibited, may result in the sites physical alteration or destruction and (2) change the site protection boundary on a case-by-case basis, taking into account topographical barriers, the nature of the proposed action, and the nature of the cultural resource site and/or area. **MODIFICATION:** Standard modification applies. **WAIVER:** The complete destruction of the geographical area containing the site. When circumstances change or new data become available, the Authorized Officer shall reevaluate and revise the cultural resource site use allocation to discharged from management. Specific cultural resource sites must be inspected in the field and recorded before they may be discharged from management. Cultural resources discharged from management are removed from further management attention and do not constrain other land uses (BLM Manual 8110.42 (F). These locations no longer possess integrity of location, design, setting, materials, workmanship, feeling and association that qualify them for nomination to the National Register of Historic Places as described by Criteria (a) – (d) within 36 CFR 60.4. **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **NSO-43** *National Register District* | **STIPULATION:** Prohibit surface occupancy within the following areas nominated as National Register Districts: Alternative B: • Lower Uncompahgre Plateau between the Dry Creek Basin | | • | • | |

BLM_0110910

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Alternative B: BLM Surface: 31,870 acres Alternative C: BLM Surface: 1,080 acres | and Roubideau Creek <br> Alternative C: <br> • Paradox Rock Art Complex <br> **PURPOSE:** *BLM: Insert purpose.* <br> **EXCEPTION:** *BLM: Insert exception.* <br> **MODIFICATION:** *BLM: Insert modification.* <br> **WAIVER:** *BLM: Insert waiver.* <br> **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| | Visual Resources | | | | |
| **NSO-44/NGD-31** *VRM Class I* BLM Surface: 35,580 acres US Mineral Estate: 90 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in VRM Class I areas. <br> **PURPOSE:** *BLM: Insert purpose.* <br> **EXCEPTION:** *BLM: Insert exception.* <br> **MODIFICATION:** *BLM: Insert modification.* <br> **WAIVER:** *BLM: Insert waiver.* <br> **JUSTIFICATION:** *BLM: Insert justification.* | | • | | |
| | Lands with Wilderness Characteristics | | | | |
| **NSO-45/SSR-51** *Lands Identified for Wilderness Characteristics Protection* BLM Surface: 17,050 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions on lands identified for wilderness characteristics protection: <br> • Rock Creek & Carpenter Ridge; <br> • Monitor and Potter Canyons; and <br> • Upper Dry Creek Basin. <br> **PURPOSE:** *BLM: Insert purpose.* <br> **EXCEPTION:** *BLM: Insert exception.* <br> **MODIFICATION:** *BLM: Insert modification.* <br> **WAIVER:** *BLM: Insert waiver.* <br> **JUSTIFICATION:** *BLM: Insert justification.* | | | | • |
| | Recreation and Visitor Services | | | | |
| *NSO-SJ-3 (BLM 1991)* **NSO-46** *SRMAs* | **STIPULATION:** Prohibit surface occupancy in the following SRMAs: | • | • | | • |

BLM_0110911

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Alternative A: BLM Surface: 13,330 acres Alternative B: BLM Surface: 160,040 acres Alternative D: BLM Surface: 73,040 acres | Alternative A: • Dolores River Canyon Alternative B: • Burn Canyon • Dry Creek RMZ 3 • Jumbo Mountain RMZ 2 • Kinikin Hills RMZ 2, 3 • North Delta • Paradox Valley RMZ 1, 2, 3 • Ridgway Trails RMZ 2 • Spring Creek RMZ 3 Alternative D: • Dolores River Canyon • Dry Creek RMZ 2, 4 • Jumbo Mountain • Roubideau • San Miguel River RMZ 1, 2, 3 • Spring Creek **PURPOSE:** *BLM: Insert purpose.* **EXCEPTION:** *BLM: Insert exception.* **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| Lands and Realty | | | | | |
| **NSO-47** *Bureau of Reclamation Dams or Appurtenant Structures* BLM Surface: 300 acres US Mineral Estate: 180 acres | **STIPULATION:** Prohibit surface occupancy within 1,500 feet of a Bureau of Reclamation dam (i.e., Ridgway, Crawford and Paonia dams) or its appurtenant structures. **PURPOSE:** To protect the integrity of these structures. **EXCEPTION:** *BLM: Insert exception.* **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* **JUSTIFICATION:** *BLM: Insert justification.* | • | | | • |

BLM_0110912

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number *(Existing/***New***)* **Protected Resource Acres/Miles Affected[1]** | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Coal | | | | |
| *NSO-CO-1* *(BLM 1991)* **NSO-48** *Coal Lands (active leases)* BLM Surface: 6,560 acres US Mineral Estate: 11,110 acres | **STIPULATION:** Prohibit surface occupancy on leases within the area of federally leased coal lands where oil and gas development would likely be incompatible with coal extraction.  **PURPOSE:** BLM: Insert purpose.  **WAIVER:** This stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions: (1)(a) well must be plugged when the mine approaches within 500 feet of the well and re-entered or re-drilled upon completion of the mining operation; (b) well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052; (c) operator will provide accurate location of where the casing intercepts the coal by providing a directional and deviation survey of the well to the coal operator; or (2) relocate will into a permanent pillar or outside the area to be mined.  A suspension of operations and production will be considered for the oil and gas lease only when a well is drilled and later plugged, a new well or re-entry is planned when the mine moves through the location.  **Standard EXCEPTION and MODIFICATION apply.**  **JUSTIFICATION:** BLM: Insert justification. | • | • | • | |
| | Areas of Critical Environmental Concern | | | | |
| *NSO-UB-7* *(BLM 1989a)* **NSO-49/NGD-34** *ACECs* Alternative A: BLM Surface: 6,670 acres Alternative B: BLM Surface: 122,000acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in the following ACECs.  Alternative A (NSO only): • Needle Rock (80 acres); • Adobe Badlands (6,380 acres); • South Fairview (210 acres)  Alternative B (NSO/NGD): • Needle Rock (80 acres); • Salt Desert Shrub Ecosystem (34,540 acres); • Fairview South Expansion (4,250 acres); • Roubideau-Potter-Monitor (14,940 acres); • Lower Uncompahgre Plateau Cultural (31,870 acres); | • | • | • | • |

BLM_0110913

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| Alternative C:<br>BLM Surface:<br>  80 acres<br>Alternative D:<br>BLM Surface:<br>  17,720 acres | • San Miguel River (35,420 acres);<br>• San Miguel Gunnison Sage-grouse (470 acres);<br>• Sims Cerro Gunnison Sage-grouse (25,620 acres);<br>• Dolores River Slickrock Canyon (10,670 acres);<br>• La Sal Creek (10,490 acres);<br>• East Paradox (7,360 acres);<br>• West Paradox (5,190 acres);<br>• Paradox Rock Art (1,080 acres);<br>• Tabeguache Pueblo and Tabeguache Caves (26,400 acres); and<br>• Coyote Wash (2,100 acres)<br><br>Alternative C (NSO/NGD):<br>• Needle Rock (80 acres);<br><br>Alternative D (NSO only):<br>• Needle Rock (80 acres);<br>• Adobe Badlands (6,380 acres);<br>• South Fairview (610 acres);<br>• Roubideau Corridors (8,720 acres);<br>• San Miguel River Corridor (22,780 acres);<br>• Dolores River Slickrock Canyon (9,780 acres); and<br>• East Paradox (1,900 acres)<br><br>**PURPOSE:** To protect the relevant and important values of each ACEC.<br><br>**EXCEPTION:** This stipulation may be waived, excepted, or modified by the Authorized Officer if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the scenic, natural, and scientific values of these areas.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** BLM: Insert justification. | | | | |
| **NSO-49/SSR-53**<br>BLM Surface:<br>  9,780 acres | **STIPULATION:** Prohibit surface occupancy and apply SSR restrictions in the Dolores River Slickrock Canyon ACEC.<br><br>**PURPOSE:** To protect the relevant and important values of each ACEC.<br><br>**EXCEPTION:** This stipulation may be waived, excepted, or modified by the Authorized Officer if the lessee can | | | | • |

BLM_0110914

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | demonstrate that operations can be conducted without causing unacceptable impacts on the scenic, natural, and scientific values of these areas. **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** BLM: Insert justification. | | | | |
| | Wilderness and Wilderness Study Areas | | | | |
| **NSO-50** *Dolores River Canyon WSA if Released from Wilderness Consideration* BLM Surface: 13,350 acres | **STIPULATION:** If released from wilderness consideration, prohibit surface occupancy in the former Dolores River Canyon WSA. **PURPOSE:** BLM provide purpose. **EXCEPTION:** BLM provide exception. **MODIFICATION:** BLM provide modification. **WAIVER:** BLM provide waiver. **JUSTIFICATION:** BLM provide justification. | | • | | |
| | Wild and Scenic Rivers | | | | |
| **NSO-51/NGD-37** *Wild Segments* BLM Surface: 17,830 acres US Mineral Estate: 90 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of either side of the active river channel (bank-full stage) of the following segments identified as suitable for inclusion in the National Wild and Scenic Rivers System and classified as "wild:" • Monitor Creek • Potter Creek • Roubideau Creek Segment 1 • Dry Creek • Saltado Creek • San Miguel River Segment 2 • Tabeguache Creek Segment 1 • Dolores River Segment 1 • La Sal Creek Segment 3 **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | • | | |

BLM_0110915

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NSO-52** *Wild and Scenic Segments* BLM Surface: 14,860 acres US Mineral Estate: 70 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within the study corridor of the following segments identified as suitable for inclusion in the National Wild and Scenic Rivers System and classified as "wild" or "scenic:" <br>• Monitor Creek<br>• Potter Creek<br>• Roubideau Creek Segment 1<br>• Beaver Creek<br>• Saltado Creek<br>• San Miguel River Segment 2<br>• San Miguel River Segment 3<br>• Tabeguache Creek Segment 1<br>• Lower Dolores River<br>• Dolores River Segment 1<br>• La Sal Creek Segment 2<br>• La Sal Creek Segment 3<br><br>**PURPOSE:** *BLM: Insert purpose.*<br>**EXCEPTION:** *BLM: Insert exception.*<br>**MODIFICATION:** *BLM: Insert modification.*<br>**WAIVER:** *BLM: Insert waiver.*<br>**JUSTIFICATION:** *BLM: Insert justification.* | | | | • |
| | National Trails and Byways | | | | |
| **NSO-53** *Old Spanish National Historic Trail* BLM Surface: 5,610 acres | **STIPULATION:** Prohibit surface occupancy within a 0.50-mile buffer of the center line.<br><br>**PURPOSE:** *BLM: Insert purpose.*<br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.**<br>**JUSTIFICATION:** *BLM: Insert justification.* | • | | | |
| **NSO-54** *Old Spanish National Historic Trail* BLM Surface: 400 acres | **STIPULATION:** Prohibit surface occupancy within a 50-meter buffer of the center line.<br><br>**PURPOSE:** *BLM: Insert purpose.*<br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | | | | • |

BLM_0110916

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **NSO-55** *Old Spanish National Historic Trail* BLM Surface: 1,440 acres | **STIPULATION:** Prohibit surface occupancy within a 200-meter buffer of the center line of the Congressionally designated portion of the trail. **PURPOSE:** *BLM: Insert purpose.* **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** *BLM: Insert justification.* | | | | • |
| **NSO-56** *National Recreation Trails* BLM Surface: 25,740 acres | **STIPULATION:** Prohibit surface occupancy within 0.50-mile of the center line. **PURPOSE:** *BLM: Insert purpose.* **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** *BLM: Insert justification.* | | • | | |
| **NSO-57** *National Recreation Trails* BLM Surface: 16,700 acres | **STIPULATION:** Prohibit surface occupancy within 500 meters of the center line. **PURPOSE:** *BLM: Insert purpose.* **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** *BLM: Insert justification.* | | | • | |
| **NSO-58** *National Recreation Trails* BLM Surface: 7,180 acres | **STIPULATION:** Prohibit surface occupancy within 200 meters of the center line of designated trails. **PURPOSE:** *BLM: Insert purpose.* **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** *BLM: Insert justification.* | | | | • |
| **NSO-59** *Scenic Byways* BLM Surface: 35,190 acres US Mineral Estate: 12,690 acres | **STIPULATION:** Prohibit surface occupancy within the viewshed of scenic byways, up to 0.50-mile. **PURPOSE:** *BLM: Insert purpose.* **EXCEPTION:** Exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable | | • | | |

BLM_0110917

**Table B-2**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | opportunities for public enjoyment of these resources. **Standard MODIFICATION and WAIVER apply.** JUSTIFICATION: *BLM: Insert justification.* | | | | |
| *Public Health and Safety* | | | | | |
| **NSO-60/NGD-38** *DOE Uranium Mill Tailings Remedial Action Area* BLM Surface: 20 acres US Mineral Estate: 5 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in the supplemental standard area around Uravan associated with the US DOE Uranium Mill Tailings Remedial Action Area. **PURPOSE:** *BLM: Insert purpose.* **EXCEPTION:** *BLM: Insert exception.* **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* **JUSTIFICATION:** *BLM: Insert justification.* | | • | | • |

Note: The sum of acres with NSO stipulations in this table may add up to more than the total acres with NSO stipulations presented in Chapter 2 as some areas may overlap.

