**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | concept into relevant stipulations. Interpretation of these terms has huge implications for how/ when/ where related stipulations would be imposed. Recommended terms/ definitions and interpretation:<br><br>*Surface disturbing activities*- human-caused disturbance resulting in direct and pronounced alteration, damage, removal, displacement, or mortality of vegetation, soil, or substrates; usually entail motorized or mechanized vehicles or tools; typically can also be described as disruptive activities (see following definition)<br><br>Examples of typical surface disturbing activities include:<br>• Earth-moving and drilling<br>• Geophysical exploration<br>• Off-route motorized and mechanized travel<br>• Vegetation treatments including woodland thinning with chainsaws<br>• Pyrotechnics and explosives<br>• Construction of powerlines, pipelines, oil and gas wells, recreation sites, livestock improvement facilities, wildlife waters, or new roads.<br><br>Examples of casual use and other activities that would not normally be considered surface disturbing activities:<br>• Equestrian use<br>• Proper livestock grazing<br>• Cross-country hiking<br>• Hand-spraying weeds<br>• Minimal trimming of vegetation to maintain ROW's<br>• Motorized and mechanized travel on designated routes<br>• Maintenance of permitted areas under valid existing rights<br><br>*Disruptive activities*- human-caused disturbance that induces stress on a population, community, or | |



BLM_0111223

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | ecosystem and potential loss of species fitness (survival, reproduction, and recruitment), usually within crucial habitats or other sensitive areas during specific time periods; may or may not entail surface disturbance<br><br>Examples of disruptive activities:<br>• Surface disturbing activity examples provided above<br>• Potentially all casual use examples provided above<br>• Commercial recreation activities, especially large groups<br>• Abnormally loud or sustained noise<br>• Road or ROW maintenance | |
| 1036. | Glossary-19 | 9-10 | M. Siders | Replace with "Areas restricted by NGD are closed to all surface-disturbing activities" | EMPSi (AA): Change made. |
| 1037. | Glossary-20 | 26 | A. Schroeder (CA) | Open Area- delete this definition in favor of the OHV open designation on line 5, pg Glossary-20. | EMPSi (AA): Change made. |
| 1038. | Glossary-21 | 16 | L Reed | Patent:        I think this is a typo:   "tide" should be "title" | EMPSi (AA): Change made. |
| 1039. | Glossary-21 | 16 | A. Schroeder (CA) | Replace "tide" with "title" and add "pursuant to various land disposal laws" at the end of the definition. | EMPSi (AA): Change made. |
| 1040. | Glossary-21 | 18 | A. Schroeder (CA) | Patented Claim- As defined, I would suggest the term "mineral patent" be used in place of "patented claim."<br><br>Rationale: There are different types of claims that may be patented. Once patented, it is no longer a claim. | EMPSi (AA): Change made. |
| 1041. | Glossary-22 | 19 | Huisjen | Definition of Prescribed Fire (taken from national policy): A wildland fire originating from a planned ignition to meet specific objectives identified in a written, approved, prescribed fire plan for which NEPA requirements (where applicable) have been met prior to ignition | EMPSi (AA): Change made. |
| 1042. | Glossary-22 | 19 | A. Schroeder (CA) | Replace the current term and definition for "Prescribed Fire Treatments" with, "Prescribed fire- Any fire ignited by management actions to meet specific objectives. A written, approved prescribed fire plan must exist, and NEPA requirements (where applicable) | EMPSi (AA): Change made per BLM's comment, above. |



BLM_0111224

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | must be met prior to ignition (Glossary of Wildland Fire Terminology. National Wildfire Coordinating Group, May 2011). Prescribed fire may be used for vegetation treatments such as reducing fuel loads, preparing sites for chemical treatment or seeding, or promoting vegetation regeneration." Rationale- The subsequent definition of the term "vegetation treatments" identifies prescribed fire as one such method of treatment. This recommendation defines "prescribed fire" in accordance with the national wildland fire glossary and ties it to vegetation treatments. It is national policy to use consistent wildland fire terminology. | |
| 1043. | Glossary-23 | 11-12 | M. Siders | Delete vultures, add falcons | EMPSi (AA): Change made to "raptor" definition in glossary (page Glossary-24). |
| 1044. | Glossary-23 Glossary-26 | 23 05 | T. Stranathan | "Rehabilitate" & "Reclamation": Returning disturbed lands as near to its predisturbed condition as is reasonably practical or as specified in approved permits. | BLM (BK): No change. After discussion, we decided to keep the original definition for *Reclamation*: "Returning disturbed lands to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan." |
| 1045. | Glossary-23 | 31 | C. Sharp (USFWS/CA) | Include definition for proposed critical habitat. | EMPSi (AA): Change made. |
| 1046. | Glossary-24 | 12.5 | A. Schroeder (CA) | Define "rare habitat" Rationale: This term is used at least once in this review draft, but is not defined. | BLM (BK): A definition will not be provided in the glossary. "Rare habitat" only shows up once in Chapter 2, and that is in Alternative A. I do not know what the intent was in the last RMP. |
| 1047. | Glossary-24 | 13 | Sondergard | Rare Soils – I don't know that this term needs to be in the glossary. I can't find any mention of it in the matrix. | EMPSi (AA): Deleted from glossary. |
| 1048. | Glossary-26 | 06 | A. Schroeder (CA) | Renewable Energy- Add "Energy" at start of first sentence; replace "wood" with "bio-mass." | EMPSi (AA): Change made. |
| 1049. | Glossary-26 | 19 & 20 | K. Kubik | This definition for Rest-Rotation is vague and inaccurate. Please replace with "A grazing rotation strategy that normally involves a multi-pasture system, where one pasture is given 12 months of nonuse each | EMPSi (AA): Change made. |



BLM_0111225

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | year, while the remaining pastures absorb all the grazing use. This grazing strategy can provide periodic "rest" for all pastures in the rotation system, or for pastures that have been identified as needing rest for resource reasons." | |
| 1050. | Glossary-27 | 17 | L Reed | Sale:  very last sentence perhaps add wording: "Any lands to be disposed of by sale that are not identified in the current RMP, or meet the disposal criteria identified in the RMP, require a plan amendment before a sale can occur."<br><br>[We understood by listing disposal criteria in the RMP, lands could be sold that met one or more disposal criteria listed without amending the plan] | EMPSi (AA): Change made. |
| 1051. | Glossary-27 | 17 | A. Schroeder (CA) | Add a general definition for "sale"- "Sale (general)- a transfer of goods or property from one party to another for a price paid. (adapted from Webster's Third New International  Dictionary of the English Language Unabridged, 1976, G. & C. Merriam Co.)<br><br>Rationale: The term "sale" is used in conjunction with land disposal, mineral material disposal, vegetative materials disposal, and woodland/forest product disposal, among others. Sale is Just one form of disposal. | EMPSi (AA): No change made. |
| 1052. | Glossary-27 | 17 | A. Schroeder (CA) | Replace the current definition of "Sale" with something along the following lines: "Sale (public land)- a method of land disposal pursuant to FLPMA, whereby the United States receives a fair-market payment for the transfer of land from federal ownership.<br><br>Move the current "definition" of sale to that part of the document where land disposal management is discussed (if not already there).<br><br>Rationale: The current definition only references land sales and appears to be more a description of a process than a definition. | EMPSi (AA): Change made per this comment and BLM's comment, above. |



BLM_0111226

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1053. | Glossary-28 | 11-13 | M. Siders | Add "Severe winter range is defined for each Colorado Division of Wildlife Data Analysis Unit." | EMPSi (AA): Change made. |
| 1054. | Glossary-28 | 37 SRMA | J. Jackson | Delete old definition and replace with: "The SRMAs are administrative units where the existing or proposed recreation opportunities and recreation setting characteristics are recognized for their unique value, importance and/or distinctiveness, especially as compared to other areas used for recreation." | EMPSi (AA): Change made. |
| 1055. | Glossary-28 | 7.5 | A. Schroeder (CA) | Define "Sensitive habitat" <br><br> Rationale: This term is used at least once in this review draft, but is not defined. | BLM (BK):  A definition will not be provided in the glossary.  I searched for "sensitive habitat", and the program found zero results. |
| 1056. | Glossary-29 | 08 | David Sinton | Please drop "proposed species," | EMPSi (AA): Change made per USFWS and M. Siders comments, below. |
| 1057. | Glossary-29 | 08 | C. Sharp (USFWS/CA) | Update your definition for *special status species*. From BLM Manual 6840 (Revised 2008), "special status species: collectively, federally listed or proposed and Bureau sensitive species, which include both Federal candidate species and delisted species within 5 years of delisting." The old version of BLM Manual 6840 (2001) did identify and acknowledge State listed species as special status species. However, with the Manual's revision in 2008, the BLM elected to exclude State listed species from the definition and classification, and a few of these species were, in effect, removed from the CO BLM sensitive species list (see following). <br><br> Under current policies, special status species may also happen to be state-listed, but not all state-listed species are necessarily acknowledged by BLM as special status species. E.g., river otter (state threatened), sandhill crane (state species of special concern), neither of which are officially considered or "designated" by BLM. This would be partially addressed by the proposed management actions in Rows 107 and 187. | We will work on the definition.  This definition conflicts with the one in comment 1062. |
| 1058. | Glossary-29 | 13 | B. Krickbaum | Split Estate:  Change the definition to: Lands on which the surface is in private ownership and | EMPSi (AA): Change made in combination with L. Reed comment, below. |


BLM_0111227

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | the mineral resources are publicly held and managed by the Federal government. | |
| 1059. | Glossary-29 | 13 | L Reed | Split Estate:   consider rewording: Lands on which the mineral estate is owned by someone other than the surface estate owner. e.g  private surface/federal minerals  [split estate does not mean the minerals are always owned by the govt] | EMPSi (AA): Change made. |
| 1060. | Glossary-29 | 13 | A. Schroeder (CA) | Replace the current definition of "Split estate" with "Split estate- Lands on which all or part of the subsurface ownership (generally minerals) is different from the surface ownership. Split estates could include federal surface with state, private, or Indian minerals; state surface with federal, private, or Indian minerals; private surface with federal, state or Indian minerals, or Indian surface with federal, state, or private minerals.  Rationale: Split estate is more than federal (BLM managed) minerals and private surface. It could also be federal surface with state or private minerals  revise definition?; surface ownership different from all or part of subsurface ownership; | EMPSi (AA): Change made in combination with L. Reed (BLM) comment, above. |
| 1061. | Glossary-29 | 30+ | A. Schroeder (CA) | 1) Recommend changing the current term "Stipulation" to "Stipulation (oil and gas) and reword as follows: "*A provision that modifies standard oil and gas lease terms and conditions in order to protect other resource values or land uses and which is attached to and made a part of the lease." Typical lease stipulations include No Surface Occupancy (NSO), Timing Limitations (TL), Conditional Surface Use (CSU). Lease stipulations are developed through the land use planning process."*  2) Recommend adding a second, general definition for "*Stipulation (general)- a term or condition in an agreement or contract."*  Rationale: The term "stipulation" is used repeatedly in | EMPSi (AA): Change made. |


BLM_0111228

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | a general sense related to various activities and use authorizations, including, but not limited to fluid minerals, as well as being specifically used when referring to "fluid mineral lease stipulations." Also, the current definition is long and cumbersome. | |
| 1062. | Glossary-29 | 8-10 | M. Siders | Should read "Includes any species which is listed, or proposed for listing, as threatened or endangered by the U.S. Fish and Wildlife Service or National Marine Fisheries Service under the provisions of the Endangered Species Act; any species designated as a "listed," "candidate," "sensitive" or "species of concern," and any species which is listed by the State in a category implying potential danger of extinction;  Also includes BLM State Director-designated sensitive species (BLM Manual…" | We will work on the definition.  This definition conflicts with the one in comment 1057. |
| 1063. | Glossary-30 | 10-12 | M. Siders | Add "Under the Endangered Species Act in the United States, 'threatened is the lesser protected of the two categories.  Designation as threatened (or endangered) is determined by the USFWS, as directed by the ESA." | EMPSi (AA): Change made. |
| 1064. | Glossary-30 | 15 | C. Sharp (USFWS/CA) | As proposed, Timing Limitations also apply to non-fluid mineral activities. However, other stipulations (CSU, NSO) when applied to non-fluid mineral activities, have unique labels (SSR, NGD, respectively). For consistency, and to avoid confusion, we recommend applying a dual approach for the Timing Limitation stipulation (i.e., a Seasonal Limitation for non-fluid mineral activities). | EMPSi (AA): This approach was considered during alternatives development. All Timing Limitations apply to all fluid mineral and non-fluid mineral activities and, as such, including a second label, such as Seasonal Limitation, for non-fluid mineral activities would result in 100 percent duplication of the Timing Limitations. As such, the definition of Timing Limitation was written such that it includes all types of activities. |
| 1065. | Glossary-30 | 15-19 | M. Siders | Should read "The TL stipulation, a moderate constraint, is applicable to fluid mineral leasing, all activities associated with fluid mineral leasing (e.g., truck-mounted drilling 16 and geophysical exploration equipment off designated routes, construction of wells and/or pads), and other surface-disturbing activities (i.e., those not related  to fluid mineral leasing). …" | EMPSi (AA): Change made. |
| 1066. | Glossary-32 | 01 | L Reed | Valid existing rights:   consider adding wording: "Any lease or other authorization established…… | EMPSi (AA): Changed definition to: "Documented, legal rights or interests in the land that allow a |



BLM_0111229

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | person or entity to use said land for a specific purpose and that are still in effect. Such rights include but are not limited to fee title ownership, mineral rights, rights-of-way, easements, permits, and licenses. Such rights may have been reserved, acquired, leased, granted, permitted, or otherwise authorized over time." |
| 1067. | Glossary-32 | 01 | A. Schroeder (CA) | Replace the current definition for "Valid existing rights" with the following: "Documented, legal rights or interests in the land which allow a person or entity to use said land for a specific purpose and which are still in effect.  Such rights include fee title ownership, mineral rights, rights-of-way, easements, permits, licenses, etc.. Such rights may have been reserved, acquired, leased, granted, permitted, or otherwise authorized over time." Rationale: Valid existing rights can result from more actions than just leases, therefore the definition should be broader. | EMPSi (AA): Change made. |
| 1068. | Glossary-32 | 06-07 | M. Siders | Should read "… encompassing both age of stand, height of vegetation, and spatial distribution of plants." | EMPSi (AA): Change made. |
| 1069. | Glossary-32 | 10 | A. Schroeder (CA) | Delete the word "treatments" following "prescribed fire. | EMPSi (AA): Change made. |
| 1070. | Glossary-32 | 13 | M. Siders | Add "Includes jawless fishes, bony fishes, sharks and rays, amphibians, reptiles, mammals, and birds." | EMPSi (AA): Change made. |
| 1071. | Glossary-34 | 33 | Huisjen | Definition of Wildland Fire (taken from national policy): Any non-structure fire that occurs in the wildland | EMPSi (AA): Change made. |
| 1072. | Glossary-34 | 33 | A. Schroeder (CA) | Replace the current definition for "Wildland fire" with, "Any non-structure fire that occurs in the wildland. Three distinct types of wildland fire have been defined and include wildfire, wildland fire use, and prescribed fire." (Glossary of Wildland Fire Terminology, National Wildfire Coordinating Group, May 2011) Rationale- It is national policy to use consistent wildland fire terminology. The cited glossary is the national glossary for wildland fire terms. | EMPSi (AA): Change made. |



BLM_0111230

**BLM – U**NCOMPAHGRE **F**IELD **O**FFICE, **C**OLORADO
**R**ESOURCE **M**ANAGEMENT **P**LAN **R**EVISION AND **E**NVIRONMENTAL **I**MPACT **S**TATEMENT

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1073. | Glossary-34 | 37 | Huisjen | Definition of Wildland Fire Use: A term no longer used.  New terminology is 'Managed Fire'.<br><br>Need to see how this term was used in Chapter 1 and in the Matrix before deleting it's existing definition. | EMPSi (AA): Term not deleted from glossary because although it is not used in Chapters 1 or 2 or the appendices to date, it is used in Chapter 3. The following was added to the beginning of the glossary definition of "Wildland fire use: "*A term no longer used; the new terminology is "managed fire" (see "managed fire" definition)...*" |
| 1074. | Glossary-34 | 37 | A. Schroeder (CA) | Replace the current definition for "Wildland fire use" with, "The application of the appropriate management response to naturally-ignited wildland fires to accomplish specific resource management objectives in pre-defined designated areas outlined in Fire Management Plans. Operational management is described in the Wildland Fire Implementation Plan (WFIP)." (Glossary of Wildland Fire Terminology, National Wildfire Coordinating Group, May 2011)<br><br>Rationale- It is national policy to use consistent wildland fire terminology. The cited glossary is the national glossary for wildland fire terms. | EMPSi (AA): Defintion edited per response to BLM's comment, above. |
| 1075. | Glossary-35 | 05-07 | M. Siders | Add "Winter concentration areas are defined for each Colorado Division of Wildlife Data Analysis Unit." | EMPSi (AA): Change made. |
| | | | **Appendix A:** *Figures* | | |
| 1076. | Appendix A | | Huisjen | Need 3 Managed Fire Alternative Maps inserted (Sinton is working on them as of 6/28) | EMPSi (KW): After discussion with B. Krickbaum and GIS, maps will not be added as they are more appropriate in fire management plan. |
| 1077. | Appendix A | All | Burch | It would be helpful to have a cross reference on each map that links the reader back to the Matrix action(s) that it depicts. | EMPSi (KW): This may be incorporated during later iterations of Chapter 2. |
| 1078. | Appendix A | Figure 2-02, 2-03, 2-04 | Burch | GIS needs corrected. There are areas chosen in D that are not shown on maps for B & C. (Naturita Canyon is analyzed in the matrix in B & C but only shown in D.)  Also, should the label on the map for Spring Canyon have "Creek" added to the name? | EMPSi (KW): GIS and alternatives matrix updated. |
| 1079. | Appendix A | Figure 2-04 | M. Siders | Is "no data" explained in the text of the alternatives? | EMPSi (KW): Changed to "Undesignated" for consistency with Table 2-1. |
| 1080. | Appendix A | Figures 2-06, 2-07 | J. Jackson | Need to adjust the map; may be some changes needed especially in the North Fork area | EMPSi (KW): GIS updated per comments on Chapter 2. |



BLM_0111231

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1081. | Appendix A | Figure 2-10 – 2-12 | Burch | The range folks were not able to discuss or analyze these sheep grazing options now shown on the map.<br>  The allotments that were chosen for Alternative D are unacceptable since several of them currently and have historically been sheep allotments. Closure to allotments because they are "potential" habitat is too general and extensive.<br>  I suggest: we take another, inter-disciplinary look at these designations and limit the closures to occupied and prioritize or designate 'potential reintroduction areas' using inter-disciplinary chosen criteria.<br>  Also, we need to take all the "buffer areas" off of the maps. GIS error. (If those are to be considered for management – they would play a role in the Implementation level, or site by site management.)<br>  Also, Alt. D shows even greater acreage of closure than either B or C, which suggests not adequate analysis for the choices in D. | EMPSi (KW): Livestock grazing closures reviewed and adjusted. |
| 1082. | Appendix A | Figure 2-12 | K. Kubik | I understand that this map depicts grazing allotment status based on a 9 mile? buffer zone for Bighorn Sheep occupied habitat.  Well, this alternative poses serious negative economic and political implications for our grazing program all around the planning area.  In particular, the action would <u>close</u> at least three "current sheep allotments" and portions of several other sheep allotments in the Hotchkiss-Crawford area.  These "active" sheep grazing permits are in good standing and held by well-known and prominent permittees in Delta County.  It would not be fair or wise to cancel or modify these permits in a manner that could be perceived as arbitrary and capricious. I strongly propose that Figure 2-12 get a second evaluation/discussion that includes the range staff. | EMPSi (KW): Livestock grazing closures reviewed and adjusted. |
| 1083. | Appendix A | Figure 2-16 | Clements | Shows Paradox Valley as ERMA-does not match with action 413 p 2-184 | EMPSi (KW): GIS updated per comments on Chapter 2. |
| 1084. | Appendix A | Figure 2-20 | M. Siders | How is "No Motorized Vehicles (Mechanized Vehicles Limited to Designated Routes) shown in Table 2-1 (Comprehensive Trails and Travel Management)?    Is it | EMPSi (KW): Yes, corresponds with "Closed to motorized use." Changed Table 2-1 to read, "Closed to motorized use (*mechanized travel limited* |


BLM_0111232

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | part of "Closed to motorized use?" Are there only two small areas? Difficult to see/find. Is there a way to better display? | *to designated routes)."* Figures will be updated for clarity. |
| 1085. | Appendix A | Figure 2-22 thru 2-24 | L Reed | North and northeast of Paonia, the maps are showing ROW Exclude/Avoid areas that I believe are highlighting segments of WSR, however, neither Deep Creek nor Terror Creek were carried forward in the plan. [also these exclude/avoid areas along the creeks continue well onto the FS lands.] Please correct the Figures accordingly by removing the exclude/avoid areas along these creeks in the N Fork area. Will acres for Exclude/Avoid need to be recalculated? | BLM (BK)GIS is verifying all maps, figures and calculations. If there was an error, it will be corrected. |
| 1086. | Appendix A | Figure 2-24 | S. Bear (RACSG) | Adjust the boundary of the Fairview ACEC ROW Exclusion area away from the South Canal boundary by 200 meters (656 feet). | EMPSi (KW): Change made. |
| 1087. | Appendix A | Figure 2-24 | S. Bear (RACSG) | Remove the ROW Exclusion Areas shown along Deep Creek and Terror Creek. These river segments were not found to warrant WSR designation, and both creeks have existing power line and access ROWs for power line maintenance, repair, and reconstruction activities. | BLM (BK): GIS is verifying all maps, figures and calculations. If there was an error, it will be corrected. I suspect that area should be a ROW avoidance (Biological Core). |
| 1088. | Appendix A | Figure 2-24 | Clements | Shouldn't Upper Dry Creek Basin which is identified for Wilderness characteristics protection be a ROW exclusion area? | EMPSi (KW): Management for lands with wilderness characteristics under Alternative D prescribes ROW avoidance. |
| 1089. | Appendix A | Figure 2-24 | L Reed | ROW avoidance and exclusion areas:  ==ACECs== These 2 ACECs are listed under both avoid & exclude: Fairview South- should be exclude, delete from avoid Needle Rock- should be avoid, delete from exclude<br><br>Also: ==Dolores River== is listed under exclude & ==Dolores River Slickrock Canyon== is listed under avoid Should be: Dolores River Slickrock Canyon = Avoid, please delete from exclude<br><br>Also: ==West Paradox Rock Art== is listed under exclude & ==Paradox Rock Art Complex== is listed under Avoid. Should be: Paradox Rock Art = avoid, please correct ACEC name in avoid and delete in exclude | EMPSi (KW): Changes made in Chapter 2; GIS updated. |



Page 219 of 297     Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111233

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Figure 2-24 and acreage need to be corrected to coincide with the above corrections. The map includes Exclusion areas for ACECs that were incorrectly added to Lands Matrix as exclusion [Line #450 Alt D] when they are really avoidance areas ie Needle Rock, Paradox Rock Art, & Dolores River Slickrock (as applicable ie if outside WSA) are all shown as exclude but should be shown as avoid | |
| 1090. | Appendix A | Figure 2-25 thru 2-28 | A. Schroeder (CA) | Suggest the title of these Figures be changed to "Land Disposal Areas." The comment also applies to the Figures themselves.