BLM_0110918

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Land Health | | | | |
| **CSU-1/SSR-1**<br><br>*Lands, streams and wetlands "not meeting" or "meeting with problems" BLM Colorado Public Land Health Standards*<br><br>BLM Surface:<br><br>Standard 1: 238,720 acres<br><br>Standard 2: 2,980 acres<br><br>Standard 3: 338,260 acres<br><br>Standard 4: 49,990 acres<br><br>Standard 5: 27,590 acres<br><br>US Mineral Estate:<br><br>Standard 1: 430 acres<br><br>Standard 2: 30 acres<br><br>Standard 3: 740 acres<br><br>Standard 4: 90 acres<br><br>Standard 5: 610 acres | **STIPULATION:** Apply CUSU/SSR restrictions on lands, streams and wetlands "not meeting" or "meeting with problems" BLM Colorado Public Land Health Standards.<br><br>**PURPOSE:** <mark>BLM: Insert purpose.</mark><br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.**<br><br>**JUSTIFICATION:** <mark>BLM: Insert justification.</mark> | | • | | |
| | Soils and Water | | | | |
| **CSU-2/SSR-2**<br><br>*Saline/Selenium Soils*<br><br>BLM Surface: 107,170 acres | **STIPULATION:** Apply CSU/SSR restrictions within areas mapped as soils with elevated levels of salinity/selenium.<br><br>**PURPOSE:** Proactively protect soils that are sensitive to erosion and transport selenium/salts from land disturbing activities. To maintain soil productivity, ground cover and to minimize soil loss in order to protect downstream water | | | • | |

Internal Draft — Not for Public Distribution

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | sources from additional inputs of sediment, salt, and selenium.<br><br>**EXCEPTION:** This stipulation may be excepted for soil research purposes.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation is required to limit surface disturbance on fragile soils, as these types of soils are difficult or impossible to restore once initially impacted due to highly erosive characteristics and low soil potential. Need to reduce the potential impact to surface waters by transporting sediment and salts. The majority of tributaries are impaired for selenium (303d and M+E listed) and such require TMDL compliance and BLM activity restrictions to reduce further impacts to downstream water quality. | | | | |
| **CSU-3/SSR-3**<br>*Saline/Selenium Soils*<br>BLM Surface:<br>  107,170 acres | **STIPULATION:** Apply CSU/SSR restrictions within areas mapped as soils with elevated levels of salinity/selenium and require the following protective measures:<br><br>• Conduct site-specific soil sampling and analysis prior to approval of the surface use plan to minimize disturbance on those soil types defined by the Natural Resources Conservation Service (NRCS) with the highest selenium concentrations. This may require relocation to soils with lower selenium concentrations.<br>• Prior to surface disturbance, require approval of a surface use plan by the BLM Authorized Officer. Such plans must demonstrate how the following will be accomplished:<br>  o Site productivity will be restored.<br>  o Surface runoff will be adequately controlled, including BLM Authorized Officer review of the Colorado Department of Public Health and Environment Storm Water Management Plan.<br>  o Off-site areas will be protected from accelerated erosion such as rilling, gullying, piping, and mass wasting.<br>  o Surface-disturbing activities will not be conducted during extended wet periods.<br>• Require engineering of drilling system pits, flowback and stimulation fluids, and evaporation ponds for means of disposing of produced water to prevent the deep percolation of groundwater within saline/selenium soils. Prohibit surface discharge of produced water and | | | | • |

BLM_0110920

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | mechanical evaporation.<br>• At any time, the BLM Authorized Officer may require a separate bond to address the unique environmental conditions on the saline/selenium soils to cover the costs of surface reclamation and well abandonment.<br><br>**EXCEPTION:** The North Delta OHV area. Mechanical mitigation such as detention structures will be used to prevent the transport of sediment. *(BLM: Please clarify this exception.)*<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **CSU-4/SSR-4**<br>*Potential Biological Soil Crust*<br>BLM Surface:<br>254,840 acres | **STIPULATION:** Apply CSU/SSR restrictions within areas mapped as potential biological soil crust.<br><br>**PURPOSE:** To proactively protect potential biological soil crust. Additionally, biological soil crust provides important soil cover component, serves to protect and enhance soil productivity, and acts as a stabilizer to inhibit erosion.<br><br>**EXCEPTION:** This stipulation may be excepted for soil research purposes.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation is required to protect irreversible impacts to rare soil species on highly erosive gypsiferous soils. Few intact gypsiferous soil BSC populations exist throughout the western US. By limiting surface disturbances to the BSC, erosion is reduced, soil productivity and biodiversity is maintained. | | • | | |
| **CSU-5/SSR-5**<br>*East Paradox Biological Soil Crust*<br>BLM Surface:<br>7,350 acres | **STIPULATION:** Apply CSU/SSR restrictions within areas mapped as East Paradox biological soil crust.<br><br>**PURPOSE:** To proactively protect potential biological soil crust. Additionally, biological soil crust provides important soil cover component, serves to protect and enhance soil productivity, and acts as a stabilizer to inhibit erosion.<br><br>**EXCEPTION:** This stipulation may be excepted for soil research purposes.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation is required to protect from impacts to biological soil crusts. | | | • | |

BLM_0110921

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **CSU-6/SSR-6** _Potential Biological Soil Crust_ BLM Surface: 254,840 acres | **STIPULATION:** Apply CSU/SSR restrictions within areas mapped as potential biological soil crust only when high levels of crust development are found. Determine the level of crust development using best available techniques. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | | | • |
| _CSU-CO-27 (BLM 1991) Slopes of or Greater than 40 Percent_ BLM Surface: 59,480 acres US Mineral Estate: 1,960 acres | **STIPULATION:** Prior to surface disturbance on slopes of or greater than 40 percent, require approval of a professional engineering/reclamation plan by the BLM Authorized Officer. Require such plans to demonstrate how the following will be accomplished: • Site productivity will be restored. • Surface runoff will be adequately controlled. • Off-site areas will be protected from accelerated erosion such as rilling, gullying, piping, and mass wasting. • Surface-disturbing activities will not be conducted during extended wet periods. **PURPOSE:** BLM: Insert purpose **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | • | | | |
| **CSU-7/SSR-7** _Slopes of or Greater than 40 percent_ BLM Surface: 115,100 acres US Mineral Estate: 23,990 acres | **STIPULATION:** Apply CSU/SSR restrictions on slopes of or greater than 40 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion.) Prior to surface disturbance on slopes of or greater than 40 percent, require approval of a reclamation plan by the BLM Authorized Officer. Require such plans to demonstrate how the following will be accomplished: • Site productivity will be restored. • Surface runoff will be adequately controlled. • Off-site areas will be protected from accelerated erosion such as rilling, gullying, piping, and mass wasting. • Surface-disturbing activities will not be conducted during extended wet periods. | | | • | |

BLM_0110922

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **PURPOSE:** Slopes greater than 40 percent are typically considered steep slopes.  Surface disturbing activities on steep slopes should be avoided to minimize accelerated erosion and loss of soil productivity, which often has long-term, irreversible impacts. **EXCEPTION:** Equestrian or pedestrian trails and fences built to BLM standards **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect steep slopes, which are prone to accelerated erosion, and have very limited reclamation potential. | | | | |
| **CSU-8** (*BLM: unsure about SSR; please advise*) *Slopes from 30 to 40 percent* BLM Surface: 60,220 acres US Mineral Estate: 22,760 acres | **STIPULATION:** Apply CSU/SSR restrictions on slopes of 30 to 39 percent, including slumps, landslides, and highly erosive soils (susceptible to wind and water erosion.) Prior to surface disturbance on slopes of 30 to 39 percent, require approval of a reclamation plan by the BLM Authorized Officer. Require such plans to demonstrate how the following will be accomplished: <br>• Site productivity will be restored. <br>• Surface runoff will be adequately controlled. <br>• Off-site areas will be protected from accelerated erosion such as rilling, gullying, piping, and mass wasting. <br>• Surface-disturbing activities will not be conducted during extended wet periods. <br>**PURPOSE:** Slopes greater than 30 percent are typically considered steep slopes. Surface disturbing activities on steep slopes should be avoided to minimize accelerated erosion and loss of soil productivity, which often has long-term, irreversible impacts. <br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** <br>**JUSTIFICATION:** This stipulation is required to protect steep slopes, which are prone to accelerated erosion, and have limited reclamation potential. | | | | • |
| **CSU-9/SSR-8** *Major River Corridors* | **STIPULATION:** Apply CSU/SSR restrictions within 0.25-mile of bank-full stage or within 100 meters (328 feet) of the 100-year floodplain (whichever is greatest) on the Gunnison, | | | • | |

BLM_0110923

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:-:|:-:|:-:|:-:|
| | | A | B | C | D |
| BLM Surface: 26,990 acres US Mineral Estate: 6,130 acres | North Fork Gunnison, San Miguel, Uncompahgre, and Dolores Rivers. **PURPOSE:** To protect the river corridor that provide: a) water quality/filtering values; b) important riparian values; c) special status fish and wildlife species habitat; d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of these major rivers. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **CSU-10/SSR-10** *Perennial Streams* BLM Surface: 40,050 acres US Mineral Estate: 19,460 acres | **STIPULATION:** Apply CSU/SSR restrictions within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. **PURPOSE:** To protect water quality, aquatic value, and prevent channel degradation. **EXCEPTION:** Essential soil disturbing activities such as roads, trails, and spring development (subject to BMPs and COAs). **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between sediment supply and flow resulting in accelerated erosion and decreased water quality. This stipulation is also designed to minimize direct surface water contamination due to spills or leaks. | | | • | |
| **CSU-10** *Perennial Streams* BLM Surface: 40,050 acres | **STIPULATION:** Apply CSU restrictions within 500 feet from the edge of the ordinary high-water mark (bank-full stage) of perennial streams. **PURPOSE:** To protect water quality, aquatic value, and prevent channel degradation. | | | | • |

BLM_0110924

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| US Mineral Estate: 19,460 acres | **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between sediment supply and flow resulting in accelerated erosion and decreased water quality. This stipulation is also designed to minimize direct surface water contamination due to spills or leaks. | | | | |
| **CSU-11/SSR-12** *Intermittent and Ephemeral Streams.* BLM Surface: 57,160 acres US Mineral Estate: 19,460 acres | **STIPULATION:** Apply CSU/SSR restrictions within 100 feet from the edge of the ordinary high-water mark (bank-full stage) of intermittent and ephemeral streams. **PURPOSE:** To protect water quality, aquatic value, and prevent channel degradation. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains can create an imbalance between sediment supply and flow resulting in accelerated erosion and decreased water quality. This stipulation is also designed to minimize direct surface water contamination due to spills or leaks. | | | | • |
| **CSU-12/SSR-13** *Municipal Watersheds and Public Water Supplies* BLM Surface: 2,210 acres US Mineral Estate: 730 acres | **STIPULATION:** Apply CSU/SSR restrictions within 1,000 horizontal feet of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado, and within domestic wells and springs, and require operators to implement the following protective measures: <br>• Use of pitless drilling systems; <br>• Use of flowback and stimulation fluids contained within tanks that are placed on a well pad or in an area with down-gradient berming; <br>• Use of green fracking fluids only; <br>• Construction of berms or other containment devices in compliance with rule 603.e(12) around crude oil condensate | | | • | |