Rationale: The general term "disposal areas" could apply not only to disposal of land, but also disposal of vegetative or mineral materials. I believe these figures relate only to land disposal. | EMPSi (KW): Changed to "Lands Identified for Disposal." |
| 1091. | Appendix A | Figures 2-29, 30, 31, 32 | Steve Weist (RACSG) | Realizing that these figures may change when the coal report is released, the gray shaded area (based upon 1989 coal resource Occurrence Data) is incorrect. There are at least two areas north of Hotchkiss shown as private land that are actually BLM mineral. The private areas on this map should be checked for accuracy. | BLM (BK): GIS is verifying all maps, figures and calculations. If there was an error, it will be corrected. |
| 1092. | Appendix A | Figures 2-30, 31, 32 | Armstrong[1], Sharrow[2] | Do not use the word "Unacceptable". Use "closed" instead. | EMPSi (KW): These terms are consisten with the alternatives matrix and 43 CFR 3420.1. |
| 1093. | Appendix A | Figure 2-30 | M. Siders | If Alt B is our "Conservation" Alternative, why do we have such a big jump in acres/areas from Alt A to B? Shouldn't Alt B be a much more conservative amount? | EMPSi (KW): The Coal Resource Development Area (essentially the coal potential area) has grown in size due improved technology. As such, it follows that additional areas in the larger Coal Resource Development Area would be available for leasing. |
| 1094. | Appendix A | Figure 2-33 & 2-36 | M. Siders | Appears to be overlapping acres of NGD and SSR. Or is this just due to the scale of the map? | EMPSi (KW): There may be overlap between the two restrictions. However, the more restrictive management would "trump" the less restrictive. |
| 1095. | Appendix A | Figure 2-35 Alt D | Clements | Shouldn't Camelback WSA, Tabeguache Area and Lands identified for wilderness characteristics be NGD areas? Why are more areas shown as NGD under Alt C? | EMPSi (KW): Tabeguache area and WSAs are SSR, per the alternatives matrix.

BLM (BK): Regarding the second question: There |



BLM_0111234

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | could have been a mapping error; GIS is verifying all maps, figures and calculations.  Also, several NGD have changed to SSR since the last version.  We will need to look at this again after the current mapping project is completed. |
| 1096. | Appendix A | Figures 2-43, 44, 45, 46 | Armstrong[1], Sharrow[2] | Include private and USFS (showing what is open to leasing and no leasing.  (i.e 1000 feet from water supplies on private, BLM and FS are no leasing).  Distinguish private (e.g. with crosshatch) | BLM (BK): We will show private lands, but not leasing on US Forest Service lands.  BLM does not make leasing decisions on USFS lands.   The decision on the Forest Plan will determine whether the areas are open for leasing.   We administer the minerals (e.g. once leased), but we do not make management decisions. |
| 1097. | Appendix A | Figure 2-48 & 4-52 | M. Siders | Appears to be overlapping acres of NSO and CSU.  Or is this just due to the scale of the map?  Would a map combining NSO and CSU be more informative? | EMPSi (KW): There may be overlap between the two restrictions. However, the more restrictive management would "trump" the less restrictive. |
| 1098. | Appendix A | Figure 2-54 | Clements | Why are WSAs, NSO areas, etc shown as CSU areas in this map? | EMPSi (KW): There may be overlap between the two restrictions. However, the more restrictive management would "trump" the less restrictive. |
| 1099. | Appendix A | Figure 2-55 | B. Krickbaum | Map figure 2-55 needs Ridgway and Crawford reservoirs shown (BOR withdrawals). | BLM (BK): Map will show the Reservoir. |
| 1100. | Appendix A | Figure 2-57 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from locatable mineral entry. I am not sure of the reasoning behind this. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands to be petitioned for withdrawal from locatable mineral entry are summarized on row 507. |
| 1101. | Appendix A | Figure 2-58 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from locatable mineral entry. I am not sure of the reasoning behind this. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands to be petitioned for withdrawal from locatable mineral entry are summarized on row 507. |
| 1102. | Appendix A | Figure 2-59 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from locatable mineral entry. I am not sure of the reasoning behind this. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands to be petitioned for withdrawal from locatable mineral entry are summarized on row 507. |
| 1103. | Appendix A | Figure 2-60 thru 2-63 | A. Schroeder (CA) | I recommend that the term "mineral materials" be used throughout the document when referring to these types of minerals. Several different terms (mineral | EMPSi (KW): Legend changed to "mineral materials disposal." |



BLM_0111235

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | materials, mineral material, salable minerals, salable mineral material(s)) are currently being used: this can cause confusion. A search/replace can be run on these terms. Define "mineral materials" including synonyms. I'll try to catch the various uses and provide comment, but may not catch them all.<br><br>Rationale: This is a general comment regarding consistent use of terms throughout the document. The term Mineral Materials is currently used in several headings(such as the cited Figures), thus the recommendation. However, the term, "salable minerals" would also be acceptable, though appropriate changes would have to be made throughout the document.. | |
| 1104. | Appendix A | Figure 2-61 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from mineral material sales. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands closed to mineral materials disposal are summarized on row 511. |
| 1105. | Appendix A | Figure 2-62 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from mineral material sales. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands closed to mineral materials disposal are summarized on row 511. |
| 1106. | Appendix A | Figure 2-63 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from mineral material sales. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. Removing them would serve no reasonable purpose, except to make it more difficult to manage. | EMPSi (KW): Lands closed to mineral materials disposal are summarized on row 511. |
| 1107. | Appendix A | Figure 2-65 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from | EMPSi (KW): Lands closed to non-energy solid mineral leasing are summarized on row 517. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111236

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Non-energy solid minerals. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. | |
| 1108. | Appendix A | Figure 2-66 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from Non-energy solid minerals. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. | EMPSi (KW): Lands closed to non-energy solid mineral leasing are summarized on row 517. |
| 1109. | Appendix A | Figure 2-67 | Steve Weist (RACSG) | You have identified several areas surface creek and Leroux creek (North Fork Valley) for removal from Non-energy solid minerals. I am not sure of the reasoning behind this, especially since these areas appear to be on private surface. | EMPSi (KW): Lands closed to non-energy solid mineral leasing are summarized on row 517. |
| 1110. | Appendix A | Figure 2-74 | Tucker | Need to explain the number in ( ) which refers to the number of eligible sections. | BLM (BK): We will remove the ( ). |
| 1111. | Appendix A | Figure 2-74 | Steve Weist (RACSG) | San Miguel river segment is broken up by many private surface parcels, yet you have it designated as wild and scenic over the entire length, I don't feel the public will appreciate this classification, especially the surface land owners. | EMPSi (KW): The identified segments have been determined to be suitable for inclusion in the National Wild and Scenic Rivers System, not designated as a Wild and Scenic River. Only Congress can designate a river. This determination was made in conjunction with a stakeholder group, including members of the public. BLM management of the segments will not apply to private lands, unless there is a proposed federal action (such as a right of way or a gas well). |
| 1112. | Appendix A | Figure 2-83 | J. Jackson | Need to show approved proposed routes on the map as well. | BLM (BK): Julie, please visit GIS on this. I do not know what "approved proposed routes" are versus what is depicted on the map now. |
| | | | | **Appendix B:** *Restrictions Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities* | |
| 1113. | B-001 | 10-11 | C. Sharp (USFWS/CA) | Stipulations Introduction<br><br>"The intent is to maintain consistency, to the extent possible, in applying stipulations to all surface-disturbing activities." Please explain further and justify or delete. This is not evident with the overwhelming number of | EMPSi (KW): Where restrictions for non-fluid mineral activities are not present, it was felt that the primary threat to the resource was from fluid mineral development. |



BLM_0111237

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | NSO-SSR (no NGD) stipulations proposed in Alternative D—i.e., stipulations are frequently applied to fluid mineral activities, seldom (4 instances in Alternative D) to non-fluid minerals activities. | |
| 1114. | B-001 | 14 | A. Schroeder (CA) | Add USBR lands. | EMPSi (KW): Change made. |
| 1115. | B-001 | 15 | C. Sharp (USFWS/CA) | Stipulations Introduction "…federal mineral estate, which includes federal mineral estate underlying BLM lands, privately owned lands, and state-owned lands, but not US Forest Service lands." Clarify why stipulations would generally not apply to U.S. Forest Service lands—i.e., because their Forest Plan would determine which stipulations would apply? | EMPSi (KW): The paragraph continues with the following, "Stipulations may also be applied to land managed by other federal agencies, such as US Forest Service, at the leasing phase based on coordination with the agency." |
| 1116. | B-001 | 20 | T. Stranathan | Do we want to say "applying" or rather "recommending"? | EMPSi (KW): No change. After consultation with the applicable agency, the BLM would apply the stipulation as the administraters of the federal mineral estate. |
| 1117. | B-001 | 25 | C. Sharp (USFWS/CA) | Stipulations Introduction This definition should be rolled into the Glossary too. As noted in earlier comments, you need to expound on stipulations to address *disruptive activities* (See Comments for Glossary-19, Row 22). [case in point: a given "minimum-impact filming" (row 6, page B-2) activity may or may not cause surface impacts/ disturbance, but may impact species sensitive to those activities—e.g., aerial filming] | EMPSi (KW): Added "surface disrupting activity" to glossary and added to some wildlife stipulations. |
| 1118. | B-002 | 02-04 | C. Sharp (USFWS/CA) | Stipulations Introduction "…construction of facilities such as power lines, pipelines, oil and gas wells and/or pads; recreation sites; new road and trail construction; and use of pyrotechnics and explosives." Livestock grazing improvements—in particular, ponds and dams—are curiously omitted from the definition, despite their potential for substantial surface disturbance. An earlier | EMPSi (KW): Added "range facilities and/or improvements" to list. |



BLM_0111238

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | definition of "surface disturbing activities" circulated during the RMP planning process did include livestock improvements and facilities. In this same section (row 6), you describe livestock grazing itself as non-surface disturbing, but do not specifically address livestock improvements/ activities. How will BLM categorize major livestock improvements and facilities, and will they be excepted from the suite of stipulations that hinge on the term, *surface disturbing activity*? Please address and clarify. | |
| 1119. | B-002 | 03 | T. Stranathan | Add: stationary drill rigs in unison to any reference to "truck mounted drill rigs". Not all of them are truck mounted especially to drill for oil and gas resources. | EMPSi (KW): Change made. |
| 1120. | B-002 | 07 | C. Sharp (USFWS/CA) | Stipulations Introduction<br><br>"…general use of the land by wildlife [as a non-surface disturbing activity]." This seems sort of irrelevant to the concept in that there would be anthropogenic element, i.e, no federal nexus or decision, regarding wildlife use, a state-managed resource. Land use stipulations are designed to modify proposed actions and activities. Please delete or clarify how this would apply. | EMPSi (KW): Your point is valid and understood, however the reference to general use by wildlife remains to show that these stipulations would never (and could never) be applied for wildlife use. |
| 1121. | B-002 | 07-11 | C. Sharp (USFWS/CA) | Stipulations Introduction<br>Split Estate<br><br>"Because the BLM does not have jurisdiction over split-estate lands for surface-disturbing activities (i.e., those not related to fluid mineral leasing and development), no ground disturbance (NGD) and site-specific relocation (SSR) restrictions apply only to the 675,800 acres of BLM surface in the decision area."<br><br>Regarding interrelated and interdependent actions and BLM authority and obligations under ESA: Pursuant to Section 7 of the Act, biological assessments must evaluate the effects of actions where listed species or critical habitat may be present, including that action's | BLM (BK):  No change.   As the paragraph states, NGD and SSR do not apply to private lands.  When a oil/gas well is proposed, BLM will apply the appropriate O/G stipulation (NSO, CSU).  BLM will also adhere to other laws, such as cultural, ESA, migratory birds, etc.  As you know, BLM needs to apply laws to private lands as well as federal lands when approving a federal project.  This does not need to be explained in the text. |



BLM_0111239

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | direct and indirect effects and its interrelated or interdependent effects. Interrelated actions are those that are part of a larger action and depend on the larger action for their justification. Interdependent actions are those that have no independent utility apart from the action under consideration [50 CFR §402.02]. The biologist should ask whether another activity in question would occur "but for" the proposed action under consultation. If the answer is "no," that the activity in question would not occur but for the proposed action, then the activity is interrelated or interdependent and should be analyzed with the effects of the action. It follows that where there is a federal nexus and there are interrelated/ interdependent effects (e.g., a ROW that involves both BLM and private land), the BLM has authority to impose protection measures to ensure compliance with and furtherance of the ESA. In summary, while it is true that the BLM cannot legally apply stipulations to other lands, standard stipulations—or variations thereof—and other conservation measures, should be applied to projects as design features, terms and conditions, or through similar means to avoid or minimize adverse effects on listed species. This should be clarified in the policy decision above, since it is misleading. | |
| 1122. | B-002 | 08-11 | Holst (CDOW) | It is not clear in this context what NGD and SSR restrictions are and how they differ from NSO and CSU stipulations for fluid mineral leasing.  Please move up some of the explanation from page B-4 to distinguish these restrictions prior to referencing NGD and SSR. | EMPSi (KW): Moved this statement to Section B.3, Description of Restrictions Applicable to Surface-disturbing Activities. |
| 1123. | B-002 | 21-23 | C. Sharp (USFWS/CA) | Stipulations Introduction Existing Leases Policy "On existing leases, the BLM would seek voluntary | BLM (BK):  No change.   BLM will adhere to laws, such as cultural, ESA, migratory birds, etc.  BLM needs to apply laws to private lands as well as |



BLM_0111240

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | compliance or would develop Conditions of Approval for Applications for Permit to Drill <u>to achieve resource objectives of lease stipulations</u> contained in this RMP."<br><br>This may be a simple matter of semantics, but the above is written such that we are not convinced that standard protections would be afforded to species/ habitats affected by existing leases, and/or such that the COAs may approximate stipulations but actually fall short of conservation benefits. This is important, since according to recent documentation (DOI-BLM-CO-S050-2011-0003 EA), "[A]s of November 2010, approximately 41 percent of BLM-administered surface, and more than 17 percent of federal mineral estate within the UFO is currently leased for fluid mineral development (p.34)." Based on these numbers, it is reasonable to assume impacts would be substantial if, at a minimum, standard stipulations, or their COA derivatives, are not applied to these areas for fluid mineral activities.<br><br>From BLM IM No. WY-2010- 012: The IBLA has upheld the BLM's authority to impose more stringent protection measures on approval of development plans or permits than provided for in lease stipulations when supported by current science and analyzed through the NEPA process. *See William P. Maycock*, 177 IBLA 1 (2009); *Yates Petroleum Corp.*, 176 IBLA 144 (2008); IBLA Order 2008-236 (Sorenson). Development plans should be reviewed on a case-by-case basis to determine if impositions of these new conditions are consistent with the governing RMP and do not interfere with lease rights and allow for reasonable use and development of the leaseholds. A recent Interior Board of Land Appeals (IBLA) decision (176 IBLA 144 – 161) upheld the BLM's exercise of discretion in applying a timing restriction out to 3 miles from a lek as a COA on an APD permit because it was consistent | federal lands when approving a federal project. |



BLM_0111241

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | with the governing RMP, was biologically based, was adequately supported by site-specific NEPA analysis, and because the lessee did not show how it interfered with lease rights.<br><br>Reword to communicate that BLM will make every effort to incorporate standard stipulations, at a minimum, or stronger protections as necessary, and that they are attached as conditions of approval to existing leases. | |
| 1124. | B-002 | 41 | T. Stranathan | Please add Directional and/or horizontal. | EMPSi (KW): Change made. |
| 1125. | B-002 | 41 | Holst (CDOW) | Please remove the word "horizontal" and replace it with "directional" as horizontal drilling applies only to a very specific drilling technique that is not necessary or appropriate in order to develop many fluid mineral deposits from off site surface locations. | EMPSi (KW) Changed to "directional and/or horizontal." |
| 1126. | B-003 | 15 | Holst (CDOW) | Add phrase noting that TL closure may exceed 60 days to clearly distinguish TL from standard terms. | EMPSi (KW): Change made. |
| 1127. | B-003 | 33 | Holst (CDOW) | Continue at the end of the paragraph after "public lands" with ", based on a site-specific evaluation of the impacts from development after the lease is issued." | EMPSi (KW): Change made. |
| 1128. | B-004 | 11-28 | C. Sharp (USFWS/CA) | Stipulations<br>Exceptions, Mods, Waivers<br><br>An essential criterion for providing exceptions, modifications, and waivers should be incorporated:<br><br>Exceptions (exceptions, modifications, waivers) will not be granted for stipulations or operating standards designed to protect threatened, endangered, proposed, or candidate species unless the BLM consults with the U.S. Fish and Wildlife Service (USFWS), and reinitiates consultation for the RMP, if appropriate. The applicant, operator, or lease holder may be responsible for the Biological Assessment, which will conform to agency standards.<br><br>The USFWS's biological opinion for the RMP proposed | BLM (BK): No change. BLM will adhere to laws, such as cultural, ESA, migratory birds, etc. BLM needs to satisfy NEPA and apply laws to private lands as well as federal lands when approving a federal project. This does not need to be explained in the text. |


BLM_0111242

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | action will be predicated largely on proposed conservation measures for species, accountability by the BLM, and assurances that those protections are consistently implemented. <br><br> BLM needs to discuss, disclose, and attach to the RMP Instruction Memorandum No. 2008-032 regarding stipulation exception policies, which describes in detail how BLM perceives and/or enforces, or amends, proposed measures. Ultimately, the UFO's interpretation and application of the IM's policies will determine the level of protection ensured to identified resources.  If this IM is no longer current or in effect, then the revised version, or similar, should be disclosed. | |
| 1129. | B-004 | 17 | Holst (CDOW) | Please remove the word "negligible" and replace it with "no measureable" since the term negligible is subject to interpretation unless specifically defined. | EMPSi (KW): Change made. |
| 1130. | B-004 | 36-37 | C. Sharp (USFWS/CA) | Stipulations <br> Exceptions, Mods, Waivers <br><br> "Exceptions, modifications, and waivers are not applicable to NGD or SSR restrictions; however they are applicable to TL restrictions." I'm confused—no exceptions would be considered or granted for non-fluid mineral activities? Will it be technically feasible to not grant exceptions for any NGD/ SSR restrictions? <br><br> Although there are only 4 instances of applying a NGD stipulation in the Preferred Alternative D, why would the BLM incorporate flexibility (via exceptions) for fluid mineral operators, but not for other resource uses? For instance, the above policy statement implies that no recreation sites (e.g., boat launches, campsites, etc.) would be constructed within significant corridor segments of the San Miguel, Dolores, Lower Gunnison Rivers due to NGD-12 (2500-foot buffers along segments of these rivers). This would conflict with | EMPSi (KW): Sentence removed. Exceptions, modifications, and waivers apply to all stipulations/restrictions. |