BLM_0110925

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | and produced water storage tanks; <br>• Notification of potentially impacted Public Water Systems 15 miles downstream; <br>• Prohibit use of evaporation ponds for production or means of disposing of produced water shall on BLM lands or split estate within the municipal watershed; <br>• Collection of baseline water quality data (surface and/or groundwater) consisting of a pre-drilling sample collected within 100 feet of well pad, or where sufficient water exists to collect a sample per US EPA or USGS collection methods. Conduct additional sampling during drilling operations and immediately following well completion. Each sample should analyze at a minimum: <br>○ pH, alkalinity, specific conductance, major cations, major anions, total dissolved solids, BTEX/GRO/DRO, TPH, PAHs (including benzo[a] pyrene and metals [arsenic, barium, calcium, iron, magnesium, manganese, lead, and selenium]). For municipal watersheds, develop a coordinated water resources monitoring plan with the BLM and municipality. Each office will determine the sampling site, intensity, and need for groundwater sampling, depending on site specific geology and risk. Submit results to BLM within 3 months of data collection per Section 317b of the Colorado Oil and Gas Conservation Commission regulations. <br><br>**PURPOSE:** *BLM: Insert purpose.* <br><br>**EXCEPTION:** *BLM: Insert exception.* <br><br>**MODIFICATION:** *BLM: Insert modification.* <br><br>**WAIVER:** *BLM: Insert waiver.* <br><br>**JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **CSU-13** <br>*Municipal Watersheds and Public Water Supplies* <br>BLM Surface: <br>   7,260 acres | **STIPULATION:** Apply CSU restrictions within a distance greater than 1,000 horizontal feet but less than 2,640 horizontal feet of a classified surface water supply stream segment (as measured from the average high-water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado, and within domestic wells and springs, and require operators to use the following protective | | | | • |

BLM_0110926

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| US Mineral Estate: 2,330 acres | measures: <br> • Use of pitless drilling systems; <br> • Use of flowback and stimulation fluids contained within tanks that are placed on a well pad or in an area with down-gradient berming; <br> • Use of green fracking fluids only; <br> • Construction of berms or other containment devices in compliance with rule 603.e(12) around crude oil condensate and produced water storage tanks; <br> • Notification of potentially impacted Public Water Systems 15 miles downstream; <br> • Prohibit use of evaporation ponds for production or means of disposing of produced water shall on BLM lands or split estate within the municipal watershed; <br> • Collection of baseline water quality data (surface and/or groundwater) consisting of a pre-drilling sample collected within 100 feet of well pad, or where sufficient water exists to collect a sample per US EPA or USGS collection methods. Conduct additional sampling during drilling operations and immediately following well completion. Each sample should analyze at a minimum: <br> ○ pH, alkalinity, specific conductance, major cations, major anions, total dissolved solids, BTEX/GRO/DRO, TPH, PAHs (including benzo[a] pyrene and metals [arsenic, barium, calcium, iron, magnesium, manganese, lead, and selenium]). For municipal watersheds, develop a coordinated water resources monitoring plan with the BLM and municipality. Each office will determine the sampling site, intensity, and need for groundwater sampling, depending on site specific geology and risk. Submit results to BLM within 3 months of data collection per Section 317b of the Colorado Oil and Gas Conservation Commission regulations. <br><br> **PURPOSE:** BLM: Insert purpose. <br><br> **EXCEPTION:** BLM: Insert exception. <br><br> **MODIFICATION:** BLM: Insert modification. <br><br> **WAIVER:** BLM: Insert waiver. <br><br> **JUSTIFICATION:** BLM: Insert justification. | | | | |

BLM_0110927

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:-:|:-:|:-:|:-:|
| | | A | B | C | D |
| **CSU-14** Domestic Water Wells BLM Surface: 2,340 acres US Mineral Estate: 7,850 acres | **STIPULATION:** Apply CSU restrictions within 500 horizontal feet of all domestic water wells. **PURPOSE:** To protect domestic water wells from potential impacts during oil and gas development, including spills/leaks of hazardous fluids. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic sources. | | | • | |
| | Vegetation | | | | |
| **CSU-15/SSR-14** Pristine, Ancient and Rare Vegetation Communities BLM Surface: 6,730 acres US Mineral Estate: 80 acres | **STIPULATION:** Apply CSU/SSR restrictions to pristine, ancient, and rare vegetation communities. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | | • | • |
| CSU-CO-28 (BLM 1991) Riparian Vegetation Zone BLM Surface: 120,970 acres US Mineral Estate: 13,380 acres | **STIPULATION:** Restrict activities associated with oil and gas exploration and development, including roads, transmission lines, and storage facilities, to an area beyond the riparian vegetation zone. **PURPOSE:** For the protection of perennial water impoundments and streams, and/or riparian/wetland vegetation zones. **EXCEPTION:** This stipulation may be excepted subject to an on-site impact analysis with consideration given to degree of slope, soils, importance to the amount and type of wildlife and fish use, water quality, and other related resource values. This stipulation will not be applied where the Authorized Officer determines that relocation to 200 meters can be applied to protect the riparian system during well sighting. **Standard MODIFICATION and WAIVER apply.** | • | | | |
| **CSU-16/SSR-15** Naturally Occurring | **STIPULATION:** Apply CSU/SSR restrictions within 100 feet from the edge of the riparian zone along perennial and intermittent streams and naturally occurring wetlands, springs, | | | • | |

BLM_0110928

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| *Riparian and Wetland Areas, Springs, and Seeps* BLM Surface: 10,270 acres US Mineral Estate: 80 acres | and seeps. **PURPOSE:** To protect perennial and intermittent streams, and natural wetlands from increased erosion, weed introduction, and hydrologic alteration. **EXCEPTION:** This stipulation may be excepted subject to an on-site impact analysis with consideration given to level of damage, likelihood of mitigation effectiveness, and relative importance of the riparian or wetland value. **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to minimize impacts from new activities in riparian zones and wetlands which are comparatively scarce in the UFO. | | | | |
| **CSU-17** *Naturally Occurring Riparian and Wetland Areas, Water Bodies, Springs, and Seeps* BLM Surface: 18,850 acres US Mineral Estate: 950 acres | **STIPULATION:** From 325 to 500 horizontal feet from the perennial water body, controlled surface use restrictions will apply.  Surface disturbing activities may require special engineering design, construction and implementation measures, including re-location of operations beyond 656 feet (200 meters) to protect water resources within the 325 foot NSO buffer. For perennial streams, the buffer will be measured from ordinary high water mark (bankfull stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent (see buffer distances below). For unmapped wetlands, the vegetative boundary (from which the buffer originates) will be determined in the field. | | | | • |

Note to BLM: The original text said to use current BLM Colorado stipulations, which have been inserted here, but the NSO said to 300ft and CSU said from 300-500ft, which is different from state stip. If going with state stip, need to change GIS.

| Water Body Type | Buffer Width, Feet |
|---|---|
| Fens and wetlands | 325 - 500* |
| Perennial streams (with or without fish) | 325 - 500 (as measured from ordinary high water mark |
| Lotic or lentic springs and seeps | 325 - 500 (as measured from wetland vegetation edge |



edge of buffer
perennial water
*
flow direction

**PURPOSE:** To maintain the proper functioning condition, including the vegetative, hydrologic and geomorphic

BLM_0110929

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| | functionality of the perennial water body. Protect water quality, fish habitat, aquatic habitat, and provide a clean, reliable source of water for downstream users. Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** JUSTIFICATION: BLM: Insert justification. | | | | |
| | Terrestrial Wildlife | | | | |
| **CSU-18/SSR-17** *Biological Core Areas* Alternative B: 35,250 acres Alternative C: 68,440 acres Alternative D: 177,790 acres | **STIPULATION:** Apply CSU/SSR restrictions within portions of Biological Core areas, as follows: Alternative B: • Adobe Zones 2, 3, and 4 (29,250 acres) • Dry Creek Zone 5 (6,000 acres) Alternative C: • Adobe Zone 3 (9,320 acres) • Burn Canyon Zone 1 (7,290 acres) • Dry Creek Zones 4 and 5 (9,540 acres) • Jumbo Mountain/ McDonald Creek Zones 1, 4, and 5 (12,580 acres) • Monitor-Potter-Roubideau Zones 5-7, 10, and 11 (10,880 acres) • Naturita Canyon  (1,510 acres) • Ridgway Zone 4 (6,270 acres) • Spring Canyon (3,380 acres) • Tabeguache Zones 4, 6, and 7 (7,670 acres) Alternative D: • Adobe Zones 1, 3 and 4 (24,212 acres) • Dry Creek Zones 1-3 (10,800 acres) • Jumbo Mountain/ McDonald Creek Zones 1-4 (15,649acres) • La Sal Zones 1-3 (22,370 acres) • Monitor/ Potter/ Roubideau Zones 1-11 (27,320 acres) • Naturita Canyon (1,510 acres) • Ridgway Zones 1 and 2 (9,070 acres) • San Miguel Zones 1, 2, 3, 5, and 7 (17,840 acres) • Sims Mesa (19,650 acres) • Spring Canyon (3,380 acres) | | • | • | • |

BLM_0110930

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | • Tabeguache Zones 1, 2, 4, 5, 6, 9, and 10 (23,760 acres)<br>• Terror Creek (2,230 acres)<br><br>**PURPOSE:** To provide protection for important Biological Core/Corridor areas and migration corridors. Biological Core/Corridor areas are habitats determined by the BLM UFO to be crucial to plant and animal biodiversity and conservation at the landscape scale. Biological Core/Corridor areas encompass both cores and migration corridors.<br><br>**EXCEPTION:** An exception would be provided for habitat improvement projects. Habitat improvements would be demonstrably positive for target species without being detrimental to native species populations.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation will ensure biological diversity and species conservation by protecting a landscape network of Biological Core/Corridor areas (intact islands of crucial habitat) and migration/ movement corridors. | | | | |
| **CSU-19**<br><br>*National Recreation Areas, State Parks and Wildlife Areas*<br><br>BLM Surface:<br>0 acres<br><br>US Mineral Estate:<br>15,205 acres | **STIPULATION:** Apply CSU restrictions where BLM holds the fluid mineral rights under the following areas:<br><br>• Curecanti National Recreation Area<br>• State Parks<br>• State Wildlife Areas (Escalante, Billy Creek, Dan Noble, Woods Lake, McCluskey)<br><br>**PURPOSE:** *BLM: Insert purpose.*<br><br>**EXCEPTION:** *BLM: Insert exception.*<br><br>**MODIFICATION:** *BLM: Insert modification.*<br><br>**WAIVER:** *BLM: Insert waiver.*<br><br>**JUSTIFICATION:** *BLM: Insert justification.* | | | • | |
| **CSU-20/SSR-18**<br><br>*Desert and Rocky Mountain Bighorn Sheep Summer Range*<br><br>BLM Surface:<br>39,440 acres | **STIPULATION:** Apply CSU/SSR restrictions to reduce impacts of surface-disturbing activities and operations on bighorn sheep summer range.<br><br>**PURPOSE:** To reduce impacts on crucial summer range for bighorn sheep.<br><br>**Standard EXCEPTION, MODIFICATION, and** | | • | | • |

BLM_0110931

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| US Mineral Estate: 3,030 acres | **WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to notify applicants and operators of potential project constraints that may be needed to protect crucial summer range for bighorn sheep. Summer forage is particularly critical to lamb survival and recruitment. | | | | |
| **CSU-21/SSR-19** *Waterfowl and Shorebird Breeding* BLM Surface: 225,070 acres US Mineral Estate: 112,700 acres | **STIPULATION:** Apply CSU/SSR restrictions within 0.25-mile of known breeding grounds and at nest sites of all special status waterfowl and shorebird species. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | • | | |
| **CSU-22/SSR-21** *Migratory Bird Breeding Habitat* BLM Surface: 413,520 acres US Mineral Estate: 58,110 acres | **STIPULATION:** Apply CSU/SSR restrictions to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority habitats. Manage for no net loss of designated key/priority habitats for these species (e.g., sagebrush, pinyon juniper). **PURPOSE:** To protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act and Executive Order 13186, "Responsibilities of Federal Agencies to Protect Migratory Birds." **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** To comply with federal law, regulation, and policies. | | • | | |
| **CSU-23/SSR-22** *Migratory Bird Breeding Habitat* BLM Surface: 564,230 acres US Mineral Estate: 92,450 acres | **STIPULATION:** Apply CSU/SSR restrictions to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species in ACECs, WSAs, lands identified for wilderness characteristics protection, biological core areas, and areas with rare vegetation. Manage activities so they do not result net loss of designated key/priority habitats for these species (e.g., sagebrush, pinyon juniper). | | | | • |