BLM_0111243

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | some of the ACEC decisions, e.g., the San Miguel ACEC, which indicates that development would likely occur along the river corridor.<br><br>Based on this information, it sounds as if the BLM UFO may not consider recreation site development as "surface-disturbing". Please disclose whether those sorts of projects would be viewed by the BLM as surface disturbing and subject to standard NGD restrictions. 2 | |
| 1131. | B-004 | 36-37 B.3 Section | J. Jackson | When going through the matrixes the assumption was that the standard exception would be applied to NGD's and SSR's; this statement contradicts that assumption. | EMPSi (KW): Sentence removed. Exceptions, modifications, and waivers apply to all stipulations/restrictions. |
| 1132. | B-005 | 02 | M. Siders | Awkward phrase.  Consider rewording … "Areas restricted by NGD are closed to all surface-disturbing activities." | EMPSi (KW): Change made. |
| 1133. | B-006 | NL-1/NGD-3 | Holst (CDOW) | NL-1/NGD-3 should be included in Alternative D (preferred) | BLM (BK 10/5/11): These areas have an NSO stipulation (see NSO-4.  BLM feels an NSO will offer the protections needed.  A drill rig or facitlities will not be able to set up within 100 meters of a major river corridor.  An NL is not needed in D. |
| 1134. | B-006 | NL-2,3 | Sondergard | Purpose and justification should be the same as the NSO/NGD for Public water supplies. | EMPSi (JW): Updated with purpose and justification from NGD-6. |
| 1135. | B-006 | NL-3 | T. Stranathan | Should be NSO. | BLM (BK 10/5/11): No Change.  BLM management is comfortable with an NL in these areas. |
| 1136. | B-007 | NL-5 | Holst (CDOW) | NL-5 should be included in Alternative D (preferred) | BLM (BK 10/5/11): These areas have an NSO stipulation (See NSO-13) A drill rig or facitlity will not be able to set up the areas identified, which is what Alt D is really trying to accomplish.  The question was posed during a Cooperating Agency meeting, and it was determined that an NSO would be sufficient. |
| 1137. | B-007 | NL-6/NGD-15 | Holst (CDOW) | NL-6/NGD-15 should be included in Alternative D (preferred) due to BLM's commitments in Gunnison Sage-Grouse Rangewide Conservation Plan (2005) and upcoming listing of Gunnison sage-grouse | BLM (BK 10/5/11): These areas have an NSO stipulation (see NSO-23, -24, and -25).  A drill rig or facitlity will not be able to set up the areas identified, which is what Alt D is really trying to |



BLM_0111244

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | accomplish. An NL would not accomplish more within these areas. |
| 1138. | B-008 | NL-6/NGD-15 | M. Siders | Purpose: To protect Gunnison sage grouse core areas and crucial habitats.<br><br>Justification: This stipulation will protect crucial habitats for the Gunnison sage grouse, a Federally listed Candidate species. | EMPSi (JW): Change made. |
| 1139. | B-008 | NL-8 | J. Jackson | Add:<br>**PURPOSE:** To protect: (1) the prescribed physical, social, and operational natural resource recreational setting character; (2) the targeted recreation activity, experience, and beneficial outcome opportunities; and (3) visitor health and safety in areas of high recreational value and/or significant recreational activity.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard modifications apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | EMPSi (JW): Change made. |
| 1140. | B-010 | NSO/NGD-1 | Sondergard | Same purpose, exception and justification as the CSU/SSR for saline/selenium soils. | EMPSi (JW): Change made. |
| 1141. | B-010 | NSO-1/NGD-1 | Holst (CDOW) | NSO-1/NGD-1 should be included in Alternative D (preferred) to avoid adverse impacts to TES aquatic species in the planning area. | BLM (BK 10/5/11): These areas have a CSU stipulation (see CSU-2, and -3. We feel we can protect the soils with a CSU stipulation in D. It would mean more work to locate drill sites, but we feel appropriate sites can be found within the geographic area mapped with saline/selenium soils. |
| 1142. | B-010 | NSO-2/NGD-2 | Holst (CDOW) | NSO-2/NGD-2 should be included in Alternative D (preferred) to avoid adverse sedimentation impacts to TES aquatic species in the planning area. If NSO-2/NGD-2 is not included in Alternative D, please provide evidence that slopes steeper than 30 percent | BLM (BK 10/5/11): These areas have a CSU stipulation (see CSU-8. We feel that an NSO for slopes over 40% (in D) will be sufficient to avoid adverse sedimentation. With a CSU on slopes of 30 – 40%, we feel drill sites can be situated and |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111245

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | are reclaimable throughout the planning area, regardless of soil type. | mitigated to avoid adverse impacts. |
| 1143. | B-010 | NSO-3 | Pfifer | Stip says 40%, purpose says 30%? | EMPSi (JW): Updated to 40%. |
| 1144. | B-010 & 011 | NSO-16/SSR-24 | M. Siders | PURPOSE: The protection buffer reduces dust transport, weed invasion, unauthorized vehicular activities, and chemical and produced-water spills and those effects on special status plant populations. It also reduces impact to important pollinators and their habitat.<br><br>JUSTIFICATION: This stipulation is necessary to protect known special status plant populations and occupied habitat. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-16/SSR-24 has been deleted. |
| 1145. | B-012 | B | Rogers | NGD #5, need to add livestock water development to exception, take out **ephemeral**. | EMPSi (JW): NGD-5 has been deleted. |
| 1146. | B-013 | NSO-9 /NGD-7 | Clements | This was blank and needed filling in<br>Purpose: To protect exceptional vegetation values from direct removal, destruction or damage, and indirect threats associated with invasive weeds and sedimentation.<br>Exception: Activities associated with restoring these areas or reducing threats to them.<br>Standard Modification and Waiver apply.<br>Justification: This stipulation is necessary to maintain the integrity of unique and irreplaceable vegetation types. | EMPSi (JW): Change made. |
| 1147. | B-014 | NSO-11/SSR-16 | Sondergard | Suggested to State Office this buffer should be 300 ft to match the COGCC buffer distance to perennial streams. | BLM (BK 10/5/11): UFO has changed to buffer to 300 feet. |
| 1148. | B-014 | NSO-11/SSR-16 | Steve Weist (RACSG) | The diagram shows sourceperennial water, I am not sure, but I think it should be source perennial water. | EMPSi (JW): Change made. |
| 1149. | B-015 | NSO-12 | M. Siders | Include Sims Mesa in Alternative B list. | BLM (BK 10/5/11): Sims Mesa has been added to alternative B and D. |
| 1150. | B-016 | NSO-13 | A. Schroeder (CA) | Stipulation regarding Curecanti NRA and State Parks, in particular: I believe the cited BLM surface is, in fact, BOR surface and is not accurate, because of acquired lands in addition to withdrawn lands. Also, federal | BLM (BK 10/5/11): We will leave as it is for now. There appears to be a disagreement between your description of management and that of the UFO Lands staff. |



BLM_0111246

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | minerals on those areas are also wrong, again due to BOR acquisition and withdrawals. I can get with BLM staff to provide the proper acreage. | There is not any cited BLM surface in this NSO. We will add "Reclamation Lands" to the list of areas shown.  We do not know what you mean by "federal minerals in those areas is wrong.   BLM manages the federal minerals (in coordination with BOR on project lands).

EMPSi (JW): added "Reclamation lands" to NSO. |
| 1151. | B-018 | NSO-15/NGD-9 | Holsinger | **EXCEPTION:** This stipulation is excepted in the North Delta OHV Area. *(BLM: in Alternative B the North Delta area is not open. Should there still be an exception?)* Yes, because the level of degradation to habitats suggests that oil and gas activities could occur without further damaging what little habitat remains intact. | EMPSi (KW): Thank you. |
| 1152. | B-018 | NSO-16/SSR-24 | Holsinger | **PURPOSE:** To protect federally listed and candidate plant species and designated critical habitat from direct and indirect impacts, including loss of habitat. The protection buffer reduces dust transport, weed invasion, chemical and produced-water spills and those effects on special status plant populations.  It also reduces impacts to important pollinators and their habitat. **JUSTIFICATION:** This stipulation is the minimum accepted distance necessary to protect known special status plant populations, occupied habitat, and ecological processes. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-16/SSR-24 has been deleted. |
| 1153. | B-019 | NSO-15/NGD-9 | M. Siders | No, in Alt B the North Delta area should not be an exception | EMPSi (KW): Per comment from K. Holsinger, kept exception for North Delta OHV area. |
| 1154. | B-019 | NSO-16/SSR-24 | Holst (CDOW) | Add provision that if exception is granted operations may be excluded seasonally by more than 60 days. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-16/SSR-24 has been deleted. |
| 1155. | B-020 | B | Rogers | NGD #10 states no ground disturbing activities for 1 mile from. Livestock may use the stream for water but if we could develop water in the uplands, which could be closer than 1 mile, it could reduce or eliminate use along the stream area. Would like to see exception for this. | EMPSi (KW): Standard exception would allow for water development if it would not cause adverse impacts or have negligible impacts to the fish. Note that under Alternative D (Preferred), the NGD was changed to an SSR only on 3 major rivers which would more easily allow for developments. |



BLM_0111247

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1156. | B-020 | D | Rogers | NGD #12 same as above statement may want to place LS developments closer than 2500' to pull livestock off the river/stream corridor. Additionally, it states 2500' then below it states 300' in the occupied native cutthroat trout habitat. Wouldn't you want the 2500' not just the 300' and is the 300' just for the 3 rivers mentioned or is it for all perennial occupied habitat? Also could we just use 328' (100 meter) and be consistent throughout the document. Then people don't have to go and look to see if it is 300' or 328 '. | BLM (BK 10/5/11): NGD-12 has been changed to an SSR. An SSR does not preclude livestock developments – they need to be done in a fashion that protects the fish habitat.  The SSR has also been changed to include "along occupied federally listed fish habitat". |
| 1157. | B-020 | NSO-19/NGD-12 | Holsinger | **PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain. **EXCEPTION, MODIFICATION, and WAIVER:** Standard exceptions, modifications, and waivers apply. In addition, essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. **JUSTIFICATION:** This stipulation is required to protect occupied habitat for federally protected species. | EMPSi (JW): Change made. |
| 1158. | B-020 | NSO-19\NGD-12 | J. Jackson | Not sure if the identified areas are showing up on the map but the scale is too large to tell for sure. | EMPSi (JW): GIS staff ensured that this is included in GIS data. |
| 1159. | B-021 | B | Rogers | NGD 13 #3 under Modification loose Biologist and just put BLM. If we as Range Specialists can't be put in as the specialist to contact neither can biologists! | EMPSi (JW): Change made. |
| 1160. | B-021 | NSO-21/SSR-29 | M. Siders | **PURPOSE:** To protect all known and currently occupied core habitats for federally protected species, in accordance with ESA. **MODIFICATION:** Standard Modifications apply. For unavoidable habitat losses, modification of the NSO area may be issued provided the following criteria are all satisfied: | EMPSi (JW): Change made. |



BLM_0111248

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | 1. Sec.7 consultation is completed and FWS recommended conservation measures are fully applied; 2. No direct "take" of protected species occurs as a result of the action; and 3. Lost or degraded habitat is fully restored through on-site or off-site mitigation, as determined by the BLM biologist. **Standard EXCEPTION and WAIVER apply. JUSTIFICATION:** This stipulation is required to protect occupied habitat for federally protected species. | |
| 1161. | B-021 | NSO-23/NGD-16 | Steve Weist (RACSG) | Why is NSO-CO-2 only .25 mile, and this one is 1 mile? Unless there is no vegetation around leks, .25 mile should be more than adequate. | BLM (BK 10/5/11): NSO-CO-2 is in Alternative A and was developed 20 years ago.  NSO-23 with 1-mile is in Alternative C, and a .60 mile buffer is in Alternative D (Preferred Alt).  We have learned a lot about grouse since then. It has been determined that a .6-mile or more buffer is required. 1-mile is in alternative C because it is reasonable to consider this distance.  .25 miles is too small of an area. |
| 1162. | B-022 | B | Rogers | NGD 14 Need to exception for livestock management facilities. | EMPSi (KW): Standard exception would allow for livestock facilities if it would not cause adverse impacts or have negligible impacts to yellow-billed cuckoo. |
| 1163. | B-022 | NSO-22/NGD-14 | M. Siders | PURPOSE: To protect occupied habitat for a federal candidate species, in accordance with ESA. MODIFICATION: Standard Modifications apply. Standard EXCEPTION and WAIVER apply. JUSTIFICATION: This stipulation is required to protect occupied habitat for federally protected species. | EMPSi (JW): Change made. |
| 1164. | B-022 | NSO-24/SSR-34 | Holst (CDOW) | Please add to the Exception language the phrase "in cooperation with the Colorado Division of Parks and Wildlife."  Also, please remove the word "compensation" in the Modification language and replace it with "off-site mitigation." | EMPSi (JW): Change made. BLM (BK):  "Compensation" can include "off-site mitigation", as well as other actions that might be desirable.  It doe not preclude off-site mitigation, but does potentially provide more tool.  No change. |
| 1165. | B-022 | NSO-24/SSR-34 | Steve Weist (RACSG) | .25 mile should be more than adequate. If .25 mile works for eagles, who are up high, .25 mile should work fine for birds that are hidden by brush. | BLM (BK): Not all animals respond the same to disturbance. What works for an eagle may not work for sage grouse or Mexican spotted owl. This distance is from the Sage Grouse conservation plan. |



BLM_0111249

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | Studies have shown that this distance is needed in order for sage grouse to use their leks. |
| 1166. | B-023 | D | Rogers | NGD 17 Need exception for livestock management facilities. Water developments mainly. Since grouse tend to use livestock ponds as leks. | EMPSi (KW): The following exception has been added: An exception may be granted by the Field Manager, in cooperation with the CDPW, if an environmental analysis determines that the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities. |
| 1167. | B-023 | NSO-24/SSR-34 | M. Siders | JUSTIFICATION: This stipulation is required to protect occupied habitat for federally protected species. | EMPSi (JW): Change made. |
| 1168. | B-023 | NSO-25/NGD-17 | M. Siders | PURPOSE: Maintain integrity of habitat surrounding leks that are used during the breeding period EXCEPTION: An exception may be granted by the Field Manager if an environmental analysis determines that the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities. MODIFICATION: The no surface occupancy or use area may be modified in extent, or substituted with a timing limitation, by the Field Manager if an environmental analysis finds 1) that a portion of the area is nonessential to site utility or function, 2) that the proposed action could be conditioned so as not to impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities, or 3) it is determined that the site has been unoccupied for a minimum of 10 years unless the area has been identified for habitat restoration and population recovery. The stipulation may also be modified if the proponent, Bureau of Land Management, Colorado Division of Wildlife, and where necessary, other affected interest, negotiate compensation that satisfactorily offsets anticipated impacts to sage-grouse breeding activities and/or habitats. | EMPSi (JW): Change made. |



BLM_0111250

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | WAIVER: The Field Manager may grant a waiver if, in cooperation with the Colorado Division of Wildlife, it is determined that the lease area is no longer capable of supporting suitable lekking activity. JUSTIFICATION: This stipulation is required to protect occupied habitat for federally protected species. | |
| 1169. | B-023 | NSO-25/NGD-17 | Steve Weist (RACSG) | 4 miles is incredibly excessive. If there is something else you are trying to prevent in these areas, come up with language to prevent it, but don't just put 4 miles around sage grouse leks! | BLM (BK): NSO-25 is part of the range (alternative B. The other alternatives have a CSU, both out to 4.0 miles. 4.0 miles is in the sage grouse conservation plan. |
| 1170. | B-024 | NSO-29/NGD-20 | Holst (CDOW) | Golden eagle NSO buffer should be changed to 0.5 mile per CDOW raptor buffer guidelines and supporting literature. | BLM (BK): NSO changed to 0.5 mile for Golden Eagles. EMPSi (JW): Updated Appendix B |
| 1171. | B-024 | NSO-29/NGD-20 | Holst (CDOW) | Exception language should specify that an exception may be granted "by Field Office Manager in cooperation with the Colorado Division of Parks and Wildlife if . . . ." | A response will be provided later – ran out of time to reply to all comments. |
| 1172. | B-024 | NSO-29/NGD-20 | Holst (CDOW) | Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | A response will be provided later – ran out of time to reply to all comments. |
| 1173. | B-025 | NSO 29 / NGD-20 | J. Jackson | Does the exception apply to the NGD too and if does then it contradicts what B-4 states previously. Very confusing. | EMPSi (KW): Exceptions, modifications, and waivers also apply to NGD and SSR restrictions. Section B.3 has been updated as such. |
| 1174. | B-025 | NSO-30 | Holst (CDOW) | Prairie falcons (non-special status) require a 0.5 mile NSO buffer to avoid disruption of breeding activities. Please call out prairie falcons in this stipulation. | BLM (BK): No change, although NSO-30 has been combined with NSO-29. NSO-29 already stated: "Ferruginous Hawk, Peregrine Falcon, Prairie Falcon, and Northern Goshawk: within 0.50-mile of active and inactive nest sites." |
| 1175. | B-026 | NSO-29/NGD-20 | M. Siders | JUSTIFICATION: To protect breeding and nesting special status raptors and broods. | EMPSi (JW): Change made. |
| 1176. | B-026 | NSO-30 | M. Siders | PURPOSE: To protect non-special status raptor nests and surrounding habitat components and structure. To comply with the Migratory Bird Treaty Act. MODIFICATION: Standard modifications apply, plus: The NSO area may be modified in cases where topographic configuration ensures an effective visual/ noise barrier between disruptive activities and the nest site or when activities will not result in adverse modification of vegetation and stand structure. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-30 has been deleted. |



BLM_0111251

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Standard EXCEPTION and WAIVER apply. JUSTIFICATION: To protect breeding and nesting raptors and broods. | |
| 1177. | B-026 | NSO-32/NGD-22 | Holst (CDOW) | Exception language should specify that an exception may be granted "by Field Office Manager in cooperation with the Colorado Division of Parks and Wildlife if . . . ." | A response will be provided later – ran out of time to reply to all comments. |
| 1178. | B-026 | NSO-32/NGD-22 | Holst (CDOW) | Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | A response will be provided later – ran out of time to reply to all comments. |
| 1179. | B-027 | NSO-31/NGD-21 | M. Siders | JUSTIFICATION:  To protect bald eagles and to comply with the Bald and Golden Eagle Protection Act (16 U.S.C. § 668a - d). | EMPSi (JW): Change made. |
| 1180. | B-027 | NSO-32 / NGD-22 | J. Jackson | Does the exception apply to the NGD too and if does then it contradicts what B-4 states previously. Very confusing. | EMPSi (KW): Exceptions, modifications, and waivers also apply to NGD and SSR restrictions. Section B.3 has been updated as such. |
| 1181. | B-028 | NSO-32/NGD-22 | M. Siders | JUSTIFICATION:  To protect bald eagles and to comply with the Bald and Golden Eagle Protection Act (16 U.S.C. § 668a - d). | EMPSi (JW): Change made. |
| 1182. | B-028 | NSO-33/NGD-23 | M. Siders | PURPOSE: To protect Mexican spotted owl roosts and nest sites. EXCEPTION: The Field Manager may grant an exception if an environmental analysis and Section 7 consultation with USFWS indicates that the nature or conduct of the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent roosting activities or occupancy. MODIFICATION: Standard modifications apply WAIVER: Standard waivers apply. JUSTIFICATION:  To protect Mexican spotted owls and to comply with the Endangered Species Act. | EMPSi (JW): Change made. |
| 1183. | B-028 | NSO-34 / NGD-24 | J. Jackson | Does the exception apply to the NGD too and if does then it contradicts what B-4 states previously. Very confusing. | EMPSi (KW): Exceptions, modifications, and waivers also apply to NGD and SSR restrictions. Section B.3 has been updated as such. |
| 1184. | B-028 | NSO-34/NGD-24 | Holst (CDOW) | Exception language should specify that an exception may be granted "by Field Office Manager in cooperation with the FWS if . . . ." | A response will be provided later – ran out of time to reply to all comments. |
| 1185. | B-028 | NSO-CO-5 (BLM | M. Siders | PURPOSE:  To protect peregrine falcon nest sites. | EMPSi (KW): Change made. |