BLM_0110932

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **PURPOSE:** To protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act and Executive Order 13186, "Responsibilities of Federal Agencies to Protect Migratory Birds." **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** To comply with federal law, regulation, and policies. | | | | |
| Special Status Plants | | | | | |
| **CSU-24/SSR-23** *BLM Sensitive Plant Species* BLM Surface: 7,367 acres US Mineral Estate : 640 acres | **STIPULATION:** Apply CSU/SSR restrictions within 100-meters (328-foot) of BLM sensitive plant species occupied habitat. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | | | • |
| Special Status Fish and Aquatic Wildlife | | | | | |
| **CSU-25/SSR-25** *Occupied Native Cutthroat Trout Habitat* BLM Surface: 158,270acres US Mineral Estate: 129770acres | **STIPULATION:** Apply CSU/SSR restrictions within 1.00 mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. **PURPOSE:** To protect occupied habitat for a federally threatened species. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect a federally threatened species and its habitat. | | • | | |
| **CSU-26/SSR-26** *Occupied Native Cutthroat Trout Habitat* BLM Surface: 97,570acres US Mineral Estate: 77,980 acres | **STIPULATION:** Apply CSU/SSR restrictions within 0.50-mile of occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. **PURPOSE:** To protect occupied habitat for a federally threatened species. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect a | | | • | |

BLM_0110933

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative A | B | C | D |
|---|---|---|---|---|---|
| | federally threatened species and its habitat. | | | | |
| **CSU-27/SSR-27** *Occupied Native Cutthroat Trout Habitat* BLM Surface: 810 acres US Mineral Estate: 6,340 acres | **STIPULATION:** Apply CSU/SSR restrictions between 300 and 500 horizontal feet from occupied habitat for conservation populations (90 percent pure or greater) of native cutthroat trout. **PURPOSE:** To protect occupied habitat for a federally threatened species. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect a federally threatened species and its habitat. | | | | • |
| | Special Status Terrestrial Wildlife | | | | |
| **CSU-28/SSR-28** *Federally Threatened, Endangered, and Candidate Species' Occupied Habitat (except Canada lynx)* BLM Surface: 7,580 acres US Mineral Estate: 80 acres | **STIPULATION:** Apply CSU/SSR restrictions within known occupied habitat for federally threatened and endangered species, except for Canada lynx. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | • | | |
| **CSU-29/SSR-30** *Yellow-billed Cuckoo Habitat* BLM Surface: 6,080 acres US Mineral Estate: 1,370 acres | **STIPULATION:** Apply CSU/SSR restrictions within yellow-billed cuckoo habitat. **PURPOSE:** To protect occupied habitat for a federal candidate species. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect a federally recognized species and its habitat. | | | | • |
| **CSU-30/SSR-31** *Canada Lynx Habitat* BLM Surface: 3,860 acres US Mineral Estate: 2,820 acres | **STIPULATION:** Apply CSU/SSR restrictions within mapped or identified Canada lynx habitat within Lynx Analysis Units. **PURPOSE:** To protect Canada lynx and crucial habitats and to comply with ESA. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | | • | | |

BLM_0110934

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** To protect Canada lynx, a federally threatened species. | | | | |
| **CSU-31/SSR-32** *Canada Lynx Habitat* BLM Surface: 3,860 acres US Mineral Estate: 2,840 acres *COSO draft stip* | **STIPULATION:** Apply CSU/SSR restrictions within mapped or identified Lynx Linkage Corridors and Canada lynx habitat within Lynx Analysis Units. Within these areas, require appropriate application of the following conservation measures prior to and during lease development as determined through Section 7 consultation with USFWS: <br><br>• Restrict newly constructed road use to activities associated directly with development and construction activities. <br>• Reduce the influence of snow compaction and removal activities as travel corridors for competitive predators. Prohibit use of over-the-snow vehicles in Lynx Analysis Unit lynx habitat (e.g., on-site reconnaissance, resource surveys). <br>• Prohibit surface use or disrupting activities in Lynx Analysis Unit denning habitat during the denning period, March 15 to July 15. <br>• Site development or production facilities to avoid primary lynx habitat. Prohibit fluid minerals development activities on BLM-administered surface lands that would contribute disproportionately to management thresholds applied to lynx habitat (i.e., no more than 30 percent of mapped habitat within a Lynx Analysis Unit in unsuitable condition and less than 15 percent of habitat within a Lynx Analysis Unit converted to unsuitable condition within a 10-year period; also, maintenance of greater than 10 percent of habitat suitable for denning within a Lynx Analysis Unit. <br><br>**PURPOSE:** Maintain integrity and use of lynx habitat per LCAS guidelines. *(BLM: please define LCAS)* <br><br>**EXCEPTION:** The Field Manager in consultation with USFWS, may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect the long term suitability or utility of established Lynx Linkage Corridors or lynx habitat within LAU(s). <br><br>**MODIFICATION:** The Field Manager in consultation with FWS, may modify the size of the stipulation area or time frames if an environmental analysis indicates that a portion of the area is nonessential to function and utility of established | | | | • |

BLM_0110935

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Lynx Linkage Corridors and lynx habitat, or that the proposed action could be conditioned so as not to impair the utility of the corridors and LAU for current or subsequent lynx use and occupancy. **WAIVER:** The Field Manager in consultation with the USFWS, may grant a waiver to this stipulation if site conditions have changed sufficient to preclude lynx occupation of the LAU or use of linkage corridors. **JUSTIFICATION:** BLM: Insert justification. | | | | |
| **CSU-32/SSR-33** *Canada Lynx Habitat Connectivity* BLM Surface: 0 acres US Mineral Estate: 20 acres | **STIPULATION:** Apply CSU/SSR restrictions to any activities that would negatively alter connectivity between and within Lynx Analysis Units. Limit or modify disturbing activities or structures on major ridgelines, prominent saddles, and in riparian corridors. **PURPOSE:** To protect Canada lynx denning habitat and to comply with ESA. **EXCEPTION:** Activities may be permitted if impacts on habitat connectivity are determined to be insignificant, unlikely to occur, or immeasurable, according to ESA regulations. **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** To protect Canada lynx, a federally threatened species. | | • | | • |
| **CSU-33/SSR-35** *Gunnison Sage-grouse Breeding (Non-lek) Habitat* BLM Surface: 92,600 acres US Mineral Estate: 151,860 acres | **STIPULATION:** Apply CSU/SSR restrictions within 6.00 miles of an active lek or within mapped Gunnison sage-grouse nesting and early brood-rearing habitat. Relocate surface-disturbing activities outside the following vegetation types: sagebrush, riparian, wet meadow, and agricultural areas. To the degree possible, avoid construction of permanent structures or facilities. **PURPOSE:** To protect Gunnison sage-grouse non-lek breeding habitats and activities including nesting, brood-rearing, and summer-fall habitats. **EXCEPTION:** An exception would be provided for habitat treatments designed to benefit Gunnison sage-grouse and minimally disturbing structures (e.g., fences, non-motorized trails, etc.) provided they fully comply with the disturbance guidelines in Appendix I of the Gunnison Sage-grouse | | | • | |

BLM_0110936

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Rangewide Conservation Plan (citation). [Provide EMPSi with reference doc] **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** This stipulation will protect important sage grouse habitats. | | | | |
| **CSU-34/SSR-36** *Gunnison Sage-grouse Breeding (Non-lek) Habitat* BLM Surface: 41,210 acres US Mineral Estate: 80,190 acres COSO draft stip | **STIPULATION:** Apply CSU/SSR restrictions within 4.00 miles radius of a lek to protect Gunnison sage-grouse mapped seasonal habitats (non-lek breeding, late brood rearing, and winter habitat) or suitable sagebrush habitat. Surface occupancy or use is subject to the following special operating constraints: The Field Manager may require the proponent/applicant to submit a plan of development that would demonstrate: 1. Avoidance of direct or indirect loss of important Gunnison sage-grouse habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important Gunnison sage-grouse habitat necessary for sustainable local populations. 2. Special reclamation measures or design features are incorporated that would accelerate recovery and/or reestablishment of affected sage-grouse habitat. 3. The current/future utility of such habitat for sage-grouse use would not be impaired. Additional conservation measures may be imposed as necessary to maintain high-quality sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. Conservation measures may be identified in state or local conservation plans or through appropriate science or research for the species. **PURPOSE:** Maintain the integrity of important SG habitat to maintain sustainable local populations. **EXCEPTION:** The Field Manager in coordination with CDOW, may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect the long term suitability | | | | • |

BLM_0110937

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | or utility of habitat for sage-grouse. **MODIFICATION:** Incorporated into CSU language. **WAIVER:** The Field Manager in coordination with CDOW, may grant a waiver to this stipulation if site conditions have changed sufficient to permanently preclude sage-grouse occupation of the lease area. **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **CSU-35** *Raptor Breeding Habitat* BLM Surface: 41,330 acres US Mineral Estate: 12,650 acres | **STIPULATION:** Apply CSU restrictions within the following areas: • Special Status Raptors (including Mexican spotted owl): within 1.0 mile of nest sites. • Non-Special Status Raptors (except American kestrel): within 0.5-mile of nest sites. **PURPOSE:** To protect special status raptor nests and surrounding habitat components, structure, and integrity. To comply with the Migratory Bird Treaty Act. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** To protect breeding raptors and to comply with the Migratory Bird Treaty Act. | | • | | |
| **CSU-36** *Raptor Breeding Habitat (accipiters, falcons [except kestrel], buteos, and owls [except Mexican spotted owl])* BLM Surface: 41,330 acres US Mineral Estate: 12,650 acres | **STIPULATION:** Apply CSU restrictions within 1.0 mile of nest sites. **PURPOSE:** *BLM: Insert purpose.* **EXCEPTION:** *BLM: Insert exception.* **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* **JUSTIFICATION:** *BLM: Insert justification.* | | | | • |
| **CSU-37/SSR-37** *Bald Eagle Habitat* BLM Surface: 5,850 acres | **STIPULATION:** Apply CSU/SSR restrictions within bald eagle habitat. The BLM Field Manager may require the proponent/applicant to submit a plan of development that would demonstrate that: • involvement of cottonwood stands or cottonwood | | • | | • |

BLM_0110938

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| US Mineral Estate: 1,560 acres | regeneration areas have been avoided to the extent practicable; <br>• special reclamation measures or design features are incorporated that would accelerate recovery and/or reestablishment of affected cottonwood communities; <br>• the pre-development potential of affected floodplains to develop or support riverine cottonwood communities has not been diminished; and <br>• the current/future utility of such cottonwood substrate for bald eagle use would not be impaired. <br><br>**PURPOSE:** Maintain longterm availability of suitable bald eagle habitat. <br><br>**EXCEPTION:** The Field Manager may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect the long term suitability or utility of habitat features or diminish opportunities for natural floodplain functions. Surface disturbance and occupation may also be authorized in the event that established impacts to habitat values would be compensated or offset to the satisfaction of the Bureau of Land Management. <br><br>**MODIFICATION:** *BLM: Insert modification* <br><br>**WAIVER:** The Field Manager may grant a waiver to this stipulation if cottonwood communities no longer exist in the lease area. <br><br>**JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **CSU-38/SSR-38** <br> *Mexican Spotted Owl* Suitable Breeding Habitat. <br> BLM Surface: *No Data* <br> *COSO draft stip* | **STIPULATION:** Apply CSU/SSR restrictions to Mexican spotted owl breeding habitat. The BLM Field Manager may require the proponent/applicant to submit a plan of development that would demonstrate that: <br><br>• Impacts to Mexican spotted owl habitat have been avoided to the extent practicable. Constituent elements for Mexican spotted owl breeding habitat include: <br>   ○ High basal area of large diameter trees; <br>   ○ Moderate to high canopy closure; <br>   ○ Wide range of tree sizes suggestive of  uneven- age stands; <br>   ○ Multi-layered canopy with large overstory trees of various species; | | | | • |

BLM_0110939

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | ○ High snag basal area; ○ High volumes of fallen trees and other woody debris; ○ High plant species richness; and ○ Adequate levels of residual plant cover to maintain fruits, seeds, and regeneration to provide for the needs of Mexican spotted owl prey species. For canyon habitat, the primary constituent elements include the following attributes: ○ Cooler and often more humid conditions than the surrounding area; ○ Clumps or stringers of trees and/or canyon wall containing crevices, ledges, or caves; ○ High percent of ground litter and woody debris; and ○ Riparian or woody vegetation (although not at all sites). • Special reclamation measures or design features are incorporated that would accelerate recovery and/or reestablishment of affected Mexican spotted owl habitat; • The current/future utility of such habitat for Mexican spotted owl use would not be impaired. **PURPOSE:** Maintain the availability of suitable breeding and brood rearing habitat as defined in the MSO Recovery Plan to promote recovery **EXCEPTION:** An exception can be granted if an environmental analysis of the proposed action and subsequent consultation indicates that the nature or conduct of the activity could be conditioned so as not to impair the utility of habitat for current or subsequent reproductive activity or occupancy. **MODIFICATION:** Incorporated into CSU language. **WAIVER:** The Field Manager may grant a waiver if conditions have changed such that there is no reasonable likelihood of site occupation within the lease area. **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **CSU-39/SSR-39** *Gunnison and White-tailed Prairie Dog Towns* | **STIPULATION:** Apply CSU/SSR restrictions within 150 feet of active prairie dog towns. Development of lease parcels that include current or historically occupied prairie dog towns mapped by CDOW or BLM would require one or more of the following conservation measures prior to and during lease | | | | • |