BLM_0111252

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | 1991) | | | |
| 1186. | B-028 | NSO-CO-6 (BLM 1991) | M. Siders | PURPOSE: To protect Mexican spotted owl roosts and nest sites. | EMPSi (KW): Change made. |
| 1187. | B-029 | NSO-34/NGD-24 | M. Siders | JUSTIFICATION:  To protect Mexican spotted owls and to comply with the Endangered Species Act. | EMPSi (KW): Change made. |
| 1188. | B-029 | NSO-37/SSR-44 | Steve Weist (RACSG) | Bats live in caves, how is surface occupancy going to affect their cave habitat? I don't feel you need this NSO. | BLM (BK): Bats live in many habitats besides caves. These include mines, cliff cracks, boulder fields, trees, etc.  Bat species appear to be very perceptive of activities adjacent to these crucial habitats.  Bats within maternity roost sites can be disturbed by activities surrounding their roost site, causing bats to exit the site during daylight to observe activities, attract predators with their increased daytime activity and could cause them to abandon the site and reduce their reproductive output. Bats within winter hibernacula could be woken from hibernation from outside disturbances, depleting their fat reserves and decreasing their winter survival rate. |
| 1189. | B-029 | NSO-39/NGD-28 | Holst (CDOW) | NSO-39/NGD-28 should be included in Alternative D (preferred).  If included, NSO-40/SSR-46 can be dropped from Alternative D. | BLM (BK): After discussions with Field Office and District management staff, we deleted the row regarding Reptiles and Amphibians, as well as NSO 39 and 40.  An NSO is applied when oil/gas is leased. We do not have hibernacula or breeding sites identified. It would be difficult, if not impossible to implement this NSO. There will be a BMP and COA to not harm Midget Faded snakes and other reptiles. |
| 1190. | B-030 | NSO-37/SSR-44 | M. Siders | PURPOSE: To protect bat populations and crucial habitats. Standard EXCEPTION, MODIFICATION, and WAIVER apply. JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of bat populations. | EMPSi (KW): Change made. |
| 1191. | B-031 | NSO-39/SSR-46 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of this sensitive species. | EMPSi (JW): Section rewritten by BLM per discussion with District Office. NSO-30 has been deleted. |
| 1192. | B-031 | NSO-CO-7 (BLM | M. Siders | PURPOSE: To protect waterfowl and shorebird habitat | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111253

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | 1991) | | and rookeries. | |
| 1193. | B-034 | D | Rogers | SSR 51 Potter Canyon backs up to USFS which has had a lot of vegetation treatments and is scheduled for more in the area. BLM and USFS should be able to work together on this effort and not have boundaries that cause straight line contrasts on the ground like we have now. Also there needs to be a couple of drift fences in Potter canyon for livestock management going and coming onto the USFS.<br><br>Will need livestock developments in Dry Creek Basin. Old road will need to be used for sheep camp maybe. | EMPSi (KW): An SSR does not preclude livestock developments – they need to be done in a fashion that protects wilderness characteristics. |
| 1194. | B-034 | NSO-44/NGD-31 VRM | J. Jackson | Add:<br>**PURPOSE:** To protect visual resources.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to ensure the protection of vital visual features in the UFO landscape. | EMPSi (KW): Change made. |
| 1195. | B-034 | NSO-45 | T. Stranathan | Will there be any OG type Exc. Mod. Wav Criteria for LWWC? | EMPSi (KW): BLM needs to provide any such criteria. |
| 1196. | B-034-B-035 | NSO-46 SRMA | J. Jackson | Add:<br>**PURPOSE:** To protect: (1) the prescribed physical, social, and operational natural resource recreational setting character; (2) the targeted recreation activity, experience, and beneficial outcome opportunities; and (3) visitor health and safety in areas of high recreational value and/or significant recreational activity.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard modifications apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may | EMPSi (KW): Change made. |



BLM_0111254

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | |
| 1197. | B-035 | NSO-47 | A. Schroeder (CA) | Add the following: Exception: An exemption may be approved by Reclamation's Regional Director upon appropriate written justification. Modification: A modification may be approved by Reclamation's Regional Director upon appropriate written justification. Waiver: No provision for a waiver. Justification: This condition is a Bureau of Reclamation requirement to protect the integrity of these facilities and provide for dam safety. | A response will be provided later – ran out of time to reply to all comments. |
| 1198. | B-035 | NSO-49 | Holst (CDOW) | Consider modifying this NSO to promote coal bed methane gas capture and utilization to prevent waste of this resource from coal mine gob vent holes. | BLM (BK): NSO-49 no longer applied to B, C, and D. It is in Alt A only (current management). CSU-51, which applies to alternatives B, C, and D was modified to include: "This stipulation does not apply to operations that capture or pipe methane from a mine for beneficial use." |
| 1199. | B-036-B-037 | NSO-49/NGD-34 ACEC | J. Jackson | Concerned over no exception for NGD with San Miguel River listed as NGD in Alternative D. I don't have a problem as long as the exception is applied to the NGD once again that was the original assumption. | EMPSi (KW): All ACECs listed under Alternative D are NSO only (see explanation in parentheses). |
| 1200. | B-039 | NSO-53 Old Spanish Trail | J. Jackson | Add: **PURPOSE:** To protect the Old Spanish National Historic Trail. **EXCEPTION:** Exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect the cultural and historic resources along this congressionally designated historic trail. | EMPSi (KW): Change made. |



BLM_0111255

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1201. | B-039 | NSO-54 Old Spanish Trail | J. Jackson | Add: **PURPOSE:** To protect the Old Spanish National Historic Trail. **EXCEPTION:** Exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect the cultural and historic resources along this congressionally designated historic trail. | EMPSi (KW): Change made. |
| 1202. | B-040 | General | Holst (CDOW) | I did not find an NSO/NGD stipulation for bighorn sheep production areas or winter range.  Please add an NSO/NGD for mapped bighorn sheep production areas and winter range. | BLM (BK): We have limited bighorn sheep winter and even more limited production habitat within the UFO RMP planning area boundary. These areas are low probability for O&G development. Only the area that overlaps the Camelback WSA is wintering/production habitat for the BLM sensitive desert bighorn sheep. A large part of the area in in the Camelback WSA (which is "No Leasing"). Under various alternatives, this area is also covered by the Monitor-Potter-Roubideau Biological Core area (Alt D), the Roubideau-Potter-Monitor ACEC (Alt B) and the Roubideau Corridors ACEC (Alt D). The Roubideau Corridors ACEC (line 545) contains an NSO (NSO-49) as well as other restrictions that would benefit desert bighorn sheep. This area (Biological Core Area) also has an NSO in Alt B and a CSU in Alt D. Under the Preferred Alternative (Alt D), the entire winter range is not covered by NSO-49, but a majority of the main canyon country is covered. The northernmost production piece is not covered by NSO-49 in the Preferred Alternative (Alt D). The area is completely covered by an NSO in at least one alternative, and the majority of the area is |



BLM_0111256

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | covered in the Preferred Alternative (Alt D). |
| 1203. | B-040 | NSO-55 Old Spanish Trail | J. Jackson | Add: **PURPOSE:** To protect the Old Spanish National Historic Trail. **EXCEPTION:** Exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to protect the cultural and historic resources along this congressionally designated historic trail. | EMPSi (KW): Change made. |
| 1204. | B-040 | NSO-56 National Rec. Trails | J. Jackson | Add: **PURPOSE:** To minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is necessary to assure significant public investment and desired recreation opportunities are protected from surface-disturbing occupancy. | EMPSi (KW): Change made. |
| 1205. | B-040 | NSO-57 National Rec. Trails | J. Jackson | Add: **PURPOSE:** To minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. | EMPSi (KW): Change made. |



**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | **EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to assure significant public investment and desired recreation opportunities are protected from surface-disturbing occupancy. | |
| 1206. | B-040 | NSO-58 National Rec. Trails | J. Jackson | Add:<br>**PURPOSE:** To minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to assure significant public investment and desired recreation opportunities are protected from surface-disturbing occupancy. | EMPSi (KW): Change made. |
| 1207. | B-040 | NSO-59 Scenic Byways | J. Jackson | Add:<br>**PURPOSE:** To protect scenic views in driving corridors.<br><br>**EXCEPTION:** An exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources.<br><br>**MODIFICATION:** Standard modifications apply. | EMPSi (KW): Change made. |



BLM_0111258

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | **WAIVER:** Standard waivers apply. | |
| | | | | **JUSTIFICATION:** This stipulation is necessary to place surface-disturbing activities along scenic byways in areas that do not affect values associated with the identified scenic byway. | |
| 1208. | B-041 | CSU-1/SSR-1 | Steve Weist (RACSG) | Stipulation should be "CSU" not "CUSU" | EMPSi (KW): Change made. |
| 1209. | B-042 | CSU-3/SSR-3 | Sondergard | Change to:  The North Delta OHV area where mechanical mitigation such as detention structures will be used to prevent the transport of sediment when necessary. | EMPSi (KW): Change made. |
| 1210. | B-042 | CSU-4/SSR-4 | Holst (CDOW) | This CSU/SSR should be applied to Alternative D (preferred) with exception, modification, and waiver criteria to account for when soil crusts are not present.  Without the blanket CSU/SSR stipulation, relocation of facilities beyond 200m to avoid soil crusts will conflict with lease rights. | BLM (BK): CSU-6 applies to Alternative D, "Apply CSU/SSR restrictions within areas mapped as potential biological soil crust only where high levels of crust development are found...." This CSU appears to address your concern. |
| 1211. | B-043 | CSU-6/SSR-6 | Sondergard | **PURPOSE:** To proactively protect potential biological soil crust. Additionally, BSC provides important soil cover component, serves to protect and enhance soil productivity, and acts as a stabilizer to inhibit erosion. **Standard exceptions, Modifications, and Waivers** Exception for scientific research purposes. **JUSTIFICATION:** This stipulation is required to protect irreversible impacts to biological soil crusts. | EMPSi (KW): Change made. |
| 1212. | B-044 | C | Rogers | SSR 4 States to "proactively protect potential soil crusts" if they are not there you can't protect them. Take out work potential. | EMPSi (KW): Change made. |
| 1213. | B-044 | CSU-3 | T. Stranathan | Exception criteria.  This statement appears to be a COA.  It could be written above with the other stipulations of this CSU.  Even though the OHV area is open to all manner of activity, significant surface disturbance or cuttings from a well bore could expose SE, SA issues as well. | BLM (BK):  We are clarifying the exception, but the general concept will remain. |
| 1214. | B-045 | CSU-6 | T. Stranathan | This should be a LEASE NOTICE. 255,000 acres of soil crust is nearly 1/3 the BLM acres of the Resource area and the Gypsum Crusts of Highest Value are already | BLM (BK): Management has made the decision that Lease Notices will not be in the RMP. Also, the CSU does state "only when high levels of crust |



BLM_0111259

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | covered by an ACEC. | development are found." |
| 1215. | B-045 | CSU-8 | Sondergard | Answer to EMPSI:  SSR is remnant of former directive to pair CSU/SSR. | EMPSi (KW): Added SSR per direction in Chapter 2. |
| 1216. | B-046 | CSU-8 and similar slope stips. | T. Stranathan | This is going to apply to a lot of soil/slope stips.  It's also already required that OG operators avoid slopes greater than 8% as best they can but if they cannot, then anything over 6% must be designed and signed by a professional engineer as required of the BLM 9113 Manual.  Even if it's a road being built to create a federal well pad on split estate. | EMPSi (KW): This stipulation applies to 60,220 acres and would require design features. Management has decided to keep the slope stipulations. |
| 1217. | B-047 | CSU-11 | Pfifer | Same concern with intermittent and ephemeral streams as with ROW avoidance – see comment 7 – because O&G related facilities like roads and pipelines often cross such areas as well – I can see it for well pads but not for other O&G linear facilities - suggest as a BMP instead. | BLM (BK): Row 43, which contained CSU-11 has been deleted. After discussion with District management, it was decided to not have a CSU restriction along intermittent and ephemeral streams. |
| 1218. | B-047 | CSU-12/SSR-13, CSU-13 | Sondergard | Same purpose, exception and justification as the CSU/SSR for municipal watersheds. | EMPSi (KW): No purpose, exception and justification provided for the CSU/SSR for municipal watersheds.  We are working on exceptions and modifications, and will ask you for help. |
| 1219. | B-048 | CSU-11 | T. Stranathan | Even though Standard Ex. Mo and Wa apply, this should be more of a Lease Notice than a stip. | BLM (BK): Row 43, which contained CSU-11 has been deleted. After discussion with District management, it was decided to not have a CSU restriction along intermittent and ephemeral streams. |
| 1220. | B-048 | D | Rogers | SSR12 For the SSR please take out ephemeral streams as this is where we put livestock water developments. | BLM (BK): Row 43, which contained SSR-12 has been deleted.  After discussion with District management, it was decided to not have a CSU/SSR restriction along intermittent and ephemeral streams. |
| 1221. | B-049 | CSU-13 | T. Stranathan | Should change the "green" fracing fluids statement to one more like is presented in Appendix F Page F-27 lines 5 thru 9. | EMPSi (KW): Reference to green fracing fluids has been deleted from this stipulation. |
| 1222. | B-049 | CSU-13 | T. Stranathan | Would like to add a bullet about using Green completion practices, such as capture of vented gas. Similar to COGCC statement. | EMPSi (KW): Change made. |



BLM_0111260

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1223. | B-050 | CSU 15 /SSR-14 | Clements | **Purpose:** To limit damage to exceptional vegetation values from soil and vegetation disturbing activities. **Exception:** Activities associated with restoring these areas or reducing threats to them. Standard Modification and Waiver apply. **Justification:** This stipulation is necessary to minimize impacts to the integrity of unique and irreplaceable vegetation types. | EMPSi (KW): Change made. |
| 1224. | B-051 | C | Rogers | SSR15 Make exception for spring developments. | EMPSi (KW): SSR restrictions would allow for spring developments in appropriate locations. |
| 1225. | B-051 | C, D | Rogers | SSR 14 Apply SSR restriction to pristine, ancient and rare vegetation communities. First can't map these areas since we don't know where they all are. Which makes it hard to manage when you don't know the extent, or range. Please take out and use BMP to protect these areas. | BLM (BK): We know where some are, but not all, so it is not map-able. When we find an area (e.g. via a site visit or project layout) that meets the definition, the CSU and SSR restrictions will apply. |
| 1226. | B-051 | CSU 17 | Clements | **Justification:** This stipulation is required to reduce indirect damage to riparian and wetland values from nearby fluid mineral development. | EMPSi (KW): Change made. |
| 1227. | B-051 | CSU-15 | T. Stranathan | Are these already confined appropriately to an ACEC for more adequate protections?  I cannot find it on the maps, the veg matrix does not give location either. These may be best to apply as a Lease Notice rather than a stipulation. | BLM (BK): This CSU applies to "*Exemplary, Ancient, and Rare Vegetation Communities.*" The glossary has a definition for each of these communities. The intent is to protect these rare communities. We know where some are, but not all, so it is not map-able. When we find an area (e.g. via a site visit or project layout) that meets the definition, the CSU and SSR restrictions will apply. If there were to be a Lease Notice to this effect, it would apply to the entire field office and every O/G lease. |
| 1228. | B-052 | CSU-18 | Pfifer | What is the exception for O&G? | EMPSi (KW): The standard exception always applies and additional exceptions are listed in the tables in Appendix B. |
| 1229. | B-054 | CSU-23/SSR-22 | Holst (CDOW) | Please remove language suggesting that this stipulation will apply only in ACECs, WSAs, lands identified for wilderness characteristics protection, biological core areas, and areas with rare vegetation.  This makes it appear as though there will be a take of nesting migratory birds in other areas.  Add language to | BLM (BK): CSU-24 no longer exists. Alternative D is the same as Alternative B, which is CSU-22: "Apply CSU/SSR restrictions to minimize impacts on migratory birds. Focus these protection efforts on USFWS Birds of Conservation Concern, Partners-in-Flight species, and other conservation priority |


BLM_0111261

**BLM – U**NCOMPAHGRE **F**IELD **O**FFICE, **C**OLORADO
**R**ESOURCE **M**ANAGEMENT **P**LAN **R**EVISION AND **E**NVIRONMENTAL **I**MPACT **S**TATEMENT

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | require avoidance of surface disturbing activities and/or vegetation removal in nesting habitat during the breeding season, or require pre-disturbance presence/absence survey efforts and nest removal or nest hazing to avoid take of nesting migratory birds. | habitats." |
| 1230. | B-054 | CSU-24/SSR-23 | Holsinger | **PURPOSE:** To protect BLM sensitive plant species from direct and indirect impacts, including loss of habitat. The protection buffer reduces dust transport, weed invasion, chemical and produced-water spills and those effects on BLM sensitive plant populations.  It also reduces impacts to important pollinators and their habitat. **EXCEPTION:** Standard exceptions apply. In addition, operations may be authorized if the Authorized Officer determines that the activity would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species. **MODIFICATION:** The authorized officer may modify (increase, decrease, or relocate) the area subject to the stipulation if it is determined that the species has relocated; the occupied habitat has increased or decreased; or that the nature or conduct of the activity, as proposed or conditioned, would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species. **WAIVER:** A waiver may be granted by the Authorized Officer if the species is no longer designated as BLM Sensitive or if the site has been unoccupied by the species for a subsequent minimum period of 15 years. **JUSTIFICATION:** To protect BLM sensitive species, associated habitat, and ecological processes. | EMPSi (KW): Change made. |
| 1231. | B-055 | CSU-21/SSR-19 | M. Siders | PURPOSE: To protect special status waterfowl and shorebird breeding, brood rearing, and migration habitats.  To comply with the Migratory Bird Treaty Act. | EMPSi (KW): Change made. |


BLM_0111262

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Standard EXCEPTION, MODIFICATION, and WAIVER apply. JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of these species. | |
| 1232. | B-056 | CSU-24 | T. Stranathan | Will ex or mod criteria include consultation or mitigation such as transplanting, fencing, etc. | EMPSi (KW): The following exception, waiver, and modification criteria were provided by the BLM: EXCEPTION: Operations may be authorized if the Authorized Officer determines that the activity would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species. MODIFICATION: The Authorized Officer may modify (increase, decrease, or relocate) the area subject to the stipulation if it is determined that the species has relocated; the occupied habitat has increased or decreased; or that the nature or conduct of the activity, as proposed or conditioned, would not impair values associated with the maintenance or viability of the species and would minimize or eliminate threats affecting the status of the species. WAIVER: A waiver may be granted by the Authorized Officer if the species is no longer designated as BLM Sensitive or if the site has been unoccupied by the species for a subsequent minimum period of 15 years. |
| 1233. | B-056 | CSU-29/SSR-30 | Holst (CDOW) | Add presence/absence pre-construction survey requirement within yellow-billed cuckoo habitat. | A response will be provided later – ran out of time to reply to all comments. |
| 1234. | B-057 | CSU-27/SSR-27 | J. Jackson | Have the same stipulation for Alt D. with an NSO/NGD on it. | BLM (BK): There is an NSO from 0 – 300 feet and the CSU applies from 300 to 500 feet. The biology staff feels this is adequate protection. |
| 1235. | B-057 | CSU-28/SSR-28 | M. Siders | PURPOSE: To protect all known and currently occupied core habitats for federally protected species, in accordance with ESA. MODIFICATION: Standard Modifications apply. For unavoidable habitat losses, modification of the CSU area may be issued provided the following criteria are | EMPSi (KW): Change made. |



BLM_0111263

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | all satisfied: 1. Sec.7 consultation is completed and FWS recommended conservation measures are fully applied; 2. No direct "take" of protected species occurs as a result of the action; and 3. Lost or degraded habitat is fully restored through on-site or off-site mitigation, as determined by the BLM biologist. Standard EXCEPTION and WAIVER apply. JUSTIFICATION: This stipulation is required to protect occupied habitat for federally protected species. | |
| 1236. | B-058 | CSU-31/SSR-32 | M. Siders | LCAS=Canada Lynx Conservation Assessment and Strategy. Ruediger, Bill, Jim Claar, Steve Gniadek, Bryon Holt, Lyle Lewis, Steve Mighton, Bob Naney, Gary Patton, Tony Rinaldi, Joel Trick, Anne Vandehey, Fred Wahl, Nancy Warren, Dick Wenger, and Al Williamson. 2000. Canada lynx conservation assessment and strategy. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Missoula, MT. Available [http://www.google.com/url?sa=t&source=web&cd=1& ved=0CB0QFjAA&url=http%3A%2F%2Fwww.fs.fed.us% 2Fr1%2Fwildlife%2Fcarnivore%2FLynx%2Flcas.pdf&ei= mhY3TveTlabHsQKjrJkK&usg=AFQjCNH2GYn0WM3 Wxz6905Bviwwgm1IM4A&sig2=rC4hcWKkgJjFz9XitH xJHg] | EMPSi (KW): Change made. |
| 1237. | B-058 | CSU-33/SSR-35 | Steve Weist (RACSG) | 6 miles is extremely excessive, there is no reason for there to be a 6 mile distance around a lek, are there even areas where this if feasible? | BLM (BK): CSU-33 has been changed to 4 miles, which is consistent with the sage grouse conservation plan. |
| 1238. | B-058 | CSU-34/SSR-36 | Holst (CDOW) | Consistent with the Gunnison Sage Grouse Rangewide Conservation Plan (2005), include within this CSU/SSR surface facility density limitations of 1 well pad per sq. mile or less, relocation of compressors to > 4 miles from lek sites, and a noise limitation performance standard limiting noise to < 49 dB measured 30 ft. from the source. | BLM (BK): The CSU requires the applicant to submit a plan of development that identifies several protection and conservation measures. It also says that conservation measures may be identified in state or local conservation plans. The measures identified in the most currect sage grouse rangewide conservation plan (which will most likely change as science is refined) will be implemented. There is not |