BLM_0110940

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| BLM Surface: 6,480 acres US Mineral Estate: 710 acres *COSO Final but not really final O&G stip* | development:<br><br>• Develop a surface use plan of operations with BLM that integrates and coordinates long-term lease development with measures necessary to minimize adverse impacts to prairie dog populations or their habitat.<br>• Abide by special daily and seasonal activity restrictions on construction, drilling, product transport, and service activities during reproductive period (March 1 to June 15).<br>• Incorporate special modifications to facility siting, design, construction, and operation to minimize involvement of prairie dog burrow systems.<br>• Provide in-kind compensation for habitat loss and/or displacement (e.g., special on-site prairie dog habitat enhancement) when appropriate.<br><br>**PURPOSE:** Maintain the integrity and extent of prairie dog complexes<br><br>**EXCEPTION:** The Field Manager may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect the long term suitability or utility of habitat for prairie dogs. Surface disturbance and occupation may also be authorized in the event that established impacts to habitat values would be compensated or offset to the satisfaction of the Bureau of Land Management.<br><br>**MODIFICATION:** Incorporated into CSU language.<br><br>**WAIVER:** The Field Manager may grant a waiver to this stipulation if site conditions have changed sufficient to preclude prairie dog occupation of the stipulation area.<br><br>**JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **CSU-40/SSR-40** *Active Kit Fox Dens* BLM Surface: *No Data* | **STIPULATION:** Apply CSU/SSR restrictions within 0.25-mile of active kit fox dens.<br><br>**PURPOSE:** To protect breeding kit foxes.<br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation is necessary to ensure reproductive success and survival of a sensitive species. | | • | | |

BLM_0110941

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| **CSU-41/SSR-41** *Active Kit Fox Dens* BLM Surface: *No Data* COSO draft stip | **STIPULATION:** Apply CSU/SSR restrictions within 200 meters (656 feet) of active kit fox dens. **PURPOSE:** Prevent disruption during denning period **EXCEPTION:** The Field Manager may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not disrupt ongoing reproductive efforts or the suitability and utility of that site as fox denning habitat.  An exception could also be granted if the proponent, Bureau of Land Management, and Colorado Division of Wildlife negotiate compensation that would satisfactorily offset the anticipated loss of denning habitat or reproductive activities. **MODIFICATION:**  The Field Manager, may modify the configuration of the stipulation area or time frames if an environmental analysis indicates that a portion of the area is nonessential to the function and utility of denning habitat, or that the proposed action could be conditioned so as not to impair the utility of fox denning habitat.  Seasonal or daily timeframes may be modified if operations could be conditioned to not disrupt breeding behavior. **WAIVER:** The Field Manager, may grant a waiver to this stipulation if site conditions have changed sufficient to preclude occupation by Swift Fox or Kit Fox. **JUSTIFICATION:** BLM: Insert justification. | | | | • |
| **CSU-42/SSR-42** *Bat Roost Sites and Winter Hibernacula* BLM Surface:    2,720 acres BLM (Missy): this is the same area as stip below. Should they be the same stip? Which language to use? | **STIPULATION:** Apply CSU/SSR restrictions within 0.25-mile of federally listed, BLM sensitive, and Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to cave/mine network). **PURPOSE:** To protect bat populations and crucial habitats. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to ensure survival and persistence of bat populations. | | | • | |
| **CSU-43/SSR-44** *Bat Roost Sites and Winter Hibernacula* | **STIPULATION:** Apply CSU/SSR restrictions within 0.25-mile of Colorado State Species of Concern bat species' maternity roost sites and winter hibernacula (all entrances to | | | | • |

BLM_0110942

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number *(Existing/***New)** Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| BLM Surface: 2,720 acres *COSO draft stip* *BLM (Missy): this is the same area as stip above. Should they be the same stip? Which language to use?* | cave/mine network). **PURPOSE:** Protection of known sensitive bat species' maternity roosts and hibernacula. **EXCEPTION:** An exception can be granted if an environmental analysis of the proposed action indicates that nature or conduct of the activity could be conditioned so as not to impair the utility of these features for current or subsequent reproductive or overwinter activity or occupancy. **MODIFICATION:** The Field Manager may modify the stipulation buffer distances if an environmental analysis indicates that a portion of the area is nonessential to maintaining habitat use, or that the proposed action could be conditioned so as not to impair the utility of these features for current or subsequent reproductive or overwinter activities or occupation.  Modifications could also occur if sufficient information is provided that supports the contention that the action would not contribute to the suppression of breeding population densities or the population's production or recruitment regime from a regional perspective. **WAIVER:**  A waiver may be granted if the feature is no longer capable of supporting reproductive and overwinter activities. **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| **CSU-44/SSR-45** *Special Status Reptile and Amphibian (Herpetofaunal) Breeding Habitats* BLM Surface: *No Data* *COSO draft stip* | **STIPULATION:** Apply CSU/SSR restrictions within 0.50-mile of known or identified breeding sites. **PURPOSE:** Protecting boreal toad, northern leopard frog, Great Basin spade-foot toad, northern cricket frog, plains leopard frog, and canyon tree frog breeding habitats and breeding activities. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to maintain the functionality of important breeding habitats and allow for breeding activities to occur uninterrupted. | | | • | |
| **CSU-21/SSR-19** *Waterfowl and Shorebird Breeding* | **STIPULATION:** Apply CSU/SSR restrictions within 0.25-mile of known breeding grounds and nest sites of all special status waterfowl and shorebird species. | | • | | |

BLM_0110943

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) **Protected Resource Acres/Miles Affected**[1] | Stipulation Description | Alternative | | | |
|---|---|:-:|:-:|:-:|:-:|
| | | A | B | C | D |
| BLM Surface: 112,540 acres US Mineral Estate: 56,350 acres | **PURPOSE:** To protect special status waterfowl and shorebird breeding, brood-rearing, and migration habitats. To comply with the Migratory Bird Treaty Act. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to ensure survival and persistence of these species. | | | | |
| | Cultural Resources | | | | |
| **CSU-45/SSR-47** *Tabeguache Pueblos Area and Tabeguache Canyon* BLM Surface: 21,110 acres | **STIPULATION:** Apply CSU/SSR restrictions within the Tabeguache Pueblos area and Tabeguache Canyon. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | | | • |
| **CSU-46/SSR-48** *Sites Listed on the National or State Register of Historic Places* BLM Surface: 0 acres | **STIPULATION:** Apply CSU/SSR restrictions within 200 feet of sites listed on the National or State Registers of Historic Places. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | | | • | |
| **CSU-47/SSR-49** *Area of Archaeological Significance* BLM Surface: 31,870 acres | **STIPULATION:** Apply CSU/SSR restrictions to emphasize site avoidance and project redesign during development in the area of the Lower Uncompahgre Plateau between the Dry Creek Basin and Roubidoux Creek **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver **JUSTIFICATION:** BLM: Insert justification. | | | | • |

BLM_0110944

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| Visual Resources | | | | | |
| **CSU-48/SSR-50** *VRM Class II and III* BLM Surface: 421,730 acres US Mineral Estate: 193,810 | **STIPULATION:** Apply CSU/SSR restrictions in VRM Class II and III areas. **PURPOSE:** *BLM: Insert purpose.* **EXCEPTION:** *BLM: Insert exception.* **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* **JUSTIFICATION:** *BLM: Insert justification.* | | • | | |
| Recreation and Visitor Services | | | | | |
| **CSU-49** *ERMAs* Alternative C: BLM Surface: 213,950 acres Alternative D: BLM Surface: 77,210 acres *COSO draft stip* | **STIPULATION:** Apply CSU restrictions in ERMAs. Alternative C: • Adobe Badlands; • Burn Canyon; • Dolores River Canyon; • Dry Creek; • Jumbo Mountain; • Kinikin; • North Delta; • Paradox Valley; • Ridgway Trails; • Roubideau; • San Miguel River; and • Spring Creek. Alternative D: • Burn Canyon; • Ridgway Trails • Kinikin; • North Delta; and • Paradox Valley. **PURPOSE:** To avoid negative impacts to targeted recreational opportunities. **EXCEPTION:** *BLM: Insert exception.* **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* | | | • | • |

BLM_0110945

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number *(Existing/*New)* Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative A | B | C | D |
|---|---|---|---|---|---|
| | **JUSTIFICATION:** This stipulation is required to avoid displacement of targeted recreational opportunities. | | | | |
| **CSU-50** *SRMAs* BLM Surface: 44,020 acres | **STIPULATION:** Apply controlled surface use in the following SRMAs: <br>• Dry Creek RMZ 1, 3 <br>• San Miguel River RMZ 4 <br><br>**PURPOSE:** *BLM: Insert purpose.* <br>**EXCEPTION:** *BLM: Insert exception.* <br>**MODIFICATION:** *BLM: Insert modification.* <br>**WAIVER:** *BLM: Insert waiver.* <br>**JUSTIFICATION:** *BLM: Insert justification.* | | | | • |
| | Coal | | | | |
| *CSU-CO-25* *(BLM 1991)* *Federally Leased Coal* BLM Surface: 6,560 acres US Mineral Estate: 11,110 acres | **STIPULATION:** Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to accommodate room and pillar mining operations. <br><br>**PURPOSE:** *BLM: Insert purpose* <br><br>**WAIVER:** This stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions: (1)(a) well must be plugged when the mind approaches within 500 feet of the well and re-entered or re-drilled upon completion of the mining operation; (b) well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052; (c) operator will provide accurate location of where the casing intercepts the coal by providing a coal operator will provide accurate location of where the casing intercepts the coal by providing a directional and deviation survey of the well to the coal operator; or (2) relocate will into a permanent pillar or outside the area to be mined.  A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location. <br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | • | | | |

BLM_0110946

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **CSU-51** *Federally Leased Coal* BLM Surface: 6,560 acres US Mineral Estate: 11,110 acres | **STIPULATION:** Where oil and gas operations are proposed within the area of federally leased coal, relocate them outside the area to be mined or so as to accommodate room and pillar and long wall mining operations. **PURPOSE:** <mark>BLM: Insert purpose.</mark> **WAIVER:** This stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions: (l)(a) well must be plugged when the mine approaches within 500 feet of the well and reentered or re-drilled upon completion of the mining operation; (b) well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052; (c) operator will provide accurate location of where the casing intercepts the coal by providing a directional and deviation survey of the well to the coal operator; or (2) relocate well into a permanent pillar or outside the area to be mined. A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** <mark>BLM: Insert justification.</mark> | | • | • | • |
| | Areas of Critical Environmental Concern | | | | |
| **CSU-52/SSR-52** *ACECs* Alternative C: BLM Surface: 29,770 acres Alternative D: BLM Surface: 1,080 acres | **STIPULATION:** Apply CSU/SSR restrictions within the following ACECs: <u>Alternative C:</u> • Adobe Badlands ACEC/ONA (6,380 acres); • Fairview South Expansion ACEC/RNA (640 acres); and • San Miguel River (22,780 acres). <u>Alternative D:</u> (CSU only) • Paradox Rock Art (1,080 acres) **PURPOSE:** <mark>BLM: Insert purpose.</mark> **EXCEPTION:** <mark>BLM: Insert exception.</mark> | | | • | • |