BLM_0111264

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | a need to list the specifics of the current plan. |
| 1239. | B-058 | CSU-34/SSR-36 | Steve Weist (RACSG) | 4 miles is incredibly excessive. If there is something else you are trying to prevent in these areas, come up with language to prevent it, but don't just put 4 miles around sage grouse leks! | BLM (BK): Four miles is consistent with the Gunnison Sage Grouse Rangewide Conservation Plan, which accounts for the documented needs of the birds, and is based on current science.  Four miles is not a random number. |
| 1240. | B-059 | CSU-31/SSR-32 | M. Siders | JUSTIFICATION:  This stipulation is required to protect occupied habitat for federally protected species. | EMPSi (KW): Change made. |
| 1241. | B-059 | CSU-35-36 | Steve Weist (RACSG) | Why is it necessary to have a mile distance from an owl or kestrel, when it is only .25 mile for an eagle, which seems to have served them very well. | BLM (BK): Not all animals respond the same to disturbance. What works for an eagle does not work for Mexican spotted owl. The one mile for the Mexican spotted owl (MSO) is consistent with the MSO recovery plan. The Kestrel does not have a restriction. |
| 1242. | B-061 | CSU-34/SSR-36 | M. Siders | JUSTIFICATION: This stipulation will protect important sage grouse habitats, a federally protected species. | EMPSi (KW): Change made. |
| 1243. | B-061 | CSU-36 | M. Siders | PURPOSE: To protect special status raptor nests and surrounding habitat components, structure, and integrity. To comply with the Migratory Bird Treaty Act.<br><br>Standard EXCEPTION, MODIFICATION, and WAIVER apply.<br><br>JUSTIFICATION: To protect breeding raptors and to comply with the Migratory Bird Treaty Act. | EMPSi (KW): Change made. |
| 1244. | B-062 | CSU-37/SSR-37 | M. Siders | Standard MODIFICATION apply.<br>JUSTIFICATION:  To protect bald eagles and to comply with the Bald and Golden Eagle Protection Act (16 U.S.C. § 668a - d). | EMPSi (KW): Change made. |
| 1245. | B-063 | CSU-38/SSR-38 | M. Siders | JUSTIFICATION:  To protect Mexican spotted owls and to comply with the Endangered Species Act. | EMPSi (KW): Change made. |
| 1246. | B-064 | CSU-39/SSR-39 | M. Siders | JUSTIFICATION: This stipulation will protect important prairie dog habitats, a BLM Sensitive (White-tailed) and a federally (Gunnison) protected species. | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111265

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1247. | B-065 | CSU-41/SSR-41 | M. Siders | JUSTIFICATION: This stipulation will protect important kit fox habitats, a BLM Sensitive species. | EMPSi (KW): Change made. |
| 1248. | B-065-066 | CSU-42/SSR-42 & CSU-43/SSR-44 | M. Siders | Leave as is.  Note: CSU-42/SSR-42 is used in Alternative C protecting federally listed, BLM sensitive, and Colorado State Species of Concern bat species. CSU-43/SSR-44 is used in Alternative D where NSO-38/SSR- 44 covers Federally listed and BLM sensitive bat species', and CSU-43/SSR-44 covers Colorado State Species of Concern bat species. | EMPSi (KW): Thank you. |
| 1249. | B-066 | CSU-43/SSR-44 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of bat populations. | EMPSi (KW): Change made. |
| 1250. | B-068 **Need to add** | CSU-48 VRM II | J. Jackson | Add: **PURPOSE:** To protect visual resources. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is needed to maintain the visual integrity within designated Class II VRM areas. A CSU will allow placement of facilities and disturbances outside of the critical view sheds. | EMPSi (KW): Change made. |
| 1251. | B-068 | CSU-48/SSR-50 VRM | J. Jackson | Add: **PURPOSE:** To protect visual resources. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard waivers apply. **JUSTIFICATION:** This stipulation is needed to maintain the visual integrity within designated Class II VRM areas. A CSU will allow placement of facilities and disturbances outside of the critical view sheds. | EMPSi (KW): Change made. |
| 1252. | B-068 | CSU-49 ERMA | J. Jackson | Add: **PURPOSE:** To protect recreational activities. **EXCEPTION:** Standard exceptions apply. | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency,
and RAC Subgroup Review: June 23, 2011

BLM_0111266

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | **MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of the area is necessary to meet desired recreation activity objectives. | |
| 1253. | B-069 | CSU-50 SRMA | J. Jackson | Add:<br>**PURPOSE:** To protect recreation outcomes and setting prescriptions.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | EMPSi (KW): Change made. |
| 1254. | B-072 | CSU-55 Old Spanish Trail | J. Jackson | Add:<br>**PURPOSE:** To protect visual resources associated with the trail.<br><br>**EXCEPTION:** Standard exceptions apply.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to protect to protect visual resources along this congressionally designated historic trail. | EMPSi (KW): Change made. |
| 1255. | B-073 | CSU-58 | T. Stranathan | This is acceptable, but we can only suggest VRM II be applied on split estate. The maps may need to clarify this at some level. | (BLM (BK): That may not be correct. District management has approved us showing various VRM classes on split estate, and applying these classes when approving a federal action. |
| 1256. | B-073 | CSU-58 | J. Jackson | Add: | EMPSi (KW): Change made. |



BLM_0111267

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | Scenic Byways | | **PURPOSE:** To protect scenic views in driving corridors.<br><br>**EXCEPTION:** An exception could be granted if: (a) a viewshed analysis indicates no impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources.<br><br>**MODIFICATION:** Standard modifications apply.<br><br>**WAIVER:** Standard waivers apply.<br><br>**JUSTIFICATION:** This stipulation is necessary to place surface-disturbing activities along scenic byways in areas that do not affect values associated with the identified scenic byway. | |
| 1257. | B-073 | TLs | Pfifer | Most TLs say prohibit surface occupancy – this is not possible for existing facilities – perhaps delete that and just leave prohibit surface disturbing activities and except emergency activities? I'd like to see the layers of TLs – if all stacked up would essentially stip out activities year round | A response will be provided later – ran out of time to reply to all comments. |
| 1258. | B-074, B-075, B-087, B-088 | TL-3, 4, 5 | Holsinger | This TL is repeated twice on pg b-74 and again on b-87 | EMPSi (KW): TLs are repeated in Appendix B because they also appear in Chapter 2 in multiple sections. |
| 1259. | B-075 | TL-5 | Holst (CDOW) | Please modify this stipulation to reflect the following dates to prohibit in-channel stream work and recreational mining to protect spawning for coldwater sport and native fisheries in occupied streams:<br><br>*Rainbow Trout* — March 1-June 15<br>*Brown Trout* — October 1-May 1<br>*Brook Trout* — August 15-May 1<br>*Cutthroat Trout* — June 1-September 1 | A response will be provided later – ran out of time to reply to all comments. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | | Response (To be completed by EMPSi) | |
|---|---|---|---|---|---|---|---|
| | | | | *Bluehead Sucker* | May 1-July 15 | | |
| | | | | *Flannelmouth Sucker* | April 1-July 1 | | |
| | | | | *Roundtail Chub* | May 15-July 15 | | |
| 1260. | B-077 | TL-CO-9 | M. Siders | PURPOSE: To protect big game during severe winter periods. | | EMPSi (KW): Change made. | |
| 1261. | B-077 thru B-081 | A-D | L Reed | How has the number of acres of big game winter habitat nearly doubled in size from the previous RMPs? Has the big game winter habitat really increased by 227,780 acres over this time?   If the habitat is already expanding at this rate under current mgmt, perhaps we don't need these restrictions to protect it.  It is very rare that this 5 month restriction is not applied to ROWs we are currently processing under Alt A. Alt A = 267,480 acres Alt D = 495,260 acres Can we at least have some exceptions to this restriction?  i.e.  when work is occurring on or adjacent to county roads or highways | | BLM (BK): The acrage of big game winter habitat has not doubled from alternative A. GIS staff will recalculate to correct the acres. The Colorado O&G stipulations layer was used to calculate some of the Alt A acreages, and those only apply to the 1985 San Juan RMP portion of the planning area – the acre figure for alt A is erroneous. The figure should be closer to 480,000 acres. Correct acres will be determined and entered. There is an exception to the TL: "The Field Manager may grant an exception if an environmental analysis indicates that the proposed action can be conditioned so as not to interfere with habitat function or compromise animal condition within the project vicinity." Also, Appendix B says timing limitations do "not apply to operation and basic maintenance activities, including associated vehicle travel". | |
| 1262. | B-079 | TL-8 | Holst (CDOW) | Mapped winter range areas for desert bighorn and Rocky Mountain bighorn sheep should be protected with an NSO/NGD stipulation in addition to a seasonal timing limitation for human activities between November 1 and April 30.  Note that for all species addressed, this stipulation should be extended to other potentially disruptive human activities, not just surface occupancy and surface-disturbing activities.  Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation." Under Modification criteria, please remove the word "compensation" and replace with "off-site mitigation." | | BLM (BK): We have limited bighorn sheep winter and even more limited production habitat within the UFO RMP planning area boundary. These areas are low probability for O&G development.  Only the area that overlaps the Camelback WSA is wintering/production habitat for the BLM sensitive desert bighorn sheep. A large part of the area in in the Camelback WSA (which is "No Leasing"). Under various alternatives, this area is also covered by the Monitor-Potter-Roubideau Biological Core area (Alt D), the Roubideau-Potter-Monitor ACEC (Alt B) and the Roubideau Corridors ACEC (Alt D). The Roubideau Corridors ACEC (line 545) | |



BLM_0111269

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | contains an NSO (NSO-49) as well as other restrictions that would benefit desert bighorn sheep. This area (Biological Core Area) also has an NSO in Alt B and a CSU in Alt D. Under the Preferred Alternative (Alt D), the entire winter range is not covered by NSO-49, but a majority of the main canyon country is covered. The northernmost production piece is not covered by NSO-49 in the Preferred Alternative (Alt D). The area is completely covered by an NSO in at least one alternative, and the majority of the area is covered in the Preferred Alternative (Alt D). |
| 1263. | B-081 | TL (BLM 1991) | M. Siders | PURPOSE: To protect important seasonal reproduction areas for big game, to minimize disturbance of animals during birthing and rearing periods. | EMPSi (KW): Change made. |
| 1264. | B-081 | TL-8 | M. Siders | JUSTIFICATION: This stipulation is necessary to protect big game winter habitat from surface-disturbing and major human activities during the periods of the year when the habitat is occupied. During severe winters, animals are particularly prone to disturbance, stressors and, consequently, reduced fitness. Protection of these areas is critical to the viability of big game herds. These areas will be managed by BLM to reflect CDOW most current big game winter range maps. | EMPSi (KW): Change made. |
| 1265. | B-082 | TL-11 | Holst (CDOW) | Mapped production areas for desert bighorn and Rocky Mountain bighorn sheep should be protected with an NSO/NGD stipulation in addition to a seasonal timing limitation for human activities (including over flights) between April 15 - June 30 (Rocky Mountain) and February 1 – May 1 (desert).  Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation."  Under Modification criteria, please remove the word "compensation" and replace with "off-site mitigation." | BLM (BK): We have limited bighorn sheep winter and even more limited production habitat within the UFO RMP planning area boundary. These areas are low probability for O&G development.<br><br>Only the area that overlaps the Camelback WSA is wintering/production habitat for the BLM sensitive desert bighorn sheep. A large part of the area in in the Camelback WSA (which is "No Leasing"). Under various alternatives, this area is also covered by the Monitor-Potter-Roubideau Biological Core area (Alt D), the Roubideau-Potter-Monitor ACEC |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111270

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | (Alt B) and the Roubideau Corridors ACEC (Alt D). The Roubideau Corridors ACEC (line 545) contains an NSO (NSO-49) as well as other restrictions that would benefit desert bighorn sheep. This area (Biological Core Area) also has an NSO in Alt B and a CSU in Alt D. Under the Preferred Alternative (Alt D), the entire winter range is not covered by NSO-49, but a majority of the main canyon country is covered. The northernmost production piece is not covered by NSO-49 in the Preferred Alternative (Alt D). The area is completely covered by an NSO in at least one alternative, and the majority of the area is covered in the Preferred Alternative (Alt D). |
| 1266. | B-084 | TL-11 | M. Siders | JUSTIFICATION: This stipulation provides for protection of big game reproduction areas and is intended to protect animals from disturbance and displacement by human activities. Protection of these areas is critical to the viability of big game herds. | EMPSi (KW): Change made. |
| 1267. | B-085 | TL-UB-6 (BLM 1989a) | M. Siders | JUSTIFICATION: This stipulation provides for protection of waterfowl and shorebird reproduction areas and is intended to protect animals from disturbance and displacement by human activities. Protection of these areas is critical to the viability of waterfowl and shorebirds. | EMPSi (KW): No change; Alternative A stipulations do not require a justification. |
| 1268. | B-086 | TL-12 | M. Siders | JUSTIFICATION: This stipulation provides for protection of waterfowl and shorebird reproduction areas and is intended to protect animals from disturbance and displacement by human activities. Protection of these areas is critical to the viability of waterfowl and shorebirds. | EMPSi (KW): Change made. |
| 1269. | B-086 | TL-13 | T. Stranathan | I don't recall seeing the turkey habitat on the map. Where is this, does it overlap with Big Game mostly? | BLM (BK);  Thane, please visit GIS after December 12 if you want to see the location of turkey habitat – or look at the dataset on your GIS. |
| 1270. | B-086 | TL-15 | Holst (CDOW) | Due to documented early nesting phenology in SW Colorado, TL dates should be changed April 1 to July 15.  In order to avoid take of migratory birds, change Exception criteria to match Modification criteria. | EMPSi (KW): Changed Alternative D to read the same as Alternative B. |



BLM_0111271

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Change the word "nests" in Modification criteria to "active nests." | |
| 1271. | B-087 | TL-13 | M. Siders | JUSTIFICATION: This stipulation is necessary to protect wild turkey winter habitat from surface-disturbing and major human activities during the periods of the year when the habitat is occupied. During severe winters, animals are particularly prone to disturbance, stressors and, consequently, reduced fitness. Protection of these areas is critical to the viability of wild turkey populations. | EMPSi (KW): Change made. |
| 1272. | B-087 | TL-15 | T. Stranathan | What defines a small scale action?  Is it the immediate disturbance of that small scale action, the long term presence of that action or simply a maximum of 5 acres within XX surrounding acres? Are activities that are allowed to "continue" due to bird survey all activities less than 5ac? Are all activities which have disturbed more than 5 acres going to be shut down from May 1 – July 31, with or with out surveys? | BLM (BK): TL-15 has been deleted.  TL-14 now applies to Alternative D as well as Alternative B. Changes to the date have been made (April 1 to July 15). The modification criteria refer to "If nesting birds are found". We have not changed the exception criteria. We feel the exception criteria are reasonable and necessary, and worded to avoid a take of migratory birds. |
| 1273. | B-088-B-089 | TL-3, TL-4 and TL-5 | J. Jackson | Redundant from P. B-76 | EMPSi (KW): TLs are repeated in Appendix B because they also appear in Chapter 2 in multiple sections. |
| 1274. | B-089 | TL-19 | Holst (CDOW) | Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation." Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | BLM (BK): "Compensation" can include "off-site mitigation", as well as other actions that might be desirable.  It doe not preclude off-site mitigation, but does potentially provide more tool.  No change. |
| 1275. | B-090 | TL-18 | M. Siders | PURPOSE: Prevent disruption of sage-grouse during the winter period.

EXCEPTION: The Field Manager may grant an exception if an environmental analysis and coordination with the Colorado Division of Wildlife indicate that the proposed action could be conditioned so as not adversely affect winter distribution and survival. An exception could also be granted if the proponent, Bureau of Land Management, and Colorado Division of Wildlife negotiate compensation that would satisfactorily offset the anticipated losses of winter | EMPSi (KW): Change made. |



BLM_0111272

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | habitat or overwintering activities. Actions designed to enhance the long term utility or availability of suitable winter habitat may be excepted.<br><br>MODIFICATION: The Field Manager may modify the size of the timing limitation area if an environmental analysis indicates that the proposed action could be conditioned so as not to adversely affect winter distribution or survival.<br><br>WAIVER: The Field Manager may grant a waiver if Colorado Division of Wildlife determines that the described lands are incapable of serving the long term requirements of sage- grouse winter habitat and that these ranges no longer warrant consideration as components of sage-grouse winter habitat.<br><br>JUSTIFICATION: This stipulation will protect important sage grouse habitats, a federally protected species. | |
| 1276. | B-090 | TL-CO-15 (BLM 1991) | M. Siders | PURPOSE: Prevent disruption of sage-grouse during the winter period.<br><br>JUSTIFICATION: This stipulation will protect important sage grouse habitats, a federally protected species. | EMPSi (KW): Change made. |
| 1277. | B-091 | TL-19 | M. Siders | JUSTIFICATION: This stipulation will protect important sage grouse habitats, a federally protected species. | EMPSi (KW): Change made. |
| 1278. | B-091 | TL-21 | Holst (CDOW) | Consistent with the Gunnison sage-grouse Rangewide Conservation Plan (2005), Exception and Modification criteria should specify that any approved action must include measures to limit noise levels at the lek site to < 10 dBA above ambient levels (measured at dawn). Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation." Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | BLM (BK):  BLM would adhere to whatever the most current conservation plan states.  Not inserting specific noise level will allow adherence to the most current plan.<br>From the Gunnison sage-grouse Rangewide Conservation Plan:<br>*All surface-disturbing activities should be prohibited within 0.60 miles of an active lek. If not practical, any equipment should have minimal noise; compressors,* |



BLM_0111273

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | | *vehicles, and other sources of noise should be equipped with effective mufflers or noise suppression devices. Attempts should be made to minimize continuous noise by reducing noise levels to 10 dBA or less (adopted from Tessmann et al. 2004) because most grouse vocalizations are less than 20 dBA (Dantzker et al. 1999).* |
| 1279. | B-091 | TL-X (BLM xx) | M. Siders | 12/08/10 version of matrix says BLM 1985. See pg 60 San Juan-San Miguel RMP 1985 (Appendix Two). Note: strutting grounds is the same as Lek areas. | EMPSi (KW): Stipulations from San Juan/San Miguel RMP were superceeded by 1991 oil and gas leasing amendment. TL removed from Alternative A. |
| 1280. | B-093 | TL-21 | M. Siders | JUSTIFICATION: This stipulation will protect sage grouse, a federally protected species, during a critical period. | EMPSi (KW): Change made. |
| 1281. | B-093 | TL-23 | Holst (CDOW) | Stipulation should prohibit human encroachment and other potentially disturbing human activities, not just surface occupancy and surface-disturbing activities. For bald eagle we recommend Oct. 15 – July 31. For northern goshawk we recommend March 1 – Sept. 15. For burrowing owl we recommend March 1 – August 15. | EMPSi (KW): added disruptive activities. Regarding dates, a response will be provided later – ran out of time to reply to all comments. |
| 1282. | B-095 | TL-23 | M. Siders | JUSTIFICATION: To protect breeding raptors during critical periods. | EMPSi (KW): Change made. |
| 1283. | B-095 | TL-24 | Holst (CDOW) | Stipulation should prohibit human encroachment and other potentially disturbing human activities, not just surface occupancy and surface-disturbing activities. | EMPSi (KW): added disruptive activities. |
| 1284. | B-097 | TL-24 | M. Siders | JUSTIFICATION: To protect bald eagles and to comply with the Bald and Golden Eagle Protection Act (16 U.S.C. § 668a - d). | EMPSi (KW): Change made. |
| 1285. | B-097 | TL-25 | Holst (CDOW) | Stipulation should prohibit human encroachment and other potentially disturbing human activities, not just surface occupancy and surface-disturbing activities. | EMPSi (KW): added disruptive activities. |
| 1286. | B-098 | TL-26 | Holst (CDOW) | Stipulation should prohibit human encroachment and other potentially disturbing human activities, not just surface occupancy and surface-disturbing activities. | EMPSi (KW): added disruptive activities. |
| 1287. | B-100 | TL-26 | M. Siders | PURPOSE: To protect important habitats for the | EMPSi (KW): Change made. |



BLM_0111274

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Mexican spotted owl, a federally protected species. | |
| 1288. | B-100 | TL-30 | Holst (CDOW) | Under Exception criteria, please remove the word "compensation" and replace with "off-site mitigation." Modification language should specify "in cooperation with the Colorado Division of Parks and Wildlife." | BLM (BK): "Compensation" can include "off-site mitigation", as well as other actions that might be desirable. It doe not preclude off-site mitigation, but does potentially provide more tool. No change. |
| 1289. | B-101 | TL-29 | M. Siders | PURPOSE: To protect breeding kit foxes. Standard EXCEPTION, MODIFICATION, and WAIVER apply. JUSTIFICATION: This stipulation is necessary to ensure reproductive success and survival of a sensitive species. | EMPSi (KW): Change made. |
| 1290. | B-102 | TL-12 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of these species. | EMPSi (KW): Change made. |
| 1291. | B-102 | TL-30 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure reproductive success and survival of a sensitive species. | EMPSi (KW): TL-12 deleted. |
| 1292. | B-102 | TL-31 | M. Siders | PURPOSE: Protection of known sensitive bat species' maternity roosts and hibernacula.<br><br>EXCEPTION: An exception can be granted if an environmental analysis of the proposed action indicates that nature or conduct of the activity could be conditioned so as not to impair the utility of these features for current or subsequent reproductive or overwinter activity or occupancy.<br><br>MODIFICATION: The Field Manager may modify the stipulation buffer distances if an environmental analysis indicates that a portion of the area is nonessential to maintaining habitat use, or that the proposed action could be conditioned so as not to impair the utility of these features for current or subsequent reproductive or overwinter activities or occupation. Modifications could also occur if sufficient information is provided that supports the contention that the action would not contribute to the suppression of breeding population densities or the population's production or recruitment regime from a regional perspective. | EMPSi (KW): TL-31 deleted. |