BLM_0110947

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | **MODIFICATION:** *BLM: Insert modification.* | | | | |
| | **WAIVER:** *BLM: Insert waiver.* | | | | |
| | **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| | Wild and Scenic Rivers | | | | |
| **CSU-53/SSR-56** *Scenic and Recreational Segments* BLM Surface: 32,130 acres US Mineral Estate: 2,410 acres | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 0.25-mile on either side of the active river channel (bank-full stage) to the following segments suitable for inclusion in the National Wild and Scenic Rivers System and classified as "scenic" or "recreational:" <br>• Gunnison River Segment 2 <br>• Roubideau Creek Segment 2 <br>• Deep Creek <br>• West Fork Terror Creek <br>• Beaver Creek <br>• Naturita Creek <br>• San Miguel River Segment 1 <br>• San Miguel River Segment 3 <br>• San Miguel River Segment 5 <br>• San Miguel River Segment 6 <br>• Tabeguache Creek Segment 2 <br>• Lower Dolores River <br>• North Fork Mesa Creek <br>• Dolores River Segment 2 <br>• Ice Lake Creek Segment 2 <br>• La Sal Creek Segment 1 <br>• La Sal Creek Segment 2 <br>• Lion Creek Segment 2 <br>• Spring Creek <br><br>**PURPOSE:** *BLM: Insert purpose.* <br>**EXCEPTION:** *BLM: Insert exception.* <br>**MODIFICATION:** *BLM: Insert modification.* <br>**WAIVER:** *BLM: Insert waiver.* <br>**JUSTIFICATION:** *BLM: Insert justification.* | | • | | |
| **CSU-54** *Recreational Segments* | **STIPULATION:** Apply CSU restrictions within the study corridor of the following segments suitable for inclusion in the National Wild and Scenic Rivers System and classified as | | | | • |

BLM_0110948

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| BLM Surface: 31,440 acres US Mineral Estate: 3,790 acres | "recreational:" <br><br> • San Miguel River Segment 1 <br> • San Miguel River Segment 5 <br> • San Miguel River Segment 6 <br> • Dolores River Segment 2 <br><br> **PURPOSE:** *BLM: Insert purpose.* <br><br> **EXCEPTION:** *BLM: Insert exception.* <br><br> **MODIFICATION:** *BLM: Insert modification.* <br><br> **WAIVER:** *BLM: Insert waiver* <br><br> **JUSTIFICATION:** *BLM: Insert justification.* | | | | |
| | National Trails and Byways | | | | |
| **CSU-55** <br> *Old Spanish National Historic Trail* <br> BLM Surface: 67,290 acres | **STIPULATION:** Apply CSU restrictions within 5 miles of either side of the Old Spanish National Historic Trail. <br><br> **PURPOSE:** To protect potential cultural sites. <br><br> **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** <br><br> **JUSTIFICATION:** | | • | | |
| **CSU-56** <br> *Old Spanish National Historic Trail* <br> BLM Surface: 4,560 acres | **STIPULATION:** Apply CSU restrictions to undesignated portions of the Old Spanish National Historic Trail. <br><br> **PURPOSE:** *BLM: Insert purpose* <br><br> **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** <br><br> **JUSTIFICATION:** *BLM: Insert justification* | | | | • |
| **CSU-57** <br> *Scenic Byways* <br> BLM Surface: 16,560 acres US Mineral Estate: 6,120 acres | **STIPULATION:** Apply CSU restrictions within 0.25-mile of scenic byways. <br><br> **PURPOSE:** *BLM: insert purpose* <br><br> **EXCEPTION:** Exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources. <br><br> **Standard MODIFICATION and WAIVER apply.** | | | | • |

BLM_0110949

**Table B-3**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | JUSTIFICATION: *BLM: insert justification* | | | | |
| **CSU-58** *Scenic Byways* BLM Surface: 35,190 acres US Mineral Estate: 12,690 acres | **STIPULATION:** Apply CSU restrictions within 0.5-mile of scenic byways. **PURPOSE:** *BLM: Insert purpose.* **EXCEPTION:** Exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources. **MODIFICATION:** *BLM: Insert modification.* **WAIVER:** *BLM: Insert waiver.* **JUSTIFICATION:** *BLM: Insert justification.* | | | | • |

[1] The sum of acres with CSU stipulations in this table may add up to more than the total acres with CSU stipulations presented in Chapter 2 as some areas may overlap.

BLM_0110950

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and**
**Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Soils and Water | | | | |
| TL-1 (BLM 1989a) _Highly Erodible and/or Saline Soil Areas_ BLM Surface: 28,670 acres US Mineral Estate: 4,940 acres | **STIPULATION:** Prohibit surface-disturbing activities from March 1 to May 31 when saturated soils are most vulnerable to damage. **PURPOSE:** To protect watersheds from salinity infusions and to protect highly erodible soil areas where low soil productivity would prolong or disallow revegetation. **EXCEPTION:** This stipulation may be waived, excepted, or modified by the Authorized Officer if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on salinity and highly erodible soil areas.  The stipulation will not be waived, excepted, or modified if it is determined that the activity would cause accelerated erosion that would result in excessive amounts of salinity being contributed to the Colorado River.  Variances could be allowed if soils are not saturated during the typical high soil moisture period when these soils are most susceptible to damage (March 1 through May 31), or if impacts could not be mitigated, or if site-specific conditions do not warrant the stipulation (small amount of disturbance, short duration of operations, etc). Resource information for split-estate lands has not been verified by the BLM.  Verification will occur during a review of Applications for Permit to Drill (ADP's).  On-site Inspection and consultation with the surface owner and operator may reveal that (1) the impacts addressed by the stipulation will be avoided or mitigated to an acceptable level, or (2) the resources of concern are not present.  Upon either of these determinations by the Authorized Officer, the stipulations can be waived, modified, or excepted without public notice other than that provided for the APD.  If, after on-site inspection and consolation with the private surface landowner, it is determined by the Authorized Officer that conditions necessary to avoid impacts to private resources addressed by these stipulations, the impacts will be assessed.  If, based upon such assessment, the Authorized Officer makes a decision to substantially change one or more stipulations, a 30-day public review period will be provided in addition to the public notice | • | | | |

BLM_0110951

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | period for receipt of the APD.  (These two 30-day notice and review periods may overlap.) **Standard MODIFICATION and WAIVER apply.** | | | | |
| **TL-1** *Saturated Soils* BLM Surface: 675,800 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or demonstrate rutting of 2 inches or more. The BLM Authorized Officer will determine when soil conditions are appropriate for activities to resume. **PURPOSE:** To maintain site stability, soil productivity, prevent accelerated erosion, and increase reclamation success. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect soils during wet weather conditions when soils are most susceptible to irreversible damage and accelerated erosion. | | • | | |
| **TL-2** *Saturated Soils* BLM Surface: 675,800 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in areas where soils are saturated or demonstrate rutting of 3 inches or more. The BLM Authorized Officer will determine when soil conditions are appropriate for activities to resume. **PURPOSE:** To maintain site stability, soil productivity, prevent accelerated erosion, and increase reclamation success. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is required to protect soils during wet weather conditions when soils are most susceptible to irreversible damage and accelerated erosion. | | | | • |
| Fish and Aquatic Wildlife | | | | | |
| **TL-3** *Coldwater Sport and Native Fish* BLM Surface: 8,360 acres US Mineral Estate: 5,940 acres | **STIPULATION:** Prohibit in-channel stream work in all occupied streams during appropriate spring and fall spawning periods, as follows: • April 1 to August 1 for rainbow and cutthroat trout and Paiute and mottled sculpin; and • October 1 to November 30 for brown and brook trout. **PURPOSE:** To protect redds (egg masses) in the gravel and | | • | | |

Internal Draft – Not for Public Distribution

BLM_0110952

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | emerging fry. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to protect important native and game fish breeding activities and habitats. | | | • | |
| **TL-4** *Coldwater Sport Fish* BLM Surface: 4,600 acres US Mineral Estate: 2,550 acres | **STIPULATION:** Prohibit in-channel stream work in all trout occupied streams during appropriate spring and fall spawning periods, as follows: • April 1 to June 15 for rainbow and cutthroat trout; and • October 1 to November 30 for brown and brook trout. **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. **EXCEPTION:** The following are exceptions to this stipulation: • In-channel restoration or enhancement work designed to improve stream habitat conditions. • Riparian plantings. • Temporary disturbances of less than 0.1 acre with appropriate BMPs. **Standard MODIFICATION and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to protect important native and game fish breeding activities and habitats. | | | | • |
| **TL-5** *Coldwater Sport and Native Fish* BLM Surface: 8,360 acres US Mineral Estate: 5,940 acres | **STIPULATION:** Prohibit in-channel stream work and recreational mining in all occupied streams during spawning periods as follows: • spring: April 15 to June 30; and • fall: October 1 to November 30. **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. **EXCEPTION:** The following are exceptions to this stipulation: • In-channel restoration or enhancement work designed to improve stream habitat conditions. • Riparian plantings. | | | | • |

BLM_0110953

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | • Temporary disturbances of less than 0.1 acre with appropriate BMPs.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation is necessary to protect important native and game fish breeding activities and habitats. | | | | |
| | Terrestrial Wildlife | | | | |
| TL-CO-9 (BLM 1991)<br><br>*Big Game Species (mule deer, elk, pronghorn antelope, and bighorn sheep)*<br><br>BLM Surface:<br>  267,480 acres<br><br>US Mineral Estate:<br>  15,880 acres | **STIPULATION:** Prohibit surface-occupancy in big game crucial winter habitat [now termed "severe and winter concentration areas"], including severe big game winter range or other definable winter ranges as mapped by the CDOW, from December 1 to April 30.<br><br>**PURPOSE:** BLM: Insert purpose<br><br>**EXCEPTION:** Under mild winter conditions, the last 60 days of the seasonal limitation period may be suspended. Severity of the winter will be determined on the basis of snow depth, snow crusting, daily mean temperature, and whether the animals were concentrated on the crucial winter range during winter months. This limitation may or may not apply to work requiring a Sundry Notice pending environmental analysis of any operational or production aspects.<br><br>**Standard MODIFICATION and WAIVER apply.** | • | | | |
| TL-6<br><br>*Big Game Crucial Winter Range (Elk, Mule Deer, Pronghorn Antelope, Moose)*<br><br>BLM Surface:<br>  495,360 acres<br><br>US Mineral Estate:<br>  94,890 acres | **STIPULATION:** Prohibit surface-occupancy and surface-disturbing activities in big game crucial winter range, including severe winter range and winter concentration areas as mapped by the CDOW, as follows (stated dates are inclusive):<br><br>• Elk and mule deer: December 1 to April 30<br>• Pronghorn antelope: January 1 to March 31<br>• Moose: November 15 to May 30<br><br>Note that some travel closures and restrictions may also apply in specific geographic areas.<br><br>**PURPOSE:** To protect big game during severe winter periods.<br><br>**EXCEPTION:** The following are exceptions to this stipulation:<br><br>• CDOW-mapped "winter range", which is fairly extensive | | • | | |

BLM_0110954

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | • and comprises a considerable proportion of the resource area. <br> • Under certain circumstances, habitat improvement projects (e.g., early spring, late fall fuel treatments), provided improvements are demonstrably positive for target species without being detrimental to wildlife communities. <br><br> Other factors to consider for exceptions: <br><br> • Winter conditions (such as snow cover and crusting) at the project site and vicinity; <br> • Predictable, short-term (1 week) storm forecasts for the project area; <br> • Period of winter in which the exception is requested (e.g. early winter or late winter); <br> • Project site location relative to the size and spatial arrangement of crucial winter range, open roads and trails, and other background or historical disturbance; <br> • Length of time that activities would encroach on the period of the winter range stipulation; <br> • Number of vehicle trips per day in and out of the work site; <br> • Time of day that activity occurs (after dark is generally prohibited); <br> • Actual big game use of the area and herd status/ activities; <br> • Cumulative impacts on big game (such as other activities in the area); and <br> • Any other site-specific or general concerns, as appropriate. <br><br> **Standard MODIFICATION and WAIVER apply.** <br><br> **JUSTIFICATION:** This stipulation is necessary to protect big game winter habitat from surface-disturbing and major human activities during the periods of the year when the habitat is occupied. During severe winters, animals are particularly prone to disturbance, stressors and, consequently, reduced fitness. Protection of these areas is critical to the viability of big game herds. These areas will be managed by BLM to reflect CDOW most current big game winter range maps. | | | | |
| **TL-7** <br> *Big Game Crucial* | **STIPULATION:** Prohibit surface-occupancy and surface-disturbing activities in big game crucial winter range, including | | | • | |

Addendum-B-78    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    June 2011
*Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review*