BLM_0111275

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | WAIVER: A waiver may be granted if the feature is no longer capable of supporting reproductive and overwinter activities.<br>JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of bat populations. | |
| 1293. | B-103 | TL 32 | T. Stranathan | This is an aggressive timing stip and I cannot tell what acres might be affected or necessary for use by Sandhill cranes. Could I have a chance to see the maps of this habitat and possibly commenting further? | BLM (BK): The TL specifically for Sandhill cran has been deleted. This is not a T&E or sensitive species, and we determined that a TL is not warranted. There is still an NSO in alternative D for *Major River Corridors and Waterfowl and Shorebirds*, which will cover some of the area used by sandhill crane. |
| 1294. | B-104 | LN-2 | Holst (CDOW) | In order to avoid conflicts with lease rights, note that in some cases facilities may need to be moved more than 200 meters or delayed longer than 60 days. | EMPSi (KW): LN changed to BMP. Specific stipulations address times and distances. |
| 1295. | B-104 | TL-32 | M. Siders | JUSTIFICATION: This stipulation is necessary to ensure survival and persistence of these species. | EMPSi (KW): TL-32 deleted. |
| 1296. | B-104 | TL-33 | M. Siders | PURPOSE: Prevent disruption of peregrine falcon breeding habitat and reduction of reproductive success, to comply with the Migratory Bird Treaty act, and to reduce climber risk due to territorial behavior of the peregrine falcons in the area.<br><br>EXCEPTION: An exception could be issued in cases where topographic configuration ensures an effective visual/noise barrier between disruptive activities and the occupied nest site.<br>During years when a nest site is unoccupied on or after May 15, the timing limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest.<br><br>MODIFICATION: Standard modifications apply, plus a modification may be provided for the latter end of the seasonal restriction if it is determined that young birds have fledged AND dispersed from the nest site.<br><br>WAIVER: Standard waivers apply. | EMPSi (KW): Change made. |


BLM_0111276

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | JUSTIFICATION: To protect breeding peregrine falcons during critical periods and to provide for climber safety. | |
| 1297. | B-105 | LN-4 | Holst (CDOW) | Due to documented early nesting phenology in SW Colorado, dates should be changed April 1 to July 15 in order to avoid take of active nests. | EMPSi (KW): LN-4 deleted. Covered by TL-14. |
| 1298. | B-105 | LN-5 | David Sinton | Please change "of a proposed or listed threatened or endangered species" to "of a candidate or listed threatened or endangered species" | EMPSi (KW): LN-5 deleted. Changed to CSU. |
| 1299. | B-106 | LN-6 | David Sinton | Please change "To avoid impacts to endangered, threatened, proposed species," to "To avoid impacts to endangered, threatened, candidate species," | EMPSi (KW): LN-6 deleted. Changed to CSU/SSR. |
| 1300. | B-107 | LN-7 | Holst (CDOW) | Consistent with the Gunnison Sage Grouse Rangewide Conservation Plan (2005), highlight the potential for surface facility density limitations of 1 well pad per sq. mile or less, relocation of compressors to > 4 miles from lek sites, and a noise limitation performance standard limiting noise to < 49 dB measured 30 ft. from the source in non-lek breeding habitat.  Also note that in order to achieve these standards facilities may need to be moved more than 200 meters or delayed longer than 60 days. | EMPSi (KW): LN-7 deleted. Covered by other grouse stipulations. |
| 1301. | B-011 | B NSO-4/SSR-9 | Tucker | **PURPOSE:** To protect ~~the~~ river corridors that provide: | EMPSi (KW): Change made. |
| 1302. | B-115 | NGD-33 SRMAs | J. Jackson | Add: **PURPOSE:** To protect: (1) the prescribed physical, social, and operational natural resource recreational setting character; (2) the targeted recreation activity, experience, and beneficial outcome opportunities; and (3) visitor health and safety in areas of high recreational value and/or significant recreational activity. **EXCEPTION:** Standard exceptions apply. **MODIFICATION:** Standard modifications apply. **WAIVER:** Standard modifications apply. **JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may | EMPSi (KW): Change made. |



BLM_0111277

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | |
| 1303. | B-122 | CSU-42/SSR-42 & NSO-37/SSR-43 | M. Siders | Response to yellow highlight … See Comment #146 above | EMPSi (KW): Thank you. |
| 1304. | B-126 | Rough-legged Hawk | M. Siders | Breeding Period:  Winter species only.  Non-breeder in Colorado | EMPSi (KW): Change made. |
| | | | | **Appendix C:** *Draft Wild and Scenic River Suitability Report* | |
| | | | | No comments were received on this section. | |
| | | | | **Appendix D:** *Summary of Areas of Critical Environmental Concern Report* | |
| 1305. | D-03 | 15 | Burch | The total calculation is shown twice which makes a large unrealistic number. (Typo error.) | EMPSi (KW): Change made. |
| 1306. | D-03 | Table 1 | David Sinton | Change the acreage for Fairview South ACEC/RNA (with BLM expansion) from 640 to 610 | EMPSi (KW): Change made. |
| 1307. | D-03 | Table 1 | B. Krickbaum | ACEC Name Changes:<br>• San Miguel Gunnison Sage-Grouse ACEC (delete "sites")<br>• Sims Cerro Gunnison Sage-Grouse ACEC (delete "sites")<br>• Dolores Slickrock Canyon ACEC (delete "River") (this is 10,670 acres)<br>• Dolores River Slick Rock Canyon ACEC (this is 9,780 acres)<br>• After East Paradox ACEC, add Biological Soil Crust ACEC (this is a new one that will show up in the ACEC report, and is 1900 acres).<br><br>Update the acre total.<br><br>Update the name changes and additions in Table 2. I will need to give you information for the table for the two "new" additions. | EMPSi (KW): Change made.<br><br>==Need info== for *Values Assessed, Relevance Criteria, Importance Criteria,* and *Comments* columns for Dolores River Slickrock Canyon and Biological Soil Crust ACECs. Need BLM to provide additional missing information in ==red text highlighted in yellow== in the appendix. |
| 1308. | D-03 | Table 1 total | Steve Weist (RACSG) | Total of this table has been duplicated and needs to be corrected. | EMPSi (KW): Change made. |
| 1309. | D-08 | Table 2 | David Sinton | Change Proposed expansion: 640 acres to Proposed | EMPSi (KW): Change made. |



BLM_0111278

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | expansion: 610 acres | |
| | | | | **Appendix E:** *BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado* | |
| | | | | No comments were received on this section. | |
| | | | | **Appendix F:** *Best Management Practices and Standard Operating Procedures* | |
| 1310. | Appendix F | | T. Stranathan | Agree with K. Holsinger regarding 12" or less depth if chipping or shredding. Also should remove statement about "feathering" edge of disturbance during construction of linear features. | EMPSi (KW): These are just tools in a toolbox and would not be requirements for every projects. They are options from which to pick. In some cases, feathering would be a viable option. |
| 1311. | Appendix F | | Hawke (RACSG) | Add additional BMPs used by BLM to manage impacts, including directional drilling, phased development, percent surface disturbance limitations, limitations of disturbance to existing road corridors, and the like. | EMPSi (KW): Comment unclear. |
| 1312. | Appendix F | 15 | Sondergard | The Mancos Shale BMP report is complete and needs to be incorporated. | EMPSi (KW): BMPs incorporated. |
| 1313. | Appendix F | 33 | Sondergard | Insert BMP document attached. *See soil and water BMPs: Z:\Shared\Projects\F-0126 UFO RMP\2_Deliverables\17_P3T7_Alternatives(Ch2)\3.7.D_BL M-CA-RACSC-Cmts\BLM (file name: UFO_soil_water_BMPs.docx)* | EMPSi (KW): BMPs incorporated. |
| 1314. | Appendix F | Whole | Holsinger | There is a lot of redundancy in BPMs between vegetation, migratory birds, and riparian. If they were cleaned up it would shorten this thing considerably. | |
| 1315. | F-02 | 05-06 | Tucker | Spacing needs fixing. | EMPSi (KW): Change made. |
| 1316. | F-02 | 31-33 | L Reed | BMP reads "If ROW avoidance is not possible…." This implies ROW avoidance means "do not go there" Can we reword this BMP as follows: "To minimize impacts to the aquatic and riparian systems, utilities or infrastructure should preferably be co-located in existing corridors or located in areas of existing disturbance or bored underneath river systems." | EMPSi (KW): Change made. |
| 1317. | F-03 | 08 | Burch | Reference is made to LHA – please define this either in Glossary or acronyms. | EMPSi (KW): Spelled out acronym. |
| 1318. | F-03 | 20 | Holsinger | Unless changes are made based on comments 26, 27, | EMPSi (KW): BMPs were deleted. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111279

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | 28 of mine then add except open juniper, sagebrush, and salt desert communities since we are instructing full suppression on these communities. | |
| 1319. | F-03 | 23 | Holsinger | I agree with the whole BMP except opening development of 60' in diameter. This statement seems to be consistent with mule deer management, and fails to incorporate the full body of scientific knowledge regarding disturbance regimes in PJ nor is it consistent with disturbances observed on the landscape on the west end, North Fork, or Crawford areas. Additionally this BPM cannot accommodate oil and gas pads where the pits are larger than this limit, recreation developments or anything else. Recommend dropping any reference to opening limitations. | EMPSi (KW): Removed reference to opening. |
| 1320. | F-03 | 23 | M. Siders | Does this BMP pertain only to pinyon-juniper, or should it read "On a landscape scale, maintain a diversity of age classes. i.e. Any 100 square mile…" | BLM (BK): Please visit Amanda, and provide EMPSi with the correct BMP. |
| 1321. | F-03 | 33 | Holsinger | Suggest dropping this BMP since Andrews & Righter 1992 and the Colorado Breeding Bird Atlas both suggest that at best this species is an infrequent visitor to the FO. The only confirmed occurrences are in extreme NW Mesa County and Southwest Montezuma County, Such specific management prescription for an uncommon species appears unnecessary plus the migratory bird treaty act would provide greater latitude for management should greater habitat use be documents in the future. | EMPSi (KW): Change made. |
| 1322. | F-03 | 33-34 | M. Siders | Should read "At lowest elevation savannah juniper communities, manage for open stands with no more than 60 trees per acre to benefit Scott's oriole and other savannah migratory bird species." | EMPSi (KW): Per comment from Holsinger, BMP deleted. |
| 1323. | F–03 | 22 | Burch | Suggest adding the word "severe or extreme" prior to the word drought. (We live in a desert and some might consider normal precipitation years to actually be 'drought'.) | EMPSi (KW): Change made. |
| 1324. | F–03 | 23 – 26 | Burch | This precise description is unrealistic for our Field Office. To manage for only 60' openings within PJ – we essentially are no longer managing for the majority of | EMPSi (KW): Removed reference to openings. |



BLM_0111280

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | our wildlife, grass, brush, soil stability, nor natural wildfire events. On a landscape basis – this would be the opposite of sound management. | |
| 1325. | F–03 | 27, 28 | Burch | This statement is unclear. It might be helpful to comment if we could have, for instance, knowledge of what species would require a 1.2 square mile area of roadless area. Would timing of traffic, or soil condition description be a more realistic approach or, at least, a consideration? | BLM (BK): Please visit Missy, and provide EMPSi with the correct BMP. |
| 1326. | F–03 | 31, 32 | Burch | This statement would be better if it were referencing the mosaic objective. It is so general and all-encompassing that we would not be able to refurbish decadent sage brush or encroaching PJ forest stands for the health of big game, sage grouse, soil stability, or forage. Suggest: this statement be deleted. | EMPSi (KW): Change made. |
| 1327. | F–03 | 33, 34 | Burch | Suggest: this statement be moved to wildlife. Not a Vegetation BMP. | EMPSi (KW): Per comment from Holsinger, BMP deleted. |
| 1328. | F–03 | Line 38 | Burch | Mistletoe is a parasitic form on the trees. If we are managing for land health, wouldn't we want to harvest those trees to slow the spread of disease to promote a healthy forest stand? | BLM (BK): Please visit Ken about this. If a change is needed, please provide EMPSi with the correct BMP. |
| 1329. | F-04 | 01 | Burch | Fence posts are more prevalent in medium age stands, not young. Also, there may be areas we wish to have wood product use to meet our mosaic objectives and this statement essentially eliminates all of that planning. | EMPSi (KW): BMP deleted. |
| 1330. | F-04 | 01 | Holsinger | If we do this coupled with other limitations on fuelwood collection what is left for the public to acquire of their public resource? I suggest eliminating this BPM as young and moderate age classes do not produce post or poles nor significant cordage which could equate to greater stand disturbance as the public seeks out volumes desired. | EMPSi (KW): Change made. |
| 1331. | F-04 | 02 | Holsinger | I suggest eliminating this BMP since fire either aids in effectively maintaining the savannah form or because of vegetation arrangement the cover type essentially lacks fire as a major disturbance driver. | EMPSi (KW): Change made. |
| 1332. | F-04 | 02 | Huisjen | Where did this BMP come from, It's never been | EMPSi (KW): Per comment from Holsinger, BMP |


BLM_0111281

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**
## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | discussed before! → 'Include the low country Utah juniper (usually savannah) land in full fire suppression management.' Need discussion with Amanda and I perhaps. | deleted. |
| 1333. | F-04 F-05 | 02 and 32 14 | Holsinger | Direct quote from the veg goal "Manage shrub and woodland communities within the Historic Range of Natural Variability, maintaining successional processes and sustaining all structural stages across the landscape."  With that being said full suppression in two of the largest vegetation communities in the FO does not coincide with this goal.  I suggest Eliminating these BMPs or modifying them. Additionally, this is not consistent with the current FO Fire Management Plan and strategy to implement fire use on an incident by incident basis, taking into account ecological processes, other resource concerns, and timing and on the ground conditions. | EMPSi (KW): Deleted BMPs. |
| 1334. | F-04 | 02, 03 | Burch | Suggest to add; "as it meets the mosaic objectives" at the end of this sentence. | EMPSi (KW): Per comment from Holsinger, BMP deleted. |
| 1335. | F-04 F-05 | 02, 32 14 | Stindt | Eliminate these BMPs. They suggest a full fire suppression strategy for specific vegetation types and this is not consistent with the current FO Fire Management Plan and strategy to implement fire use on an incident by incident basis. | EMPSi (KW): Change made. |
| 1336. | F-04 | 04 | Stindt | Eliminate this BMP. This issue is addressed with a revised BMP in the Livestock Grazing section of Appendix F. | EMPSi (KW): BMP deleted. |
| 1337. | F-04 | 04 – 07 | Burch | This doesn't fit well in the Vegetation section. | EMPSi (KW): BMP deleted. |
| 1338. | F-04 | 09 | Clements | Delete "in pinyon-juniper woodland" | EMPSi (KW): Change made. |
| 1339. | F-04 F-05 | 09 10 and 29 | Huisjen | These *three* BMPs are identical or nearly identical (reference to PJ is only difference)…possibly eliminate two of them. | EMPSi (KW): Removed BMPs starting on page F-5, lines 10-13 and 29-32. |
| 1340. | F-04 | 09 – 12 | Burch | The information about seeding, seed mixes should be combined and consolidated into and with lines from F-3 Lines 9,10,11,12. Re-word to encompass the intent. | EMPSi (KW): Removed BMPs starting on page F-5, lines 10-13 and 29-32. |



BLM_0111282

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Leaving them all separate causes the document to be wordy and clumsy. | |
| 1341. | F-04 | 13 – 17 | Burch | If this is intended for the wildlife species – it should come under that section of the BMPs. For healthy sagebrush stands – wildfire or treatments could be a positive option. This needs to tie back to our mosaic objectives and plans for land health. | EMPSi (KW): Moved to Special Status Terrestrial section. BLM (BK): Please visit Missy, and if a change is required, please provide EMPSi with the correct BMP. |
| 1342. | F-04 | 20-21 | L Reed | Consider rewording as follows: "Sagebrush habitat will be avoided as possible, but may be available for ROW location with special stipulations. ROWs no longer needed should be reclaimed" | EMPSi (KW): These are just BMPs, not requirements. No change made. |
| 1343. | F-04 | 22 – 39 | Burch | Move this to the wildlife section, condense to the main intent, and incorporate mosaic objectives. Delete from here. Need to reword and identify the sage brush management entries in this Vegetation section that are intended "for" Sage Grouse by referencing "within Sage Grouse occupied sites". (Do not restrict all sage brush stands within the whole UFO planning area. There are additional uses and needs in sage areas where Sage Grouse would most likely never be.) | EMPSi (KW): Moved to Special Status Terrestrial section. BLM (BK): Please visit Missy, and if a change is required, please provide EMPSi with the correct BMP. |
| 1344. | F-04 | 23 | Clements | Change to "Low country Utah Juniper may need more aggressive fire suppression to reduce conversion or loss of this habitat type. | EMPSi (KW): Not sure what this is in reference to. |
| 1345. | F-04 | 32 | Clements | Change to "Sagebrush vegetation may need more aggressive fire suppression to reduce conversion or loss of this habitat type." | EMPSi (KW): Per comment from Holsinger, BMP deleted. |
| 1346. | F-04 | 40 | Burch | Combine with lines 20 & 21 and reword for better 'flow'. Consider that these statements might fit better under travel management – for identification of open and reclamation of closed routes. (it doesn't truly fit well in vegetation.) | EMPSi (KW): Combined BMPs. Kept in vegetation. |
| 1347. | F-05 | 01 | Stindt | Please replace "assure" with "to the extent possible, assure". | EMPSi (KW): Change made. |
| 1348. | F-05 | 01, 02 | Burch | Does this pertain to grazing?  If so, move it to there. Also, need to insert the word "severe or extreme" prior to the word drought. | EMPSi (KW): Change made. Moved to terrestrial wildlife. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111283

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1349. | F-05 | 03 – 05 | Burch | This is adequately covered under the grazing BMPs and by permit renewal terms and conditions on site specific areas. Delete it from here. | EMPSi (KW): Change made. |
| 1350. | F-05 | 10 -13 | Burch | Redundant. Combine with F-4 lines 9-12. This list needs shortened. | EMPSi (KW): Removed BMPs starting on page F-5, lines 10-13 and 29-32. |
| 1351. | F-05 | 10-13 | Clements | Delete this--redundant | EMPSi (KW): Removed BMPs starting on page F-5, lines 10-13 and 29-32. |
| 1352. | F-05 | 14 | Holsinger | Is this consistent with the fire management plan?  I have never been involved in the discussion regarding this.  I suggest eliminating this or at a minimum it is not Fire Management's role to map this out. I suggest modifying it: Full suppression should be considered in the salt desert shrub cover type in areas where invasive annuals are the primary driver of the fire or are of concern in the post fire environment. | |
| 1353. | F-05 | 14 | Huisjen | Where did this BMP come from, It's never been discussed before! → 'Fire management should map the saltdesert land cover type for full fire suppression to curtail the spread of exotic annuals and subsequent wildfire destroying native vegetation .' Need discussion with Amanda and I perhaps. | BLM (BK):  This was in vegetation matrix and was moved here as a BMP.  It is prescribed by Lambeth & Reeder 2009 (Migratory Bird Lit Review).  Please visit Missy, and if a change is required, please provide EMPSi with the correct BMP. |
| 1354. | F-05 | 14,15 | Burch | This statement does NOT sound like a BMP. If retained, please add: "according to the fire management plan". | This was in vegetation matrix and was moved here as a BMP. It is prescribed by Lambeth & Reeder 2009 (Migratory Bird Lit Review) See response on the line above. |
| 1355. | F-05 | 14-15 | Clements | Change to "Saltdesert vegetation may need more aggressive fire suppression to reduce conversion or loss of this habitat type." | BLM (BK): This BMP appears to have a lot of interest.  Please provide the BMP the BIO staff would like to see.  Also, see the previouse three comments. |
| 1356. | F-05 | 16 – 39 | Burch | These all do not sound like BMPs, but direction for other programs to do this or that. Are they more appropriate for the Implementation stage rather than the RMP? Suggest: the different vegetation types be listed in a condensed form with all the similar management also condensed. | BLM (BK):  These were in vegetation matrix and was moved here as BMPs. They are largely prescribed by Lambeth & Reeder 2009 (Migratory Bird Lit Review).  After visiting with the appropriate Bio staff, let EMPSi know of any needed changes. |