BLM_0110955

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:-:|:-:|:-:|:-:|
| | | A | B | C | D |
| *Winter Range (Elk and Mule Deer)* BLM Surface: 493,960 acres US Mineral Estate: 94,880 acres | severe winter range and winter concentration areas for mule deer and elk as mapped by the CDOW, as follows (stated dates are inclusive): <br><br> • Elk and mule deer: January 1 to March 31 <br><br> **PURPOSE:** To protect big game during severe winter periods. <br><br> **EXCEPTION:** The following are exceptions to this stipulation: <br><br> • CDOW-mapped "winter range", which is fairly extensive and comprises a considerable proportion of the resource area. <br> • Under certain circumstances, habitat improvement projects (e.g., early spring, late fall fuel treatments), provided improvements are demonstrably positive for target species without being detrimental to wildlife communities. <br><br> Other factors to consider for exceptions: <br><br> • Winter conditions (such as snow cover and crusting) at the project site and vicinity; <br> • Predictable, short-term (1 week) storm forecasts for the project area; <br> • Period of winter in which the exception is requested (e.g. early winter or late winter); <br> • Project site location relative to the size and spatial arrangement of crucial winter range, open roads and trails, and other background or historical disturbance; <br> • Length of time that activities would encroach on the period of the winter range stipulation; <br> • Number of vehicle trips per day in and out of the work site; <br> • Time of day that activity occurs (after dark is generally prohibited); <br> • Actual big game use of the area and herd status/ activities; <br> • Cumulative impacts on big game (such as other activities in the area); and <br> • Any other site-specific or general concerns, as appropriate. <br><br> **Standard MODIFICATION and WAIVER apply.** | | | | |

BLM_0110956

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** This stipulation is necessary to protect big game winter habitat from surface-disturbing and major human activities during the periods of the year when the habitat is occupied. During severe winters, animals are particularly prone to disturbance, stressors and, consequently, reduced fitness. Protection of these areas is critical to the viability of big game herds. These areas will be managed by BLM to reflect CDOW most current big game winter range maps. | | | | |
| **TL-8** *Big Game Crucial Winter Range (Severe Winter Range and Winter Concentration Areas)* BLM Surface: 495,260 acres US Mineral Estate: 94,990 acres <mark>COSO draft stip</mark> | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in mapped crucial winter habitat as follows (stated dates are inclusive). This stipulation does not apply to operation and maintenance of production facilities. <br><br>• Antelope: December 1 to April 30<br>• Rocky mountain and desert bighorn sheep: November 1 to April 30<br>• Mule deer/white-tailed deer: December 1 to April 30<br>• Elk: December 1 to April 30<br>• Moose: December 1 to April 30<br><br>**PURPOSE:** In order to reduce behavioral disruption of big game during the winter season on crucial winter habitat as mapped by the Colorado Division of Wildlife.<br><br>**EXCEPTION:** The Field Manager may grant an exception if an environmental analysis indicates that the proposed action can be conditioned so as not to interfere with habitat function or compromise animal condition within the project vicinity. An exception may also be granted if the proponent, Bureau of Land Management, and Colorado Division of Wildlife negotiate compensation that would satisfactorily offset anticipated impacts to big game production or habitat condition, or an agreement can be reached where by a COGCC wildlife mitigation plan can be accommodated consistent with established RMP objectives and decisions.  An exception may also be granted for actions intended to enhance the long term utility for availability of suitable habitat.<br><br>**MODIFICATION:** The Field Manager may modify the size and time frames of this stipulation if Colorado Division of Wildlife monitoring information indicates that current animal | | | | • |

BLM_0110957

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | use patterns are inconsistent with dates established for animal occupation, or under mild winter conditions for the last 60 days of the closure.  Severity of the winter will be determined on the basis of snow depth, snow crusting, daily mean temperatures, and whether animals were concentrated on the winter range during the winter months. Modifications could be authorized if the proposed action could be conditioned so as not to interfere with critical habitat function or compromise animal condition.  A modification may also be approved if the proponent, Bureau of Land Management, and Colorado Division of Wildlife agree to compensation that satisfactorily offset detrimental impacts to big game winter range or its use, or an agreement can be reached where by a COGCC wildlife mitigation plan can be accommodated consistent with established RMP objectives and decisions.  **WAIVER:** The Field Manager may grant a waiver if Colorado Division of Wildlife determines that the area is no longer utilized by big game as crucial winter range.  **JUSTIFICATION:** BLM: insert justification | | | | |
| TL (BLM 1991)  *Big Game Birthing Areas (by species)*  BLM Surface:   4,510 acres  US Mineral Estate:   8,200 acres | **STIPULATION:** Restrict surface-disturbing activities in the following areas:  • Elk calving [now termed "production"]: April 16 to June 30 (Stip Code: CO-10 & UB-05) (3,612/3,371)  • Pronghorn antelope fawning: May 1 to July 15 (Stip. Code: CO-11) N/A in UFO  • Rocky Mountain bighorn sheep lambing: May 1 to July 15 (Stip. Code: CO-12) N/A in UFO  • Desert bighorn sheep lambing: March 16 to May 30 (Stip. Code: CO-14) N/A in UFO  **PURPOSE:** BLM: insert purpose  **EXCEPTION:** When it is determined through a site-specific environmental analysis that specific actions would not interfere with critical habitat function or compromise animal condition within the project vicinity, the restriction may be altered or removed.  **Standard MODIFICATION and WAIVER apply.** | • | | | |

BLM_0110958

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **TL-9** *Big Game Reproduction Areas (Elk, Pronghorn Antelope, Rocky Mountain and Desert Bighorn Sheep, Moose Calving/Fawning/ Lambing Areas)* BLM Surface: 3,020 acres US Mineral Estate: 11,520 acres | **STIPULATION** Prohibit surface occupancy and surface-disturbing activities in big game reproduction areas as follows:<br><br>• Elk: May 15 to June 30<br>• Pronghorn antelope: May 1 to July 15<br>• Rocky Mountain and bighorn sheep:<br>  o May 1 to July 15 for lambing range; and<br>  o October 15 to December 15 for rutting grounds.<br>• Desert bighorn sheep:<br>  o March 15 to June 15 for lambing range; and<br>  o August 1 to Septmber 30 for rutting grounds<br>• Moose: May 15 to July 15<br><br>Note that some travel closures and restrictions may also apply in specific geographic areas.<br><br>**PURPOSE:** To protect important seasonal reproduction areas for big game, to minimize disturbance of animals during birthing and rearing periods.<br><br>**EXCEPTION:** The following are exceptions to this stipulation:<br><br>• Project site location relative to the size and spatial arrangement of reproduction range, open roads and trails, and other background or historical disturbance;<br>• Length of time that activities would encroach on the period of the restriction period;<br>• Number of vehicle trips per day in and out of the work site;<br>• Time of day that activity occurs (after dark is generally prohibited);<br>• Actual big game use of the area and herd status/ activities;<br>• Cumulative impacts on big game (such as other activities in the area); and<br>• Any other site-specific or general concerns, as appropriate.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation provides for protection of big game reproduction areas and is intended to protect animals from disturbance and displacement by human activities. Protection of these areas is critical to the viability of big game herds. | | • | | |

BLM_0110959

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and**
**Surface-disturbing Activities**

| Stipulation Number (Existing/New) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **TL-10**<br><br>*Big Game Reproduction Areas (elk)*<br><br>BLM Surface:<br> 5,460 acres<br>US Mineral Estate:<br> 7,250 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in elk reproduction areas from May 15 to June 15.<br><br>**PURPOSE:** To protect important seasonal reproduction areas for big game, to minimize disturbance of animals during birthing and rearing periods.<br><br>**EXCEPTION:** The following are exceptions to this stipulation:<br><br>• Project site location relative to the size and spatial arrangement of reproduction range, open roads and trails, and other background or historical disturbance;<br>• Length of time that activities would encroach on the period of the restriction period;<br>• Number of vehicle trips per day in and out of the work site;<br>• Time of day that activity occurs (after dark is generally prohibited);<br>• Actual big game use of the area and herd status/ activities;<br>• Cumulative impacts on big game (such as other activities in the area); and<br>• Any other site-specific or general concerns, as appropriate.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** This stipulation provides for protection of big game reproduction areas and is intended to protect animals from disturbance and displacement by human activities. Protection of these areas is critical to the viability of big game herds. | | | • | |
| **TL-11**<br><br>*Big Game Reproduction Areas (Elk, Pronghorn Antelope, Rocky Mountain and Desert Bighorn Sheep, Moose Calving/Fawning/ Lambing Areas)*<br><br>BLM Surface:<br> 3,020 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in mapped big game production areas as follows:<br><br>• Elk, pronghorn antelope, Rocky Mountain bighorn sheep, and moose: April 15 to June 30; and<br>• Desert bighorn sheep: February 1 to May 1.<br><br>This stipulation does not apply to operation and maintenance of production facilities.<br><br>**PURPOSE:** In order to reduce behavioral disruption during | | | | • |

BLM_0110960

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and
Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| US Mineral Estate: 11,520 acres *COSO draft stip* | parturition and early young rearing period. **EXCEPTION:** The Field Manager may grant an exception if an environmental analysis indicates that the proposed action can be conditioned so as not to interfere with habitat function or compromise animal condition within the project vicinity. An exception may also be granted if the proponent, Bureau of Land Management, and Colorado Division of Wildlife negotiate compensation that would satisfactorily offset anticipated impacts to big game production or habitat condition, or an agreement can be reached where by a COGCC wildlife mitigation plan can be accommodated consistent with established RMP objectives and decisions.  An exception may also be granted for actions intended to enhance the long term utility for availability of suitable habitat. **MODIFICATION:** The Field Manager may modify the size and time frames of this stipulation if Colorado Division of Wildlife monitoring information indicates that current animal use patterns are inconsistent with dates established for animal occupation.  Modifications could be authorized if the proposed action could be conditioned so as not to interfere with critical habitat function or compromise animal condition.  A modification may also be approved if the proponent, Bureau of Land Management, and Colorado Division of Wildlife agree to compensation that satisfactorily offset detrimental impacts to big game production or habitat condition, or an agreement can be reached where by a COGCC wildlife mitigation plan can be accommodated consistent with established RMP objectives and decisions. **WAIVER:** The field Manager may grant a waiver if Colorado Division of Wildlife determines that the area is no longer utilized by big game for production purposes. **JUSTIFICATION:** *BLM: Insert justification* | | | | |
| *TL-UB-6 (BLM 1989a)* *Waterfowl Habitat* BLM Surface: 570 acres | **STIPULATION:** Prohibit development activities in waterfowl habitats from March 15 to June 30. **PURPOSE:** To protect waterfowl from activities that would alter breeding behavior, increase the incidence of nest abandonment, and decrease breeding success. | • | | | |

Addendum-B-84      *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*      June 2011
Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review

BLM_0110961

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[I] | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| | **EXCEPTION:** This stipulation may be waived, excepted, or modified by the Authorized officer if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on breeding and nesting waterfowl.  Variances could be allowed if these breeding habitats are not being utilized, or if impacts could be mitigated, or if site-specific conditions do not warrant the stipulation (few individuals affected, short duration of operations, etc.). | | | | |
| | Resource information for split-estate lands has not been verified by the BLM.  Verification will occur during a review of Applications for Permit to Drill (ADP's).  On-site Inspection and consultation with the surface owner and operator may reveal that (1) the impacts addressed by the stipulation will be avoided or mitigated to an acceptable level, or (2) the resources of concern are not present.  Upon either of these determinations by the Authorized Officer, the stipulations can be waived, modified, or excepted without public notice other than that provided for the APD. If, after on-site inspection and consolation with the private surface landowner, it is determined by the Authorized Officer that conditions necessary to avoid impacts to private resources addressed by these stipulations, the impacts will be assessed.  If, based upon such assessment, the Authorized Officer makes a decision to substantially change one or more stipulations, a 30-day public review period will be provided in addition to the public notice period for receipt of the APD.  (These two 30-day notice and review periods may overlap.) | | | | |
| | **Standard MODIFICATION and WAIVER apply.** | | | | |
| **TL-12** *Waterfowl and Shorebirds* BLM Surface: *No Data* US Mineral Estate: *No Data* COSO draft stip | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of known breeding grounds and nest sites from March 1 to July 31 in areas designated for waterfowl, shorebird, and waterbird production. This stipulation does not apply to operation and maintenance of production facilities. **PURPOSE:** Prevent disruption of nesting activity. **EXCEPTION:** An exception can be granted if an environmental analysis of the proposed action indicates that nature or conduct of the activity could be conditioned so as | | | • | |