BLM_0111284

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1357. | F-05 | 17 | Clements | Replace "semidesert" with "saltdesert shrub" | EMPSi (KW): Change made. |
| 1358. | F-05 | 18 | Clements | Insert "some" in front of "warm" | EMPSi (KW): Change made. |
| 1359. | F-05 | 29-32 | Clements | Delete-redundant | EMPSi (KW): Change made. |
| 1360. | F-06 | 01, 02 | Clements | Fix parenthesis | EMPSi (KW): Change made. |
| 1361. | F-06 | 16,17 | Burch | These 2 lines could easily be included with the statements on F-6 lines 11 – 13. | EMPSi (KW): Change made. |
| 1362. | F-06 | 18, 19 | Burch | This sentence fits better under the section of Weeds – which follows this Riparian section. | EMPSi (KW): No change. Purpose is to help the riparian area. |
| 1363. | F-06 | 20 | Clements | Add "in high recreation use areas or near other likely sources of ignition" at end | EMPSi (KW): Change made. |
| 1364. | F-06 | 21-23 | Clements | Delete | EMPSi (KW): Change made. |
| 1365. | F-06 | 24 | Burch | Delete this line.  BMPs for grazing can be found in the grazing section. | EMPSi (KW): Changed to: Minimize livestock grazing and trailing impacts in riparian areas to protect vegetation, habitat values, streambank stability, and water quality. |
| 1366. | F-06 | 24 | Stindt | Please replace this BMP with the following: "Minimize livestock grazing and trailing impacts in riparian areas to protect vegetation, habitat values, streambank stability, and water quality." | EMPSi (KW): Change made. |
| 1367. | F-06 | 24 | K. Kubik | Please replace the existing BMP with...."Minimize livestock grazing and trailing impacts in riparian areas to protect riparian vegetation, habitat values, streambank stability, and water quality."  This was agreed upon and recommended by Range and Ecology back in June, 2011. | EMPSi (KW): Change made. |
| 1368. | F-06 F-09 | 28-29 33-34 | M. Siders | Should read "For the benefit of riparian shrub dependent bird species, place at lowest priority the eradication of tamarisk stands with large basal stems (bird nesting habitat), while there are younger tamarisk stands to treat." | EMPSi (KW): Change made. |
| 1369. | F-06 | 37,38 | Burch | This is too specific for the level of an RMP. The reference to the Roatcap reservoir west of Olathe doesn't fit well in the Vegetation section. Maybe under migratory birds? | EMPSi (KW): BMP deleted from here; already in Migratory Bird section. |
| 1370. | F-07 | 04, 05, 20,21,36 | Burch | Consider consolidation of these. | EMPSi (KW): Change made. |
| 1371. | F-07 | 10,11,16,17,27,28 | Burch | Consider consolidation, to reduce redundancy. | EMPSi (KW): Change made. |
| 1372. | F-07 | 23,24,29,30,31 | Burch | Consider combining all of these statements and reword | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111285

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**

**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | to capture the intent. | |
| 1373. | F-08 | 11 | Burch | Consider a BMP for education and outreach instead of the wording on this one. | EMPSi (KW): Please provide. |
| 1374. | F-09 F11 | 12-13 01-02 | M. Siders | Should read "Expiration dates and other conditions will be applied to all biological clearances (e.g., raptor territory activity surveys expire April 1 of the following year)." | EMPSi (KW): Change made. |
| 1375. | F-08 | 16 – 21 | Burch | It is suggested to have the contractor 'establish and submit procedures for conduct in wildlife areas'. Instead, wouldn't it be better if BLM identified some general conduct ethics/guidelines for the contractor? At least as an educational tool; and what is expected of them. | EMPSi (KW): Please provide suggested change. |
| 1376. | F-09 F-10 | 15 – 38 01 - 03 | Burch | These are redundant and identical to what is in Vegetation section. Please consider reducing by consolidation and having BMPs that truly are tied to the respective programs. | EMPSi (KW): Change made. |
| 1377. | F-09 | 18 – 21 | Burch | This is too site specific for a BMP. Suggest rewording in more general form and not identifying Roatcap or any specific reservoir. | EMPSi (KW): No change. |
| 1378. | F-09 | 29 | Burch | Delete. The grazing BMPs will be taken care of in the grazing section. | EMPSi (KW): Deleted from here; kept in riparian section. |
| 1379. | F-09 | 29 | Stindt | Please replace this BMP with the following: "Minimize livestock grazing and trailing impacts in riparian areas to protect vegetation, habitat values, streambank stability, and water quality." | EMPSi (KW): Deleted from here; kept in riparian section with suggested change. |
| 1380. | F-10 | 04, 05 | Burch | Move this statement to the Weeds BMP | EMPSi (KW): BMP deleted; weeds BMPs generally include this BMP. |
| 1381. | F-10 | 10 | M. Siders | 2005. | EMPSi (KW): Change made. |
| 1382. | F-10 | 16 | M. Siders | Add reference "Lambeth, R. E. and D. R. Reeder. 2009. Migratory Bird Status Literature Review. Prepared by Rare Earth Science, LLC, for the U.S. Bureau of Land Management, Uncompahgre Field Office, Montrose, Colorado." | EMPSi (KW): Change made. |
| 1383. | F-10 | 20-21 | M. Siders | APLIC & USFWS. 2005. Avian Protection Plan (APP) Guidelines. The Edison Electric Institute's Avian Power Line Interaction Committee (APLIC) and U.S. Fish and | EMPSi (KW): Change made. |



BLM_0111286

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Wildlife Service. Available [http://www.aplic.org/uploads/files/2634/APPguidelines_final-draft_Aprl2005.pdf] | |
| 1384. | F-11 | | Holsinger | Under plants please add: Where disturbances to occupied or suitable special status plant habitats is unavoidable , Reclamation of surface disturbance resulting from authorized activities within occupied or suitable special status plant habitats will use only locally gathered or genetic stock from locally gathered, native species for reclamation purposes. In cases where locally gathered native species are not available, the impact of using non-local native species on the genetic and ecological integrity of native species will be evaluated and mitigated through site specific environmental analysis. | EMPSi (KW): Change made. |
| 1385. | F-11 | 09 | Holsinger | BMPS are adequate as much of the water quality stuff will be/is addressed in the water section. | EMPSi (KW): Thank you for your comment. |
| 1386. | F-11 | 09 | M. Siders | Looks good… | EMPSi (KW): Thank you for your comment. |
| 1387. | F-11 | 19-24 | L Reed | Does this BMP apply only to O&G?  If so,  it should be stated.  The BMP isn't very realistic for ROWs, ie Comm Sites or powerlines. Consider rewording: "In lynx habitat, remote monitoring systems shall be established as feasible (e.g. telemetry in O&G fields) for developed sites that….." | EMPSi (KW): Added "as feasible." This is just a BMP that could be applied where appropriate; a tool in BLM's toolbox. |
| 1388. | F-11 | 30-34 | L Reed | Please add the following words: "Apply project design criteria as feasible to protect Gunnison …"  [this BMP may not work for ROWs] | EMPSi (KW): Change made. |
| 1389. | F-11 | 31,32 | Burch | "…hospital grade sound reducing mufflers, exhaust systems… within a 4 mile radius…" is excessive! This would have a very costly impact to the BLM vehicle fleet as well as to our leasees and permitted individuals. | EMPSi (KW): Added "as feasible." This is just a BMP that could be applied where appropriate; a tool in BLM's toolbox. |
| 1390. | F-11 F-12 | 37-39 01-03 | M. Siders | Shouldn't this be at F-11, line 7? | EMPSi (KW): Change made. |
| 1391. | F-12 | 09-26 | Holsinger | Recommend removing all but the following from Fuels | EMPSi (KW): Change made. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111287

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Management: • Where practicable, use large-scale landscape planning to connect fuel breaks and avoid small piecemeal projects. • Provide fire prevention and mitigation outreach information and education to communities within the UFO as needed. | |
| 1392. | F-12 | 20 | Huisjen | Reference to resting seeded areas for 2 growing seasons needs to be discussed with range mgmt (Stindt?) for consistency with their wording. I think we are making this more flexible than a rigid 2 years. | EMPSi (KW): Per previous comment, BMP was deleted. |
| 1393. | F-12 | 20 | Stindt | Please replace this BMP with " Exclude livestock grazing on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) to the extent needed to BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E). " This is directly out of the Livestock Grazing matrix and has been accepted by the Bio staff. | EMPSi (KW): Per comment from Huisjen, BMP deleted. |
| 1394. | F-12 | 20-24 | K. Kubik | This BMP is not consistent with BMP language that was accepted and recommended by the range staff. Please replace this BMP with the following: "Exclude livestock grazing on disturbed areas (e.g., fire events, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatments) to the extent needed to meet BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997) (Appendix E)." | EMPSi (KW): Per comment from Huisjen, BMP deleted. |
| 1395. | F-12 | 34-38 Fire Suppression | J. Jackson | Add: If constructed lines are necessary they will be reclaimed so use does not continue on the route in the future (may incorporate some language from VRM section on F-18) | EMPSi (KW): Added the following sentence: Constructed lines shall be reclaimed so use does not continue on the route in the future. |
| 1396. | F-12 | NA | Huisjen | Note to me: References to Green strips should be removed. I have Missy's concurrence on this. | EMPSi (KW): Per previous comment, BMPs mentioning green strips were deleted. |
| 1397. | F-18 | 35-38 VRM | J. Jackson | Need additional bullet very similar that deals with all developments in general with essentially the same | EMPSi (KW): Deleted "recreation" so that the BMP applies to all development. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | wording. | |
| 1398. | F-19 | Forestry SDF and BMP | Holsinger | See below for Forestry BMPS etc. | EMPSi (KW): Replaced Standard Design Practices, BMPs, and Guidelines for Christmas Tree and Firewood Harvesting with lists provided. |
| 1399. | F-20 | 14 – 16 | Burch | The ending of this statement appears to be too detailed for the RMP level. "…and will be paid for with wildlife funds." | EMPSi (KW): Standard Design Practices for Forestry Projects rewritten. |
| 1400. | F-20 | 17 | Burch | Add at the end of the sentence: 'for allowed pinyon-juniper stands "as appropriate to meet mosaic objectives". | EMPSi (KW): Standard Design Practices for Forestry Projects rewritten. |
| 1401. | F-21 | 34 Christmas Tree and Firewood | J. Jackson | Add: "… to existing **and designated** roads and trails…" | EMPSi (KW): Rewritten to "Vehicle use is restricted to existing roads and trails." |
| 1402. | F-22 | 11 | J. Jackson | Doesn't make sense | EMPSi (KW): Rewritten to "UFO closed to firewood harvesting December 1 to May 1." |
| 1403. | F-22 | 11 and 12 | Burch | Possible typo error in first sentence, since it doesn't flow well.<br>Also, the reader questions if this closure is for the entire Field Office?  Public often continue to want to retrieve fire wood and Christmas trees through December. Closing the lower elevation (BLM versus Forest Service at a higher elevation) during this important time is not furthering 'customer service'. If closures are for soil saturation concerns…. It is already covered in another BMP. | EMPSi (KW): Rewritten to "UFO closed to firewood harvesting December 1 to May 1." |
| 1404. | F-22 | 13-27 Livestock Grazing | J. Jackson | May need to have stipulation about sheep dogs in high recreational areas. | EMPSi (KW): Please provide BMP. |
| 1405. | F-22 | 14 | Burch | Insert the Guidelines for Grazing Management found at the bottom of page E-3 and all of E-4.<br>Preface the numbered listing of guidelines with: "Guidelines are the management tools, methods, strategies and techniques (e.g., best management practices) designed to maintain or achieve healthy public lands as defined by the Land Health Standards." | EMPSi (KW): Added the following bullet: "Implement BLM Colorado Guidelines for Livestock Grazing Management (BLM 1997) (**Appendix E**, BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado). Guidelines are the management tools, methods, strategies and techniques (e.g., best management practices) designed to maintain or achieve healthy public lands as defined by the BLM Colorado Land Health Standards." |



BLM_0111289

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1406. | F-22 | 17, 19 | Stindt | Please eliminate these BMPs.  They are sufficiently addressed on page F-22, lines 23 and 25. | EMPSi (KW): Change made. |
| 1407. | F-22 | 17-22 | K. Kubik | Both of these BMPs addressing cowbirds should be deleted. They are not only redundant, but this language was not discussed and agreed upon by the range staff. These issues are already addressed by the BMPs in lines 23 and 25 of this page, where the wording is more appropriate and recommended by the range staff. | EMPSi (KW): BMPs deleted. |
| 1408. | F-22 | Add new Line 15 | Burch | Insert the current list of Grazing Terms and Conditions. (I have it in another file, but the computers are acting weird again today and I'm afraid I'll lose this file if I to try to import it). (08/05/2011) | Will be inserted. |
| 1409. | F-22 | Lines 17 to 27 | Burch | Delete all.   (Range's proposed BMPs will address these concerns.) | EMPSi (KW): Deleted rows 17-22. |
| 1410. | F-23 | 10 CTTM | J. Jackson | Add: "…. (Forest Service 2002) or other related references." | EMPSi (KW): Change made. |
| 1411. | F-26 | 20-22 | T. Stranathan | Bullet 1 lines 20,21,22.  Does UFO want to get behind this?  If so, I suggest moving it into the Terrestrial Wildlife Section and getting it settled into the RMP as a Timing limitation.  Jan 1 to Mar 1.  We will at some point have a lease that does not have a big game timing limitation, but for good measure all leases could have some sort of limitation where wildlife might occur. | EMPSi (KW): Moved to terrestrial wildlife section. |
| 1412. | F-26 | 38-40 | T. Stranathan | Bullet 6, line 38.39.40.  I would like to see the 9113 manual referenced directly with the year 1995 if possible.  1985 sort of leads you to believe it might be in a preexisting SJSMRMP associated with the Chapter 2 stuff. | EMPSi (KW): Please provide updated manual 9113. EMPSi only has 1985 version. <mark>Kate e-mailed Thane 11/3/11.</mark> |
| 1413. | F-27 | 05-09 | T. Stranathan | Lines 5.6.7.8.9 – This may be as close to "green" fracing requirements as we are able to get. | EMPSi (KW): Thank you for your comment. |
| 1414. | F-28 | 38 | Holsinger | Please replace with: Commercial and non-commercial woodlands removed as a result of development (i.e., oil shale, oil and gas, sodium) will be appraised and purchased prior to removal. | EMPSi (KW): Change made. |
| 1415. | F-29 | 11 | Holsinger | Change 12 to 1-2 inches as 12" would preclude establishment of reclamation species on the site. | EMPSi (KW): Change made. |



BLM_0111290

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1416. | F-29 | 12 | Holsinger | Is the additional disturbance associated with feathering worth the visual benefit, as well as the limited wildlife benefit?  This should be a group discussion. | EMPSi (KW): These are just tools in a toolbox and would not be requirements for every projects. They are options from which to pick. In some cases, feathering would be a viable option. |
| 1417. | F-29 | 12-15 | M. Siders | The concept of "feathering" could create a larger disturbance area and should be considered on a case-by-case basis, depending on the wildlife species for the area.  Should read "Where linear disturbance is proposed and where habitat fragmentation/edge is an issue for a wildlife species of concern, edges of vegetation removal should be consider 'feathering' the treatment to avoid long linear habitat edges and support habitat complexity for wildlife. Additional trees may be removed along such edges to create irregularly shaped openings and more naturally mosaic habitat." | EMPSi (KW): These are just tools in a toolbox and would not be requirements for every projects. They are options from which to pick. In some cases, feathering would be a viable option. Made suggested change. |
| 1418. | F-35 | 23-27 | L Reed | UFO concurs with wording for Renewable Energy BMPs | EMPSi (KW): Please provide specific suggestion for changes. |
| | | | | **Appendix G:** *Draft Wilderness Characteristics Assessment* | |
| | | | | No comments were received on this section | |
| | | | | **Appendix H:** *Drought Management* | |
| 1419. | H-1 H-2 | Extreme (D3): bullet 1 & Extreme (D4): Bullet 2 | T. Stranathan | Do we have to say Prohibit?  Could we require a site specific operating plan with selection of appropriate BMPs that ensure integrity of sensitive soils? | EMPSi (KW): Because this would be impletemented during times of drought, it likely wouldn't apply to leases because this prohibition is subject to valid permitted activities. |
| | | | | **Appendix I:** *Livestock Grazing Allotments and Allotment Levels* | |
| 1420. | Appendix I | | B. Krickbaum | Make corrections to Livestock appendix (App I), which is being sent separately.  Make the changes shown in pink.  Ignore yellow highlights, as well an my questions on the right margin. | EMPSi (KW): Change made. |
| 1421. | Appendix I | Grazing Table | Burch | 1. Allotment Numbers column – remove comma's from the numbers.<br>2. Also, allow and show "0" (zero) in front of the appropriate Numbers<br>3. Delete the column for "Type of Livestock". Livestock type designation will be captured within | EMPSi (KW): Change made. |


BLM_0111291

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | the Matrix and by map. This column is misleading. See Bruce Krickbaum's comments for additional corrections for this table. I have more corrections or allotment numbers to possibly add, also. | |
| 1422. | I-07 | A-D | David Sinton | Grazing Allotment table shows Spring Crk. Canyon allotment as having no AUMs and 2,290 acres open for livestock grazing. It probably should have a number for AUMs or acres set to zero. | BLM (BK): This row in appendix K is correct. Zero AUM (not grazed), although it is an allotment on the books.<br><br>EMPSi (note):  We (all of BLM Colorado) need to do NEPA to authorize livestock trailing. Currently, trailing is done, but without a permit that has gone through NEPA.  Also, trailing permits currently do not have AUMs assigned.  The NEPA for trailing permits needs to be completed this winter.  Trailing permits will also need AUMs assigned.  So, some AUMs (e.g. Spring Creek Canyon and others) will change in order to account for trailing. |
| | | | | **Appendix J:** *Special Recreation Permit Evaluation Criteria* | |
| 1423. | J-01 | 14 | Tucker | A pre-application consultation **will** be utilized to determine….. | EMPSi (KW): Change made. |
| 1424. | J-04 | 02 | B. Krickbaum | Delete the "s" in "Permits" | EMPSi (KW): Change made. |
| 1425. | J-04 | 02 | Tucker | ~~Permits~~ **Permit** proposals described in business and operating plans will be evaluated using the following 2 criteria. | EMPSi (KW): Change made. |
| 1426. | J-04 | 19 | Jackson and Sharrow | Reword "Location of Camps (such as sensitivity of area; number and/or distance between camps within an area)" | EMPSi (KW): Change made. |
| 1427. | J-04 | 23 and 24 | Jackson and Sharrow | Move bullets and reword to the number 1 under lines 6-9 so to read: "1. Compliance History: Applicant must be in compliance…..within the last three years.  Non-compliance issues may include but not limited to: <br>• Prior enforcement/compliance problems<br>• Improper conduct by permittee or employees<br>Pending investigations or been convicted of violations regarding natural resources, cultural resources or any activity related to the permit" | EMPSi (KW): Change made. |



BLM_0111292

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1428. | J-04 | 32-34 | Jackson and Sharrow | Barb would like to see this statement as a note instead of criteria since she feels this a policy statement. | EMPSi (KW): Moved to note at the end of paragraph under Permit Application Review Criteria heading. |
| 1429. | J-04 | 32 | B. Krickbaum | Delete the "s" in "Joints" | EMPSi (KW): Point deleted per comment from Jackson and Sharrow and moved to the end of paragraph under Permit Application Review Criteria heading. |
| 1430. | J-05 | 06-08 | Jackson and Sharrow | Delete the paragraph | EMPSi (KW): Change made. |
| 1431. | J-05 | 09, 10 | B. Krickbaum | Delete "at a single location" | EMPSi (KW): No change per comment from L. Armstrong. |
| 1432. | J-05 | 09-10 SPR | J. Jackson | Delete "..at a single location.." Add: "…contact the BLM **6 months** prior to their **trip…**" | EMPSi (KW): Did not delete "…at a single location…" per comment from L. Armstrong. Added 6 months. |
| 1433. | J-05 | 13 | Jackson and Sharrow | Reword "In WSA/Wilderness/Tabeguache Area: Greater than 16 people" | EMPSi (KW): Change made. |
| 1434. | J-05 | 13 | B. Krickbaum | Change to "Greater the 12 people". | EMPSi (KW): Changed to "greater than 16 people." |
| 1435. | J-05 | 13 SPR | J. Jackson | Change "12 people" to "16 people" | EMPSi (KW): Change made. |
| 1436. | J-05 | 14 | B. Krickbaum | Delete "and until" | EMPSi (KW): Change made. |
| 1437. | J-05 | 14 SPR | J. Jackson | Change "24 people" to "25 people" | EMPSi (KW): Change made. |
| 1438. | J-05 | 16, 17, 18 | B. Krickbaum | Replace "we" with "the BLM" | EMPSi (KW): Change made. |
| 1439. | J-05 | 16-19 | Tucker | After reviewing the activity and location with the organizers, ~~we~~ **BLM** will determine whether or not 16 a permit is required. If a permit is not required, ~~we~~ **BLM** may document this determination in the 17 form of a *Letter of Agreement*. The factors ~~we~~ **BLM** will use to determine if a permit is required are 18 shown on the following matrix. | EMPSi (KW): Change made. |
| 1440. | J-05 | Matrix | B. Krickbaum | Right column, second row, change "no" to "not", and change "violate" to 'violates" | EMPSi (KW): Change made. |
| 1441. | J-05 | TABLE: Deny as Proposed | Tucker | No, site is ~~no~~  **not** appropriate for use as proposed. | EMPSi (KW): Change made. |
| 1442. | J-06 | 06 | Tucker | ~~we~~  **BLM** may consider preparing a *Letter of Agreement* to cover the activity. | EMPSi (KW): Change made. |
| 1443. | J-06 | 14 | B. Krickbaum | Change "user" to "users" | EMPSi (KW): Change made. |