BLM_0110962

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number *(Existing/***New***)* Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | not to impair the utility of habitat for current or subsequent nesting activity or occupancy. **MODIFICATION:** The Field Manager may modify the stipulation dates or stipulation area if an environmental analysis indicates that a portion of the area is nonessential to nest utility or function, or that the proposed action could be conditioned so as not to impair the utility of the nest habitat for current or subsequent nest activities or occupation.  The stipulation may also be modified if the proponent, Bureau of Land Management, and where necessary, other affected interests, negotiate compensation that satisfactorily offsets anticipated impacts to breeding activities and/or habitats. **WAIVER:**  A waiver may be granted if habitat conditions are permanently incapable of supporting production activities. **JUSTIFICATION:** *BLM: insert justification* | | | | |
| **TL-13** *Wild Turkey Winter Habitat* BLM Surface: 18,030 acres US Mineral Estate: 8,640 acres *COSO draft stip* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in mapped wild turkey winter habitat from December 1 to April 1. This stipulation does not apply to operation and maintenance of production facilities. **PURPOSE:**  Prevent disruption of Wild Turkey during the winter period. **EXCEPTION:** The Field Manager may grant an exception if an environmental analysis and coordination with the Colorado Division of Wildlife indicate that the proposed action could be conditioned so as not adversely affect winter distribution and survival.  An exception could also be granted if the proponent, Bureau of Land Management, and Colorado Division of Wildlife negotiate compensation that would satisfactorily offset the anticipated loss of winter habitat or overwintering activities.  Actions designed to enhance the long term utility or availability of suitable winter habitat may be excepted. **MODIFICATION:**  The Field Manager may modify the size of the timing limitation area if an environmental analysis indicates that the proposed action could be conditioned so as not to adversely affect winter distribution or survival. **WAIVER:**  The Field Manager may grant a waiver if Colorado | • | | | • |

BLM_0110963

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Division of Wildlife determines that the described lands are incapable of serving the long term requirements of wild turkey winter habitat and that these ranges no longer warrant consideration as components of wild turkey winter habitat. **JUSTIFICATION:** BLM: insert justification | | | | |
| **TL-14** *Migratory Bird Breeding Habitat* BLM Surface: 413,520 acres US Mineral Estate: 67,060 acres | **STIPULATION** Prohibit surface occupancy and surface-disturbing activities from May 1 to July 31 in priority migratory bird habitats. **PURPOSE:** To protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act and Executive Order 13186, "Responsibilities of Federal Agencies to Protect Migratory Birds." **EXCEPTION:** Small-scale actions that disturb less than 5 acres of priority habitat. Under certain circumstances, an exception would be provided for habitat improvement projects. Habitat improvements would be demonstrably positive for target species without being detrimental to migratory bird communities. **MODIFICATION:** If nesting birds are found, focus protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority lists. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** To comply with federal law, regulation, and policies. | | • | | |
| **TL-15** *Migratory Bird Breeding Habitat* BLM Surface: 564,230 acres US Mineral Estate: 92,450 acres | **STIPULATION** Prohibit surface occupancy and surface-disturbing activities from May 1 to July 31 in priority migratory bird habitats for USFWS Birds of Conservation Concern, Partners-in-Flight species. **PURPOSE:** To protect breeding and nesting migratory bird species and to comply with the Migratory Bird Treaty Act and Executive Order 13186, "Responsibilities of Federal Agencies to Protect Migratory Birds." **EXCEPTION:** Small-scale actions that disturb less than 5 acres of priority habitat. Under certain circumstances, an exception would be provided for habitat improvement projects. Habitat improvements would be demonstrably | | | | • |

BLM_0110964

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| | positive for target species without being detrimental to migratory bird communities. **MODIFICATION:** If surveys are conducted during the breeding season by qualified wildlife biologists and no nests of priority species are found, then activities may continue. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** To comply with federal law, regulation, and policies. | | | | |
| Special Status Fish and Aquatic Wildlife | | | | | |
| **TL-3** *Coldwater Sport and Native Fish* BLM Surface: 8,360 acres US Mineral Estate: 5,940 acres | **STIPULATION** Prohibit in-channel stream work in all occupied streams during appropriate spring and fall spawning periods, as follows: • April 1 to August 1 for rainbow and cutthroat trout and Paiute and mottled sculpin; and • October 1 to November 30 for brown and brook trout. **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** **JUSTIFICATION:** This stipulation is necessary to protect important native and game fish breeding activities and habitats. | | • | | |
| **TL-4** *Coldwater Sport Fish* BLM Surface: 4,600 acres US Mineral Estate: 2,550 acres | **STIPULATION** Prohibit in-channel stream work in all trout occupied streams during appropriate spring and fall spawning periods, as follows: • April 1 to June 15 for rainbow and cutthroat trout; and • October 1 to November 30 for brown and brook trout. **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. **EXCEPTION:** Standard exceptions apply. In addition: • In-channel restoration or enhancement work designed to improve stream habitat conditions. • Riparian plantings. • Temporary disturbances of less than 0.1 acre with appropriate BMPs. | | | • | |

BLM_0110965

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Standard **MODIFICATION** and **WAIVER** apply. | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect important native and game fish breeding activities and habitats. | | | | |
| **TL-5** *Coldwater Sport and Native Fish* BLM Surface: 8,360 acres US Mineral Estate: 5,940 acres | **STIPULATION** Prohibit in-channel stream work and recreational mining in all occupied streams during spawning periods as follows: <br>• spring: April 15 to June 30; and <br>• fall: October 1 to November 30. <br><br>**PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. <br><br>**EXCEPTION:** Standard exceptions apply. In addition: <br>• In-channel restoration or enhancement work designed to improve stream habitat conditions. <br>• Riparian plantings. <br>• Temporary disturbances of less than 0.1 acre with appropriate BMPs. <br><br>Standard **MODIFICATION** and **WAIVER** apply. <br><br>**JUSTIFICATION:** This stipulation is necessary to protect important native and game fish breeding activities and habitats. | | | | • |
| | Special Status Terrestrial Wildlife | | | | |
| **TL-16** *Yellow-billed Cuckoo Habitat* BLM Surface: 35,090 acres US Mineral Estate: 8,510 acres | **STIPULATION** Prohibit surface occupancy and surface-disturbing activities within 100 meters (xx feet) of yellow-billed cuckoo habitat within riparian areas from May 15 to July 20. <br><br>**PURPOSE:** To protect occupied habitat for a federal candidate species. <br><br>Standard **EXCEPTION, MODIFICATION, and WAIVER** apply. <br><br>**JUSTIFICATION:** This stipulation is required to protect a federally recognized species and its habitat. | | | • | |
| **TL-17** *Canada Lynx Winter/ Denning Habitat* | **STIPULATION** Prohibit surface occupancy and surface-disturbing activities within lynx winter/denning habitat from December 1 to April 30. <br><br>**PURPOSE:** To protect wintering Canada lynx and winter | | • | | • |

BLM_0110966

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| BLM Surface: 3,860 acres US Mineral Estate: 2,830 acres | habitats, in accordance with ESA.<br><br>**EXCEPTION:** Standard exceptions apply, plus:<br><br>Travel and other operations on state or county year-round maintained roads that intersect lynx winter/ denning habitat.<br><br>**Standard MODIFICATION and WAIVER apply.**<br><br>**JUSTIFICATION:** To protect Canada lynx, a federally threatened species. | | | | |
| *TL-CO-15 (BLM 1991)*<br>*Grouse (sage- and mountain sharp-tailed grouse)*<br>BLM Surface: 180 acres<br>US Mineral Estate: 4,980 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within grouse (sage- and mountain sharp-tailed grouse) crucial [now termed "severe and winter concentration areas"] winter habitat from December 16 to March 15.<br><br>**PURPOSE:** <mark>BLM: Insert purpose</mark><br><br>**Standard EXCEPTION, MODIFICATION, and WAIVER apply.**<br><br>**JUSTIFICATION:** <mark>BLM: insert justification</mark> | • | | | |
| **TL-18**<br>*Gunnison Sage-grouse Winter Habitat*<br>BLM Surface: 180 acres<br>US Mineral Estate: 4,980 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within occupied winter habitat for Gunnison sage-grouse from December 15 to March 15. If winter habitats are not mapped or identified, this stipulation would apply to the entire area within 6.00 miles of leks.<br><br>**PURPOSE:** <mark>BLM: Insert purpose.</mark><br><br>**EXCEPTION:** <mark>BLM: Insert exception.</mark><br><br>**MODIFICATION:** <mark>BLM: Insert modification.</mark><br><br>**WAIVER:** <mark>BLM: Insert waiver.</mark><br><br>**JUSTIFICATION:** <mark>BLM: Insert justification.</mark> | | • | | |
| **TL-19**<br>*Gunnison Sage-grouse Winter Habitat*<br>180 BLM Surface: acres<br>US Mineral Estate: 4,980 acres | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in mapped important sage-grouse winter range as defined by BLM and CDOW from December 1 to March 15.<br><br>**PURPOSE:** Prevent disruption of sage-grouse during the winter period<br><br>**EXCEPTION:** The Field Manager may grant an exception if | | | | • |

BLM_0110967

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number (Existing/**New**) Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| *COSO draft stip* | an environmental analysis and coordination with the Colorado Division of Wildlife indicate that the proposed action could be conditioned so as not adversely affect winter distribution and survival. An exception could also be granted if the proponent, Bureau of Land Management, and Colorado Division of Wildlife negotiate compensation that would satisfactorily offset the anticipated losses of winter habitat or overwintering activities. Actions designed to enhance the long term utility or availability of suitable winter habitat may be excepted. **MODIFICATION:** The Field Manager may modify the size of the timing limitation area if an environmental analysis indicates that the proposed action could be conditioned so as not to adversely affect winter distribution or survival. **WAIVER:** The Field Manager may grant a waiver if Colorado Division of Wildlife determines that the described lands are incapable of serving the long term requirements of sage-grouse winter habitat and that these ranges no longer warrant consideration as components of sage-grouse winter habitat. **JUSTIFICATION:** BLM: insert justification | | | | |
| *TL-X (BLM xx)* *Sage-grouse Strutting Grounds* *No Data* BLM: where is this stip from? | **STIPULATION** Prohibit exploration, drilling, and other developmental activity on sage-grouse strutting grounds from March 15 to May 15. **PURPOSE:** BLM: Insert purpose. **EXCEPTION:** BLM: Insert exception. **MODIFICATION:** BLM: Insert modification. **WAIVER:** BLM: Insert waiver. **JUSTIFICATION:** BLM: Insert justification. | • | | | |
| **TL-20** *Gunnison Sage-grouse Breeding (Non-lek) Habitat* BLM Surface: 51,390 acres US Mineral Estate: 21,100 acres | **STIPULATION** Prohibit surface occupancy and surface-disturbing activities within 6.00 miles of Gunnison sage-grouse leks from March 1 to June 30. **PURPOSE:** To protect Gunnison sage-grouse non-lek breeding habitats including nesting, brood-rearing, and summer-fall habitats. **Standard EXCEPTION, MODIFICATION, and WAIVER apply.** | | • | | |

BLM_0110968

B. Restrictions Applicable to Fluid Minerals Leasing and Other Surface-disturbing Activities

**Table B-4**
**Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Surface-disturbing Activities**

| Stipulation Number *(Existing/***New***)* Protected Resource Acres/Miles Affected[1] | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** This stipulation will protect sage grouse during a critical period. | | | | |
| **TL-21** *Gunnison Sage-grouse Breeding (Non-lek) Habitat* BLM Surface: 94,240 acres US Mineral Estate: 64,990 acres COSO draft stip | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 4.00 miles of active Gunnison sage-grouse leks or mapped nesting habitat from March 1 to June 30. This stipulation is intended to apply to construction, drilling, fracing, and completion activities, but may apply as well to operation, maintenance, and production activities that may disrupt reproductive activities of sage-grouse. **PURPOSE:** Prevent disruption of reproductive activity during the production period **EXCEPTION:** The Field Manager may grant an exception if an environmental analysis and coordination with the Colorado Division of Wildlife indicate that the proposed action could be conditioned so as not to affect breeding behavior, nest attendance, egg/chick survival, or nesting success.  An exception could also be granted if the proponent, Bureau of Land Management, and Colorado Division of Wildlife negotiate compensation that would satisfactorily offset the anticipated loss of nesting habitat or nesting activities.  Actions designed to enhance the long term utility or availability of suitable nest habitat may be excepted. **MODIFICATION:**  The Field Manager may modify the size or dates of the timing limitation area if an environmental analysis indicates that the proposed action could be conditioned so as not to affect nest attendance, egg/chick survival, or nesting success. Seasonal or daily timeframes may be modified (March1- May 15) if operations could be conditioned to not disrupt lek attendance, breeding behavior, and bird distribution within 0.6 mile radius of the lek during the breeding period.  With the primary objective of allowing for 90 percent of initial nesting attempts to progress through hatch, timeframes may also be adjusted in nesting habitat as supported by appropriate monitoring data. **WAIVER:**  The Field Manager may grant a waiver if Colorado Division of Wildlife determines that the described lands are incapable of serving the long term requirements of sage-grouse nesting habitat and that these ranges no longer warrant | | | | • |

BLM_0110969