BLM_0111293

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1444. | J-06 | 21 | B. Krickbaum | Delete "however", and start the sentence with "Law enforcement" | EMPSi (KW): Change made. |
| 1445. | J-06 | 24 | B. Krickbaum | Delete the comma after "In no case" | EMPSi (KW): Change made. |
| 1446. | J-07 | 1-43 | Jackson and Sharrow | Delete the whole page | EMPSi (KW): Change made. |
| 1447. | J-07 | 25 | B. Krickbaum | Change the date of the letter to 2012 | EMPSi (KW): Per comment from Jackson and Sharrow, example letter deleted. |
| 1448. | J-08 | 1-36 | Jackson and Sharrow | Delete the whole page | EMPSi (KW): Change made. |
| 1449. | J-08 | 02 | Tucker | REMOVING ALL TRASH. | EMPSi (KW): Per comment from Jackson and Sharrow, example letter deleted. |
| 1450. | J-08 | 16 | Tucker | Unlawful uses of public land… | EMPSi (KW): Per comment from Jackson and Sharrow, example letter deleted. |
| | | | | **Appendix K:** *Description of Special Recreation Management Areas* | |
| 1451. | Appendix K | | B. Krickbaum | Need maps showing each SRMA and their zones. | EMPSi: Added reference to individual SRMA maps. |
| 1452. | Appendix K | | Hawke (RACSG) | For all Backcountry classifications, add a factor to recognize the importance of, and manage for, natural soundscapes: quietness with few human sound disturbances. (Carry through on, and elaborate on, "sounds of people are rare.") | EMPSi (KW): The recreation setting characteristics come from the Recreation Setting Characteristics Matrix at the end of Appendix K, which is provided by Attachment 5 of BLM IM 2011-001, Transmittal of Revised Recreation and Visitor Services Land Use Planning Guidance, Updated Checklist, and Three Land Use Planning Templates. |
| 1453. | Appendix K | | Hawke (RACSG) | **Explanation & Notes:** Because details of SRMA zone locations and configurations are not available at this time, I likely would have additional comments as the concept for an SRMA in the Paradox Valley area were detailed. Key values that would need preservation include globally rare plants such as Payson lupine and Paradox breadroot; nesting Peregrine falcon; outstanding visual resources and scenery; primitive and natural areas that should be managed for quiet, backcountry recreation without motorized access; geologic features; educational opportunities; and cultural and historic resources; among others.  The size, location and | EMPSi (KW): Figures for all RMZs have been included the iteration for State Office review. |



BLM_0111294

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**
## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | boundaries for the SRMA and zones might need modification to both provide for the broad spectrum of recreational use, and preserve sensitive resources. | |
| 1454. | K-000 | Recreation Setting Characteristic Rows | Jackson and Sharrow | Julie will work on getting Recreation Setting Characteristics wording completed to replace existing | EMPSi (KW): Received and incorporated update from J. Jackson. |
| 1455. | K-000 (K-004, K-6, k-8, k-10, k-12, k-15, k-17, k-20, k-23, k-27, k-29, k-31, k-33, k-35, k-38, k-40, k-42, k-44, k-47, k-49, k-51, k-53, k-56, k-58, k-61, k-63, k-67, k-70, k-73, k-77, k-80, k-82, k-85) | SRP Row All | Jackson and Sharrow | Add action row after row 394 page 2-175 SRP section within Recreation matrix; Need to make sure we have all SRP decisions in the LUP decision matrix that are within Appendix K for all alternatives | EMPSi: Added SRP information from Appendix K to line 391. |
| 1456. | K-000 | All | Jackson and Sharrow | Need to make sure all LUP decisions are in the main matrix that are within Appendix K such as the SRP decisions from row 21 above. | EMPSi (KW): Added group size to row 393 of matrix. Note that group size is not an LUP decision. |
| 1457. | Appendix K | All | Burch | In references to "RMZ – 1,2,3",, etc. It would be of great help to the reader to see a description of where the zones are located and just what the zones are – up front in the document. | EMPSi: Added reference to individual SRMA maps. |
| 1458. | Appendix K | General | J. Jackson | Need an map of each SRMA showing where the different zones are located. | EMPSi: Added reference to individual SRMA maps. |



BLM_0111295

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1459. | K-004 | Burn Canyon Zone 1 – Travel Management, B | J. Jackson | Add: "….motorized **and mechanized** travel.." Delete: "non-motorized/non-mehcanized travel limited to designated routes" | EMPSi (KW): Change made. |
| 1460. | K-010 | Group Size Alt B | Jackson and Sharrow | Reword "No more than 12 **including guides**" | EMPSi (KW): Change made. |
| 1461. | K-010 | | B. Krickbaum | Change the NSO to NSO-46 | EMPSi (KW): All stipulation numbers will be updated upon completion of Appendix B. |
| 1462. | K-010 | Dolores River Zone 1 – VRM, D | J. Jackson | Change to: VRM Class III | EMPSi (KW): Dolores River SRMZ, RMZ 1 is VRM II per BLM (BK 10/5/11). |
| 1463. | K-014 | | B. Krickbaum | Last cell of the page: change "alternation" to "alteration". Note: "Alternation" shows up many times in the Alt D column throughout the SRMA section. Please search for the word (non-word) and replace with "alteration". | EMPSi (KW): Change made globally to Appendix K. |
| 1464. | K-015 | Dry Creek Zone 1 – Travel Management, B and D | J. Jackson | Change to: All travel limited to designated routes | EMPSi (KW): Changed to "Limit motorized and mechanized travel to designated routes, except for administrative and permitted vehicular access." |
| 1465. | K-017 | | B. Krickbaum | Change the NSO to NSO-46 | EMPSi (KW): All stipulation numbers will be updated upon completion of Appendix B. |
| 1466. | K-023 | Dry Creek Zone 4 – Grazing Management, B and D | J. Jackson | Consider closing zone to sheep grazing or restricting sheep dogs in the area. | EMPSi (KW): No change per BLM (BK 10/5/11) |
| 1467. | K-027 | Jumbo Mountain Zone 1 – Grazing, D | J. Jackson | Consider closing zone to sheep grazing or restricting sheep dogs in the area. | EMPSi (KW): No change per BLM (BK 10/5/11) |
| 1468. | K-027 | Jumbo Mountain Zone 1 – Travel Management, B and D | J. Jackson | Add: Limited to Designated Routes | EMPSi (KW): Changed to "Closed to motorized use, with administrative and permitted vehicular access only, with mechanized travel limited to designated routes." |
| 1469. | K-031 | VRM Class Alt B | Jackson and Sharrow | Change to VRM III | EMPSi (KW): Change made. (changed Chapter 2) |
| 1470. | K-031 | Fluid Minerals Alt B | Jackson and Sharrow | Change to NSO | EMPSi (KW): Change made. (changed Chapter 2, Appendix B) |



BLM_0111296

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| 1471. | K-031 | Kinikin Hills Zone 1 – Travel Management, B | J. Jackson | Delete:" /non-mechanized" | EMPSi (KW): Changed to "Closed to motorized use, with administrative and permitted vehicular access only, with mechanized travel limited to designated routes." |
| 1472. | K-033 | Kinikin Hills Zone 2 – Travel Management, B | J. Jackson | Delete:" /non-mechanized" | EMPSi (KW): Changed to "Closed to motorized use, with administrative and permitted vehicular access only, with mechanized travel limited to designated routes." |
| 1473. | K-035 | Kinikin Hills Zone 3 – Travel Management, B | J. Jackson | Change to: All travel limited to designated routes | EMPSi (KW): Changed to "Limit motorized and mechanized travel to designated routes, except for administrative and permitted vehicular access." |
| 1474. | K-038 | North Delta Zone 1 – Travel Management, B | J. Jackson | Add: "….motorized **and mechanized** travel.." <br><br> Delete: "non-motorized/non-mehcanized travel limited to designated routes" <br><br> *BLM: Should North Delta RMZ 1 be closed to motorized and mechanized use? Currently zone 1 is: Closed to motorized use, with administrative and permitted vehicular access only, and with mechanized travel Limited to Designated Routes* <br><br> *BLM Response (10/5/11): Please change the wording to: Closed to motorized use. Mechanized travel is limited to designated routes. Allow administrative and permitted vehicular access.* | EMPSi (KW): Changed to "Closed to motorized use; mechanized use limited to designated routes. Allow administrative and permitted vehicular access." |
| 1475. | K-041-049 | | Hawke (RACSG) | Add to the first sentence of the overall management goals at the top of the page "while preserving the unique and sensitive ecological, scenic, cultural, and geologic features of this landscape." | EMPSi (KW): Change not made. The management goals focus on recreation but management guidance may preserve said resources. |
| 1476. | K-041-050 | | Hawke (RACSG) | Without knowing the location of RMZ 2, additional management may be needed to support climbing recreation but avoid negative impacts (including access routes) to sensitive resources such as rare plants, nesting raptors and scenery. | EMPSi (KW): Figures for RMZs have been added to the appendix. RMZ 4 is where the majority of climbing occurs and includes an NGD to protect sensitive resources. |
| 1477. | K-041-051 | | Hawke (RACSG) | For RMZ 4: Perhaps change the niche description to something like "Backcountry Exploration" to set a more contemplative tone in keeping with the | EMPSi (KW): Niche deleted from Appendix. Targeted experience and benefits have been updated. |



Internal Draft Alternatives for Field Office, Cooperating Agency, and RAC Subgroup Review: June 23, 2011

BLM_0111297

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

**Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)**

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | exceptional opportunities for quiet experience with a remote feeling. May want to include non-motorized hunting among the activities. Target shooting should be prohibited as this could both be dangerous to backcountry users, and is incompatible with the natural setting goals for this zone. Add "wildlife and bird watching, nature study, botany, geologic study, and photography" to activities. | |
| 1478. | K-049 | Paradox Valley Zone 4 – Travel Management, B | J. Jackson | Add: "….motorized **and mechanized** travel.." <br><br> Delete: "non-motorized/non-mehcanized travel limited to designated routes" | EMPSi (KW): Change made. |
| 1479. | K-050 to K-054 | Ridgway Trails SRMA Alt D | Jackson and Sharrow | Change Ridgway Trails to an SRMA with Rural Setting the acres(keep as originally had it) should include the Uncompahgre Riverway Site along the Uncompahgre River as Zone I and then the entire area (including the pit) adjacent to Ridgway State Park as Zone 2. (see below for actions that follow for SRMA in D) | EMPSi (KW): Change made. |
| 1480. | K-050 | Ridgway Trails SRMA Zone I Alt D | Jackson and Sharrow | **Niche:** Day Use Non-Motorized Getaway <br><br> **Activities:** Day use outdoor living classroom, biking, horseback riding, running, and hiking <br><br> **Experiences:** Provide for non-motorized quality recreational opportunities in a rural setting. <br><br> **Benefits:** Greater quality of life, greater awareness for environmental learning, enjoyment of close to home natural landscape features, and physical exercise while reducing everyday stress and tension | EMPSi (KW): Change made. |
| 1481. | K-050 | Ridgway Trails D | J. Jackson | I feel like we need to talk more about this and add it as an SRMA; we can manage the setting at a higher level that will allow for the pit to be included in the setting. I have more detail information if we decide to change it for Alt. D | EMPSi (KW): Added as SRMA. |
| 1482. | K-051 - 052 | Ridgway Trails SRMA Zone I | Jackson and Sharrow | VRM: VRM Class III <br><br> ROW: No similar action | EMPSi (KW): Change made except (per BK direction below), not withdrawn from locatables and fluid minerals is NSO. |



BLM_0111298

**BLM – Uncompahgre Field Office, Colorado**
**Resource Management Plan Revision and Environmental Impact Statement**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | Alt D | | Coal: Closed | Note to BLM: This is the only RMZ closed to leasing in Alt D. This is the only RMZ withdrawn from locatables in Alt D. |
| | | | | Fluid Minerals: Closed to leasing (NL-8: SRMAs) | |
| | | | | Locatable Minerals: Petition the Secretary of the Interior for withdrawal from locatable mineral entry | BK Response: Kate, Change Fluid Minerals to an NSO. Make Locatable Minerals "Same as A" (I.e., do not petition. (BK) |
| | | | | Mineral Materials: Closed to mineral material sales | |
| | | | | Nonenergy Solid Leasable Minerals: Closed to leasing | |
| | | | | Facility Development: Allow as needed to meet SRMA objectives | |
| | | | | Camping Restrictions: Day use area only | |
| | | | | SRPs: Allow non-motorized competitive events. Prohibit motorized competitive events | |
| | | | | Group Size: Standard (refer to Recreation section of Chapter 2, Alternatives) | |
| | | | | Travel Management: Closed to motorized travel; non-motorized travel limited to designated routes | |
| | | | | Forestry: Not available for private and/or commercial use of woodland products (including on-site collection of dead and downed wood) unless monitoring indicates the need for a change. | |
| | | | | Target Shooting: Prohibit | |
| | | | | Surface-disturbing Restrictions: N/A | |
| 1483. | K-051 SRP's | B | Durnan (RACSG) | It is the intent of the Ridgway Area Trails Group (RAT) to be able to hold in the future competitive events and other type events as fundraisers for trial building and facility development and methods for generating | EMPSi (KW): Thank you for your comment. |


BLM_0111299

**BLM – U**NCOMPAHGRE **F**IELD **O**FFICE**, C**OLORADO
**R**ESOURCE **M**ANAGEMENT **P**LAN **R**EVISION AND **E**NVIRONMENTAL **I**MPACT **S**TATEMENT

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | recognition for the trail resource. | |
| 1484. | K-052 | Ridgway Trails SRMA Zone 2 Alt D | Jackson and Sharrow | **Niche:** Single-Track Adventure<br><br>**Activities:** Mountain biking, hiking, running, horseback riding<br><br>**Experiences**: Provide for non-motorized quality recreational single-track trail opportunities in a rural setting.<br><br>**Benefits:** Enjoying the natural landscape, being with family and friends, improve local economic stability, escaping everyday stress through physical exercise, and enjoyment of public lands close to home | EMPSi (KW): Change made. |
| 1485. | K-053 - 054 | Ridgway Trails SRMA Zone 2 Alt D | Jackson and Sharrow | VRM: VRM Class III<br><br>ROW: No similar action<br><br>Coal: Closed<br><br>Fluid Minerals: NSO-46: SRMAs<br><br>Locatable Minerals: No similar action<br><br>Mineral Materials: Closed to mineral material sales except for existing pit with Ouray County.<br><br>Nonenergy Solid Leasable Minerals: Closed to leasing<br><br>Facility Development: Allow as needed to meet SRMA objectives<br><br>Camping Restrictions: Day use area only<br><br>SRPs: Allow competitive events at the discretion of the Authorized Officer.<br><br>Group Size: Standard (refer to Recreation section of | EMPSi (KW): Change made.<br><br>Bruce: Is pit in SRMA? I thought SRMA excluded pit from the boundary. Should the exception for mineral materials also be in B? throughout RMP we're going to recognize existing rights so do we need exception at all?<br><br>BK Response: The pit is excluded from the SRMA. |



**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | | | Chapter 2, Alternatives)<br><br>Travel Management: All travel limited to designated routes<br><br>Forestry: Available for private and/or commercial use of woodland products (including on-site collection of dead and downed wood) unless monitoring indicates the need for a change.<br><br>Target Shooting: Prohibit<br><br>Surface-disturbing Restrictions: N/A | |
| 1486. | K-053 SRP's | B | Durnan *(RACSG)* | It is the intent of the Ridgway Area Trails Group (RAT) to be able to hold in the future competitive events and other type events as fundraisers for trial building and facility development and methods for generating recognition for the trail resource. | EMPSi (KW): Thank you for your comment. |
| 1487. | K-054 Forestry | B | Durnan *(RACSG)* | Prevent private and or commercial use of woodland products. With it being a day use only area there is no need for fire wood collection. Collection of fire wood by non campers and other use of the forest resources would threaten the character of the resource. There are some very old and beautiful trees in the area and their loss would greatly change the appeal of recreational use in this area. | EMPSi (KW): Management reviewed and decided to leave as-is. |
| 1488. | K-056 | Roubideau SRMA RMZ I – SRPs Alt D | Jackson and Sharrow | Change to: "Allow non-motorized competitive events at the discretion of the Authorized Officer. Prohibit motorized competitive events." | EMPSi (KW): Change made. ? |
| 1489. | K-056 | Roubideau Zone I – Travel Management, B and D | J. Jackson | Add: "….motorized **and mechanized** travel.."<br><br>Delete: "non-motorized/non-mehcanized travel limited to designated routes" | EMPSi (KW): Change made for Alternative B. Alternative D reads, "Closed to motorized use, with administrative and permitted vehicular access only, and with mechanized travel limited to designated routes." (per BLM BK 10/5/11) |
| 1490. | K-057 | Roubideau Zone 2, D | J. Jackson | Change setting to Middle Country and all the wording that goes along with it. | EMPSi (KW): Change made. |
| 1491. | K-058 | Roubideau SRMA RMZ 2 – SRPs | Jackson and Sharrow | Change to: "Allow non-motorized competitive events at the discretion of the Authorized Officer. Prohibit | EMPSi (KW): Change made. ? |



BLM_0111301

**BLM – UNCOMPAHGRE FIELD OFFICE, COLORADO**
**RESOURCE MANAGEMENT PLAN REVISION AND ENVIRONMENTAL IMPACT STATEMENT**

## Comments on Internal Draft Chapter 2 for Field Office, Cooperating Agency, and RAC Subgroup Review (June 23, 2011)

| Cmt # | Row #/ Page # | Alternative/ Line #/ Figure # | BLM Commentor | Comment | Response (To be completed by EMPSi) |
|---|---|---|---|---|---|
| | | Alt D | | motorized competitive events." | |
| 1492. | K-058 | Roubideau Zone 2 –D | B. Krickbaum | Alt D, change to VRM class III Alt D, change to ROW Avoidance. | EMPSi (KW): Change made. |
| 1493. | K-058 | Roubideau Zone 2 – ROW, D | J. Jackson | Change to ROW avoidance | EMPSi (KW): Change made. |
| 1494. | K-058 | Roubideau Zone 2 – Travel Management, B and D | J. Jackson | Add: "….motorized **and mechanized** travel.." Delete: "non-motorized/non-mechanized travel limited to designated routes" | EMPSi (KW): Change made for Alternatives B and D with no exceptions for permitted or administrative access. |
| 1495. | K-058 | Roubideau Zone 2 – VRM, D | J. Jackson | Change to VRM III | EMPSi (KW): Change made. |
| 1496. | K-061 | Roubideau SRMA RMZ 3 – SRPs Alt D | Jackson and Sharrow | Change to: "Allow non-motorized competitive events at the discretion of the Authorized Officer.  Prohibit motorized competitive events." | EMPSi (KW): Change made. |
| 1497. | K-061 | Roubideau Zone 3 – Forestry, D | J. Jackson | Change to "Allow forest product harvest (commercial and private) including on-site…." | EMPSi (KW): Change made. |
| 1498. | K-063 | Roubideau Zone 4 – Forestry, D | J. Jackson | Change to "Allow forest product harvest (commercial and private) including on-site…." | EMPSi (KW): Change made. |
| 1499. | K-063 | Roubideau Zone 4 – Mineral Materials, D | J. Jackson | Change to "No similar action" | EMPSi (KW): Change made. |
| 1500. | K-066 | San Miguel Zone 1 – Mineral Materials, D | J. Jackson | Change to "No similar action outside of San Miguel ACEC" | EMPSi (KW): Changed to: Close a portion of the RMZ (xx acres overlapping San Miguel River ACEC) to mineral material disposal. |
| 1501. | K-067 | San Miguel River SRMA RMZ 1 – SRPS Alt D | Jackson and Sharrow | Change to: "Non-motorized competitive events will be allowed at the discretion of the authorized officer.   Allow up to 15 commercial boating outfitters with up to 2 launches a day per outfitter with maximum group size of 35 including guides.   Private users would not be regulated unless monitoring indicates the need for a change." | EMPSi (KW): Change made, including deleting the following paragraph: Allow up to 5 new permits with two launches per day per outfitter with maximum group size of 35 including guides.  Only one launch can originate from Specie and must be outside of the high use hours of 8-10am and 12-2pm. |
| 1502. | K-067 | San Miguel River SRMA RMZ 1 – SRPS Alt B | Jackson and Sharrow | Take out the word "**only**" in both the second and third paragraph. | EMPSi (KW): Change made. |
| 1503. | K-067 | San Miguel Zone 1 | J. Jackson | Delete wording "after the 7 days has been reached, | EMPSi (KW): Changed to the following (consistent |



BLM_0111302